UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 |
|  | : |  |
| Debtors. | : |  |
|  | : |  |

## NOTICE OF HEARING

Please take notice that a hearing (the "Hearing") will be conducted on Saturday, October 8, 2005 at 4:00 p.m. at the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 to consider various motions seeking administrative relief and the entry of "bridge" orders pending further hearings in the above captioned cases. The EDT into the courthouse is approximately 3:30 p.m.

Parties may participate or attend this hearing in person or by telephone. Telephonic participation and attendance is available by calling Court Conference at (801)964-8077. Under no circumstances may any participant or attendee record or broadcast the proceedings conducted by the Bankruptcy Court. Court Conference requests that parties seeking to participate contact the Court as soon as possible. Please dial (801) 964-8077.

Please take further notice that in accordance with Local Bankruptcy Rule 1073-1(f) a judge will be designated to preside over the aforementioned requests for relief pending an assignment of a Bankruptcy Judge to the cases on October 11, 2005, in accordance with Local Bankruptcy Rule 1073-1(a), the Court's Chapter 11 judge assignment process. At such time, the name of the assigned Bankruptcy Judge will be posted on the docket of the cases. The judge hearing the various motions may not be the judge assigned to the case under the Court's Chapter 11 judge assignment process, but will only consider those requests for relief that require Court action prior to the judge assignment on October 11, 2005.

Dated: New York, New York
October 8, 2005

        SKADDEN, ARPS, SLATE, MEAGHER
           & FLOM LLP

By: s/ John Wm. Butler, Jr.
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
333 West Wacker Drive, Suite 2100Chicago, Illinois 60606
(312) 407-0700

 and -

By: s/ Kayalyn A. Marafioti
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession