

# Exhibit A

**Delphi Corporation**
(Borrower under Credit Facility)
(Delaware)
100%
Delphi Automotive Systems LLC (Delaware)
100%
Delphi Automotive Systems Human Resources LLC (Delaware)
100%
Delphi Foreign Sales Corporation (Virgin Islands)
100%
Delphi Automotive Systems Global (Holding), Inc. (Delaware)
100%
Delphi Services Holding Corporation (Delaware)
1%
86%
Delphi Automotive Systems Services LLC* (Delaware)
13%
100%
Delphi NY Holding Corporation (New York)
87%
13%
Delphi Automotive Systems (Holding), Inc.* (Delaware)
100%
DREAL, Inc. (Delaware)
100%
Packard Hughes Interconnect Company (Delaware)
100%
Delphi Connection Systems (California)
100%
Delphi Integrated Service Solutions, Inc. (Michigan)
100%
Aspire, Inc. (Michigan)
100%
Delphi LLC (Delaware)
100%
Delphi Diesel Systems Corp. (Delaware)
100%
Delphi Electronics (Holding) LLC (Delaware)
100%
Delco Electronics Overseas Corporation (Delaware)
100%
Delphi Automotive Systems Overseas Corporation (Delaware)
100%
Delphi International Holdings Corp. (Delaware)
100%
Delphi Automotive Systems International, Inc. (Delaware)
100%
Delphi Automotive Systems Thailand, Inc. (Delaware)
100%
Delphi International Services, Inc. (Delaware)
100%
Delphi Automotive Systems Korea, Inc. (Delaware)
100%
Delphi China LLC (Delaware)
100%
Exhaust Systems Corporation (Delaware)
100%
Environmental Catalysts, LLC (Delaware)
50%
50%
49.9%
50.1%
ASEC Manufacturing General Partnership* (Delaware)
ASEC Sales General Partnership* (Delaware)
100%
Delphi Automotive Systems Risk Management Corp. (Delaware)
100%
Delphi Medical Systems Corporation (Delaware)
100%
Delphi Medical Systems Colorado Corporation (Colorado)
100%
Delphi Medical Systems Texas Corporation (Delaware)
100%
Delphi Mechatronic Systems, Inc. (Delaware)
100%
Specialty Electronics, Inc. (South Carolina)
100%
Specialty Electronics International Ltd. (Virgin Islands)
100%
Delphi Automotive Systems Tennessee, Inc. (Delaware)
100%
Delphi Technologies, Inc. (Delaware)
100%
Delphi Liquidation Holding Company (Delaware)
* Indicates owned by more than one Delphi company
Indicates subsidiary guarantor under Credit Facility
Indicates partnership
Indicates joint venture