UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
        In re                           :       Chapter 11
                                        :
DELPHI NY HOLDING CORPORATION,          :       Case No. 05-_____ (___)
                                        :
                Debtor.                 :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
        In re                           :       Chapter 11
                                        :
DELPHI CORPORATION,                     :       Case No. 05-_____ (___)
                                        :
                Debtor.                 :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
        In re                           :       Chapter 11
                                        :
ASEC MANUFACTURING GENERAL              :       Case No. 05-_____ (___)
PARTNERSHIP,                            :
                Debtor.                 :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
        In re                           :       Chapter 11
                                        :
DELPHI MEDICAL SYSTEMS                  :       Case No. 05-_____ (___)
COLORADO CORPORATION,                   :
                Debtor.                 :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
        In re                           :       Chapter 11
                                        :
DELPHI CHINA LLC,                       :       Case No. 05-_____ (___)
                                        :
                Debtor.                 :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
------------------------------------ x
                                     :
           In re                     :    Chapter 11
                                     :
ASEC SALES GENERAL                   :    Case No. 05-_____ (___)
PARTNERSHIP,                         :
           Debtor.                   :
                                     :
------------------------------------ x
                                     :
           In re                     :    Chapter 11
                                     :
DELPHI MEDICAL SYSTEMS TEXAS         :    Case No. 05-_____ (___)
CORPORATION,                         :
           Debtor.                   :
                                     :
------------------------------------ x
                                     :
           In re                     :    Chapter 11
                                     :
DELPHI AUTOMOTIVE SYSTEMS            :    Case No. 05-_____ (___)
OVERSEAS CORPORATION,                :
           Debtor.                   :
                                     :
------------------------------------ x
                                     :
           In re                     :    Chapter 11
                                     :
DELPHI AUTOMOTIVE SYSTEMS            :    Case No. 05-_____ (___)
KOREA, INC.,                         :
           Debtor.                   :
                                     :
------------------------------------ x
                                     :
           In re                     :    Chapter 11
                                     :
DELPHI AUTOMOTIVE SYSTEMS            :    Case No. 05-_____ (___)
INTERNATIONAL, INC.,                 :
           Debtor.                   :
                                     :
------------------------------------ x
```

```
------------------------------ x
                               :
        In re                  :    Chapter 11
                               :
DELPHI INTERNATIONAL HOLDINGS  :    Case No. 05-____ (__)
CORP.,                         :
                               :
            Debtor.            :
                               :
------------------------------ x
                               :
        In re                  :    Chapter 11
                               :
ASPIRE, INC.,                  :    Case No. 05-____ (__)
                               :
            Debtor.            :
                               :
------------------------------ x
                               :
        In re                  :    Chapter 11
                               :
DELPHI CONNECTION SYSTEMS,     :    Case No. 05-____ (__)
                               :
            Debtor.            :
                               :
------------------------------ x
                               :
        In re                  :    Chapter 11
                               :
DELPHI INTERNATIONAL SERVICES, :    Case No. 05-____ (__)
INC.,                          :
            Debtor.            :
                               :
------------------------------ x
                               :
        In re                  :    Chapter 11
                               :
ENVIRONMENTAL CATALYSTS, LLC,  :    Case No. 05-____ (__)
                               :
            Debtor.            :
                               :
------------------------------ x
```

3

```
- - - - - - - - - - - - - - - - - - - - - - - - x
                                                 :
        In re                                    :    Chapter 11
                                                 :
SPECIALTY ELECTRONICS                            :    Case No. 05-_____ (___)
INTERNATIONAL LTD.,                              :
                        Debtor.                  :
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - x
                                                 :
        In re                                    :    Chapter 11
                                                 :
DELPHI AUTOMOTIVE SYSTEMS                        :    Case No. 05-_____ (___)
THAILAND, INC.,                                  :
                        Debtor.                  :
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - x
                                                 :
        In re                                    :    Chapter 11
                                                 :
DELCO ELECTRONICS OVERSEAS                       :    Case No. 05-_____ (___)
CORPORATION,                                     :
                        Debtor.                  :
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - x
                                                 :
        In re                                    :    Chapter 11
                                                 :
DELPHI TECHNOLOGIES, INC.,                       :    Case No. 05-_____ (___)
                                                 :
                        Debtor.                  :
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - x
                                                 :
        In re                                    :    Chapter 11
                                                 :
DELPHI AUTOMOTIVE SYSTEMS                        :    Case No. 05-_____ (___)
(HOLDING), INC.,                                 :
                        Debtor.                  :
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - x
```

```
------------------------------------ x
                                     :
         In re                       :    Chapter 11
                                     :
EXHAUST SYSTEMS CORPORATION,         :    Case No. 05-_____ (___)
                                     :
              Debtor.                :
                                     :
------------------------------------ x
                                     :
         In re                       :    Chapter 11
                                     :
DELPHI MEDICAL SYSTEMS               :    Case No. 05-_____ (___)
CORPORATION,                         :
              Debtor.                :
                                     :
------------------------------------ x
                                     :
         In re                       :    Chapter 11
                                     :
DELPHI DIESEL SYSTEMS CORP.,         :    Case No. 05-_____ (___)
                                     :
              Debtor.                :
                                     :
------------------------------------ x
                                     :
         In re                       :    Chapter 11
                                     :
DELPHI INTEGRATED SERVICE            :    Case No. 05-_____ (___)
SOLUTIONS, INC.,                     :
              Debtor.                :
                                     :
------------------------------------ x
                                     :
         In re                       :    Chapter 11
                                     :
PACKARD HUGHES INTERCONNECT          :    Case No. 05-_____ (___)
COMPANY,                             :
              Debtor.                :
                                     :
------------------------------------ x
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                      :
         In re                                        :   Chapter 11
                                                      :
DELPHI ELECTRONICS (HOLDING)                          :   Case No. 05-____ (____)
LLC,                                                  :
                                                      :
                 Debtor.                              :
                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                      :
         In re                                        :   Chapter 11
                                                      :
DELPHI MECHATRONIC SYSTEMS,                           :   Case No. 05-____ (____)
INC.,                                                 :
                                                      :
                 Debtor.                              :
                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                      :
         In re                                        :   Chapter 11
                                                      :
SPECIALTY ELECTRONICS, INC.,                          :   Case No. 05-____ (____)
                                                      :
                 Debtor.                              :
                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                      :
         In re                                        :   Chapter 11
                                                      :
DELPHI AUTOMOTIVE SYSTEMS                             :   Case No. 05-____ (____)
TENNESSEE, INC.,                                      :
                 Debtor.                              :
                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                      :
         In re                                        :   Chapter 11
                                                      :
DELPHI LLC,                                           :   Case No. 05-____ (____)
                                                      :
                 Debtor.                              :
                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

```
------------------------------------ x
                                     :
         In re                       :   Chapter 11
                                     :
DREAL, INC.,                         :   Case No. 05-_____ (___)
                                     :
                 Debtor.             :
                                     :
------------------------------------ x
                                     :
         In re                       :   Chapter 11
                                     :
DELPHI AUTOMOTIVE SYSTEMS RISK       :   Case No. 05-_____ (___)
MANAGEMENT CORP.,                    :
                                     :
                 Debtor.             :
                                     :
------------------------------------ x
                                     :
         In re                       :   Chapter 11
                                     :
DELPHI AUTOMOTIVE SYSTEMS            :   Case No. 05-_____ (___)
SERVICES LLC                         :
                                     :
                 Debtor.             :
                                     :
------------------------------------
                                     :
         In re                       :   Chapter 11
                                     :
DELPHI LIQUIDATION HOLDING           :   Case No. 05-_____ (___)
COMPANY,                             :
                                     :
                 Debtor.             :
                                     :
------------------------------------ x
                                     :
         In re                       :   Chapter 11
                                     :
DELPHI FOREIGN SALES                 :   Case No. 05-_____ (___)
CORPORATION,                         :
                                     :
                 Debtor.             :
                                     :
------------------------------------ x
```

```
------------------------------- x
                                :
        In re                   :   Chapter 11
                                :
DELPHI SERVICES HOLDING         :   Case No. 05-____ (___)
CORPORATION,                    :
                                :
            Debtor.             :
                                :
------------------------------- x
                                :
        In re                   :   Chapter 11
                                :
DELPHI AUTOMOTIVE SYSTEMS       :   Case No. 05-____ (___)
HUMAN RESOURCES LLC,            :
                                :
            Debtor.             :
                                :
------------------------------- x
                                :
        In re                   :   Chapter 11
                                :
DELPHI AUTOMOTIVE SYSTEMS       :   Case No. 05-____ (___)
GLOBAL (HOLDING), INC.,         :
                                :
            Debtor.             :
                                :
------------------------------- x
                                :
        In re                   :   Chapter 11
                                :
DELPHI AUTOMOTIVE SYSTEMS LLC,  :   Case No. 05-____ (___)
                                :
            Debtor.             :
                                :
------------------------------- x
```

## ORDER AUTHORIZING JOINT ADMINISTRATION

### ("JOINT ADMINISTRATION ORDER")

Upon the motion, dated October 8, 2005 (the "Motion"), of Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates (the "Affiliate Debtors"),[1] debtors and

---

[1] In addition to Delphi, the following entities are debtors in these related cases: ASEC Manufacturing General Partnership, ASEC Sales General Partnership, Aspire, Inc., Delco Electronics Overseas Corporation, Delphi Automotive Systems (Holding), Inc., Delphi Automotive Systems Global (Holding), Inc., Delphi Automotive Systems Human Resources LLC, Delphi Automotive Systems International, Inc., Delphi Automotive Systems Korea, Inc., Delphi Automotive Systems LLC, Delphi Automotive Systems

8

debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for an order authorizing the joint administration of the Debtors' separate chapter 11 cases for procedural purposes only; and upon the Affidavit Of Robert S. Miller, Jr. In Support Of Chapter 11 Petitions And First Day Orders, sworn to October 8, 2005; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon, and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is GRANTED.

2. The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Case No. ● in accordance with the provisions of Rule 1015 of the Federal Rules of Bankruptcy Procedure, and the joint caption of the cases shall read as follows:

---

Overseas Corporation, Delphi Automotive Systems Risk Management Corp., Delphi Automotive Systems Services LLC, Delphi Automotive Systems Tennessee, Inc., Delphi Automotive Systems Thailand, Inc., Delphi China LLC, Delphi Connection Systems, Delphi Diesel Systems Corp., Delphi Electronics (Holding) LLC, Delphi Foreign Sales Corporation, Delphi Integrated Service Solutions, Inc., Delphi International Holdings Corp., Delphi International Services, Inc., Delphi Liquidation Holding Company, Delphi LLC, Delphi Mechatronic Systems, Inc., Delphi Medical Systems Colorado Corporation, Delphi Medical Systems Corporation, Delphi Medical Systems Texas Corporation, Delphi NY Holding Corporation, Delphi Services Holding Corporation, Delphi Technologies, Inc., DREAL, Inc., Environmental Catalysts, LLC, Exhaust Systems Corporation, Packard Hughes Interconnect Company, Specialty Electronics, Inc., and Specialty Electronics International Ltd.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
::
In re : Chapter 11
:
DELPHI CORPORATION, et al., : Case No. 05-_____ (__)
:
Debtors. : (Jointly Administered)
:
------------------------------ x

      3. All original pleadings shall be captioned as indicated in the preceding decretal paragraph and all original docket entries shall be made in the case of Delphi Corporation, et al., Case No. •, and a docket entry shall be made in the other Debtors' chapter 11 cases substantially as follows:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Delphi Corporation; ASEC Manufacturing General Partnership; ASEC Sales General Partnership; Aspire, Inc.; Delco Electronics Overseas Corporation; Delphi Automotive Systems Global (Holding), Inc.; Delphi Automotive Systems (Holding), Inc.; Delphi Automotive Systems Human Resources LLC; Delphi Automotive Systems International, Inc.; Delphi Automotive Systems Korea, Inc.; Delphi Automotive Systems LLC; Delphi Automotive Systems Overseas Corporation; Delphi Automotive Systems Risk Management Corp.; Delphi Automotive Systems Services LLC; Delphi Automotive Systems Tennessee, Inc.; Delphi Automotive Systems Thailand, Inc.; Delphi China LLC; Delphi Connection Systems; Delphi Diesel Systems Corp.; Delphi Electronics (Holding) LLC; Delphi Foreign Sales Corporation; Delphi Integrated Service Solutions, Inc.; Delphi International Holdings Corp.; Delphi International Services, Inc.; Delphi Liquidation Holding Company; Delphi LLC; Delphi Mechatronic Systems, Inc.; Delphi Medical Systems Colorado Corporation; Delphi Medical Systems Corporation; Delphi Medical Systems Texas Corporation; Delphi NY Holding Corporation; Delphi Services Holding Corporation; Delphi Technologies, Inc.; DREAL, Inc.; Environmental Catalysts, LLC; Exhaust Systems Corporation; Packard Hughes Interconnect Company; Specialty Electronics, Inc.; and Specialty Electronics International Ltd. The

docket in Case No. 05-_____ (   ) should be consulted for all matters affecting this case.

4. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the above-captioned cases.

5. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

6. The requirement under Local Bankruptcy Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated:   New York, New York
        October __, 2005

_____
UNITED STATES BANKRUPTCY JUDGE