UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                               :
    In re                      :    Chapter 11
                               :
DELPHI CORPORATION, et al.,    :    Case No. 05-_____ (___)
                               :
                    Debtors.   :    (Jointly Administered)
                               :
------------------------------ x

ORDER UNDER LOCAL BANKRUPTCY
RULE 2090-1(b) GRANTING ADMISSION *PRO HAC VICE*

("PRO HAC VICE ORDER")

Upon consideration of the motion (the "Motion") of Kayalyn A. Marafioti, a partner with the law firm Skadden, Arps, Slate, Meagher & Flom LLP, for the admission pro hac vice of John Wm. Butler, Jr., John K. Lyons, and Ron E. Meisler, and it appearing to the Court that upon all of the proceedings had before the Court; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

ORDERED that John Wm. Butler, Jr., John K. Lyons, and Ron E. Meisler are permitted to appear pro hac vice as counsel to Delphi Corporation, et al., in the above-captioned chapter 11 cases.

ORDERED that the requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated:    New York, New York
          October __, 2005

_____
UNITED STATES BANKRUPTCY JUDGE