# Delphi Overview

**2004 Sales: $28.6B[1]**

**2004 OI[1,2]: $(482)M**

### Electrical, Electronics & Safety Sector






**2004 Sales: $13.9B**

**2004 OI: $955M[2]**

- Integrated Body Electronics
- Powertrain Electronics
- Chassis & Safety Electronics
- Audio Systems & Mobile Multimedia
- Safety Systems
- Electrical & Electronic Systems
- Product & Service Solutions

### Dynamics, Propulsion, Thermal & Interior Sector





**2004 Sales: $14.1B**

**2004 OI: $(65)M[2]**

- Engine & Emission Management Systems
- Energy Management Systems
- Vehicle Dynamics
- Thermal Management Systems
- Interior Systems

### Automotive Holdings Group



**2004 Sales: $2.6B**

**2004 OI: $(590)M[2]**

- Batteries
- Instrumentation
- 13 U.S. sites

(1) Includes activity not allocated to the product sectors and the inclusion of intersector eliminations
(2) Excludes impact of employee, product line and related charges



A-1

**FIRST DAY AFFIDAVIT – EXHIBIT A**

# Automotive Product Lines & Customer Diversity



Thermal — *8 Customers*

Vehicle Electronics — *11 Customers*

Wireless — *11 Customers*

Electrical Architecture — *11 Customers*

Diesel Engine Management — *7 Customers*

Power Closure Systems — *6 Customers*

Gas Engine Management — *10 Customers*

Steering — *11 Customers*

Safety — *8 Customers*

Mechatronics — *8 Customers*

**As of 12/31/03 booked business**
**Global Top 11 OEMs in alphabetical order: BMW, DaimlerChrysler, Fiat, Ford, GM, Honda, Hyundai, PSA, Renault/Nissan, Toyota & VW**
**Customer count provided includes only OEM customers listed; does not represent the total number of customers for a given product line**

# Translating Core Competencies Into New Markets

## Core Markets


**Diesel & Gas Engine Management**


**Electrical Architecture**


**Electronics, Switches & Sensors**


**Thermal**


**Wireless**

## New Markets


**Commercial Vehicles**


**Consumer Electronics**


**Medical Devices**


**Marine**


**Computers / Peripherals**


**Military / Homeland Security**

**DELPHI** — Driving Tomorrow's Technology   A-3

**FIRST DAY AFFIDAVIT – EXHIBIT A**

# Diversified Customer Base



# Sales/GAAP Operating Income – GM vs. Non-GM



## Extensive Global Presence

**U.S & Canada**
- Manufacturing sites: 45
- Employment: 50,000
- Joint ventures: 7
- Technical centers: 13

**Europe & Middle East**
- Manufacturing sites: 61
- Employment: 49,000
- Joint ventures: 9
- Technical centers: 10

**Total Delphi**
- Manufacturing sites: 167
- Employment: 184,000
- Joint ventures: 42
- Technical centers: 33

**Mexico & South America**
- Manufacturing sites: 47
- Employment: 75,000
- Joint ventures: 9
- Technical centers: 4

**Asia Pacific**
- Manufacturing sites: 14
- Employment: 10,000
- Joint ventures: 17
- Technical centers: 6

As of March 31, 2005

DELPHI
Driving Tomorrow's Technology   A-6

FIRST DAY AFFIDAVIT – EXHIBIT A

# Worldwide Operations Locations



## Operations Locations – United States



U.S. entities also maintain branch offices in Liverpool, England; Moscow, Russia; and Thailwil, Switzerland



A-8

**FIRST DAY AFFIDAVIT – EXHIBIT A**

# Operations Locations – Mexico and South America



# Operations Locations – Eastern Hemisphere



A-10

**FIRST DAY AFFIDAVIT – EXHIBIT A**



# Chapter 11 Filing Chart (Domestic U.S. Entities)

# U.S./Foreign Entity Relationships



B-2

**FIRST DAY AFFIDAVIT – EXHIBIT B**