# SCHEDULE 1

## Schedule of Holders of the Largest 50 Unsecured Claims

Following is a list of the Debtors' creditors holding the fifty largest unsecured claims on a consolidated basis with its debtor-affiliates.[1]  The list is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing a chapter 11 case.  This list does not include (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31), or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the fifty largest unsecured claims.

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 1. | General Motors Corporation 300 Renaissance Center P.O. Box 300 Detroit, MI 48265-3000  Tel: 313-665-4898 (Legal) Tel: 313-556-5000 (Main) Fax: 517-272-3709 | John Devine, CFO | Trade, Warranty, and Other | Contingent and Unliquidated | Unknown |
| 2. | International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers – Communications Workers of America 501 3rd Street N.W., 6th Floor Washington, D.C. 20001  Tel: 202-434-1156 Fax: 202-434-1343 | James D. Clark, President | Wages and Benefits | Contingent and Unliquidated | Unknown |
| 3. | Pension Benefit Guaranty Corp 1200 K Street, N.W. Washington, D.C. 20005  Tel: 202-326-4020 Fax: 202-326-4112 | Jeffrey Cohen, Chief Counsel | Guaranty | Contingent and Unliquidated | Unknown |

---

[1]  All claims of affiliates are reported on a consolidated basis.

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 4. | United Auto Workers<br>8000 E. Jefferson<br>Detroit, MI 48214<br><br>Tel: 313-926-5000<br>Fax: 313-823-6016 | Richard Shoemaker, Vice President & Director GM Department | Wages and Benefits | Contingent and Unliquidated | Unknown |
| 5. | United Steel Workers<br>5 Gateway Center<br>Pittsburgh, PA 15222<br><br>Tel: 412-562-2400<br>Fax: 412-562-2484 | Leo W. Gerard, President | Wages and Benefits | Contingent and Unliquidated | Unknown |
| 6. | Wilmington Trust Company<br>Corporate Trust Office<br>1100 North Market Street Rodney Square North,<br>Wilmington, DE 19890<br><br>Tel: 302-636-6058<br>Fax: 302-636-4143 | Steven M. Cimalore, Vice President | Notes | | $2,000,000,000 |
| 7. | Law Debenture Trust Company of New York<br>Corporate Trust Office<br>780 Third Ave, 31st Floor<br>New York, NY 10017<br><br>Tel: 212-750-6474<br>Fax: 212-750-1361<br><br>and<br><br>Wilmington Trust Company<br>Corporate Trust Office<br>1100 North Market Street Rodney Square North,<br>Wilmington, DE 19890<br><br>Tel: 302-636-6058<br>Fax: 302-636-4143 | Patrick Healy, Vice President<br><br>and<br><br>Steven M. Cimalore, Vice President | Junior Subordinated Notes | | $412,371,975 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 8. | Flextronics International Asia Pacific 2 Robbins Road Westford, MA 01886 Tel: 978-392-3015 Fax: 978-392-3011 | Joe Minville, Sr. Director, Business Development, Global Automotive Markets | Trade | | $40,781,535 |
| 9. | Freescale Semiconductor Inc 6501 William Cannon Drive West Austin, TX 78735-8598 Tel: 512-895-2093 Fax: 512-895-8746 | Paul Grimme, Senior Vice President and General Manager, Transportation and Standard Products Group | Trade | | $22,710,027 |
| 10. | Robert Bosch Corporation 38000 Hills Tech Drive Farmington Hills, MI 48331-3417 Tel: 248-848-2555 Fax: 248-848-6505 | Linda Lynch, Sales Manager, General Motors N.A. | Trade | | $15,069,265 |
| 11. | Siemens Automotive Ltd 2400 Executive Hill Blvd. Auburn Hills, MI 48326-2980 Tel: 248-209-5874 Fax: 248-209-7877 | Peter H. Huizinga, Sales Manager, North American Sales | Trade | | $13,619,300 |
| 12. | PBR Automotive USA Pacific Group Ltd 140 Ellen Drive Orion Township, MI 48359 Tel: 248-340-1290 Fax: 248-377-4939 | Gordon Diag, VP | Trade | | $10,542,285 |
| 13. | DMC 2 Canada Corporation 2347 Commercial Drive Auburn Hills, MI 48326 Tel: 248-292-2261 Fax: 248-340-2471 | Bill Staron, Senior VP | Trade | | $8,976,696 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 14. | NEC Electronics Inc Three Galleria Tower 13155 Noel Road, Ste 1100 Dallas, TX 75240  Tel: 972-855-5126 Fax: 972-655-5133 | Jim Trent, General Manager, Automotive SBU | Trade | | $8,896,819 |
| 15. | HSS LLC 5446 Dixie Highway Saginaw, MI 48601  Tel: 989-777-2983 Fax: 989-777-4818 | David Bader, President | Trade | | $8,296,550 |
| 16. | Tyco Electronics Corp  Amperestrabe 12-14 Bensheim, Germany D-64625  Tel: 49-0-62-51-133-1-202 Fax: 49-0-62-51-133-1-548  and  P.O. Box 3608 Harrisburg, PA 17105-3608  Tel: 717-592-2298 Fax: 717-592-7555 | Dr. Jurgen W. Gromer, Vice President Tyco International Ltd., President and CEO Tyco Electronics Corp. | Trade | | $8,278,304 |
| 17. | Molex Inc 222 Wellington Court Lisle, IL 60532-1682  Tel: 630-718-5888 Fax: 630-813-5888 | Ron Schubel, Executive Vice President, President Americas Region | Trade | | $8,014,656 |
| 18. | Panasonic Automotive 26455 American Drive Southfield, MI 48034  Tel: 248-447-7111 Fax: 248-447-7008 | Vince Sarrecchia, President, Headquarters | Trade | | $7,429,854 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 19. | Olin Corp<br>427 N Shamrock Street<br>East Alton, IL  62024-1174<br><br>Tel: 618-258-26664<br>Fax: 618-258-3481 | Devin Denner, Sales Manager | Trade | | $7,231,721 |
| 20. | Methode Electronics Inc<br>7401 W. Wilson<br>Chicago, IL  60706<br><br>Tel: 708-867-6777<br>Fax: 708-867-3288 | Don Duda, President | Trade | | $6,397,471 |
| 21. | SGS Thompson<br>Victor Park West<br>19575 Victor Parkway<br>Livonia, MI  48152<br><br>Tel: 734-953-1711<br>Fax: 734-462-4034 | Scott Shilling, Sales Director | Trade | | $6,386,126 |
| 22. | Philips Semiconductors<br>1817 Dogwood Drive<br>Kokomo, IN  46902<br><br>Tel: 765-868-3861<br>Fax: 765-452-9915 | Sam L. Trency, Global Account Manager, Kokomo | Trade | | $6,242,258 |
| 23. | Infineon Technologies<br><br>P.O. Box 80 09 49<br>Munich, Germany  81609<br><br>Tel: 49-0-89-234-8-52-00<br>Fax: 49-0-89-234-8-52-02<br><br>and<br><br>St.-Martin-Strasse 53<br>Munich, Germany  81669 | Peter Bauer, Executive Vice President | Trade | | $5,582,352 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 24. | Aw Transmission Engineering Aisin Seiki Co Ltd Metro West Industrial Park 14933 Keel St Plymouth, MI 48170  Tel: 734-416-1162 Fax: 734-416-3844 | Ryo Ishibashi, Sales Contact  and  Kenji Ito, VP  and  Larry Khaykin, Sr. Sales Manager | Trade | | $5,509,700 |
| 25. | Applied Bio Systems 850 Lincoln Centre Drive Foster City, CA 94404  Tel: 650-638-6431 Fax: 650-638-5998 | Ann Wagoner | Trade | | $5,491,366 |
| 26. | Alps Automotive Inc 1500 Atlantic Blvd. Auburn Hills, MI 48326  Tel: 248-393-7626 Fax: 248-391-1564 | Muneki Ishida, General Sales Manager | Trade | | $5,182,441 |
| 27. | Texas Instruments Inc 12900 North Meridian Street Suite 175 Ms 4070 Carmel, IN 46032  Tel: 317-574-2626 Fax: 317-573-6410 | Brent Mewhinney, US Automotive Sales Manager | Trade | | $5,041,608 |
| 28. | Hitachi Automotive  955 Warwick Rd Harrodsburg, KY 40330  Tel: 248-482-0085 Fax: 248-474-5097  and  34500 Grand River Avenue Farmington Hills, MI 48335 | Darrell Seitz, Senior Account Manager | Trade | | $4,979,093 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 29. | Sharp Electronics Corp 2613-1, Chinomoto, Cho, Tenri Nara, Japan  632-8567<br><br>Tel: 81-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 Fax: 81-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 | Akihiko Imaya, Group Deputy General Manager | Trade | | $4,974,247 |
| 30. | Semiconductor Components 2000 S County Trail East Greenwich, RI  02818<br><br>Tel: 734-953-6848 Fax: 734-953-6860 | Lance Williams, Director of Sales | Trade | | $4,865,672 |
| 31. | TRW Automotive 12000 Tech Center Drive Livonia, MI  48150<br><br>Tel: 734-266-3507 Fax: 734-266-5704 | John Nielsen, Director, Sales | Trade | | $4,821,907 |
| 32. | ISI of Indiana Inc 1212 East Michigan St. Indianapolis, IN  46202<br><br>Tel: 317-631-7980 Fax: 317-631-7981 | Brad Countryman | Trade | | $4,760,039 |
| 33. | Traxle Manufacturing Ltd 25300 Telegraph Rd. Ste 450 Raleigh Office Center Southfield, MI  48034<br><br>Tel: 248-355-3533 Fax: 248-355-3558 | Russ Pollack, Director of Sales | Trade | | $4,744,747 |
| 34. | Waupaca Foundry Inc 311 S Tower Rd Waupaca, WI  54981-0249<br><br>Tel: 715-258-6611 Fax: 715-258-1712 | Gary Thoe, Chairman | Trade | | $4,684,195 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 35. | Hitachi Chemical Asia Pacific<br><br>Bedok Plant: 20, Bedock South Road Singapore, Singapore  469277<br><br>Tel: 6241-9811<br>Fax: 5455-407<br><br>and<br><br>Loyang Plant: 32, Loyang Way Singapore, Singapore  508730<br><br>Tel: 6542-8511 | Y. Yokoya, Deputy Managing Director | Trade | | $4,562,688 |
| 36. | American Axle & Manufacturing Inc.<br>One Dauch Drive<br>Detroit, MI  48211-1198<br><br>Tel: 313-758-4217<br>Fax: 313-974-2870 | Joel Robinson President<br><br>and<br><br>Bob Finn, CEO | Trade | | $4,525,561 |
| 37. | TDK Corporation Of America<br>1221 Business Center Drive<br>Mount Prospect, IL  60056<br><br>Tel: 847-803-6100<br>Fax: 847-803-1125 | Frank H. Avant, President | Trade | | $4,466,206 |
| 38. | Pioneer Industrial Components (Pioneer Automotive Electronics Sales, Inc.)<br>22630 Haggerty Road<br>Farmington, MI  48335<br><br>Tel: 248-449-6799<br>Fax: 248-449-1940 | Kevin M. Martin Senior VP, Sales | Trade | | $4,189,855 |
| 39. | Fujitsu Ten Corporation<br>46029 Five Mile Road<br>Plymouth, MI  48170<br><br>Tel: 734-414-6651<br>Fax: 734-414-6660 | Chet Korzeniewski V.P., Sales and Marketing | Trade | | $4,156,580 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 40. | Solectron De Mexico SA de CV Solectron Invotronics 26525 American Drive Southfield, MI  48034  Tel: 248-263-8714 Fax: 248-263-8701 | Ed Mike, Sales Manager | Trade | | $4,129,744 |
| 41. | TI Group Automotive System 12345 E Nine Mile Warren, MI  48090  Tel: 586-755-8312 Fax: 586-427-3175 | Tim Kuppler, Vice President | Trade | | $3,990,388 |
| 42. | Timken Company 31100 Telegraph Road, Suite 270 Bingham Farms, MI 48025  Tel: 248-554-4882 Fax: 248-433-2253 | Brian Ruel, Director, Sales | Trade | | $3,619,957 |
| 43. | Engelhard Corporation 101 Wood Ave Iselin, NJ  08830  Tel: 732-205-6497 Fax: 732-906-0337 | Barry Perry, Chairman & CEO | Trade | | $3,577,915 |
| 44. | Cataler North America Corp. 7800 Chihama Kakegawa-City Shizuoka,  Japan  Tel: 81-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 Fax: 81-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 | Hironobu Ono, President | Trade | | $3,462,855 |
| 45. | Pechiney Rolled Products 39111 W Six Mile Rd. Livonia, MI  48152  Tel: 734-632-8484 Fax: 734-632-8483 | Jim Offer, Sales Manager | Trade | | $3,393,879 |
| 46. | Autocam Corporation East Paris Avenue Kentwood, MI  49512  Tel: 616-541-8551 Fax: 616-698-6876 | Scott Dekoker, Customer Manager | Trade | | $3,352,518 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 47. | Futaba Corp Of America<br>2865 Wall Triana Hwy<br>Huntsville, AL 35824<br><br>Tel: 256-461-7348<br>Fax: 256-461-7741 | Joe M. Dorris, President | Trade | | $3,350,622 |
| 48. | Victory Packaging<br>3555 Timmons Lane<br>Suite 1440<br>Houston, TX 77027<br><br>Tel: 713-961-3299<br>Fax: 713-961-3824 | Robert Egan, President | Trade | | $3,327,441 |
| 49. | Murata Electronics North<br>2200 Lake Park Drive<br>Smyrna, GA 30080-7604<br><br>Tel: 770-433-7846<br>Fax: 678-842-6625 | David M. McGinnis, Director Automotive Sales | Trade | | $3,234,841 |
| 50. | Niles USA Inc<br>41129 Jo Drive<br>Novi, MI 48375<br><br>Tel: 248-427-9700<br>Fax: 248-427-9701 | Michael Rudnicki, Account Manager<br><br>and<br><br>Scot McColl, Business Unit Manager | Trade | | $3,171,181 |

# SCHEDULE 2

## Schedule of Holders of the Largest Secured Claims

The following is a schedule of the holders of the largest secured claims against the Debtors on a consolidated basis, prepared in accordance with the Debtors' books and records as of the Petition Date.

The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. The Debtors reserve all rights to assert that any claim or debt listed herein is a disputed claim or debt, and to challenge the priority, nature, amount or status of any such claim or debt. The descriptions of the collateral securing the underlying obligations are intended only as brief summaries. In the event of any inconsistencies between the summaries set forth below and the respective corporate and legal documents relating to such obligations, the descriptions in the corporate and legal documents shall control. The schedule below estimates outstanding claim amounts (including, where appropriate, principal and interest) as of the Petition Date.

| Name of Secured Creditor | Claim Amount | Value of Collateral | Description of Collateral | Debtor |
|---|---|---|---|---|
| JPMorgan Chase Bank, N.A., as Administrative Agent Agent Bank Services Group 1111 Fannin, 10th Floor Houston, TX 77002 Att'n: Khuyen Ta | $2,500,000,000 plus any amounts owed pursuant to any issued and outstanding letters of credit as well as all interest, fees, costs and expenses and all charges accrued and accruing thereon and/or chargeable with respect thereto | The Debtors believe the value of the collateral is not less than the outstanding amounts under the applicable credit facility, however, the specific value of the collateral has not been determined | (1) Stock representing 100% of wholly owned US subsidiaries and 65% of wholly owned first tier foreign subsidiaries; and (2) All U.S. assets of Delphi Corporation and all of its subsidiaries party to the 5-Year Third Amended and Restated Credit Agreement, dated as of June 14, 2005 (which includes all wholly-owned subsidiaries other than special purpose subsidiaries and immaterial subsidiaries) | Delphi Corporation |
| The Debtors believe there may be certain other secured claims, the value of each of which is not material. | | | | |

## SCHEDULE 3

### Schedule of Debtors' Assets and Liabilities

      The following financial data is the latest available information and reflects the Debtors' financial condition, on a consolidated basis, as of August 31, 2005.[1]  The following financial data shall not constitute an admission of liability by the Debtors.  The Debtors reserve all rights to assert that any claim or debt listed herein as liquidated or fixed is in fact a disputed claim or debt.  The Debtors reserve all rights to challenge the priority, nature, amount or status of any claim or debt.

**Delphi Corporation**

|  |  |
|---|---|
| **Total Assets** | $17,098,734,530 |
| **Total Liabilities** | $22,166,280,476 |

---

[1]     All amounts are reported gross, without the eliminations or adjustments required for consolidated financial statements.  The estimated assets and liabilities stated herein are estimated on a consolidated basis for Delphi Corporation and its debtor and non-debtor subsidiaries and affiliates.  The Debtors will file schedules and a statement of financial affairs pursuant to Fed. R. Bankr. P. 1007(c) at a date to be determined by this Court.

# SCHEDULE 4

## Schedule of Publicly Held Securities

The following is a schedule of Debtors' shares of stock, debentures and other securities that are publicly held, and approximate number of holders thereof.

| *Delphi Corporation* | | | | | |
|---|---|---|---|---|---|
| **Issuance** | **Issue Amount** | **Maturity** | **Secured / Unsecured** | **Number of Shares Outstanding** | **Approximate Number of Holders** |
| Delphi Corporation Common Stock | N/A (par value of $0.01 per share) | N/A | Common Stock | 561,781,590 shares outstanding as of August 26, 2005 | 331,202 holders as of August 26, 2005 |
| 6.55% notes | $500 million | June 15, 2006 | Unsecured | N/A | 150 holders as of September, 2005 |
| 6.50% notes | $500 million | May 1, 2009 | Unsecured | N/A | 100 holders as of September, 2005 |
| 6.50% notes | $500 million | August 15, 2013 | Unsecured | N/A | 170 holders as of September, 2005 |
| 7.125% notes | $500 million | May 1, 2029 | Unsecured | N/A | 140 holders as of September, 2005 |

## SCHEDULE 4 CONTINUED

## <u>Stock Ownership of Officers and Directors</u>[1]

| Name of Officer or Director | Class of Stock Owned | Number of Shares Owned |
|---|---|---|
| Oscar de Paula Bernardes | Common Stock | 72,605.541 |
| Robert H. Brust | Common Stock | 60,895.471 |
| Virgis W.Colbert | Common Stock | 75,557.594 |
| David N. Farr | Common Stock | 55,777.536 |
| Bernd Gottschalk | Common Stock | 70,678.778 |
| Shoichiro Irimajiri | Common Stock | 74,957.706 |
| Craig G. Naylor | Common Stock | 11,876.598 |
| Rodney O'Neal | Common Stock | 317,157.8785 |
| John D. Opie | Common Stock | 134,197.489 |
| John D. Sheehan | Common Stock | 32,856.7376 |
| Mark R. Weber | Common Stock | 256,282.7102 |
| David B. Wohleen | Common Stock | 288,828.2802 |

---

[1]    As of August 2, 2005, cumulative balance of shares including:  direct and indirect shares, restricted stock units, excess benefit plan, deferred compensation and grants.  The chart sets forth stock of Delphi Corporation held by the directors of Delphi Corporation and those officers of Delphi Corporation disclosed for the purposes of section 16 of the Securities and Exchange Act 1934 (the "Section 16 Officers"), with the exception of David M. Sherbin and Robert J. Dellinger, in respect of whom such information is not currently available.

## SCHEDULE 4 CONTINUED

### Holders of 5% or More of the Debtor's Voting Securities

      The following chart sets forth a list of the names of any person known by the Debtors to own, control, or hold, directly or indirectly, with power to vote, 5% or more of the voting securities of Delphi Corporation, as of June 30, 2005:

| Name and Address | Shares Beneficially Owned | Percentage |
|---|---|---|
| Dodge & Cox<br>c/o 555 California Street, 40th Floor<br>San Francisco, CA 94104-1503<br>Attn: Mr. Kouji Yamada | 73,984,593 | 13.18% |
| Capital Research & Management Company[2]<br>c/o 1 Market Plaza<br>Steuart Tower – 1800<br>San Francisco, CA 94105-1409<br>Attn: Mr. Christopher Buchbinder | 72,355,000 | 12.89% |
| State Street Global Advisors<br>c/o Global Fundamental Research<br>1 Lincoln Street<br>Boston, MA 02111-2900 | 67,701,034 | 12.06% |
| Brandes Investment Partners, LLC<br>c/o 11988 El Camino Real – 500<br>San Diego, CA 92130-2594<br>Attn: Mr. Theodore Kim | 28,772,269 | 5.12% |

---

[2]     In addition to the shares held by Capital Research & Management Company, the following affiliates of Capital Research & Management Company beneficially own shares as follows: Capital International Ltd., 26,113,049 shares (4.65%); Capital Guardian Trust Company, 16,368,100 shares (2.92%); Capital International S.A., 5,390,599 shares (0.96%); and Capital International, Inc., 48,700 shares (0.01%).

# SCHEDULE 5

## List of Debtors' Property in the Possession of Third Parties

Pursuant to Local Bankruptcy Rule 1007-2(a)(8), the following schedule lists property of any of the Debtors in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents or secured creditor, or any agent for any such entity.[1]  The Debtors are working to confirm that no other such party is in possession of any of the Debtors' property and reserve the right to supplement this Schedule if additional property is identified.  The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtors.  The Debtors reserve all rights to challenge the priority, nature, amount or status of any claim or debt.

| Third Party | Property Description |
|---|---|
| JPMorgan Chase | Stock representing 100% of wholly-owned US subsidiaries and 65% of wholly-owned first tier foreign subsidiaries is held by JP Morgan as Agent under the Term Loan and the Revolving Credit Facility |
| Various domestic and foreign commercial carriers, movers, shippers, freight forwarders/consolidators, delivery services, customs brokers, shipping auditing services, deconsolidators and distributors used in the ordinary course of business. | At any given time, shippers utilized by the Debtors are in possession of property of the Debtors in an amount of approximately $30.2 million.  Such property generally consists of raw materials, parts, components, certain finished goods, indirect materials, tooling, machinery, and equipment. |
| Various warehouses that store the Debtors' goods in transit in the ordinary course of business. | At any given time, warehousemen utilized by the Debtors are in possession of property of the Debtors in an amount of approximately $207 million.  Such property generally consists of raw materials, parts, components, and certain finished goods, indirect materials, tooling, machinery, and equipment. |

---

[1]     In addition to the property listed above, in the ordinary course of business, certain property of the Debtors is likely to be in the possession of various other persons on a transient basis, including maintenance providers, materialmen, pay-on-consumption customers, consignment suppliers and other consignees or bailees, or the agents of any of them.  Through these arrangements, the Debtors' ownership interest is not affected.  Further, in light of the movement of this property, providing a comprehensive list of the persons or entities in possession of the property, their addresses and telephone numbers, and the location of any court proceeding affecting such property would be impractical if not impossible.

## SCHEDULE 6

## Debtors' Facilities[1]

| Plant Name/Address | Square Footage[2] | Type of Interest | Description Of Use |
|---|---|---|---|
| Plant 21, P.O. Box 311- US 31N, Athens, AL, United States | 707,500 | Owned | Manufacturing |
| Plant 23, P.O. Box 311- US 31N, Athens, AL, United States | 646,300 | Owned | Manufacturing |
| Mercedes-Benz Service Center, 11005 Ed Stephens Road, Cottondale, AL, United States | 150,000 | Owned | Manufacturing |
| Foley, 17195 Highway US 98 W, Foley, AL, United States | 73,044 | Owned | Manufacturing |
| Gadsden AL Packard Plant, 4605 Airport Dr., Gadsden, AL, United States | 267,000 | Owned | Manufacturing |
| Tuscaloosa Operations, 3400 Kauloosa Avenue, Tuscaloosa, AL, United States | 325,000 | Owned | Manufacturing |
| Anaheim (Plant 13), 1201 North Magnolia Avenue, Anaheim, CA, United States | 289,050 | Owned | Manufacturing |
| Kokomo Operations, 1800 East Lincoln, P.O. Box 9005, Kokomo, IN, United States | 2,255,275 | Owned | Manufacturing |
| Kokomo Operations, 1800 East Lincoln, P.O. Box 9005, Kokomo, IN, United States | 763,000 | Owned | Office |
| 499 East County Road, 499 East County Road, New Castle, IN, United States | 75,271 | Owned | Manufacturing |
| 499 East County Road, 499 East County Road, New Castle, IN, United States | 15,768 | Owned | Office |
| Olathe, 400 West Dennis Avenue, Olathe, KS, United States | 323,600 | Owned | Manufacturing |
| Adrian, 1450 East Beecher Street, Adrian, MI, United States | 500,000 | Owned | Manufacturing |
| Coopersville, 999 Randall Road, Coopersville, MI, United States | 286,676 | Owned | Manufacturing |
| Flint East, 1300 Dort Highway, MI, United States | 4,237,053 | Owned | Manufacturing |
| Flint East, 1300 Dort Highway, MI, United States | 378,293 | Owned | Office |
| Flint Operations, 3224 Davison Road, Flint, MI, United States | 1,126,500 | Owned | Manufacturing |
| Saginaw, 2328 East Genesee Street, Saginaw, MI, United States | 1,035,569 | Owned | Manufacturing |
| Plant 3, 3900 East Holland Road, Saginaw, MI, United States | 687,000 | Owned | Manufacturing |
| Plant 3, 3900 East Holland Road, Saginaw, MI, United States | 411,500 | Owned | Office |
| Technical Center, 3900 East Holland Road, Saginaw, MI, United States | * | Owned | Manufacturing |
| Plant 4, 3900 East Holland Road, Saginaw, MI, United States | 672,300 | Owned | Manufacturing |
| Plant 4, 3900 East Holland Road, Saginaw, MI, United States | 104,400 | Owned | Office |
| Plant 5, 3900 East Holland Road, Saginaw, MI, United States | 593,000 | Owned | Manufacturing |
| Plant 6, 3900 East Holland Road, Saginaw, MI, United States | 636,000 | Owned | Manufacturing |
| Plant 6, 3900 East Holland Road, Saginaw, MI, United States | 35,000 | Owned | Office |

---

[1]     The property listed on this Schedule is as of September, 2005 and includes both active and inactive facilities.

[2]     The square-footage for those facilities indicated by an asterisk (*) is included within the square-footage listed for another facility located at the same site.  The square-footage for those facilities indicated by a double asterisk (**) is currently unavailable.

| Plant Name/Address | Square Footage[2] | Type of Interest | Description Of Use |
|---|---|---|---|
| Plant 7, 3900 East Holland Road, Saginaw, MI, United States | 577,100 | Owned | Manufacturing |
| 5725 Delphi Drive, Buildings A & B, Troy, MI, United States | 264,000 | Owned | Office |
| 5820 Delphi Drive, Building D, Troy, MI, United States | 144,000 | Owned | Office |
| 5825 Delphi Drive, Building C, Troy, MI, United States | 96,000 | Owned | Office |
| Grand Rapids, 2100 S.E. Burlingame, Wyoming, MI, United States | 1,805,730 | Owned | Manufacturing |
| Brookhaven Plant 23, 925 Industrial Park Road, Brookhaven, MS, United States | 202,000 | Owned | Manufacturing |
| Brookhaven Plant 26, 925 Industrial Park Road, Brookhaven, MS, United States | * | Owned | Manufacturing |
| Brookhaven Plant 28, 925 Industrial Park Road, Brookhaven, MS, United States | * | Owned | Manufacturing |
| Clinton Complex Plant 21, 1001 Clinton Industrial Park, Clinton, MS, United States | 708,000 | Owned | Manufacturing |
| Clinton Complex Plant 22, 1001 Clinton Industrial Park, Clinton, MS, United States | * | Owned | Manufacturing |
| Clinton Complex Plant 25, 1001 Clinton Industrial Park, Clinton, MS, United States | * | Owned | Manufacturing |
| Clinton Complex Plant 24, 1001 Clinton Industrial Park, Clinton, MS, United States | 295,000 | Owned | Manufacturing |
| Clinton Complex Plant 27, 1001 Clinton Industrial Park, Clinton, MS, United States | * | Owned | Manufacturing |
| Henrietta Engineer Ctr, 5500 West Henrietta Road, Henrietta, NY, United States | 331,000 | Owned | Office |
| Lockport Complex, 200 Upper Mountain Road, Lockport, NY, United States | 2,176,900 | Owned | Manufacturing |
| Lockport Complex, 200 Upper Mountain Road, Lockport, NY, United States | 563,800 | Owned | Office |
| Lockport Complex, 200 Upper Mountain Road, Lockport, NY, United States | 59,900 | Owned | Warehouse |
| Rochester, 1000 Lexington Avenue, Rochester, NY, United States | 1,968,000 | Owned | Manufacturing |
| Columbus, 200 Georgesville Road, Columbus, OH, United States | 1,416,000 | Owned | Manufacturing |
| Plant 45 Cortland, 500 Mecca Road, Cortland, OH, United States | 157,000 | Owned | Manufacturing |
| Home Avenue, 2701 Home Avenue, Dayton, OH, United States | 1,463,597 | Owned | Manufacturing |
| Needmore Road, 3100 Needmore Road, Dayton, OH, United States | 1,201,528 | Owned | Manufacturing |
| Wisconsin Blvd., 1420 Wisconsin Boulevard, Dayton, OH, United States | 555,137 | Owned | Manufacturing |
| Kettering, 2000 Forrer Boulevard, Kettering, OH, United States | 2,603,002 | Owned | Manufacturing |
| Kettering Operations, Bldg 9, 2000 Forrer Boulevard, Kettering, OH, United States | 175,836 | Owned | Shop/Laboratory |
| Kettering Operations Bldg 10, 2000 Forrer Boulevard, Kettering, OH, United States | 155,623 | Owned | Office |
| Plant 7 Rootstown, 5245 South Prospect Street, (Rootstown Township), Ravenna, OH, United States | 189,000 | Owned | Manufacturing |
| Sandusky, 2509 Hayes Avenue, Sandusky, OH, United States | 1,321,947 | Owned | Manufacturing |
| Technical Center, 2509 Hayes Avenue, Sandusky, OH, United States | * | Owned | Manufacturing |
| 250 Northwoods Blvd., 250 Northwoods Blvd., Vandalia, OH, United States | 686,726 | Owned | Manufacturing |
| Technical Center, 250 Northwoods Blvd., Vandalia, OH, United States | 59,657 | Owned | Manufacturing |
| TI Manufacturing, 480 N. Dixie Drive, Vandalia, OH, United States | 534,101 | Owned | Manufacturing |
| TI Engineering, 480 N. Dixie Drive, Vandalia, OH, United States | 180,666 | Owned | Manufacturing |
| Phase II Molding Facility, 3400 Aeropark Drive, Vienna, OH, United States | 180,646 | Owned | Manufacturing |
| Phase II Molding Facility, 3400 Aeropark Drive, Vienna, OH, United States | 10,272 | Owned | Office |

| Plant Name/Address | Square Footage[2] | Type of Interest | Description Of Use |
|---|---|---|---|
| Phase II Molding Facility, 3400 Aeropark Drive, Vienna, OH, United States | 1,914 | Owned | Other |
| Plant 3, 408 Dana Street, Admin Bldg, Plant 3, 4, 6, Warren, OH, United States | 500,500 | Owned | Manufacturing |
| AVI Foodsystems, 408 Dana Street, Admin Bldg, Plant 3, 4, 6, Warren, OH, United States | 2,500 | Owned | Manufacturing |
| Plant 4, 408 Dana Street, Admin Bldg, Plant 3, 4, 6, Warren, OH, United States | * | Owned | Manufacturing |
| Plant 6, 408 Dana Street, Admin Bldg, Plant 3, 4, 6, Warren, OH, United States | * | Owned | Manufacturing |
| Plant 10, North River & Larchmont Avenue, Warren, OH, United States | 2,623,000 | Owned | Manufacturing |
| Plant 11, North River & Larchmont Avenue, Warren, OH, United States | * | Owned | Manufacturing |
| Plant 14, North River & Larchmont Avenue, Warren, OH, United States | * | Owned | Manufacturing |
| Plant 15, North River & Larchmont Avenue, Warren, OH, United States | * | Owned | Manufacturing |
| Plant 16, North River & Larchmont Avenue, Warren, OH, United States | * | Owned | Manufacturing |
| Plant 17, North River & Larchmont Avenue, Warren, OH, United States | * | Owned | Manufacturing |
| Plant 19, North River & Larchmont Avenue, Warren, OH, United States | * | Owned | Manufacturing |
| Plant 46, North River & Larchmont Avenue, Warren, OH, United States | * | Owned | Manufacturing |
| Plant 48, North River & Larchmont Avenue, Warren, OH, United States | * | Owned | Manufacturing |
| Plant 8, Griswold Street & Paige Avenue, Warren, OH, United States | 218,000 | Owned | Manufacturing |
| Specialty Electronics, 19200 Asheville Highway, Landrum, SC, United States | 34,000 | Owned | Manufacturing |
| Wichita Falls, 8600 Central Freeway North, Wichita Falls, TX, United States | 480,982 | Owned | Manufacturing |
| Milwaukee Operations, 7929 South Howell Avenue, Oak Creek, WI, United States | 597,404 | Owned | Manufacturing |
| Milwaukee Operations, 7929 South Howell Avenue, Oak Creek, WI, United States | 411,709 | Owned | Manufacturing |
| 100 Concourse Parkway, Birmingham, AL, United States | 1,189 | Leased | Office |
| 1825 McFarland Blvd., Tuscaloosa, AL, United States | 8,000 | Leased | Other |
| 7815 North White & Parker Road, Stanfield, AZ, United States | 9,600 | Leased | Shop/Laboratory |
| 17150 Von Karman Avenue, P.O. Box 119685, Irvine, CA, United States | 157,458 | Leased | Manufacturing |
| 3011 Malibu Canyon Rd., Malibu, CA, United States | * | Leased | Other |
| 1051 S. Rockfeller Ave., Ontario, CA, United States | * | Leased | Warehouse |
| 4300 Road 18, Lots 2 & 3, Block 2, Frederick West Business, Frederick, CO, United States | 64,750 | Leased | Manufacturing |
| Peak IV Building, Lot 7, Block 2, Frederick West Business, Frederick/Longmont, CO, United States | 44,000 | Leased | Manufacturing |
| 14052 Valley Drive, Lot 5, Valley/66 Business Park, Mead, CO, United States | 27,960 | Leased | Warehouse |
| 1301 Pennsylvania Avenue NW, Suite 1030, Washington, DC, United States | 400 | Leased | Office |
| 3110 Woodcreek Drive, Downers Grove, IL, United States | 42,393 | Leased | Office |
| 2911 State Rd., Plant 11, Anderson, IN, United States | 534,162 | Leased | Manufacturing |
| 2911 State Rd., Plant 20, Anderson, IN, United States | 345,360 | Leased | Manufacturing |
| 2911 State Rd., WWT, Anderson, IN, United States | 14,803 | Leased | Manufacturing |
| 8750 North Hague Road, Indianapolis, IN, United States | 78,930 | Leased | Shop/Laboratory |
| 7601 East 88th Place, Indianapolis, IN, United States | 42,700 | Leased | Shop/Laboratory |

| Plant Name/Address | Square Footage[2] | Type of Interest | Description Of Use |
|---|---|---|---|
| 8700 North Hague Road, Indianapolis, IN, United States | 33,500 | Leased | Shop/Laboratory |
| 1916 South Elizabeth Street, Kokomo, IN, United States | 2,564 | Leased | Office |
| 1916 South Elizabeth Street, Kokomo, IN, United States | 8,598 | Leased | Office |
| 1125 East Vaile Avenue, Kokomo, IN, United States | 275,000 | Leased | Warehouse |
| 2743 S. Albright Road, Kokomo, IN, United States | 11,600 | Leased | Office |
| 1435 Win Hentchel Blvd., Suite 206, West Lafayette, IN, United States | 5,901 | Leased | Shop/Laboratory |
| 17409 Tiller Ct, Ste F, G & H, IN, United States | 28,800 | Leased | Shop/Laboratory |
| 804 Meadowbrook Drive, Suite 108, Olathe, KS, United States | 7,465 | Leased | Office |
| 2311 Green Road, Ann Arbor, MI, United States | 5,500 | Leased | Office |
| 12501 East Grand River, Brighton, MI, United States | 178,560 | Leased | Office |
| 5800 Mercury Drive, Dearborn, MI, United States | 70,718 | Leased | Office |
| 520 Delphi Ave., Building 104, Gwinn, MI, United States | 34,017 | Leased | Shop/Laboratory |
| Building 54, Milford, MI, United States | 13,952 | Leased | Shop/Laboratory |
| 4872 Lapeer Road, Orion Township, MI, United States | 90,958 | Leased | Manufacturing |
| 915 South Niagera Street, Saginaw, MI, United States | 20,552 | Leased | Manufacturing |
| 310 Johnson Street (File Safe), Saginaw, MI, United States | 2,270 | Leased | Warehouse |
| 3801 Holland Road, Saginaw, MI, United States | 120,348 | Leased | Warehouse |
| 3720-3780 E. Washington Road, Saginaw, MI, United States | 41,500 | Leased | Shop/Laboratory |
| 51786 Shelby Parkway, Shelby Township, MI, United States | 56,515 | Leased | Shop/Laboratory |
| 905 Cedar Street, Tawas City, MI, United States | 8,750 | Leased | Shop/Laboratory |
| 1322 Rankin, Troy, MI, United States | 20,160 | Leased | Shop/Laboratory |
| 1624 Meijer Drive, Troy, MI, United States | 44,040 | Leased | Warehouse |
| 1441 Long Lake Road, Floors 1-3, Troy, MI, United States | 107,152 | Leased | Office |
| 1401 Crooks Road, Troy, MI, United States | 222,597 | Leased | Office |
| 7760 France Avenue South, 11th Floor, Bloomington, MN, United States | 150 | Leased | Office |
| 144 West 23rd Street, Kansas City, MO, United States | 125,566 | Leased | Manufacturing |
| 1014 A Industrial Park Drive, Clinton, MS, United States | 39,000 | Leased | Warehouse |
| 220 Whitworth Street, Hazelhurst, MS, United States | 120,000 | Leased | Warehouse |
| Laurel Operations, One Thames Avenue, Laurel, MS, United States | 204,884 | Leased | Manufacturing |
| 4234,4236,4238 & 4246, Ridge Lea Road, Amherst, NY, United States | 65,240 | Leased | Office |
| 500 Commerce Drive, Amherst, NY, United States | 125,816 | Leased | Manufacturing |
| 285 Metro Park, Brighton, NY, United States | 21,500 | Leased | Shop/Laboratory |
| 2582 - 2584 East River Road, Moraine, OH, United States | 51,200 | Leased | Shop/Laboratory |
| 3535 Kettering Boulevard, Moraine, OH, United States | 312,000 | Leased | Manufacturing |
| 655 North River Road, Warren, OH, United States | 253,280 | Leased | Warehouse |
| 4551 Research Parkway, Education Drive, Warren, OH, United States | 94,000 | Leased | Shop/Laboratory |

| Plant Name/Address | Square Footage[2] | Type of Interest | Description Of Use |
|---|---|---|---|
| 925 Lincoln Highway, Falls Township, PA, United States | 18,000 | Leased | Shop/Laboratory |
| 1974 Ridgecrest Drive, Columbia, TN, United States | 36,000 | Leased | Manufacturing |
| 1974 Ridgecrest Drive, Columbia, TN, United States | 25,680 | Leased | Warehouse |
| Rio Grande Industrial Center #5, 615 Elca Lane, Suite A, Brownsville, TX, United States | 30,000 | Leased | Warehouse |
| 1900 Billy Mitchell Boulevard, Building B, Brownsville, TX, United States | 125,000 | Leased | Warehouse |
| Walter Jones & Spur Drive, Lots 2,3 & part of Lot 1, El Paso, TX, United States | 497,611 | Leased | Warehouse |
| 13701 Mines Road, Laredo, TX, United States | 156,000 | Leased | Warehouse |
| 8202 Killam Industrial Blvd., Killam Industrial Park, Laredo, TX, United States | 77,000 | Leased | Warehouse |
| 13215 N. Promenade Blvd, Stafford, TX, United States | 50,028 | Leased | Manufacturing |
| Moorgate Road, Kirby, Liverpool, England L33 7XL | 163,100 | Leased | Manufacturing/Office |
| "Parus" Business Centre, 23, 1st Tverskay-Yamskaya Str., Building 1, Moscow 125047, Russian Federation | ** | Leased | Office |
| Building 1, 9 Kabelnaya St., Samara, Russia 443022 | 108 | Leased | Office |
| Seestrasse 26, 8800 Thalwil, Switzerland | ** | Leased | Office |

**SCHEDULE 7**

**Location of Debtors' Substantial Assets and Books and Records and Nature,
Location and Value of Assets Held Outside the United States**

Pursuant to Local Bankruptcy Rule 1007-2(a)(10), the following lists the locations of the Debtors' substantial assets, the location of their records, and the nature, location, and value of any assets held by the Debtors outside of the territorial limits of the United States.

**Location of the Debtors' Substantial Assets:**

The Debtors maintain approximately 150 bank accounts at the following institutions: Bank of America, Bank of Lenawee, Bank of New York, Bank One Canada, Bank One Illinois, Bank One Michigan, Branch Banking & Trust Co., Brunswick Bank and Trust, Citibank, Citibank N.A., Taipei Branch, Citifunds, Comerica Bank, Community Banking Company of Fitzgerald, Deutsche Asset Management, Deutsche Bank, Fidelity Investments, Fifth Third Bank, Harris, N.A., HSBC, JPMorgan Chase, JPMorgan Securities, Key Bank, M&I Marshall and Illsley, Mellon, N.A., Natwest Bank, RBS Securities, Regions Bank, Reserve Fund, Toronto Dominion Bank, UBS, UMB Bank, N.A. and United Bank & Trust.  The Debtors' largest domestic manufacturing facilities are located in Ohio, Michigan, Indiana and New York.  The Debtors additionally have assets in every location from which they operate their business, including various locations and territories abroad.

**Location of the Debtors' Books and Records:**

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48908-2815

**Nature and Location of Assets of the Debtors Held Outside the United States:**[1]

| City | Country | Facility and Property Type |
| --- | --- | --- |
| Various locations in Mexico | Mexico | Certain of the Debtors own a substantial quantity of machinery, equipment and inventory located in Mexico on a consignment or bailment basis, pursuant to which Delphi de Mexico, S.A. de C.V., an indirect non-debtor subsidiary of Delphi Corporation, performs certain assembly operations on inventory so held. |

---

[1]    Additionally, the Debtors believe that insubstantial quantities of tooling and sample materials may be held on a transient basis by foreign suppliers and foreign customers, respectively.

| City | Country | Facility and Property Type |
|---|---|---|
| Moorgate Road<br>Kirby<br>Liverpool,<br>England L33 7XL | United Kingdom | Manufacturing and office facility and related equipment |
| "Parus" Business Centre, 23,<br>1st Tverskay-Yamskaya Street<br>Building 1<br>Moscow  125047<br>Russian Federation | Russia | Office facility and related equipment |
| Building 1<br>9 Kabelnaya Street<br>Samara, Russia  443022 | Russia | Office facility and related equipment |
| Seestrasse 26<br>8800 Thailwill<br>Switzerland | Switzerland | Office facility and related equipment |

**Capital Stock Held by Debtors in Non-Debtor Affiliates Outside the United States**:

Delphi Corporation directly or indirectly owns 100% of the outstanding stock of the following entities:

- o    Alambrados y Circuitos Eléctricos, S.A. de C.V. (Mexico)
- o    AS Catalizadores Ambientales S.A. de C.V. (Mexico)
- o    ASEC Private Limited (India)
- o    Beijing Delphi Technology Development Company, Ltd. (China)
- o    Centro Técnico Herramental, S.A. de C.V. (Mexico)
- o    Condura, S. de R.L. (Mexico)
- o    Controladora Chihuahuense, S. de R.L. de C.V. (Mexico)
- o    Controladora de Alambrados y Circuitos, S. de R.L. de C.V (Mexico).
- o    Controladora de Rio Bravo, S. de R.L. de C.V. (Mexico)
- o    Controladora Vesfron, S. de R.L. de C.V. (Mexico)
- o    Delphi (China) Technical Centre Co. Ltd. (China)
- o    Delphi Administración, S.A. de C.V. (Mexico)
- o    Delphi Alambrados Automotrices, S.A. de C.V. (Mexico)
- o    Delphi Automotive Systems (China) Holding Company Limited (China)
- o    Delphi Automotive Systems (Netherlands) B.V. (Netherlands)
- o    Delphi Automotive Systems – Portugal S.A. (Portugal)
- o    Delphi Automotive Systems Australia Ltd. (Australia)
- o    Delphi Automotive Systems Cinq SAS (France)
- o    Delphi Automotive Systems Deutschland Verwaltungs GmbH (Germany)
- o    Delphi Automotive Systems do Brasil Ltda. (Brazil)
- o    Delphi Automotive Systems Espana S.L. (Spain)
- o    Delphi Automotive Systems Holding GmbH (Austria)
- o    Delphi Automotive Systems Huit SAS (France)
- o    Delphi Automotive Systems Japan, Ltd. (Japan)
- o    Delphi Automotive Systems Limited Sirketi (Thailand)
- o    Delphi Automotive Systems Luxembourg S.A. (Luxembourg)
- o    Delphi Automotive Systems Neuf SAS (France)
- o    Delphi Automotive Systems Private Ltd. (India)
- o    Delphi Automotive Systems Singapore Investments Pte Ltd. (Singapore)
- o    Delphi Automotive Systems Singapore Pte Ltd. (Singapore)
- o    Delphi Automotive Systems Sweden AB (Sweden)
- o    Delphi Automotive Systems UK Limited (England and Wales)
- o    Delphi Automotive Systems Vienna GmbH (Austria)
- o    Delphi Automotive Systems, S.A. de C.V. (Mexico)
- o    Delphi Belgium N.V. (Belgium)
- o    Delphi Cableados, S.A. de C.V. (Mexico)
- o    Delphi Canada Inc. (Canada)
- o    Delphi Catalyst South Africa (Proprietary) Limited (South Africa)
- o    Delphi Connection Systems – Tijuana, S.A. de C.V. (Mexico)
- o    Delphi Controladora, S.A. de C.V. (Mexico)
- o    Delphi Czech Republic, k.s. (Czech Republic)
- o    Delphi de Mexico, S.A. de C.V. (Mexico)

- o  Delphi Delco Electronic Systems Suzhou Co., Ltd. (China)
- o  Delphi Delco Electronics de Mexico, S.A. de C.V. (Mexico)
- o  Delphi Delco Electronics Europe GmbH (Germany)
- o  Delphi Deutschland GmbH (Germany)
- o  Delphi Deutschland Technologies GmbH (Germany)
- o  Delphi Diesel Body Systems Mexico, S.A. de C.V. (Mexico)
- o  Delphi Diesel Systems Corporativo IDSA, S.A. de C.V. (Mexico)
- o  Delphi Diesel Systems do Brasil Ltda. (Brazil)
- o  Delphi Diesel Systems France SAS (France)
- o  Delphi Diesel Systems Limited (England and Wales)
- o  Delphi Diesel Systems Pakistan (Private) Limited (Pakistan)
- o  Delphi Diesel Systems Pension Trustees Limited (England and Wales)
- o  Delphi Diesel Systems S.L. (Spain)
- o  Delphi Diesel Systems, S.A. de C.V. (Mexico)
- o  Delphi Electronic Suzhou Co. Ltd. (China)
- o  Delphi Ensamble de Cables y Componentes, S. de R.L. de C.V. (Mexico)
- o  Delphi France Holding SAS (France)
- o  Delphi France SAS (France)
- o  Delphi Holding GmbH (Austria)
- o  Delphi Holding Hungary Asset Management Limited Liability Company (Hungary)
- o  Delphi Holdings Luxembourg S.ar.l. (Luxembourg)
- o  Delphi Insurance Limited (Ireland)
- o  Delphi Interior Systems de Mexico, S.A. de C.V. (Mexico)
- o  Delphi International Holdings Corporation Luxembourg S.C.S. (Luxembourg)
- o  Delphi Italia Automotive Systems S.r.l. (Italy)
- o  Delphi Korea Corporation (Korea)
- o  Delphi Lockheed Automotive Limited (England and Wales)
- o  Delphi Lockheed Automotive Pension Trustees Limited (England and Wales)
- o  Delphi Packard Austria GmbH & Co. KG (Austria)
- o  Delphi Packard Electric Ceska Republika, S.R.O. (Czech Republic)
- o  Delphi Packard Electric Sielin Argentina S.A. (Argentina)
- o  Delphi Packard España, SLU (Spain)
- o  Delphi Packard Hungary Kft (Hungary)
- o  Delphi Packard Romania SRL (Romania)
- o  Delphi Poland S.A. (Poland)
- o  Delphi Polska Automotive Systems Sp z.o.o. (Poland)
- o  Delphi Saginaw Steering Systems UK Limited (England and Wales)
- o  Delphi Shangai Dynamics and Propulsion Systems Co., Ltd. (China)
- o  Delphi Sistemas de Energia, S.A. de C.V. (Mexico)
- o  Delphi Slovensko s.r.o. (Slovak Republic)
- o  Delphi Tychy Sp. z.o.o. (Poland)
- o  DEOC Pension Trustees Limited (England and Wales)
- o  FUBA Automotive GmbH & Co. KG (Germany)

- o     Grundig Car InterMedia System GmbH (Germany)
- o     Grundig Sistemas de Electronica, Lda., Portugal (Portugal)
- o     Mecel AB (Sweden)
- o     P.T. Delphi Automotive Systems Indonesia (Indonesia)
- o     Productos Delco de Chihuahua, S.A. de C.V. (Mexico)
- o     Rio Bravo Eléctricos, S.A. de C.V. (Mexico)
- o     Sistemas Eléctricos y Conmutadores, S.A. de C.V. (Mexico)
- o     Specialty Electronics (Singapore) Pte Ltd. (Singapore)
- o     Unterstutzungsgesellschaft der Kabelwerke Reinshagen GmbH (Germany)

Delphi Corporation directly or indirectly owns an interest that is less than 100% of the outstanding stock of the following entities:

- o     Arcomex S.A. de C.V. (Mexico)
- o     Arneses Eléctricos Automotrices, S.A. de C.V. (Mexico)
- o     ASEC Manufacturing (Thailand) Ltd. (Thailand)
- o     Ashimori Industry Co., Ltd. (Japan)
- o     Autoensambles y Logistica, S.A. de C.V. (Mexico)
- o     Beijing Delphi Wan Yuan Engine Management Systems Company, Ltd. (China)
- o     BGMD Servicos Automotivos Ltda. (Brazil)
- o     BlueStar Battery Systems International Corp. (Canada)
- o     Bujias Mexicanas, S.A. de C.V. (Mexico)
- o     Cablena, S.L. (Spain)
- o     Calsonic Harrison Co., Ltd. (Japan)
- o     Closed Joint Stock Company PES/SCC (Russia)
- o     Cordaflex Espana, S.A. (Spain)
- o     Cordaflex, S.A. de C.V. (Mexico)
- o     Daehan Electronics Yantai Co., Ltd. (China)
- o     Daesung Electric Co., Ltd. (Korea)
- o     Daewoo Motor Co., Ltd. (Korea)
- o     Daewoo Motor Co., Ltd. (Mexico)
- o     Del Tech Co., Ltd. (Korea)
- o     Delphi Automotive Systems (Thailand) Ltd. (Thailand)
- o     Delphi Automotive Systems Maroc (Morocco)
- o     Delphi Automotive Systems Philippines, Inc. (Philippines)
- o     Delphi Automotive Systems/Ashimori de Mexico, S.A. de C.V. (Mexico)
- o     Delphi Calsonic Compressors, S.A.S. (France)
- o     Delphi Daesung Wuxi Electronics Co., Ltd. (China)
- o     Delphi Diesel Systems Korea Ltd. (Korea)
- o     Delphi Diesel Systems Service Mexico, S.A. de C.V. (Mexico)
- o     Delphi Harrison Calsonic, S.A. (France)
- o     Delphi Otomotiv Sistemleri Sanayi ve Ticaret Anonim Sirket (Turkey)
- o     Delphi Packard Electric (Malaysia) Sdn. Bhd. (Malaysia)
- o     Delphi Packard Electric Systems Company Ltd. (China)
- o     Delphi Saginaw Lingyun Drive Shaft Co., Ltd. (China)

- o   Delphi-Calsonic Hungary Manufacturing Limited Liability Company (Hungary)
- o   Delphi-TVS Diesel Systems Ltd. (India)
- o   Diavia Aire, S.A. (Spain)
- o   Electrotecnica Famar S.A.C.I.I.E. (Argentina)
- o   Famar do Brasil Comercio e Representacao Ltda. (Brazil)
- o   Famar Fueguina, S.A. (Argentina)
- o   Gabriel de Mexico, S.A. de C.V. (Mexico)
- o   Holdcar S.A. (Argentina)
- o   Inmobiliaria Marlis, S.A. (Mexico)
- o   Inmuebles Wagon, S.A. (Mexico)
- o   Interessengemeinschaft fur Rundfunkschutzrechte GmbH (Germany)
- o   Interessengemeinschaft fur Rundfunkschutzrechte GmbH Schutzrechtsverwertung & Co. KG (Germany)
- o   Katcon Andina, C.A.
- o   Katcon, S.A. de C.V. (Mexico)
- o   KDAC (Thailand) Company Limited (Thailand)
- o   KDS Company, Ltd. (Korea)
- o   Korea Delphi Automotive Systems Corporation (Korea)
- o   Korea Technology Bank Network (Korea)
- o   Noteco Comércio e Participacoes Ltda. (Brazil)
- o   NSK Ltd. (Japan)
- o   On Se Telecom Co., Ltd. (Korea)
- o   Packard Korea Incorporated (Korea)
- o   Piloto Servicos Automotivos Ltda.
- o   Promotora de Partes Electricas Automotrices S.A. de C.V. (Mexico)
- o   PROSTEP AG (Germany)
- o   Proveedora de Electricidad de Occidente, S.A. de C.V. (Mexico)
- o   Qingdao Daesung Electronic (China)
- o   Shanghai Delco Electronics & Instrumentation Co., Ltd. (China)
- o   Shanghai Delphi Automotive Air-conditioning Systems Co., Ltd. (China)
- o   Shanghai Delphi Emission Control Systems Company, Ltd. (China)
- o   Shanghai-Delphi Automotive Door Systems Co., Ltd. (China)
- o   Shengyang Huali Automotive Air-conditioning Co. Ltd. (China)
- o   TECCOM GmbH (Germany)
- o   TecDoc Information System GmbH (Germany)
- o   Termoelectrica del Golfo, S. de R.L. de C.V. (Mexico)
- o   Wuhan Shenlong Automotive Air-conditioning Co. Ltd. (China)
- o   Yeon Kyung Electronics Co., Ltd. (Korea)

## SCHEDULE 8

### Schedule of Pending Litigation

      Pursuant to Local Bankruptcy Rule 1007-2(a)(11), to the best of the Debtors' knowledge, belief and understanding, there are no actions or proceedings pending or threatened against the Debtors or their property, as of the Petition Date, where a judgment against the Debtors or a seizure of their property may be imminent.

## SCHEDULE 9

## Senior Management Team

Pursuant to Local Bankruptcy Rule 1007-2(a)(12), the following provides the names of the individuals who comprise the Debtors' existing senior management,[1] their tenure with the Debtors, and a brief summary of their relevant responsibilities and experience.

| Name/Position | Delphi Corporation Experience/Responsibilities |
|---|---|
| **Robert S. "Steve" Miller, Jr.** Chairman of the Board and Chief Executive Officer | Robert S. "Steve" Miller, Jr. became chairman and chief executive officer of Delphi Corporation on July 1, 2005.  He also serves as chair of the Delphi Strategy Board, the company's top policy-making group.  Prior to joining Delphi, Miller was the non-executive chairman of Federal-Mogul, and also serves as a director of three other diverse public companies: Waste Management, Symantec, and United Airlines.  He previously served on the board of Reynolds American.  Miller began his career in 1968 at Ford Motor Company, and worked for 11 years in a variety of assignments in the United States, Mexico, Australia and Venezuela.  In 1979, he joined Chrysler Corporation at the request of then-chairman Lee Iacocca and was the architect of the Loan Guarantee Act that included negotiations with 400 lenders and the U.S. government to secure the bailout of the troubled automaker.  He remained at Chrysler for more than a decade, eventually serving as chief financial officer and vice chairman responsible for all staff activities, international automotive operations, and non-automotive operations such as Gulfstream Aerospace.  Miller left Chrysler in 1992 and became a partner in an investment banking firm, advising Olympia & York, a privately held real estate firm, as it restructured more than $20 billion in debt.  In 1993, he embarked on a career as a professional corporate director.  In the past decade, he has returned to the private sector nine times to serve as a full-time executive in order to guide the recovery of several companies.  These included: |

|  |  |
|---|---|
| 1995: | Chairman, Morrison Knudsen, an engineering and construction firm. |
| 1996: | Acting CEO, Federal-Mogul, an automotive parts maker. |
| 1997: | Chairman and CEO, Waste Management, an environmental services firm. |
| 1999: | CEO, Waste Management. |
| 1999: | President, Reliance Group Holdings, a property and casualty company. |
| 2000: | Office of the CEO, Aetna, an insurance services firm. |
| 2000: | Interim CEO, Federal-Mogul. |
| 2001: | Chairman and CEO, Bethlehem Steel. |
| 2003: | Non-executive Chairman, Federal-Mogul. |

Miller is a native of Portland, Ore., where his family owned a timber and lumber business.  He earned a degree in economics from Stanford University in 1963, and a law degree from Harvard Law School in 1966.  In 1968, he received an MBA degree in finance from Stanford Business School.

---

[1]    The senior management listed herein consists of the Section 16 Officers of Delphi Corporation.

| Name/Position | Delphi Corporation Experience/Responsibilities |
|---|---|
| **Rodney O'Neal** President and Chief Operating Officer | Rodney O'Neal is president and chief operating officer of Delphi Corporation and is responsible for all Delphi operating units, its three regional operations, Sales & Marketing, and Global Supply Management. O'Neal began his automotive career at General Motors (GM) in 1971 as a student at GMI (currently Kettering University). In 1976, he joined the Inland Division where he held a number of engineering and manufacturing positions in Dayton, Portugal and Canada. He was named director of industrial engineering for the former Chevrolet-Pontiac-GM of Canada Group in 1991 and the following year became a director of manufacturing for Delphi. O'Neal was named general director of Warehousing & Distribution for GM Service Parts Operations in 1994. In 1997, he was elected a GM vice president and named general manager of Delphi Interior Systems. He was elected a Delphi vice president and president of Delphi Interior Systems in November 1998. In 2000, O'Neal was named executive vice president of the former Safety, Thermal & Electrical Architecture Sector. Three years later, O'Neal was named president of the Dynamics, Propulsion, and Thermal Sector, now known as the Dynamics, Propulsion, Thermal & Interior Sector. O'Neal earned a bachelor's degree from Kettering University and a master's degree from Stanford University through the General Motors Sloan Fellowship program. He is a member of the Board of Directors for the Goodyear Tire & Rubber Company and is also a member of the Executive Leadership Council. He is a former member of the Board of Directors for Inroads, Inc., the Michigan Manufacturers Association and the Woodward Governor Company as well as the Advisory Board for Focus: HOPE. |
| **Robert J. Dellinger** Chief Financial Officer | Robert J. Dellinger was appointed chief financial officer of Delphi Corporation on October 8, 2005. In such capacity, he will lead Delphi's finance function including treasury, tax, mergers and acquisitions, internal and external reporting, internal control, budgeting, forecasting and financial planning and analysis. Prior to joining Delphi, Dellinger served as executive vice president and chief financial officer of Sprint Corporation in Overland Park, Kansas. Before his appointment to that position in 2002, Dellinger spent nearly twenty years working for General Electric Company where he had diverse financial and operational experience in both GE industrial business and financial services. From 1993 to 1995, Dellinger worked as director of finance and business development at GE Plastics Pacific in Singapore. From 1995 to 1997 he was the chief financial officer of GE Motors and Industrial Systems in Fort Wayne, Indiana, and in 1997 Dellinger became executive vice president and chief financial officer of General Electric's Employers Reinsurance Corporation. In 2002, Dellinger served as president and chief executive officer of GE Frankona Re in Munich, Germany where he was responsible for the European operations of General Electric's Employers Reinsurance Corporation. Dellinger graduated from Ohio Wesleyan University in 1982 with a B.A. in economics. |

| Name/Position | Delphi Corporation Experience/Responsibilities |
|---|---|
| **John D. Sheehan**<br>Vice President and Chief Restructuring Officer | John D. Sheehan, was appointed vice president and chief restructuring officer on October 8, 2005 and will be driving total organizational activities to ensure the effective restructuring of Delphi.  Prior to that date, Sheehan held the position of acting chief financial officer and chief accounting officer and controller of Delphi Corporation, to which position he had been appointed in March, 2005.  In July 2002, Sheehan joined Delphi as chief accounting officer and controller and was responsible for all of Delphi's regulatory reporting functions, budgeting and overall financial accounting processes.  In 1982, Sheehan began his experience at KPMG LLP, a global network of professional advisory firms, in Stamford, Connecticut.  In 1993, Sheehan transferred to London where he worked with non-U.S. companies seeking to access the U.S. capital markets and as such required U.S. GAAP financial information.  In 1994, he transferred to Germany to focus on serving KPMG's German clients with U.S. GAAP needs.  In 1995, Sheehan was named a partner.  During his tenure in Germany, his clients included DaimlerChrysler AG, Fresenius Medical Care AG and Adidas AG.  In 2001, Sheehan transferred to Detroit where he assumed overall responsibility for KPMG's services to the DaimlerChrysler Group North America account.  While at KPMG LLP, Sheehan's clients also included General Electric Company and Motorola Corporation.  Sheehan earned a bachelor's degree in accounting from St. Bonaventure University (St. Bonaventure, NY) in 1982.  He is a licensed certified public accountant in Michigan and Connecticut.  Sheehan is a member of the American Institute of Certified Public Accountants.  Sheehan also served as president of the Board of Directors for the International School of Stuttgart, Germany from 1999-2001. |
| **Mark R. Weber**<br>Executive Vice President, Operations, Human Resource Management and Corporate Affairs | Mark R. Weber is an executive vice president of Delphi Corporation, operations, human resource management (HRM), and corporate affairs.  He is also a member of the Delphi Strategy Board, the company's top policy-making group.  Weber began his automotive career in 1966 as a student at Kettering University, sponsored by the former Fisher Body, Elyria, Ohio.  He held a variety of personnel and labor relations positions from 1971 through 1978, when he became administrator of personnel services at the former Fisher Body in Columbus, Ohio.  One year later he was named personnel director at the former Fisher Body in Syracuse, N.Y.  In 1982, he was appointed administrator of executive compensation of the GM Personnel and Development Staff in Detroit, Mich., a position he held until 1983 when he was named director, classified employee compensation.  In 1985, Weber was appointed director of general offices personnel at the Chevrolet-Pontiac-GM of Canada Group in Warren, Mich., and later served as director of human resources, salaried personnel.  In 1988, he became director of industrial relations.  In 1991, Weber was appointed general director of personnel at the former Inland Fisher Guide in Warren, Mich., and two years later he was named general director of personnel and public affairs for Inland Fisher Guide.  He was elected a Delphi vice president in charge of human resources in November 1998.  Weber was elected executive vice president and named to his current position effective January 1, 2000.  Weber earned a bachelor's degree in industrial engineering from Kettering University.  He earned a master's degree in management from Massachusetts Institute of Technology in 1983 through the Sloan Fellowship Program. |
| **David M. Sherbin**<br>Vice President and General Counsel | David M. Sherbin, born September 6, 1959, was appointed Vice President and General Counsel of Delphi on October 3, 2005.  Sherbin graduated with honors from Oberlin College in 1981 with a degree in political science.  He went on to receive his juris doctor from Cornell Law School in 1987.  After spending a number of years in private practice, the majority of which with Katten Muchin & Zayis as an associate attorney, Sherbin served as senior counsel in the corporate department of Chicago-based Heller Financial, Inc.  Sherbin later went to work for auto-supplier Federal-Mogul Corp. as its chief attorney and vice president.  Most recently, Sherbin served as vice president, general counsel, and secretary of Pulte Homes, Inc. in Bloomfield, Michigan. |

| Name/Position | Delphi Corporation Experience/Responsibilities |
|---|---|
| **David B. Wohleen**<br>Vice Chairman | David B. Wohleen, born March 7, 1950, is Vice Chairman of Delphi Corp. Wohleen also is a member of the Delphi Strategy Board, the company's top policy-making group, is responsible for Delphi's commercial vehicle accounts, Delphi Medical Systems Corp., and the company's advanced development and research and development.  Wohleen also serves as the strategic champion for Delphi's General Motors (GM) customer team, including GM's Service Parts Operations.  Wohleen began his automotive career at GM in 1978 as a project engineer for the Pontiac Motor Division.  Advancing through a series of engineering assignments, Wohleen was promoted to engineering manager at the former Chevrolet-Pontiac-GM of Canada Group in Pontiac, Mich., in 1985.  Wohleen was promoted to director of electrical and chassis systems in 1990 and was named director of advanced vehicle engineering in 1991.  He served in a series of engineering assignments with increasing responsibility between 1991 and 1993.  In 1994, he was appointed director of electrical, interior, and heating, ventilation and air conditioning for the GM Midsize Car Division in Warren, Mich.  In 1995, Wohleen assumed additional responsibility for general assembly, tools and process and powertrain coordination for GM's MidLux Car Division in Warren.  Two years later, in February 1997, he began service as general director of engineering.  In August 1998, Wohleen was elected a GM vice president and named general manager of Delphi Delco Electronics.  He was elected a Delphi vice president and president of Delphi Delco Electronics in November 1998.  Wohleen was named executive vice president of Delphi and president of the former Electronics & Mobile Communications Sector in January 2000.  Three years later, he was named president of the Electrical, Electronics, Safety & Interior Sector, now known as the Electrical, Electronics & Safety Sector.  A native of Minneapolis, Minn., Wohleen earned a bachelor's degree in engineering from the U.S. Military Academy at West Point, N.Y., in 1972.  He also attended the Yale University School of Management Executive Training Program.  Wohleen is a member of the Board of Directors for the National Association of Manufacturers and serves on the Board of Trustees for Lawrence Technological University in Southfield, Michigan. |

# SCHEDULE 10

## Estimated 30-Day Weekly Payroll for Directors, Officers and Stockholders

Pursuant to Local Bankruptcy Rule 1007-2(b)(2), the Debtors estimate that the amounts paid and proposed to be paid for services to be provided by the Debtors' directors and officers for the 30-day period following the Petition Date is approximately $437,000.[1]  The Debtors will not make any payroll-related payments to their stockholders in their capacity as stockholders (other than their officers and directors in their official capacity) during the 30-day period following the Petition Date.  The Debtors may, however, provide goods and services to one another in the ordinary course of business.

---

[1]    This amount represents the total amount of remuneration proposed to be paid for services to be provided by the directors and Section 16 Officers of Delphi Corporation, excluding David M. Sherbin and Robert J. Dellinger, for the 30-day period following the Petition Date.

**SCHEDULE 11(a)**

**Estimated 30-Day Weekly Payroll**
**(Excluding Directors, Officers, Stockholders and Partners)**

Pursuant to Local Bankruptcy Rule 1007-2(b)(1), the estimated consolidated amount of weekly payroll to all of the Debtors' employees (exclusive of directors, officers, stockholders and partners) for the 30-day period following the Petition Date is approximately $319,824,000.[1]

---

[1]    This estimate is derived from person-by-person detail and is calculated based upon one-months' salary, any known special payments and a 10% cushion.

## SCHEDULE 11(b)

### Estimated 30-Day Weekly Payroll for the Debtors' Financial Consultants

       Pursuant to Local Bankruptcy Rule 1007-2(b)(2), the Debtors anticipate making payments to their financial and business consultants, for the 30 day period following the filing of the chapter 11 petitions, in accordance with their previously entered prepetition engagement agreements and any orders of this Court requested contemporaneously herewith, as follows:

| Name of Financial or Business Advisor | Estimated Fees for the 30-day Period Following the Filing of the Chapter 11 Petitions |
|---|---|
| FTI Consulting, Inc. | $2,500,000.00 |
| Rothschild, Inc. | $250,000 |

**SCHEDULE 12**

**Schedule of 30-Day Estimated Cash Receipts and Disbursements, Net Cash Gain or Loss,
and Accrued Obligations and Receivables (Excluding Professional Fees)[1]**

   Pursuant to Local Bankruptcy Rule 1007-2(b)(3), the following schedule provides, for the 30-day period following the filing of the Debtors' chapter 11 petitions, the estimated cash receipts and disbursements, and net cash gain or loss, other than professional fees, for the Debtors[1] on a consolidated basis:

(*$ in millions*)

| | |
|---|---:|
| Cash/Investments[2] | $    500 |
| Total Receipts | $  1,800 |
| Total Disbursements | (2,425) |
| DIP Facility Draw / (Repayment) | $    200 |
| Total Change in Cash | (425) |
| Ending Cash/Investments | 75 |
| Available DIP Facility Line[3] | 1,800 |
| Total Liquidity | $  1,875 |

---

[1]  Amounts include all US entities, excluding checks in transit and non "cash pool" entities including Delphi Integrated Service Solutions, Specialty Electronics U.S. and Delphi Medical Systems Colorado Co.  These entities had cash balances less than $8 million as of the end of September 2005

[2]  Estimated as of October 8, 2005

[3]  Assumes total interim DIP facility size of $950 million, increasing to the full facility size of $2.0 billion the week ending November, 11 2005