UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                              :
    In re                           :    Chapter 11
                              :
DELPHI CORPORATION, et al.,     :    Case No. 05-_____ (___)
                              :
                  Debtors.    :    (Jointly Administered)
                              :
------------------------------ x

ORDER UNDER 11 U.S.C. § 521(1) AND FED. R. BANKR. P. 1007
AND 9006(b) GRANTING EXTENSION OF
TIME TO DEBTORS TO FILE SCHEDULES AND STATEMENTS

("EXTENSION FOR SCHEDULES ORDER")

Upon the motion, dated October 8, 2005 (the "Motion"), of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for an order (the "Order") under 11 U.S.C. § 521(1) and Fed. R. Bankr. P. 1007 and 9006(b) granting the Debtors until January 22, 2006 to file (a) a schedule of assets, liabilities, and executory contracts and unexpired leases, (b) a statement of financial affairs, and (c) a list of equity security holders (collectively, the "Schedules and Statements"); and upon the Affidavit Of Robert S. Miller, Jr. In Support Of Chapter 11 Petitions And First Day Orders, sworn to October 8, 2005, 2005; and upon the record of the hearing held on the Motion; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is GRANTED.

2. Each of the Debtors' time to file its respective Schedules and Statements as required by section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended, and by Rules 1007 and 9006 of the Federal Rules of Bankruptcy Procedure, is hereby extended to January 22, 2006.

3. The entry of this Order shall be without prejudice to the Debtors' right to seek further extensions of time within which to file the Schedules and Statements, or to seek waiver of the requirement to make such a filing.

4. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

5. The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated: New York, New York
      October __, 2005

_____
UNITED STATES BANKRUPTCY JUDGE