# Delphi Overview

**2004 Sales: $28.6B[1]**

**2004 OI[(1,2)]: $(482)M**

| Electrical, Electronics & Safety Sector | Dynamics, Propulsion, Thermal & Interior Sector | Automotive Holdings Group |
|---|---|---|
|     |    |  |
| **2004 Sales: $13.9B**<br>**2004 OI: $955M[(2)]** | **2004 Sales: $14.1B**<br>**2004 OI: $(65)M[(2)]** | **2004 Sales: $2.6B**<br>**2004 OI: $(590)M [(2)]** |
| • Integrated Body Electronics<br>• Powertrain Electronics<br>• Chassis & Safety Electronics<br>• Audio Systems & Mobile Multimedia<br>• Safety Systems<br>• Electrical & Electronic Systems<br>• Product & Service Solutions | • Engine & Emission Management Systems<br>• Energy Management Systems<br>• Vehicle Dynamics<br>• Thermal Management Systems<br>• Interior Systems | • Batteries<br>• Instrumentation<br>• 13 U.S. sites |

(1)  Includes activity not allocated to the product sectors and the inclusion of intersector eliminations
(2)  Excludes impact of employee, product line and related charges


A-1

**FIRST DAY AFFIDAVIT – EXHIBIT A**

# Automotive Product Lines & Customer Diversity



Thermal
**8 Customers**

Vehicle Electronics
**11 Customers**

Wireless
**11 Customers**

Electrical Architecture
**11 Customers**

Diesel Engine Management
**7 Customers**

Power Closure Systems
**6 Customers**

Gas Engine Management
**10 Customers**

Steering
**11 Customers**

Safety
**8 Customers**

Mechatronics
**8 Customers**

**As of 12/31/03 booked business**
**Global Top 11 OEMs in alphabetical order: BMW, DaimlerChrysler, Fiat, Ford, GM, Honda, Hyundai, PSA, Renault/Nissan, Toyota & VW**
**Customer count provided includes only OEM customers listed; does not represent the total number of customers for a given product line**

**DELPHI**
Driving Tomorrow's Technology    A-2

# Translating Core Competencies Into New Markets

## Core Markets

 **Diesel & Gas Engine Management**

 **Electrical Architecture**

 **Electronics, Switches & Sensors**

 **Thermal**

 **Wireless**

## New Markets

 **Commercial Vehicles**

 **Marine**

 **Consumer Electronics**

 **Computers / Peripherals**

 **Medical Devices**

 **Military / Homeland Security**

**DELPHI**
Driving Tomorrow's Technology

A-3

# Diversified Customer Base

Mack · GM General Motors · Volkswagen · Pioneer · NISSAN · MERCURY

HONDA · RENAULT · LOCKHEED MARTIN · BENTELER · DAIMLERCHRYSLER · TOYOTA

PEUGEOT · CNH · GM DAEWOO · HARLEY-DAVIDSON MOTOR COMPANY · JOHNSON CONTROLS · Sea Ray

Kimball International · TATA · faurecia · Ford · FREIGHTLINER

CITROËN · MITSUBISHI · KIA MOTORS · FIAT · HYUNDAI · APPLIED MATERIALS · TI Automotive

BMW · LEAR CORPORATION · Calsonic Kansei · ISUZU · Air International · JOHN DEERE

WORKHORSE CUSTOM CHASSIS · Raytheon · BOSCH · SUZUKI · CATERPILLAR

GE We bring good things to life. · SSANGYONG MOTOR · AGCO · TRW · PORSCHE



DELPHI
Driving Tomorrow's Technology

**FIRST DAY AFFIDAVIT – EXHIBIT A**

# Sales/GAAP Operating Income – GM vs. Non-GM



FIRST DAY AFFIDAVIT – EXHIBIT A

# Extensive Global Presence

## U.S & Canada

Manufacturing sites:   **45**
Employment:   **50,000**
Joint ventures:   **7**
Technical centers:   **13**

## Europe & Middle East

Manufacturing sites:   **61**
Employment:   **49,000**
Joint ventures:   **9**
Technical centers:   **10**

## Total Delphi

Manufacturing sites:   **167**
Employment:   **184,000**
Joint ventures:   **42**
Technical centers:   **33**

## Mexico & South America

Manufacturing sites:   **47**
Employment:   **75,000**
Joint ventures:   **9**
Technical centers:   **4**

## Asia Pacific

Manufacturing sites:   **14**
Employment:   **10,000**
Joint ventures:   **17**
Technical centers:   **6**

**As of March 31, 2005**


DELPHI
Driving Tomorrow's Technology

A-6

**FIRST DAY AFFIDAVIT – EXHIBIT A**

# Worldwide Operations Locations



FIRST DAY AFFIDAVIT – EXHIBIT A

# Operations Locations – United States



*U.S. entities also maintain branch offices in Liverpool, England; Moscow, Russia; and Thailwil, Switzerland*

**FIRST DAY AFFIDAVIT – EXHIBIT A**

# Operations Locations – Mexico and South America



**DELPHI**
Driving Tomorrow's Technology

FIRST DAY AFFIDAVIT – EXHIBIT A

# Operations Locations – Eastern Hemisphere



**DELPHI**
Driving Tomorrow's Technology

# Chapter 11 Filing Chart (Domestic U.S. Entities)



**DELPHI**
Driving Tomorrow's Technology

# U.S./Foreign Entity Relationships



**DELPHI**
Driving Tomorrow's Technology

**FIRST DAY AFFIDAVIT – EXHIBIT B**