EXHIBIT A

Request For Nominations To Retiree Committee
In re Delphi Corporation, et al., Case No. - ---, et al.

Attention Delphi Union Retirees:

Delphi has announced that it may seek to eliminate its retiree medical and life insurance benefits pursuant to section 1114 of the United States Bankruptcy Code. We regret having to make this decision, but we've determined that these changes are necessary to reorganize successfully.

In the event it elects to seek elimination of retiree medical and life insurance benefits under section 1114, Delphi will negotiate with a committee composed of "authorized representative(s)" of the various employee groups, as provided for in Section 1114 of the Bankruptcy Code. It is expected that negotiations will take place over several weeks after the bankruptcy court appoints the Committee and that Committee members will need to be available for the entire timeframe.

**Representatives Of Union Retirees**
Section 1114 generally provides that the union is the authorized representative of individuals who retired from a job classification represented by that union.
In Delphi's case, [---] have elected to represent their retirees. If the job classification you retired from is now represented by one of these unions, that union will serve as your authorized representative.

[---] have declined to serve as an "authorized representative;" accordingly, if the job classification you retired from is now represented by one of these unions, you are eligible to seek to serve on the Committee.

**The Application Process For Eligible Retirees**
Although the bankruptcy court will appoint a Retiree Committee, Delphi will furnish this Court with a list of eligible union retirees who have expressed an interest in serving on the Retiree Committee for the Court's consideration and recommend to this court specific nominees to be appointed as members. <u>If you are a retired employee receiving medical and life insurance benefits pursuant to a collective bargaining agreement to which one of the unions listed above is a signatory, and would be interested in serving on such a committee,</u> please complete the attached response form and send it to _____ by facsimile ((###) ###-####) or by e-mail to (_____@___.com).

**TO BE CONSIDERED FOR SERVICE ON SUCH A COMMITTEE, YOU MUST RETURN THE ATTACHED RESPONSE FROM SO THAT IT IS RECEIVED BY DELPHI NO LATER THAN <u>NOVEMBER 4, 2005.</u>**

The list of proposed candidates will be available for your review at www.delphidocket.com or may be obtained by contacting the Debtors' notice and claims agent, Kurtzman, Carson Consultants, LLC, at (310) 751-1500 on and after November 8, 2005. The Court's order appointing the Retiree Committee will also be available through these sources following the Court's entry of the order.

Thank you for your interest in the section 1114 process.

22

Response to Request for Nominations to Retiree Committee

<u>IN RE DELPHI CORPORATION, et al.</u>        CASE NO. [####]

1. NAME AND ADDRESS (Please Print):

   Name            Address         Phone Number, Fax And E-Mail

   _____

2. JOB TITLE HELD WITH DELPHI AT TIME OF RETIREMENT:

   _____

3. EMPLOYEE NUMBER: _____

4. YEARS OF SERVICE WITH DELPHI: _____

5. DATE AND REASON FOR TERMINATION WITH DELPHI: _____

   _____

6. ARE YOU CURRENTLY RECEIVING RETIREE BENEFITS FROM DELPHI? _____

7. PLEASE PROVIDE ANY OTHER INFORMATION OR BACKGROUND AS TO WHY YOU SHOULD BE APPOINTED TO THE SECTION 1114(d) COMMITTEE INCLUDING ANY SPECIFIC SKILLS THAT YOU HAVE THAT WOULD BE VALUABLE TO THE COMMITTEE.

   _____
   _____
   _____
   _____
   _____
   _____
   _____

Signature: _____

Print Name: _____