| Bank | Address | Contacts | Account Held By | Account Type | Account Number |
|---|---|---|---|---|---|
| Bank of America, N.A. | 335 Madison Avenue<br>9th Floor<br>New York, NY U.S. 10017 | Howe (Pete) Wheelock<br>212-503-7250<br>212-503-7080<br>Brian Swanson<br>704-388-6285<br>704-602-3693 | Delphi Automotive Systems LLC | Disbursements | 3299934390 |
| Bank of America, N.A. | 335 Madison Avenue<br>9th Floor<br>New York, NY U.S. 10017 | Howe (Pete) Wheelock<br>212-503-7250<br>212-503-7080<br>Brian Swanson<br>704-388-6285<br>704-602-3693 | Delphi Automotive Systems LLC | Concentration | 3751208640 |
| Bank of America, N.A. | 335 Madison Avenue<br>9th Floor<br>New York, NY U.S. 10017 | Howe (Pete) Wheelock<br>212-503-7250<br>212-503-7080<br>Brian Swanson<br>704-388-6285<br>704-602-3693 | Delphi Automotive Systems Services LLC | Disbursements | 3299027211 |
| Bank of America, N.A. | 335 Madison Avenue<br>9th Floor<br>New York, NY U.S. 10017 | Howe (Pete) Wheelock<br>212-503-7250<br>212-503-7080<br>Brian Swanson<br>704-388-6285<br>704-602-3693 | Delphi Automotive Systems LLC | Disbursements | 1233807676 |
| Bank of America, N.A. | 335 Madison Avenue<br>9th Floor<br>New York, NY U.S. 10017 | Howe (Pete) Wheelock<br>212-503-7250<br>212-503-7080<br>Brian Swanson<br>704-388-6285<br>704-602-3693 | Delphi Automotive Systems LLC | Disbursements | 1233807713 |
| Bank of America, N.A. | 335 Madison Avenue<br>9th Floor<br>New York, NY U.S. 10017 | Howe (Pete) Wheelock<br>212-503-7250<br>212-503-7080<br>Brian Swanson<br>704-388-6285<br>704-602-3693 | Delphi Connection Systems | Disbursements | 1233917783 |
| Bank of America, N.A. | 335 Madison Avenue<br>9th Floor<br>New York, NY U.S. 10017 | Howe (Pete) Wheelock<br>212-503-7250<br>212-503-7080<br>Brian Swanson<br>704-388-6285<br>704-602-3693 | ASEC Manufacturing General Partnership | Disbursements | 002861553095 |
| Bank of Lenawee | 135 East Maumee<br>Adrian, MI 49221 U.S. 49221 | Carol McIntyre<br>517-266-5069<br>517-265-9826 | Delphi Automotive Systems LLC | Pay Thru | 7032659 |
| Bank of New York | 101 Barclay St.<br>Cash Management Division, 19 West<br>New York, NY U.S. 10286 | Kevin Higgins<br>212-635-7878<br>212-635-7978<br>Chris Stevenson<br>212-815-4636 | Delphi Automotive Systems LLC | Disbursements | 0056701346 |
| Bank of New York | 101 Barclay St.<br>Cash Management Division, 19 West<br>New York, NY U.S. 10286 | Kevin Higgins<br>212-635-7878<br>212-635-7978<br>Chris Stevenson<br>212-815-4636 | Delphi Automotive Systems LLC | Concentration | 8900457341 |
| Bank One - Canada | 611 Woodward Ave.<br>Suite MI 1-8074<br>7th Floor<br>Detroit, MI U.S. 48226 | Richard Huttenlocher<br>313-225-2259<br>313-225-2290<br>David Gerdis<br>313-225-3751<br>313-226-1455 | Delphi Automotive Systems LLC | Disbursements | 4657168210 |
| Bank One - Canada | 611 Woodward Ave.<br>Suite MI 1-8074<br>7th Floor<br>Detroit, MI U.S. 48226 | Richard Huttenlocher<br>313-225-2259<br>313-225-2290<br>David Gerdis<br>313-225-3751<br>313-226-1455 | Delco Electronics LLC  (a) | Disbursements | 4657176210 |
| Bank One, Illinois | 611 Woodward Ave.<br>Suite MI 1-8074<br>7th Floor<br>Detroit, MI U.S. 48226 | Richard Huttenlocher<br>313-225-2259<br>313-225-2290<br>David Gerdis<br>313-225-3751<br>313-226-1455 | Delphi Automotive Systems LLC | Concentration | 5140315 |
| Bank One, Illinois | 611 Woodward Ave.<br>Suite MI 1-8074<br>7th Floor<br>Detroit, MI U.S. 48226 | Richard Huttenlocher<br>313-225-2259<br>313-225-2290<br>David Gerdis<br>313-225-3751<br>313-226-1455 | Delphi Receivables LLC | Receipts | 5160790 |
| Bank One, Illinois | 611 Woodward Ave.<br>Suite MI 1-8074<br>7th Floor<br>Detroit, MI U.S. 48226 | Richard Huttenlocher<br>313-225-2259<br>313-225-2290<br>David Gerdis<br>313-225-3751<br>313-226-1455 | Delphi Automotive Systems LLC | Receipts | 5265983 |
| Bank One, Illinois | 611 Woodward Ave.<br>Suite MI 1-8074<br>7th Floor<br>Detroit, MI U.S. 48226 | Richard Huttenlocher<br>313-225-2259<br>313-225-2290<br>David Gerdis<br>313-225-3751<br>313-226-1455 | Delphi Automotive Systems LLC | Receipts | 5557550 |
| Bank One, Illinois | 611 Woodward Ave.<br>Suite MI 1-8074<br>7th Floor<br>Detroit, MI U.S. 48226 | Richard Huttenlocher<br>313-225-2259<br>313-225-2290<br>David Gerdis<br>313-225-3751<br>313-226-1455 | Delphi Receivables LLC | Receipts | 5945704 |

(a) Delco Electronics LLC was merged into Delphi Automotive Systems LLC on September 30, 2005

| Bank | Address | Contacts | Account Held By | Account Type | Account Number |
|---|---|---|---|---|---|
| Bank One, Illinois | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Receipts | 648171569 |
| Bank One, Illinois | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Receipts | 648171528 |
| Bank One, Illinois | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Receipts | 648171494 |
| Bank One, Illinois | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Receipts | 648171544 |
| Bank One, Illinois | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Receipts | 648171577 |
| Bank One, Illinois | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Receivables LLC | Receipts | 648171635 |
| Bank One, Illinois | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Receivables LLC | Receipts | 1083690 |
| Bank One, Illinois | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Mechatronic Systems, Inc. | Receipts | 1113935 |
| Bank One, Illinois | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delco Electronics Overseas Corporation | Receipts | 1035963 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Concentration | 662646926 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Receipts | 644113557 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Receipts | 361321674 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Concentration | 361388594 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Disbursements | 361436104 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Disbursements | 361436284 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Disbursements | 361436364 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Receivables LLC | Receipts | 361441884 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Receivables LLC | Receipts | 361441964 |

| Bank | Address | Contacts | Account Held By | Account Type | Account Number |
|---|---|---|---|---|---|
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Corporation | Receipts | 361467954 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Receipts | 361550934 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Receipts | 361566204 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Receipts | 361567374 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Receipts | 363296154 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Disbursements | 644256 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Mechatronic Systems, Inc. | Disbursements | 738146 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Mechatronic Systems, Inc. | Disbursements | 738306 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Receipts | 662646827 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Receipts | 662646835 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Receipts | 662646843 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Receipts | 662646850 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Receipts | 662646868 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Receipts | 662646876 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Receivables LLC | Receipts | 675523682 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Stand alone | 701332140 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-3751 313-226-1455 David Gerdis | Delphi Corporation | Trust-Depository Acct | 361564894 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-3751 313-226-1455 David Gerdis | Delphi Corporation | Trust Funding Acct | 362757924 |

| Bank | Address | Contacts | Account Held By | Account Type | Account Number |
|---|---|---|---|---|---|
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-3751 313-226-1455 David Gerdis | Delphi Corporation | Trust Funding Acct | 3615543-24 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-3751 313-226-1455 David Gerdis | Delphi Corporation | Trust Funding Acct | 361554404 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-3751 313-226-1455 David Gerdis | Delphi Corporation | Trust Funding Acct | 361558534 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-3751 313-226-1455 David Gerdis | Delphi Corporation | Trust Funding Acct | 361558614 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-3751 313-226-1455 David Gerdis | Delphi Corporation | Trust-Disbursements | 6639-66 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-3751 313-226-1455 David Gerdis | Delphi Corporation | Trust-Disbursements | 6640-46 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-3751 313-226-1455 David Gerdis | Delphi Corporation | Trust-Disbursements | 6641-26 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-3751 313-226-1455 David Gerdis | Delphi Corporation | Trust-Disbursements | 6658-66 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-3751 313-226-1455 David Gerdis | Delphi Corporation | Trust Funding Acct | 4400018900 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-3751 313-226-1455 David Gerdis | Delphi Corporation | Trust Funding Acct | 4400018901 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-3751 313-226-1455 David Gerdis | Delphi Corporation | Trust Funding Acct | 4400019000 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-3751 313-226-1455 David Gerdis | Delphi Corporation | Trust Funding Acct | 4400019001 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Diesel Systems Corp | Receipts | 1380933 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 Pat Flemister 313-225-3089 | Delphi Integrated Service Solutions, Inc. | Receipts | 175001537141 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 | Delphi Integrated Service Solutions, Inc. | Receipts/Disbursements | 175001911007 |
| Bank One, Michigan | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 | Delphi Integrated Service Solutions, Inc. | Receipts | 639971316 |
| Branch Banking & Trust Company | 301 N. Main Street Greenville, SC 29601 U.S. 29601 | Kathy Pike 864-282-3327 864-282-3319 | Specialty Electronics, Inc. | Disbursements | 5124397377 |
| Brunswick Bank and Trust | 1060 Aaron Road North Brunswick, NJ 08902 U.S. 08902 | Kimberly Tokarz 732-951-2300 732-951-0632 | Delphi Automotive Systems LLC | Pay Thru | 828014213 |

| Bank | Address | Contacts | Account Held By | Account Type | Account Number |
|---|---|---|---|---|---|
| Citibank | 388 Greenwich Street, Floor 23<br>New York, NY 10013 U.S. 10013 | Wayne Beckmann<br>212-816-5566<br>212-816-5702<br>Kathy Collins<br>212-816-6425<br>212-816-3107 | Packard Hughes Interconnect Company | Disbursements | 38852591 |
| Citibank | 388 Greenwich Street, Floor 23<br>New York, NY 10013 U.S. 10013 | Wayne Beckmann<br>212-816-5566<br>212-816-5702<br>Kathy Collins<br>212-816-6425<br>212-816-3107 | Delphi Automotive Systems LLC | Concentration | 40775812 |
| Citibank | 388 Greenwich Street, Floor 23<br>New York, NY 10013 U.S. 10013 | Wayne Beckmann<br>212-816-5566<br>212-816-5702<br>Kathy Collins<br>212-816-6425<br>212-816-3107 | Delphi Diesel Systems Corp | Disbursements | 38558405 |
| Citibank | 388 Greenwich Street, Floor 23<br>New York, NY 10013 U.S. 10013 | Wayne Beckmann<br>212-816-5566<br>212-816-5702<br>Kathy Collins<br>212-816-6425<br>212-816-3107 | Delphi Diesel Systems Corp | Disbursements | 38637496 |
| Citibank | 388 Greenwich Street, Floor 23<br>New York, NY 10013 U.S. 10013 | Wayne Beckmann<br>212-816-5566<br>212-816-5702<br>Kathy Collins<br>212-816-6425<br>212-816-3107 | Delphi Diesel Systems Corp | Disbursements | 38698379 |
| Citibank | 388 Greenwich Street, Floor 23<br>New York, NY 10013 U.S. 10013 | Wayne Beckmann<br>212-816-5566<br>212-816-5702<br>Kathy Collins<br>212-816-6425<br>212-816-3107 | Delphi Connection Systems | Disbursements | 38852575 |
| Citibank | 388 Greenwich Street, Floor 23<br>New York, NY 10013 U.S. 10013 | Wayne Beckmann<br>212-816-5566<br>212-816-5702<br>Kathy Collins<br>212-816-6425<br>212-816-3107 | Delphi Automotive Systems LLC | Receipts/Disbursement | 40782625 |
| Citibank | 388 Greenwich Street, Floor 23<br>New York, NY 10013 U.S. 10013 | Wayne Beckmann<br>212-816-5566<br>212-816-5702<br>Kathy Collins<br>212-816-6425<br>212-816-3107 | Delphi Corporation | Stand alone | 40785455 |
| Citibank | 388 Greenwich Street, Floor 23<br>New York, NY 10013 U.S. 10013 | Wayne Beckmann<br>212-816-5566<br>212-816-5702<br>Kathy Collins/Gail Roberts<br>212-816-6425<br>212-816-3107 | Delphi Automotive Systems LLC | Investment | 312131 |
| Citibank | 388 Greenwich Street, Floor 23<br>New York, NY 10013 U.S. 10013 | Wayne Beckmann<br>212-816-5566<br>212-816-5702<br>Kathy Collins<br>212-816-6425<br>212-816-3107 | Delphi Automotive Systems Thailand, Inc. | Stand alone | 40747686 |
| Citibank | 388 Greenwich Street, Floor 23<br>New York, NY 10013 U.S. 10013 | Wayne Beckmann<br>212-816-5566<br>212-816-5702<br>Kathy Collins<br>212-816-6425<br>212-816-3107 | Delphi Automotive Systems Korea Inc. | Stand alone | 38443317 |
| Citibank | 388 Greenwich Street, Floor 23<br>New York, NY 10013 U.S. 10013 | Wayne Beckmann<br>212-816-5566<br>212-816-5702<br>Kathy Collins<br>212-816-6425<br>212-816-3107 | Delphi Automotive Systems (Holding) Inc | Stand alone | 40768786 |
| Citibank | 388 Greenwich Street, Floor 23<br>New York, NY 10013 U.S. 10013 | Wayne Beckmann<br>212-816-5566<br>212-816-5702<br>Kathy Collins<br>212-816-6425<br>212-816-3107 | Delphi Automotive Systems Overseas Corp. | Stand alone | 40713777 |
| Citibank | 388 Greenwich Street, Floor 23<br>New York, NY 10013 U.S. 10013 | Wayne Beckmann<br>212-816-5566<br>212-816-5702<br>Kathy Collins<br>212-816-6425<br>212-816-3107 | Delphi Automotive Systems Overseas Corp. | Stand alone | 40738827 |
| Citibank | Gashek Street 8-10<br>Moscow, 125047 Russia 125047 | Julia Sadokhina<br>7-095-589-29-27 | Delphi Automotive Systems Overseas Corp. | Disbursements | 40807810000500542055 |
| Citibank | Gashek Street 8-10<br>Moscow, 125047 Russia 125047 | Julia Sadokhina<br>7-095-589-29-27 | Delphi Automotive Systems Overseas Corp. | Receipts | 40807884050050542004 |
| Citibank, N.A. (Taipei Branch) | P.O. Box 3343 Taipei<br>Taipei, R.O.C Taiwan R.O.C | 886225766966 | Delphi International Services, Inc. | Disbursements | 0026532027 |
| Citibank, N.A. (Taipei Branch) | P.O. Box 3343 Taipei<br>Taipei, R.O.C Taiwan R.O.C | 886225766966 | Delphi International Services, Inc. | Receipts | 5026532029 |

| Bank | Address | Contacts | Account Held By | Account Type | Account Number |
|---|---|---|---|---|---|
| Citibank, N.A. (Taipei Branch) | P.O. Box 3343 Taipei<br>Taipei, R.O.C Taiwan R.O.C | 886225766966 | Delphi International Services, Inc. | Receipts | 5026532207 |
| Citifunds | 125 Broad Street, 11th Floor<br>New York, NY 10004 U.S. 10004 | Wayne Beckmann<br>203-961-6145<br>646-862-9621<br>Carol Festa | Delphi Corporation | Investment | 454197 |
| Comerica Bank | P.O. Box 75000<br>MC 3265/MC 7618<br>Detroit, MI U.S. 48275 | Robert Ramirez<br>313-222-5431<br>313-222-3776<br>Colleen Hollerbach<br>734-632-5563<br>734-632-4545 | Delphi Automotive Systems LLC | Concentration | 1850994516 |
| Comerica Bank | P.O. Box 75000<br>MC 3265/MC 7618<br>Detroit, MI U.S. 48275 | Robert Ramirez<br>313-222-5431<br>313-222-3776<br>Colleen Hollerbach<br>734-632-5563<br>734-632-4545 | Delphi Automotive Systems LLC | Disbursements | 2176969430 |
| Comerica Bank | P.O. Box 75000<br>MC 3265/MC 7618<br>Detroit, MI U.S. 48275 | Robert Ramirez<br>313-222-5431<br>313-222-3776<br>Colleen Hollerbach<br>734-632-5563<br>734-632-4545 | Delphi Automotive Systems Services LLC | Disbursements | 2176982698 |
| Community Banking Company of Fitzgerald | P.O. Box 130<br>102 West Roanoke Drive<br>Fitzgerald, GA U.S. 31750-0130 | Sandra Anderson<br>229-423-4321 x129<br>229-423-6656 | Delphi Automotive Systems LLC | Pay Thru | 10012748 |
| Deutsche Asset Management | 1 South Street<br>18 Floor<br>Baltimore, MD U.S. 21202 | John Larkin<br>410-895-3688<br>410-895-3721 | Delphi Automotive Systems LLC | Investment | 240002702 |
| Deutsche Bank | Global Corporate Finance (add additional address)<br>60 Wall Street, 45th Floor<br>MS NYC60-4501<br>New York, NY U.S. 10005 | Thomas Maloney<br>212-250-8152<br>212-797-0085<br>Andreas Rohde<br>49 69 910 22164<br>49 69 910 22023 | Delphi Corporation | Disbursements | 1001751163 |
| Deutsche Bank | Global Corporate Finance (add additional address)<br>60 Wall Street, 45th Floor<br>MS NYC60-4501<br>New York, NY U.S. 10005 | Thomas Maloney<br>212-250-8152<br>212-797-0085<br>Andreas Rohde<br>49 69 910 22164<br>49 69 910 22023 | Delphi Corporation | Disbursements | 1001751338 |
| Deutsche Bank | Global Corporate Finance (add additional address)<br>60 Wall Street, 45th Floor<br>MS NYC60-4501<br>New York, NY U.S. 10005 | Thomas Maloney<br>212-250-8152<br>212-797-0085<br>Andreas Rohde<br>49 69 910 22164<br>49 69 910 22023 | Delphi Corporation | Disbursements | 1001751379 |
| Deutsche Bank | Global Corporate Finance (add additional address)<br>60 Wall Street, 45th Floor<br>MS NYC60-4501<br>New York, NY U.S. 10005 | Thomas Maloney<br>212-250-8152<br>212-797-0085<br>Andreas Rohde<br>49 69 910 22164<br>49 69 910 22023 | Delphi Corporation | FX settlement | 1001751155 |
| Deutsche Bank | Global Corporate Finance (add additional address)<br>60 Wall Street, 45th Floor<br>MS NYC60-4501<br>New York, NY U.S. 10005 | Thomas Maloney<br>212-250-8152<br>212-797-0085<br>Andreas Rohde<br>49 69 910 22164<br>49 69 910 22023 | Delphi Corporation | Disbursements | 1001751312 |
| Fidelity Investments | 100 Crosby Parkway<br>Mail Zone KC1G<br>Covington, KY U.S. 41015 | Peter Zielinski<br>312-551-3243<br>(617) 385 1738 | Delphi Automotive Systems LLC | Investment | 500544283 |
| Fifth Third Bank | Corporate Treasury Management<br>1000 Town Center, Suite 1400, MD: JTWN4E<br>Southfield, MI U.S. 48075 | Michael Blackburn<br>248-603-0780<br>248-6030752 | Delphi Automotive Systems LLC | Investment | 7911780711 |
| Harris, N.A. | 111 W. Monroe Street - 9E<br>9th Floor Center<br>Chicago, IL U.S. 60603 | Linda Schmidt<br>312-461-2463<br>312-461-6339<br>Laura Hunt<br>312-224-2363<br>312-293-5222 | Delphi Automotive Systems LLC | Concentration | 2392512 |
| Harris, N.A. | 111 W. Monroe Street - 9E<br>9th Floor Center<br>Chicago, IL U.S. 60603 | Linda Schmidt<br>312-461-2463<br>312-461-6339<br>Laura Hunt<br>312-224-2363<br>312-293-5222 | Delphi Automotive Systems LLC | Receipts | 2391761 |
| Harris, N.A. | 111 W. Monroe Street - 9E<br>9th Floor Center<br>Chicago, IL U.S. 60603 | Linda Schmidt<br>312-461-2463<br>312-461-6339<br>Laura Hunt<br>312-224-2363<br>312-293-5222 | Delphi Automotive Systems LLC | Receipts | 2391787 |
| HSBC Bank USA, N.A. | 452 Fifth Avenue, 5th Floor<br>New York, NY 10018 NY 10018 | Christopher Samms<br>212-525-2569<br>212-642-4081<br>Jay Bialecki [in Ohio]<br>877-244-2424<br>888-499-3958 | Delphi Automotive Systems LLC | Investment | 406809 |

| Bank | Address | Contacts | Account Held By | Account Type | Account Number |
|---|---|---|---|---|---|
| JPMorgan Chase Bank | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Receipts | 009102614816 |
| JPMorgan Chase Bank | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi China LLC | Stand alone | 323-080405 |
| JPMorgan Chase Bank | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Corporation | Stand alone | 323-115446 |
| JPMorgan Chase Bank | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems International, Inc. | Stand alone | 323-292151 |
| JPMorgan Chase Bank | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Disbursements | 000323268900 |
| JPMorgan Chase Bank | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Disbursements | 000323268919 |
| JPMorgan Chase Bank | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Concentration | 000323857000 |
| JPMorgan Chase Bank | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Disbursements | 000323857183 |
| JPMorgan Chase Bank | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Disbursements | 000323857590 |
| JPMorgan Chase Bank | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Disbursements | 000323857604 |
| JPMorgan Chase Bank | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Disbursements | 000601250442 |
| JPMorgan Chase Bank | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Disbursements | 000601823222 |
| JPMorgan Chase Bank | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Receipts | 009102549665 |
| JPMorgan Chase Bank | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Disbursements | 009102614402 |
| JPMorgan Chase Bank | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Receipts | 009102614808 |
| JPMorgan Chase Bank | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Receipts | 009102631018 |
| JPMorgan Chase Bank | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Receipts | 009102631034 |
| JPMorgan Chase Bank | 611 Woodward Ave. Suite MI 1-8074 7th Floor Detroit, MI U.S. 48226 | Richard Huttenlocher 313-225-2259 313-225-2290 David Gerdis 313-225-3751 313-226-1455 | Delphi Automotive Systems LLC | Receipts | 009102631042 |

| Bank | Address | Contacts | Account Held By | Account Type | Account Number |
|---|---|---|---|---|---|
| JPMorgan Chase Bank | 611 Woodward Ave.<br>Suite MI 1-8074<br>7th Floor<br>Detroit, MI U.S. 48226 | Richard Huttenlocher<br>313-225-2259<br>313-225-2290<br>David Gerdis<br>313-225-3751<br>313-226-1455 | Delphi Automotive Systems LLC | Receipts | 009102631059 |
| JPMorgan Chase Bank | 611 Woodward Ave.<br>Suite MI 1-8074<br>7th Floor<br>Detroit, MI U.S. 48226 | Richard Huttenlocher<br>313-225-2259<br>313-225-2290<br>David Gerdis<br>313-225-3751<br>313-226-1455 | Delphi Automotive Systems LLC | Receipts | 009102631067 |
| JPMorgan Chase Bank | 611 Woodward Ave.<br>Suite MI 1-8074<br>7th Floor<br>Detroit, MI U.S. 48226 | Richard Huttenlocher<br>313-225-2259<br>313-225-2290<br>David Gerdis<br>313-225-3751<br>313-226-1455 | Delphi Automotive Systems LLC | Receipts | 009102631083 |
| JPMorgan Chase Bank | 611 Woodward Ave.<br>Suite MI 1-8074<br>7th Floor<br>Detroit, MI U.S. 48226 | Richard Huttenlocher<br>313-225-2259<br>313-225-2290<br>David Gerdis<br>313-225-3751<br>313-226-1455 | Delphi Automotive Systems LLC | Receipts | 009102640233 |
| JPMorgan Chase Bank | 611 Woodward Ave.<br>Suite MI 1-8074<br>7th Floor<br>Detroit, MI U.S. 48226 | Richard Huttenlocher<br>313-225-2259<br>313-225-2290<br>David Gerdis<br>313-225-3751<br>313-226-1455 | Delphi Corporation | Disbursements | 000323373453 |
| JPMorgan Chase Bank | 611 Woodward Ave.<br>Suite MI 1-8074<br>7th Floor<br>Detroit, MI U.S. 48226 | Richard Huttenlocher<br>313-225-2259<br>313-225-2290<br>David Gerdis<br>313-225-3751<br>313-226-1455 | Delphi Automotive Systems Services LLC | Disbursements | 000304162116 |
| JPMorgan Chase Bank | 611 Woodward Ave.<br>Suite MI 1-8074<br>7th Floor<br>Detroit, MI U.S. 48226 | Richard Huttenlocher<br>313-225-2259<br>313-225-2290<br>David Gerdis<br>313-225-3751<br>313-226-1455 | Delphi Automotive Systems Services LLC | Disbursements | 000304162124 |
| JPMorgan Chase Bank | 611 Woodward Ave.<br>Suite MI 1-8074<br>7th Floor<br>Detroit, MI U.S. 48226 | Richard Huttenlocher<br>313-225-2259<br>313-225-2290<br>David Gerdis<br>313-225-3751<br>313-226-1455 | Delphi Automotive Systems Services LLC | Disbursements | 000601870439 |
| JPMorgan Chase Bank | 611 Woodward Ave.<br>Suite MI 1-8074<br>7th Floor<br>Detroit, MI U.S. 48226 | Richard Huttenlocher<br>313-225-2259<br>313-225-2290<br>David Gerdis<br>313-225-3751<br>313-226-1455 | Delphi Automotive Systems LLC | Receipts | 304298727 |
| JPMorgan Chase Bank | 611 Woodward Ave.<br>Suite MI 1-8074<br>7th Floor<br>Detroit, MI U.S. 48226 | Richard Huttenlocher<br>313-225-2259<br>313-225-2290<br>David Gerdis<br>313-225-3751<br>313-226-1455 | Delphi Technologies, Inc | Receipts | 323022537 |
| JPMorgan Chase Bank | 611 Woodward Ave.<br>Suite MI 1-8074<br>7th Floor<br>Detroit, MI U.S. 48226 | Richard Huttenlocher<br>313-225-2259<br>313-225-2290<br>William Bitonti<br>313-225-1646<br>313-225-1730 | Delphi Medical Systems Texas Corporation | Receipts | 695218503 |
| JPMorgan Chase Bank | 611 Woodward Ave.<br>Suite MI 1-8074<br>7th Floor<br>Detroit, MI U.S. 48226 | Richard Huttenlocher<br>313-225-2259<br>313-225-2290<br>William Bitonti<br>313-225-1646<br>313-225-1730 | Delphi Medical Systems Texas Corporation | Disbursements | 695218511 |
| JPMorgan Chase Bank | 611 Woodward Ave.<br>Suite MI 1-8074<br>7th Floor<br>Detroit, MI U.S. 48226 | Richard Huttenlocher<br>313-225-2259<br>313-225-2290<br>Pat Flemister<br>313-225-3089 | Aspire, Inc. | Receipts | 639971332 |
| JPMorgan Chase Bank | 611 Woodward Ave.<br>Suite MI 1-8074<br>7th Floor<br>Detroit, MI U.S. 48226 | Richard Huttenlocher<br>313-225-2259<br>313-225-2290<br>William Bitonti<br>313-225-1646<br>313-225-1730 | Delphi Medical Systems Texas Corporation | Disbursements | 701331688 |
| JPMorgan Chase Bank | 611 Woodward Ave.<br>Suite MI 1-8074<br>7th Floor<br>Detroit, MI U.S. 48226 | Richard Huttenlocher<br>313-225-2259<br>313-225-2290<br>David Gerdis<br>313-225-3751 | Aspire, Inc. | Receipts | 639971126 |
| JPMorgan Chase Securities | 611 Woodward Ave.<br>Suite MI 1-8074<br>7th Floor<br>Detroit, MI U.S. 48226 | Richard Huttenlocher<br>313-225-2259<br>313-225-2290<br>Julie Benson<br>214-965-2655<br>214-965-2255 | Delphi Automotive Systems LLC | Investment | 36060754 |
| Key Bank, N.A. | Large Corporate Group<br>Mailcode: OH-01-27-0628<br>127 Public Square<br>Cleaveland, OH U.S. 44114 | Peter Moore<br>216-689-3553<br>216-689-4654<br>Kevin Hennessy<br>216-689-5334<br>216-689-4421 | Delphi Automotive Systems LLC | Concentration | 000350011017224 |
| M&I Marshall and Illsley | Commercial Banking, Mail Code: NW18<br>770 North Water Street<br>Milwaukee, WI U.S. 53202 | James Miller<br>414-765-7779<br>414-765-7625 | Delphi Automotive Systems LLC | Pay Thru | 32731787 |

| Bank | Address | Contacts | Account Held By | Account Type | Account Number |
|---|---|---|---|---|---|
| Mellon, N.A. | Suite 1360<br>500 Ross Street<br>Pittsburgh, PA U.S. 15262.0001 | Robert Ladley<br>412-234-6175<br>412-236-0485 | Delphi Automotive Systems LLC | Concentration | 0469976 |
| Mellon, N.A. | Suite 1360<br>500 Ross Street<br>Pittsburgh, PA U.S. 15262.0001 | Robert Ladley<br>412-234-6175<br>412-236-0485 | ASEC General Sales Partnership | Disbursements | 1243098 |
| Mellon, N.A. | Suite 1360<br>500 Ross Street<br>Pittsburgh, PA U.S. 15262.0001 | Robert Ladley<br>412-234-6175<br>412-236-0485 | ASEC General Sales Partnership | Disbursements | 0307782 |
| NatWest Bank | Luton market Hill Branch<br>31 George Street<br>Luton, UK LU1 2AH | Jo Pyman<br>020 7085 8399<br>020 7375 6106 | Delco Electronics Overseas Corporation | Disbursements | GB93NWBK60132863683 |
| RBS Securities | 101 Park Avenue, 10th Floor<br>New York, NY 10178 U.S. 10178 | Richard Simon<br>212-401-3280<br>212-401-3604 | Delphi Automotive Systems LLC | Investment | 36060580 |
| Regions Bank | P.O. Box 10247, 8th Floor<br>Birmingham, AL 35203 U.S. 35203 | Dawn Smith<br>205-326-7795<br>205-326-7788 | Delphi Automotive Systems LLC | Pay Thru | 0900508225 |
| Reserve Fund | 1250 Broadway<br>32nd Floor<br>New York, NY U.S. 10001 | Brandon Semilof<br>212-401-5731<br>212-401-5958 | Delphi Automotive Systems LLC | Investment | 8029472617 |
| Toronto-Dominion Bank | Cash Management Services<br>100 Wellington Street West<br>CP Towers, 27th Floor<br>Toronto, Ontario Canada M5K 1A2 | Malle Nagy<br>416-982-8976<br>416-944-5891 | Delphi Automotive Systems LLC | Disbursements | 06900401949 |
| UBS AG | Zuggerstrasse 22<br>Horgen, 8810 Switzerland 8810 | Michael Walter-Schmid<br>email: michael-walter.schmid@ubs.com | Delphi International Services, Inc. | Disbursements | 21441039701 |
| UMB Bank, N.A. | 1010 Grand Boulevard<br>Kansas City, MO 64106 U.S. 64106 | Kent Workman<br>816-860-7934<br>816-860-4838 | Delphi Medical Systems Colorado Corporation | Receipts/Disbursements | 6970672845 |
| UMB Bank, N.A. | 1010 Grand Boulevard<br>Kansas City, MO 64106 U.S. 64106 | Kent Workman<br>816-860-7934<br>816-860-4838 | Delphi Automotive Systems LLC | Pay Thru | 9871499170 |
| United Bank & Trust | 1422 S. Winter St.<br>Adrian, MI 49221 U.S. 49221 | Tammy Hall<br>517-266-5503<br>517-264-0709 | Delphi Automotive Systems LLC | Pay Thru | 8028982 |