DELPHI

# Flow of Funds Summary: *Integrated and Independent Cash Management Systems* *

* All account activity excluding the Independent Cash Management Systems comprise the Integrated Cash Management System

(a): Refers to Exhibit B: Receipts

(b): Refers to Exhibit B: Disbursements



DELPHI

**Exhibit B: Receipts**

**Delphi Automotive Systems LLC**
**Treasurer Account**
**Bank One, Michigan**
**3613885-94**

Securitization [(a)]

Receipt and Lockbox Account

## Operational Receipts

- Bank One, Illinois — Delphi Automotive Systems LLC — #5557550
- Bank One, Illinois — Delco Electronics Overseas Corporation — #1035963
- Bank One, Illinois — Delphi Receivables LLC — #5945704
- JPMorganChase Bank — Delphi Automotive Systems LLC — #009102614816
- Bank One, Michigan — Delphi Automotive Systems LLC — #644113557
- Bank One, Illinois — Delphi Automotive Systems LLC — #648171569
- Bank One, Illinois — Delphi Automotive Systems LLC — #648171528
- Bank One, Illinois — Delphi Automotive Systems LLC — #648171494
- Bank One, Illinois — Delphi Receivables LLC — #5160790
- Bank One, Illinois — Delphi Automotive Systems LLC — #5265983
- Bank One, Illinois — Delphi Automotive Systems LLC — #648171544
- Bank One, Illinois — Delphi Automotive Systems LLC — #648171577
- Bank One, Illinois — Delphi Receivables LLC — #648171635
- Bank One, Illinois — Delphi Mechatronic Systems, Inc. — #1113935
- Bank One, Michigan — Delphi Automotive Systems LLC — #662646827
- Bank One, Michigan — Delphi Automotive Systems LLC — #662646835
- Bank One, Michigan — Delphi Automotive Systems LLC — #662646843
- Bank One, Michigan — Delphi Automotive Systems LLC — #662646850
- Bank One, Michigan — Delphi Diesel Systems Corp — #1380933
- Bank One, Michigan — Delphi Automotive Systems LLC — #361321674
- Bank One, Michigan — Delphi Automotive Systems LLC — #662646868
- Bank One, Michigan — Delphi Automotive Systems LLC — #662646876
- JPMorgan Chase Bank — Aspire, Inc. — #639971126
- JPMorgan Chase Bank — Delphi Medical Systems Texas Corporation — #695218503
- Bank One, Michigan — Delphi Receivables LLC — #361441884
- Bank One, Michigan — Delphi Receivables LLC — #361441964
- Bank One, Michigan — Delphi Corporation — #361467954
- Bank One, Michigan — Delphi Automotive Systems LLC — #361550934
- Bank One, Michigan — Delphi Corporation — #361564894
- Bank One, Michigan — Delphi Automotive Systems LLC — #361566204
- Bank One, Michigan — Delphi Automotive Systems LLC — #361567374
- Bank One, Michigan — Delphi Automotive Systems LLC — #363296154
- Bank One, Illinois — Delphi Receivables LLC — #1083690
- Bank One, Michigan — Delphi Receivables LLC — #675523682
- JPMorganChase Bank — Delphi Automotive Systems LLC — # 009102631042
- Harris, N.A. — Delphi Automotive Systems LLC — #2391787
- Harris, N.A. — Delphi Automotive Systems LLC — #2391761
- JPMorganChase Bank — Delphi Automotive Systems LLC — # 009102631059
- JPMorganChase Bank — Delphi Automotive Systems LLC — # 009102631067
- JPMorganChase Bank — Delphi Automotive Systems LLC — # 009102631083
- JPMorgan Chase Bank — Aspire, Inc. — #639971332
- JPMorganChase Bank — Delphi Automotive Systems LLC — #009102549665
- JPMorganChase Bank — Delphi Automotive Systems LLC — # 009102614808
- JPMorganChase Bank — Delphi Automotive Systems LLC — #009102631018
- JPMorganChase Bank — Delphi Automotive Systems LLC — # 009102631034
- JPMorganChase Bank — Delphi Automotive Systems LLC — # 009102640233
- JPMorgan Chase Bank — Delphi Technologies, Inc. — #323022537
- JPMorganChase Bank — Delphi Automotive Systems LLC — # 304298727

## Investment Accounts

- Deutsche Asset Management — Delphi Automotive Systems LLC — #240002702
- JPMorgan Chase Securities — Delphi Automotive Systems LLC — #36060754
- RBS Securities — Delphi Automotive Systems LLC — #36060580-
- Citibank — Delphi Automotive Systems LLC — #312131
- Citifunds — Delphi Corporation — #454197
- Fidelity Investments — Delphi Automotive Systems LLC — #500544283
- Fifth Third Bank — Delphi Automotive Systems LLC — #7911780711
- HSBC Bank USA, N.A. — Delphi Automotive Systems LLC — #406809
- Reserve Fund — Delphi Automotive Systems LLC — #8029472617

(a) The Debtors anticipate that the accounts receivable securitization facility will terminate upon the filing of these chapter 11 cases. In connection therewith, the Debtors intend to seek to have the accounts held in the name of Delphi Receivables transferred into the name of DAS and to terminate the control agreements in respect of such accounts.



DELPHI

**Exhibit B: Disbursements**

# Delphi Automotive Systems LLC Treasurer Account Bank One, Michigan: 3613885-94

## Benefits and Insurance

- Bank of America, N.A — Delphi Automotive Systems LLC — #1233807676
- Bank of America, N.A — Delphi Automotive Systems LLC — #1233807713
- JPMorganChase Bank — Delphi Automotive Systems LLC — #000323268919
- Bank One, Michigan — Delphi Automotive Systems LLC — #361436104
- Bank One, Michigan — Delphi Automotive Systems LLC — #361436284
- Bank One, Michigan — Delphi Automotive Systems LLC — #361436364
- JPMorganChase Bank — Delphi Automotive Systems LLC — #000323268900
- Citibank — Delphi Diesel Systems Corp. — #38637496
- Bank of America, N.A — ASEC Manufacturing General Partnership — #002861553095
- JPMorganChase Bank — Delphi Corporation — #000323373453

## Vendor Payments

- JPMorgan Chase Bank — Delphi Medical Systems Texas Corporation — #701331688
- Bank of America, N.A — Delphi Connection Systems — #1233917783
- Citibank — Delphi Diesel Systems Corp. — #38698379
- Citibank — Delphi Connection Systems — #38852575
- JPMorgan Chase Bank — Delphi Automotive Systems LLC — #000323857590
- JPMorgan Chase Bank — Delphi Automotive Systems LLC — #000323857604
- JPMorgan Chase Bank — Delphi Automotive Systems LLC — #000601250442
- JPMorgan Chase Bank — Delphi Automotive Systems LLC — #000601823222
- Bank One, Michigan — Delphi Mechatronic Systems, Inc. — #738306
- Citibank — Packard Hughes Interconnect Company — #38852591
- JPMorgan Chase Bank — Delphi Automotive Systems LLC — #009102614402
- JPMorgan Chase Bank — Delphi Medical Systems Texas Corporation — #695218511
- Mellon, N.A. — ASEC General Sales Partnership — #1243098

## Taxes

- JPMorganChase Bank — Delphi Automotive Systems LLC — #000323857183
- JPMorganChase Bank — Delphi Automotive Systems Services LLC — #000304162116
- JPMorganChase Bank — Delphi Automotive Systems Services LLC — #000304162124
- JPMorganChase Bank — Delphi Automotive Systems Services LLC — #000601870439

## Payroll

- Bank of America, N.A — Delphi Automotive Systems LLC — #3299934390
- Bank of America, N.A — Delphi Automotive Systems Services LLC — #3299027211
- Bank One, Michigan — Delphi Automotive Systems LLC — #644256
- Bank One, Michigan — Delphi Mechatronic Systems, Inc. — #738146
- Citibank — Delphi Diesel Systems Corp. — #38558405
- Comerica Bank — Delphi Automotive Systems LLC — #2176969430
- Comerica Bank — Delphi Automotive Systems Services LLC — #2176982698
- Mellon, N.A. — ASEC General Sales Partnership — #0307782

## Other

- Bank One - Canada — Delphi Automotive Systems LLC — #4657168210
- Bank One - Canada — Delco Electronics LLC (a) — #4657176210
- Bank of New York — Delphi Automotive Systems LLC — #0056701346
- Citibank — Delphi Automotive Systems LLC — #40782625 — *Account also a Receipt
- Toronto-Dominion Bank — Delphi Automotive Systems LLC — #06900401949

## Trust Accounts

- Bank One, Michigan — Delphi Corporation — #362757924
- Bank One, Michigan — Delphi Corporation — #3615543-24
- Bank One, Michigan — Delphi Corporation — #361554404
- Bank One, Michigan — Delphi Corporation — #361558534
- Bank One, Michigan — Delphi Corporation — #361558614
- Bank One, Michigan — Delphi Corporation — #6639-66
- Bank One, Michigan — Delphi Corporation — #6640-46
- Bank One, Michigan — Delphi Corporation — #6641-26
- Bank One, Michigan — Delphi Corporation — #6658-66
- Bank One, Michigan — Delphi Corporation — #4400018900
- Bank One, Michigan — Delphi Corporation — #4400018901
- Bank One, Michigan — Delphi Corporation — #4400019000
- Bank One, Michigan — Delphi Corporation — #4400019001

(a) Delco Electronics LLC merged with Delphi Automotive Systems LLC on September 30, 2005

**DELPHI**

Exhibit B: Other

**Delphi Automotive Systems LLC**
**Treasurer Account**
**Bank One, Michigan: 3613885-94**

**Independent Cash Management Systems** ▮

**Receipt and Lockbox Account** ▯

## Concentration

| Bank of America, N.A Delphi Automotive Systems LLC #3751208640 | Citibank Delphi Automotive Systems LLC #40775812 | Bank of New York Delphi Automotive Systems LLC #8900457341 | Bank One, Michigan Delphi Automotive Systems LLC #361388594 | Bank One, Illinois Delphi Automotive Systems LLC #5140315 | Comerica Bank Delphi Automotive Systems LLC #1850994516 | Bank One, Michigan Delphi Automotive Systems LLC #662646926 | JPMorgan Chase Bank Delphi Automotive Systems LLC #000323857000 | Key Bank, N.A. Delphi Automotive Systems LLC #000350011017224 | Mellon, N.A. Delphi Automotive Systems LLC #0469976 |

**Harris, N.A. Delphi Automotive Systems LLC #2392512**

## Pay Thru

| Bank of Lenawee Delphi Automotive Systems LLC #7032659 | Brunswick Bank and Trust Delphi Automotive Systems LLC #828014213 | Community Banking Company of Fitzgerald Delphi Automotive Systems LLC #10012748 | M&I Marshall and Illsley Delphi Automotive Systems LLC #32731787 | Regions Bank Delphi Automotive Systems LLC #0900508225 | UMB Bank, N.A. Delphi Automotive Systems LLC #9871499170 | United Bank & Trust Delphi Automotive Systems LLC #8028982 |

## ICMS

| Branch Banking & Trust Company Specialty Electronics #5124397377 | Bank One, Michigan Delphi Integrated Service Solutions, Inc. #175001537141 | Bank One, Michigan Delphi Integrated Service Solutions, Inc. #175001911007 | Bank One, Michigan Delphi Integrated Service Solutions, Inc. #639971316 | UMB Bank, N.A. Delphi Medical Systems Colorado Corporation #6970672845 |

## Netting Accounts

| Deutsche Bank Systems Delphi Corporation #1001751163 "Master Funding Account" | Deutsche Bank Delphi Corporation #1001751338 Disbursement Account | Deutsche Bank Delphi Corporation #1001751379 Disbursement Account | Deutsche Bank Delphi Corporation #1001751155 FX Settlement "Trading Account" | Deutsche Bank Delphi Corporation #1001751312 Disbursement Account |

## Stand Alone

| Citibank Delphi Corporation #40785455 | Citibank Delphi Automotive Systems Thailand, Inc. #40747686 | Citibank Delphi Automotive Systems Korea, Inc. #38443317 | Citibank Delphi Automotive Systems (Holding) Inc. #40768786 | Citibank Delphi Automotive Systems Overseas Corp. #40713777 | Citibank Delphi Automotive Systems Overseas Corp. #40738827 | JPMorgan Chase Bank Delphi China LLC #323-080405 | JPMorgan Chase Bank Delphi Corporation #323-115446 | JPMorgan Chase Bank Automotive Systems International, Inc." #323-292151 | Bank One Michigan Delphi Automotive Systems LLC #701332140 |

## Foreign Branches

| UBS AG Delphi International Services, Inc. #21441039701 | Citibank Delphi Automotive Systems Overseas Corp. #40807810000 500542055 | Citibank Delphi Automotive Systems Overseas Corp. #408078840500 500542004 | NatWest Bank Delco Electronics Overseas Corporation #GB93NWBK 60132863683563 | Citibank, N.A. (Taipei Branch) Delphi International Services, Inc. #0026532027 | Citibank, N.A. (Taipei Branch) Delphi International Services, Inc. #5026532029 | Citibank, N.A. (Taipei Branch) Delphi International Services, Inc. #5026532207 |