# EXHIBIT A

INVESTMENT GUIDELINES

## Delphi Automotive Systems
## U.S. Short-Term Cash Investment Guidelines

| Investment Sector (1) | Sector Limits | Required Credit Rating | Issue / Sub-sector Limit | Authorized Instruments |
|---|---|---|---|---|
| US Treasuries | No limit | None | None | Treasury Bills, Notes |
| US Government Agencies | No limit | None | None | Agencies: Federal debt backed by US government. |
| Bank Obligations | Maximum 80% of portfolio at time of settlement excluding investments under 5 business days | Fitch individual bank rating C or above. | Limit of up to $50 million in any one name. | Domestic CDs, Yankee CDs & TDs, Euro CDs of domestic banks, Euro CDs of foreign banks, Offshore TDs |
| Corporate Obligations | A1/P1 – Maximum 80% of portfolio. A2/P2 - Maximum 40% of portfolio. Combined A1/P1 & A2/P2 holdings not to exceed 80% of portfolio | A1/P1 & Baa/BBB+, A2/P2 & BBB/Baa2 or higher (not negative outlook). | A1/P1 – No greater than $50 million in any one name. A2/P2 - No greater than $30 million in any one name. | CP (corp., euro) Bonds (domestic, yankee, euro) Notes (medium term, asset backed, 144A) Preferreds (money market) |
| Asset Backed Securities | Maximum 20% of portfolio | AA Securities A1/P1 rating from S&P/Moody's for Asset Backed Commercial Paper. Must be 100% Bank line backed. | ABS securities restricted to programs greater than $1Billion. No greater than $100 million in any one name. | Asset Backed Securities Fixed or Floating Asset Backed CP |
| Money Market Mutual Funds | Maximum $250 million with any one institution. | AAA or Aaa by Moody's, S&P or Fitch. | Not to exceed 5% of total assets under management in any one fund. | No synthetically created instruments or instruments denominated in foreign currency. |

Footnotes:
1. Investments must have a maturity of 45 days or less.
2. All investments must be denominated in USD.
3. Auction rate securities not permitted.

Approved by: _____

John Arle
Vice President & Treasurer

Last Revision Date: 3/20/00