UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                            :

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI NY HOLDING CORPORATION, | : | Case No. 05-44481 |
| | : | |
| Debtor. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, | : | Case No. 05-_____ (___) |
| | : | |
| Debtor. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| ASEC MANUFACTURING GENERAL PARTNERSHIP, | : | Case No. 05-_____ (___) |
| | : | |
| Debtor. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI MEDICAL SYSTEMS COLORADO CORPORATION, | : | Case No. 05-_____ (___) |
| | : | |
| Debtor. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CHINA LLC, | : | Case No. 05-_____ (___) |
| | : | |
| Debtor. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
    :
In re     :    Chapter 11
    :
ASEC SALES GENERAL     :    Case No. 05-_____ (___)
PARTNERSHIP,     :
        Debtor.   :
    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
    :
In re     :    Chapter 11
    :
DELPHI MEDICAL SYSTEMS TEXAS     :    Case No. 05-_____ (___)
CORPORATION,     :
        Debtor.   :
    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
    :
In re     :    Chapter 11
    :
DELPHI AUTOMOTIVE SYSTEMS     :    Case No. 05-_____ (___)
OVERSEAS CORPORATION,     :
        Debtor.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
    :
In re     :    Chapter 11
    :
DELPHI AUTOMOTIVE SYSTEMS     :    Case No. 05-_____ (___)
KOREA, INC.,     :
        Debtor.   :
    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
    :
In re     :    Chapter 11
    :
DELPHI AUTOMOTIVE SYSTEMS     :    Case No. 05-_____ (___)
INTERNATIONAL, INC.,     :
        Debtor.   :
    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                   :

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI INTERNATIONAL HOLDINGS CORP., | : | Case No. 05-_____ (___) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| ASPIRE, INC., | : | Case No. 05-_____ (___) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CONNECTION SYSTEMS, | : | Case No. 05-_____ (___) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI INTERNATIONAL SERVICES, INC., | : | Case No. 05-_____ (___) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| ENVIRONMENTAL CATALYSTS, LLC, | : | Case No. 05-_____ (___) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

3

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                            :
          In re                             :       Chapter 11
                                            :
SPECIALTY ELECTRONICS                       :       Case No. 05-_____ (___)
INTERNATIONAL LTD.,                         :
                        Debtor.             :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                            :
          In re                             :       Chapter 11
                                            :
DELPHI AUTOMOTIVE SYSTEMS                    :       Case No. 05-_____ (___)
THAILAND, INC.,                             :
                        Debtor.             :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                            :
          In re                             :       Chapter 11
                                            :
DELCO ELECTRONICS OVERSEAS                   :       Case No. 05-_____ (___)
CORPORATION,                                :
                        Debtor.             :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                            :
          In re                             :       Chapter 11
                                            :
DELPHI TECHNOLOGIES, INC.,                   :       Case No. 05-_____ (___)
                                            :
                        Debtor.             :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                            :
          In re                             :       Chapter 11
                                            :
DELPHI AUTOMOTIVE SYSTEMS                    :       Case No. 05-_____ (___)
(HOLDING), INC.,                            :
                        Debtor.             :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

4

- - - - - - - - - - - - - - - - - - - - - - - - - - x
                  :

In re                             :     Chapter 11
                  :

EXHAUST SYSTEMS CORPORATION,    :     Case No. 05-_____ (___)
                  :

            Debtor.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - x
                  :

In re                             :     Chapter 11
                  :

DELPHI MEDICAL SYSTEMS      :     Case No. 05-_____ (___)
CORPORATION,               :

            Debtor.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - x
                  :

In re                             :     Chapter 11
                  :

DELPHI DIESEL SYSTEMS CORP.,     :     Case No. 05-_____ (___)
                  :

            Debtor.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - x
                  :

In re                             :     Chapter 11
                  :

DELPHI INTEGRATED SERVICE     :     Case No. 05-_____ (___)
SOLUTIONS, INC.,            :

            Debtor.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - x
                  :

In re                             :     Chapter 11
                  :

PACKARD HUGHES INTERCONNECT   :     Case No. 05-_____ (___)
COMPANY,                 :

            Debtor.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - x

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re                                          :        Chapter 11
:
DELPHI ELECTRONICS (HOLDING)   :        Case No. 05-_____ (___)
LLC,                                           :
                          Debtor.   :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re                                          :        Chapter 11
:
DELPHI MECHATRONIC SYSTEMS,     :        Case No. 05-_____ (___)
INC.,                                          :
                          Debtor.   :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re                                          :        Chapter 11
:
SPECIALTY ELECTRONICS, INC.,        :        Case No. 05-_____ (___)
:
                          Debtor.   :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re                                          :        Chapter 11
:
DELPHI AUTOMOTIVE SYSTEMS         :        Case No. 05-_____ (___)
TENNESSEE, INC.,                           :
                          Debtor.   :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re                                          :        Chapter 11
:
DELPHI LLC,                                  :        Case No. 05-_____ (___)
:
                          Debtor.   :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :
        In re                                     :    Chapter 11
                                                  :
DREAL, INC.,                                       :    Case No. 05-_____ (___)
                                                  :
                        Debtor.                    :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                  :
        In re                                     :    Chapter 11
                                                  :
DELPHI AUTOMOTIVE SYSTEMS RISK                      :    Case No. 05-_____ (___)
MANAGEMENT CORP.,                                  :
                        Debtor.                     :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                  :
        In re                                     :    Chapter 11
                                                  :
DELPHI AUTOMOTIVE SYSTEMS                           :    Case No. 05-_____ (___)
SERVICES LLC                                       :
                        Debtor.                     :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - -
                                                  :
        In re                                     :    Chapter 11
                                                  :
DELPHI LIQUIDATION HOLDING                         :    Case No. 05-_____ (___)
COMPANY,                                           :
                        Debtor.                     :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                  :
        In re                                     :    Chapter 11
                                                  :
DELPHI FOREIGN SALES                               :    Case No. 05-_____ (___)
CORPORATION,                                       :
                        Debtor.                     :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

7

- - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
In re                                               :    Chapter 11
                                                    :
DELPHI SERVICES HOLDING                             :    Case No. 05-_____ (___)
CORPORATION,                                        :
                          Debtor.                   :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                    :
In re                                               :    Chapter 11
                                                    :
DELPHI AUTOMOTIVE SYSTEMS                           :    Case No. 05-_____ (___)
HUMAN RESOURCES LLC,                                :
                          Debtor.                   :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                    :
In re                                               :    Chapter 11
                                                    :
DELPHI AUTOMOTIVE SYSTEMS                           :    Case No. 05-_____ (___)
GLOBAL (HOLDING), INC.,                             :
                          Debtor.                   :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                    :
In re                                               :    Chapter 11
                                                    :
DELPHI AUTOMOTIVE SYSTEMS LLC,                      :    Case No. 05-_____ (___)
                                                    :
                          Debtor.                   :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER AUTHORIZING JOINT ADMINISTRATION

## ("JOINT ADMINISTRATION ORDER")

Upon the motion, dated October 8, 2005 (the "Motion"), of Delphi Corporation

("Delphi") and certain of its subsidiaries and affiliates (the "Affiliate Debtors"),[1] debtors and

---

[1]    In addition to Delphi, the following entities are debtors in these related cases:  ASEC Manufacturing
General Partnership, ASEC Sales General Partnership, Aspire, Inc., Delco Electronics Overseas
Corporation, Delphi Automotive Systems (Holding), Inc., Delphi Automotive Systems Global (Holding),
Inc., Delphi Automotive Systems Human Resources LLC, Delphi Automotive Systems International, Inc.,
Delphi Automotive Systems Korea, Inc., Delphi Automotive Systems LLC, Delphi Automotive Systems

debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for an order

authorizing the joint administration of the Debtors' separate chapter 11 cases for procedural

purposes only; and upon the Affidavit Of Robert S. Miller, Jr. In Support Of Chapter 11 Petitions

And First Day Orders, sworn to October 8, 2005; and this Court having determined that the relief

requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and

other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been

given and that no other or further notice is necessary; and after due deliberation thereon, and

good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.    The Motion is GRANTED.

2.    The above-captioned cases are consolidated for procedural purposes only

and shall be administered jointly under Case No. 05-44481 in accordance with the provisions of

Rule 1015 of the Federal Rules of Bankruptcy Procedure, and the joint caption of the cases

shall read as follows:

---

Overseas Corporation, Delphi Automotive Systems Risk Management Corp., Delphi Automotive Systems
Services LLC, Delphi Automotive Systems Tennessee, Inc., Delphi Automotive Systems Thailand, Inc.,
Delphi China LLC, Delphi Connection Systems, Delphi Diesel Systems Corp., Delphi Electronics
(Holding) LLC, Delphi Foreign Sales Corporation, Delphi Integrated Service Solutions, Inc., Delphi
International Holdings Corp., Delphi International Services, Inc., Delphi Liquidation Holding Company,
Delphi LLC, Delphi Mechatronic Systems, Inc., Delphi Medical Systems Colorado Corporation, Delphi
Medical Systems Corporation, Delphi Medical Systems Texas Corporation, Delphi NY Holding
Corporation, Delphi Services Holding Corporation, Delphi Technologies, Inc., DREAL, Inc.,
Environmental Catalysts, LLC, Exhaust Systems Corporation, Packard Hughes Interconnect Company,
Specialty Electronics, Inc., and Specialty Electronics International Ltd.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
        In re                             :        Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :        Case No. 05-44481
                                          :
                        Debtors.          :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x


        3.    All original pleadings shall be captioned as indicated in the preceding

decretal paragraph and all original docket entries shall be made in the case of Delphi

Corporation, et al., Case No. 05-044481, and a docket entry shall be made in the other Debtors'

chapter 11 cases substantially as follows:

                An Order has been entered in this case directing the procedural
                consolidation and joint administration of the chapter 11 cases of
                Delphi Corporation; ASEC Manufacturing General Partnership;
                ASEC Sales General Partnership; Aspire, Inc.; Delco Electronics
                Overseas Corporation; Delphi Automotive Systems Global
                (Holding), Inc.; Delphi Automotive Systems (Holding), Inc.;
                Delphi Automotive Systems Human Resources LLC; Delphi
                Automotive Systems International, Inc.; Delphi Automotive
                Systems Korea, Inc.; Delphi Automotive Systems LLC; Delphi
                Automotive Systems Overseas Corporation; Delphi Automotive
                Systems Risk Management Corp.; Delphi Automotive Systems
                Services LLC; Delphi Automotive Systems Tennessee, Inc.;
                Delphi Automotive Systems Thailand, Inc.; Delphi China LLC;
                Delphi Connection Systems; Delphi Diesel Systems Corp.; Delphi
                Electronics (Holding) LLC; Delphi Foreign Sales Corporation;
                Delphi Integrated Service Solutions, Inc.; Delphi International
                Holdings Corp.; Delphi International Services, Inc.; Delphi
                Liquidation Holding Company; Delphi LLC; Delphi Mechatronic
                Systems, Inc.; Delphi Medical Systems Colorado Corporation;
                Delphi Medical Systems Corporation; Delphi Medical Systems
                Texas Corporation; Delphi NY Holding Corporation; Delphi
                Services Holding Corporation; Delphi Technologies, Inc.;
                DREAL, Inc.; Environmental Catalysts, LLC; Exhaust Systems
                Corporation; Packard Hughes Interconnect Company; Specialty
                Electronics, Inc.; and Specialty Electronics International Ltd.  The

docket in Case No. 05-044481 should be consulted for all matters affecting this case.

4.    Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the above-captioned cases.

5.    This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

6.    The requirement under Local Bankruptcy Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated:    New York, New York
          October 8, 2005


                                    _s/ Arthur J. Gonzalez_____
                                    UNITED STATES BANKRUPTCY JUDGE