Exhibit 1A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
:
    In re                                                   :
:   Chapter 11
DELPHI CORPORATION, et al.,           :
:   Case No. 05 – _____ (___)
                    Debtors.          :
:   (Jointly Administered)
:
------------------------------------------------------------ x

## NOTICE OF STATUS AS A SUBSTANTIAL EQUITYHOLDER[15]

      PLEASE TAKE NOTICE that [Name of Equityholder] is/has become a Substantial Equityholder with respect to the common stock (the "Common Stock") of Delphi Corporation ("Delphi"), a debtor and debtor-in-possession in Case No. [_____] pending in the United States Bankruptcy Court for the Southern District of New York.

      PLEASE TAKE FURTHER NOTICE that, as of [Date], [Name of Equityholder] beneficially owns [_____] shares of the Common Stock of Delphi. The following table sets forth the date(s) on which [Name of Equityholder] acquired or otherwise became the beneficial owner of such Common Stock:

| Number Of Shares | Date Acquired |
|---|---|
|   |   |
|   |   |
|   |   |
|   |   |

(Attach additional page if necessary)

      PLEASE TAKE FURTHER NOTICE that the taxpayer identification number of [Name of Equityholder] is [_____].

---

[15]   For purposes of this Notice: (i) "Substantial Equityholder" means any person or entity that beneficially owns at least 14,000,000 shares of the common stock of Delphi; (ii) "beneficial ownership" of equity securities includes direct and indirect ownership (e.g., a holding company would be considered to beneficially own all shares owned or acquired by its subsidiaries), ownership by such holder's family members and persons acting in concert with such holder to make a coordinated acquisition of stock, and ownership of shares which such holder has an option to acquire, and (iii) an "option" to acquire stock includes any contingent purchase, warrant, convertible debt, put, stock subject to risk of forfeiture, contract to acquire stock, or similar interest, regardless of whether it is contingent or otherwise not currently exercisable.

    PLEASE TAKE FURTHER NOTICE that, under penalties of perjury, [Name of Equityholder] hereby declares that it has examined this Notice and accompanying attachments (if any), and, to the best of its knowledge and belief, this Notice and any attachments which purport to be part of this Notice are true, correct, and complete.

    PLEASE TAKE FURTHER NOTICE that, pursuant to that certain Order Under 11 U.S.C. §§ 105, 362, And 541 And Bankruptcy Rule 3001 (A) Establishing Notification Procedures Applicable To Substantial Holders Of Claims And Equity Securities, (B) Establishing Notification And Hearing Procedures For Trading In Claims And Equity Securities, And (C) Allowing A Hearing On The Prospective Application Thereof, this Notice is being (A) filed with the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, and (B) served upon (i) the Debtors, Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098-2815, Att'n General Counsel and Chief Tax Officer and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606-1285, Att'n John K. Lyons and Randall G. Reese.

                Respectfully submitted,

                _____
                (Name of Equityholder)

           By: _____
              Name:_____
              Title:_____

     Address: _____
            _____
            _____
   Telephone: _____
   Facsimile: _____

Date: _____