UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
In re:                                                                    Chapter 11

DELPHI CORPORATION, et al.,                              Case No. 05-44481

                    Debtors.
---------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF JOHN WM. BUTLER, JR., JOHN K. LYONS and RON E. MEISLER

UPON the motion of Kayalyn A. Marafioti dated October 8, 2005, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

ORDERED, that John Wm. Butler, Jr., John K. Lyons and Ron E. Meisler are admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fees.

Dated:  October 8, 2005
            New York, New York

                                                                *s/ Arthur J. Gonzalez*
                                                                UNITED STATES BANKRUPTCY JUDGE