UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
In re:                                             Chapter 11

DELPHI CORPORATION, et al.,                        Case No. 05-44481

                 Debtors.
---------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF CHARLES E. BROWN and JOSEPH E. PAPELIAN

     UPON the motion of Kayalyn A. Marafioti dated October 8, 2005, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

     ORDERED, that Charles E. Brown and Joseph E. Papelian are admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fees.

Dated: October 8, 2005
       New York, New York

                                                  *s/ Arthur J. Gonzalez*
                                             UNITED STATES BANKRUPTCY JUDGE