## EXHIBIT A

### INSURANCE POLICIES

EXHIBIT A

| Type of Policy | Insurance Co. | Term | Amount of Annual Premium | Expiration Date | Financed or Non-Financed |
|---|---|---|---|---|---|
| Combined Directors & Officers / Fiduciary Liability - Primary Layer | National Union Fire Ins. Co. (AIG) | 12 months | 1,650,000 | 2/5/2006 | Financed |
| Combined Directors & Officers / Fiduciary Liability - 1st Excess Layer | Zurich American Ins. Co. | 12 months | 1,303,500 | 2/5/2006 | Financed |
| Combined Directors & Officers / Fiduciary Liability - 2nd Excess Layer | Federal Ins. Co. (Chubb) | 12 months | 599,625 | 2/5/2006 | Financed |
| Combined Directors & Officers / Fiduciary Liability - 3rd Excess Layer | Twin City Fire (Hartford) | 12 months | 460,000 | 2/5/2006 | Financed |
| Combined Directors & Officers / Fiduciary Liability - 4th Excess Layer | Continental Casualty (C.N.A) | 12 months | 240,000 | 2/5/2006 | Financed |
| Combined Directors & Officers / Fiduciary Liability - 5th Excess Layer | AXIS | 12 months | 188,000 | 2/5/2006 | Financed |
| Combined Directors & Officers / Fiduciary Liability - 6th Excess Layer | Continental Casualty (C.N.A) | 12 months | 75,000 | 2/5/2006 | Financed |
| Combined Directors & Officers / Fiduciary Liability - 7th Excess Layer | Arch | 12 months | 198,000 | 2/5/2006 | Financed |
| Combined Directors & Officers / Fiduciary Liability - 8th Excess Layer | St. Paul | 12 months | 117,500 | 2/5/2006 | Financed |
| Combined Directors & Officers / Fiduciary Liability - 9th Excess Layer | US Specialty/HCC | 12 months | 105,000 | 2/5/2006 | Financed |
| Combined Directors & Officers / Fiduciary Liability - 10th Excess Layer | AWAC | 12 months | 262,500 | 2/5/2006 | Financed |
| Combined Directors & Officers / Fiduciary Liability - 11th Excess Layer | Great American | 12 months | 105,000 | 2/5/2006 | Financed |
| Combined Directors & Officers/ Fiduciary Liability - 12th Excess Layer | Twin City Fire (Hartford) | 12 months | 105,000 | 2/5/2006 | Financed |
| Combined Directors & Officers/ Fiduciary Liability - 13th Excess Layer | AXIS | 12 months | 52,500 | 2/5/2006 | Financed |
| Combined Directors & Officers/ Fiduciary Liability - 14th Excess Layer | Federal Ins. Co. (Chubb) | 12 months | 100,000 | 2/5/2006 | Financed |
| Employment Practices Liability - Primary Layer | Nation Union (AIG) | 12 months | 600,805 | 2/5/2006 | Financed |
| Employment Practices Liability - Punitive Dmg. Primary Layer | Starr Excess Liability Insurance International Lmt. | 12 months | 75,100 | 2/5/2006 | Financed |
| Employment Practices Liability - 1st Excess Layer | Zurich American Ins. Co. | 12 months | 252,338 | 2/5/2006 | Financed |
| Employment Practices Liability - Punitive Dmg. 1st Excess Layer | Hanseactic Insurance | 12 months | 25,234 | 2/5/2006 | Financed |
| Employment Practices Liability - 2nd Excess Layer | Allied World Assurance Co. Ltd. (AWAC) | 12 months | 129,535 | 2/5/2006 | Financed |

1