UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
      In re                          :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :    Case No. 05-_____ (___)
                                        :
          Debtors.            :    (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - x

AFFIDAVIT OF DOUGLAS P. BARTNER IN
SUPPORT OF APPLICATION FOR ORDER UNDER
11 U.S.C. § 327(e) AND FED. R. BANKR. P. 2014
(I) AUTHORIZING EMPLOYMENT AND RETENTION OF
SHEARMAN & STERLING LLP AS SPECIAL COUNSEL TO
DEBTORS AND (II) SCHEDULING FINAL HEARING THEREON

STATE OF NEW YORK    )
                       ) SS:
COUNTY OF NEW YORK  )

      Douglas P. Bartner, being duly sworn, deposes and states as follows:

      1.    I am an attorney admitted to practice law in the State of New York, the State

of California and before the United States District Court for the Southern and Eastern Districts of

New York. I am a member of the law firm of Shearman & Sterling LLP ("Shearman &

Sterling"), which maintains its offices at, among other places, 599 Lexington Avenue, New

York, New York 10022. I am familiar with the matters set forth herein and make this affidavit in

support of the application (the "Application")[1] filed by Delphi Corporation ("Delphi") and

certain of its subsidiaries and affiliates, debtors and debtors-in-possession in these chapter 11

cases (collectively, the "Debtors"), for entry of interim and final orders (a) authorizing the

---

[1]      Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Application.

employment and retention of Shearman & Sterling as special counsel to the Debtors, under

section 327(e) of the Bankruptcy Code and Bankruptcy Rule 2014, effective as of the

Application date, and (b) scheduling a final hearing thereon.

2.    Unless otherwise stated, I have personal knowledge of the facts set forth

hereinafter.  To the extent that any information disclosed herein requires amendment or

modification upon Shearman & Sterling's completion of further analysis or as additional

party-in-interest information becomes available to me, I will submit a supplemental affidavit to

this Court.

3.    Neither I, Shearman & Sterling, nor any member, counsel, or associate of

Shearman & Sterling represents entities other than the Debtors in connection with the Debtors'

chapter 11 cases.  Insofar as I have been able to ascertain, neither I, Shearman & Sterling, nor

any member, counsel, or associate thereof, has any connection with the Debtors, their creditors

or stockholders, or any party-in-interest herein, except as set forth hereinafter.

4.    Except as disclosed otherwise herein, neither I, Shearman & Sterling, nor any

member, counsel, or associate of Shearman & Sterling, insofar as I have been able to ascertain,

(a) represent entities other than the Debtors in connection with the Debtors' chapter 11 cases,

(b) have any connections with the Debtors, their creditors or stockholders, or any other party-in-

interest, or (c) hold any interest adverse to the Debtors or their estates with respect to the matters

on which Shearman & Sterling is to be retained and employed in these chapter 11 cases.

5.    Although counsel seeking to be employed pursuant to section 327(e) of the

Bankruptcy Code is required to show only that counsel does not hold any interest adverse to the

Debtors or their estates on the matters on which such counsel is to be retained and employed in

the Debtors' cases, here Shearman & Sterling shows that it is also a "disinterested person" within

the meaning of section 101(14) of the Bankruptcy Code. Shearman & Sterling makes this showing so that it will be in a position to perform certain services from time to time, at the request of the Debtors and 327(a) Counsel (as defined below), that otherwise might be performed by 327(a) Counsel, as more fully described herein.

      6.   Shearman & Sterling is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code, in that the firm, its partners, counsel, and associates:

(a)     are not creditors, equity security holders, or insiders of the Debtors;

(b)     are not and were not investment bankers for any outstanding security of the Debtors;

(c)     have not been, within three years before the date of the filing of the Debtors' chapter 11 petitions, (i) investment bankers for a security of the Debtors, or (ii) an attorney for such an investment banker in connection with the offer, sale, or issuance of a security of the Debtors;

(d)     are not and were not, within two years before the date of the filing of the Debtors' chapter 11 petitions, a director, officer, or employee of the Debtors or of any investment banker as specified in subparagraphs (b) or (c) of this paragraph; and

(e)     do not have an interest materially adverse to the interest of the Debtors' estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors or an investment banker as specified in subparagraphs (b) or (c) of this paragraph, or for any other reason.

Shearman & Sterling's Prepetition Relationship<br>
<u>With The Debtors And Nature Of Retention</u>

      7.   Prior to the Petition Date, Shearman & Sterling advised the Debtors on a variety of matters, including the Debtors' prepetition financing, their debtor-in-possession financing, European financing matters, general corporate matters, securities law matters, certain litigation and employment matters, and general planning for these chapter 11 cases. Shearman & Sterling also worked with 327(a) Counsel to prepare various "First Day Motions" in connection

with these chapter 11 cases. Shearman & Sterling, if retained, will render services to the Debtors including the following:

(a)     advising the Debtors, through the date of entry of the final order thereon, and coordinating with Skadden, Arps, Slate, Meagher, & Flom LLP ("327(a) Counsel" or "Skadden Arps"), which the Debtors seek to retain as their general bankruptcy counsel under section 327(a) of the Bankruptcy Code, in connection with the Debtors' postpetition financing and cash collateral arrangements and negotiating and drafting documents relating thereto;

(b)     providing non-bankruptcy advice to the Debtors:  (i) through its Board of Directors and executive management in coordination with 327(a) Counsel, with respect to legal matters arising in or relating to the Debtors' ordinary course of business, including attendance at senior management meetings, meetings with the Debtors' financial and turnaround advisors, and meetings of the Board of Directors; and (ii) with respect to such other matters as the Debtors and 327(a) Counsel deem appropriate under the circumstances;

(c)     representing the Debtors in any litigation or arbitration matters in which Shearman & Sterling has appeared as of the commencement of these chapter 11 cases, and such other matters as shall arise from time to time assigned by the Debtors to, and accepted by, Shearman & Sterling;

(d)     attending meetings with any committees formed in these chapter 11 cases and other third parties and participating in negotiations with respect to the above matters; and

(e)     performing the full range of services normally associated with matters such as those identified above, as the Debtors' special counsel, which Shearman & Sterling is in a position to provide.

8.    Shearman & Sterling is not a creditor of the Debtors.  In the one year prior to the Petition Date, the Debtors advanced approximately $4,743,512 to Shearman & Sterling on account of services performed and to be performed, and expenses incurred and to be incurred, in connection with the commencement and prosecution of these chapter 11 cases, including an advance of an estimate of the fee charges and expenses for the period from October 1, 2005 through the Petition Date.  The exact amount of actual charges for fees and expenses for such period will be determined upon the final recording of all time and expense charges and debited

4

against such advance.  In addition, Shearman & Sterling received an advance retainer of

$250,000 for professional services performed and to be performed, and expenses incurred and to

be incurred, in connection with these chapter 11 cases.  As agreed by the Debtors and Shearman

& Sterling, after the application of amounts toward payment of prepetition fee charges and

expenses previously estimated for the period of October 1, 2005 to the Petition Date, any excess

advance amounts will be deemed an additional retainer and held by Shearman & Sterling for

application to and payment of postpetition fees and expenses that are finally allowed by this

Court.

9.    I understand that the Debtors have selected Shearman & Sterling as special

counsel because Shearman & Sterling has represented the Debtors since May 10, 1999 in

connection with certain corporate, financing, litigation, employment, and other significant

matters.  As a result of Shearman & Sterling's prepetition representation of the Debtors,

Shearman & Sterling has become informed about the Debtors' businesses and legal affairs and is

familiar with the Debtors' capital structure and the issues and material agreements relating to

Shearman & Sterling's representation of the Debtors.  It is my further understanding that the

Debtors also have selected Shearman & Sterling based upon its experience in similar but

unrelated matters of this type.

10.    Shearman & Sterling, a law firm of more than 900 attorneys, also has

expertise and experience in other pertinent legal areas, including litigation, tax, finance,

corporate, and securities law, that likely will be relevant to Shearman & Sterling's role as special

counsel to the Debtors.  Accordingly, Shearman & Sterling has the necessary background to

address effectively and efficiently many of the legal issues and problems that might arise in

connection with the matters described above.  In addition, I believe, and it is my understanding

that the Debtors believe, that given Shearman & Sterling's familiarity with the Debtors'

businesses, operations, and finances, and its prepetition representation of the Debtors on a wide

variety of matters, it would be imprudent and inefficient to lose the knowledge base and

experience of Shearman & Sterling with respect to these ongoing matters during these chapter 11

cases.

        11.   It is my understanding that the Debtors have sought or intend to seek to

retain Skadden, Arps as general bankruptcy counsel to the Debtors, O'Melveny & Myers LLP

("O'Melveny") as special labor counsel to the Debtors, Groom Law Group Chartered ("Groom")

as special employee benefits counsel, and other professionals retained by the Debtors to perform

specific tasks that are unrelated to the work to be performed by Shearman & Sterling as special

counsel to the Debtors.  Shearman & Sterling intends to work closely with the other

professionals retained by the Debtors to ensure that there is no unnecessary duplication of legal

services performed for or charged to the Debtors' estates.  In the unlikely event that any matter

were, in the future, to give rise to a potential conflict with respect to matters that otherwise

would have been handled by Shearman & Sterling, then Skadden, Arps, O'Melveny, Groom, or

another professional retained by the Debtors would handle such matters and Shearman &

Sterling would not be involved.

        12.   To the extent that the Debtors wish to expand the scope of Shearman &

Sterling's services in the future, I intend to supplement this Affidavit accordingly.

Shearman & Sterling Disclosure Procedures

        13.   Shearman & Sterling and partners and associates of Shearman & Sterling

have in the past represented, currently represent, and may in the future represent other entities

that are claimants or equity security holders of the Debtors in matters totally unrelated to the

6

Debtors or these chapter 11 cases. Shearman & Sterling, which employs more than 900 attorneys in 19 cities, has a large and diversified legal practice that encompasses the representation of many financial institutions and commercial corporations, some of which may be or become claimants or equity security holders in these chapter 11 cases or may otherwise have an interest in these chapter 11 cases.

14. In preparing this Affidavit, I used a set of procedures developed by Shearman & Sterling to ensure compliance with the requirements of the Bankruptcy Code and the Bankruptcy Rules regarding the retention of professionals by a debtor under the Bankruptcy Code. Pursuant to these procedures, I performed or caused to be performed the following actions to identify the parties relevant to this Affidavit and to ascertain Shearman & Sterling's connection to such parties:

(a)    A comprehensive list of the types of entities that may have contacts with the Debtors in connection with the matters on which Shearman & Sterling is to be employed was developed through discussions with the Debtors, Shearman & Sterling, and 327(a) Counsel.

(b)    The Debtors, Shearman & Sterling and 327(a) Counsel then compiled a list of names relating to the above entity types (collectively, the "Interested Parties"). The identities of the Interested Parties are set forth in <u>Schedule 1</u> attached hereto.

(c)    Shearman & Sterling compared the Interested Parties to the names that Shearman & Sterling has compiled into a master client database from its conflict clearance and billing records, consisting of the names of the entities for which any attorney time charges have been billed in the past ten years (the "Client Database"). The Client Database includes the name of each current or former client, the name of the parties who are or were related or adverse to such current or former client, and the names of the Shearman & Sterling personnel who are or were responsible for current or former matters for such client.

(d)    Any matches between the Client Database and the Interested Parties were identified (the "Client List"), together with the names of the respective Shearman & Sterling personnel responsible for current or former matters for the entities on the Client List.

(e)    An attorney then reviewed the Client List and deleted obvious name
coincidences and individuals or entities that were adverse to Shearman &
Sterling in both this matter and the matter referenced on the Client List.
The remaining client connections with regard to which Shearman &
Sterling had represented the client within the last two years were compiled
for purposes of this Affidavit.

(f)    In addition, a general inquiry to all Shearman & Sterling attorneys was
sent by electronic mail to determine whether (i) any such individuals or
immediate family member holds any claims against, or stock of, the
Debtors, and (ii) any such individuals were ever employed by the Debtors.

15.    It should be noted that Shearman & Sterling has a long-standing policy
prohibiting all lawyers and support staff from using confidential information that may come to
their attention in the course of their work.  In this regard all personnel are barred from trading in
securities with respect to which they possess confidential information.

<u>Shearman & Sterling's Connections With Interested Parties</u>

16.    I have reviewed, or have caused an attorney under my supervision to review,
the Client List and have determined that, in respect of each connection between Shearman &
Sterling and such party, Shearman & Sterling does not hold or represent an interest that is
adverse to the Debtors or their estates with respect to the matters on which Shearman & Sterling
is being employed and is a "disinterested person" as that term is defined in section 101(14) of the
Bankruptcy Code.

17.    Shearman & Sterling has identified the client connections disclosed below.
The connections are categorized as follows:  (a) Interested Parties that Shearman & Sterling
currently represents and may represent in the future in matters wholly unrelated to these chapter
11 cases; (b) clients who are or may be affiliates of Interested Parties, which clients Shearman &
Sterling currently represents and may represent in the future in matters wholly unrelated to these
chapter 11 cases; and (c) former clients who are either Interested Parties or affiliates of Interested

8

Parties, which clients Shearman & Sterling has represented in the past, and may represent in the

future, in matters wholly unrelated to these chapter 11 cases.

18.    Shearman & Sterling and counsel, members, and associates of Shearman &

Sterling currently represent and may represent in the future, in matters wholly unrelated to these

chapter 11 cases, the following Interested Parties and, in certain cases, their affiliates:

> Counterparties to Contracts with Annual Payments of At Least $100,000: Medco
> Health Solutions, Inc.; Raytheon Company; Lear Corporation; Hyundai Motor
> Company; Eaton Corporation; ABN AMRO Bank N.V.; Nextel; Sanden
> Corporation; Applera Corporation;
>
> Former and Current Officers and Directors: J.T. Battenberg, III; John G. Blahnik;
> Robert H. Brust; Virgis W. Colbert; Alan S. Dawes; Oscar de Paula Bernardes
> Neto; David N. Farr; Bernd Gottschalk; Shoichiro Irimajiri; Susan A.
> McLaughlin; Craig G. Naylor; Cynthia A. Niekamp; Rodney O'Neal; John D.
> Opie; Roger S. Penske; Donald S. Runkle; John D. Sheehan; F. Thomas Sprunger;
> Patricia C. Sueltz; James P. Whitson; David B. Wohleen;
>
> Holders of 5% or More of Any of the Debtors' Outstanding Equity Securities:
> Capital Research & Management Company; Dodge & Cox; Brandes Investment
> Partners LLC;
>
> Insurers: Allianz; Aon Corporation; Aon Bermuda; Aon UK; National Union Fire
> Insurance Company of Pitts., PA (AIG American International Companies); Starr
> Excess Liability Insurance International Limited; Swiss Re Insurance Company
> Ltd.; American International Group Inc.;
>
> Lenders: Credit Industriel et Commercial; Capitalsource Finance LLC; Bank of
> America, N.A.; BNP Paribas; Citibank N.A.; Deutsche Bank AG; JP Morgan
> Chase Bank, N.A.; Wachovia Bank National Association; The Royal Bank of
> Scotland plc; General Electric Capital Corporation;
>
> Lienholders and Other Significant Lenders: The Huntington National Bank;
> Citicorp Vendor Finance, Inc.;
>
> Parties to Litigation and Their Counsel: Ford Motor Company; Volvo, AB;
> Marsh & McLennan Cos.; Daimler Chrysler; Delphi Corporation; Delphi
> Corporation Board of Directors; Delphi Corporation Board of Directors Executive
> Committee; Delphi Employee Benefits Committee; Delphi Employee Benefits
> Plan Executive Committee; Delphi Mechatronic Board of Directors; Delphi Trust
> I; Employee Benefit Plans Committee; Michael S. Fligstein; Denso Corporation;

Professionals:  Ariba, Inc.; Pillsbury Winthrop Shaw Pittman LLP;
PriceWaterhouseCoopers LLP; Ernst & Young; Deloitte & Touche Tohmatsu;
Ayco Company LP; Credit Suisse First Boston LLC;

Top 50 Creditors:  Textron Inc.; Freudenberg & Co. KG; Siemens AG; E.on AG;
Norsk Hydro ASA; Toyota Motor Corp.;

Top 100 Customers by Annual Purchase Value:[2]  Wal-Mart Stores CE; Renault;
Fiat Automotives SA; Fiat Group; Fuji Heavy Industries;

Top 100 Suppliers by Annual Purchase Value:  Ispat International NV;
Meadwestvaco Corp.; Pioneer Corp.; Centra Inc.; Advanced Micro Devices;
Siemens Automotive Limited; GE Medical Systems; Agilent Technologies; John
Deere; Applied Biosystems; Cardinal Health; Ina-Schaeffler KG; AB SKF;
Furukawa Electric Co. Ltd.; Onex Corp.; Continental Gummi-Werke AG; Denso
International America; Wilh Werhahn; Asahi Glass Co.; and

Underwriters of Securities Issued by the Debtors:  U.S. Bancorp Piper Jaffray
Inc.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Morgan Stanley & Co.
Incorporated; UBS Securities LLC; Banc of America Securities LLC; Barclays
Capital Inc.; HSBC Securities (USA) Inc.; SG Cowen Securities Corp.

19.    In addition, Shearman & Sterling and counsel, members, and associates of

Shearman & Sterling currently represent and may represent in the future, in matters wholly

unrelated to these chapter 11 cases, clients who are or may be affiliates of the following

Interested Parties:

Counterparties to Contracts with Annual Payments of At Least $100,000:  Metlife
(Dental); Value Options, Inc. (Value Behavioral Health); DAS Deutschland
GmbH; Four Seasons License (Division of Standard Motor); Shanghai
Automotive Brake Systems; Entergy (MS Power & Light) USA; Time Warner;
TXU Energy Retail Company LP; TXU Energy TX; Southern California Edison;
Lucent Technologies, Inc.; Consumers Energy MI; Consumers Power Company;
SRI International;

Counterparties to Leases with Annual Payments of At Least $100,000:  LGR
Group / CIT; American Finance Group; Ford Motor Land Development
Corporation; LaSalle National Bank, as Trustee under Trust No. 115897;

---

[2]    Certain Interested Parties listed in paragraphs 18 through 20 of this Affidavit may qualify for more than one
of the categories set forth in such paragraphs.  For example, certain "Top 100 Suppliers by Annual
Purchase Value" also may be "Top 50 Creditors."  To avoid duplication, I have listed each such Interested
Parties in only one such applicable category.

Lenders:  Banco Santander Central Hispano S.A.; Banco Bilbao Vizcaya Argentaria, S.A.; Bank of China Luxembourg SA; Calyon New York Branch; American Express Certificate Company; Archimedes Funding IV Ltd.; Arx Global High Yield Securities; BDC Financing LLC; SMBC MVI SPC; Satellite Senior Income Fund LLC; SRI Fund LP;

Letter of Credit Issuers and Beneficiaries:  Hub Group Associates Inc.; Toronto Dominion Bank;

Lienholders and Other Significant Lenders:  Bank One Michigan; Husky Injection Molding Systems, Inc.; Wells Fargo Bank Northwest; Sentry Financial, Inc.; CIT Technologies Corporation; LaSalle Bank National Association; LaSalle National Leasing Corporation; Kyocera Mita America, Inc.; Metlife Capital LP;

Parties to Litigation and Their Counsel:  Corus S.E.C./L.P.; Federal Mogul – Steel Price Increase; Rhodia Patent Assertion; DSL; Donna Owens; Hutchinson Seal; Key Plastics; Harco Industrial Supply Inc.; Anglo Metals, Inc.; TRW Automotive Products; TRW Dispute; Free, Paul; Fligstein, Michael; Valeo Electrical Systems, Inc.; Valeo North American Corporate; Valeo Switches and Detection Systems, Inc.; Delco Remy America (DRA); Elco Textron Fastening Systems; Elco Textron, Inc.;

Professionals:  TUV Rheinland Group; Jones Lang LaSalle; BSI America, Inc.; Fidelity Employer Services Company, LLC; Fidelity Institutional Retirement Services Company; DET Norske Veritas; SGS Controll CO MBH; TPI; BSI Management Systems; SRS Marketing Co.;

Top 50 Creditors:  Clarion Co Ltd; American Axle & Mfg Holdings Inc.; 3M Co.; Blackstone Capital Partners LLP;

Top 100 Customers by Annual Purchase Value:  Mercedes-Benz U.S. International, Inc.; Harley Davidson; Adam Opel AG;

Top 100 Suppliers by Annual Purchase Value: Securitas Security;  Visteon Automotive Systems; Sony Ericsson Mobile; Hewlett-Packard Company; AGFA-Gevaert N.V.; Henkel KGAA; Nissho Iwai American Corp.; PT Infineon Technologies Batam; Commissariat a l'Energie Atomique; Paid Prescriptions LLC; Volvo do Brazil Veiculos Ltda.; Stmicroelectronics Holding NV; Syncron-Eifler Ipari Es Kereskedelm; Giovanni Agnelli EC SAPA; TRW Automotive Holdings Corp; Volvo Truck;

Underwriters of Securities Issued by the Debtors:  Scotia Capital (USA) Inc.; Comerica Securities, Inc.; and

Insurers: American International Insurance.

20.    Shearman & Sterling and counsel, members, and associates of Shearman & Sterling have represented in the past, and may represent in the future, in matters wholly unrelated to these chapter 11 cases, the following Interested Parties or affiliates thereof:

Affiliates and Non-Debtor Subsidiaries:  CEI Co., Ltd.; Daewoo Motor Company; Packard Korea Incorporated Grundig Car InterMedia System GmbH Grundig Sistemas de Electronica, Lda., Portugal;

Counterparties to Contracts with Annual Payments of At Least $100,000:  Blue Cross Blue Shield; Calsonic Corporation; CIGNA Behavioral Health; CIGNA Healthcare; ACG Components; Towers Perrin; Blue Ridge Asset Funding Corporation; Bridgestone T.G. Australia Pty. Ltd; NCC Liteflex Donation (National Composite Center); Aladdin Industries; Kaiser Aluminum and Chemical; Lockheed Martin Energy Systems (Oak Ridge Lab); UBE Machinery Sales; Fitel USA Corp.; JSP Affiliates; Daewoo Motor Company; Daewoo Automotive Corporation; Heritage Interactive Services USA; Georgia Power Company; Mississippi Power Company; Verizon; Verizon Wireless; SBC; SBC Ameritech; SBC Global Services, Inc.; Sprint; Sprint United; Sprint Spectrum; Directed Electronics (formerly Clifford); Ameritech; Alabama Power Co.; Cellco Partnership d/b/a Verizon Wireless; AT&T Corp.; AT&T Solutions, Inc.; AT&T Wireless; Constellation NewEnergy TX; Constellation NewEnergy, Inc.; Constellation NewEnergy-Gas KY; Ameritech Information Systems, Inc.; DTE Energy MI;  Ameritech Mobile Services; Bell South;

Counterparties to Leases with Annual Payments of At Least $100,000:  RCA; ICON Capital Corp.; CSA Financial Corp.; ORIX Warren, LLC / Orix GF Warren Venture; Access;

Insurers:  ACE Insurance Company; Chubb Custom Insurance; Lloyds of London; St. Paul; St. Paul (Bermuda), Ltd.; St. Paul Fire & Marine Insurance Company; St. Paul Mercury; St. Paul Surplus Lines Ins. Co.; Federal Ins. Co. (Chubb); Amerada Hess Corporation; Axis Reinsurance Company;

Lenders:  Comerica Bank Michigan; Apollo Distressed Investment Fund; Apollo Distressed Investment Offshore; Banca Nazionale Del Lavoro SpA; Australia and New Zealand Bank Group; Seneca Capital LP;

Lienholders and Other Significant Lenders:  Compaq Financial Services Corp.; Applied Industrial Technologies, Inc.; Toshiba American Information Systems Inc.; Juki Automation Systems, Inc.; Air Liquide Industrial US LP; Daewoo Heavy Industries America Corporation;

Parties to Litigation and Their Counsel:  Allstate Insurance Company; Honeywell ACS Sensing & Control; Chieftain Contract Services; Paragon/CJR; Clifford Law Offices, P.C.; Austin Group, Ltd.; Allegheny Coatings; Jenner & Block;

Bancomer et al; South Trust Bank; Opel Hungary/GMPT; Energy Conversion Systems (ECS) f/k/a Morganite; Bendix ABS Fires; ICG; Motorola Quadrasteer; MCI Telecommunications Corporation; Bodman, Longley & Dahling, LLP; Tenneco Automotive; ATT; Praxair Surface Technologies; Waste Management, Inc.; Bentley-Rolls Royce; GM Daewoo; GM DAT; GM Epsilon; Faurecia Exhaust Sys Inc; DMS NA; Grundig Multimedia B.V.; Daewoo; Daewoo International; Arnold & Porter; Apple;

Professionals:   Young & Rubicam, Inc. Burson Marsteller; Linklaters; McCann-Erickson; O'Melveny & Myers LLP; Phelps Dunbar LLP; MIT; Robert Half; Neal Gerber & Eisenberg LLP; Baker & Daniels; Burson-Marsteller; Drinker, Biddle & Reath; Jaeckle Fleischmann & Mugel, LLP; Heller Ehrman White & McAuliffe; Electronic Data Systems Corporation; Booz-Allen Hamilton; Dewitt Ross & Stevens; Bakers Botts LLP; Balch & Bingham LLP; SAP Consulting;

Top 50 Creditors:   Motorola, Inc.; General Motors Corporation; EI Dupont de Nemours & Co. Inc.; Osprey, S.A. Ltd.; Texas Instruments, Inc.; Bosch, Robert Stiftung GmbH; Hitachi Ltd.; Impala Platinum Holdings Ltd.; NEC Corp.; Sequa Corp.; Solectron Corp.; Dana Corp; Cigna Corporation;

Top 100 Customers by Annual Purchase Value:   Daewoo Motor Company; Best Buy Co. Inc.; Collins & Aikman; Johnson Controls; ArvinMeritor; Benteler; Nissan; Caterpillar; Caterpillar-Joliet; BMW; BMW Group; Paccar; Navistar International; PSA Group; VW Group; Suzuki Group; AGCO Parts DIV – D7E50 Caterpillar;

Top 100 Suppliers by Annual Purchase Value:   Parker-Hannifin Corp.; Alcan Inc.; Contech; CTS Corp.; Toyo Clutch Co. Inc.; OKI Semiconductor; Motorola Automotive; Microsoft Services; American President Lines Ltd.;    Interamerican Trade Corp.; Philips Semiconductors; ISI of Indiana Inc.; Essex Group Inc.; GKN PLC; Tyco Electronics Corp.; Tomkins PLC; Trianon Industries Corp.; CF Gomma SPA; Olin Corp.; DMC 2 Canada Corporation; Pacific Group Ltd.; Tyco International Ltd.; Agfa Corporation; Storage Tek; Sunrise Medical HHG, Inc.; Sunrise Medical Ltd; Vallourec; Minebea Co. Ltd.; Great Lakes Tape Corp.; DTE Coal Services; Koninklijke Philips Electronics NV; Daewoo Heavy Industry America;

Underwriters of Securities Issued by the Debtors:   Advest, Inc.; A.G. Edwards & Sons, Inc.; RBC Dain Rauscher Inc.; McDonald Investments Inc., a KeyCorp Company;

Unions Representing Company Employees:   United Automobile, Aerospace and Agricultural Implement Workers of America (UAW); and

Holders of 5% or More of Any Outstanding Issuance of Notes:   SSB.

Shearman & Sterling's representation of these parties terminated prior to the commencement of these chapter 11 cases.

21.    Shearman & Sterling previously represented a prospective purchaser that is one of the Debtors' 50 largest unsecured creditors (the "Prospective Purchaser") in connection with its contemplated acquisition of certain assets of the Debtors.  During the course of the representation, Shearman & Sterling erected an "ethical wall" between those Shearman & Sterling lawyers and support staff that represented the Prospective Purchaser and those that represent the Debtors in connection with these chapter 11 cases.  The contemplated asset sale was not consummated and the Prospective Purchaser no longer is pursuing the acquisition at this time.

22.    An associate in Shearman & Sterling's Sao Paulo, Brazil office is the daughter of a member of Delphi Corporation's board of directors.  The associate is not providing, and will not provide in the future, any services with regard to the Debtors' chapter 11 cases.

23.    To the best of my knowledge and information, the annual fees for each of the entities listed in paragraphs 18 through 21 did not exceed 1% of Shearman & Sterling's annual gross revenue in 2004, with the exception of the 2004 annual fees received from the Bank of America Corporation, Citigroup, Inc., Credit Suisse Group, DaimlerChrysler AG, Deutsche Bank AG, Merrill Lynch & Co., Inc., Morgan Stanley, Rhodia SA, and Wachovia Corporation family groups.  To the best of my knowledge and information, there have been no material changes to date for 2005.

24.    In addition, one partner and one associate of Shearman & Sterling have disclosed that each beneficially owns fewer than 250 shares of the Debtors' stock.  Shearman &

14

Sterling has not determined whether partners or associates of Shearman & Sterling own any shares of the Debtors' stock indirectly through mutual funds or otherwise.

25.    As part of its practice, Shearman & Sterling appears in cases, proceedings, and transactions involving many different attorneys, accountants, financial consultants, real estate consultants, and investment bankers, some of which may represent claimants and parties-in-interest in these cases. In certain instances, such professionals may be direct clients of Shearman & Sterling. In addition, Shearman & Sterling in the past has appeared and currently appears in matters in which Shearman & Sterling represents the same entity, a related entity, or an entity adverse to those represented by other professionals that the Debtors seek to retain in connection with these chapter 11 cases. Shearman & Sterling does not presently, has not in the past, and will not in the future represent such entities in connection with these chapter 11 cases, and Shearman & Sterling does not have any relationship with any such entity, lawyer, or accountant that would be adverse to the Debtors or their respective estates.

26.    The Debtors collectively have hundreds of suppliers, vendors, landlords, service providers, employees, creditors, and other Interested Parties in these cases. Shearman & Sterling is continuing and will continue to review potential conflicts. If Shearman & Sterling learns that it has a relationship with, or has represented, a party-in-interest in these cases, I will supplement this Affidavit immediately and promptly notify this Court and the U.S. Trustee.

27.    I submit that none of the representations described in paragraphs 18 through 21 have resulted or will result in an interest of Shearman & Sterling adverse to the Debtors or their estates with respect to the matters on which Shearman & Sterling is to be employed, and that Shearman & Sterling is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.

## Shearman & Sterling's Rates And Billing Practices

28.    Shearman & Sterling categorizes its billings by subject matter, in compliance with the applicable guidelines of the Office of the United States Trustee (the "U.S. Trustee Guidelines").  Shearman & Sterling agrees to charge, and the Debtors have agreed to pay, subject to this Court's approval in accordance with sections 330 and 331 of the Bankruptcy Code, the U.S. Trustee Guidelines, Bankruptcy Rule 2016, and the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), Shearman & Sterling's customary hourly rates and its customary reimbursements as charged to bankruptcy and non-bankruptcy clients and as adjusted to comply with this Court's Administrative Order Re: Amended Guidelines For Fees And Disbursements For Professionals In The Southern District Of New York Bankruptcy Cases dated April 15, 1995 (the "Fees Administrative Order").[3]  Shearman & Sterling's hourly rates as of the Petition Date, which are adjusted from time to time, range from $610 to $795 per hour for partners, from $245 to $650 per hour for counsel and associates, and from $95 to $225 per hour for legal assistants and specialists.  Shearman & Sterling customarily is reimbursed for all expenses it incurs in connection with representation of a client in a given matter.  Such expenses include, without limitation, travel costs, telecommunications, express mail, messenger service, photocopying costs, document processing, temporary employment of additional staff, overtime meals, Lexis and Westlaw expenses, court fees, transcript costs and, in general, all identifiable expenses that would not have been incurred except for representation of a particular client.

---

[3]    For example, although Shearman & Sterling's customary rate for facsimiles is $1.50 per page, in accordance with the Fees Administrative Order, Shearman & Sterling will charge the Debtors $1.25 per page.  Similarly, although Shearman & Sterling's guidelines for permissible overtime meals provide that an individual's meal may not exceed $25.00, in accordance with the Fees Administrative Order, Shearman & Sterling will charge the Debtors a maximum of $20.00.

29.    Shearman & Sterling has represented, and will continue to represent on an ongoing basis, certain of the Debtors' non-Debtor affiliates.  Inasmuch as the legal entities organizational structure supporting any one of the Debtors' projects frequently is exceedingly complex, the Debtors and Shearman & Sterling have agreed that it is appropriate to structure Shearman & Sterling's postpetition engagement relationship on the basis that all fees, charges, and disbursements incurred for all engagement matters shall be uniformly recorded, disclosed, and subject to the jurisdiction of this Court whether or not such activities are for a Debtor or a non-Debtor affiliate.

30.    Shearman & Sterling acknowledges that all amounts paid to Shearman & Sterling during these chapter 11 cases are subject to final allowance by this Court.  In the event that any fees or expenses paid to Shearman & Sterling during these chapter 11 cases are disallowed by this Court, the fees and expenses will be disgorged by Shearman & Sterling and returned to the Debtors or as otherwise ordered by this Court.

31.    No agreement exists, and no agreement will be made, to share any compensation received by Shearman & Sterling for its services to the Debtors with any other person or firm.

32.    By reason of the foregoing, I believe that Shearman & Sterling is eligible for employment and retention by the Debtors pursuant to section 327(e) of the Bankruptcy Code, the applicable Bankruptcy Rules, and the Local Rules.

33.    The foregoing constitutes the statement of Shearman & Sterling pursuant to sections 327(e), 329, and 504 of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016(b).

I have read the Affidavit, and, to the best of my knowledge, information and

belief, the contents of said Affidavit are true and correct.

FURTHER AFFIANT SAYETH NOT.


/s/ Douglas P. Bartner
Douglas P. Bartner



Sworn to before me on
this 7th day of October, 2005


/s/ Nicholas Pullen
Nicholas Pullen
Notary Public State of New York
No. 01PU6130499
Qualified in New York County

My commission expires July 18, 2007

## SCHEDULE 1

DELPHI CORPORATION, ET AL.

LIST OF INTERESTED PARTIES

## LIST OF INTERESTED PARTIES (CONSOLIDATED)

**(A)  AFFILIATES AND NON-DEBTOR SUBSIDIARIES**[1]

Alambrados y Circuitos Eléctricos, S.A. de C.V.
Ambrake GP, Inc.
Ambrake Manufacturing, Ltd.
Arcomex S.A. de C.V.
Arneses Eléctricos Automotrices, S.A. de C.V.
AS Catalizadores Ambientales S.A. de C.V.
ASEC Manufacturing (Thailand) Ltd.
ASEC Manufacturing General Partnership
ASEC Private Limited
ASEC Sales General Partnership
Ashimori Industry Co., Ltd.
Aspire, Inc.
Autoensambles y Logistica, S.A. de C.V.
Beijing Delphi Technology Development Company, Ltd.
Beijing Delphi Wan Yuan Engine Management Systems Company, Ltd.
BGMD Servicos Automotivos Ltda.
BlueStar Battery Systems International Corp.
Bujias Mexicanas, S.A. de C.V.
Cablena, S.L.
Calsonic Harrison Co., Ltd.
CEI Co., Ltd.
Centro Técnico Herramental, S.A. de C.V.
Closed Joint Stock Company PES/SCC
Condura, S. de R.L.
Controladora Chihuahuense, S. de R.L. de C.V.
Controladora de Alambrados y Circuitos, S. de R.L. de C.V.
Controladora de Rio Bravo, S. de R.L. de C.V.
Controladora Vesfron, S. de R.L. de C.V.
Cordaflex Espana, S.A.
Cordaflex, S.A. de C.V.
Daehan Electronics Yantai Co., Ltd.
Daesung Electric Co., Ltd.
Daewoo Motor Co., Ltd.
Del Tech Co., Ltd.
Delco Electronics LLC
Delco Electronics Overseas Corporation
Delphi (China) Technical Centre Co. Ltd.
Delphi Administración, S.A. de C.V.
Delphi Alambrados Automotrices, S.A. de C.V.
Delphi Automotive Systems – Portugal S.A.

Delphi Automotive Systems (China) Holding Company Limited
Delphi Automotive Systems (Holding), Inc.
Delphi Automotive Systems (Netherlands) B.V.
Delphi Automotive Systems (Thailand) Ltd.
Delphi Automotive Systems- Ashimori LLC
Delphi Automotive Systems Australia Ltd.
Delphi Automotive Systems Cinq SAS
Delphi Automotive Systems Deutschland Verwaltungs GmbH
Delphi Automotive Systems do Brasil Ltda.
Delphi Automotive Systems Espana S.L.
Delphi Automotive Systems Global (Holding), Inc.
Delphi Automotive Systems Holding GmbH
Delphi Automotive Systems Huit SAS
Delphi Automotive Systems Human Resources LLC
Delphi Automotive Systems International, Inc.
Delphi Automotive Systems Japan, Ltd.
Delphi Automotive Systems Korea, Inc.
Delphi Automotive Systems Limited Sirketi
Delphi Automotive Systems LLC
Delphi Automotive Systems Luxembourg S.A.
Delphi Automotive Systems Maroc
Delphi Automotive Systems Neuf SAS
Delphi Automotive Systems Overseas Corporation
Delphi Automotive Systems Philippines, Inc.
Delphi Automotive Systems Private Ltd.
Delphi Automotive Systems Risk Management Corp.
Delphi Automotive Systems Services LLC
Delphi Automotive Systems Singapore Investments Pte Ltd.
Delphi Automotive Systems Singapore Pte Ltd.
Delphi Automotive Systems Sweden AB
Delphi Automotive Systems Tennessee, Inc.
Delphi Automotive Systems Thailand, Inc.
Delphi Automotive Systems UK Limited
Delphi Automotive Systems Vienna GmbH
Delphi Automotive Systems, S.A. de C.V.
Delphi Automotive Systems/Ashimori de Mexico, S.A. de C.V.
Delphi Belgium N.V.
Delphi Cableados, S.A. de C.V.
Delphi Calsonic Compressors, S.A.S.
Delphi Canada Inc.
Delphi Catalyst South Africa (Proprietary) Limited
Delphi China LLC
Delphi Connection Systems

---

[1]  In order to minimize duplication, each interested party is listed only once, irrespective of whether such party is eligible to be included under more than one of the categories set forth herein.

**ATTORNEY WORK PRODUCT**
**PRIVILEGED & CONFIDENTIAL**

Delphi Connection Systems – Tijuana, S.A. de C.V.
Delphi Controladora, S.A. de C.V.
Delphi Corporation
Delphi Czech Republic, k.s.
Delphi Daesung Wuxi Electronics Co., Ltd.
Delphi de Mexico, S.A. de C.V.
Delphi Delco Electronic Systems Suzhou Co., Ltd.
Delphi Delco Electronics de Mexico, S.A. de C.V.
Delphi Delco Electronics Europe GmbH
Delphi Deutschland GmbH
Delphi Deutschland Technologies GmbH
Delphi Diesel Body Systems Mexico, S.A. de C.V.
Delphi Diesel Systems Corp.
Delphi Diesel Systems Corporativo IDSA, S.A. de C.V.
Delphi Diesel Systems do Brasil Ltda.
Delphi Diesel Systems France SAS
Delphi Diesel Systems Korea Ltd.
Delphi Diesel Systems Limited
Delphi Diesel Systems Pakistan (Private) Limited
Delphi Diesel Systems Pension Trustees Limited
Delphi Diesel Systems S.L.
Delphi Diesel Systems Service Mexico, S.A. de C.V.
Delphi Diesel Systems, S.A. de C.V.
Delphi Electronic Suzhou Co. Ltd.
Delphi Electronics (Holding) LLC
Delphi Ensamble de Cables y Componentes, S. de R.L. de C.V.
Delphi Foreign Sales Corporation
Delphi Foundation, Inc.
Delphi France Holding SAS
Delphi France SAS
Delphi Furukawa Wiring Systems LLC
Delphi Harrison Calsonic, S.A.
Delphi Holding GmbH
Delphi Holding Hungary Asset Management Limited Liability Company
Delphi Holdings Luxembourg S.ar.l.
Delphi Insurance Limited
Delphi Integrated Service Solutions, Inc.
Delphi Interior Systems de Mexico, S.A. de C.V.
Delphi International Holdings Corp.
Delphi International Holdings Corporation Luxembourg S.C.S.
Delphi International Services, Inc.
Delphi Italia Automotive Systems S.r.l.
Delphi Korea Corporation
Delphi Liquidation Holding Company
Delphi LLC
Delphi Lockheed Automotive Limited

Delphi Lockheed Automotive Pension Trustees Limited
Delphi Mechatronic Systems, Inc.
Delphi Medical Systems Colorado Corporation
Delphi Medical Systems Corporation
Delphi Medical Systems Texas Corporation
Delphi NY Holding Corporation
Delphi Otomotiv Sistemleri Sanayi ve Ticaret Anonim Sirket
Delphi Packard Austria GmbH & Co. KG
Delphi Packard Electric (Malaysia) Sdn. Bhd.
Delphi Packard Electric Ceska Republika, S.R.O.
Delphi Packard Electric Sielin Argentina S.A.
Delphi Packard Electric Systems Company Ltd.
Delphi Packard España, SLU
Delphi Packard Hungary Kft
Delphi Packard Romania SRL
Delphi Poland S.A.
Delphi Polska Automotive Systems Sp z.o.o.
Delphi Receivables LLC
Delphi Saginaw Lingyun Drive Shaft Co., Ltd.
Delphi Saginaw Steering Systems UK Limited
Delphi Services Holding Corporation
Delphi Shangai Dynamics and Propulsion Systems Co., Ltd.
Delphi Sistemas de Energia, S.A. de C.V.
Delphi Slovensko s.r.o.
Delphi Technologies, Inc.
Delphi Trust I
Delphi Trust II
Delphi Trust III
Delphi Trust IV
Delphi Tychy Sp. z.o.o.
Delphi-Calsonic Hungary Manufacturing Limited Liability Company
Delphi-TVS Diesel Systems Ltd.
DEOC Pension Trustees Limited
Diavia Aire, S.A.
DREAL, Inc.
Electrotecnica Famar S.A.C.I.I.E.
EnerDel, Inc.
Environmental Catalysts, LLC
Exhaust Systems Corporation
Famar do Brasil Comercio e Representacao Ltda.
Famar Fueguina, S.A.
FUBA Automotive GmbH & Co. KG
Gabriel de Mexico, S.A. de C.V.
Grundig Car InterMedia System GmbH
Grundig Sistemas de Electronica, Lda., Portugal
HE Microwave LLC
Holdcar S.A.
Inmobiliaria Marlis, S.A.
Inmuebles Wagon, S.A.
InPlay Technologies, Inc.
Interessengemeinschaft fur Rundfunkschutzrechte GmbH

**ATTORNEY WORK PRODUCT
PRIVILEGED & CONFIDENTIAL**

Interessengemeinschaft fur Rundfunkschutzrechte
GMBH Schutzrechtsverwertung & Co. KG
Katcon, S.A. de C.V.
KDAC (Thailand) Company Limited
KDS Company, Ltd.
Korea Delphi Automotive Systems Corporation
Korea Technology Bank Network
Mecel AB
MobileAria, Inc.
Noteco Comércio e Participacoes Ltda.
NSK Ltd.
On Se Telecom Co., Ltd.
P.T. Delphi Automotive Systems Indonesia
Packard Hughes Interconnect Company
Packard Korea Incorporated
PBR Knoxville L.L.C.
Productos Delco de Chihuahua, S.A. de C.V.
Promotora de Partes Electricas Automotrices S.A.
de C.V.
PROSTEP AG
Proveedora de Electricidad de Occidente, S.A. de
C.V.
Qingdao Daesung Electronic
Rio Bravo Eléctricos, S.A. de C.V.
Shanghai Delco Electronics & Instrumentation
Co., Ltd.
Shanghai Delphi Automotive Air-Conditioning
Systems Co., Ltd.
Shanghai Delphi Emission Control Systems
Company, Ltd.
Shanghai-Delphi Automotive Door Systems Co.,
Ltd.
Shengyang Huali Automotive Air-conditioning
Co. Ltd.
Sistemas Eléctricos y Conmutadores, S.A. de
C.V.
Specialty Electronics (Singapore) Pte Ltd.
Specialty Electronics International Ltd.
Specialty Electronics, Inc.
TECCOM GmbH
TecDoc Information System GmbH
Termoelectrica del Golfo, S. de R.L. de C.V.
Unterstutzungsgesellschaft der Kabelwerke
Reinshagen GmbH
Wuhan Shenlong Automotive Air-conditioning
Co. Ltd.
Yeon Kyung Electronics Co., Ltd.

**(B)    FORMER OFFICERS AND DIRECTORS
(FOR THE PAST THREE YEARS)**

Alapont, José Maria
Alsagoff, Faris
Anderson, Carrie
Arkwright, Christopher P.
Arle, John P.

Bailey, R. Scott
Bailey, Russell W.H.
Balsei, Mike
Barth, Volker J.
Battenberg, J.T., III
Beckett, Michael
Belans II, Milan E.
Bellar, Fred J., III
Bernardes, Oscar de Paula
Berry, Roberto Edwin
Bertrand, James A.
Billis, A.E.
Blahnik, John G.
Borzi, James W.
Bowers, William Steven
Brown, Jr., Andrew
Brown, Richard
Brust, Robert H.
Burgner, David Allen
Butler, Kevin M.
Chadwick, Jeffrey R.
Chen, Jimmy C.
Chen, Jinya
Chon, Choon T.
Clemons, Steve D.
Colbert, Virgis W.
Conlon, Martin
Conor-Freeman, Maria
Cooke, F.H.
Corcoran, Sean P.
Cornwell, William D.
Davey, Stephen L.
Dawes, Alan S.
Deak, Gabor Janos
Deak, Garbor Janos
Desnos, Philippe
Eichenlaub, Brian
Erwin, Richard E.
Farr, David N.
Feigenbaum, Haim
Flowers, Allen D.
Forbes, Timothy G.
Franzi, Richard A.
Fuerst, John M.
Funke Esq., Jimmy L.
Gango, Frank
Gardner, A.N.
Geller, Pamela M.
Goodman, Thomas D.
Gottschalk, Bernd
Gray, Mary A.
Griffin, Patrick
Gruber, Douglas
Gumina, Joseph P.
Hachey, Guy C.
Hall Jr., Samuel H.

ATTORNEY WORK PRODUCT
PRIVILEGED & CONFIDENTIAL

Hathaway, R.E.
Hayashida, Shuji
Healy, Karen L.
Heigel, Kevin R.
Hermeling, Rainer
Hindels, James H.
Hotchkin, Nick
Humbeck, Wolfgang
Irimajiri, Shoichiro
Jackson, Arthur Russell
Jackson, J.E.
Jacovides, Linos
Jaffurs, John A.
Janak, Peter H.
Jensen, William
Jobe, Ronald E.
Jok, Richard
Jones, David J.
Kamischke, Mark S.
Katz Esq., Robert
Kaye Esq., Diane L.
Knill, David
Knutson, Timothy J.
Kolano, Derek
Krause, Jeffrey M.
Lee, Dae Un
Lewis, Theodore H.
Loeb, Marjorie Harris
Lorenz, Mark C.
Manocha, Charu
Manocha, Sandeep
Marion, Laura
Maschoff, David
McClain, Karen
McGuire, Marc C.
McLaughlin, Susan A.
Milburn, Paul S.
Miller, Gail K.
Miller, Robert S.
Naylor, Craig G.
Nelson, R. David
Niekamp, Cynthia A.
O'Neal, Rodney
O'Neill, Brian P.
Olbrecht, Denise
Opie, John D.
Ordonez, Frank A.
Overly, Jeffrey M.
Owens, Jeffrey J.
Parsons, Jeffrey
Pasricha, Atul
Passante, John A.
Penske, Roger S.
Petrie, John
Pirtle, Ronald M.
Pitsenbarger, Pam

Rayne, Mike
Reagan, Michael T.
Remenar, Robert J.
Richards, F. Timothy
Richards, Gregory R.
Robinson Esq., Logan G.
Rogers, Max
Roland Jr., John Robert .
Runkle, Donald L.
Salrin, Sarah J.
Scheffler, Milton R.
Schuppe, Michael L.
Schwarting, Elizabeth M.
Scott, Ian
Shader, Michael A.
Sheehan, John D.
Short, John
Sonnonstine, Jerry
Sparks, Robert H.
Spencer, James A.
Springer, F. Thomas
Sprunger, F. Thomas
Sueltz, Patricia C.
Sullivan, Henry A.
Theriot, Mark
Tilton, Todd I.
Twomey, Thomas N.
Valanty, Burton J.
Veeser, Lothar
Walker, Bette M.
Walker, Robert C.
Weber, Mark R.
Whitson, James P.
Williams, Derrick M.
Williamson, J.L.
Wohleen, David B.
Yoon, Myung Hwan
Young, R.A.
Zablocki, Richard J.

**(C)    ALL LENDERS (INCLUDING CURRENT AND FORMER CREDIT AGENTS UNDER CREDIT FACILITIES AND THEIR COUNSEL AND FINANCIAL ADVISORS)**

A3 Funding LP
Ableco Finance LLC
ABN AMRO Bank N.V.
ACA CLO 2005-1, Ltd.
Access Institutional Loan Fund
ADAR Investment Fund Ltd
Addison CDO, Limited
AG Alpha Credit Master, Ltd.
Agricultural Bank of China
Ahab Partners, L.P.
Airlie Opportunity Master Fund, Ltd

Amaranth Partners LLC – Trading
American Express Certificate Company
AMMC CLO III, Limited
AMMC CLO IV, Limited
Apollo Distressed Investment Fund
Apollo Distressed Investment Offshore
Appaloosa Invest Ltd. Partnership I
Archimedes Funding IV, Ltd.
ARX Global High Yield Securities
Aslan Capital Master Fund, LP
Atlas Capital Funding, Ltd.
Atrium IV
Aurum CLO 2002-1 Ltd.
Australia and New Zealand Bank Group
Avenue CLO Fund, Ltd.
Avenue CLO II, Ltd.
Avery Point CLO, Ltd.
Balboa CDO I, Limited
Banca Bilbao Vizcaya Argentaria, S.A
Banca Nazionale Del Lavoro SpA
Banco Bilbao Vizcaya Argentaria, S.A.
Banco Santander Central Hispano S.A.
Bank of America, N.A.
Bank of China Luxembourg SA
Bank of New York
Bank of Nova Scotia
Bank of Tokyo Mitsubishi Trust Company
Barclays Bank PLC
BDC Finance LLC
Bear Stearns Investment Products,
Black Diamond Offshore Limited
Blue Square Funding Ltd. Series 3
BNP Paribas
Boldwater CBNA Loan Funding LLC
Boldwater Credit Opportunities
Boston Harbor CLO 2004-1, Ltd
Boston Income Portfolio
Brencourt Distress Securities
Brookville Capital Master Fund, L.P
Bryn Mawr CLO, Ltd.
Callidus Debt Partners CDO Fund I
Calyon New York Branch
Candlewood Capital Partners LLC
Canpartners Investments IV LLC
Canyon Capital CDO 2002-1 Ltd.
Canyon Capital CLO 2004-1 Ltd.
Capitalsource Finance LLC
Cargill Financial Services Intl. Inc
Castle Garden Funding
Castle Hill III CLO, Limited
Castle Hill II-Ingots, Ltd.
Castle Hill I-Ingots, Ltd.
CDL Loan Funding LLC
Cedarview Opportunities Master Fund
Celerity CLO Ltd
Centurion CDO 8, Limited

Centurion CDO 9, Limited
Centurion CDO II, Ltd.
Centurion CDO VI LTD
Centurion CDO VII Limited
Chatham Light II CLO, Limited
Citadel Hill 2000 Ltd.
Citibank N.A.
Citicorp USA Inc.
Citigroup Financial Products Inc.
Colonial Funding LLC
Comerica Bank Michigan
Commerzbank Aktiengesellschaft
Credit Industriel et Commercial
Credit Suisse, New York & Cayman Islands
CSAM Funding IV
C-Squared CDO Ltd.
Cumberland II CLO LTD
Cypresstree Claif Funding LLC
D.K. Acquisition Partners, L.P.
Debt Strategies Fund, Inc.
Delaware Corp Bond Fund
Delaware Delchester Fund
Desjardins Financial Security Life
Deutsche Bank AG
Deutsche Bank Trust Company America
Diversified Income Strategies
Diversified Investors High Yield
Double Black Diamond Offshore LDC
Dryden III-Leveraged Loan CDO 2002
Dryden IV Leveraged Loan CDO 2003
Dryden Leveraged Loan CDO 2002-II
Dryden VIII - Leveraged Loan CDO
Duane Street CLO 1, LTD.
Duma Master Fund LP
Dunes Funding LLC
Dymas Funding Company LLC
ELF Funding Trust I
Employers Insurance of Wausau
Empyrean Investments, LLC
Endurance CLO 1 Ltd.
Event Partners Debt Acquisition, LLC
Excess Book
Feingold O'Keeffe Credit Fund CBNA
Fifth Third Bank, Eastern Michigan
First Trust Highland Capital
Flagship CLO 2001-1
Flagship CLO II
Flagship CLO III
Flagship CLO IV
Forest Creek CLO, Ltd.
Fortis Bank SA NV Cayman Island Branch
Fortress Credit Funding I LP
Fortress Credit Funding II LP
Galaxy CLO 2003-1, Ltd.
Galaxy III CLO, Ltd.
Galaxy IV CLO, Ltd.

**ATTORNEY WORK PRODUCT**
**PRIVILEGED & CONFIDENTIAL**

Galaxy V CLO, Ltd.
General Electric Capital Corporation
Gleneagles CLO Ltd.
Global Enhanced Loan Fund S.A.
Global StocksPLUS Income Fund
Goldman Sachs Credit Partners L.P.
Gracie Capital L.P.
Grand Central Asset Trust
Grand Central Asset Trust, Gaia
Grand Central Asset Trust, SIL
Grand Central Asset Trust, Single
Greywolf Loan Participation LLC
Guggenheim Portfolio Company XII
Gulf Stream - Compass CLO 2005-1
Gulf Stream - Compass CLO 2005-1
Gulf Stream Compass CLO 2002-1
Gulf Stream-Compass CLO 2004-1, Ltd
Hammerman Capital Master Fund LP
Hammerman Counterpoint Master Fund
Harbour Town Funding LLC
HBK Master Fund L.P.
High Income Portfolio
Highland Floating Rate Advantage
Highland Floating Rate LLC
Highland Offshore Partners, L.P.
Horizon Income Fund, Ltd.
HSBC Bank USA, National Association
IDS Life Insurance Company
ING Capital LLC
ING Investment Management CLO I, Ltd
ING Prime Rate Trust
ING Senior Income Fund
Investment CBNA Loan Funding LLC
Investors Bank and Trust Co
Jasper CLO Ltd.
JPMorgan Chase Bank, N.A.
Katonah II, Ltd.
Katonah III, Ltd.
Katonah IV, Ltd.
KeyBank National Association
KIL Loan Funding LLC
Kingsland I, Ltd.
KKR Financial CLO 2005-1, Ltd.
KZH Pondview LLC
KZH Soleil LLC
KZH Soleil-2 LLC
Lehman Commercial Paper Inc.
Liberty CLO Ltd.
Liberty Mutual Ins Company
LibertyView Loan Fund, LLC
Lightspeed CLO
Lincoln National Life Insurance Co.
LINDEN CAPITAL LP
Lispenard Street Credit (Master)
Loan Funding I LLC
Loan Funding III LLC

Loan Funding V, LLC
Loan Funding XI LLC
Loan Star State Trust
Long Grove CLO, Limited
Madison Park Funding I, Ltd.
Marathon CLO I Ltd.
Marathon Special Opportunity
Market Square CLO Ltd.
Marquette Park CLO Ltd.
McDonnell Loan Opportunity Ltd.
Metropolitan West High Yield Bond
Metropolitan West Strategic Income
Mizuho Corporate Bank Ltd.
ML Global Investment Series Income
Morgan Stanley Senior Funding, Inc.
Mountain Capital CLO II Ltd.
Mountain Capital CLO IV, Ltd.
Muirfield Trading LLC
National City Bank
Nemean CLO, Ltd.
Oak Hill Credit Alpha Fund (Offshore)
Oak Hill Credit Alpha Fund LP
Oak Hill Credit Partners I, Limited
Oak Hill Credit Partners II, Limited
Oak Hill Credit Partners III, Limited
Oak Hill Credit Partners IV, Limited
Oak Hill Securities Fund II, L.P.
Oak Hill Securities Fund, L.P.
OCM High Yield Plus Fund LP
Octagon Investment Partners IV, Ltd
Octagon Investment Partners V, Ltd.
Octagon Investment Partners VI, Ltd
Octagon Investment Partners VII, Ltd
Panton Master Fund LP
Park Avenue Loan Trust
PIMCO Floating Income Fund
PIMCO Floating Rate Income Fund
PIMCO Floating Rate Strategy Fund
PIMCO High Yield Fund
Pinewood Credit Markets Master Fund
Pioneer Floating Rate Trust
PNC Bank, N.A.
Post Leveraged Loan Master Fund, LP
Post Opportunity Fund L.P.
Post Total Return Fund, L.P.
Principal Life Insurance Company
Prospect Funding I, LLC
Protective Life Insurance Company
Putnam Floating Rate Income Fund
Putnam High Yield Advantage Fund
Putnam High Yield Trust
Putnam Variable Trust High Yield Fund
Q Funding III LP
Quadrangle Master Funding Ltd
Quattro Distressed Opportunity Fund
Quattro Fund Ltd

ATTORNEY WORK PRODUCT
PRIVILEGED & CONFIDENTIAL

Quattro Multi-Strategy Master Fund
R2 Top Hat, Ltd.
Race Point CLO, Limited
Race Point II CLO, Limited
Race Point III CLO, Limited
Red Fox Funding LLC
Redwood Master Fund, Ltd.
Riviera Funding LLC
Robson Trust
Rockwall CDO Ltd.
Rosemont CLO, Ltd.
Salomon Brothers Variable Rate
Sankaty High Yield Partners II
Sankaty High Yield Partners III, LP
Satellite Senior Income Fund II
Satellite Senior Income Fund, LLC
Saturn Trust
Scoggin Worldwide Fund Ltd
Scottwood Partners LP
Sea Pines Funding LLC
Secondary Loan and Distressed Credit
SEI Institutional Managed TST
Seneca Capital, L.P.
SEQUILS Centurion V, Ltd.
SEQUILS ING I (HBDGM), Ltd.
SEQUILS-Magnum, Ltd.
Severn River Master Fund Ltd
Sierra CLO I Ltd.
Silverado CLO 2006-I LTD
Simpson Thacher & Bartlett LLP
Sky CBNA Loan Funding LLC
SMBC MVI SPC
Societe Generale SA New York
SOF Investment, LP
Southport CLO, Limited
Special Situations Investing Group
SRI Fund LP
Stanfield Arbitrage CDO, Ltd.
Stanfield Bristol CLO, LTD.
Stanfield Carrera CLO, Ltd.
Stanfield Vantage CLO Ltd.
Sumitomo Mitsui Banking Corporation
SunTrust Bank Atlanta
TCW Select Loan Fund, Limited
TCW Senior Secured Loan Fund LP
Tenor Opportunity Master Fund, Ltd.
The Drake Offshore Master Fund, Ltd
The Foothill Group Incorporated
The Hartford Floating Rate Fund
The Royal Bank of Scotland PLC
Thrivent High Yield Fund
Thrivent High Yield Fund II
Thrivent High Yield Portfolio
Thrivent High Yield Portfolio II
Trilogy Portfolio Company, LLC
TRS Callisto LLC

TRS Leda LLC
TRS Thebe LLC
UBS Loan Finance LLC
UFJ Bank Limited
Velocity CLO, Ltd.
Venture CDO 2002, Limited
Venture II CDO 2002, Limited
Venture III CDO, Limited
Venture IV CDO, Limited
Vista Leverage Income Fund
Vulcan Ventures, Inc.
Wachovia Bank National Association
Watershed Capital Institutional
Watershed Capital Partners (Offshore)
Watershed Capital Partners, L.P.
Waterville Funding LLC
Waveland-Ingots, Ltd.
Wells Capital Management-12831400
Wells Capital Management-13702900
Wells Capital Management-13823100
Wells Capital Management-13923602
Wells Capital management-14945000
Wells Capital Management-16017000
Wells Capital Management-16463700
Wells Capital Management-16896700
Wells Capital Management-16959700
Wells Capital Management-17299500
Western Asset Floating Rate
Whitney Private Debt Fund LP
Wind River CLO I Ltd.
Windmill Master Fund LP
Wrigley CDO, Ltd

**(D)    INSURERS**

ACE American Insurance Company
ACE Insurance Company
ACE USA
AIG Excess Casualty North America (Lexington)
AIG Worldsource
AIU Inc.
Allianz
Allied World Assurance Company, Ltd
Amerada Hess Corporation
American Home Assurance Co. (AIMA)
American International Insurance
American International Specialty Lines Insurance
    Company
ANR Pipeline Company
Aon
Aon Bermuda
Aon UK
Arch
Arch Insurance (Bermuda) Limited
Arch Insurance Group
AWAC

AXIS
Axis Reinsurance Company
Bermuda Markets
Cananwill, Inc.
Chubb Custom Insurance
Chubb Specialty Insurance
CNA Financial Insurance
CNA Insurance Companies
Columbia Casualty Company (CNA)
Columbia Gas of Ohio
Columbia Gas Transmission
Continental Casualty (C.N.A.)
Coral Energy Resources, L.P.
East Ohio Gas Co.
Endurance Specialty
Federal Ins. Co. (Chubb)
General Star Indemnity Company
GEP
Great American
Gulf Underwriters Insurance Company
Hannover Re
Hanseatic Insurance Company (Bermuda) Ltd.
Hartford
HDI
Indiana Gas Company
Ins. Co. of the State of Pennsylvania (AIG)
IRI
Lexington
Lexington Insurance Company (AIG American
    International Companies)
Liberty Mutual
Lloyds of London
Marsh USA, Inc. (Broker)
Marsh/Pentastar
National Union Fire Ins. Co. (AIG)
National Union Fire Insurance Company of Pitts.,
    PA (AIG American International Companies)
Pacific Employers Ins. Co. (ACE USA)
Panhandle Eastern Pipeline Company
Seminole Energy Services
Sequent Energy Services
SR International Business Insurance Company
    Ltd.
St. Paul (Bermuda), Ltd.
St. Paul Fire & Marine Insurance Company
St. Paul Mercury
St. Paul Surplus Lines Ins. Co.
Starr Excess Liability Insurance International
    Limited
Steadfast Insurance Company (Zurich)
Swiss Re Insurance Company Ltd.
Tokio Marine
Twin City Fire (Hartford)
U.S. Specialty Insurance Company
UGI Energy Services
Union Gas System, Inc.

United States Aviation Insurance Group (USAIG)
    and others
US Specialty/HCC
USAIG
Vectren Energy
XL U.S.
Zurich American Insurance Company

**(E)    PROFESSIONALS (ATTORNEYS,
    ACCOUNTANTS, INVESTMENT
    BANKERS, CONSULTANTS FOR THE
    PAST THREE YEARS) [Excluding those
    Professionals that Charge less than
    $100,000.00 in Annual Fees]**

4GEN
Ahearn & Soper Co INC
Air Academy Associates
Air Academy Press & Assoc.
Aisec United States Inc.
AIT Group
AJM
American Supplier Institute
Ariane Ingenierie
Ariba
ASI (American Supplier Institute)
ASI Consulting Group LLC
ASI LLC
ASI, Shainin (ICIM)
Asset Management Resources
Asset Mfg Resources
AT Kearney
AVL North America Inc
Ayco Company LP
Baker & Daniels
Baker & McKenzie LLP
Baker Botts LLP
Balch & Bingham LLP
Banner & Witcoff, Ltd
Bede & Associates
Bedi Strategies, Inc.
Bevco Solution Strategies
Bliss McGlynn P.C.
Booz-Allen Hamilton
Brenda Veit
BSI America, Inc.
BSI Americas
BSI Management Systems
Burnside & Nauman Medical
Burson Marsteller
Burson-Marsteller
Butzel, Long
Calwest
Cantor Colburn LLP
Cardinal Law Group

**ATTORNEY WORK PRODUCT
PRIVILEGED & CONFIDENTIAL**

Cardoza
Carquest
Cattel, Tuyn & Rudzewicz, PLLC
Chris Kouri & Assoc.
Chuck Ondrick
Clark Consulting
Clark Hill P.L.C.
Clark Patterson Associates
Coble Taylor & Jones
Cochran Public Relations
Coe & Associates
Common Point Graphics
Conway McKinsey and Dunlevy
Corporate Branding LLC
Corporate Executive Board
CSFB
csm worldwide
CTG Auditors
CTJ Safety Associates
Danzas AEI Customs Brokerage Services
Danzas AEI Intercontinental
DASCO
Dave Trella/Menlo Logistics
David Cunnigham
Deloitte Touche Tohmatsu
Det Norske Veritas
Detroit Translation Bureau
DeWitt Ross & Stevens
Dickinson Wright P.L.L.C. (Detroit, MI)
Dickson Allen
Donald Gober
Drinker Biddle & Reath – PA
Dykema Gossett P.L.L.C.
E&Y
Edcor Data Services
EDS
Electricore Inc
ENSR Corporation
En-Tech
Entech Utility Service Bureau Inc
Equis Corporation
Ernst & Young
Excise Department
Exhibit Enterprises, Inc. (Rochester Hills, MI)
FedEx Trade Networks Transport and Brokerage,
    Inc.
Fidelity Employer Services Company, LLC
Fidelity Institutional Retirement Services
    Company
Fleishman Hillard Japan, Inc.
Foley & Lardner LLP
Frost Brown Todd LLC
FTI Consulting, Inc.
Haley & Aldrich Inc
Hao Do
Heller Ehrman White & McAuliffe

Hill & Knowlton
Hill & Knowlton Brazil
Hill & Knowlton, Mexico
Hirsig-Frazier Co.
Honigman Miller Schwartz and Cohn
Howard & Howard Attorneys, P.C.
Hunton & Williams LLP
Huron Consulting Services LLC
I33 Communications LLC
Institute of Configuration
Interchange Europe
Interim
Interim Healthcare Inc.
 J. Gordon Lewis, PLLC
Jaeckle Fleischmann & Mugel, LLP
Jefferson Wells
JLE Process Services, Inc.
Johnston Barton Proctor & Powell LLP
Jones Day
Jones Lang Lasalle Americas Inc
Kim & Chang
Kitchin & Sons Inc.
Law Offices of Albert M. Gutierrez, P.C.
Lee Hecht Harrison
Link Testing Laboratories
Linklaters
Lippert, Humphreys, Campbell, Dust &
    Humphreys, P.C.
LKF Associates
Lori A. Sisk
Mark A. Navarre
McCann-Erickson
McCarthy Tetrault LLP
Mertitus Consulting Services
Miller Canfield Paddock & Stone, PLC
Miller Consulting Services
MIT
Molitor International
Moore Hansen & Sumner
Morris, Nichols, Arsht & Tunnell
N.A. Williams Co.
NAPA Sales
Neal Gerber & Eisenberg, LLP
Noerr Stiefenhof
Northeastern Marketing
O.P. Tyagi
Ohio State Univ.
O'Melveny & Myers LLP
On-Mark Sales
Origin Intl Inc
Orion Adv. Mktg
Panalpina, Inc.
Parsons
Parsons & Maxon Incorporated
Paul Hastings Janofsky & Walker LLP

ATTORNEY WORK PRODUCT
PRIVILEGED & CONFIDENTIAL

PDXRO
Pepper Hamilton LLP
Phelps Dunbar LLP
Pillsbury Winthrop Shaw Pittman LLP
Price, Heneveld, Cooper, DeWitt & Litton
PriceWaterhouseCoopers LLP
Problem Solving Ad Hoc
Productivity Systems
QS Servicos Tecnicos
Rader, Fishman & Grauer PLLC
Radix Group International, Inc
Reising, Ethington, Barnes Kisselle, P.C.
Rhonda L. McCoy-Pfau PLLC
Richards Spears Kibbe & Orbe LLP
Robbins GIOIA
Robert Half
Russell A. Farrow, Limited
Russell Reynolds
Rutledge Tonya R
S.P. Nagrath & Co.
Saarakshi Enterprises
Salomon Smith Barney
Sandler & Travis Trade Advisory Services, Inc
SAP Consulting
Sapient
Savety Innovations Ltd
Sedgwick Claims Management Services, Inc.
Seva Technologies
SGS Conrtoll CO MBH
Shainin LLC
Shainin Services
Shaw E & I
Shearman & Sterling LLP
Sigma Learning LLC
Siskel Sales Company
Six Sigma Academy
Smiley-Smith & Bright CPAs, LLC
Solution Strategies, Inc.
Southwest Research
Spirax Sarco
Squire, Sanders & Dempsey, L.L.P.
SRS Marketing Co.
Stanton Park Group LLC
Stout Risius Ross
Suh & Assoc.
Summit Energy Services Inc
Suri & Company
Tatum Partners
TBM
Tec Ease Inc
Tech Caliber
Thompson, Hine & Flory, LLP
Towers Perrin
TPI
Training Services

Training Services & Solutions
TSSC
TUV Rheinland Group
TWI Network
UBS
UHY Mann Frankfort Stein & Lipp Advisors, Inc.
Ward Norris Heller & Reidy, LLP
Watkins Ludlam Winter & Stennis, P.A.
Watson Wyatt & Company
Whiteside Communication Management
Wilmer Cutler Pickering Hale and Dorr, LLP
Wood, Herron & Evans, L.L.P.
Wooden & McLaughlin, LLP
World Class Engineering
Xpedex
Young & Rubicam, Inc.
Yuasa & Hara

**(F)    PARTIES TO LITIGATION AND THEIR
COUNSEL (FOR CLAIMS OF AT LEAST
$500,000)**

A&O Mold & Engineering, Inc.
ABATE - CECo GM
Abbey Gardy, LLP
Abernathy, Sonja
Abood, Andrew P.
Abrego, Everado
Adams Oil
Adams, Thomas E.
AEC
AFL-CIO
AFL-CIO-CLC
Aimtronics Corporation
Aldridge, Brenda
Alen J. Counard, P.C.
Alexander Logan & Hunt
Alfaro, Jos C.
Allegheny Coatings
Allegheny Rodney
Allegre Dong AH
Allison, Carl
Allstate Insurance
Alternative Resource, Inc.
Alumalsa
AM General Steering Gear
American Electronics Components AEC
Anderson, Russell, Jr.
Anglo Metals, Inc.
Anorve, Juan
APC and Sundram
Apple
Arbogast, Michael A.
ARC CADH
Archer & Greiner
Arnold & Porter

Arnold, James Jr.
ASEC France
Ashburn, William
Asherbranner, Jennifer T.
Associated Springs & Barnes Group, Inc.
ATT
Aubert, Harold
Austin Group, Ltd
Automotive Applied Technologies Limited
Automotive Technologies Inc.
Automotive Technologies International, Inc.
Avarette, Bessie
Ayusa
Aziz, Salman
B & F Enterprises
Bailey Cavalieri LLC
Baldwin, Sandra L.
Bancomer et al
Barner, Richard
Barnes, Cleary
Barry D. Adler, Esq., Adler & Associates
Bartell, Greg
Bastien, Amy C.
Batson, Benjamin
Baxter, Daniel
Baxter, Rachel
Beck, Bobby
Beck, Daniel P.
Beck, Redden & Secrest
Bedrin, John
Beers, Anderson, Jackson, Patty & Van Heest,
    P.C.
Bellis, Katherine
Bendix ABS Fires
Bentley-Rolls Royce
Berg Hill Greenleaf & Ruscitti LLP
Bernstein, Sidney
Berry, Doris
Berthold, Cindy Lee
Beuke, Robert L.
Bex, Russell
Bhones, Diane
Birdyshaw, Mike
Bishop, James Denson, Sr.
Blaesi, William
Blas, Cassandra E.
Bleakley, Cypher, Parent, Warren & Quinn, P.C.
Blecher & Collins, P.C.
BMC Holding Corporation
BMC West
Bodman, Longley & Dahling, LLP
Bond, Donald W.
Bond, Teresa G.
BorgWarner Turbo Systems
Boulden, Cristal
Bradley, Phyllis Jean

Brady, Billy W.
Brady, Larry
Brantley, Shalonda J.
Brewer, Mary M.
Britt, Stephanie
Brittingham, David
Brittingham, Julie
Brooks, Diane
Brooks, Marvin
Brooks, Shameila
Brown, Celestia
Brown, James Lee
Brown, Jonathan
Bryan, Greyson
Buchanan, Rufus O.
Budak, Anthony F.
Building Material Holding Corporation
Buis, James
Bulk Terminals, Inc
Burch, Amy R.
Burdette, James
Butler, Daisy J.
C&J Industries
Cadillac
Cady, Mastromarco & Jahn, P.C.
California, Irvine
Campbell, John E.
Campbell, Robert R.
Canales & Simonson, P.C.
Canter, Richard
Carrigan, McCloskey & Roberson, LLP
Casper & Casper
Catherine Rozanski
CDA Consulting, Inc.
Cellino & Barnes, P.C.
Celso Gon‡alves Viana
Central Bank of Brazil
Chadbourne & Parke LLP
Chapa, Israel
Chapman, Lewis & Swan
Chase-Orr, Kimberly
Chemetco
Chemical Waste Management, Inc.
Chieftain Contract Services
Chilton, Alfred
Chivers, Kathy L.
Circle Plastic Products, Inc.
Citibank Texas, National Association
City of DelRay Beach Police and Firefighters
    Retirement System
Clark, Charles
Clark, Martina
Clash, Klemchuk, Roach & Powers LLP
Clifford Law Offices, P.C.
Cloncs, Donald
Clones, Donald

ATTORNEY WORK PRODUCT
PRIVILEGED & CONFIDENTIAL

Clorex S.A.
Clouse Dunn Hirsch LLP
Cockrane, Ameatha
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
Colbert, John E.
Cole, Cole & Easley, P.C.
Coleman, Michael
Coletta, Vincent J.
Compliance Counsel, Lear Corporation
Condutelli
Conrad, Dean F.
Conwell, Wayne
Cook, Sylvia
Coolidge, Wall, Womsley & Lombard, LPA
Copeland, Huey G.
Corus S.E.C./L.P
Corvette
Couzens, Lansky, Fealk, Ellis & Lazar PC
Covington & Burling
Cox, Jon C.
Coy Glass
Crown City Plating Company
CSX Realty Development
Custom Energy, L.L.C.
CWI
DACTEM
Daewoo
Daewoo International
DaimlerChrysler Corporation
Dana Corp Global Production WHS
Dana Corp Sealing Division
Dangerfield, Shawn
Danis Environmental Industries, Inc.
David A. Hodges, Esq.
Davis & Davis
Davis, Janetta
Davis, Robert E., II
DCX
Delco Remy America (DRA)
Delphia
Demet
Denso Corporation
Devlieg Boulevard II, Inc.
DHB-CA
Dickerson, Brian
Diniz, Mauro Lucio
Diversified Environmental Management
   Company
DMS NA
Dockins Turnage & Banks
Dolce, Frank J.
Dotson, Pamela K.
Dotson, W. Douglas
Dougherty, Chad
Drillock, Linda
Droman, Rick

DSL
DSSG
Dukarski, Katherine
Dutton, William Boyd
Dyer, Garofalo, Mann & Schultz
Dynamic Sciences International
Eaton Corporation
Edwards, William P.
Eftec North America, LLC
Elco Textron Fastening Systems
Elco Textron, Inc.
Electrical Systems Motors
Electronic Environmental Engineering
Electrospec Cost Recovery
Ellis, Peter
Elmore, Arlis M., Jr.
Elwood S. Simon & Associates, P.C.
Emonds, Douglas J.
Energy Conversions Systems (ECS)
Engelhard/NGK
Ennis, Donald
Enterprise Automotive Systems
Epsilon
ESS, Inc.
Essedue
Estate of Lannon
Estate of Stella Demeniu
Ethanol Coolant
Eton Corporation
Evans, Terrence
Executive Loan Program
Fabricated Metals
FAE
FAG Automotive Inc.
FAG Bearing Limited
Fague, Terence L.
Farmer, Darryl G.
Farmers' Marketing Service
Faruqi & Faruqi, LLP
Faurecia Exhaust Sys Inc
Fiber Optic Fund Class Action (Litigation Group)
Fiber Systems International, Inc.
Fieger, Fieger, Kenney and Johnson
Fields, Charlotte
Financial Services of America, LLC
Finklestein & Krinsk, LLP
Fire, Arndt & Danborn PC
First Technology
Fischbein, Peter D.
Fitch, Even, Tabin & Flannery
Fleming, Joseph A.
Flex-Tech
Fligstein, Michael
Flora, Betty J.
FLSA
Fluor Corporation

ATTORNEY WORK PRODUCT
PRIVILEGED & CONFIDENTIAL

Folck, Neal C.
Ford Motor Company
Fosbre, Frank J. Jr.
Foster, Kim L.
Foster, Kimberly
Fouche, Kim
Fournier, Connie
Franklin & Greenfield LLC
Franklin, Gordon
Free, Paul
Fromm, Pamela
Furukawa Electric North America APD, Inc.
Gabrielle, Lori J.
Gaddis, Tracy
Gaines, Ira
Gainey & McKenna
Gann, Robert Edwin
Garcia, Jessie L.
Garvey, Robert F.
Garvin Glass
Gavia, Felipe F., Sr.
General Motors Daewoo Auto and Technology
General Motors' Discovery
GfH
Gilardi & Co., Inc.
Gilbert, Frank, Ollanik & Komyatte, P.C.
Gillette, Edward A.
Gilyard, Jonnie
Gimpex
Givens, Robert
Global Minerals and Metals Corporation
Glynn, Marcus
GM Daewoo
GM DAT
GM Epsilon
GM Europe Opel
GM & International
GMNA
GMPT
GMSPO-CWI
Gonzalez, Ernesto (Ernie)
Gonzalez, Philip
Gordon, Patricia
Greak & Smith, P.C.
Greenwood, Edward Joseph
Greystone
Grimes, Rita
Groce, Kelly R.
Gross, Lisa
Grundig Multimedia B.V.
Gualandi, Kevin
Guel, Mills, Nims & Pylman LLP
Guevrra, John
Gulf Coast Bank & Trust Company, et al.
Gum, Mano
Gutjahr, Michael

Gwendolyn J.M. McCallum, fiduciary of the
    Estate of David B. McCallum
H.E. Services Company
Hagan, Mansel
Hagens Berman Sobol Shapiro
Hahn Elastomer
Hammer, Edward
Hanline, William D.
Hanna, Terry
Hanners, Carolyn
Harco Industrial Supply Inc
Harco Industries, Inc.
Harden, John W.
Hardwick & Knoght
Hardy, William
Harley Brakes
Harper, William
Harris, John
Hassel, Claudette M.
Hassett & Donnelly, PC
Haveles, H.P.
Hayes Brake
Hayes Lemmerz International, Inc.
Heathco, Mark
Hernandez, Gloria
Herndon, Laura V.
Hertz, Schram & Saretsky, P.C.
Hillman, Robert
Hills, Donald L., Sr.
Hirschmann Electronics GmbH & Co.
Hoagland, Longo, Moran, Dunst & Doukas
Holden, Kindwell, Hahn & Crapo, P.L.L.C.
Honeywell ACS Sensing & Control
Hood, Constance
Hood, Kelli
Hoover Precision Plastics
Howard Langer, Esquire, Golumb Honik &
    Langer
Howard, Mark
Howrey LLP
Howrey Simon Arnold & White, LLP
Hoyt, Arthur C.
HPI
Hubbard, Clarence E.
Hudson, Linda
Hunter, Clemie
Hurley Packaging of Texas, Inc.
Hurst, Bryon
Hurst, Teresa
Hutchinson Seal
Hyder, Michelle
ICG
ICMS
IMSS
In re Terazosin Hydrochloride Antitrust Litigation
Indiana, Kokomo

ATTORNEY WORK PRODUCT
PRIVILEGED & CONFIDENTIAL

Industrial Div. of the Communications
Infonavit
INSS
International Truck
Invensys
Irvine
Itabirito Plant
IUE Moraine Umpire Appeal
IUE vs CWA
IUE/CWA Local 755
IUE-CWQ
Jakupco, Richard J.
James, Edith C.
Jarzyniecki, Philip
Jeanniard
Jenkins, Shontea
Jenner & Block
Jevicks, Teresa
Johnson, Freddie L.
Johnson, Jana C.
Johnson, Rasmussen, Robinson & Allen, P.L.C.
Johnson, Ruth
Johnson, Shanellie
Jolly, Norman
Jones, Leland
Jones, Lonnie
Jones, Norman
Jones, Rodger
Jones, Vanessa
Jordan, Martin J.
Josey, Anita
Joyal Products, Inc.
Julias, Steven
Junkin, Harrison & Junkin, PC
Junkin, Samuel W.
JV Products
Kaplan Fox & Klisheimer LLP
Karlin, Lawrence
Katzkin Leather, Inc.
Kelely, Tasha
Keller Rohrback, L.L.P.
Kelley, Charles  (Estate of)
Kelley, Sharon
Kelly Koszewski et al
Kenna Technical Services
Kenna, William
Ker, Russell & Weber
Kessler, Thomas
Key Plastics
Khan, Kim N.
Kimberley & Miles, P.C.
Kirsch, Paul C.
Knighton, Gregory James
Knisley, Richard W., II
Kostal of America, Inc.
Kowallek, Daniel E.

Kowalski, Richard
Kramer, Steven
Kraus, Jessica
Kreegar, William C.
Krupp-Hoersch
Kucklemam, Karl
Kulinec, Charles Francis, Jr.
Kumiega, Kenneth J.
L&W Stamping, Inc.
Laborsource 2000, Inc.
Lamb, Daniel
Land Rover
Laneko
Langston Sweet & Freese
Latimore, John L.
Laudig George Rutherford & Sipes
Law Office of Carlos E. Hernandez, Jr.
Law Office of Klari Neuwelt
Law Office of Leon Russell, P.C.
Law Offices of Brian M. Felgoise, PC
Law Offices of Charles J. Piven, P.A.
Law Offices of G. Lynn Shumway
Law Offices of Maloney & Campolo
Lawson, Walter Keith
Lazor, Daniel
Lea Miles, Rebecca
Lee, Clyde, Jr.
Legorreta, Daniel
Lemon Bay Partners
Lerach Coughlin Stoia Geller Rudman & Robbins
   LLP
Leslie, Mike
Lester, Schwab, Katz & Dwyer
Metlife, Michelle Constandse, Esq.
Levin Simes & Kaiser LLP
Lewis & Lewis, P.C.
Lewis Brisbois Bisgaard & Smith LLP
Lewis, Robert
Lieff, Cabraser, Heiman & Bernstein, LLP
Lindberg, Matthew G.
Linerboard Antitrust Class Action
Lisa J. Leebove
Liss & Shapero
Litex
Little, Robert W.
LK Nagano Sistemas Automotivos Ltda.
Local 1097
Local 663 Electrical Workers
Locke Liddell & Sapp, LLP
Logistics Solution Group S.A.de C.V.
LoPrete, Kent
Lowey Dannenberg Bemporad & Selinger, P.C.
Lumpkin, Robert J.
Lunn, Richard
Lunt Manufacturing Co., Inc.
Lyon, Donald M.

ATTORNEY WORK PRODUCT
PRIVILEGED & CONFIDENTIAL

Lyons, Brian
MacDonald Industrial Products
Magnesium Aluminium Corporation
Mahle Sistemas de Filtracion de Mex
Mahle, Brian
Manns, Debra A.
Mantese, Joseph Vito / Lease Plan USA
Manufactured Products Corporation (MPC)
Margaret Fukuda
Marian P. Rosner, Esq., Robert C. Finkel, Esq.,
    Carl L. Stine, Esq.
Mariana In̂s de Souza
Marsh & McLennan Cos.
Martinez, Jose Angel Mata
Massey, Patricia
Mastromarco & Jahn, PC
Matamoros
Matter, Phillip
MBUSI
McAleer, Adrian
McBride, Diana B.
McCaslin, Imbus & McCaslin
McCree, Robin
McCullough, Amy M.
McDermott, Jon E.
McDonald, Wilfred A.
McGuire Woods
MCI Telecommunicaitons Corporation
McKee, Stephen M.
McMillion, Anna
McPhall, Amber
McTigue Law Firm
Means Industrial, Inc.
Merrick, Steven
Merritt, James and Bonnie
Metaldyne 2005 Contract
MetroCal, Inc.
Meyer and Williams
MG Rover
Middleton, Randal A.
Miller Faucher and Cafferty LLP
Miller Shea, P.C.
Miller, Daniel A.
Mills, Jason
Milwaukee Design Center
Ministerio Publico
Minnick, Ralph D.
MIOSH
Miro, Weiner & Kramer
Missing Press Parts
Mitchell, Margaret B.
Mochty, Ronald J.
Modine
Mohamed, Farag
Molex Cost Recovery Disputes
Moore, Gene T.

Moore, Walters, Thompson, Thomas, Papillion &
    Cullens
Moreira, Luiz Alberto
Moretti, Lucia V.
Morgan & Meyers PLC
Morganite
Morganite Incorporated Class Action
Morris, Cantor, Lukasik, Dolce, Panepinto, P.C.
Morrison, Thomas
Mortensen, Philip Bradley
Moser, Janet E.
Motley, Rosalyn
Motorola Quadrasteer
MTD Technologies
Mubea, Inc.
Much Shelist Freed Denenberg Ament &
    Rubenstein, P.C
Mulligan, Charles D.
Multifunction Switch
Myers-Gell, Judith
MyFi Battery Fires
NBR
Nesco
Neubauer, Bridget A.
Newman, Tina
Newton, David
NGK
Nguyen, James H.
Novak, Barbara Griffin
Novakovic
Novo Rio Baterias Ltda.
Nu Tech Plastics Engineering, Inc.
O'Neill, Mary P.
O'Neill, Wallace & Doyle, P.C.
O'Brien, Michael L.
O'Bryan, George M.
Olson Tooling
Ondo, Anthony C.
Onsalma
Opel
Opel Hungary/GMPT
Orlick Industries, Ltd
Orlik, Eva M.
OSHA Recordables
Osowki, Linda
Owens, Donna
Padilla, Afredo Z.
Palmer, Cindie L.
Paragon/CJR
Parkview Metal Products
Parmenter O'Toole
Partridge, Steve
Patent Holding Company
Paula, Ana
Peace, Bernadine
Penley, Brian L.

Pennington, Jeff
Peters, Jerry
Peters, Larry C.
Petrie Household Goods Claim
Phelps, John W.
Phillips, Robert
Pickett, Mary
P-K Tool & Manufacturing
PODS
Poitra, Tammie
Polito, Michael A.
Polsinelli Shalton Welte Suelthaus, PC
Powell, Charlene
Power Outage
Powertrain
Praxair Surface Technologies
Price Potter Jackson & Mellowitz PC
Priest, Aaron
Primary at Johnston Bartin is John Sheffield
Pritchard, Deborah Brown
Proud, Douglas
Prusheik, Stacey
Public Lighting Authorities
Quake Global, Inc.
Qualls, Debbie L.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
Quinn, Larry
Radiation Issue
Raphael, Naomi
RBC Bremen Bearing, Inc.
Reilly, Thomas A., Jr.
Reliable Castings
Reno, Joseph
Reyes, Daniel
Reynosa
Rhodia Patent Assertion
Richard Hawkins & Young, LLP
Rio Bravo Occupied Worker Housing
Roberto Mageste de Abreu
Robins, Kaplan, Miller & Ciresi LLP
Roetzel & Andress
Rogers County District Attorney, Assistant D.A.
    Patrick Abitbel
Rosen, Paul
Rosen, Ruben J.
Ross, Marion
Rowel, Lynn
Rowley, Donald
Royal Freight, L.P.
Rudzik, Rebecca
Ruhenkamp, Nicole M.
Rule, Hilary
Russell, Thomas
S "nia Aparecida da Silva
Sallee Law Firm
Samacki, Rachel

Sammons, Leon
Sanko
Saturn
Savage, Darrin
Sax, M. Beth
Schatz & Nobel, P.C.
Schlicher, Cindy Lee
Schunk Graphite Technology, Inc.
Schwartz Law Firm, P.C.
Scott & Scott, LLC
SCRC
SEC
SEC-MSC Software Corporation
SEC-OPEB
Sedberry, Joyce
Segway Cancellation Claim
Seipke, Isabelle
Seldeen, William L.
Seskin, Lauren
Shanks, Carol
Shannon Shaw, Martin L.
Sharp, Dennis
Sharyl Carter
Shaw, Martin L.
Sheila M. Bossier PLLC
Sher Garner Cahill Richter Klein & Hilbert,
    L.L.C.
Sherban, Daniel
Sherbin, Joshua A.
Sherer Electric
Sherrie Savett, Esq.
Short, Jodi Lynn
Siemens GEN III
Siemens VDO Automotive Inc
Siemens VDO SA de CV
SimmonsCooper, LLC.
Simons, R. Nicholas
Smibert, Jon R.
Smith, Erisha
Smith, James O.
Smith, Lori
Smith, Louis
Smith, Mary
Smith, Spires & Peddy, P.C.
Smolik, Lillie
Snider, Michael K.
Sobel, Jonathan F.
Solvent Chemicals
South Trust Bank
Spahn, Jeff C., Jr.
Spector Roseman & Kodroff, PC
Spencer, Theresa L.
Squitieri & Fearon, LLP
Stafil
Stansbury II, Robert L.
State of Minas Gerais

ATTORNEY WORK PRODUCT
PRIVILEGED & CONFIDENTIAL

State of New York
State of New York Solvent Chemicals
Statman Harris Siegel & Eyrich LLC
Stec, Jennifer M.
Stejakowski, Dennis
Stephen F. Wasinger PLC
Stewart & Stewart
Stewart, Alex S.
Stewart, Andrew
Stites & Harbison, PLLC
Stone, Caylena
Stonehouse Rentals, Inc.
Stoughton, Jeff
Strategic Distribution Marketing de Mexico, S.A.
    de C.V.
Strattec Security Corporation
Strzebniok, Jan
Stuck, Ronald P.
SungWoo-GPS
Surles, Brenda
Swain, Andrew
Switec
Takata-Petri AG
Talbot Case
Tatum, Jefferi
Tauzin, Vanessa
Taylor, Jonathan B.
Taylor, Kenneth
Tenneco Automotive
Terazosin Hydrochloride
Textron (Kautex)
Thacher Proffitt & Wood
The Ackerson Group
The Chamberlain Group, Inc.
The Danis Companies
The Padberg & Corrigan Law Firm
The Roth Firm
Thomas, Demetrius
Thomas, Garvey, Garvey & Sciotti, P.C.
Thompson & Knight
Thompson, Maria N.
Ticona
Timken (Brazil)
Tinell, Frankie
Todd, William N.
Torabi, Alan
Torsky, Norma Jean
Toyota Motor North America, Inc.
Tremont Landfill Company
Trico
Trovan
Truscio, James
TRW Automotive Products
TRW Dispute
Tucker Ellis & West
Turinsky, Paul J.

Tuthill, Rusty
U.S. Aeroteam, Inc.
United States Attorney's Office, Southern District
    of Texas
Valeo Electrical Systems, Inc.
Valeo North American Corporate
Valeo Switches and Detection Systems, Inc.
Van Dusen, Tom
VanAmburg, Shawn
Vance, Richard
Vandale, Tammy A.
Varnum Ridderind Schmidt Howlett
Vasquez, Joe R.
VEHVAC
Ventra – Tech
Vicki Lynn Marion, as Personal Representative of
    the Estate of Mark Marion
Vincent, Leo J.
Viviano, Joe
Volvo
Waldo, Richard L.
Walker, Joyce
Walter, Kevin R.
Walter, Stanley J.
Warner-Eno, Leslie A.
Warren M. Pulner
Waste Management, Inc.
Watkins Motor Lines
Weaver & Young
Weber, Herman
Wechsler Harwood LLP
Weiler, William S.
Weitz & Luxenberg, P.C.
West, Roleda
Weyer, Frank
Wheeler, Bruce C.
Whitaker, Samuel F.
Whitehead, Anthony
Whitmire, Steven Lee
Whitney, Gary
William Alcosta PLLC
Williams, Lester
Williams, Modina
Williams, Steven
Willis, Steven
Wilson, Clyde
Wilson, Donna R.
Wilson, Loretta
Wilson, Mark
Wilson, Steven E.
Winbush, Meatha
Wisehart, Rhonda
Wolan, Lea
Wolf Halenstein Adler Freeman & Hertz LLP
Wong, Chris
Wood, Ralph

ATTORNEY WORK PRODUCT
PRIVILEGED & CONFIDENTIAL

Woodard, Anthony
Woodson, Harold
Woodward Diesel Pump
Woodward, Bryce
Workers of America
Wright, Eugene A.
Xandex, Inc.
Yaldo & Domestein, P.L.L.C.
Yang, Peter
Yates, Dale A.
York, Thomas, Jr.
Young & Susser, P.C.
Young, Karl L.
Young, Lee
Young, Michael S.
Yount, Loretta
Yzaguirre & Chapa
Zelle, Hormann, Voelbelm, Mason & Gette LLP
Zwick

**(G)    TOP 50 CREDITORS**

3M Co
Abc Group Inc
Aisin Seiki Co Ltd
Akebono Brake Industry Co Ltd
Alcoa Inc
Alps Automotive Inc.
Alps Electric Co Ltd
American Axle & Mfg Holdings Inc
Autoliv Inc
AW Transmission Engineering
Beiersdorf AG
Blackstone Capital Partners LLP
Bosch Braking Systems Corp
Bosch, Robert Stiftung GmbH
Buena Vista Township, Michigan
Capri Capital Advisors LLC
Carlisle Engineered Prods
CIGNA Corporation
City of Flint, Michigan
Clarion Co Ltd
Corning Inc
Dana Corp
Delta
Draka Holding NV
Dura Automotive Systems Inc
E.on AG
EI Dupont de Nemours & Co Inc
Flextronics Intl Asia Pacific
Freudenberg & Co KG
Fujitsu Ten Corporation
General Electric Co Inc
Hitachi Ltd
Howard County, Indiana
Illinois Tool Works Inc

Impala Platinum Holdings Ltd
Industrial Molding Corp
Infineon Technologies AG
Intermet Corp
International Union of Electronic, Electrical,
    Salaried, Machine and Furniture Workers –
    Communications Workers of America
Johnson Electric Holdings Ltd
Leopold Kostal·GmbH & Co KG
Limar Realty Corp.
Linamar Corp
Madison County, Indiana
Matsushita Electric Industrial
Merk Medco
Molex Inc
Montgomery County, Ohio
Nan Ya Plasics Corp
National Fire Insurance Company of Hartford
NEC Corp
Norsk Hydro ASA
Ogura Clutch Co Ltd
Osprey, S.A. Ltd.
Pioneer INDL Components
Quexco Inc
Robert Bosch Corporation Automotive Group
Semiconductor Components
Sequa Corp
Sharp Electronics Corp
Siemens AG
Solectron Corp
State of Michigan
State of Ohio
State of Wisconsin
Stmicroelectronics NV
Swatch Group SA, The
TDK Corporation of America
Texas Instruments Inc
Textron Inc
Thyssenkrupp AG
Timken Co, Inc
Traxle Mfg Ltd
TT Electronics PLC
UHC
United Auto Workers
Viasystems Group Inc
Worthington Industries Inc

**(H)    HOLDERS OF 5% OR MORE OF ANY
OUTSTANDING EQUITY SECURITY OF
THE COMPANY**

Brandes Investment Partners, LLC
Capital Group International, Inc.
Capital Research & Management Company
Dodge & Cox
State Street Global Advisors

ATTORNEY WORK PRODUCT
PRIVILEGED & CONFIDENTIAL

**(I)    RECORD NOTEHOLDERS HOLDING 5% OR MORE OF ANY OUTSTANDING ISSUANCE OF NOTES OF THE COMPANY**

Bear Sterns
Citigroup
Frst Clear
Goldman Sachs
Investors Bank
Lehman Brothers
Mellon Trust
ML Sfkpg
MSDW Inc.
NFS LLC
Pershing
SSB

**(J)    INDENTURE TRUSTEES**

Bank One Trust Company N.A.
First National Bank of Chicago
J.P. Morgan Trust Company, N.A.

**(K)    UNDERWRITERS OF SECURITIES ISSUED BY THE COMPANY DURING THE PAST THREE YEARS**

A.G. Edwards & Sons, Inc.
ABN AMRO Incorporated
Advest, Inc.
Banc of America Securities LLC
Barclays Capital Inc.
BB&T Capital Markets, a division of Scott and Stringfellow, Inc.
BNP Paribas Securities Corp
C.L. King & Associated, Inc.
Citigroup Global Markets Inc.
Comerica Securities, Inc.
Credit Suisse First Boston LLC
D.A. Davidson & Co.
Deutsche Bank Securities Inc.
Ferris, Baker Watts, Incorporated
HSBC Securities (USA) Inc.
J.P. Morgan Securities Inc.
Janney Montgomery Scott LLC
McDonald Investments Inc., a KeyCorp Company
Merrill Lynch, Pierce, Fenner & Smith Incorporated
Mesirow Financial, Inc.
Morgan Stanley & Co. Incorporated
Oppenheimer & Co. Inc.
Quick & Reilly, Inc.
Ramirez & Co., Inc.
RBC Dain Rauscher Inc.
Ryan Beck & Co.
Samuel A. Ramirez & Company, Inc.

Scotia Capital (USA) Inc.
SG Cowen Securities Corporation
Southwest Securities, Inc.
Stifel, Nicolaus & Company, Incorporated
Tokyo-Mitsubishi International plc
U.S. Bancorp Piper Jaffray Inc.
UBS Securities LLC
Utendahl Capital Partners, L.P.
Wachovia Capital Markets, LLC
Wells Fargo Van Kasper LLC
Williams Capital Group, L.P.

**(L)    COUNTERPARTIES TO MAJOR LEASES**

1401 Troy Associates Limited Partnership
2574 E. River Rd. Bldg. 10 LLC
500 Commerce LLC
Access
American Finance Group
Amherst Commerce Park
Aspire Building, LLC
ATEL Capital Group
Cherokee North Kansas City, LLC
City of Laurel, Mississippi
County of Marquette, Michigan
Crown Enterprises, Inc.
CSA Financial Corp
CSI
Donald R. Sweeton and Sarah E. Sweeton
Elect
First American Capital
First Industrial, L.P.
Ford Motor Land Development Corporation
Fortune Avenue Partnership LLP
GAR Properties, LLC
GBG2, LLP
General Motors Corporation
Germain's Technology Group
Germain's Technology Group Custom Coating and Enhancements, Inc.
HP Finance
ICON Capital Corp
JCR Investments, LLC
John E. Benz & Co.
Killam Industrial Development Partnership, Ltd.
Kilroy Realty, L.P.
LaSalle National Bank, as Trustee under Trust No. 115897
Laurence Tippmann, Sr., Family Limited Partnership
LGR Group/CIT
Liberty Property Limited Partnership
Nissan Technical Center North America, Inc.
Oil Well LLC
Optimal Leasing Co.
ORIX Warren, LLC / Orix GF Warren Venture

Pac Rim
QEK Global Solutions
RCA
Realty Investment II
River Road Investments, Inc.
Sealy RG Valley Buildings, L.P.
Seed Systems, Inc.
Shelby Industrial Investors-II, LLC
TR Butterfield Trail Corp.
Universal Tool and Engineering Company, Inc.
Visteon Corporation
Weingarten Realty Investors
Wells Operating Partnership, L.P.

**(M)  COUNTERPARTIES TO MAJOR
CONTRACTS (OVER $100,000)**

(KDAC) Daewoo Motor Company
ACG Componentes
Adrian (City of) MI
Advanced Casting Technologies
AEP (Public Svc Co Oklahoma) OK
AFOSR
Alabama Gas Corporation
Alabama Power Co
Aladdin Industries
Alexander Long, III
Alltel
Alma Products
Alpine Electronics
Ambrake Corporation
Ameritech
Ameritech Information Systems, Inc.
Ameritech Mobile Services, Inc.
Amsterdam Funding Corporation
Anderson City Utilities  IN
Antec Electric System Co. Ltd
ANXe
Anxebusiness Corp.
Applera Corporation
ARL
ASEC Exhaust Systems
AT&T Corp.
AT&T Solutions, Inc.
ATT Wireless
Autonova
Avaya World Services, Inc.
AXNe
Beijing Delphi Wanyuan Engine Management
    Systems Company, Ltd.
Beijing WY-GM Automotive Electric
Bell South
Blue Cross Blue Shield
Blue Ridge Asset Funding Corporation
Blue Totes – Atlantis
Bluetooth

Borla Romcat
Bridgestone T.G. Australia Pty. Ltd
BSH Industries
C.E. Communications
CADPO
Calsonic Kansei Corporation
Calsonic Kansei Hungary
Calsonic North America, Inc.
Cardinal Health 200, Inc.
Caretools, Inc.
Cellco Partnership
Chemical Reclamation Svcs Inc USA
CIA Industrial Armas
CIGNA Behavioral Health
CIGNA Healthcare
Cinergy PSI IN
Clifford Electronics, Inc.
Clinton (City of) MS
Cole Managed Vision
Columbus (City of)  OH
Componentes Delfa, C.A.
Compressor Works, Inc.
Compuware
Connecticut General Life Insurance Company
Constellation NewEnergy  TX
Constellation NewEnergy, Inc.
Constellation NewEnergy-Gas KY
Consteltn NewEngy PA
Consumers Energy MI (Detroit)
Consumers Power  MI
Consumers Power Company
Coopersville (City of)  MI
Cullmann GmbH
D.O.T. Volpe Center
Daewoo Automotive Corporation
DAS Deutschland GmbH
DAS Poland Spolka z.o.o
Davis Vision
Dayton Power & Light Co  OH
Dayton Water Dept (City of) OH
Debiotech S.A.
Delco Remy International, Inc
Delkor Corporation
Delph Lockheed Automotive S.A.
Delphi Aftermarket France
Delphi Auto Brazil – E&C
Delphi Auto Systems Australia
Delphi Auto Systems Brazil – Harrison
Delphi Auto Systems India Private Limited
    (DASPL)
Delphi Automotive Systems
Delphi Automotive Systems Espana (Logrono)
Delphi Automotive Systems Espana Cadiz
Delphi Automotive Systems France
Delphi Automotive Systems Italia Sri (Diavia)

ATTORNEY WORK PRODUCT
PRIVILEGED & CONFIDENTIAL

Delphi Automotive Systems Lockheed UK
(Aftermarket)
Delphi Automotive Systems Netherlands
(Aftermarket)
Delphi Automotive Systems Poland Sp. Z.o.o.
Delphi Automotive Systems Portugal (Ponte de
Sor)
Delphi Automotive Systems Spain
Delphi Automotive Systems Sungwoo
Delphi Delco Electronics Suzhou
Delphi Delco Liverpool
Delphi Diesel Systems England
Delphi Diesel Systems Ltd England
Delphi Diesel Systems Spain
Delphi Diesel Systems Turkey
Delphi Diesel Systems UK
Delphi Diesel Systems, S. L. Spain
Delphi Harrison Calsonic (France)
Delphi Lockheed Automotiove France
(Aftermarket)
Delphi Packard Balcheng, Limited
Delphi Packard Electric Co Ltd (Shanghai)
Delphi Packard Electric Malaysia Sdn Bhd
Delphi Packard Espana
Delphi Saginaw Lingyun Brillance and Palio
Delphi Saginaw Lingyun Jinbel
Delphi Sistemas de Energia (Portugal)
Delphi TVS Diesel Systems Ltd India (Lucas)
Delphi-TVS Diesel Systems Ltd (India)
Delta Dental
Delta Guc
Deltek
Design Solutions
Directed Electronics (formerly Clifford)
DOC/NIST
DOD
DOD TACOM
DOE
DOE/NETL
Dolby Digital
DOT NHTSA
DPL Energy Resources, Inc. dba DPL Energy
DSSCSC China
DSSI
DTE Energy MI
DuraSwitch
East Penn Manufacturing Company
EBD Ventures (Savage Enterprise)
El Paso Electric Co  TX
Electricore Aerovironment
Electromotive
Embedded Technology
Empress Ca-Le de Tiaxcala
Emtech
Entergy (MS Power & Light) USA
EQ-Heritage USA

Ericsson AB
Erie Cnty Dept Environ Serv OH
Exacto (Perfection Spring)
Fabrica De Aparatos De Air Acondicionado
(FAACA)
Falcon Asset Securitization Corporation
Famar
Firma Carl Freudenberg KG
Fitel USA Corp. (assigned by Lucent)
Fitzgerald Wtr Lgt&Bond Com GA
Flint (City of)  MI
Flip Chip Technologies
Four Seasons License (Division of Standard
Motor)
Fraenkische USA, LP
Gasbarre Products
Gatewat Industries
General Bearings Corporation
General Motors Investment Management
Corporation
Georgia Power Company
Giannulli, Thomas
Girlock
GM do Brasil
GM France
GM License Exchange
Gotham Funding Corporation
Green Shield Canada
Health Plus Options Inc
Health Solutions Inc
Hendrick Motorsports
Henry County REMC IN
Heritage Interactive Services USA
HESCO Houston Energy Svcs Co
Hewitt Associates LLC
HTC
Hubei Auto Motor Factory
Hubei Delphi Automotive Generator
Hyundai Motor Company
I.U.P.U.I.
IBM Corporation
Ideal Technology Solutions U.S. Inc
Indiana-American Water Comp
Indiana-Michigan Power Comp IN
Indianapolis Power & Light Co
Industrial Energy Users – Ohio
Inovise Medical, Inc.
Integrated Therapeutics Group, Inc.
Intel Corporation
Intellectual Property Mining (IPM)
Intercall
JLT Services Corporation
John Ross & Associates
Johns Hopkins University
JSP Affiliates
JSP America, Inc.

ATTORNEY WORK PRODUCT
PRIVILEGED & CONFIDENTIAL

JSP International Ltd.
JSP International s.a.r.l.
JSP Trading, Inc.
Jupiter Securitization Corporation
Kaiser Aluminum and Chemical
Kale Oto Radyator
KDAC (magna steer)
KDAC (Sublicense) Shye Shyang Mechanical
    Industrial
Kitco Fiber Optics
Kokomo Gas & Fuel Company IN
Kokomo Wastewater (City of) IN
KPL (Western Resources) KS
Kuo Yih Hsing Enterprise Co. Ltd (KYHE)
Kyungshin Industrial Company Ltd and Bolim
Lear Corporation
Level 9
Limestone County Commission AL
Limestone County Wtr & Swr AL
LiveDevices Inc
Lockheed Martin Energy Systems (Oak Ridge
    Lab)
Lockport (City of) NY
Lockport Energy Associates NY
Logikos
Lord Corporation
Lord Corporation Supply and Development
    Agreement
Lucent Technologies Inc.
Magic Valley Electric Coop USA
Magnavox Government and Industrial Electronics
    Company
Magnetoelastic Devices
Manzai
Matsushita Electric Corporation of America
Matsushita Electrical Industrial Company
MCI Worldcom Communications, Inc.
Medco Health Solutions Inc
Medstat Group, Inc.
Metlife
Metlife (Dental)
Metropolitan Life Insurance Company
Middle East Battery Company
Mikuni
Miller Engineering Services, Incorporated
Mississippi Power Company
MMT SA
Moldflow Corporation
Monroe County Water Authority NY
Montgomery City San Eng Dept OH
Motores y Aparatos Electricos de Durango S.A.
    de C.V.
Moving Magnet Technologies SA (MMT)
MPEG LA
M-Plan
MRI

NASA
National Foot Care Program, Inc
Navigation Technologies
NCC Liteflex Donation (National Composite
    Center)
NCMS Kinetic Spray
NCMS LAV
NCQA (National Committee for Quality
    Assurance)
New Brunswick (City of) NJ
New York Power Authority
New York State Elec & Gas NY
Nextel
Nextel West Corp.
Niagara Mohawk  NY
Nokia Corporation
North Alabama Gas District AL
North American Philips Corporation
NY State Elec & Gas
Oak Creek (City of) WI
Ohio Edison Company
Oil Chem Inc USA
Olathe (City of) KS
OneOK Energy Marketing OK
Orbital Fluid Technologies
Peng Tan Settlement
Pepco Energy Services, Inc. (PES)
Portage Cnty Wir Resources OH
Premacare
PSE&G NJ
Purdue University
R&D Enterprises
Raufoss ASA
Raytheon Company
Remy International, Inc.
Rineco Chemical Industries USA
Rochester (City of) NY USA
Rochester Gas & Electric NY
Saginaw (City of) Wir & Swr MI
Saginaw Deutschland
Saginaw Norinco Lingyun Drive Shaft
Saginaw Zhejiang Xiao Shan Steering
Samlip Industrial Company
Sanden Corporation
Sanden International
Satyam
SBC Ameritech
SBC Global Services, Inc.
Scantron
Scroll Laboratories, Inc.
SDACC
Shanghai Automotive Brake Systems
Shanghai Automotive Brakes Corp.
Shanghai Delco International Battery Company
    Ltd
Shanghai Delphi Auto Air Conditioning Systems

ATTORNEY WORK PRODUCT
PRIVILEGED & CONFIDENTIAL

Shanghai Delphi Automotive Door Latch
Shanghai Ek-Chor General Machinery
Shanghai Hezhong Automobile Company (Export & Import)
Shanghai Huizhong Automotive Mfg. Co.
Shanghai Saginaw Dongfeng Steering Gear
SHPPS/Health International, Inc.
SkyTel
Societe Francaise Des Ammortisseurs (DeCarbon)
Sonceboz SA
Southern California Edison
Sprint
Sprint Spectrum, L.P.
Sprint United
SRI International
Stant Manufacturing (Gates)
State of Indiana
State Street Bank and Trust Company
Steward Inc.
Tai Yue
Takata
TCS
Techcentral LLC
TechSolve
Teknit
Tennessee Valley Authority
Test Products, Inc.
TGI Direct
The Bank of Tokyo-Mitsubishi, Ltd., New York Branch
The Regents of the University of Michigan
The Whitaker Corporation
TI Group
Time Warner
Tom Giannulli Inc., dba Caretools, Inc.
Tom Kelley
Toshiba Corporation
Toyota Motor Company
Toyota Motor Corporation
Trilogy Plastics
Tripac International
Troy (City of) MI
Tulsa Utils Svc (City of) OK
TXU Energy Retail Company LP
TXU Energy TX
UBE Industries (America), Inc.
UBE Industries, Ltd.
UBE Machinery Sales
UGC
Unisia Jecs Corporation
United Health Care Insurance Company
USAF/AFRL
Valence Technology Cayman Islands Inc.
Valence Technology Inc.
Value Options, Inc. (Value Behavioral Health)

Vandalia (City of) OH
VDO Control Systems
VDO North America
Verizon
Verizon Wireless
Verizon Wireless
Verizon Wireless Messaging
Warren (City of) Util Srvcs OH
Warren City of Pollution Control
Wayne State University
Whitaker (from Specialty Electronics)
Wisconsin Electric Power Co WI
Wyoming (City of) MI
XM Satellite Radio, Inc.
Yubei Machine Factory
Zenith Fuel Systems
Zhejiang Delphi Asia Pacific Brake (Yatal)
Zoe Medical, Inc.

**(N)   SECURED FINANCIAL CREDITORS**

See (C) above.

**(O)   LIENHOLDERS AND OTHER SIGNIFICANT LENDERS**

Air Liquide Industrial US LP
American Equipment Leasing, a division of EAB Leasing Corp.
Ameritech Credit Corporation
Applied Industrial Technologies, Inc.
Applied Industrial Technologies-ABC, Inc.
Applied Industrial Technologies-DBB, Inc.
Applied Industrial Technologies-Dixie, Inc.
Applied-Michigan, Ltd.
Assembleon America Inc.
Associates Leasing, Inc.
AW Miller Technical Sales, Inc.
Bank of Lincolnwood
Bank One Michigan
Bank One, NA
Bell Microproducts, Inc.
Canon Financial Services Inc.
Cardinal Machine Company
Cashcode Company, Inc.
Centura Bank
Charmilles Technologies
CIT Communications Finance Corporation
CIT Systems Leasing
CIT Technologies Corporation
Citicorp Vendor Finance, Inc.
Commercial Tool & Die, Inc.
Compaq Financial Services Corporation
Computer Sales International, Inc.
Credit Lyonnais, S.A., Cayman Islands Branch
Crown Credit Company

**ATTORNEY WORK PRODUCT**
**PRIVILEGED & CONFIDENTIAL**

Cupertino National Bank c/o Greater Bay Capital
Daewoo Heavy Industries America Corporation
Dell Financial Services LP
Delphi Automotive Systems Corporation
DRE Depositor Corp.
Fifth Third Bank (Western Michigan)
First Bank of Highland Park
First Bank of Highland Trust
GE Polymerland, Inc.
General Electric Capital Asset Funding
Hitachi Credit America Corp.
Hubbard Supply Company
Husky Injection Molding Systems, Inc.
Icon SPK 2023-A LLC
ICX Corporation
In re: Bobby's Kitchen
Information Leasing Corp.
IOS Capital, LLC
Juki Automation Systems, Inc.
Kensington Capital Corporation
Kyocera Mita America, Inc.
LaSalle Bank National Association
LaSalle National Leasing Corporation
Lease Plan USA, Inc.
Leasenet Group, Inc.
Magid Glove & Safety Mfg. Co. LLC
Makino Inc.
Metlife Capital LP
Miami Industrial Trucks Inc.
Michele D'Andrea
Milacron Marketing Company
Minolta Business Solutions, Inc.
Minolta Business Systems, Inc.
Mori Seiki USA Inc.
Motion Industries Inc.
Motorola Credit Corporation
Motorola, Inc.
Murata Wiedemann Inc.
Northern Michigan Tool Company
OCE Financial Services, Inc.
OCE North America, Inc.
OCE-USA Inc.
Okuma America America Corporation
Omega Tool Corporation
Pacific Rim Capital, Inc.
Pullman Bank & Trust Company
Rave Financial Services Inc.
Relational Funding Corporation
Renaissance Capital Alliance, LLC
Rutherford Cooke et al.
Sentry Financial Corporation
Sentry Financial, Inc.
Shaltz Fluid Power
Southern Pacific Bancapital
TCF Leasing, Inc.
Tennant Financial Services

The Huntington National Bank
The Peltz Group, Inc.
Toshiba American Information Systems Inc.
Toyota Motor Credit Corporation
UMB Bank Colorado, N.A.
Van Dorn Demag Corporation
Varilease Corporation
Wells Fargo Bank Northwest, Trustee
Windsor Mold Inc.
Xel Communications, Inc.

**(P)    MAJOR CUSTOMERS**

Adam Opel AG
Aftermarket
AGco Parts Div-D7e50 Caterpillar
AGco-Jackson Operation
ArvinMeritor
AZ Automotive
Benteler
Best Buy Co. Inc.
BMW
BMW Group
Bosch
Cannon Group Ltd
Caterpillar
Caterpillar-Joliet
Circuit City Stores Inc
Collins & Aikman
Cummins
Daihatsu
DBM Tech.
Delphi – Allied Sales
DK Packaging
Espackdis SA
Fiat Automotives SA
Fiat Group
Ford Group
Fuji Heavy Industries
General Motors de Mexico S de Rl
General Motors de Mexico S Derlspom
General Motors do Brasil Ltda
General Motors Powertrain
General Motors S Africa (Pty) Ltd
GM de Argentina S A
GM Espana SA
GM Holden Ltd
GM Powertrain
GM SPO
GMIO
GMNAO
Harley Davidson
HMH Group
Honda
Isuzu Group
Isuzu Motors Europe Ltd

**ATTORNEY WORK PRODUCT
PRIVILEGED & CONFIDENTIAL**

Isuzu Motors Polska Sp Zo O
Johnson Controls
Kautex
Koltec BV
Magna Intier
Mercedes-Benz U.S. International, Inc.
Mitsubishi
Modatek
Napa Dist Center
Navistar International
New Wave Enterprises (Belgium) NV
Nissan
Paccar
Perkins Engines Company Ltd
Power & Signal Group
Promotora
PSA Group
Renault
Rover
Saab Automobile AB
Saab Automobile Parts
Standard Motor Products Inc
Suzuki Group
Toyota
Vauxhall Motors Ltd
Visteon
Volkswagen AG
Volvo Truck
VW Group
Wal-Mart Stores CE
XM Emall LLC
Yorozu

**(Q)    MAJOR SUPPLIERS**

A Agrati SPA
AASP – PA
AB SKF
Aceralia Tubos SL
Acome Societe Cooperative De Produc
Advanced Micro Devices
Affinia Group Holdings Inc
AFX
Agfa Corporation
Agfa-Gevaert N.V.
Agilent Tech. (M) Sdn Bhd
Aksys, Ltd.
Alcan Inc
Allevard Springs Ltd
Alpine Group Inc, The
Aluminum Co of America
Amak Brake LLC
American Discount Supply, Inc.
American President Lines Ltd
Amphenol Corp
Amtek Engineering Ltd

Analog Devices GmbH
Analog Devices Inc
Android Industries LLC
Aplicaciones de Metales Sinterizado
Applied Biosystems
ARC Automotive Inc
Arnold Transportation
Asahi Glass Co
ASEC Manufacturing Sales
Austria Microsystems AG
Autocam Corp
Autoliv ASP Inc
Automatizacion y Disenos
Automotive Traning Schools
B&A Enterprises
BAX Global
BBK Ltd
Benteler Automotive
Berger GmbH & Co Holding KG
Bing Metals Group Inc
Binter SA
Bitron Industrie SpA
Boco Pty Ltd
Bosch Automotive Systems Corp
Brazeway Inc
Brite Smile
Brite Smile Center
British Vita PLC
BTV Holding GmbH
Bus Electronik Gmbh
Calsonic Corp
Cambrex Bio Science
Cami
Campbell Marshall E Co
Cardinal Health
Cardinal Health Canada 301, Inc
Carlisle Companies Inc
Carringworth Ltd
Carter Group Canada Inc
Caterpillar Engine Systems
Centra Inc
CF Gomma SPA
CIE Automotive SA
Clarion Corp Of America
Coinstar
Commissariat a l'Energie Atomique
Compagnie Industrielle de Delle
Contech
Continental Gummi-Werke AG
Corus LP
CTS Corp
Curiel Estrada Jorge
Cyro Industries
D&R Technology LLC
Daewoo Heavy Industry America
Dayco Products LLC

DBG Tool & Machine
Deloitte & Touche
Denso International America
DHL Danzas Air & Ocean
Direct Sourcing Solutions
DMC 2 Canada Corporation
Dove Equipment Co Inc
Dr Johannes Heidenhain-Stiftung GmbH
DTE Coal Services
Duluth Services
E I Dupont de Nemours & Co Inc
Eco-Bat America LLC
Egelhof SA
Ekm-Knobloch GmbH
Elgin Industries
Engelhard Corporation
Engineered Plastic Components Inc
Enricau Cesar Vuarchex Industries
Epcos AG
Essex Group Inc
Everest Biomedical Instruments
Federal Express Corporation
Federal Mogul Corp
Fedex Trade Networks
Feintool International Holding
Fernandez Racing LLC
Fibrax Ltd
Folketrygdfondet
ForHealth Technologies, Inc.
Fountain Construction Co
Freescale Semiconductor Inc
Fujitsu Ltd
Furukawa Electric Co Ltd
Futaba Corp
Gambari International
GE Medical Systems
General Electric Capital
Georg Fischer AG
Giovanni Agnelli EC SAPA
GKN PLC
GM – AC Delco
GM Daewoo Auto & Technology Co
Great Lakes Tape Corp
Green, Ernie Industries Inc
Groupe Rencast
Haemoscope Corporation
Handy & Harman
Hanwha Corp Poun Plt
Helicor, Inc.
Hella Kgaa Hueck & Co
Henkel KGAA
Hennessey Capital Solutions
Hewlett-Packard Co.-Roseville
Hewlett-Packard Company
Hewlett-Packard GmbH
Hewlett-Packard Singapore

Hewlett-Packard/San Jose
Hinojosa Ramos Jesus Alfredo
Hitachi Automotive
Hitachi Chemical Asia Pacific
Holden Ltd
H-P Asia Pacific Pte. Ltd.
HP Financial Services Cntr.
HP International SARL
HP Smartbuy
HPC Engineering PLC
HP-Colorado Springs
HP-FORT COLLINS
HP-San Diego HID
HSS LLC
Hub Group Associates Inc
Hubert Stueken GmbH
Hyo Seong Electric Co Ltd
IAPA
Ina-Schaeffler KG
Inogen
Inotherapeutics
Intec Group
Interamerican Trade Corp
Intermet Corporate
International Rectifier Corp
International Truck & Engine
Inzi Controls Co Ltd
ISI of Indiana Inc
Ispat International NV
ITW Shakeproof Automotive
ITW Tomco
JCI
Johann Albert Freund
John Deere
Johnson Matthey Plc
Jvs Eqtos P/Autom Indl Ltda
Kataman Metals Inc
Keller Group Inc
Key Safety Systems Inc
KLA Tencor Corp
Koa Speer Electronics Inc
Koninklijke Philips Electronics NV
Koyo Seiko Co Ltd
KPMG LLP
KS Centoco
L-3 Communications
Leaseway Transfer Pool
LeftHand Networks
Leoni AG
Lexington Connector Seals
Lexington Precision Corp
Littelfuse Inc
LS Cable Ltd
Lunal
M&Q Plastic Products Inc
Madison-Kipp Corp

Marian, Inc
Matco Tools
Meadwestvaco Corp
Mecaplast
Medical Simulation Corporation
Medrad
Medtronic Navigation
Melling Tool Company
Metal Blanc SA
Metaldyne Corporation
Methode Electronics Inc
Michael Baker, Inc.
Microchip Technology Inc
Microsoft Services
Minebea Co Ltd
Mitsubishi Electric
Motorola Automotive
MSX International Inc
Muhr und Bender KG
Multitronics Inc
Murata Manufacturing Co Ltd
Nabco Inc
National Auto Radiator
National Logistics
National Semiconductor
NEC Electronics Inc
Niles Co Ltd
Ningbo Huaxiang Electronic Co Ltd
Nissho Iwai American Corp
Niton Corporation
Noranda
Norandal USA INC
North American Operations
NuVasive, Inc.
Ogura Corp
OKI Semiconductor
Olin Corp
Omega Automation Inc
Omron Corp
Onex Corp
Ontario Holding International Bv
Ophthonix, Inc.
Pacific Group Ltd
Paid Prescriptions LLC
Pam Dedicated Inc
Panasonic Automotive
Parker Hannifin Corp
Particle Measuring Systems Inc
PBR Automotive USA LLC
PBR Columbia LLC
PEK Co Ltd
Philips Semiconductors
Pioneer Corp
Pixley Richards Holding Inc
PJAX
Plansee Holding AG

Plasco Inc
Plymouth Rubber Co Inc
Point 5 Technologies
Point Dedicated Services
Pollak Engineered Products
Precision Turbo & Engine Reb.
Pressac
Prettl de Mexico SA de CV
Progressive Moulded Products Ltd
Protrans International Inc
PT Infineon Technologies Batam
Republic Engineered Products Inc
Rescue Technology
Reviva
Robert Bosch Corporation
Robin Industries Inc
Rohm Co Ltd
RSR Corporation
Ryder Integrated Logistics
S.E. Power Systems Orlando
SA Dehuit
Samtech
Sansho Giken Co Ltd
SAS Comte
Schulte & Co Gmbh
Securitas Security
Selectron Corp
Senko America Corporation
Sensus Precision Die Casting Inc
Serigraph Inc
Setech Inc
Setforge
SGS Thomson
Shanghai Ming Fang Autoparts Co Ltd
Siemens Automotive Ltd
Sirva Relocation
Societe Industriele de Sonceboz SA
Sony Ericsson Mobile
Spartech Corp
Spirent Plc
SPX Corp
Stelco GmbH Electronic Components
Stmicroelectronics Holding NV
Stoba Praezisionstechnik GmbH & Co
Storage Tek
Sumitomo Electric Industries Ltd
Sun Refining & Marketing
Sunrise Medical HHG, Inc.
Sunrise Medical Ltd
Syncron-Eifler Ipari Es Kereskedelm
Taigene Electric Machinery Co Ltd
Taiho Corporation Of Europe Kft
Tamsco, Inc. (US Gov't)
Tata America Intnl Corp
Tawas Industries Inc
Technitrol Inc

Technologia Modificada SA de Caterpiller
Teklas Kaucuk Sanayi Ve Ticaret AS
Teknia Manufacturing Group SL
The Swatch Group
Thevenin (Fonderie)
Tire Industry Foundation
Tokico Ltd
Tomkins PLC
Torrington Co
Total SA
Toyo Clutch Co Inc
Toyota Tsusho Corp
TPG Advisors Inc
Trelleborg AB
Trianon Industries Corp
TRW Automotive Holdings Corp
Tyco Electronics Corp
Tyco International Ltd
UBS AG
Umicore SA
Unigraphics Solutions Inc
US Steel Corporation
USA Technologies, Inc.
UVA Machine Company
Valeo Climate Control USA
Valeo SA
Valley Trucking Co Inc
Vallourec
Vanguard Distributors Inc
Verilink Corporation
Viasystems Canada Inc
Victory Packaging Inc
Vishay Intertechnology
Visteon Automotive Systems
Volvo do Brazil Veiculos Ltda.
Volvo Parts North America, Inc.
Wanxiang Group Corp
Waupaca Foundry Inc
Wheeler Brothers Inc.
WHX Corp
Wiederholt GmbH Vincenz
Wieland Werke AG
Wilh Werhahn
Wren Industries Inc
Yazaki Corp
Zeppelin-Stiftung

**(R)    LETTER OF CREDIT ISSUERS AND
BENEFICIARIES**

C.N.A.
Federal Environmental Protection Agency
Fraccionadora Industrial del Norte, S.A. de C.V.
GMACCM Asset Management de Mexico
Michigan Department of Environmental Quality
New Jersey Environmental Protection Agency

Ohio Environmental Protection Agency
Orange County Health Care Agency
ProLogis-Juarez (2) Investment, LLC
Reliance Insurance Company
RLI Surety
Safeco Insurance
State of Alabama Dept of Industrial Relations
State of Georgia, Workers' Compensation Board
State of Kansas, Workers' Compensation Board
State of New York, Workers' Compensation
Board
Toronto Dominion Bank

**(S)    STATE AND OTHER GOVERNMENTAL
AUTHORITIES WITH AN INTEREST IN
THE COMPANY**

ADEM – Water Division – Compliance Unit of
Ground Water Branch (Alabama)
ADEQ Tanks Program Division – Inspection and
Compliance Unit (Arizona)
Air Resources Board (ARB) (California)
Alabama Department of Environmental
Management (ADEM)
Arizona Department of Environmental Quality
(ADEQ)
California Environmental Protection Agency:
(Cal EPA)
Certified Unified Program Agencies (CUPA)
(California)
Colorado Department of Public Health and
Environment (DPHE)
Department of Toxic Substances Control
(California)
Georgia Department of Natural Resources
IDEM – Office of Land Quality (Indiana)
Illinois Environmental Protection Agency
Indiana Department of Environmental
Management (IDEM)
Integrated Waste Management Board (CIWMB)
(California)
Internal Revenue Service
Kansas Department of Health & Environment
KDHE – Bureau of Environmental Remediation –
Storage Tank Section (Kansas)
Kentucky Environmental and Public Protection
Cabinet
Minnesota Pollution Control Agency
Mississippi Department of Environmental Quality
Missouri Department of Natural Resources
New Jersey Department of Environmental
Protection
New York State Department of Environmental
Conservation (NYSDEC)
NYSDEC

Office of Environmental Health Hazard
Assessment (OEHHA) – Prop 65 (California)
Ohio Department of Commerce
OHSA
Oklahoma Corporate Commission
Oklahoma Department of Environmental Quality
Pennsylvania Department of Environmental
Protection
Pension Benefit Guaranty Corporation (PBGC)
Regional Air Pollution Control Agency (RAPCA)
(Ohio)
South Carolina Department of Health and
Environmental Control
State Department of Health Services, Office of
Drinking Water (California)
State Regional Water Quality Control Boards
(California)
State Water Resources Control Board (SWRCB)
(California)
Tennessee Department of Environmental &
Conservation
Texas Commission on Environmental Quality
U.S. Department of Transportation
U.S. Environmental Protection Agency
Wisconsin Department of Natural Resources

**(T)    UNIONS REPRESENTING COMPANY
EMPLOYEES**

AFL-CIO Local 755
AW Local 286
EAST – Electronic and Space Technicians
EAST Local 1553
Electronic and Space Technicians Local 1553
IAM & AW – International Association of
Machinists and Aerospace Workers
IAM Local 78
IBEW – International Brotherhood of Electrical
Workers
IBEW Local 663
International Association of Machinists, AFL-
CIO Tool and Die Makers Lodge 78
International Brotherhood of Electrical Workers,
AFL-CIO Local 663
International Union of Operating Engineers Local
101-S
International Union of Operating Engineers Local
18-S
International Union of Operating Engineers,
Local No. 101
International Union, United Automobile,
Aerospace and Agricultural Implement
Workers of America (UAW)
IUE Local 1111
IUE Local 416
IUE Local 698

IUE Local 709
IUE Local 711
IUE Local 717
IUE Local 718
IUE Local 755
IUE Local 801
IUE, AFL-CIO Local 698
IUE, AFL-CIO Local 711
IUE, AFL-CIO Local 718IUE
IUE-CWA – International Union of Electronic,
Electrical, Salaried, Machine & Furniture
Workers – Communications Workers of
America
IUE-CWA Local 1111
IUE-CWA Local 416
IUE-CWA Local 709
IUE-CWA, AFL-CIO Local 801
IUE-CWA, AFL-CIO,CLC Local 717
IUE-CWA, The Industrial Division of the
Communications Workers of America, AFL-
CIO, CLC
IUOE – International Union of Operating
Engineers
IUOE Local 832S
UAW – United Automobile, Aerospace and
Agricultural Implement Workers of America
UAW Amalgamated Local 292
UAW Amalgamated Local 686
UAW Local 1021
UAW Local 1097
UAW Local 167
UAW Local 1866
UAW Local 2031
UAW Local 2083
UAW Local 2151
UAW Local 2157
UAW Local 2188
UAW Local 2190
UAW Local 2195
UAW Local 286
UAW Local 292
UAW Local 438
UAW Local 467
UAW Local 651
UAW Local 662
UAW Local 686, Unit 19
UAW Local 696
UAW Local 699
UAW Local 913
UAW Local 969
UAW, International Union, United Automobile,
Aerospace and Agricultural Implement
Workers of America
United Steelworkers of America
United Steelworkers of America AFL-CIO/CLC,
Local Union 87

ATTORNEY WORK PRODUCT
PRIVILEGED & CONFIDENTIAL

USW Local 87
USWA – United Steelworkers of America AFL-
  CIO/CLC

**(X)**    **OTHER MISCELLANEOUS INTERESTED
PARTIES**

Consumer Electronic Product Line
Vehicle Electronic Product Line