UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
In re                                                   :    Chapter 11
                                                        :
DELPHI CORPORATION, et al.,                             :    Case No. 05-_____ (___)
                                                        :
                              Debtors.                  :    (Jointly Administered)
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DECLARATION AND STATEMENT OF DAVID L. RESNICK
UNDER FED. R. BANKR. P. 2014 AND 2016 IN SUPPORT OF
APPLICATION FOR ORDER UNDER 11 U.S.C. §§ 327(a)
AND 328 (I) AUTHORIZING EMPLOYMENT AND RETENTION
OF ROTHSCHILD INC. AS FINANCIAL ADVISOR AND INVESTMENT
 BANKER TO DEBTORS AND (II) SCHEDULING FINAL HEARING THEREON

David L. Resnick, under penalty of perjury, declares and says:

1.    I am a Managing Director at the financial advisory and investment banking

firm of Rothschild Inc. ("Rothschild"), which maintains its principal office at 1251 Avenue of

the Americas, New York, New York 10020.  I am authorized to execute this declaration and

disclosure statement (this "Declaration") on behalf of Rothschild.  I submit this Declaration

under sections 327(a) and 328 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as

amended (the "Bankruptcy Code") and Rules 2014 and 2016 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules") in support of the Application For Order (the "Order") Under

11 U.S.C. §§ 327(a) And 328 (I) Authorizing Employment And Retention of Rothschild Inc. As

Financial Advisor and Investment Banker To Debtors And (II) Scheduling A Final Hearing

Thereon (the "Application"), filed contemporaneously herewith by Delphi Corporation

("Delphi") and certain of its direct and indirect subsidiaries, as debtors and debtors-in-possession

in the above-captioned cases (collectively, the "Debtors" or "Company").  Except as otherwise

indicated, I have personal knowledge of the matters set forth herein and if called as a witness,

would testify competently thereto.[1]

<u>Qualifications Of Professionals</u>

2.    Rothschild is a member of one of the world's leading independent investment

banking groups, with expertise in domestic and cross-border mergers and acquisitions,

restructurings, privatization advice, and other financial advisory services, and with particular

experience in providing high-quality investment banking and financial advisory services to

financially troubled companies.  Rothschild, a member of the National Association of Securities

Dealers and the Securities Investor Protection Corporation, is a private firm with approximately

250 employees in the United States that maintains offices in New York and Washington, D.C.

Rothschild is highly qualified to advise on strategic alternatives, and its professionals have

extensive experience in deals involving complex financial and operating restructurings.

3.    Rothschild and its professionals have extensive experience working with

financially troubled companies from a variety of industries in complex financial restructurings,

both out-of-court and in chapter 11 cases.  Rothschild's business reorganization professionals

have served as financial and strategic advisors for debtors, creditors, and other constituents in

numerous chapter 11 cases, including, among others, Atlantic Express Transportation, Inc.;

Barney's, Inc.; Bedford Fair Industries; Comdisco, Inc.; Crown Vantage, Inc.; Edison Brothers

Stores, Inc.; Federal-Mogul Global, Inc.; Geneva Steel Company; Globe Manufacturing;

Guilford Mills, Inc.; Heartland Steel; HomePlace, Inc.; International Wire Group, Inc.; James

River Coal Company; Key Plastics LLC; La Roche Industries, Inc.; Leiner Health Products, Inc.;

MicroCell Communications, Inc.; Mpower Holdings Corp.; New World Pasta Company; Pacific

---

[1]    Certain of the disclosures herein relate to matters within the knowledge of other professionals at Rothschild
and are based on information provided by them.

Gas & Electric Company; Service Merchandise Corp.; Solutia Inc.; Special Metals Corporation; Superior Telecom Inc.; The FINOVA Group Inc.; Thermadyne Holdings Corp.; Thorn Apple Valley, Inc.; Trans World Airlines; Today's Man, Inc.; UAL Corporation; Viasystems Group, Inc.; Wilcox & Gibbs, Inc.; and Zenith Electronics, Inc.

4.    Rothschild also has considerable expertise in advising on restructuring and merger and acquisition transactions in the automotive sector, involving, among others, Federal-Mogul Global, Inc., Guilford Mills, Inc., Key Plastics LLC, Oxford Automotive, Inc., Peguform GmbH, Sanluis Corporacion, Textron, Inc., Tower Automotive, Inc., Venture Holdings, Inc., and Visteon Corporation.

5.    Since May 1, 2005, Rothschild has provided services to the Debtors in connection with their restructuring efforts.  Rothschild was initially retained together with Rohatyn Associates LLC ("Rohatyn") as its co-advisor to assist and advise the Debtors in evaluating strategic alternatives and their implementation pursuant to the terms of a letter agreement dated May 1, 2005 and attached hereto as Exhibit 1 (as amended, modified or supplemented from time to time, the "Engagement Letter").[2]

6.    Prior to the Petition Date, Rohatyn and Rothschild jointly provided financial advisory and investment banking services under the Engagement Letter.  In connection therewith, Rothschild and Rohatyn commenced investigations of a range of possible strategic alternatives.  Consistent with its primary expertise, Rohatyn focused its efforts on the evaluation of proposals from private equity firms for an out-of court investment in Delphi.  Rohatyn led due diligence efforts for several private equity firms and participated in meetings and negotiations.

---

[2]    Capitalized terms used but not defined herein shall have the meanings assigned to them in the Engagement Letter.

7.    The Debtors, Rothschild, and Rohatyn agreed that Rohatyn would discontinue the engagement and that Rothschild would assume all duties under the Engagement Letter as sole financial advisor and investment banker to the Debtors, in the event that the Debtors determined to commence bankruptcy cases in order to pursue a restructuring.

8.    By mutual agreement, the Debtors, Rothschild, and Rohatyn amended the Engagement Letter to reflect Rohatyn's withdrawal from the engagement and the termination of Rohatyn's duties thereunder, effective as of October 2, 2005.  Rothschild has agreed to assume such duties as sole financial advisor and investment banker under the Engagement Letter.

9.    In providing professional services to the Debtors, Rothschild has worked closely with the Debtors' management and other professionals and has become well-acquainted with the Debtors' businesses, capital structure, financial affairs, and related matters.  Rothschild's accumulated experiences and expertise in this regard makes it uniquely qualified to provide continued financial advisory and investment banking services that are essential to the Debtors in these chapter 11 cases.  Rothschild believes that these experiences will facilitate the continued provision of the services required by the Debtors in these chapter 11 cases.

<u>Services To Be Rendered</u>

10.    If the Application is approved, Rothschild will continue to render financial advisory and investment banking services to the Debtors as needed throughout the course of these chapter 11 cases, as contemplated by, and in accordance with the terms of, the Engagement Letter.

<u>Professional Compensation</u>

11.    During the one-year period preceding the Petition Date, the Debtors paid Rothschild approximately $1,590,533.51 in respect of services rendered pursuant to the Engagement Letter and expenses incurred in relation thereto (including with respect to the

services rendered by Rohatyn).  Additionally, pursuant to the Engagement Letter, the Debtors

provided Rothschild with a $250,000 retainer to be applied against the fees and expenses of

Rothschild thereunder (the "Retainer").  The Retainer was billed by Rothschild to the Debtors

within approximately two weeks of the final execution of the Engagement Letter, and paid by the

Debtors to Rothschild approximately one month thereafter.

        12.    To the best of my knowledge, the Debtors do not owe any amounts to

Rothschild in respect of prepetition fees and expenses.  A schedule identifying the Debtors'

payment of the Retainer and prepetition payments is set forth below:

| Date of Invoice | Date of Payment | Fees Paid | Expenses Paid |
|---|---|---|---|
| 6/30/05 | 8/02/05 | $250,000.00 | $0.00 |
| 6/30/05 | 8/02/05 | 750,000.00 | 17,937.67 |
| 7/27/05 | 8/25/05 | 250,000.00 | 0.00 |
| 8/25/05 | 9/30/05 | 250,000.00 | 39,871.17 |
| 9/26/05 | 9/30/05 | 250,000.00 | 32,724.67 |
| | Total: | $1,750,000.00 | $90,533.51 |

        13.    Rothschild respectfully refers interested parties to the Engagement Letter for

a full recitation of the proposed terms of Rothschild's compensation.  In summary, if the

Application is approved, Rothschild will be entitled to receive the following fees in cash:

      (e)    A $250,000 per month cash advisory fee (the "Monthly Fee"), payable in advance on the first day of each month.  The initial Monthly Fee shall be pro-rated based on the commencement of services as of the Engagement Letter Date and shall be due and payable by the Company upon the execution of the Engagement Letter.

      (f)    A fee of $15 million (the "Completion Fee"), due and payable in cash upon the earlier of (i) the effective date of a plan of reorganization that provides for, pursuant to the terms of a binding written agreement, the consummation of a Transaction or (ii) the closing of another Transaction; provided, that Rothschild has agreed to credit against the Completion Fee

(a) 50% of any M&A Fees indefeasibly paid (the "M&A Fee Credit"); (b) 50% of any New Capital Fees indefeasibly paid (the "New Capital Fee Credit"); and (c) to the extent not otherwise applied against the fees and expenses of Rothschild under the terms of the Engagement Letter, the Retainer; provided that the sum of the M&A Fee Credit and the New Capital Fee Credit shall not exceed the Completion Fee.

(g)    In the case of any M&A Transaction for which Rothschild is designated by the Company as the Company's primary advisor and investment banker and does not arise out of a Transaction for which a Completion Fee is due under the immediately preceding paragraph, a fee (the "M&A Fee") equal to the product of (i) the Aggregate Consideration times (ii) the applicable M&A Fee Percentage, each as specified in Exhibit C to the Engagement Letter, which M&A Fee shall be due and payable in cash at the closing of such M&A Transaction.

(h)    A new capital fee (the "New Capital Fee") equal to (i) 1.0% of any senior secured debt raised, (ii) 3.0% of the face amount of any junior secured or senior or subordinated unsecured debt (including any convertible debt) raised, and (iii) 5.0% of any equity or hybrid capital raised (each a "New Capital Raise"), in each case, in which Rothschild is designated by the Company as the Company's primary advisor and investment banker.  The New Capital Fee shall be due and payable in cash at the closing of any New Capital Raise; provided, that no New Capital Fee shall become payable in respect of any new capital raised (a) in the event the Company files a chapter 11 case, any debtor-in-possession financing arrangements, (b) from an entity not otherwise participating in or having expressed an interest in participating in a Transaction, or (c) from an Acquirer or an entity having expressed an interest in becoming an Acquirer in connection with the consummation of a Transaction which is intended to occur simultaneously with or within a reasonable period after the closing of such New Capital Raise.

(i)    An opinion fee, payable in cash upon notification to the Company that Rothschild is prepared to deliver its Opinion, in an amount to be negotiated in good faith at the time such Opinion is requested by the Company based upon customary fees for such services.

(j)    To the extent the Company requests that Rothschild perform additional services not contemplated by the Engagement Letter, such additional fees as shall be mutually agreed upon by Rothschild and the Company, in writing, in advance.

(k)    The Company will reimburse Rothschild for its reasonable expenses incurred in connection with the performance of its engagement under the Engagement Letter, and the enforcement of the Engagement Letter, including without limitation the reasonable fees, disbursements and other

charges of Rothschild's counsel; provided, that the retention of any such counsel shall only be made with the Company's consent, which shall not be unreasonably withheld except in the case of legal services which are not customarily required in connection with the performance of the services to be provided under the Engagement Letter. Reasonable expenses shall also include, but not be limited to, expenses incurred in connection with travel and lodging, data processing and communication charges, research, and courier services. The Company shall promptly reimburse Rothschild for expenses upon presentation of an invoice or other similar documentation with reasonable detail.

14.    The Company and Rothschild acknowledge and agree that (a) the hours worked, (b) the results achieved, and (c) the ultimate benefit to the Company of the work performed, in each case, in connection with this engagement may be variable, and the Company and Rothschild have taken such factors into account in setting the fees under the Engagement Letter; provided, however, that with respect to the hours worked, Rothschild shall devote whatever resources as are required to fulfill the purposes of this engagement on a timely basis.

15.    In the event that this Court approves the retention of Rothschild by the Company, (a) Rothschild's fees and expenses shall be subject to (i) the jurisdiction and approval of this Court under section 328(a) of the Bankruptcy Code and the Order, (ii) any applicable fee and expense guideline orders, and (iii) any requirements governing interim and final fee applications, and (b) the Company shall pay all fees and expenses of Rothschild under the Engagement Letter as promptly as practicable in accordance with the terms thereof and the orders of this Court governing interim and final fee applications, and after obtaining all necessary further approvals from this Court, if any.

16.    Rothschild intends to apply to this Court for allowance of compensation and reimbursement of expenses in accordance with the procedures set forth in the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules, as those procedures may be modified or supplemented by order of this Court. Consistent with its

ordinary practice and the practice of financial advisors in other chapter 11 cases whose fee arrangements are typically not hours-based, Rothschild ordinarily does not maintain contemporaneous time records or conform to or provide a schedule of hourly rates for its professionals. Therefore, Rothschild requests that it be excused from compliance with such requirements.

Disinterestedness

17. In connection with the preparation of this Declaration, Rothschild reviewed the list of parties-in-interest that Rothschild received from the Debtors (the "Interested Parties"), a copy of which is attached hereto as Exhibit 2.

18. To the best of my knowledge, Rothschild has not represented the entities listed on Exhibit 2 in connection with matters relating to the Debtors, their estates, assets, or businesses and will not represent other entities which are creditors of, or have other relationships with, the Debtors in matters relating to the Debtors, their estates, assets, or businesses.

19. Attached hereto as Exhibit 3 is a list of the Interested Parties with which Rothschild has identified certain dealings unrelated to this engagement. To the best of my knowledge, none of the connections with the entities listed on Exhibit 3 accounts for more than 1% of Rothschild's gross annual revenues, except that 7.1% of Rothschild's gross annual revenues booked during Rothschild's fiscal year ended March 31, 2005 were attributable to work performed for Visteon Corporation ("Visteon"), one of Rothschild's former clients. Visteon or one of its affiliates is identified on Exhibit 3 as (a) a counterparty to a major lease with the Debtors, (b) a major customer of the Debtors, or (c) a major supplier of the Debtors. Rothschild's engagement with Visteon was unrelated to the Debtors and these chapter 11 cases, and such engagement has been completed.

20.    To the best of my knowledge, neither Rothschild, I, nor any other employee

of Rothschild that will work on this engagement has any connection with or holds any interest

adverse to the Debtors, their estates, or the Interested Parties in the matters on which Rothschild

is proposed to be retained, except as set forth on Exhibit 3 and as otherwise set forth below:

(a)    Prior to the commencement of these chapter 11 cases, Rothschild rendered
prepetition financial advisory services to the Debtors as described in the
Application;

(b)    Rothschild is a large investment banking firm and has likely provided
services unrelated to the Debtors for companies and individuals that have
conducted business in the past and/or currently conduct business with the
Debtors, and who may be creditors of the Debtors.  To the best of my
knowledge, Rothschild's services to these parties were and are wholly
unrelated to the Debtors, their estates and these chapter 11 cases;

(c)    As part of its practice, Rothschild appears in numerous cases, proceedings
and transactions involving many different professionals, some of which
may represent claimants and parties-in-interest in the Debtors' chapter 11
cases.  Furthermore, Rothschild has in the past and will likely in the future
be working with or against other professionals involved in these cases in
matters unrelated to this case.  Based on my current knowledge of the
professionals involved, and to the best of my knowledge and information,
none of these business relationships represents an interest materially
adverse to the Debtors herein in matters upon which Rothschild is to be
engaged; and

(d)    Rothschild, through the equity owners of its parent company, Rothschild
North America Inc., has indirect affiliate relationships with numerous
financial advisory and investment banking institutions located worldwide
(the "Affiliated Entities").  However, none of the Affiliated Entities is
being retained in connection with this engagement and none of the
professionals or employees of the Affiliated Entities will provide services
to the Debtors in connection with this engagement.  None of the
professionals or employees of Rothschild has discussed or will discuss the
Debtors' cases with any professional or employee of the Affiliated
Entities.  Thus, there has not been and will not be any flow of information
between Rothschild and any Affiliated Entity with respect to any matter
pertaining to the Debtors or their chapter 11 cases.  Rothschild can make
no representation as to the disinterestedness of the professionals or
employees of the Affiliated Entities in respect of the Debtors' chapter 11
cases.

21.    To the best of my knowledge, Rothschild has not been retained to assist any entity or person other than the Debtors on matters relating to these chapter 11 cases.  If Rothschild's proposed retention by the Debtors is approved by this Court, Rothschild will not accept any engagement or perform any service for any entity or person other than the Debtors in these chapter 11 cases.  Rothschild will, however, continue to provide professional services to entities or persons that may be creditors or equity security holders of the Debtors or Interested Parties in these chapter 11 cases, provided, however, that such services do not relate to, or have any direct connection with, these chapter 11 cases or the Debtors.

22.    Based on the results of the conflicts search conducted to date and described more fully herein, to the best of my knowledge, neither I, Rothschild, nor any officer or employee thereof who will work on this engagement, insofar as I have been able to ascertain, has any connection with the Debtors, their creditors, other parties-in-interest (as reasonably known to Rothschild), their respective attorneys, the Office of the United States Trustee for the Southern District of New York or any person employed by such office with respect to the matters upon which Rothschild is to be engaged, and Rothschild does not, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, hold or represent any interest adverse to the Debtors, their estates, or any class of creditors or equity interest holders, except as set forth herein.

23.    To the best of my knowledge, Rothschild is a "disinterested person" pursuant to sections 101(14) and 327(a) of the Bankruptcy Code, in that its officers and employees:

(a)    are not creditors, equity security holders, or insiders of the Debtors;

(b)    are not and were not investment bankers for any outstanding security of the Debtors;

(c)     have not been, within three years before the date of the filing of the
Debtors' chapter 11 petitions, (i) investment bankers for a security of the
Debtors, (ii) an attorney for such an investment banker in connection with
the offer, sale, or issuance of a security of the Debtors; and

(d)     were not, within two years before the date of filing of the Debtors' chapter
11 petitions, a director, officer, or employee of the Debtors or of any
investment banker as specified in subparagraph (b) or (c) of this
paragraph.

24.    No promises have been received by Rothschild, nor any employee thereof,

as to compensation or payment in connection with these chapter 11 cases other than in

accordance with the provisions of the Bankruptcy Code and the Bankruptcy Rules.  Further,

Rothschild has no agreement with any other entity to share with such entity any compensation

received by Rothschild in connection with these chapter 11 cases, except as permitted under

section 504 of the Bankruptcy Code.

25.    If any new relevant facts or relationships are discovered or arise during the

pendency of these chapter 11 cases, Rothschild will use reasonable efforts to identify such

further developments and will, if appropriate, promptly file a supplemental declaration as

required by Bankruptcy Rule 2014(a).

Pursuant to section 1746 of title 28 of the United States Code, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of October, 2005, at New York, New York.

/s/ David L. Resnick
David L. Resnick
Managing Director

Exhibit 1 to
Resnick Declaration

## ENGAGEMENT LETTER

As of May 1, 2005

John Sheehan
Acting Chief Financial Officer
Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098-2815

Dear Mr. Sheehan:

This letter (this "<u>Agreement</u>") will confirm the terms and conditions of the agreement among Delphi Corporation (collectively with its direct and indirect subsidiaries, the "<u>Company</u>"), Rothschild Inc. ("<u>Rothschild</u>") and Rohatyn Associates LLC ("<u>Rohatyn</u>", and together with Rothschild, the "<u>Advisors</u>") regarding the retention of the Advisors as joint financial advisors and investment bankers to the Company in connection with a possible Transaction, M&A Transaction, New Capital Raise (each as defined below) and/or other transaction or series of transactions involving the Company.

Section 1    Services to be Rendered.    In connection with the formulation, analysis, negotiation and implementation of strategic alternatives relating to the Company, whether pursuant to a Transaction, an M&A Transaction, a New Capital Raise, any series or combination of transactions or otherwise, the Advisors will perform the following services, and, in connection therewith advise the Company, as requested by the Company (collectively, the "Services"):

(a)    to the extent deemed desirable by the Company, identify, review, evaluate and initiate potential Transactions, M&A Transactions, New Capital Raises or other transactions;

(b)    to the extent the Advisors deem necessary, appropriate and feasible, or as the Company may request, review and analyze the Company's assets and the operating and financial strategies of the Company;

(c)    assist the Company in developing and evaluating a range of strategic alternatives to restructure the Company's legacy liabilities, including without limitation the Company's current labor costs, liabilities for pension and other post-employment benefits (collectively, the "<u>Legacy Liabilities</u>");

(d)    review and analyze the business plans and financial projections prepared by the Company including, but not limited to, testing assumptions and comparing those assumptions to historical Company and industry trends;

(e)    evaluate the Company's debt capacity in light of its projected cash flows and assist in the determination of an appropriate capital structure for the Company;

(f)    assist the Company and its other professionals in reviewing and evaluating the terms of any proposed Transaction, M&A Transaction, New Capital Raise or other transaction, in

Rothschild Inc.
1251 Avenue of the Americas
New York, NY 10020
www.rothschild.com

David L. Resnick
Managing Director
Telephone 212 403-5252
Facsimile 212 403-5454
Email david.resnick@us.rothschild.com

Delphi Corporation
As of May 1, 2005
Page 2

responding thereto and, if directed, in developing and evaluating alternative proposals for a
Transaction, M&A Transaction, New Capital Raise or other transaction, whether in connection
with a Plan (as defined below) or otherwise;

(g)    determine values and/or ranges of values (as appropriate) for the Company and
any securities that the Company offers or proposes to offer in connection with a Transaction,
M&A Transaction, New Capital Raise or other transaction;

(h)    determine and evaluate the risks and benefits of considering, initiating and
consummating any Transaction, M&A Transaction, New Capital Raise or other transaction,
including, without limitation, the risks and benefits with respect to the Company's intermediate
and long-term business prospects and strategic alternatives to maximize the business enterprise
value of the Company, whether pursuant to a Plan or otherwise;

(i)    review and analyze any proposals the Company receives from third parties in
connection with a Transaction, M&A Transaction, New Capital Raise or other transaction,
including, without limitation, any proposals for debtor-in-possession financing, as appropriate;

(j)    assist or participate in negotiations with the parties in interest, including, without
limitation, any current or prospective creditors of, holders of equity in, or claimants against the
Company and/or their respective representatives in connection with a Transaction, M&A
Transaction, New Capital Raise or other transaction;

(k)    advise and attend meetings of the Company's Board of Directors, creditor groups,
official constituencies and other interested parties, as the Company determines to be necessary or
desirable;

(l)    in the event the Company determines to commence Chapter 11 cases in order to
pursue a Transaction, M&A Transaction, New Capital Raise or other transaction, and if requested
by the Company, participate in hearings before the Bankruptcy Court in which such cases are
commenced (the "Bankruptcy Court") and provide relevant testimony with respect to the matters
described herein and issues arising in connection with any proposed Plan;

(m)    render to the Board of Directors an opinion (the "Opinion") of Rothschild
(Rohatyn does not provide opinions) as to the fairness from a financial point of view of the
consideration to be received pursuant to a Transaction of the kind described in paragraph (b) of the
definition thereof or any M&A Transaction, which is not consummated or otherwise entered into
pursuant to or in connection with a Plan (if Rothschild is asked to render an Opinion, the nature
and scope of the analysis as well as the form and substance of the Opinion shall be as Rothschild
reasonably deems appropriate);

Delphi Corporation
As of May 1, 2005
Page 3

(n)    assist the Company's internal and external counsel to enable such counsel to provide legal advice to the Company, as contemplated under Section 7 hereof; and

(o)    render such other financial advisory and investment banking services as may be reasonably requested by the Company in connection with any of the foregoing.

As used herein, the term "Transaction" shall mean, collectively, (a) any transaction or series of related transactions that effects material amendments to or other material changes in the Company's outstanding indebtedness, trade claims, leases (both on and off balance sheet) or other liabilities, taken as a whole, pursuant to a plan of reorganization (a "Plan") confirmed in connection with any case or cases commenced by or against the Company, any of its subsidiaries, any of its affiliates or any combination thereof, whether individually or on a consolidated basis (a "Chapter 11 Case"), under Title 11 of the United States Code §§ 101 et seq. (the "Bankruptcy Code"); (b) (i) any merger, consolidation, reorganization, recapitalization, financing, refinancing, business combination or other transaction pursuant to which the Company (or control thereof) is acquired by, or combined with, any person, group of persons, partnership, corporation or other entity (an "Acquirer") or (ii) any acquisition, directly or indirectly, by an Acquirer (or by one or more persons acting in concert together with an Acquirer pursuant to a written agreement or otherwise), whether in a single transaction, multiple related transactions or a series of related transactions, of (A) a majority of the assets or operations of the Company (or a material portion of such assets or operations, if such Transaction immediately effects, or will effect over time (as evidenced by a binding written agreement), a material reduction of the Legacy Liabilities, taken as a whole; provided that any scheduled or prepaid contributions or payments with respect to pension or other post-employment obligations shall not constitute a material reduction of the Legacy Liabilities, taken as a whole) or (B) any outstanding or newly-issued shares of the Company's capital stock or any securities convertible into, or options, warrants or other rights to acquire such capital stock or other equity securities of the Company, for the purpose of effecting a recapitalization or change of control of the Company; (c) any restructuring, reorganization or similar transaction, whether or not pursuant to a Plan; or (d) any transaction similar to any of the foregoing; provided, that in the case of (a), (c) and (d), such Transaction shall immediately effect, or will effect over time (as evidenced by a binding agreement), a material reduction of the Legacy Liabilities, taken as a whole.

As used herein, the term "M&A Transaction" shall mean, collectively, whether pursuant to a Plan or otherwise, any transaction or series of transactions, involving, at the written request of the Company, the services of Rothschild or Rohatyn in which the Company sells or acquires assets, equity interests or any securities convertible into, or options, warrants or other rights to acquire, such equity interests, which sale or acquisition does not constitute a Transaction and in connection with which the Advisors (or any of them) are designated by the Company as the Company's primary advisors and investment bankers.

Delphi Corporation
As of May 1, 2005
Page 4


The Advisors recognize and acknowledge that a key inducement for the Company's selection of the Advisors pursuant to this Agreement was the assurance that the senior management of Rothschild and Rohatyn identified on Exhibit A to this Agreement will participate, to the extent appropriate and as reasonably requested by the Company, in the performance and delivery of the Services as requested by the Company during the engagement of the Advisors in order to satisfy the Company's requirement that the Services be performed in accordance with the standards of highly experienced, world-class investment banking firms.

In performing its services pursuant to this Agreement, and notwithstanding anything to the contrary herein, the Advisors are not assuming any responsibility for the Company's decision to pursue (or not to pursue) any business strategy or to effect (or not to effect) any Transaction, M&A Transaction, New Capital Raise or other transaction; provided that nothing contained herein shall increase the Company's obligations set forth in Exhibit B hereto. The Advisors shall not have any obligation or responsibility to provide accounting, audit, "crisis management" or business consultant services to the Company, and shall have no responsibility for designing or implementing operating, organizational, administrative, cash management or liquidity improvements.

Section 2        Information Provided by the Company.

(a)     The Company will cooperate with the Advisors and furnish to, or cause to be furnished to, the Advisors any and all information reasonably available to the Company which the Advisors deem appropriate to enable the Advisors to render services hereunder (all such information being the "Information"). The Company recognizes and confirms that the Advisors (i) will use and rely on the Information and on information available from generally recognized public sources in performing the services contemplated by this Agreement without having assumed any obligation to verify independently any such information; (ii) do not assume responsibility for the accuracy or completeness of the Information provided by the Company and such other information, and (iii) will not act in the official capacity of appraisers of specific assets of the Company or any other party. Each party confirms that the information to be furnished by it, when delivered, to the best of its knowledge will be true and correct in all material respects, will be prepared in good faith, and will, to the knowledge of the delivering party, not contain any material misstatement of fact or omit to state any material fact. Each party will promptly notify the other party if it learns of any material inaccuracy or misstatement in, or material omission from, any Information theretofore it delivered to the other party. The Company acknowledges that in the course of this engagement it may be necessary for the Advisors and the Company to communicate electronically.

(b)     Each party acknowledges that although it will use commercially reasonable procedures to check for the most commonly known viruses, the electronic transmission of information cannot be guaranteed to be secure or error-free. Furthermore such information could

Delphi Corporation
As of May 1, 2005
Page 5

be intercepted, corrupted, lost, destroyed, arrive late or incomplete or otherwise be adversely
affected or unsafe to use. Accordingly, each party agrees that the other party shall have no liability
with respect to any error or omission arising from or in connection with: (i) the electronic
communication of information; or (ii) the other party's reliance on such information.

Section 3    Application for Retention of the Advisors.    In the event the Company
determines to commence a Chapter 11 Case in order to pursue a Transaction, M&A Transaction,
New Capital Raise or other transaction, the Company shall apply promptly to the Bankruptcy
Court pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Rule 2014 of the Federal
Rules of Bankruptcy Procedure, applicable local rules and procedural orders of the Bankruptcy
Court and procedural guidelines established by the Office of the United States Trustee, for
approval of (a) this Agreement and (b) each of the Advisors' retention by the Company under the
terms of this Agreement, *nunc pro tunc* to the date of this Agreement, and shall seek to obtain
Bankruptcy Court authorization thereof, provided that the Company and its counsel shall each be
satisfied in their reasonable judgment that each of the Advisors is a "disinterested person" as such
term is defined in Section 101(14) of the Bankruptcy Code. The Company shall use its best efforts
to obtain such Bankruptcy Court approval and authorization subject only to the subsequent review
by the Bankruptcy Court under the standard of review provided in Section 328(a) of the
Bankruptcy Code, and not subject to the standard of review set forth in Section 330 of the
Bankruptcy Code. The Company shall supply the Advisors and their counsel with a draft of each
such application and any proposed order authorizing the Advisors' retention sufficiently in
advance of the filing of such application and proposed order to enable the Advisors and their
counsel to review and comment thereon. No Advisor shall have any obligation to provide any
services under this Agreement following the filing of a Chapter 11 Case unless its retention under
the terms of this Agreement is approved in the manner set forth above by a final order of the
Bankruptcy Court no longer subject to appeal, rehearing, reconsideration or petition for certiorari,
and which order is reasonably acceptable to such Advisor.

Each Advisor acknowledges that in the event that the Bankruptcy Court approves its
retention by the Company pursuant to the application process described in this Section 3, payment
of the Advisors' fees and expenses hereunder shall be subject to (i) the jurisdiction and approval of
the Bankruptcy Court under Section 328(a) of the Bankruptcy Code and any order approving such
Advisor's retention, (ii) any applicable fee and expense guidelines and/or orders and (iii) any
requirements governing interim and final fee applications.    In the event that the Advisors'
engagements hereunder are approved by the Bankruptcy Court, the Company shall pay all fees and
expenses hereunder as promptly as practicable in accordance with the terms hereof and the orders
governing interim and final fee applications, and after obtaining all necessary further approvals
from the Bankruptcy Court, if any.    In so agreeing to seek the Advisors' retention under Section
328(a) of the Bankruptcy Code, the Company acknowledges that it believes that each of the
Advisor's general professional experience and expertise, its knowledge of the industry in which
the Company operates and the capital markets and its merger and acquisition capabilities will inure

Delphi Corporation
As of May 1, 2005
Page 6

to the benefit of the Company in pursuing any Transaction, M&A Transaction, New Capital Raise
or other transaction, that the value to the Company of the Advisors' services hereunder derives in
substantial part from that expertise and experience and that, accordingly, the structure and amount
of the Monthly Fees, the Completion Fee, the M&A Fee, the New Capital Fee (as each is defined
below), the expense reimbursements provided for herein and the indemnification and exculpation
provisions provided herein and in Exhibit B hereto are reasonable regardless of the number of
hours to be expended by the Advisors' professionals in performance of the services to be provided
hereunder.

    Section 4    Fees of the Advisors.  As compensation for the services rendered
hereunder, the Company, and its successors, if any, agree to pay to Rothschild (via wire transfer or
other mutually acceptable means) the following fees in cash. All amounts to which the Advisors
become entitled under this Agreement, including all fees payable under this Section 4 and Exhibit
C hereto, all expense reimbursements payable under Section 6 hereof and any amounts that
become payable under Section 8 hereof and Exhibit B hereto, shall be paid directly to Rothschild,
which amounts shall thereafter be apportioned between Rothschild and Rohatyn pursuant to a
separate agreement.

    (a)    A retainer (the "Retainer") of $250,000, due and payable upon the execution of
this Agreement, to be applied by Rothschild against the fees and expenses of the Advisors under
this Agreement.

    (b)    Commencing as of the date hereof, and whether or not a Transaction is proposed
or consummated, a cash advisory fee (the "Monthly Fee") of $250,000 per month.  The initial
Monthly Fee shall be pro-rated based on the commencement of services as of the date hereof and
shall be due and payable by the Company upon the execution of this Agreement by each of the
parties hereto, and thereafter the Monthly Fee shall be payable by the Company in advance on the
first day of each month.

    (c)    A fee (the "Completion Fee") of $15,000,000, due and payable in cash upon the
earlier of (i) the effective date of a Plan that provides for, pursuant to the terms of a binding
written agreement, the consummation of a Transaction or (ii) the closing of another Transaction.

    (d)    In the case of any M&A Transaction for which the Advisors are designated by the
Company as the Company's primary advisors and investment bankers and does not arise out of a
Transaction for which a Completion Fee is due under Section 4(c) above, a fee (the "M&A Fee")
equal to the product of (i) the Aggregate Consideration times (ii) the applicable M&A Fee
Percentage, each as specified in Exhibit C hereto, which M&A Fee shall be due and payable in
cash at the closing of such M&A Transaction.

    (e)    A new capital fee (the "New Capital Fee") equal to (i) 1.0% of any senior secured
debt raised; (ii) 3.0% of the face amount of any junior secured or senior or subordinated unsecured

Delphi Corporation
As of May 1, 2005
Page 7

debt (including any convertible debt) raised and (iii) 5.0% of any equity or hybrid capital raised
(each, a "New Capital Raise"), in each case, in which the Advisors (or any of them) are designated
by the Company as the Company's primary advisors and investment bankers. The New Capital
Fee shall be due and payable in cash at the closing of any New Capital Raise; provided, that no
New Capital Fee shall become payable in respect of any new capital raised (x) in the event the
Company files a Chapter 11 Case, any debtor-in-possession financing arrangements; (y) from an
entity not otherwise participating in or having expressed an interest in participating in a
Transaction; or (z) from an Acquirer or an entity having expressed an interest in becoming an
Acquirer in connection with the consummation of a Transaction which is intended to occur
simultaneously with or within a reasonable period after the closing of such New Capital Raise.

(f)    An opinion fee, payable in cash upon notification to the Company that Rothschild
is prepared to deliver its Opinion (the "Opinion Fee"), in an amount to be negotiated in good faith
at the time such Opinion is requested by the Company based upon customary fees for such
services.

(g)    To the extent the Company requests the Advisors to perform additional services
not contemplated by this Agreement, such additional fees as shall be mutually agreed upon by the
Advisors and the Company, in writing, in advance.

The Company and the Advisors acknowledge and agree that (i) the hours worked, (ii) the
results achieved and (iii) the ultimate benefit to the Company of the work performed, in each case,
in connection with this engagement, may be variable, and that the Company and the Advisors have
taken such factors into account in setting the fees hereunder; provided, however, that with respect
to the hours worked, the Advisors shall devote whatever resources as are required to fulfill the
purposes of this engagement on a timely basis.

Section 5    Credit. The Advisors shall credit against the Completion Fee (a) 50% of any
M&A Fees indefeasibly paid (the "M&A Fee Credit"); (b) 50% of any New Capital Fees
indefeasibly paid (the "New Capital Fee Credit") and (c) to the extent not otherwise applied
against the fees and expenses of the Advisors under the terms of this Agreement, the Retainer;
provided that the sum of the M&A Fee Credit and the New Capital Fee Credit shall not exceed the
Completion Fee.

Section 6    Expenses. Without in any way reducing or affecting the provisions of Exhibit
B hereto, the Company shall reimburse the Advisors for their reasonable expenses incurred in
connection with the performance of their engagement hereunder, and the enforcement of this
Agreement, including without limitation the reasonable fees, disbursements and other charges of
the Advisors' respective counsel; provided, that the retention of any such counsel shall only be
made with the Company's consent, which shall not be unreasonably withheld except in the case of
legal services which are not customarily required in connection with the performance of the
Services. Reasonable expenses shall also include, but not be limited to, expenses incurred in

Delphi Corporation
As of May 1, 2005
Page 8

connection with travel and lodging, data processing and communication charges, research and
courier services. In the event the Company becomes a debtor and/or a debtor-in-possession in a
Chapter 11 Case, consistent with and subject to any applicable order of the Bankruptcy Court, the
Company shall promptly reimburse the Advisors for such expenses under this Section 6 upon
presentation of an invoice or other similar documentation with reasonable detail. The Company
has advised the Advisors regarding its expense reimbursement guidelines, and the Advisors agree
to make reasonable efforts, as appropriate (but shall not be obligated), to incur expenses consistent
with such guidelines.

Section 7    Sharing of Information with Counsel. As you are aware, the Company also
has retained the law firm of Shearman & Sterling ("Shearman") to provide legal advice to the
Company in connection with the Legacy Liabilities and in connection with legal aspects of the
Transactions or M&A Transactions that may occur. The Company also employs inside counsel to
advise the Company on those same matters. The Company believes that from time to time
information or analyses prepared by the Advisors may be required to enable Shearman and/or the
Company's inside counsel to render appropriate legal services and advice to the Company. The
Company also anticipates that from time to time privileged communications may need to be shared
with the Advisors in order to permit the Advisors to provide the most comprehensive advice to the
Company and to counsel to the Company in order to support such counsel's provision of legal
advice to the Company. In addition, the Company and the Advisors share a common interest for
this purpose, and the Company intends that any such sharing of privileged information will occur
only in pursuit of such common interest and without waiver of the attorney-client privilege or of
any other privileges that may apply.

This letter will confirm the Advisors' agreement that, to the extent directed by the
Company, the Advisors will provide information or advice within their fields of expertise to assist
Shearman and the Company's inside counsel in rendering legal services or advice to the Company.

This letter will also confirm the parties' agreement that, to the extent privileged
information is shared with the Advisors, such sharing is made solely for the purpose of facilitating
the Advisors' provision of services pursuant to this agreement and in recognition that the Advisors
and the Company share a common interest for that purpose. The Advisors will maintain the
confidentiality of all privileged communications that are shared with them and will not disclose
such privileged matters to any other person without the consent of the Company or as required by
law or by court order. In order to assist the Advisors in this regard, the Company and Shearman
agree that privileged communications that are shared with the Advisors will be labeled as such.

Section 8    Indemnity. The Company agrees to the provisions of Exhibit B hereto which
provides for indemnification and exculpation by the Company of the Advisors and certain related
persons. Such indemnification and exculpation is an integral part of this Agreement and the terms
thereof are incorporated by reference as if fully stated herein. Such indemnification and

Delphi Corporation
As of May 1, 2005
Page 9

exculpation shall survive any termination, expiration or completion of this Agreement or the
Advisors' engagement hereunder.

Section 9    Term.    The term of the Advisors' engagement shall extend until the
consummation of a Transaction or the confirmation and effectiveness of a Plan, provided that this
Agreement may be terminated by either the Company or Rothschild after one hundred twenty
(120) days from the effective date hereof by providing thirty (30) days advance notice in writing.
If terminated, the Advisors shall be entitled to payment of any fees for any monthly period which
are due and owing to the Advisors upon the effective date of termination; however, such amounts
will be pro-rated for any incomplete monthly period of service, and the Advisors will be entitled to
reimbursement of any and all reasonable expenses described in Section 6.    Termination of the
Advisors' engagement hereunder shall not affect or impair the Company's continuing obligation to
indemnify the Advisors and certain related persons as provided in Exhibit B.    Without limiting any
of the foregoing, if this Agreement is terminated by the Company (other than for a material breach
thereof which is not cured within a reasonable period of time, after receipt by the Advisors of
written notice thereof), the Completion Fee, any M&A Fee and any New Capital Fee shall be
payable in the event that, in the case of the Completion Fee, a Plan or other Transaction or, in the
case of any M&A Fee, an M&A Transaction for which an M&A Fee would otherwise be due
under this Agreement or, in the case of any New Capital Fee, a New Capital Raise, is closed at
anytime prior to the expiration of eighteen (18) months after such termination, or a letter of intent
or definitive agreement with respect thereto is executed at any time prior to eighteen (18) months
after such termination (which letter of intent or definitive agreement subsequently results in the
consummation at any time of a Plan or other Transaction, M&A Transaction and/or New Capital
Raise).

Section 10   Miscellaneous.

(a)    *Administrative Expense Priority.*    In the event the Company determines to
commence Chapter 11 Cases in order to pursue a Transaction, M&A Transaction, New Capital
Raise or other transaction, the Company agrees that the Advisors' post-petition compensation as
set forth herein and payments made pursuant to reimbursement and indemnification provisions of
this Agreement shall be entitled to priority as expenses of administration under Sections
503(b)(1)(A) and 507(a)(1) of the Bankruptcy Code and shall be entitled to the benefits of any
"carve-outs" for professional fees and expenses in effect in such Chapter 11 Cases pursuant to one
or more financing orders entered by the Bankruptcy Court.

(b)    *Survival, Successors & Assigns.*    Sections 4 through 10 hereof, inclusive,
including the provisions set forth in Exhibit A, Exhibit B and Exhibit C hereto, shall survive the
termination or expiration of this Agreement.    The benefits of this Agreement and the
indemnification and other obligations of the Company to the Advisors and certain related persons
contained in Exhibit B hereto shall inure to the respective permitted successors and assigns of the

Delphi Corporation
As of May 1, 2005
Page 10

parties hereto and thereto and of the indemnified parties, and the obligations and liabilities
assumed in this Agreement and Exhibit B by the parties hereto and thereto shall be binding upon
their respective successors and assigns. The Advisors shall not have the right to assign any of their
rights under this Agreement without the prior written consent of the Company.

(c)     *Benefit of Agreement; No Reliance by Third Parties.*  The advice (oral or written)
rendered by the Advisors pursuant to this Agreement is intended solely for the benefit and use of
the Company and its affiliates, and their respective Officers and Directors in considering the
matters to which this Agreement relates, and the Company agrees that such advice may not be
relied upon by any other person, used for any other purpose or reproduced, disseminated, quoted or
referred to at any time, in any manner or for any purpose without the prior written consent of the
Advisors, which shall not be unreasonably withheld or delayed, provided that nothing contained
herein shall prohibit disclosure of such advice in the event and only to the extent the Company has
been advised by counsel that such disclosure is necessary to satisfy applicable legal or regulatory
requirements.

(d)     *Nature of Relationship.*  The relationship of the Advisors to the Company
hereunder shall be that of independent contractors and the Advisors shall have no authority to
bind, represent or otherwise act as agent, executor, administrator, trustee, lawyer or guardian for
the Company, nor shall the Advisors have the authority to manage money or property of the
Company. The parties hereto acknowledge and agree that by providing the services contemplated
hereunder, the Advisors will not act, nor will they be deemed to have acted, in any managerial or
fiduciary capacity whatsoever with respect to the Company or any third party including security
holders, creditors or employees of the Company.

(e)     *Required Information.*  Since recently enacted Federal law requires the Advisors
to obtain, verify, and record information that identifies any entity not listed on the New York Stock
Exchange, the American Stock Exchange or whose common stock or equity interests have not been
designated as a National Market System security listed on the NASDAQ stock market that enters
into a formal relationship with it, the Company agrees to provide the Advisors with its tax or other
similar identification number and/or other identifying documents, as the Advisors may request, to
enable the Advisors to comply with applicable law. For your information, the Advisors may also
screen the Company against various databases to verify its identity.

(f)     *Public Announcements.*  With the prior written consent of the Company, which
shall not be unreasonably withheld, the Company acknowledges that the Advisors may at their
option and expense, after announcement of a Transaction, M&A Transaction, New Capital Raise
or other transaction, place announcements and advertisements or otherwise publicize such
transaction in such financial and other newspapers and journals as it may choose, stating that the
Advisors acted as financial advisors and investment bankers to the Company in connection with
such transaction. The Company further consents to the Advisors' public use or display of the

Delphi Corporation
As of May 1, 2005
Page 11

Company's logo, symbol or trademark as part of the Advisors' general marketing or promotional activities after the announcement of a Transaction or M&A Transaction, provided that such use or display is in the nature of a public record or tombstone announcement in relation to such transaction, and, provided further, that the Company approves of such announcements, advertising or other publication, which approval shall not be unreasonably withheld.

(g)    *CHOICE OF LAW: JURISDICTION.*    THIS AGREEMENT HAS BEEN NEGOTIATED, EXECUTED AND DELIVERED AT AND SHALL BE DEEMED TO HAVE BEEN MADE IN NEW YORK, NEW YORK. THIS AGREEMENT SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK, WITHOUT GIVING EFFECT TO SUCH STATE'S PRINCIPLES OF CONFLICTS OF LAWS. REGARDLESS OF ANY PRESENT OR FUTURE DOMICILE OR PRINCIPAL PLACE OF BUSINESS OF THE PARTIES HERETO, EACH SUCH PARTY HEREBY IRREVOCABLY CONSENTS AND AGREES THAT ANY AND ALL CLAIMS OR DISPUTES BETWEEN THE PARTIES HERETO PERTAINING TO THIS AGREEMENT OR TO ANY MATTER ARISING OUT OF OR RELATED TO THIS AGREEMENT SHALL BE BROUGHT IN ANY OF (A) ANY STATE OR FEDERAL COURT OF COMPETENT JURISDICTION IN THE STATE OF NEW YORK OR (B) THE BANKRUPTCY COURT OR ANY COURT HAVING APPELLATE JURISDICTION OVER THE BANKRUPTCY COURT. BY EXECUTION AND DELIVERY OF THIS AGREEMENT, EACH PARTY SUBMITS AND CONSENTS IN ADVANCE TO SUCH JURISDICTION IN ANY ACTION OR SUIT COMMENCED IN ANY SUCH COURT. EACH PARTY HERETO HEREBY WAIVES ANY OBJECTION WHICH IT MAY HAVE BASED ON LACK OF PERSONAL JURISDICTION, IMPROPER VENUE OR FORUM NON CONVENIENS AND HEREBY CONSENTS TO THE GRANTING OF SUCH LEGAL OR EQUITABLE RELIEF AS IS DEEMED APPROPRIATE BY SUCH COURT. THE COMPANY CONSENTS TO THE SERVICE OF PROCESS IN ACCORDANCE WITH NEW YORK LAW, AND AGREES THAT THE GENERAL COUNSEL AND THE SECRETARY OF THE COMPANY SHALL BE AUTHORIZED TO ACCEPT SERVICE ON ITS BEHALF.

(h)    *Waiver of Jury Trial.* Each of the parties hereto hereby knowingly, voluntarily and irrevocably waives any right it may have to a trial by jury in respect of any claim upon, arising out of or in connection with this Agreement or any Transaction, M&A Transaction, New Capital Raise or other transaction. Each of the parties hereto hereby certifies that no representative or agent of any other party hereto has represented expressly or otherwise that such party would not seek to enforce the provisions of this waiver. Each of the parties hereto hereby acknowledges that it has been induced to enter into this Agreement by and in reliance upon, among other things, the provisions of this paragraph.

(i)    *Entire Agreement.* This Agreement (together with the confidentiality agreement dated April 15, 2005) embodies the entire agreement and understanding of the parties hereto and supersedes any and all prior agreements, arrangements and understandings relating to the matters

Delphi Corporation
As of May 1, 2005
Page 12

provided for herein.  No alteration, waiver, amendment, change or supplement hereto shall be binding or effective unless the same is set forth in writing signed by a duly authorized representative of each of the parties hereto.

(j)    *Authority*.  Each party hereto represents and warrants that it has all requisite power and authority to enter into this Agreement, including Exhibits A, B, C and D attached hereto and to consummate the transactions contemplated hereby.  Each party hereto further represents that this Agreement has been duly and validly authorized by all necessary corporate action and has been duly executed and delivered by each of the parties hereto and constitutes the legal, valid and binding agreement thereof, enforceable in accordance with its terms.  The Advisors will assume that any instructions, notices or requests have been properly authorized by the Company if they are given or purported to be given by a director, officer, employee or authorized agent of the Company, or by a person that is reasonably believed by an Advisor to be a director, officer, employee or authorized agent of the Company.

(k)    *Counterparts*.  This Agreement may be executed in as many counterparts as may be deemed necessary and convenient, and by the different parties hereto on separate counterparts, each of which when so executed shall be deemed an original, but all such counterparts shall constitute one and the same instrument.  Delivery of an executed counterpart of a signature page to this Agreement by telecopier shall be effective as delivery of a manually executed counterpart to this Agreement.

The Remainder of this Page intentionally left blank

Delphi Corporation
As of May 1, 2005
Page 13


        If the foregoing correctly sets forth the understanding and agreement among the Advisors
and the Company, please so indicate by signing the enclosed copy of this letter, whereupon it shall
become a binding agreement between the parties hereto as of the date first above written.

                                        Very truly yours,

                                        ROTHSCHILD INC.

                                        By: _____
                                            David L. Resnick
                                            Managing Director

                                        ROHATYN ASSOCIATES LLC


                                        By:_____
                                            Name:
                                            Title:


Accepted and Agreed to as of
The date first written above:

DELPHI CORPORATION


By:_____
    Name:
    Title:

SHEARMAN & STERLING


By:_____
    Name:
    Title:




222164v8

Delphi Corporation
As of May 1, 2005
Page 13


   If the foregoing correctly sets forth the understanding and agreement among the Advisors and the Company, please so indicate by signing the enclosed copy of this letter, whereupon it shall become a binding agreement between the parties hereto as of the date first above written.

Very truly yours,

ROTHSCHILD INC.


By:_____
  David L. Resnick
  Managing Director

ROHATYN ASSOCIATES LLC

By:_____
  Name:  FELIX ROHATYN
  Title:  PRESIDENT


Accepted and Agreed to as of
The date first written above:

DELPHI CORPORATION


By:_____
  Name:
  Title:

SHEARMAN & STERLING


By:_____
  Name:
  Title:


222164v8

Delphi Corporation
As of May 1, 2005
Page 13


If the foregoing correctly sets forth the understanding and agreement among the Advisors and the Company, please so indicate by signing the enclosed copy of this letter, whereupon it shall become a binding agreement between the parties hereto as of the date first above written.

Very truly yours,

ROTHSCHILD INC.


By:_____
      David L. Resnick
      Managing Director

ROHATYN ASSOCIATES LLC


By:_____
      Name:
      Title:


Accepted and Agreed to as of
The date first written above:

DELPHI CORPORATION

By:_____
   Name: John D. Sheehan
   Title: Acting Chief Financial Officer

SHEARMAN & STERLING


By:_____
      Name:
      Title:


222164v8

## **Exhibit A**

## **Responsible Senior Management**

Felix G. Rohatyn
Gerald Rosenfeld
David Resnick
Todd Snyder

## Exhibit B

Delphi Corporation (collectively with its direct and indirect subsidiaries, the "Company") agrees to indemnify and hold harmless Rothschild Inc. ("Rothschild") and Rohatyn Associates LLC ("Rohatyn", and together with Rothschild, the "Advisors") and their affiliates, counsel and other professional advisors, and the respective directors, officers, controlling persons, agents and employees of each of the foregoing (the Advisors and all of such other persons collectively, the "Indemnified Parties"), from and against any losses, claims or proceedings, including without limitation stockholder actions, damages, judgments, assessments, investigation costs, settlement costs, fines, penalties, arbitration awards and any other liabilities, reasonable costs, reasonable fees and reasonable expenses (collectively, "Losses") (a) directly or indirectly related to or arising out of (i) oral or written information provided by the Company, the Company's employees or other agents, which either the Company or an Indemnified Party provides to any person or entity (except to the extent that Confidential Information (as defined in the Confidentiality Agreement dated April 15, 2005 between the Company and Rothschild) is provided by an Indemnified Person to any person or entity in breach of Rothschild's obligations to the Company under such agreement) or (ii) any other action or failure to act by the Company, the Company's employees or other agents or any Indemnified Party at the Company's request or with the Company's consent, in each case in connection with, arising out of, based upon, or in any way related to the letter agreement (the "Agreement") entered into between the Company and the Advisors regarding the retention of the Advisors as financial advisors and investment bankers to the Company, the retention of and services provided by the Advisors under the Agreement, or any Transaction, M&A Transaction, New Capital Raise or other transaction pursuant to the Agreement; or (b) otherwise directly or indirectly in connection with, arising out of, based upon, or in any way related to the engagement of the Advisors under the Agreement or any transaction or conduct in connection therewith, provided that the Company shall not be required to indemnify an Indemnified Party for such Losses if and only to the extent that it is finally judicially determined by a court of competent jurisdiction that such Losses arose (x) because of the gross negligence, willful misconduct or fraud of such Indemnified Party or (y) because of a material breach of a term or condition of the Agreement by such Indemnified Party.

The Company shall further reimburse any Indemnified Party promptly after obtaining the necessary approval of the Bankruptcy Court, if any, for any legal or other fees, disbursements or expenses as they are incurred (a) in investigating, preparing or pursuing any action or other proceeding (whether formal or informal) or threat thereof, whether or not in connection with pending or threatened litigation or arbitration and whether or not any Indemnified Party is a party, in each case to the extent relating to Losses for which indemnification is available hereunder (each, an "Action"), and (b) in connection with enforcing such Indemnified Party's rights under the Agreement; provided, however, that in the event and only to the extent that it is finally judicially determined by a court of competent jurisdiction that the Losses of such Indemnified Party arose (x) because of the gross negligence, willful misconduct or fraud of such Indemnified Party or (y) because of a material breach of a term or condition of the Agreement by such Indemnified Party, such Indemnified Party will promptly remit to the Company any amounts reimbursed under this paragraph.

Delphi Corporation
As of May 1, 2005
Exhibit B - 2

Upon receipt by an Indemnified Party of notice of any Action, such Indemnified Party
shall notify the Company in writing of such Action, but the failure to so notify shall not relieve the
Company from any liability hereunder (i) if the Company had actual notice of such Action or (ii)
unless and only to the extent that the Company is prejudiced thereby.  The Company shall have
the right to assume the defense of any such Action including the employment of counsel
reasonably satisfactory to the Advisors and will not, without the prior written consent of the
Advisors (which shall not be unreasonably withheld or delayed), settle, compromise, consent or
otherwise resolve or seek to terminate any pending or threatened Action (whether or not any
Indemnified Party is a party thereto) unless such settlement, compromise, consent or
termination (a) contains an express, unconditional release of each Indemnified Party which is a
party to the Action from all liability relating to such Action and (b) does not include an admission
of fault, culpability or a failure to act by or on behalf of any Indemnified Party.  Any Indemnified
Party shall be entitled to retain separate counsel of its choice and participate in the defense of
any Action in connection with any of the matters to which the Agreement relates, but the fees
and expenses of such counsel shall be at the expense of such Indemnified Party unless (x) the
Company has failed promptly to assume the defense and employ counsel or (y) the named
parties to any such Action (including any impleaded parties) include such Indemnified Party and
the Company, and such Indemnified Party shall have been advised by counsel that there may
be one or more legal defenses available to it which are different from or in addition to those
available to the Company; provided, that the Company shall not in such event be responsible
under the  Agreement for the fees and expenses of more than one firm of separate counsel (in
addition to local counsel) in connection with any such Action in the same jurisdiction.

The Company agrees that if any right of any Indemnified Party set forth in the preceding
paragraphs is finally judicially determined to be unavailable (except by reason of the gross
negligence, willful misconduct or fraud of such Indemnified Party or because of a material
breach of a term or condition of the Agreement by such Indemnified Party), or is insufficient to
hold such Indemnified Party harmless against such Losses as contemplated herein, then the
Company shall contribute to such Losses (a) in such proportion as is appropriate to reflect the
relative benefits received by the Company and its creditors and stockholders, on the one hand,
and such Indemnified Party, on the other hand, in connection with the transactions
contemplated hereby, and (b) if (and only if) the allocation provided in clause (a) is not
permitted by applicable law, in such proportion as is appropriate to reflect not only the relative
benefits referred to in clause (a) but also the relative fault of the Company and such
Indemnified Party; provided, that, in no event shall the aggregate contribution of all such
Indemnified Parties exceed the amount of fees received by Rothschild under the  Agreement.
Benefits received by Rothschild shall be deemed to be equal to the compensation paid by the
Company to Rothschild (including on behalf of Rohatyn) in connection with the Agreement.
Relative fault shall be determined by reference to, among other things, whether any alleged
untrue statement or omission or any other alleged conduct relates to information provided by
the Company or other conduct by the Company (or the Company's employees or other agents)
on the one hand or by the Advisors on the other hand.

The Company also agrees that no Indemnified Party shall have any liability (whether
direct or indirect, in contract or tort or otherwise) to the Company for or in connection with

Delphi Corporation
As of May 1, 2005
Exhibit B - 3

advice or services rendered or to be rendered by any Indemnified Party pursuant to the
Agreement, the transactions contemplated hereby or any Indemnified Party's actions or
inactions in connection with any such advice, services or transactions except for and only to the
extent that such Losses of the Company are finally judicially determined by a court of
competent jurisdiction to have arisen (x) because of the gross negligence, willful misconduct or
fraud of, or (y) because of a material breach of a term or condition of the Agreement by such
Indemnified Party in connection with any such advice, actions, inactions or services.

       The rights of the Indemnified Parties and the Company hereunder shall be in addition to
any other rights that any Indemnified Party or the Company may have at common law, by
statute or otherwise.  Except as otherwise expressly provided for in the Agreement, if any term,
provision, covenant or restriction contained in the Agreement is held by a court of competent
jurisdiction or other authority to be invalid, void, unenforceable or against its regulatory policy,
the remainder of the terms, provisions, covenants and restrictions contained in the Agreement
shall all remain in full force and effect and shall in no way be affected, impaired or invalidated.
The reimbursement, indemnity and contribution obligations of the Company set forth herein
shall apply to any modification of the Agreement and shall remain in full force and effect
regardless of any termination of, or the completion of any Indemnified Party's services under or
in connection with, the Agreement.

       Nothing contained in this letter agreement is intended to obligate the Company to enter
into the Agreement, it being understood and agreed that the Company will not execute the
Agreement unless and until the Company is satisfied, in its sole discretion, with the terms and
conditions of the Agreement, and all internal approvals which the management of the Company
determines are necessary or desirable have been obtained.

**Exhibit C**

**ROTHSCHILD INC.**

**M&A Fee Schedule**

(Dollars In Millions)

| Aggregate<br>Consideration[a] | M&A Fee<br>Percentage [b] |
|---|---|
| Up to $100.0 | 1.75% |
| 200.0 | 1.50 |
| 300.0 | 1.25 |
| 400.0 | 1.00 |
| 500.0 | 0.90 |
| 600.0 | 0.85 |
| 700.0 | 0.80 |
| 800.0 | 0.77 |
| 900.0 | 0.74 |
| 1,000.0 and above | 0.70 |

(a)   For purposes hereof, the term "Aggregate Consideration" shall mean the total amount of all cash, securities, contractual arrangements (including any put or call agreements) and other properties paid or payable, directly or indirectly in connection with an M&A Transaction (including (i) amounts paid pursuant to covenants not to compete, employment contracts, employee benefit plans, management fees or other similar arrangements, and (ii) amounts paid to holders of any warrants, stock purchase rights or convertible securities of the Company and to holders of any options or stock appreciation rights issued by the Company, whether or not vested). Aggregate Consideration shall also include the amount of any short-term debt and long-term liabilities of the Company (including the principal amount of any indebtedness for borrowed money and capitalized leases and the full amount of any off-balance sheet financings) (x) repaid or retired in connection with or in an effort to consummate an M&A Transaction or (y) existing on the Company's balance sheet at the time of an M&A Transaction (if such M&A Transaction takes the form of a merger, consolidation or a sale of stock or partnership interests) or assumed in connection with an M&A Transaction (if such M&A Transaction takes the form of a sale of assets). For purposes of calculating the amount of revolving credit debt in the preceding sentence, the arithmetic mean of the amount of revolving credit debt outstanding on the last day of each month during the 12 months preceding the closing of the M&A Transaction will be used. In the event such M&A Transaction takes the form of a sale of assets, Aggregate Consideration shall include (i) the value of any current assets not purchased, minus (ii) the value of any current liabilities not assumed. In the event such M&A Transaction takes the form of a recapitalization, restructuring, spin-off, split-off or similar transaction, Aggregate Consideration shall include the fair market value of (i) the equity securities of the Company retained by the Company's security holders following such M&A Transaction and (ii) any securities received by the Company's security holders in exchange for or in respect of securities of the Company following such M&A Transaction (all securities received by such security holders being deemed to have been paid to

Delphi Corporation
As of May 1, 2005
Exhibit C - 2

such security holders in such M&A Transaction).  The value of securities that are freely tradable in an established public market will be determined on the basis of the last market closing price prior to the consummation of a M&A Transaction.  The value of securities, lease payments and other consideration that are not freely tradable or have no established public market, or if the consideration utilized consists of property other than securities, the value of such property shall be the fair market value thereof as determined in good faith by Rothschild and the Company. Aggregate Consideration shall be deemed to include the face amount of any indebtedness for borrowed money, including, without limitation, obligations assumed, retired or defeased, directly or indirectly, in connection with, or which survive the closing of, such M&A Transaction.  If the consideration to be paid is computed in any foreign currency, the value of such foreign currency shall, for purposes hereof, be converted into U.S. dollars at the prevailing exchange rate on the date or dates on which such consideration is payable.

(b)  Percentages rounded to two decimal places.  The applicable M&A Fee Percentage for Aggregate Consideration value amounts which fall between the amounts listed above shall be calculated based on a straight line interpolation of the percentages in the M&A Fee Schedule.

Exhibit 2 to
Resnick Declaration

## LIST OF INTERESTED PARTIES

**(A)    AFFILIATES AND NON-DEBTOR
    SUBSIDIARIES**[1]

Alambrados y Circuitos Eléctricos, S.A. de C.V.
Ambrake GP, Inc.
Ambrake Manufacturing, Ltd.
Arcomex S.A. de C.V.
Arneses Eléctricos Automotrices, S.A. de C.V.
AS Catalizadores Ambientales S.A. de C.V.
ASEC Manufacturing (Thailand) Ltd.
ASEC Manufacturing General Partnership
ASEC Private Limited
ASEC Sales General Partnership
Ashimori Industry Co., Ltd.
Aspire, Inc.
Autoensambles y Logistica, S.A. de C.V.
Beijing Delphi Technology Development
    Company, Ltd.
Beijing Delphi Wan Yuan Engine Management
    Systems Company, Ltd.
BGMD Servicos Automotivos Ltda.
BlueStar Battery Systems International Corp.
Bujias Mexicanas, S.A. de C.V.
Cablena, S.L.
Calsonic Harrison Co., Ltd.
CEI Co., Ltd.
Centro Técnico Herramental, S.A. de C.V.
Closed Joint Stock Company PES/SCC
Condura, S. de R.L.
Controladora Chihuahuense, S. de R.L. de C.V.
Controladora de Alambrados y Circuitos, S. de
    R.L. de C.V.
Controladora de Rio Bravo, S. de R.L. de C.V.
Controladora Vesfron, S. de R.L. de C.V.
Cordaflex Espana, S.A.
Cordaflex, S.A. de C.V.
Daehan Electronics Yantai Co., Ltd.
Daesung Electric Co., Ltd.
Daewoo Motor Co., Ltd.
Del Tech Co., Ltd.
Delco Electronics LLC
Delco Electronics Overseas Corporation
Delphi (China) Technical Centre Co. Ltd.

Delphi Administración, S.A. de C.V.
Delphi Alambrados Automotrices, S.A. de C.V.
Delphi Automotive Systems – Portugal S.A.
Delphi Automotive Systems (China) Holding
    Company Limited
Delphi Automotive Systems (Holding), Inc.
Delphi Automotive Systems (Netherlands) B.V.
Delphi Automotive Systems (Thailand) Ltd.
Delphi Automotive Systems- Ashimori LLC
Delphi Automotive Systems Australia Ltd.
Delphi Automotive Systems Cinq SAS
Delphi Automotive Systems Deutschland
    Verwaltungs GmbH
Delphi Automotive Systems do Brasil Ltda.
Delphi Automotive Systems Espana S.L.
Delphi Automotive Systems Global (Holding),
    Inc.
Delphi Automotive Systems Holding GmbH
Delphi Automotive Systems Huit SAS
Delphi Automotive Systems Human Resources
    LLC
Delphi Automotive Systems International, Inc.
Delphi Automotive Systems Japan, Ltd.
Delphi Automotive Systems Korea, Inc.
Delphi Automotive Systems Limited Sirketi
Delphi Automotive Systems LLC
Delphi Automotive Systems Luxembourg S.A.
Delphi Automotive Systems Maroc
Delphi Automotive Systems Neuf SAS
Delphi Automotive Systems Overseas
    Corporation
Delphi Automotive Systems Philippines, Inc.
Delphi Automotive Systems Private Ltd.
Delphi Automotive Systems Risk Management
    Corp.
Delphi Automotive Systems Services LLC
Delphi Automotive Systems Singapore
    Investments Pte Ltd.
Delphi Automotive Systems Singapore Pte Ltd.
Delphi Automotive Systems Sweden AB
Delphi Automotive Systems Tennessee, Inc.
Delphi Automotive Systems Thailand, Inc.
Delphi Automotive Systems UK Limited
Delphi Automotive Systems Vienna GmbH
Delphi Automotive Systems, S.A. de C.V.
Delphi Automotive Systems/Ashimori de Mexico,
    S.A. de C.V.
Delphi Belgium N.V.
Delphi Cableados, S.A. de C.V.
Delphi Calsonic Compressors, S.A.S.

---

[1]    In order to minimize duplication, each interested
    party is listed only once, irrespective of whether
    such party is eligible to be included under more
    than one of the categories set forth herein.

Delphi Canada Inc.
Delphi Catalyst South Africa (Proprietary) Limited
Delphi China LLC
Delphi Connection Systems
Delphi Connection Systems – Tijuana, S.A. de C.V.
Delphi Controladora, S.A. de C.V.
Delphi Corporation
Delphi Czech Republic, k.s.
Delphi Daesung Wuxi Electronics Co., Ltd.
Delphi de Mexico, S.A. de C.V.
Delphi Delco Electronic Systems Suzhou Co., Ltd.
Delphi Delco Electronics de Mexico, S.A. de C.V.
Delphi Delco Electronics Europe GmbH
Delphi Deutschland GmbH
Delphi Deutschland Technologies GmbH
Delphi Diesel Body Systems Mexico, S.A. de C.V.
Delphi Diesel Systems Corp.
Delphi Diesel Systems Corporativo IDSA, S.A. de C.V.
Delphi Diesel Systems do Brasil Ltda.
Delphi Diesel Systems France SAS
Delphi Diesel Systems Korea Ltd.
Delphi Diesel Systems Limited
Delphi Diesel Systems Pakistan (Private) Limited
Delphi Diesel Systems Pension Trustees Limited
Delphi Diesel Systems S.L.
Delphi Diesel Systems Service Mexico, S.A. de C.V.
Delphi Diesel Systems, S.A. de C.V.
Delphi Electronic Suzhou Co. Ltd.
Delphi Electronics (Holding) LLC
Delphi Ensamble de Cables y Componentes, S. de R.L. de C.V.
Delphi Foreign Sales Corporation
Delphi Foundation, Inc.
Delphi France Holding SAS
Delphi France SAS
Delphi Furukawa Wiring Systems LLC
Delphi Harrison Calsonic, S.A.
Delphi Holding GmbH
Delphi Holding Hungary Asset Management Limited Liability Company
Delphi Holdings Luxembourg S.ar.l.
Delphi Insurance Limited
Delphi Integrated Service Solutions, Inc.
Delphi Interior Systems de Mexico, S.A. de C.V.
Delphi International Holdings Corp.
Delphi International Holdings Corporation Luxembourg S.C.S.
Delphi International Services, Inc.
Delphi Italia Automotive Systems S.r.l.

Delphi Korea Corporation
Delphi Liquidation Holding Company
Delphi LLC
Delphi Lockheed Automotive Limited
Delphi Lockheed Automotive Pension Trustees Limited
Delphi Mechatronic Systems, Inc.
Delphi Medical Systems Colorado Corporation
Delphi Medical Systems Corporation
Delphi Medical Systems Texas Corporation
Delphi NY Holding Corporation
Delphi Otomotiv Sistemleri Sanayi ve Ticaret Anonim Sirket
Delphi Packard Austria GmbH & Co. KG
Delphi Packard Electric (Malaysia) Sdn. Bhd.
Delphi Packard Electric Ceska Republika, S.R.O.
Delphi Packard Electric Sielin Argentina S.A.
Delphi Packard Electric Systems Company Ltd.
Delphi Packard España, SLU
Delphi Packard Hungary Kft
Delphi Packard Romania SRL
Delphi Poland S.A.
Delphi Polska Automotive Systems Sp z.o.o.
Delphi Receivables LLC
Delphi Saginaw Lingyun Drive Shaft Co., Ltd.
Delphi Saginaw Steering Systems UK Limited
Delphi Services Holding Corporation
Delphi Shangai Dynamics and Propulsion Systems Co., Ltd.
Delphi Sistemas de Energia, S.A. de C.V.
Delphi Slovensko s.r.o.
Delphi Technologies, Inc.
Delphi Trust I
Delphi Trust II
Delphi Trust III
Delphi Trust IV
Delphi Tychy Sp. z.o.o.
Delphi-Calsonic Hungary Manufacturing Limited Liability Company
Delphi-TVS Diesel Systems Ltd.
DEOC Pension Trustees Limited
Diavia Aire, S.A.
DREAL, Inc.
Electrotecnica Famar S.A.C.I.I.E.
EnerDel, Inc.
Environmental Catalysts, LLC
Exhaust Systems Corporation
Famar do Brasil Comercio e Representacao Ltda.
Famar Fueguina, S.A.
FUBA Automotive GmbH & Co. KG
Gabriel de Mexico, S.A. de C.V.
Grundig Car InterMedia System GmbH
Grundig Sistemas de Electronica, Lda., Portugal
HE Microwave LLC
Holdcar S.A.
Inmobiliaria Marlis, S.A.

Inmuebles Wagon, S.A.
InPlay Technologies, Inc.
Interessengemeinschaft fur Rundfunkschutzrechte GmbH
Interessengemeinschaft fur Rundfunkschutzrechte GMBH Schutzrechtsverwertung & Co. KG
Katcon, S.A. de C.V.
KDAC (Thailand) Company Limited
KDS Company, Ltd.
Korea Delphi Automotive Systems Corporation
Korea Technology Bank Network
Mecel AB
MobileAria, Inc.
Noteco Comércio e Participacoes Ltda.
NSK Ltd.
On Se Telecom Co., Ltd.
P.T. Delphi Automotive Systems Indonesia
Packard Hughes Interconnect Company
Packard Korea Incorporated
PBR Knoxville L.L.C.
Productos Delco de Chihuahua, S.A. de C.V.
Promotora de Partes Electricas Automotrices S.A. de C.V.
PROSTEP AG
Proveedora de Electricidad de Occidente, S.A. de C.V.
Qingdao Daesung Electronic
Rio Bravo Eléctricos, S.A. de C.V.
Shanghai Delco Electronics & Instrumentation Co., Ltd.
Shanghai Delphi Automotive Air-Conditioning Systems Co., Ltd.
Shanghai Delphi Emission Control Systems Company, Ltd.
Shanghai-Delphi Automotive Door Systems Co., Ltd.
Shengyang Huali Automotive Air-conditioning Co. Ltd.
Sistemas Eléctricos y Conmutadores, S.A. de C.V.
Specialty Electronics (Singapore) Pte Ltd.
Specialty Electronics International Ltd.
Specialty Electronics, Inc.
TECCOM GmbH
TecDoc Information System GmbH
Termoelectrica del Golfo, S. de R.L. de C.V.
Unterstutzungsgesellschaft der Kabelwerke Reinshagen GmbH
Wuhan Shenlong Automotive Air-conditioning Co. Ltd.
Yeon Kyung Electronics Co., Ltd.

**(B)   FORMER OFFICERS AND DIRECTORS (FOR THE PAST THREE YEARS)**

Alapont, José Maria

Alsagoff, Faris
Anderson, Carrie
Arkwright, Christopher P.
Arle, John P.
Bailey, R. Scott
Bailey, Russell W.H.
Balsei, Mike
Barth, Volker J.
Battenberg, J.T., III
Beckett, Michael
Belans II, Milan E.
Bellar, Fred J., III
Bernardes, Oscar de Paula
Berry, Roberto Edwin
Bertrand, James A.
Billis, A.E.
Blahnik, John G.
Borzi, James W.
Bowers, William Steven
Brown, Jr., Andrew
Brown, Richard
Brust, Robert H.
Burgner, David Allen
Butler, Kevin M.
Chadwick, Jeffrey R.
Chen, Jimmy C.
Chen, Jinya
Chon, Choon T.
Clemons, Steve D.
Colbert, Virgis W.
Conlon, Martin
Conor-Freeman, Maria
Cooke, F.H.
Corcoran, Sean P.
Cornwell, William D.
Davey, Stephen L.
Dawes, Alan S.
Deak, Gabor Janos
Deak, Garbor Janos
Desnos, Philippe
Eichenlaub, Brian
Erwin, Richard E.
Farr, David N.
Feigenbaum, Haim
Flowers, Allen D.
Forbes, Timothy G.
Franzi, Richard A.
Fuerst, John M.
Funke Esq., Jimmy L.
Gango, Frank
Gardner, A.N.
Geller, Pamela M.
Goodman, Thomas D.
Gottschalk, Bernd
Gray, Mary A.
Griffin, Patrick

3

Gruber, Douglas
Gumina, Joseph P.
Hachey, Guy C.
Hall Jr., Samuel H.
Hathaway, R.E.
Hayashida, Shuji
Healy, Karen L.
Heigel, Kevin R.
Hermeling, Rainer
Hindels, James H.
Hotchkin, Nick
Humbeck, Wolfgang
Irimajiri, Shoichiro
Jackson, Arthur Russell
Jackson, J.E.
Jacovides, Linos
Jaffurs, John A.
Janak, Peter H.
Jensen, William
Jobe, Ronald E.
Jok, Richard
Jones, David J.
Kamischke, Mark S.
Katz Esq., Robert
Kaye Esq., Diane L.
Knill, David
Knutson, Timothy J.
Kolano, Derek
Krause, Jeffrey M.
Lee, Dae Un
Lewis, Theodore H.
Loeb, Marjorie Harris
Lorenz, Mark C.
Manocha, Charu
Manocha, Sandeep
Marion, Laura
Maschoff, David
McClain, Karen
McGuire, Marc C.
McLaughlin, Susan A.
Milburn, Paul S.
Miller, Gail K.
Miller, Robert S.
Naylor, Craig G.
Nelson, R. David
Niekamp, Cynthia A.
O'Neal, Rodney
O'Neill, Brian P.
Olbrecht, Denise
Opie, John D.
Ordonez, Frank A.
Overly, Jeffrey M.
Owens, Jeffrey J.
Parsons, Jeffrey
Pasricha, Atul
Passante, John A.

Penske, Roger S.
Petrie, John
Pirtle, Ronald M.
Pitsenbarger, Pam
Rayne, Mike
Reagan, Michael T.
Remenar, Robert J.
Richards, F. Timothy
Richards, Gregory R.
Robinson Esq., Logan G.
Rogers, Max
Roland Jr., John Robert .
Runkle, Donald L.
Salrin, Sarah J.
Scheffler, Milton R.
Schuppe, Michael L.
Schwarting, Elizabeth M.
Scott, Ian
Shader, Michael A.
Sheehan, John D.
Short, John
Sonnonstine, Jerry
Sparks, Robert H.
Spencer, James A.
Springer, F. Thomas
Sprunger, F. Thomas
Sueltz, Patricia C.
Sullivan, Henry A.
Theriot, Mark
Tilton, Todd I.
Twomey, Thomas N.
Valanty, Burton J.
Veeser, Lothar
Walker, Bette M.
Walker, Robert C.
Weber, Mark R.
Whitson, James P.
Williams, Derrick M.
Williamson, J.L.
Wohleen, David B.
Yoon, Myung Hwan
Young, R.A.
Zablocki, Richard J.

**(C)    ALL LENDERS (INCLUDING CURRENT
AND FORMER AGENTS UNDER CREDIT
FACILITIES AND THEIR COUNSEL AND
FINANCIAL ADVISORS)**

A3 Funding LP
Ableco Finance LLC
ABN AMRO Bank N.V.
ACA CLO 2005-1, Ltd.
Access Institutional Loan Fund
ADAR Investment Fund Ltd
Addison CDO, Limited

AG Alpha Credit Master, Ltd.
Agricultural Bank of China
Ahab Partners, L.P.
Airlie Opportunity Master Fund, Ltd
Amaranth Partners LLC – Trading
American Express Certificate Company
AMMC CLO III, Limited
AMMC CLO IV, Limited
Apollo Distressed Investment Fund
Apollo Distressed Investment Offshore
Appaloosa Invest Ltd. Partnership I
Archimedes Funding IV, Ltd.
ARX Global High Yield Securities
Aslan Capital Master Fund, LP
Atlas Capital Funding, Ltd.
Atrium IV
Aurum CLO 2002-1 Ltd.
Australia and New Zealand Bank Group
Avenue CLO Fund, Ltd.
Avenue CLO II, Ltd.
Avery Point CLO, Ltd.
Balboa CDO I, Limited
Banca Bilbao Vizcaya Argentaria, S.A
Banca Nazionale Del Lavoro SpA
Banco Bilbao Vizcaya Argentaria, S.A.
Banco Santander Central Hispano S.A.
Bank of America, N.A.
Bank of China Luxembourg SA
Bank of New York
Bank of Nova Scotia
Bank of Tokyo Mitsubishi Trust Company
Barclays Bank PLC
BDC Finance LLC
Bear Stearns Investment Products,
Black Diamond Offshore Limited
Blue Square Funding Ltd. Series 3
BNP Paribas
Boldwater CBNA Loan Funding LLC
Boldwater Credit Opportunities
Boston Harbor CLO 2004-1, Ltd
Boston Income Portfolio
Brencourt Distress Securities
Brookville Capital Master Fund, L.P
Bryn Mawr CLO, Ltd.
Callidus Debt Partners CDO Fund I
Calyon New York Branch
Candlewood Capital Partners LLC
Canpartners Investments IV LLC
Canyon Capital CDO 2002-1 Ltd.
Canyon Capital CLO 2004-1 Ltd.
Capitalsource Finance LLC
Cargill Financial Services Intl. Inc
Castle Garden Funding
Castle Hill III CLO, Limited
Castle Hill II-Ingots, Ltd.
Castle Hill I-Ingots, Ltd.

CDL Loan Funding LLC
Cedarview Opportunities Master Fund
Celerity CLO Ltd
Centurion CDO 8, Limited
Centurion CDO 9, Limited
Centurion CDO II, Ltd.
Centurion CDO VI LTD
Centurion CDO VII Limited
Chatham Light II CLO, Limited
Citadel Hill 2000 Ltd.
Citibank N.A.
Citicorp USA Inc.
Citigroup Financial Products Inc.
Colonial Funding LLC
Comerica Bank Michigan
Commerzbank Aktiengesellschaft
Credit Industriel et Commercial
Credit Suisse, New York & Cayman Islands
CSAM Funding IV
C-Squared CDO Ltd.
Cumberland II CLO LTD
Cypresstree Claif Funding LLC
D.K. Acquisition Partners, L.P.
Debt Strategies Fund, Inc.
Delaware Corp Bond Fund
Delaware Delchester Fund
Desjardins Financial Security Life
Deutsche Bank AG
Deutsche Bank Trust Company America
Diversified Income Strategies
Diversified Investors High Yield
Double Black Diamond Offshore LDC
Dryden III-Leveraged Loan CDO 2002
Dryden IV Leveraged Loan CDO 2003
Dryden Leveraged Loan CDO 2002-II
Dryden VIII - Leveraged Loan CDO
Duane Street CLO 1, LTD.
Duma Master Fund LP
Dunes Funding LLC
Dymas Funding Company LLC
ELF Funding Trust I
Employers Insurance of Wausau
Empyrean Investments, LLC
Endurance CLO 1 Ltd.
Event Partners Debt Acquisition, LLC
Excess Book
Feingold O'Keeffe Credit Fund CBNA
Fifth Third Bank, Eastern Michigan
First Trust Highland Capital
Flagship CLO 2001-1
Flagship CLO II
Flagship CLO III
Flagship CLO IV
Forest Creek CLO, Ltd.
Fortis Bank SA NV Cayman Island Branch
Fortress Credit Funding I LP

Fortress Credit Funding II LP
Galaxy CLO 2003-1, Ltd.
Galaxy III CLO, Ltd.
Galaxy IV CLO, Ltd.
Galaxy V CLO, Ltd.
General Electric Capital Corporation
Gleneagles CLO Ltd.
Global Enhanced Loan Fund S.A.
Global StocksPLUS Income Fund
Goldman Sachs Credit Partners L.P.
Gracie Capital L.P.
Grand Central Asset Trust
Grand Central Asset Trust, Gaia
Grand Central Asset Trust, SIL
Grand Central Asset Trust, Single
Greywolf Loan Participation LLC
Guggenheim Portfolio Company XII
Gulf Stream - Compass CLO 2005-1
Gulf Stream - Compass CLO 2005-1
Gulf Stream Compass CLO 2002-1
Gulf Stream-Compass CLO 2004-1, Ltd
Hammerman Capital Master Fund LP
Hammerman Counterpoint Master Fund
Harbour Town Funding LLC
HBK Master Fund L.P.
High Income Portfolio
Highland Floating Rate Advantage
Highland Floating Rate LLC
Highland Offshore Partners, L.P.
Horizon Income Fund, Ltd.
HSBC Bank USA, National Association
IDS Life Insurance Company
ING Capital LLC
ING Investment Management CLO I, Ltd
ING Prime Rate Trust
ING Senior Income Fund
Investment CBNA Loan Funding LLC
Investors Bank and Trust Co
Jasper CLO Ltd.
JPMorgan Chase Bank, N.A.
Katonah II, Ltd.
Katonah III, Ltd.
Katonah IV, Ltd.
KeyBank National Association
KIL Loan Funding LLC
Kingsland I, Ltd.
KKR Financial CLO 2005-1, Ltd.
KZH Pondview LLC
KZH Soleil LLC
KZH Soleil-2 LLC
Lehman Commercial Paper Inc.
Liberty CLO Ltd.
Liberty Mutual Ins Company
LibertyView Loan Fund, LLC
Lightspeed CLO
Lincoln National Life Insurance Co.

LINDEN CAPITAL LP
Lispenard Street Credit (Master)
Loan Funding I LLC
Loan Funding III LLC
Loan Funding V, LLC
Loan Funding XI LLC
Loan Star State Trust
Long Grove CLO, Limited
Madison Park Funding I, Ltd.
Marathon CLO I Ltd.
Marathon Special Opportunity
Market Square CLO Ltd.
Marquette Park CLO Ltd.
McDonnell Loan Opportunity Ltd.
Metropolitan West High Yield Bond
Metropolitan West Strategic Income
Mizuho Corporate Bank Ltd.
ML Global Investment Series Income
Morgan Stanley Senior Funding, Inc.
Mountain Capital CLO II Ltd.
Mountain Capital CLO IV, Ltd.
Muirfield Trading LLC
National City Bank
Nemean CLO, Ltd.
Oak Hill Credit Alpha Fund (Offshore)
Oak Hill Credit Alpha Fund LP
Oak Hill Credit Partners I, Limited
Oak Hill Credit Partners II, Limited
Oak Hill Credit Partners III, Limited
Oak Hill Credit Partners IV, Limited
Oak Hill Securities Fund II, L.P.
Oak Hill Securities Fund, L.P.
OCM High Yield Plus Fund LP
Octagon Investment Partners IV, Ltd
Octagon Investment Partners V, Ltd.
Octagon Investment Partners VI, Ltd
Octagon Investment Partners VII, Ltd
Panton Master Fund LP
Park Avenue Loan Trust
PIMCO Floating Income Fund
PIMCO Floating Rate Income Fund
PIMCO Floating Rate Strategy Fund
PIMCO High Yield Fund
Pinewood Credit Markets Master Fund
Pioneer Floating Rate Trust
PNC Bank, N.A.
Post Leveraged Loan Master Fund, LP
Post Opportunity Fund L.P.
Post Total Return Fund, L.P.
Principal Life Insurance Company
Prospect Funding I, LLC
Protective Life Insurance Company
Putnam Floating Rate Income Fund
Putnam High Yield Advantage Fund
Putnam High Yield Trust
Putnam Variable Trust High Yield Fund

Q Funding III LP
Quadrangle Master Funding Ltd
Quattro Distressed Opportunity Fund
Quattro Fund Ltd
Quattro Multi-Strategy Master Fund
R2 Top Hat, Ltd.
Race Point CLO, Limited
Race Point II CLO, Limited
Race Point III CLO, Limited
Red Fox Funding LLC
Redwood Master Fund, Ltd.
Riviera Funding LLC
Robson Trust
Rockwall CDO Ltd.
Rosemont CLO, Ltd.
Salomon Brothers Variable Rate
Sankaty High Yield Partners II
Sankaty High Yield Partners III, LP
Satellite Senior Income Fund II
Satellite Senior Income Fund, LLC
Saturn Trust
Scoggin Worldwide Fund Ltd
Scottwood Partners LP
Sea Pines Funding LLC
Secondary Loan and Distressed Credit
SEI Institutional Managed TST
Seneca Capital, L.P.
SEQUILS Centurion V, Ltd.
SEQUILS ING I (HBDGM), Ltd.
SEQUILS-Magnum, Ltd.
Severn River Master Fund Ltd
Sierra CLO I Ltd.
Silverado CLO 2006-I LTD
Simpson Thacher & Bartlett LLP
Sky CBNA Loan Funding LLC
SMBC MVI SPC
Societe Generale SA New York
SOF Investment, LP
Southport CLO, Limited
Special Situations Investing Group
SRI Fund LP
Stanfield Arbitrage CDO, Ltd.
Stanfield Bristol CLO, LTD.
Stanfield Carrera CLO, Ltd.
Stanfield Vantage CLO Ltd.
Sumitomo Mitsui Banking Corporation
SunTrust Bank Atlanta
TCW Select Loan Fund, Limited
TCW Senior Secured Loan Fund LP
Tenor Opportunity Master Fund, Ltd.
The Drake Offshore Master Fund, Ltd
The Foothill Group Incorporated
The Hartford Floating Rate Fund
The Royal Bank of Scotland PLC
Thrivent High Yield Fund
Thrivent High Yield Fund II

Thrivent High Yield Portfolio
Thrivent High Yield Portfolio II
Trilogy Portfolio Company, LLC
TRS Callisto LLC
TRS Leda LLC
TRS Thebe LLC
UBS Loan Finance LLC
UFJ Bank Limited
Velocity CLO, Ltd.
Venture CDO 2002, Limited
Venture II CDO 2002, Limited
Venture III CDO, Limited
Venture IV CDO, Limited
Vista Leverage Income Fund
Vulcan Ventures, Inc.
Wachovia Bank National Association
Watershed Capital Institutional
Watershed Capital Partners (Offshore)
Watershed Capital Partners, L.P.
Waterville Funding LLC
Waveland-Ingots, Ltd.
Wells Capital Management-12831400
Wells Capital Management-13702900
Wells Capital Management-13823100
Wells Capital Management-13923602
Wells Capital management-14945000
Wells Capital Management-16017000
Wells Capital Management-16463700
Wells Capital Management-16896700
Wells Capital Management-16959700
Wells Capital Management-17299500
Western Asset Floating Rate
Whitney Private Debt Fund LP
Wind River CLO I Ltd.
Windmill Master Fund LP
Wrigley CDO, Ltd

**(D)    INSURERS**

ACE American Insurance Company
ACE Insurance Company
ACE USA
AIG Excess Casualty North America (Lexington)
AIG Worldsource
AIU Inc.
Allianz
Allied World Assurance Company, Ltd
Amerada Hess Corporation
American Home Assurance Co. (AIMA)
American International Insurance
American International Specialty Lines Insurance
    Company
ANR Pipeline Company
Aon
Aon Bermuda
Aon UK

Arch
Arch Insurance (Bermuda) Limited
Arch Insurance Group
AWAC
AXIS
Axis Reinsurance Company
Bermuda Markets
Cananwill, Inc.
Chubb Custom Insurance
Chubb Specialty Insurance
CNA Financial Insurance
CNA Insurance Companies
Columbia Casualty Company (CNA)
Columbia Gas of Ohio
Columbia Gas Transmission
Continental Casualty (C.N.A.)
Coral Energy Resources, L.P.
East Ohio Gas Co.
Endurance Specialty
Federal Ins. Co. (Chubb)
General Star Indemnity Company
GEP
Great American
Gulf Underwriters Insurance Company
Hannover Re
Hanseatic Insurance Company (Bermuda) Ltd.
Hartford
HDI
Indiana Gas Company
Ins. Co. of the State of Pennsylvania (AIG)
IRI
Lexington
Lexington Insurance Company (AIG American
   International Companies)
Liberty Mutual
Lloyds of London
Marsh USA, Inc. (Broker)
Marsh/Pentastar
National Union Fire Ins. Co. (AIG)
National Union Fire Insurance Company of Pitts.,
   PA (AIG American International Companies)
Pacific Employers Ins. Co. (ACE USA)
Panhandle Eastern Pipeline Company
Seminole Energy Services
Sequent Energy Services
SR International Business Insurance Company
   Ltd.
St. Paul (Bermuda), Ltd.
St. Paul Fire & Marine Insurance Company
St. Paul Mercury
St. Paul Surplus Lines Ins. Co.
Starr Excess Liability Insurance International
   Limited
Steadfast Insurance Company (Zurich)
Swiss Re Insurance Company Ltd.
Tokio Marine

Twin City Fire (Hartford)
U.S. Specialty Insurance Company
UGI Energy Services
Union Gas System, Inc.
United States Aviation Insurance Group (USAIG)
   and others
US Specialty/HCC
USAIG
Vectren Energy
XL U.S.
Zurich American Insurance Company

**(E)   PROFESSIONALS (ATTORNEYS, ACCOUNTANTS, INVESTMENT BANKERS, CONSULTANTS FOR THE PAST THREE YEARS) [Excluding those Professionals that Charge less than $100,000.00 in Annual Fees]**

4GEN
Ahearn & Soper Co INC
Air Academy Associates
Air Academy Press & Assoc.
Aisec United States Inc.
AIT Group
AJM
American Supplier Institute
Ariane Ingenierie
Ariba
ASI (American Supplier Institute)
ASI Consulting Group LLC
ASI LLC
ASI, Shainin (ICIM)
Asset Management Resources
Asset Mfg Resources
AT Kearney
AVL North America Inc
Ayco Company LP
Baker & Daniels
Baker & McKenzie LLP
Baker Botts LLP
Balch & Bingham LLP
Banner & Witcoff, Ltd
Bede & Associates
Bedi Strategies, Inc.
Bevco Solution Strategies
Bliss McGlynn P.C.
Booz-Allen Hamilton
Brenda Veit
BSI America, Inc.
BSI Americas
BSI Management Systems
Burnside & Nauman Medical
Burson Marsteller
Burson-Marsteller
Butzel, Long

Calwest
Cantor Colburn LLP
Cardinal Law Group
Cardoza
Carquest
Cattel, Tuyn & Rudzewicz, PLLC
Chris Kouri & Assoc.
Chuck Ondrick
Clark Consulting
Clark Hill P.L.C.
Clark Patterson Associates
Coble Taylor & Jones
Cochran Public Relations
Coe & Associates
Common Point Graphics
Conway McKinsey and Dunlevy
Corporate Branding LLC
Corporate Executive Board
CSFB
csm worldwide
CTG Auditors
CTJ Safety Associates
Danzas AEI Customs Brokerage Services
Danzas AEI Intercontinental
DASCO
Dave Trella/Menlo Logistics
David Cunnigham
Deloitte Touche Tohmatsu
Det Norske Veritas
Detroit Translation Bureau
DeWitt Ross & Stevens
Dickinson Wright P.L.L.C. (Detroit, MI)
Dickson Allen
Donald Gober
Drinker Biddle & Reath – PA
Dykema Gossett P.L.L.C.
E&Y
Edcor Data Services
EDS
Electricore Inc
ENSR Corporation
En-Tech
Entech Utility Service Bureau Inc
Equis Corporation
Ernst & Young
Excise Department
Exhibit Enterprises, Inc. (Rochester Hills, MI)
FedEx Trade Networks Transport and Brokerage, Inc.
Fidelity Employer Services Company, LLC
Fidelity Institutional Retirement Services Company
Fleishman Hillard Japan, Inc.
Foley & Lardner LLP
Frost Brown Todd LLC
FTI Consulting, Inc.

Haley & Aldrich Inc
Hao Do
Heller Ehrman White & McAuliffe
Hill & Knowlton
Hill & Knowlton Brazil
Hill & Knowlton, Mexico
Hirsig-Frazier Co.
Honigman Miller Schwartz and Cohn
Howard & Howard Attorneys, P.C.
Hunton & Williams LLP
Huron Consulting Services LLC
I33 Communications LLC
Institute of Configuration
Interchange Europe
Interim
Interim Healthcare Inc.
 J. Gordon Lewis, PLLC
Jaeckle Fleischmann & Mugel, LLP
Jefferson Wells
JLE Process Services, Inc.
Johnston Barton Proctor & Powell LLP
Jones Day
Jones Lang Lasalle Americas Inc
Kim & Chang
Kitchin & Sons Inc.
Law Offices of Albert M. Gutierrez, P.C.
Lee Hecht Harrison
Link Testing Laboratories
Linklaters
Lippert, Humphreys, Campbell, Dust & Humphreys, P.C.
LKF Associates
Lori A. Sisk
Mark A. Navarre
McCann-Erickson
McCarthy Tetrault LLP
Mertitus Consulting Services
Miller Canfield Paddock & Stone, PLC
Miller Consulting Services
MIT
Molitor International
Moore Hansen & Sumner
Morris, Nichols, Arsht & Tunnell
N.A. Williams Co.
NAPA Sales
Neal Gerber & Eisenberg, LLP
Noerr Stiefenhof
Northeastern Marketing
O.P. Tyagi
Ohio State Univ.
O'Melveny & Myers LLP
On-Mark Sales
Origin Intl Inc
Orion Adv. Mktg
Panalpina, Inc.
Parsons

Parsons & Maxon Incorporated
Paul Hastings Janofsky & Walker LLP
PDXRO
Pepper Hamilton LLP
Phelps Dunbar LLP
Pillsbury Winthrop Shaw Pittman LLP
Price, Heneveld, Cooper, DeWitt & Litton
PriceWaterhouseCoopers LLP
Problem Solving Ad Hoc
Productivity Systems
QS Servicos Tecnicos
Rader, Fishman & Grauer PLLC
Radix Group International, Inc
Reising, Ethington, Barnes Kisselle, P.C.
Rhonda L. McCoy-Pfau PLLC
Richards Spears Kibbe & Orbe LLP
Robbins GIOIA
Robert Half
Russell A. Farrow, Limited
Russell Reynolds
Rutledge Tonya R
S.P. Nagrath & Co.
Saarakshi Enterprises
Salomon Smith Barney
Sandler & Travis Trade Advisory Services, Inc
SAP Consulting
Sapient
Savety Innovations Ltd
Sedgwick Claims Management Services, Inc.
Seva Technologies
SGS Conrtoll CO MBH
Shainin LLC
Shainin Services
Shaw E & I
Shearman & Sterling LLP
Sigma Learning LLC
Siskel Sales Company
Six Sigma Academy
Smiley-Smith & Bright CPAs, LLC
Solution Strategies, Inc.
Southwest Research
Spirax Sarco
Squire, Sanders & Dempsey, L.L.P.
SRS Marketing Co.
Stanton Park Group LLC
Stout Risius Ross
Suh & Assoc.
Summit Energy Services Inc
Suri & Company
Tatum Partners
TBM
Tec Ease Inc
Tech Caliber
Thompson, Hine & Flory, LLP
Towers Perrin
TPI

Training Services
Training Services & Solutions
TSSC
TUV Rheinland Group
TWI Network
UBS
UHY Mann Frankfort Stein & Lipp Advisors, Inc.
Ward Norris Heller & Reidy, LLP
Watkins Ludlam Winter & Stennis, P.A.
Watson Wyatt & Company
Whiteside Communication Management
Wilmer Cutler Pickering Hale and Dorr, LLP
Wood, Herron & Evans, L.L.P.
Wooden & McLaughlin, LLP
World Class Engineering
Xpedex
Young & Rubicam, Inc.
Yuasa & Hara

(F)    **PARTIES TO LITIGATION AND THEIR
COUNSEL (FOR CLAIMS OF AT LEAST
$500,000)**

A&O Mold & Engineering, Inc.
ABATE - CECo GM
Abbey Gardy, LLP
Abernathy, Sonja
Abood, Andrew P.
Abrego, Everado
Adams Oil
Adams, Thomas E.
AEC
AFL-CIO
AFL-CIO-CLC
Aimtronics Corporation
Aldridge, Brenda
Alen J. Counard, P.C.
Alexander Logan & Hunt
Alfaro, Jos C.
Allegheny Coatings
Allegheny Rodney
Allegre Dong AH
Allison, Carl
Allstate Insurance
Alternative Resource, Inc.
Alumalsa
AM General Steering Gear
American Electronics Components AEC
Anderson, Russell, Jr.
Anglo Metals, Inc.
Anorve, Juan
APC and Sundram
Apple
Arbogast, Michael A.
ARC CADH
Archer & Greiner

Arnold & Porter
Arnold, James Jr.
ASEC France
Ashburn, William
Asherbranner, Jennifer T.
Associated Springs & Barnes Group, Inc.
ATT
Aubert, Harold
Austin Group, Ltd
Automotive Applied Technologies Limited
Automotive Technologies Inc.
Automotive Technologies International, Inc.
Avarette, Bessie
Ayusa
Aziz, Salman
B & F Enterprises
Bailey Cavalieri LLC
Baldwin, Sandra L.
Bancomer et al
Barner, Richard
Barnes, Cleary
Barry D. Adler, Esq., Adler & Associates
Bartell, Greg
Bastien, Amy C.
Batson, Benjamin
Baxter, Daniel
Baxter, Rachel
Beck, Bobby
Beck, Daniel P.
Beck, Redden & Secrest
Bedrin, John
Beers, Anderson, Jackson, Patty & Van Heest,
    P.C.
Bellis, Katherine
Bendix ABS Fires
Bentley-Rolls Royce
Berg Hill Greenleaf & Ruscitti LLP
Bernstein, Sidney
Berry, Doris
Berthold, Cindy Lee
Beuke, Robert L.
Bex, Russell
Bhones, Diane
Birdyshaw, Mike
Bishop, James Denson, Sr.
Blaesi, William
Blas, Cassandra E.
Bleakley, Cypher, Parent, Warren & Quinn, P.C.
Blecher & Collins, P.C.
BMC Holding Corporation
BMC West
Bodman, Longley & Dahling, LLP
Bond, Donald W.
Bond, Teresa G.
BorgWarner Turbo Systems
Boulden, Cristal

Bradley, Phyllis Jean
Brady, Billy W.
Brady, Larry
Brantley, Shalonda J.
Brewer, Mary M.
Britt, Stephanie
Brittingham, David
Brittingham, Julie
Brooks, Diane
Brooks, Marvin
Brooks, Shameila
Brown, Celestia
Brown, James Lee
Brown, Jonathan
Bryan, Greyson
Buchanan, Rufus O.
Budak, Anthony F.
Building Material Holding Corporation
Buis, James
Bulk Terminals, Inc
Burch, Amy R.
Burdette, James
Butler, Daisy J.
C&J Industries
Cadillac
Cady, Mastromarco & Jahn, P.C.
California, Irvine
Campbell, John E.
Campbell, Robert R.
Canales & Simonson, P.C.
Canter, Richard
Carrigan, McCloskey & Roberson, LLP
Casper & Casper
Catherine Rozanski
CDA Consulting, Inc.
Cellino & Barnes, P.C.
Celso Gon‡alves Viana
Central Bank of Brazil
Chadbourne & Parke LLP
Chapa, Israel
Chapman, Lewis & Swan
Chase-Orr, Kimberly
Chemetco
Chemical Waste Management, Inc.
Chieftain Contract Services
Chilton, Alfred
Chivers, Kathy L.
Circle Plastic Products, Inc.
Citibank Texas, National Association
City of DelRay Beach Police and Firefighters
    Retirement System
Clark, Charles
Clark, Martina
Clash, Klemchuk, Roach & Powers LLP
Clifford Law Offices, P.C.
Cloncs, Donald

Clones, Donald
Clorex S.A.
Clouse Dunn Hirsch LLP
Cockrane, Ameatha
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
Colbert, John E.
Cole, Cole & Easley, P.C.
Coleman, Michael
Coletta, Vincent J.
Compliance Counsel, Lear Corporation
Condutelli
Conrad, Dean F.
Conwell, Wayne
Cook, Sylvia
Coolidge, Wall, Womsley & Lombard, LPA
Copeland, Huey G.
Corus S.E.C./L.P
Corvette
Couzens, Lansky, Fealk, Ellis & Lazar PC
Covington & Burling
Cox, Jon C.
Coy Glass
Crown City Plating Company
CSX Realty Development
Custom Energy, L.L.C.
CWI
DACTEM
Daewoo
Daewoo International
DaimlerChrysler Corporation
Dana Corp Global Production WHS
Dana Corp Sealing Division
Dangerfield, Shawn
Danis Environmental Industries, Inc.
David A. Hodges, Esq.
Davis & Davis
Davis, Janetta
Davis, Robert E., II
DCX
Delco Remy America (DRA)
Delphia
Demet
Denso Corporation
Devlieg Boulevard II, Inc.
DHB-CA
Dickerson, Brian
Diniz, Mauro Lucio
Diversified Environmental Management
   Company
DMS NA
Dockins Turnage & Banks
Dolce, Frank J.
Dotson, Pamela K.
Dotson, W. Douglas
Dougherty, Chad
Drillock, Linda

Droman, Rick
DSL
DSSG
Dukarski, Katherine
Dutton, William Boyd
Dyer, Garofalo, Mann & Schultz
Dynamic Sciences International
Eaton Corporation
Edwards, William P.
Eftec North America, LLC
Elco Textron Fastening Systems
Elco Textron, Inc.
Electrical Systems Motors
Electronic Environmental Engineering
Electrospec Cost Recovery
Ellis, Peter
Elmore, Arlis M., Jr.
Elwood S. Simon & Associates, P.C.
Emonds, Douglas J.
Energy Conversions Systems (ECS)
Engelhard/NGK
Ennis, Donald
Enterprise Automotive Systems
Epsilon
ESS, Inc.
Essedue
Estate of Lannon
Estate of Stella Demeniu
Ethanol Coolant
Eton Corporation
Evans, Terrence
Executive Loan Program
Fabricated Metals
FAE
FAG Automotive Inc.
FAG Bearing Limited
Fague, Terence L.
Farmer, Darryl G.
Farmers' Marketing Service
Faruqi & Faruqi, LLP
Faurecia Exhaust Sys Inc
Fiber Optic Fund Class Action (Litigation Group)
Fiber Systems International, Inc.
Fieger, Fieger, Kenney and Johnson
Fields, Charlotte
Financial Services of America, LLC
Finklestein & Krinsk, LLP
Fire, Arndt & Danborn PC
First Technology
Fischbein, Peter D.
Fitch, Even, Tabin & Flannery
Fleming, Joseph A.
Flex-Tech
Fligstein, Michael
Flora, Betty J.
FLSA

Fluor Corporation
Folck, Neal C.
Ford Motor Company
Fosbre, Frank J. Jr.
Foster, Kim L.
Foster, Kimberly
Fouche, Kim
Fournier, Connie
Franklin & Greenfield LLC
Franklin, Gordon
Free, Paul
Fromm, Pamela
Furukawa Electric North America APD, Inc.
Gabrielle, Lori J.
Gaddis, Tracy
Gaines, Ira
Gainey & McKenna
Gann, Robert Edwin
Garcia, Jessie L.
Garvey, Robert F.
Garvin Glass
Gavia, Felipe F., Sr.
General Motors Daewoo Auto and Technology
General Motors' Discovery
GfH
Gilardi & Co., Inc.
Gilbert, Frank, Ollanik & Komyatte, P.C.
Gillette, Edward A.
Gilyard, Jonnie
Gimpex
Givens, Robert
Global Minerals and Metals Corporation
Glynn, Marcus
GM Daewoo
GM DAT
GM Epsilon
GM Europe Opel
GM & International
GMNA
GMPT
GMSPO-CWI
Gonzalez, Ernesto (Ernie)
Gonzalez, Philip
Gordon, Patricia
Greak & Smith, P.C.
Greenwood, Edward Joseph
Greystone
Grimes, Rita
Groce, Kelly R.
Gross, Lisa
Grundig Multimedia B.V.
Gualandi, Kevin
Guel, Mills, Nims & Pylman LLP
Guevrra, John
Gulf Coast Bank & Trust Company, et al.
Gum, Mano

Gutjahr, Michael
Gwendolyn J.M. McCallum, fiduciary of the
    Estate of David B. McCallum
H.E. Services Company
Hagan, Mansel
Hagens Berman Sobol Shapiro
Hahn Elastomer
Hammer, Edward
Hanline, William D.
Hanna, Terry
Hanners, Carolyn
Harco Industrial Supply Inc
Harco Industries, Inc.
Harden, John W.
Hardwick & Knoght
Hardy, William
Harley Brakes
Harper, William
Harris, John
Hassel, Claudette M.
Hassett & Donnelly, PC
Haveles, H.P.
Hayes Brake
Hayes Lemmerz International, Inc.
Heathco, Mark
Hernandez, Gloria
Herndon, Laura V.
Hertz, Schram & Saretsky, P.C.
Hillman, Robert
Hills, Donald L., Sr.
Hirschmann Electronics GmbH & Co.
Hoagland, Longo, Moran, Dunst & Doukas
Holden, Kindwell, Hahn & Crapo, P.L.L.C.
Honeywell ACS Sensing & Control
Hood, Constance
Hood, Kelli
Hoover Precision Plastics
Howard Langer, Esquire, Golumb Honik &
    Langer
Howard, Mark
Howrey LLP
Howrey Simon Arnold & White, LLP
Hoyt, Arthur C.
HPI
Hubbard, Clarence E.
Hudson, Linda
Hunter, Clemie
Hurley Packaging of Texas, Inc.
Hurst, Bryon
Hurst, Teresa
Hutchinson Seal
Hyder, Michelle
ICG
ICMS
IMSS
In re Terazosin Hydrochloride Antitrust Litigation

Indiana, Kokomo
Industrial Div. of the Communications
Infonavit
INSS
International Truck
Invensys
Irvine
Itabirito Plant
IUE Moraine Umpire Appeal
IUE vs CWA
IUE/CWA Local 755
IUE-CWQ
Jakupco, Richard J.
James, Edith C.
Jarzyniecki, Philip
Jeanniard
Jenkins, Shontea
Jenner & Block
Jevicks, Teresa
Johnson, Freddie L.
Johnson, Jana C.
Johnson, Rasmussen, Robinson & Allen, P.L.C.
Johnson, Ruth
Johnson, Shanellie
Jolly, Norman
Jones, Leland
Jones, Lonnie
Jones, Norman
Jones, Rodger
Jones, Vanessa
Jordan, Martin J.
Josey, Anita
Joyal Products, Inc.
Julias, Steven
Junkin, Harrison & Junkin, PC
Junkin, Samuel W.
JV Products
Kaplan Fox & Klisheimer LLP
Karlin, Lawrence
Katzkin Leather, Inc.
Kelely, Tasha
Keller Rohrback, L.L.P.
Kelley, Charles  (Estate of)
Kelley, Sharon
Kelly Koszewski et al
Kenna Technical Services
Kenna, William
Ker, Russell & Weber
Kessler, Thomas
Key Plastics
Khan, Kim N.
Kimberley & Miles, P.C.
Kirsch, Paul C.
Knighton, Gregory James
Knisley, Richard W., II
Kostal of America, Inc.

Kowallek, Daniel E.
Kowalski, Richard
Kramer, Steven
Kraus, Jessica
Kreegar, William C.
Krupp-Hoersch
Kucklemam, Karl
Kulinec, Charles Francis, Jr.
Kumiega, Kenneth J.
L&W Stamping, Inc.
Laborsource 2000, Inc.
Lamb, Daniel
Land Rover
Laneko
Langston Sweet & Freese
Latimore, John L.
Laudig George Rutherford & Sipes
Law Office of Carlos E. Hernandez, Jr.
Law Office of Klari Neuwelt
Law Office of Leon Russell, P.C.
Law Offices of Brian M. Felgoise, PC
Law Offices of Charles J. Piven, P.A.
Law Offices of G. Lynn Shumway
Law Offices of Maloney & Campolo
Lawson, Walter Keith
Lazor, Daniel
Lea Miles, Rebecca
Lee, Clyde, Jr.
Legorreta, Daniel
Lemon Bay Partners
Lerach Coughlin Stoia Geller Rudman & Robbins
   LLP
Leslie, Mike
Lester, Schwab, Katz & Dwyer
Metlife, Michelle Constandse, Esq.
Levin Simes & Kaiser LLP
Lewis & Lewis, P.C.
Lewis Brisbois Bisgaard & Smith LLP
Lewis, Robert
Lieff, Cabraser, Heiman & Bernstein, LLP
Lindberg, Matthew G.
Linerboard Antitrust Class Action
Lisa J. Leebove
Liss & Shapero
Litex
Little, Robert W.
LK Nagano Sistemas Automotivos Ltda.
Local 1097
Local 663 Electrical Workers
Locke Liddell & Sapp, LLP
Logistics Solution Group S.A.de C.V.
LoPrete, Kent
Lowey Dannenberg Bemporad & Selinger, P.C.
Lumpkin, Robert J.
Lunn, Richard
Lunt Manufacturing Co., Inc.

Lyon, Donald M.
Lyons, Brian
MacDonald Industrial Products
Magnesium Aluminium Corporation
Mahle Sistemas de Filtracion de Mex
Mahle, Brian
Manns, Debra A.
Mantese, Joseph Vito / Lease Plan USA
Manufactured Products Corporation (MPC)
Margaret Fukuda
Marian P. Rosner, Esq., Robert C. Finkel, Esq.,
    Carl L. Stine, Esq.
Mariana Inˆs de Souza
Marsh & McLennan Cos.
Martinez, Jose Angel Mata
Massey, Patricia
Mastromarco & Jahn, PC
Matamoros
Matter, Phillip
MBUSI
McAleer, Adrian
McBride, Diana B.
McCaslin, Imbus & McCaslin
McCree, Robin
McCullough, Amy M.
McDermott, Jon E.
McDonald, Wilfred A.
McGuire Woods
MCI Telecommunicaitons Corporation
McKee, Stephen M.
McMillion, Anna
McPhall, Amber
McTigue Law Firm
Means Industrial, Inc.
Merrick, Steven
Merritt, James and Bonnie
Metaldyne 2005 Contract
MetroCal, Inc.
Meyer and Williams
MG Rover
Middleton, Randal A.
Miller Faucher and Cafferty LLP
Miller Shea, P.C.
Miller, Daniel A.
Mills, Jason
Milwaukee Design Center
Ministerio Publico
Minnick, Ralph D.
MIOSH
Miro, Weiner & Kramer
Missing Press Parts
Mitchell, Margaret B.
Mochty, Ronald J.
Modine
Mohamed, Farag
Molex Cost Recovery Disputes

Moore, Gene T.
Moore, Walters, Thompson, Thomas, Papillion &
    Cullens
Moreira, Luiz Alberto
Moretti, Lucia V.
Morgan & Meyers PLC
Morganite
Morganite Incorporated Class Action
Morris, Cantor, Lukasik, Dolce, Panepinto, P.C.
Morrison, Thomas
Mortensen, Philip Bradley
Moser, Janet E.
Motley, Rosalyn
Motorola Quadrasteer
MTD Technologies
Mubea, Inc.
Much Shelist Freed Denenberg Ament &
    Rubenstein, P.C
Mulligan, Charles D.
Multifunction Switch
Myers-Gell, Judith
MyFi Battery Fires
NBR
Nesco
Neubauer, Bridget A.
Newman, Tina
Newton, David
NGK
Nguyen, James H.
Novak, Barbara Griffin
Novakovic
Novo Rio Baterias Ltda.
Nu Tech Plastics Engineering, Inc.
O'Neill, Mary P.
O'Neill, Wallace & Doyle, P.C.
O'Brien, Michael L.
O'Bryan, George M.
Olson Tooling
Ondo, Anthony C.
Onsalma
Opel
Opel Hungary/GMPT
Orlick Industries, Ltd
Orlik, Eva M.
OSHA Recordables
Osowki, Linda
Owens, Donna
Padilla, Afredo Z.
Palmer, Cindie L.
Paragon/CJR
Parkview Metal Products
Parmenter O'Toole
Partridge, Steve
Patent Holding Company
Paula, Ana
Peace, Bernadine

Penley, Brian L.
Pennington, Jeff
Peters, Jerry
Peters, Larry C.
Petrie Household Goods Claim
Phelps, John W.
Phillips, Robert
Pickett, Mary
P-K Tool & Manufacturing
PODS
Poitra, Tammie
Polito, Michael A.
Polsinelli Shalton Welte Suelthaus, PC
Powell, Charlene
Power Outage
Powertrain
Praxair Surface Technologies
Price Potter Jackson & Mellowitz PC
Priest, Aaron
Primary at Johnston Bartin is John Sheffield
Pritchard, Deborah Brown
Proud, Douglas
Prusheik, Stacey
Public Lighting Authorities
Quake Global, Inc.
Qualls, Debbie L.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
Quinn, Larry
Radiation Issue
Raphael, Naomi
RBC Bremen Bearing, Inc.
Reilly, Thomas A., Jr.
Reliable Castings
Reno, Joseph
Reyes, Daniel
Reynosa
Rhodia Patent Assertion
Richard Hawkins & Young, LLP
Rio Bravo Occupied Worker Housing
Roberto Mageste de Abreu
Robins, Kaplan, Miller & Ciresi LLP
Roetzel & Andress
Rogers County District Attorney, Assistant D.A.
   Patrick Abitbel
Rosen, Paul
Rosen, Ruben J.
Ross, Marion
Rowel, Lynn
Rowley, Donald
Royal Freight, L.P.
Rudzik, Rebecca
Ruhenkamp, Nicole M.
Rule, Hilary
Russell, Thomas
S "nia Aparecida da Silva
Sallee Law Firm

Samacki, Rachel
Sammons, Leon
Sanko
Saturn
Savage, Darrin
Sax, M. Beth
Schatz & Nobel, P.C.
Schlicher, Cindy Lee
Schunk Graphite Technology, Inc.
Schwartz Law Firm, P.C.
Scott & Scott, LLC
SCRC
SEC
SEC-MSC Software Corporation
SEC-OPEB
Sedberry, Joyce
Segway Cancellation Claim
Seipke, Isabelle
Seldeen, William L.
Seskin, Lauren
Shanks, Carol
Shannon Shaw, Martin L.
Sharp, Dennis
Sharyl Carter
Shaw, Martin L.
Sheila M. Bossier PLLC
Sher Garner Cahill Richter Klein & Hilbert,
   L.L.C.
Sherban, Daniel
Sherbin, Joshua A.
Sherer Electric
Sherrie Savett, Esq.
Short, Jodi Lynn
Siemens GEN III
Siemens VDO Automotive Inc
Siemens VDO SA de CV
SimmonsCooper, LLC.
Simons, R. Nicholas
Smibert, Jon R.
Smith, Erisha
Smith, James O.
Smith, Lori
Smith, Louis
Smith, Mary
Smith, Spires & Peddy, P.C.
Smolik, Lillie
Snider, Michael K.
Sobel, Jonathan F.
Solvent Chemicals
South Trust Bank
Spahn, Jeff C., Jr.
Spector Roseman & Kodroff, PC
Spencer, Theresa L.
Squitieri & Fearon, LLP
Stafil
Stansbury II, Robert L.

16

State of Minas Gerais
State of New York
State of New York Solvent Chemicals
Statman Harris Siegel & Eyrich LLC
Stec, Jennifer M.
Stejakowski, Dennis
Stephen F. Wasinger PLC
Stewart & Stewart
Stewart, Alex S.
Stewart, Andrew
Stites & Harbison, PLLC
Stone, Caylena
Stonehouse Rentals, Inc.
Stoughton, Jeff
Strategic Distribution Marketing de Mexico, S.A. de C.V.
Strattec Security Corporation
Strzebniok, Jan
Stuck, Ronald P.
SungWoo-GPS
Surles, Brenda
Swain, Andrew
Switec
Takata-Petri AG
Talbot Case
Tatum, Jefferi
Tauzin, Vanessa
Taylor, Jonathan B.
Taylor, Kenneth
Tenneco Automotive
Terazosin Hydrochloride
Textron (Kautex)
Thacher Proffitt & Wood
The Ackerson Group
The Chamberlain Group, Inc.
The Danis Companies
The Padberg & Corrigan Law Firm
The Roth Firm
Thomas, Demetrius
Thomas, Garvey, Garvey & Sciotti, P.C.
Thompson & Knight
Thompson, Maria N.
Ticona
Timken (Brazil)
Tinell, Frankie
Todd, William N.
Torabi, Alan
Torsky, Norma Jean
Toyota Motor North America, Inc.
Tremont Landfill Company
Trico
Trovan
Truscio, James
TRW Automotive Products
TRW Dispute
Tucker Ellis & West

Turinsky, Paul J.
Tuthill, Rusty
U.S. Aeroteam, Inc.
United States Attorney's Office, Southern District of Texas
Valeo Electrical Systems, Inc.
Valeo North American Corporate
Valeo Switches and Detection Systems, Inc.
Van Dusen, Tom
VanAmburg, Shawn
Vance, Richard
Vandale, Tammy A.
Varnum Ridderind Schmidt Howlett
Vasquez, Joe R.
VEHVAC
Ventra – Tech
Vicki Lynn Marion, as Personal Representative of the Estate of Mark Marion
Vincent, Leo J.
Viviano, Joe
Volvo
Waldo, Richard L.
Walker, Joyce
Walter, Kevin R.
Walter, Stanley J.
Warner-Eno, Leslie A.
Warren M. Pulner
Waste Management, Inc.
Watkins Motor Lines
Weaver & Young
Weber, Herman
Wechsler Harwood LLP
Weiler, William S.
Weitz & Luxenberg, P.C.
West, Roleda
Weyer, Frank
Wheeler, Bruce C.
Whitaker, Samuel F.
Whitehead, Anthony
Whitmire, Steven Lee
Whitney, Gary
William Alcosta PLLC
Williams, Lester
Williams, Modina
Williams, Steven
Willis, Steven
Wilson, Clyde
Wilson, Donna R.
Wilson, Loretta
Wilson, Mark
Wilson, Steven E.
Winbush, Meatha
Wisehart, Rhonda
Wolan, Lea
Wolf Halenstein Adler Freeman & Hertz LLP
Wong, Chris

Wood, Ralph
Woodard, Anthony
Woodson, Harold
Woodward Diesel Pump
Woodward, Bryce
Workers of America
Wright, Eugene A.
Xandex, Inc.
Yaldo & Domestein, P.L.L.C.
Yang, Peter
Yates, Dale A.
York, Thomas, Jr.
Young & Susser, P.C.
Young, Karl L.
Young, Lee
Young, Michael S.
Yount, Loretta
Yzaguirre & Chapa
Zelle, Hormann, Voelbelm, Mason & Gette LLP
Zwick

**(G)  TOP 50 CREDITORS**

3M Co
Abc Group Inc
Aisin Seiki Co Ltd
Akebono Brake Industry Co Ltd
Alcoa Inc
Alps Automotive Inc.
Alps Electric Co Ltd
American Axle & Mfg Holdings Inc
Autoliv Inc
AW Transmission Engineering
Beiersdorf AG
Blackstone Capital Partners LLP
Bosch Braking Systems Corp
Bosch, Robert Stiftung GmbH
Buena Vista Township, Michigan
Capri Capital Advisors LLC
Carlisle Engineered Prods
CIGNA Corporation
City of Flint, Michigan
Clarion Co Ltd
Corning Inc
Dana Corp
Delta
Draka Holding NV
Dura Automotive Systems Inc
E.on AG
El Dupont de Nemours & Co Inc
Flextronics Intl Asia Pacific
Freudenberg & Co KG
Fujitsu Ten Corporation
General Electric Co Inc
Hitachi Ltd
Howard County, Indiana

Illinois Tool Works Inc
Impala Platinum Holdings Ltd
Industrial Molding Corp
Infineon Technologies AG
Intermet Corp
International Union of Electronic, Electrical,
    Salaried, Machine and Furniture Workers –
    Communications Workers of America
Johnson Electric Holdings Ltd
Leopold Kostal GmbH & Co KG
Limar Realty Corp.
Linamar Corp
Madison County, Indiana
Matsushita Electric Industrial
Merk Medco
Molex Inc
Montgomery County, Ohio
Nan Ya Plasics Corp
National Fire Insurance Company of Hartford
NEC Corp
Norsk Hydro ASA
Ogura Clutch Co Ltd
Osprey, S.A. Ltd.
Pioneer INDL Components
Quexco Inc
Robert Bosch Corporation Automotive Group
Semiconductor Components
Sequa Corp
Sharp Electronics Corp
Siemens AG
Solectron Corp
State of Michigan
State of Ohio
State of Wisconsin
Stmicroelectronics NV
Swatch Group SA, The
TDK Corporation of America
Texas Instruments Inc
Textron Inc
Thyssenkrupp AG
Timken Co, Inc
Traxle Mfg Ltd
TT Electronics PLC
UHC
United Auto Workers
Viasystems Group Inc
Worthington Industries Inc

**(H)  HOLDERS OF 5% OR MORE OF ANY
OUTSTANDING EQUITY SECURITY OF
THE COMPANY**

Brandes Investment Partners, LLC
Capital Group International, Inc.
Capital Research & Management Company
Dodge & Cox

State Street Global Advisors

**(I)    RECORD NOTEHOLDERS HOLDING 5% OR MORE OF ANY OUTSTANDING ISSUANCE OF NOTES OF THE COMPANY**

Bear Sterns
Citigroup
Frst Clear
Goldman Sachs
Investors Bank
Lehman Brothers
Mellon Trust
ML Sfkpg
MSDW Inc.
NFS LLC
Pershing
SSB

**(J)    INDENTURE TRUSTEES**

Bank One Trust Company N.A.
First National Bank of Chicago
J.P. Morgan Trust Company, N.A.

**(K)    UNDERWRITERS OF SECURITIES ISSUED BY THE COMPANY DURING THE PAST THREE YEARS**

A.G. Edwards & Sons, Inc.
ABN AMRO Incorporated
Advest, Inc.
Banc of America Securities LLC
Barclays Capital Inc.
BB&T Capital Markets, a division of Scott and Stringfellow, Inc.
BNP Paribas Securities Corp
C.L. King & Associated, Inc.
Citigroup Global Markets Inc.
Comerica Securities, Inc.
Credit Suisse First Boston LLC
D.A. Davidson & Co.
Deutsche Bank Securities Inc.
Ferris, Baker Watts, Incorporated
HSBC Securities (USA) Inc.
J.P. Morgan Securities Inc.
Janney Montgomery Scott LLC
McDonald Investments Inc., a KeyCorp Company
Merrill Lynch, Pierce, Fenner & Smith Incorporated
Mesirow Financial, Inc.
Morgan Stanley & Co. Incorporated
Oppenheimer & Co. Inc.
Quick & Reilly, Inc.
Ramirez & Co., Inc.
RBC Dain Rauscher Inc.
Ryan Beck & Co.

Samuel A. Ramirez & Company, Inc.
Scotia Capital (USA) Inc.
SG Cowen Securities Corporation
Southwest Securities, Inc.
Stifel, Nicolaus & Company, Incorporated
Tokyo-Mitsubishi International plc
U.S. Bancorp Piper Jaffray Inc.
UBS Securities LLC
Utendahl Capital Partners, L.P.
Wachovia Capital Markets, LLC
Wells Fargo Van Kasper LLC
Williams Capital Group, L.P.

**(L)    COUNTERPARTIES TO MAJOR LEASES**

1401 Troy Associates Limited Partnership
2574 E. River Rd. Bldg. 10 LLC
500 Commerce LLC
Access
American Finance Group
Amherst Commerce Park
Aspire Building, LLC
ATEL Capital Group
Cherokee North Kansas City, LLC
City of Laurel, Mississippi
County of Marquette, Michigan
Crown Enterprises, Inc.
CSA Financial Corp
CSI
Donald R. Sweeton and Sarah E. Sweeton
Elect
First American Capital
First Industrial, L.P.
Ford Motor Land Development Corporation
Fortune Avenue Partnership LLP
GAR Properties, LLC
GBG2, LLP
General Motors Corporation
Germain's Technology Group
Germain's Technology Group Custom Coating and Enhancements, Inc.
HP Finance
ICON Capital Corp
JCR Investments, LLC
John E. Benz & Co.
Killam Industrial Development Partnership, Ltd.
Kilroy Realty, L.P.
LaSalle National Bank, as Trustee under Trust No. 115897
Laurence Tippmann, Sr., Family Limited Partnership
LGR Group/CIT
Liberty Property Limited Partnership
Nissan Technical Center North America, Inc.
Oil Well LLC
Optimal Leasing Co.

ORIX Warren, LLC / Orix GF Warren Venture
Pac Rim
QEK Global Solutions
RCA
Realty Investment II
River Road Investments, Inc.
Sealy RG Valley Buildings, L.P.
Seed Systems, Inc.
Shelby Industrial Investors-II, LLC
TR Butterfield Trail Corp.
Universal Tool and Engineering Company, Inc.
Visteon Corporation
Weingarten Realty Investors
Wells Operating Partnership, L.P.

**(M)   COUNTERPARTIES TO MAJOR CONTRACTS (OVER $100,000)**

(KDAC) Daewoo Motor Company
ACG Componentes
Adrian (City of)  MI
Advanced Casting Technologies
AEP (Public Svc Co Oklahoma) OK
AFOSR
Alabama Gas Corporation
Alabama Power Co
Aladdin Industries
Alexander Long, III
Alltel
Alma Products
Alpine Electronics
Ambrake Corporation
Ameritech
Ameritech Information Systems, Inc.
Ameritech Mobile Services, Inc.
Amsterdam Funding Corporation
Anderson City Utilities  IN
Antec Electric System Co. Ltd
ANXe
Anxebusiness Corp.
Applera Corporation
ARL
ASEC Exhaust Systems
AT&T Corp.
AT&T Solutions, Inc.
ATT Wireless
Autonova
Avaya World Services, Inc.
AXNe
Beijing Delphi Wanyuan Engine Management
   Systems Company, Ltd.
Beijing WY-GM Automotive Electric
Bell South
Blue Cross Blue Shield
Blue Ridge Asset Funding Corporation
Blue Totes – Atlantis

Bluetooth
Borla Romcat
Bridgestone T.G. Australia Pty. Ltd
BSH Industries
C.E. Communications
CADPO
Calsonic Kansei Corporation
Calsonic Kansei Hungary
Calsonic North America, Inc.
Cardinal Health 200, Inc.
Caretools, Inc.
Cellco Partnership
Chemical Reclamation Svcs Inc USA
CIA Industrial Armas
CIGNA Behavioral Health
CIGNA Healthcare
Cinergy PSI IN
Clifford Electronics, Inc.
Clinton (City of) MS
Cole Managed Vision
Columbus (City of)  OH
Componentes Delfa, C.A.
Compressor Works, Inc.
Compuware
Connecticut General Life Insurance Company
Constellation NewEnergy  TX
Constellation NewEnergy, Inc.
Constellation NewEnergy-Gas KY
Consteltn NewEngy PA
Consumers Energy MI (Detroit)
Consumers Power  MI
Consumers Power Company
Coopersville (City of)  MI
Cullmann GmbH
D.O.T. Volpe Center
Daewoo Automotive Corporation
DAS Deutschland GmbH
DAS Poland Spolka z.o.o
Davis Vision
Dayton Power & Light Co  OH
Dayton Water Dept (City of) OH
Debiotech S.A.
Delco Remy International, Inc
Delkor Corporation
Delph Lockheed Automotive S.A.
Delphi Aftermarket France
Delphi Auto Brazil – E&C
Delphi Auto Systems Australia
Delphi Auto Systems Brazil – Harrison
Delphi Auto Systems India Private Limited
   (DASPL)
Delphi Automotive Systems
Delphi Automotive Systems Espana (Logrono)
Delphi Automotive Systems Espana Cadiz
Delphi Automotive Systems France
Delphi Automotive Systems Italia Sri (Diavia)

Delphi Automotive Systems Lockheed UK (Aftermarket)
Delphi Automotive Systems Netherlands (Aftermarket)
Delphi Automotive Systems Poland Sp. Z.o.o.
Delphi Automotive Systems Portugal (Ponte de Sor)
Delphi Automotive Systems Spain
Delphi Automotive Systems Sungwoo
Delphi Delco Electronics Suzhou
Delphi Delco Liverpool
Delphi Diesel Systems England
Delphi Diesel Systems Ltd England
Delphi Diesel Systems Spain
Delphi Diesel Systems Turkey
Delphi Diesel Systems UK
Delphi Diesel Systems, S. L. Spain
Delphi Harrison Calsonic (France)
Delphi Lockheed Automotiove France (Aftermarket)
Delphi Packard Balcheng, Limited
Delphi Packard Electric Co Ltd (Shanghai)
Delphi Packard Electric Malaysia Sdn Bhd
Delphi Packard Espana
Delphi Saginaw Lingyun Brillance and Palio
Delphi Saginaw Lingyun Jinbel
Delphi Sistemas de Energia (Portugal)
Delphi TVS Diesel Systems Ltd India (Lucas)
Delphi-TVS Diesel Systems Ltd (India)
Delta Dental
Delta Guc
Deltek
Design Solutions
Directed Electronics (formerly Clifford)
DOC/NIST
DOD
DOD TACOM
DOE
DOE/NETL
Dolby Digital
DOT NHTSA
DPL Energy Resources, Inc. dba DPL Energy
DSSCSC China
DSSI
DTE Energy MI
DuraSwitch
East Penn Manufacturing Company
EBD Ventures (Savage Enterprise)
El Paso Electric Co  TX
Electricore Aerovironment
Electromotive
Embedded Technology
Empress Ca-Le de Tiaxcala
Emtech
Entergy (MS Power & Light) USA
EQ-Heritage USA

Ericsson AB
Erie Cnty Dept Environ Serv OH
Exacto (Perfection Spring)
Fabrica De Aparatos De Air Acondicionado (FAACA)
Falcon Asset Securitization Corporation
Famar
Firma Carl Freudenberg KG
Fitel USA Corp. (assigned by Lucent)
Fitzgerald Wtr Lgt&Bond Com GA
Flint (City of)  MI
Flip Chip Technologies
Four Seasons License (Division of Standard Motor)
Fraenkische USA, LP
Gasbarre Products
Gatewat Industries
General Bearings Corporation
General Motors Investment Management Corporation
Georgia Power Company
Giannulli, Thomas
Girlock
GM do Brasil
GM France
GM License Exchange
Gotham Funding Corporation
Green Shield Canada
Health Plus Options Inc
Health Solutions Inc
Hendrick Motorsports
Henry County REMC IN
Heritage Interactive Services USA
HESCO Houston Energy Svcs Co
Hewitt Associates LLC
HTC
Hubei Auto Motor Factory
Hubei Delphi Automotive Generator
Hyundai Motor Company
I.U.P.U.I.
IBM Corporation
Ideal Technology Solutions U.S. Inc
Indiana-American Water Comp
Indiana-Michigan Power Comp IN
Indianapolis Power & Light Co
Industrial Energy Users – Ohio
Inovise Medical, Inc.
Integrated Therapeutics Group, Inc.
Intel Corporation
Intellectual Property Mining (IPM)
Intercall
JLT Services Corporation
John Ross & Associates
Johns Hopkins University
JSP Affiliates
JSP America, Inc.

JSP International Ltd.
JSP International s.a.r.l.
JSP Trading, Inc.
Jupiter Securitization Corporation
Kaiser Aluminum and Chemical
Kale Oto Radyator
KDAC (magna steer)
KDAC (Sublicense) Shye Shyang Mechanical
    Industrial
Kitco Fiber Optics
Kokomo Gas & Fuel Company IN
Kokomo Wastewater (City of) IN
KPL (Western Resources) KS
Kuo Yih Hsing Enterprise Co. Ltd (KYHE)
Kyungshin Industrial Company Ltd and Bolim
Lear Corporation
Level 9
Limestone County Commission AL
Limestone County Wtr & Swr AL
LiveDevices Inc
Lockheed Martin Energy Systems (Oak Ridge
    Lab)
Lockport (City of) NY
Lockport Energy Associates NY
Logikos
Lord Corporation
Lord Corporation Supply and Development
    Agreement
Lucent Technologies Inc.
Magic Valley Electric Coop USA
Magnavox Government and Industrial Electronics
    Company
Magnetoelastic Devices
Manzai
Matsushita Electric Corporation of America
Matsushita Electrical Industrial Company
MCI Worldcom Communications, Inc.
Medco Health Solutions Inc
Medstat Group, Inc.
Metlife
Metlife (Dental)
Metropolitan Life Insurance Company
Middle East Battery Company
Mikuni
Miller Engineering Services, Incorporated
Mississippi Power Company
MMT SA
Moldflow Corporation
Monroe County Water Authority NY
Montgomery City San Eng Dept OH
Motores y Aparatos Electricos de Durango S.A.
    de C.V.
Moving Magnet Technologies SA (MMT)
MPEG LA
M-Plan
MRI

NASA
National Foot Care Program, Inc
Navigation Technologies
NCC Liteflex Donation (National Composite
    Center)
NCMS Kinetic Spray
NCMS LAV
NCQA (National Committee for Quality
    Assurance)
New Brunswick (City of) NJ
New York Power Authority
New York State Elec & Gas NY
Nextel
Nextel West Corp.
Niagara Mohawk  NY
Nokia Corporation
North Alabama Gas District AL
North American Philips Corporation
NY State Elec & Gas
Oak Creek (City of) WI
Ohio Edison Company
Oil Chem Inc USA
Olathe (City of) KS
OneOK Energy Marketing OK
Orbital Fluid Technologies
Peng Tan Settlement
Pepco Energy Services, Inc. (PES)
Portage Cnty Wir Resources OH
Premacare
PSE&G NJ
Purdue University
R&D Enterprises
Raufoss ASA
Raytheon Company
Remy International, Inc.
Rineco Chemical Industries USA
Rochester (City of) NY USA
Rochester Gas & Electric NY
Saginaw (City of) Wir & Swr MI
Saginaw Deutschland
Saginaw Norinco Lingyun Drive Shaft
Saginaw Zhejiang Xiao Shan Steering
Samlip Industrial Company
Sanden Corporation
Sanden International
Satyam
SBC Ameritech
SBC Global Services, Inc.
Scantron
Scroll Laboratories, Inc.
SDACC
Shanghai Automotive Brake Systems
Shanghai Automotive Brakes Corp.
Shanghai Delco International Battery Company
    Ltd
Shanghai Delphi Auto Air Conditioning Systems

Shanghai Delphi Automotive Door Latch
Shanghai Ek-Chor General Machinery
Shanghai Hezhong Automobile Company (Export
  & Import)
Shanghai Huizhong Automotive Mfg. Co.
Shanghai Saginaw Dongfeng Steering Gear
SHPPS/Health International, Inc.
SkyTel
Societe Francaise Des Ammortisseurs
  (DeCarbon)
Sonceboz SA
Southern California Edison
Sprint
Sprint Spectrum, L.P.
Sprint United
SRI International
Stant Manufacturing (Gates)
State of Indiana
State Street Bank and Trust Company
Steward Inc.
Tai Yue
Takata
TCS
Techcentral LLC
TechSolve
Teknit
Tennessee Valley Authority
Test Products, Inc.
TGI Direct
The Bank of Tokyo-Mitsubishi, Ltd., New York
  Branch
The Regents of the University of Michigan
The Whitaker Corporation
TI Group
Time Warner
Tom Giannulli Inc., dba Caretools, Inc.
Tom Kelley
Toshiba Corporation
Toyota Motor Company
Toyota Motor Corporation
Trilogy Plastics
Tripac International
Troy (City of) MI
Tulsa Utils Svc (City of) OK
TXU Energy Retail Company LP
TXU Energy TX
UBE Industries (America), Inc.
UBE Industries, Ltd.
UBE Machinery Sales
UGC
Unisia Jecs Corporation
United Health Care Insurance Company
USAF/AFRL
Valence Technology Cayman Islands Inc.
Valence Technology Inc.
Value Options, Inc. (Value Behavioral Health)

Vandalia (City of) OH
VDO Control Systems
VDO North America
Verizon
Verizon Wireless
Verizon Wireless
Verizon Wireless Messaging
Warren (City of) Util Srvcs OH
Warren City of Pollution Control
Wayne State University
Whitaker (from Specialty Electronics)
Wisconsin Electric Power Co WI
Wyoming (City of) MI
XM Satellite Radio, Inc.
Yubei Machine Factory
Zenith Fuel Systems
Zhejiang Delphi Asia Pacific Brake (Yatal)
Zoe Medical, Inc.

**(N)    SECURED FINANCIAL CREDITORS**

**See (C) above.**

**(O)    LIENHOLDERS AND OTHER
    SIGNIFICANT LENDERS**

Air Liquide Industrial US LP
American Equipment Leasing, a division of EAB
  Leasing Corp.
Ameritech Credit Corporation
Applied Industrial Technologies, Inc.
Applied Industrial Technologies-ABC, Inc.
Applied Industrial Technologies-DBB, Inc.
Applied Industrial Technologies-Dixie, Inc.
Applied-Michigan, Ltd.
Assembleon America Inc.
Associates Leasing, Inc.
AW Miller Technical Sales, Inc.
Bank of Lincolnwood
Bank One Michigan
Bank One, NA
Bell Microproducts, Inc.
Canon Financial Services Inc.
Cardinal Machine Company
Cashcode Company, Inc.
Centura Bank
Charmilles Technologies
CIT Communications Finance Corporation
CIT Systems Leasing
CIT Technologies Corporation
Citicorp Vendor Finance, Inc.
Commercial Tool & Die, Inc.
Compaq Financial Services Corporation
Computer Sales International, Inc.
Credit Lyonnais, S.A., Cayman Islands Branch
Crown Credit Company

Cupertino National Bank c/o Greater Bay Capital
Daewoo Heavy Industries America Corporation
Dell Financial Services LP
Delphi Automotive Systems Corporation
DRE Depositor Corp.
Fifth Third Bank (Western Michigan)
First Bank of Highland Park
First Bank of Highland Trust
GE Polymerland, Inc.
General Electric Capital Asset Funding
Hitachi Credit America Corp.
Hubbard Supply Company
Husky Injection Molding Systems, Inc.
Icon SPK 2023-A LLC
ICX Corporation
In re: Bobby's Kitchen
Information Leasing Corp.
IOS Capital, LLC
Juki Automation Systems, Inc.
Kensington Capital Corporation
Kyocera Mita America, Inc.
LaSalle Bank National Association
LaSalle National Leasing Corporation
Lease Plan USA, Inc.
Leasenet Group, Inc.
Magid Glove & Safety Mfg. Co. LLC
Makino Inc.
Metlife Capital LP
Miami Industrial Trucks Inc.
Michele D'Andrea
Milacron Marketing Company
Minolta Business Solutions, Inc.
Minolta Business Systems, Inc.
Mori Seiki USA Inc.
Motion Industries Inc.
Motorola Credit Corporation
Motorola, Inc.
Murata Wiedemann Inc.
Northern Michigan Tool Company
OCE Financial Services, Inc.
OCE North America, Inc.
OCE-USA Inc.
Okuma America America Corporation
Omega Tool Corporation
Pacific Rim Capital, Inc.
Pullman Bank & Trust Company
Rave Financial Services Inc.
Relational Funding Corporation
Renaissance Capital Alliance, LLC
Rutherford Cooke et al.
Sentry Financial Corporation
Sentry Financial, Inc.
Shaltz Fluid Power
Southern Pacific Bancapital
TCF Leasing, Inc.
Tennant Financial Services

The Huntington National Bank
The Peltz Group, Inc.
Toshiba American Information Systems Inc.
Toyota Motor Credit Corporation
UMB Bank Colorado, N.A.
Van Dorn Demag Corporation
Varilease Corporation
Wells Fargo Bank Northwest, Trustee
Windsor Mold Inc.
Xel Communications, Inc.

**(P)   MAJOR CUSTOMERS**

Adam Opel AG
Aftermarket
AGco Parts Div-D7e50 Caterpillar
AGco-Jackson Operation
ArvinMeritor
AZ Automotive
Benteler
Best Buy Co. Inc.
BMW
BMW Group
Bosch
Cannon Group Ltd
Caterpillar
Caterpillar-Joliet
Circuit City Stores Inc
Collins & Aikman
Cummins
Daihatsu
DBM Tech.
Delphi – Allied Sales
DK Packaging
Espackdis SA
Fiat Automotives SA
Fiat Group
Ford Group
Fuji Heavy Industries
General Motors de Mexico S de Rl
General Motors de Mexico S Derlspom
General Motors do Brasil Ltda
General Motors Powertrain
General Motors S Africa (Pty) Ltd
GM de Argentina S A
GM Espana SA
GM Holden Ltd
GM Powertrain
GM SPO
GMIO
GMNAO
Harley Davidson
HMH Group
Honda
Isuzu Group
Isuzu Motors Europe Ltd

Isuzu Motors Polska Sp Zo O
Johnson Controls
Kautex
Koltec BV
Magna Intier
Mercedes-Benz U.S. International, Inc.
Mitsubishi
Modatek
Napa Dist Center
Navistar International
New Wave Enterprises (Belgium) NV
Nissan
Paccar
Perkins Engines Company Ltd
Power & Signal Group
Promotora
PSA Group
Renault
Rover
Saab Automobile AB
Saab Automobile Parts
Standard Motor Products Inc
Suzuki Group
Toyota
Vauxhall Motors Ltd
Visteon
Volkswagen AG
Volvo Truck
VW Group
Wal-Mart Stores CE
XM Emall LLC
Yorozu

**(Q)   MAJOR SUPPLIERS**

A Agrati SPA
AASP – PA
AB SKF
Aceralia Tubos SL
Acome Societe Cooperative De Produc
Advanced Micro Devices
Affinia Group Holdings Inc
AFX
Agfa Corporation
Agfa-Gevaert N.V.
Agilent Tech. (M) Sdn Bhd
Aksys, Ltd.
Alcan Inc
Allevard Springs Ltd
Alpine Group Inc, The
Aluminum Co of America
Amak Brake LLC
American Discount Supply, Inc.
American President Lines Ltd
Amphenol Corp
Amtek Engineering Ltd

Analog Devices GmbH
Analog Devices Inc
Android Industries LLC
Aplicaciones de Metales Sinterizado
Applied Biosystems
ARC Automotive Inc
Arnold Transportation
Asahi Glass Co
ASEC Manufacturing Sales
Austria Microsystems AG
Autocam Corp
Autoliv ASP Inc
Automatizacion y  Disenos
Automotive Traning Schools
B&A Enterprises
BAX Global
BBK Ltd
Benteler Automotive
Berger GmbH & Co Holding KG
Bing Metals Group Inc
Binter SA
Bitron Industrie SpA
Boco Pty Ltd
Bosch Automotive Systems Corp
Brazeway Inc
Brite Smile
Brite Smile Center
British Vita PLC
BTV Holding GmbH
Bus Electronik Gmbh
Calsonic Corp
Cambrex Bio Science
Cami
Campbell Marshall E Co
Cardinal Health
Cardinal Health Canada 301, Inc
Carlisle Companies Inc
Carringworth Ltd
Carter Group Canada Inc
Caterpillar Engine Systems
Centra Inc
CF Gomma SPA
CIE Automotive SA
Clarion Corp Of America
Coinstar
Commissariat a l'Energie Atomique
Compagnie Industrielle de Delle
Contech
Continental Gummi-Werke AG
Corus LP
CTS Corp
Curiel Estrada Jorge
Cyro Industries
D&R Technology LLC
Daewoo Heavy Industry America
Dayco Products LLC

DBG Tool & Machine
Deloitte & Touche
Denso International America
DHL Danzas Air & Ocean
Direct Sourcing Solutions
DMC 2 Canada Corporation
Dove Equipment Co Inc
Dr Johannes Heidenhain-Stiftung GmbH
DTE Coal Services
Duluth Services
E I Dupont de Nemours & Co Inc
Eco-Bat America LLC
Egelhof SA
Ekm-Knobloch GmbH
Elgin Industries
Engelhard Corporation
Engineered Plastic Components Inc
Enricau Cesar Vuarchex Industries
Epcos AG
Essex Group Inc
Everest Biomedical Instruments
Federal Express Corporation
Federal Mogul Corp
Fedex Trade Networks
Feintool International Holding
Fernandez Racing LLC
Fibrax Ltd
Folketrygdfondet
ForHealth Technologies, Inc.
Fountain Construction Co
Freescale Semiconductor Inc
Fujitsu Ltd
Furukawa Electric Co Ltd
Futaba Corp
Gambari International
GE Medical Systems
General Electric Capital
Georg Fischer AG
Giovanni Agnelli EC SAPA
GKN PLC
GM – AC Delco
GM Daewoo Auto & Technology Co
Great Lakes Tape Corp
Green, Ernie Industries Inc
Groupe Rencast
Haemoscope Corporation
Handy & Harman
Hanwha Corp Poun Plt
Helicor, Inc.
Hella Kgaa Hueck & Co
Henkel KGAA
Hennessey Capital Solutions
Hewlett-Packard Co.-Roseville
Hewlett-Packard Company
Hewlett-Packard GmbH
Hewlett-Packard Singapore

Hewlett-Packard/San Jose
Hinojosa Ramos Jesus Alfredo
Hitachi Automotive
Hitachi Chemical Asia Pacific
Holden Ltd
H-P Asia Pacific Pte. Ltd.
HP Financial Services Cntr.
HP International SARL
HP Smartbuy
HPC Engineering PLC
HP-Colorado Springs
HP-FORT COLLINS
HP-San Diego HID
HSS LLC
Hub Group Associates Inc
Hubert Stueken GmbH
Hyo Seong Electric Co Ltd
IAPA
Ina-Schaeffler KG
Inogen
Inotherapeutics
Intec Group
Interamerican Trade Corp
Intermet Corporate
International Rectifier Corp
International Truck & Engine
Inzi Controls Co Ltd
ISI of Indiana Inc
Ispat International NV
ITW Shakeproof Automotive
ITW Tomco
JCI
Johann Albert Freund
John Deere
Johnson Matthey Plc
Jvs Eqtos P/Autom Indl Ltda
Kataman Metals Inc
Keller Group Inc
Key Safety Systems Inc
KLA Tencor Corp
Koa Speer Electronics Inc
Koninklijke Philips Electronics NV
Koyo Seiko Co Ltd
KPMG LLP
KS Centoco
L-3 Communications
Leaseway Transfer Pool
LeftHand Networks
Leoni AG
Lexington Connector Seals
Lexington Precision Corp
Littelfuse Inc
LS Cable Ltd
Lunal
M&Q Plastic Products Inc
Madison-Kipp Corp

Marian, Inc
Matco Tools
Meadwestvaco Corp
Mecaplast
Medical Simulation Corporation
Medrad
Medtronic Navigation
Melling Tool Company
Metal Blanc SA
Metaldyne Corporation
Methode Electronics Inc
Michael Baker, Inc.
Microchip Technology Inc
Microsoft Services
Minebea Co Ltd
Mitsubishi Electric
Motorola Automotive
MSX International Inc
Muhr und Bender KG
Multitronics Inc
Murata Manufacturing Co Ltd
Nabco Inc
National Auto Radiator
National Logistics
National Semiconductor
NEC Electronics Inc
Niles Co Ltd
Ningbo Huaxiang Electronic Co Ltd
Nissho Iwai American Corp
Niton Corporation
Noranda
Norandal USA INC
North American Operations
NuVasive, Inc.
Ogura Corp
OKI Semiconductor
Olin Corp
Omega Automation Inc
Omron Corp
Onex Corp
Ontario Holding International Bv
Ophthonix, Inc.
Pacific Group Ltd
Paid Prescriptions LLC
Pam Dedicated Inc
Panasonic Automotive
Parker Hannifin Corp
Particle Measuring Systems Inc
PBR Automotive USA LLC
PBR Columbia LLC
PEK Co Ltd
Philips Semiconductors
Pioneer Corp
Pixley Richards Holding Inc
PJAX
Plansee Holding AG

Plasco Inc
Plymouth Rubber Co Inc
Point 5 Technologies
Point Dedicated Services
Pollak Engineered Products
Precision Turbo & Engine Reb.
Pressac
Prettl de Mexico SA de CV
Progressive Moulded Products Ltd
Protrans International Inc
PT Infineon Technologies Batam
Republic Engineered Products Inc
Rescue Technology
Reviva
Robert Bosch Corporation
Robin Industries Inc
Rohm Co Ltd
RSR Corporation
Ryder Integrated Logistics
S.E. Power Systems Orlando
SA Dehuit
Samtech
Sansho Giken Co Ltd
SAS Comte
Schulte & Co Gmbh
Securitas Security
Selectron Corp
Senko America Corporation
Sensus Precision Die Casting Inc
Serigraph Inc
Setech Inc
Setforge
SGS Thomson
Shanghai Ming Fang Autoparts Co Ltd
Siemens Automotive Ltd
Sirva Relocation
Societe Industrielle de Sonceboz SA
Sony Ericsson Mobile
Spartech Corp
Spirent Plc
SPX Corp
Stelco GmbH Electronic Components
Stmicroelectronics Holding NV
Stoba Praezisionstechnik GmbH & Co
Storage Tek
Sumitomo Electric Industries Ltd
Sun Refining & Marketing
Sunrise Medical HHG, Inc.
Sunrise Medical Ltd
Syncron-Eifler Ipari Es Kereskedelm
Taigene Electric Machinery Co Ltd
Taiho Corporation Of Europe Kft
Tamsco, Inc. (US Gov't)
Tata America Intnl Corp
Tawas Industries Inc
Technitrol Inc

Technologia Modificada SA de Caterpiller
Teklas Kaucuk Sanayi Ve Ticaret AS
Teknia Manufacturing Group SL
The Swatch Group
Thevenin (Fonderie)
Tire Industry Foundation
Tokico Ltd
Tomkins PLC
Torrington Co
Total SA
Toyo Clutch Co Inc
Toyota Tsusho Corp
TPG Advisors Inc
Trelleborg AB
Trianon Industries Corp
TRW Automotive Holdings Corp
Tyco Electronics Corp
Tyco International Ltd
UBS AG
Umicore SA
Unigraphics Solutions Inc
US Steel Corporation
USA Technologies, Inc.
UVA Machine Company
Valeo Climate Control USA
Valeo SA
Valley Trucking Co Inc
Vallourec
Vanguard Distributors Inc
Verilink Corporation
Viasystems Canada Inc
Victory Packaging Inc
Vishay Intertechnology
Visteon Automotive Systems
Volvo do Brazil Veiculos Ltda.
Volvo Parts North America, Inc.
Wanxiang Group Corp
Waupaca Foundry Inc
Wheeler Brothers Inc.
WHX Corp
Wiederholt GmbH Vincenz
Wieland Werke AG
Wilh Werhahn
Wren Industries Inc
Yazaki Corp
Zeppelin-Stiftung

**(R)   LETTER OF CREDIT ISSUERS AND
BENEFICIARIES**

C.N.A.
Federal Environmental Protection Agency
Fraccionadora Industrial del Norte, S.A. de C.V.
GMACCM Asset Management de Mexico
Michigan Department of Environmental Quality
New Jersey Environmental Protection Agency

Ohio Environmental Protection Agency
Orange County Health Care Agency
ProLogis-Juarez (2) Investment, LLC
Reliance Insurance Company
RLI Surety
Safeco Insurance
State of Alabama Dept of Industrial Relations
State of Georgia, Workers' Compensation Board
State of Kansas, Workers' Compensation Board
State of New York, Workers' Compensation
   Board
Toronto Dominion Bank

**(S)   STATE AND OTHER GOVERNMENTAL
AUTHORITIES WITH AN INTEREST IN
THE COMPANY**

ADEM – Water Division – Compliance Unit of
   Ground Water Branch (Alabama)
ADEQ Tanks Program Division – Inspection and
   Compliance Unit (Arizona)
Air Resources Board (ARB) (California)
Alabama Department of Environmental
   Management (ADEM)
Arizona Department of Environmental Quality
   (ADEQ)
California Environmental Protection Agency:
   (Cal EPA)
Certified Unified Program Agencies (CUPA)
   (California)
Colorado Department of Public Health and
   Environment (DPHE)
Department of Toxic Substances Control
   (California)
Georgia Department of Natural Resources
IDEM – Office of Land Quality (Indiana)
Illinois Environmental Protection Agency
Indiana Department of Environmental
   Management (IDEM)
Integrated Waste Management Board (CIWMB)
   (California)
Internal Revenue Service
Kansas Department of Health & Environment
KDHE – Bureau of Environmental Remediation –
   Storage Tank Section (Kansas)
Kentucky Environmental and Public Protection
   Cabinet
Minnesota Pollution Control Agency
Mississippi Department of Environmental Quality
Missouri Department of Natural Resources
New Jersey Department of Environmental
   Protection
New York State Department of Environmental
   Conservation (NYSDEC)
NYSDEC

Office of Environmental Health Hazard
Assessment (OEHHA) – Prop 65 (California)
Ohio Department of Commerce
OHSA
Oklahoma Corporate Commission
Oklahoma Department of Environmental Quality
Pennsylvania Department of Environmental
Protection
Pension Benefit Guaranty Corporation (PBGC)
Regional Air Pollution Control Agency (RAPCA)
(Ohio)
South Carolina Department of Health and
Environmental Control
State Department of Health Services, Office of
Drinking Water (California)
State Regional Water Quality Control Boards
(California)
State Water Resources Control Board (SWRCB)
(California)
Tennessee Department of Environmental &
Conservation
Texas Commission on Environmental Quality
U.S. Department of Transportation
U.S. Environmental Protection Agency
Wisconsin Department of Natural Resources

**(T)    UNIONS REPRESENTING COMPANY
EMPLOYEES**

AFL-CIO Local 755
AW Local 286
EAST – Electronic and Space Technicians
EAST Local 1553
Electronic and Space Technicians Local 1553
IAM & AW – International Association of
Machinists and Aerospace Workers
IAM Local 78
IBEW – International Brotherhood of Electrical
Workers
IBEW Local 663
International Association of Machinists, AFL-
CIO Tool and Die Makers Lodge 78
International Brotherhood of Electrical Workers,
AFL-CIO Local 663
International Union of Operating Engineers Local
101-S
International Union of Operating Engineers Local
18-S
International Union of Operating Engineers,
Local No. 101
International Union, United Automobile,
Aerospace and Agricultural Implement
Workers of America (UAW)
IUE Local 1111
IUE Local 416
IUE Local 698

IUE Local 709
IUE Local 711
IUE Local 717
IUE Local 718
IUE Local 755
IUE Local 801
IUE, AFL-CIO Local 698
IUE, AFL-CIO Local 711
IUE, AFL-CIO Local 718IUE
IUE-CWA – International Union of Electronic,
Electrical, Salaried, Machine & Furniture
Workers – Communications Workers of
America
IUE-CWA Local 1111
IUE-CWA Local 416
IUE-CWA Local 709
IUE-CWA, AFL-CIO Local 801
IUE-CWA, AFL-CIO,CLC Local 717
IUE-CWA, The Industrial Division of the
Communications Workers of America, AFL-
CIO, CLC
IUOE – International Union of Operating
Engineers
IUOE Local 832S
UAW – United Automobile, Aerospace and
Agricultural Implement Workers of America
UAW Amalgamated Local 292
UAW Amalgamated Local 686
UAW Local 1021
UAW Local 1097
UAW Local 167
UAW Local 1866
UAW Local 2031
UAW Local 2083
UAW Local 2151
UAW Local 2157
UAW Local 2188
UAW Local 2190
UAW Local 2195
UAW Local 286
UAW Local 292
UAW Local 438
UAW Local 467
UAW Local 651
UAW Local 662
UAW Local 686, Unit 19
UAW Local 696
UAW Local 699
UAW Local 913
UAW Local 969
UAW, International Union, United Automobile,
Aerospace and Agricultural Implement
Workers of America
United Steelworkers of America
United Steelworkers of America AFL-CIO/CLC,
Local Union 87

USW Local 87
USWA – United Steelworkers of America AFL-
   CIO/CLC

**(X)**    **OTHER MISCELLANEOUS INTERESTED
PARTIES**

Consumer Electronic Product Line
Vehicle Electronic Product Line

# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| ABN AMRO Bank N.V.<br>ABN AMRO Inc. | ABN AMRO | 1) Various RINC affiliates have pitched a transaction in which ABN Amro is listed as a possible participant and/or interested party<br>2) Client of a RINC affiliate – there are currently two (2) ongoing mandates |
| | AAR | RINC and ABN Amro are participants in AAR, a joint venture between the two firms that is engaged in the business of securities underwriting. The joint venture does not have any connections to the Debtors or these cases. |
| | ABN Amro Supervisory Board | A Managing Director of a Rothschild affiliate serves on the Supervisory Board of ABN Amro. |
| Advest Inc. | Advest | RINC Vendor |
| AIG Excess Casualty N.A.;<br>AIG Worldsource | AIG | 1) Client pitch by RINC;<br>2) RINC was mandated on a transaction in which AIG was listed as a possible participant and/or interested party – the mandate has been |

# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | completed |
| | | 3)  Client pitch by a RINC affiliate. |
| Air Liquide Industrial US LP | Air Liquide | Client pitch by RINC affiliate. |
| Alcan Inc. | Alcan | 1)  Client of a RINC affiliate – there is currently one ongoing mandate<br>2)  Client pitches by a RINC affiliate – pitches were subsequently abandoned. |
| Allianz | Allianz | 1)  Client pitches by RINC affiliate.<br>2)  Client of a RINC affiliate – there are currently no ongoing mandates |
| Amerada Hess Corporation | Amerada Hess | Client pitch by a RINC affiliate – pitch was subsequently abandoned. |
| American Axle & Mfg. Holding Inc. | American Axle | Former client of a RINC affiliate- there are currently no ongoing mandates |
| Amphenol Corp | Amphenol Corp | A RINC affiliate was mandated on a transaction in which Amphenol was listed as a possible participant and/or interested party.  The transaction |

## EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | has been completed. |
| APC & Sundram | APC Holdings | Client pitch by a RINC affiliate – pitch was subsequently abandoned. |
| Apollo Distressed Investment Fund Apollo Distressed Investment Offshore | Apollo Advisors; Apollo Investments; Apollo Management_ | 1) Client pitch by RINC – pitch was subsequently abandoned 2) Client pitch by a RINC affiliate. 3) Client pitch by RINC and a RINC affiliate– the pitch was subsequently abandoned. |
| AT&T Corp | AT&T | RINC and a RINC affiliate were mandated on a transaction in which AT&T was listed as an interested party and/or potential participant.  The mandate has been completed. |
| Atlas Capital Funding Ltd. | Atlas Capital | Client pitch by a RINC affiliate. |
| Avaya | Avaya | 1) Client pitch by RINC – pitch was subsequently abandoned 2) Client pitch by a RINC affiliate. |
| Bank of China Luxembourg SA | Bank of China | Client of a RINC affiliate – there is currently one ongoing mandate |

## EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| Bank of NY | Bank of NY | Client pitch by a RINC affiliate – the pitch was subsequently abandoned. |
| Bank of Nova Scotia | Bank of Nova Scotia | Client of RINC & RINC affiliate – there is currently one ongoing mandate unrelated to the Debtors' Chapter 11 cases. |
| Barclays Bank | Barclays Bank<br>Barclays | 1) Client of a RINC affiliate – there are currently no ongoing mandates.<br>2) Client pitches by a RINC affiliate.<br>3) A RINC affiliate has been mandated on a transaction in which Barclays is listed as a possible participant and/or interested party. |
| Bax Global | Bax Global | A RINC affiliate has pitched a transaction in which Bax Global is listed as a possible participant and/or interested party |
| Bear Stearns; Bear Stearns Inv. Products | Bear Stearns Merchant Banking | RINC Client – there is currently one open mandate. |
| | Bear Stearns | RINC Vendor |
| Bell South | Bell South | 1) Client pitch by a RINC affiliate – the pitch was subsequently abandoned; |

# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | 2) A RINC affiliate pitched a transaction in which Bell South was listed as an interested party and/or potential participant – the pitch was subsequently abandoned 3) Former client of a RINC affiliate – there are currently no open mandates. |
| Best Buy | Best Buy | Client pitch by RINC. |
| Blackstone Capital Partners LLP | Blackstone Group | 1) Client pitch by RINC. 2) RINC was mandated on a transaction in which Blackstone Group was listed as a possible participant and/or interested party.  The mandate was subsequently abandoned. |
| | Blackstone | Client pitches by various RINC affiliates. |
| Blue Square Funding Ltd Series 3 | Blue Square | A RINC affiliate was mandated by Blue Square for two separate transactions.  Both transactions have been abandoned. |
| BNP Paribas | BNP Paribas | Client of a RINC affiliate –  there |

## EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | is currently one ongoing mandate |
| Bosch; Bosch Braking Systems Corp | Bosch | 1) Client pitch by RINC – pitch was subsequently abandoned. <br> 2) Client pitch by a RINC affiliate – pitch was subsequently abandoned; <br> 3) A RINC affiliate was mandated on a transaction in which Bosch was listed as a possible participant and/or interested party.  The mandate was subsequently abandoned. |
| British Vita PLC | British Vita | 1) Client pitch by a RINC affiliate – the pitch was subsequently abandoned; <br> 2) A RINC affiliate has been mandated on two separate transactions in which British Vita is listed as a potential participant and/or interested party. |
| BSI Americas Inc.; BSI Management Systems | BSI | A RINC affiliate has pitched a transaction in which BSI is listed as a possible participant and/or interested party. |

6

# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| Cardinal Health | Cardinal Health | Client of a RINC affiliate- there is currently one ongoing mandate. |
| Cargill Financial Services Int'l | Cargill | 1) Client of a RINC affiliate – there are currently two ongoing mandates<br>2) Two RINC affiliates have pitched a transaction in which Cargill is listed as a possible participant and/or interested party. |
| Caterpillar | Caterpillar | Client pitch by RINC – pitch was subsequently abandoned. |
| CEI Co. Ltd | CEI | Client pitch by a RINC affiliate. |
| Chubb Custom Insurance | Chubb | 1) RINC vendor<br>2) Client pitches by a RINC affiliate – pitches were subsequently abandoned. |
| Cinergy PSI In | Cinergy Corp | Client pitch by RINC. |
| CIT Communications Finance Corporation; CIT Technologies Corporation; CIT Technologies d/b/a CIT Systems Leasing | CIT<br>CIT Group | 1) Client of a RINC affiliate – there is currently one ongoing mandate.<br>2) RINC client – there is currently one ongoing |

## EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | mandate unrelated to the Debtors' Chapter 11 cases. |
| Citibank; Citibank NA | Citibank | Citibank mandated a RINC affiliate for a possible transaction. The mandate was subsequently abandoned. |
| Citigroup Global Markets Inc. | Citigroup | Citigroup mandated a RINC affiliate for a possible transaction. The mandate was subsequently abandoned. |
| Colonial Funding LLC | Colonial | Client of a RINC affiliate – there are no open mandates; one open client pitch. |
| Commerzbank Aktiengesellschaft | Commerzbank | 1) Client pitches by a RINC affiliate – pitches were subsequently abandoned.<br>2) A RINC affiliate was mandated for two separate transactions in which Commerzbank was listed as a possible participant and/or interested party – the mandates were subsequently abandoned. |
| Compaq Financial Services Corp | Compaq Services | Client pitch by a RINC affiliate. |

8

# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| Cores LP; Cores SEC / LP | Cores L.P. | RINC and a RINC affiliate have separately pitched a transaction in which Cores is listed as a possible participant and/or interested party. |
| Credit Lyonnais | Credit Lyonnais | A RINC affiliate is currently mandated on a transaction in which Credit Lyonnais is listed as a possible participant and/or interested party. |
| Credit Suisse First Boston | CSFB | 1) Former client of RINC a affiliate<br>2) Client pitch by a RINC affiliate<br>3) Client pitch by RINC |
| | Various CSFB Private Equity Funds | Former employees of CSFB that are now employed by RINC hold limited partnership interests in various private equity funds offered by CSFB. |
| CSA Financial Corp | CSA Holding; CSA<br>CSA | A RINC affiliate has pitched a transaction in which CSA is listed as a possible participant and/or interested party. |
| CSM Worldwide | CSM | Client pitch by a RINC affiliate. |
| CTS Corp | CTS | Client pitch by a RINC affiliate. |

# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| Daewoo; Daewoo Automotive Corporation; Daewoo Heavy Industry; America Corporation; Daewoo Motor Company | Daewoo Corporation; Daewoo Motors Daewoo Motors Inc. | 1) Client pitch by RINC – pitch was subsequently abandoned. 2) Client of a RINC affiliate – there is currently one open mandate |
| Daimler Chrysler | Daimler Chrysler Daimler Chrysler | 1) Client a RINC affiliate – there is currently one open mandate 2) Client pitch by RINC – pitch was subsequently abandoned. |
| Dana Corp. | Dana Corp. | 1) Client pitch by RINC – pitch was subsequently abandoned. 2) A RINC affiliate is currently mandated on a transaction in which Dana Corp. is listed as a possible participant and/or interested party. |
| Delta | Delta Airlines, Delta Airways | 1) Client pitch to Delta Airways by a RINC affiliate – pitch was subsequently abandoned; 2) RINC has been mandated on a transaction pursuant to an engagement letter that Contemplates RINC's possible future involvement in a transaction involving Delta Air Lines.  Two members of the Delphi deal team are |

## EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | members of the team that would provide services relating to Delta.  RINC's potential involvement in the Delta matter would be unrelated to the Debtors' chapter 11 cases. |
| Deutsche Bank AG; Deutsche Bank Securities Inc.; Deutsche Bank Trust Company America | Deutsche Bank AG | 1) Client pitch by a RINC affiliate<br>2) A RINC affiliate was mandated on a transaction in which Deutsche Bank was listed as a possible participant and/or interested party.  The mandate was subsequently abandoned. |
| DMC2 Canada Corporation<br>Draka Holdings NV | DMC2 | A RINC affiliate was mandated by DMC2 for a possible transaction.  The mandate was subsequently abandoned. |
| | Draka Holdings | Draka mandated a RINC affiliate for a possible transaction.  The mandate was subsequently abandoned |

# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| E.On AG. | E.ON AG | 1) RINC client.  There are currently no ongoing mandates.<br>2) A RINC affiliate is currently mandated on a transaction in which E.On is listed as a possible participant and/or interested party. |
| | E.ON Group | Client pitch by RINC. |
| EDS | EDS | Client pitch by a RINC affiliate. |
| Ernst & Young | Ernst & Young | RINC Vendor |
| Entergy (MS Power & Light) | Entergy Corp | A RINC affiliate pitched a transaction in which Entergy was listed as an interested party and/or potential participant – the pitch was subsequently abandoned. |
| | Entergy Power Corp | Former client of a RINC affiliate – there are currently no ongoing mandates. |
| Ericsson | Ericsson | Former client of a RINC affiliate – there are currently no ongoing mandates; one open pitch. |
| Fanar | Fanar SA | Client pitch by a RINC affiliate. |

12

# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| Federal Express Corp; Fedex | Federal Express; Fedex | RINC Vendor |
| Federal Insurance. Co. | Federal Insurance Co.. | RINC Vendor |
| Federal Mogul | Federal Mogul | Former RINC client. |
| Fiat Group; Fiat Automotive S.A. | Fiat | Former client of a RINC affiliate. |
| Fifth Third Bank | Fifth Third Bank | Client pitch by a RINC affiliate – pitch was subsequently abandoned. |
| | Fifth Third Bancorp | Client pitch by RINC – pitch was subsequently abandoned. |
| Ford; Ford Group Ford Motor Land Development Corporation | Ford Motor Company | RINC is currently mandated on a transaction in which Ford Motor is listed as a possible participant and/or interested party. |
| Fortis Bank SA. NV., Cayman Island Branch | Fortis | 1) Client of a RINC affiliate – there are currently two open mandates; 2) RINC was mandated on a transaction in which Fortis was listed as a possible participant and/or interested party – the mandate was subsequently abandoned. |
| Freescale Semiconductor | Freescale Semiconductor | RINC pitched a transaction in which Freescale was listed as a possible participant and/or |

## EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | interested party – the pitch was subsequently abandoned. |
| Freudenberg & Co Kg | Freudenberg | Client pitches by a RINC affiliate – pitches were subsequently abandoned. |
| Galaxy CLO 2003-1, Ltd; Galaxy III, IV, V, CLO Ltd. | Galaxy | 1) Client pitch by RINC affiliate – the pitch was subsequently abandoned; 2) A RINC affiliate has been mandated on a transaction in which Galaxy is listed as a possible participant and/or interested party. |
| General Electric Capital Corporation | GECC | 1) Client pitch by RINC 2) RINC pitched a transaction in which GECC was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. 3) Client of a RINC affiliate – there are currently two ongoing mandates. |
| General Motors Company; General Motors Dae Woo Auto & Technology. | General Motors | Client pitch by a RINC affiliate |
| GKN Plc | GKN | Client pitch by a RINC affiliate |

14

# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| Goldman Sachs | Goldman Sachs | Client pitch by a RINC affiliate |
| Hella Kgaa Hueck & Co. | Hella | Client pitch by a RINC affiliate |
| Henkel Kg AA. | Henkel | 1) Client of RINC and RINC affiliate – there are currently no ongoing mandates.<br>2) Client pitches by RINC affiliate |
| Hewlett Packard | Hewlett Packard | Client pitches by a RINC affiliate – pitches were subsequently abandoned. |
| Hitachi Credit America Corp. | Hitachi Credit | 1) Client pitch by a RINC affiliate – pitch was subsequently abandoned<br>2) A RINC affiliate has pitched a transaction in which Hitachi is listed as a possible participant and/or interested party. |

## EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| Honeywell | Honeywell | 1)  A RINC affiliate was mandated on a transaction in which Honeywell was listed as an interested party and/or potential participant- the mandate was subsequently abandoned.<br>2)  Client pitch by RINC– the pitch was subsequently abandoned. |
| HPI | HPI | 1)  A RINC affiliate has pitched a transaction in which HPI is listed as a possible participant and/or interested party.<br>2) Client pitch by a RINC affiliate – pitch was subsequently abandoned. |
| HSBC Bank USA, National Association; HSBC Securities (USA) Inc. | HSBC | 1)  A RINC affiliate is currently mandated on a transaction in which HSBC is listed as a possible participant and/or interested party.<br>2)  Client pitch by a RINC affiliate |
| HSS LLC | HSS | A RINC affiliate was mandated on a transaction in which HSS was listed as a possible |

# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | participant and/or interested party. |
| IBM | IBM | Two RINC affiliates have been mandated on two separate transactions in which IBM is listed as a possible participant and/or interested party. |
| ICG | ICG | Client pitch by a RINC affiliate |
| Illinois Tool Works | Illinois Tool Works | A RINC affiliate was mandated on a transaction in which Illinois Tool Works was listed as a possible participant and/or interested party.  The mandate was subsequently abandoned. |
| ING Capital LLC; ING Investment Mgmt CLO I, Ltd; ING Prime Rate Trust | ING | 1) Client pitch by RINC affiliate.<br>2) A RINC affiliate has been mandated on a transaction in which ING is listed as a possible participant and/or interested party. |
| Infineon Technologies AG | Infineon | Client pitch by a RINC affiliate |
| Intermet | Intermet | Client pitch by RINC |
| Invensys | Invensys | 1) A RINC affiliate was mandated on a transaction in |

## EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | which Invensys was listed as a possible participant and/or interested party.  The mandate was subsequently abandoned; <br> 2) A RINC affiliate pitched a transaction in which Invensys was listed as a possible participant and/or interested party.  The pitch was subsequently abandoned. |
| IRI | IRI RAI | IRI RAI mandated a RINC affiliate for a possible transaction.  The mandate was subsequently abandoned. |
| JPMorgan Chase | JPMorgan Chase & Co. | Client of a RINC affiliate – there is currently one ongoing mandate. |
| JPMorgan Chase Bank | JPMorgan Chase Bank | 1) Client of a RINC affiliate – there is currently one ongoing mandate <br> 2) RINC vendor / service provider |
| JPMorgan | JPMorgan | 1) A RINC affiliate has pitched a transaction in which JP Morgan is listed as a possible participant and/or interested |

# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | party |
| | | 2) RINC has acting as a Co-Advisor with JPMorgan on a possible transaction. |
| Key Plastics | Key Plastics | Former RINC client |
| KKR Financial CLO 2005-1 Ltd | KKR | 1) Former client of RINC and RINC affiliate – no ongoing mandates; <br> 2) RINC was mandated on a transaction in which KKR was listed as a possible participant and/or interested party – the mandate was subsequently abandoned. |
| KPMG | KPMG | 1)  Client pitch by RINC affiliate <br> 2)  RINC Vendor |
| L-3 Communications | L-3 Communications | Former RINC client – there are currently no ongoing mandates.. |
| Lear Corporation | Lear | 1) A RINC affiliate pitched a transaction in which Leon was listed as a possible participant and/or interested party.  The pitch was subsequently abandoned. <br> 2) A RINC affiliate was mandated on a transaction in |

19

## EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | which Lear was listed as a possible participant and/or interested party.  The mandate has been completed. |
| Lee Hecht Harrison | Lee Hecht Harrison | RINC Vendor |
| Lehman Brothers | Lehman Brothers Corp IV; Lehman Brothers Private Equity Funds | Two RINC employees hold limited partnership interest in private equity fund offered by Lehman Brothers. |
| Linden Capital LP | Linden | Client pitch by a RINC affiliate – the pitch was subsequently abandoned. |
| Lloyds of London | Lloyds of London | Client pitch by a RINC affiliate |
| Marsh USA Inc.; Marsh & McLennan | Marsh & McLennan | RINC vendor |
| MCI Telecommunications Corp | MCI | A RINC affiliate pitched a transaction in which MCI was listed as an interested party and/or potential participant – the pitch was subsequently abandoned. |
| Medical Simulation Corp | Medical Simulation | Medical Simulation mandated RINC for a transaction that was subsequently abandoned. |

# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| Merrill Lynch | Merrill Lynch | 1)  A RINC affiliate was mandated on a transaction in which Lear was listed as a possible participant and/or interested party.  The mandate has been completed.<br>2)  Client pitch by a RINC affiliate – the pitch was subsequently abandoned. |
| Met Life | Metropolitan Life | 1) Client pitches by a RINC affiliate.<br>2)  A RINC affiliate was mandated by Metropolitan Life for a possible transaction. The mandate was subsequently abandoned.<br>3)  RINC Vendor |
| Microsoft Services | Microsoft | A RINC affiliate was mandated on a transaction in which Microsoft was listed as a possible participant and/or interested party.  The mandate was subsequently abandoned. |
| Miller Engineering Services Inc. | Miller Group | Client pitch by a RINC affiliate – the pitch was subsequently abandoned. |

# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| Mitsubishi | Mitsubishi Materials Corp. | Former RINC client. |
| | Mitsubishi Corp. | 1) Client pitch by RINC – pitch was subsequently abandoned.<br>2) Client of a RINC affiliate – there is currently one ongoing mandate. |
| Molex Cost Recovery Disputes | Molex Inc. | A RINC affiliate was mandated on a transaction in which Molex was listed as a possible participant and/or interested party.  The mandate has been completed. |
| Morgan Stanley & Co., Inc. | Morgan Stanley Dean Witter; Morgan Stanley Private Equity | 1)  Client pitch by a RINC affiliate<br>2) A RINC affiliate was mandated by Morgan Stanley for a possible transaction. The mandate was subsequently abandoned. |
| Motorola Inc. | Motorola Inc. | 1)  Client pitch by RINC – pitch was subsequently abandoned.<br>2) RINC pitched a transaction in which Motorola was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |

## EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | 3) Client pitches by a RINC affiliate. |
| Navistar International | Navistar Financial | Navistar mandated RINC for a possible transaction.  The mandate was subsequently abandoned. |
| Nextel | Nextel | 1) Client pitch by RINC.<br>2) RINC was mandated on a transaction in which Nextel was listed as a potential participant and/or interested party – the mandate was subsequently abandoned. |
| Niagara Mohawk | Niagara Mohawk | RINC and a RINC affiliate were mandated on a transaction in which Niagara Mohawk was listed as a possible participant and/or interested party – the mandate has been completed. |
| Nissan | Nissan | Client pitch by a RINC affiliate – pitch was subsequently abandoned. |
| Nissho Iwai American Corp. | Nissho Iwai American Corp. | Client pitch by RINC – pitch was subsequently abandoned. |
| Nokia Corporation | Nokia | Client pitch made by a RINC affiliate. |

# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| Noranda | Noranda Inc. | 1) Client pitch by a RINC affiliate – the pitch was subsequently abandoned; <br><br> 2) A RINC affiliate has pitched two separate transactions in which Noranda is listed as a possible participant and/or interested party. |
| Norsk Hydro ASA | Norsk Hydro | 1) Client pitches by a RINC affiliate <br><br> 2) A RINC affiliate is currently mandated on a transaction in which Norsk Hydro is listed as a possible participant and/or interested party. |
| Oak Hill Securities Fund II, LP; Oak Hill Securities Fund LP | Oak Hill Securities Partnership II | A RINC employee holds a limited partnership interest in the partnership. |
| Onex Corp. | Onex Corp. | 1) RINC affiliate is currently mandated on a transaction in which Onex is listed as a possible participant and/or interested party. <br><br> 2) Client pitches by a RINCaffiliate |

# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| ORIX Warren LLC | ORIX | Client pitches by a RINC affiliate. |
| Pacific Group Ltd. | Pacific Group Limited | Client pitches by a RINC affiliate |
| Panalpina Inc. | Panalpina | 1) Client pitch by RINC affiliate<br>2) A RINC affiliate has pitched a transaction in which Panalpina is listed as a possible participant and/or interested party. |
| Paragon | Paragon | A RINC affiliate has pitched a transaction in which Paragon listed as a possible participant and/or interested party |
| | Paragon Group of Companies | 1) Client pitch by a RINC affiliate<br>2) A RINC affiliate was mandated on a transaction in which Paragon was listed as a possible participant and/or interested party.  The mandate was subsequently abandoned. |
| Parsons | Parsons | RINC pitched a transaction in which Parsons was listed as a potential participant and/or interested party – the pitch was |

## EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | subsequently abandoned. |
| Philips Semiconductors | Philips | 1) Client pitch by a RINC affiliate.<br>2) Client pitch by RINC – pitch was subsequently abandoned. |
| Praxair | Praxair | 1) Client pitch by RINC – pitch was subsequently abandoned.<br>2) Client pitches by various RINC affiliates– pitches were subsequently abandoned. |
| Pressac | Pressac | 1) Client pitches by a RINC affiliate;<br>2) A RINC affiliate has pitched two transactions in which Pressac is listed as a possible participant and/or interested party. |
| PriceWaterhouseCoopers | PriceWaterhouseCoopers | Former RINC vendor. |
| PSA Group | PSA | Client pitch by a RINC affiliate |
| Quadrangle Master Funding Ltd. | Quadrangle Group | RINC was mandated on a transaction in which Quadrangle Group was listed as a possible participant and/or interested party – the mandate has been |

## EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | completed. |
| Raytheon Company | Raytheon Co. | RINC was mandated on a transaction in which Raytheon was listed as a possible participant and/or interested party. – the mandate was subsequently abandoned. |
| RCA | RCA | A RINC affiliate was mandated by RCA for a possible transaction.  The mandate was subsequently abandoned |
| Republic Engineered Products | Republic Engineered Products | Client pitch by RINC – pitch was subsequently abandoned. |
| Rhodia Patent Assertion | Rhodia | 1)  Client pitch by RINC<br>2) Various RINC affiliates were mandated by Rhodia for possible transactions.  The mandates were subsequently abandoned.<br>3) Client pitch by a RINC affiliate. |
| Royal Bank of Scotland | Royal Bank of Scotland | 1)  Former Client of a RINC.<br>2)  A RINC affiliate was mandated on a transaction in which Royal Bank of Scotland was listed as a |

27

## EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | possible participant and/or interested party.  The mandate was subsequently abandoned. |
| Salomon Smith Barney | Salomon Smith Barney | A RINC affiliate was mandated by Salomon  for a possible transaction.  The mandate was subsequently abandoned. |
| SAP Consulting | SAP | Client pitches by a RINC affiliate – the pitches were subsequently abandoned. |
| SAS Comte | SAS | A RINC affiliate pitched a transaction in which SAS was listed as a possible participant and/or interested party.  The pitch was subsequently abandoned. |
| SBC | SBC Communications | Client pitch by RINC – pitch was subsequently abandoned. |
| Schulte & Co. GmbH | Schulte | A RINC affiliate has been mandated on a transaction in which Schulte is listed as a possible participant and/or interested party. |
| Securitas Security | Securitas | A RINC affiliate pitched a transaction in which Securitas was listed as a possible participant and/or interested |

# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | party. The pitch was subsequently abandoned. |
| Sedgwick Claims; Sedgwick Claims Mgmt. Services Inc. | Sedgwick Group | Former client of a RINC affiliate. |
| SGS Controll Co MBH | SGS | Client pitch by a RINC affiliate. |
| SGS Thomson | SGS | Client pitch by a RINC affiliate |
| Siemens Automotive Ltd.; Siemens Gen III; Siemens VDO Automotive | Siemens | 1) Client pitch by a RINC affiliate 2) A RINC affiliate was mandated on a transaction in which Siemens was listed as a possible participant and/or interested party. The mandate was subsequently abandoned. 3) RINC has pitched a transaction in which Siemens is listed as a possible participant and/or interested party. |
| Sigma Learning LLC | Sigma | Client pitch by a RINC affiliate – pitch was subsequently abandoned. |
| Sirva Relocation | SIRVA | A RINC affiliate has pitched a transaction in which SIRVA is listed as a possible participant and/or interested party. |

# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| Societé Generale | Societé Generale | 1) Client of a RINC affiliate – there is currently one ongoing mandate<br><br>2) A RINC affiliate is currently mandated on a transaction in which Societe Generale is listed as a possible participant and/or interested party. |
| Spartech Corp. | Spartech Corp. | Client pitch by RINC – pitch was subsequently abandoned. |
| **C.     Spirax Sarco** | Spirax Sarco Engineering PLC | Client pitch by a RINC affiliate. |
| **D.     Sprint; Sprint Spectrum L.P.** | Sprint | Client pitch by a RINC affiliate. |
| Spirent PLC | Spirent | Client of a RINC affiliate – there are currently five open mandates. |
| St. Paul (Bermuda) Ltd.; St. Paul/Bermuda; St. Paul Fire and Marine Insurance Company; St. Paul Mercury; St. Paul Surplus liens, Ins. Co. | St. Paul Companies | A RINC affiliate pitched a transaction in which St. Paul was listed as a possible participant and/or interested party.  The pitch was subsequently abandoned. |
| State Street Boulevard Trust Co. | State Street | Client pitch by a RINC affiliate – pitch was subsequently abandoned. |
| STMicroelectronics Holding NV; STMicroelectronics NV | STMircroelectronics | 1) Client pitch by RINC – pitch was subsequently abandoned. |

# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | 2) A RINC affiliate was mandated on a transaction in which STMicroelectronics was listed as a possible participant and/or interested party.  The mandate has been completed. |
| Sun Trust Bank Atlanta | Sun Trust | 1) RINC was mandated on a transaction in which Sun Trust was listed as a possible participant and/or interested party.  The mandate has been completed;<br><br>2) RINC has been mandated on a transaction in which Sun Trust is listed as a possible participant and/or interested party – the mandate is ongoing. |
| The Swatch Group | Swatch | Client pitch made by a RINC affiliate – the pitch was subsequently abandoned. |
| Swiss Re Insurance Company | Swiss Re | Client pitch by a RINC affiliate |
| Tennessee Valley Authority | Tennessee Valley Authority | RINC client.  There is currently one ongoing mandate unrelated to the Debtors' Chapter 11 cases. |

# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| Textron Inc. | Textron Inc. | 1) RINC client.  There are currently no ongoing mandates.<br>2) Client pitches by RINC |
| Thyssenkrupp AG | Thyssenkrupp AG | 1) Client pitch by RINC – pitch was subsequently abandoned.<br>2) A RINC affiliate is currently mandated on a transaction in which Thyssenkrupp is listed as a possible participant and/or interested party. |
| Tomkins PLC | Tomkins PLC | Client pitches by a RINC affiliate. |
| Toronto Dominion Bank | Toronto Dominion | 1)  Client pitch by RINC.<br>2) Client pitches made by a RINC affiliate – pitches were subsequently abandoned. |
| Total SA | Total | Client pitches made by a RINC affiliate – pitches were subsequently abandoned. |
| TPI | TPI | Client pitches by a RINC affiliate. |
| Trelleborg AB | Trelleborg | Client pitch by a RINC affiliate – pitch was subsequently abandoned. |

# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| TRW | TRW | A RINC affiliate was mandated on a transaction in which TRW was listed as a possible participant and/or interested party. The mandate was subsequently abandoned. |
| TT Electronics | TT Electronics | 1) A RINC affiliate was mandated on a transaction in which TT Electronics was listed as a possible participant and/or interested party. The mandate was subsequently abandoned. <br> 2) A RINC affiliate has pitched a transaction in which TT Electronics is listed as a possible participant and/or interested party. |
| Tyco Electronics Corp; Tyco International Ltd | Tyco | 1) Client pitch by RINC – pitch was subsequently abandoned. <br> 2) A RINC affiliate was mandated by Tyco for a possible transaction. The mandate was subsequently abandoned. |

# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| UBS | UBS Warburg | Client of a RINC affiliate – there is currently one ongoing mandate. |
| UGC | UGC | Former client of a RINC affiliate – there are no ongoing mandates; one open pitch. |
| Umicore | Umicore | Client of a RINC affiliate – there is currently one ongoing mandate |
| Valeo; Valeo North American Corporate | Valeo | Client of a RINC affiliate – there is currently one ongoing mandate |
| | Valeo S.A. | A RINC employee serves as a Director of Valeo S.A. |
| Verizon | Verizon | 1) RINC client pitch – pitches were subsequently abandoned.<br>2) A RINC affiliate pitched various transactions in which Verizon was listed as a possible participant and/or interested party – the pitches were subsequently abandoned. |
| Verizon Wireless | Verizon Wireless | RINC Vendor. |
| Viasystems Group Inc. | Viasystems Group Inc. | RINC client – there is currently one ongoing mandate unrelated to the Debtors' Chapter 11 cases. |

## EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| Visteon | Visteon Corp. | RINC client – there is currently one ongoing mandate unrelated to the Debtors' Chapter 11 cases. RINC's engagement by Visteon is substantially completed. |
| Volkswagen AG | Volkswagen | A RINC affiliate has pitched a transaction in which Volkswagen is listed as a possible participant and/or interested party. |
| Volvo | Volvo | Client pitch by a RINC affiliate. |
| Wells Fargo Bank N.W. | Wells Fargo | Client pitch by RINC – pitch was subsequently abandoned. |
| WHX Corp. | WHX Corp. | RINC was mandated on a transaction in which WHX was listed as a possible participant and/or interested party.  The mandate has been completed. |
| Zurich | Zurich | A RINC affiliate conducted pitches for various transactions in which Zurich was listed as a possible participant and/or interested party.  The pitches were subsequently abandoned. |