Exhibit 1

List of Ordinary Course Professionals

## Ordinary Course Professionals

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES TO BE RENDERED |
|---|---|---|
| **KEY ORDINARY COURSE PROFESSIONALS (MONTHLY FEES GREATER THAN $60,000)** | | |
| Baker & Daniels | 300 N Meridian St<br>Ste 2700<br>Indianapolis, IN 46204-1782 | Legal Services |
| Butzel, Long | 150 W Jefferson Ave<br>Ste 900<br>Detroit, MI 48226-4430 | Legal Services |
| Cadwalader Wickersham & Taft LLP | 1201 F St NW<br>Washington, DC 20004<br><br>PO Box 5929<br>New York, NY 10087-5929 | Legal Services |
| Cantor Colburn LLP | 55 Griffin Rd S<br>Bloomfield, CT 06002 | Legal Services |
| Covington & Burling LLP | Covington & Burling<br>1330 Ave of the Americas<br>New York, NY 10019<br><br>1201 Pennsylvania Ave<br>PO Box 7566<br>Washington, DC 20044 | Legal Services |
| Equis Corporation[1] | 161 North Clark St<br>Ste 2400<br>Chicago, IL 60601 | Real Estate Brokerage Services |
| Ernst & Young LLP | 101 West Big Beaver Rd,<br>Ste 1200<br>Troy, MI 48084 | Advisory Services - Sarbanes-Oxley Compliance |
| Howard & Howard Attorneys, P.C. | Pinehurst Office Ctr, Ste 101<br>39400 Woodward Avenue<br>Bloomfield Hills, MI 48304-5151<br><br>1400 N. Woodward Avenue<br>Bloomfield Hills, MI 48304-2856 | Legal Services |

---

[1] As of the Petition Date the Debtors' retained Equis Corporation ("Equis") as their real estate broker. Pursuant to its current retention, Equis is obligated to continue to act in such capacity through November 2005. The Debtors have sought to retain Jones Lang LaSalle Americas Inc. ("Jones Lang LaSalle") to perform this function as of December 2005. The Debtors do not intend for Equis to perform the services set forth herein after November 2005 or for Jones Lang LaSalle to commence performance of the services set forth herein before December 2005. Accordingly, the Debtors do not anticipate that there will be any overlap in the services to be provided by each of Equis and Jones Lang LaSalle.

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES TO BE RENDERED |
|---|---|---|
| Jones Day | 901 Lakeside Ave<br>Cleveland, OH  44114 | Legal Services |
| Jones Lang LaSalle Americas Inc | 200 E. Randolph Dr<br>Ste 4300<br>Chicago, IL  60601 | Real Estate Brokerage Services |
| Price, Heneveld, Cooper, DeWitt & Litton | 695 Kenmore Ave SE<br>PO Box 2567<br>Grand Rapids, MI  49501-2567 | Legal Services |
| Rader Fishman & Grauer | 39533 Woodward Ave<br>Suite 140<br><br>Bloomfield Hills, MI  483046756<br>Reliable Parkway<br>Chicago, IL  60686 | Legal Services |
| Wilmer Cutler Pickering Hale and Dorr, LLP | 2445 M St<br>Washington, DC  20037 | Legal Services |
| **ORDINARY COURSE PROFESSIONALS (MONTHLY FEES GREATER THAN $5,000 AND LESS THAN $60,000)** | | |
| American Appraisal Associates | 411 E Wisconsin Ave<br>Suite 1900<br>Milwaukee, WI  53201 | Tax Consultancy Services |

2

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES TO BE RENDERED |
|---|---|---|
| Asset Management Resources, Inc. | 26211 Central Park Blvd. Southfield, MI 48076 | Tax Consultancy Services |
| Baker & McKenzie LLP | 660 Hansen Way Palo Alto, CA 94304<br><br>805 Third Ave New York, NY 10022<br><br>815 Connecticut Ave NW Washington, DC 20006-4078<br><br>701 Brickell Ave, Ste 1600 Barnett Tower Miami, FL 33131-2827<br><br>PO Box 10220 El Paso, TX 79995<br><br>One Prudential Plaza 130 E Randolph Dr Chicago, IL 60601-6384<br><br>Baker & Mckenzie Societe Davocats 32 Avenue Kleber BP 2112 75771 Paris Cedex 16 France | Legal Services* |
| Baker Botts LLP | 1299 Pennsylvania Ave NW Washington, DC 20004-2400<br><br>1600 San Jacinto Center 98 San Jacinto Blvd Austin, TX 78701<br><br>PO Box 201626 Houston, TX 77216-1626 | Legal Services |
| Balch & Bingham LLP | PO Box 306 Birmingham, AL 35201 | Legal Services |
| Banner & Witcoff, Ltd | 10 S Wacker Dr Ste 3000 Chicago, IL 60606 | Legal Services |
| Barnett Associates, Inc. | 61 Hilton Ave Garden City, NY 11530 | Tax Consultancy Services |
| BNP Paribas Securities Corp. | 787 7th Ave New York, NY 10019 | Investment Banking Services |

---

\*   Certain of the services indicated by an asterisk (*) are, to some extent, provided by a non-U.S. professional and/or performed outside of the United States. The Debtors nevertheless submit that such services provide a direct benefit to the Debtors' estates.

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES TO BE RENDERED |
|---|---|---|
| Braun Kendrick Finkbeiner PLC | Second National Bank Building 101 Fashion Square Blvd. Saginaw, MI 48603 | Legal Services |
| BSI America Inc | 12110 Sunset Hills Rd Suite 140 Reston, VA 20190-3231<br><br>13910 Collections Center Dr Chicago, IL 60693 | Auditing Services |
| BSI Management Systems | 12110 Sunset Hills Road Suite 140 Reston, VA 20190-3231<br><br>13910 Collections Center Dr Chicago, IL 60693 | Auditing Services |
| Bugbee & Conkle | National City Bank Building 405 Madison, Suite 1300 Toledo, OH 43604-1238 | Legal Services |
| C&S Patent and Law Office | KPO Box 103 Seoul 110 601 Republic of Korea | Legal Services* |
| Clark Consulting | 101 Constitution Ave N.W. Washington, D.C. 20001 | Legal Services |
| Clark Hill P.L.C. | 500 Woodard Ave, Ste 3500 Detroit, MI 48226-3435<br><br>1600 First Federal Bldg 1001 Woodward Ave Detroit, MI 48226 | Legal Services |
| Crew, Buchanan & Lowe | 2580 Kettering Tower Dayton, OH 45423-2580 | Legal Services |
| Det Norske Veritas | 16340 Park Ten Place Ste 100 Houston, TX 77084<br><br>3 Cathedral St Palace House London SE1 9DE United Kingdom<br><br>CO Banque Nationale de Paris 77 Blvd Richelieu 92500 Rueil Malmaison France<br><br>64 Avenue D Haifa Hermes Park Bt A Marseille 13008 France | Auditing Services |

4

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES TO BE RENDERED |
|---|---|---|
| Dewitt Ross & Stevens | Capitol Square Office<br>Two East Mifflin St<br>Suite 600<br>Madison, WI 53703-2865 | Legal Services |
| Dickinson Wright P.L.L.C. | 500 Woodward Ave<br>Ste 4000<br>Detroit, MI 48226-3425 | Legal Services |
| Drew & Napier | 20 Raffles Place #17-00<br>Ocean Towers<br>Singapore 048620<br>Singapore | Tax Consultancy Services* |
| Drinker Biddle & Reath LLP | 1 Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996 | Legal Services |
| Dykema Gossett P.L.L.C. | 400 Renaissance Ctr<br>PO Box 79001, Drawer 1787<br>Detroit, MI 48243<br><br>55 East Monroe Street<br>Chicago, IL 60603 | Legal Services |
| Evans, Pletkoic & Rhodes, P.C. | 26125 Woodward Avenue<br>Huntington Woods, MI 48070 | Legal Services |
| Eyster, Key, Tubb, Weaver & Roth | 402 E. Moulton Street. S.D.<br>Decatur, AL 35601<br><br>PO Box 1607<br>Decatur, AL 35602-1607 | Legal Services |
| Foster, Swift, Collins & Smith, P.C. | 313 S Washington Square<br>Lansing, MI 48933 | Legal Services |
| Global Quality Institute | 37 Marotta Ave<br>Brampton, ON L6X 4W9<br>Canada | Auditing Services |
| Gwinn & Roby | 4100 Renaissance Twr<br>1201 Elm St<br>Dallas, TX 75270 | Legal Services |
| Hamberger & Weiss | 1725 Statler Towers<br>107 Delaware Ave<br>Buffalo, NY 14202 | Legal Services |
| Hartman & Hartman P.C. | 15 North Franklin, Ste 250<br>Valparaiso, IN 48383<br>552 E 700 N<br>Valparaiso, IN 46383 | Legal Services |

5

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES TO BE RENDERED |
|---|---|---|
| Hewitt & Associates | 101 W Big Beaver Rd Ste 300<br>Troy, MI 48084<br><br>PO Box 95135<br>Chicago, IL 60694-5135<br><br>100 Half Day Rd<br>Lincolnshire, IL 60069<br><br>PO Box 95135<br>Chicago, IL 60694-5135 | Auditing Services |
| Honigman Miller Schwartz and Cohn | 2290 First National Bldg<br>660 Woodward Ave<br>Detroit, MI 48226<br><br>222 N Washington Sq, Ste 400<br>Lansing, MI 48933-1800 | Legal Services |
| Horwood, Marcus & Berk Chartered | 180 N. Lasalle Street<br>Chicago, IL 60601 | Tax Consultancy Services |
| Huron Consulting Services LLC | 550 W. Van Buren St<br>Chicago, IL 60607 | Financial Advisory Services |
| Ivins, Phillips & Barker Chartered | 1700 Pennsylvania Ave., NW<br>Washington, D.C. 20006 | Legal Services |
| J. Gordon Lewis dba J. Gordon Lewis, PLLC | 441 N Evansdale Dr<br>Bloomfield Hills, MI 48304 | Legal Services |
| Jaeckle Fleischmann & Mugel, LLP | 190 Linden Oaks<br>Rochester, NY 14625-2812<br><br>Fleet Bank Building<br>Twelve Fountain Plaza<br>Buffalo, NY 14202-2292 | Legal Services |
| Jaffe Raitt Heuer & Weiss P.C. | 27777 Franklin Rd, Ste 2500<br>Southfield, MI 48034 | Legal Services |
| Jefferson Wells | 4000 Town Center, Ste 725<br>Southfield, MI 48075 | Auditing Services |
| Johnston Barton Proctor & Powell LLP | 1901 6th Ave N, Ste 2900<br>Birmingham, AL 35203 | Legal Services |
| L.C. Begin & Associates, PLLC | 510 Highland Ave PMB 403<br>Milford, MI 48381-1586 | Legal Services |
| Law Office of Robert E. Wilyard | 600 W. Santa Ana Blvd, #101<br>Santa Ana, CA 92701 | Legal Services |
| Law Offices of Albert M. Gutierrez, P.C. | 111 Soledad, Ste 1310<br>San Antonio, TX 78205 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES TO BE RENDERED |
|---|---|---|
| Law Offices of Brian C. Pauls | 919 S Harrison St<br>Ste 320<br>Fort Wayne, IN  46802 | Legal Services |
| Letson, Griffith, Woodall, Lavelle & Rosenberg | 155 South Park Avenue<br>Warren, OH 44482<br><br>PO Box 151<br>Warren, OH 44482-0151 | Legal Services |
| Levasseur & Levasseur | 28105 Greenfield Road<br>Suite 120<br>Southfield, MI  48076 | Legal Services |
| Lippert, Humphreys, Campbell, Dust & Humphreys, P.C. | Ste 410 Plaza North<br>4800 Fashion Sq Blvd<br>Saginaw, MI  48604 | Legal Services |
| Mark A. Navarre | 200 S Main St<br>Room B-1 PO Box 537<br>Urbana, OH  43078 | Legal Services |
| Martin Brown & Sullivan Ltd. | 321 S Plymouth Ct, 10th Fl<br>Chicago, IL  60604 | Legal Services |
| Mayer, Brown, Rowe & Maw LLP | 1909 K Street, N.W.<br>Washington, D.C. 20006-1101 | Legal Services |
| McCarter & English | Mellon Bank Center, Ste 700<br>1735 Market St<br>Philadelphia, PA  19103-75 | Tax Consultancy Services |
| McCarthy Tetrault LLP | Suite 4700 Toronto<br>Dominion Bank Tower<br>Box 48<br>Toronto, ON M5K 1E6<br>Canada | Legal Services* |
| McCarthy, Lebit, Crystal & Liffman Co., L.P.A. | 1800 Midland Building 101 West Prospect Ave<br>Cleveland, OH  44115-1088 | Legal Services |
| McGann, Bartlett and Brown | 111 Founders Plaza<br>Ste 1201<br>East Hartford, CT  06108 | Legal Services |
| Miller Canfield Paddock & Stone, PLC | 150 W Jefferson, Ste 2500<br>Detroit, MI  48226-4415<br><br>PO Drawer 64348<br>Detroit, MI  48264-0348 | Legal Services |
| Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC | 1 Financial Ctr<br>Boston, MA  02111 | Legal Services |
| Moore Hansen & Sumner | 225 S Sixth St, Ste 4850<br>Minneapolis, MN  55402 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES TO BE RENDERED |
|---|---|---|
| Neal Gerber & Eisenberg, LLP | 2 North Lasalle St<br>Chicago, IL  60602 | Legal Services |
| Pedersen, Keenan, King, Wachsberg & Andrzejak, P.C. | 4057 Pioneer Dr, Ste 300<br>Commerce Township, MI  48390-1363 | Legal Services |
| Pepper Hamilton LLP | 1201 Market St, Ste 1600<br>Wilmington, DE  19801 | Legal Services |
| Phelps Dunbar LLP | Canal Place<br>365 Canal Street 2000<br>New Orleans, LA  70130-6534<br><br>111 East Capitol, Ste 600<br>Jackson, MS  39225-3066<br><br>PO Box 23066<br>Jackson, MS  39255-3066 | Legal Services |
| Phifer & White, P.C. | L.B. Kind Building, Ste 500<br>1274 Library St<br>Detroit, MI  48246 | Legal Services |
| Pillsbury Winthrop Shaw Pittman LLP | 2 Houston Center<br>909 Fannin, 22nd Floor<br>Houston, TX  77010<br><br>PO Box 60000<br>San Francisco, CA  94160-2391 | Legal Services |
| PriceWaterhouseCoopers | 1301 K Street NW<br>Suite 800W<br>Washington, DC  20005<br><br>200 E Randolph Dr<br>Chicago, IL  60601-6401<br><br>400 Campus Dr<br>Florham Park, NJ  07932<br><br>BP Tower 27th Fl<br>200 Public Square<br>Cleveland, OH  44114-2301<br><br>1900 K St NW, Ste 900<br>Washington, DC  20006<br><br>PO Box 65640<br>Charlotte, NC  28265-0640<br><br>PO Box 75647<br>Chicago, IL  60675<br><br>9399 W Higgins Rd, Ste 1100<br>Rosemont, IL  60018 | Legal Services |

8

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES TO BE RENDERED |
|---|---|---|
| | Marino Escobedo 573<br>Col. Rincon Del Bosque<br>Mexico DF<br>11580<br>Mexico<br><br>AV Tecnologico 100 Piso 6<br>76030 Queretaro Qro<br>Mexico | Legal Services* |
| | North American Center<br>5700 Yonge St, Ste 1900<br>North York, ON M2M 4K7<br>Canada | Legal Services* |
| | 202 Hi Bin Rd<br>Shanghai<br>200021<br>China | Legal Services* |
| Quarles & Brady LLP | 411 East Wisconsin Ave<br>Ste 2040<br>Milwaukee, WI 53202-4497 | Legal Services |
| Quinn Emanuel Urquhart Oliver & Hedges LLP | 865 S. Figueroa Street<br>10th Floor<br>Los Angeles, CA 90017-2543 | Legal Services |
| Ralph L. Hensler | 1623 Third Ave 20G<br>New York, NY 10128 | Legal Services |
| Reising, Ethington, Barnes Kisselle, P.C. | 201 W Big Beaver Ste 400<br>Troy, MI 48084 | Legal Services |
| Richards Spears Kibbe & Orbe LLP | One World Financial Center<br>New York, NY 10281-1003 | Legal Services |
| Robert Half | PO Box 60000<br>San Fransisco, CA 94160-3484<br><br>1130 Lake Cook Rd<br>Buffalo Grove, IL 60089<br><br>2994 Sand Hill Rd 200<br>Menlo Park, CA 94025-7006 | Auditing Services |
| Robin, Carmack and Gonia, LLP | 14771 Plaza Drive - Ste D<br>Tustin, CA 92780 | Legal Services |
| Scheuer Mackin & Breslin LLC | 11025 Reed Hartman Highway<br>Cincinnati, OH 45242 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES TO BE RENDERED |
|---|---|---|
| Schmeiser, Olson & Watts | 18 E. University Dr., Ste. 101<br>Mesa, AZ 85201<br><br>3 Lear Jet Lane, Ste. 201<br>Latham, NY 12110<br><br>125 High Rock Ave<br>Saratoga Springs, NY 12866 | Legal Services |
| Secrest, Wardle, Lynch, Hampton, Turex and Morley P.C. | 30903 Northwestern Hwy<br>Farmington Hills, MI 48334<br><br>PO Box 634213<br>Cincinnati, OH 45263-4213 | Legal Services |
| Segar and Sciortino | 400 Meridian Centre<br>Ste 320<br>Rochester, NY 14618 | Legal Services |
| Smiley-Smith & Bright CPAs, LLC | 4250 Lomac St<br>Montgomery, AL 36106 | Legal Services |
| Squire, Sanders & Dempsey, L.L.P. - DC | 1201 Pennsylvania Ave NW 5th<br>PO Box 407<br>Washington, DC 20004-0407<br><br>1300 Huntington Center<br>41 S High St<br>Columbus, OH 43215<br><br>PO Box 643051<br>Cincinnati, OH 45264-3051 | Legal Services |
| Thompson, Hine & Flory, LLP | 2000 Courthouse Plaza NE<br>PO Box 8801<br>Dayton, OH 45401-8801 | Legal Services |
| UHY Mann Frankfort Stein & Lipp Advisors, Inc. | 12 Greenway Plaza 8th Floor<br>Houston, TX 77046-1291 | Legal Services |
| Ward Norris Heller & Reidy, LLP | Ward Norris Heller & Reidy LLP<br>300 State St<br>Rochester, NY 14614 | Legal Services |
| Wax Law Group | 2118 Wilshire Blvd, Ste 407<br>Santa Monica, CA 90403 | Legal Services |

10

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES TO BE RENDERED |
|---|---|---|
| Wise, Carter, Child & Caraway | 600 Heritage Building<br>401 East Capitol St<br>Suite 600<br>Jackson, MS  39201<br><br>P O Box 651<br>Jackson, MS  39205 | Legal Services |
| Wood, Herron & Evans, L.L.P. | 2700 Carew Tower<br>441 Vine St<br>Cincinnati, OH  45202 | Legal Services |
| Wooden & McLaughlin, LLP | 1 Indiana Sq Ste 1800<br>Indianapolis, IN  46204-2019 | Legal Services |
| Young & Basile P.C. | 3001 W Big Beaver Rd, Ste 624<br>Troy, MI  48084-3107 | Legal Services |
| Yuasa & Hara | Section 206 New Ohtemachi Building 2-1<br>Ohtemachi 2-Chome<br>Chiyoda-Ku<br>Tokyo 100-0004<br>Japan<br><br>CPO Box 714<br>Tokyo 100 8692<br>Japan | Legal Services* |

11