UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

IN RE:                                                  )
                                                        )
DELPHI CORPORATION,                                     )        Case No. 05-44481
                                                        )
            Debtor.                                     )

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT, pursuant to 11 U.S.C. Section 1109(b), and Bankruptcy Rules 2002, 4001, and 9010(b), the undersigned counsel, **Jeannette Eisan Hinshaw** enters her appearance in the above-referenced case as counsel for **Decatur Plastic Products, Inc.** (the "Interested Party").

The undersigned counsel requests that all papers, pleadings, notices, motions, and orders required to be served in accordance with the Bankruptcy Rules, any General Order entered by the Bankruptcy Court, any Local Rule of the Bankruptcy Court, or an Order of the Bankruptcy Court, be mailed to or otherwise served upon the following individual:

>    Jeannette Eisan Hinshaw
>    BOSE MCKINNEY & EVANS LLP
>    135 N. Pennsylvania Street, Ste. 2700
>    Indianapolis, Indiana  46204
>    Telephone:    (317) 684-5296
>    Facsimile:    (317) 684-5173
>    E-mail:       jhinshaw@boselaw.com

Please take notice that the foregoing request includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopy, telex, e-mail, or otherwise, that affects or seeks to affect in any way the rights or interests of the Interested Party.

>                   /s/  Jeannette Eisan Hinshaw
>                    Atty. No. 8238-49-A
>                    BOSE MCKINNEY & EVANS LLP
>                    135 N. Pennsylvania Street, Ste. 2700
>                    Indianapolis, Indiana  46204
>                    (317) 684-5000

654813

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon the following parties set out below via ECF transmission, this 10th day of October, 2005:

                                      /s/ Jeannette Eisan Hinshaw
                                      Jeannette Eisan Hinshaw


John William Butler, Jr.
SKADDEN ARPS SLATE MEAGHER & FLOM (IL)
333 West Wacker Drive
Chicago, IL  60606-1285
jbutler@skadden.com

Kayalyn A. Marafioti
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, NY  10036
kmarafio@skadden.com

Thomas J. Matz
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, NY  10036-6522
tmatz@skadden.com

Alicia M. Leonard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004

654813