**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
| | |
|---|---|
| In re: : | |
| : | **Chapter 11** |
| **DELPHI CORPORATION, et al.** : | |
| : | **Case No. 05-44481** |
| Debtors. : | |

------------------------------------------------------------------x

### NOTICE OF APPEARANCE, REQUEST FOR SERVICE
### AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that the undersigned hereby appear as counsel for Venture Plastics Inc. ("Venture"), secured creditor herein, and pursuant to, *inter alia,* sections 342(a) and 1109(b) of title 11 (the "Bankruptcy Code") of the United States Code and Fed. R. Bankr. P. ("Bankr. Rules") 2002, 9007, and 9010, request that the following names be added to any service list in this case and that all notices given or required to be given in this case and all papers served or required to be served in this case, be given and served upon:

> Jeffrey M. Levinson, Esq.
> Leah M. Caplan, Esq.
> Margulies & Levinson, LLP
> 30100 Chagrin Boulevard
> Suite 250
> Pepper Pike, OH  44124
> Tel. 216/514-4935
> Fax: 216/514-4936
> E-Mail: jml@ml-legal.com
>           lmc@ml-legal.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankr. Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether

-2-

transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, e-mail or otherwise that affects or seeks to affect in any way any rights or interest of any creditor or party-in-interest in this case, including Venture.

**PLEASE TAKE FURTHER NOTICE** that Venture intends that neither this Notice of Appearance, Request for Service of Papers and Reservation of Rights nor any later appearance, claim or suit shall waive (1) its right to have final orders in non-core matters entered only after *de novo* review by a District Court; (2) its right to trial by jury in any proceeding so triable in these cases or in any case, controversy or proceeding relating to this case; (3) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, setoffs, or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: October 10, 2005                    Respectfully submitted,

                                                           MARGULIES & LEVINSON LLP

                                                           */s/ Jeffrey M. Levinson*
Jeffrey M. Levinson (OBR# 0046746)
Leah M. Caplan (OBR# 0037377)
30100 Chagrin Blvd., Suite 250
Cleveland, Ohio 44124
(216) 514-4935
(216) 514-4936 telecopier
jml@ml-legal.com
lmc@ml-legal.com

-3-

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that the foregoing Notice of Appearance, Request for Service and Reservation of Rights was filed electronically this 10th day of October, 2005.  Notice of this filing will be sent by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

               */s/ Jeffrey M. Levinson*_____
               Jeffrey M. Levinson