BARNES & THORNBURG LLP
Attorneys for Bank of America
Leasing and Leasing & Capital, LLC
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, Michigan  49503
(616) 742-3936
Patrick E. Mears (PM-6473)

United States Bankruptcy Court
Southern District of New York

|  |  |
|---|---|
| In re | Chapter 11 Case |
| DELPHI CORPORATION, *et al*. | No. 05-44481 |
| Debtors. | |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

To:   Kathleen Farrell                           John William Butler, Esq.
      Clerk of the Court                         Stadden, Arpps, Slate, Meagher &
      United States Bankruptcy Court             Flom, LLP
      One Bowling Green, Sixth Floor             333 W. Wacker Drive, Suite 2100
      New York, NY  10004-1408                   Chicago, IL  60606

      Alicia M. Leonhard, Esq.                   Kayalyn A. Marafioti, Esq.
      Office of the U.S. Trustee                 Stadden, Arpps, Slate, Meagher &
      33 Whitehall Street                        Flom, LLP
      New York, NY  10004                        Four Times Square
                                                 New York, NY  10036

PLEASE TAKE NOTICE, that the undersigned counsel hereby files its Notice of Appearance as counsel to Bank of America Leasing & Capital, LLC, in the above-captioned Chapter 11 case.  Pursuant to Rules 2002 and 9010(b) of the Rules of Bankruptcy Procedure, we request that all notices given or required to be given in the above Chapter 11 case be given to and served upon the undersigned at the office, address, and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, or demands transmitted or conveyed by mail delivery, telephone, telegraph, telex, or otherwise which affect the above-captioned debtor or its property.

PLEASE TAKE FURTHER NOTICE that the submission and filing of this notice and demand constitutes a "special appearance" and is not intended to be, nor shall it be deemed a consent to, or a waiver of, the right to challenge jurisdiction of this Court to adjudicate noncore matters, which right Bank of America Leasing & Capital, LLC expressly reserve without prejudice.

Dated:  October 10, 2005

BARNES & THORNBURG LLP
Counsel to Bank of America
Leasing & Capital, LLC


By:   /s/Patrick E. Mears
         Patrick E. Mears (PM-6473)
Business Address:
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, Michigan  49503
(616) 742-3936

GRDS01 PMEARS 323918v1