BARNES & THORNBURG LLP
Attorneys for Armada Rubber
Manufacturing Company
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, Michigan 49503
(616) 742-3936
Patrick E. Mears (PM-6473)

United States Bankruptcy Court
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case |
| DELPHI CORPORATION, *et al.* | No. 05-44481 |
| Debtors. | |

## CERTIFICATE OF SERVICE

Document Served: - **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

The undersigned certifies that a copy of the documents listed above were served upon the parties listed in the attached Exhibit A at their respective addresses by either electronic notice or first-class mail, postage pre-paid, by placing the envelope in the mail on the date indicated below.

Date of Service: October 10, 2005

I declare that the statement above is true to the best of my information, knowledge and belief.

/s/Patrick E. Mears
Patrick E. Mears (PM-6473)
Barnes & Thornburg LLP

# **EXHIBIT A**

GRDS01 PMEARS 323936v1

**File a Notice:**
05-44481 Delphi Corporation and Delphi Corporation

## U.S. Bankruptcy Court

## Southern District of New York

Notice of Electronic Filing

The following transaction was received from Mears, Patrick E. entered on 10/10/2005 at 1:30 PM and filed on 10/10/2005
**Case Name:** Delphi Corporation and Delphi Corporation
**Case Number:** 05-44481
**Document Number:** 58

**Docket Text:**
Notice of Appearance filed by Patrick E. Mears on behalf of Armada Rubber Manufacturing Company. (Mears, Patrick)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** H:\My Documents\Mears\Armada\Delphi\Notice of Appearance.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=10/10/2005] [FileNumber=4449204-0]
[048ee6718c2aa54f89c120fc7e7c38d44d9010279a1f31683e32bf4e323e1849fe13
d4486a85025496375408367f18f16a8e3d92d16a1c1020e04590033edba2]]

**05-44481 Notice will be electronically mailed to:**

John Wm. Butler    jbutler@skadden.com

Jeannette Eisan Hinshaw    jhinshaw@boselaw.com, pdidandeh@boselaw.com

Jeffrey M. Levinson    jml@ml-legal.com,

Kayalyn A. Marafioti    kmarafio@skadden.com, jharring@skadden.com

Thomas J. Matz    tmatz@skadden.com

Patrick E. Mears    patrick.mears@btlaw.com

**05-44481 Notice will not be electronically mailed to:**

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004