**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 |
| | ) | |
| Debtors. | ) | Judge Arthur J. Gonzalez |
| | ) | |

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Gordon J. Toering, a member in good standing of the bar in the State of Michigan, or of the bar of the U. S. District Court for the Western District of Michigan, request admission, ***pro hac vice***, before the Honorable Arthur J. Gonzalez, to represent Robert Bosch Corporation, creditor and party in interest in the above-referenced case.

My: address is   Gordon J. Toering
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503-2487
e-mail address is gtoering@wnj.com; telephone number is (616) 752-2185.

I agree to pay the fee of $25 upon approval by this Court admitting me to practice ***pro hac vice***.

Dated: October 10, 2005
Grand Rapids, Michigan                           /s/ Gordon J. Toering
                                                 Gordon J. Toering (P46409)

---

**ORDER**

**IT IS ORDERED,**
that Gordon J. Toering, Esq. is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2005
New York, New York                               Arthur J. Gonzalez
                                                 United States Bankruptcy Judge

1174972