**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, <u>et</u> <u>al</u>., | ) | Case No. 05-44481 |
| | ) | |
|       Debtors. | ) | Judge Arthur J. Gonzalez |
| | ) | |

## APPEARANCE

NOW COMES the law firm of Warner Norcross & Judd LLP and hereby enters its appearance for and on behalf of Robert Bosch Corporation, creditor and party in interest in the above-captioned case.


Dated:  October 10, 2005

/s/ Gordon J. Toering
Gordon J. Toering (P46409)
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, Michigan 49503
Telephone:  (616) 752-2185
Attorneys for Robert Bosch Corporation

1174975