UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
(MANHATTAN)

In re:

DELPHI CORPORATION,

Debtor.

_____/

CASE NO. 05-44481
Jointly Administered
Chapter 11

### NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS, AND REQUEST TO BE ADDED TO MAILING MATRIX

The undersigned, Craig P. Rieders, Esq., of the law firm of Genovese Joblove & Battista, P.A., gives notice that he is appearing in this case as counsel on behalf of Ryder Integrated Logistics, Inc., and requests that copies of all pleadings, correspondence, and all other documents and papers filed in this case be furnished to:

**Craig P. Rieders, Esq.**
**Genovese Joblove & Battista, P.A.**
**100 S.E. 2nd Street, Suite 4400**
**Miami, FL 33131**

The undersigned further requests to be added to the Clerk's mailing matrix in this case.

Respectfully submitted this 10th, day of October, 2005.

GENOVESE JOBLOVE & BATTISTA, P.A.
100 S.E. 2nd Street, Suite 4400
Miami, FL 33131
Tel: (305) 349-2300
Fax: (305) 349-2310

By: /s/ Craig P. Rieders
    Craig P. Rieders, Esq. (CR 9012)