BARNES & THORNBURG LLP
Attorneys for Autocam Corporation
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, Michigan 49503
(616) 742-3936
Patrick E. Mears (PM-6473)

United States Bankruptcy Court
Southern District of New York

|  |  |
|---|---|
| In re ) | Chapter 11 Case |
| ) |  |
| DELPHI CORPORATION, *et al*. ) | No. 05-44481 |
| ) |  |
| Debtors. ) |  |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

To:  Kathleen Farrell  
Clerk of the Court  
United States Bankruptcy Court  
One Bowling Green, Sixth Floor  
New York, NY 10004-1408  

John William Butler, Esq.  
Stadden, Arpps, Slate, Meagher & Flom, LLP  
333 W. Wacker Drive, Suite 2100  
Chicago, IL 60606  

Alicia M. Leonhard, Esq.  
Office of the U.S. Trustee  
33 Whitehall Street  
New York, NY 10004  

Kayalyn A. Marafioti, Esq.  
Stadden, Arpps, Slate, Meagher & Flom, LLP  
Four Times Square  
New York, NY 10036  

PLEASE TAKE NOTICE, that the undersigned counsel hereby files its Notice of Appearance as counsel to Autocam Corporation, in the above-captioned Chapter 11 case. Pursuant to Rules 2002 and 9010(b) of the Rules of Bankruptcy Procedure, we request that all notices given or required to be given in the above Chapter 11 case be given to and served upon the undersigned at the office, address, and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers but also includes, without limitation, orders and notices of any applications,

motions, petitions, pleadings, complaints, or demands transmitted or conveyed by mail delivery, telephone, telegraph, telex, or otherwise which affect the above-captioned debtor or its property.

PLEASE TAKE FURTHER NOTICE that the submission and filing of this notice and demand constitutes a "special appearance" and is not intended to be, nor shall it be deemed a consent to, or a waiver of, the right to challenge jurisdiction of this Court to adjudicate noncore matters, which right Autocam Corporation expressly reserve without prejudice.

Dated:  October 10, 2005

BARNES & THORNBURG LLP
Counsel to Autocam Corporation

By:   /s/Patrick E. Mears
        Patrick E. Mears (PM-6473)
Business Address:
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, Michigan  49503
(616) 742-3936

GRDS01 PMEARS 323943v1