BARNES & THORNBURG LLP
Attorneys for Autocam Corporation
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, Michigan 49503
(616) 742-3936
Patrick E. Mears (PM-6473)

United States Bankruptcy Court
Southern District of New York

|  |  |
|---|---|
| In re | Chapter 11 Case |
| DELPHI CORPORATION, *et al.* | No. 05-44481 |
| Debtors. |  |

## CERTIFICATE OF SERVICE

Document Served: -   **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

The undersigned certifies that a copy of the documents listed above were served upon the parties listed in the attached Exhibit A at their respective addresses by either electronic notice or first-class mail, postage pre-paid, by placing the envelope in the mail on the date indicated below.

Date of Service: October 10, 2005

I declare that the statement above is true to the best of my information, knowledge and belief.

/s/Patrick E. Mears
Patrick E. Mears (PM-6473)
Barnes & Thornburg LLP

# **EXHIBIT A**

GRDS01 PMEARS 323944v1

**File a Notice:**
05-44481 Delphi Corporation and Delphi Corporation

## U.S. Bankruptcy Court

## Southern District of New York

Notice of Electronic Filing

The following transaction was received from Mears, Patrick E. entered on 10/10/2005 at 3:10 PM and filed on 10/10/2005
**Case Name:**        Delphi Corporation and Delphi Corporation
**Case Number:**    05-44481
**Document Number:** 65

**Docket Text:**
Notice of Appearance filed by Patrick E. Mears on behalf of Autocam Corporation. (Mears, Patrick)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** H:\My Documents\Mears\Autocam\Notice of Appearance.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=10/10/2005] [FileNumber=4449626-0]
[964fe1736959ebe392488c9e1a4c3c375dbfdcc3011cf6c7d8653536b15cd83346db
e1e6ee481192814e333c37e739e68b555cc025355f8afdd3e827ff90b85a]]

**05-44481 Notice will be electronically mailed to:**

John Wm. Butler     jbutler@skadden.com

Jeannette Eisan Hinshaw     jhinshaw@boselaw.com, pdidandeh@boselaw.com

Jeffrey M. Levinson     jml@ml-legal.com,

Kayalyn A. Marafioti     kmarafio@skadden.com, jharring@skadden.com

Thomas J. Matz     tmatz@skadden.com

Patrick E. Mears     patrick.mears@btlaw.com

Craig Philip Rieders     crieders@gjb-law.com;gisabelle@gjb-law.com, gisabelle@gjb-law.com;bamron@gjb-law.com

Gordon J. Toering     gtoering@wnj.com

**05-44481 Notice will not be electronically mailed to:**

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York

33 Whitehall Street, Suite 2100
New York, NY 10004