**MORRISON COHEN LLP**
909 Third Avenue
New York, New York 10022
(212) 735-8600
Joseph T. Moldovan, Esq. (JM-0232)
Michael R. Dal Lago (MD-8034)

Attorneys for Blue Cross and Blue Shield of Michigan

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

-------------------------------------------------------x

**NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE**, that pursuant to 11 U.S.C. § 1109 (b) and Rules 2002, 9007, and 9010 of the Federal Rules of the Bankruptcy Procedure ("Rules"), Morrison Cohen LLP, as counsel for Blue Cross and Blue Shield of Michigan, demands that all notices, papers, and pleadings including, without limitation, orders, applications, petitions, demands, motions, or documents of any kind, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telex, computer data medium or any electronic means, filed or served in this case, or any adversary proceeding herein, be served upon:

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, New York 10022
Phone (212) 735-8600
Fax: (212) 735-8708
Email: bankruptcy@morrisoncohen.com

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Blue Cross and Blue Shield of Michigan's: (i) right to have a final order in non-core matters entered only after de novo review by a District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Blue Cross and Blue Shield of Michigan is or may be entitled under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: New York, New York
       October 10, 2005

       **MORRISON COHEN LLP**
       Attorneys for Blue Cross and Blue Shield of Michigan

       */s/ Joseph T. Moldovan*
       Joseph T. Moldovan (JM-0232)
       Michael R. Dal Lago (MD-8034)
       909 Third Avenue
       New York, New York 10022
       (212) 735-8600

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

**MARIOLA WIATRAK,** being duly sworn, deposes and says:

I am employed by the firm of Morrison Cohen LLP, attorneys for Blue Cross and Blue Shield of Michigan. I am not a party to this action, am over 18 years of age and reside in Forest Hills, New York.

On October 10, 2005 I served copies of the Notice of Appearance and Demand for Service of Papers upon the parties on the annexed service list by enclosing same in wrappers respectively addressed to the addresses designated for that purpose and causing same to be deposited first class and post-paid in an official depository under the care and custody of the United Stated Postal Service within the State of New York.

*Mariola Wiatrak*
MARIOLA WIATRAK

Sworn to before me this
10th day of October 2005

*/s/*
NOTARY PUBLIC

#550603 v1 \15243 \003

3

## SERVICE LIST

John Wm. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom
333 West Wacker Drive
Chicago, IL 60606-1285

Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Alicia M. Leonhard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Jeffrey M. Levinson, Esq.
Leah M. Caplan, Esq.
Margulies & Levinson, LLP
30100 Chagrin Boulevard
Suite 250
Pepper Pike, OH 44124

BARNES & THORNBURG LLP
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, Michigan 49503
Patrick E. Mears, Esq.

Gordon J. Toering, Esq.
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, Michigan 49503

Jeannette Eisan Hinshaw, Esq.
BOSE MCKINNEY & EVANS LLP
135 N. Pennsylvania Street, Ste. 2700
Indianapolis, Indiana 46204

#550603 v1 \15243 \003

4