Raymond J. Urbanik, Esq.
New York State Bar No. RU 1842
Joseph J. Wielebinski, Esq.
Texas Bar No. 214322400
Davor Rukavina, Esq.
Texas Bar No. 24030781
MUNSCH HARDT KOPF & HARR, P.C.
4000 Fountain Place
1445 Ross Avenue
Dallas, Texas 75202-2790
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

ATTORNEYS FOR TEXAS
INSTRUMENTS INCORPORATED

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et. al., | 05-44481 (___) |
| Debtors. | (Jointly Administered) |

-------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF ALL NOTICES, PLEADINGS AND ORDERS**

**TO ALL PARTIES:**

**PLEASE TAKE NOTICE** that the undersigned and the law firm of Munsch Hardt Kopf & Harr, P.C. hereby appear as counsel for Texas Instruments ("TI"), a party-in-interest in the above styled and numbered bankruptcy case, and, pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 9007, and 9010, Federal Rules of Bankruptcy Procedure, request that all notices given or required to be given in this bankruptcy case, and all papers served or required to be served in this bankruptcy case, be served on TI by and through service on the following:

Davor Rukavina, Esq.
Munsch Hardt Kopf & Harr, P.C.
4000 Fountain Place
1445 Ross Avenue
Dallas, Texas 75202-2790
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

NOTICE OF APPEARANCE – Page 1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes, but is not limited to, all pleadings, orders, notices, and other papers referred to in any rule of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, order, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone or otherwise.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby further requests that the Debtors and their counsel, any duly-constituted committee(s) and their counsel, the United States Trustee, and the Clerk of the Court, and all parties filing a notice of appearance herein place the undersigned's name and address on any mailing matrix to be prepared or existing in the above-referenced bankruptcy cases.

**PLEASE TAKE FURTHER NOTICE** that, this Notice of Appearance is not intended to be, and shall not constitute, a consent by TI to the Bankruptcy Court's subject matter jurisdiction, personal jurisdiction, venue, or core jurisdiction, shall not constitute a waiver of strict service in connection with any adversary proceeding related to this bankruptcy case, and shall not constitute a waiver of TI's: (1) right to have final orders in non-core matters entered only after de novo review by a District Court judge; (2) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) other rights, claims, actions, defenses, setoffs or recoupments to which TI is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments TI expressly reserves.

Respectfully submitted on this 10th day of October, 2005.

                    **MUNSCH HARDT KOPF & HARR, P.C.**

                    By:  /s/ Raymond J. Urbanik
                          Raymond J. Urbanik, Esq.
                          New York State Bar No. RU 1842
                          Joseph J. Wielebinski, Esq.
                          Texas Bar No. 214322400
                          Davor Rukavina, Esq.
                          Texas Bar No. 24030781
                          4000 Fountain Place
                          1445 Ross Avenue
                          Dallas, Texas 75202-2790
                          Telephone: (214) 855-7500
                          Facsimile: (214) 855-7584

                    **ATTORNEYS FOR TEXAS
                    INSTRUMENTS INCORPORATED**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 10th day of October, 2005, he caused true and correct copies of this Notice of Appearance to be served, by U.S. first class mail and by facsimile, on the following parties:

| | | |
|---|---|---|
| John Wm. Butler, Jr., Esq. | Thomas J. Matz, Esq. | United States Trustee |
| Skadden Arps Slate et. al. | Skadden Arps Slate et. al. | Alicia M. Leonhard, Esq. |
| 333 West Wacker Drive | Four Times Square | 33 Whitehall Street |
| Chicago, IL 60606-1285 | New York, NY 10036-6522 | Suite 2100 |
| | | New York, NY 10004 |
| Facsimile: (312) 407-0411 | Facsimile: (917) 735-2000 | |
| | | Facsimile: 212-668-2255 |

                    By:   /s/ Raymond J. Urbanik
                           Raymond J. Urbanik, Esq.