UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al. | ) | Case No. 05-44481 |
| | ) | |
| Debtors. | ) | |

**NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY,
AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

**PLEASE TAKE NOTICE THAT** Airgas, Inc. and its related entities, ("Airgas"), parties-in-interest in the above-captioned case, hereby appears in the above-captioned case by its counsel, Smith, Katzenstein & Furlow LLP, and such counsel hereby enters its appearance pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon it at the following address and telecopy and telephone number:

Kathleen M. Miller
Smith, Katzenstein & Furlow
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Courier: 19801
Telephone: 302-652-8400
Telecopy: 302-652-8405
E-mail: Kmiller@skfdelaware.com

Mr. David Boyle
Airgas, Inc.
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA 19087-8675
Telephone No.: 610-230-3064
Telecopy: 310-687-1052
Email: david.boyle@airgas.com

10007448.WPD

Dated: October 10, 2005                SMITH, KATZENSTEIN & FURLOW LLP

/s/ Kathleen M. Miller
_____
Kathleen M. Miller (I.D. No. 2898)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Courier 19801
Telephone: 302-652-8400
Telecopy: 302-652-8405
E-mail: Kmiller@skfdelaware.com

Attorneys for Airgas, Inc. and related entities