## CERTIFICATE OF SERVICE

I hereby certify that on this **10**th day of **October, 2005** a copy of the foregoing **Notice of Appearance, Request For Matrix Entry, and Request for Service of Notices and Documents** was served on following party by first class mail:

John Wm. Butler, Jr., Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606-1285

Kayalyn A. Marafioti, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

/s/ Kathleen M. Miller
Kathleen M. Miller