BARNES & THORNBURG LLP
Attorneys for Bank of America
Leasing & Capital, LLC
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, Michigan 49503
(616) 742-3936
Patrick E. Mears (PM-6473)

United States Bankruptcy Court
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case |
| DELPHI CORPORATION, *et al.* | No. 05-44481 |
| Debtors. | |

## CERTIFICATE OF SERVICE

Document Served: - **OBJECTION OF BANK OF AMERICA LEASING & CAPITAL, LLC TO DEBTORS' MOTION FOR POSTPETITION FINANCING AND FOR ADEQUATE PROTECTION**

The undersigned certifies that a copy of the documents listed above were served upon the parties listed in the attached Exhibit A at their respective addresses by either electronic notice or first-class mail, postage pre-paid, by placing the envelope in the mail on the date indicated below.

Date of Service: October 10, 2005

I declare that the statement above is true to the best of my information, knowledge and belief.

/s/Patrick E. Mears
Patrick E. Mears (PM-6473)
Barnes & Thornburg LLP

# **EXHIBIT A**

**File an answer to a motion:**
05-44481 Delphi Corporation and Delphi Corporation

# U.S. Bankruptcy Court

# Southern District of New York

Notice of Electronic Filing

The following transaction was received from Mears, Patrick E. entered on 10/10/2005 at 4:49 PM and filed on 10/10/2005

**Case Name:** Delphi Corporation and Delphi Corporation
**Case Number:** 05-44481
**Document Number:** 70

**Docket Text:**
Objection to Motion *for Postpetition Financing and for Adequate Protection* (related document(s)[42]) filed by Patrick E. Mears on behalf of Bank of America Leasing & Capital, LLC. (Mears, Patrick)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** H:\My Documents\Mears\Bank of America\Objection to Motion for Postpetition Financing.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=10/10/2005] [FileNumber=4449864-0]
[0274133adb601ac4a65c924bab9995ba307a58dedcf032f6639ab6a7d056cea5abeb
262ea227569a077d598d09fd3a1ac617feb43ea0feb8786dfa9e51e21761]]

**05-44481 Notice will be electronically mailed to:**

John Wm. Butler     jbutler@skadden.com

Jeannette Eisan Hinshaw     jhinshaw@boselaw.com, pdidandeh@boselaw.com

Jeffrey M. Levinson     jml@ml-legal.com,

Kayalyn A. Marafioti     kmarafio@skadden.com, jharring@skadden.com

Thomas J. Matz     tmatz@skadden.com

Patrick E. Mears     patrick.mears@btlaw.com

Kathleen M. Miller     kmm@skfdelaware.com, tlc@skfdelaware.com

Joseph Thomas Moldovan     bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com

Craig Philip Rieders     crieders@gjb-law.com;gisabelle@gjb-law.com, gisabelle@gjb-law.com;bamron@gjb-law.com

Gordon J. Toering     gtoering@wnj.com

Raymond J. Urbanik     rurbanik@munsch.com,

**05-44481 Notice will not be electronically mailed to:**

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004