BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
Telephone (317) 236-1313
Facsimile (317) 231-7433
Michael K. McCrory, Esq. (MKM 1287)
Wendy D. Brewer, Esq. (WDB 1158)
Counsel for Gibbs Die Casting Corporation

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 |
| Debtors. | Chapter 11 |
| | Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE* OF MICHAEL K. McCRORY

    I, Michael K. McCrory, a member in good standing of the bar in the State of Indiana and of the bar in the U.S. District Court for the Southern District of Indiana, request admission, ***pro hac vice***, before the Honorable Arthur J. Gonzalez, to represent Gibbs Die Casting Corporation and/or other creditors in the above referenced bankruptcy case of Delphi Corporation, et al.

    My address is Barnes & Thornburg LLP, 11 S. Meridian Street, Indianapolis, IN 46204; my e-mail is michael.mccrory@btlaw.com; and my telephone number is (317) 231-7267.

    I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice ***pro hac vice***.

Dated:    10/10/05                      /s/ Michael K. McCrory
    Indianapolis, Indiana            Michael K. McCrory
                                          Barnes & Thornburg LLP
                                          11 S. Meridian Street
                                          Indianapolis, IN 46204

## **ORDER**

**ORDERED**, that Michael K. McCrory, Esq., is admitted to practice, *pro hac vice*, in the above referenced bankruptcy case, in the United States Bankruptcy Court, Southern District of New York, subject to the payment of the filing fee.

Dated:_____    _____
                                                                        Honorable Arthur J. Gonzalez
                                                                        United States Bankruptcy Judge