BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
Telephone (317) 236-1313
Facsimile (317) 231-7433
Michael K. McCrory, Esq. (MKM 1287)
Wendy D. Brewer, Esq. (WDB 1158)
Counsel for Gibbs Die Casting Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) ) ) | |
| ) | Case No. 05-44481 |
| DELPHI CORPORATION, *et al.*, ) ) | Chapter 11 |
| Debtors. ) ) | Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE* OF WENDY D. BREWER

I, Wendy D. Brewer, a member in good standing of the bar in the State of Indiana, the State of Florida, the State of Georgia, and of the bar in the U.S. District Court for the Southern District of Indiana, request admission, ***pro hac vice***, before the Honorable Arthur J. Gonzalez, to represent Gibbs Die Casting Corporation and/or other creditors in the above referenced bankruptcy case of Delphi Corporation, et al.

My address is Barnes & Thornburg LLP, 11 S. Meridian Street, Indianapolis, IN 46204; my e-mail is wendy.brewer@btlaw.com; and my telephone number is (317) 231-7714.

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice ***pro hac vice***.

Dated:  10/10/05                              /s/ Wendy D. Brewer
        Indianapolis, Indiana                Wendy D. Brewer
                                             Barnes & Thornburg LLP
                                             11 S. Meridian Street
                                             Indianapolis, IN 46204

## **ORDER**

**ORDERED**, that Wendy D. Brewer, Esq., is admitted to practice, ***pro hac vice***, in the above referenced bankruptcy case, in the United States Bankruptcy Court, Southern District of New York, subject to the payment of the filing fee.

Dated:_____        _____
                                     Honorable Arthur J. Gonzalez
                                     United States Bankruptcy Judge