BARNES & THORNBURG LLP
Attorneys for Gibbs Die Casting Corporation
11 S. Meridian Street
Indianapolis, IN 46204
(317) 236-1313
Michael K. McCrory (MKM 1287)
Wendy D. Brewer (WDB 1158)

**United States Bankruptcy Court**
**Southern District of New York**

|  |  |
|---|---|
| In re | Chapter 11 Case |
| DELPHI CORPORATION, *et al.* | No. 05-44481 |
| Debtors. |  |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

To:     Kathleen Farrell                           John William Butler, Esq.
       Clerk of the Court                       Stadden, Arpps, Slate, Meagher &
       United States Bankruptcy Court        Flom, LLP
       One Bowling Green, Sixth Floor       333 W. Wacker Drive, Suite 2100
       New York, NY 10004-1408            Chicago, IL 60606

       Alicia M. Leonhard, Esq.              Kayalyn A. Marafioti, Esq.
       Office of the U.S. Trustee             Stadden, Arpps, Slate, Meagher &
       33 Whitehall Street                      Flom, LLP
       New York, NY 10004                  Four Times Square
                                                               New York, NY 10036

         PLEASE TAKE NOTICE, that the undersigned counsel hereby files its Notice of Appearance as counsel to Gibbs Die Casting Corporation ("Gibbs"), in the above-captioned Chapter 11 case(s). Pursuant to Rules 2002 and 9010(b) of the Rules of Bankruptcy Procedure, we request that all notices given or required to be given in the above Chapter 11 case be given to and served upon the undersigned at the office, address, and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, or demands transmitted or conveyed by mail delivery, telephone, telegraph, telex, or otherwise which affect the above-captioned debtor or its property.

PLEASE TAKE FURTHER NOTICE that the submission and filing of this notice and demand constitutes a "special appearance" and is not intended to be, nor shall it be deemed a consent to, or a waiver of, the right to challenge jurisdiction of this Court to adjudicate noncore matters, which right Gibbs Die Casting Corporation expressly reserve without prejudice.

Dated:  October 10, 2005                BARNES & THORNBURG LLP
                                        Counsel to Gibbs Die Casting Corporation


                                        By:   /s/ Michael K. McCrory
                                              Michael K. McCrory (*pro hac vice pending*)
                                              Wendy D. Brewer (*pro hac vice pending*)
                                              Barnes & Thornburg LLP
                                              11 S. Meridian Street
                                              Indianapolis, IN 46204
                                              Telephone (317) 236-1313
                                              Facsimile (317) 231-7433
                                              E-Mail:  michael.mccrory@btlaw.com and
                                              wendy.brewer@btlaw.com

INDS01 WDB 796046v1