**NORRIS McLAUGHLIN & MARCUS**
A Professional Corporation
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
(908) 722-0700
Attorneys for Rotor Clip Company, Inc.

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 |
| | : | |
| Debtors. | : | |
| | : | |
| | : | |

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF PAPERS AND OTHER DOCUMENTS

**PLEASE TAKE NOTICE** that Norris, McLaughlin & Marcus, PA, attorneys for Rotor

Clip Company, Inc. hereby enters its appearance in the above captioned case.

**PLEASE TAKE FURTHER NOTICE** that request is hereby made pursuant to

§1109(b) of the Bankruptcy Code and Rule 2002 of the Rules of Bankruptcy Procedure, that all

notices given or required to be given in this case and all pleadings and other papers filed in the

above matter shall be directed to the following:

ELIZABETH L. ABDELMASIEH, ESQ.
NORRIS, McLAUGHLIN & MARCUS
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone: (908) 722-0700
Fax: (908) 722-0755
E-Mail: eabdelmasieh@nmmlaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy

Code, the foregoing demand includes not only the notices and papers referred to in the Rules

specified above but also includes, without limitation, orders and notices of any applications,

motions, petitions, pleadings, complaints or demands transmitted or conveyed by mail delivery,

which may affect or seek to affect the debtor(s) or property of the debtor(s).

NORRIS, McLAUGHLIN & MARCUS, PA
Attorneys for Rotor Clip Company, Inc.


By:     s/_____
        ELIZABETH L. ABDELMASIEH

DATED: October 10, 2005