CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP
Steven J. Reisman (SR 4906)
101 Park Avenue
New York, New York  10178-0061
Tel:  (212) 696-6000
Fax:  (212) 697-1559
Email:  sreisman@cm-p.com

*Counsel for Flextronics International USA, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  |  |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, <u>et</u> <u>al.</u>, | Case No. 05-44481 (___) |
| Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF APPEARANCE AND DEMAND <u>FOR NOTICES AND SERVICE OF PAPERS</u>

PLEASE TAKE NOTICE that the undersigned hereby enters its appearance as

counsel to Flextronics International USA, Inc. ("<u>Flextronics</u>"), a creditor in the above-captioned

Chapter 11 bankruptcy cases (collectively, the "<u>Cases</u>"), and pursuant to Sections 342 and

1109(b) of Title 11 of the United State Code, as amended (the "<u>Bankruptcy Code</u>"), and Rule

9010 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), requests that all

notices (including those governed by Bankruptcy Rules 2002, 3017 and 9007) given, and all

papers served or required to be served, in the Cases, or in any case, controversy or proceeding

related to the Cases, be given to, and served upon:

2540802v1

Steven J. Reisman, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061
Tel:  (212) 696-6065
Fax: (212) 697-1559
Email:  sreisman@cm-p.com

    -and-

Andrew M. Thau, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061
Tel:  (212) 696-8898
Fax: (917) 368-8898
Email:  athau@cm-p.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Code or Bankruptcy Rules, but also includes, without limitation, orders and notices of any applications, motions, orders, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, any disclosure statement or plan of reorganization, pursuant to Bankruptcy Rule 3017, and any other document brought before this Court with respect to the Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telex, email or otherwise.

**PLEASE TAKE FURTHER NOTICE** that Flextronics does not intend that this Notice of Appearance and Demand for Service of Papers, or any later appearance or pleading, be deemed or construed to be a waiver of Flextronics's right: (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) to trial by jury in any proceeding so triable in the Cases, or any case, controversy, or proceeding related to the Cases; (iii) to have the District Court withdraw the reference of the Cases from this Court in any matter subject to mandatory or discretionary withdrawal; (iv) to require that notice be served upon any

–2–

other person, firm or governmental agency; and (v) to any other rights, claims, actions or

defenses to which it is or may be entitled, in law or in equity, all of which rights, claims, actions,

or defenses Flextronics expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and

Demand for Service of Papers shall not be construed as an appointment of Steven J. Reisman,

Andrew M. Thau or Curtis, Mallet-Prevost, Colt & Mosle LLP as an authorized agent of

Flextronics, either expressly or impliedly, for purposes of receiving service of process pursuant

to Rule 7004 of the Federal Rules of Bankruptcy Procedure or Rule 4 of the Federal Rules of

Civil Procedure.

Dated: New York, New York
       October 10, 2005

                                        **CURTIS, MALLET-PREVOST,**
                                         **COLT & MOSLE LLP**

                                     By:  /s/ Steven J. Reisman
                                           Steven J. Reisman (SR 4906)
                                   101 Park Avenue
                                   New York, New York  10178-0061
                                   Tel:  (212) 696-6000
                                   Fax:  (212) 697-1559
                                   Email:  sreisman@cm-p.com

                                   *Counsel for Flextronics International USA, Inc.*

–3–

## **Certificate of Service**

I hereby certify that, on this 10th day of October 2005, I caused a true and correct copy of this Notice of Appearance and Demand for Service of Papers to be served by United States first-class mail and facsimile upon the following parties:


John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285
Fax:  (312) 407-0411

Kayalyn A. Marafioti, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Fax:  (212) 735-2000

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Fax:  (212) 668-2255


/s/  Andrew M. Thau


2540802v1