# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | |
| DELPHI CORPORATION, *et al.*, | Case Number: 05-44481-(AJG) *et al.* |
| Debtors. | Chapter 11 (Jointly Administered) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

DLA Piper Rudnick Gray Cary US LLP hereby files this Notice of Appearance and Demand for Service of Papers as counsel for Constellation NewEnergy, Inc. and Constellation NewEnergy – Gas Division, LLC, creditors in the above-captioned case, and pursuant to Bankruptcy Rule 9010 respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon the undersigned at the office, postal address, telephone number and telecopy number listed as follows:

> Richard M. Kremen, Esquire
> Maria Ellena Chavez-Ruark, Esquire
> DLA Piper Rudnick Gray Cary US LLP
> The Marbury Building
> 6225 Smith Avenue
> Baltimore, Maryland 21209-3600
> Telephone:    (410) 580-3000
> Facsimile:     (410) 580-3001

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, notices of any application, complaint,

demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

The undersigned additionally requests that the Debtors and the Clerk of the Court place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

Dated this 11TH day of October, 2005

                                         /s/ Maria Ellena Chavez-Ruark
                                        Richard M. Kremen, Esquire
                                        Maria Ellena Chavez-Ruark, Esquire
                                        DLA Piper Rudnick Gray Cary US LLP
                                        The Marbury Building
                                        6225 Smith Avenue
                                        Baltimore, Maryland 21209-3600
                                        Telephone:    (410) 580-3000
                                        Facsimile:     (410) 580-3001

                                        Attorneys for Constellation NewEnergy, Inc. and
                                        Constellation NewEnergy – Gas Division, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of October, 2005, a copy of the foregoing Notice of Appearance and Demand for Service of Papers was served by first class mail, postage prepaid, on the following:

John William Butler, Jr., Esquire
Skadden, Arps, Slate, Meagher & Flom (IL)
333 West Wacker Drive
Chicago, Illinois 60606-1285

(Counsel for Delphi Corporation)

Kayalyn A. Marafioti, Esquire
Thomas J. Matz, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

(Counsel for Delphi Corporation)

Alicia M. Leonhard, Esquire
Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004

(Counsel for the U.S. Trustee)

  /s/  Maria Ellena Chavez-Ruark
Maria Ellena Chavez-Ruark