UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.    05-44481-11 |
| DELPHI CORPORATION | § | |
| DEBTOR(S) | § | CHAPTER 1 |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance oh behalf of:

**DALLAS COUNTY**                    **TARRANT COUNTY**

secured creditor in the above-referenced proceedings. The undersigned hereby request notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosures statements of plan of organization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is requires pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), and 9013 of the Federal Rules of Bankruptcy Procedures.

Copies should be mailed to the secured creditors in care of the undersigned at the address set forth below.

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET, SUITE 1600
DALLAS, TEXAS 75201
Telephone:    (214) 880-0089
Facsimile:    (469) 221-5002
Email:        dallas.bankruptcy@publicans.com

By: /s/Elizabeth Weller
    Elizabeth Weller
    Texas State Bar No. 00785514

Certificate of Service

I hereby certify that on 11th day of October, 2005, a true and correct copy of the above and foregoing document shall be served via electronic means, if available, otherwise by regular, first class mail to:

John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom (IL)
333 West Wacker Drive
Chicago, IL 60606

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Dated this 11th day of October, 2005

/s/Elizabeth Weller
Elizabeth Weller