KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Edward M. Fox, Esq. (EF1619)
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Attorneys for Wilmington Trust Company,
as Indenture Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re:                                                    :    Chapter 11
                                                          :
DELHI CORPORATION, et al.,                                :    Case No. 05-44481 (RDD)
                                                          :
                            Debtors.                      :    (Jointly Administered)
                                                          :
---------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears as counsel for Wilmington Trust Company, as indenture trustee, a creditor and party in interest in the above-referenced cases.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

        KIRKPATRICK & LOCKHART
        NICHOLSON GRAHAM LLP
        Attn:  Edward M. Fox, Esq.
        599 Lexington Avenue
        New York, New York 10022
        (212) 536-3900

NY-392340 v1

Dated: New York, New York
October 11, 2005

        KIRKPATRICK & LOCKHART
        NICHOLSON GRAHAM LLP

        By: /s/ Edward M. Fox
            Edward M. Fox (EF1619)
            A Member of the Firm
        Attorneys for Wilmington Trust Company,
        as indenture trustee
        599 Lexington Avenue
        New York, New York 10022
        (212) 536-3900