UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) |
| DELPHI CORP., | ) Chapter 11 |
| | ) |
| | ) Case No. 05-44481 |
| | ) |
| Debtor. | ) |
| | ) |

# MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, Michael D. Warner, a member in good standing of the bars in the states of California and Texas, request admission, pro hac vice, before the Honorable Robert D. Drain, to represent Electronic Data Systems, Corp., and EDS Information Services, L.L.C., in the above captioned Chapter 11 case.

My contact information is as follows:

Michael D. Warner, Esq.
Warner Stevens, L.L.P.
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102
Telephone: (817) 810-5250
Facsimile: (817) 810-5255
E-mail: bankruptcy@warnerstevens.com

I agree to pay the fee of $25 upon entry of an order admitting me to practice pro hac vice.


DATED: October 11, 2005

/s/ Michael D. Warner
Michael D. Warner

**ORDERED**, that Michael D. Warner, is admitted to practice, pro hac vice, in the above captioned Chapter 11 case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

DATED: _____

                                                       _____
                                                       ROBERT D. DRAIN
                                                       UNITED STATES BANKRUPTCY JUDGE

**MOTION FOR ADMISSION PRO HAC VICE – MICHAEL WARNER**