KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Edward M. Fox, Esq. (EF1619)
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Attorneys for Wilmington Trust Company,
as Indenture Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
In re:                                          :          Chapter 11
                                                :
DELHI CORPORATION, et al.,                      :          Case No. 05-44481 (RDD)
                                                :
                          Debtors.              :          (Jointly Administered)
                                                :
----------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

            PLEASE TAKE NOTICE that, pursuant to Rule 9010 of the Federal Rules of

Bankruptcy Procedure, the undersigned hereby appears as counsel for Wilmington Trust

Company, as indenture trustee, a creditor and party in interest in the above-referenced cases.

            PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Federal

Rules of Bankruptcy Procedure, the undersigned hereby requests that copies of all notices and

other papers in this case be sent to:

            KIRKPATRICK & LOCKHART
            NICHOLSON GRAHAM LLP
            Attn:  Edward M. Fox, Esq.
            599 Lexington Avenue
            New York, New York 10022
            (212) 536-3900

            and to:

NY-392340 v1

Steven M. Cimalore
Vice President
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE  19890
(302) 636-6058


Dated:  New York, New York
        October 11, 2005

                    KIRKPATRICK & LOCKHART
                    NICHOLSON GRAHAM LLP

                    By:/s/ Edward M. Fox_____
                        Edward M. Fox (EF1619)
                        A Member of the Firm
                    Attorneys for Wilmington Trust Company,
                    as indenture trustee
                    599 Lexington Avenue
                    New York, New York 10022
                    (212) 536-3900