UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, ET AL., | Case No. 05-44481-RDD |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Greensfelder, Hemker & Gale, P.C. and Halperin Battaglia Raicht, LLP hereby appear as co-counsel of record to ARC Automotive, Inc.

**PLEASE TAKE FURTHER NOTICE** that Greensfelder, Hemker & Gale, P.C. and Halperin Battaglia Raicht, LLP hereby request, pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010 and §§ 102(1), 342 and 1109(b) of the Bankruptcy Code, that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the following parties at the addresses set forth below:

>    Cherie Macdonald, Esq.
>    J. Patrick Bradley, Esq.
>    **GREENSFELDER, HEMKER & GALE, P.C.**
>    10 S. Broadway, Suite 2000
>    St. Louis, MO 63102
>    Telephone:  (314) 241-9090
>    Facsimile:  (314) 241-8624
>    Email:  ckm@greensfelder.com
>                jpb@greensfelder.com

                    -and-

{00009091.1 / 0487-002}

>Christopher J. Battaglia, Esq.
>Alan D. Halperin, Esq.
>**HALPERIN BATTAGLIA RAICHT, LLP**
>555 Madison Avenue, 9th Floor
>New York, New York 10022
>Telephone: (212) 765-9100
>Facsimile: (212) 765-0964
>Email: cbattaglia@halperinlaw.net
>ahalperin@halperinlaw.net

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code sections specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way, any of the rights or interests of the Debtor and/or its estate.

**PLEASE TAKE FURTHER NOTICE THAT** demand is also made that the undersigned be added to the notice list for notice of all contested matters, adversary proceedings, and other proceedings in these Chapter 11 cases.

Dated: New York, New York
October 11, 2005

>**HALPERIN BATTAGLIA RAICHT, LLP**
>Co-Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation
>
>By: */s/ Christopher J. Battaglia*
>Alan D. Halperin (AH-8432)
>Christopher J. Battaglia (CB-4436)
>555 Madison Avenue – 9th Floor
>New York, New York 10022
>(212) 765.9100

{00009091.1 / 0487-002}    2