UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, ET AL., | Case No. 05-44481-RDD |
| Debtors. | (Jointly Administered) |

-------------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, J. Patrick Bradley, a member in good standing of the bar in the State of Illinois, the State of Missouri and the State of Texas, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent ARC Automotive, Inc. in the above-referenced case.

My mailing address is Greensfelder, Hemker & Gale, P.C., 10 S. Broadway, Suite 2000 St. Louis, MO 63102; email address is jpb@greensfelder.com; and telephone number is (314) 241-9090.

I agree to pay the fee of $25 upon entry of an Order by this Court admitting me to practice *pro hac vice*.

Dated: October 11, 2005
St. Louis, Missouri      */s/ J. Patrick Bradley*

---

## ORDER

**ORDERED**, that J. Patrick Bradley, Esq. is admitted to practice, *pro hac vice*, in the above-referenced case in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: October ____, 2005
New York, New York

UNITED STATES BANKRUPTCY JUDGE

{00009843.1 / 0434-001}