UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re:                                                        Chapter 11

DELPHI CORPORATION, ET AL.,                                   Case No. 05-44481-RDD

        Debtors.

--------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, Cherie Macdonald, a member in good standing of the bars of the bar in the State of Illinois and the State of Missouri, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent ARC Automotive, Inc. in the above-referenced case.

    My mailing address is Greensfelder, Hemker & Gale, P.C., 12 Wolf Creek Drive, Suite 100, Swansea, Illinois 62226; email address is ckm@greensfelder.com; and telephone number is (618) 257-7308.

    I agree to pay the fee of $25 upon entry of an Order by this Court admitting me to practice *pro hac vice*.

Dated: October 11, 2005
      Swansea, Illinois                */s/ Cherie Macdonald*

## ORDER

    **ORDERED**, that Cherie Macdonald, Esq. is admitted to practice, *pro hac vice*, in the above-referenced case in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: October ____, 2005
      New York, New York

                                       UNITED STATES BANKRUPTCY JUDGE