Jeffrey M. Cohen, Chief Counsel (NY Bar 1701630)
Israel Goldowitz, Deputy Chief Counsel (DC Bar 291120)
Karen L. Morris, Assistant Chief Counsel (KM 5709)
Ralph L. Landy, Attorney (RL 6162)
Beth A. Bangert, Attorney (BB 2044)
PENSION BENEFIT GUARANTY CORPORATION
1200 K Street, N.W.
Washington, D.C. 20005-4026
Tel. No.: 202-326-4020
Fax No.: 202-326-4112

Attorneys for Pension Benefit Guaranty Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | **Chapter 11** |
| ) | |
| ) | **Case No. 05-44481 (RDD)** |
| ) | |
| **DELHI CORPORATION,** *et al.*, ) | |
| ) | **(Jointly Administered)** |
| Debtors. ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTICE
BY THE PENSION BENEFIT GUARANTY CORPORATION**

PLEASE TAKE NOTICE that the Pension Benefit Guaranty Corporation ("PBGC"), an agency of the United States Government, hereby files this notice of appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests, pursuant to Section 1109(b) of Title 11, United States Code and Bankruptcy Rules 2002(j)(4), 3017(d) and 9007, that notice of all matters which may come before the Court concerning the above-captioned case and debtor be given to and served upon PBGC as follows:

> PENSION BENEFIT GUARANTY CORPORATION
> Office of the Chief Counsel
> 1200 K Street, N.W., Ste. 340
> Washington, D.C. 20005-4026
> Tel. No.: 202-326-4020 (x3206, x3448, x3759)
> Fax No.: 202-326-4112
> E-mails: landy.ralph@pbgc.gov
> efile@pbgc.gov

This request includes, *inter alia*, the notices and papers referred to in Bankruptcy Rules 2002, 3017 (including all disclosure statements and plans of reorganization) and 9007, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, ex parte or on notice, written or oral, or transmitted or conveyed by mail, electronic mail, personal delivery, telephone, telegraph, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that this entry of appearance and request for notice is without prejudice to PBGC's rights, remedies and claims against other entities or any objection that may be made to the jurisdiction or venue of the Court or venue of this case, and shall not be deemed or construed to be a waiver of PBGC's rights: (i) to have final orders and non-core matters entered only after *de novo* review by a district court, (ii) to trial by jury in any proceedings so triable in this case or in any controversy or proceeding related to this case, (iii) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (iv) to assert any other rights, claims, actions, defenses, setoffs or recoupments to which PBGC is or may be entitled in law or in equity, all of which PBGC expressly reserves.

DATED: Washington, D.C.
        October 11, 2005

                              PENSION BENEFIT GUARANTY CORPORATION

                              By*: /s/ Ralph L. Landy*
                                 Ralph L. Landy, Attorney (RL 6162)
                                 1200 K Street, N.W.
                                 Washington, D.C. 20005-4026
                                 Tel. No.: Ph: 202-326-4020
                                 Fax No.: 202-326-4112

                              Attorney for the Pension Benefit Guaranty Corporation