UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re:                                                              )         In Proceeding for a
                                                                         )         Reorganization Under
**Delphi Corporation, et al.,**                            )         Chapter 11
                                                                         )
                                                                         )         Case No. 05-44481
                              Debtors.                          )         (Jointly Administered)
---------------------------------------------------------x

# AMENDED NOTICE OF APPEARANCE
# AND DEMAND FOR SERVICE

PLEASE TAKE NOTICE, that Janice Stanton, Mark Lee, Bill Raine and Seth Lax pursuant to section 1109(b) of the Bankruptcy Code, 11 U.S.C. Section 1109(b), and Rule 9010 of Bankruptcy Procedure, hereby appears in the above-captioned case and demands that notice of all matters therein be duly served at the addressed set forth below.

PLEASE TAKE FURTHER NOTICE, that demand is hereby also made for services of copies of all papers, reports, pleadings, motions and applications (including notices thereof), petitions, disclosure statements, plans of reorganizations and answering or reply papers filed in the above-captioned case by mail or otherwise, to the address set forth below:

> Janice Stanton, Mark Lee, Bill Raine and Seth Lax
> Contrarian Capital Management, L.L.C.
> 411 West Putnam Avenue, Suite 225
> Greenwich, CT 06830
> Tel. 203-862-8200
> Fax 203-629-1977
> Email: jstanton@contrariancapital.com
> mlee@contrariancapital.com
> braine@contrariancapital.com
> solax@contrariancapital.com

Date:   October 11, 2005             By:  _____*/s/ Janice Stanton*_____