**SEYFARTH SHAW LLP**
1270 Avenue of the Americas, Suite 2500
New York, New York 10020-1801
Telephone: (212) 218-5500
Facsimile: (212) 218-5526
Robert W. Dremluk (RD-3109)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
─────────────────────────────────────X
In re:                                            :
                                                  :   Chapter 11
DELPHI CORPORATION, et al.                        :   Case No. 05-44481 (RDD)
                                                  :   (Jointly Administered)
                        Debtors.                  :
─────────────────────────────────────X

## NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES AND RESERVATION OF RIGHTS

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, each of the undersigned hereby give notice of their entry of appearance on behalf of Murata Electronics North, a creditor and party in interest in the above-referenced Chapter 11 cases, and request that all notices given or required to be given to any creditor or party in these cases, and all papers served or required to be served upon any creditor or party in these cases, be served electronically as well as via U.S. Mail upon the undersigned at the following addresses:

| | |
|---|---|
| Paul M. Baisier, Esq. | Robert W. Dremluk, Esq. |
| SEYFARTH SHAW LLP | SEYFARTH SHAW LLP |
| 1545 Peachtree Street, N.E. | 1270 Avenue of the Americas |
| Suite 700 | Suite 2500 |
| Atlanta, GA 30309-2401 | New York, NY 10020-1801 |
| Tel. (404) 885-1500 | Tel: (212) 218-5500 |
| Fax: (404) 892-7056 | Fax: (212) 218-5526 |
| Emails: pbaisier@seyfarth.com | Email: rdremluk@seyfarth.com |

NY1 25136829.1

The foregoing request includes all notices and papers referred to in Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and also includes, without limitation, notices of any orders, applications, complaints, hearings, motions, petitions, pleadings, or other documents brought before the Court in the above-captioned Chapter 11 cases. Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) this creditor's right to have final orders in non-core matters entered only after de novo review by a district judge, (ii) this creditor's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) this creditor's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which this creditor is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments this creditor expressly reserves.

Dated: October 11, 2005
Atlanta, GA

SEYFARTH SHAW LLP

By: /s/ Paul M. Baisier
Paul M. Baisier
SEYFARTH SHAW LLP
1545 Peachtree Street, N.E.
Suite 700
Atlanta, GA 30309-2401
Tel. (404) 885-1500
Fax: (404) 892-7056
Emails: pbaisier@seyfarth.com

NY1 25136829.1

Dated: October 11, 2005
New York, NY

SEYFARTH SHAW LLP

By: /s/ Robert W. Dremluk
Robert W. Dremluk
SEYFARTH SHAW LLP
1270 Avenue of the Americas
Suite 2500
New York, NY 10020-1801
Tel: (212) 218-5500
Fax: (212) 218-5526
Email: rdremluk@seyfarth.com

**SEYFARTH SHAW LLP**
1270 Avenue of the Americas, Suite 2500
New York, New York 10020-1801
Telephone: (212) 218-5500
Facsimile: (212) 218-5526
Robert W. Dremluk (RD-3109)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――X
In re:                                          :
                                                :     Chapter 11
DELPHI CORPORATION, et al.                      :     Case No. 05-44481 (RDD)
                                                :     (Jointly Administered)
                        Debtors.                :
―――――――――――――――――――――――X

### CERTIFICATE OF SERVICE

      Robert W. Dremluk, being duly admitted to practice before the Southern District of New York, certifies that on the 11th day of October 2005, the foregoing Notice of Appearance, Request for All Notices and Reservation of Rights was served via postage paid, first class U.S. Mail to the parties on the attached listing and via first-class mail as indicated below:

| | |
|---|---|
| John Wm. Butler. Jr.<br>Skadden Arps Slate Meagher & Flom LLP<br>333 West Wacker Drive<br>Chicago, IL  60606-1285<br>(312) 407-0730<br>Fax: (312) 407-0411<br>jbutler@skadden.com | Alicia M. Leonhard<br>United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004<br>(212) 510-0500 |
| Kayalyn A. Marafioti<br>Thomas J. Matz<br>Skadden Arps Slate Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000<br>Fax: (212) 735-2000<br>kmarafio@skadden.com<br>tmatz@skadden.com | |

                                                /s/ Robert W. Dremluk
                                                Robert W. Dremluk

NY1 25136829.1