STEVENS & LEE, P.C.
Attorneys for Wamco, Inc.
485 Madison Avenue, 20th Floor
New York, New York 10022
Chester B. Salomon (CS-2319)
Constantine D. Pourakis (CP-0730)
(212) 319-8500

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE THAT, pursuant to 11 U.S.C. Section 1109(b), and Bankruptcy Rules 2002, 4001, and 9010(b), the undersigned counsel Chester B. Salomon and Constantine D. Pourakis enter their appearance in the above-referenced case as counsel for the creditor Wamco, Inc. The undersigned counsel requests that all papers, pleadings, notices, motions, and orders required to be served in accordance with the Bankruptcy Rules, any General Order entered by the Bankruptcy Court, any Local Rule of the Bankruptcy Court, or an Order of the Bankruptcy Court, be mailed to or otherwise served upon the following individuals:

Chester B. Salomon, Esq.
Constantine D. Pourakis, Esq.
STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 319-8500
Facsimile: (212) 319-8505
Email: cs@stevenslee.com
cp@stevenslee.com

Please take notice that the foregoing request includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or

conveyed by mail, delivery, telephone, telegraph, telecopy, telex, e-mail, or otherwise, that affects or seeks to affect in any way the rights or interests of Wamco, Inc.

/s/ Constantine D. Pourakis
Chester B. Salomon (CS 2319)
Constantine D. Pourakis (CP 0730)
STEVENS & LEE, P.C.
485 Madison Ave., 20th Floor
New York, NY  10022
(212) 319-8500

2

## **CERTIFICATE OF SERVICE**

  I certify that a true and correct copy of the foregoing instrument was served on October 11, 2005 by Federal Express on the following:

John Wm. Butler, Jr., Esq.  
John K. Lyons, Esq.  
Ron E. Meisler, Esq.  
Skadden, Arps, Slate, Meagher & Flom LLP  
333 West Wacker Drive, Suite 2100  
Chicago, Illinois 60606  

Kayalyn A. Marafioti, Esq.  
Thomas J. Matz, Esq.  
Skadden, Arps, Slate, Meagher & Flom LLP  
Four Times Square  
New York, New York 10036  

Alicia M. Leonard  
Office of the United States Trustee  
Southern District of New York  
33 Whitehall Street, Suite 2100  
New York, NY 10004  

                                       /s/ Constantine D. Pourakis  
                                           Constantine D. Pourakis

SL1 579298v1/099999.00891