BARNES & THORNBURG LLP
Attorneys for Autocam Corporation
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, Michigan 49503
(616) 742-3936
Patrick E. Mears (PM-6473)

United States Bankruptcy Court
Southern District of New York

| | | |
|---|---|---|
| In re | ) ) | Chapter 11 Case |
| DELPHI CORPORATION, *et al.* | ) ) ) | No. 05-44481 |
| Debtors. | ) ) ) | |

## CERTIFICATE OF SERVICE

Document Served: - **OBJECTION OF AUTOCAM CORPORATION TO MOTION FOR ORDER UNDER 11 U.S.C. §§ 105(a), 363, 364, 1107 AND 1108 AND FED. R. BANKR. P. 6004 AND 9019 AUTHORIZING CONTINUATION OF VENDOR RESCUE PROGRAM AND PAYMENT OF PREPETITION CLAIMS OF FINANCIALLY-DISTRESSED SOLE SOURCE SUPPLIERS AND VENDORS WITHOUT CONTRACTS**

The undersigned certifies that a copy of the documents listed above were served upon the parties listed in the attached Exhibit A at their respective addresses by either electronic notice or first-class mail, postage pre-paid, by placing the envelope in the mail on the date indicated below.

Date of Service: October 11, 2005

I declare that the statement above is true to the best of my information, knowledge and belief.

/s/Patrick E. Mears
Patrick E. Mears (PM-6473)
Barnes & Thornburg LLP

# EXHIBIT A

GRDS01 PMEARS 323944v1

**File an answer to a motion:**
05-44481-rdd Delphi Corporation

## U.S. Bankruptcy Court

## Southern District of New York

Notice of Electronic Filing

The following transaction was received from Mears, Patrick E. entered on 10/11/2005 at 1:53 PM and filed on 10/11/2005
**Case Name:**     Delphi Corporation
**Case Number:**   05-44481-rdd
**Document Number:** 98

**Docket Text:**
Objection to Motion *for Order Under 11 U.S.C. Sections 105(a), 363, 364, 1107 and 1108 and Fed.R.Bankr.P. 6004 and 9019 Authorizing Continuation of Vendor Rescue Program and Payment of Prepetition Claims of Financially-Distressed Sole Source Suppliers and Vendors Without Contracts* (related document(s)[17]) filed by Patrick E. Mears on behalf of Autocam Corporation. (Mears, Patrick)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** H:\My Documents\Mears\Autocam\Objection to Vendor Motion.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=10/11/2005] [FileNumber=4452926-0]
[191d0eaec77701836199678bddb5a310b4994190f4e6d0861c00f21d70d69eb4a863
a328c4ccbfa13110d1f171505ac89c603ac4f6f07e30f0927179fefede63]]

**05-44481-rdd Notice will be electronically mailed to:**

Elizabeth Abdelmasieh    eabdelmasieh@nmmlaw.com

Wendy D. Brewer    wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com

James L. Bromley    maofiling@cgsh.com

John Wm. Butler    jbutler@skadden.com

Maria E. Chavez-Ruark    maria.ruark@dlapiper.com, richard.kremen@dlapiper.com

Robert W. Dremluk    rdremluk@seyfarth.com, rlauter@seyfarth.com,etrybantelser@cityofchicago.org

Edward M. Fox    efox@klng.com

Alan D. Halperin    ahalperin@halperinlaw.net, cbattaglia@halperinlaw.net;eganc@halperinlaw.net;cmitchell@halperinlaw.net

Jeannette Eisan Hinshaw    jhinshaw@boselaw.com, pdidandeh@boselaw.com

Jeffrey M. Levinson    jml@ml-legal.com,

Kayalyn A. Marafioti    kmarafio@skadden.com, jharring@skadden.com

Thomas J. Matz    tmatz@skadden.com

Patrick E. Mears    patrick.mears@btlaw.com

Kathleen M. Miller    kmm@skfdelaware.com, tlc@skfdelaware.com

Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com

Alisa Mumola    alisa@contrariancapital.com,

Constantine Pourakis    cp@stevenslee.com

Steven J. Reisman    sreisman@cm-p.com, athau@cm-p.com;jdecristofaro@cm-p.com;jbarucha@cm-p.com;webmaster@docketware.com;mharwood@cm-p.com;kparker@cm-p.com

Craig Philip Rieders    crieders@gjb-law.com;gisabelle@gjb-law.com, gisabelle@gjb-law.com;bamron@gjb-law.com

Gordon J. Toering    gtoering@wnj.com

Raymond J. Urbanik    rurbanik@munsch.com,

Joseph J. Vitale    jvitale@cwsny.com,

Michael D. Warner    bankruptcy@warnerstevens.com

Elizabeth Weller    dallas.bankruptcy@publicans.com

**05-44481-rdd Notice will not be electronically mailed to:**

Mark I Bane
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178
mbane@kelleydrye.com

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004