STEVENS & LEE, P.C.
Attorneys for Wamco, Inc.
485 Madison Avenue, 20th Floor
New York, New York 10022
Chester B. Salomon (CS-2319)
Constantine D. Pourakis (CP-0730)
(212) 319-8500

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

## NOTICE OF RECLAMATION DEMAND OF WAMCO, INC.

Please be advised that a Notice of Reclamation Demand on behalf of Wamco, Inc. was served on October 11, 2005 on the Debtors and their attorneys of record, John Wm. Butler, Jr. and Kayalyn A Marafioti, Skadden, Arps, Slate Meagher & Flom LLP.  A true and correct copy of the Notice of Reclamation Demand is attached hereto as Exhibit "A" and incorporated herein by reference for all purposes.

Dated: New York, New York  **STEVENS & LEE, P.C.**
      October 11, 2005

By:_____
    Chester B. Salomon (CS-2319)
    Constantine D. Pourakis (CP-0730)
    485 Madison Avenue, 20th Floor
    New York, New York 10022
    Telephone:  (212) 319-8500
    Facsimile:   (212) 319-8505

    Counsel for Wamco, Inc.

SL1 579205v1/099999.00891

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served on October 11, 2005 by Federal Express on the following:

| | |
|---|---|
| John Wm. Butler, Jr., Esq.<br>John K. Lyons, Esq.<br>Ron E. Meisler, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606 | Kayalyn A. Marafioti, Esq.<br>Thomas J. Matz, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036 |
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098 | Delphi Electronics Systems<br>One Corporate Center<br>Mail Station 9151<br>Kokomo, Indiana 46904-9005<br>Attn: Roger Edwards |
| Delphi Mechatronics<br>615 Elca Lane, Ste A<br>Brownsville, Texas 78521<br>Attn: Carlos Lara | |

_____
Constantine D. Pourakis

SL1 579205v1/099999.00891