# STEVENS & LEE
## LAWYERS & CONSULTANTS

485 Madison Avenue
20th Floor
New York, NY 10022
(212) 319-8500  Fax (212) 319-8505
www.stevenslee.com

Direct Dial:    (212) 537-0404
Email:          cs@stevenslee.com
Direct Fax:     (610) 371-1220

October 11, 2005

**BY FEDERAL EXPRESS**

| | |
|---|---|
| John Wm. Butler, Jr., Esq. | Kayalyn A. Marafioti, Esq. |
| John K. Lyons, Esq. | Thomas J. Matz, Esq. |
| Ron E. Meisler, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP |
| Skadden, Arps, Slate, Meagher & Flom LLP | Four Times Square |
| 333 West Wacker Drive, Suite 2100 | New York, New York 10036 |
| Chicago, Illinois 60606 | |
| | |
| Delphi Corporation | Delphi Electronics Systems |
| 5725 Delphi Drive | One Corporate Center |
| Troy, MI 48098 | Mail Station 9151 |
| | Kokomo, Indiana 46904-9005 |
| | Attn: Roger Edwards |
| | |
| Delphi Mechatronics | |
| 615 Elca Lane, Ste A | |
| Brownsville, Texas 78521 | |
| Attn: Carlos Lara | |

Re:    **In re Delphi Corporation, et al. Case No. 05-44481**
       **Reclamation Notice of Wamco, Inc.**

Dear Counsel:

    We are counsel to Wamco, Inc. ("Wamco"), and have been authorized to send this reclamation notice (the "Reclamation Notice") on behalf of Wamco. Pursuant to Section 2-702 of the Uniform Commercial Code and 11 U.S.C. §546(c), Wamco hereby demands reclamation of the following goods: sub-miniature incandescent light bulbs, 1/8 to 3/8 inch diameter, average wattage between 1/2 watt and 1 watt, used to illuminate automobile radio displays and dashboards. These goods were sold by Wamco to, and received by, Delphi Corporation, Delphi Mechatronics and Delphi Delco on the dates more specifically described in the schedule attached

Philadelphia • Reading • Valley Forge • Lehigh Valley • Harrisburg • Lancaster
Scranton • Wilkes-Barre • Princeton • Cherry Hill • New York • Wilmington
A PROFESSIONAL CORPORATION

SL1 579197v1/099999.00891

# STEVENS & LEE
## LAWYERS & CONSULTANTS

John Wm. Butler, Jr., Esq.
Kayalyn A. Marafioti, Esq.
October 11, 2005
Page 2

hereto. The amount due and owing Wamco from the Debtors for the period September 27, 2005 through October 7, 2005 on the sale of the goods is $279,392.20, plus applicable interest and costs.

Wamco further reserves the right to amend and supplement this Reclamation Notice (including filing additional evidence in support of this Reclamation Notice) or to file additional reclamation notices or claims; including without limitation, all other claims at law or in equity. Wamco also reserves all rights accruing to it, and the filing of this Reclamation Notice is not intended to be and shall not be construed as: (1) an election of remedy; (2) a waiver of any past present or future defaults or events of default; or (3) a waiver or limitation of any rights of Wamco.

Please telephone me if you have any questions regarding the above.

Very truly yours,

STEVENS & LEE

*Chester Salomon (by Constantine Pourakis)*

Chester B. Salomon

CS:cp
Encl.

cc:    Chris Matthews, Wamco, Inc.

# WAMCO, INC.
11555 COLEY RIVER CIRCLE
FOUNTAIN VALLEY, CA 92708-4272

714.545.5560
FAX: 714.545.6093
DUNS #04-991-5556

## DELPHI MECHATRONICS (ID 004166)
### Monthly Billing
Invoice Date, From 09/27/2005 To 10/06/2005

| Part # | PO Number | Invoice Date | Invoice # | Ship Qty | Unit Price | Amount | Pack Slip |
|---|---|---|---|---|---|---|---|
| 74674847 | 46248 | 09/27/2005 | 0000191477 | 13,000 | 0.24500 | $3,185.00 | 045685 |
| 74674846 | 46249 | 09/27/2005 | 0000191478 | 3,900 | 0.24500 | $955.50 | 045683 |
| 74674598 | 46607 | 09/27/2005 | 0000191511 | 8,500 | 0.20000 | $1,700.00 | 045682 |
| 74674598 | 46607 | 10/04/2005 | 0000191831 | 5,500 | 0.20000 | $1,100.00 | 046047 |
| 74474708 | 46973 | 09/27/2005 | 0000191476 | 8,000 | 0.18700 | $1,496.00 | 045680 |
| 147392 R | 47079 | 09/27/2005 | 0000191473 | 1,000 | 0.20500 | $205.00 | 045681 |
| 147392 R | 47079 | 10/04/2005 | 0000191832 | 1,000 | 0.20500 | $205.00 | 046046 |
| 12963180 | 9571054782 | 09/27/2005 | 0000191475 | 10,000 | 0.18200 | $1,820.00 | 045686 |
| 12963180 | 9571054782 | 09/30/2005 | 0000191725 | 4,000 | 0.18200 | $728.00 | 045963 |
| 12963180 | 9571054782 | 10/03/2005 | 0000191759 | 8,000 | 0.18200 | $1,456.00 | 045966 |
| 12957716 | 957153746 | 09/27/2005 | 0000191472 | 70,000 | 0.20700 | $14,490.00 | 045672 |
| 12957716 | 957153746 | 10/03/2005 | 0000191760 | 76,000 | 0.20700 | $15,732.00 | 046001 |
| 12964253 | 957154861 | 10/04/2005 | 0000191830 | 16,000 | 0.18400 | $2,944.00 | 046098 |
| 12964317 | 957155541 | 09/27/2005 | 0000191474 | 4,000 | 0.20700 | $828.00 | 045687 |
| 12964317 | 957155541 | 09/30/2005 | 0000191711 | 2,000 | 0.20700 | $414.00 | 045964 |
| 12964317 | 957155541 | 10/03/2005 | 0000191761 | 2,000 | 0.20700 | $414.00 | 045965 |
| EXPEDITE | 9571657359 | 10/05/2005 | 0000191918 | 1 | 500.00000 | $500.00 | 046170 |

Report Total    $48,172.50

10/10/200

INVHIS

## SUMMARY

| | |
|---|---|
| DELPHI MECHATRONICS | 48,172.50 |
| DELPHI DELCO | 231,219.70 |
| **GRAND TOTAL** | **$279,392.20** |

Page 1

# DELPHI RECONCILIATION CROSS REFERENCE

*DELREC*
*10/10/2005*

| Tracking Info | Ship Date | Invoice # | Ship # | Delphi PN | Ship Qty | Unit Price | Extended |
|---|---|---|---|---|---|---|---|
| LOT# 0535 DPH 1977 | 09/27/2005 | 0000191485 | 045669 | 09398403 | 6,000 | 0.08900 | 534.00 |
| LOT# 0536 DPH 1977 | 09/27/2005 | 0000191486 | 045670 | 16265076 | 4,000 | 0.17800 | 712.00 |
| LOT# 0538 DPH 1977 | 09/27/2005 | 0000191487 | 045671 | 16268963 | 2,000 | 0.20990 | 419.80 |
| LOT# 0535 DPH 1977 | 09/27/2005 | 0000191488 | 045673 | 28003147 | 15,000 | 0.17600 | 2,640.00 |
| LOT# 0536 DPH 1977 | 09/27/2005 | 0000191489 | 045674 | 28012453 | 5,000 | 0.17500 | 875.00 |
| LOT# 0539 DPH 1978 | 09/27/2005 | 0000191490 | 045675 | 09370023 | 78,000 | 0.17950 | 14,001.00 |
| LOT# 0537 48,49 DPH 1978 | 09/27/2005 | 0000191491 | 045676 | 09370523 | 48,000 | 0.16970 | 8,145.60 |
| LOT# 0535 DPH 1978 | 09/27/2005 | 0000191492 | 045677 | 09371072R | 10,000 | 0.16700 | 1,670.00 |
| LOT# 0525 0533 DPH 1978 | 09/27/2005 | 0000191493 | 045678 | 09383783R | 2,000 | 0.21800 | 436.00 |
| LOT# 0536 DPH 1978 | 09/27/2005 | 0000191494 | 045679 | 09399279R | 9,000 | 0.20800 | 1,872.00 |
| LOT# 0537 DPH 1979 | 09/27/2005 | 0000191508 | 045699 | 09384178 | 4,000 | 0.24400 | 976.00 |
|  | 09/28/2005 | 0000191514 | 045726 | EXPEDITE | 1 | 500.00000 | 500.00 |
| LOT# 0521/0535 DPH 1981 | 09/28/2005 | 0000191545 | 045711 | 09398403 | 5,000 | 0.08900 | 445.00 |
| LOT# 0536 DPH 1981 | 09/28/2005 | 0000191549 | 045712 | 16265076 | 4,000 | 0.17800 | 712.00 |
| LOT# 0538 DPH 1981 | 09/28/2005 | 0000191550 | 045713 | 16268963 | 3,000 | 0.20990 | 629.70 |
| LOT# 0535 DPH 1981 | 09/28/2005 | 0000191552 | 045714 | 28003147 | 10,000 | 0.17600 | 1,760.00 |
| LOT# 0535 DPH 1981 | 09/28/2005 | 0000191554 | 045715 | 28003148 | 5,000 | 0.17600 | 880.00 |
| LOT# 0538/31 DPH 1982 | 09/28/2005 | 0000191556 | 045716 | 09370023 | 48,000 | 0.17950 | 8,616.00 |
| LOT# 0538 41/44/52 DPH 1982 | 09/28/2005 | 0000191558 | 045717 | 09370523 | 54,000 | 0.16970 | 9,163.80 |
| LOT# 0535 DPH 1932 | 09/28/2005 | 0000191559 | 045718 | 09371072R | 14,000 | 0.16700 | 2,338.00 |
| LOT# 0525 0533 DPH 1982 | 09/28/2005 | 0000191561 | 045719 | 09383783R | 2,000 | 0.21800 | 436.00 |
| LOT# 0523 DPH 1982 | 09/28/2005 | 0000191562 | 045720 | 09394719 | 1,000 | 0.17400 | 174.00 |
| LOT# 0536/0537 DPH 1982 | 09/28/2005 | 0000191563 | 045721 | 09399279R | 10,000 | 0.20800 | 2,080.00 |

*Page 1*

| Tracking Info | Ship Date | Invoice # | Ship # | Delphi PN | Ship Qty | Unit Price | Extended |
|---|---|---|---|---|---|---|---|
| LOT# 0535 DPH 1982 | 09/28/2005 | 0000191564 | 045722 | 09400327 | 1,000 | 0.17500 | 175.00 |
| LOT# 0537 DPH 1982 | 09/28/2005 | 0000191565 | 045723 | 16187944 | 2,000 | 0.15120 | 302.40 |
| LOT# 0534 DPH 1982 | 09/28/2005 | 0000191566 | 045724 | 16235267R | 1,000 | 0.17800 | 178.00 |
| LOT# 0535 DPH 1983 | 09/28/2005 | 0000191567 | 045725 | 09370023 | 6,000 | 0.17950 | 1,077.00 |
| LOT# 0521 DPH 1984 | 09/29/2005 | 0000191594 | 045764 | 09398403 | 6,000 | 0.08900 | 534.00 |
| LOT# 0535 DPH 1984 | 09/29/2005 | 0000191595 | 045765 | 09400155 | 15,000 | 0.17600 | 2,640.00 |
| LOT# 0536 DPH 1984 | 09/29/2005 | 0000191596 | 045766 | 16265076 | 2,000 | 0.17800 | 356.00 |
| LOT# 0536/0538 DPH 1984 | 09/29/2005 | 0000191597 | 045767 | 16268963 | 4,000 | 0.20990 | 839.60 |
| LOT# 0535 DPH 1984 | 09/29/2005 | 0000191598 | 045768 | 28003147 | 5,000 | 0.17600 | 880.00 |
| LOT# 0532 DPH 1984 | 09/29/2005 | 0000191599 | 045769 | 28012453 | 15,000 | 0.17500 | 2,625.00 |
| LOT# 0539/27/30 DPH 1985 | 09/29/2005 | 0000191600 | 045770 | 09370023 | 66,000 | 0.17950 | 11,847.00 |
| LOT# 0538 DPH 1985 | 09/29/2005 | 0000191601 | 045771 | 09370523 | 48,000 | 0.16970 | 8,145.60 |
| LOT# 0535 DPH 1985 | 09/29/2005 | 0000191602 | 045772 | 09371072R | 10,000 | 0.16700 | 1,670.00 |
| LOT# 0525 DPH 1985 | 09/29/2005 | 0000191603 | 045773 | 09383783R | 2,000 | 0.21800 | 436.00 |
| LOT# 0523 DPH 1985 | 09/29/2005 | 0000191604 | 045774 | 09394719 | 1,000 | 0.17400 | 174.00 |
| LOT# 0534 DPH 1985 | 09/29/2005 | 0000191605 | 045775 | 09397239R | 1,000 | 0.19400 | 194.00 |
| LOT# 0536 DPH 1985 | 09/29/2005 | 0000191606 | 045776 | 09399279R | 9,000 | 0.20800 | 1,872.00 |
| LOT# 0535 DPH 1985 | 09/29/2005 | 0000191607 | 045777 | 09400327 | 1,000 | 0.17500 | 175.00 |
| LOT# 0537 DPH 1985 | 09/29/2005 | 0000191608 | 045778 | 16187944 | 2,000 | 0.15120 | 302.40 |
| LOT #0534 DPH 1986 | 09/29/2005 | 0000191609 | 045849 | 16235267R | 1,000 | 0.17800 | 178.00 |
| LOT# 0521 DPH 1987 | 09/30/2005 | 0000191671 | 045857 | 09398403 | 6,000 | 0.08900 | 534.00 |
| LOT# 0535 DPH 1987 | 09/30/2005 | 0000191672 | 045858 | 09400155 | 20,000 | 0.17600 | 3,520.00 |
| LOT# 0536 DPH 1987 | 09/30/2005 | 0000191673 | 045859 | 16265076 | 2,000 | 0.17800 | 356.00 |
| LOT# 0538 DPH 1987 | 09/30/2005 | 0000191674 | 045860 | 16268963 | 7,000 | 0.20990 | 1,469.30 |
| LOT# 0535 DPH 1987 | 09/30/2005 | 0000191675 | 045861 | 28003147 | 10,000 | 0.17600 | 1,760.00 |

Page 2

| Tracking Info | Ship Date | Invoice # | Ship # | Delphi PN | Ship Qty | Unit Price | Extended |
|---|---|---|---|---|---|---|---|
| LOT# 0535 DPH 1987 | 09/30/2005 | 0000191676 | 045862 | 28003148 | 5,000 | 0.17600 | 880.00 |
| LOT# 0532 DPH 1987 | 09/30/2005 | 0000191677 | 045863 | 28012453 | 20,000 | 0.17500 | 3,500.00 |
| LOT# 0539/28 0534/35 DPH 1988 | 09/30/2005 | 0000191678 | 045864 | 09370023 | 66,000 | 0.17950 | 11,847.00 |
| LOT# 0539/48 0530/0531 DPH 1988 | 09/30/2005 | 0000191679 | 045865 | 09370523 | 42,000 | 0.16970 | 7,127.40 |
| LOT# 0535 DPH 1988 | 09/30/2005 | 0000191680 | 045866 | 09371072R | 10,000 | 0.16700 | 1,670.00 |
| LOT# 0524 DPH 1988 | 09/30/2005 | 0000191681 | 045867 | 09383783R | 2,000 | 0.21800 | 436.00 |
| LOT# 0523 DPH 1988 | 09/30/2005 | 0000191682 | 045868 | 09394719 | 1,000 | 0.17400 | 174.00 |
| LOT# 0536 DPH 1988 | 09/30/2005 | 0000191683 | 045869 | 09399279R | 10,000 | 0.20800 | 2,080.00 |
| LOT# 0535 DPH 1988 | 09/30/2005 | 0000191684 | 045870 | 09400327 | 1,000 | 0.17500 | 175.00 |
| LOT# 0531 DPH 1988 | 09/30/2005 | 0000191685 | 045871 | 16187940 | 5,000 | 0.16140 | 807.00 |
| LOT# 0536 DPH 1988 | 09/30/2005 | 0000191686 | 045872 | 16187941 | 5,000 | 0.15000 | 750.00 |
| LOT# 0532 DPH 1988 | 09/30/2005 | 0000191687 | 045873 | 16187944 | 2,000 | 0.15120 | 302.40 |
| lot# 0543 | 09/30/2005 | 0000191689 | 045961 | 16235267R | 1,000 | 0.17800 | 178.00 |
| LOT#0534 DPH1991 | 10/03/2005 | 0000191730 | 045992 | 09397239R | 1,000 | 0.19400 | 194.00 |
| LOT#0524 DPH1991 | 10/03/2005 | 0000191731 | 045991 | 09383783R | 2,000 | 0.21800 | 436.00 |
| LOT#0534 DPH1991 | 10/03/2005 | 0000191732 | 045989 | 09371072R | 10,000 | 0.16700 | 1,670.00 |
| LOT#0535 DPH1991 | 10/03/2005 | 0000191733 | 045994 | 09400327 | 1,000 | 0.17500 | 175.00 |
| LOT#0534 DPH1991 | 10/03/2005 | 0000191734 | 045996 | 28023244 | 2,000 | 0.22300 | 446.00 |
| LOT#0536 DPH1991 | 10/03/2005 | 0000191735 | 045993 | 09399279R | 9,000 | 0.20800 | 1,872.00 |
| LOT#0538 DPH1991 | 10/03/2005 | 0000191736 | 045990 | 09382270 | 20,000 | 0.20510 | 4,102.00 |
| LOT#0537 DPH1991 | 10/03/2005 | 0000191737 | 045995 | 16187944 | 2,000 | 0.15120 | 302.40 |
| LOT#0540/23/24 DPH1991 | 10/03/2005 | 0000191738 | 045987 | 09370023 | 72,000 | 0.17950 | 12,924.00 |
| LOT#0539/42/45 DPH1991 | 10/03/2005 | 0000191739 | 045988 | 09370523 | 48,000 | 0.16970 | 8,145.60 |
| LOT#0521/0536 | 10/03/2005 | 0000191740 | 045977 | 09398403 | 6,000 | 0.08900 | 534.00 |
| LOT#0530 DPH1990 | 10/03/2005 | 0000191741 | 045980 | 16008575 | 2,000 | 0.09300 | 186.00 |

| Tracking Info | Ship Date | Invoice # | Ship # | Delphi PN | Ship Qty | Unit Price | Extended |
|---|---|---|---|---|---|---|---|
| LOT#0536/0537 DPH1990 | 10/03/2005 | 0000191742 | 045982 | 16265076 | 2,000 | 0.17800 | 356.00 |
| LOT#0538 DPH1990 | 10/03/2005 | 0000191743 | 045983 | 16268963 | 1,000 | 0.20990 | 209.90 |
| LOT#0540/34-36 | 10/03/2005 | 0000191744 | 045976 | 09372507R | 72,000 | 0.15700 | 11,304.00 |
| LOT#0540/21 DPH1990 | 10/03/2005 | 0000191745 | 045978 | 09400155 | 20,000 | 0.17600 | 3,520.00 |
| LOT#0540/19 DPH1990 | 10/03/2005 | 0000191746 | 045986 | 28012453 | 20,000 | 0.17500 | 3,500.00 |
| LOT#0537 DPH1990 | 10/03/2005 | 0000191747 | 045981 | 16187941 | 5,000 | 0.15000 | 750.00 |
| LOT#0535/0536 DPH1990 | 10/03/2005 | 0000191748 | 045984 | 28003147 | 10,000 | 0.17600 | 1,760.00 |
| LOT#0530 DPH1990 | 10/03/2005 | 0000191749 | 045985 | 28003148 | 5,000 | 0.17600 | 880.00 |
| LOT # 0535 DPH 1992 | 10/03/2005 | 0000191750 | 045975 | 09353440 | 8,000 | 0.10400 | 832.00 |
| LOT # 0540/30/33 | 10/03/2005 | 0000191751 | 045979 | 09400947 | 160,000 | 0.16350 | 26,160.00 |
| LOT#0535 DPH1995 | 10/04/2005 | 0000191837 | 046114 | 09370023 | 6,000 | 0.17950 | 1,077.00 |
| LOT#0536/0537 DPH1994 | 10/04/2005 | 0000191852 | 046108 | 09399279R | 3,000 | 0.20800 | 624.00 |
| DPH1996 LOT0539 | 10/05/2005 | 0000191904 | 046131 | 16268963 | 2,000 | 0.20990 | 419.80 |
| DPH1996 LOT#0535 | 10/05/2005 | 0000191905 | 046130 | 16265076 | 2,000 | 0.17800 | 356.00 |
| DPH1996 LOT#0536 | 10/05/2005 | 0000191906 | 046129 | 09398403 | 6,000 | 0.08900 | 534.00 |
| DPH1996 LOT#0535 | 10/05/2005 | 0000191907 | 046132 | 28003147 | 5,000 | 0.17600 | 880.00 |
| DPH1996 LOT#0539/31 | 10/05/2005 | 0000191908 | 046133 | 28012453 | 25,000 | 0.17500 | 4,375.00 |
|  | 10/05/2005 | 0000191917 | 046169 | EXPEDITE | 1 | ***.***** | 10,200.00 |
| DPH2000 LOT#0535 | 10/06/2005 | 0000191976 | 046225 | 09353440 | 3,000 | 0.10400 | 312.00 |

**Report Total: $231,219.70**

Page 4