IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
                                :
    In re                       :    Chapter 11
                                :
DELPHI CORPORATION et al.,      :    Case No. 05-44481 (rdd)
                                :
                      Debtors.  :    (Jointly Administered)
                                :
------------------------------- x

## AFFIDAVIT OF SERVICE

I, Amber M. Cerveny, being duly sworn according to law, deposes and says that I am employed by Kurtzman Carson Consultants, LLC, proposed claims and noticing agent for the Debtors in the above-captioned cases.

On October 10, 2005, I caused to be served, via overnight delivery the document listed in Section 1 on the United States Trustee, Deirdre A. Martini at 33 Whitehall Street, Suite 2100, New York, NY 10014

### *Section 1*

*I.* Consolidated List of Creditors Holding the Two Hundred Largest Unsecured Claims

Dated: October 11, 2005

Amber M. Cerveny

Sworn to and subscribed before
me on October 11, 2005

Notary Public

My Commission Expires: 1/19/07

EVAN GERSHBEIN
Commission # 1394692
Notary Public - California
Los Angeles County
My Comm. Expires Jan 19, 2007

1