BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
Telephone (317) 236-1313
Facsimile (317) 231-7433
Michael K. McCrory, Esq. (MKM 1287)
Wendy D. Brewer, Esq. (WDB 1158)
Counsel for Gibbs Die Casting Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 05-44481 |
| DELPHI CORPORATION, *et al.*, | ) |
| | ) Chapter 11 |
| Debtors. | ) |
| | ) Jointly Administered |

## CERTIFICATE OF SERVICE
### *DOCKET Nos. 72, 73 and 74*

The undersigned hereby certifies that a copy of the Motion for Admission to Practice *Pro Hac* Vice of Michael K. McCrory, Motion for Admission to Practice *Pro Hac* Vice of Wendy D. Brewer and Notice of Appearance and Demand for Service of Papers for Gibbs Die Casting Corporation (*Docket Nos. 72, 73 and 74*) were served to the parties on the attached service list by electronic mail on October 10, 2005, and via regular mail, postage prepaid and properly addressed on October 11, 2005.

/s/ Wendy D. Brewer
Michael K. McCrory (*pro hac vice pending*)
Wendy D. Brewer (*pro hac vice pending*)
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204

**Electronic Service:**

John Wm. Butler     jbutler@skadden.com

Jeannette Eisan Hinshaw     jhinshaw@boselaw.com, pdidandeh@boselaw.com

Jeffrey M. Levinson     jml@ml-legal.com,

Kayalyn A. Marafioti     kmarafio@skadden.com, jharring@skadden.com

Thomas J. Matz     tmatz@skadden.com

Patrick E. Mears     patrick.mears@btlaw.com

Kathleen M. Miller     kmm@skfdelaware.com, tlc@skfdelaware.com

Joseph Thomas Moldovan     bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com

Craig Philip Rieders     crieders@gjb-law.com;gisabelle@gjb-law.com, gisabelle@gjb-law.com;bamron@gjb-law.com

Gordon J. Toering     gtoering@wnj.com

Raymond J. Urbanik     rurbanik@munsch.com,

**Regular Mail:**

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

INDS01 SSPRUNGER 796187v1