BOSE MCKINNEY & EVANS LLP
135 North Pennsylvania Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 684-5296
Facsimile:  (317) 684-5173
Jeannette Eisan Hinshaw, Esq.  (Indiana Bar 8238-49A)
Counsel for Eikenberry & Associates, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DELPHI CORPORATION, | ) | Case No. 05-44481 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT, pursuant to 11 U.S.C. Section 1109(b), and Bankruptcy Rules 2002, 4001, and 9010(b), the undersigned counsel, **Jeannette Eisan Hinshaw** enters her appearance in the above-referenced case as counsel for **Eikenberry & Associates, Inc.** (the "Interested Party").

The undersigned counsel requests that all papers, pleadings, notices, motions, and orders required to be served in accordance with the Bankruptcy Rules, any General Order entered by the Bankruptcy Court, any Local Rule of the Bankruptcy Court, or an Order of the Bankruptcy Court, be mailed to or otherwise served upon the following individual:

> Jeannette Eisan Hinshaw
> BOSE MCKINNEY & EVANS LLP
> 135 N. Pennsylvania Street, Ste. 2700
> Indianapolis, Indiana  46204
> Telephone:    (317) 684-5296
> Facsimile:    (317) 684-5173
> E-mail:       jhinshaw@boselaw.com

Please take notice that the foregoing request includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopy, telex, e-mail, or otherwise, that affects or seeks to affect in any way the rights or interests of the Interested Party.

> /s/  Jeannette Eisan Hinshaw
>      Atty. No. 8238-49-A
>      BOSE MCKINNEY & EVANS LLP
>      135 N. Pennsylvania Street, Ste. 2700

655308

Indianapolis, Indiana  46204
(317) 684-5000

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following parties set out below via ECF transmission, this 11th day of October, 2005:

/s/ Jeannette Eisan Hinshaw
Jeannette Eisan Hinshaw

Elizabeth Abdelmasieh
eabdelmasieh@nmmlaw.com

Wendy D. Brewer
wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com

James L. Bromley
maofiling@cgsh.com

John Wm. Butler
jbutler@skadden.com

Maria E. Chavez-Ruark
maria.ruark@dlapiper.com, richard.kremen@dlapiper.com

Robert W. Dremluk
rdremluk@seyfarth.com,
rlauter@seyfarth.com,etrybantelser@cityofchicago.org,pbaisier@seyfarth.com

Edward M. Fox
efox@klng.com

Alan D. Halperin
ahalperin@halperinlaw.net, cbattaglia@halperinlaw.net;eganc@halperin
law.net;cmitchell@halperinlaw.net

Brian W. Harvey
bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

Jeffrey M. Levinson
jml@ml-legal.com


Kayalyn A. Marafioti


655308

kmarafio@skadden.com, jharring@skadden.com

Thomas J. Matz
tmatz@skadden.com

Patrick E. Mears
patrick.mears@btlaw.com

Kathleen M. Miller
kmm@skfdelaware.com, tlc@skfdelaware.com

Joseph Thomas Moldovan
bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com

Alisa Mumola
alisa@contrariancapital.com

Constantine Pourakis
cp@stevenslee.com

Steven J. Reisman
sreisman@cm-p.com, athau@cm-p.com;
jdecristofaro@cm-p.com;jbarucha@cmp.com;webmaster@docketware.com;
mharwood@cm-p.com; kparker@cm-p.com

Craig Philip Rieders
crieders@gjb-law.com;gisabelle@gjb-law.com, gisabelle@gjb-law.com;bamron@gjb-law.com

Gordon J. Toering
gtoering@wnj.com

Raymond J. Urbanik
rurbanik@munsch.com

Joseph J. Vitale
jvitale@cwsny.com

Michael D. Warner
bankruptcy@warnerstevens.com

Elizabeth Weller
dallas.bankruptcy@publicans.com

Mark I Bane

655308

Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178
mbane@kelleydrye.com

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

655308