UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| DELPHI CORPORATION, *et al.* | ) Case No. 05-44481 (AIG) |
| Debtors. | ) Chapter 11<br>) (Jointly Administered) |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that pursuant to Rules 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned appears as counsel for and on behalf of **Thermotech Company** and, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, demands that all orders, pleadings, notices, motions, and all other documents and papers filed in connection with this case, be served upon the undersigned at the office address set forth below.

Dated: October 11, 2005

/s/ Peter D. Bilowz
Peter D. Bilowz, Esq. (PB-6192)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
Tel: (617) 482-1776
Fax: (617) 574-4112

Counsel to Warwick Mall, L.L.C.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| DELPHI CORPORATION, *et al.* ) | Case No. 05-44481 (AIG) |
| ) | |
| ) | Chapter 11 |
| Debtors. ) | (Jointly Administered) |
| ) | |

### CERTIFICATE OF SERVICE

I, Peter D. Bilowz, hereby certify that on this 11th day of October, 2005, I caused to be served a copy of the Notice of Appearance and Demand for Service of Papers on the parties set forth on the attached Service List by electronic mail.

/s/ Peter D. Bilowz
Peter D. Bilowz, Esq. (PB-6192)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
Tel: (617) 482-1776
Fax: (617) 574-4112

Counsel to Thermotech Company

Service List

| Kayalyn A. Marafioti, Esq.<br>Thomas J. Matz, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036<br>(Counsel to Debtors) | Alicia M. Leonhard, Esq.<br>Office of the United States Trustee<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004 |
|---|---|