BOSE MCKINNEY & EVANS LLP
135 North Pennsylvania Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 684-5296
Facsimile:  (317) 684-5173
Jeannette Eisan Hinshaw, Esq.  (Indiana Bar 8238-49A)
Counsel for Decatur Plastic Products, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 |
| | ) | Chapter 11 |
| Debtor. | ) | Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE* OF JEANNETTE EISAN HINSHAW

I, Jeannette Eisan Hinshaw, a member in good standing of the bar in the State of Indiana and of the bar in the U.S. District Court for the Southern District of Indiana, request admission, ***pro hac vice***, before the Honorable Arthur J. Gonzalez, to represent Decatur Plastic Products, Inc. and/or other creditors in the above referenced bankruptcy case of Delphi Corporation, et al.

My address is 135 North Pennsylvania Street, Suite #2700, Indianapolis, Indiana 46204; my e-mail is jhinshaw@boselaw.com; and my telephone number is (317) 684-5296.

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Dated:  October 11, 2005          /s/  Jeannette Eisan Hinshaw
Indianapolis, Indiana                    Atty. No. 8238-49-A
                                         BOSE MCKINNEY & EVANS LLP
                                         135 N. Pennsylvania Street, Ste. 2700
                                         Indianapolis, Indiana  46204
                                         (317) 684-5000

655119

# **ORDER**

     **ORDERED**, that Jeannette Eisan Hinshaw, Esq., is admitted to practice, ***pro hac vice***, in the above referenced bankruptcy case, in the United States Bankruptcy Court, Southern District of New York, subject to the payment of the filing fee.

Dated: _____        _____
                                                                    Honorable Arthur J. Gonzalez
                                                                    United States Bankruptcy Judge

655119