KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Edward M. Fox, Esq. (EF1619)
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Attorneys for Wilmington Trust Company,
as Indenture Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

----------------------------------------------------------x

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

    Elaine Fera, being duly sworn, deposes and says:

    1.    I am an employee of the firm of Kirkpatrick & Lockhart Nicholson Graham LLP,

am over 18 years of age and am not a party to this action.

    2.    On October 11, 2005, I served true copies of the Notice of Appearance and

Request for Notices by United States first class mail upon the parties on the attached service list

by placing same in properly addressed, postage prepaid envelopes and depositing said envelopes

NY-#392554-v1

in a receptacle maintained by the United States Post Office for such purpose located in on the northeast corner of East 53rd Street and Lexington Avenue, New York, New York.

*/s/ Elaine Fera*
Elaine Fera

Sworn to before me this
11th day of October, 2005

    */s/ Arnold J. Burrus*
       Notary Public
ARNOLD J. BURRUS
Notary Public, State of New York
No. 41-4720413
Qualified in Queens County
Commission Expires March 30, 2006

# DELPHI SERVICE LIST

| | |
|---|---|
| John Devine, CFO<br>General Motors Corporation<br>300 Renaissance Center<br>P.O. Box 300<br>Detroit, MI  48265-3000 | James D. Clark, President<br>International Union of Electronic, Electrical,<br>Salaried, Machine and Furniture Workers –<br>Communications Workers of America<br>501 3rd Street, N.W., 6th Floor<br>Washington, DC  20001 |
| Jeffrey Cohen, Chief Counsel<br>Pension Benefit Guaranty Corp.<br>1200 K Street, N.W.<br>Washington, DC  20005 | Richard Shoemaker<br>Vice President & Director GM Department<br>United Auto Workers<br>8000 E. Jefferson<br>Detroit, MI  48214 |
| Leo W. Gerard, President<br>United Steel Workers<br>5 Gateway Center<br>Pittsburgh, PA  15222 | Steven M. Cimalore, Vice President<br>Wilmington Trust Company<br>Corporate Trust Office<br>1100 North Market Street<br>Rodney Square North<br>Wilmington, DE  19890 |
| Patrick Healy, Vice President<br>Law Debenture Trust Company of New York<br>Corporate Trust Office<br>780 Third Avenue, 31st Floor<br>New York, NY  10017 | Joe Minville, Sr.<br>Director, Business Development, Global Automotive Markets<br>Flextronics International Asia Pacific<br>2 Robbins Road<br>Westford, MA  01886 |
| Paul Grimme<br>Senior Vice President and General Manager<br>Freescale Semiconductor Inc.<br>6501 William Cannon Drive West<br>Austin, TX  78735-8598 | Linda Lynch, Sales Manager<br>General Motors N.A.<br>Robert Bosch Corporation<br>38000 Hills Tech Drive<br>Farmington Hills, MI  48331-3417 |
| Peter H. Huizinga, Sales Manager<br>North American Sales<br>Siemens Automotive Ltd.<br>2400 Executive Hill Blvd.<br>Auburn, Hills, MI  48326-2980 | Gordon Diag, VP<br>PBR Automotive USA Pacific Group Ltd.<br>140 Ellen Drive<br>Orion Township, MI  48359 |
| Bill Staron, Senior VP<br>DMC 2 Canada Corporation<br>2347 Commercial Drive<br>Auburn Hills, MI  48326 | Jim Trent, General Manager<br>Automative SBU<br>NEC Electronics Inc.<br>Three Galleria Tower<br>13155 Noel Road, Suite 1100<br>Dallas, TX  75240 |

NY-#392554-v1

**DELPHI SERVICE LIST**

| | |
|---|---|
| David Bader, President<br>HSS LLC<br>5446 Dixie Highway<br>Saginaw, MI  48601 | Dr. Jurgen W. Gromer, Vice President<br>Tyco International Ltd.<br>Tyco Electronics Corp.<br>Amperestrabe 12-14<br>Behsheim, Germany D-64625 |
| Tyco Electronics Corp.<br>P.O. Box 3608<br>Harrisburg, PA  17105-3608 | Ron Schubel, Executive Vice President<br>President Americas Region<br>Molex Inc.<br>222 Wellington Court<br>Lisle, IL  60532-1682 |
| Vince Sarrecchia, President, Headquarters<br>Panasonic Automative<br>26455 American Drive<br>Southfield, MI  48034 | Devin Denner, Sales Manager<br>Olin Corp.<br>427 N Shamrock Street<br>Eat Alton, IL  62024-1174 |
| Don Duda, President<br>Methode Electronics Inc.<br>7401 W. Wilson<br>Chicago, IL  60706 | Scott Shilling, Sales Director<br>SGS Thompson<br>Victor Park West<br>19575 Victor Parkway<br>Livonia, MI  48152 |
| Sam L. Trency, Global Account Manager<br>Philips Semiconductors<br>1817 Dogwood Drive<br>Kokomo, IN  46902 | Peter Bauer, Executive Vice President<br>Infineon Technologies<br>P.O. Box 80 09 49<br>Munich, Germany  81609 |
| Infineon Technologies<br>St.-Martin-Strasse 53<br>Munich, Germany 81669 | Ryo Ishibashi, Sales Contact, Kenji Ito, VP and Larry Khaykin, Sr., Sales Manager<br>Aw Transmission Engineering Aisin Seiki Co. Ltd.<br>Metro West Industrial Park<br>14933 Keel Street<br>Plymouth, MI  48170 |
| Ann Wagoner<br>Applied Bio Systems<br>850 Lincoln Centre Drive<br>Foster City, CA  94404 | Muneki Ishida, General Sales Manager<br>Alps Automative Inc.<br>1500 Atlantic Blvd.<br>Auburn Hills, MI  48326 |

NY-#392554-v1

**DELPHI SERVICE LIST**

Brent Mewhinney, US Automative Sales Manager
Texas Instruments Inc.
12900 North Meridian Street
Suite 175 Ms 4070
Carmel, IN  46032

Darrell Seitz, Senior Account Manager
Hitachi Automotive
955 Warwick Road
Harrodsburg, KY  40330

Hitachi Automotive
34500 Grand River Avenue
Farmington Hills, MI  48335

Akihiko Imaya, Group Deputy General Manager
Sharp Electronics Corp.
2613-1, Chinomoto, Cho, Tenri
Nara, Japan  632-8567

Lance Williams, Director of Sales
Semiconductor Components
2000 S County Trail
East Greenwich, RI  02818

John Nielsen, Director, Sales
TRW Automotive
12000 Tech Center Drive
Livonia, MI  48150

Brad Countryman
ISI of Indiana Inc.
1212 East Michigan Street
Indianapolis, IN  46202

Russ Pollack, Director of Sales
Traxle Manufacturing Ltd.
25300 Telegraph Road
Suite 450 Raleigh Office Center
Southfield, MI  48034

Gary Thoe, Chairman
Waupaca Foundry Inc.
311 S. Tower Road
Waupaca, WI  54981-0249

Y. Yokoya, Depute Managing Director
Hitachi Chemical Asia Pacific
Bedok Plant: 20, Bedock South Road
Singapore, Singapore  469277

Hitachi Chemical Asia Pacific
Loyang Plant: 32, Loyang Way
Singapore, Singapore  508730

Joel Robinson, President and Bob Finn, CEO
American Axle & Manufacturing Inc.
One Dauch Drive
Detroit, MI  48211-1198

Frank H. Avant, President
TDK Corporation of America
1221 Business Center Drive
Mount Prospect, IL  60056

Kevin M. Martin, Senior VP Sales
Pioneer Industrial Components (Pioneer Automative Electronics Sales, Inc.)
22630 Haggerty Road
Farmington, MI  48335

NY-#392554-v1

# DELPHI SERVICE LIST

Chet Korzeniewski
V.P., Sales and Marketing
Fujitsu Ten Corporation
46029 Five Mile Road
Plymouth, MI  48170

Ed Mike, Sales Manager
Solectron De Mexico SA de CV Solectron
Invotronics
26525 American Drive
Southfield, MI  48034

Tim Kuppler, Vice President
TI Group Automotive System
12345 E Nine Mile
Warren, MI  48090

Brian Ruel, Director, Sales
Timken Company
31100 Telegraph Road, Suite 270
Bingham Farms, MI  48025

Barry Perry, Chairman & CEO
Engelhard Corporation
101 Wood Avenue
Iselin, NJ  08830

Hironobu Ono, President
Cataler North America Corp.
7800 Chihama
Kakegawa-City Shizuoka, Japan

Jim Offer, Sales Manager
Pechiney Rolled Products
39111 W. Six Mile Road
Livonia, MI  48152

Scott Dekoker, Customer Manager
Autocam Corporation
East Paris Avenue
Kentwood, MI  49512

Joe M. Dorris, President
Futaba Corp. of America
2865 Wall Triana Highway
Huntsville, AL  35824

Robert Egan, President
Victory Packaging
3555 Timmons Lane
Suite 1440
Houston, TX  77027

David M. McGinnis, Director Automative Sales
Murata Electronics North
2200 Lake Park Drive
Smyrna, GA  30080-7604

Michael Rudnicki, Account Manager and
Scott McColl, Business Unit Manager
Niles USA Inc.
41129 Jo Drive
Novi, M  48375

John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom
333 West Wacker Drive
Chicago, IL  60606-1285

Kayalyn A. Marafioti
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

NY-#392554-v1

**DELPHI SERVICE LIST**

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004

Paul M. Baisier, Esq.
Seyfarth Shaw LLP
1545 Peachtree Street, N.E., Suite 700
Atlanta, GA  30309-2401
Attorneys for Murata Electronics North

Joseph J. Vitale, Esq.
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY  10036
Counsel for International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW)

Mark Lee
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 225
Greenwich, CT  06830

Elizabeth L. Abdelmasieh, Esq.
Norris McLaughlin & Marcus
721 Route 202-206
P.O. Box 1018
Somerville, NJ  08876-1018
Attorneys for Rotor Clip Company, Inc.

Kathleen M. Miller
Smith, Katzenstein & Furlow
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899
Counsel for Airgas, Inc.

Davor Rukavina, Esq.
Munsch Hardt Kopf & Harr, P.C.
4000 Fountain Place
1445 Ross Avenue
Dallas, TX  75202-2790
Attorneys for Texas Instruments Incorporated

Chester B. Salomon, Esq.
Constantine D. Pourakis, Esq.
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY  10022
Attorneys for Wamco, Inc.

Robert W. Dremluk, Esq.
Seyfarth Shaw LLP
1270 Avenue of the Americas, Suite 2500
New York, NY  10020-1801
Attorneys for Murata Electronics North

Elizabeth Weller, Esq.
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX  75201

Richard M. Kremen, Esq.
Maria Ellena Chavez-Ruark, Esq.
DLA Piper Rudnick Gray Cary US LLP
The Marbury Building
6225 Smith Avenue
Baltimore, MD  21209-3600
Attorneys for Constellation NewEnergy, Inc. and Constellation NewEnergy-Gas Division, LLC

Michael K. McCrory/Wendy D. Brewer
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN  46204
Counsel to Gibbs Die Casting Corporation

Mr. David Boyle
Airgas, Inc.
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA  19087-8675

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY  10022
Attorneys for Blue Cross and Blue Shield of Michigan

# DELPHI SERVICE LIST

Jeffrey M. Levinson, Esq.
Leah M. Caplan, Esq.
Margulies & Levinson, LLP
30100 Chagrin Boulevard, Suite 250
Pepper Pike, OH  44124
Counsel for Venture Plastics Inc.

Gordon J. Toering, Esq.
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI  49503
Attorneys for Robert Bosch Corporation

Craig P. Rieders, Esq.
Genovese Joblove & Battista, P.A.
100 S.E. 2nd Street, Suite 4400
Miami, FL  33131
Counsel for Ryder Integrated Logistics, Inc.

Patrick Mears, Esq.
Barnes & Thornburg LLP
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, MI  49503
Counsel to Autocam Corporation and Bank of America Leasing & Capital, LLC

Jeannette Eisan Hinshaw, Esq.
Bose McKinney & Evans LLP
135 N. Pennsylvania Street, Suite 2700
Indianapolis, IN  46204
Decatur Plastics Products, Inc.

NY-#392554-v1