**HODGSON RUSS LLP**
*Attorneys for Hexcel Corporation*
Stephen H. Gross, Esq. (SG9904)
Cheryl R. Storie, Esq. (CS6357)
Carnegie Hall Tower
152 West 57th Street, 35th Floor
New York, New York 10019
Telephone: 212-751-4300

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:

DELPHI CORPORATION, *et al.*

Debtors.

Chapter 11

Case No. 05-44481
(Jointly Administered)

---

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS OF HODGSON RUSS LLP AS ATTORNEYS FOR HEXCEL CORPORATION

**PLEASE TAKE NOTICE** that Hodgson Russ LLP (Stephen H. Gross, Esq. and Cheryl R. Storie, Esq.) hereby appears in the above-captioned bankruptcy proceeding on behalf of Hexcel Corporation. Pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), request is hereby made for copies of all notices given or required to be given in this case and all papers served in this case (including, but not limited to, all papers file and served in all adversary proceedings in this case, and all notices mailed only to whom filed with the court a request that all notices be mailed to them) be given to and served upon the attorneys identified herein.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the rules specified above, but also includes, without limitation, all orders and notices of any application, motion, order, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy or otherwise, which affects the debtors or the property of the debtors.

Stephen H. Gross, Esq.
**HODGSON RUSS LLP**
Carnegie Hall Tower
152 West 57th Street, 35th Floor
New York, New York  10019
Telephone:  212-751-4300
*sgross@hodgsonruss.com*

Cheryl R. Storie, Esq.
**HODGSON RUSS LLP**
One M&T Plaza, Suite 2000
Buffalo, New York  14203
Telephone:  716-856-4000

**PLEASE TAKE FURTHER NOTICE** that the above identified attorneys with Hodgson Russ LLP consent to email service.

**PLEASE TAKE FURTHER NOTICE** that request is also made that the attorneys identified herein be added to the creditor mailing matrix maintained by the Court and/or by an authorized noticing agent or otherwise for notice of all contested matters, adversary proceedings, and other proceedings in addition to and in connection with the bankruptcy proceeding.

Dated: October 11, 2005
      New York, New York

**HODGSON RUSS LLP**
*Attorneys for Hexcel Corporation*

By: _____
    Stephen H. Gross, Esq. (SG9904)
Carnegie Hall Tower
152 West 57th Street, 35th Floor
New York, New York 10019
Telephone: 212-751-4300
*sgross@hodgsonruss.com*


Cheryl R Storie, Esq.
**HODGSON RUSS LLP**
One M&T Plaza, Suite 2000
Buffalo, New York 14203
Telephone: 716-856-4000