Allan S. Brilliant (AB 8455)
Brian W. Harvey (BH 2518)
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
(212) 813-8800

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                              :
                                                    :          Chapter 11
                                                    :
DELPHI CORPORATION, et al.                          :          Case No. 05-44481
                                                    :
                            Debtors.                :          Jointly Administered
                                                    :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2005, I caused to be served by electronic mail and/or facsimile the Limited Objection of Ad Hoc Committee of Prepetition Secured Lenders to Debtors' Motion for Postpetition Financing upon the parties listed on Schedule 1 annexed hereto.

Dated: New York, New York
       October 11, 2005

                                                        /s/ Brian W. Harvey

LIBNY/4468814.2

Schedule 1

Douglas P. Bartner
Shearman & Sterling LLP
599 Lexington Ave.
New York, NY 10022
Fax:  (212) 848-7179

Alicia Leonhard
Office of the US Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Fax:  (212) 668-2255

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden Arps et al.
333 West Wacker Drive
Chicago, IL 60606
Fax:  (312) 407-0411

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden Arps et al.
4 Times Square
New York, NY 10036
Fax:  (212) 735-2000

Donald Bernstein
Davis Polk & Wardwell
450 Lexington Ave.
New York, NY 10017
Fax:  (212) 450-3092

Kenneth Ziman
Simpson Thacher & Bartlett
425 Lexington Ave.
New York, NY 10017
Fax:  (212) 455-2502