LORD BISSELL & BROOK LLP
115 South LaSalle Street
Chicago, Illinois 60603
Tel: (312) 443-0700
Fax: (312) 443-0336
Timothy W. Brink (TWB 4178)

and

LORD BISSELL & BROOK LLP
885 Third Avenue, 26th Floor
New York, NY 10022-4802
Tel: (212) 947-4700
Fax: (212) 947-1202
Kevin J. Walsh (KJW 6083)
Rocco N. Covino (RNC 2432)

Attorneys for Sedgwick Claims Management
Services, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 Case No. 05-44481 |
| DELPHI CORP, et al. | |
| | (Jointly Administered) |
| Debtors. | |

---------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

      PLEASE TAKE NOTICE that the undersigned law firm appears in the above-referenced case as counsel for Sedgwick Claims Management Services, Inc. ("Sedgwick"), and, pursuant to Federal Rule of Bankruptcy Procedure 2002, requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the undersigned law firm at the address set forth below:

CHI1 1123504v1

        Timothy W. Brink
        LORD, BISSELL & BROOK LLP
        115 South LaSalle Street
        Chicago, IL  60603
        Tel.: (312) 443-0700
        Fax: (312) 443-0336
        E-mail: tbrink@lordbissell.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, this request includes the notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002 and also includes, without limitation, copies of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopy, telegraph, telex or otherwise.

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of Sedgwick's rights (i) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or of any other rights, claims, actions, setoffs, or recoupments to which Sedgwick is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: October 11, 2005        SEDGWICK CLAIMS MANAGEMENT
                                        SERVICES, INC.

                                        By: /s/ Timothy W. Brink
                                             One of Its Attorneys

05-44481-rdd    Doc 113    Filed 10/11/05    Entered 10/11/05 22:51:02    Main Document
Pg 3 of 3

LORD BISSELL & BROOK LLP
115 South LaSalle Street
Chicago, IL  60603
Tel: (312) 443-0700
Fax: (312) 443-0336
Timothy S. McFadden (TSM 9650)

and

LORD BISSELL & BROOK LLP
885 Third Avenue, 26th Floor
New York, NY 10022-4802
Tel:  (212) 947-4700
Fax: (212) 947-1202
Kevin J. Walsh (KJW 6083)
Rocco N. Covino (RNC 2432)