# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of October, 2005, a copy of the foregoing

**Notice of Appearance and Demand for Service of Papers** was served by first class mail,

postage prepaid, on the following:

| | |
|---|---|
| John William Butler, Jr., Esq.<br>Skadden, Arps, Slate, Meagher & Flom (IL)<br>333 West Wacker Drive<br>Chicago, IL  60606-1285<br><br>(Counsel for Delphi Corporation) | Kayalyn A. Marafioti, Esq.<br>Thomas J. Matz, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY  10036<br><br>(Counsel for Delphi Corporation) |

Alicia M. Leonhard, Esq.
Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY  10004

(Counsel for the U.S. Trustee)


                                                          /s/Timothy S. McFadden
                                                          Timothy S. McFadden