# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of October, 2005, a copy of the foregoing

**Notice of Appearance and Demand for Service of Papers** was served by first class mail, postage prepaid, on the following:

John William Butler, Jr., Esq.  
Skadden, Arps, Slate, Meagher & Flom (IL)  
333 West Wacker Drive  
Chicago, IL  60606-1285  

(Counsel for Delphi Corporation)

Kayalyn A. Marafioti, Esq.  
Thomas J. Matz, Esq.  
Skadden, Arps, Slate, Meagher & Flom LLP  
Four Times Square  
New York, NY  10036  

(Counsel for Delphi Corporation)

Alicia M. Leonhard, Esq.  
Office of the United States Trustee  
33 Whitehall Street, Suite 2100  
New York, NY  10004  

(Counsel for the U.S. Trustee)

    /s/Timothy S. McFadden  
    Timothy S. McFadden