Robert J. Sidman, Esq. (Ohio-0017390)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone:  (614) 464-6422
Facsimile:  (614) 719-8676
E-Mail:  rjsidman@vssp.com

Counsel for    Honda of America Mfg, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: § | |
| § | Case No: 05-44481-rdd |
| DELPHI CORPORATION, et al. § | Jointly Administered |
| § | |
| Debtors. § | |
| § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Honda of America Mfg., Inc., a party in interest, through counsel, Robert J. Sidman of Vorys, Sater, Seymour and Pease LLP appears herein and requests, pursuant to Rules 2002, 9007, and 9010 of the Bankruptcy Rules, and Sections 102(1) and 342 of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served at the following addresses:

> Robert J. Sidman, Esq.
> Vorys, Sater, Seymour and Pease LLP
> P.O. Box 1008
> Columbus, Ohio 43216-1008
> Telephone: 614-464-6422
> Facsimile:  614-719-8676
> E-mail: rjsidman@vssp.com

The undersigned further requests to be added to the Clerk's mailing matrix in this case.

Respectfully submitted,

VORYS, SATER, SEYMOUR AND PEASE LLP

 /s/Robert J. Sidman
Robert J. Sidman, Esq. (OH-0017390)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: 614-464-6422
Facsimile:  614-719-8676
E-mail: rjsidman@vssp.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the preceding Notice of Appearance was electronically filed through the Court's ECF system and served this 12th day of October, 2005, by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

 /s/Robert J. Sidman
Robert J. Sidman

2