**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | |
| | : | **Chapter 11** |
| **DELPHI CORPORATION, et al.** | : | |
| | : | **Case No. 05-44481(RDD)** |
| Debtors. | : | **(Jointly Administered)** |

-----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Jeffrey M. Levinson, Esq., a member in good standing of the bar in the State of Ohio and of the bar of, among others, the U.S. District Court for the Northern District of Ohio, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Venture Plastics, Inc., in the above referenced jointly administered cases.

My address is 30100 Chagrin Blvd., Suite 250, Pepper Pike, Ohio 44124

My e-mail address is jml@ml-legal.com

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: October 12, 2004                         MARGULIES & LEVINSON LLP

                                                __/s/ Jeffrey M. Levinson_____
                                                Jeffrey M. Levinson, Esq. (OBR#0046746)
                                                30100 Chagrin Boulevard
                                                Pepper Pike, Ohio  44124
                                                (216) 514-4935
                                                (216) 514-4936 facsimile
                                                jml@ml-legal.com

                                                Counsel to Venture Plastics, Inc.

-2-

       ORDERED, that Jeffrey M. Levinson is admitted to practice, *pro hac vice*, in the above captioned jointly administered cases in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: _____

                                                          _____
                                                          Hon. Robert D. Drain
                                                          United States Bankruptcy Judge