**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
**In re:**                                                                     :
                                                                                     :         **Chapter 11**
**DELPHI CORPORATION,** *et al.*                          :
                                                                                     :         **Case No. 05-44481 (RDD)**
                        **Debtors.**                                      :         **(Jointly Administered)**
-------------------------------------------------------------x

### NOTICE OF RECLAMATION DEMAND OF VENTURE PLASTICS, INC.

**PLEASE TAKE NOTICE** that a written reclamation demand (the "VPI Demand") was served on October 12, 2005 by Venture Plastics, Inc., through counsel, on the captioned Debtors and their counsel. A copy of the VPI Demand (with a summary of the exhibits thereto) is attached hereto as Exhibit A and incorporated herein by this reference.

Dated: October 12, 2005                    Respectfully submitted,

                                                                MARGULIES & LEVINSON LLP

                                                                */s/ Jeffrey M. Levinson*
                                                                Jeffrey M. Levinson (OBR# 0046746)
                                                                Leah M. Caplan (OBR# 0037377)
                                                                30100 Chagrin Blvd., Suite 250
                                                                Cleveland, Ohio 44124
                                                                (216) 514-4935
                                                                (216) 514-4936 telecopier
                                                                jml@ml-legal.com
                                                                lmc@ml-legal.com

-2-

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing Notice of Reclamation Demand of Venture Plastics, Inc. was filed electronically this 12th day of October, 2005. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            */s/ Jeffrey M. Levinson*_____
                                            Jeffrey M. Levinson