ATTORNEYS AT LAW

# MARGULIES & LEVINSON LLP

30100 CHAGRIN BLVD.
CLEVELAND
OHIO, 44124

JEFFREY M. LEVINSON

216.514.4935
FAX 216.514.4936
jml@ml-legal.com

October 12, 2005

<u>Via Federal Express & Telecopy (w/summary exhibit only)</u>

Delphi Corporation
5725 Delphi Drive
Troy MI 48098-2815

Delphi Packard Electric
5725 Delphi Drive
M/C 483.400.301
Troy MI 48098-2815

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York NY 10036
    Attn.  John Wm. Butler, Jr., Esq.
           Kayalyn A. Marafioti, Esq.

Re:   In re Delphi Corporation et al.
       Case No. 05-44481 (RDD) (Jointly Administered)

Gentlemen:

This firm is counsel to Venture Plastics, Inc. ("VPI"). Pursuant to section 2-702 of the Uniform Commercial Code as codified under applicable state law and 11 U.S.C. § 546(c), and without waiving any other rights, remedies or claims, VPI hereby demands the return of all goods ("Goods") of any kind or character received by you from VPI, including, without limitation, those Goods shipped under the invoice numbers listed on the annexed VPI Accounts Receivable Aging – Detail. Copies of the invoices are attached for your convenient reference.

By this letter you are instructed to immediately inventory the Goods and keep the Goods segregated from all other inventory, machinery and equipment. Further, you are not permitted

Delphi Corporation
Delphi Packard Electric
Skadden, Arps, Slate, Meagher & Flom LLP
October 12, 2005
Page Two

to use, sell encumber or transfer the Goods to any other party.

Please contact the undersigned to arrange for the return of the Goods.

Enc.

# Accounts Receivable Aging -Detail

( TrimRight({V_CASHREC_DETAIL_ARINVOICE.CUSTNO}) >= "DELPHI" AND TrimRight({V_CASHREC_DETAIL_ARINVOICE.CUSTNO}) <= "DELPHI" ) AND ({DTSToDate({V_CASHREC_DETAIL_ARINVOICE.INVOICE_DATE})} >= Date(2005, 9, 28) and DTSToDate({V_CASHREC_DETAIL_ARINVOICE.IN Invoice Discount Due Original Open Days past due:

| Invoice Number | PS Number | PO Number | City | State | Country | Invoice Date | Date | Date | Invoice Total | Balance Due | Current | 1-30 | 31-60 | 61-90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 132479 | 52895 | DELPHI - P10299 P4220243 | SOLON | OH | USA | 09/29/2005 | 09/29/2005 | 11/28/2005 | 1,001.06 | 1,001.06 | 1,001.06 | | | | |
| 132480 | 52895 | DELPHI - P10299 P4220243 | SOLON | OH | USA | 09/29/2005 | 09/29/2005 | 11/28/2005 | 274.89 | 274.89 | 274.89 | | | | |
| 132481 | 58896 | DELPHI - P10299 P4220243 | SOLON | OH | USA | 09/29/2005 | 09/29/2005 | 11/28/2005 | 364.72 | 364.72 | 364.72 | | | | |
| 132482 | 14897 | DELPHI - P10299 P4220243 | SOLON | OH | USA | 09/29/2005 | 09/29/2005 | 11/28/2005 | 50.81 | 50.81 | 50.81 | | | | |
| 132483 | 58898 | DELPHI - P10299 P4220243 | SOLON | OH | USA | 09/29/2005 | 09/29/2005 | 11/28/2005 | 60.58 | 60.58 | 60.58 | | | | |
| 132484 | 58899 | DELPHI - P10299 P4220243 | SOLON | OH | USA | 09/29/2005 | 09/29/2005 | 11/28/2005 | 105.06 | 105.06 | 105.06 | | | | |
| 132485 | 58900 | DELPHI - P10299 P4220172 | SOLON | OH | USA | 09/29/2005 | 09/29/2005 | 11/28/2005 | 725.40 | 725.40 | 725.40 | | | | |
| 132486 | 52491 | DELPHI - 303049 P4220172 | EL PASO | TX | USA | 09/29/2005 | 09/29/2005 | 11/28/2005 | 817.00 | 817.00 | 817.00 | | | | |
| 132487 | 52487 | DELPHI - 305700 P4220172 | ELPASO | TX | USA | 09/29/2005 | 09/29/2005 | 11/28/2005 | 58.71 | 58.71 | 58.71 | | | | |
| 132488 | 58893 | DELPHI - 305900 P4220172 | ELPASO | TX | USA | 09/29/2005 | 09/29/2005 | 11/28/2005 | 34.23 | 34.23 | 34.23 | | | | |
| 132489 | 52489 | DELPHI - 305000 P4220172 | ELPASO | TX | USA | 09/29/2005 | 09/29/2005 | 11/28/2005 | 71.12 | 71.12 | 71.12 | | | | |
| 132490 | 58892 | DELPHI - 305000 P4220172 | ELPASO | TX | USA | 09/29/2005 | 09/29/2005 | 11/28/2005 | 21.01 | 21.01 | 21.01 | | | | |
| 132491 | 58894 | DELPHI - 303900 P4220172 | ELPASO | TX | USA | 09/29/2005 | 09/29/2005 | 11/28/2005 | 20.19 | 20.19 | 20.19 | | | | |
| 132492 | 58907 | DELPHI - 303200 P4220172 | ELPASO | TX | USA | 09/29/2005 | 09/29/2005 | 11/28/2005 | 75.20 | 75.20 | 75.20 | | | | |
| 132493 | 58908 | DELPHI - 303200 P4220172 | ELPASO | TX | USA | 09/29/2005 | 09/29/2005 | 11/28/2005 | 630.96 | 630.96 | 630.96 | | | | |
| 132494 | 68909 | DELPHI - 303700 P4220172 | ELPASO | TX | USA | 09/29/2005 | 09/29/2005 | 11/28/2005 | 1,742.58 | 1,742.58 | 1,742.58 | | | | |
| 132495 | 58910 | DELPHI - 303700 P4220172 | ELPASO | TX | USA | 09/29/2005 | 09/29/2005 | 11/28/2005 | 59.78 | 59.78 | 59.78 | | | | |
| 132496 | 58911 | DELPHI - 303700 P4220172 | ELPASO | TX | USA | 09/29/2005 | 09/29/2005 | 11/28/2005 | 524.01 | 524.01 | 524.01 | | | | |
| 132497 | 42497 | DELPHI - 303800 P4220172 | ELPASO | TX | USA | 09/29/2005 | 09/29/2005 | 11/28/2005 | 576.07 | 576.07 | 576.07 | | | | |
| 132498 | 42498 | DELPHI - 303800 P4220172 | ELPASO | TX | USA | 09/29/2005 | 09/29/2005 | 11/28/2005 | 1,332.31 | 1,332.31 | 1,332.31 | | | | |
| 132499 | 58913 | DELPHI - 303800 P4220172 | ELPASO | TX | USA | 09/29/2005 | 09/29/2005 | 11/28/2005 | 10.51 | 10.51 | 10.51 | | | | |
| 132500 | 58915 | DELPHI - 806396 P4220172 | WEST CHESTER | OH | USA | 09/29/2005 | 09/29/2005 | 11/28/2005 | 461.12 | 461.12 | 461.12 | | | | |
| | 58916 | DELPHI - 808496 P4220172 | WEST CHESTER | OH | USA | 09/29/2005 | 09/29/2005 | 11/28/2005 | | | | | | | |

# Accounts Receivable Aging - Detail

( TrimRight(V_CASHREC_DETAIL_ARINVOICE.CUSTNO)) >= 'DELPHI' and TrimRight(V_CASHREC_DETAIL_ARINVOICE.CUSTNO) <= 'DELPHI' AND (DTSToDate(V_CASHREC_DETAIL_ARINVOICE_INVOICE_DATE)) >= Date(2005, 9, 28) and DTSToDate(V_CASHREC_DETAIL_ARINVOICE.IN

| Invoice | PS Number | PO Number | City | State | Country | Invoice Date | Discount Date | Due Date | Invoice Total | Balance Due | Current | 1-30 | 31-60 | 61-90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 132501 | 58917 | DELPHI - 809296 | P4220172 | WEST CHESTER | OH | USA | 09/29/2005 | 09/29/2005 | 11/28/2005 | 172.92 | 172.92 | 172.92 | | | |
| 132502 | 58918 | DELPHI - 809296 | P4220172 | WEST CHESTER | OH | USA | 09/29/2005 | 09/29/2005 | 11/28/2005 | 153.38 | 153.38 | 153.38 | | | |
| 132503 | 58919 | DELPHI - 809696 | P4220172 | WEST CHESTER | OH | USA | 09/29/2005 | 09/29/2005 | 11/28/2005 | 124.66 | 124.66 | 124.66 | | | |
| 144504 | 58920 | DELPHI - 151575 | P4220172 | WEST CHESTER | OH | USA | 09/29/2005 | 09/29/2005 | 11/28/2005 | 232.13 | 232.13 | 232.13 | | | |
| 144523 | 58923 | DELPHI - 151575 | P4220243 | WARREN | OH | USA | 09/30/2005 | 09/30/2005 | 11/29/2005 | 44.72 | 44.72 | 44.72 | | | |
| 134524 | 58935 | DELPHI - P10299 | P4220243 | SOLON | OH | USA | 09/30/2005 | 09/30/2005 | 11/29/2005 | 2,534.40 | 2,534.40 | 2,534.40 | | | |
| 134525 | 58936 | DELPHI - P10299 | P4220172 | SOLON | OH | USA | 09/30/2005 | 09/30/2005 | 11/29/2005 | 150.39 | 150.39 | 150.39 | | | |
| 132526 | 58937 | DELPHI - 303200 | P4220172 | ELPASO | TX | USA | 09/30/2005 | 09/30/2005 | 11/29/2005 | 757.15 | 757.15 | 757.15 | | | |
| 132527 | 58938 | DELPHI - 303700 | P4220172 | ELPASO | TX | USA | 09/30/2005 | 09/30/2005 | 11/29/2005 | 514.85 | 514.85 | 514.85 | | | |
| 132528 | 58939 | DELPHI - 303700 | P4220172 | ELPASO | TX | USA | 09/30/2005 | 09/30/2005 | 11/29/2005 | 119.56 | 119.56 | 119.56 | | | |
| 132529 | 58940 | DELPHI - 303700 | P4220172 | ELPASO | TX | USA | 09/30/2005 | 09/30/2005 | 11/29/2005 | 139.02 | 139.02 | 139.02 | | | |
| 132530 | 58941 | DELPHI - 303700 | P4220172 | ELPASO | TX | USA | 09/30/2005 | 09/30/2005 | 11/29/2005 | 42.24 | 42.24 | 42.24 | | | |
| 132531 | 58942 | DELPHI - 303800 | P4220172 | ELPASO | TX | USA | 09/30/2005 | 09/30/2005 | 11/29/2005 | 698.68 | 698.68 | 698.68 | | | |
| 132532 | 58943 | DELPHI - 303800 | P4220172 | ELPASO | TX | USA | 09/30/2005 | 09/30/2005 | 11/29/2005 | 329.18 | 329.18 | 329.18 | | | |
| 132533 | 58944 | DELPHI - 303800 | P4220172 | ELPASO | TX | USA | 09/30/2005 | 09/30/2005 | 11/29/2005 | 951.65 | 951.65 | 951.65 | | | |
| 132534 | 58945 | DELPHI - 303800 | P4220172 | ELPASO | TX | USA | 09/30/2005 | 09/30/2005 | 11/29/2005 | 123.10 | 123.10 | 123.10 | | | |
| 132535 | 58946 | DELPHI - 303900 | P4220172 | ELPASO | TX | USA | 09/30/2005 | 09/30/2005 | 11/29/2005 | 273.99 | 273.99 | 273.99 | | | |
| 132536 | 58947 | DELPHI - 303900 | P4220172 | ELPASO | TX | USA | 09/30/2005 | 09/30/2005 | 11/29/2005 | 31.52 | 31.52 | 31.52 | | | |
| 132537 | 58948 | DELPHI - 305000 | P4220172 | ELPASO | TX | USA | 09/30/2005 | 09/30/2005 | 11/29/2005 | 123.10 | 123.10 | 123.10 | | | |
| 132538 | 58949 | DELPHI - 305200 | P4220172 | ELPASO | TX | USA | 09/30/2005 | 09/30/2005 | 11/29/2005 | 106.68 | 106.68 | 106.68 | | | |
| 132539 | 58950 | DELPHI - 305700 | P4220172 | ELPASO | TX | USA | 09/30/2005 | 09/30/2005 | 11/29/2005 | 34.23 | 34.23 | 34.23 | | | |
| 132540 | 58951 | DELPHI - 806296 | P4220172 | WEST CHESTER | OH | USA | 09/30/2005 | 09/30/2005 | 11/29/2005 | 51.13 | 51.13 | 51.13 | | | |

# Accounts Receivable Aging - Detail

Page Number: 4

| Invoice | PO Number | PS Number | City | State | Country | Invoice Date | Discount Date | Due Date | Invoice Total | Balance Due | Original Open | Current | 1-30 | 31-60 | 61-90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 132541 | DELPHI | P4220172 | WEST CHESTER | OH | USA | 09/30/2005 | 09/30/2005 | 11/29/2005 | 461.12 | 461.12 | | 461.12 | | | | |
| 58953 | DELPHI - 808496 | P4220172 | WEST CHESTER | OH | USA | 09/30/2005 | 09/30/2005 | 11/29/2005 | | | | | | | | |
| 132542 | DELPHI - 808496 | P4220172 | WEST CHESTER | OH | USA | 09/30/2005 | 09/30/2005 | 11/29/2005 | 10.51 | 10.51 | | 10.51 | | | | |
| 58954 | DELPHI - 808496 | P4220172 | WEST CHESTER | OH | USA | 09/30/2005 | 09/30/2005 | 11/29/2005 | | | | | | | | |
| 132543 | DELPHI - 808496 | P4220172 | WEST CHESTER | OH | USA | 09/30/2005 | 09/30/2005 | 11/29/2005 | 172.92 | 172.92 | | 172.92 | | | | |
| 58955 | DELPHI - 809296 | P4220172 | WEST CHESTER | OH | USA | 09/30/2005 | 09/30/2005 | 11/29/2005 | | | | | | | | |
| 132544 | DELPHI - 809296 | P4220172 | WEST CHESTER | OH | USA | 09/30/2005 | 09/30/2005 | 11/29/2005 | 255.63 | 255.63 | | 255.63 | | | | |
| 58956 | DELPHI - 809696 | P4220172 | WEST CHESTER | OH | USA | 09/30/2005 | 09/30/2005 | 11/29/2005 | | | | | | | | |
| 132545 | DELPHI - 809696 | P4220172 | WEST CHESTER | OH | USA | 09/30/2005 | 09/30/2005 | 11/29/2005 | 124.66 | 124.66 | | 124.66 | | | | |
| 58957 | DELPHI - 151575 | P4220172 | WARREN | OH | USA | 09/30/2005 | 09/30/2005 | 11/29/2005 | 309.50 | 309.50 | | 309.50 | | | | |
| 132546 | DELPHI - 151575 | P4220172 | WARREN | OH | USA | 09/30/2005 | 09/30/2005 | 11/29/2005 | 87.28 | 87.28 | | 87.28 | | | | |
| 132547 | DELPHI - 154655 | P4220172 | WARREN | OH | USA | 10/03/2005 | 10/03/2005 | 12/02/2005 | | | | | | | | |
| 58958 | DELPHI - 154655 | P4220172 | WARREN | OH | USA | 10/03/2005 | 10/03/2005 | 12/02/2005 | 246.89 | 246.89 | | 246.89 | | | | |
| 132567 | DELPHI - 303049 | P4220172 | EL PASO | TX | USA | 10/03/2005 | 10/03/2005 | 12/02/2005 | 63.04 | 63.04 | | 63.04 | | | | |
| 58963 | DELPHI - 305000 | P4220172 | ELPASO | TX | USA | 10/03/2005 | 10/03/2005 | 12/02/2005 | 615.50 | 615.50 | | 615.50 | | | | |
| 132594 | DELPHI - 305200 | P4220172 | ELPASO | TX | USA | 10/03/2005 | 10/03/2005 | 12/02/2005 | 42.24 | 42.24 | | 42.24 | | | | |
| 58966 | DELPHI - 305200 | P4220172 | ELPASO | TX | USA | 10/03/2005 | 10/03/2005 | 12/02/2005 | 123.10 | 123.10 | | 123.10 | | | | |
| 132570 | DELPHI - 535300 | P4220172 | ELPASO | TX | USA | 10/03/2005 | 10/03/2005 | 12/02/2005 | 21.36 | 21.36 | | 21.36 | | | | |
| 58969 | DELPHI - 305700 | P4220172 | ELPASO | TX | USA | 10/03/2005 | 10/03/2005 | 12/02/2005 | 213.36 | 213.36 | | 213.36 | | | | |
| 132574 | DELPHI - 305700 | P4220172 | ELPASO | TX | USA | 10/03/2005 | 10/03/2005 | 12/02/2005 | 68.46 | 68.46 | | 68.46 | | | | |
| 58970 | DELPHI - 305700 | P4220172 | ELPASO | TX | USA | 10/03/2005 | 10/03/2005 | 12/02/2005 | | | | | | | | |
| 132575 | DELPHI - 305900 | P4220172 | ELPASO | TX | USA | 10/03/2005 | 10/03/2005 | 12/02/2005 | 68.46 | 68.46 | | 68.46 | | | | |
| 58971 | DELPHI - 305900 | P4220172 | ELPASO | TX | USA | 10/03/2005 | 10/03/2005 | 12/02/2005 | | | | | | | | |
| 132576 | DELPHI - 303200 | P4220172 | ELPASO | TX | USA | 10/03/2005 | 10/03/2005 | 12/02/2005 | 300.78 | 300.78 | | 300.78 | | | | |
| 58972 | DELPHI - 303200 | P4220172 | ELPASO | TX | USA | 10/03/2005 | 10/03/2005 | 12/02/2005 | | | | | | | | |
| 132577 | DELPHI - 303300 | P4220172 | ELPASO | TX | USA | 10/03/2005 | 10/03/2005 | 12/02/2005 | 64.97 | 64.97 | | 64.97 | | | | |
| 58973 | DELPHI - 303300 | P4220172 | ELPASO | TX | USA | 10/03/2005 | 10/03/2005 | 12/02/2005 | | | | | | | | |
| 132578 | DELPHI - 303300 | P4220172 | ELPASO | TX | USA | 10/03/2005 | 10/03/2005 | 12/02/2005 | 2,776.20 | 2,776.20 | | 2,776.20 | | | | |
| 44579 | DELPHI - 303700 | P4220172 | ELPASO | TX | USA | 10/03/2005 | 10/03/2005 | 12/02/2005 | | | | | | | | |
| 58974 | DELPHI - 303700 | P4220172 | ELPASO | TX | USA | 10/03/2005 | 10/03/2005 | 12/02/2005 | 300.78 | 300.78 | | 300.78 | | | | |
| 132580 | DELPHI - 303700 | P4220172 | ELPASO | TX | USA | 10/03/2005 | 10/03/2005 | 12/02/2005 | 1,980.20 | 1,980.20 | | 1,980.20 | | | | |
| 58975 | DELPHI - 303700 | P4220172 | ELPASO | TX | USA | 10/03/2005 | 10/03/2005 | 12/02/2005 | | | | | | | | |
| 132581 | DELPHI - 303700 | P4220172 | ELPASO | TX | USA | 10/03/2005 | 10/03/2005 | 12/02/2005 | 185.36 | 185.36 | | 185.36 | | | | |
| 58976 | DELPHI - 303700 | P4220172 | ELPASO | TX | USA | 10/03/2005 | 10/03/2005 | 12/02/2005 | | | | | | | | |
| 132582 | DELPHI - 303700 | P4220172 | ELPASO | TX | USA | 10/03/2005 | 10/03/2005 | 12/02/2005 | 84.48 | 84.48 | | 84.48 | | | | |
| 58977 | DELPHI - 303800 | | ELPASO | TX | USA | | | | | | | | | | | |

( TrimRight({V_CASHREC_DETAIL_ARINVOICE.CUSTNO}) >= 'DELPHI' and TrimRight({V_CASHREC_DETAIL_ARINVOICE.CUSTNO}) <= 'DELPHI' ) AND
( DTSToDate({V_CASHREC_DETAIL_ARINVOICE.INVOICE_DATE}) >= Date(2005, 9, 28) and DTSToDate({V_CASHREC_DETAIL_ARINVOICE.IN
Invoice Open

# Accounts Receivable Aging - Detail

(TrimRight({V_CASHREC_DETAIL_ARINVOICE.CUSTNO}) >= 'DELPHI' AND TrimRight({V_CASHREC_DETAIL_ARINVOICE.CUSTNO}) <= 'DELPHI') AND ({DTSToDate({V_CASHREC_DETAIL_ARINVOICE.INVOICE_DATE}) >= Date(2005, 9, 28) and DTSToDate({V_CASHREC_DETAIL_ARINVOICE.IN}

| Invoice | PO Number | PS Number | City | State | Country | Invoice Date | Discount Date | Due Date | Invoice Total | Balance Due | Current | 1-30 | 31-60 | 61-90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 132583 | DELPHI - 303800 | P4220172 | ELPASO | TX | USA | 10/03/2005 | 10/03/2005 | 12/02/2005 | 1,222.70 | 1,222.70 | 1,222.70 | | | | |
| 58978 | DELPHI - 303800 | P4220172 | ELPASO | TX | USA | 10/03/2005 | 10/03/2005 | 12/02/2005 | 154.75 | 154.75 | 154.75 | | | | |
| 132584 | DELPHI - 151575 | P4220172 | WARREN | OH | USA | 10/03/2005 | 10/03/2005 | 12/02/2005 | 233.24 | 233.24 | 233.24 | | | | |
| 58979 | DELPHI - 151575 | P4220172 | WARREN | OH | USA | 10/03/2005 | 10/03/2005 | 12/02/2005 | 10.51 | 10.51 | 10.51 | | | | |
| 132585 | DELPHI - 806196 | P4220172 | WEST CHESTER | OH | USA | 10/03/2005 | 10/03/2005 | 12/02/2005 | 634.04 | 634.04 | 634.04 | | | | |
| 58984 | DELPHI - 806196 | P4220172 | WEST CHESTER | OH | USA | 10/03/2005 | 10/03/2005 | 12/02/2005 | 207.76 | 207.76 | 207.76 | | | | |
| 132586 | DELPHI - 806396 | P4220172 | WEST CHESTER | OH | USA | 10/03/2005 | 10/03/2005 | 12/02/2005 | 168.96 | 168.96 | 168.96 | | | | |
| 58985 | DELPHI - 809296 | P4220172 | WEST CHESTER | OH | USA | 10/03/2005 | 10/03/2005 | 12/02/2005 | 92.30 | 92.30 | 92.30 | | | | |
| 132587 | DELPHI - 809696 | P4220172 | WEST CHESTER | OH | USA | 10/03/2005 | 10/03/2005 | 12/02/2005 | 376.55 | 376.55 | 376.55 | | | | |
| 58986 | DELPHI - 090900 | P4220172 | WARREN | OH | USA | 10/04/2005 | 10/04/2005 | 12/03/2005 | 1,166.20 | 1,166.20 | 1,166.20 | | | | |
| 132588 | DELPHI - 090900 | P4220172 | WARREN | OH | USA | 10/04/2005 | 10/04/2005 | 12/03/2005 | 3,171.52 | 3,171.52 | 3,171.52 | | | | |
| 58991 | DELPHI - 090900 | P4220172 | WARREN | OH | USA | 10/04/2005 | 10/04/2005 | 12/03/2005 | 604.50 | 604.50 | 604.50 | | | | |
| 132641 | DELPHI - 090900 | P4220172 | WARREN | OH | USA | 10/04/2005 | 10/04/2005 | 12/03/2005 | 94.55 | 94.55 | 94.55 | | | | |
| 58992 | DELPHI - 090900 | P4220172 | WARREN | OH | USA | 10/04/2005 | 10/04/2005 | 12/03/2005 | 977.54 | 977.54 | 977.54 | | | | |
| 132642 | DELPHI - 303049 | P4220172 | EL PASO | TX | USA | 10/04/2005 | 10/04/2005 | 12/03/2005 | 10.51 | 10.51 | 10.51 | | | | |
| 58998 | DELPHI - 303049 | P4220172 | EL PASO | TX | USA | 10/04/2005 | 10/04/2005 | 12/03/2005 | 42.71 | 42.71 | 42.71 | | | | |
| 132643 | DELPHI - 305000 | P4220172 | ELPASO | TX | USA | 10/04/2005 | 10/04/2005 | 12/03/2005 | 246.20 | 246.20 | 246.20 | | | | |
| 58999 | DELPHI - 305200 | P4220172 | ELPASO | TX | USA | 10/04/2005 | 10/04/2005 | 12/03/2005 | 106.68 | 106.68 | 106.68 | | | | |
| 132644 | DELPHI - 305200 | P4220172 | ELPASO | TX | USA | 10/04/2005 | 10/04/2005 | 12/03/2005 | 171.16 | 171.16 | 171.16 | | | | |
| 59000 | DELPHI - 305700 | P4220172 | ELPASO | TX | USA | 10/04/2005 | 10/04/2005 | 12/03/2005 | 225.59 | 225.59 | 225.59 | | | | |
| 132645 | DELPHI - 305700 | P4220172 | ELPASO | TX | USA | 10/04/2005 | 10/04/2005 | 12/03/2005 | 189.29 | 189.29 | 189.29 | | | | |
| 132646 | DELPHI - 305700 | P4220172 | ELPASO | TX | USA | 10/04/2005 | 10/04/2005 | 12/03/2005 | | | | | | | |
| 59002 | DELPHI - 305700 | P4220172 | ELPASO | TX | USA | 10/04/2005 | 10/04/2005 | 12/03/2005 | | | | | | | |
| 132647 | DELPHI - 305900 | P4220172 | ELPASO | TX | USA | 10/04/2005 | 10/04/2005 | 12/03/2005 | | | | | | | |
| 59003 | DELPHI - 305900 | P4220172 | ELPASO | TX | USA | 10/04/2005 | 10/04/2005 | 12/03/2005 | | | | | | | |
| 132648 | DELPHI - 303200 | P4220172 | ELPASO | TX | USA | 10/04/2005 | 10/04/2005 | 12/03/2005 | | | | | | | |
| 59004 | DELPHI - 303200 | P4220172 | ELPASO | TX | USA | 10/04/2005 | 10/04/2005 | 12/03/2005 | | | | | | | |
| 132649 | DELPHI - 303700 | P4220172 | ELPASO | TX | USA | 10/04/2005 | 10/04/2005 | 12/03/2005 | 514.85 | 514.85 | 514.85 | | | | |
| 59006 | DELPHI - 303700 | P4220172 | ELPASO | TX | USA | 10/04/2005 | 10/04/2005 | 12/03/2005 | 189.29 | 189.29 | 189.29 | | | | |
| 59007 | DELPHI - 303700 | | ELPASO | TX | USA | | | | 514.85 | 514.85 | 514.85 | | | | |

# Accounts Receivable Aging -Detail

( TrimRight(V_CASHREC_DETAIL_ARINVOICE.CUSTNO)) >= 'DELPHI' and TrimRight(V_CASHREC_DETAIL_ARINVOICE.CUSTNO)) <= 'DELPHI' ) AND (DTSToDate(V_CASHREC_DETAIL_ARINVOICE_INVOICE_DATE)) >= Date(2005, 9, 28) and DTSToDate(V_CASHREC_DETAIL_ARINVOICE.IN

| Invoice | PS Number | PO Number | City | State | Country | Invoice Date | Due Date | Discount Date | Invoice Total | Balance Due | Current | 1-30 | 31-60 | 61-90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 132650 | 59008 | DELPHI - 303700 | | | | 10/04/2005 | 10/04/2005 | 12/03/2005 | 59.78 | 59.78 | 59.78 | | | | |
| 132651 | 59009 | DELPHI - 303700 | ELPASO | TX | USA | 10/04/2005 | 10/04/2005 | 12/03/2005 | 46.34 | 46.34 | 46.34 | | | | |
| 132652 | 59010 | DELPHI - 303800 | ELPASO | TX | USA | 10/04/2005 | 10/04/2005 | 12/03/2005 | 349.34 | 349.34 | 349.34 | | | | |
| 132653 | 59011 | DELPHI - 303800 | ELPASO | TX | USA | 10/04/2005 | 10/04/2005 | 12/03/2005 | 658.37 | 658.37 | 658.37 | | | | |
| 132654 | 59012 | DELPHI - 303800 | ELPASO | TX | USA | 10/04/2005 | 10/04/2005 | 12/03/2005 | 190.33 | 190.33 | 190.33 | | | | |
| 132655 | 59013 | P4220172 | ELPASO | TX | USA | 10/04/2005 | 10/04/2005 | 12/03/2005 | 309.50 | 309.50 | 309.50 | | | | |
| 132656 | 59014 | DELPHI - 151575 | WARREN | OH | USA | 10/04/2005 | 10/04/2005 | 12/03/2005 | 45.50 | 45.50 | 45.50 | | | | |
| 132657 | 59015 | DELPHI - 212496 | WARREN | OH | USA | 10/04/2005 | 10/04/2005 | 12/03/2005 | 41.55 | 41.55 | 41.55 | | | | |
| 132658 | 59016 | DELPHI - 154660 | CLINTON | MS | USA | 10/04/2005 | 10/04/2005 | 12/03/2005 | 200.61 | 200.61 | 200.61 | | | | |
| 132677 | 59035 | P4220172 | WARREN | OH | USA | 10/04/2005 | 10/04/2005 | 12/03/2005 | 21.01 | 21.01 | 21.01 | | | | |
| 132678 | 59036 | DELPHI - 808496 | WEST CHESTER | OH | USA | 10/04/2005 | 10/04/2005 | 12/03/2005 | 204.50 | 204.50 | 204.50 | | | | |
| 132679 | P3220134 | DELPHI - 303300 | WEST CHESTER | OH | USA | 10/04/2005 | 10/04/2005 | 12/03/2005 | 78.26 | 78.26 | 78.26 | | | | |
| 132680 | 59038 | P4220172 | ELPASO | TX | USA | 10/04/2005 | 10/04/2005 | 12/03/2005 | 129.93 | 129.93 | 129.93 | | | | |
| 132681 | 59039 | DELPHI - 303700 | ELPASO | TX | USA | 10/04/2005 | 10/04/2005 | 12/03/2005 | 1,386.14 | 1,386.14 | 1,386.14 | | | | |
| 132682 | 59040 | P4220172 | ELPASO | TX | USA | 10/05/2005 | 10/05/2005 | 12/04/2005 | 225.59 | 225.59 | 225.59 | | | | |
| 132683 | 59041 | DELPHI - 303700 | ELPASO | TX | USA | 10/05/2005 | 10/05/2005 | 12/04/2005 | 1,072.62 | 1,072.62 | 1,072.62 | | | | |
| 132684 | 59042 | P4220172 | ELPASO | TX | USA | 10/05/2005 | 10/05/2005 | 12/04/2005 | 42.24 | 42.24 | 42.24 | | | | |
| 132685 | 59043 | DELPHI - 303800 | ELPASO | TX | USA | 10/05/2005 | 10/05/2005 | 12/04/2005 | 46.34 | 46.34 | 46.34 | | | | |
| | | DELPHI - 809696 | WEST CHESTER | OH | USA | 10/04/2005 | 10/04/2005 | 12/03/2005 | -2,053.04 | -2,053.04 | | -2,053.04 | | | |
| | 59044 | DELPHI - 303800 | ELPASO | TX | USA | 10/05/2005 | 10/05/2005 | 12/04/2005 | 524.01 | 524.01 | 524.01 | | | | |
| | | | | | | | | | 1,712.97 | 1,712.97 | 1,712.97 | | | | |
| | | | | | | | | | 658.37 | 658.37 | 658.37 | | | | |

# Accounts Receivable Aging - Detail

( TrimRight({V_CASHREC_DETAIL_ARINVOICE.CUSTNO}) >= "DELPHI" and TrimRight({V_CASHREC_DETAIL_ARINVOICE.CUSTNO}) <= "DELPHI" ) AND ({DTSToDate({V_CASHREC_DETAIL_ARINVOICE.INVOICE_DATE}) >= Date(2005, 9, 28) and DTSToDate({V_CASHREC_DETAIL_ARINVOICE.IN

| Invoice | PO Number | PS Number City State Country | Invoice Date | Discount Date | Due Date | Invoice Total | Balance Due | Current | 1-30 | 31-60 | 61-90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H2686 | P4220172 | | 10/05/2005 | 10/05/2005 | 12/04/2005 | 181.73 | 181.73 | 181.73 | | | | |
| B046 | DELPHI - 090900 | WARREN OH USA | 10/05/2005 | 10/05/2005 | 12/04/2005 | | | | | | | |
| 132687 | P4220172 | WARREN OH USA | 10/05/2005 | 10/05/2005 | 12/04/2005 | 232.13 | 232.13 | 232.13 | | | | |
| 59047 | DELPHI - 151575 | WARREN OH USA | 10/05/2005 | 10/05/2005 | 12/04/2005 | | | | | | | |
| 132688 | P4220172 | ELPASO TX USA | 10/05/2005 | 10/05/2005 | 12/04/2005 | 31.52 | 31.52 | 31.52 | | | | |
| 59048 | DELPHI - 305000 | ELPASO TX USA | 10/05/2005 | 10/05/2005 | 12/04/2005 | | | | | | | |
| 132689 | P4220172 | ELPASO TX USA | 10/05/2005 | 10/05/2005 | 12/04/2005 | 123.10 | 123.10 | 123.10 | | | | |
| 59049 | DELPHI - 305200 | ELPASO TX USA | 10/05/2005 | 10/05/2005 | 12/04/2005 | 142.24 | 142.24 | 142.24 | | | | |
| 132690 | P4220172 | ELPASO TX USA | 10/05/2005 | 10/05/2005 | 12/04/2005 | 10.51 | 10.51 | 10.51 | | | | |
| 59050 | DELPHI - 305700 | ELPASO TX USA | 10/05/2005 | 10/05/2005 | 12/04/2005 | 209.52 | 209.52 | 209.52 | | | | |
| 132691 | P4220172 | WEST CHESTER OH USA | 10/05/2005 | 10/05/2005 | 12/04/2005 | | | | | | | |
| 59051 | DELPHI - 806396 | WEST CHESTER OH USA | 10/05/2005 | 10/05/2005 | 12/04/2005 | 57.64 | 57.64 | 57.64 | | | | |
| 132692 | P4220172 | WEST CHESTER OH USA | 10/05/2005 | 10/05/2005 | 12/04/2005 | 153.38 | 153.38 | 153.38 | | | | |
| 59053 | DELPHI - 809296 | WEST CHESTER OH USA | 10/05/2005 | 10/05/2005 | 12/04/2005 | 124.66 | 124.66 | 124.66 | | | | |
| 59054 | DELPHI - 809696 | WEST CHESTER OH USA | 10/05/2005 | 10/05/2005 | 12/04/2005 | 2,830.08 | 2,830.08 | 2,830.08 | | | | |
| 132703 | P4220243 | SOLON OH USA | 10/06/2005 | 10/06/2005 | 12/05/2005 | 1,600.30 | 1,600.30 | 1,600.30 | | | | |
| 59066 | DELPHI - P10299 | SOLON OH USA | 10/06/2005 | 10/06/2005 | 12/05/2005 | 60.58 | 60.58 | 60.58 | | | | |
| 132716 | P4220243 | SOLON OH USA | 10/06/2005 | 10/06/2005 | 12/05/2005 | 126.07 | 126.07 | 126.07 | | | | |
| 59068 | DELPHI - P10299 | SOLON OH USA | 10/06/2005 | 10/06/2005 | 12/05/2005 | 646.00 | 646.00 | 646.00 | | | | |
| 132717 | P4220243 | SOLON OH USA | 10/06/2005 | 10/06/2005 | 12/05/2005 | 274.89 | 274.89 | 274.89 | | | | |
| 59070 | DELPHI - P10299 | SOLON OH USA | 10/06/2005 | 10/06/2005 | 12/05/2005 | 822.96 | 822.96 | 822.96 | | | | |
| 132718 | P4220243 | EL PASO TX USA | 10/06/2005 | 10/06/2005 | 12/05/2005 | 94.55 | 94.55 | 94.55 | | | | |
| 59071 | DELPHI - 303049 | EL PASO TX USA | 10/06/2005 | 10/06/2005 | 12/05/2005 | 246.20 | 246.20 | 246.20 | | | | |
| 132719 | P4220172 | EL PASO TX USA | 10/06/2005 | 10/06/2005 | 12/05/2005 | | | | | | | |
| 132720 | P4220172 | ELPASO TX USA | 10/06/2005 | 10/06/2005 | 12/05/2005 | | | | | | | |
| 59073 | DELPHI - 305000 | ELPASO TX USA | 10/06/2005 | 10/06/2005 | 12/05/2005 | | | | | | | |
| 132721 | P4220172 | ELPASO TX USA | 10/06/2005 | 10/06/2005 | 12/05/2005 | | | | | | | |
| 59074 | DELPHI - 305200 | ELPASO TX USA | 10/06/2005 | 10/06/2005 | 12/05/2005 | 35.56 | 35.56 | 35.56 | | | | |
| 132722 | P4220172 | ELPASO TX USA | 10/06/2005 | 10/06/2005 | 12/05/2005 | | | | | | | |
| 59075 | DELPHI - 305700 | ELPASO TX USA | 10/06/2005 | 10/06/2005 | 12/05/2005 | 601.56 | 601.56 | 601.56 | | | | |
| 132723 | P4220172 | | 10/06/2005 | 10/06/2005 | 12/05/2005 | | | | | | | |

# Accounts Receivable Aging - Detail

( TrimRight({V_CASHREC_DETAIL_ARINVOICE.CUSTNO}) >= 'DELPHI' and TrimRight({V_CASHREC_DETAIL_ARINVOICE.CUSTNO}) <= 'DELPHI' ) AND ({DTSToDate({V_CASHREC_DETAIL_ARINVOICE.INVOICE_DATE}) >= Date(2005, 9, 28) and DTSToDate({V_CASHREC_DETAIL_ARINVOICE.IN Original Discount Due Open Days past due:

| Invoice | PO Number | PS Number | City | State | Country | Invoice Date | Date | Date | Invoice Total | Balance Due | Current | 1-30 | 31-60 | 61-90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 132725 | P4220172 | DELPHI - 303300 | ELPASO | TX | USA | 10/06/2005 | 10/06/2005 | 12/05/2005 | 64.97 | 64.97 | 64.97 | | | | |
| 59078 | P4220172 | DELPHI - 303300 | ELPASO | TX | USA | 10/06/2005 | 10/06/2005 | 12/05/2005 | 820.24 | 820.24 | 820.24 | | | | |
| 132726 | P4220172 | DELPHI - 303700 | ELPASO | TX | USA | 10/06/2005 | 10/06/2005 | 12/05/2005 | | | | | | | |
| 59079 | P4220172 | DELPHI - 303700 | ELPASO | TX | USA | 10/06/2005 | 10/06/2005 | 12/05/2005 | | | | | | | |
| 132727 | P4220172 | DELPHI - 303700 | ELPASO | TX | USA | 10/06/2005 | 10/06/2005 | 12/05/2005 | 752.48 | 752.48 | 752.48 | | | | |
| 59080 | P4220172 | DELPHI - 303700 | ELPASO | TX | USA | 10/06/2005 | 10/06/2005 | 12/05/2005 | 59.78 | 59.78 | 59.78 | | | | |
| 132728 | P4220172 | DELPHI - 303700 | ELPASO | TX | USA | 10/06/2005 | 10/06/2005 | 12/05/2005 | | | | | | | |
| 59081 | P4220172 | DELPHI - 303700 | ELPASO | TX | USA | 10/06/2005 | 10/06/2005 | 12/05/2005 | 92.68 | 92.68 | 92.68 | | | | |
| 132729 | P4220172 | DELPHI - 303700 | ELPASO | TX | USA | 10/06/2005 | 10/06/2005 | 12/05/2005 | | | | | | | |
| 59082 | P4220172 | DELPHI - 303700 | ELPASO | TX | USA | 10/06/2005 | 10/06/2005 | 12/05/2005 | 82.30 | 82.30 | 82.30 | | | | |
| 132730 | P4220172 | DELPHI - 303800 | ELPASO | TX | USA | 10/06/2005 | 10/06/2005 | 12/05/2005 | | | | | | | |
| 59083 | P4220172 | DELPHI - 303800 | ELPASO | TX | USA | 10/06/2005 | 10/06/2005 | 12/05/2005 | 2,611.84 | 2,611.84 | 2,611.84 | | | | |
| 132731 | P4220172 | DELPHI - 090900 | WARREN | OH | USA | 10/06/2005 | 10/06/2005 | 12/05/2005 | 77.38 | 77.38 | 77.38 | | | | |
| 59084 | P4220172 | DELPHI - 151575 | WARREN | OH | USA | 10/06/2005 | 10/06/2005 | 12/05/2005 | 34.23 | 34.23 | 34.23 | | | | |
| 132733 | P4220172 | DELPHI - 806296 | WEST CHESTER | OH | USA | 10/06/2005 | 10/06/2005 | 12/05/2005 | 57.64 | 57.64 | 57.64 | | | | |
| 59086 | P4220172 | DELPHI - 808496 | WEST CHESTER | OH | USA | 10/06/2005 | 10/06/2005 | 12/05/2005 | 166.21 | 166.21 | 166.21 | | | | |
| 132734 | P4220172 | DELPHI - 809696 | WEST CHESTER | OH | USA | 10/06/2005 | 10/06/2005 | 12/05/2005 | 2,310.00 | 2,310.00 | 2,310.00 | | | | |
| 132751 | P4220172 | DELPHI - 303700 | ELPASO | TX | USA | 10/07/2005 | 10/07/2005 | 12/06/2005 | 84.48 | 84.48 | 84.48 | | | | |
| 59101 | P4220172 | DELPHI - 303700 | ELPASO | TX | USA | 10/07/2005 | 10/07/2005 | 12/06/2005 | 46.37 | 46.37 | 46.37 | | | | |
| 132752 | P4220172 | DELPHI - 303700 | ELPASO | TX | USA | 10/07/2005 | 10/07/2005 | 12/06/2005 | 59.78 | 59.78 | 59.78 | | | | |
| 59102 | P4220172 | DELPHI - 303200 | ELPASO | TX | USA | 10/07/2005 | 10/07/2005 | 12/06/2005 | 871.29 | 871.29 | 871.29 | | | | |
| 132753 | P4220172 | DELPHI - 303700 | ELPASO | TX | USA | 10/07/2005 | 10/07/2005 | 12/06/2005 | 225.59 | 225.59 | 225.59 | | | | |
| 59103 | P4220172 | DELPHI - 303800 | ELPASO | TX | USA | 10/07/2005 | 10/07/2005 | 12/06/2005 | 698.68 | 698.68 | 698.68 | | | | |
| 132754 | P4220172 | DELPHI - 303800 | ELPASO | TX | USA | 10/07/2005 | 10/07/2005 | 12/06/2005 | | | | | | | |
| 59104 | P4220172 | DELPHI - 303800 | ELPASO | TX | USA | 10/07/2005 | 10/07/2005 | 12/06/2005 | 822.96 | 822.96 | 822.96 | | | | |
| 132755 | P4220172 | DELPHI - 303800 | ELPASO | TX | USA | 10/07/2005 | 10/07/2005 | 12/06/2005 | | | | | | | |
| 59105 | P4220172 | DELPHI - 303800 | ELPASO | TX | USA | 10/07/2005 | 10/07/2005 | 12/06/2005 | 951.65 | 951.65 | 951.65 | | | | |
| 132756 | P4220172 | DELPHI - 303800 | ELPASO | TX | USA | 10/07/2005 | 10/07/2005 | 12/06/2005 | | | | | | | |
| 59106 | P4220172 | DELPHI - 303800 | ELPASO | TX | USA | 10/07/2005 | 10/07/2005 | 12/06/2005 | | | | | | | |
| 132757 | P4220172 | DELPHI - 303800 | ELPASO | TX | USA | 10/07/2005 | 10/07/2005 | 12/06/2005 | 544.67 | 544.67 | 544.67 | | | | |
| 59107 | P4220172 | DELPHI - 303800 | ELPASO | TX | USA | 10/07/2005 | 10/07/2005 | 12/06/2005 | | | | | | | |
| 132758 | P4220172 | DELPHI - 303900 | ELPASO | TX | USA | 10/07/2005 | 10/07/2005 | 12/06/2005 | | | | | | | |
| 59109 | P4220172 | DELPHI - 305000 | ELPASO | TX | USA | 10/07/2005 | 10/07/2005 | 12/06/2005 | 31.52 | 31.52 | 31.52 | | | | |
| 59110 | DELPHI - 305000 | | ELPASO | TX | USA | | | | | | | | | | |

# Accounts Receivable Aging - Detail

( TrimRight({V_CASHREC_DETAIL_ARINVOICE.CUSTNO}) >= 'DELPHI' and TrimRight({V_CASHREC_DETAIL_ARINVOICE.CUSTNO}) <= 'DELPHI' ) AND ({DTSToDate({V_CASHREC_DETAIL_ARINVOICE.INVOICE_DATE}) >= Date(2005, 9, 28) and DTSToDate({V_CASHREC_DETAIL_ARINVOICE.IN

| Invoice | PO Number | Invoice Date | Discount Date | Due Date | Invoice Total | Balance Due | Current | 1-30 | 31-60 | 61-90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PS Number | City State Country | | | | Original | Open | | Days past due: | | | |
| 132760 | DELPHI - P4220172 | 10/07/2005 ELPASO TX USA | 10/07/2005 | 12/06/2005 | 123.10 | 123.10 | 123.10 | | | | |
| 58111 | DELPHI - 305200 P4220172 | 10/07/2005 ELPASO TX USA | 10/07/2005 | 12/06/2005 | 71.12 | 71.12 | 71.12 | | | | |
| 132761 | DELPHI - 305700 P4220172 | 10/07/2005 ELPASO TX USA | 10/07/2005 | 12/06/2005 | 34.23 | 34.23 | 34.23 | | | | |
| 59112 | DELPHI - 806296 P4220172 | 10/07/2005 WEST CHESTER OH USA | 10/07/2005 | 12/06/2005 | 115.28 | 115.28 | 115.28 | | | | |
| 132762 | DELPHI - 806296 P4220172 | 10/07/2005 WEST CHESTER OH USA | 10/07/2005 | 12/06/2005 | 57.64 | 57.64 | 57.64 | | | | |
| 59113 | DELPHI - 808496 P4220172 | 10/07/2005 WEST CHESTER OH USA | 10/07/2005 | 12/06/2005 | 153.38 | 153.38 | 153.38 | | | | |
| 132763 | DELPHI - 808496 P4220172 | 10/07/2005 WEST CHESTER OH USA | 10/07/2005 | 12/06/2005 | 166.21 | 166.21 | 166.21 | | | | |
| 59114 | DELPHI - 809296 P4220172 | 10/07/2005 WEST CHESTER OH USA | 10/07/2005 | 12/06/2005 | 232.13 | 232.13 | 232.13 | | | | |
| 132764 | DELPHI - 809696 P4220172 | 10/07/2005 WEST CHESTER OH USA | 10/07/2005 | 12/06/2005 | 241.32 | 241.32 | 241.32 | | | | |
| 59115 | DELPHI - 809696 P4220172 | 10/07/2005 WEST CHESTER OH USA | 10/07/2005 | 12/06/2005 | 2,611.84 | 2,611.84 | 2,611.84 | | | | |
| 132765 | DELPHI - 151575 P4220172 | 10/07/2005 WARREN OH USA | 10/07/2005 | 12/06/2005 | 7,089.28 | 7,089.28 | 7,089.28 | | | | |
| 59116 | DELPHI - 154660 P4220172 | 10/07/2005 WARREN OH USA | 10/07/2005 | 12/06/2005 | | | | | | | |
| 132766 | DELPHI - 090900 P4220172 | 10/07/2005 WARREN OH USA | 10/07/2005 | 12/06/2005 | | | | | | | |
| 59119 | DELPHI - 090900 P4220172 | 10/07/2005 WARREN OH USA | 10/07/2005 | 12/06/2005 | | | | | | | |
| 132767 | DELPHI - 090900 P4220172 | 10/07/2005 WARREN OH USA | 10/07/2005 | 12/06/2005 | | | | | | | |
| Total For | DELPHI | DELPHI PACKARD ELECTRIC SYSTE | | | 101,480.19 | 101,480.19 | 103,533.23 | -2,053.04 | 0.00 | 0.00 | 0.00 |
| Total For: US Dollar | | | | | 101,480.19 | 101,480.19 | 103,533.23 | -2,053.04 | 0.00 | 0.00 | 0.00 |

| | Historical Total | Total | Current | 1-30 | 31-60 | 61-90 | Over 90 |
|---|---|---|---|---|---|---|---|
| Aged Receivables Total For 10/11/2005 | 101,480.19 | 101,480.19 | 103,533.23 | -2,053.04 | 0.00 | 0.00 | 0.00 |
| Percent of Total | | | 102.02 | -2.02 | 0.00 | 0.00 | 0.00 |