COHN BIRNBAUM & SHEA P.C.
Attorneys for Floyd Manufacturing Co., Inc.
100 Pearl Street, 12th Floor
Hartford, CT 06103
Tel. (860) 493-2200
Scott D. Rosen (SR1545)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
In re:

DELPHI COROPRATION, et al.,

    Debtors.
-----------------------------------------------------------

Chapter 11

No.  05-44481((RDD)
(Jointly Administered)

### NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS

**PLEASE TAKE NOTICE** that Scott D. Rosen of Cohn Birnbaum & Shea P.C. (*"Counsel"*), hereby appears in the above-captioned case as counsel for the creditor Floyd Manufacturing Co., Inc.  Pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, 9010(b) and Sections 342 and 1109(b) of the Bankruptcy Code, Counsel requests that his name be added to the mailing list maintained by the Clerk in the above-captioned case, and that all notices given and all papers served on any party, filed with the Court or delivered to the Office of the United States Trustee in the above-captioned case, be given to and served upon Counsel at the address set forth below.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes all of the notices and papers referred to in the Federal Rules of Bankruptcy Procedure, Bankruptcy Code, and Local Rules of Bankruptcy Procedure, and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, operating reports, requests or petitions, answering or reply papers, memoranda and brief in support of any of the

foregoing and any other document brought before this Court with respect to this case and any proceeding therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex or otherwise, all of which shall be sent to:

>  Scott D. Rosen, Esquire
>  Cohn Birnbaum & Shea P.C.
>  100 Pearl Street, 12th Floor
>  Hartford, CT 06103
>  Tel.: (860) 493-2200
>  Fax   (860) 727-0361
>  Email: srosen@cb-shea.com

Dated:  October 12, 2005         __/s/ Scott D. Rosen_____
                                 Scott D. Rosen (SR1545)
                                 Cohn Birnbaum & Shea P.C.
                                 100 Pearl Street
                                 Hartford, CT 06103
                                 Tel.:  (860) 493-2200
                                 Fax   (860) 737-0361

130587v1/19980.011

## CERTIFICATE OF SERVICE

I hereby certify that copies of the Notice of Appearance and Request for Documents of Scott D. Rosen of Cohn Birnbaum & Shea were mailed by first class mail, postage prepaid, on the 12th day of October, 2005 to the following parties:

John Wm. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL  60606-1285
*Attorney for the Debtor*

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY  10036
Attorneys for the Debtor

Alicia M. Leonhard, Assistant U.S. Trustee
Office of the U.S. Trustee
33 Whitehall Street, 22nd Floor
New York, NY  10004
*U.S. Trustee's Office*

Dated:  October 12, 2005              /s/ Scott D. Rosen_____
                                      Scott D. Rosen
                                      Cohn Birnbaum & Shea P.C.
                                      100 Pearl Street, 12th Floor
                                      Hartford, CT 06103
                                      Tel. (860) 493-2200
                                      Fax. (860) 727-0361
                                      Email:  srosen@cb-shea.com