STEVENS & LEE, P.C.
Attorneys for VJ Technologies, Inc. and
VJ ElectroniX, Inc.
485 Madison Avenue, 20th Floor
New York, New York 10022
Chester B. Salomon (CS-2319)
Constantine D. Pourakis (CP-0730)
(212) 319-8500

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE THAT, pursuant to 11 U.S.C. Section 1109(b), and Bankruptcy Rules 2002, 4001, and 9010(b), the undersigned counsel Chester B. Salomon and Constantine D. Pourakis enter their appearance in the above-referenced case as counsel for the creditors VJ Technologies, Inc. and V.J. ElectroniX, Inc.  The undersigned counsel requests that all papers, pleadings, notices, motions, and orders required to be served in accordance with the Bankruptcy Rules, any General Order entered by the Bankruptcy Court, any Local Rule of the Bankruptcy Court, or an Order of the Bankruptcy Court, be mailed to or otherwise served upon the following individuals:

Chester B. Salomon, Esq.<br>
Constantine D. Pourakis, Esq.<br>
STEVENS & LEE, P.C.<br>
485 Madison Avenue, 20th Floor<br>
New York, New York 10022<br>
Telephone: (212) 319-8500<br>
Facsimile: (212) 319-8505<br>
Email: cs@stevenslee.com<br>
cp@stevenslee.com

Please take notice that the foregoing request includes, without limitation, orders

and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopy, telex, e-mail, or otherwise, that affects or seeks to affect in any way the rights or interests of VJ Technologies, Inc.

/s/ Constantine D. Pourakis
Chester B. Salomon (CS 2319)
Constantine D. Pourakis (CP 0730)
STEVENS & LEE, P.C.
485 Madison Ave., 20th Floor
New York, NY  10022
(212) 319-8500

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing instrument was served on October 12, 2005 by first-class mail, postage pre-paid, on the following:

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

Alicia M. Leonard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

                /s/ Constantine D. Pourakis
                    Constantine D. Pourakis

SL1 579730v1/008101.00003