**SEYFARTH SHAW LLP**
1270 Avenue of the Americas, Suite 2500
New York, New York 10020-1801
Telephone: (212) 218-5500
Facsimile: (212) 218-5526
Robert W. Dremluk (RD-3109)

*Attorneys for Murata Electronics North America, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
─────────────────────────────────────X
| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| DELPHI CORPORATION, et al. | Case No. 05-44481 (RDD) |
| | : (Jointly Administered) |
| Debtors. | : |

─────────────────────────────────────X

**AMENDED NOTICE OF APPEARANCE, REQUEST**
**FOR ALL NOTICES AND RESERVATION OF RIGHTS**

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, each of the undersigned hereby give notice of their entry of appearance on behalf of **Murata Electronics North America, Inc.**, a creditor and party in interest in the above-referenced Chapter 11 cases, and request that all notices given or required to be given to any creditor or party in these cases, and all papers served or required to be served upon any creditor or party in these cases, be served electronically as well as via U.S. mail upon the undersigned at the following addresses:

| | |
|---|---|
| Paul M. Baisier, Esq. | Robert W. Dremluk, Esq. |
| SEYFARTH SHAW LLP | SEYFARTH SHAW LLP |
| 1545 Peachtree Street, N.E. | 1270 Avenue of the Americas |
| Suite 700 | Suite 2500 |
| Atlanta, GA 30309-2401 | New York, NY 10020-1801 |
| Tel. (404) 885-1500 | Tel: (212) 218-5500 |
| Fax: (404) 892-7056 | Fax: (212) 218-5526 |
| Emails: pbaisier@seyfarth.com | Email: rdremluk@seyfarth.com |

NY1 25137042.1

The foregoing request includes all notices and papers referred to in Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and also includes, without limitation, notices of any orders, applications, complaints, hearings, motions, petitions, pleadings, or other documents brought before the Court in the above-captioned Chapter 11 cases. Neither this Amended Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) this creditor's right to have final orders in non-core matters entered only after de novo review by a district judge, (ii) this creditor's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) this creditor's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which this creditor is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments this creditor expressly reserves.

This Amended Notice of Appearance, Request for All Notices and Reservation of Rights shall not be construed as an appointment of Paul M. Baisier, Robert W. Dremluk or Seyfarth Shall LLP as an authorized agent of Murata Electronics North America, Inc., either expressly or impliedly, for purposes of receiving service of process pursuant to Rule 7004 of the Federal Rules of Bankruptcy Procedure or Rule 4 of the Federal Rules of Civil Procedure.

Dated: October 12, 2005
Atlanta, GA

SEYFARTH SHAW LLP

By: /s/ Paul M. Baisier
Paul M. Baisier
SEYFARTH SHAW LLP
1545 Peachtree Street, N.E.
Suite 700
Atlanta, GA 30309-2401
Tel. (404) 885-1500
Fax: (404) 892-7056
Emails: pbaisier@seyfarth.com

Dated: October 12, 2005
New York, NY

SEYFARTH SHAW LLP

By: /s/ Robert W. Dremluk
Robert W. Dremluk
SEYFARTH SHAW LLP
1270 Avenue of the Americas
Suite 2500
New York, NY 10020-1801
Tel: (212) 218-5500
Fax: (212) 218-5526
Email: rdremluk@seyfarth.com

*Attorneys for Murata Electronics North America, Inc.*

**SEYFARTH SHAW LLP**
1270 Avenue of the Americas, Suite 2500
New York, New York 10020-1801
Telephone:  (212) 218-5500
Facsimile:  (212) 218-5526
Robert W. Dremluk (RD-3109)

*Attorneys for Murata Electronics North America, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
─────────────────────────────────────X
In re:                                                          :
                                                                     :    Chapter 11
DELPHI CORPORATION, et al.                      :    Case No. 05-44481 (RDD)
                                                                     :    (Jointly Administered)
                                        Debtors.         :
─────────────────────────────────────X

## CERTIFICATE OF SERVICE

     Robert W. Dremluk, being duly admitted to practice before the Southern District of New York, certifies that on the 12th day of October 2005, the foregoing Amended Notice of Appearance, Request for All Notices and Reservation of Rights was served via postage paid, first class U.S. mail to the parties listed below:

| | |
|---|---|
| John Wm. Butler. Jr.<br>Skadden Arps Slate Meagher & Flom LLP<br>333 West Wacker Drive<br>Chicago, IL  60606-1285<br>(312) 407-0730; Fax: (312) 407-0411<br>jbutler@skadden.com | Alicia M. Leonhard<br>United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004<br>(212) 510-0500 |

Kayalyn A. Marafioti
Thomas J. Matz
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
(212) 735-3000; Fax: (212) 735-2000
kmarafio@skadden.com;
tmatz@skadden.com

                                                     /s/ Robert W. Dremluk
                                                     Robert W. Dremluk