Exhibit 1A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------- x
                                                         :
         In re                                           :
                                                         :  Chapter 11
DELPHI CORPORATION, et al.,                              :
                                                         :  Case No.  05–44481 (RDD)
                              Debtors.                   :
                                                         :  (Jointly Administered)
                                                         :
-------------------------------------------------------- x
```

NOTICE OF STATUS AS A SUBSTANTIAL EQUITYHOLDER[1]

　　　　　PLEASE TAKE NOTICE that [Name of Equityholder] is/has become a Substantial Equityholder with respect to the common stock (the "Common Stock") of Delphi Corporation ("Delphi"), a debtor and debtor-in-possession in Case No. 05-44481 (RDD) pending in the United States Bankruptcy Court for the Southern District of New York.

　　　　　PLEASE TAKE FURTHER NOTICE that, as of [Date], [Name of Equityholder] beneficially owns  [_____] shares of the Common Stock of Delphi. The following table sets forth the date(s) on which [Name of Equityholder] acquired or otherwise became the beneficial owner of such Common Stock:

| Number Of Shares | Date Acquired: |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| (Attach additional page if necessary) |  |

---

[1]    For purposes of this Notice:  (i) "Substantial Equityholder" means any person or entity that beneficially owns at least 14,000,000 shares of the common stock of Delphi; (ii) "beneficial ownership" of equity securities includes direct and indirect ownership (e.g., a holding company would be considered to beneficially own all shares owned or acquired by its subsidiaries), ownership by such holder's family members and persons acting in concert with such holder to make a coordinated acquisition of stock, and ownership of shares which such holder has an option to acquire, and (iii) an "option" to acquire stock includes any contingent purchase, warrant, convertible debt, put, stock subject to risk of forfeiture, contract to acquire stock, or similar interest, regardless of whether it is contingent or otherwise not currently exercisable.

PLEASE TAKE FURTHER NOTICE that the taxpayer identification number of [Name of Equityholder] is [_____].

PLEASE TAKE FURTHER NOTICE that, under penalties of perjury, [Name of Equityholder] hereby declares that it has examined this Notice and accompanying attachments (if any), and, to the best of its knowledge and belief, this Notice and any attachments which purport to be part of this Notice are true, correct, and complete.

PLEASE TAKE FURTHER NOTICE that, pursuant to that certain Order Under 11 U.S.C. §§ 105, 362, And 541 And Bankruptcy Rule 3001 (A) Establishing Notification Procedures Applicable To Substantial Holders Of Claims And Equity Securities And (B) Establishing Notification And Hearing Procedures For Trading In Claims And Equity Securities, this Notice is being (a) filed with the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, and (b) served upon (i) the Debtors, Delphi Corporation, 5725 Delphi Drive, Troy, Michigan  48098-2815, Att'n General Counsel and Chief Tax Officer and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606-1285, Att'n John K. Lyons and Randall G. Reese.

Respectfully submitted,

_____
(Name of Equityholder)

By: _____
Name:_____
Title:_____

Address: _____
_____
_____
Telephone: _____
Facsimile: _____

Date: _____

2

<u>Exhibit 2A</u>

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                               :
        In re                            :
                               :   Chapter 11
DELPHI CORPORATION, <u>et</u> <u>al.</u>,          :
                               :   Case No.  05–44481 (RDD)
               Debtors.           :
                               :   (Jointly Administered)
                               :
------------------------------------------------------------ x

<u>NOTICE OF STATUS AS A SUBSTANTIAL CLAIMHOLDER</u>[1]

            PLEASE TAKE NOTICE that [Name of Claimholder] is/has become a
Substantial Claimholder with respect to claims against Delphi Corporation ("Delphi") or
any of the 38 subsidiaries[2], and affiliates of Delphi ("Affiliate Debtors"), debtors and

---

[1]    For purposes of this Notice:  (i) a "Substantial Claimholder" is any person or entity that
beneficially owns an aggregate principal amount of claims against the debtors equal to or
exceeding $100,000,000 or any controlled entity through which a Substantial Claimholder
beneficially owns an indirect interest in claims against the Debtors, (ii) "beneficial
ownership" of claims includes direct and indirect ownership (<u>e.g.</u>, a holding company would
be considered to beneficially own all shares owned or  acquired by its subsidiaries),
ownership by family members and any group of persons acting pursuant to a formal or
informal understanding to make a coordinated acquisition of claims, and ownership of claims
which such holder has an option to acquire, and (iii) an "option to acquire claims includes
any contingent purchase, put, contract to acquire a claim(s) or similar interest, regardless of
whether it is contingent or otherwise not currently exercisable.

[2]    The 38 subsidiaries are: ASEC Manufacturing General Partnership, ASEC Sales General
Partnership, Aspire, Inc., Delco Electronics Overseas Corporation, Delphi Automotive
Systems (Holding), Inc., Delphi Automotive Systems Global (Holding), Inc., Delphi
Automotive Systems Human Resources LLC, Delphi Automotive Systems International,
Inc., Delphi Automotive Systems Korea, Inc., Delphi Automotive Systems LLC, Delphi
Automotive Systems Overseas Corporation, Delphi Automotive Systems Risk Management
Corp., Delphi Automotive Systems Services LLC, Delphi Automotive Systems Tennessee,
Inc., Delphi Automotive Systems Thailand, Inc., Delphi China LLC, Delphi Connection
Systems, Delphi Diesel Systems Corp., Delphi Electronics (Holding) LLC, Delphi Foreign
Sales Corporation, Delphi Integrated Service Solutions, Inc., Delphi International Holdings
Corp., Delphi International Services, Inc., Delphi Liquidation Holding Company, Delphi
LLC, Delphi Mechatronic Systems, Inc., Delphi Medical Systems Colorado Corporation,
Delphi Medical Systems Corporation, Delphi Medical Systems Texas Corporation, Delphi
NY Holdings Corporation, Delphi Services Holding Corporation, Delphi Technologies, Inc.,
DREAL, Inc., Environmental Catalysts, LLC, Exhaust Systems Corporation, Packard
Hughes Interconnect Company, Specialty Electronics, Inc., and Specialty Electronics
International Ltd.

debtors-in-possession in Case No. 05-44481 (RDD), pending in the United States
Bankruptcy Court for the Southern District of New York.

PLEASE TAKE FURTHER NOTICE that, as of [Date], [Name of
Claimholder] beneficially owns claims in the aggregate principal amount of
$[_____] against the Debtors.  The following table sets forth the name of the
Debtor issuer, a summary of the terms, and the date on which [Name of Claimholder]
acquired or otherwise became the beneficial owner of each such Claim:

| Debtor Issuer | Terms | Date Acquired |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

(Attach additional page if necessary)

PLEASE TAKE FURTHER NOTICE that the taxpayer identification
number of [Name of Claimholder] is [_____].

PLEASE TAKE FURTHER NOTICE that, under penalties of perjury,
[Name of Claimholder] hereby declares that it has examined this Notice and
accompanying attachments (if any), and, to the best of its knowledge and belief, this
Notice and any attachments which purport to be part of this Notice are true, correct, and
complete.

PLEASE TAKE FURTHER NOTICE that, pursuant to that certain Order
Under 11 U.S.C. §§ 105, 362, And 541 And Bankruptcy Rule 3001 (A) Establishing
Notification Procedures Applicable To Substantial Holders Of Claims And Equity
Securities And (B) Establishing Notification And Hearing Procedures For Trading In
Claims And Equity Securities, this Notice is being (a) filed with the United States
Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom
House, One Bowling Green, New York, New York 10004-1408, and (b) served upon (i)
the Debtors, Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098-2815, Att'n
General Counsel and Chief Tax Officer and (ii) counsel to the Debtors, Skadden, Arps,
Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois
60606-1285, Att'n John K. Lyons and Randall G. Reese.

This Notice is given in addition to, and not as a substitute for, any requisite notice under Rule 3001 of the Federal Rules of Bankruptcy Procedure.

Respectfully submitted,

_____
(Name of Claimholder)

By: _____
Name:_____
Title:_____

Address: _____
_____
_____

Telephone: _____
Facsimile: _____

Date: _____

<u>Exhibit 1B</u>

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                         :
       In re                        :
                         :    Chapter 11
DELPHI CORPORATION, <u>et al.</u>,         :
                         :    Case No.  05–44481 (RDD)
            Debtors.       :
                         :    (Jointly Administered)
                         :
------------------------------------------------------------- x

### NOTICE OF INTENT TO PURCHASE, ACQUIRE, OR OTHERWISE <u>ACCUMULATE AN EQUITY INTEREST</u>

         PLEASE TAKE NOTICE THAT [<u>Name of Prospective Acquirer</u>] hereby provides notice of its intention to purchase, acquire, or otherwise accumulate one or more shares of the common stock (the "Common Stock") of Delphi Corporation ("Delphi") or an option with respect thereto (the "Proposed Transfer").

         PLEASE TAKE FURTHER NOTICE THAT, if applicable, on [<u>Prior Date(s)</u>], [<u>Name of Prospective Acquirer</u>] filed a Notice of Status as a Substantial Equityholder[1] with the United States Bankruptcy Court for the Southern District of New York (the "Court") and served copies thereof on the Debtors and the Debtors' counsel.

         PLEASE TAKE FURTHER NOTICE THAT [<u>Name of Prospective Acquirer</u>] currently beneficially owns [_____] shares of the Common Stock of Delphi.

         PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Proposed Transfer, [<u>Name of Prospective Acquirer</u>] proposes to purchase, acquire, or otherwise accumulate [_____] shares of Common Stock or an option with respect to [_____] shares of Common Stock.  If the Proposed Transfer is permitted to

---

[1]     For purposes of this Notice:  (i) "Substantial Equityholder" means any person or entity that beneficially owns at least 14,000,000 shares of the common stock of Delphi, (ii) "beneficial ownership" of equity securities includes direct and indirect ownership (<u>e.g.</u>, a holding company would be considered to beneficially own all shares owned or acquired by its subsidiaries), ownership by such holder's family members and persons acting in concert with such holder to make a coordinated acquisition of stock, and ownership of shares which such holder has an option to acquire, and (iii) an "option" to acquire stock includes any contingent purchase, warrant, convertible debt, put, stock subject to risk of forfeiture, contract to acquire stock, or similar interest, regardless of whether it is contingent or otherwise not currently exercisable.

occur, [Name of Prospective Acquirer] will beneficially own [_____] shares of Common Stock after the transfer.

PLEASE TAKE FURTHER NOTICE THAT the taxpayer identification number of [Name of Prospective Acquirer]  is [_____].

PLEASE TAKE FURTHER NOTICE that, under penalties of perjury, [Name of Prospective Acquirer] hereby declares that it has examined this Notice and accompanying attachments (if any), and, to the best of its knowledge and belief, this Notice and any attachments which purport to be part of this Notice are true, correct, and complete.

PLEASE TAKE FURTHER NOTICE that, pursuant to that certain Order Under 11 U.S.C. §§ 105, 362, And 541 And Bankruptcy Rule 3001 (A) Establishing Notification Procedures Applicable To Substantial Holders Of Claims And Equity Securities And (B) Establishing Notification And Hearing Procedures For Trading In Claims And Equity Securities, this Notice is being (a) filed with the United States Bankruptcy Court for the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, and (b) served upon (i) the Debtors, Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098-2815, Att'n General Counsel and Chief Tax Officer and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606-1285, Att'n John K. Lyons and Randall G. Reese.

PLEASE TAKE FURTHER NOTICE that the Debtors have 30 calendar days after receipt of this Notice to object to the Proposed Transfer described herein.  If the Debtors file an objection, such Proposed Transfer will not be effective unless approved by a final and nonappealable order of the Court.  If the Debtors do not object within such 30-day period, then after expiration of such period the Proposed Transfer may proceed solely as set forth in the Notice.

      PLEASE TAKE FURTHER NOTICE that any further transactions contemplated by [Name of Prospective Acquirer] that may result in [Name of Prospective Acquirer] purchasing, acquiring or otherwise accumulating additional shares of Common Stock (or an option with respect thereto) will each require an additional notice filed with the Court to be served in the same manner as this Notice.

Respectfully submitted,

_____
(Name of Prospective Acquirer)

By:    _____
Name:_____
Title:_____

Address:   _____
_____
_____
Telephone:  _____
Facsimile:  _____

Date: _____

Exhibit 2B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
                             :
       In re                          :
                             :    Chapter 11
DELPHI CORPORATION, et al.,        :
                             :    Case No.  05–44481 (RDD)
            Debtors.             :
                             :    (Jointly Administered)
                             :
---------------------------------------------------------- x

NOTICE OF INTENT TO PURCHASE, ACQUIRE OR OTHERWISE
ACCUMULATE A CLAIM

         PLEASE TAKE NOTICE THAT [Name of Prospective Acquirer] hereby
provides notice of its intention to purchase, acquire, or otherwise accumulate a claim or
claim(s) against the Debtors[1] (the "Proposed Transfer").

         PLEASE TAKE FURTHER NOTICE THAT, if applicable, on [Prior
Date(s)], [Name of Prospective Acquirer] filed a Notice of Status as a Substantial
Claimholder[2] with the United States Bankruptcy Court for the Southern District of New
York (the "Court") and served copies thereof on the Debtors and the Debtors' counsel.

---

[1]     The Debtors are the following entities:  Delphi Corporation, ASEC Manufacturing General
Partnership, ASEC Sales General Partnership, Aspire, Inc., Delco Electronics Overseas
Corporation, Delphi Automotive Systems (Holding), Inc., Delphi Automotive Systems
Global (Holding), Inc., Delphi Automotive Systems Human Resources LLC, Delphi
Automotive Systems International, Inc., Delphi Automotive Systems Korea, Inc., Delphi
Automotive Systems LLC, Delphi Automotive Systems Overseas Corporation, Delphi
Automotive Systems Risk Management Corp., Delphi Automotive Systems Services LLC,
Delphi Automotive Systems Tennessee, Inc., Delphi Automotive Systems Thailand, Inc.,
Delphi China LLC, Delphi Connection Systems, Delphi Diesel Systems Corp., Delphi
Electronics (Holding) LLC, Delphi Foreign Sales Corporation, Delphi Integrated Service
Solutions, Inc., Delphi International Holdings Corp., Delphi International Services, Inc.,
Delphi Liquidation Holding Company, Delphi LLC, Delphi Mechatronic Systems, Inc.,
Delphi Medical Systems Colorado Corporation, Delphi Medical Systems Corporation,
Delphi Medical Systems Texas Corporation, Delphi NY Holdings Corporation, Delphi
Services Holding Corporation, Delphi Technologies, Inc., DREAL, Inc., Environmental
Catalysts, LLC, Exhaust Systems Corporation, Packard Hughes Interconnect Company,
Specialty Electronics, Inc., and Specialty Electronics International Ltd.

[2]     For purposes of this Notice:  (i) a "Substantial Claimholder" is any person or entity that
beneficially owns (A) an aggregate principal amount of claims against the debtors equal to or
exceeding $100,000,000 or any controlled entity through which a Substantial Claimholder
beneficially owns an indirect interest in claims against the Debtors, (ii) "beneficial
ownership" of claims includes direct and indirect ownership (e.g., a holding company would

PLEASE TAKE FURTHER NOTICE THAT [Name of Prospective Acquirer] currently beneficially owns claims against the Debtors in the aggregate principal amount of [$ _____].

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Proposed Transfer, [Name of Prospective Acquirer] proposes to purchase, acquire, or otherwise accumulate claims against [Name of Debtor issuer] in the aggregate principal amount of $[_____].  If the Proposed Transfer is permitted to occur, [Name of Prospective Acquirer] will beneficially own claims against the Debtors in the aggregate principal amount of $ [_____] after the transfer.

PLEASE TAKE FURTHER NOTICE THAT the taxpayer identification number of [Name of Prospective Acquirer]  is [_____].

PLEASE TAKE FURTHER NOTICE that, under penalties of perjury, [Name of Prospective Acquirer] hereby declares that it has examined this Notice and accompanying attachments (if any), and, to the best of its knowledge and belief, this Notice and any attachments which purport to be part of this Notice are true, correct, and complete.

PLEASE TAKE FURTHER NOTICE that, pursuant to that certain Order Under 11 U.S.C. §§ 105, 362, And 541 And Bankruptcy Rule 3001 (A) Establishing Notification Procedures Applicable To Substantial Holders Of Claims And Equity Securities And (B) Establishing Notification And Hearing Procedures For Trading In Claims And Equity Securities, this Notice is being (a) filed with the United States Bankruptcy Court for the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, and (b) served upon (i) the Debtors, Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098-2815, Att'n General Counsel and Chief Tax Officer and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606-1285, Att'n John K. Lyons and Randall G. Reese.

PLEASE TAKE FURTHER NOTICE that the Debtors have 30 calendar days after receipt of this Notice to object to the Proposed Transfer described herein.  If the Debtors file an objection, such Proposed Transfer will not be effective unless approved by a final and nonappealable order of the Court.  If the Debtors do not object within such 30-day period, then after expiration of such period the Proposed Transfer may proceed solely as set forth in the Notice.

---

be considered to beneficially own all shares owned or  acquired by its subsidiaries), ownership by family members and any group of persons acting pursuant to a formal or informal understanding to make a coordinated acquisition of claims, and ownership of claims which such holder has an option to acquire, and (iii) an "option to acquire claims includes any contingent purchase, put, contract to acquire a claim(s), or similar interest, regardless of whether it is contingent or otherwise not currently exercisable.

   PLEASE TAKE FURTHER NOTICE that any further transactions contemplated by [Name of Prospective Acquirer] that may result in [Name of Prospective Acquirer] purchasing, acquiring, or otherwise accumulating additional claims against the Debtors will each require an additional notice filed with the Court to be served in the same manner as this Notice.

This Notice is given in addition to, and not as a substitute for, any requisite notice under Rule 3001(e) of the Federal Rules of Bankruptcy Procedure.

Respectfully submitted,

_____
(Name of Prospective Acquirer)

By: _____
Name:_____
Title:_____

Address: _____
_____
_____
Telephone: _____
Facsimile: _____

Date: _____

4

Exhibit 1C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------  x
                                                              :
     In re                                                    :
                                                              :  Chapter 11
DELPHI CORPORATION, et al.,                                   :
                                                              :  Case No.  05–44481 (RDD)
                             Debtors.                         :
                                                              :  (Jointly Administered)
                                                              :
------------------------------------------------------------  x
```

## NOTICE OF INTENT TO SELL, TRADE OR OTHERWISE
## TRANSFER AN EQUITY INTEREST

PLEASE TAKE NOTICE THAT [Name of Prospective Seller] hereby provides notice of its intention to sell, trade, or otherwise transfer one or more shares of the common stock (the "Common Stock") of Delphi Corporation ("Delphi") or an option with respect thereto (the "Proposed Transfer").

PLEASE TAKE FURTHER NOTICE THAT, if applicable, on [Prior Date(s)], [Name of Prospective Seller] filed a Notice of Status as a Substantial Equityholder[1] with the United States Bankruptcy Court for the Southern District of New York (the "Court") and served copies thereof on the Debtors and the Debtors' counsel.

PLEASE TAKE FURTHER NOTICE THAT [Name of Prospective Seller] currently beneficially owns [_____] shares of the Common Stock of Delphi.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Proposed Transfer, [Name of Prospective Seller] proposes to sell, trade, or otherwise transfer [_____] shares of Common Stock or an option with respect to [_____] shares of Common Stock.  If the Proposed Transfer is permitted to

---

[1]  For Purposes of this Notice:  (A) a "Substantial Equityholder" is any person or entity that beneficially owns at least 14,000,000 shares of the Common Stock of Delphi, (B) "beneficial ownership" of equity securities includes direct and indirect ownership (e.g., a holding company would be considered to beneficially own all shares owned or acquired by its subsidiaries), ownership by such holder's family members and persons acting in concert with such holder to make a coordinated acquisition of stock, and ownership of shares which such holder has an option to acquire, and (C) an "option" to acquire stock includes any contingent purchase, warrant, convertible debt, put, stock subject to risk of forfeiture, contract to acquire stock, or similar interest, regardless of whether it is contingent or otherwise not currently exercisable.

occur, [Name of Prospective Seller] will beneficially own [_____] shares of Common Stock after the transfer.

PLEASE TAKE FURTHER NOTICE THAT the taxpayer identification number of [Name of Prospective Seller] is [_____].

PLEASE TAKE FURTHER NOTICE that, under penalties of perjury, [Name of Prospective Seller] hereby declares that it has examined this Notice and accompanying attachments (if any), and, to the best of its knowledge and belief, this Notice and any attachments which purport to be part of this Notice are true, correct, and complete.

PLEASE TAKE FURTHER NOTICE that, pursuant to that certain Order Under 11 U.S.C. §§ 105, 362, And 541 And Bankruptcy Rule 3001 (A) Establishing Notification Procedures Applicable To Substantial Holders Of Claims And Equity Securities And (B) Establishing Notification And Hearing Procedures For Trading In Claims And Equity Securities, this Notice is being (a) filed with the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, and (b) served upon (i) the Debtors, Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098-2815, Att'n General Counsel and Chief Tax Officer and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606-1285, Att'n John K. Lyons and Randall G. Reese.

PLEASE TAKE FURTHER NOTICE that the Debtors have 30 calendar days after receipt of this Notice to object to the Proposed Transfer described herein. If the Debtors file an objection, such Proposed Transfer will not be effective unless approved by a final and nonappealable order of the Court. If the Debtors do not object within such 30-day period, then after expiration of such period the Proposed Transfer may proceed solely as set forth in the Notice.

2

PLEASE TAKE FURTHER NOTICE that any further transactions contemplated by [Name of Prospective Seller] that may result in [Name of Prospective Seller] selling, trading or otherwise transferring shares of Common Stock (or an option with respect thereto) will each require an additional notice filed with the Court to be served in the same manner as this Notice.

Respectfully submitted,

_____
(Name of Prospective Seller)

By:    _____
Name:_____
Title:_____

Address:    _____
_____
_____
Telephone:    _____
Facsimile:    _____

Date: _____

3

Exhibit 2C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- x
                                                        :

In re                                            :

                                             :   Chapter 11

DELPHI CORPORATION, et al.,                :

                                             :   Case No.  05–44481 (RDD)

                      Debtors.       :

                                             :   (Jointly Administered)

                                             :
--------------------------------------------------------- x

### NOTICE OF INTENT TO SELL, TRADE OR OTHERWISE TRANSFER A CLAIM

        PLEASE TAKE NOTICE THAT [Name of Prospective Seller] hereby provides notice of its intention to sell, trade, or otherwise transfer a claim or claim(s) against the Debtors[1] (the "Proposed Transfer").

        PLEASE TAKE FURTHER NOTICE THAT, if applicable, on [Prior Date(s)], [Name of Prospective Seller] filed a Notice of Status as a Substantial Claimholder[2] with the United States Bankruptcy Court for the Southern District of New York (the "Court") and served copies thereof on the Debtors and the Debtors' counsel.

---

[1]    The Debtors are the following entities:  Delphi Corporation, ASEC Manufacturing General Partnership, ASEC Sales General Partnership, Aspire, Inc., Delco Electronics Overseas Corporation, Delphi Automotive Systems (Holding), Inc., Delphi Automotive Systems Global (Holding), Inc., Delphi Automotive Systems Human Resources LLC, Delphi Automotive Systems International, Inc., Delphi Automotive Systems Korea, Inc., Delphi Automotive Systems LLC, Delphi Automotive Systems Overseas Corporation, Delphi Automotive Systems Risk Management Corp., Delphi Automotive Systems Services LLC, Delphi Automotive Systems Tennessee, Inc., Delphi Automotive Systems Thailand, Inc., Delphi China LLC, Delphi Connection Systems, Delphi Diesel Systems Corp., Delphi Electronics (Holding) LLC, Delphi Foreign Sales Corporation, Delphi Integrated Service Solutions, Inc., Delphi International Holdings Corp., Delphi International Services, Inc., Delphi Liquidation Holding Company, Delphi LLC, Delphi Mechatronic Systems, Inc., Delphi Medical Systems Colorado Corporation, Delphi Medical Systems Corporation, Delphi Medical Systems Texas Corporation, Delphi NY Holdings Corporation, Delphi Services Holding Corporation, Delphi Technologies, Inc., DREAL, Inc., Environmental Catalysts, LLC, Exhaust Systems Corporation, Packard Hughes Interconnect Company, Specialty Electronics, Inc., and Specialty Electronics International Ltd.

[2]    For purposes of this Notice: (A) a "Substantial Claimholder" is any person or entity that beneficially owns an aggregate principal amount of claims against the debtors equal to or exceeding $100,000,000 or any controlled entity through which a Substantial Claimholder beneficially owns an indirect interest in claims against the Debtors, (B) "beneficial ownership" of claims includes direct and indirect ownership (e.g., a holding company would

PLEASE TAKE FURTHER NOTICE THAT [Name of Prospective Seller] currently beneficially owns claims against the Debtors in the aggregate principal amount of [$ _____].

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Proposed Transfer, [Name of Prospective Seller] proposes to sell, trade, or otherwise transfer claims against [Name of Debtor issuer] in the aggregate principal amount of [$_____]. If the Proposed Transfer is permitted to occur, [Name of Prospective Seller] will beneficially own claims against the Debtors in the aggregate principal amount of [$_____] after the transfer.

PLEASE TAKE FURTHER NOTICE THAT the taxpayer identification number of [Name of Prospective Seller] is [_____].

PLEASE TAKE FURTHER NOTICE that, under penalties of perjury, [Name of Prospective Seller] hereby declares that it has examined this Notice and accompanying attachments (if any), and, to the best of its knowledge and belief, this Notice and any attachments which purport to be part of this Notice are true, correct, and complete.

PLEASE TAKE FURTHER NOTICE that, pursuant to that certain Order Under 11 U.S.C. §§ 105, 362, And 541 And Bankruptcy Rule 3001 (A) Establishing Notification Procedures Applicable To Substantial Holders Of Claims And Equity Securities And (B) Establishing Notification And Hearing Procedures For Trading In Claims And Equity Securities, this Notice is being (a) filed with the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, and (b) served upon (i) the Debtors, Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098-2815, Att'n General Counsel and Chief Tax Officer and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606-1285, Att'n John K. Lyons and Randall G. Reese.

PLEASE TAKE FURTHER NOTICE that the Debtors have 30 calendar days after receipt of this Notice to object to the Proposed Transfer described herein. If the Debtors file an objection, such Proposed Transfer will not be effective unless approved by a final and nonappealable order of the Court. If the Debtors do not object within such 30-day period, then after expiration of such period the Proposed Transfer may proceed solely as set forth in the Notice.

---

be considered to beneficially own all claims owned or acquired by its subsidiaries), ownership by family members and any group of persons acting pursuant to a formal or informal understanding to make a coordinated acquisition of claims, and ownership of claims which such holder has an option to acquire, and (C) an "option" to acquire claims includes any contingent purchase, put, contract to acquire a claim(s), or similar interest, regardless of whether it is contingent or otherwise not currently exercisable.

PLEASE TAKE FURTHER NOTICE that any further transactions contemplated by [Name of Prospective Seller] that may result in [Name of Prospective Seller] selling, trading or otherwise transferring claims against the Debtors will each require an additional notice filed with the Court to be served in the same manner as this Notice.

This Notice is given in addition to, and not as a substitute for, any requisite notice under Rule 3001 of the Federal Rules of Bankruptcy Procedure.

Respectfully submitted,

_____
(Name of Prospective Seller)

By: _____
Name:_____
Title:_____

Address: _____
_____
_____
Telephone: _____
Facsimile: _____

Date: _____

Exhibit 3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                         :
    In re                                  :
                                         :  Chapter 11
DELPHI CORPORATION, et al.,         :
                                       :  Case No.  05–44481 (RDD)
                      Debtors.        :
                                       :  (Jointly Administered)
                                       :
---------------------------------------------------------------- x

NOTICE OF (A) NOTIFICATION PROCEDURES APPLICABLE TO
SUBSTANTIAL HOLDERS OF CLAIMS AND EQUITY SECURITIES AND (B)
NOTIFICATION AND HEARING PROCEDURES FOR
TRADING IN CLAIMS AND EQUITY SECURITIES

TO ALL PERSONS OR ENTITIES WITH CLAIMS[1] AGAINST OR EQUITY
INTERESTS IN THE DEBTORS[2]:

        PLEASE TAKE NOTICE that on October 8, 2005 ("Petition Date"),
Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates (the "Affiliate
Debtors," and together with Delphi, the "Debtors"), commenced cases under chapter 11

---

[1]    References to "claims" herein are made in accordance with the definition of "claim" in
section 101(5) of the Bankruptcy Code and includes a lessor's right to any current or future
payment under or arising out of any lease with respect to which the Debtor or one or more of
the Affiliate is a lessee.

[2]    The Debtors are the following entities:  Delphi Corporation, ASEC Manufacturing General
Partnership, ASEC Sales General Partnership, Aspire, Inc., Delco Electronics Overseas
Corporation, Delphi Automotive Systems (Holding), Inc., Delphi Automotive Systems
Global (Holding), Inc., Delphi Automotive Systems Human Resources LLC, Delphi
Automotive Systems International, Inc., Delphi Automotive Systems Korea, Inc., Delphi
Automotive Systems LLC, Delphi Automotive Systems Overseas Corporation, Delphi
Automotive Systems Risk Management Corp., Delphi Automotive Systems Services LLC,
Delphi Automotive Systems Tennessee, Inc., Delphi Automotive Systems Thailand, Inc.,
Delphi China LLC, Delphi Connection Systems, Delphi Diesel Systems Corp., Delphi
Electronics (Holding) LLC, Delphi Foreign Sales Corporation, Delphi Integrated Service
Solutions, Inc., Delphi International Holdings Corp., Delphi International Services, Inc.,
Delphi Liquidation Holding Company, Delphi LLC, Delphi Mechatronic Systems, Inc.,
Delphi Medical Systems Colorado Corporation, Delphi Medical Systems Corporation,
Delphi Medical Systems Texas Corporation, Delphi NY Holdings Corporation, Delphi
Services Holding Corporation, Delphi Technologies, Inc., DREAL, Inc., Environmental
Catalysts, LLC, Exhaust Systems Corporation, Packard Hughes Interconnect Company,
Specialty Electronics, Inc., and Specialty Electronics International Ltd.

of title 11 of the United States Code 11 U.S.C. §§ 101-1330, as amended (the
"Bankruptcy Code").  Subject to certain exceptions, section 362 of the Bankruptcy Code
operates as a stay of any act to obtain possession of property of the Debtors' estates or of
property from the Debtors' estates or to exercise control over property of the Debtors'
estates.

PLEASE TAKE FURTHER NOTICE that on October 8, 2005, the
Debtors filed a motion seeking entry of an order pursuant to sections 105, 362, and 541 of
the Bankruptcy Code establishing notification procedures and approving restrictions on
certain transfers of claims against and equity securities in the Debtors and their estates
(the "Motion").

PLEASE TAKE FURTHER NOTICE THAT on October [___], 2005, the
United States Bankruptcy Court for the Southern District of New York (the "Court")
entered an order approving the procedures set forth below in order to preserve the
Debtors' net operating losses and certain other tax attributes ("Tax Attributes") pursuant
to sections 105, 362, and 541 of the Bankruptcy Code (the "Order").  **Except as
otherwise provided in the Order, any sale or other transfer of claims against or
equity securities in the Debtors in violation of the procedures set forth below shall
be null and void ab initio as an act in violation of the automatic stay under section
362 of the Bankruptcy Code**.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order, the
following procedures shall apply to holding and trading in EQUITY SECURITIES OF
DELPHI:

(a)    Any person[3] or entity who currently is or becomes a
Substantial Equityholder (as defined in paragraph (e) below) must file with the Court, and
serve upon the Debtors and counsel to the Debtors, a notice of such status ("Notice of
Status as a Substantial Equityholder") on or before the later of (A) 40 days after the
effective date of the notice of entry of the Order or (B) ten days after becoming a
Substantial Equityholder.

(b)    Prior to effectuating any transfer of equity securities
(including options to acquire stock, as defined in paragraph (e) below) that would result
in an increase in the amount of common stock of Delphi beneficially owned by a
Substantial Equityholder or would result in a person or entity becoming a Substantial
Equityholder, such Substantial Equityholder must file with the Court, and serve on the
Debtors and counsel to the Debtors, advance written notice ("Notice of Intent to
Purchase, Acquire or Otherwise Accumulate"), of the intended transfer of equity
securities.

(c)    Prior to effectuating any transfer of equity securities
(including options to acquire stock) that would result in a decrease in the amount of
common stock of Delphi beneficially owned by a Substantial Equityholder or would

---

[3]    References to "person" herein are made in accordance with the definition of "person" in
section 101(41) of the Bankruptcy Code.

2

result in a person or entity ceasing to be a Substantial Equityholder, such Substantial Equityholder must file with the Court, and serve on the Debtors and counsel to the Debtors, advance written notice ("Notice of Intent to Sell, Trade, or Otherwise Transfer")[4], of the intended transfer of equity securities.

(d)    The Debtors shall have 30 calendar days after receipt of a Notice of Proposed Transfer to file with the Court and serve on such Substantial Equityholder an objection to any proposed transfer of equity securities described in the Notice of Proposed Transfer on the grounds that such transfer may adversely affect the Debtors' ability to utilize their Tax Attributes.  If the Debtors file an objection, such transaction shall not be effective unless approved by a final and nonappealable order of the Court.  If the Debtors file an objection, such transfer shall not be effective unless approved by a final and nonappealable order of the Court.  If the Debtors do not object within such 30-day period, such transfer may proceed solely as set forth in the Notice of Proposed Transfer.  Further transactions within the scope of this paragraph must be the subject of additional notices as set forth herein with an additional 30-day waiting period.

(e)    For purposes of this Notice, (A) a "Substantial Equityholder" is any person or entity that beneficially owns at least 14,000,000 shares of the common stock of Delphi, (B) "beneficial ownership" of equity securities includes direct and indirect ownership (e.g., a holding company would be considered to beneficially own all shares owned or acquired by its subsidiaries), ownership by such holder's family members and persons acting in concert with such holder to make a coordinated acquisition of stock, and ownership of shares which such holder has an option to acquire, and (C) an "option" to acquire stock includes any contingent purchase, warrant, convertible debt, put, stock subject to risk of forfeiture, contract to acquire stock, or similar interest, regardless of whether it is contingent or otherwise not currently exercisable.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order, except as otherwise provided therein, the following procedures shall apply to holding and trading in CLAIMS AGAINST ANY OF THE DEBTORS:

(a)    Any person[5] or entity who currently is or becomes a Substantial Claimholder (as defined in paragraph (e) below) must file with the Court, and serve the Debtors and counsel to the Debtors, a notice of such status ("Notice of Status as a Substantial Claimholder") on or before the later of (A) 40 days after the effective date of the notice of entry of the Order or (B) ten days after becoming a Substantial Claimholder.

---

[4]    A Notice of Intent to Sell, Trade, or Otherwise Transfer, together with a Notice of Intent to Purchase, Acquire, or Accumulate, is hereinafter collectively referred to as a "Notice of Proposed Transfer.

[5]    References to "person" herein are made in accordance with the definition of "person" in section 101(41) of the Bankruptcy Code.

(b)    Prior to effectuating any transfer of claims that would result in an increase in the amount of aggregate principal claims beneficially owned by a Substantial Claimholder or would result in a person or entity's becoming a Substantial Claimholder, such Substantial Claimholder must file with the Court, and serve on the Debtors and counsel to the Debtors, advance written notice ("Notice of Intent to Purchase, Acquire, or Otherwise Accumulate"), of the intended transfer of claims, regardless of whether such transfer would be subject to the filing, notice, and hearing requirements of Bankruptcy Rule 3001.

(c)    Prior to effectuating any transfer of claims that would result in a decrease in the amount of aggregate principal claims beneficially owned by a Substantial Claimholder or would result in a person or entity's ceasing to be a Substantial Claimholder, such Substantial Claimholder must file with the Court, and serve on the Debtors and counsel to the Debtors, advance written notice ("Notice of Intent to Sell, Trade, or Otherwise Transfer")6, of the intended transfer of claims, regardless of whether such transfer would be subject to the filing, notice, and hearing requirements of Bankruptcy Rule 3001.

(d)    The Debtors shall have 30 calendar days after receipt of a Notice of Proposed Transfer to file with the Court and serve on such Substantial Claimholder an objection to any proposed transfer of claims described in a Notice of Proposed Transfer on the grounds that such transfer may adversely affect the Debtors' ability to utilize their Tax Attributes.  If the Debtors file an objection, such transaction will not be effective unless approved by a final and nonappealable order of the Court.  If the Debtors file an objection, such transfer will not be effective unless approved by a final and nonappealable order of the Court.  If the Debtors do not object within such 30-day period, such transfer may proceed solely as set forth in the Notice of Proposed Transfer.  Further transactions within the scope of this paragraph must be the subject of additional notices as set forth herein with an additional 30-day waiting period.

(e)    For purposes of this Notice: (A) a "Substantial Claimholder" is any person or entity which beneficially owns an aggregate principal amount of claims against the debtors equal to or exceeding $100,000,000 or any controlled entity through which a Substantial Claimholder beneficially owns an indirect interest in claims against the Debtors, (B) "beneficial ownership" of claims includes direct and indirect ownership (e.g., a holding company would be considered to beneficially own all claims owned or acquired by its subsidiaries), ownership by family members and any group of persons acting pursuant to a formal or informal understanding to make a coordinated acquisition of claims, and ownership of claims which such holder has an option to acquire, and (C) an "option" to acquire claims includes any contingent purchase, put, contract to acquire a claim(s), or similar interest, regardless of whether it is contingent or otherwise not currently exercisable.

---

6    A Notice of Intent to Sell, Trade, or Otherwise Transfer, together with a Notice of Intent to Purchase, Acquire, or Accumulate, is hereinafter collectively referred to as a "Notice of Proposed Transfer."

PLEASE TAKE FURTHER NOTICE that, upon the request of any person, counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606-1285, Att'n John K. Lyons and Randall G. Reese, will provide a form of each of the required notices described above.

PLEASE TAKE FURTHER NOTICE that, upon the request of any person, Kurtzman Carson Consultants LLC (the "Official Copy Service"), 12910 Culver Boulevard, Suite I, Los Angeles, California, telephone: (310) 823-9000, fax: (310) 823-9133, shall supply a copy of the Order. The Official Copy Service shall supply a copy of the Order at a cost to be paid by the person requesting it at the prevailing fee being charged by the Official Copy Service. The Official Copy Service shall accommodate document requests during normal business hours, Monday to Friday (excluding recognized holidays).[7]

**FAILURE TO FOLLOW THE PROCEDURES SET FORTH IN THIS NOTICE SHALL CONSTITUTE A VIOLATION OF THE AUTOMATIC STAY PRESCRIBED BY SECTION 362 OF THE BANKRUPTCY CODE.**

**ANY PROHIBITED PURCHASE, SALE, TRADE, OR OTHER TRANSFER OF CLAIMS AGAINST, OR EQUITY SECURITIES IN, THE DEBTORS IN VIOLATION OF THE ORDER SHALL BE NULL AND VOID AB INITIO AND MAY BE PUNISHED BY CONTEMPT OR OTHER SANCTIONS IMPOSED BY THE BANKRUPTCY COURT.**

**THE DEBTORS PLAN OF REORGANIZATION MAY PROVIDE FOR THE DISALLOWANCE OF CLAIMS AGAINST OR INTERESTS IN THE DEBTORS TO THE EXTENT THAT THEY WOULD ENTITLE THE HOLDERS THEREOF TO A DISTRIBUTION OF 5% OR MORE OF THE VALUE OF THE REORGANIZED DEBTORS.**

---

[7]    Normal business hours for the Official Copy Service are from 7:00 a.m. to 6:00 p.m. (prevailing Pacific Time).

      PLEASE TAKE FURTHER NOTICE that the requirements set forth in this Notice are in addition to the requirements of Rule 3001(e) of the Federal Rules of Bankruptcy Procedure and applicable securities, corporate, and other laws, and do not excuse compliance therewith.

Dated:    [_____], 2005

 

                      Delphi Corporation
                      5725 Delphi Drive
                      Troy, Michigan  48098-2815
                      Attn: General Counsel and Chief Tax Officer

                      Skadden, Arps, Slate, Meagher &
                            Flom LLP
                      333 West Wacker Drive, Suite 2100
                      Chicago, Illinois 60606-1285
                      John Wm. Butler, Jr.
                      John K. Lyons
                      Ron E. Meisler