**SEYFARTH SHAW LLP**
1270 Avenue of the Americas, Suite 2500
New York, New York 10020-1801
Telephone:  (212) 218-5500
Facsimile:  (212) 218-5526
Robert W. Dremluk (RD-3109)

*Attorneys for Fujikura America, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————X
In re:                                              :
                                                    :    Chapter 11
DELPHI CORPORATION, et al.                          :    Case No. 05-44481 (RDD)
                                                    :    (Jointly Administered)
                        Debtors.                    :
———————————————————————X

**NOTICE OF APPEARANCE, REQUEST FOR**
**ALL NOTICES AND RESERVATION OF RIGHTS**

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, each of the undersigned hereby give notice of their entry of appearance on behalf of Fujikura America, Inc., a creditor and party in interest in the above-referenced Chapter 11 cases, and request that all notices given or required to be given to any creditor or party in these cases, and all papers served or required to be served upon any creditor or party in these cases, be served electronically as well as via U.S. mail upon the undersigned at the following addresses:

| | |
|---|---|
| Paul M. Baisier, Esq. | Robert W. Dremluk, Esq. |
| SEYFARTH SHAW LLP | SEYFARTH SHAW LLP |
| 1545 Peachtree Street, N.E. | 1270 Avenue of the Americas |
| Suite 700 | Suite 2500 |
| Atlanta, GA 30309-2401 | New York, NY 10020-1801 |
| Tel. (404) 885-1500 | Tel: (212) 218-5500 |
| Fax: (404) 892-7056 | Fax: (212) 218-5526 |
| Emails: pbaisier@seyfarth.com | Email: rdremluk@seyfarth.com |

NY1 25137031.1

The foregoing request includes all notices and papers referred to in Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and also includes, without limitation, notices of any orders, applications, complaints, hearings, motions, petitions, pleadings, or other documents brought before the Court in the above-captioned Chapter 11 cases. Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) this creditor's right to have final orders in non-core matters entered only after de novo review by a district judge, (ii) this creditor's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) this creditor's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which this creditor is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments this creditor expressly reserves.

This Notice of Appearance, Request for All Notices and Reservation of Rights shall not be construed as an appointment of Paul M. Baisier, Robert W. Dremluk or Seyfarth Shall LLP as an authorized agent of Fujikura America, Inc., either expressly or impliedly, for purposes of receiving service of process pursuant to Rule 7004 of the Federal Rules of Bankruptcy Procedure or Rule 4 of the Federal Rules of Civil Procedure.

Dated: October 12, 2005
Atlanta, GA                             SEYFARTH SHAW LLP

                                        By: /s/ Paul M. Baisier
                                        Paul M. Baisier
                                        SEYFARTH SHAW LLP
                                        1545 Peachtree Street, N.E.
                                        Suite 700
                                        Atlanta, GA 30309-2401
                                        Tel. (404) 885-1500
                                        Fax: (404) 892-7056
                                        Emails: pbaisier@seyfarth.com

Dated: October 12, 2005
New York, NY                            SEYFARTH SHAW LLP

                                        By: /s/ Robert W. Dremluk
                                        Robert W. Dremluk
                                        SEYFARTH SHAW LLP
                                        1270 Avenue of the Americas
                                        Suite 2500
                                        New York, NY 10020-1801
                                        Tel: (212) 218-5500
                                        Fax: (212) 218-5526
                                        Email: rdremluk@seyfarth.com

                                        *Attorneys for Fujikura America, Inc.*

**SEYFARTH SHAW LLP**
1270 Avenue of the Americas, Suite 2500
New York, New York 10020-1801
Telephone: (212) 218-5500
Facsimile: (212) 218-5526
Robert W. Dremluk (RD-3109)

*Attorneys for Fujikura America, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――X
In re:                                                              :
                                                                       :    Chapter 11
DELPHI CORPORATION, et al.                          :    Case No. 05-44481 (RDD)
                                                                       :    (Jointly Administered)
                                      Debtors.              :
―――――――――――――――――――――――X

CERTIFICATE OF SERVICE

      Robert W. Dremluk, being duly admitted to practice before the Southern District of New York, certifies that on the 12th day of October 2005, the foregoing Notice of Appearance, Request for All Notices and Reservation of Rights was served via postage prepaid, first class U.S. mail to the parties listed below:

| | |
|---|---|
| John Wm. Butler. Jr. | Alicia M. Leonhard |
| Skadden Arps Slate Meagher & Flom LLP | United States Trustee |
| 333 West Wacker Drive | 33 Whitehall Street |
| Chicago, IL 60606-1285 | 21st Floor |
| (312) 407-0730; Fax: (312) 407-0411 | New York, NY 10004 |
| jbutler@skadden.com | (212) 510-0500 |

Kayalyn A. Marafioti
Thomas J. Matz
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
(212) 735-3000; Fax: (212) 735-2000
kmarafio@skadden.com
tmatz@skadden.com

                                       /s/ Robert W. Dremluk
                                       Robert W. Dremluk

NY1 25137031.1