**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 05-44481(RDD) |
| DELPHI CORPORATION, et al., | Jointly Administered |
| Debtors | |

----------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Gordon J. Toering dated October 10, 2005, for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Gordon J. Toering is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: October 12, 2005
New York, New York

　　　　　　　　　　　　　　　　　　　　　　/s/Robert D. Drain
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE