**SEYFARTH SHAW LLP**
1270 Avenue of the Americas, Suite 2500
New York, New York 10020-1801
Telephone: (212) 218-5500
Facsimile: (212) 218-5526
Robert W. Dremluk (RD-3109)

*Attorneys for Fujikura America, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

––––––––––––––––––––––––––––––––––––––––X
In re:                                  :
                                        :   Chapter 11
DELPHI CORPORATION, et al.,             :   Case No. 05-44481 (RDD)
                                        :   (Jointly Administered)
                        Debtors.        :
––––––––––––––––––––––––––––––––––––––––X

## NOTICE OF MOTION AND MOTION FOR *PRO HAC VICE* ADMISSION OF PAUL M. BAISIER

PLEASE TAKE NOTICE THAT upon the accompanying Affidavit of Paul M. Baisier, Robert W. Dremluk ("Movant"), a member in good standing of the Bar of the State of New York, an attorney admitted to practice before the United States District Court for the Southern District of New York, and a partner of Seyfarth Shaw LLP ("Seyfarth"), hereby moves this Court to enter an order permitting Paul M. Baisier, a partner of Seyfarth, a member in good standing of the Bars of the State of Illinois and Georgia, and an attorney admitted to practice before the United States District Court for the Northern District of Georgia and the Middle District of Georgia; to practice *pro hac vice* before the United States District Court for the Southern District of New York to represent Fujikura America, Inc. in the above-captioned matter, pursuant to Local Rule 1.3(c). In support of this Motion, Movant states as follows:

NY1 25137064.1

1. Mr. Baisier is a member of the law firm of Seyfarth Shaw LLP, 1545 Peachtreet Street, N.E., Suite 700, Atlanta, Georgia 30309-2401 (telephone 404-885-1500).

2. Mr. Baisier is and has been a member in good standing of the Bars of the State of Illinois and Georgia; and is an attorney admitted to practice before the United States District Court for the Northern District of Georgia and the Middle District of Georgia.

3. If admitted to practice before this Court, Mr. Baisier will faithfully adhere to all rules applicable to his conduct in connection with his activities representing Fujikura America, Inc. in this matter.

4. No prior motions to admit Mr. Baisier have been made in this matter.

5. Mr. Baisier agrees to pay the fee of $25.00 upon approval by this Court admitting him to practice *pro hac vice.*

Therefore, Movant respectfully requests that for the foregoing reasons, this Court enter an Order permitting Paul M. Baisier, Esq., to appear as counsel for Fujikura America, Inc. *pro hac vice* in the above-captioned matter.

DATED this 12th day of October, 2005.

Respectfully submitted,

/s/ Robert W. Dremluk
Robert W. Dremluk (RD-3109)
**SEYFARTH SHAW LLP**
1270 Avenue of the Americas
Suite 2500
New York, New York 10020-1801
Telephone:  (212) 218-5500
Facsimile:   (212) 218-5526
rdremluk@seyfarth.com

*Attorneys for Fujikura America, Inc.*

NY1 25137064.1

**SEYFARTH SHAW LLP**
1270 Avenue of the Americas, Suite 2500
New York, New York 10020-1801
Telephone:  (212) 218-5500
Facsimile:   (212) 218-5526
Robert W. Dremluk (RD-3109)

*Attorneys for Fujikura America, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————X
In re:                                                                   :
                                                                           :   Chapter 11
DELPHI CORPORATION, et al.,                       :   Case No. 05-44481 (RDD)
                                                                           :   (Jointly Administered)
                            Debtors.                          :
———————————————————————X

**AFFIDAVIT OF PAUL M. BAISIER**
**IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION**

Paul M. Baisier, Esq., being duly sworn, hereby deposes and says as follows:

1. I am a partner of the law firm of Seyfarth Shaw, 1545 Peachtree Street, N.E., Suite 700, Atlanta, Georgia 30309-2401 (telephone 404-885-1500).

2. I submit this affidavit in support of this motion for admission to practice *pro hac vice* in the above-captioned matter.

3. I am and have been a member in good standing of the Bars of the State of Illinois and Georgia; and an attorney admitted to practice before the United States District Court for the Northern District of Georgia and Middle District of Georgia.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned matter.

Executed this 12th day of October, 2005.

/s/ Paul M. Baisier
Paul M. Baisier

NY1 25137064.1

**SEYFARTH SHAW LLP**
1270 Avenue of the Americas, Suite 2500
New York, New York 10020-1801
Telephone: (212) 218-5500
Facsimile: (212) 218-5526
Robert W. Dremluk (RD-3109)

*Attorneys for Fujikura America, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――X
In re:                                                  :
                                                        :   Chapter 11
DELPHI CORPORATION, et al.,                             :   Case No. 05-44481 (RDD)
                                                        :   (Jointly Administered)
                         Debtors.                       :
―――――――――――――――――――――――X

## ORDER GRANTING *PRO HAC VICE* ADMISSION

Having considered the Motion for *Pro Hac Vice* Admission of Paul M. Baisier, Esq., it is hereby

ORDERED that Paul M. Baisier, Esq. is admitted *pro hac vice* for the limited purpose of appearing as counsel for Fujikura America, Inc. in the above-captioned matter.

Dated: October ___, 2005

                                                        _____
                                                        Robert D. Drain
                                                        United States Bankruptcy Judge

NY1 25137064.1

# CERTIFICATE OF SERVICE

I, Robert W. Dremluk, an attorney, hereby certify that on this 12th day of October, 2005, a copy of the foregoing Notice of Motion and Motion for *Pro Hac Vice* Admission of Paul M. Baisier, Esq. and Affidavit of Paul M. Baisier, Esq. in Support of *Pro Hac Vice* Admission were mailed, first-class, postage prepaid to:

John Wm. Butler. Jr.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL  60606-1285
(312) 407-0730
Fax: (312) 407-0411
jbutler@skadden.com

Kayalyn A. Marafioti
Thomas J. Matz
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
(212) 735-3000
Fax: (212) 735-2000
kmarafio@skadden.com
tmatz@skadden.com

Alicia M. Leonhard
United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500

/s/ Robert W. Dremluk
Robert W. Dremluk (RD-3109)
**SEYFARTH SHAW LLP**
1270 Avenue of the Americas
Suite 2500
New York, New York 10020-1801
Telephone:  (212) 218-5500
Facsimile:   (212) 218-5526
rdremluk@seyfarth.com

*Attorneys for Fujikura America, Inc.*