Autocam Corporation
Global Headquarters
4436 Broadmoor SE
Kentwood, MI 49512 USA

tel: 616 698 0707
toll free: 800 747 6978
fax: 616 698 6876

www.autocam.com

October 11, 2005

**VIA FACSIMILE**
(248) 813-4588

**VIA FACSIMILE**
(917) 777-2350

Robert T. Andary
Delphi Corporation
World Headquarters & Customer Center
5820 Delphi Drive
Troy, Michigan 48098-2815

Kayalyn A. Marafioti
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

RE:   **Delphi Corporation (Case No. 05-44481)**
      **NOTICE OF RECLAMATION**

Dear Sir or Madam:

THIS IS A NOTICE OF RECLAMATION transmitted to you pursuant to Section 2-702 of the Uniform Commercial Code and Section 546(c) of the Federal Bankruptcy Code in connection with the above Chapter 11 case recently commenced in the United Stated Bankruptcy Court for the Southern District of New York.

Autocam Corporation and its subsidiaries has shipped to Delphi Corporation goods in the approximate amount of $2,416,536.36 within the time period permitted for such reclamation. Accompanying this letter is a summary of the shipment dates and amounts evidencing this debt. Attached is a listing of the invoices included. Copies of the invoices listed can be supplied on request. As of this date, Delphi Corporation has not remitted payment for these goods.

Autocam Corporation hereby demands that you segregate the goods evidenced by the shipment dates in the attached summary, and immediately return all of the goods evidenced by this correspondence.

Very truly yours,

AUTOCAM CORPORATION

Stuart F. Cheney
General Counsel

Enclosures

cc:   Clerk of the Bankruptcy Court (w/enc) (via Federal Express)



RECEIVED
OCT 1 2 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

arcarop02.p f*
Page: 1
Aging Date 10/11/05

27.17 AR Aging by Invoice Date Report
Autocam Corp.

Date: 10/11/05
Time: 13:14:53

00100200 Delphi Systems

State: MI   Last Payment: 10/07/05 Attn: Accounts Payable   Tel:

| Ref | T | T Date | Cr Terms Iv | Dn Iv | Less Than 30 Days Old | Over 30 Days Old | Over 60 Days Old | Over 90 Days Old | Total Amount |
|---|---|---|---|---|---|---|---|---|---|
| 01099160 | I | 09/19/05 | 25FRX | | 2,810.70 | 0.00 | 0.00 | 0.00 | 2,810.70 |
| 01099161 | I | 09/19/05 | 25FRX | | 1,103.22 | 0.00 | 0.00 | 0.00 | 1,103.22 |
| 01099191 | I | 09/19/05 | 25FRX | | 47,011.59 | 0.00 | 0.00 | 0.00 | 47,011.59 |
| 01099192 | I | 09/19/05 | 25FRX | | 6,494.93 | 0.00 | 0.00 | 0.00 | 6,494.93 |
| 01099193 | I | 09/19/05 | 25FRX | | 8,371.34 | 0.00 | 0.00 | 0.00 | 8,371.34 |
| 01099196 | I | 09/19/05 | 25FRX | | 3,747.60 | 0.00 | 0.00 | 0.00 | 3,747.60 |
| 01099201 | I | 09/19/05 | 25FRX | | 858.00 | 0.00 | 0.00 | 0.00 | 858.00 |
| 01099202 | I | 09/19/05 | 25FRX | | 3,184.80 | 0.00 | 0.00 | 0.00 | 3,184.80 |
| 01099203 | I | 09/19/05 | 25FRX | | 429.00 | 0.00 | 0.00 | 0.00 | 429.00 |
| 01099204 | I | 09/19/05 | 25FRX | | 429.00 | 0.00 | 0.00 | 0.00 | 429.00 |
| 01099205 | I | 09/19/05 | 25FRX | | 429.00 | 0.00 | 0.00 | 0.00 | 429.00 |
| 01099207 | I | 09/19/05 | 25FRX | | 858.00 | 0.00 | 0.00 | 0.00 | 858.00 |
| 01099234 | I | 09/19/05 | 25FRX | | 9,593.85 | 0.00 | 0.00 | 0.00 | 9,593.85 |
| 01099236 | I | 09/19/05 | 25FRX | | 936.90 | 0.00 | 0.00 | 0.00 | 936.90 |
| 01099237 | I | 09/19/05 | NET30 | | 1,426.56 | 0.00 | 0.00 | 0.00 | 1,426.56 |
| 01099238 | I | 09/19/05 | NET30 | | 756.09 | 0.00 | 0.00 | 0.00 | 756.09 |
| 01099239 | I | 09/19/05 | NET30 | | 132.40 | 0.00 | 0.00 | 0.00 | 132.40 |
| 01099255 | I | 09/19/05 | NET30 | | 621.94 | 0.00 | 0.00 | 0.00 | 621.94 |
| 01099260 | I | 09/19/05 | NET30 | | 2,873.60 | 0.00 | 0.00 | 0.00 | 2,873.60 |
| 01099268 | I | 09/20/05 | 25FRX | | 1,103.22 | 0.00 | 0.00 | 0.00 | 1,103.22 |
| 01099273 | I | 09/20/05 | 25FRX | | 4,430.46 | 0.00 | 0.00 | 0.00 | 4,430.46 |
| 01099274 | I | 09/20/05 | 25FRX | | 6,089.86 | 0.00 | 0.00 | 0.00 | 6,089.86 |
| 01099278 | I | 09/20/05 | 25FRX | | 468.45 | 0.00 | 0.00 | 0.00 | 468.45 |
| 01099279 | I | 09/20/05 | 25FRX | | 1,898.09 | 0.00 | 0.00 | 0.00 | 1,898.09 |
| 01099280 | I | 09/20/05 | 25FRX | | 3,258.09 | 0.00 | 0.00 | 0.00 | 3,258.09 |
| 01099300 | I | 09/20/05 | 25FRX | | 19,454.79 | 0.00 | 0.00 | 0.00 | 19,454.79 |
| 01099307 | I | 09/20/05 | 25FRX | | 3,164.62 | 0.00 | 0.00 | 0.00 | 3,164.62 |
| 01099308 | I | 09/20/05 | 25FRX | | 7,930.74 | 0.00 | 0.00 | 0.00 | 7,930.74 |
| 01099309 | I | 09/20/05 | 25FRX | | 2,342.25 | 0.00 | 0.00 | 0.00 | 2,342.25 |
| 01099343 | I | 09/20/05 | 25FRX | | 47,011.59 | 0.00 | 0.00 | 0.00 | 47,011.59 |
| 01099344 | I | 09/20/05 | 25FRX | | 8,860.92 | 0.00 | 0.00 | 0.00 | 8,860.92 |
| 01099355 | I | 09/20/05 | 25FRX | | 12,969.86 | 0.00 | 0.00 | 0.00 | 12,969.86 |
| 01099357 | I | 09/20/05 | 25FRX | | 3,279.15 | 0.00 | 0.00 | 0.00 | 3,279.15 |
| 01099362 | I | 09/20/05 | NET30 | | 1,205.98 | 0.00 | 0.00 | 0.00 | 1,205.98 |
| 01099363 | I | 09/20/05 | NET30 | | 1,196.92 | 0.00 | 0.00 | 0.00 | 1,196.92 |
| 01099364 | I | 09/20/05 | NET30 | | 132.40 | 0.00 | 0.00 | 0.00 | 132.40 |
| 01099365 | I | 09/20/05 | NET30 | | 666.45 | 0.00 | 0.00 | 0.00 | 666.45 |
| 01099366 | I | 09/20/05 | 25FRX | | 440.60 | 0.00 | 0.00 | 0.00 | 440.60 |
| 01099367 | I | 09/20/05 | 25FRX | | 1,898.77 | 0.00 | 0.00 | 0.00 | 1,898.77 |
| 01099369 | I | 09/20/05 | 25FRX | | 4,863.70 | 0.00 | 0.00 | 0.00 | 4,863.70 |
| 01099371 | I | 09/20/05 | 25FRX | | 2,342.25 | 0.00 | 0.00 | 0.00 | 2,342.25 |
| 01099372 | I | 09/20/05 | 25FRX | | 4,216.05 | 0.00 | 0.00 | 0.00 | 4,216.05 |
| 01099376 | I | 09/21/05 | 25FRX | | 1,405.35 | 0.00 | 0.00 | 0.00 | 1,405.35 |
| 01099379 | I | 09/21/05 | 25FRX | | 5,063.39 | 0.00 | 0.00 | 0.00 | 5,063.39 |
| 01099380 | I | 09/21/05 | 25FRX | | 1,078.07 | 0.00 | 0.00 | 0.00 | 1,078.07 |
| 01099381 | I | 09/21/05 | 25FRX | | 1,654.83 | 0.00 | 0.00 | 0.00 | 1,654.83 |
| 01099382 | I | 09/21/05 | 25FRX | | 4,344.12 | 0.00 | 0.00 | 0.00 | 4,344.12 |
| 01099938 | I | 09/21/05 | 25FRX | | 1,187.70 | 0.00 | 0.00 | 0.00 | 1,187.70 |
| 01099931 | I | 09/21/05 | 25FRX | | 1,061.60 | 0.00 | 0.00 | 0.00 | 1,061.60 |

arcsrp02.p f+
Page: 2

27.17 AR Aging by Invoice Date Report
Autocam Corp.

Date: 10/11/05
Time: 13:14:53

Aging Date  10/11/05

| Ref | T | Date | Cr Terms | Un Lv | Less Than 30 Days Old | Over 30 Days Old | Over 60 Days Old | Over 90 Days Old | Total Amount |
|---|---|---|---|---|---|---|---|---|---|
| 01099407 | I | 09/21/05 | 25PRX | | 3,242.47 | 0.00 | 0.00 | 0.00 | 3,242.47 |
| 01099414 | I | 09/21/05 | 25PRX | | 3,164.62 | 0.00 | 0.00 | 0.00 | 3,164.62 |
| 01099415 | I | 09/21/05 | 25PRX | | 3,965.37 | 0.00 | 0.00 | 0.00 | 3,965.37 |
| 01099416 | I | 09/21/05 | 25PRX | | 6,484.93 | 0.00 | 0.00 | 0.00 | 6,484.93 |
| 01099417 | I | 09/21/05 | 25PRX | | 3,279.15 | 0.00 | 0.00 | 0.00 | 3,279.15 |
| 01099422 | I | 09/21/05 | 25PRX | | 47,971.01 | 0.00 | 0.00 | 0.00 | 47,971.01 |
| 01099423 | I | 09/21/05 | 25PRX | | 2,156.13 | 0.00 | 0.00 | 0.00 | 2,156.13 |
| 01099425 | I | 09/21/05 | 25PRX | | 4,246.40 | 0.00 | 0.00 | 0.00 | 4,246.40 |
| 01099428 | I | 09/21/05 | 25PRX | | -12,309.70 | 0.00 | 0.00 | 0.00 | -12,309.70 |
| 01099428 | I | 09/21/05 | 25PRX | | 2,643.58 | 0.00 | 0.00 | 0.00 | 2,643.58 |
| 01099445 | I | 09/21/05 | 25PRX | | 4,663.70 | 0.00 | 0.00 | 0.00 | 4,663.70 |
| 01099446 | I | 09/21/05 | 25PRX | | 14,591.09 | 0.00 | 0.00 | 0.00 | 14,591.09 |
| 01099453 | I | 09/21/05 | 25PRX | | 1,405.35 | 0.00 | 0.00 | 0.00 | 1,405.35 |
| 01099453 | I | 09/20/05 | 25PRX | | 23,026.08 | 0.00 | 0.00 | 0.00 | 23,026.08 |
| 01099472 | I | 09/21/05 | NET30 | | 594.31 | 0.00 | 0.00 | 0.00 | 594.31 |
| 01099482 | I | 09/21/05 | 25PRX | | 2,514.40 | 0.00 | 0.00 | 0.00 | 2,514.40 |
| 01099484 | I | 09/21/05 | NET30 | | 4,863.70 | 0.00 | 0.00 | 0.00 | 4,863.70 |
| 01099488 | I | 09/21/05 | 25PRX | | 1,898.77 | 0.00 | 0.00 | 0.00 | 1,898.77 |
| 01099490 | I | 09/21/05 | 25PRX | | 1,762.39 | 0.00 | 0.00 | 0.00 | 1,762.39 |
| 01099491 | I | 09/21/05 | 25PRX | | 4,863.70 | 0.00 | 0.00 | 0.00 | 4,863.70 |
| 01099492 | I | 09/21/05 | 25PRX | | 9,727.40 | 0.00 | 0.00 | 0.00 | 9,727.40 |
| 01099496 | I | 09/21/05 | 25PRX | | 7,495.20 | 0.00 | 0.00 | 0.00 | 7,495.20 |
| 01099498 | I | 09/22/05 | 25PRX | | 3,524.77 | 0.00 | 0.00 | 0.00 | 3,524.77 |
| 01099507 | I | 09/22/05 | 25PRX | | 731.80 | 0.00 | 0.00 | 0.00 | 731.80 |
| 01099508 | I | 09/22/05 | 25PRX | | 6,484.93 | 0.00 | 0.00 | 0.00 | 6,484.93 |
| 01099509 | I | 09/22/05 | 25PRX | | 3,164.62 | 0.00 | 0.00 | 0.00 | 3,164.62 |
| 01099514 | I | 09/22/05 | 25PRX | | 48,450.72 | 0.00 | 0.00 | 0.00 | 48,450.72 |
| 01099515 | I | 09/22/05 | 25PRX | | 4,846.56 | 0.00 | 0.00 | 0.00 | 4,846.56 |
| 01099516 | I | 09/22/05 | 25PRX | | 2,654.00 | 0.00 | 0.00 | 0.00 | 2,654.00 |
| 01099517 | I | 09/22/05 | 25PRX | | 858.00 | 0.00 | 0.00 | 0.00 | 858.00 |
| 01099518 | I | 09/22/05 | 25PRX | | 1,716.00 | 0.00 | 0.00 | 0.00 | 1,716.00 |
| 01099519 | I | 09/22/05 | 25PRX | | 1,716.00 | 0.00 | 0.00 | 0.00 | 1,716.00 |
| 01099521 | I | 09/22/05 | 25PRX | | 4,863.70 | 0.00 | 0.00 | 0.00 | 4,863.70 |
| 01099523 | I | 09/22/05 | 25PRX | | 376.09 | 0.00 | 0.00 | 0.00 | 376.09 |
| 01099524 | I | 09/22/05 | 25PRX | | 2,342.25 | 0.00 | 0.00 | 0.00 | 2,342.25 |
| 01099546 | I | 09/22/05 | 25PRX | | 4,684.50 | 0.00 | 0.00 | 0.00 | 4,684.50 |
| 01099551 | I | 09/22/05 | 25PRX | | 2,531.69 | 0.00 | 0.00 | 0.00 | 2,531.69 |
| 01099551 | I | 09/22/05 | 25PRX | | 902.96 | 0.00 | 0.00 | 0.00 | 902.96 |
| 01099563 | I | 09/22/05 | NET10 | | 88,266.65 | 0.00 | 0.00 | 0.00 | 88,266.65 |
| 01099564 | I | 09/22/05 | 25PRX | | 5,696.31 | 0.00 | 0.00 | 0.00 | 5,696.31 |
| 01099565 | I | 09/22/05 | 25PRX | | 3,747.60 | 0.00 | 0.00 | 0.00 | 3,747.60 |
| 01099568 | I | 09/22/05 | 25PRX | | 6,484.93 | 0.00 | 0.00 | 0.00 | 6,484.93 |
| 01099573 | I | 09/23/05 | 25PRX | | 3,084.18 | 0.00 | 0.00 | 0.00 | 3,084.18 |
| 01099574 | I | 09/23/05 | 25PRX | | 1,078.07 | 0.00 | 0.00 | 0.00 | 1,078.07 |
| 01099575 | I | 09/23/05 | 25PRX | | 3,258.09 | 0.00 | 0.00 | 0.00 | 3,258.09 |
| 01099576 | I | 09/23/05 | 25PRX | | 1,654.83 | 0.00 | 0.00 | 0.00 | 1,654.83 |
| 01099577 | I | 09/23/05 | 25PRX | | 1,407.00 | 0.00 | 0.00 | 0.00 | 1,407.00 |
| 01099584 | I | 09/24/05 | 25PRX | | 9,727.40 | 0.00 | 0.00 | 0.00 | 9,727.40 |

arcexrpd2.p f*
Page: 3

Aging Date  10/11/05

27.17 AR Aging by Invoice Date Report
Autocam Corp.

Date: 10/11/05
Time: 13:14:53

| Ref | T | Date: | Cr Terms | Dn Lv | Less Than 30 Days Old | Over 30 Days Old | Over 60 Days Old | Over 90 Days Old | Total Amount |
|---|---|---|---|---|---|---|---|---|---|
| 01099597 | I | 09/23/05 | 25FRX | | 5,287.16 | 0.00 | 0.00 | 0.00 | 5,287.16 |
| 01099601 | I | 09/23/05 | 25FRX | | 6,962.16 | 0.00 | 0.00 | 0.00 | 6,962.16 |
| 01099608 | I | 09/23/05 | 25FRX | | 11,348.63 | 0.00 | 0.00 | 0.00 | 11,348.63 |
| 01099613 | I | 09/23/05 | 25FRX | | 936.90 | 0.00 | 0.00 | 0.00 | 936.90 |
| 01099620 | I | 09/23/05 | 25FRX | | 2,810.70 | 0.00 | 0.00 | 0.00 | 2,810.70 |
| 01099622 | I | 09/23/05 | 25FRX | | 1,061.60 | 0.00 | 0.00 | 0.00 | 1,061.60 |
| 01099626 | I | 09/23/05 | 25FRX | | 48,450.72 | 0.00 | 0.00 | 0.00 | 48,450.72 |
| 01099644 | I | 09/23/05 | NET30 | | 475.75 | 0.00 | 0.00 | 0.00 | 475.75 |
| 01099651 | I | 09/23/05 | 25FRX | | 4,863.70 | 0.00 | 0.00 | 0.00 | 4,863.70 |
| 01099677 | I | 09/23/05 | NET30 | | 322.24 | 0.00 | 0.00 | 0.00 | 322.24 |
| 01099678 | I | 09/23/05 | NET30 | | 841.28 | 0.00 | 0.00 | 0.00 | 841.28 |
| 01099680 | I | 09/23/05 | NET10 | | 2,514.40 | 0.00 | 0.00 | 0.00 | 2,514.40 |
| 01099681 | I | 09/23/05 | 25FRX | | 7,595.08 | 0.00 | 0.00 | 0.00 | 7,595.08 |
| 01099682 | I | 09/23/05 | 25FRX | | 2,342.25 | 0.00 | 0.00 | 0.00 | 2,342.25 |
| 01099683 | I | 09/23/05 | 25FRX | | 4,863.70 | 0.00 | 0.00 | 0.00 | 4,863.70 |
| 01099687 | I | 09/23/05 | 25FRX | | 2,531.69 | 0.00 | 0.00 | 0.00 | 2,531.69 |
| 01099688 | I | 09/23/05 | 25FRX | | 2,810.70 | 0.00 | 0.00 | 0.00 | 2,810.70 |
| 01099650 | I | 03/23/05 | 25FRX | | 8,106.16 | 0.00 | 0.00 | 0.00 | 8,106.16 |
| 01099691 | I | 09/23/05 | 25FRX | | 2,342.25 | 0.00 | 0.00 | 0.00 | 2,342.25 |
| 01099693 | I | 09/24/05 | 25FRX | | 4,863.70 | 0.00 | 0.00 | 0.00 | 4,863.70 |
| 01099694 | I | 09/24/05 | 25FRX | | 6,484.93 | 0.00 | 0.00 | 0.00 | 6,484.93 |
| 01099701 | I | 09/24/05 | NET30 | | 1,405.35 | 0.00 | 0.00 | 0.00 | 1,405.35 |
| 01099702 | I | 08/24/05 | 25FRX | | 8,228.00 | 0.00 | 0.00 | 0.00 | 8,228.00 |
| 01099703 | I | 09/24/05 | 25FRX | | 3,524.77 | 0.00 | 0.00 | 0.00 | 3,524.77 |
| 01099704 | I | 09/24/05 | NET30 | | 1,182.19 | 0.00 | 0.00 | 0.00 | 1,482.19 |
| 01099707 | I | 09/24/05 | 25FRX | | 6,484.93 | 0.00 | 0.00 | 0.00 | 6,484.93 |
| 01099712 | I | 09/24/05 | 25FRX | | 936.90 | 0.00 | 0.00 | 0.00 | 936.90 |
| 01099714 | I | 09/24/05 | NET10 | | 2,155.20 | 0.00 | 0.00 | 0.00 | 2,155.20 |
| 01099716 | I | 09/24/05 | 25FRX | | 3,965.37 | 0.00 | 0.00 | 0.00 | 3,965.37 |
| 01099718 | I | 09/24/05 | 25FRX | | 7,595.08 | 0.00 | 0.00 | 0.00 | 7,595.08 |
| 01099719 | I | 09/24/05 | 25FRX | | 6,484.93 | 0.00 | 0.00 | 0.00 | 6,484.93 |
| 01099720 | I | 09/24/05 | 25FRX | | 1,898.77 | 0.00 | 0.00 | 0.00 | 1,898.77 |
| 01099722 | I | 09/24/05 | 25FRX | | 6,558.30 | 0.00 | 0.00 | 0.00 | 6,558.30 |
| 01099727 | I | 09/25/05 | 25FRX | | 8,432.10 | 0.00 | 0.00 | 0.00 | 8,432.10 |
| 01099728 | I | 09/25/05 | 25FRX | | 4,216.05 | 0.00 | 0.00 | 0.00 | 4,216.05 |
| 01099732 | I | 09/26/05 | 25FRX | | 2,531.69 | 0.00 | 0.00 | 0.00 | 2,531.69 |
| 01099772 | I | 09/26/05 | 25FRX | | 12,969.86 | 0.00 | 0.00 | 0.00 | 12,969.86 |
| 01099734 | I | 09/26/05 | 25FRX | | 1,265.85 | 0.00 | 0.00 | 0.00 | 1,265.85 |
| 01099736 | I | 09/26/05 | 25FRX | | 281.40 | 0.00 | 0.00 | 0.00 | 281.40 |
| 01099757 | I | 09/26/05 | 25FRX | | 6,089.85 | 0.00 | 0.00 | 0.00 | 6,089.85 |
| 01099758 | I | 09/26/05 | 25FRX | | 1,061.60 | 0.00 | 0.00 | 0.00 | 1,061.60 |
| 01099759 | I | 09/26/05 | 25FRX | | 429.00 | 0.00 | 0.00 | 0.00 | 429.00 |
| 01099763 | I | 09/26/05 | 25FRX | | 858.00 | 0.00 | 0.00 | 0.00 | 858.00 |
| 01099767 | I | 09/26/05 | 25FRX | | 429.00 | 0.00 | 0.00 | 0.00 | 429.00 |
| 01099768 | I | 09/26/05 | 25FRX | | 429.00 | 0.00 | 0.00 | 0.00 | 429.00 |
| 01099770 | I | 09/26/05 | 25FRX | | 6,608.95 | 0.00 | 0.00 | 0.00 | 6,608.95 |
| 01099771 | I | 09/26/05 | 25FRX | | 8,106.16 | 0.00 | 0.00 | 0.00 | 8,106.16 |
| 01099777 | I | 09/26/05 | 25FRX | | 1,955.24 | 0.00 | 0.00 | 0.00 | 1,955.24 |
| 01099761 | I | 09/26/05 | 25FRX | | 5,308.00 | 0.00 | 0.00 | 0.00 | 5,308.00 |

arcarap03.p f*
Page: 4

27.17 AR Aging by Invoice Date Report
Autocam Corp.

Date: 10/11/05
Time: 13:14:53

Aging Date  10/11/05

| Ref | T | Date | Cr Terms | Dn Lv | Less Than 30 Days Old | Over 30 Days Old | Over 60 Days Old | Over 90 Days Old | Total Amount |
|---|---|---|---|---|---|---|---|---|---|
| 01099785 | I | 09/26/05 | 25PRX | | 51,328.98 | 0.00 | 0.00 | 0.00 | 51,328.98 |
| 01099801 | I | 09/26/05 | NET30 | | 79.44 | 0.00 | 0.00 | 0.00 | 79.44 |
| 01099814 | I | 09/26/05 | NET30 | | 364.84 | 0.00 | 0.00 | 0.00 | 364.84 |
| 01099815 | I | 09/26/05 | NET30 | | 8,228.00 | 0.00 | 0.00 | 0.00 | 8,228.00 |
| 01099816 | I | 09/26/05 | 25PRX | | 916.08 | 0.00 | 0.00 | 0.00 | 916.08 |
| 01099825 | I | 09/26/05 | NET30 | | 1,097.57 | 0.00 | 0.00 | 0.00 | 1,097.57 |
| 01099828 | I | 09/26/05 | NET30 | | 1,796.00 | 0.00 | 0.00 | 0.00 | 1,796.00 |
| 01099830 | I | 09/26/05 | NET30 | | 275.28 | 0.00 | 0.00 | 0.00 | 275.28 |
| 01099832 | I | 09/26/05 | 25PRX | | 16,212.33 | 0.00 | 0.00 | 0.00 | 16,212.33 |
| 01099834 | I | 09/26/05 | 25PRX | | 1,265.85 | 0.00 | 0.00 | 0.00 | 1,265.85 |
| 01099836 | I | 09/26/05 | 25PRX | | 5,152.95 | 0.00 | 0.00 | 0.00 | 5,152.95 |
| 01099837 | I | 09/26/05 | 25PRX | | -1,129.80 | 0.00 | 0.00 | 0.00 | -1,129.80 |
| 01099841 | I | 09/27/05 | 25PRX | | 2,810.70 | 0.00 | 0.00 | 0.00 | 2,810.70 |
| 01099842 | I | 09/27/05 | 25PRX | | 3,279.15 | 0.00 | 0.00 | 0.00 | 3,279.15 |
| 01099843 | I | 09/27/05 | 25PRX | | 1,654.83 | 0.00 | 0.00 | 0.00 | 1,654.83 |
| 01099848 | I | 09/27/05 | 25PRX | | 2,172.06 | 0.00 | 0.00 | 0.00 | 2,172.06 |
| 01099849 | I | 09/27/05 | 25PRX | | 1,716.00 | 0.00 | 0.00 | 0.00 | 1,716.00 |
| 01099851 | I | 09/27/05 | 25PRX | | 3,861.00 | 0.00 | 0.00 | 0.00 | 3,861.00 |
| 01099857 | I | 09/27/05 | 25PRX | | 858.00 | 0.00 | 0.00 | 0.00 | 858.00 |
| 01099861 | I | 09/27/05 | 25PRX | | 14,591.09 | 0.00 | 0.00 | 0.00 | 14,591.09 |
| 01099863 | I | 09/27/05 | 25PRX | | 50,369.56 | 0.00 | 0.00 | 0.00 | 50,369.56 |
| 01099864 | I | 09/27/05 | 25PRX | | 858.00 | 0.00 | 0.00 | 0.00 | 858.00 |
| 01099865 | I | 09/27/05 | 25PRX | | 429.00 | 0.00 | 0.00 | 0.00 | 429.00 |
| 01099868 | I | 09/27/05 | 25PRX | | 4,863.70 | 0.00 | 0.00 | 0.00 | 4,863.70 |
| 01099874 | I | 09/27/05 | 25PRX | | 3,184.80 | 0.00 | 0.00 | 0.00 | 3,184.80 |
| 01099876 | I | 09/27/05 | 25PRX | | 5,727.76 | 0.00 | 0.00 | 0.00 | 5,727.76 |
| 01099878 | I | 09/27/05 | 25PRX | | 1,898.77 | 0.00 | 0.00 | 0.00 | 1,898.77 |
| 01099883 | I | 09/27/05 | 25PRX | | 936.90 | 0.00 | 0.00 | 0.00 | 936.90 |
| 01099885 | I | 09/27/05 | 25PRX | | 3,279.15 | 0.00 | 0.00 | 0.00 | 3,279.15 |
| 01099888 | I | 09/27/05 | NET30 | | 558.64 | 0.00 | 0.00 | 0.00 | 558.64 |
| 01099922 | I | 09/27/05 | 25PRX | | 681.80 | 0.00 | 0.00 | 0.00 | 681.80 |
| 01099923 | I | 09/27/05 | NET30 | | 7,595.08 | 0.00 | 0.00 | 0.00 | 7,595.08 |
| 01099924 | I | 09/27/05 | 25PRX | | 3,747.60 | 0.00 | 0.00 | 0.00 | 3,747.60 |
| 01099925 | I | 09/27/05 | 25PRX | | 2,155.20 | 0.00 | 0.00 | 0.00 | 2,155.20 |
| 01099926 | I | 09/27/05 | 25PRX | | 9,727.40 | 0.00 | 0.00 | 0.00 | 9,727.40 |
| 01099927 | I | 09/27/05 | 25PRX | | 2,342.25 | 0.00 | 0.00 | 0.00 | 2,342.25 |
| 01099932 | I | 09/28/05 | 25PRX | | 4,846.56 | 0.00 | 0.00 | 0.00 | 4,846.56 |
| 01099951 | I | 09/28/05 | 25PRX | | 5,696.31 | 0.00 | 0.00 | 0.00 | 5,696.31 |
| 01099953 | I | 09/28/05 | 25PRX | | 837.96 | 0.00 | 0.00 | 0.00 | 837.96 |
| 01099960 | I | 09/28/05 | 25PRX | | -6,991.57 | 0.00 | 0.00 | 0.00 | -6,991.57 |
| 01099963 | I | 09/28/05 | 25PRX | | 3,242.47 | 0.00 | 0.00 | 0.00 | 3,242.47 |
| 01099966 | I | 09/28/05 | 25PRX | | 1,061.60 | 0.00 | 0.00 | 0.00 | 1,061.60 |
| 01099968 | I | 09/28/05 | 25PRX | | 50,369.56 | 0.00 | 0.00 | 0.00 | 50,369.56 |
| 01099970 | I | 09/28/05 | 25PRX | | 3,797.54 | 0.00 | 0.00 | 0.00 | 3,797.54 |
| 01099974 | I | 09/28/05 | 25PRX | | -4,863.70 | 0.00 | 0.00 | 0.00 | -4,863.70 |
| 01099976 | I | 09/27/05 | 25PRX | | 2,810.70 | 0.00 | 0.00 | 0.00 | 2,810.70 |
| 01099977 | I | 09/28/05 | 25PRX | | 3,242.47 | 0.00 | 0.00 | 0.00 | 3,242.47 |
| 01099979 | I | 09/28/05 | 25PRX | | 23,026.08 | 0.00 | 0.00 | 0.00 | 23,026.08 |
| 01099976 | I | 09/27/05 | 25PRX | | 1,609.81 | 0.00 | 0.00 | 0.00 | 1,609.81 |
| 01099977 | I | 09/28/05 | NET30 | | 378.75 | 0.00 | 0.00 | 0.00 | 378.75 |
| 01099979 | I | 09/28/05 | NET30 | | 2,531.69 | 0.00 | 0.00 | 0.00 | 2,531.69 |
| 01099987 | I | 09/28/05 | 25PRX | | | | | | |

arcsrp02.p f+
Page: 5

27.17 AR Aging by Invoice Date Report
Autocam Corp.

Date: 10/11/05
Time: 13:14:53

Aging Date    10/11/05

| Ref | T | Date | Cr Terms | Dn Lv | Less Than 30 Days Old | Over 30 Days Old | Over 60 Days Old | Over 90 Days Old | Total Amount |
|---|---|---|---|---|---|---|---|---|---|
| 01099995 | I | 09/28/05 | 25PRX | | 8,106.16 | 0.00 | 0.00 | 0.00 | 8,106.16 |
| 01100019 | I | 09/28/05 | 25PRX | | 3,279.15 | 0.00 | 0.00 | 0.00 | 3,279.15 |
| 01100033 | I | 09/28/05 | 25PRX | | 4,863.70 | 0.00 | 0.00 | 0.00 | 4,863.70 |
| 01100034 | I | 09/28/05 | NET30 | | 1,436.80 | 0.00 | 0.00 | 0.00 | 1,436.80 |
| 01100036 | I | 09/28/05 | 25PRX | | 3,747.60 | 0.00 | 0.00 | 0.00 | 3,747.60 |
| 01100037 | I | 09/28/05 | 25PRX | | 2,531.69 | 0.00 | 0.00 | 0.00 | 2,531.69 |
| 01100038 | I | 09/28/05 | 25PRX | | 9,252.53 | 0.00 | 0.00 | 0.00 | 9,252.53 |
| 01100040 | I | 09/28/05 | 25PRX | | 4,610.73 | 0.00 | 0.00 | 0.00 | 4,610.73 |
| 01100041 | I | 09/28/05 | 25PRX | | 1,265.85 | 0.00 | 0.00 | 0.00 | 1,265.85 |
| 01100042 | I | 09/28/05 | 25PRX | | 3,747.60 | 0.00 | 0.00 | 0.00 | 3,747.60 |
| 01100043 | I | 09/28/05 | 25PRX | | 632.92 | 0.00 | 0.00 | 0.00 | 632.92 |
| 01100052 | I | 09/29/05 | 25PRX | | 6,484.93 | 0.00 | 0.00 | 0.00 | 6,484.93 |
| 01100053 | I | 09/29/05 | 25PRX | | 2,531.69 | 0.00 | 0.00 | 0.00 | 2,531.69 |
| 01100057 | I | 09/29/05 | 25PRX | | 440.60 | 0.00 | 0.00 | 0.00 | 440.60 |
| 01100058 | I | 09/29/05 | 25PRX | | 1,654.83 | 0.00 | 0.00 | 0.00 | 1,654.83 |
| 01100059 | I | 09/29/05 | 25PRX | | 2,172.06 | 0.00 | 0.00 | 0.00 | 2,172.06 |
| 01100060 | I | 09/29/05 | 25PRX | | 1,621.23 | 0.00 | 0.00 | 0.00 | 1,621.23 |
| 01100061 | I | 09/29/05 | 25PRX | | 632.92 | 0.00 | 0.00 | 0.00 | 632.92 |
| 01100062 | I | 09/29/05 | 25PRX | | 3,504.00 | 0.00 | 0.00 | 0.00 | 3,504.00 |
| 01100063 | I | 09/29/05 | 25PRX | | 1,117.28 | 0.00 | 0.00 | 0.00 | 1,117.28 |
| 01100071 | I | 09/29/05 | 25PRX | | 1,621.23 | 0.00 | 0.00 | 0.00 | 1,621.23 |
| 01100074 | I | 09/29/05 | 25PRX | | 2,531.69 | 0.00 | 0.00 | 0.00 | 2,531.69 |
| 01100079 | I | 09/29/05 | 25PRX | | 3,242.47 | 0.00 | 0.00 | 0.00 | 3,242.47 |
| 01100082 | I | 09/29/05 | 25PRX | | 4,246.40 | 0.00 | 0.00 | 0.00 | 4,246.40 |
| 01100084 | I | 09/29/05 | 25PRX | | 50,569.56 | 0.00 | 0.00 | 0.00 | 50,569.56 |
| 01100088 | I | 09/29/05 | 25PRX | | 2,810.70 | 0.00 | 0.00 | 0.00 | 2,810.70 |
| 01100094 | I | 09/29/05 | NET30 | | 1,383.00 | 0.00 | 0.00 | 0.00 | 1,383.00 |
| 01100097 | I | 09/29/05 | 25PRX | | 1,621.23 | 0.00 | 0.00 | 0.00 | 1,621.23 |
| 01100098 | I | 09/29/05 | NET30 | | 119.16 | 0.00 | 0.00 | 0.00 | 119.16 |
| 01100110 | I | 09/29/05 | 25PRX | | 3,242.47 | 0.00 | 0.00 | 0.00 | 3,242.47 |
| 01100121 | I | 09/29/05 | 25PRX | | 1,873.80 | 0.00 | 0.00 | 0.00 | 1,873.80 |
| 01100136 | I | 09/29/05 | NET30 | | 1,677.03 | 0.00 | 0.00 | 0.00 | 1,677.03 |
| 01100145 | I | 09/29/05 | 25PRX | | 4,863.70 | 0.00 | 0.00 | 0.00 | 4,863.70 |
| 01100147 | I | 09/29/05 | 25PRX | | 956.90 | 0.00 | 0.00 | 0.00 | 956.90 |
| 01100152 | I | 09/29/05 | NET30 | | 256.43 | 0.00 | 0.00 | 0.00 | 256.43 |
| 01100153 | I | 09/29/05 | 25PRX | | 2,873.60 | 0.00 | 0.00 | 0.00 | 2,873.60 |
| 01100154 | I | 09/29/05 | 25PRX | | 2,342.25 | 0.00 | 0.00 | 0.00 | 2,342.25 |
| 01100155 | I | 09/29/05 | 25PRX | | 3,797.54 | 0.00 | 0.00 | 0.00 | 3,797.54 |
| 01100156 | I | 09/29/05 | 25PRX | | 1,621.23 | 0.00 | 0.00 | 0.00 | 1,621.23 |
| 01100157 | I | 09/29/05 | 25PRX | | 3,747.60 | 0.00 | 0.00 | 0.00 | 3,747.60 |
| 01100159 | I | 09/29/05 | 25PRX | | 1,265.85 | 0.00 | 0.00 | 0.00 | 1,265.85 |
| 01100160 | I | 09/29/05 | 25PRX | | 3,242.47 | 0.00 | 0.00 | 0.00 | 3,242.47 |
| 01100164 | I | 09/29/05 | 25PRX | | 3,747.60 | 0.00 | 0.00 | 0.00 | 3,747.60 |
| 01100165 | I | 09/29/05 | 25PRX | | 1,265.85 | 0.00 | 0.00 | 0.00 | 1,265.85 |
| 01100166 | I | 09/29/05 | 25PRX | | 1,621.23 | 0.00 | 0.00 | 0.00 | 1,621.23 |
| 01100167 | I | 09/30/05 | 25PRX | | 1,621.23 | 0.00 | 0.00 | 0.00 | 1,621.23 |
| 01100169 | I | 09/30/05 | 25PRX | | 3,242.47 | 0.00 | 0.00 | 0.00 | 3,242.47 |
| 01100170 | I | 09/30/05 | 25PRX | | 1,621.23 | 0.00 | 0.00 | 0.00 | 1,621.23 |
| 01100171 | I | 09/30/05 | 25PRX | | 551.61 | 0.00 | 0.00 | 0.00 | 551.61 |
| 01100172 | I | 09/30/05 | 25PRX | | 279.32 | 0.00 | 0.00 | 0.00 | 279.32 |
| 01100175 | I | 09/30/05 | 25PRX | | 1,168.00 | 0.00 | 0.00 | 0.00 | 1,168.00 |

arcsrp02-p 5+
Page: 6

Date: 10/11/05
Time: 13:14:53

Aging Date  10/11/05

27.17 AR Aging by Invoice Date Report
Autocam Corp.

| Ref | T | Date | Cr Terms | Pn Lv | Less Than 30 Days Old | Over 30 Days Old | Over 60 Days Old | Over 90 Days Old | Total Amount |
|---|---|---|---|---|---|---|---|---|---|
| 01100192 | I | 09/30/05 | 25PPX | | 3,242.47 | 0.00 | 0.00 | 0.00 | 3,242.47 |
| 01100201 | I | 09/30/05 | 25PPX | | 3,797.54 | 0.00 | 0.00 | 0.00 | 3,797.54 |
| 01100210 | I | 09/29/05 | 25PPX | | 88,266.65 | 0.00 | 0.00 | 0.00 | 88,266.65 |
| 01100211 | I | 09/30/05 | 25PPX | | 4,777.20 | 0.00 | 0.00 | 0.00 | 4,777.20 |
| 01100213 | I | 09/30/05 | 25PPX | | 2,145.00 | 0.00 | 0.00 | 0.00 | 2,145.00 |
| 01100214 | I | 09/30/05 | 25PPX | | 858.00 | 0.00 | 0.00 | 0.00 | 858.00 |
| 01100215 | I | 09/30/05 | 25PPX | | 1,716.00 | 0.00 | 0.00 | 0.00 | 1,716.00 |
| 01100216 | I | 09/30/05 | 25PPX | | 1,287.00 | 0.00 | 0.00 | 0.00 | 1,287.00 |
| 01100217 | I | 09/30/05 | 25PPX | | 50,369.56 | 0.00 | 0.00 | 0.00 | 50,369.56 |
| 01100219 | I | 09/30/05 | 25PPX | | 1,265.85 | 0.00 | 0.00 | 0.00 | 1,265.85 |
| 01100220 | I | 09/30/05 | 25PPX | | 1,762.39 | 0.00 | 0.00 | 0.00 | 1,762.39 |
| 01100222 | I | 09/30/05 | 25PPX | | 6,484.93 | 0.00 | 0.00 | 0.00 | 6,484.93 |
| 01100236 | I | 09/30/05 | NET10 | | 1,383.00 | 0.00 | 0.00 | 0.00 | 1,383.00 |
| 01100237 | I | 09/30/05 | NET10 | | 840.56 | 0.00 | 0.00 | 0.00 | 840.56 |
| 01100245 | I | 09/30/05 | 25PPX | | 1,898.77 | 0.00 | 0.00 | 0.00 | 1,898.77 |
| 01100246 | I | 09/30/05 | 25PPX | | 5,442.81 | 0.00 | 0.00 | 0.00 | 5,442.81 |
| 01100248 | I | 09/30/05 | 25PRX | | 1,103.22 | 0.00 | 0.00 | 0.00 | 1,103.22 |
| 01100250 | I | 09/30/05 | 25PRX | | 1,873.80 | 0.00 | 0.00 | 0.00 | 1,873.80 |
| 01100293 | I | 09/30/05 | 25PRX | | 1,265.85 | 0.00 | 0.00 | 0.00 | 1,265.85 |
| 01100294 | I | 09/30/05 | NET10 | | 4,216.05 | 0.00 | 0.00 | 0.00 | 4,216.05 |
| 01100295 | I | 09/30/05 | NET10 | | 2,155.20 | 0.00 | 0.00 | 0.00 | 2,155.20 |
| 01100296 | I | 09/30/05 | NET10 | | 720.26 | 0.00 | 0.00 | 0.00 | 720.26 |
| 01100298 | I | 09/30/05 | 25PRX | | 1,106.40 | 0.00 | 0.00 | 0.00 | 1,106.40 |
| 01100299 | I | 09/30/05 | 25PRX | | 1,898.77 | 0.00 | 0.00 | 0.00 | 1,898.77 |
| 01100301 | I | 09/30/05 | 25PRX | | 1,873.80 | 0.00 | 0.00 | 0.00 | 1,873.80 |
| 01100302 | I | 09/30/05 | 25PPX | | 3,797.54 | 0.00 | 0.00 | 0.00 | 3,797.54 |
| 01100303 | I | 09/30/05 | 25PPX | | 4,684.50 | 0.00 | 0.00 | 0.00 | 4,684.50 |
| 01100304 | I | 09/30/05 | 25PPX | | 4,863.70 | 0.00 | 0.00 | 0.00 | 4,863.70 |
| 01100306 | I | 09/30/05 | 25PPX | | 3,164.62 | 0.00 | 0.00 | 0.00 | 3,164.62 |
| 01100309 | I | 10/01/05 | 25PPX | | 4,684.50 | 0.00 | 0.00 | 0.00 | 4,684.50 |
| 01100311 | I | 10/01/05 | 25PPX | | 3,242.47 | 0.00 | 0.00 | 0.00 | 3,242.47 |
| 01100316 | I | 10/01/05 | 25PPX | | 632.92 | 0.00 | 0.00 | 0.00 | 632.92 |
| 01100318 | I | 10/01/05 | 25PPX | | 3,164.62 | 0.00 | 0.00 | 0.00 | 3,164.62 |
| 01100320 | I | 10/01/05 | 25PPX | | 863.70 | 0.00 | 0.00 | 0.00 | 863.70 |
| 01100323 | I | 10/01/05 | 25PPX | | 1,873.80 | 0.00 | 0.00 | 0.00 | 1,873.80 |
| 01100328 | I | 10/01/05 | NET10 | | 1,538.57 | 0.00 | 0.00 | 0.00 | 1,538.57 |
| 01100331 | I | 10/01/05 | 25PPX | | 4,863.70 | 0.00 | 0.00 | 0.00 | 4,863.70 |
| 01100332 | I | 10/01/05 | 25PPX | | 4,405.97 | 0.00 | 0.00 | 0.00 | 4,405.97 |
| 01100335 | I | 10/01/05 | NET10 | | 2,155.20 | 0.00 | 0.00 | 0.00 | 2,155.20 |
| 01100338 | I | 10/02/05 | 25PPX | | 8,106.16 | 0.00 | 0.00 | 0.00 | 8,106.16 |
| 01100339 | I | 10/02/05 | 25PPX | | 3,747.60 | 0.00 | 0.00 | 0.00 | 3,747.60 |
| 01100340 | I | 10/02/05 | 25PPX | | 3,084.18 | 0.00 | 0.00 | 0.00 | 3,084.18 |
| 01100344 | I | 10/02/05 | 25PPX | | 1,898.77 | 0.00 | 0.00 | 0.00 | 1,898.77 |
| 01100348 | I | 10/02/05 | 25PPX | | 5,152.95 | 0.00 | 0.00 | 0.00 | 5,152.95 |
| 01100349 | I | 10/02/05 | 25PPX | | 19,454.79 | 0.00 | 0.00 | 0.00 | 19,454.79 |
| 01100350 | I | 10/02/05 | 25PPX | | 12,658.46 | 0.00 | 0.00 | 0.00 | 12,658.46 |
| 01100351 | I | 10/02/05 | 25PPX | | 7,930.74 | 0.00 | 0.00 | 0.00 | 7,930.74 |
| 01100355 | I | 10/03/05 | 25PPX | | 2,172.06 | 0.00 | 0.00 | 0.00 | 2,172.06 |
| 01100361 | I | 10/03/05 | NET30 | | 8,196.19 | 0.00 | 0.00 | 0.00 | 8,196.19 |
| 01100383 | I | 10/03/05 | 25PRX | | 3,279.15 | 0.00 | 0.00 | 0.00 | 3,279.15 |
| 01100384 | I | 10/03/05 | 25PRX | | 14,099.10 | 0.00 | 0.00 | 0.00 | 14,099.10 |

arcsrpt02.p f*
Page: 7

Aging Date 10/11/05

27.17 AR Aging by Invoice Date Report
Autocam Corp.

Date: 10/11/05
Time: 13:14:53

| Ref # | Date | Cr Terms | Dn Lvr | Less Than 30 Days Old | Over 30 Days Old | Over 60 Days Old | Over 90 Days Old | Total Amount |
|---|---|---|---|---|---|---|---|---|
| 01100389 I | 10/03/05 | 25PRX | | 50,369.56 | 0.00 | 0.00 | 0.00 | 50,369.56 |
| 01100391 I | 10/03/05 | 25PRX | | 858.00 | 0.00 | 0.00 | 0.00 | 858.00 |
| 01100392 I | 10/03/05 | 25PRX | | 2,172.06 | 0.00 | 0.00 | 0.00 | 2,172.06 |
| 01100396 I | 10/03/05 | 25PRX | | 3,184.80 | 0.00 | 0.00 | 0.00 | 3,184.80 |
| 01100397 I | 10/03/05 | 25PRX | | 3,432.00 | 0.00 | 0.00 | 0.00 | 3,432.00 |
| 01100407 I | 10/01/05 | 25PRX | | 3,235.43 | 0.00 | 0.00 | 0.00 | 3,235.43 |
| 01100408 I | 10/02/05 | 25PRX | | 1,621.23 | 0.00 | 0.00 | 0.00 | 1,621.23 |
| 01100409 I | 10/03/05 | 25PRX | | 1,621.23 | 0.00 | 0.00 | 0.00 | 1,621.23 |
| 01100410 I | 10/03/05 | 25PRX | | 1,621.23 | 0.00 | 0.00 | 0.00 | 1,621.23 |
| 01100411 I | 10/03/05 | 25PRX | | 1,621.23 | 0.00 | 0.00 | 0.00 | 1,621.23 |
| 01100412 I | 10/03/05 | 25PRX | | 2,589.47 | 0.00 | 0.00 | 0.00 | 2,589.47 |
| 01100413 I | 10/03/05 | 25PRX | | 1,342.58 | 0.00 | 0.00 | 0.00 | 1,342.58 |
| 01100415 I | 10/03/05 | 25PRX | | 4,863.70 | 0.00 | 0.00 | 0.00 | 4,863.70 |
| 01100416 I | 10/02/05 | 25PRX | | 1,621.23 | 0.00 | 0.00 | 0.00 | 1,621.23 |
| 01100417 I | 10/02/05 | 25PRX | | 1,621.23 | 0.00 | 0.00 | 0.00 | 1,621.23 |
| 01100418 I | 10/02/05 | 25PRX | | 1,621.23 | 0.00 | 0.00 | 0.00 | 1,621.23 |
| 01100419 I | 10/02/05 | 25PRX | | 1,477.69 | 0.00 | 0.00 | 0.00 | 1,477.69 |
| 01100420 I | 10/02/05 | 25PRX | | 1,621.23 | 0.00 | 0.00 | 0.00 | 1,621.23 |
| 01100421 I | 10/02/05 | 25PRX | | 1,621.23 | 0.00 | 0.00 | 0.00 | 1,621.23 |
| 01100422 I | 10/03/05 | 25PRX | | 6,265.04 | 0.00 | 0.00 | 0.00 | 6,265.04 |
| 01100423 I | 10/03/05 | 25PRX | | 5,696.31 | 0.00 | 0.00 | 0.00 | 5,696.31 |
| 01100427 I | 03/30/05 | 25PRX | | 6,473.32 | 0.00 | 0.00 | 0.00 | 6,473.32 |
| 01100428 I | 10/03/05 | 25PRX | | 3,747.60 | 0.00 | 0.00 | 0.00 | 3,747.60 |
| 01100440 I | 10/03/05 | NET10 | | 2,489.40 | 0.00 | 0.00 | 0.00 | 2,489.40 |
| 01100449 I | 10/03/05 | 25PRX | | 3,747.60 | 0.00 | 0.00 | 0.00 | 3,747.60 |
| 01100471 I | 10/03/05 | NET30 | | 839.42 | 0.00 | 0.00 | 0.00 | 839.42 |
| 01100479 I | 10/03/05 | 25PRX | | 3,747.60 | 0.00 | 0.00 | 0.00 | 3,747.60 |
| 01100485 I | 10/04/05 | 25PRX | | 1,955.24 | 0.00 | 0.00 | 0.00 | 1,955.24 |
| 01100499 I | 10/04/05 | 25PRX | | 3,747.60 | 0.00 | 0.00 | 0.00 | 3,747.60 |
| 01100501 I | 10/04/05 | 25PRX | | 50,369.56 | 0.00 | 0.00 | 0.00 | 50,369.56 |
| 01100504 I | 10/04/05 | 25PRX | | 429.00 | 0.00 | 0.00 | 0.00 | 429.00 |
| 01100505 I | 10/04/05 | 25PRX | | 2,145.00 | 0.00 | 0.00 | 0.00 | 2,145.00 |
| 01100509 I | 10/04/05 | 25PRX | | 3,184.80 | 0.00 | 0.00 | 0.00 | 3,184.80 |
| 01100510 I | 10/03/05 | 25PRX | | 4,863.70 | 0.00 | 0.00 | 0.00 | 4,863.70 |
| 01100511 I | 10/04/05 | 25PRX | | 4,134.35 | 0.00 | 0.00 | 0.00 | 4,134.35 |
| 01100512 I | 10/04/05 | 25PRX | | 4,863.70 | 0.00 | 0.00 | 0.00 | 4,863.70 |
| 01100514 I | 10/04/05 | 25PRX | | 4,863.70 | 0.00 | 0.00 | 0.00 | 4,863.70 |
| 01100515 I | 10/04/05 | 25PRX | | 3,770.91 | 0.00 | 0.00 | 0.00 | 3,770.91 |
| 01100516 I | 10/04/05 | 25PRX | | 1,103.22 | 0.00 | 0.00 | 0.00 | 1,103.22 |
| 01100522 I | 10/04/05 | 25PRX | | 6,089.85 | 0.00 | 0.00 | 0.00 | 6,089.85 |
| 01100526 I | 10/04/05 | NET10 | | 1,101.51 | 0.00 | 0.00 | 0.00 | 1,101.51 |
| 01100527 I | 10/04/05 | NET30 | | 81.69 | 0.00 | 0.00 | 0.00 | 81.69 |
| 01100538 I | 10/04/05 | 25PRX | | 1,301.85 | 0.00 | 0.00 | 0.00 | 1,301.85 |
| 01100576 I | 10/04/05 | NET10 | | 829.80 | 0.00 | 0.00 | 0.00 | 829.80 |
| 01100579 I | 10/04/05 | NET10 | | 193.45 | 0.00 | 0.00 | 0.00 | 193.45 |
| 01100581 I | 10/04/05 | 25PRX | | 2,155.20 | 0.00 | 0.00 | 0.00 | 2,155.20 |
| 01100585 I | 10/05/05 | 25PRX | | 4,684.50 | 0.00 | 0.00 | 0.00 | 4,684.50 |
| 01100586 I | 10/05/05 | 25PRX | | 558.64 | 0.00 | 0.00 | 0.00 | 558.64 |
| 01100596 I | 10/05/05 | 25PRX | | 1,187.70 | 0.00 | 0.00 | 0.00 | 1,187.70 |
| 01100607 I | 10/05/05 | 25PRX | | 50,369.56 | 0.00 | 0.00 | 0.00 | 50,369.56 |

arcsrp02.p t+
Page: 8

Aging Date  10/11/05

27.17 AR Aging by Invoice Date Report
Autocam Corp.

Date: 10/11/05
Time: 13:14:53

| Ref | T | Date | Cr Terms | En Lv | Less Than 30 Days Old | Over 30 Days Old | Over 60 Days Old | Over 90 Days Old | Total Amount |
|---|---|---|---|---|---|---|---|---|---|
| 01100610 | I | 10/05/05 | 25PRX | | 1,086.03 | 0.00 | 0.00 | 0.00 | 1,086.03 |
| 01100613 | I | 10/05/05 | 25PRX | | 4,455.93 | 0.00 | 0.00 | 0.00 | 4,455.93 |
| 01100614 | I | 10/05/05 | 25PRX | | 4,863.70 | 0.00 | 0.00 | 0.00 | 4,863.70 |
| 01100615 | I | 10/05/05 | 25PRX | | 4,863.70 | 0.00 | 0.00 | 0.00 | 4,863.70 |
| 01100616 | I | 10/05/05 | 25PRX | | 3,242.47 | 0.00 | 0.00 | 0.00 | 3,242.47 |
| 01100617 | I | 10/05/05 | 25PRX | | 2,594.39 | 0.00 | 0.00 | 0.00 | 2,594.39 |
| 01100618 | I | 10/05/05 | 25PRX | | 3,242.47 | 0.00 | 0.00 | 0.00 | 3,242.47 |
| 01100619 | I | 10/05/05 | 25PRX | | 2,594.39 | 0.00 | 0.00 | 0.00 | 2,594.39 |
| 01100620 | I | 10/05/05 | 25PRX | | 4,863.70 | 0.00 | 0.00 | 0.00 | 4,863.70 |
| 01100621 | I | 10/05/05 | 25PRX | | 4,133.30 | 0.00 | 0.00 | 0.00 | 4,133.30 |
| 01100622 | I | 10/05/05 | 25PRX | | 5,308.00 | 0.00 | 0.00 | 0.00 | 5,308.00 |
| 01100623 | I | 10/05/05 | 25PRX | | 429.00 | 0.00 | 0.00 | 0.00 | 429.00 |
| 01100633 | I | 10/05/05 | NBT30 | | 350.86 | 0.00 | 0.00 | 0.00 | 350.86 |
| 01100634 | I | 10/05/05 | NBT30 | | 1,093.59 | 0.00 | 0.00 | 0.00 | 1,093.59 |
| 01100644 | I | 10/05/05 | 25PRX | | 156.13 | 0.00 | 0.00 | 0.00 | 156.13 |
| 01100647 | I | 10/05/05 | 25PRX | | 3,164.62 | 0.00 | 0.00 | 0.00 | 3,164.62 |
| 01100655 | I | 10/05/05 | 25PRX | | 3,747.60 | 0.00 | 0.00 | 0.00 | 3,747.60 |
| 01100667 | I | 10/05/05 | NBT30 | | 2,155.20 | 0.00 | 0.00 | 0.00 | 2,155.20 |
| 01100684 | I | 10/05/05 | 25PRX | | 2,574.00 | 0.00 | 0.00 | 0.00 | 2,574.00 |
| 01100686 | I | 10/05/05 | NBT30 | | 222.25 | 0.00 | 0.00 | 0.00 | 222.25 |
| 01100691 | I | 10/05/05 | NBT10 | | 270.54 | 0.00 | 0.00 | 0.00 | 270.54 |
| 01100695 | I | 10/05/05 | 25PRX | | 7,026.75 | 0.00 | 0.00 | 0.00 | 7,026.75 |
| 01100696 | I | 10/05/05 | 25PRX | | 4,405.97 | 0.00 | 0.00 | 0.00 | 4,405.97 |
| 01100697 | I | 10/05/05 | 25PRX | | 1,898.77 | 0.00 | 0.00 | 0.00 | 1,898.77 |
| 01100702 | I | 10/05/05 | 25PRX | | 1,873.80 | 0.00 | 0.00 | 0.00 | 1,873.80 |
| 01100704 | I | 10/05/05 | 25PRX | | 1,405.35 | 0.00 | 0.00 | 0.00 | 1,405.35 |
| 01100705 | I | 10/05/05 | 25PRX | | 3,164.62 | 0.00 | 0.00 | 0.00 | 3,164.62 |
| 01100706 | I | 10/05/05 | 25PRX | | 4,405.97 | 0.00 | 0.00 | 0.00 | 4,405.97 |
| 01100708 | I | 10/05/05 | NBT30 | | 3,164.62 | 0.00 | 0.00 | 0.00 | 3,164.62 |
| 01100709 | I | 10/06/05 | 25PRX | | 436.35 | 0.00 | 0.00 | 0.00 | 436.35 |
| 01100710 | I | 10/06/05 | 25PRX | | 5,696.31 | 0.00 | 0.00 | 0.00 | 5,696.31 |
| 01100717 | I | 10/06/05 | 25PRX | | 279.32 | 0.00 | 0.00 | 0.00 | 279.32 |
| 01100719 | I | 10/06/05 | 25PRX | | 6,329.23 | 0.00 | 0.00 | 0.00 | 6,329.23 |
| 01100722 | I | 10/06/05 | 25PRX | | 936.56 | 0.00 | 0.00 | 0.00 | 936.56 |
| 01100723 | I | 10/06/05 | 25PRX | | 50,369.56 | 0.00 | 0.00 | 0.00 | 50,369.56 |
| 01100726 | I | 10/06/05 | 25PRX | | 1,287.00 | 0.00 | 0.00 | 0.00 | 1,287.00 |
| 01100727 | I | 10/06/05 | 25PRX | | 2,172.06 | 0.00 | 0.00 | 0.00 | 2,172.06 |
| 01100729 | I | 10/06/05 | 25PRX | | 1,654.83 | 0.00 | 0.00 | 0.00 | 1,654.83 |
| 01100731 | I | 10/06/05 | 25PRX | | 1,168.00 | 0.00 | 0.00 | 0.00 | 1,168.00 |
| 01100735 | I | 10/06/05 | 25PRX | | 2,123.20 | 0.00 | 0.00 | 0.00 | 2,123.20 |
| 01100736 | I | 10/06/05 | 25PRX | | 1,287.00 | 0.00 | 0.00 | 0.00 | 1,287.00 |
| 01100737 | I | 10/06/05 | 25PRX | | 858.00 | 0.00 | 0.00 | 0.00 | 858.00 |
| 01100741 | I | 10/06/05 | 25PRX | | 858.00 | 0.00 | 0.00 | 0.00 | 858.00 |
| 01100742 | I | 10/06/05 | NBT30 | | 405.76 | 0.00 | 0.00 | 0.00 | 405.76 |
| 01100744 | I | 10/06/05 | NBT30 | | 632.19 | 0.00 | 0.00 | 0.00 | 632.19 |
| 01100745 | I | 10/06/05 | NBT10 | | 676.34 | 0.00 | 0.00 | 0.00 | 676.34 |
| 01100746 | I | 10/06/05 | 25PRX | | 3,242.47 | 0.00 | 0.00 | 0.00 | 3,242.47 |
| 01100747 | I | 10/06/05 | 25PRX | | 4,850.68 | 0.00 | 0.00 | 0.00 | 4,850.68 |
| 01100748 | I | 10/06/05 | 25PRX | | 4,861.94 | 0.00 | 0.00 | 0.00 | 4,861.94 |
| 01100749 | I | 10/06/05 | 25PRX | | 4,644.86 | 0.00 | 0.00 | 0.00 | 4,644.86 |
| 01100751 | I | 10/06/05 | 25PRX | | 3,242.47 | 0.00 | 0.00 | 0.00 | 3,242.47 |
| 01100752 | I | 10/06/05 | 25PRX | | 3,096.46 | 0.00 | 0.00 | 0.00 | 3,096.46 |

```
arcsrp02.p f+                                    27.17 AR Aging by Invoice Date Report              Date: 10/11/05
Page: 9                                                    Autocam Corp.                            Time: 13:14:53

Aging Date  10/11/05
```

| Ref | T Date | Cr Terms | Dn Lv | Less Than 30 Days Old | Over 30 Days Old | Over 60 Days Old | Over 90 Days Old | Total Amount |
|-----|--------|----------|-------|----------------------|------------------|------------------|------------------|--------------|
| 01100753 | I 10/06/05 | 25PRX | | 1,285.94 | 0.00 | 0.00 | 0.00 | 1,285.94 |
| 01100776 | I 10/06/05 | NET30 | | 2,155.20 | 0.00 | 0.00 | 0.00 | 2,155.20 |
| 01100777 | I 10/06/05 | NET30 | | 397.84 | 0.00 | 0.00 | 0.00 | 397.84 |
| 01100780 | I 10/06/05 | 25PRX | | 12,658.46 | 0.00 | 0.00 | 0.00 | 12,658.46 |
| 01100785 | I 10/06/05 | 25PRX | | 3,279.15 | 0.00 | 0.00 | 0.00 | 3,279.15 |
| 01100786 | I 10/06/05 | 25PRX | | 3,164.62 | 0.00 | 0.00 | 0.00 | 3,164.62 |
| 01100788 | I 10/06/05 | 25PRX | | 7,049.55 | 0.00 | 0.00 | 0.00 | 7,049.55 |
| 01100791 | I 10/06/05 | 25PRX | | 4,684.50 | 0.00 | 0.00 | 0.00 | 4,684.50 |
| 01100792 | I 10/07/05 | 25PRX | | 4,430.46 | 0.00 | 0.00 | 0.00 | 4,430.46 |
| 01100795 | I 10/07/05 | 25PRX | | 6,558.30 | 0.00 | 0.00 | 0.00 | 6,558.30 |
| 01100797 | I 10/07/05 | 25PRX | | 1,265.85 | 0.00 | 0.00 | 0.00 | 1,265.85 |
| 01100798 | I 10/07/05 | 25PRX | | 2,643.58 | 0.00 | 0.00 | 0.00 | 2,643.58 |
| 01100799 | I 10/07/05 | 25PRX | | 1,078.07 | 0.00 | 0.00 | 0.00 | 1,078.07 |
| 01100823 | I 10/07/05 | 25PRX | | 1,265.85 | 0.00 | 0.00 | 0.00 | 1,265.85 |
| 01100825 | I 10/07/05 | NET30 | | 625.44 | 0.00 | 0.00 | 0.00 | 625.44 |
| 01100844 | I 10/07/05 | 25PRX | | 718.75 | 0.00 | 0.00 | 0.00 | 718.75 |
| 01100845 | I 10/07/05 | 25PRX | | 2,156.13 | 0.00 | 0.00 | 0.00 | 2,156.13 |
| 01100846 | I 10/07/05 | 25PRX | | 50,369.56 | 0.00 | 0.00 | 0.00 | 50,369.56 |
| 01100853 | I 10/07/05 | 25PRX | | 5,308.06 | 0.00 | 0.00 | 0.00 | 5,308.06 |
| 01100854 | I 10/07/05 | 25PRX | | 2,574.00 | 0.00 | 0.00 | 0.00 | 2,574.00 |
| 01100902 | I 10/07/05 | 25PRX | | 3,747.60 | 0.00 | 0.00 | 0.00 | 3,747.60 |
| 01100903 | I 10/07/05 | NET30 | | 2,531.69 | 0.00 | 0.00 | 0.00 | 2,531.69 |
| 01100906 | I 10/07/05 | NET30 | | 2,155.20 | 0.00 | 0.00 | 0.00 | 2,155.20 |
| 01100908 | I 10/07/05 | 25PRX | | 444.22 | 0.00 | 0.00 | 0.00 | 444.22 |
| 01100914 | I 10/07/05 | 25PRX | | 406.39 | 0.00 | 0.00 | 0.00 | 406.39 |
| 01100915 | I 10/07/05 | 25PRX | | 69,078.25 | 0.00 | 0.00 | 0.00 | 69,078.25 |
| 01100916 | I 10/07/05 | 25PRX | | 632.92 | 0.00 | 0.00 | 0.00 | 632.92 |
| 01100917 | I 10/07/05 | 25PRX | | 1,091.79 | 0.00 | 0.00 | 0.00 | 1,091.79 |
| 01100918 | I 10/07/05 | 25PRX | | 936.90 | 0.00 | 0.00 | 0.00 | 936.90 |
| 01100926 | I 10/07/05 | 25PRX | | 4,684.50 | 0.00 | 0.00 | 0.00 | 4,684.50 |
| 01100927 | I 10/07/05 | 25PRX | | 10,133.73 | 0.00 | 0.00 | 0.00 | 10,133.73 |
| 01101125 | I 10/06/05 | 25PRX | | 5,152.95 | 0.00 | 0.00 | 0.00 | 5,152.95 |
| 01101126 | I 10/06/05 | 25PRX | | 3,164.62 | 0.00 | 0.00 | 0.00 | 3,164.62 |
| 01101127 | I 10/06/05 | 25PRX | | 4,860.18 | 0.00 | 0.00 | 0.00 | 4,860.18 |
| 01101128 | I 10/06/05 | 25PRX | | 4,852.79 | 0.00 | 0.00 | 0.00 | 4,852.79 |
| 01101129 | I 10/06/05 | 25PRX | | 3,229.80 | 0.00 | 0.00 | 0.00 | 3,229.80 |
| 01101130 | I 10/06/05 | 25PRX | | 4,863.70 | 0.00 | 0.00 | 0.00 | 4,863.70 |
| 01101131 | I 10/07/05 | 25PRX | | 8,106.16 | 0.00 | 0.00 | 0.00 | 8,106.16 |
| 01101132 | I 10/07/05 | 25PRX | | 3,142.90 | 0.00 | 0.00 | 0.00 | 3,142.90 |
| 01101133 | I 10/07/05 | 25PRX | | 4,863.70 | 0.00 | 0.00 | 0.00 | 4,863.70 |
| 01101134 | I 10/07/05 | 25PRX | | 3,242.47 | 0.00 | 0.00 | 0.00 | 3,242.47 |
| 01101135 | I 10/07/05 | 25PRX | | 4,844.70 | 0.00 | 0.00 | 0.00 | 4,844.70 |
| 01101136 | I 10/07/05 | 25PRX | | 3,242.47 | 0.00 | 0.00 | 0.00 | 3,242.47 |
| 01102137 | I 10/07/05 | 25PRX | | 4,863.70 | 0.00 | 0.00 | 0.00 | 4,863.70 |
| B3418 | I 09/26/05 | 25PRX | | -1,621.23 | 0.00 | 0.00 | 0.00 | -1,621.23 |
|  |  |  |  | -16,212.33 |  |  |  | -16,212.33 |

```
             USD  Customer Totals:    2,390,891.26      0.00      0.00      0.00    2,390,891.26
```

arcsrp02:p f+
Page: 10

Aging Date   10/11/05

27.17 AR Aging by Invoice Date Report
Autocam Corp.

Date: 10/11/05
Time: 13:14:53

| Ref | T Date | Cr Terms | Dn Lv | Less Than 30 Days Old | Over 30 Days Old | Over 60 Days Old | Over 90 Days Old | Total Amount |
|-----|--------|----------|-------|----------------------|------------------|------------------|------------------|--------------|

USD    Report   Totals:

2,390,891.26          0.00          0.00          0.00      2,390,891.26

Invoices:                    2,390,891.26
Dr/Cr Memos:                         0.00                    0.00
Finance Charges:                     0.00
Unapplied Payments:                  0.00
Drafts:                              0.00
Total USD Aging:     2,390,891.26
Aging at 10/11/05 Aging:             2,390,891.26
Variance of 10/11/05 to Base:        0.00

Reporting Currency:   USD
Exchange Rate:        USD 1.0 = USD 1.0

End of Report

arcsrp02-p f+
Page: 11

27.17 AR Aging by Invoice Date Report
Autocar Corp.

Date: 10/11/05
Time: 13:14:53

REPORT CRITERIA:

Report submitted by: mscott

Bill-To: 001002000
Customer Type:                                              To: 001002000
        Date: 09/18/05                                      To:
    Reference:                                              To: 10/07/05
     Salespsn:                                              To:
      Account:                                              To:
       Entity:                                              To:
    List Type:                                              To:

        Aging Date: 10/11/05            Show Customer PO: no
   Summary/Detail: Detail              Show Payment Detail: no
          Currency:                    Show Invoice Comments: no
 Reporting Currency:                   Deduct Contested: no          Language:
                                       Show Master Comments: no      Type: AR
Column Days[1]: 30       [2]: 60       [3]: 90

                                                        Output: PDFMAIL
                                                      Batch ID:

arcsrp02.p f∗

Aging Date: 10/11/05

Page: 1

Date: 10/21/05
Time: 13:19:58

27.17 AR Aging by Invoice Date Report
Autocam Corp.

| Ref | T Date | Cr Terms Lv | En Less Than Days Old | Over 30 Days Old | Over 60 Days Old | Over 90 Days Old | Total Amount |
|-----|--------|-------------|------------------------|------------------|------------------|------------------|--------------|

00100889 KOREA DELPHI AUTOMOTIVE SYS  State:          Last Payment: 10/05/05 Attn: Young Joo Lee                Tel: 82-53-610-1887

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01100208 I 09/30/05 | | | | 23,985.50 | 0.00 | 0.00 | 0.00 | 23,985.50 |

USD      Customer Totals:                         23,985.50        0.00         0.00         0.00       23,985.50

USD   Report  Totals:                             23,985.50        0.00         0.00         0.00       23,985.50

Invoices:                 23,985.50
Dr/Cr Memos:                   0.00
Finance Charges:               0.00
Unapplied Payments:            0.00          0.00
Drafts:                        0.00
Total USD Aging:          23,985.50
Aging at 10/11/05 Exchange Rate:           23,985.50
Variance of 10/11/05 to Base:                  0.00

Reporting Currency:   USD
Exchange Rate:        USD 1.0 = USD 1.0

End of Report

27.17 AR Aging by Invoice Date Report
Autocam Corp.

Date: 10/11/05
Time: 13:19:58

REPORT CRITERIA:                                    Report submitted by: mscott

Bill-To: 00100889
Customer Type:                    To: 00100889
Customer Date: 09/18/05           To:
Reference:                        To: 10/07/05
Salespsn:                         To:
Account:                          To:
Entity:                           To:
List Type:

Aging Date: 10/11/05                Show Customer PO: no
Summary/Detail: Detail               Show Payment Detail: no
Currency:                          Show Invoice Comments: no
Reporting Currency:                Deduct Contested: no    Language:
                                   Show Master Comments: no    Type: AR
Column Days[1]: 30        [2]: 60        [3]: 90

                                              Output: PDFMAIL
                                              Batch ID:

```
arcsrp02.p f+                              27.17 AR Aging by Invoice Date Report              Date: 10/11/05
Page: 1                                            Autocam Corp.                              Time: 13:20:19

Aging Date   10/11/05

Ref      | T Date    | Cr Terms | Dn | less Than  30 | Over    30 | Over    60 | Over    90 |
                                Lv | Days O-d      | Days Old   | Days Old   | Days Old   | Total Amount
-------- | --------- | -------- | -- | ------------- | ---------- | ---------- | ---------- | ------------

00101033 Delphi Shanghai D&P Systems  State:       Last Payment: 09/28/05 Attn: Laura Zhao    Tel.: 86-21-5046 0940

01099675 I 09/23/05 OTHER                         276.60         0.00         0.00         0.00        276.60
01099896 I 09/27/05 OTHER                       1,383.00         0.00         0.00         0.00      1,383.00
                                                ----------    --------     --------     --------   ----------
USD       Customer Totals:                      1,659.60         0.00         0.00         0.00      1,659.60


USD       Report    Totals:                     1,659.60         0.00         0.00         0.00      1,659.60
                                                ----------    --------     --------     --------   ----------
                                                1,659.60         0.00         0.00         0.00      1,659.60

                                Invoices:        1,659.60
                                Dr/Cr Memos:         0.00
                                Finance Charges:     0.00                      0.00
                                Unapplied Payments:  0.00
                                Drafts:              0.00
Aging at 10/11/05                                1,659.60
       Total USD Aging:                         1,659.60
       Exchange Rate:                               0.00
       Variance of 10/11/05 to Base:               0.00

Reporting Currency:   USD
Exchange Rate:        USD 1.0 = USD 1.0
```

End of Report

arcsrep02 p f+
Page: 2

27.17 AR Aging by Invoice Date Report
Autocam Corp.

Date: 10/11/05
Time: 13:20:19

REPORT CRITERIA:

Report submitted by: mscott

Bill-To: 00101033                    To: 00101033
Customer Type:                       To:
Date: 09/18/05                       To: 10/07/05
Reference:                           To:
Salespsn:                            To:
Account:                             To:
Entity:                              To:
List Type:                           To:

Aging Date: 10/11/05          Show Customer PO: no
Summary/Detail: Detail        Show Payment Detail: no
Currency:                     Show Invoice Comments: no
Reporting Currency: USD       Deduct Contested: no      Language:
                              Show Master Comments: no   Type: AR

Column Days[1]: 30    [2]: 60    [3]: 90

                                            Output: PDFMAIL
                                            Batch ID: