UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 05-44481-11 |
| DELPHI CORPORATION, ET AL | § | |
| DEBTOR(S), | § | CHAPTER 11 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**Cameron County**          **Brownsville ISD**

secured creditor in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditors in care of the undersigned at the address set forth below.

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741)
P.O. BOX 17428
AUSTIN, TX 78760-7428
Telephone:    (512)447-6675
Facsimile:    (512)443-5114
Email:        austin.bankruptcy@publicans.com

By:/s/ Diane W. Sanders
    Diane W. Sanders          State Bar No.    16415500

### Certificate of Service

I do hereby certify that a true and correct copy of the above and foregoing has been this date served electronically or mailed to the parties listed below.

| | |
|---|---|
| KAYALYN A. MARAFIOTI | U.S. TRUSTEE (NY) |
| ATTORNEY AT LAW | SOUTHERN NEW YORK |
| FOUR TIMES SQUARE | 33 WHITEHALL STREET, 21ST FLOOR |
| NEW YORK, NY 10036 | NEW YORK, NY 10004 |

Dated this 12th day of October, 2005.

/s/ Diane W. Sanders
Diane W. Sanders