

# Parkview Metal Products

QS 9000/ISO 9002*

Precision Metal Stampings and Fabricating • Prototyping • Tooling •
Value Engineering • Electro-Mechanical Assembly • Finishing

**VIA FACSIMILE AND FEDERAL EXPRESS**
Mr. Steve Miller, Chairman and CEO
Delphi Corporation
North American Headquarters
5725 Delphi Drive
Troy, Michigan    48098-2815
Fax (248) 813-2670

October 10, 2005

Re:  Reclamation of Goods of Parkview Metal Products Inc. ("Parkview")

Dear Mr. Miller,

  Please be advised that pursuant to Section 2-702 of the Uniform Commercial Code, Section 546 of the United States Bankruptcy Code 11 U.S.C. 101 et seq., and other applicable law, you are hereby notified that Parkview reclaims all of the goods described in the Schedule attached hereto (collectively the "Goods"). Copies of the invoices are also attached. Please call the undersigned to arrange for the immediate return of the Goods. In the interim, please inventory and segregate the Goods and provide us with written confirmation that the Goods are on your premises.

Parkview hereby expressly reserves every right, power, remedy, claim and defense now or hereinafter existing at law, in equity or by statute, and the exercise or non-exercise of any such right, power, remedy, claim or defense shall not be construed as a waiver of the right to exercise, at the same or thereafter, such right, power, remedy, claim or defense.

Sincerely,

Parkview Metal Products, Inc
David W. Sindelar, CFO

**CC VIA FEDERAL EXPRESS**
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

**CC VIA FACSMILE AND FEDERAL EXPRESS**
John Wm. Butler Jr.
John. K. Lyons
Skadden, Arps, Slate, Meagher and Flom LLP
Suite 2100
333 West Wacker Drive
Chicago, IL 606060
Fax (312) 407 - 0411 (Butler)
Fax (312) 407 - 8532 (Lyons)



RECEIVED
OCT 12 2005
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

| **Headquarters & Chicago Stamping** * | **Fabricating & Tooling Center** | **Texas Stamping** * | **El Paso / Juarez Stamping** * | **Tijuana Stamping** |
|---|---|---|---|---|
| 1275 Ensell Rd | 759 Industrial Drive | 400 Barnes Drive | 8500 Mtn. Vista Pkwy. | P.O. Box 620070 |
| Lake Zurich, IL  60047 | Bensenville, IL 60106 | San Marcos, TX 78666 | Las Cruces, NM 88005 | San Diego, CA 92162 |
| 847.540.2323 | 773.622.8414 | 512.754.0200 | 505.541.1100 | 011.52.66.89.75.75 |
| 847.540.8648 (fax) | 630.238.1785 (fax) | 512.754.0800 (fax) | 505.541.1200 (fax) | 011.52.66.89.75.17 (fax) |

# PARKVIEW METAL PRODUCTS

## Reclamation of Goods - Delphi Corporation

### October 10, 2005

| Invoice | Invoice Date | Amount |
|---------|--------------|--------|
| 329929 | 9/28/2005 | 5,063.04 |
| 329930 | 9/28/2005 | 1,895.40 |
| 329931 | 9/28/2005 | 577.73 |
| 329932 | 9/28/2005 | 913.61 |
| 329933 | 9/28/2005 | 791.04 |
| 329934 | 9/28/2005 | 35.76 |
| 329939 | 9/28/2005 | 1,547.37 |
| 329954 | 9/29/2005 | 1,162.20 |
| 329955 | 9/29/2005 | 444.96 |
| 329958 | 9/29/2005 | 143.04 |
| 329959 | 9/29/2005 | 202.08 |
| 329960 | 9/29/2005 | 681.60 |
| 329970 | 9/29/2005 | 2,175.36 |
| 329998 | 9/29/2005 | 2,286.28 |
| 329999 | 9/29/2005 | 1,582.08 |
| 330014 | 9/30/2005 | 678.90 |
| 330023 | 9/30/2005 | 1,146.60 |
| 330024 | 9/30/2005 | 1,186.56 |
| 330025 | 9/30/2005 | 11,851.20 |
| 330026 | 9/30/2005 | 107.70 |
| 330027 | 9/30/2005 | 1,164.40 |
| 330028 | 9/30/2005 | 4,606.84 |
| 330029 | 9/30/2005 | 7,119.36 |
| 330044 | 9/30/2005 | 3,350.00 |
| 330048 | 10/3/2005 | 3,950.40 |
| 330049 | 10/3/2005 | 38.88 |
| 330050 | 10/3/2005 | 1,123.20 |
| 330051 | 10/3/2005 | 1,983.02 |
| 330052 | 10/3/2005 | 6,723.84 |
| 330059 | 10/3/2005 | 1,146.60 |
| 330060 | 10/3/2005 | 12,656.64 |
| 330061 | 10/3/2005 | 429.12 |
| 330063 | 10/3/2005 | 1,674.50 |
| 330064 | 10/3/2005 | 107.70 |
| 330065 | 10/3/2005 | 985.54 |
| 330066 | 10/3/2005 | 3,312.00 |
| 330098 | 10/5/2005 | 1,123.20 |
| 330099 | 10/5/2005 | 2,039.04 |
| 330100 | 10/5/2005 | 3,559.68 |
| 330101 | 10/5/2005 | 444.96 |
| 330102 | 10/5/2005 | 1,987.20 |
| 330115 | 10/5/2005 | 3,797.28 |
| 330125 | 10/6/2005 | 3,941.44 |
| 330126 | 10/6/2005 | 71.52 |
| 330127 | 10/6/2005 | 1,240.20 |
| 330128 | 10/6/2005 | 679.68 |

# PARKVIEW METAL PRODUCTS

## Reclamation of Goods - Delphi Corporation

### October 10, 2005

| Invoice | Invoice Date | Amount |
|---------|--------------|--------|
| 330129 | 10/6/2005 | 3,559.68 |
| 330130 | 10/6/2005 | 444.96 |
| 330148 | 10/7/2005 | 71.52 |
| 330149 | 10/7/2005 | 1,216.80 |
| 330150 | 10/7/2005 | 790.08 |
| 330151 | 10/7/2005 | 861.60 |
| 330152 | 10/7/2005 | 344.52 |
| 330153 | 10/7/2005 | 3,312.00 |
| 330154 | 10/7/2005 | 808.32 |
| 330155 | 10/7/2005 | 339.45 |
| 330156 | 10/7/2005 | 679.68 |
| 330157 | 10/7/2005 | 3,559.68 |
| 330158 | 10/7/2005 | 238.96 |
| 330160 | 10/7/2005 | 1,077.00 |
| 330161 | 10/7/2005 | 370.16 |
| 330162 | 10/7/2005 | 407.16 |
| 330163 | 10/7/2005 | 303.00 |
| 330164 | 10/7/2005 | 339.90 |
| | | **122,453.22** |

 **Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639          PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666          PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 329929 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 09/28/05 |

 **BILL TO**
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

**SHIP TO**
4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550040547 | SM03357 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-189 | 5,136.000 | 5,760.000 | 0.000 | 0.87900 | 5,063.04 |

Item: 10-DPH044-C

Description: 12228044, REV. E , COVER
U/M: EA
Date Shipped: 09/28/05

Shipped on Packing Slip #:   29988

PLEASE REMIT TO:72047 EAGLE WAY
          CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings   tools and dies   assembly   prototype   short run stampings   production
painting

| SALES AMOUNT | 5,063.04 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 5,063.04 |

 **Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639   PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666   PH (512) 754-0200



| INVOICE | PAGE |
|---------|------|
| s-sm 329930 | 1 |

| CUST NO. | DATE |
|----------|------|
| C000419 | 09/28/05 |



| BILL TO | | SHIP TO | |
|---------|--|---------|--|
| DELCO ELECTRONICS SYSTEMS | | 9 | |
| ONE CORPORATE CENTER | | DELPHI D DELNOSA | |
| P.O. BOX 9005 | | PLANT 5-6 | |
| KOKOMO IN 46904 | | 601 JOAQUIN CAVAZOS ROAD | |
| | | LOS INDIOS TX 78567 | |
| | | USA | |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550051051 | SM03361 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|-------------|-------------|-------------------|-----------|----------------|
| 1-49 | 7,500.000 | 300.000 | 0.000 | 0.15600 | 46.80 |
| | Item: 10-DPH603-B | | | | |
| | Description: 12213603, REV.D, SHIELD BASE | | | | |
| | U/M: EA | | | | |
| | Date Shipped: 09/28/05 | | | | |
| 1-50 | 11,400.000 | 11,850.000 | 0.000 | 0.15600 | 1,848.60 |
| | Item: 10-DPH603-B | | | | |
| | Description: 12213603, REV.D, SHIELD BASE | | | | |
| | U/M: EA | | | | |
| | Date Shipped: 09/28/05 | | | | |

Shipped on Packing Slip #:   29989

PLEASE REMIT TO:72047 EAGLE WAY
                CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings   tools and dies   assembly   prototype   short run stampings   production
painting

| | |
|---|---|
| SALES AMOUNT | 1,895.40 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,895.40 |

 **Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639    PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666    PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 329931 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 09/28/05 |



BILL TO

DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

SHIP TO

4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550046982 | SM03362 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-154 | 720.000 | 816.000 | 0.000 | 0.70800 | 577.73 |

    Item: 10-DPH646-C

    Description: 12208646, REV.D, COVER TOP
         U/M: EA
    Date Shipped: 09/28/05

Shipped on Packing Slip #:   29990

PLEASE REMIT TO:72047 EAGLE WAY
        CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 577.73 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 577.73 |



**Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639          PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666          PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 329932 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 09/28/05 |



BILL TO
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

SHIP TO
4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550046982 | SM03363 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-181 | 5,088.000 | 887.000 | 0.000 | 1.03000 | 913.61 |

Item: 10-DPH752-C

Description: 12208752, REV. E, CASE
U/M: EA
Date Shipped: 09/29/05

Shipped on Packing Slip #:    29991

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 913.61 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 913.61 |



# Parkview Metal

4931 W. Armitage Ave., Chicago, IL 60639     PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666     PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 329933 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 09/28/05 |

**BILL TO**
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

**SHIP TO**
4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550046982 | SM03387 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-395 | 432.000 | 768.000 | 0.000 | 1.03000 | 791.04 |

CI: 12208641,REV.F
Item: 10-DPH641-F

Description: 12208641, REV. F CASE
U/M: EA
Date Shipped: 09/28/05

Shipped on Packing Slip #:   29992

PLEASE REMIT TO:72047 EAGLE WAY
             CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings   tools and dies   assembly   prototype   short run stampings   production
painting

| | |
|---|---|
| SALES AMOUNT | 791.04 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 791.04 |



**Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639    PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666    PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 329934 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 09/28/05 |



**BILL TO**
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

**SHIP TO**
9
DELPHI D DELNOSA
PLANT 5-6
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550059616 | SM03505 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-95 | 80.000 | 80.000 | 0.000 | 0.44700 | 35.76 |

Item: 10-DPH763-A

Description: 28015763, REV A, COVER
U/M: EA
Date Shipped: 09/28/05

Shipped on Packing Slip #:   29993

PLEASE REMIT TO:72047 EAGLE WAY
              CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings   tools and dies   assembly   prototype   short run stampings   production
painting

| | |
|---|---|
| SALES AMOUNT | 35.76 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 35.76 |

 **Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639      PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666      PH (512) 754-0200



| INVOICE | PAGE |
|---|---|
| s-sm 329939 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 09/28/05 |



**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
10
DELPHI INTERIOR SYSTEMS
ATTN: ANTONIO G. PEREZ
601 JOAQUIN CAVAZOS DRIVE
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 450139532 | SM03886 | | NET 60 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 100.000 | 99.000 | 0.000 | 15.63000 | 1,547.37 |

Item: 12-DPH588-T

Description: 16870588, REV MOD, E/N HOUSING EGR SAMPL
U/M: EA
Date Shipped: 09/28/05
ATTN: ANTONIO G. PEREZ

Shipped on Packing Slip #:   29998

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL**
metal stampings      tools and dies      assembly      prototype      short run stampings      production
painting

| | |
|---|---|
| SALES AMOUNT | 1,547.37 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,547.37 |

 **Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639      PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666      PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 329954 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 09/29/05 |

 **BILL TO**
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

**SHIP TO**
9
DELPHI D DELNOSA
PLANT 5-6
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550051051 | SM03361 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-51 | 7,350.000 | 7,450.000 | 0.000 | 0.15600 | 1,162.20 |

Item: 10-DPH603-B

Description: 12213603, REV.D, SHIELD BASE
U/M: EA
Date Shipped: 09/29/05

Shipped on Packing Slip #:    30011

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 1,162.20 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,162.20 |

 **Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639    PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666    PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 329955 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 09/29/05 |



| BILL TO | SHIP TO |
|---|---|
| DELCO ELECTRONICS SYSTEMS<br>ONE CORPORATE CENTER<br>P.O. BOX 9005<br>KOKOMO IN 46904 | 4<br>DELPHI DELCO ELECTRONICS<br>PLANT 83<br>601 JOAQUIN CAVAZOS<br>LOS INDIOS TX 78567 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550046982 | SM03387 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-396 | 432.000 | 432.000 | 0.000 | 1.03000 | 444.96 |
| | CI: 12208641,REV.F | | | | |
| | Item: 10-DPH641-F | | | | |

Description: 12208641, REV. F CASE
U/M: EA
Date Shipped: 09/29/05

Shipped on Packing Slip #:   30012

PLEASE REMIT TO:72047 EAGLE WAY
        CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings   tools and dies   assembly   prototype   short run stampings   production
painting

| | |
|---|---|
| SALES AMOUNT | 444.96 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 444.96 |



# Parkview Metal

4931 W. Armitage Ave., Chicago, IL 60639          PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666          PH (512) 754-0200

| INVOICE | PAGE |
|---------|------|
| s-sm 329958 | 1 |

| CUST NO. | DATE |
|----------|------|
| C000419 | 09/29/05 |



BILL TO

DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

SHIP TO

9
DELPHI D DELNOSA
PLANT 5-6
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550059616 | SM03505 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1-96 | 320.000 | 320.000 | 0.000 | 0.44700 | 143.04 |

Item: 10-DPH763-A

Description: 28015763, REV A, COVER
U/M: EA
Date Shipped: 09/29/05

Shipped on Packing Slip #:   30015

PLEASE REMIT TO:72047 EAGLE WAY
          CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings   tools and dies   assembly   prototype   short run stampings   production
painting

| | |
|-------|--------|
| SALES AMOUNT | 143.04 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 143.04 |

 **Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639    PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666    PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 329959 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 09/29/05 |

 **BILL TO**

DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**

9
DELPHI E& S RIMIR
702 JOAQUIN CAVAZOS RD.
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550063086 | SM03563 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-54 | 160.000 | 160.000 | 0.000 | 1.26300 | 202.08 |

CI: 16898599
Item: 10-DPH599-A

Description: 16898599 REV 1 BRKT. INFLATOR RH
U/M: EA
Date Shipped: 09/29/05

Shipped on Packing Slip #:   30016

PLEASE REMIT TO:72047 EAGLE WAY
       CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 202.08 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 202.08 |

 **Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639      PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666      PH (512) 754-0200

| INVOICE | PAGE |
|---------|------|
| s-sm 329960 | 1 |

| CUST NO. | DATE |
|----------|------|
| C000485 | 09/29/05 |



BILL TO
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

SHIP TO
9
DELPHI E& S RIMIR
702 JOAQUIN CAVAZOS RD.
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550065357 | SM03567 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1-126 | 384.000 | 384.000 | 0.000 | 1.77500 | 681.60 |

Item: 10-DPH200-A

Description: 16902200, REV 2, CUSHION RETAINER
U/M: EA
Date Shipped: 09/29/05

Shipped on Packing Slip #:    30017

PLEASE REMIT TO:72047 EAGLE WAY
             CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 681.60 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 681.60 |

 **Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639      PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666      PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 329970 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 09/29/05 |

 BILL TO

DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

 SHIP TO

4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550046982 | SM03363 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-181 | 5,088.000 | 2,112.000 | 0.000 | 1.03000 | 2,175.36 |

Item: 10-DPH752-C

Description: 12208752, REV. E, CASE
U/M: EA
Date Shipped: 09/29/05

Shipped on Packing Slip #:   30029

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings   tools and dies   assembly   prototype   short run stampings   production
painting

| | |
|---|---|
| SALES AMOUNT | 2,175.36 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 2,175.36 |



# Parkview Metal

4931 W. Armitage Ave., Chicago, IL 60639        PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666        PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 329998 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 09/29/05 |



BILL TO:
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

SHIP TO:
4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550040547 | SM03357 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-190 | 4,560.000 | 2,601.000 | 0.000 | 0.87900 | 2,286.28 |

Item: 10-DPH044-C

Description: 12228044, REV. E , COVER
U/M: EA
Date Shipped: 09/30/05

Shipped on Packing Slip #:   30057

PLEASE REMIT TO: 72047 EAGLE WAY
              CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| SALES AMOUNT | 2,286.28 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 2,286.28 |

 **Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639          PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666          PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 329999 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 09/29/05 |

 **BILL TO**

DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

 **SHIP TO**

4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550046982 | SM03363 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-182 | 1,632.000 | 1,536.000 | 0.000 | 1.03000 | 1,582.08 |

Item: 10-DPH752-C

Description: 12208752, REV. E, CASE
U/M: EA
Date Shipped: 09/30/05

Shipped on Packing Slip #:    30058

PLEASE REMIT TO: 72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 1,582.08 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,582.08 |

 **Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639       PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666         PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 330014 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 09/30/05 |



**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051



**SHIP TO**
9
DELPHI E& S RIMIR
702 JOAQUIN CAVAZOS RD.
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550063004 | SM03565 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-54 | 43.000 | 300.000 | 0.000 | 2.26300 | 678.90 |

Item: 10-DPH917-A

Description: 16870917 REV 2 C-PILLAR BRKT MODULE ASM
U/M: EA
Date Shipped: 09/30/05

Shipped on Packing Slip #:   30067

PLEASE REMIT TO:72047 EAGLE WAY
               CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 678.90 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 678.90 |



**Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639        PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666        PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 330023 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 09/30/05 |



| BILL TO | SHIP TO |
|---|---|
| DELCO ELECTRONICS SYSTEMS<br>ONE CORPORATE CENTER<br>P.O. BOX 9005<br>KOKOMO IN 46904 | 9<br>DELPHI D DELNOSA<br>PLANT 5-6<br>601 JOAQUIN CAVAZOS ROAD<br>LOS INDIOS TX 78567<br>USA |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550051051 | SM03361 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-52 | 7,350.000 | 7,350.000 | 0.000 | 0.15600 | 1,146.60 |

Item: 10-DPH603-B

Description:  12213603, REV.D, SHIELD BASE
U/M: EA
Date Shipped: 09/30/05

Shipped on Packing Slip #:    30080

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 1,146.60 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,146.60 |

 **Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639     PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666       PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 330024 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 09/30/05 |

**BILL TO**
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

**SHIP TO**
4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550046982 | SM03387 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-397 | 864.000 | 1,152.000 | 0.000 | 1.03000 | 1,186.56 |

CI: 12208641,REV.F
Item: 10-DPH641-F

Description: 12208641, REV. F CASE
U/M: EA
Date Shipped: 09/30/05

Shipped on Packing Slip #:   30082

PLEASE REMIT TO:72047 EAGLE WAY
            CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 1,186.56 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,186.56 |



**Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639     PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666     PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 330025 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 09/30/05 |



| BILL TO | |
|---|---|

DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

| SHIP TO | |
|---|---|

9
DELPHI E& S RIMIR
702 JOAQUIN CAVAZOS RD.
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550063004 | SM03554 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-140 | 420.000 | 1,440.000 | 0.000 | 8.23000 | 11,851.20 |

CI: 16870588, REV.4
Item: 10-DPH588-B

Description: 16870588 REV 4 E/N HOUSING ASSEMBLY
U/M: EA
Date Shipped: 09/30/05

Shipped on Packing Slip #:   30083

PLEASE REMIT TO: 72047 EAGLE WAY
               CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings   tools and dies   assembly   prototype   short run stampings   production
painting

| | | |
|---|---|---|
| SALES AMOUNT | | 11,851.20 |
| MISC CHG | | 0.00 |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| PREPAID | | |
| TOTAL | | 11,851.20 |

 **Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639    PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666    PH (512) 754-0200



| INVOICE | PAGE |
|---|---|
| s-sm 330026 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 09/30/05 |


**BILL TO**

DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051


**SHIP TO**

9
DELPHI E& S RIMIR
702 JOAQUIN CAVAZOS RD.
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550062969 | SM03557 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-78 | 200.000 | 300.000 | 0.000 | 0.35900 | 107.70 |

Item: 10-DPH895-A

Description: 16869895, REV 2 RAMP CUSH SUPP,
U/M: EA
Date Shipped: 09/30/05

---

Shipped on Packing Slip #:    30084

PLEASE REMIT TO:72047 EAGLE WAY
            CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 107.70 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 107.70 |

 **Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639     PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666     PH (512) 754-0200



| INVOICE | PAGE |
|---|---|
| s-sm 330027 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 09/30/05 |


**BILL TO**

DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051


**SHIP TO**

9
DELPHI E& S RIMIR
702 JOAQUIN CAVAZOS RD.
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550065357 | SM03567 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-127 | 656.000 | 656.000 | 0.000 | 1.77500 | 1,164.40 |

Item: 10-DPH200-A

Description: 16902200, REV 2, CUSHION RETAINER
U/M: EA
Date Shipped: 09/30/05

Shipped on Packing Slip #:   30085

PLEASE REMIT TO:72047 EAGLE WAY
         CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings   tools and dies   assembly   prototype   short run stampings   production
painting

| | |
|---|---|
| SALES AMOUNT | 1,164.40 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,164.40 |

 **Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639    PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666    PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 330028 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 09/30/05 |

**BILL TO**
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

**SHIP TO**
4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550040547 | SM03357 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-190 | 4,560.000 | 5,241.000 | 0.000 | 0.87900 | 4,606.84 |

Item: 10-DPH044-C

Description: 12228044, REV. E , COVER
U/M: EA
Date Shipped: 09/30/05

Shipped on Packing Slip #:    30086

PLEASE REMIT TO:72047 EAGLE WAY
              CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| SALES AMOUNT | 4,606.84 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 4,606.84 |



## Parkview Metal

4931 W. Armitage Ave., Chicago, IL 60639    PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666    PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| S-SM 330029 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 09/30/05 |

BILL TO
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

SHIP TO
4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550046982 | SM03363 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-182 | 1,632.000 | 96.000 | 0.000 | 1.03000 | 98.88 |

Item: 10-DPH752-C

Description: 12208752, REV. E, CASE
U/M: EA
Date Shipped: 09/30/05

| 1-183 | 4,656.000 | 4,656.000 | 0.000 | 1.03000 | 4,795.68 |

Item: 10-DPH752-C

Description: 12208752, REV. E, CASE
U/M: EA
Date Shipped: 09/30/05

| 1-184 | 2,160.000 | 2,160.000 | 0.000 | 1.03000 | 2,224.80 |

Item: 10-DPH752-C

Description: 12208752, REV. E, CASE
U/M: EA
Date Shipped: 09/30/05

Shipped on Packing Slip #:   30087

PLEASE REMIT TO: 72047 EAGLE WAY
                 CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 7,119.36 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 7,119.36 |

 **Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639    PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666    PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 330044 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 09/30/05 |



**BILL TO**
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

**SHIP TO**
8
RETAINED FOR PRODUCTION

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 450115900 | ST00170 | | 15 DAY PROX |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 1.000 | 1.000 | 0.000 | 3,350.00000 | 3,350.00 |

Item: S68245

Description: PROG DIE REV (DELPHI 28030880)
U/M: EA
Date Shipped: 09/30/05

Shipped on Packing Slip #:   30099

PLEASE REMIT TO: 72047 EAGLE WAY
         CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 3,350.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 3,350.00 |



# Parkview Metal

4931 W. Armitage Ave., Chicago, IL 60639   PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666   PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 330048 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 10/03/05 |



**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
9
DELPHI E& S RIMIR
702 JOAQUIN CAVAZOS RD.
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550063004 | SM03554 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-141 | 420.000 | 480.000 | 0.000 | 8.23000 | 3,950.40 |

CI: 16870588, REV.4
Item: 10-DPH588-B

Description: 16870588 REV 4 E/N HOUSING ASSEMBLY
U/M: EA
Date Shipped: 10/03/05

Shipped on Packing Slip #:   30104

PLEASE REMIT TO:72047 EAGLE WAY
                CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings   tools and dies   assembly   prototype   short run stampings   production
painting

| | | |
|---|---|---|
| SALES AMOUNT | | 3,950.40 |
| MISC CHG | | 0.00 |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| PREPAID | | |
| **TOTAL** | | **3,950.40** |



## Parkview Metal

4931 W. Armitage Ave., Chicago, IL 60639    PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666    PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 330049 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 10/03/05 |



**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
9
DELPHI E& S RIMIR
702 JOAQUIN CAVAZOS RD.
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550062969 | SM03555 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-45 | 30.000 | 30.000 | 0.000 | 1.29600 | 38.88 |

Item: 10-DPH748-A

Description: 16869748, REV.006, DEPLOYMENT BRKT RH
U/M: EA
Date Shipped: 10/03/05

Shipped on Packing Slip #:   30105

PLEASE REMIT TO:72047 EAGLE WAY
        CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 38.88 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 38.88 |



**Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639    PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666    PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 330050 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 10/03/05 |



| BILL TO | DELCO ELECTRONICS SYSTEMS<br>ONE CORPORATE CENTER<br>P.O. BOX 9005<br>KOKOMO IN 46904 |
|---|---|

| SHIP TO | 9<br>DELPHI D DELNOSA<br>PLANT 5-6<br>601 JOAQUIN CAVAZOS ROAD<br>LOS INDIOS TX 78567<br>USA |
|---|---|

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550051051 | SM03361 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-53 | 7,200.000 | 7,200.000 | 0.000 | 0.15600 | 1,123.20 |

Item: 10-DPH603-B

Description: 12213603, REV.D, SHIELD BASE
U/M: EA
Date Shipped: 10/03/05

---

Shipped on Packing Slip #:   30106

PLEASE REMIT TO: 72047 EAGLE WAY
         CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 1,123.20 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,123.20 |

 **Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639     PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666     PH (512) 754-0200

| INVOICE | PAGE |
|---------|------|
| s-sm 330051 | 1 |

| CUST NO. | DATE |
|----------|------|
| C000419 | 10/03/05 |

 **BILL TO**

DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

**SHIP TO**

4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550040547 | SM03357 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1-192 | 7,008.000 | 2,256.000 | 0.000 | 0.87900 | 1,983.02 |
| | Item: 10-DPH044-C | | | | |

Description: 12228044, REV. E , COVER
U/M: EA
Date Shipped: 10/05/05

Shipped on Packing Slip #:    30107

PLEASE REMIT TO:72047 EAGLE WAY
            CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 1,983.02 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,983.02 |



## Parkview Metal

4931 W. Armitage Ave., Chicago, IL 60639    PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666    PH (512) 754-0200



| INVOICE | PAGE |
|---------|------|
| s-sm 330052 | 1 |

| CUST NO. | DATE |
|----------|------|
| C000419 | 10/03/05 |



**BILL TO**
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

**SHIP TO**
4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550046982 | SM03363 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1-187 | 14,448.000 | 6,528.000 | 0.000 | 1.03000 | 6,723.84 |

Item: 10-DPH752-C

Description: 12208752, REV. E, CASE
U/M: EA
Date Shipped: 10/04/05

Shipped on Packing Slip #:   30108

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings   tools and dies   assembly   prototype   short run stampings   production
painting

| | |
|---|---|
| SALES AMOUNT | 6,723.84 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 6,723.84 |

 **Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639     PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666     PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 330059 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 10/03/05 |

 **BILL TO**

DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

 **SHIP TO**

9
DELPHI D DELNOSA
PLANT 5-6
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550051051 | SM03361 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-54 | 7,350.000 | 7,350.000 | 0.000 | 0.15600 | 1,146.60 |

Item: 10-DPH603-B

Description: 12213603, REV.D, SHIELD BASE
U/M: EA
Date Shipped: 10/04/05

Shipped on Packing Slip #:    30116

PLEASE REMIT TO:72047 EAGLE WAY
               CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 1,146.60 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,146.60 |



**Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639       PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666       PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 330060 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 10/03/05 |

**BILL TO**
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

**SHIP TO**
4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550046982 | SM03363 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-187 | 14,448.000 | 7,920.000 | 0.000 | 1.03000 | 8,157.60 |
| | Item: 10-DPH752-C | | | | |
| | Description: 12208752, REV. E, CASE | | | | |
| | U/M: EA | | | | |
| | Date Shipped: 10/04/05 | | | | |
| 1-188 | 4,368.000 | 4,368.000 | 0.000 | 1.03000 | 4,499.04 |
| | Item: 10-DPH752-C | | | | |
| | Description: 12208752, REV. E, CASE | | | | |
| | U/M: EA | | | | |
| | Date Shipped: 10/04/05 | | | | |

Shipped on Packing Slip #:    30117

PLEASE REMIT TO: 72047 EAGLE WAY
          CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 12,656.64 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 12,656.64 |

 **Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639     PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666     PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 330061 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 10/03/05 |

**BILL TO**
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

**SHIP TO**
9
DELPHI D DELNOSA
PLANT 5-6
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550059616 | SM03505 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-97 | 640.000 | 960.000 | 0.000 | 0.44700 | 429.12 |

    Item: 10-DPH763-A

    Description: 28015763, REV A, COVER
          U/M: EA
    Date Shipped: 10/04/05

Shipped on Packing Slip #:    30118

PLEASE REMIT TO: 72047 EAGLE WAY
          CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 429.12 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 429.12 |



## Parkview Metal

4931 W. Armitage Ave., Chicago, IL 60639    PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666    PH (512) 754-0200

| INVOICE | PAGE |
|---------|------|
| s-sm 330063 | 1 |

| CUST NO. | DATE |
|----------|------|
| C000419 | 10/03/05 |



BILL TO

DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

SHIP TO

4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550040547 | SM03357 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1-192 | 7,008.000 | 1,905.000 | 0.000 | 0.87900 | 1,674.50 |

Item: 10-DPH044-C

Description: 12228044, REV. E , COVER
U/M: EA
Date Shipped: 10/05/05

Shipped on Packing Slip #:    30120

PLEASE REMIT TO: 72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | | |
|---|---|---|
| SALES AMOUNT | | 1,674.50 |
| MISC CHG | | 0.00 |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| PREPAID | | |
| TOTAL | | 1,674.50 |

 **Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639        PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666          PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 330064 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 10/03/05 |

 BILL TO

DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

 SHIP TO

9
DELPHI E& S RIMIR
702 JOAQUIN CAVAZOS RD.
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550062969 | SM03557 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-79 | 200.000 | 300.000 | 0.000 | 0.35900 | 107.70 |

Item: 10-DPH895-A

Description:  16869895, REV 2 RAMP CUSH SUPP,
U/M: EA
Date Shipped: 10/04/05

Shipped on Packing Slip #:    30121

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 107.70 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 107.70 |



## Parkview Metal

4931 W. Armitage Ave., Chicago, IL 60639    PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666      PH (512) 754-0200

| INVOICE | PAGE |
|---------|------|
| s-sm 330065 | 1 |

| CUST NO. | DATE |
|----------|------|
| C000419 | 10/03/05 |

BILL TO
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

SHIP TO
4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550046982 | SM03362 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1-157 | 2,112.000 | 1,392.000 | 0.000 | 0.70800 | 985.54 |

Item: 10-DPH646-C

Description: 12208646, REV.D, COVER TOP
U/M: EA
Date Shipped: 10/05/05

Shipped on Packing Slip #:   30122

PLEASE REMIT TO:72047 EAGLE WAY
          CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 985.54 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 985.54 |



**Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639      PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666      PH (512) 754-0200

| INVOICE | PAGE |
|---------|------|
| s-sm 330066 | 1 |

| CUST NO. | DATE |
|----------|------|
| C000485 | 10/03/05 |



**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
9
DELPHI E& S RIMIR
702 JOAQUIN CAVAZOS RD.
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550063092 | SM03561 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1-129 | 498.000 | 480.000 | 0.000 | 6.90000 | 3,312.00 |

Item: 10-DPH374-A

Description: 16901374 REV 1, FN HOUSING ASSEMBLY
U/M: EA
Date Shipped: 10/05/05

Shipped on Packing Slip #:    30123

PLEASE REMIT TO:72047 EAGLE WAY
        CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 3,312.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 3,312.00 |



# Parkview Metal

4931 W. Armitage Ave., Chicago, IL 60639      PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666        PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 330098 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 10/05/05 |

**BILL TO**
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

**SHIP TO**
9
DELPHI D DELNOSA
PLANT 5-6
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550051051 | SM03361 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-55 | 7,500.000 | 7,200.000 | 0.000 | 0.15600 | 1,123.20 |

Item: 10-DPH603-B

Description: 12213603, REV.D, SHIELD BASE
U/M: EA
Date Shipped: 10/07/05

Shipped on Packing Slip #:   30153

PLEASE REMIT TO:72047 EAGLE WAY
          CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 1,123.20 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,123.20 |

 **Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639     PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666       PH (512) 754-0200

| INVOICE | PAGE |
|---------|------|
| s-sm 330099 | 1 |

| CUST NO. | DATE |
|----------|------|
| C000419 | 10/05/05 |

**BILL TO**
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

**SHIP TO**
4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550046982 | SM03362 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1-157 | 2,112.000 | 960.000 | 0.000 | 0.70800 | 679.68 |

Item: 10-DPH646-C

Description: 12208646, REV.D, COVER TOP
U/M: EA
Date Shipped: 10/05/05

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1-158 | 960.000 | 960.000 | 0.000 | 0.70800 | 679.68 |

Item: 10-DPH646-C

Description: 12208646, REV.D, COVER TOP
U/M: EA
Date Shipped: 10/05/05

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1-159 | 960.000 | 960.000 | 0.000 | 0.70800 | 679.68 |

Item: 10-DPH646-C

Description: 12208646, REV.D, COVER TOP
U/M: EA



# Parkview Metal

4931 W. Armitage Ave., Chicago, IL 60639    PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666    PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 330100 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 10/05/05 |



BILL TO
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

SHIP TO
4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550046982 | SM03363 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-189 | 3,360.000 | 3,456.000 | 0.000 | 1.03000 | 3,559.68 |

Item: 10-DPH752-C

Description: 12208752, REV. E, CASE
U/M: EA
Date Shipped: 10/05/05

---

Shipped on Packing Slip #:    30155

PLEASE REMIT TO:72047 EAGLE WAY
           CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 3,559.68 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 3,559.68 |

 **Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639     PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666     PH (512) 754-0200

| INVOICE | PAGE |
| --- | --- |
| s-sm 330101 | 1 |

| CUST NO. | DATE |
| --- | --- |
| C000419 | 10/05/05 |

BILL TO
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

SHIP TO
4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
| --- | --- | --- | --- |
| 550046982 | SM03387 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
| --- | --- | --- | --- | --- | --- |
| 1-398 | 432.000 | 432.000 | 0.000 | 1.03000 | 444.96 |

CI: 12208641,REV.F
Item: 10-DPH641-F

Description: 12208641, REV. F CASE
U/M: EA
Date Shipped: 10/05/05

Shipped on Packing Slip #:   30156

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
| --- | --- |
| SALES AMOUNT | 444.96 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 444.96 |

 **Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639     PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666      PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 330102 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 10/05/05 |



**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
9
DELPHI E& S RIMIR
702 JOAQUIN CAVAZOS RD.
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550063092 | SM03561 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-129 | 498.000 | 18.000 | 0.000 | 6.90000 | 124.20 |

Item: 10-DPH374-A

Description: 16901374 REV 1, FN HOUSING ASSEMBLY
U/M: EA
Date Shipped: 10/05/05

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-130 | 240.000 | 270.000 | 0.000 | 6.90000 | 1,863.00 |

Item: 10-DPH374-A

Description: 16901374 REV 1, FN HOUSING ASSEMBLY
U/M: EA
Date Shipped: 10/05/05

Shipped on Packing Slip #:    30157

PLEASE REMIT TO:72047 EAGLE WAY
                CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| SALES AMOUNT | 1,987.20 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,987.20 |



# Parkview Metal

4931 W. Armitage Ave., Chicago, IL 60639    PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666    PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 330115 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 10/05/05 |



BILL TO
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

SHIP TO
4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550040547 | SM03357 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-192 | 7,008.000 | 2,847.000 | 0.000 | 0.87900 | 2,502.51 |

Item: 10-DPH044-C

Description: 12228044, REV. E , COVER
U/M: EA
Date Shipped: 10/05/05

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-193 | 2,592.000 | 1,473.000 | 0.000 | 0.87900 | 1,294.77 |

Item: 10-DPH044-C

Description: 12228044, REV. E , COVER
U/M: EA
Date Shipped: 10/06/05

Shipped on Packing Slip #:   30170

PLEASE REMIT TO:72047 EAGLE WAY
           CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings   tools and dies   assembly   prototype   short run stampings   production
painting

| | |
|---|---|
| SALES AMOUNT | 3,797.28 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 3,797.28 |



# Parkview Metal

4931 W. Armitage Ave., Chicago, IL 60639    PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666    PH (512) 754-0200

| INVOICE | PAGE |
|---------|------|
| s-sm 330125 | 1 |

| CUST NO. | DATE |
|----------|------|
| C000419 | 10/06/05 |

> BILL TO

DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

> SHIP TO

4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550040547 | SM03357 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1-193 | 2,592.000 | 1,119.000 | 0.000 | 0.87900 | 983.60 |

Item: 10-DPH044-C

Description:  12228044, REV. E , COVER
U/M: EA
Date Shipped: 10/06/05

| 1-194 | 2,880.000 | 2,880.000 | 0.000 | 0.87900 | 2,531.52 |
|-------|-----------|-----------|-------|---------|----------|

Item: 10-DPH044-C

Description:  12228044, REV. E , COVER
U/M: EA
Date Shipped: 10/06/05

| 1-195 | 4,560.000 | 485.000 | 4,075.000 | 0.87900 | 426.32 |
|-------|-----------|---------|-----------|---------|--------|

Item: 10-DPH044-C

Description:  12228044, REV. E , COVER
U/M: EA
Date Shipped: 10/06/05

Shipped on Packing Slip #:    30180

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 3,941.44 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 3,941.44 |



# Parkview Metal

4931 W. Armitage Ave., Chicago, IL 60639        PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666        PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 330126 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 10/06/05 |



BILL TO
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

SHIP TO
9
DELPHI D DELNOSA
PLANT 5-6
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550050575 | SM03358 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-90 | 160.000 | 160.000 | 0.000 | 0.44700 | 71.52 |

CI: 12240403
Item: 10-DPH403-A

Description: 12240403 REV A, COVER
U/M: EA
Date Shipped: 10/06/05

Shipped on Packing Slip #:    30181

PLEASE REMIT TO:72047 EAGLE WAY
            CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 71.52 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 71.52 |



## Parkview Metal

4931 W. Armitage Ave., Chicago, IL 60639    PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666    PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| S-SM 330127 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 10/06/05 |



**BILL TO**
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

**SHIP TO**
9
DELPHI D DELNOSA
PLANT 5-6
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550051051 | SM03361 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-56 | 7,650.000 | 7,950.000 | 0.000 | 0.15600 | 1,240.20 |

Item: 10-DPH603-B

Description: 12213603, REV.D, SHIELD BASE
U/M: EA
Date Shipped: 10/06/05

Shipped on Packing Slip #:    30182

PLEASE REMIT TO: 72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings   tools and dies   assembly   prototype   short run stampings   production
painting

| | |
|---|---|
| SALES AMOUNT | 1,240.20 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,240.20 |



# Parkview Metal

4931 W. Armitage Ave., Chicago, IL 60639          PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666           PH (512) 754-0200

| INVOICE | PAGE |
|---------|------|
| s-sm 330128 | 1 |

| CUST NO. | DATE |
|----------|------|
| C000419 | 10/06/05 |

**BILL TO**
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

**SHIP TO**
4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550046982 | SM03362 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1-160 | 960.000 | 960.000 | 0.000 | 0.70800 | 679.68 |

Item: 10-DPH646-C

Description:  12208646, REV.D, COVER TOP
U/M: EA
Date Shipped: 10/06/05

Shipped on Packing Slip #:    30183

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 679.68 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 679.68 |



## Parkview Metal

4931 W. Armitage Ave., Chicago, IL 60639      PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666      PH (512) 754-0200

| INVOICE | PAGE |
|---------|------|
| s-sm 330129 | 1 |

| CUST NO. | DATE |
|----------|------|
| C000419 | 10/06/05 |



**BILL TO**
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

**SHIP TO**
4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550046982 | SM03363 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1-190 | 3,216.000 | 3,456.000 | 0.000 | 1.03000 | 3,559.68 |

Item: 10-DPH752-C

Description: 12208752, REV. E, CASE
U/M: EA
Date Shipped: 10/06/05

Shipped on Packing Slip #:   30184

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

ORIGINAL

metal stampings   tools and dies   assembly   prototype   short run stampings   production
painting

| | |
|---|---|
| SALES AMOUNT | 3,559.68 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 3,559.68 |

 **Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639    PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666    PH (512) 754-0200

| INVOICE | PAGE |
|---------|------|
| s-sm 330130 | 1 |

| CUST NO. | DATE |
|----------|------|
| C000419 | 10/06/05 |

 **BILL TO**
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

**SHIP TO**
4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550046982 | SM03387 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1-399 | 432.000 | 432.000 | 0.000 | 1.03000 | 444.96 |

CI: 12208641,REV.F
Item: 10-DPH641-F

Description: 12208641, REV. F CASE
U/M: EA
Date Shipped: 10/06/05

Shipped on Packing Slip #:   30185

PLEASE REMIT TO:72047 EAGLE WAY
             CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings   tools and dies   assembly   prototype   short run stampings   production
painting

| | |
|---|---|
| SALES AMOUNT | 444.96 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 444.96 |

 **Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639       PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666         PH (512) 754-0200

| INVOICE | PAGE |
|---------|------|
| s-sm 330148 | 1 |

| CUST NO. | DATE |
|----------|------|
| C000419 | 10/07/05 |

 **BILL TO**

DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

**SHIP TO**

9
DELPHI D DELNOSA
PLANT 5-6
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550050575 | SM03358 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1-92 | 160.000 | 160.000 | 0.000 | 0.44700 | 71.52 |

CI: 12240403
Item: 10-DPH403-A

Description: 12240403 REV A, COVER
U/M: EA
Date Shipped: 10/07/05

Shipped on Packing Slip #:   30202

PLEASE REMIT TO:72047 EAGLE WAY
            CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 71.52 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 71.52 |



## Parkview Metal

4931 W. Armitage Ave., Chicago, IL 60639       PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666       PH (512) 754-0200

| INVOICE | PAGE |
|---------|------|
| s-sm 330149 | 1 |

| CUST NO. | DATE |
|----------|------|
| C000419 | 10/07/05 |



BILL TO
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

SHIP TO
9
DELPHI D DELNOSA
PLANT 5-6
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550051051 | SM03361 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1-55 | 7,500.000 | 300.000 | 0.000 | 0.15600 | 46.80 |

Item: 10-DPH603-B

Description:  12213603, REV.D, SHIELD BASE
U/M: EA
Date Shipped: 10/07/05

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1-57 | 7,500.000 | 7,500.000 | 0.000 | 0.15600 | 1,170.00 |

Item: 10-DPH603-B

Description:  12213603, REV.D, SHIELD BASE
U/M: EA
Date Shipped: 10/07/05

---

Shipped on Packing Slip #:   30203

PLEASE REMIT TO:72047 EAGLE WAY
                CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 1,216.80 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,216.80 |

 **Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639    PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666    PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 330150 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 10/07/05 |

 **BILL TO**

DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**

9
DELPHI E& S RIMIR
702 JOAQUIN CAVAZOS RD.
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550063004 | SM03554 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-142 | 33.000 | 96.000 | 0.000 | 8.23000 | 790.08 |

CI: 16870588, REV.4
Item: 10-DPH588-B

Description: 16870588 REV 4 E/N HOUSING ASSEMBLY
U/M: EA
Date Shipped: 10/07/05

Shipped on Packing Slip #:   30204

PLEASE REMIT TO:72047 EAGLE WAY
         CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 790.08 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 790.08 |



## Parkview Metal

4931 W. Armitage Ave., Chicago, IL 60639        PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666        PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 330151 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 10/07/05 |



BILL TO:
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

SHIP TO:
9
DELPHI E& S RIMIR
702 JOAQUIN CAVAZOS RD.
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550062969 | SM03557 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-81 | 300.000 | 300.000 | 0.000 | 0.35900 | 107.70 |

Item: 10-DPH895-A

Description:  16869895, REV 2 RAMP CUSH SUPP,
U/M: EA
Date Shipped: 10/07/05

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-82 | 5,000.000 | 2,100.000 | 0.000 | 0.35900 | 753.90 |

Item: 10-DPH895-A

Description:  16869895, REV 2 RAMP CUSH SUPP,
U/M: EA
Date Shipped: 10/07/05

Shipped on Packing Slip #:    30205

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings   tools and dies   assembly   prototype   short run stampings   production
painting

| | |
|---|---|
| SALES AMOUNT | 861.60 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 861.60 |

 **Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639    PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666    PH (512) 754-0200

| INVOICE | PAGE |
|---------|------|
| s-sm 330152 | 1 |

| CUST NO. | DATE |
|----------|------|
| C000485 | 10/07/05 |

 **BILL TO**

DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**

9
DELPHI E& S RIMIR
702 JOAQUIN CAVAZOS RD.
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550062969 | SM03559 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1-84 | 390.000 | 440.000 | 0.000 | 0.78300 | 344.52 |

Item: 10-DPH531-B

Description: 16870531, REV 6, C-PILLAR RAMP CUSH SUPP
U/M: EA
Date Shipped: 10/07/05

Shipped on Packing Slip #:   30206

PLEASE REMIT TO:72047 EAGLE WAY
       CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 344.52 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 344.52 |



## Parkview Metal

4931 W. Armitage Ave., Chicago, IL 60639      PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666      PH (512) 754-0200

| INVOICE | PAGE |
|---------|------|
| s-sm 330153 | 1 |

| CUST NO. | DATE |
|----------|------|
| C000485 | 10/07/05 |



BILL TO

DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

SHIP TO

9
DELPHI E& S RIMIR
702 JOAQUIN CAVAZOS RD.
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550063092 | SM03561 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1-131 | 240.000 | 252.000 | 0.000 | 6.90000 | 1,738.80 |

Item: 10-DPH374-A

Description: 16901374 REV 1, FN HOUSING ASSEMBLY
U/M: EA
Date Shipped: 10/07/05

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1-132 | 228.000 | 228.000 | 0.000 | 6.90000 | 1,573.20 |

Item: 10-DPH374-A

Description: 16901374 REV 1, FN HOUSING ASSEMBLY
U/M: EA
Date Shipped: 10/07/05

Shipped on Packing Slip #:   30207

PLEASE REMIT TO:72047 EAGLE WAY
              CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 3,312.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 3,312.00 |



## Parkview Metal

4931 W. Armitage Ave., Chicago, IL 60639     PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666     PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 330154 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 10/07/05 |



| BILL TO | DELPHI S&I VANDALIA PLANT<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>PO BOX 5051 - MC #146<br>VANDALIA OH 45377-5051 | SHIP TO | 9<br>DELPHI E& S RIMIR<br>702 JOAQUIN CAVAZOS RD.<br>LOS INDIOS TX 78567<br>USA |
|---|---|---|---|

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550063086 | SM03563 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-55 | 120.000 | 640.000 | 0.000 | 1.26300 | 808.32 |

CI: 16898599
Item: 10-DPH599-A

Description: 16898599 REV 1 BRKT. INFLATOR RH
U/M: EA
Date Shipped: 10/07/05

Shipped on Packing Slip #:   30208

PLEASE REMIT TO:72047 EAGLE WAY
            CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 808.32 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 808.32 |

 **Parkview Metal**
4931 W. Armitage Ave., Chicago, IL 60639     PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666      PH (512) 754-0200

| INVOICE | PAGE |
|---------|------|
| s-sm 330155 | 1 |

| CUST NO. | DATE |
|----------|------|
| C000485 | 10/07/05 |

 **BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
9
DELPHI E& S RIMIR
702 JOAQUIN CAVAZOS RD.
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550063004 | SM03565 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1-57 | 150.000 | 150.000 | 0.000 | 2.26300 | 339.45 |

Item: 10-DPH917-A

Description: 16870917 REV 2 C-PILLAR BRKT MODULE ASM
U/M: EA
Date Shipped: 10/07/05

Shipped on Packing Slip #:   30209

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL**
metal stampings   tools and dies   assembly   prototype   short run stampings   production
painting

| | |
|---|---|
| SALES AMOUNT | 339.45 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 339.45 |



**Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639     PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666     PH (512) 754-0200

| INVOICE | PAGE |
|---------|------|
| s-sm 330156 | 1 |

| CUST NO. | DATE |
|----------|------|
| C000419 | 10/07/05 |



| | |
|---|---|
| BILL TO | DELCO ELECTRONICS SYSTEMS<br>ONE CORPORATE CENTER<br>P.O. BOX 9005<br>KOKOMO IN 46904 |

| | |
|---|---|
| SHIP TO | 4<br>DELPHI DELCO ELECTRONICS<br>PLANT 83<br>601 JOAQUIN CAVAZOS<br>LOS INDIOS TX 78567 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550046982 | SM03362 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1-161 | 960.000 | 960.000 | 0.000 | 0.70800 | 679.68 |

Item: 10-DPH646-C

Description:  12208646, REV.D, COVER TOP
U/M: EA
Date Shipped: 10/07/05

Shipped on Packing Slip #:    30210

PLEASE REMIT TO:72047 EAGLE WAY
                CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings     tools and dies     assembly     prototype     short run stampings     production
painting

| | |
|---|---|
| SALES AMOUNT | 679.68 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 679.68 |



# Parkview Metal

4931 W. Armitage Ave., Chicago, IL 60639       PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666       PH (512) 754-0200

| INVOICE | PAGE |
|---------|------|
| s~sm 330157 | 1 |

| CUST NO. | DATE |
|----------|------|
| C000419 | 10/07/05 |



| BILL TO | SHIP TO |
|---------|---------|
| DELCO ELECTRONICS SYSTEMS<br>ONE CORPORATE CENTER<br>P.O. BOX 9005<br>KOKOMO IN 46904 | 4<br>DELPHI DELCO ELECTRONICS<br>PLANT 83<br>601 JOAQUIN CAVAZOS<br>LOS INDIOS TX 78567 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550046982 | SM03363 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1-191 | 3,216.000 | 3,456.000 | 0.000 | 1.03000 | 3,559.68 |

Item: 10-DPH752-C

Description: 12208752, REV. E, CASE
U/M: EA
Date Shipped: 10/07/05

Shipped on Packing Slip #:    30211

PLEASE REMIT TO:72047 EAGLE WAY
            CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 3,559.68 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 3,559.68 |



## Parkview Metal

4931 W. Armitage Ave., Chicago, IL 60639        PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666         PH (512) 754-0200

| INVOICE | PAGE |
|---------|------|
| s-sm 330158 | 1 |

| CUST NO. | DATE |
|----------|------|
| C000419 | 10/07/05 |



BILL TO

DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

SHIP TO

4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550046982 | SM03387 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1-400 | 216.000 | 232.000 | 0.000 | 1.03000 | 238.96 |

CI: 12208641,REV.F
Item: 10-DPH641-F

Description: 12208641, REV. F CASE
U/M: EA
Date Shipped: 10/07/05

Shipped on Packing Slip #:    30212

PLEASE REMIT TO:72047 EAGLE WAY
          CHICAGO, IL 60678-2050

**ORIGINAL**
metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 238.96 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 238.96 |



## Parkview Metal

4931 W. Armitage Ave., Chicago, IL 60639     PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666     PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 330160 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 10/07/05 |



**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
9
DELPHI E& S RIMIR
702 JOAQUIN CAVAZOS RD.
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550062969 | SM03557 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-82 | 5,000.000 | 3,000.000 | 0.000 | 0.35900 | 1,077.00 |

Item: 10-DPH895-A

Description: 16869895, REV 2 RAMP CUSH SUPP,
U/M: EA
Date Shipped: 10/07/05

---

Shipped on Packing Slip #:   30217

PLEASE REMIT TO:72047 EAGLE WAY
             CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings   tools and dies   assembly   prototype   short run stampings   production
painting

| | |
|---|---|
| SALES AMOUNT | 1,077.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,077.00 |



## Parkview Metal

4931 W. Armitage Ave., Chicago, IL 60639      PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666        PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 330161 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 10/07/05 |



**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
9
DELPHI E& S RIMIR
702 JOAQUIN CAVAZOS RD.
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550062969 | SM03558 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-84 | 560.000 | 560.000 | 0.000 | 0.66100 | 370.16 |

Item: 10-DPH529-B

Description: 16870529, REV 6, B-PILLAR RAMP CUSH SUPP
U/M: EA
Date Shipped: 10/07/05

Shipped on Packing Slip #:    30218

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL**
metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 370.16 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 370.16 |

 **Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639    PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666    PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 330162 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 10/07/05 |


**BILL TO**

DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**

9
DELPHI E& S RIMIR
702 JOAQUIN CAVAZOS RD.
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550062969 | SM03559 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-85 | 520.000 | 520.000 | 0.000 | 0.78300 | 407.16 |

Item: 10-DPH531-B

Description: 16870531, REV 6, C-PILLAR RAMP CUSH SUPP
U/M: EA
Date Shipped: 10/07/05

Shipped on Packing Slip #:   30219

PLEASE REMIT TO:72047 EAGLE WAY
       CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 407.16 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 407.16 |



## Parkview Metal

4931 W. Armitage Ave., Chicago, IL 60639      PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666       PH (512) 754-0200

| INVOICE | PAGE |
|---------|------|
| s-sm 330163 | 1 |

| CUST NO. | DATE |
|----------|------|
| C000485 | 10/07/05 |



| BILL TO | SHIP TO |
|---------|---------|
| DELPHI S&I VANDALIA PLANT<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>PO BOX 5051 - MC #146<br>VANDALIA OH 45377-5051 | 9<br>DELPHI E& S RIMIR<br>702 JOAQUIN CAVAZOS RD.<br>LOS INDIOS TX 78567<br>USA |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550062969 | SM03560 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1-85 | 280.000 | 300.000 | 0.000 | 1.01000 | 303.00 |

Item: 10-DPH619-A

Description: 16870619 REV 4 INFLATOR BRKT. RH,
U/M: EA
Date Shipped: 10/07/05

Shipped on Packing Slip #:   30220

PLEASE REMIT TO:72047 EAGLE WAY
                CHICAGO, IL 60678-2050

ORIGINAL

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 303.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 303.00 |



## Parkview Metal

4931 W. Armitage Ave., Chicago, IL 60639   PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666   PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 330164 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 10/07/05 |



**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
9
DELPHI E& S RIMIR
702 JOAQUIN CAVAZOS RD.
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550063004 | SM03564 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-52 | 600.000 | 300.000 | 300.000 | 1.13300 | 339.90 |

Item: 10-DPH721-A

Description: 16869721 REV 005 C-PILLAR BRKT LH
U/M: EA
Date Shipped: 10/07/05

Shipped on Packing Slip #:   30221

PLEASE REMIT TO:72047 EAGLE WAY
          CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings   tools and dies   assembly   prototype   short run stampings   production
painting

| | |
|---|---|
| SALES AMOUNT | 339.90 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 339.90 |