**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                              Chapter 11

                                                    Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                          Jointly Administered

                     Debtors

---------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Cherie Macdonald dated October 11, 2005, for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Cherie Macdonald is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: October 12, 2005
       New York, New York

                                        /s/Robert D. Drain
                                        UNITED STATES BANKRUPTCY JUDGE