**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re:                                          Chapter 11

                                                  Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,          Jointly Administered

                Debtors

------------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Paul M. Baisier dated October 11, 2005, for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Paul M. Baisier is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: October 12, 2005
      New York, New York

                                                      /s/Robert D. Drain
                                                  UNITED STATES BANKRUPTCY JUDGE