**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                                  Chapter 11

                                                                         Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                           Jointly Administered

                            Debtors

---------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Judy O'Neill dated October 11, 2005, for admission pro hac vice

in this bankruptcy case; it is hereby

**ORDERED,** that Judy O'Neill is admitted to practice, ***pro hac vice*** in the above

referenced case, in the United States Bankruptcy Court, Southern District of New York, subject

to payment of the filing fee.

Dated: October 12, 2005
          New York, New York

                                     _/s/Robert D. Drain_____
                                     UNITED STATES BANKRUPTCY JUDGE