CHARLES E. BOULBOL (CB-1049)
Attorney for Russell Reynolds Associates, Inc.
26 Broadway 17th Floor
New York, New York 10004
(212) 825-9457- Telephone
(212) 825-9414 - Facsimile

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

In re:

        DELPHI CORP., et al.,

                Debtors.

Case No.
**05-B-44481 (AJG)**
**Jointly Administered**

**Chapter 11**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010, Russell Reynolds Associates, Inc., by its attorney, Charles E. Boulbol, P.C., hereby appears in the above captioned case and requests that notice of all matters arising therein and all papers and other documents filed including, but not limited to, orders, reports, pleadings, motions, applications, disclosure statements, plans and answering and reply papers, and all notices required by Bankruptcy Rule 2002, be served upon the undersigned attorney for Russell Reynolds Associates, Inc. at the following address:

                      Charles E. Boulbol, P.C.
                      26 Broadway, 17th Floor
                      New York, New York 10004

Dated:    New York, New York
              October 12, 2005

                      CHARLES E. BOULBOL, P.C.


                      By:  /S/
                           Charles E. Boulbol (CB-1049)
                           26 Broadway, 17th Floor
                           New York, New York 10004
                           212-825-9457
                           Attorney for Russell Reynolds Associates, Inc.

To:

  Clerk, United States Bankruptcy Court
  Southern District of New York
  Old Custom House
  Bowling Green
  New York, New York 10004

  Kayalin A.Marafioti, Esq.
  Skadden Arps Slate Meagher & Flom LLP
  Four Times Square
  New York, New York 10036

  Alicia M. Leonhard, Esq.
  Office of the United States Trustee
  33 Whitehall Street 21st Floor
  New York, New York 10004