Darryl S. Laddin (DL-5130)
Heath J. Vicente (Ga. Bar No. 728289)
ARNALL GOLDEN GREGORY LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia  30363-1031
(404) 873-8500

Attorneys for Daishinku (America) Corp.
d/b/a KDS America

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                                          :
In re                                                     :          Chapter 11
                                                          :
DELPHI CORPORATION, et al.,                               :          Case No. 05-44481 (rdd)
                                                          :
                              Debtors.                    :          (Jointly Administered)
---------------------------------------------------------------X

### NOTICE OF APPEARANCE AND
### DEMAND FOR NOTICES AND PAPERS

   Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, DARRYL S.

LADDIN and HEATH J. VICENTE of the firm of ARNALL GOLDEN GREGORY LLP, whose office

address and telephone number appear hereinbelow, do hereby enter an appearance as counsel for

Daishinku (America) Corp. d/b/a KDS America ("Daishinku") in the above-styled Chapter 11 cases.

   Pursuant to sections 342 and 1109(b) of the Bankruptcy Code and Rules 2002, 3017 and

9007 of the Federal Rules of Bankruptcy Procedure, Daishinku requests that copies of all notices and

pleadings given or filed in these cases be given and served at the following address:

     **Darryl S. Laddin**
     **Heath J. Vicente**
     Arnall Golden Gregory LLP
     171 17th Street NW, Suite 2100
     Atlanta, Georgia  30363-1031
     Telephone: (404) 873-8120
     Fax:  (404) 873-8121
     Email:  dladdin@agg.com

Please take further notice that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, any other notice, application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to these cases and any proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of Daishinku's rights (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) of any other rights, claims, actions, setoffs, or recoupments to which Daishinku is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Daishinku expressly reserves.

This 12th day of October, 2005.

Respectfully submitted,

ARNALL GOLDEN GREGORY LLP

/s/ Darryl S. Laddin
Darryl S. Laddin (DL-5130)
Heath J. Vicente (Ga. Bar No. 728289)

171 17th Street NW, Suite 2100
Atlanta, Georgia  30363-1031
(404) 873-8500
Attorneys for Daishinku (America) Corp.
d/b/a KDS America

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served a copy of the foregoing by causing a copy of same to be

deposited in the United States Mail, first-class postage prepaid, addressed as follows:

**John Wm. Butler, Jr.**
Skadden Arps Slate Meagher & Flom (IL)
333 West Wacker Drive
Chicago, IL 60606-1285

**Kayalyn A. Marafioti**
**Thomas J. Matz**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

**Alicia M. Leonhard**
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

This 12th day of October, 2005.

/s/ Darryl S. Laddin
Darryl S. Laddin

1927865v1                                              3