WALLER LANSDEN DORTCH & DAVIS, PLLC
Attorneys for Nissan North America, Inc.
511 Union Street, Suite 2700
Nashville, TN 37219
(615)244-6380
(615) 244-6804 (fax)
David E. Lemke, Esq. (TN 13586) *Pro Hac Vice pending*
David.Lemke@wallerlaw.com
Robert J. Welhoelter, Esq. (NY RW8830)
Robert.Welhoelter@wallerlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - -- - - - - - - - - - - -x
In re:                                          :
                                                :
DELPHI CORPORATION, et al.,    :    Chapter 11
                                                :    Case No.  05-44481-rdd
        Debtors.                           :    Jointly Administered
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

   I, David E. Lemke, a member in good standing of the bar in the State of Tennessee and of the bar of the U.S. District Court for the Middle District of Tennessee, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Nissan North America, Inc., a party-in-interest in the above referenced case.

   My address is: 511 Union Street, Suite 2700
          Nashville, TN 37219
          David.Lemke@wallerlaw.com
          (615) 244-6380 (phone)
          (615) 244-6804 (fax)

   I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: October 12, 2005  Respectfully submitted,
     Nashville, TN
             WALLER LANSDEN DORTCH & DAVIS, PLLC

             By:   /s/ David E. Lemke
               David E. Lemke
               Robert J. Welhoelter
               511 Union Street, Suite 2700
               Nashville, TN 37219
               (615) 244-6380
               (615) 244-6804 (fax)
               David.Lemke@wallerlaw.com
               Robert.Welhoelter@wallerlaw.com

1152803.1