WALLER LANSDEN DORTCH & DAVIS, PLLC
Attorneys for Nissan North America, Inc.
511 Union Street, Suite 2700
Nashville, TN 37219
(615)244-6380
(615) 244-6804 (fax)
David E. Lemke, Esq. (TN 13586) *Pro Hac Vice pending*
David.Lemke@wallerlaw.com
Robert J. Welhoelter, Esq. (NY RW8830)
Robert.Welhoelter@wallerlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| DELPHI CORPORATION, et al., | : | Chapter 11 |
| | : | Case No. 05-44481-rdd |
| Debtors. | : | Jointly Administered |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## **ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

IT IS ORDERED that David E. Lemke, Esq., is admitted to practice, ***pro hac vice,*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____         /s/_____
        New York, New York                    United States Bankruptcy Judge

1152806.1