TOGUT, SEGAL & SEGAL LLP
Conflicts Counsel for
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, NY  10119
(212) 594-5000
Albert Togut (AT-9759)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re:                                                      :
                                                            :    Chapter 11
        DELPHI CORPORATION, et al.,                         :    Case No. 05-44481 [RDD]
                                                            :
                              Debtors.                      :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES AND OTHER DOCUMENTS**

**PLEASE TAKE NOTICE** that Togut, Segal & Segal LLP ("TS&S") hereby appears as conflicts counsel for the debtors and debtors in possession, pursuant to sections 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017(a), 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and hereby requests copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, complaints, demands, petitions, memoranda, affidavits, declarations, orders, notices of adjournment, disclosure statement(s) and plan(s) of reorganization, or other documents, filed or entered in this case and the proceedings therein. All such papers should be served upon TS&S at the address set forth below:

> TOGUT, SEGAL & SEGAL LLP
> One Penn Plaza, Suite 3335
> New York, New York 10119
> Telephone: (212) 594-5000
> Facsimile:  (212) 967-4258
> Attention:  Albert Togut, Esq.
>     c/o bmcdonough@teamtogut.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions set forth above, but also includes, without limitation, orders and notices of, any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, telegraph, telex, e-mail or otherwise filed or made with regard to this case and the proceedings therein.

DATED:    New York, New York
          October 12, 2005

                                    Respectfully submitted,

                                    TOGUT, SEGAL & SEGAL LLP
                                    By:

                                    /s/ Albert Togut
                                    ALBERT TOGUT (AT-9759)
                                    Member of the Firm
                                    One Penn Plaza, Suite 3335
                                    New York, NY 10019
                                    (212) 594-5000

                                    Conflicts Counsel for
                                    Debtors and Debtors in Possession