McCARTER & ENGLISH, LLP
245 Park Avenue
27th Floor
New York, New York  10167
(212) 609-6800 - Telephone
(212) 609-6921 - Facsimile
David J. Adler (DA-0048)
Brian F. Moore (BM-5719)
Attorneys for Ward Products, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case Nos. 05-44481 (RDD) |
| IN RE DELPHI CORPORATION et al., | (Jointly Administered) |
| Debtors. |  |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Ward Products, LLC ("Ward"), a creditor in the above-captioned bankruptcy proceeding, by and through its attorneys, McCarter & English, LLP, hereby enters its appearance in this chapter 11 case pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §1109(b).  It is respectfully requested that all further notices given or required to be given in these proceedings and copies of all papers served in these proceedings be given to and served upon the undersigned, attorneys for Ward, at the offices, postal addresses, telephone numbers and facsimile numbers set forth below:

>David J. Adler, Jr. Esq.
>McCARTER & ENGLISH, LLP
>245 Park Avenue
>27th Floor
>New York, New York 10167

(212) 609-6800  telephone
(212) 609-6921 facsimile

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. §1109(b) and Rule 2002 of the Federal Rules of Bankruptcy Procedure, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, facsimile transmission or otherwise.

Dated:  New York, New York
           October 12, 2005

                McCARTER & ENGLISH, LLP
                Attorneys for Ward Products, LLC

            By:  /s/ David J. Adler
                David J. Adler (DA 0048)
                245 Park Avenue
                27th Floor
                New York, New York  10022-7402
                (212) 609-6800 telephone
                (212) 609-6921 facsimile