**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------ x   Chapter 11
                                                       :
    In re:                                             :   Case No. 05-44481
                                                       :   (Jointly Administered)
DELPHI CORPORATION, et al.,                            :
                                                       :
                                   Debtors.            :
                                                       :
------------------------------------------------------ x
```

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF PAPERS AND NOTICES**

**PLEASE TAKE NOTICE THAT** pursuant to sections 342(a) and 1109(b) of the Bankruptcy Code, 11 U.S.C. §§ 101-1330, and the Federal Rules of Bankruptcy Procedure, the undersigned hereby enters an appearance in the above-captioned cases on behalf of Republic Engineered Products, Inc. ("Republic"), a creditor of one of the debtors, and requests that all notices given or required to be given, and all papers served or required to be served, in these cases, be given to and served on:

> Shawn M. Riley, Esq.
> Scott N. Opincar, Esq.
> McDonald Hopkins Co., LPA
> 600 Superior Avenue, E.
> Suite 2100
> Cleveland, OH  44114
> Telephone:  (216) 348-5400
> Facsimile:  (216) 348-5474
> E-mail:     sriley@mcdonaldhopkins.com
>             sopincar@mcdonaldhopkins.com

> -and-

> Mr. Joseph Lapinsky
> Republic Engineered Products, Inc.
> 3770 Embassy Parkway
> Akron, OH  44333
> Telephone:  (330) 670-3004
> Facsimile:  (330) 670-3020
> E-mail:     jlapinsky@republicengineered.com

**PLEASE TAKE FURTHER NOTICE THAT** this request includes not only the notices and

{765204:2}

papers referred to in the Bankruptcy Rules and Bankruptcy Code sections specified above, but also includes, without limitations, all orders and notices of any applications, motions, petitions, pleadings, requests, complaints, or demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by electronic mail, U.S. mail, courier service, hand delivery, telephone, facsimile transmissions, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way rights or interest of any creditor or party in interest in these cases, with respect to (a) the debtors, (b) property of the debtors' estates, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek or use; or (2) requires or seeks to require any act, delivery or any property, payment or other conduct by Republic.

**PLEASE TAKE FURTHER NOTICE THAT** Republic intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) its right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupment to which it is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupment are expressly reserved.

Dated: October 11, 2005

Respectfully submitted,

/s/Shawn M. Riley
Shawn M. Riley, Esq. (0037235)
Scott N. Opincar, Esq. (0064027)
McDONALD HOPKINS CO., LPA
600 Superior Avenue, E.
Suite 2100
Cleveland, OH  44114
Telephone:  (216) 348-5400
Facsimile:   (216) 348-5474
E-mail:   sriley@mcdonaldhopkins.com
              sopincar@mcdonaldhopkins.com

COUNSEL FOR REPUBLIC ENGINEERED PRODUCTS, INC.

{765204:2}

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 11, 2005, a true and correct copy of the Notice of Appearance and Request for Service of Papers and Notices was served electronically or via the U.S. Postal Service, first class mail upon the attached Service List.

/s/Shawn M. Riley
Shawn M. Riley (0037235)

{765204:2}

SERVICE LIST

John William Butler, Jr.
Skadden Arps Slate Meagher & Flom (IL)
333 West Wacker Drive
Chicago, IL  60606-1285

Kayalyn A. Marafioti
Skadden Arps Slate Meagher & Flom LPP
Four Times Square
New York, NY  10036

Thomas J. Matz
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Alicia M. Leonard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004

{765204:2}