WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Martin J. Bienenstock, Esq. (MB 3001)
Michael P. Kessler, Esq. (MK 7134)
Jeffrey L. Tanenbaum, Esq. (JT 9797)

- and -

HONIGMAN MILLER SCHWARTZ
AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583
Telephone: (313) 465-7000
Facsimile: (313) 465-8000
Robert B. Weiss, Esq.
Frank L. Gorman, Esq.

Attorneys for General Motors Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :
                                                               :   **Chapter 11 Case No.**
                                                               :
**DELPHI CORPORATION, et al.,**                                :   **05-44481 (RDD)**
                                                               :
                    Debtors.                                   :   **(Jointly Administered)**
                                                               :
---------------------------------------------------------------x

### NOTICE OF APPEARANCE PURSUANT
### TO RULES 2002, 9007, AND 9010(b) OF THE
### FEDERAL RULES OF BANKRUPTCY PROCEDURE
### AND SECTION 1109(b) OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that Weil, Gotshal & Manges LLP and Honigman

Miller Schwartz and Cohn LLP hereby appear in the above-captioned chapter 11 cases on behalf

of General Motors Corporation and its subsidiaries pursuant to Rules 2002, 9007 and 9010(b) of

the Federal Rules of Bankruptcy Procedure and section 1109(b) of title 11 of the United States

Code (the "Bankruptcy Code"), and request copies of all notices given or required to be given in

these cases and all papers served in these cases (including, but not limited to, all papers filed and

served in all adversary proceedings in these cases, and all notices mailed only to parties who filed with the court a request that all notices be mailed to them) be given to and served upon the attorneys identified herein.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the rules specified above, but also includes, without limitation, all orders and notices of any application, motion, order, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy or otherwise, which affects the debtors or the property of the debtors.

> WEIL, GOTSHAL & MANGES LLP
> 767 Fifth Avenue
> New York, New York 10153
> Attention:  Martin J. Bienenstock, Esq.
>             Michael P. Kessler, Esq.
>             Jeffrey L. Tanenbaum, Esq.
> Telephone: (212) 310-8000
> Facsimile:  (212) 310-8007
> E-mails:   martin.bienenstock@weil.com
>            michael.kessler@weil.com
>            jeffrey.tanenbaum@weil.com
>
>            – and –
>
> HONIGMAN MILLER SCHWARTZ
> AND COHN LLP
> 2290 First National Building
> 660 Woodward Avenue
> Detroit, MI 48226-3583
> Attention:  Robert B. Weiss, Esq.
>             Frank L. Gorman, Esq.
> Telephone: (313) 465-7000
> Facsimile:  (313) 465-8000
> E-mails:   RWeiss@honigman.com
>            FGorman@honigman.com

**PLEASE TAKE FURTHER NOTICE** that the identified attorneys from Weil, Gotshal & Manges LLP (Martin J. Bienenstock, Esq., Michael P. Kessler, Esq., and Jeffrey L. Tanenbaum, Esq.) and Honigman Miller Schwartz and Cohn LLP (Robert B. Weiss, Esq. and Frank L. Gorman, Esq.) consent to e-mail service.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned be added to the notice list for notice of all contested matters, adversary proceedings, and other proceedings in these chapter 11 cases.

Dated: October 12, 2005
        New York, New York

/s/ Michael P. Kessler
Martin J. Bienenstock, Esq. (MB 3001)
Michael P. Kessler, Esq. (MK 7134)
Jeffrey L. Tanenbaum, Esq. (JT 9797)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

– and –

Robert B. Weiss, Esq.
Frank L. Gorman, Esq.
HONIGMAN MILLER SCHWARTZ
AND COHN, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583
Telephone: (313) 465-7000
Facsimile: (313) 465-8000

Attorneys for General Motors Corporation