FOX ROTHSCHILD LLP
1301 Atlantic Avenue, Suite 400
Atlantic City, NJ 08401-7212
(609) 348-4515
Michael J. Viscount, Jr.

     -and-

FOX ROTHSCHILD LLP
13 East 37th Street, Suite 800
New York, New York 10016
(212) 682-7575
Yann Geron (YG 1130)
Fred Stevens (FS 1346)

Attorneys for M&Q Plastic Products, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                           :          Chapter 11

DELPHI CORPORATION, et al.,         :          Case No. 05-44481 (RDD)

                       Debtors.       :          (Jointly Administered)
---------------------------------------------------------x

### NOTICE OF APPEARANCE
### AND DEMAND FOR SERVICE OF PAPERS

***PLEASE TAKE NOTICE*** that the law firm of Fox Rothschild LLP, has been retained by M&Q Plastic Products, Inc. ("M&Q"), to represent it in connection with the above-captioned bankruptcy cases of Delphi Corporation, *et al.* (collectively, the "Debtors"), and hereby demands on behalf of M&Q service of all notices and papers herein upon:

        Fox Rothschild LLP
        1301 Atlantic Avenue, Suite 400
        Atlantic City, NJ 08401-7212
        Attn: Michael J. Viscount, Jr.
        Tel: (609) 348-4515
        Direct: (609) 572-2227
        Fax: (609) 348-6834
        mviscount@foxrothschild.com

NY1 9121v1 10/12/05

-and-

Fox Rothschild LLP
13 East 37th Street, Suite 800
New York, New York 10016
Attn: Fred Stevens
Tel: (212) 682-7575
Fax: (212) 682-4218
Email: fstevens@foxrothschild.com

***PLEASE TAKE FURTHER NOTICE*** that the foregoing demand includes all pleadings of any kind, including, without limitation, all notices, motions, and orders, whether written or oral, formal or informal, however transmitted, and any discovery sought from M&Q of any kind, including, without limitation, all requests for admissions, interrogatories, requests for the production of documents, and notice of depositions.

***PLEASE TAKE FURTHER NOTICE*** that neither this Notice of Appearance and Demand for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit, shall constitute a waiver of M&Q's:

a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Judge;

b) rights to trial by jury in any proceedings as to any and all matters so triable, whether or not the same be designated legal or private rights, or in any case, controversy or pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution;

c) rights to seek abstention or remand of any matter or proceeding subject to mandatory discretionary abstention or remand, and to have the District Court

withdraw the reference in any matter or proceeding subject to mandatory or discretionary withdrawal;

   d) rights to receipt of service of process in all actions, causes, claims, or proceedings arising in, arising under or related to these proceedings to be served directly on M&Q;

   e) rights to contest service of process; or

   f) rights, remedies and claims against other entities or any objection that may be made to the jurisdiction and venue of the Court or venue of this case.

  All of the above rights are expressly reserved and preserved by M&Q without exception.

Dated: New York, New York
    October 12, 2005

               FOX ROTHSCHILD LLP
               Counsel to M&Q Plastic Products, Inc.

               By: */s/ Fred Stevens*
                  Yann Geron (YG 1130)
                  Fred Stevens (FS 1346)
                  13 East 37th Street, Suite 800
                  New York, New York 10016
                  (212) 682-7575