Todd & Levi, LLP
Attorneys for Bank of Lincolnwood
444 Madison Avenue
Suite 1202
New York, New York 10022
Jill Levi (JL5223)
David B. Rosenberg (DR 0302)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                           :
In re:                                     :   Chapter 11
                                           :
    DELPHI CORPORATION, et al.,    :   Case No. 05-44481
                                           :
                  Debtors.     :   Jointly Administered
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that Bank of Lincolnwood hereby appears in the above-captioned case, by its counsel, Todd & Levi, LLP; such counsel hereby enters its appearance pursuant to Section 1109(b) of the Bankruptcy Code, and hereby requests, pursuant to Bankruptcy Rules 2002, 3107 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address:

        Todd & Levi, LLP
        Attention: Jill Levi, Esq.
        444 Madison Avenue
        Suite 1202
        New York, New York 10022
        Tel: (212) 308-7400
        E-mail: jlevi@toddlevi.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the within demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

Dated:    New York, New York
          October 12, 2005

                              TODD & LEVI, LLP

                              By: /s/ Jill Levi
                                   Jill Levi (JL 5223)
                              Attorneys for Bank of Lincolnwood
                              444 Madison Avenue
                              Suite 1202
                              New York, New York 10022
                              Tel: (212) 308-7400