# CERTIFICATE OF SERVICE

I hereby certify that copies of the attached Notice of Appearance and Demand For Notices and Papers were mailed by first class mail, postage prepaid on October 12, 2005 to the following parties:

John Wm. Butler, Jr., Esq.
Skadden Arps Slate Meager & Flom
333 West Wacker Drive
Chicago, Illinois 60606-1285

Kayalyn A. Marafioti, Esq.
Skadden Arps Slate Meager & Flom LLP
Four Times Square
New York, New York 10036

Thomas J. Matz, Esq.
Skadden Arps Slate Meager & Flom LLP
Four Times Square
New York, New York 10036-6522

Alicia M. Leonard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004

Dated: New York, New York
       October 12, 2005

                TODD & LEVI, LLP

                By: /s/ Jill Levi
                Jill Levi (JL 5223)
                Attorneys for Bank of Lincolnwood
                444 Madison Avenue
                Suite 1202
                New York, New York 10022
                Tel: (212) 308-7400