**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re:                                                   Chapter 11

                                                         Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                              Jointly Administered

               Debtors

----------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Jeffrey M. Levinson dated October 12, 2005, for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Jeffrey M. Levinson is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: October 12, 2005
       New York, New York

                                         /s/Robert D. Drain_____
                                         UNITED STATES BANKRUPTCY JUDGE