UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re                                               :
                                                    :    Chapter 11
**DELPHI CORPORATION, et al.,**                     :
                                                    :    Case No. 05-44481 ( RDD )
                       DebtorS.                     :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**


      PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code requests that any and all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered to and served upon:

                Bear, Stearns Investment Products, Inc.
                383 Madison Avenue
                New York, New York  10179
                Attention: Jeff Farkas
                Tel.:  (212) 272-3330
                Fax.: (212) 272-9394
                jfarkas@bear.com

PLEASE TAKE FURTHER NOTICE THAT the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and Federal Rules of Bankruptcy Procedure provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, telegraph, telex, telefax or otherwise.

Dated:    New York, New York
          October 12, 2005

BEAR, STEARNS INVESTMENT PRODUCTS, INC.

By:  /s/ John E. McDermott
     John E. McDermott
     Senior Managing Director