COHN BIRNBAUM & SHEA P.C.
Attorneys for Floyd Manufacturing Co., Inc.
100 Pearl Street, 12th Floor
Hartford, CT 06103
Tel. (860) 493-2200
Scott D. Rosen (SR1545)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
In re:

  DELPHI CORPORATION, et al.,

      Debtors.
-----------------------------------------------------------

Chapter 11

No. 05-44481((RDD)
(Jointly Administered)

## CERTFICATE OF SERVICE

I hereby certify that on October 12, 2005, true and correct copies of the attached Demand of Floyd Manufacturing Co., Inc. for Reclamation of Goods together with Exhibits A and B thereto were served on the following:

| VIA FEDERAL EXPRESS | VIA FEDERAL EXPRESS |
|---|---|
| Delphi Corporation | Delphi Automotive Systems |
| 5725 Delphi Drive | c/o Delphi Corporation |
| Troy, Michigan 48908-2815 | 5725 Delphi Drive |
| Attn: Office Manager or | Troy, Michigan 48908-2815 |
|     General Manager | Attn: Office Manager or |
| |     General Manager |
| VIA FEDERAL EXPRESS | VIA FACSIMILE 1-312-407-0411 |
| Delphi Chassis Systems | John William Butler, Jr., Esq. |
| c/o Delphi Corporation | Skadden, Arps, Slate, Meagher and Flom, LLP |
| 5725 Delphi Drive | 333 West Wacker Drive, Suite 2100 |
| Troy, Michigan 48908-2815 | Chicago, Illinois 60606-1285 |
| Attn: Office Manager or | |
|     General Manager | |

Pg 2 of 2

<u>VIA FACSIMILE</u> – 212-735-3000
Kayalyn A. Marafioti, Esq.
Skadden, Arps, Slate, Meagher and Flom, LLP
Four Times Square
New York, New York 10036

Dated: Hartford, Connecticut
October 12, 2005

By   /s/ Scott D. Rosen
    Scott D. Rosen (SR1545)
    COHN BIRNBAUM & SHEA P.C.
    100 Pearl Street, 12th Floor
    Hartford, CT 06103
    Tel. (860) 493-2200
    Fax (860) 727-0361

Counsel for Floyd Manufacturing Co., Inc.