Scott D. Rosen (SDR-1545)
Cohn Birnbaum & Shea, P.C.
100 Pearl Street, 12th Floor
Hartford, Connecticut 06103
(860) 493-2200

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------X
:
In re:                                             :
:          Chapter 11
:
DELPHI CORPORATION, et al.,                         :          Case No. 05-44481
:
:
Debtors        :
---------------------------------------------------X

## DEMAND OF FLOYD MANUFACTURING CO., INC. FOR RECLAMATION OF GOODS

TO:   VIA FEDERAL EXPRESS                VIA FEDERAL EXPRESS
      Delphi Corporation                  Delphi Automotive Systems
      5725 Delphi Drive                   c/o Delphi Corporation
      Troy, Michigan 48908-2815           5725 Delphi Drive
      Attn: Office Manager or             Troy, Michigan 48908-2815
            General Manager                Attn: Office Manager or
                                                General Manager

      VIA FEDERAL EXPRESS                 VIA FACSIMILE 1-312-407-0411
      Delphi Chassis Systems              John William Butler, Jr., Esq.
      c/o Delphi Corporation              Skadden, Arps, Slate, Meagher and Flom, LLP
      5725 Delphi Drive                   333 West Wacker Drive, Suite 2100
      Troy, Michigan 48908-2815           Chicago, Illinois 60606-1285
      Attn: Office Manager or
            General Manager

      VIA FACSIMILE – 212-735-3000
      Kayalyn A. Marafioti, Esq.
      Skadden, Arps, Slate, Meagher and
      Flom, LLP
      Four Times Square
      New York, New York 10036

**PLEASE TAKE NOTICE** that Floyd Manufacturing Co., Inc., of 105 Clark Drive, East Berlin, Connecticut 06023 hereby demands reclamation of those specific goods received by the Debtors and more particularly described in Floyd Manufacturing Co., Inc. Invoice Numbers 36474, 36475, 36476, 36477, 36481, 36482, 36483, 36484, 36485, 36495, 36496, 36497, 36498, and 36499, copies of which Invoices are collectively attached hereto as **Exhibit A**.

**Exhibit B** attached hereto lists the Delphi receipt date for the goods shipped pursuant to each of the Invoices attached hereto as **Exhibit A**.

This demand is made pursuant to 11 U.S.C. § 546(c) and all applicable non-bankruptcy law, including, without limitation, U.C.C. § 2-702, as enacted in the applicable jurisdictions.

**FLOYD MANUFACTURING CO., INC.**

By: _____
Alfonso Floyd
Its President and Chief Financial Officer

and

By: _____
Scott D. Rosen (SDR-1545)
Cohn Birnbaum & Shea, P.C.
100 Pearl Street, 12th Floor
Hartford, Connecticut 06103
Tel: (860) 493-2200
Fax: (860) 727-0361
srosen@cb-shea.com

Dated: October 12, 2005

130586v1/19880.011                              2

**EXHIBIT A**

05-44481-rdd    Doc 153-1    Filed 10/12/05    Entered 10/12/05 15:41:12    Reclamation
Demand of Floyd Manufacturing Co.    Inc.    Pg 3 of 19

From **Floyd Manufacturing Co. Inc.**
105 CLARK DRIVE
EAST BERLIN, CT 06023

Phone   860-829-1920
Fax     860-829-0206

# INVOICE NO. 36474

Page Number 1

Bill To
DELPHI AUTOMOTIVE SYSTEMS
ATTN: ACCOUNTS PAYABLE
PO BOX 1550
FLINT, MICHIGAN 48501-1550

| | |
|---|---|
| Invoice Date | 09/30/2005 |
| Due Date | 10/15/2005 |
| Your Order | 550015654 |
| FOB | PLANT |
| Ship Via | CENTRAL TRANSP |
| Terms | 15 days |
| Our Order | 8276 |
| Packer No. | 27386 |

Ship To
DELPHI CHASSIS SYSTEMS
WOODMAN DRIVE GATE 4
PLANT 18
KETTERING, OH 45420

Salesperson    HOUSE ACCOUNT

| Order Qty | Ship Qty | Part ID/Description | U/M | Unit Price | Extended |
|---|---|---|---|---|---|
| 999999.00 | 1000.00 | 22207455<br>Rev  01<br>DC2254<br>PISTON PLATE | EA | 2.00000 | 2,000.00 |

Subtotal    2,000.00

Total    2,000.00

*From* **Floyd Manufacturing Co. Inc.**
105 CLARK DRIVE
EAST BERLIN, CT 06023

*Phone* 860-829-1920
*Fax* 860-829-0206

# INVOICE NO. 36475

Page Number 1

*Bill To*

DELPHI AUTOMOTIVE SYSTEMS
ATTN: ACCOUNTS PAYABLE
PO BOX 1550
FLINT, MICHIGAN 48501-1550

| | |
|---|---|
| Invoice Date | 09/30/2005 |
| Due Date | 10/15/2005 |
| Your Order | 550036839 |
| FOB | PLANT |
| Ship Via | CENTRAL TRANSP |
| Terms | 15 days |
| Our Order | 8335 |
| Packer No. | 27385 |

*Ship To*

DELPHI CHASSIS SYSTEMS
WOODMAN DRIVE GATE 4
PLANT 18
KETTERING, OH 45420

Salesperson      HOUSE ACCOUNT

| Order Qty | Ship Qty | Part ID/Description | U/M | Unit Price | Extended |
|---|---|---|---|---|---|
| 999999.00 | 1200.00 | 22208406<br>Rev    REV 03<br>DC2271<br>PISTON PLATE | EA | 2.31250 | 2,775.00 |
| | | | | Subtotal | 2,775.00 |
| | | | | Total | 2,775.00 |

**From** **Floyd Manufacturing Co. Inc.**
105 CLARK DRIVE
EAST BERLIN, CT 06023

Phone  860-829-1920
Fax    860-829-0206

# INVOICE NO. 36476

Page Number 1

**Bill To**

DELPHI AUTOMOTIVE SYSTEMS
ATTN: ACCOUNTS PAYABLE
PO BOX 1550
FLINT, MICHIGAN 48501-1550

| | |
|---|---|
| Invoice Date | 09/30/2005 |
| Due Date | 10/15/2005 |
| Your Order | 550055357 |
| FOB | PLANT |
| Ship Via | CENTRAL TRANSP |
| Terms | 15 days |
| Our Order | 8342 |
| Packer No. | 27384 |

**Ship To**

DELPHI CHASSIS SYSTEMS
WOODMAN DRIVE GATE 4
PLANT 18
KETTERING, OH 45420

Salesperson    HOUSE ACCOUNT

| Order Qty | Ship Qty | Part ID/Description | U/M | Unit Price | Extended |
|---|---|---|---|---|---|
| 999999.00 | 504.00 | 22208494<br>Rev  01A<br>DC2269<br>PISTON RING | EA | 3.83860 | 1,934.65 |
| | | | | Subtotal | 1,934.65 |
| | | | | Total | 1,934.65 |

**From** **Floyd Manufacturing Co. Inc.**
105 CLARK DRIVE
EAST BERLIN, CT 06023

Phone  860-829-1920
Fax    860-829-0206

# INVOICE NO. 36477

Page Number 1

**Bill To**
DELPHI AUTOMOTIVE SYSTEMS
ATTN: ACCOUNTS PAYABLE
PO BOX 1550
FLINT, MICHIGAN 48501-1550

| | |
|---|---|
| Invoice Date | 09/30/2005 |
| Due Date | 10/15/2005 |
| Your Order | 550059185 |
| FOB | PLANT |
| Ship Via | CENTRAL TRANSP |
| Terms | 15 days |
| Our Order | 8360 |
| Packer No. | 27387 |

**Ship To**
DELPHI AUTOMOTIVE SYSTEMS
ATTN: ALAN WOLF
METROLOGY LAB GATE 4 PLANT 11
WOODMAN DRIVE
KETTERING OH 45420

Salesperson

| Order Qty | Ship Qty | Part ID/Description | U/M | Unit Price | Extended |
|---|---|---|---|---|---|
| 196800.00 | 525.00 | 22222958<br>Rev  02A<br>DC2279<br>SEAL COVER | EA | 1.55400 | 815.85 |

Subtotal    815.85

Total    815.85

*From* **Floyd Manufacturing Co. Inc.**
105 CLARK DRIVE
EAST BERLIN, CT 06023

*Phone* 860-829 1920
*Fax* 860-829 0206

# INVOICE NO. 36481

Page Number 1

*Bill To*

DELPHI AUTOMOTIVE SYSTEMS
ATTN: ACCOUNTS PAYABLE
PO BOX 550
FLINT, MICHIGAN 48501-1550

| | |
|---|---|
| Invoice Date | 10/03/2005 |
| Due Date | 12/02/2005 |
| Your Order | 550003425 |
| FOB | PLANT |
| Ship Via | CENTRAL TRANSP |
| Terms | 2ND MONTH + 2 |
| Our Order | 2173 |
| Packer No. | 27393 |

*Ship To*

DELPHI CHASSIS SYSTEMS
WOODMAN DRIVE GATE 4
PLANT 18
KETTERING, OH 45420

Salesperson    HOUSE ACCOUNT

| Order Qty | Ship Qty | Part ID/Description | U/M | Unit Price | Extended |
|---|---|---|---|---|---|
| 999999.00 | 600.00 | 22187798<br>Rev   01C<br>DC2173<br>PISTON PLATE | EA | 1.85400 | 1,112.40 |

|  |  |
|---|---|
| Subtotal | 1,112.40 |
| Total | 1,112.40 |

**From** **Floyd Manufacturing Co. Inc.**
105 CLARK DRIVE
EAST BERLIN, CT 06023

**Phone** 860-829-1920
**Fax** 860-829-0206

# INVOICE NO. 36482

Page Number 1

**Bill To**
DELPHI AUTOMOTIVE SYSTEMS
ATTN: ACCOUNTS PAYABLE
PO BOX 550
FLINT, MICHIGAN 48501-1550

| | |
|---|---|
| Invoice Date | 10/03/2005 |
| Due Date | 10/18/2005 |
| Your Order | 550003425 |
| FOB | PLANT |
| Ship Via | CENTRAL TRANSP |
| Terms | 15 days |
| Our Order | 2188 |
| Packer No. | 27394 |

**Ship To**
DELPHI CHASSIS SYSTEMS
WOODMAN DRIVE GATE 4
PLANT 18
KETTERING, OH 45420

Salesperson    HOUSE ACCOUNT

| Order Qty | Ship Qty | Part ID/Description | U/M | Unit Price | Extended |
|---|---|---|---|---|---|
| 999999.00 | 225.00 | 22198392<br>Rev  01A<br>DC2188<br>SEAL COVER | EA | 1.58000 | 355.50 |

|  |  |
|---|---|
| Subtotal | 355.50 |
| Total | 355.50 |

*From* **Floyd Manufacturing Co. Inc.**
105 CLARK DRIVE
EAST BERLIN, CT 06023

*Phone* 860-829-1920
*Fax* 860-829-0206

# INVOICE NO. 36483

Page Number 1

*Bill To*

DELPHI AUTOMOTIVE SYSTEMS
ATTN: ACCOUNTS PAYABLE
PO BOX 550
FLINT, MICHIGAN 48501-1550

| | |
|---|---|
| Invoice Date | 10/03/2005 |
| Due Date | 10/18/2005 |
| Your Order | 550059186 |
| FOB | PLANT |
| Ship Via | CENTRAL TRANSP |
| Terms | 15 days |
| Our Order | 8357 |
| Packer No. | 27395 |

*Ship To*

DELPHI CHASSIS SYSTEMS
WOODMAN DRIVE GATE 4
PLANT 18
KETTERING OH 45420

Salesperson    HOUSE ACCOUNT

| Order Qty | Ship Qty | Part ID/Description | U/M | Unit Price | Extended |
|---|---|---|---|---|---|
| 196800.00 | 400.00 | 22225993<br>Rev 01<br>DC2278<br>PISTON PLATE | EA | 2.40100 | 960.40 |

Subtotal    960.40

Total    960.40

*From* **Floyd Manufacturing Co. Inc.**
105 CLARK DRIVE
EAST BERLIN, CT 06023

*Phone* 860-829-1920
*Fax* 860-829-0206

# INVOICE NO. 36484

Page Number 1

*Bill To*

DELPHI AUTOMOTIVE SYSTEMS
ATTN: ACCOUNTS PAYABLE
PO BOX 550
FLINT, MICHIGAN 48501-1550

| | |
|---|---|
| Invoice Date | 10/03/2005 |
| Due Date | 10/18/2005 |
| Your Order | 550059185 |
| FOB | PLANT |
| Ship Via | CENTRAL TRANSP |
| Terms | 15 days |
| Our Order | 8360 |
| Packer No. | 27396 |

*Ship To*

DELPHI CHASSIS SYSTEMS
WOODMAN DRIVE GATE 4
PLANT 18
KETTERING OH 45420

Salesperson    HOUSE ACCOUNT

| Order Qty | Ship Qty | Part ID/Description | U/M | Unit Price | Extended |
|---|---|---|---|---|---|
| 196800.00 | 300.00 | 22222958<br>Rev 02A<br>DC2279<br>SEAL COVER | EA | 1.55400 | 466.20 |

| | |
|---|---|
| Subtotal | 466.20 |
| Total | 466.20 |

*From* **Floyd Manufacturing Co. Inc.**
105 CLARK DRIVE
EAST BERLIN, CT 06023

*Phone*  860-829-1920
*Fax*    860-829-0206

# INVOICE NO. 36485

Page Number 1

*Bill To*

DELPHI AUTOMOTIVE SYSTEMS
ATTN: ACCOUNTS PAYABLE
PO BOX 550
FLINT, MICHIGAN 48501-1550

| | |
|---|---|
| Invoice Date | 10/03/2005 |
| Due Date | 10/18/2005 |
| Your Order | 550003425 |
| FOB | PLANT |
| Ship Via | CENTRAL TRANSP |
| Terms | 15 days |
| Our Order | 2172 |
| Packer No. | 27392 |

*Ship To*

DELPHI CHASSIS SYSTEMS
WOODMAN DRIVE GATE 4
PLANT 18
KETTERING, OH 45420

Salesperson    HOUSE ACCOUNT

| Order Qty | Ship Qty | Part ID/Description | U/M | Unit Price | Extended |
|---|---|---|---|---|---|
| 999999.00 | 2000.00 | 22187632<br>Rev  01C<br>2172<br>PISTON PLATE | EA | 2.10500 | 4,210.00 |

|  |  |
|---|---|
| Subtotal | 4,210.00 |
| Total | 4,210.00 |

**From**  **Floyd Manufacturing Co. Inc.**
105 CLARK DRIVE
EAST BERLIN, CT 06023

**Phone**  860-829-1920
**Fax**  860-829-0206

# INVOICE NO. 36495

Page Number 1

**Bill To**

DELPHI AUTOMOTIVE SYSTEMS
ATTN: ACCOUNTS PAYABLE
PO BOX 1550
FLINT, MICHIGAN 48501-1550

| | |
|---|---|
| Invoice Date | 10/05/2005 |
| Due Date | 10/20/2005 |
| Your Order | 550015654 |
| FOB | PLANT |
| Ship Via | CENTRAL TRANSP |
| Terms | 15 days |
| Our Order | 8276 |
| Packer No. | 27405 |

**Ship To**

DELPHI CHASSIS SYSTEMS
WOODMAN DRIVE GATE 4
PLANT 18
KETTERING OH 45420

Salesperson    HOUSE ACCOUNT

| Order Qty | Ship Qty | Part ID/Description | U/M | Unit Price | Extended |
|---|---|---|---|---|---|
| 999999.00 | 600.00 | 22207455<br>Rev  01<br>DC2254<br>PISTON PLATE | EA | 2.00000 | 1,200.00 |

Subtotal    1,200.00

Total    1,200.00

From **Floyd Manufacturing Co. Inc.**
105 CLARK DRIVE
EAST BERLIN, CT 06023

*Phone* 860-825-1920
*Fax* 860-825-0206

# INVOICE NO. 36496

Page Number 1

Bill To
DELPHI AUTOMOTIVE SYSTEMS
ATTN: ACCOUNTS PAYABLE
PO BOX 1550
FLINT, MICHIGAN 48501-1550

| | |
|---|---|
| Invoice Date | 10/05/2005 |
| Due Date | 10/20/2005 |
| Your Order | 550036840 |
| FOB | PLANT |
| Ship Via | CENTRAL TRANSP |
| Terms | 15 days |
| Our Order | 8328 |
| Packer No. | 27407 |

Ship To
DELPHI CHASSIS SYSTEMS
WOODMAN DRIVE GATE 4
PLANT 18
KETTERING, OH 45420

Salesperson    HOUSE ACCOUNT

| Order Qty | Ship Qty | Part ID/Description | U/M | Unit Price | Extended |
|---|---|---|---|---|---|
| 999999.00 | 432.00 | 22207094<br>Rev  07A<br>DC2275<br>PISTON RING | EA | 2.74700 | 1,186.70 |
| | | | | Subtotal | 1,186.70 |
| | | | | Total | 1,186.70 |

From **Floyd Manufacturing Co. Inc.**
105 CLARK DRIVE
EAST BERLIN, CT 06023

Phone    860-829-1920
Fax      860-829-0206

# INVOICE NO. 36497

Page Number 1

Bill To
DELPHI AUTOMOTIVE SYSTEMS
ATTN: ACCOUNTS PAYABLE
PO BOX 1550
FLINT, MICHIGAN 48501-1550

| | |
|---|---|
| Invoice Date | 10/05/2005 |
| Due Date | 10/20/2005 |
| Your Order | 550015655 |
| FOB | PLANT |
| Ship Via | CENTRAL TRANSP |
| Terms | 15 days |
| Our Order | 8313 |
| Packer No. | 27406 |

Ship To
DELPHI CHASSIS SYSTEMS
WOODMAN DRIVE GATE 4
PLANT 18
KETTERING OH 45420

Salesperson    HOUSE ACCOUNT

| Order Qty | Ship Qty | Part ID/Description | U/M | Unit Price | Extended |
|---|---|---|---|---|---|
| 999999.00 | 900.00 | 22205282<br>Rev    03A<br>DC2255<br>SEAL COVER | EA | 1.56800 | 1,411.20 |

Subtotal    1,411.20

Total    1,411.20

*From* **Floyd Manufacturing Co. Inc.**
105 CLARK DRIVE
EAST BERLIN, CT 06023

*Phone* 860-829-1920
*Fax* 860-829-0206

# INVOICE NO. 36498

*Bill To*

DELPHI AUTOMOTIVE SYSTEMS
ATTN: ACCOUNTS PAYABLE
PO BOX 1550
FLINT, MICHIGAN 48501-1550

Page Number 1

| | |
|---|---|
| Invoice Date | 10/05/2005 |
| Due Date | 12/02/2005 |
| Your Order | 550003425 |
| FOB | PLANT |
| Ship Via | CENTRAL TRANSP |
| Terms | 2ND MONTH + 2 |
| Our Order | 2173 |
| Packer No. | 27404 |

*Ship To*

DELPHI CHASSIS SYSTEMS
WOODMAN DRIVE GATE 4
PLANT 18
KETTERING OH 45420

Salesperson    HOUSE ACCOUNT

| Order Qty | Ship Qty | Part ID/Description | U/M | Unit Price | Extended |
|---|---|---|---|---|---|
| 999999.00 | 400.00 | 22187798<br>Rev   01C<br>DC2173<br>PISTON PLATE | EA | 1.85400 | 741.60 |

|  |  |
|---|---|
| Subtotal | 741.60 |
| Total | 741.60 |

From **Floyd Manufacturing Co. Inc.**
105 CLARK DRIVE
EAST BERLIN, CT 06023

*Phone* 860-829-1920
*Fax* 860-829-0206

# INVOICE NO. 36499

Page Number 1

Bill To
DELPHI AUTOMOTIVE SYSTEMS
ATTN: ACCOUNTS PAYABLE
PO BOX 550
FLINT, MICHIGAN 48501-1550

| | |
|---|---|
| Invoice Date | 10/05/2005 |
| Due Date | 10/20/2005 |
| Your Order | 550059185 |
| FOB | PLANT |
| Ship Via | CENTRAL TRANSP |
| Terms | 15 days |
| Our Order | 8360 |
| Packer No. | 27408 |

Ship To
DELPHI CHASSIS SYSTEMS
WOODMAN DRIVE GATE 4
PLANT 18
KETTERING OH 45420

Salesperson    HOUSE ACCOUNT

| Order Qty | Ship Qty | Part ID/Description | U/M | Unit Price | Extended |
|---|---|---|---|---|---|
| 196800.00 | 225.00 | 22222958<br>Rev  02A<br>DC2279<br>SEAL COVER | EA | 1.55400 | 349.65 |

Subtotal    349.65

Total    349.65

05-44481-rdd    Doc 153-1    Filed 10/12/05    Entered 10/12/05 15:41:12    Reclamation
Demand of Floyd Manufacturing Co.    Inc.    Pg 18 of 19

EXHIBIT 9

05-44481-rdd    Doc 153-1    Filed 10/12/05    Entered 10/12/05 15:41:12    Reclamation
Demand of Floyd Manufacturing Co.    Inc.    Pg 18 of 19

## Delphi Open Invoices

| Ship Date | Invoice # | Order ID (Job #) | Delphi ID (PO#) | Delphi Receipt Date | Amount | Balance |
|---|---|---|---|---|---|---|
| 09/30/05 | 36474 | 8276 | 550015654 | 10/05/05 | 2,000.00 | 2,000.00 |
| 09/30/05 | 36475 | 8335 | 550036839 | 10/05/05 | 2,775.00 | 4,775.00 |
| 09/30/05 | 36476 | 8342 | 550055357 | 10/05/05 | 1,934.65 | 6,709.65 |
| 09/30/05 | 36477 | 8360 | 550059185 | 10/05/05 | 815.85 | 7,525.50 |
| 10/03/05 | 36481 | 2173 | 550003425 | 10/06/05 | 1,112.40 | 8,637.90 |
| 10/03/05 | 36482 | 2188 | 550003425 | 10/06/05 | 355.50 | 8,993.40 |
| 10/03/05 | 36483 | 8357 | 550059186 | 10/06/05 | 960.40 | 9,953.80 |
| 10/03/05 | 36484 | 8360 | 550059185 | 10/06/05 | 466.20 | 10,420.00 |
| 10/03/05 | 36485 | 2172 | 550003425 | 10/06/05 | 4,210.00 | 14,630.00 |
| 10/05/05 | 36495 | 8276 | 550015654 | 10/08/05 | 1,200.00 | 15,830.00 |
| 10/05/05 | 36496 | 8328 | 550036840 | 10/08/05 | 1,186.70 | 17,016.70 |
| 10/05/05 | 36497 | 8313 | 550015655 | 10/08/05 | 1,411.20 | 18,427.90 |
| 10/05/05 | 36498 | 2173 | 550003425 | 10/08/05 | 741.60 | 19,169.50 |
| 10/05/05 | 36499 | 8360 | 550059185 | 10/08/05 | 349.65 | **19,519.15** |