**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned Chapter 11 case as counsel for QAD Inc. ("QAD") pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §1109(b) and hereby demands that all notices given or required to be given and all papers served or required to be served in this Chapter 11 case be delivered and served upon QAD at the addresses of their counsel as set forth below:

Jason Pickering, Esquire
QAD, Inc.
Legal Department
10,000 Midlantic Drive
Mt. Laurel, New Jersey 08054

PLEASE TAKE NOTICE that the foregoing demand includes all notices, papers and pleadings referred to in the above-mentioned Federal Rules of Bankruptcy Procedure together with all orders and notices of applications, motions, petitions, pleadings, complaints or other documents which, in any way, affect the above-captioned debtor or its property.

PLEASE TAKE FURTHER NOTICE that QAD does not intend for this notice of appearance or any later appearance, pleading, claim, or suit to constitute a waiver of (1) the right of QAD to have final orders in non-core matters entered only after de novo review by the District

SL1 579718v1/026385.00003

Court, (2) the right of QAD to a trial by jury in any proceeding so triable in this case or in any case, controversy or proceeding related to this case, (3) the right of QAD to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other right, claim, action, defense, set off or recoupment to which QAD is or may be entitled.

                                                      QAD, Inc.

Dated: October 12, 2005        By:   /s/ *Jason Pickering*
                                                    Jason Pickering, Esquire
                                                    QAD, Inc.
                                                    Legal Department
                                                    10,000 Midlantic Drive
                                                    Mt. Laurel, New Jersey 08054