## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of October, 2005, the foregoing Notice of Appearance and Request for Service of Papers was served, in addition to those parties receiving electronic notice, by sending a true and correct copy same via first class mail, postage prepaid, to the parties set forth on the attached Service List:

/s/ *Valerie Frew*
Valerie Frew

## SERVICE LIST

John Wm. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom (IL)
333 West Wacker Drive
Chicago, IL 60606-1285

Kayalyn A. Marafioti Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Alicia M. Leonhard Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Kurtzman Carson Consultants LLC
12910 Culver Blvd
Suite I
Los Angeles, CA 90066