STEVENS & LEE, P.C.
Attorneys for VJ Technologies, Inc.
and V.J. ElectroniX, Inc.
485 Madison Avenue, 20th Floor
New York, New York 10022
Chester B. Salomon (CS-2319)
Constantine D. Pourakis (CP-0730)
(212) 319-8500

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

**NOTICE OF RECLAMATION DEMAND OF
VJ TECHNOLOGIES, INC. AND V.J. ELECTRONIX, INC.**

Please be advised that a Notice of Reclamation Demand on behalf of VJ Technologies, Inc. and V.J. ElectroniX, Inc. was served on October 12, 2005 on the Debtors and their attorneys of record, John Wm. Butler, Jr. and Kayalyn A Marafioti, Skadden, Arps, Slate Meagher & Flom LLP. A true and correct copy of the Notice of Reclamation Demand is attached hereto as Exhibit "A" and incorporated herein by reference for all purposes.

SL1 579744v1/008101.00003

Dated: New York, New York         **STEVENS & LEE, P.C.**
       October 12, 2005


                              By:/s/ Chester B. Salomon
                                  Chester B. Salomon (CS-2319)
                                  Constantine D. Pourakis (CP-0730)
                                  485 Madison Avenue, 20th Floor
                                  New York, New York 10022
                                  Telephone:  (212) 319-8500
                                  Facsimile:   (212) 319-8505

                                  Counsel for VJ Technologies, Inc. and
                                   V.J. ElectroniX, Inc.

## CERTIFICATE OF SERVICE

  I certify that a true and correct copy of the foregoing instrument was served on October 12, 2005 by Federal Express on the following:

| | |
|---|---|
| John Wm. Butler, Jr., Esq.<br>John K. Lyons, Esq.<br>Ron E. Meisler, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606 | Kayalyn A. Marafioti, Esq.<br>Thomas J. Matz, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036 |
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098 | Delphi Delco Electronics Systems<br>One Corporate Center<br>Attn: Man. Recpts Proc MS-9A241<br>P.O. Box 9005<br>Kokomo, Indiana 46904-9005 |
| Delphi Delco Electronics Systems<br>601 Joaquin Cavazos Road<br>Los Indios, Texas 78567 | Delphi Electronics & Safety<br>P.O. Box 9005<br>Kokomo, Indiana 46904-9005 |
| Delphi-D Deltronicos PLT<br>601 Joaquin Cavazos Road<br>Los Indios, Texas 78567 | Delphi E&S<br>One Corporate Center MS: CTLLM<br>Kokomo, Indiana 46902<br>Attn: Greg Drake |

                                                _____
                                                Constantine D. Pourakis

SL1 579744v1/008101.00003