# STEVENS & LEE
## LAWYERS & CONSULTANTS

485 Madison Avenue
20th Floor
New York, NY 10022
(212) 319-8500 Fax (212) 319-8505
www.stevenslee.com

Direct Dial: (212) 537-0404
Email: cs@stevenslee.com
Direct Fax: (610) 371-1220

October 12, 2005

**BY FEDERAL EXPRESS**

| | |
|---|---|
| John Wm. Butler, Jr., Esq. | Kayalyn A. Marafioti, Esq. |
| John K. Lyons, Esq. | Thomas J. Matz, Esq. |
| Ron E. Meisler, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP |
| Skadden, Arps, Slate, Meagher & Flom LLP | Four Times Square |
| 333 West Wacker Drive, Suite 2100 | New York, New York 10036 |
| Chicago, Illinois 60606 | |
| | |
| Delphi Corporation | Delphi Delco Electronics Systems |
| 5725 Delphi Drive | One Corporate Center |
| Troy, MI 48098 | Attn: Man. Recpts Proc MS-9A241 |
| | P.O. Box 9005 |
| | Kokomo, Indiana 46904-9005 |
| | |
| Delphi Delco Electronics Systems | Delphi Electronics & Safety |
| 601 Joaquin Cavazos Road | P.O. Box 9005 |
| Los Indios, Texas 78567 | Kokomo, Indiana 46904-9005 |
| | |
| Delphi-D Deltronicos PLT | Delphi E&S |
| 601 Joaquin Cavazos Road | One Corporate Center MS: CTLLM |
| Los Indios, Texas 78567 | Kokomo, Indiana 46902 |
| | Attn: Greg Drake |

Re: **In re Delphi Corporation, et al. Case No. 05-44481**
  <u>**Reclamation Notice of VJ Technologies, Inc. and V.J. ElectroniX, Inc.**</u>

Dear Counsel:

We are counsel to VJ Technologies, Inc. and V.J. ElectroniX, Inc. (together, "VJT"), and have been authorized to send this reclamation notice (the "Reclamation Notice") on behalf of

Philadelphia • Reading • Valley Forge • Lehigh Valley • Harrisburg • Lancaster
Scranton • Wilkes-Barre • Princeton • Cherry Hill • New York • Wilmington
A PROFESSIONAL CORPORATION

SL1 579749v1/008101.00003

# STEVENS & LEE
### LAWYERS & CONSULTANTS

John Wm. Butler, Jr., Esq.
Kayalyn A. Marafioti, Esq.
October 12, 2005
Page 2

VJT. Pursuant to Section 2-702 of the Uniform Commercial Code and 11 U.S.C. §546(c), VJT hereby demands reclamation of the following good: Summit 1100HR Rework System S/N 1871, Model Number S1100HR-1871, shipped to Delphi-D Deltronicos PLT, 601 Joaquin Cavazos Road, Los Indios, Texas 78567. This good was sold by VJT to, and received by, Delphi Corporation, Delphi Delco Electronics Systems, Delphi Electronics & Safety, Delphi-D Deltronicos PLT, and Delphi E&S on October 2, 2005, as specified in the proof of delivery attached hereto. The amount due and owing VJT from the Debtors on the sale of the good is $60,000.00, plus applicable interest and costs.

VJT further reserves the right to amend and supplement this Reclamation Notice (including filing additional evidence in support of this Reclamation Notice) or to file additional reclamation notices or claims; including without limitation, all other claims at law or in equity. VJT also reserves all rights accruing to it, and the filing of this Reclamation Notice is not intended to be and shall not be construed as: (1) an election of remedy; (2) a waiver of any past present or future defaults or events of default; or (3) a waiver or limitation of any rights of VJT.

Please telephone me if you have any questions regarding the above.

Very truly yours,

STEVENS & LEE

Chester B. Salomon

CS:cp
Encl.

cc:    Vijay Alreja, VJ Technologies Inc.

SL1 579749v1/008101.00003

FROM : GUYER NORTH AMERICAN          PHONE NO. : 765 457 4552          Oct. 11 2005 01:41PM P1

10-11-05  Attn: Satya Korlipara
Fax: 631-589-8992

2 pgs.

Proof of Delivery for load to Delphi @ Los Indios, TX

## ALTERNATE STRAIGHT BILL OF LADING — SHORT FORM

Shipping Order Copy

NATL Guyer the Mover
(Name of Carrier)

Shipper No. _____   Carrier No. _____   Date _____   Vehicle No. _____

TO: Consignee: Delphi - D Delitronics
Street: 1401 Laguna Cazares Road
Destination: Los Indios   TX  Zip Code 78567

FROM: Shipper: VI Electronik
Street: 1000 Mt. Rd. Rwell
Origin: Shirley  MA  Zip Code 01464

Route: _____

| No. Shipping Units | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|
| 1 | SUDORA Rework System S/N 1871 | 1000 lbs 77x56x70 | | |

REMIT C.O.D. TO: ADDRESS: _____
COD Amt: $ _____
C.O.D. FEE PREPAID □  COLLECT □  $ _____

TOTAL CHARGES $ _____

Check Appropriate Box:
□ Freight prepaid   □ Collect

FREIGHT CHARGES

Signature of Consignee _____

SHIPPER: Kohler Gina
PER: VI Electronik

CARRIER: Guyer NA Bridge
PER: GUYER THE MOVER  DATE 9-28-05

2

# GUYER, THE MOVER, INC.

1050 INDUSTRIAL PARKWAY
PERU, INDIANA 46970
PHONE: 800-382-0605
DISPATCH: 800-783-8268
FAX: 765-472-1784

US DOT# 125443

**Uniform Straight Bill of Lading**
Original-Not Negotiable

N° 2740

DATE OF P/U: 9-28-05

PO/REF #: _____

PREPAID AMT: $ _____

COD AMT DUE: $ _____

Carrier received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; from

**SHIPPER/CONSIGNOR:** VJ ELECTRONICS
(warehouse), as Agent for the Shipper/Consignor Whose Name and Address is Shown Below

**STREET ADDRESS:** 1000 MT. LAUREL CIRCLE
**CITY, STATE, ZIP:** SHIRLEY, MA   01464
**CONTACT/PHONES:** _____

**SHIPPER SIGNATURE/DATE:** Robert S Craker   9-28-05
**DRIVER SIG & DATE @ ORIGIN:** Mark O Bailey

| Hdlg Unit/Type | # of pcs | Item Description, Special Marks & Exceptions | WT* |
|---|---|---|---|
| | 1 | SMOO HR REWORK SYSTEM | 1,000 |
| | | BOX 77X50X77 | |

**DELIVER / CONSIGNED TO:** DELPHI - DELTRONICOS
**ADDRESS:** 601 JOAQUIN CAVAZOS RD
**CITY, STATE, ZIP:** Los Indios   TX   78567
**CONTACT/PHONE:** _____
**CONSIGNEE SIGNATURE/DATE:** Juan Martinez
**DELV DRIVER SIGNATURE:** Dave   10-2-05

The agreed or declared value for the property is specifically stated by the shipper to be not exceeding $.50 per lb. per article.
NOTE: (2) Liability Limitation of or loss or damage on this shipment may be applicable. See 49 U.S.C 14706(c)(1)(A) and (B)
NOTE: (3) Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec 2(e) or NMFC Item 360.

# V.J. ElectroniX, Inc.

89 Carlough Rd, Bohemia, NY 11716-2903
Tel: (631)589-8800  Fax: (631)589-8992

| | |
|---|---|
| Invoice: | INV3219 |
| Supplier Code: | 1011283 |
| Job #: | ORD000879 |
| Date: | 9/22/2005 |
| Page: | 1 |

**Bill To:**

Delphi Delco Electronics Systems
One Corporate Center
P.O. Box 9005
Man. Recpts Proc MS-9A241
Kokomo IN   46904-9005

Tel: (765) 451-2104  Ext. 0000
Fax: (000) 000-0000  Ext. 0000

**Ship To:**

Delphi Delco Electronics Systems
601 Joaquin Cavazos Road
Los Indios TX   78567

Reference:

Tel: (000) 000-0000  Ext. 0
Fax: (000) 000-0000  Ext. 0

| Purchase Order | Customer ID | Sales Person | Shipping Method | Payment Terms | Air Bill# |
|---|---|---|---|---|---|
| 450117778 | DEL.CORP | | | 2ND,2ND MONTH | |

| Qty | Model Number | Serial # | Description | Unit Price | Total Price |
|---|---|---|---|---|---|
| 1 | S1100HR-1871 | | SUMMIT 1100HR REWORK SYSTEM S/N 1871 | $60,000.00 | $60,000.00 |
| 1 | FRT/INS | | Frt/Ins: Collect via "Guyer the Mover" Arrangements made by Delphi | $0.00 | $0.00 |
| 1 | ORIGIN | | Country of Origin:  USA | $0.00 | $0.00 |

| | |
|---|---|
| Subtotal | $60,000.00 |
| Misc | $0.00 |
| Freight | $0.00 |
| Discount | $0.00 |
| Total | $60,000.00 |

# V.J. ElectroniX, Inc.

89 Carlough Road  
Bohemia, NY 11716  
Tel: (631)589-8800  
Fax: (631)589-8992  

|  |  |
|---|---|
| Packing Slip: | INV3219 |
| Date: | 9/22/2005 |
| Page: | 1 |
| Supplier Code: | 1011283 |
| Job#: | ORD000879 |
| AWB #: | |

**Bill To:**  
Delphi Delco Electronics Systems  
One Corporate Center  
P.O. Box 9005  
Man. Recpts Proc MS-9A241  
Kokomo IN    46904-9005  

(765) 451-2104  Ext. 0000  
(000) 000-0000  Ext. 0000  

**Ship To:**  
Delphi Delco Electronics Systems  
601 Joaquin Cavazos Road  
Los Indios TX    78567  

(000) 000-0000  Ext. 0000  
(000) 000-0000  Ext. 0000  
Reference:

| Purchase Order | Customer ID | Salesperson ID | Shipping Method | Payment Terms |
|---|---|---|---|---|
| 450117778 | DEL.CORP | | | 2ND,2ND MONTH |

| Ordered | Model Number | Serial # | Description |
|---|---|---|---|
| 1 | S1100HR-1871 | | SUMMIT 1100HR REWORK SYSTEM S/N 1871 |
| 1 | FRT/INS | | Frt/Ins: Collect via "Guyer the Mover" Arrangements made by Delphi |
| 1 | ORIGIN | | Country of Origin: USA |

# DELPHI

Delphi Electronics and Safety

Page 1 of 7

| Buyer: | Purchase Order |
|---|---|
| DELPHI<br>ELECTRONICS & SAFETY<br>P.O. Box 9005<br>KOKOMO IN 46904-9005 | PO Number: 4501177778         Date Issued: 09-Aug-2005<br>Version<br>10-Aug-2005 02:20:07 EST |

| Deliver to: | |
|---|---|
| DELPHI-D DELTRONICOS PLT<br>601 JOAQUIN CAVAZOS ROAD<br>LOS INDIOS  TX  78567 | Delivery date:   23-SEP-2005 |

| | |
|---|---|
| VJ TECHNOLOGIES INC<br>89 CARLOUGH RD<br>BOHEMIA NY 11716 | Vendor No: 1011283<br>DUNS No: 185658432<br>**Payment Terms:** ZMN2      **Currency:** USD<br>Payment settled on 2nd, 2nd Month<br>**Incoterms:**  FOB- Freight Collect |

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00010 | PR10186980 00010<br>BASE REWORK SYSTEM<br>SUMMIT 1100HR BASE REWORK SYSTEM<br>KURT GILBERTSON (765)451-9982<br>PR 125344<br>6F 006995 GH<br>Warranty - one year parts and labor | 1.000 | DAHQ DELPHI D HEADQUARTERS<br>GILBERTSON K |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 23-SEP-2005 | 1.000 | 60,000.00 | 1 | EA | 60,000.00 |
| Net Line Item Value | | | | USD | 60,000.00 |

| **Total net value** | | USD | 60,000.00 |
|---|---|---|---|

Notes:

Purchasing Contact: Drake, Greg
Phone:  765-451-2019
Fax:  765-451-5750

Contact Address:
Delphi E & S
One Corporate Center MS:CTLLM
KOKOMO IN 46902

Date and Time Printed    10-Aug-2005 02:20:07 EST

# DELPHI

_____ Delphi Electronics and Safety

Page 2 of 7

| VI TECHNOLOGIES INC<br>89 CARLOUGH RD<br>BOHEMIA NY 11716 | **Purchase Order** |
|---|---|
| | PO Number: 450117778 — Date Issued: 09-Aug-2005<br>Version: 10-Aug-2005 02:13:07 EST |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

**Notes Continued:**

**************

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

**************

************************

* PAYMENT ISSUES AND QUESTIONS REGARDING SHIPPED *
* MATERIAL SHOULD BE DIRECTED TO                  *
* DISBURSEMENT SERVICES AT (248)874-4636. (A2)   *
************************

************************
DO NOT INVOICE FOR SHIPPED MATERIAL. DELPHI E&S IS
"PAY ON RECEIPT" AND INVOICES ARE NOT REQUIRED.

INVOICES ARE REQUIRED AND MUST BE SUBMITTED FOR
SERVICES AND ITEMS WHICH ARE NOT SHIPPED

PLEASE SUBMIT THESE TO:
DELPHI DELCO ELECTRONICS CORP
ATTN: MANUAL RECEIPTS PROCESSING MS-9A241
P O BOX 9005
KOKOMO, IN 46904-9005

***CALIFORNIA SHIPMENTS*** - DELPHI-E&S DOES NOT
HAVE A DIRECT PAYMENT PERMIT IN CALIFORNIA.
DELCO ELECTRONICS CORP DOES HAVE DIRECT PAY
PERMITS IN INDIANA,
MICHIGAN, TEXAS AND WISCONSIN.

YOU MUST PLACE THE FOLLOWING ON YOUR PACKING SLIP:
- PURCHASE ORDER (ONLY ONE PURCHASE ORDER NUMBER
PER PACKING SLIP)
- DELPHI-E&S "ITEM IDENTIFICATION NUMBER (ID)" FROM
PURCHASE ORDER FOR EACH DELIVERED ITEM
- LIST DELPHI-E&S DESCRIPTION PER PURCHASE ORDER FOR
EACH LINE ITEM DELIVERED FOLLOWED BY YOUR
DESCRIPTION IF DESIRED.
- EQUIPMENT SERIAL NUMBER(S)

# DELPHI

_____ Delphi Electronics and Safety

Page 3 of 7

```
VJ TECHNOLOGIES INC
89 CARLOUGH RD
BOHEMIA NY 11716
```

**Purchase Order**

PO Number                           Date Issued
450117778                           09-Aug-2005
Version
10-Aug-2005  02:26:07 EST

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
|  | Description |  | Requester |

**Notes Continued:**

ADDITIONAL PACKING SLIP INFORMATION
- EACH BOX/CRATE MUST CONTAIN A COMPLETE PACKING
SLIP FOR THE ENTIRE DELIVERY
- HIGHLIGHT ON THE PACKING SLIP THE APPLICABLE
PURCHASE ORDER ITEM IDENTIFICATION NUMBER FOR
EACH ITEM LOCATED IN THE BOX/CRATE
- PACKING SLIP MUST BE ENCLOSED IN A CLEAR PLASTIC
ENVELOPE AND AFFIXED TO THE OUTSIDE (WITH A COPY
INSIDE) OF EACH BOX/CRATE
****************************************
ROUTING: REFER TO ROUTING LETTER DATED 02/13/03 FOR
INSTRUCTIONS. CALL DELPHI E&S TRANSPORATION AT
(765)451-4078 OR 4079 FOR ADDITIONAL INFORMATION.
FREIGHT TERMS ARE 'FOB ORIGIN,FREIGHT COLLECT'.
BUYER WILL ONLY PAY FREIGHT CHARGES IF THE SELLER
USES THE BUYER SELECTED CARRIER AND SHIPS COLLECT
THE SELLER AGREES TO PAY ALL FREIGHT INVOICES WHEN
SELLER DEVIATES FROM BUYER SPECIFIED CARRIER WITHOUT
PRIOR APPROVAL FROM DELPHI E&S TRANSPORTATION

****************************************

****************************************
Delphi requires 100% on time delivery performance from suppliers. If you anticipate problems in delivering materials and/or completing services by the date
specified on the Buyer's purchase order, the Delphi Buyer should be notified immediately.
****************************************

****************************************
CHANGES IN SPECIFICATIONS AFFECTING PRICE AND/OR
LEADTIME, WHETHER INITIATED BY SUPPLIER OR DELPHI
DELCO ELECTRONICS CORP MUST NOT BE MADE WITHOUT
PRIOR APPROVAL BY DELPHI PURCHASING VIA A PURCHASE
ORDER AMENDMENT. ANY CHANGES IN DELIVERY DATE FOR
ANY REASON WHATSOEVER WILL BE REPORTED PROMPTLY IN
WRITING TO THE BUYER WITH DETAILED EXPLANATION.
****************************************

****************************************
IN ADDITION TO THE REQUIREMENTS SPECIFIED, THE
EQUIPMENT MUST COMPLY WITH DELPHI DELCO ELECTRONICS
CORP'S EQUIPMENT APPROVALS PROCEDURE AND ONE OF THE
FOLLOWING STANDARDS ASSIGNED BY THE DELPHI-E&S
EQUIPMENT APPROVALS OFFICE:  A) STANDARD INDUSTRIAL
EQUIPMENT SPECIFICATIONS,OR, B) CUSTOM INDUSTRIAL
EQUIPMENT SPECIFICATION

# DELPHI

_____ Delphi Electronics and Safety

Page 4 of 7

VJ TECHNOLOGIES INC
89 CARLOUGH RD
BOHEMIA NY 11716

**Purchase Order**

PO Number: 450117779
Date Issued: 09-Aug-2005
Version: 10-Aug-2005 02:20:07 EST

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

**Notes Continued:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IF THIS SHIPMENT REQUIRES AN AIR-RIDE OR PADDED VAN
TO INSURE ITS SAFETY, ROUTE VIA NORTH AMERICAN VAN
LINES. ARRANGE ALL DETAILS THROUGH GUYER THE MOVER
(765) 457-6197 OR 800-783-8268.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Calibration Service Requirements
1. QS9000 registration requires Delphi to use inspection / test laboratory suppliers that have ISO/IEC Guide 25 (or ISO/IEC 17025) accreditation. The OEM may be used whenever an accredited source cannot be found.
2. Calibration Services on Delphi equipment shall be performed to original manufacturer's specification. If such specification is not available, equivalent reference standards (e.g. BS, ISO, JIS, and DIN) shall be used.
3. All test/measurement instruments used to calibrate Delphi equipment shall be traceable to National/International Standards (e.g. NIST, NML, NPT, ETL, and NRC).
4. If calibration standard is found to be out of tolerance, upon re-calibration of the standard, the supplier shall determine validity of previous measurements made on Delphi equipment and shall provide for immediate re-calibration of all affected equipment when necessary.
5. The supplier shall provide calibration report for every piece of equipment calibrated. The report shall include the following:
A) Type of Equipment
B) Identification number of equipment
C) Identification number of calibration standard
D) Traceability information of calibration standard
E) Check method of calibration activity (e.g. reference manual description of equipment or equivalent)
F) Calibration results stating:
F1 Test Items
F2 Measured values as received
F3 Measured values after adjustment (If adjustment were made)
F4 Acceptance Criteria
G) Statement of conformance to specification after calibrations
H) Name of person responsible for the calibration
I) Date of the calibration
6. Calibration sticker shall be affixed on all Delphi's equipment that is calibrated. The information shall contain the date of calibration, identification number of equipment or calibration reference number.
7. Any variation from the above requirements for approval to repair equipment, which cannot be calibrated, must have written approval from the buyer.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A PROPERLY COMPLETED CERTIFICATE OF ORIGIN,
NAFTA CERTIFICATE WHERE APPLICABLE (CUSTOMS FORM 434)
AND A MANUFACTURERS AFFIDAVIT STATING THE COUNTRY OF

# DELPHI

Delphi Electronics and Safety

Page 5 of 7

| VJ TECHNOLOGIES INC<br>89 CARLOUGH RD<br>BOHEMIA NY 11716 | **Purchase Order** |
|---|---|
| | PO Number: 450117778     Date Issued: 09-Aug-2005<br>Version<br>10-Aug-2005 02:20:07 EST |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
|  | Description |  | Requester |

**Notes Continued:**

ORIGIN BE INCLUDED WITH THE SHIPPING DOCUMENTS FOR
THE MATERIAL ON THIS PURCHASE ORDER.    (NT)
*************************************************

WARRANTY AND SPARE PARTS INSTRUCTIONS
**********
PRIOR TO THE SHIPPING OF EQUIPMENT TO DELPHI DELCO
ELECTRONICS SYSTEMS YOU MUST "ELECTRONICALLY" PROVIDE
THE FOLLOWING INFORMATION FOR EACH PIECE OF EQUIPMENT
TO THE INDIVIDUALS LISTED:
-PURCHASE ORDER NUMBER
-EQUIPMENT DESCRIPTION (S) & MODEL NUMBER (S)
IF APPLICABLE
-EQUIPMENT SERIAL NUMBER (S)
-LIST OF RECOMMENDED SPARE PARTS INCLUDING
SPARE PARTS DESCRIPTIONS, OEM SPARE PART NUMBERS
OIM SPARE PART NUMBERS, SPARE PART PRICES, AND
SPARE PART PRICING EXPIRATION DATE
-DESIGNATE WHICH PARTS ARE CONSIDERED 'CONSUMABLE' VERSUS
THOSE COVERED UNDER WARRANTY

-EQUIPMENT WARRANTY PERIOD
-EQUIPMENT WARRANTY START DATE
ELECTRONICALLY TRANSMIT THIS INFORMATION TO THE FOLLOWING INDIVIDUALS:
THOMAS.D.RIGLE@DELPHI.COM
MIKE.SALYERS@SLTECHUSA.COM
REQUESTOR (WHO ORDERED), AS IDENTIFIED ON THE PURCHASE ORDER.
FAILURE TO PROVIDE THIS INFORMATION AT TIME OF SHIPMENT MAY NEGATIVELY IMPACT PAYMENT PROCESSING.
**********************************************

**********************************************THE ULTIMATE DESTINATION OF THE MATERIAL ON THIS PURCHASE
ORDER IS MEXICO
**********************************************

IMPORTANT NOTICE TO SUPPLIERS
PLEASE COMPLY STRICTLY WITH DELPHI'S ENVIRONMENTAL REQUIREMENTS AS STATED IN THE ENVIRONMENTAL REQUIREMENTS
FOR CONTRACTORS / SUPPLIERS / VENDORS. A COPY OF THE ENVIRONMENTAL REQUIREMENTS IS AVAILABLE UPON WRITTEN
REQUEST TO THE BUYER
**********************************************

Delphi requires 100% on time delivery performance from suppliers. If you anticipate problems in delivering materials and/or completing services by the date
specified on the Buyer's purchase order, the Delphi Buyer should be notified immediately.
**********************************************

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous

# DELPHI

Delphi Electronics and Safety

Page 6 of 7

VJ TECHNOLOGIES INC
89 CARLOUGH RD
BOHEMIA NY 11716

**Purchase Order**

PO Number: 4501177?8
Date Issued: 09-Aug-2005
Version: 10-Aug-2005 02:29:07 EST

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

**Notes Continued:**

materials, as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Supplier agrees to make deliveries according to the agreed upon delivery date(s), and to pay to Buyer liquidated damages amounting to 1.00% of the contract price per week, for each week (or part thereof) of any delay. Additional charges incurred by the supplier to achieve agreed upon delivery date are the supplier's responsibility and will not be reimbursed by Delphi.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CERTIFICATE OF INSURANCE GENERAL

CONTRACTOR SHALL OBTAIN AND MAINTAIN CONSISTENT WITH THE PROVISIONS OF THIS CONTRACT, AT ITS SOLE EXPENSE, THE FOLLOWING TYPES OF INSURANCE COVERAGE, TO REMAIN IN FORCE DURING THE TERM OF THIS CONTRACT, WITH MINIMUM LIMITS AS SET FORTH BELOW.
1
COMMERCIAL GENERAL LIABILITY COVERING LIABILITY ARISING FROM PREMISES, OPERATIONS, INDEPENDENT CONTRACTORS, PRODUCTS - COMPLETED OPERATIONS, PERSONAL AND ADVERTISING INJURY AND BLANKET CONTRACTUAL LIABILITY - US $5,000,000 EACH OCCURRENCE
2
BUSINESS AUTOMOBILE LIABILITY COVERING ALL OWNED, HIRED AND NON OWNED VEHICLES - US $5,000,000 EACH OCCURRENCE, INCLUDING ALL APPLICABLE STATUTORY COVERAGES
3
WORKERS COMPENSATION - STATUTORY LIMITS FOR ALL STATES OF OPERATION
4
EMPLOYERS LIABILITY - US $1,000,000 EACH EMPLOYEE FOR BODILY INJURY BY ACCIDENT AND US $1,000,000 EACH EMPLOYEE FOR BODILY INJURY BY DISEASE
5
PROFESSIONAL/ERRORS AND OMISSIONS LIABILITY INSURANCE APPROPRIATE TO THE CONTRACTOR'S PROFESSION. COVERAGE SHOULD ALSO BE FOR A PROFESSIONAL ERROR, ACT OR OMISSION ARISING OUT OF THE SCOPE OF SERVICES SHOWN IN THIS CONTRACT - US $1,000,000 PER OCCURRENCE (ONLY IF PERFORMING CONSULTING ALONG WITH ACTUAL SITE WORK. IF NO CONSULTING, THIS PROVISION CAN BE DELETED)

# DELPHI

_____ Delphi Electronics and Safety

Page 7 of 7

VJ TECHNOLOGIES INC
80 CARLOUGH RD
BOHEMIA NY 11716

## Purchase Order

PO Number: 450117778  
Date Issued: 09-Aug-2005  
Version: 10-Aug-2005 02:20:07 EST

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

**Notes Continued:**

ALL POLICIES OF INSURANCE PROCURED BY CONTRACTOR HEREIN SHALL BE WRITTEN AS PRIMARY POLICIES, NOT CONTRIBUTING WITH OR IN EXCESS OF COVERAGE THAT DELPHI MAY CARRY. IF CONTRACTOR'S LIABILITY POLICIES DO NOT CONTAIN THE STANDARD SEPARATION OF INSURED'S PROVISION, OR A SUBSTANTIALLY SIMILAR CLAUSE, THEY SHALL BE ENDORSED TO PROVIDE CROSS-LIABILITY COVERAGE. CONTRACTOR SHALL AGREE TO WAIVE THEIR INSURER'S RIGHT SUBROGATION UNDER ITS POLICIES. DELPHI SHALL BE AN ADDITIONAL INSURED UNDER CONTRACTOR'S INSURANCE POLICY (EXCEPT WORKER'S COMPENSATION AND EMPLOYER'S LIABILITY), AND AT DELPHI'S REQUEST, CONTRACTOR SHALL PROVIDE DELPHI WITH A CERTIFICATE OF INSURANCE EVIDENCING COMPLIANCE WITH THE LIMITS, INSURANCE REQUIREMENTS AND WAIVER OF SUBROGATION SET FORTH ABOVE. SUCH CERTIFICATE SHALL BE IN A FORM ACCEPTABLE TO, AND UNDERWRITTEN BY AN INSURANCE COMPANY REASONABLY SATISFACTORY TO DELPHI AND WITH AN A.M.BEST COMPANY RATING OF A- OR ABOVE. BY REQUIRING INSURANCE HEREIN, DELPHI DOES NOT REPRESENT THAT COVERAGE AND LIMITS WILL NECESSARILY BE ADEQUATE TO PROTECT CONTRACTOR. THE PURCHASE OF APPROPRIATE INSURANCE COVERAGE BY CONTRACTOR OR THE FURNISHING OF A CERTIFICATE OF INSURANCE SHALL NOT RELEASE CONTRACTOR FROM ITS RESPECTIVE OBLIGATIONS OR LIABILITIES UNDER THE AGREEMENT.

MAIL ABOVE TO THE BUYER OF RECORD NOTED AT THE BOTTOM OF
OF THE PURCHASING DOCUMENT.
(FAX, PHONE AND ADDRESS BE PROVIDED)

CONTRACTORS ARE ADVISED THAT THEIR EMPLOYEES MAY HAVE
THE POTENTIAL OF EXPOSURE TO WORKPLACE CHEMICALS.
CONCERNS REGARDING THIS MATTER CAN BE DIRECTED TO
DELPHI CORP ENGINEERING DEPT. CONTACT YOUR BUYER OF RECORD
FOR A LOCAL CONTACT NUMBER

***************************************************