## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served on October 12, 2005 by Federal Express on the following:

| | |
|---|---|
| John Wm. Butler, Jr., Esq.<br>John K. Lyons, Esq.<br>Ron E. Meisler, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606 | Kayalyn A. Marafioti, Esq.<br>Thomas J. Matz, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036 |
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098 | Delphi Delco Electronics Systems<br>One Corporate Center<br>Attn: Man. Recpts Proc MS-9A241<br>P.O. Box 9005<br>Kokomo, Indiana 46904-9005 |
| Delphi Delco Electronics Systems<br>601 Joaquin Cavazos Road<br>Los Indios, Texas 78567 | Delphi Electronics & Safety<br>P.O. Box 9005<br>Kokomo, Indiana 46904-9005 |
| Delphi-D Deltronicos PLT<br>601 Joaquin Cavazos Road<br>Los Indios, Texas 78567 | Delphi E&S<br>One Corporate Center MS: CTLLM<br>Kokomo, Indiana 46902<br>Attn: Greg Drake |

          /s/ Constantine D. Pourakis
          Constantine D. Pourakis

3