TOGUT, SEGAL & SEGAL LLP
Conflicts Counsel for
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, NY  10119
(212) 594-5000
Albert Togut (AT-9759)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                          :
In re:                                                                 :
                                                                          :
                                                                          :     Chapter 11
      DELPHI CORPORATION, et al.,          :     Case No. 05-44481 [RDD]
                                                                          :
                                      Debtors.       :     (Jointly Administered)
                                                                          :
-----------------------------------------------------------------x

**AFFIDAVIT OF SERVICE OF
SUPPLEMENTAL AFFIDAVIT OF ALBERT TOGUT
IN SUPPORT OF APPLICATION FOR ORDER UNDER
11 U.S.C. § 327(a) AND FED R. BANKR. P 2014(a) (I) AUTHORIZING
RETENTION OF TOGUT, SEGAL & SEGAL LLP AS CONFLICTS COUNSEL
FOR DEBTORS AND (II) SCHEDULING FINAL HEARING THEREON**

STATE OF NEW YORK      )
                                            ) ss.:
COUNTY OF NEW YORK )

      BRENNA MCDONOUGH, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at Chester, New Jersey
.
      On October 11, 2005, deponent served a copy of the Supplemental Affidavit of Albert Togut in Support of Application for Order Under 11 U.S.C. §327(a) and Fed R. Bankr. P 2014(a) (i) Authorizing Retention of Togut, Segal & Segal LLP as Conflicts Counsel for Debtors and (ii) Scheduling Final Hearing Thereon, upon all parties set fourth on the service list annexed hereto as Exhibit "A" by facsimile.

                                                          /s/ Brenna McDonough
                                                          BRENNA MCDONOUGH

Sworn to before me this
12th day of October, 2005


/s/ Joanne Minischetti
      Notary Public

1