DELPHI CORPORATION, et al.
Chapter 11 Case No. 05-44481 (RDD)

## SERVICE LIST

## EXHIBIT A

*Via Regular Mail*

Skadden, Arps, Slate, Meagher & Flom LLP
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Fax:  (312) 407-0411

Skadden, Arps, Slate, Meagher & Flom LLP
Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Four Times Square
New York, New York 10036
Fax: (212) 735-2000

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Fax : 212-668-2255

Sherman & Sterling LLP
599 Lexington Avenue
New York, NY  10022
Attn:  Douglas P. Bartner, Esq.
Fax:  (212) 848-7179