TOGUT, SEGAL & SEGAL LLP
Conflicts Counsel for
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, NY 10119
(212) 594-5000
Albert Togut (AT-9759)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                              :
In re:                                                        :
                                                              :    Chapter 11
        DELPHI CORPORATION, et al.,                           :    Case No. 05-44481 [RDD]
                                                              :
                                        Debtors.              :    (Jointly Administered)
                                                              :
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE OF
## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES AND OTHER DOCUMENTS

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK )

      BRENNA MCDONOUGH, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at Chester, New Jersey
.
      On October 12, 2005, deponent served a copy of the Notice of Appearance and Request for Service of Notices and Other Documents, upon all parties set fourth on the service list annexed hereto as Exhibit "A" by depositing true copies of the same enclosed in pre-paid properly address wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                          /s/ Brenna McDonough
                                          BRENNA MCDONOUGH

Sworn to before me this
12th day of October, 2005


/s/ Joanne Minischetti
      Notary Public

1