DELPHI CORPORATION, et al.
Chapter 11 Case No. 05-44481 (RDD)

## SERVICE LIST

## EXHIBIT A

*Via Regular Mail*

Skadden, Arps, Slate, Meagher & Flom LLP
John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Skadden, Arps, Slate, Meagher & Flom LLP
Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Four Times Square
New York, New York 10036

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Sherman & Sterling LLP
Douglas P. Bartner, Esq.
599 Lexington Avenue
New York, NY  10022