STEVENS & LEE, P.C.
Attorneys for Tonolli Canada Ltd.
485 Madison Avenue, 20th Floor
New York, New York 10022
Chester B. Salomon (CS-2319)
Constantine D. Pourakis (CP-0730)
(212) 319-8500

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, <u>et</u> <u>al.</u>,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

## <u>NOTICE OF RECLAMATION DEMAND OF TONOLLI CANADA LTD.</u>

Please be advised that a Notice of Reclamation Demand on behalf of Tonolli

Canada Ltd. was served on October 12, 2005 on the Debtors and their attorneys of record, John

Wm. Butler, Jr. and Kayalyn A Marafioti, Skadden, Arps, Slate Meagher & Flom LLP.  A true

and correct copy of the Notice of Reclamation Demand is attached hereto as Exhibit "A" and

incorporated herein by reference for all purposes.

SL1 579687v1/099999.00891

Dated: New York, New York
   October 12, 2005

**STEVENS & LEE, P.C.**


By:/s/ Chester B. Salomon
   Chester B. Salomon (CS-2319)
   Constantine D. Pourakis (CP-0730)
   485 Madison Avenue, 20th Floor
   New York, New York 10022
   Telephone:  (212) 319-8500
   Facsimile:   (212) 319-8505

   Counsel for Tonolli Canada Ltd.

2

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served on
October 12, 2005 by Federal Express on the following:

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Delphi AHG Brunswick
760 Jersey Avenue
New Brunswick, NJ 08901

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

Delphi Automotive Systems
5725 Delphi Drive
Troy, MI 48098

/s/ Constantine D. Pourakis
Constantine D. Pourakis

3