# STEVENS & LEE
## LAWYERS & CONSULTANTS

485 Madison Avenue
20th Floor
New York, NY 10022
(212) 319-8500  Fax (212) 319-8505
www.stevenslee.com

Direct Dial:     (212) 537-0404
Email:          cs@stevenslee.com
Direct Fax:     (610) 371-1220

October 12, 2005

**BY FEDERAL EXPRESS**

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Delphi Automotive Systems
5725 Delphi Drive
Troy, MI 48098

Delphi AHG Brunswick
760 Jersey Avenue
New Brunswick, NJ 08901

Re:    **In re Delphi Corporation, et al. Case No. 05-44481**
       <u>**Reclamation Notice of Tonolli Canada Ltd.**</u>

Dear Counsel:

We are counsel to Tonolli Canada Ltd. ("Tonolli"), and have been authorized to send this reclamation notice (the "Reclamation Notice") on behalf of Tonolli. Pursuant to Section 2-702 of the Uniform Commercial Code and 11 U.S.C. §546(c), Tonolli hereby demands reclamation of the following goods: 3% Antimonial Lead alloy in ingots, shipped to Delphi AHG Brunswick, 760 Jersey Avenue, New Brunswick, New Jersey 08901, Spec M9595. These goods were sold by Tonolli to, and received by, Delphi Corporation, Delphi Automotive Systems and Delphi AHG Brunswick on the dates more specifically described in the schedule attached hereto. The amount due and owing Tonolli from the Debtors for the period September 29, 2005 through October 7, 2005 on the sale of the goods is $152,112.04, plus applicable interest and costs.

Philadelphia • Reading • Valley Forge • Lehigh Valley • Harrisburg • Lancaster
Scranton • Wilkes-Barre • Princeton • Cherry Hill • New York • Wilmington
A PROFESSIONAL CORPORATION

SL1 579690v1/099999.00891

# STEVENS & LEE
## LAWYERS & CONSULTANTS

John Wm. Butler, Jr., Esq.
Kayalyn A. Marafioti, Esq.
October 12, 2005
Page 2


     Tonolli further reserves the right to amend and supplement this Reclamation Notice (including filing additional evidence in support of this Reclamation Notice) or to file additional reclamation notices or claims; including without limitation, all other claims at law or in equity. Tonolli also reserves all rights accruing to it, and the filing of this Reclamation Notice is not intended to be and shall not be construed as: (1) an election of remedy; (2) a waiver of any past present or future defaults or events of default; (3) a waiver or limitation of any rights of Tonolli; or (4) a waiver of Tonolli's rights as a "Foreign Creditor" of the Debtors, as that term is defined in the October 8, 2005 Motion for Order Under 11 U.S.C. §§ 105(a), 363, 1107, and 1108 Authorizing (I) Payment of Prepetition Obligations to Foreign Creditors and (II) Financial Institutions To Honor and Process Related Checks and Transfers.

     Please telephone me if you have any questions regarding the above.

                                                Very truly yours,

                                                STEVENS & LEE

                                                Chester B. Salomon

CS:cp
Encl.


cc:    Jose J. Silva, Tonolli Canada Ltd.
        Edward Camilleri, Tonolli Canada Ltd.

SL1 579690v1/099999.00891

Tonolli Canada Ltd
List of Outstanding Delphi Invoices
at October 8, 2005

| Tonolli's Invoice # | inv date | B/L # | delivery date | amount |
|---|---|---|---|---|
| 54871 | 29-Sep | 5461 | 29-Sep | 19,109.44 |
| 54873 | 29-Sep | 5462 | 30-Sep | 18,336.77 |
| 54917 | 6-Oct | 5542 | 3-Oct | 19,135.67 |
| 54918 | 6-Oct | 5543 | 4-Oct | 19,338.68 |
| 54919 | 6-Oct | 5544 | 5-Oct | 19,041.90 |
| 54926 | 11-Oct | 5545 | 6-Oct | 19,261.72 |
| 54927 | 11-Oct | 5546 | 7-Oct | 18,994.13 |
| 54928 | 11-Oct | 5575 | 7-Oct | 18,893.73 |
|  |  |  |  | $152,112.04 |

# Tonolli
Recyclers of Non-Ferrous Metals

TONOLLI CANADA LTD.
1333 TONOLLI ROAD
MISSISSAUGA, ONTARIO, L4Y 4C2  CANADA

G.S.T. # R105313019
D-U-N-S 200-428-506

Telephone: (905) 279-9555
Fax: (905) 896-3415

**Please remit to:**
1333 TONOLLI ROAD
MISSISSAUGA
ONTARIO
CANADA L4Y 4C2

Payment is due: 29/SEP/2005
Invoice Date: 29/SEP/05
Invoice No.: 054871

| Date Ordered | Customer Order No. | Cust. Code | Your GST | Prov. Lic. No. | Bill of Lading No. | Shipped Via | Date Shipped |
|---|---|---|---|---|---|---|---|
| 2/SEP/05 | 550065365 | DELPUSA | N/A | N/A | 05461 | TONOLLI PREPAID | 29/SEP/05 |

**Sold To:**
DELPHI AHG NEW BRUNSWICK
760 JERSEY AVENUE
NEW BRUNSWICK, NJ 08901
U.S.A.

**Shipped To:**
DELPHI AHG NEW BRUNSWICK
PLANT# 12
760 JERSEY AVENUE
NEW BRUNSWICK, NJ 08901

| Quantity Ordered | Description | Quantity Shipped | Price per 100 | Amount |
|---|---|---|---|---|
| 44,000 | DELPHI PART#9593001, 3% ANTIM. LEAD ALLOY IN 60# INGOTS | 44,690 | 42.760 | 19,109.44 |
|  | METRIC EQUIVALENT: (KG) | 20,271 | 94.270 |  |
|  |  |  | TOTAL US U.S. FUNDS | 19,109.44 |

NO. TONCAN:A4

**Accounts Receivable**

# Tonolli
Recyclers of Non-Ferrous Metals

TONOLLI CANADA LTD.   G.S.T. # R105313019
1333 TONOLLI ROAD
MISSISSAUGA, ONTARIO, L4Y 4C2  CANADA

Telephone: (905) 279-9555   Fax: (905) 896-3415   D-U-N-S: 208-428-506

Please remit to:
1333 TONOLLI ROAD
MISSISSAUGA
ONTARIO
CANADA L4Y 4C2

Payment is due: 29/Sep/2005

| Invoice Date | Invoice No. |
|---|---|
| 29/SEP/05 | 054873 |

| Date Ordered | Customer Order No. | Cust. Code | Your GST | Prov. Lic. No. | Bill of Lading No. | Shipped Via | Date Shipped |
|---|---|---|---|---|---|---|---|
| 2/SEP/05 | 550065355 | DELPUSA | N/A | N/A | 05462 | TONOLLI PREPAID | 30/SEP/05 |

**Sold To**
DELPHI AHG NEW BRUNSWICK
760 JERSEY AVENUE
NEW BRUNSWICK, NJ 08901
U.S.A.

**Shipped To**
DELPHI AHG NEW BRUNSWICK
PLANT# 12
760 JERSEY AVENUE
NEW BRUNSWICK, NJ 08901

| Quantity Ordered | Description | Quantity Shipped | Price per 100 | Amount |
|---|---|---|---|---|
| 44,000 | DELPHI PART#9595001, 3% ANTIM. LEAD ALLOY IN 60# INGOTS | 42,863 | 42.760 | 18,336.77 |
| | METRIC EQUIVALENT: (KG) | 19,431 | 94.270 | |
| | | | TOTAL US U.S. FUNDS | 18,336.77 |

IO. TONCAN:A4

**Accounts Receivable**

# Tonolli

Recyclers of Non-Ferrous Metals

TONOLLI CANADA LTD.
1333 TONOLLI ROAD
MISSISSAUGA, ONTARIO, L4Y 4C2    CANADA

G.S.T. # R105313019

Telephone          Fax              D.U.N.S
(905) 279-9555   (905) 896-3415   200-428-506

| Please remit to: | Payment is due |
|---|---|
| 1333 TONOLLI ROAD<br>MISSISSAUGA<br>ONTARIO<br>CANADA L4Y 4C2 | IMMEDIATE<br>05/NOV/2005 |
| Invoice Date | Invoice No. |
| 06/OCT/05 | 054917 |

| Date Ordered | Customer Order No. | Case Code | YOUR GST | Prov. Lic. No. | Bill of Lading No. | Shipped Via | | Date Shipped |
|---|---|---|---|---|---|---|---|---|
| 8/SEP/05 | 550065355 | DELPUSA | N/A | N/A | 05542 | TONOLLI | PREPAID | 03/OCT/05 |

Sold To:
DELPHI AHG NEW BRUNSWICK
760 JERSEY AVENUE
NEW BRUNSWICK, NJ 08901
U.S.A.

Shipped To:
DELPHI AHG NEW BRUNSWICK
PLANT# 12
760 JERSEY AVENUE
NEW BRUNSWICK, NJ 08901

| Quantity Ordered | Description | Quantity Shipped | Price per 100 | Amount |
|---|---|---|---|---|
| 44,000 | DELPHI PART#9595001, 3% ANTIM.<br>LEAD ALLOY IN 60# INGOTS | 43,264 | 44.230 | 19,135.67 |
| | METRIC EQUIVALENT: (KG) | 19,624 | 97.510 | |
| | | | TOTAL<br>DS<br>U.S. FUNDS | 19,135.67 |

TONCAN A4

**Accounts Receivable**

# Tonolli

Recyclers of Non-Ferrous Metals

TONOLLI CANADA LTD.    G.S.T. # R103313019
1333 TONOLLI ROAD
MISSISSAUGA, ONTARIO, L4Y 4C2    CANADA

Telephone    Fax    FAX
(905) 279-9555    (905) 896-3418    800-428-506

Please remit to:
1333 TONOLLI ROAD
MISSISSAUGA
ONTARIO
CANADA, L4Y 4C2

| Invoice Date | Invoice No. |
|---|---|
| 06/OCT/05 | 054918 |

| Date Ordered | Customer Order No. | Cust. Code | YOUR GST | Prov. Lic. No. | Bill of Lading No. | Shipped Via | | Date Shipped |
|---|---|---|---|---|---|---|---|---|
| 8/SEP/05 | 550065355 | DELPUSA | N/A | N/A | 05543 | TONOLLI | PREPAID | 04/OCT/05 |

**Sold To**
DELPHI AHG NEW BRUNSWICK
760 JERSEY AVENUE
NEW BRUNSWICK, NJ 08901
U.S.A.

**Shipped To**
DELPHI AHG NEW BRUNSWICK
PLANT# 12
760 JERSEY AVENUE
NEW BRUNSWICK, NJ 08901

| Quantity Ordered | Description | Quantity Shipped | Price per 100 | Amount |
|---|---|---|---|---|
| 44,000 | DELPHI PART#9595001, 3% ANTIM. LEAD ALLOY IN 60# INGOTS | 43,723 | 44.230 | 19,338.68 |
| | METRIC EQUIVALENT: (KG) | 19,832 | 97.510 | |
| | | | TOTAL<br>DS<br>U.S. FUNDS | 19,338.68 |

NO. TONCAN A4

**Accounts Receivable**

# Tonolli
Recyclers of Non-Ferrous Metals

TONOLLI CANADA LTD.  
1333 TONOLLI ROAD  
MISSISSAUGA, ONTARIO, L4Y 4C2  CANADA

G.S.T. # R105313019  
D-U-N-S: 200-428-506

Telephone: (905) 279-9555  
Fax: (905) 896-3415

Please remit to:  
1333 TONOLLI ROAD  
MISSISSAUGA  
ONTARIO  
CANADA L4Y 4C2

| Invoice Date | Invoice No. |
|---|---|
| 06/OCT/05 | 054919 |

| Date Ordered | Customer Order No. | Cust Code | YOUR GST | Prov. Lic. No. | Bill of Lading No. | Shipped Via | Date Shipped |
|---|---|---|---|---|---|---|---|
| 3/SEP/05 | 550065255 | DELPUSA | N/A | N/A | 05544 | TONOLLI PREPAID | 05/OCT/05 |

**Sold To**  
DELPHI AHG NEW BRUNSWICK  
760 JERSEY AVENUE  
NEW BRUNSWICK, NJ 08901  
U.S.A.

**Shipped To**  
DELPHI AHG NEW BRUNSWICK  
PLANT# 12  
760 JERSEY AVENUE  
NEW BRUNSWICK, NJ 08901

| Quantity Ordered | Description | Quantity Shipped | Price per 100 | Amount |
|---|---|---|---|---|
| 44,000 | DELPHI PART#9595001, 3% ANTIM. LEAD ALLOY IN 60# INGOTS METRIC EQUIVALENT: (KG) | 43,052 | 44.230 | 19,041.90 |
|  |  | 19,528 | 97.510 |  |
|  |  |  | TOTAL US U.S. FUNDS | 19,041.90 |

NO: TONCAN A4

**Accounts Receivable**

# Tonolli
Recyclers of Non-Ferrous Metals

TONOLLI CANADA LTD.  G.S.T. # R105313019
1333 TONOLLI ROAD
MISSISSAUGA, ONTARIO, L4Y 4C2   CANADA

Telephone: (905) 279-9555
Fax: (905) 896-3413
D-U-N-S: 200-428-506
YOUR GST: N/A

**Please remit to:**
1333 TONOLLI ROAD
MISSISSAUGA
ONTARIO
CANADA L4Y 4C2

Payment is due: 10/Nov/2005
Invoice Date: 11/OCT/05
Invoice No.: 054926

| Date Ordered | Customer Order No. | Cust. Code | Prov. Lic. No. | Bill of Lading No. | Shipped Via | | Date Shipped |
|---|---|---|---|---|---|---|---|
| 8/SEP/05 | 550065355 | DELPUSA | N/A | 05543 | TONOLLI | PREPAID | 06/OCT/05 |

**Sold To:**
DELPHI AHG NEW BRUNSWICK
760 JERSEY AVENUE
NEW BRUNSWICK, NJ 08901
U.S.A.

**Shipped To:**
DELPHI AHG NEW BRUNSWICK
PLANT# 12
760 JERSEY AVENUE
NEW BRUNSWICK, NJ 08901

| Quantity Ordered | Description | Quantity Shipped | Price per 100 | Amount |
|---|---|---|---|---|
| 44,000 | DELPHI PART#9595001, 2% ANTIM. LEAD ALLOY IN 60# INGOTS | 43,549 | 44.230 | 19,261.72 |
| | METRIC EQUIVALENT: (KG) | 19,754 | 97.510 | |
| | | | TOTAL | 19,261.72 |
| | | | DS | |
| | | | U.S. FUNDS | |

NO. TONCAN:A4

**Accounts Receivable**

# Tonolli
Recyclers of Non Ferrous Metals

TONOLLI CANADA LTD.
1333 TONOLLI ROAD
MISSISSAUGA, ONTARIO, L4Y 4C2  CANADA

G.S.T. # R105313019

Telephone: (905) 279-9555
Fax: (905) 895-3415
D.U.N.s: 200-428-506

| Please remit to: | Payment is due |
|---|---|
| 1333 TONOLLI ROAD MISSISSAUGA ONTARIO CANADA L4Y 4C2 | 10/Nov/2005 |
| Invoice Date | Invoice No. |
| 11/OCT/05 | 05A927 |

| Date Ordered | Customer Order No. | Cust. Code | YOUR GST | Prov. Lic. No. | Bill of Lading No. | Shipped Via | | Date Shipped |
|---|---|---|---|---|---|---|---|---|
| 8/SEP/05 | 5500065355 | DELPUSA | N/A | N/A | 05946 | TONOLLI | PREPAID | 07/OCT/05 |

**Sold To**
DELPHI AHG NEW BRUNSWICK
760 JERSEY AVENUE
NEW BRUNSWICK, NJ 08901
U.S.A.

**Shipped To**
DELPHI AHG NEW BRUNSWICK
PLANT# 12
760 JERSEY AVENUE
NEW BRUNSWICK, NJ 08901

| Quantity Ordered | Description | Quantity Shipped | Price per 100 | Amount |
|---|---|---|---|---|
| 44,000 | DELPHI PART#9595001, 3% ANTIM. LEAD ALLOY IN 60# INGOTS | 42,944 | 44.230 | 18,994.13 |
| | METRIC EQUIVALENT: (KG) | 19,479 | 97.510 | |
| | | | TOTAL DS U.S. FUNDS | 18,994.13 |

NO. TONCAN:A4

**Accounts Receivable**

**Tonolli**  Recyclers of Non-Ferrous Metals

TONOLLI CANADA LTD.
1333 TONOLLI ROAD
MISSISSAUGA, ONTARIO, L4Y 4C2   CANADA

G.S.T. # R105313019

Telephone: (905) 279-9555   Fax: (905) 896-3415   DUNS: 200-428-906

| Please remit to: | Payment is due |
|---|---|
| 1333 TONOLLI ROAD<br>MISSISSAUGA<br>ONTARIO<br>CANADA L4Y 4C2 | 10/Nov/2005 |
| Invoice Date | Invoice No. |
| 11/OCT/05 | 054928 |

YOUR GST

| Date Ordered | Customer Order No. | Cust. Code | Prov. Lic. No. | Bill of Lading No. | Shipped Via | Date Shipped |
|---|---|---|---|---|---|---|
| 5/OCT/05 | 550065355 | DELPUSA N/B | N/A | 05575 | TONOLLI PREPAID | 07/OCT/05 |

**Sold To**
DELPHI AHG NEW BRUNSWICK
760 JERSEY AVENUE
NEW BRUNSWICK, NJ 08901
U.S.A.

**Shipped To**
DELPHI AHG NEW BRUNSWICK
PLANT# 12
760 JERSEY AVENUE
NEW BRUNSWICK, NJ 08901

| Quantity Ordered | Description | Quantity Shipped | Price per 100 | Amount |
|---|---|---|---|---|
| 44,000 | DELPHI PART#95950001, 3% ANTIM. LEAD ALLOY IN 60# INGOTS | 42,717 | 44.230 | 18,893.73 |
|  | METRIC EQUIVALENT:  (KG) | 19,376 | 97.510 |  |
|  |  |  | TOTAL<br>DS<br>U.S. FUNDS | 18,893.73 |

NO. TONCAN A4

**Accounts Receivable**