SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, Connecticut 06103-1919
Telephone: (860) 251-5000
Facsimile: (860) 251-5218
Email: bankruptcy@goodwin.com
Jennifer L. Adamy (JA5409)

*Attorneys for Universal Metal Hose Co., A Hyspan Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |
| Debtors. | |
| | October 12, 2005 |

**UNIVERSAL METAL HOSE CO., A HYSPAN**
**COMPANY'S NOTICE OF DEMAND FOR RECLAMATION**

PLEASE TAKE NOTICE that on October 12, 2005, pursuant to U.S.C. § 546(c), Universal Metal Hose Co., a Hyspan Company, served its written demand for reclamation of goods upon Delphi Corporation and its affiliated debtors. A copy of the written demand for reclamation is attached hereto as Exhibit A.

            UNIVERSAL METAL HOSE CO.,
            A HYSPAN COMPANY

            By /s/ Jennifer L. Adamy
              Jennifer L. Adamy (JA5409)
              Shipman & Goodwin LLP
              One Constitution Plaza
              Hartford, CT 06103-1919
              Tel. (860) 251-5000
              Attorneys for Universal Metal Hose Co.

## AFFIDAVIT OF SERVICE

     I hereby certify that on October 12, 2005, a copy of Universal Metal Hose Co., a Hyspan Company's Notice of Demand for Reclamation was served via facsimile and U.S. mail, postage prepaid to the following:

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Fax : (312) 407-0411

Kayalyn A. Marafioti, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036
Fax : (212) 735-2000

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Fax : 212-668-2255

                                                /s/ Jennifer L. Adamy
                                              Jennifer L. Adamy (JA5409)

415616 v.01