# Universal Metal Hose
**A Hyspan Company**

www.universalmetalhose.com

Delphi Saginaw Steering Systems  
3900 E. Holland Road  
Saginaw, MI 48601

October 12, 2005

Delphi Corporation  
5725 Delphi Drive  
Troy, MI 48098

<u>**Via Facsimile & Federal Express**</u>

Re:   Reclamation Demand of Universal Metal Hose Co.,  
      <u>A Hyspan Company</u>

Ladies & Gentlemen:

Universal Metal Hose Co., A Hyspan Company ("UMH") has learned that Delphi Corporation and certain of its affiliates (collectively, the "Debtors") filed voluntary petitions for bankruptcy under Title 11 of the United States Code (the "Bankruptcy Code") on October 8, 2005.

Please be advised that UMH delivered to the Debtors certain tuner cable assembly parts (the "Products") having numerous item numbers as identified in the attached invoices, which attachments are incorporated and made a part of this demand. Such Products were sold to the Debtors on credit, and were delivered to and received by the Debtors in the ordinary course of business between September 28, 2005 and October 8, 2005, at a time when the Debtors were insolvent.

Pursuant to Section 546(c) of the Bankruptcy Code and Section 2-702 of the Uniform Commercial Code, UMH hereby makes written demand for return of the Products more specifically identified on the attached invoices. The total amount of Products delivered to the Debtors during the period between September 28, 2005 and October 8, 2005 is **$21,417.93**.

This notice constitutes a timely written demand for reclamation. By making this demand, UMH does not intend to, and shall not be deemed to, waive any rights, remedies and/or claims, and all such other rights, remedies and claims are hereby reserved. UMH further reserves the right to amend this Reclamation Demand.

Very truly yours,  
UNIVERSAL METAL HOSE CO.,  
A HYSPAN COMPANY

By: Donald R. Heye  
Its: President

Attachments  
cc:   John Wm. Butler, Jr., Esq.  
      Kayalyn A. Marafioti, Esq.  
      Jennifer L. Adamy, Esq.

*"Innovations in Metal Hose"*

2133 South Kedzie Avenue, Chicago, Illinois 60623-3393   Voice: (773) 277-0700   FAX: (773) 277-0727

# Universal Metal Hose
A Hyspan Company

"Innovations in Metal Hose"

2133 South Kedzie Avenue
Chicago, Illinois 60623-3393
Voice: (773) 277-0700
Fax: (773) 277-0727

Remittance Address
1685 Brandywine Avenue
Chula Vista, California 91911-6020
Voice: (619) 421-1355
Fax: (619) 421-1702

**Invoice**  PAGE 1

| Invoice Number | 187666 |
|---|---|
| Date | 09/28/05 |
| Sales Order Number | 150139-00 |
| Date | 09/27/05 |

| Customer Order Number | Buyer | | | Tax Rate |
|---|---|---|---|---|
| SAG9013534 | DAVE | CHICAGO | NET 30 DAYS-C | 0.00 |

| Customer Number | Order Date | Ship By | Freight | Estimated Ship Date | Ship Date |
|---|---|---|---|---|---|
| 35001 | 09/27/05 | CENTRAL TRANS | COLLECT | 09/27/05 | 09/28/05 |

Customer
DELPHI-SAGINAW STEERING 44001
3900 HOLLAND AVENUE
SAGINAW     MI 48601

Ship To
DELPHI S REA
10 ATLAST CT CISCO 44971
BRAMPTON ONTARIO
CANADA SAPK938
L6T5C1

| Line | Part Number | Description | Qty. Ord. | Qty. Shp. | Qty. Due | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 26001878 | TUNER CABLE | 700 | 700 | 0 | 0.22107 | 154.75 |
| 2 | 26027159 | TUNER CABLE | 1500 | 1500 | 0 | 0.15692 | 235.38 |
| 3 | 26066672 | TUNER CABLE | 1500 | 1500 | 0 | 0.14234 | 213.51 |
| 4 | 26074738 | TUNER CABLE | 1600 | 1600 | 0 | 0.30330 | 485.28 |

| 4 | Terms and Conditions of Sale on Reverse Side. | Total Quantity 5300 | Sales Person ** HOUSE ACCOUN | Price 1 | Area 5 | Class 30 | Tax 0 | Subtotal 1088.92 |
|---|---|---|---|---|---|---|---|---|

Payment Terms
NET 30 DAYS-C

BOL# 4664110615

Please reference Invoice
Number on your check.

This is your invoice.
Please remit to:

Hyspan Precision Products
1685 Brandywine Avenue
Chula Vista, California 91911-6020

All unpaid invoices will bear
interest at the rate of 1½%
per month from Due Date.

| Tax | |
|---|---|
| Freight | |
| Total | 1088.92 |

HPP-100 3/98

**ORIGINAL**

**Universal Metal Hose**
A Hyspan Company

*"Innovations In Metal Hose"*

2133 South Kedzie Avenue
Chicago, Illinois 60623-3393
Voice: (773) 277-0700
Fax: (773) 277-0727

Remittance Address
1685 Brandywine Avenue
Chula Vista, California 91911-6020
Voice: (619) 421-1355
Fax: (619) 421-1702

**Invoice**   PAGE 1

| Invoice Number | 187667 |
|---|---|
| Date | 09/28/05 |
| Sales Order Number | 150140-00 |
| Date | 09/27/05 |

| Customer Order Number | Buyer | | Tax Rate |
|---|---|---|---|
| SAG9013534 | DAVE | CHICAGO   NET 30 DAYS-C | 0.00 |

| Customer Number | Order Date | Ship By | Freight | Estimated Ship Date | Ship Date |
|---|---|---|---|---|---|
| 35001 | 09/27/05 | ALVAN | COLLECT | 09/27/05 | 09/28/05 |

Customer
DELPHI-SAGINAW STEERING 44001
3900 HOLLAND AVENUE
SAGINAW             MI  48601

Ship To
DELPHI S-PLT 23
HIGHWAY 31 SOUTH
ATHENS              AL  35611

| Line | Part Number | Description | Qty. Ord. | Qty. Shp. | Qty. Due | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 26019809 | TUNER CABLE | 600 | 600 | 0 | 0.20855 | 125.13 |
| 2 | 26022619 | TUNER CABLE | 7000 | 7000 | 0 | 0.34498 | 2414.86 |
| 3 | 26021097 | TUNER CABLE | 800 | 800 | 0 | 0.33887 | 271.10 |

| 4 | Terms and Conditions of Sale on Reverse Side. | Total Quantity 8400 | Sales Person ** HOUSE ACCOUN | Price 1 | Area 5 | Class 30 | Tax 0 | Subtotal 2811.09 |
|---|---|---|---|---|---|---|---|---|

Payment Terms
NET 30 DAYS-C

BOL# NONE

Please reference Invoice
Number on your check.

This is your invoice.
Please remit to:

Hyspan Precision Products
1685 Brandywine Avenue
Chula Vista, California 91911-6020

All unpaid invoices will bear
interest at the rate of 1½%
per month from Due Date.

| Tax | |
|---|---|
| Freight | |
| Total | 2811.09 |

HPP-100 3/98

**ORIGINAL**

# Universal Metal Hose
*A Hyspan Company*

"*Innovations in Metal Hose*"

2133 South Kedzie Avenue
Chicago, Illinois 60623-3393
Voice: (773) 277-0700
Fax: (773) 277-0727

Remittance Address
1685 Brandywine Avenue
Chula Vista, California 91911-6020
Voice: (619) 421-1355
Fax: (619) 421-1702

**Invoice**   PAGE 1

| Invoice Number | 187699 |
|---|---|
| Date | 09/29/05 |
| Sales Order Number | 150154-00 |
| Date | 09/28/05 |

| Customer Order Number | Buyer | | Tax Rate |
|---|---|---|---|
| SAG9OI3534 | DAVE  CHICAGO  NET 30 DAYS-C | | 0.00 |

| Customer Number | Order Date | Ship By | Freight | Estimated Ship Date | Ship Date |
|---|---|---|---|---|---|
| 35001 | 09/28/05 | ALVAN | COLLECT | 09/28/05 | 09/29/05 |

Customer:
DELPHI-SAGINAW STEERING 44001
3900 HOLLAND AVENUE
SAGINAW    MI  48601

Ship To:
DELPHI SAGINAW STEERING
2440 AERO PARK DRIVE
TRAVERSE CITY   MI  49685

| Line | Part Number | Description | Qty. Ord. | Qty. Shp. | Qty. Due | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 7805824 | TUNER CABLE | 2000 | 2000 | 0 | 0.27159 | 543.18 |
| 2 | 7840315 | TUNER CABLE | 250 | 250 | 0 | 0.44326 | 110.82 |
| 3 | 26002020 | TUNER CABLE | 800 | 800 | 0 | 0.20109 | 160.87 |
| 4 | 26019809 | TUNER CABLE | 2400 | 2400 | 0 | 0.20855 | 500.52 |
| 5 | 26007986 | TUNER CABLE | 400 | 400 | 0 | 0.35884 | 143.54 |
| 6 | 26046055 | TUNER CABLE | 800 | 800 | 0 | 0.31332 | 250.66 |
| 7 | 26076716 | TUNER CABLE | 1200 | 1200 | 0 | 0.16997 | 203.96 |
| 8 | 7841180 | TUNER CABLE | 3200 | 3200 | 0 | 0.19374 | 619.97 |

| 4 | Terms and Conditions of Sale on Reverse Side. | Total Quantity 11050 | Sales Person ** HOUSE ACCOUN | Price 1 | Area 5 | Class 30 | Tax 0 | Subtotal 2533.52 |
|---|---|---|---|---|---|---|---|---|

Payment Terms
NET 30 DAYS-C

BOL# CC7481012

**Please reference Invoice Number on your check.**

This is your invoice.
Please remit to:

Hyspan Precision Products
1685 Brandywine Avenue
Chula Vista, California 91911-6020

All unpaid invoices will bear interest at the rate of 1½% per month from Due Date.

| Tax | |
|---|---|
| Freight | |
| Total | 2533.52 |

HPP-100 3/96

**ORIGINAL**

# Universal Metal Hose
### A Hyspan Company

"Innovations in Metal Hose"

2133 South Kedzie Avenue
Chicago, Illinois 60623-3393
Voice: (773) 277-0700
Fax: (773) 277-0727

Remittance Address
1685 Brandywine Avenue
Chula Vista, California 91911-6020
Voice: (619) 421-1355
Fax: (619) 421-1702

**Invoice**  PAGE 1

| Invoice Number | 187700 |
|---|---|
| Date | 09/29/05 |
| Sales Order Number | 150155-00 |
| Date | 09/28/05 |

| Customer Order Number | Buyer | | | Tax Rate |
|---|---|---|---|---|
| SAG90I3534 | DAVE | CHICAGO | NET 30 DAYS-C | 0.00 |

| Customer Number | Order Date | Ship By | Freight | Estimated Ship Date | Ship Date |
|---|---|---|---|---|---|
| 35001 | 09/28/05 | CENTRAL TRANS | COLLECT | 09/28/05 | 09/29/05 |

Customer:
DELPHI-SAGINAW STEERING 44001
3900 HOLLAND AVENUE
SAGINAW         MI 48601

Ship To:
DELPHI S REA
10 ATLAST CT CISCO 44971
BRAMPTON ONTARIO
CANADA SAPK938
L6T5C1

| Line | Part Number | Description | Qty. Ord. | Qty. Shp. | Qty. Due | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 26065118 | TUNER CABLE | 1500 | 1000 | 500 | 0.47061 | 470.61 |

| 4 | Terms and Conditions of Sale on Reverse Side. | Total Quantity 1000 | Sales Person ** HOUSE ACCOUN | Price 1 | Area 5 | Class 30 | Tax 0 | Subtotal 470.61 |
|---|---|---|---|---|---|---|---|---|

Payment Terms
NET 30 DAYS-C

BOL# 4664110656

Please reference Invoice Number on your check.

This is your invoice.
Please remit to:

Hyspan Precision Products
1685 Brandywine Avenue
Chula Vista, California 91911-6020

All unpaid invoices will bear interest at the rate of 1½% per month from Due Date.

| Tax | |
| Freight | |
| Total | 470.61 |

HPP-100 3/96

ORIGINAL

# Universal Metal Hose
*A Hyspan Company*

"Innovations in Metal Hose"

2133 South Kedzie Avenue
Chicago, Illinois 60623-3393
Voice: (773) 277-0700
Fax: (773) 277-0727

Remittance Address
1685 Brandywine Avenue
Chula Vista, California 91911-6020
Voice: (619) 421-1355
Fax: (619) 421-1702

**Invoice**   PAGE 1

| Invoice Number | 187739 |
|---|---|
| Date | 09/30/05 |
| Sales Order Number | 150171-00 |
| Date | 09/29/05 |

| Customer Order Number | Buyer | | | Tax Rate |
|---|---|---|---|---|
| SAG9013534 | DAVE | CHICAGO | NET 30 DAYS-C | 0.00 |

| Customer Number | Order Date | Ship By | Freight | Estimated Ship Date | Ship Date |
|---|---|---|---|---|---|
| 35001 | 09/29/05 | ALVAN | COLLECT | 09/29/05 | 09/30/05 |

Customer:
DELPHI-SAGINAW STEERING 44001
3900 HOLLAND AVENUE
SAGINAW         MI 48601

Ship To:
DELPHI S-PLT 23
HIGHWAY 31 SOUTH
ATHENS          AL 35611

| Line | Part Number | Description | Qty. Ord. | Qty. Shp. | Qty. Due | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 26021097 | TUNER CABLE | 4000 | 3200 | 800 | 0.33887 | 1084.38 |
| 2 | 26022619 | TUNER CABLE | 2100 | 350 | 1750 | 0.34498 | 120.74 |

| | Terms and Conditions of Sale on Reverse Side. | Total Quantity | Sales Person | Price | Area | Class | Tax | Subtotal |
|---|---|---|---|---|---|---|---|---|
| 4 | | 3550 | ** HOUSE ACCOUN | 1 | 5 | 30 | 0 | 1205.12 |

Payment Terms
NET 30 DAYS-C

BOL# CC7496596

Please reference Invoice
Number on your check.

This is your invoice.
Please remit to:

Hyspan Precision Products
1685 Brandywine Avenue
Chula Vista, California 91911-6020

All unpaid invoices will bear
interest at the rate of 1½%
per month from Due Date.

| Tax | |
|---|---|
| Freight | |
| Total | 1205.12 |

HPP-100 3/96

**ORIGINAL**

# Universal Metal Hose
**A Hyspan Company**

"Innovations in Metal Hose"

2133 South Kedzie Avenue
Chicago, Illinois 60623-3393
Voice:  (773) 277-0700
Fax:    (773) 277-0727

Remittance Address
1685 Brandywine Avenue
Chula Vista, California 91911-6020
Voice:  (619) 421-1355
Fax:    (619) 421-1702

**Invoice**   PAGE   1

| Invoice Number | 187740 |
|---|---|
| Date | 09/30/05 |
| Sales Order Number | 150172-00 |
| Date | 09/29/05 |

| Customer Order Number | Buyer | | | Tax Rate |
|---|---|---|---|---|
| SAG9013534 | DAVE | CHICAGO | NET 30 DAYS-C | 0.00 |

| Customer Number | Order Date | Ship By | Freight | Estimated Ship Date | Ship Date |
|---|---|---|---|---|---|
| 35001 | 09/29/05 | BAX GLOBAL | COLLECT | 09/29/05 | 09/30/05 |

Customer
DELPHI-SAGINAW STEERING 44001
3900 HOLLAND AVENUE
SAGINAW        MI 48601

Ship To
DELPHI S REA
10 ATLAST CT CISCO 44971
BRAMPTON ONTARIO
CANADA SAPK938
L6T5C1

| Line | Part Number | Description | Qty. Ord. | Qty. Shp. | Qty. Due | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 26065118 | TUNER CABLE | 500 | 500 | 0 | 0.47061 | 235.31 |

| 4 | Terms and Conditions of Sale on Reverse Side. | Total Quantity 500 | Sales Person ** HOUSE ACCOUN | Price 1 | Area 5 | Class 30 | Tax 0 | Subtotal 235.31 |
|---|---|---|---|---|---|---|---|---|

Payment Terms
NET 30 DAYS-C

BOL# NONE

Please reference Invoice
Number on your check.

This is your Invoice.
Please remit to:

Hyspan Precision Products
1685 Brandywine Avenue
Chula Vista, California 91911-6020

All unpaid invoices will bear
interest at the rate of 1½%
per month from Due Date.

| Tax | |
|---|---|
| Freight | |
| Total | 235.31 |

HPP-100 3/96

**ORIGINAL**

# Universal Metal Hose
### A Hyspan Company

*"Innovations in Metal Hose"*

2133 South Kedzie Avenue
Chicago, Illinois 60623-3393
Voice: (773) 277-0700
Fax: (773) 277-0727

Remittance Address
1685 Brandywine Avenue
Chula Vista, California 91911-6020
Voice: (619) 421-1355
Fax: (619) 421-1702

**Invoice**     PAGE 1

| Invoice Number | 187817 |
|---|---|
| Date | 09/31/05 |
| Sales Order Number | 150194-00 |
| Date | 09/30/05 |

| Customer Order Number | Buyer | | Tax Rate |
|---|---|---|---|
| SAG9013534 | DAVE | CHICAGO   NET 30 DAYS-C | 0.00 |

| Customer Number | Order Date | Ship By | Freight | Estimated Ship Date | Ship Date |
|---|---|---|---|---|---|
| 35001 | 09/30/05 | ALVAN | COLLECT | 09/30/05 | 09/31/05 |

Customer
DELPHI-SAGINAW STEERING 44001
3900 HOLLAND AVENUE
SAGINAW        MI 48601

Ship To
DELPHI S-PLT 23
HIGHWAY 31 SOUTH
ATHENS         AL 35611

| Line | Part Number | Description | Qty. Ord. | Qty. Shp. | Qty. Due | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 26021097 | TUNER CABLE | 4800 | 4800 | 0 | 0.33887 | 1626.58 |
| 2 | 26022619 | TUNER CABLE | 2800 | 2800 | 0 | 0.34498 | 965.94 |

| 4 | Terms and Conditions of Sale on Reverse Side. | Total Quantity 7600 | Sales Person ** HOUSE ACCOUN | Price 1 | Area 5 | Class 30 | Tax 0 | Subtotal 2592.52 |
|---|---|---|---|---|---|---|---|---|

Payment Terms
NET 30 DAYS-C

BOL# CC7496621

Please reference Invoice
Number on your check.

This is your invoice.
Please remit to:

Hyspan Precision Products
1685 Brandywine Avenue
Chula Vista, California 91911-6020

All unpaid invoices will bear
interest at the rate of 1½%
per month from Due Date.

| Tax | |
|---|---|
| Freight | |
| Total | 2592.52 |

HPP-100 3/96

**ORIGINAL**

# Universal Metal Hose
A Hyspan Company

"Innovations in Metal Hose"

2133 South Kedzie Avenue
Chicago, Illinois 60623-3393
Voice: (773) 277-0700
Fax: (773) 277-0727

Remittance Address
1685 Brandywine Avenue
Chula Vista, California 91911-6020
Voice: (619) 421-1355
Fax:   (619) 421-1702

**Invoice**    PAGE    1

| Invoice Number | 187818 |
|---|---|
| Date | 09/31/05 |
| Sales Order Number | 150207-00 |
| Date | 09/31/05 |

| Customer Order Number | Buyer | | | Tax Rate |
|---|---|---|---|---|
| SAG9013534 | DAVE | CHICAGO | NET 30 DAYS-C | 0.00 |

| Customer Number | Order Date | Ship By | Freight | Estimated Ship Date | Ship Date |
|---|---|---|---|---|---|
| 35001 | 09/31/05 | ALVAN | COLLECT | 09/31/05 | 09/31/05 |

Customer
DELPHI-SAGINAW STEERING 44001
3900 HOLLAND AVENUE
SAGINAW          MI 48601

Ship To
DELPHI S-PLT 23
HIGHWAY 31 SOUTH
ATHENS           AL 35611

| Line | Part Number | Description | Qty. Ord. | Qty. Shp. | Qty. Due | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 6 | 26022619 | TUNER CABLE | 350 | 350 | 0 | 0.34498 | 120.74 |
| 7 | 26056473 | TUNER CABLE | 1000 | 1000 | 0 | 0.17706 | 177.06 |

| | Terms and Conditions of Sale on Reverse Side. | Total Quantity 1350 | Sales Person ** HOUSE ACCOUN | Price 1 | Area 5 | Class 30 | Tax 0 | Subtotal 297.80 |
|---|---|---|---|---|---|---|---|---|
| 4 | | | | | | | | |

Payment Terms
NET 30 DAYS-C

Please reference Invoice
Number on your check.

This is your invoice.
Please remit to:

Hyspan Precision Products
1685 Brandywine Avenue
Chula Vista, California 91911-6020

All unpaid invoices will bear
interest at the rate of 1½%
per month from Due Date.

| Tax | |
|---|---|
| Freight | |
| Total | 297.80 |

HPP-100 3/96

ORIGINAL

# Universal Metal Hose
**A Hyspan Company**

*"Innovations in Metal Hose"*

2133 South Kedzie Avenue
Chicago, Illinois 60623-3393
Voice: (773) 277-0700
Fax: (773) 277-0727

**Remittance Address**
1685 Brandywine Avenue
Chula Vista, California 91911-6020
Voice: (619) 421-1355
Fax: (619) 421-1702

**Invoice**      PAGE  1

| Invoice Number | 187840 |
|---|---|
| Date | 10/05/05 |
| Sales Order Number | 150219-00 |
| Date | 10/04/05 |

| Customer Order Number | Buyer | | | Tax Rate |
|---|---|---|---|---|
| SAG9013534 | DAVE | CHICAGO | NET 30 DAYS-C | 0.00 |

| Customer Number | Order Date | Ship By | Freight | Estimated Ship Date | Ship Date |
|---|---|---|---|---|---|
| 35001 | 10/04/05 | ALVAN | COLLECT | 10/04/05 | 10/05/05 |

**Customer**
DELPHI-SAGINAW STEERING 44001
3900 HOLLAND AVENUE
SAGINAW                 MI 48601

**Ship To**
DELPHI S-PLT 23
HIGHWAY 31 SOUTH
ATHENS              AL 35611

| Line | Part Number | Description | Qty. Ord. | Qty. Shp. | Qty. Due | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 2 | 7840323 | TUNER CABLE | 2500 | 2000 | 500 | 0.25930 | 518.60 |
| 4 | 7848790 | TUNER CABLE | 800 | 800 | 0 | 0.29100 | 232.80 |
| 8 | 26022461 | TUNER CABLE | 800 | 800 | 0 | 0.30799 | 246.39 |
| 9 | 26056473 | TUNER CABLE | 1000 | 1000 | 0 | 0.17706 | 177.06 |
| 10 | 7805824 | TUNER CABLE | 400 | 400 | 0 | 0.27159 | 108.64 |

| 4 | Terms and Conditions of Sale on Reverse Side. | Total Quantity 5000 | Sales Person DANIEL PIETRUSZ | Price 1 | Area 5 | Class 30 | Tax 0 | Subtotal 1283.49 |
|---|---|---|---|---|---|---|---|---|

**Payment Terms**
NET 30 DAYS-C

BOL# CC7496710

Please reference Invoice
Number on your check.

This is your invoice.
Please remit to:
Hyspan Precision Products
1685 Brandywine Avenue
Chula Vista, California 91911-6020

All unpaid invoices will bear
interest at the rate of 1½%
per month from Due Date.

| Tax | |
|---|---|
| Freight | |
| Total | 1283.49 |

HPP-100 3/98

**ORIGINAL**

# Universal Metal Hose
A Hyspan Company

"Innovations in Metal Hose"

2133 South Kedzie Avenue
Chicago, Illinois 60623-3393
Voice: (773) 277-0700
Fax: (773) 277-0727

Remittance Address
1685 Brandywine Avenue
Chula Vista, California 91911-6020
Voice: (619) 421-1355
Fax: (619) 421-1702

**Invoice**   PAGE 1

| Invoice Number | 187874 |
|---|---|
| Date | 10/06/05 |
| Sales Order Number | 150218-00 |
| Date | 10/04/05 |

| Customer Order Number | Buyer | | Tax Rate |
|---|---|---|---|
| SAG9013534 | DAVE | CHICAGO   NET 30 DAYS-C | 0.00 |

| Customer Number | Order Date | Ship By | Freight | Estimated Ship Date | Ship Date |
|---|---|---|---|---|---|
| 35001 | 10/04/05 | FED EX | COLLECT | 10/04/05 | 10/06/05 |

Customer
DELPHI-SAGINAW STEERING 44001
3900 HOLLAND AVENUE
SAGINAW    MI  48601

Ship To
DELPHI SAGINAW STEERING
2440 AERO PARK DRIVE
TRAVERSE CITY   MI  49685

| Line | Part Number | Description | Qty. Ord. | Qty. Shp. | Qty. Due | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 26056903 | TUNER CABLE | 800 | 800 | 0 | 0.31080 | 248.64 |
| 2 | 26007986 | TUNER CABLE | 2800 | 2800 | 0 | 0.35884 | 1004.75 |

| 4 | Terms and Conditions of Sale on Reverse Side. | Total Quantity 3600 | Sales Person ** HOUSE ACCOUN | Price 1 | Area 5 | Class 30 | Tax 0 | Subtotal 1253.39 |
|---|---|---|---|---|---|---|---|---|

Payment Terms
NET 30 DAYS-C

BOL# 820941379570

Please reference Invoice Number on your check.

This is your invoice.
Please remit to:

Hyspan Precision Products
1685 Brandywine Avenue
Chula Vista, California 91911-6020

All unpaid invoices will bear interest at the rate of 1½% per month from Due Date.

| Tax | |
|---|---|
| Freight | |
| Total | 1253.39 |

HPP-100 3/96

ORIGINAL

# Universal Metal Hose
### A Hyspan Company
*"Innovations in Metal Hose"*

2133 South Kedzie Avenue
Chicago, Illinois 60623-3393
Voice: (773) 277-0700
Fax: (773) 277-0727

Remittance Address
1685 Brandywine Avenue
Chula Vista, California 91911-6020
Voice: (619) 421-1355
Fax: (619) 421-1702

**Invoice**    PAGE 1

| Invoice Number | 187875 |
|---|---|
| Date | 10/06/05 |
| Sales Order Number | 150220-00 |
| Date | 10/04/05 |

| Customer Order Number | Buyer | | | Tax Rate |
|---|---|---|---|---|
| SAG9013534 | DAVE | CHICAGO | NET 30 DAYS-C | 0.00 |

| Customer Number | Order Date | Ship By | Freight | Estimated Ship Date | Ship Date |
|---|---|---|---|---|---|
| 35001 | 10/04/05 | CENTRAL TRANS | COLLECT | 10/04/05 | 10/06/05 |

Customer:
DELPHI-SAGINAW STEERING 44001
3900 HOLLAND AVENUE
SAGINAW           MI 48601

Ship To:
DELPHI S REA
10 ATLAST CT CISCO 44971
BRAMPTON ONTARIO
CANADA SAPK938
L6T5C1

| Line | Part Number | Description | Qty. Ord. | Qty. Shp. | Qty. Due | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 26001878 | TUNER CABLE | 2100 | 2100 | 0 | 0.22107 | 464.25 |
| 2 | 26019809 | TUNER CABLE | 900 | 900 | 0 | 0.20855 | 187.70 |
| 3 | 26074738 | TUNER CABLE | 1200 | 1200 | 0 | 0.30330 | 363.96 |

| 4 | Terms and Conditions of Sale on Reverse Side. | Total Quantity 4200 | Sales Person ** HOUSE ACCOUN | Price 1 | Area 5 | Class 30 | Tax 0 | Subtotal 1015.91 |
|---|---|---|---|---|---|---|---|---|

Payment Terms
NET 30 DAYS-C

BOL# 4664239414

Please reference Invoice Number on your check.

This is your invoice.
Please remit to:

Hyspan Precision Products
1685 Brandywine Avenue
Chula Vista, California 91911-6020

All unpaid invoices will bear interest at the rate of 1½% per month from Due Date.

| Tax | |
|---|---|
| Freight | |
| Total | 1015.91 |

HPP-100 3/96

**ORIGINAL**

# Universal Metal Hose
### A Hyspan Company

*"Innovations in Metal Hose"*

2133 South Kedzie Avenue
Chicago, Illinois 60623-3393
Voice: (773) 277-0700
Fax:  (773) 277-0727

**Remittance Address**
1685 Brandywine Avenue
Chula Vista, California 91911-6020
Voice: (619) 421-1355
Fax:  (619) 421-1702

**Invoice**  PAGE 1

| Invoice Number | 187876 |
|---|---|
| Date | 10/06/05 |
| Sales Order Number | 150246-00 |
| Date | 10/05/05 |

| Customer Order Number | Buyer | | | Tax Rate |
|---|---|---|---|---|
| SAG9013534 | DAVE | CHICAGO | NET 30 DAYS-C | 0.00 |

| Customer Number | Order Date | Ship By | Freight | Estimated Ship Date | Ship Date |
|---|---|---|---|---|---|
| 35001 | 10/05/05 | ALVAN | COLLECT | 10/05/05 | 10/06/05 |

**Customer**
DELPHI-SAGINAW STEERING 44001
3900 HOLLAND AVENUE
SAGINAW                MI  48601

**Ship To**
DELPHI S-PLT 23
HIGHWAY 31 SOUTH
ATHENS                 AL  35611

| Line | Part Number | Description | Qty. Ord. | Qty. Shp. | Qty. Due | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 5 | 26003133 | TUNER CABLE | 1800 | 1200 | 600 | 0.24496 | 293.95 |
| 6 | 26019809 | TUNER CABLE | 2400 | 2400 | 0 | 0.20855 | 500.52 |
| 7 | 26021097 | TUNER CABLE | 3600 | 3600 | 0 | 0.33887 | 1219.93 |

| | Terms and Conditions of Sale on Reverse Side. | Total Quantity | Sales Person | Price | Area | Class | Tax | Subtotal |
|---|---|---|---|---|---|---|---|---|
| 4 | | 7200 | ** HOUSE ACCOUN | 1 | 5 | 30 | 0 | 2014.40 |

Payment Terms
NET 30 DAYS-C

BOL# CC623832

Please reference Invoice
Number on your check.

This is your invoice.
Please remit to:

Hyspan Precision Products
1685 Brandywine Avenue
Chula Vista, California 91911-6020

All unpaid invoices will bear
interest at the rate of 1½%
per month from Due Date.

| Tax | |
| Freight | |
| Total | 2014.40 |

HPP-100 3/98

ORIGINAL

# Universal Metal Hose
A Hyspan Company

"Innovations in Metal Hose"

2133 South Kedzie Avenue
Chicago, Illinois 60623-3393
Voice: (773) 277-0700
Fax:   (773) 277-0727

Remittance Address
1685 Brandywine Avenue
Chula Vista, California 91911-6020
Voice: (619) 421-1355
Fax:   (619) 421-1702

**Invoice**   PAGE 1

Invoice Number: 187945
Date: 10/06/05
Sales Order Number: 150257-00
Date: 10/05/05

| Customer Order Number | Buyer | | | Tax Rate |
|---|---|---|---|---|
| SAG9013534 | DAVE | CHICAGO | NET 30 DAYS-C | 0.00 |

| Customer Number | Order Date | Ship By | Freight | Estimated Ship Date | Ship Date |
|---|---|---|---|---|---|
| 35001 | 10/05/05 | ALVAN | COLLECT | 10/05/05 | 10/05/05 |

Customer:
DELPHI-SAGINAW STEERING 44001
3900 HOLLAND AVENUE
SAGINAW    MI 48601

Ship To:
DELPHI SAGINAW STEERING
2440 AERO PARK DRIVE
TRAVERSE CITY   MI 49685

| Line | Part Number | Description | Qty. Ord. | Qty. Shp. | Qty. Due | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 7805824 | TUNER CABLE | 2000 | 2000 | 0 | 0.27159 | 543.18 |
| 2 | 26019809 | TUNER CABLE | 3600 | 3600 | 0 | 0.20855 | 750.78 |
| 3 | 26046055 | TUNER CABLE | 400 | 400 | 0 | 0.31332 | 125.33 |
| 4 | 7841180 | TUNER CABLE | 800 | 800 | 0 | 0.19374 | 154.99 |

| | Terms and Conditions of Sale on Reverse Side. | Total Quantity | Sales Person | Price | Area | Class | Tax | Subtotal |
|---|---|---|---|---|---|---|---|---|
| 4 | | 6800 | DANIEL PIETRUSZ | 1 | 5 | 30 | 0 | 1574.28 |

Payment Terms
NET 30 DAYS-C

BOL# CC7367707
Please reference Invoice Number on your check.

This is your invoice.
Please remit to:

Hyspan Precision Products
1685 Brandywine Avenue
Chula Vista, California 91911-6020

All unpaid invoices will bear interest at the rate of 1½% per month from Due Date.

Tax
Freight
Total  1574.28

HPP-100 3/96

**ORIGINAL**

# Universal Metal Hose
### A Hyspan Company

*"Innovations in Metal Hose"*

2133 South Kedzie Avenue
Chicago, Illinois 60623-3393
Voice: (773) 277-0700
Fax: (773) 277-0727

Remittance Address
1685 Brandywine Avenue
Chula Vista, California 91911-6020
Voice: (619) 421-1355
Fax: (619) 421-1702

**Invoice**   PAGE 1

Invoice Number: 187946
Date: 10/06/05
Sales Order Number: 150258-00
Date: 10/05/05

| Customer Order Number | Buyer | | | Tax Rate |
|---|---|---|---|---|
| SAG9013534 | DAVE | CHICAGO | NET 30 DAYS-C | 0.00 |

| Customer Number | Order Date | Ship By | Freight | Estimated Ship Date | Ship Date |
|---|---|---|---|---|---|
| 35001 | 10/05/05 | ALVAN | COLLECT | 10/05/05 | 10/05/05 |

Customer:
DELPHI-SAGINAW STEERING 44001
3900 HOLLAND AVENUE
SAGINAW        MI  48601

Ship To:
DELPHI 8-PLT 23
HIGHWAY 31 SOUTH
ATHENS         AL  35611

| Line | Part Number | Description | Qty. Ord. | Qty. Shp. | Qty. Due | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 7840308 | TUNER CABLE | 800 | 0 | 800 | 0.00000 | 0.00 |
| 2 | 7840314 | TUNER CABLE | 1200 | 1200 | 0 | 0.21299 | 255.59 |
| 3 | 7841180 | TUNER CABLE | 8000 | 0 | 8000 | 0.00000 | 0.00 |
| 4 | 26001774 | TUNER CABLE | 2000 | 2000 | 0 | 0.18191 | 363.82 |
| 5 | 26022461 | TUNER CABLE | 800 | 0 | 800 | 0.00000 | 0.00 |
| 6 | 26003133 | TUNER CABLE | 600 | 600 | 0 | 0.24496 | 146.98 |

| 4 | Terms and Conditions of Sale on Reverse Side. | Total Quantity 3800 | Sales Person DANIEL PIETRUSZ | Price 1 | Area 5 | Class 30 | Tax 0 | Subtotal 766.39 |

Payment Terms
NET 30 DAYS-C

BOL# CC7367716

Please reference Invoice Number on your check.

This is your invoice.
Please remit to:
Hyspan Precision Products
1685 Brandywine Avenue
Chula Vista, California 91911-6020

All unpaid invoices will bear interest at the rate of 1½% per month from Due Date.

Tax
Freight
Total 766.39

HPP-100 3/96

**ORIGINAL**

# Universal Metal Hose
### A Hyspan Company

"Innovations in Metal Hose"

2133 South Kedzie Avenue
Chicago, Illinois 60623-3393
Voice: (773) 277-0700
Fax: (773) 277-0727

Remittance Address
1685 Brandywine Avenue
Chula Vista, California 91911-6020
Voice: (619) 421-1355
Fax: (619) 421-1702

**Invoice**  PAGE 1

| Invoice Number | 187877 |
|---|---|
| Date | 10/06/05 |
| Sales Order Number | 150247-00 |
| Date | 10/05/05 |

| Customer Order Number | Buyer | | | Tax Rate |
|---|---|---|---|---|
| SAG9013534 | DAVE | CHICAGO | NET 30 DAYS-C | 0.00 |

| Customer Number | Order Date | Ship By | Freight | Estimated Ship Date | Ship Date |
|---|---|---|---|---|---|
| 35001 | 10/05/05 | ALVAN | COLLECT | 10/05/05 | 10/06/05 |

Customer
DELPHI-SAGINAW STEERING 44001
3900 HOLLAND AVENUE
SAGINAW         MI 48601

Ship To
DELPHI SAGINAW STEERING
2440 AERO PARK DRIVE
TRAVERSE CITY   MI 49685

| Line | Part Number | Description | Qty. Ord. | Qty. Shp. | Qty. Due | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 26056903 | TUNER CABLE | 5600 | 5600 | 0 | 0.31080 | 1740.48 |

| 4 | Terms and Conditions of Sale on Reverse Side. | Total Quantity 5600 | Sales Person ** HOUSE ACCOUN | Price 1 | Area 5 | Class 30 | Tax 0 | Subtotal 1740.48 |
|---|---|---|---|---|---|---|---|---|

Payment Terms
NET 30 DAYS-C

BOL# CC7623841

Please reference Invoice Number on your check.

This is your invoice.
Please remit to:

Hyspan Precision Products
1685 Brandywine Avenue
Chula Vista, California 91911-6020

All unpaid invoices will bear interest at the rate of 1½% per month from Due Date.

| Tax | |
|---|---|
| Freight | |
| Total | 1740.48 |

HPP-100 3/96

**ORIGINAL**

**Universal Metal Hose**
A Hyspan Company

"Innovations in Metal Hose"

2133 South Kedzie Avenue
Chicago, Illinois 60623-3393
Voice: (773) 277-0700
Fax: (773) 277-0727

Remittance Address
1685 Brandywine Avenue
Chula Vista, California 91911-6020
Voice: (619) 421-1355
Fax: (619) 421-1702

Invoice     PAGE 1

| Invoice Number | 187988 |
|---|---|
| Date | 10/07/05 |
| Sales Order Number | 150270-00 |
| Date | 10/06/05 |

| Customer Order Number | Buyer | | | Tax Rate |
|---|---|---|---|---|
| SAG9013534 | DAVE | CHICAGO | NET 30 DAYS-C | 0.00 |

| Customer Number | Order Date | Ship By | Freight | Estimated Ship Date | Ship Date |
|---|---|---|---|---|---|
| 35001 | 10/06/05 | CFM FRT | COLLECT | 10/06/05 | 10/06/05 |

Customer
DELPHI-SAGINAW STEERING 44001
3900 HOLLAND AVENUE
SAGINAW    MI 48601

Ship To
DELPHI S-PLT 23
HIGHWAY 31 SOUTH
ATHENS    AL 35611

| Line | Part Number | Description | Qty. Ord. | Qty. Shp. | Qty. Due | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 7841562 | TUNER CABLE | 2400 | 2400 | 0 | 0.25020 | 600.48 |
| 2 | 26022619 | TUNER CABLE | 1750 | 1750 | 0 | 0.34498 | 603.72 |

| | Terms and Conditions of Sale on Reverse Side. | Total Quantity | Sales Person | Price | Area | Class | Tax | Subtotal |
|---|---|---|---|---|---|---|---|---|
| 4 | | 4150 | DANIEL PIETRUSZ | 1 | 5 | 30 | 0 | 1204.20 |

Payment Terms
NET 30 DAYS-C

BOL# NONE
Please reference Invoice
Number on your check.

This is your invoice.
Please remit to:
Hyspan Precision Products
1685 Brandywine Avenue
Chula Vista, California 91911-6020

All unpaid invoices will bear
interest at the rate of 1½%
per month from Due Date.

| Tax | |
| Freight | |
| Total | 1204.20 |

HPP-100 3/96

ORIGINAL

# Universal Metal Hose
*A Hyspan Company*

"Innovations in Metal Hose"

2133 South Kedzie Avenue
Chicago, Illinois 60623-3393
Voice: (773) 277-0700
Fax: (773) 277-0727

Remittance Address
1685 Brandywine Avenue
Chula Vista, California 91911-6020
Voice: (619) 421-1355
Fax: (619) 421-1702

**Invoice**     PAGE 1

| Invoice Number | 187989 |
|---|---|
| Date | 10/07/05 |
| Sales Order Number | 150278-00 |
| Date | 10/06/05 |

| Customer Order Number | Buyer | | | Tax Rate |
|---|---|---|---|---|
| SAG9013534 | DAVE | CHICAGO | NET 30 DAYS-C | 0.00 |

| Customer Number | Order Date | Ship By | Freight | Estimated Ship Date | Ship Date |
|---|---|---|---|---|---|
| 35001 | 10/06/05 | ALVAN | COLLECT | 10/06/05 | 10/06/05 |

Customer:
DELPHI-SAGINAW STEERING 44001
3900 HOLLAND AVENUE
SAGINAW        MI 48601

Ship To:
DELPHI S-PLT 23
HIGHWAY 31 SOUTH
ATHENS         AL 35611

| Line | Part Number | Description | Qty. Ord. | Qty. Shp. | Qty. Due | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 7841180 | TUNER CABLE | 7200 | 7200 | 0 | 0.19374 | 1394.93 |
| 2 | 7841562 | TUNER CABLE | 5400 | 3600 | 0 | 0.25020 | 900.72 |
| 3 | 26021097 | TUNER CABLE | 400 | 400 | 0 | 0.33887 | 135.55 |
| 4 | 26022619 | TUNER CABLE | 5250 | 5250 | 0 | 0.34498 | 1811.15 |

| | Terms and Conditions of Sale on Reverse Side. | Total Quantity | Sales Person | Price | Area | Class | Tax | Subtotal |
|---|---|---|---|---|---|---|---|---|
| 4 | | 16450 | ** HOUSE ACCOUN | 1 | 5 | 30 | 0 | 4242.35 |

Payment Terms
NET 30 DAYS-C

BOL# CC7367752
Please reference Invoice
Number on your check.

This is your invoice.
Please remit to:

Hyspan Precision Products
1685 Brandywine Avenue
Chula Vista, California 91911-6020

All unpaid invoices will bear
interest at the rate of 1½%
per month from Due Date.

| Tax | |
| Freight | |
| Total | 4242.35 |

HPP-100 3/96

**ORIGINAL**