**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 11 |
|  | ) |  |
| **DELPHI CORPORATION, <u>et al.</u>** | ) | Case No. 05-44481-rdd |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### <u>ORDER OF ADMISSION TO PRACTICE,</u> *<u>PRO HAC VICE</u>*

**ORDERED,**

that Austin L. McMullen, Esq. is admitted to practice, *pro hac vice*, in the above-referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

IT IS SO ORDERED THIS _____ DAY OF _____, 2005.

_____
UNITED STATES BANKRUPTCY JUDGE

Respectfully submitted,

/s/ Austin L. McMullen
Roger G. Jones
Austin L. McMullen
BOULT, CUMMINGS, CONNERS & BERRY, PLC
1600 Division Street, Suite 700
P. O. Box 340025
Nashville, Tennessee 37203
Phone: (615) 252-2307
Fax: (615) 252-6307

*Attorneys for Calsonic Kansei North America, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was forwarded electronically to all parties consenting to service through the Court's electronic filing systems and electronically or by U.S. Mail, postage prepaid, to:

| | |
|---|---|
| John Wm. Baker, Jr. | Alicia M. Leonhard |
| Skadden Arps Slate Meagher & Flom, LLP | Office of the U.S. Trustee |
| 333 West Wacker Drive | 33 Whitehall Street, Suite 2100 |
| Chicago, IL 60606-1285 | New York, NY 10004 |
| *Counsel for Debtors* | *U.S. Trustee* |

on this the 12th day of October, 2005.

/s/ Austin L. McMullen
Austin L. McMullen