**MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Jeffrey Bernstein, Esq.
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-7711

    - and-

88 Pine Street, 24th Floor
New York, NY 10005
(212) 483-9490
Attorneys for New Jersey Self-Insurers Guaranty Association

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 05-44481 |
| DELPHI, CORPORATION, et al. |  |
| Debtor. |  |

**NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears for creditors, New Jersey Self-Insurers Guaranty Association, and pursuant to Bankruptcy Rules 2002(g), 2002(i) and 9007, demands that all notices that are required to be given in this case, and all papers that are required to be served in this case be given to and served upon the undersigned, at the offices, telephone number, telecopy number and e-mail address set forth below:

        Jeffrey Bernstein, Esq.
        MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
        Three Gateway Center
        100 Mulberry Street
        Newark, New Jersey 07102-4079
        (973) 622-7711
        (973) 622-5314 (Facsimile)
        jbernstein@mdmc-law.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the papers referred to in the Rules specified above, but also includes, without limitation, Orders and notices of any application, motion, petition, pleading, request, complaint and demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise:

1. Which affect or seek to affect in any way, any of the creditors' rights or interests with respect to (a) the debtor; (b) property or proceeds thereof in which the trustee or debtor-in-possession may claim an interest, or (c) property or proceeds thereof in the possession, custody or control of the creditors which the debtor may seek to use; or,

2. Which require or seek to require any delivery of property, payment or any other conduct by the creditors.

**MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Attorneys for New Jersey Self-Insurers Guaranty Association

By:   /s/ JEFFREY BERNSTEIN
      Jeffrey Bernstein
      Three Gateway Center
      100 Mulberry Street
      Newark, New Jersey  07102-4079
      (973) 622-7711

Dated:  October 12, 2005

2