McCARTER & ENGLISH, LLP
245 Park Avenue
27th Floor
New York, New York  10167
(212) 609-6800 - Telephone
(212) 609-6921 - Facsimile
David J. Adler (DA-0048)
Brian F. Moore (BM-5719)
Attorneys for Ward Products, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case Nos. 05-44481 (RDD) |
| IN RE DELPHI CORPORATION et al., | (Jointly Administered) |
| Debtors. |  |

## CERTIFICATE OF SERVICE

I, Brian F. Moore, counsel for Ward Products, LLC, a creditor in the above-captioned bankruptcy proceeding, do hereby certify as follows:

1.    On October 12, 2005, a Notice of Appearance and a Reclamation Notice was served was served via overnight mail on the following:

Thomas J. Matz, Esq.
Kayalyn A. Marafioti, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036-6522

Delphi Automotive Systems
Delco Electronics
One Corporate Center
P.O. Box 9005
Kokomo Indiana, 46904-9005

2.      Pursuant to 28 U.S.C. §1746, I hereby certify that the foregoing statements are true to the best of my knowledge and belief.  I understand that if any of the foregoing statements are willfully false, I am subject to punishment

Dated:  New York, New York
        October 12, 2005

                                          McCARTER & ENGLISH, LLP
                                          Attorneys for Ward Products, LLC

                                          By:  /s/ Brian F. Moore
                                              Brian F. Moore (BM-5719
                                              245 Park Avenue
                                              27th Floor
                                              New York, New York  10022-7402
                                              (212) 609-6800 telephone
                                              (212) 609-6921 facsimile