KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Robert N. Michaelson, Esq. (RM-5925)
599 Lexington Avenue
New York, New York 10022
Telephone (212) 536-4800

*Attorneys for Philips Optical Storage*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                  :      Chapter 11
                                                                              :      Case No. 05-44481 (RDD)
DELPHI CORPORATON, et al.,                              :      (Jointly Administered)
                                                                              :      Hon. Robert D. Drain
                    Debtors.                                          :
                                                                              :
                                                                              :
-----------------------------------------------------------X

## RECLAMATION DEMAND OF PHILIPS OPTICAL STORAGE

Philips Optical Storgage ("POS"), by its undersigned counsel, hereby makes this reclamation demand pursuant to section 546(c)(1) of the United States Bankruptcy Code and section 2-702 of the Uniform Commmercial Code and the procedures established by order of the United States Bankruptcy Court for the Southern District of New York granting the Motion for Order Under 11 U.S.C. §§ 362, 503 and 546 and Fed. R. Bankr. P. 9019 for Treatment of Reclamation Claims ("Order") in the chapter 11 cases of the above-captioned debtors (the "Debtors".

POS's reclamation demand is goods delivered to the Debtors during the statutory reclamation period having an aggregate value of $2,159,251.78, as reflected on the spreadsheets annexed hereto. The goods delivered by POS to the Debtors are too varied and extensive to itemize herein. However, the spreadsheets identify, among other things, the Debtors' purchase

order numbers which POS submits is sufficient to enable the Debtors to reasonably determine the goods POC wishes to reclaim. POS reserves the right to amend this demand.

Dated: October 12, 2005

                        KIRKPATRICK & LOCKHART
                        NICHOLSON GRAHAM LLP
                        Counsel for Philips Optical Storage
                        599 Lexington Avenue
                        New York, New York 10022
                        Telephone (212) 536-3900

By: _____
      Robert N. Michaelson (RM-5925)

| Doc.no. | Type | Doc. date | Amount LC | Doc. curr. | Pstg date | Month | Due Date | Total |
|---|---|---|---|---|---|---|---|---|
| 100004938 | AB | 08/12/2005 | 243.33 | 243.33 | 08/12/2005 | Sep-05 | 09/30/2005 | 243.33 |
| 100005131 | AB | 09/19/2005 | 713.2 | 713.2 | 09/19/2005 | Oct-05 | 10/30/2005 | 713.20 |
| 6310010525 | RX | 09/01/2005 | 918.6 | 918.6 | 09/01/2005 | Oct-05 | 10/30/2005 | 918.60 |
| 6310010591 | RX | 09/02/2005 | 1,292.48 | 1,292.48 | 09/02/2005 | Oct-05 | 10/30/2005 | 1,292.48 |
| 6310010592 | RX | 09/02/2005 | 8,401.12 | 8,401.12 | 09/02/2005 | Oct-05 | 10/30/2005 | 8,401.12 |
| 6310010596 | RX | 09/02/2005 | 1,292.48 | 1,292.48 | 09/02/2005 | Oct-05 | 10/30/2005 | 1,292.48 |
| 6310010600 | RX | 09/02/2005 | 1,292.48 | 1,292.48 | 09/02/2005 | Oct-05 | 10/30/2005 | 1,292.48 |
| 6310010601 | RX | 09/02/2005 | 3,877.44 | 3,877.44 | 09/02/2005 | Oct-05 | 10/30/2005 | 3,877.44 |
| 6310010602 | RX | 09/02/2005 | 1,292.48 | 1,292.48 | 09/02/2005 | Oct-05 | 10/30/2005 | 1,292.48 |
| 6310010603 | RX | 09/02/2005 | 6,462.40 | 6,462.40 | 09/02/2005 | Oct-05 | 10/30/2005 | 6,462.40 |
| 6310010604 | RX | 09/02/2005 | 1,292.48 | 1,292.48 | 09/02/2005 | Oct-05 | 10/30/2005 | 1,292.48 |
| 6310010605 | RX | 09/02/2005 | 2,584.96 | 2,584.96 | 09/02/2005 | Oct-05 | 10/30/2005 | 2,584.96 |
| 6310010606 | RX | 09/02/2005 | 5,169.92 | 5,169.92 | 09/02/2005 | Oct-05 | 10/30/2005 | 5,169.92 |
| 6310010607 | RX | 09/02/2005 | 5,169.92 | 5,169.92 | 09/02/2005 | Oct-05 | 10/30/2005 | 5,169.92 |
| 6310010608 | RX | 09/02/2005 | 2,584.96 | 2,584.96 | 09/02/2005 | Oct-05 | 10/30/2005 | 2,584.96 |
| 6310010609 | RX | 09/02/2005 | 10,339.84 | 10,339.84 | 09/02/2005 | Oct-05 | 10/30/2005 | 10,339.84 |
| 6310010610 | RX | 09/02/2005 | 2,584.96 | 2,584.96 | 09/02/2005 | Oct-05 | 10/30/2005 | 2,584.96 |
| 6310010611 | RX | 09/02/2005 | 20,998.08 | 20,998.08 | 09/02/2005 | Oct-05 | 10/30/2005 | 20,998.08 |
| 6310010612 | RX | 09/02/2005 | 11,665.60 | 11,665.60 | 09/02/2005 | Oct-05 | 10/30/2005 | 11,665.60 |
| 6310010613 | RX | 09/02/2005 | 12,832.16 | 12,832.16 | 09/02/2005 | Oct-05 | 10/30/2005 | 12,832.16 |
| 6310010614 | RX | 09/02/2005 | 8,165.92 | 8,165.92 | 09/02/2005 | Oct-05 | 10/30/2005 | 8,165.92 |
| 6310010615 | RX | 09/02/2005 | 11,665.60 | 11,665.60 | 09/02/2005 | Oct-05 | 10/30/2005 | 11,665.60 |
| 6310010616 | RX | 09/02/2005 | 20,998.08 | 20,998.08 | 09/02/2005 | Oct-05 | 10/30/2005 | 20,998.08 |
| 6310010617 | RX | 09/02/2005 | 11,665.60 | 11,665.60 | 09/02/2005 | Oct-05 | 10/30/2005 | 11,665.60 |
| 6310010618 | RX | 09/02/2005 | 13,998.72 | 13,998.72 | 09/02/2005 | Oct-05 | 10/30/2005 | 13,998.72 |
| 6310010619 | RX | 09/02/2005 | 11,665.60 | 11,665.60 | 09/02/2005 | Oct-05 | 10/30/2005 | 11,665.60 |
| 6310010620 | RX | 09/02/2005 | 6,999.36 | 6,999.36 | 09/02/2005 | Oct-05 | 10/30/2005 | 6,999.36 |
| 6310010621 | RX | 09/02/2005 | 11,665.60 | 11,665.60 | 09/02/2005 | Oct-05 | 10/30/2005 | 11,665.60 |
| 6310010622 | RX | 09/02/2005 | 9,332.48 | 9,332.48 | 09/02/2005 | Oct-05 | 10/30/2005 | 9,332.48 |
| 6310010623 | RX | 09/02/2005 | 9,332.48 | 9,332.48 | 09/02/2005 | Oct-05 | 10/30/2005 | 9,332.48 |
| 6310010624 | RX | 09/02/2005 | 11,665.60 | 11,665.60 | 09/02/2005 | Oct-05 | 10/30/2005 | 11,665.60 |
| 6310010625 | RX | 09/02/2005 | 11,665.60 | 11,665.60 | 09/02/2005 | Oct-05 | 10/30/2005 | 11,665.60 |

| Invoice | Type | Date | Amount | Amount | Date | Period | Due Date | Amount |
|---|---|---|---:|---:|---|---|---|---:|
| 6310010632 | RX | 09/07/2005 | 11,665.60 | 11,665.60 | 09/07/2005 | Oct-05 | 10/30/2005 | 11,665.60 |
| 6310010633 | RX | 09/07/2005 | 11,665.60 | 11,665.60 | 09/07/2005 | Oct-05 | 10/30/2005 | 11,665.60 |
| 6310010643 | RX | 09/07/2005 | 11,665.60 | 11,665.60 | 09/07/2005 | Oct-05 | 10/30/2005 | 11,665.60 |
| 6310010644 | RX | 09/07/2005 | 9,332.48 | 9,332.48 | 09/07/2005 | Oct-05 | 10/30/2005 | 9,332.48 |
| 6310010645 | RX | 09/07/2005 | 13,998.72 | 13,998.72 | 09/07/2005 | Oct-05 | 10/30/2005 | 13,998.72 |
| 6310010646 | RX | 09/07/2005 | 11,665.60 | 11,665.60 | 09/07/2005 | Oct-05 | 10/30/2005 | 11,665.60 |
| 6310010647 | RX | 09/07/2005 | 20,998.08 | 20,998.08 | 09/07/2005 | Oct-05 | 10/30/2005 | 20,998.08 |
| 6310010648 | RX | 09/07/2005 | 3,645.50 | 3,645.50 | 09/07/2005 | Oct-05 | 10/30/2005 | 3,645.50 |
| 6310010649 | RX | 09/07/2005 | 20,998.08 | 20,998.08 | 09/07/2005 | Oct-05 | 10/30/2005 | 20,998.08 |
| 6310010650 | RX | 09/07/2005 | 2,333.12 | 2,333.12 | 09/07/2005 | Oct-05 | 10/30/2005 | 2,333.12 |
| 6310010651 | RX | 09/07/2005 | 12,832.16 | 12,832.16 | 09/07/2005 | Oct-05 | 10/30/2005 | 12,832.16 |
| 6310010652 | RX | 09/07/2005 | 11,665.60 | 11,665.60 | 09/07/2005 | Oct-05 | 10/30/2005 | 11,665.60 |
| 6310010653 | RX | 09/07/2005 | 6,999.36 | 6,999.36 | 09/07/2005 | Oct-05 | 10/30/2005 | 6,999.36 |
| 6310010654 | RX | 09/07/2005 | 11,665.60 | 11,665.60 | 09/07/2005 | Oct-05 | 10/30/2005 | 11,665.60 |
| 6310010655 | RX | 09/07/2005 | 20,998.08 | 20,998.08 | 09/07/2005 | Oct-05 | 10/30/2005 | 20,998.08 |
| 6310010656 | RX | 09/07/2005 | 4,666.24 | 4,666.24 | 09/07/2005 | Oct-05 | 10/30/2005 | 4,666.24 |
| 6310010657 | RX | 09/07/2005 | 3,231.20 | 3,231.20 | 09/07/2005 | Oct-05 | 10/30/2005 | 3,231.20 |
| 6310010658 | RX | 09/07/2005 | 6,462.40 | 6,462.40 | 09/07/2005 | Oct-05 | 10/30/2005 | 6,462.40 |
| 6310010659 | RX | 09/07/2005 | 7,754.88 | 7,754.88 | 09/07/2005 | Oct-05 | 10/30/2005 | 7,754.88 |
| 6310010660 | RX | 09/07/2005 | 1,292.48 | 1,292.48 | 09/07/2005 | Oct-05 | 10/30/2005 | 1,292.48 |
| 6310010661 | RX | 09/07/2005 | 9,047.36 | 9,047.36 | 09/07/2005 | Oct-05 | 10/30/2005 | 9,047.36 |
| 6310010662 | RX | 09/07/2005 | 646.24 | 646.24 | 09/07/2005 | Oct-05 | 10/30/2005 | 646.24 |
| 6310010663 | RX | 09/07/2005 | 5,816.16 | 5,816.16 | 09/07/2005 | Oct-05 | 10/30/2005 | 5,816.16 |
| 6310010664 | RX | 09/07/2005 | 1,292.48 | 1,292.48 | 09/07/2005 | Oct-05 | 10/30/2005 | 1,292.48 |
| 6310010729 | RX | 09/09/2005 | 8,401.12 | 8,401.12 | 09/09/2005 | Oct-05 | 10/30/2005 | 8,401.12 |
| 6310010730 | RX | 09/09/2005 | 1,292.48 | 1,292.48 | 09/09/2005 | Oct-05 | 10/30/2005 | 1,292.48 |
| 6310010731 | RX | 09/09/2005 | 1,292.48 | 1,292.48 | 09/09/2005 | Oct-05 | 10/30/2005 | 1,292.48 |
| 6310010732 | RX | 09/09/2005 | 17,498.40 | 17,498.40 | 09/09/2005 | Oct-05 | 10/30/2005 | 17,498.40 |
| 6310010733 | RX | 09/09/2005 | 1,166.56 | 1,166.56 | 09/09/2005 | Oct-05 | 10/30/2005 | 1,166.56 |
| 6310010734 | RX | 09/09/2005 | 10,499.04 | 10,499.04 | 09/09/2005 | Oct-05 | 10/30/2005 | 10,499.04 |
| 6310010735 | RX | 09/09/2005 | 15,165.28 | 15,165.28 | 09/09/2005 | Oct-05 | 10/30/2005 | 15,165.28 |
| 6310010736 | RX | 09/09/2005 | 10,499.04 | 10,499.04 | 09/09/2005 | Oct-05 | 10/30/2005 | 10,499.04 |
| 6310010737 | RX | 09/09/2005 | 3,499.68 | 3,499.68 | 09/09/2005 | Oct-05 | 10/30/2005 | 3,499.68 |
| 6310010738 | RX | 09/09/2005 | 5,832.80 | 5,832.80 | 09/09/2005 | Oct-05 | 10/30/2005 | 5,832.80 |
| 6310010739 | RX | 09/09/2005 | 8,165.92 | 8,165.92 | 09/09/2005 | Oct-05 | 10/30/2005 | 8,165.92 |
| 6310010740 | RX | 09/09/2005 | 18,664.96 | 18,664.96 | 09/09/2005 | Oct-05 | 10/30/2005 | 18,664.96 |
| 6310010741 | RX | 09/09/2005 | 16,331.84 | 16,331.84 | 09/09/2005 | Oct-05 | 10/30/2005 | 16,331.84 |
| 6310010742 | RX | 09/09/2005 | 11,665.60 | 11,665.60 | 09/09/2005 | Oct-05 | 10/30/2005 | 11,665.60 |
| 6310010743 | RX | 09/09/2005 | 11,665.60 | 11,665.60 | 09/09/2005 | Oct-05 | 10/30/2005 | 11,665.60 |
| 6310010744 | RX | 09/09/2005 | 4,666.24 | 4,666.24 | 09/09/2005 | Oct-05 | 10/30/2005 | 4,666.24 |
| 6310010745 | RX | 09/09/2005 | 2,333.12 | 2,333.12 | 09/09/2005 | Oct-05 | 10/30/2005 | 2,333.12 |
| 6310010746 | RX | 09/09/2005 | 12,832.16 | 12,832.16 | 09/09/2005 | Oct-05 | 10/30/2005 | 12,832.16 |
| 6310010751 | RX | 09/12/2005 | 24,497.76 | 24,497.76 | 09/12/2005 | Oct-05 | 10/30/2005 | 24,497.76 |
| 6310010752 | RX | 09/12/2005 | 9,332.48 | 9,332.48 | 09/12/2005 | Oct-05 | 10/30/2005 | 9,332.48 |
| 6310010753 | RX | 09/12/2005 | 5,832.80 | 5,832.80 | 09/12/2005 | Oct-05 | 10/30/2005 | 5,832.80 |
| 6310010754 | RX | 09/12/2005 | 11,665.60 | 11,665.60 | 09/12/2005 | Oct-05 | 10/30/2005 | 11,665.60 |
| 6310010755 | RX | 09/12/2005 | 11,665.60 | 11,665.60 | 09/12/2005 | Oct-05 | 10/30/2005 | 11,665.60 |
| 6310010756 | RX | 09/12/2005 | 13,998.72 | 13,998.72 | 09/12/2005 | Oct-05 | 10/30/2005 | 13,998.72 |
| 6310010757 | RX | 09/12/2005 | 23,331.20 | 23,331.20 | 09/12/2005 | Oct-05 | 10/30/2005 | 23,331.20 |
| 6310010758 | RX | 09/12/2005 | 9,332.48 | 9,332.48 | 09/12/2005 | Oct-05 | 10/30/2005 | 9,332.48 |
| 6310010814 | RX | 09/15/2005 | 5,169.92 | 5,169.92 | 09/15/2005 | Oct-05 | 10/30/2005 | 5,169.92 |
| 6310010818 | RX | 09/15/2005 | 3,877.44 | 3,877.44 | 09/15/2005 | Oct-05 | 10/30/2005 | 3,877.44 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6310010819 RX | 09/15/2005 | 13,571.04 | 13,571.04 | 09/15/2005 | Oct-05 | 10/30/2005 | 13,571.04 |
| 6310010820 RX | 09/15/2005 | 2,584.96 | 2,584.96 | 09/15/2005 | Oct-05 | 10/30/2005 | 2,584.96 |
| 6310010821 RX | 09/15/2005 | 7,754.88 | 7,754.88 | 09/15/2005 | Oct-05 | 10/30/2005 | 7,754.88 |
| 6310010822 RX | 09/15/2005 | 1,938.72 | 1,938.72 | 09/15/2005 | Oct-05 | 10/30/2005 | 1,938.72 |
| 6310010823 RX | 09/15/2005 | 4,666.24 | 4,666.24 | 09/15/2005 | Oct-05 | 10/30/2005 | 4,666.24 |
| 6310010824 RX | 09/15/2005 | 9,551.21 | 9,551.21 | 09/15/2005 | Oct-05 | 10/30/2005 | 9,551.21 |
| 6310010825 RX | 09/15/2005 | 10,499.04 | 10,499.04 | 09/15/2005 | Oct-05 | 10/30/2005 | 10,499.04 |
| 6310010826 RX | 09/15/2005 | 10,499.04 | 10,499.04 | 09/15/2005 | Oct-05 | 10/30/2005 | 10,499.04 |
| 6310010827 RX | 09/15/2005 | 17,498.40 | 17,498.40 | 09/15/2005 | Oct-05 | 10/30/2005 | 17,498.40 |
| 6310010828 RX | 09/15/2005 | 9,332.48 | 9,332.48 | 09/15/2005 | Oct-05 | 10/30/2005 | 9,332.48 |
| 6310010829 RX | 09/15/2005 | 6,999.36 | 6,999.36 | 09/15/2005 | Oct-05 | 10/30/2005 | 6,999.36 |
| 6310010830 RX | 09/15/2005 | 12,832.16 | 12,832.16 | 09/15/2005 | Oct-05 | 10/30/2005 | 12,832.16 |
| 6310010831 RX | 09/15/2005 | 13,998.72 | 13,998.72 | 09/15/2005 | Oct-05 | 10/30/2005 | 13,998.72 |
| 6310010832 RX | 09/15/2005 | 6,999.36 | 6,999.36 | 09/15/2005 | Oct-05 | 10/30/2005 | 6,999.36 |
| 6310010833 RX | 09/15/2005 | 9,332.48 | 9,332.48 | 09/15/2005 | Oct-05 | 10/30/2005 | 9,332.48 |
| 6310010834 RX | 09/15/2005 | 18,664.96 | 18,664.96 | 09/15/2005 | Oct-05 | 10/30/2005 | 18,664.96 |
| 6310010835 RX | 09/15/2005 | 18,664.96 | 18,664.96 | 09/15/2005 | Oct-05 | 10/30/2005 | 18,664.96 |
| 6310010836 RX | 09/15/2005 | 11,665.60 | 11,665.60 | 09/15/2005 | Oct-05 | 10/30/2005 | 11,665.60 |
| 6310010837 RX | 09/15/2005 | 6,999.36 | 6,999.36 | 09/15/2005 | Oct-05 | 10/30/2005 | 6,999.36 |
| 6310010838 RX | 09/15/2005 | 5,832.80 | 5,832.80 | 09/15/2005 | Oct-05 | 10/30/2005 | 5,832.80 |
| 6310010839 RX | 09/15/2005 | 9,332.48 | 9,332.48 | 09/15/2005 | Oct-05 | 10/30/2005 | 9,332.48 |
| 6310010893 RX | 09/16/2005 | 5,832.80 | 5,832.80 | 09/16/2005 | Oct-05 | 10/30/2005 | 5,832.80 |
| 6310010894 RX | 09/16/2005 | 11,665.60 | 11,665.60 | 09/16/2005 | Oct-05 | 10/30/2005 | 11,665.60 |
| 6310010895 RX | 09/16/2005 | 2,333.12 | 2,333.12 | 09/16/2005 | Oct-05 | 10/30/2005 | 2,333.12 |
| 6310010896 RX | 09/16/2005 | 194.4 | 194.4 | 09/16/2005 | Oct-05 | 10/30/2005 | 194.40 |
| 6310010897 RX | 09/16/2005 | 17,498.40 | 17,498.40 | 09/16/2005 | Oct-05 | 10/30/2005 | 17,498.40 |
| 6310010898 RX | 09/16/2005 | 11,665.60 | 11,665.60 | 09/16/2005 | Oct-05 | 10/30/2005 | 11,665.60 |
| 6310010912 RX | 09/19/2005 | 13,998.72 | 13,998.72 | 09/19/2005 | Oct-05 | 10/30/2005 | 13,998.72 |
| 6310010914 RX | 09/19/2005 | 11,665.60 | 11,665.60 | 09/19/2005 | Oct-05 | 10/30/2005 | 11,665.60 |
| 6310010915 RX | 09/19/2005 | 23,331.20 | 23,331.20 | 09/19/2005 | Oct-05 | 10/30/2005 | 23,331.20 |
| 6310010916 RX | 09/19/2005 | 11,665.60 | 11,665.60 | 09/19/2005 | Oct-05 | 10/30/2005 | 11,665.60 |
| 6310010917 RX | 09/19/2005 | 11,665.60 | 11,665.60 | 09/19/2005 | Oct-05 | 10/30/2005 | 11,665.60 |
| 6310010941 RX | 09/21/2005 | 24,497.76 | 24,497.76 | 09/21/2005 | Oct-05 | 10/30/2005 | 24,497.76 |
| 6310010942 RX | 09/21/2005 | 23,331.20 | 23,331.20 | 09/21/2005 | Oct-05 | 10/30/2005 | 23,331.20 |
| 6310010943 RX | 09/21/2005 | 17,498.40 | 17,498.40 | 09/21/2005 | Oct-05 | 10/30/2005 | 17,498.40 |
| 6310010944 RX | 09/21/2005 | 2,333.12 | 2,333.12 | 09/21/2005 | Oct-05 | 10/30/2005 | 2,333.12 |
| 6310010945 RX | 09/21/2005 | 18,664.96 | 18,664.96 | 09/21/2005 | Oct-05 | 10/30/2005 | 18,664.96 |
| 6310010946 RX | 09/21/2005 | 18,664.96 | 18,664.96 | 09/21/2005 | Oct-05 | 10/30/2005 | 18,664.96 |
| 6310010947 RX | 09/21/2005 | 11,665.60 | 11,665.60 | 09/21/2005 | Oct-05 | 10/30/2005 | 11,665.60 |
| 6310010948 RX | 09/21/2005 | 9,332.48 | 9,332.48 | 09/21/2005 | Oct-05 | 10/30/2005 | 9,332.48 |
| 6310010949 RX | 09/21/2005 | 11,665.60 | 11,665.60 | 09/21/2005 | Oct-05 | 10/30/2005 | 11,665.60 |
| 6310010950 RX | 09/21/2005 | 18,664.96 | 18,664.96 | 09/21/2005 | Oct-05 | 10/30/2005 | 18,664.96 |
| 6310010951 RX | 09/21/2005 | 11,665.60 | 11,665.60 | 09/21/2005 | Oct-05 | 10/30/2005 | 11,665.60 |
| 6310010952 RX | 09/21/2005 | 2,333.12 | 2,333.12 | 09/21/2005 | Oct-05 | 10/30/2005 | 2,333.12 |
| 6310010953 RX | 09/21/2005 | 11,665.60 | 11,665.60 | 09/21/2005 | Oct-05 | 10/30/2005 | 11,665.60 |
| 6310010954 RX | 09/21/2005 | 4,666.24 | 4,666.24 | 09/21/2005 | Oct-05 | 10/30/2005 | 4,666.24 |
| 6310010955 RX | 09/21/2005 | 9,332.48 | 9,332.48 | 09/21/2005 | Oct-05 | 10/30/2005 | 9,332.48 |
| 6310010956 RX | 09/21/2005 | 11,665.60 | 11,665.60 | 09/21/2005 | Oct-05 | 10/30/2005 | 11,665.60 |
| 6310010957 RX | 09/21/2005 | 11,665.60 | 11,665.60 | 09/21/2005 | Oct-05 | 10/30/2005 | 11,665.60 |
| 6310010958 RX | 09/21/2005 | 7,754.88 | 7,754.88 | 09/21/2005 | Oct-05 | 10/30/2005 | 7,754.88 |
| 6310010959 RX | 09/21/2005 | 1,292.48 | 1,292.48 | 09/21/2005 | Oct-05 | 10/30/2005 | 1,292.48 |
| 6310010960 RX | 09/21/2005 | 8,401.12 | 8,401.12 | 09/21/2005 | Oct-05 | 10/30/2005 | 8,401.12 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6310010961 RX | 09/21/2005 | 2,584.96 | 2,584.96 | 09/21/2005 | Oct-05 | 10/30/2005 | 2,584.96 |
| 6310010962 RX | 09/21/2005 | 9,047.36 | 9,047.36 | 09/21/2005 | Oct-05 | 10/30/2005 | 9,047.36 |
| 6310010963 RX | 09/22/2005 | 9,693.60 | 9,693.60 | 09/22/2005 | Oct-05 | 10/30/2005 | 9,693.60 |
| 6310010964 RX | 09/22/2005 | 13,998.72 | 13,998.72 | 09/22/2005 | Oct-05 | 10/30/2005 | 13,998.72 |
| 6310010965 RX | 09/22/2005 | 2,333.12 | 2,333.12 | 09/22/2005 | Oct-05 | 10/30/2005 | 2,333.12 |
| 6310010966 RX | 09/22/2005 | 11,665.60 | 11,665.60 | 09/22/2005 | Oct-05 | 10/30/2005 | 11,665.60 |
| 6310010967 RX | 09/22/2005 | 1,166.56 | 1,166.56 | 09/22/2005 | Oct-05 | 10/30/2005 | 1,166.56 |
| 6310010973 RX | 09/21/2005 | 4,523.68 | 4,523.68 | 09/21/2005 | Oct-05 | 10/30/2005 | 4,523.68 |
| 6310010974 RX | 09/21/2005 | 2,584.96 | 2,584.96 | 09/21/2005 | Oct-05 | 10/30/2005 | 2,584.96 |
| 6310011034 RX | 09/23/2005 | 3,877.44 | 3,877.44 | 09/23/2005 | Oct-05 | 10/30/2005 | 3,877.44 |
| 6310011035 RX | 09/23/2005 | 11,632.32 | 11,632.32 | 09/23/2005 | Oct-05 | 10/30/2005 | 11,632.32 |
| 6310011036 RX | 09/23/2005 | 18,664.96 | 18,664.96 | 09/23/2005 | Oct-05 | 10/30/2005 | 18,664.96 |
| 6310011037 RX | 09/23/2005 | 18,664.96 | 18,664.96 | 09/23/2005 | Oct-05 | 10/30/2005 | 18,664.96 |
| 6310011038 RX | 09/23/2005 | 4,666.24 | 4,666.24 | 09/23/2005 | Oct-05 | 10/30/2005 | 4,666.24 |
| 6310011039 RX | 09/23/2005 | 5,832.80 | 5,832.80 | 09/23/2005 | Oct-05 | 10/30/2005 | 5,832.80 |
| 6310011040 RX | 09/23/2005 | 16,331.84 | 16,331.84 | 09/23/2005 | Oct-05 | 10/30/2005 | 16,331.84 |
| 6310011041 RX | 09/23/2005 | 9,332.48 | 9,332.48 | 09/23/2005 | Oct-05 | 10/30/2005 | 9,332.48 |
| 6310011076 RX | 09/23/2005 | 6,999.36 | 6,999.36 | 09/23/2005 | Oct-05 | 10/30/2005 | 6,999.36 |
| 6310011077 RX | 09/23/2005 | 11,665.60 | 11,665.60 | 09/23/2005 | Oct-05 | 10/30/2005 | 11,665.60 |
| 6310011113 RX | 09/26/2005 | 2,584.96 | 2,584.96 | 09/26/2005 | Oct-05 | 10/30/2005 | 2,584.96 |
| 6310011114 RX | 09/26/2005 | 9,332.48 | 9,332.48 | 09/26/2005 | Oct-05 | 10/30/2005 | 9,332.48 |
| 6310011115 RX | 09/26/2005 | 4,666.24 | 4,666.24 | 09/26/2005 | Oct-05 | 10/30/2005 | 4,666.24 |
| 6310011136 RX | 09/27/2005 | 1,166.56 | 1,166.56 | 09/27/2005 | Oct-05 | 10/30/2005 | 1,166.56 |
| 6310011137 RX | 09/27/2005 | 2,333.12 | 2,333.12 | 09/27/2005 | Oct-05 | 10/30/2005 | 2,333.12 |
| 6310011184 RX | 09/28/2005 | 3,877.44 | 3,877.44 | 09/28/2005 | Oct-05 | 10/30/2005 | 3,877.44 |
| 6310011185 RX | 09/28/2005 | 1,292.48 | 1,292.48 | 09/28/2005 | Oct-05 | 10/30/2005 | 1,292.48 |
| 6310011186 RX | 09/28/2005 | 7,754.88 | 7,754.88 | 09/28/2005 | Oct-05 | 10/30/2005 | 7,754.88 |
| 6310011187 RX | 09/29/2005 | 16,331.84 | 16,331.84 | 09/29/2005 | Oct-05 | 10/30/2005 | 16,331.84 |
| 6310011198 RX | 09/29/2005 | 17,498.40 | 17,498.40 | 09/29/2005 | Oct-05 | 10/30/2005 | 17,498.40 |
| 6310011199 RX | 09/29/2005 | 17,498.40 | 17,498.40 | 09/29/2005 | Oct-05 | 10/30/2005 | 17,498.40 |
| 6310011200 RX | 09/29/2005 | 18,664.96 | 18,664.96 | 09/29/2005 | Oct-05 | 10/30/2005 | 18,664.96 |
| 6310011201 RX | 09/29/2005 | 12,832.16 | 12,832.16 | 09/29/2005 | Oct-05 | 10/30/2005 | 12,832.16 |
| 6310011202 RX | 09/29/2005 | 6,999.36 | 6,999.36 | 09/29/2005 | Oct-05 | 10/30/2005 | 6,999.36 |
| 6310011203 RX | 09/29/2005 | 9,332.48 | 9,332.48 | 09/29/2005 | Oct-05 | 10/30/2005 | 9,332.48 |
| 6310011204 RX | 09/29/2005 | 5,832.80 | 5,832.80 | 09/29/2005 | Oct-05 | 10/30/2005 | 5,832.80 |
| 6310011205 RX | 09/29/2005 | 19,831.52 | 19,831.52 | 09/29/2005 | Oct-05 | 10/30/2005 | 19,831.52 |
| 6310011206 RX | 09/29/2005 | 6,999.36 | 6,999.36 | 09/29/2005 | Oct-05 | 10/30/2005 | 6,999.36 |
| 6310011207 RX | 09/29/2005 | 6,999.36 | 6,999.36 | 09/29/2005 | Oct-05 | 10/30/2005 | 6,999.36 |
| 6310011208 RX | 09/29/2005 | 18,664.96 | 18,664.96 | 09/29/2005 | Oct-05 | 10/30/2005 | 18,664.96 |
| 6310011209 RX | 09/29/2005 | 19,831.52 | 19,831.52 | 09/29/2005 | Oct-05 | 10/30/2005 | 19,831.52 |
| 6310011210 RX | 09/29/2005 | 5,169.92 | 5,169.92 | 09/29/2005 | Oct-05 | 10/30/2005 | 5,169.92 |
| 6310011235 RX | 09/29/2005 | 13,851.00 | 13,851.00 | 09/29/2005 | Oct-05 | 10/30/2005 | 13,851.00 |
| 6310011240 RX | 09/30/2005 | 1,938.72 | 1,938.72 | 09/30/2005 | Oct-05 | 10/30/2005 | 1,938.72 |
| 6310011241 RX | 09/30/2005 | 5,832.80 | 5,832.80 | 09/30/2005 | Oct-05 | 10/30/2005 | 5,832.80 |
| 6310011242 RX | 09/30/2005 | 8,165.92 | 8,165.92 | 09/30/2005 | Oct-05 | 10/30/2005 | 8,165.92 |
| 6310011243 RX | 09/30/2005 | 2,333.12 | 2,333.12 | 09/30/2005 | Oct-05 | 10/30/2005 | 2,333.12 |
| 6310011244 RX | 09/30/2005 | 27,997.44 | 27,997.44 | 09/30/2005 | Oct-05 | 10/30/2005 | 27,997.44 |
| 6310011245 RX | 09/30/2005 | 6,999.36 | 6,999.36 | 09/30/2005 | Oct-05 | 10/30/2005 | 6,999.36 |
| 6310011246 RX | 09/30/2005 | 10,499.04 | 10,499.04 | 09/30/2005 | Oct-05 | 10/30/2005 | 10,499.04 |
| 6310011247 RX | 09/30/2005 | 13,998.72 | 13,998.72 | 09/30/2005 | Oct-05 | 10/30/2005 | 13,998.72 |
| 6310011251 RX | 09/30/2005 | 7,754.88 | 7,754.88 | 09/30/2005 | Oct-05 | 10/30/2005 | 7,754.88 |
| 6310011260 RX | 09/30/2005 | 4,666.24 | 4,666.24 | 09/30/2005 | Oct-05 | 10/30/2005 | 4,666.24 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 100005054 AB | 09/07/2005 | 6,109.55 | 6,109.55 | 09/07/2005 | Oct-05 | 10/30/2005 | 6,109.55 |
| 100005102 AB | 09/14/2005 | 8,492.37 | 8,492.37 | 09/14/2005 | Oct-05 | 10/30/2005 | 8,492.37 |
| 100005102 AB | 09/14/2005 | 727.02 | 727.02 | 09/14/2005 | Oct-05 | 10/30/2005 | 727.02 |
| 6310011280 RX | 10/03/2005 | 6,999.36 | 6,999.36 | 10/03/2005 | Nov-05 | 11/30/2005 | 6,999.36 |
| 6310011281 RX | 10/04/2005 | 3,693.60 | 3,693.60 | 10/04/2005 | Nov-05 | 11/30/2005 | 3,693.60 |
| 6310011282 RX | 10/04/2005 | 6,999.36 | 6,999.36 | 10/04/2005 | Nov-05 | 11/30/2005 | 6,999.36 |
| 6310011283 RX | 10/04/2005 | 5,832.80 | 5,832.80 | 10/04/2005 | Nov-05 | 11/30/2005 | 5,832.80 |
| 6310011284 RX | 10/04/2005 | 5,832.80 | 5,832.80 | 10/04/2005 | Nov-05 | 11/30/2005 | 5,832.80 |
| 6310011285 RX | 10/04/2005 | 6,999.36 | 6,999.36 | 10/04/2005 | Nov-05 | 11/30/2005 | 6,999.36 |
| 6310011286 RX | 10/04/2005 | 6,462.40 | 6,462.40 | 10/04/2005 | Nov-05 | 11/30/2005 | 6,462.40 |
| 6310011287 RX | 10/04/2005 | 7,108.64 | 7,108.64 | 10/04/2005 | Nov-05 | 11/30/2005 | 7,108.64 |
| 6310011288 RX | 10/04/2005 | 5,816.16 | 5,816.16 | 10/04/2005 | Nov-05 | 11/30/2005 | 5,816.16 |
| 6310011289 RX | 10/04/2005 | 9,693.60 | 9,693.60 | 10/04/2005 | Nov-05 | 11/30/2005 | 9,693.60 |
| 6310011290 RX | 10/04/2005 | 646.24 | 646.24 | 10/04/2005 | Nov-05 | 11/30/2005 | 646.24 |
| 6310011291 RX | 10/05/2005 | 9,332.48 | 9,332.48 | 10/05/2005 | Nov-05 | 11/30/2005 | 9,332.48 |
| 6310011292 RX | 10/05/2005 | 4,666.24 | 4,666.24 | 10/05/2005 | Nov-05 | 11/30/2005 | 4,666.24 |
| 6310011293 RX | 10/05/2005 | 6,999.36 | 6,999.36 | 10/05/2005 | Nov-05 | 11/30/2005 | 6,999.36 |
| 6310011294 RX | 10/05/2005 | 11,665.60 | 11,665.60 | 10/05/2005 | Nov-05 | 11/30/2005 | 11,665.60 |
| 6310011295 RX | 10/05/2005 | 11,665.60 | 11,665.60 | 10/05/2005 | Nov-05 | 11/30/2005 | 11,665.60 |
| 6310011296 RX | 10/05/2005 | 17,498.40 | 17,498.40 | 10/05/2005 | Nov-05 | 11/30/2005 | 17,498.40 |
| 6310011297 RX | 10/05/2005 | 17,498.40 | 17,498.40 | 10/05/2005 | Nov-05 | 11/30/2005 | 17,498.40 |
| 6310011298 RX | 10/05/2005 | 5,832.80 | 5,832.80 | 10/05/2005 | Nov-05 | 11/30/2005 | 5,832.80 |
| 6310011299 RX | 10/05/2005 | 13,998.72 | 13,998.72 | 10/05/2005 | Nov-05 | 11/30/2005 | 13,998.72 |
| 6310011300 RX | 10/05/2005 | 4,666.24 | 4,666.24 | 10/05/2005 | Nov-05 | 11/30/2005 | 4,666.24 |
| 6310011301 RX | 10/05/2005 | 6,999.36 | 6,999.36 | 10/05/2005 | Nov-05 | 11/30/2005 | 6,999.36 |
| 6310011302 RX | 10/05/2005 | 9,332.48 | 9,332.48 | 10/05/2005 | Nov-05 | 11/30/2005 | 9,332.48 |
| 6310011303 RX | 10/05/2005 | 13,998.72 | 13,998.72 | 10/05/2005 | Nov-05 | 11/30/2005 | 13,998.72 |
| 6310011304 RX | 10/05/2005 | 4,666.24 | 4,666.24 | 10/05/2005 | Nov-05 | 11/30/2005 | 4,666.24 |
| 6310011305 RX | 10/05/2005 | 4,666.24 | 4,666.24 | 10/05/2005 | Nov-05 | 11/30/2005 | 4,666.24 |
| 6310011306 RX | 10/05/2005 | 9,332.48 | 9,332.48 | 10/05/2005 | Nov-05 | 11/30/2005 | 9,332.48 |
| 6310011307 RX | 10/05/2005 | 4,666.24 | 4,666.24 | 10/05/2005 | Nov-05 | 11/30/2005 | 4,666.24 |
| 6310011317 RX | 10/07/2005 | 2,333.12 | 2,333.12 | 10/07/2005 | Nov-05 | 11/30/2005 | 2,333.12 |
| 6310011318 RX | 10/07/2005 | 11,665.60 | 11,665.60 | 10/07/2005 | Nov-05 | 11/30/2005 | 11,665.60 |
| 6310011319 RX | 10/07/2005 | 12,832.16 | 12,832.16 | 10/07/2005 | Nov-05 | 11/30/2005 | 12,832.16 |
| 6310011320 RX | 10/07/2005 | 9,332.48 | 9,332.48 | 10/07/2005 | Nov-05 | 11/30/2005 | 9,332.48 |
| 6310011321 RX | 10/07/2005 | 2,333.12 | 2,333.12 | 10/07/2005 | Nov-05 | 11/30/2005 | 2,333.12 |
| 6310011322 RX | 10/07/2005 | 4,666.24 | 4,666.24 | 10/07/2005 | Nov-05 | 11/30/2005 | 4,666.24 |
| 6310011323 RX | 10/07/2005 | 8,165.92 | 8,165.92 | 10/07/2005 | Nov-05 | 11/30/2005 | 8,165.92 |
| 6310011324 RX | 10/07/2005 | 23,331.20 | 23,331.20 | 10/07/2005 | Nov-05 | 11/30/2005 | 23,331.20 |
| 6310011325 RX | 10/07/2005 | 25,849.60 | 25,849.60 | 10/07/2005 | Nov-05 | 11/30/2005 | 25,849.60 |
| 6310011326 RX | 10/07/2005 | 3,877.44 | 3,877.44 | 10/07/2005 | Nov-05 | 11/30/2005 | 3,877.44 |
| 6310011327 RX | 10/07/2005 | 9,047.36 | 9,047.36 | 10/07/2005 | Nov-05 | 11/30/2005 | 9,047.36 |
| 6310011328 RX | 10/07/2005 | 646.24 | 646.24 | 10/07/2005 | Nov-05 | 11/30/2005 | 646.24 |
| 6310011329 RX | 10/07/2005 | 3,877.44 | 3,877.44 | 10/07/2005 | Nov-05 | 11/30/2005 | 3,877.44 |
| 6310011330 RX | 10/07/2005 | 2,584.96 | 2,584.96 | 10/07/2005 | Nov-05 | 11/30/2005 | 2,584.96 |
| 6310011331 RX | 10/07/2005 | 2,584.96 | 2,584.96 | 10/07/2005 | Nov-05 | 11/30/2005 | 2,584.96 |
| 6310011332 RX | 10/07/2005 | 2,584.96 | 2,584.96 | 10/07/2005 | Nov-05 | 11/30/2005 | 2,584.96 |

**Subtotal (Within the 10-day window)**            **2,159,251.78**