UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                            :          Chapter 11

DELPHI CORPORATION, et al.,           :          Case No. 05-44481 (RDD)

               Debtors.              :          (Jointly Administered)
---------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK              )
                                   )    ss.:
COUNTY OF NEW YORK          )

        Melissa Lugo, being duly sworn, deposes and says:

        1.    I am over 18 years of age, not a party to this action, and a resident of New York County, New York.

        2.    On **October 12, 2005**, a true copy of the *Notice of Appearance and Demand for Service of Papers of Fox Rothschild LLP on behalf of M&Q Plastic Products, Inc,* was served upon all those identified in the annexed list by enclosing a true copy of same in a first-class post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                         s/
                                                        Melissa Lugo

Sworn to before me this
12th day of October, 2005

s/
Fred Stevens
Notary Public, State of New York
No. 02ST6037653
Qualified in Nassau County
Commission Expires February 22, 2006

| | | |
|---|---|---|
| Elizabeth Abdelmasieh, Esq.<br>Norris McLaughlin & Marcus, P.A.<br>721 Route 202-206<br>Bridgewater, NJ 08807 | Mark I. Bane, Esq.<br>Kelley Drye & Warren, LLP<br>101 Park Avenue<br>New York, NY 10178 | Charles E. Boulbol, Esq.<br>Law Offices of Charles E. Boulbol<br>26 Broadway, 17th Flr.<br>New York, NY 10004 |
| Wendy D. Brewer, Esq.<br>Barnes & Thomas LLP<br>11 S. Meridian Street<br>Indianapolis, IN 46204 | Timothy W. Brink, Esq.<br>Lord, Bissell & Brook<br>115 S. LaSalle Street<br>Chicago, IL 60603 | James L. Bromley, Esq.<br>Cleary, Gottlieb,<br>Steen & Hamilton, LLP<br>One Liberty Plaza<br>New York, NY 10006 |
| John Wm. Butler, Jr., Esq.<br>Skadden Arps Slate Meagher & Flom<br>333 West Wacker Drive<br>Chicago, IL 60606-1285 | Maria E. Chavez-Ruark, Esq.<br>DLA Piper Rudnick Gray Cary US LLP<br>The Marbury Building<br>6225 Smith Avenue<br>Baltimore, MD 21209 | Gary H. Cunningham, Esq.<br>Kramer Mellen, P.C.<br>3000 Town Center, Ste.1700<br>Southfield, MI 48075-1277 |
| Robert W. Drumluk, Esq.<br>Seyfarth Shaw LLP<br>1270 Avenue of the Americas<br>New York, NY 10020-1801 | Edward M. Fox, Esq.<br>Kirkpatrick & Lockhart Nicholson Graham<br>599 Lexington Avenue<br>New York, NY 10022 | Stephen H. Gross, Esq.<br>Hodgson Russ LLP<br>Carnegie Hall Tower<br>152 West 57th Street, 35th Floor<br>New York, NY 10019 |
| Alan D. Halperin, Esq.<br>Halperin Battaglia Raicht LLP<br>555 Madison Ave. 9th flr.<br>New York, NY 10022 | Brian W. Harvey, Esq.<br>Goodwin Procter LLP<br>599 Lexington Ave.<br>New York, NY 10022 | Jeannette Eisan Hinshaw, Esq.<br>Bose McKinney & Evans, LLP<br>135 N. Pennsylvania Street<br>Suite 2700<br>Indianapolis, IN 46204 |
| Hilary Jewett, Esq.<br>Foley & Lardner, LLP<br>90 Park Ave.<br>New York, NY 10016 | Darryl S. Laddin, Esq.<br>Arnall Golden Gregory LLP<br>171 17th Street NW Suite 2100<br>Atlanta, GA 30363-1031 | David E. Lemke, Esq.<br>Waller Lansden Dortch & Davis, PLLC<br>511 Union St., Suite 2100<br>PO BOX 198966<br>Nashville, TN 37219-8966 |
| Alicia M. Leonhard, Esq.<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall St., Suite 2100<br>New York, NY 10004 | Jeffrey M. Levinson, Esq.<br>Margulies & Levinson, LLP<br>30100 Chagrin Blvd. Suite 250<br>Pepper Pike, OH 44124 | Kayalyn A. Marafioti, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 |
| Thomas J. Matz, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036-6522 | Timothy S. McFadden, Esq.<br>Lord, Bissell & Brook<br>115 S. LaSalle Street<br>Chicago, IL 60603 | Patrick E. Mears, Esq.<br>Barnes & Thornburg LLP<br>300 Ottawa Avenue, NW, Suite 500<br>Grand Rapids, MI 49503 |
| Kathleen M. Miller, Esq.<br>Smith Katzenstein & Furlow LLP<br>800 Delaware Ave. 7th Floor<br>Wilmington, DE 19899 | Joseph Thomas Moldovan, Esq.<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 10022-4731 | Brian F. Moore, Esq.<br>McCarter & English, LLP<br>245 Park Avenue<br>New York, NY 10167 |
| Alisa Mumola, Esq.<br>Contrarian Capital Management, LLC<br>411 W. Putnam Ave., Ste. 225<br>Greenwich, CT 06830 | Constantine Pourakis, Esq.<br>Stevens & Lee, P.C.<br>485 Madison Ave.<br>New York, NY 10022 | Steven J. Reisman, Esq.<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178 |

| | | |
|---|---|---|
| Craig Philip Rieders, Esq.<br>Genovese Joblove & Battista, PA<br>100 SE. Second St., 44th Floor<br>Miami, FL 33131 | Tarrant County<br>c/o Linebarger Goggan Blair & Sampson<br>Elizabeth Weller<br>2323 Bryan St., Suite 1600<br>Dallas, TX 75201 | Sandra A. Riemer, Esq.<br>Phillips Nizer LLP<br>666 Fifth Avenue<br>New York, NY 10103-0084 |
| Scott D. Rosen, Esq.<br>Cohn, Birnbaum & Shea, P.C.<br>100 Pearl Street<br>Hartford, CT 06101 | Diane W. Sanders, Esq.<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 17428<br>Austin TX 78760 | Robert J. Sidman, Esq.<br>Vorys, Sater, Seymour and Pease LLP<br>52 East Gay Street<br>Columbus, OH 43216-1008 |
| Gordon J. Toering, Esq.<br>Warner Norcross & Judd LLP<br>900 Fifth Third Cneter<br>111 Lyon Street NW<br>Grand Rapids, MI 495063 | Raymond J. Urbanik, Esq.<br>Munsch Hardt Koph & Harr, P.C.<br>1445 Ross Avenue, Suite 400<br>Dallas, TX 75202 | Joseph J. Vitale, Esq.<br>Cohen, Weiss and Simon LLP<br>330 West 42nd Street<br>New York, NY 10036 |
| Michael D. Warner<br>Warner, Stevens & Doby, L.L.P.<br>301 Commerce Street, Suite 1700<br>Fort Worth, TX 76102 | Elizabeth Weller<br>Linebarger Goggan Blair & Sampson LLP<br>2323 Bryan Street, Suite 1600<br>Dallas, TX 75201-2691 | |