STINSON MORRISON HECKER LLP
Attorneys for Debtors and Debtors in Possession
1201 Walnut Street
Kansas City, MO  64106
Telephone:  (816) 842-8600
Facsimile:  (816) 691-3495
Mark A. Shaiken, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
In re                                                              :
                                                                      :     Chapter 11
DELPHI CORPORATION, et al.,              :     Case No.  05-44481
                                                                      :
                                                                      :
                     Debtors.                               :
-------------------------------------------------------x

# ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Stinson Morrison Hecker LLP hereby enters its appearance in the above-styled case on behalf of ThyssenKrupp Waupaca, Inc. and ThyssenKrupp Stahl Company and requests that all notices and pleadings given or required to be served in these proceedings be served upon the undersigned at the office, postal and email addresses, and telephone and telecopy numbers listed below.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices and pleadings referred to in the Federal Rules of Bankruptcy Procedure and any applicable local rules, and additionally includes, without limitation and where applicable, any application, complaint, demand, notice of hearing, motion, objection, plan, disclosure statement, pleading, or request, formal or informal, whether transmitted or conveyed by mail, email, telecopy or otherwise.

DB03/806244 0003/6603319.1

        STINSON MORRISON HECKER LLP

BY:  /s/ Mark A. Shaiken
     Mark A. Shaiken
     1201 Walnut Street
     Kansas City, Missouri 64106
     (816) 842-8600
     Fax: (816) 691-3495
     Email: mshaiken@stinsonmoheck.com
ATTORNEYS FOR THYSSENKRUPP WAUPACA, INC. and THYSSENKRUPP STAHL COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing pleading was served by ECF on all parties receiving such service this 12th day of October, 2005.

        /s/ Mark A. Shaiken

2

DB03/806244 0003/6603319.1