UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 |
| Debtors. | Judge Robert D. Drain |

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Thomas P. Sarb, a member in good standing of the bar in the State of Michigan, request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent Pridgeon & Clay, Inc. a creditor in the above referenced case.

My:    address is Miller Johnson, 250 Monroe Avenue, NW, Suite 800, P.O. Box 306, Grand Rapids, MI 49501-0306

e-mail address is: ecfSarbT@mjsc.com; telephone number is: (616) 831-1748

I agree to pay the fee of $25 upon approval of this Court admitting me to practice *pro hac vice*.

Dated: October __12__, 2005

_____
Thomas P. Sarb (P-27520)

### ORDER

**ORDERED,**
That Thomas P. Sarb, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.
Dated:

New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE