UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

IN RE:

DELPHI CORPORATION, et al.,

        Debtors.

Case No. 05-44481

Chapter 11

Judge Robert D. Drain

---

/

## REQUEST FOR NOTICE

Miller Johnson, on behalf of Pridgeon & Clay, Inc., a party in interest, requests

that all notices in the above-captioned case, including those specified in Fed. R. Bankr. P. 2002,

be provided to it by notifying its attorney as follows:

> Thomas P. Sarb
> Robert D. Wolford
> Miller Johnson
> 250 Monroe Ave., Ste. 800
> PO Box 306
> Grand Rapids, MI 49501-306
> (616) 831-1700 / Fax: (616) 831-1701
> e-mail: ECFSarbT@millerjohnson.com

Additionally, Pridgeon & Clay, Inc., pursuant to Fed. R. Bankr. P. 3017, requests

that it be provided with copies of any disclosure statement and plan of reorganization filed in this

Chapter 11 case by service of them on its attorney as set out above.

Pridgeon & Clay, Inc. also consents to service by fax or e-mail in this matter.

MILLER JOHNSON
Attorneys for Pridgeon & Clay, Inc.

Date: October __12__ ,2005       By _____
                                Thomas P. Sarb (P-27520)
                                Robert D. Wolford (P62595)
                      Business Address:
                                250 Monroe Avenue, N.W., Suite 800
                                PO Box 306
                                Grand Rapids, Michigan  49501-0306
                      Telephone:  (616) 831-1726