PHILLIPS NIZER LLP
Sandra A. Riemer (SAR 2871)
Candice Frost (CF 3926)
Attorneys for Freescale Semiconductor, Inc.,
f/k/a Motorola Semiconductor Systems (U.S.A.) Inc.
666 Fifth Avenue
New York, New York 10103-0084
(212) 977-9700

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
In re:                                                         :    Chapter 11
                                                               :
  DELPHI CORPORATION, et al.,                                  :    Case No. 05-44481
                                                               :
                                  Debtors.                     :    (Jointly Administered)
                                                               :
-------------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

I, Loretta Collins, being duly sworn deposes and says that on this 12th day of October, 2005, I caused to be served a true copy of the annexed Notice of Appearance and Request for Notices (a) by electronic service, on the parties set forth in Exhibit "A" appended hereto; and (b) by Federal Express, on the parties set forth on Exhibit "B" appended hereto.

_____
Loretta Collins

Sworn to before me this
12th day of October, 2005

_____
Notary Public

IRIS CINQUEMANI
Notary Public, State of New York
No. 41-4663036
Qualified in Queens County
Certificate Filed in New York County
Commission Expires September 30, 20_06_

944959.1

PHILLIPS NIZER LLP
Sandra A. Riemer (SAR 2871)
Candice Frost (CF 3926)
Attorneys for Freescale Semiconductor, Inc.,
f/k/a/ Motorola Semiconductor Systems (U.S.A.) Inc.
666 Fifth Avenue
New York, New York 10103-0084
(212) 977-9700

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                                :
In re:                                                          :   Chapter 11
                                                                :
   DELPHI CORPORATION, et al.,                                  :   Case No. 05-44481
                                                                :
                                       Debtors.                 :   (Jointly Administered)
                                                                :
-------------------------------------------------------------- x

## NOTICE OF APPEARANCE
## AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that the undersigned hereby appear as counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. (the "Creditor"), a creditor and party in interest in the above-captioned case. Pursuant to Section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned hereby request, on behalf of the Creditor, that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

944718.1

Sandra A. Riemer, Esq.
Phillips Nizer LLP
666 Fifth Avenue
New York, New York 10103
Tel: 212-841-0589
Fax: 212-262-5152
E-mail: sriemer@phillipsnizer.com

Susan M. Freeman, Esq.
Lewis and Roca LLP
40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Tel: 602-262-5756
Fax: 602-734-3824
Email: sfreeman@lrlaw.com

Rob Charles, Esq.
Lewis and Roca LLP
One South Church Street, Suite 700
Tucson, Arizona 85701
Tel: 520-629-4427
Fax: 520-879-4705
Email: rcharles@lrlaw.com

**PLEASE TAKE FURTHER NOTICE** that, under Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any and all orders, applications, motions, petitions, pleadings, requests, complaints, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, e-mail, or otherwise that (1) affect or seek to affect in any way any rights or interests of any creditor or party in interest in this case with respect to: (a) the debtor; (b) property of the estate or property in which the debtor may claim an

- 2 -

944718.1

interest, or the proceeds of either; or (c) property, or the proceeds thereof, in the possession, custody, or control of others that the debtor may seek to use, sell or transfer; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by Creditor.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance includes and constitutes a request pursuant to Bankruptcy Rule 3017 to be served with each and every plan and disclosure statement that is filed herein by any person or entity.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit waives (1) the right to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity,

or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: New York, New York
October //, 2005

          PHILLIPS NIZER LLP

          By: /s/ Sandra A. Riemer
              Sandra A. Riemer (SAR 2871)
              A Member of the Firm
          666 Fifth Avenue
          New York, New York 10103
          Tel: 212-977-9700
          Fax: 212-262-5152
          Email: sriemer@phillipsnizer.com

              -and-

          Susan M. Freeman
          Lewis and Roca LLP
          40 North Central Avenue
          Phoenix, Arizona 85004-4429
          Tel: 602-262-5756
          Fax: 602-734-3824
          Email: sfreeman@lrlaw.com

              -and-

          Rob Charles
          Lewis and Roca LLP
          One S. Church Street, Suite 700
          Tucson, Arizona 85701
          Tel: 520-629-4427
          Fax: 520-879-4705
          Email: rcharles@lrlaw.com

          **ATTORNEYS FOR FREESCALE SEMICONDUCTOR, INC., f/k/a MOTOROLA SEMICONDUCTOR SYSTEMS (U.S.A.) INC.**

# EXHIBIT A

05-44481-rdd    Doc 172    Filed 10/13/05    Entered 10/13/05 10:25:13    Main Document
Pg 6 of 10

ELECTRONIC SERVICE LIST

| | |
|---|---|
| Elizabeth Abdelmasieh | eabdelmasieh@nmmlaw.com |
| Wendy D. Brewer | wendy.brewer@btlaw.com; bankruptcyindy@btlaw.com |
| James L. Bromley | maofiling@cgsh.com |
| John Wm. Butler | jbutler@skadden.com |
| Maria E. Chavez-Ruark | maria.ruark@dlapiper.com; richard.kremen@dlapiper.com |
| Robert W. Dremluk | rdremluk@seyfarth.com; rlauter@seyfarth.com; etrybantelser@cityofchicago.org; pbaisier@seyfarth.com |
| Edward M. Fox | efox@klng.com |
| Alan D. Halperin | ahalperin@halperinlaw.net; cbattaglia@halperinlaw.net; ganc@halperinlaw.net; cmitchell@halperinlaw.net |
| Brian W. Harvey | bharvey@goodwinprocter.com; bharvey@goodwinprocter.com |
| Jeannette Eisan Hinshaw | jhinshaw@boselaw.com; pdidandeh@boselaw.com |
| Hilary Jewett | hjewett@foley.com; |
| Jeffrey M. Levinson | jml@ml-legal.com; |
| Kayalyn A. Marafioti | kmarafio@skadden.com; jharring@skadden.com |
| Thomas J. Matz | tmatz@skadden.com |
| Patrick E. Mears | patrick.mears@btlaw.com |
| Kathleen M. Miller | kmm@skfdelaware.com; tlc@skfdelaware.com |
| Joseph Thomas Moldovan | bankruptcy@morrisoncohen.com; mdallago@morrisoncohen.com |
| Alisa Mumola | alisa@contrariancapital.com; |
| Constantine Pourakis | cp@stevenslee.com |
| Steven J. Reisman | sreisman@cm-p.com; athau@cm-p.com;jdecristofaro@cm-p.com;jbarucha@cm-p.com; webmaster@docketware.com; mharwood@cm-p.com; kparker@cm-p.com |

944947.1

| | |
|---|---|
| Craig Philip Rieders | crieders@gjb-law.com; gisabelle@gjb-law.com; gisabelle@gjb-law.com; bamron@gjb-law.com |
| Gordon J. Toering | gtoering@wnj.com |
| Raymond J. Urbanik | rurbanik@munsch.com |
| Joseph J. Vitale | jvitale@cwsny.com |
| Michael D. Warner | bankruptcy@warnerstevens.com |
| Elizabeth Weller | dallas.bankruptcy@publicans.com |

944947.1

# EXHIBIT B

## NON-ELECTRONIC SERVICE LIST

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Ill. 60606
Attn:   John Wm. Butler, Esq.
        John K. Lyons, Esq.
        Ron E. Meisler, Esq.

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, N.Y. 10036
Attn:   Kayalyn A. Marafioti, Esq.
        Thomas J. Matz, Esq.

Kelley Drye & Warren, LLP
101 Park Avenue
New York, N.Y. 10178
Attn.   Mark I. Bane, Esq.

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, N.Y. 10004

944954.1