Sam O. Simmerman (0016876), of
KRUGLIAK, WILKINS, GRIFFITHS
 & DOUGHERTY CO., L.P.A.
4775 Munson Street N.W./P.O. Box 36963
Canton, OH 44735-6963
Phone: (330) 497-0700/Fax: (330) 497-4020
sosimmerman@kwgd.com
ATTORNEYS FOR MILLWOOD, INC.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

|  |  |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) : |

------------------------------------------------------- x

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Now comes Sam O. Simmerman, attorney at law, and hereby enters his appearance on behalf of Creditor, Millwood, Inc., in the above-entitled action, and requests that copies of all papers, reports, notices, and pleadings filed in regard to the Debtor herein be mailed to him as counsel for Creditor, Millwood, Inc.

*/s/ Sam O. Simmerman*
Sam O. Simmerman (0016876), of
KRUGLIAK, WILKINS, GRIFFITHS
 & DOUGHERTY CO., L.P.A.
4775 Munson Street N.W./P.O. Box 36963
Canton, OH 44735-6963
Phone: (330) 497-0700/Fax: (330) 497-4020
sosimmerman@kwgd.com
ATTORNEYS FOR MILLWOOD, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance and Request for Notice was filed electronically this 13th day of October 2005. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Copies of the within were also sent by U.S. Ordinary Mail this 13th day of October 2005, to:

| | |
|---|---|
| John Wm. Butler, Jr., Esq.<br>John K. Lyons, Esq.<br>Ron E. Meisler, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606 | Kayalyn A. Marafioti, Esq.<br>Thomas J. Matz, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036 |

/s/   Sam O. Simmerman
Sam O. Simmerman (0016876), of
KRUGLIAK, WILKINS, GRIFFITHS
 & DOUGHERTY CO., L.P.A.
sosimmerman@kwgd.com
ATTORNEYS FOR MILLWOOD, INC.