WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Martin J. Bienenstock, Esq. (MB 3001)
Michael P. Kessler, Esq. (MK 7134)
Jeffrey L. Tanenbaum, Esq. (JT 9797)

- and -

HONIGMAN MILLER SCHWARTZ
AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583
Telephone: (313) 465-7000
Facsimile: (313) 465-8000
Robert B. Weiss, Esq.
Frank L. Gorman, Esq.

Attorneys for General Motors Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
**In re**                                          :
                                                   :        **Chapter 11 Case No.**
                                                   :
**DELPHI CORPORATION, et al.,**                    :        **05-44481 (RDD)**
                                                   :
                  **Debtors.**                     :        **(Jointly Administered)**
                                                   :
-------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

State of New York    )
                     )        ss.:
County of New York  )

        Kathleen Lee, being duly sworn, hereby deposes and says:

        1.      I am over 18 years of age and am not a party to the above-

captioned proceedings.  I am employed by Weil, Gotshal & Manges LLP, having offices

at 767 Fifth Avenue, New York, New York 10153.

        2.      On the 12th day of October  2005, I caused true and correct copy of

05-44481-rdd    Doc 174    Filed 10/13/05    Entered 10/13/05 12:10:54    Main Document
Pg 2 of 3

2

the following pleading to be served upon the parties listed at the addresses set forth

therein by first class pre-paid United States mail unless otherwise indicated:

✓ Notice of Appearance of Appearance Pursuant to Rules 2002, 9007, and 9010(b) of
the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy
Code with attached electronic filing receipt.


/s/ Kathleen Lee
Kathleen Lee

Sworn to before me this
  13th day of October  2005

/s/ Robert Michael Gee
    Notary Public

  ROBERT MICHAEL GEE
Notary Public, State of New York
  Reg. No. #01GE6127971
Qualified in New York County
Commission Expires June 6, 2009

Service List

Skadden Arps Slate Meagher & Flom (IL)
Attn.:  John Wm. Butler, Jr., Esq.
333 West Wacker Drive
Chicago, IL 60606-1285

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522
Attn.:  Kayalyn A. Marafioti, Esq.
        Thomas J. Matz , Esq.

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Attn.:  Alicia M. Leonhard