**MORGAN, LEWIS & BOCKIUS LLP**
**Counsel for Sumitomo Corporation**
**101 Park Avenue**
**New York, New York  10178-0060**
**Telephone No.:  (212) 309-6000**
**William C. Heuer, Esq. (WH-8217)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER  11 |
|  | : |  |
| **DELPHI CORPORATION, et.al.** | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |

**NOTICE OF APPEARANCE, REQUEST FOR**
**SERVICE OF PAPERS AND RESERVATION OF RIGHTS**

**PLEASE TAKE NOTICE** that Sumitomo Corporation, by and through its undersigned counsel, hereby enters its appearance pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002 and 9010(b) of the Bankruptcy Rules requests that all notices given or required to be given in these cases, and all pleadings and other documents served and required to be served herein, be given to and served upon:

> William C. Heuer, Esq.
> Morgan, Lewis & Bockius LLP
> 101 Park Avenue
> New York, New York  10178-0060
> Telephone No.:  (212) 309-6000
> Telecopier No.:  (212) 309-6001
> E-mail:   wheuer@morganlewis.com

> -and-

> Richard W. Esterkin, Esq.
> Morgan, Lewis & Bockius LLP
> 300 South Grand Avenue
> Los Angeles, CA  90071
> Telephone No.:  (213) 612 1163
> Telecopier No.:  (213) 612-2501
> E-mail:   resterkin@morganlewis.com

1-NY/1960852.1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the Debtors or property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that, neither this notice nor any later appearance, pleading, claim or suit shall waive Sumitomo Corporation's right (i) to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (iv) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Sumitomo Corporation is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: New York, New York
       October 13, 2005

                                    **MORGAN, LEWIS & BOCKIUS LLP**

                                    By:  __/s/ William C. Heuer_____
                                        William C. Heuer  (WH-8217)
                                   101 Park Avenue
                                   New York, New York  10178-0060
                                   (212) 309-6000
                                             -and-

                                   Richard W. Esterkin, Esq.
                                   Morgan, Lewis & Bockius LLP
                                   300 South Grand Avenue
                                   Los Angeles, CA  90071
                                   Telephone No.:  (213) 612 1163
                                   *Attorneys for Sumitomo Corporation*

**MORGAN, LEWIS & BOCKIUS LLP**
**Counsel for Sumitomo Corporation**
**101 Park Avenue**
**New York, New York  10178-0060**
**Telephone No.:  (212) 309-6000**
**William C. Heuer, Esq. (WH-8217)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| **DELPHI CORPORATION, et.al.** | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

**CERTIFICATE OF SERVICE**

I, William C. Heuer, hereby certify that on October 13, 2005, I caused copies of the attached Notice of Appearance, Request for Service of Papers and Reservation of Rights to be served by U.S. Mail upon counsel to the above-captioned Debtors.

Dated:  New York, New York
          October 13, 2005

                                                    /s/ William C. Heuer
                                                    William C. Heuer

1-NY/1960852.1