BARNES & THORNBURG LLP
Attorneys for Priority Health
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, Michigan  49503
(616) 742-3930
John T. Gregg, Esq.

United States Bankruptcy Court
Southern District of New York

|  |  |
|---|---|
| In re | Chapter 11 Case |
| DELPHI CORPORATION, *et al.* | No. 05-44481 |
| Debtors. |  |

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

To:   Kathleen Farrell                           John William Butler, Esq.
      Clerk of the Court                          Skadden, Arpps, Slate, Meagher &
      United States Bankruptcy Court              Flom, LLP
      One Bowling Green, Sixth Floor              333 W. Wacker Drive, Suite 2100
      New York, NY  10004-1408                    Chicago, IL  60606

      Alicia M. Leonhard, Esq.                    Kayalyn A. Marafioti, Esq.
      Office of the U.S. Trustee                  Skadden, Arps, Slate, Meagher &
      33 Whitehall Street                         Flom, LLP
      New York, NY  10004                         Four Times Square
                                                  New York, NY  10036

PLEASE TAKE NOTICE, that the undersigned counsel hereby files its Notice of Appearance as counsel to Priority Health, in the above-captioned Chapter 11 case.  Pursuant to Rules 2002 and 9010(b) of the Rules of Bankruptcy Procedure, we request that all notices given or required to be given in the above Chapter 11 case be given to and served upon the undersigned at the office, address, and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers but also includes, without limitation, orders and notices of any applications,

motions, petitions, pleadings, complaints, or demands transmitted or conveyed by mail delivery, telephone, telegraph, telex, or otherwise which affect the above-captioned debtor or its property.

PLEASE TAKE FURTHER NOTICE that the submission and filing of this notice and demand constitutes a "special appearance" and is not intended to be, nor shall it be deemed a consent to, or a waiver of, the right to challenge jurisdiction of this Court to adjudicate noncore matters, which right Priority Health expressly reserve without prejudice.

Dated:  October 13, 2005                         BARNES & THORNBURG LLP
                                                 Counsel to Priority Health


                                                 By:    /s/John T. Gregg
                                                         John T. Gregg
                                                 Business Address:
                                                 300 Ottawa Avenue, NW
                                                 Suite 500
                                                 Grand Rapids, Michigan  49503
                                                 (616) 742-3930

GRDS01 JGREGG 323965v1