BARNES & THORNBURG LLP
Attorneys for Priority Health
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, Michigan  49503
(616) 742-3930
John T. Gregg, Esq.

United States Bankruptcy Court
Southern District of New York

| | | |
|---|---|---|
| In re | ) | Chapter 11 Case |
| | ) | |
| DELPHI CORPORATION, *et al*. | ) | No. 05-44481 |
| | ) | |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

Document Served:  -  **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

Persons Served:

Alicia M. Leonhard, Esq.
Office of the U.S. Trustee
33 Whitehall Street
New York, NY 10004

Kayalyn A. Marafioti, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY  10036

John William Butler, Esq.
Skadden Arps Slate Meagher & Flom LLP
333 W. Wacker Drive, Suite 2100
Chicago, IL  60606

The undersigned certifies that a copy of the documents listed above were served upon the parties listed at their respective addresses by first-class mail, postage pre-paid, by placing the envelope in the mail on the date indicated below.

Date of Service:  October 13, 2005

I declare that the statement above is true to the best of my information, knowledge and belief.

/s/John T. Gregg
John T. Gregg, Esq.
Barnes & Thornburg LLP