(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Delphi Automotive Systems Tennessee, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**PBR Automotive Tennessee, Inc.** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**38-3319836** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.  (if<br>more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**Delphi Automotive Systems Tennessee, Inc.**<br>**5725 Delphi Drive**<br>**Troy, Michigan 48098-2815** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:<br>**Oakland County, Michigan** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**Same as Street Address** | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above):<br>**Same as Street Address** |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is |
|---|---|---|
| ☐ Individual(s) | ☐ Railroad | **Filed** (Check one box) |
| ☒ Corporation | ☐ Stockbroker | ☐ Chapter 7    ☒ Chapter 11    ☐ Chapter 13 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Other _____ | ☐ Clearing Bank | ☐ Sec. 304 – Case ancillary to foreign proceeding |

| Nature of Debts (Check one box) | | Filing Fee (Check one box) |
|---|---|---|
| ☐ Consumer/Non-Business | ☒ Business | ☒ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | | ☐ Filing Fee to be paid in installments (Applicable to individuals only) |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | | Must attach signed application for the court's consideration certifying |
| ☐ Debtor is and elects to be considered a small business under | | that the debtor is unable to pay fee except in installments.  Rule |
| 11 U.S.C. § 1121(e) (Optional) | | 1006(b).  See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only) | THIS SPACE IS FOR COURT USE ONLY
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |

Estimated Assets*

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

---

* Holds investments in a non-debtor subsidiary.

(Official Form 1) (12/03)                                                                                    FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Delphi Automotive Systems Tennessee, Inc.** |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location<br>Where Filed:  **NONE** | Case Number:<br>**N/A** | Date Filed:<br>**N/A** |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**See Schedule I attached** | Case Number:<br>**Pending** | Date Filed:<br>**Date hereof** |
|---|---|---|
| District:<br>**Southern District of New York** | Relationship:<br>**Affiliate** | Judge: |

## SIGNATURES

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11 of the United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11 of the United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
   Telephone Number (if not represented by attorney)

_____
   Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition

**Exhibit B**
(To be completed if debtor is an individual whose debts are primary consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11 of the United States Code, and have explained the relief available under each such chapter.

X _____
   Signature of Attorney for Debtor(s)      Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Signature of Attorney**

X /s/ John Wm. Butler, Jr.
Signature of Attorney for Debtor(s)

John Wm. Butler, Jr.
Printed Name of Attorney Debtor(s)

Skadden, Arps, Slate,
Meagher & Flom LLP
Firm Name

333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606-1285
Address

(312) 407-0700
Telephone Number

October 8, 2005
Date

**Signature of Attorney**

X /s/ Kayalyn A. Marafioti
Signature of Attorney for Debtor(s)

Kayalyn A. Marafioti
Printed Name of Attorney Debtor(s)

Skadden, Arps, Slate,
Meagher & Flom LLP
Firm Name

Four Times Square
New York, New York 10036
Address

(212) 735-3000
Telephone Number

October 8, 2005
Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____

_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11 of the United States Code, specified in this petition.

X /s/ John D. Sheehan
   Signature of Authorized Individual
   John D. Sheehan
   Printed Name of Authorized Individual
   Vice President and Chief Restructuring Officer
   Title of Authorized Individual
   October 8, 2005
   Date

## SCHEDULE I

## PENDING BANKRUPTCY CASES OF AFFILIATES

The following affiliates, which include the Debtor, have filed voluntary petitions

under chapter 11 with this Court, on the date hereof:

ASEC Manufacturing General Partnership (Delaware)
ASEC Sales General Partnership (Delaware)
Aspire, Inc. (Michigan)
Delco Electronics Overseas Corporation (Delaware)
Delphi Automotive Systems (Holding), Inc. (Delaware)
Delphi Automotive Systems Global (Holding), Inc. (Delaware)
Delphi Automotive Systems Human Resources LLC (Delaware)
Delphi Automotive Systems International, Inc. (Delaware)
Delphi Automotive Systems Korea, Inc. (Delaware)
Delphi Automotive Systems LLC (Delaware)
Delphi Automotive Systems Overseas Corporation (Delaware)
Delphi Automotive Systems Risk Management Corp. (Delaware)
Delphi Automotive Systems Services LLC (Delaware)
Delphi Automotive Systems Tennessee, Inc. (Delaware)
Delphi Automotive Systems Thailand, Inc. (Delaware)
Delphi China LLC (Delaware)
Delphi Connection Systems (California)
Delphi Corporation (Delaware)
Delphi Diesel Systems Corp. (Delaware)
Delphi Electronics (Holding) LLC (Delaware)
Delphi Foreign Sales Corporation (Virgin Islands)
Delphi Integrated Service Solutions, Inc. (Michigan)
Delphi International Holdings Corp. (Delaware)
Delphi International Services, Inc. (Delaware)
Delphi Liquidation Holding Company (Delaware)
Delphi LLC (Delaware)
Delphi Mechatronic Systems, Inc. (Delaware)
Delphi Medical Systems Colorado Corporation (Colorado)
Delphi Medical Systems Corporation (Delaware)
Delphi Medical Systems Texas Corporation (Delaware)
Delphi NY Holding Corporation (New York)
Delphi Services Holding Corporation (Delaware)
Delphi Technologies, Inc. (Delaware)
DREAL, Inc. (Delaware)
Environmental Catalysts, LLC (Delaware)
Exhaust Systems Corporation (Delaware)
Packard Hughes Interconnect Company (Delaware)
Specialty Electronics International Ltd. (Virgin Islands)
Specialty Electronics, Inc. (South Carolina)

**DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC.**
**UNANIMOUS WRITTEN CONSENT**
**OF THE BOARD OF DIRECTORS**

**Dated as of October 𝟰, 2005**

Pursuant to Section 141(f) of Delaware General Corporation Law, the undersigned, being all the members of the Board of Directors (the "Board") of Delphi Automotive Systems Tennessee, Inc., a Delaware corporation (the "Corporation"), do hereby adopt, by this written consent, the following resolutions with the same force and effect as if they had been adopted at a duly convened meeting of the Board and direct that this written consent be filed with the minutes of the proceedings of the Board:

WHEREAS, the Board has been presented with a proposed petition to be filed by the Corporation in the United States Bankruptcy Court for the Southern District of New York seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in which the authority to operate as a debtor-in-possession will be sought;

WHEREAS, the Corporation will benefit by the borrowings and use of cash collateral under that certain Revolving Credit, Term Loan and Guaranty Agreement, to be dated the date of the filing of the petition pursuant to Chapter 11 of the Bankruptcy Code (the "Loan Agreement" and together with each other document, instrument or agreement executed by the Corporation or any Guarantor in connection therewith, the "Loan Documents"), among Delphi Corporation (the "Parent") (the ultimate parent of the Corporation), the Corporation, each a debtor and debtor-in-possession in a case to be filed under Chapter 11 of the Bankruptcy Code, and the other subsidiaries of the Parent signatory thereto (each a "Guarantor" and collectively with the Corporation, the "Guarantors"), each of which Guarantors will be a debtor and debtor-in-possession in a case to be filed under Chapter 11 of the Bankruptcy Code (the cases of the Parent and the Guarantors, each a "Case" and collectively, the "Cases"), JPMorgan Chase Bank, N.A. ("JPMCB"), Citigroup USA, Inc. ("CUSA"), each of the other financial institutions from time to time party hereto (together with JPMCB and CUSA, the "Lenders"), JPMCB, as administrative agent (in such capacity, the "Administrative Agent") for the Lenders, and CUSA, as syndication agent (in such capacity, the "Syndication Agent"; together, the Administrative Agent and the Syndication Agent are the "Agents") for the Lenders; which Loan Documents (A) provide the Parent with loan facilities of $2,000,000,000,

comprised of (i) a revolving credit and letter of credit facility in an aggregate principal amount of $1,750,000,000 as set forth therein and (ii) a term loan in an aggregate principal amount of $250,000,000 as set forth therein, (B) require all of the Parent's obligations therein to be guaranteed by the Guarantors, and (C) provide for the proceeds therefrom to be used for working capital and for other general corporate purposes of the Parent and its Subsidiaries, including the making of pension contributions, adequate protection payments to the pre-petition lenders, and the payment of transaction costs, fees and expenses in respect of the contemplated transactions and the Cases and the payment of all Restructuring Costs (as defined in the Loan Agreement);

WHEREAS, the Board has determined that it is in the best interests of this Corporation and its stakeholders that this Corporation file a petition seeking relief under the provisions of chapter 11 of title 11 of the Bankruptcy Code, in which the authority to operate as a debtor-in-possession would be sought.

NOW THEREFORE, BE IT RESOLVED, that this Corporation file a petition seeking relief under the provisions of chapter 11 of title 11 of the Bankruptcy Code, in which the authority to operate as a debtor-in-possession will be sought, and the filing of such petition is authorized hereby; and it is further

RESOLVED, that each of the president, vice president, secretary, treasurer, assistant secretary, assistant treasurer and chief tax officer of the Corporation be appointed by the Board as an authorized signatory (each, individually, an "Authorized Officer," and, collectively, the "Authorized Officers") in connection with the chapter 11 case authorized herein; and it is further

RESOLVED, that the Authorized Officers or any one of them be, and each of them hereby is, authorized, empowered and directed on behalf of this Corporation to execute and verify a petition in the name of the Corporation under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York in such form and at such time as the Authorized Officer executing said petition on behalf of this Corporation shall determine; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Officers or any other officers of the Corporation to seek relief under chapter 11 of the Bankruptcy Code or in connection with the chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Corporation; and it is further

2

RESOLVED, that the terms and provisions of the Loan Documents, with such deletions or changes therein or additions thereto (substantial or otherwise) as the Authorized Officer executing the same may approve, are hereby adopted and approved in all respects; and that the Corporation hereby is authorized to enter into the Loan Documents and perform its obligations under the Loan Documents and to execute, authorize, deliver, verify, and/or file, or cause to be executed, authorized, delivered, verified and/or filed all necessary documents required to consummate the transactions contemplated thereby, and the Corporation is hereby authorized to borrow and to request letters of credit under the Loan Documents, and to pledge, mortgage or grant a lien or a security interest in, assets of the Corporation as security for such borrowing; and it is further

RESOLVED, that each and every officer, including the Authorized Officers, of the Corporation be, and each of them, acting alone, is hereby authorized, directed and empowered from time to time in the name and on behalf of the Corporation to take any and all such actions, and to execute and deliver or cause to be executed and delivered under seal of the Corporation or otherwise, any and all such other documents, agreements, certificates, writings and instruments to be delivered in connection with the Loan Documents (including, without limitation, any amendments, supplements or modifications to the Loan Documents and such other documents, agreements, certificates, writings and instruments to be delivered in connection therewith), and to grant the security interests in or liens on any real or personal property of the Corporation now or hereafter acquired as contemplated by the Loan Documents, with full authority to indorse, assign or guarantee any of the foregoing in the name of the Corporation, in each case, as any such officer may deem necessary or advisable to carry out the intent and purposes of the immediately foregoing resolution, his or her execution and delivery thereof to be conclusive evidence that he or she deems it necessary or advisable, his or her execution and delivery thereof to be conclusive evidence of his or her authority to so act and of his or her approval thereof; and it is further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered to execute, deliver and perform for and on behalf of the Corporation, as a debtor and debtor-in-possession, such agreements, instruments and any and all other documents and amendments necessary or appropriate to facilitate the transactions contemplated by the foregoing resolutions, containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Authorized Officer or Authorized Officers so acting; and it is further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered to authorize the Agent (as

3

defined in the Loan Agreement) to file any Uniform Commercial Code (the "UCC") financing statement the Agent deems necessary or convenient to perfect any lien or security interest granted under any agreement of the Corporation granting security to the Agent for the benefit of the Lenders, including any such UCC financing statement containing a super-generic description of collateral, such as "all assets", "all property now or hereafter acquired" and other similar descriptions of like import and to execute and deliver, and to record or authorize the recording of, such mortgages and deeds of trust in respect of real property of the Corporation and such other filing in respect of intellectual and other property of the Corporation, in each case as the Agent may reasonably request to perfect the security interests of the Agent and the Lenders under the Loan Documents; and it is further

RESOLVED, that the Corporation as an indirect wholly-owned subsidiary of Parent, hereby is authorized and empowered to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, consents, resolutions, documents, certificates and undertakings, and to incur all such fees and expenses as in its judgment shall be necessary, appropriate or advisable to cause and authorize the Corporation to guaranty, including, without limitation, any guaranty required by the Agent as a condition of the Lenders entry into the Loan Documents, the borrowing by the Parent of funds from a Lender or Lenders as any Authorized Officer of the Corporation or Parent deems appropriate, and obtain the use of cash collateral in such amounts, from such lender or lenders and on such terms as may be approved by any one or more of the Authorized Officers as reasonably necessary for the continuing conduct of the affairs of the Corporation and Parent and the Corporation may grant security interests in and liens upon all or any portion of its assets as may be deemed necessary by any one or more of the Authorized Officers in connection with such borrowings or the use of such cash collateral, including, without limitation, any grant of security, liens or mortgages required by the Agent as a condition of the Lenders entry into the Loan Documents; and it is further

RESOLVED, that Rothschild, Inc. be, and hereby are, employed as financial advisors and investment bankers for the Corporation in the chapter 11 case; and it is further

RESOLVED, that the law firm of Skadden, Arps, Slate, Meagher & Flom LLP and its affiliates be, and hereby are, employed under general retainer as attorneys for the Corporation in the chapter 11 case; and it is further

4

RESOLVED, that the law firm of Shearman & Sterling LLP be, and hereby are, employed as special counsel for the Corporation in the chapter 11 case; and it is further

RESOLVED, that FTI Consulting, Inc. be, and hereby are, employed as restructuring advisor for the Corporation in the chapter 11 case; and it is further

RESOLVED, that the Authorized Officers of the Corporation be, and each of them, with full authority to act without the others, hereby is, authorized, in the name and on behalf of the Corporation, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur and pay or cause to be paid all such fees and expenses as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers of the Corporation, each of the Authorized Officers of the Corporation be, and they hereby are, authorized and directed to take or perform or cause to be taken or performed all such further actions, to execute and deliver or cause to be executed and delivered all such further certificates, agreements, instruments and documents in the name and on behalf of the Corporation, to incur and pay or cause to be paid all such fees and expenses as in their judgment shall be necessary or advisable in order to carry out fully the intent and purposes of the foregoing resolutions; and it is further

RESOLVED, that all actions heretofore taken consistent with the purpose and intent of the foregoing resolutions are hereby ratified, confirmed and approved in all respects as the acts and deeds of the Corporation; and it is further

RESOLVED, that this consent may be signed in any number of counterparts, each of which shall be an original and all of which, taken together, shall constitute one and the same instrument and that once signed, this consent shall be filed with the corporate records of the Corporation; and it is further

RESOLVED, that the foregoing resolutions shall be effective upon, and only in the event that, the Parent resolves to file a petition seeking relief under the provisions of chapter 11 of title 11 of the Bankruptcy Code.

5

When signed by all members of the Corporation's Board of Directors, this unanimous written consent shall be effective as of the date first written above.

[SIGNATURE PAGE FOLLOWS]

6

IN WITNESS WHEREOF, the undersigned have executed this unanimous written consent of the Board of Directors as of the date first written above.


By: _Stephen L. Davey_____
Stephen L. Davey

By: _____
Theodore H. Lewis

IN WITNESS WHEREOF, the undersigned have executed this unanimous written consent of the Board of Directors as of the date first written above.

By: _____
    Stephen L. Davey

By: _____
    Theodore H. Lewis

## CONSOLIDATED LIST OF CREDITORS HOLDING
## THE FIFTY LARGEST UNSECURED CLAIMS

Following is a list of the Debtors' creditors holding the fifty largest unsecured claims on a consolidated basis with its debtor-affiliates.[1]  The list is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing a chapter 11 case.  This list does not include (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31), or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the fifty largest unsecured claims.

|  | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 1. | General Motors Corporation 300 Renaissance Center P.O. Box 300 Detroit, MI 48265-3000 Tel: 313-665-4898 (Legal) Tel: 313-556-5000 (Main) Fax: 517-272-3709 | John Devine, CFO | Trade, Warranty, and Other | Contingent and Unliquidated | Unknown |
| 2. | International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers – Communications Workers of America 501 3rd Street N.W., 6th Floor Washington, D.C. 20001 Tel:  202-434-1156 Fax:  202-434-1343 | James D. Clark, President | Wages and Benefits | Contingent and Unliquidated | Unknown |
| 3. | Pension Benefit Guaranty Corp 1200 K Street, N.W. Washington, D.C. 20005 Tel:  202-326-4020 Fax:  202-326-4112 | Jeffrey Cohen, Chief Counsel | Guaranty | Contingent and Unliquidated | Unknown |

---

[1]  All claims of affiliates are reported on a consolidated basis.

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 4. | United Auto Workers<br>8000 E. Jefferson<br>Detroit, MI 48214<br><br>Tel:  313-926-5000<br>Fax:  313-823-6016 | Richard Shoemaker, Vice President & Director GM Department | Wages and Benefits | Contingent and Unliquidated | Unknown |
| 5. | United Steel Workers<br>5 Gateway Center<br>Pittsburgh, PA 15222<br><br>Tel:  412-562-2400<br>Fax:  412-562-2484 | Leo W. Gerard, President | Wages and Benefits | Contingent and Unliquidated | Unknown |
| 6. | Wilmington Trust Company<br>Corporate Trust Office<br>1100 North Market Street Rodney Square North,<br>Wilmington, DE 19890<br><br>Tel:  302-636-6058<br>Fax:  302-636-4143 | Steven M. Cimalore, Vice President | Notes | | $2,000,000,000 |
| 7. | Law Debenture Trust Company of New York<br>Corporate Trust Office<br>780 Third Ave, 31st Floor<br>New York, NY 10017<br><br>Tel:  212-750-6474<br>Fax:  212-750-1361<br><br>and<br><br>Wilmington Trust Company<br>Corporate Trust Office<br>1100 North Market Street Rodney Square North,<br>Wilmington, DE 19890<br><br>Tel:  302-636-6058<br>Fax:  302-636-4143 | Patrick Healy, Vice President<br><br>and<br><br>Steven M. Cimalore, Vice President | Junior Subordinated Notes | | $412,371,975 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 8. | Flextronics International Asia Pacific 2 Robbins Road Westford, MA 01886<br><br>Tel: 978-392-3015 Fax: 978-392-3011 | Joe Minville, Sr. Director, Business Development, Global Automotive Markets | Trade | | $40,781,535 |
| 9. | Freescale Semiconductor Inc 6501 William Cannon Drive West Austin, TX 78735-8598<br><br>Tel: 512-895-2093 Fax: 512-895-8746 | Paul Grimme, Senior Vice President and General Manager, Transportation and Standard Products Group | Trade | | $22,710,027 |
| 10. | Robert Bosch Corporation 38000 Hills Tech Drive Farmington Hills, MI 48331-3417<br><br>Tel: 248-848-2555 Fax: 248-848-6505 | Linda Lynch, Sales Manager, General Motors N.A. | Trade | | $15,069,265 |
| 11. | Siemens Automotive Ltd 2400 Executive Hill Blvd. Auburn Hills, MI 48326-2980<br><br>Tel: 248-209-5874 Fax: 248-209-7877 | Peter H. Huizinga, Sales Manager, North American Sales | Trade | | $13,619,300 |
| 12. | PBR Automotive USA Pacific Group Ltd 140 Ellen Drive Orion Township, MI 48359<br><br>Tel: 248-340-1290 Fax: 248-377-4939 | Gordon Diag, VP | Trade | | $10,542,285 |
| 13. | DMC 2 Canada Corporation 2347 Commercial Drive Auburn Hills, MI 48326<br><br>Tel: 248-292-2261 Fax: 248-340-2471 | Bill Staron, Senior VP | Trade | | $8,976,696 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 14. | NEC Electronics Inc<br>Three Galleria Tower<br>13155 Noel Road, Ste 1100<br>Dallas, TX 75240<br><br>Tel: 972-855-5126<br>Fax: 972-655-5133 | Jim Trent, General Manager, Automotive SBU | Trade | | $8,896,819 |
| 15. | HSS LLC<br>5446 Dixie Highway<br>Saginaw, MI 48601<br><br>Tel: 989-777-2983<br>Fax: 989-777-4818 | David Bader, President | Trade | | $8,296,550 |
| 16. | Tyco Electronics Corp<br><br>Amperestrabe 12-14<br>Bensheim, Germany D-64625<br><br>Tel: 49-0-62-51-133-1-202<br>Fax: 49-0-62-51-133-1-548<br><br>and<br><br>P.O. Box 3608<br>Harrisburg, PA 17105-3608<br><br>Tel: 717-592-2298<br>Fax: 717-592-7555 | Dr. Jurgen W. Gromer, Vice President Tyco International Ltd., President and CEO Tyco Electronics Corp. | Trade | | $8,278,304 |
| 17. | Molex Inc<br>222 Wellington Court<br>Lisle, IL 60532-1682<br><br>Tel: 630-718-5888<br>Fax: 630-813-5888 | Ron Schubel, Executive Vice President, President Americas Region | Trade | | $8,014,656 |
| 18. | Panasonic Automotive<br>26455 American Drive<br>Southfield, MI 48034<br><br>Tel: 248-447-7111<br>Fax: 248-447-7008 | Vince Sarrecchia, President, Headquarters | Trade | | $7,429,854 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 19. | Olin Corp 427 N Shamrock Street East Alton, IL  62024-1174  Tel: 618-258-26664 Fax: 618-258-3481 | Devin Denner, Sales Manager | Trade | | $7,231,721 |
| 20. | Methode Electronics Inc 7401 W. Wilson Chicago, IL   60706  Tel: 708-867-6777 Fax: 708-867-3288 | Don Duda, President | Trade | | $6,397,471 |
| 21. | SGS Thompson Victor Park West 19575 Victor Parkway Livonia, MI  48152  Tel: 734-953-1711 Fax: 734-462-4034 | Scott Shilling, Sales Director | Trade | | $6,386,126 |
| 22. | Philips Semiconductors 1817 Dogwood Drive Kokomo, IN  46902  Tel: 765-868-3861 Fax: 765-452-9915 | Sam L. Trency, Global Account Manager, Kokomo | Trade | | $6,242,258 |
| 23. | Infineon Technologies  P.O. Box 80 09 49 Munich, Germany  81609  Tel: 49-0-89-234-8-52-00 Fax: 49-0-89-234-8-52-02  and  St.-Martin-Strasse 53 Munich, Germany  81669 | Peter Bauer, Executive Vice President | Trade | | $5,582,352 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 24. | Aw Transmission Engineering Aisin Seiki Co Ltd Metro West Industrial Park 14933 Keel St Plymouth, MI  48170  Tel: 734-416-1162 Fax: 734-416-3844 | Ryo Ishibashi, Sales Contact  and  Kenji Ito, VP  and  Larry Khaykin, Sr. Sales Manager | Trade | | $5,509,700 |
| 25. | Applied Bio Systems 850 Lincoln Centre Drive Foster City, CA  94404  Tel: 650-638-6431 Fax: 650-638-5998 | Ann Wagoner | Trade | | $5,491,366 |
| 26. | Alps Automotive Inc 1500 Atlantic Blvd. Auburn Hills, MI  48326  Tel: 248-393-7626 Fax: 248-391-1564 | Muneki Ishida, General Sales Manager | Trade | | $5,182,441 |
| 27. | Texas Instruments Inc 12900 North Meridian Street Suite 175 Ms 4070 Carmel, IN  46032  Tel: 317-574-2626 Fax: 317-573-6410 | Brent Mewhinney, US Automotive Sales Manager | Trade | | $5,041,608 |
| 28. | Hitachi Automotive  955 Warwick Rd Harrodsburg, KY  40330  Tel: 248-482-0085 Fax: 248-474-5097  and  34500 Grand River Avenue Farmington Hills, MI  48335 | Darrell Seitz, Senior Account Manager | Trade | | $4,979,093 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 29. | Sharp Electronics Corp 2613-1, Chinomoto, Cho, Tenri Nara, Japan  632-8567  Tel: 81-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 Fax: 81-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 | Akihiko Imaya, Group Deputy General Manager | Trade | | $4,974,247 |
| 30. | Semiconductor Components 2000 S County Trail East Greenwich, RI  02818  Tel: 734-953-6848 Fax: 734-953-6860 | Lance Williams, Director of Sales | Trade | | $4,865,672 |
| 31. | TRW Automotive 12000 Tech Center Drive Livonia, MI  48150  Tel: 734-266-3507 Fax: 734-266-5704 | John Nielsen, Director, Sales | Trade | | $4,821,907 |
| 32. | ISI of Indiana Inc 1212 East Michigan St. Indianapolis, IN  46202  Tel: 317-631-7980 Fax: 317-631-7981 | Brad Countryman | Trade | | $4,760,039 |
| 33. | Traxle Manufacturing Ltd 25300 Telegraph Rd. Ste 450 Raleigh Office Center Southfield, MI  48034  Tel: 248-355-3533 Fax: 248-355-3558 | Russ Pollack, Director of Sales | Trade | | $4,744,747 |
| 34. | Waupaca Foundry Inc 311 S Tower Rd Waupaca, WI  54981-0249  Tel: 715-258-6611 Fax: 715-258-1712 | Gary Thoe, Chairman | Trade | | $4,684,195 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 35. | Hitachi Chemical Asia Pacific<br><br>Bedok Plant: 20, Bedock South Road Singapore, Singapore  469277<br><br>Tel: 6241-9811<br>Fax: 5455-407<br><br>and<br><br>Loyang Plant: 32, Loyang Way Singapore, Singapore  508730<br><br>Tel: 6542-8511 | Y. Yokoya, Deputy Managing Director | Trade | | $4,562,688 |
| 36. | American Axle & Manufacturing Inc.<br>One Dauch Drive<br>Detroit, MI  48211-1198<br><br>Tel: 313-758-4217<br>Fax: 313-974-2870 | Joel Robinson President<br><br>and<br><br>Bob Finn, CEO | Trade | | $4,525,561 |
| 37. | TDK Corporation Of America<br>1221 Business Center Drive<br>Mount Prospect, IL  60056<br><br>Tel: 847-803-6100<br>Fax: 847-803-1125 | Frank H. Avant, President | Trade | | $4,466,206 |
| 38. | Pioneer Industrial Components (Pioneer Automotive Electronics Sales, Inc.)<br>22630 Haggerty Road<br>Farmington, MI  48335<br><br>Tel: 248-449-6799<br>Fax: 248-449-1940 | Kevin M. Martin Senior VP, Sales | Trade | | $4,189,855 |
| 39. | Fujitsu Ten Corporation<br>46029 Five Mile Road<br>Plymouth, MI  48170<br><br>Tel: 734-414-6651<br>Fax: 734-414-6660 | Chet Korzeniewski V.P., Sales and Marketing | Trade | | $4,156,580 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 40. | Solectron De Mexico SA de CV Solectron Invotronics 26525 American Drive Southfield, MI  48034  Tel: 248-263-8714 Fax: 248-263-8701 | Ed Mike, Sales Manager | Trade | | $4,129,744 |
| 41. | TI Group Automotive System 12345 E Nine Mile Warren, MI  48090  Tel: 586-755-8312 Fax: 586-427-3175 | Tim Kuppler, Vice President | Trade | | $3,990,388 |
| 42. | Timken Company 31100 Telegraph Road, Suite 270 Bingham Farms, MI 48025  Tel: 248-554-4882 Fax: 248-433-2253 | Brian Ruel, Director, Sales | Trade | | $3,619,957 |
| 43. | Engelhard Corporation 101 Wood Ave Iselin, NJ  08830  Tel: 732-205-6497 Fax: 732-906-0337 | Barry Perry, Chairman & CEO | Trade | | $3,577,915 |
| 44. | Cataler North America Corp. 7800 Chihama Kakegawa-City Shizuoka,  Japan  Tel: 81-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 Fax: 81-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 | Hironobu Ono, President | Trade | | $3,462,855 |
| 45. | Pechiney Rolled Products 39111 W Six Mile Rd. Livonia, MI  48152  Tel: 734-632-8484 Fax: 734-632-8483 | Jim Offer, Sales Manager | Trade | | $3,393,879 |
| 46. | Autocam Corporation East Paris Avenue Kentwood, MI  49512  Tel: 616-541-8551 Fax: 616-698-6876 | Scott Dekoker, Customer Manager | Trade | | $3,352,518 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 47. | Futaba Corp Of America 2865 Wall Triana Hwy Huntsville, AL  35824  Tel: 256-461-7348 Fax: 256-461-7741 | Joe M. Dorris, President | Trade | | $3,350,622 |
| 48. | Victory Packaging 3555 Timmons Lane Suite 1440 Houston, TX  77027  Tel: 713-961-3299 Fax: 713-961-3824 | Robert Egan, President | Trade | | $3,327,441 |
| 49. | Murata Electronics North 2200 Lake Park Drive Smyrna, GA  30080-7604  Tel: 770-433-7846 Fax: 678-842-6625 | David M. McGinnis, Director Automotive Sales | Trade | | $3,234,841 |
| 50. | Niles USA Inc 41129 Jo Drive Novi, MI 48375  Tel: 248-427-9700 Fax: 248-427-9701 | Michael Rudnicki, Account Manager  and  Scot McColl, Business Unit Manager | Trade | | $3,171,181 |

### DECLARATION CONCERNING THE DEBTOR'S LIST OF CREDITORS HOLDING THE FIFTY LARGEST UNSECURED CLAIMS

   I, John D. Sheehan, am the Vice President and Chief Restructuring Officer of Delphi Corporation and in such capacity am familiar with the financial affairs of the Debtors.  I have reviewed the foregoing List of Creditors Holding the Fifty Largest Unsecured Claims, and declare that the information contained therein is true and correct to the best of my knowledge, belief and understanding.

Dated:  October 8, 2005

              s/ John D. Sheehan
              John D. Sheehan
              Vice President and Chief
               Restructuring Officer

              Delphi Corporation

| FORM B1 | United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Delphi Automotive Systems Thailand, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**N/A** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**38-3379709** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.  (if<br>more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**Delphi Automotive Systems Thailand, Inc.**<br>**5725 Delphi Drive**<br>**Troy, Michigan 48098-2815** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:<br>**Oakland County, Michigan** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**Same as Street Address** | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):<br>**Same as Street Address** | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue**  (Check any applicable box)
- ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7 | ☒ Chapter 11    ☐ Chapter 13 |
| ☒ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 – Case ancillary to foreign proceeding | |
| ☐ Other _____ | ☐ Clearing Bank | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ☐ Consumer/Non-Business | ☒ Business | ☒ Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only)
Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments.  Rule 1006(b).  See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |

**Estimated Assets***

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

---

*    Holds investments in certain non-debtor subsidiaries.

(Official Form 1) (12/03)                                                                                    FORM B1, Page 2

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Delphi Automotive Systems Thailand, Inc.** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed:  **NONE** | Case Number: **N/A** | Date Filed: **N/A** |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one. attach additional sheet)

| Name of Debtor: **See Schedule I attached** | Case Number: **Pending** | Date Filed: **Date hereof** |
|---|---|---|
| District: **Southern District of New York** | Relationship: **Affiliate** | Judge: |

### SIGNATURES

| Signature(s) of Debtor(s) (Individual/Joint) | Exhibit A |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7. 11, 12 or 13 of title 11 of the United States Code, understand the relief available under each such chapter. and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11 of the United States Code, specified in this petition.  X _____ Signature of Debtor  X _____ Signature of Joint Debtor  _____ Telephone Number (if not represented by attorney)  _____ Date | (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) ☐ Exhibit A is attached and made a part of this petition. |

| | **Exhibit B** (To be completed if debtor is an individual whose debts are primary consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11 of the United States Code, and have explained the relief available under each such chapter.  X _____ Signature of Attorney for Debtor(s)                Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes. and Exhibit C is attached and made a part of this petition.
☒ No.

| Signature of Attorney | Signature of Attorney |
|---|---|
| X */s/ John Wm. Butler, Jr.* Signature of Attorney for Debtor(s)  John Wm. Butler, Jr Printed Name of Attorney for Debtor(s)  Skadden, Arps, Slate, Meagher & Flom LLP Firm Name  333 West Wacker Drive, Suite 2100 Chicago, Illinois 60606-1285 Address  (312) 407-0700 Telephone Number  October 8, 2005 Date | X */s/ Kayalyn A. Marafioti* Signature of Attorney for Debtor(s)  Kayalyn A. Marafioti Printed Name of Attorney for Debtor(s)  Skadden, Arps, Slate, Meagher & Flom LLP Firm Name  Four Times Square New York, New York 10036 Address  (212) 735-3000 Telephone Number  October 8, 2005 Date |

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11 of the United States Code, specified in this petition.

X */s/ John D. Sheehan*
Signature of Authorized Individual
John D. Sheehan
Printed Name of Authorized Individual
Vice President and Chief Restructuring Officer
Title of Authorized Individual
October 8, 2005
Date

2

### SCHEDULE I

### PENDING BANKRUPTCY CASES OF AFFILIATES

The following affiliates, which include the Debtor, have filed voluntary petitions

under chapter 11 with this Court, on the date hereof:

ASEC Manufacturing General Partnership (Delaware)
ASEC Sales General Partnership (Delaware)
Aspire, Inc. (Michigan)
Delco Electronics Overseas Corporation (Delaware)
Delphi Automotive Systems (Holding), Inc. (Delaware)
Delphi Automotive Systems Global (Holding), Inc. (Delaware)
Delphi Automotive Systems Human Resources LLC (Delaware)
Delphi Automotive Systems International, Inc. (Delaware)
Delphi Automotive Systems Korea, Inc. (Delaware)
Delphi Automotive Systems LLC (Delaware)
Delphi Automotive Systems Overseas Corporation (Delaware)
Delphi Automotive Systems Risk Management Corp. (Delaware)
Delphi Automotive Systems Services LLC (Delaware)
Delphi Automotive Systems Tennessee, Inc. (Delaware)
Delphi Automotive Systems Thailand, Inc. (Delaware)
Delphi China LLC (Delaware)
Delphi Connection Systems (California)
Delphi Corporation (Delaware)
Delphi Diesel Systems Corp. (Delaware)
Delphi Electronics (Holding) LLC (Delaware)
Delphi Foreign Sales Corporation (Virgin Islands)
Delphi Integrated Service Solutions, Inc. (Michigan)
Delphi International Holdings Corp. (Delaware)
Delphi International Services, Inc. (Delaware)
Delphi Liquidation Holding Company (Delaware)
Delphi LLC (Delaware)
Delphi Mechatronic Systems, Inc. (Delaware)
Delphi Medical Systems Colorado Corporation (Colorado)
Delphi Medical Systems Corporation (Delaware)
Delphi Medical Systems Texas Corporation (Delaware)
Delphi NY Holding Corporation (New York)
Delphi Services Holding Corporation (Delaware)
Delphi Technologies, Inc. (Delaware)
DREAL, Inc. (Delaware)
Environmental Catalysts, LLC (Delaware)
Exhaust Systems Corporation (Delaware)
Packard Hughes Interconnect Company (Delaware)
Specialty Electronics International Ltd. (Virgin Islands)
Specialty Electronics, Inc. (South Carolina)

# DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC.
## UNANIMOUS WRITTEN CONSENT
## <u>OF THE BOARD OF DIRECTORS</u>

### Dated as of October 〤, 2005

Pursuant to Section 141(f) of Delaware General Corporation Law, the undersigned, being all the members of the Board of Directors (the "<u>Board</u>") of Delphi Automotive Systems Thailand, Inc., a Delaware corporation (the "<u>Corporation</u>"), do hereby adopt, by this written consent, the following resolutions with the same force and effect as if they had been adopted at a duly convened meeting of the Board and direct that this written consent be filed with the minutes of the proceedings of the Board:

WHEREAS, the Board has been presented with a proposed petition to be filed by the Corporation in the United States Bankruptcy Court for the Southern District of New York seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), in which the authority to operate as a debtor-in-possession will be sought;

WHEREAS, the Corporation will benefit by the borrowings and use of cash collateral under that certain Revolving Credit, Term Loan and Guaranty Agreement, to be dated the date of the filing of the petition pursuant to Chapter 11 of the Bankruptcy Code (the "<u>Loan Agreement</u>" and together with each other document, instrument or agreement executed by the Corporation or any Guarantor in connection therewith, the "<u>Loan Documents</u>"), among Delphi Corporation (the "<u>Parent</u>") (the ultimate parent of the Corporation), the Corporation, each a debtor and debtor-in-possession in a case to be filed under Chapter 11 of the Bankruptcy Code, and the other subsidiaries of the Parent signatory thereto (each a "<u>Guarantor</u>" and collectively with the Corporation, the "<u>Guarantors</u>"), each of which Guarantors will be a debtor and debtor-in-possession in a case to be filed under Chapter 11 of the Bankruptcy Code (the cases of the Parent and the Guarantors, each a "<u>Case</u>" and collectively, the "<u>Cases</u>"), JPMorgan Chase Bank, N.A. ("<u>JPMCB</u>"), Citigroup USA, Inc. ("<u>CUSA</u>"), each of the other financial institutions from time to time party hereto (together with JPMCB and CUSA, the "<u>Lenders</u>"), JPMCB, as administrative agent (in such capacity, the "<u>Administrative Agent</u>") for the Lenders, and CUSA, as syndication agent (in such capacity, the "<u>Syndication Agent</u>"; together, the Administrative Agent and the Syndication Agent are the "<u>Agents</u>") for the Lenders; which Loan Documents (A) provide the Parent with loan facilities of $2,000,000,000,

comprised of (i) a revolving credit and letter of credit facility in an aggregate principal amount of $1,750,000,000 as set forth therein and (ii) a term loan in an aggregate principal amount of $250,000,000 as set forth therein, (B) require all of the Parent's obligations therein to be guaranteed by the Guarantors, and (C) provide for the proceeds therefrom to be used for working capital and for other general corporate purposes of the Parent and its Subsidiaries, including the making of pension contributions, adequate protection payments to the pre-petition lenders, and the payment of transaction costs, fees and expenses in respect of the contemplated transactions and the Cases and the payment of all Restructuring Costs (as defined in the Loan Agreement);

WHEREAS, the Board has determined that it is in the best interests of this Corporation and its stakeholders that this Corporation file a petition seeking relief under the provisions of chapter 11 of title 11 of the Bankruptcy Code, in which the authority to operate as a debtor-in-possession would be sought.

NOW THEREFORE, BE IT RESOLVED, that this Corporation file a petition seeking relief under the provisions of chapter 11 of title 11 of the Bankruptcy Code, in which the authority to operate as a debtor-in-possession will be sought, and the filing of such petition is authorized hereby; and it is further

RESOLVED, that each of the secretary, treasurer, assistant secretary, assistant treasurer and chief tax officer of the Corporation be appointed by the Board as an authorized signatory (each, individually, an "Authorized Officer," and, collectively, the "Authorized Officers") in connection with the chapter 11 case authorized herein; and it is further

RESOLVED, that the Authorized Officers or any one of them be, and each of them hereby is, authorized, empowered and directed on behalf of this Corporation to execute and verify a petition in the name of the Corporation under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York in such form and at such time as the Authorized Officer executing said petition on behalf of this Corporation shall determine; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Officers or any other officers of the Corporation to seek relief under chapter 11 of the Bankruptcy Code or in connection with the chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Corporation; and it is further

2

RESOLVED, that the terms and provisions of the Loan Documents, with such deletions or changes therein or additions thereto (substantial or otherwise) as the Authorized Officer executing the same may approve, are hereby adopted and approved in all respects; and that the Corporation hereby is authorized to enter into the Loan Documents and perform its obligations under the Loan Documents and to execute, authorize, deliver, verify, and/or file, or cause to be executed, authorized, delivered, verified and/or filed all necessary documents required to consummate the transactions contemplated thereby, and the Corporation is hereby authorized to borrow and to request letters of credit under the Loan Documents, and to pledge, mortgage or grant a lien or a security interest in, assets of the Corporation as security for such borrowing; and it is further

RESOLVED, that each and every officer, including the Authorized Officers, of the Corporation be, and each of them, acting alone, is hereby authorized, directed and empowered from time to time in the name and on behalf of the Corporation to take any and all such actions, and to execute and deliver or cause to be executed and delivered under seal of the Corporation or otherwise, any and all such other documents, agreements, certificates, writings and instruments to be delivered in connection with the Loan Documents (including, without limitation, any amendments, supplements or modifications to the Loan Documents and such other documents, agreements, certificates, writings and instruments to be delivered in connection therewith), and to grant the security interests in or liens on any real or personal property of the Corporation now or hereafter acquired as contemplated by the Loan Documents, with full authority to indorse, assign or guarantee any of the foregoing in the name of the Corporation, in each case, as any such officer may deem necessary or advisable to carry out the intent and purposes of the immediately foregoing resolution, his or her execution and delivery thereof to be conclusive evidence that he or she deems it necessary or advisable, his or her execution and delivery thereof to be conclusive evidence of his or her authority to so act and of his or her approval thereof; and it is further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered to execute, deliver and perform for and on behalf of the Corporation, as a debtor and debtor-in-possession, such agreements, instruments and any and all other documents and amendments necessary or appropriate to facilitate the transactions contemplated by the foregoing resolutions, containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Authorized Officer or Authorized Officers so acting; and it is further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered to authorize the Agent (as

3

defined in the Loan Agreement) to file any Uniform Commercial Code (the "UCC") financing statement the Agent deems necessary or convenient to perfect any lien or security interest granted under any agreement of the Corporation granting security to the Agent for the benefit of the Lenders, including any such UCC financing statement containing a super-generic description of collateral, such as "all assets", "all property now or hereafter acquired" and other similar descriptions of like import and to execute and deliver, and to record or authorize the recording of, such mortgages and deeds of trust in respect of real property of the Corporation and such other filing in respect of intellectual and other property of the Corporation, in each case as the Agent may reasonably request to perfect the security interests of the Agent and the Lenders under the Loan Documents; and it is further

RESOLVED, that the Corporation as an indirect wholly-owned subsidiary of Parent, hereby is authorized and empowered to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, consents, resolutions, documents, certificates and undertakings, and to incur all such fees and expenses as in its judgment shall be necessary, appropriate or advisable to cause and authorize the Corporation to guaranty, including, without limitation, any guaranty required by the Agent as a condition of the Lenders entry into the Loan Documents, the borrowing by the Parent of funds from a Lender or Lenders as any Authorized Officer of the Corporation or Parent deems appropriate, and obtain the use of cash collateral in such amounts, from such lender or lenders and on such terms as may be approved by any one or more of the Authorized Officers as reasonably necessary for the continuing conduct of the affairs of the Corporation and Parent and the Corporation may grant security interests in and liens upon all or any portion of its assets as may be deemed necessary by any one or more of the Authorized Officers in connection with such borrowings or the use of such cash collateral, including, without limitation, any grant of security, liens or mortgages required by the Agent as a condition of the Lenders entry into the Loan Documents; and it is further

RESOLVED, that Rothschild, Inc. be, and hereby are, employed as financial advisors and investment bankers for the Corporation in the chapter 11 case; and it is further

RESOLVED, that the law firm of Skadden, Arps, Slate, Meagher & Flom LLP and its affiliates be, and hereby are, employed under general retainer as attorneys for the Corporation in the chapter 11 case; and it is further

4

RESOLVED, that the law firm of Shearman & Sterling LLP be, and hereby are, employed as special counsel for the Corporation in the chapter 11 case; and it is further

RESOLVED, that FTI Consulting, Inc. be, and hereby are, employed as restructuring advisor for the Corporation in the chapter 11 case; and it is further

RESOLVED, that the Authorized Officers of the Corporation be, and each of them, with full authority to act without the others, hereby is, authorized, in the name and on behalf of the Corporation, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur and pay or cause to be paid all such fees and expenses as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers of the Corporation, each of the Authorized Officers of the Corporation be, and they hereby are, authorized and directed to take or perform or cause to be taken or performed all such further actions, to execute and deliver or cause to be executed and delivered all such further certificates, agreements, instruments and documents in the name and on behalf of the Corporation, to incur and pay or cause to be paid all such fees and expenses as in their judgment shall be necessary or advisable in order to carry out fully the intent and purposes of the foregoing resolutions; and it is further

RESOLVED, that all actions heretofore taken consistent with the purpose and intent of the foregoing resolutions are hereby ratified, confirmed and approved in all respects as the acts and deeds of the Corporation; and it is further

RESOLVED, that this consent may be signed in any number of counterparts, each of which shall be an original and all of which, taken together, shall constitute one and the same instrument and that once signed, this consent shall be filed with the corporate records of the Corporation; and it is further

RESOLVED, that the foregoing resolutions shall be effective upon, and only in the event that, the Parent resolves to file a petition seeking relief under the provisions of chapter 11 of title 11 of the Bankruptcy Code.

5

When signed by all members of the Corporation's Board of Directors, this unanimous written consent shall be effective as of the date first written above.

[SIGNATURE PAGE FOLLOWS]

6

IN WITNESS WHEREOF, the undersigned have executed this unanimous written consent of the Board of Directors as of the date first written above.

By: _____

NAME:  John D. Sheehan
TITLE:  Chairman &
              Managing Director

## CONSOLIDATED LIST OF CREDITORS HOLDING
## THE FIFTY LARGEST UNSECURED CLAIMS

       Following is a list of the Debtors' creditors holding the fifty largest unsecured claims on a consolidated basis with its debtor-affiliates.[1]  The list is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing a chapter 11 case.  This list does not include (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31), or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the fifty largest unsecured claims.

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 1. | General Motors Corporation 300 Renaissance Center P.O. Box 300 Detroit, MI 48265-3000  Tel: 313-665-4898 (Legal) Tel: 313-556-5000 (Main) Fax: 517-272-3709 | John Devine, CFO | Trade, Warranty, and Other | Contingent and Unliquidated | Unknown |
| 2. | International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers – Communications Workers of America 501 3rd Street N.W., 6th Floor Washington, D.C. 20001  Tel:  202-434-1156 Fax:  202-434-1343 | James D. Clark, President | Wages and Benefits | Contingent and Unliquidated | Unknown |
| 3. | Pension Benefit Guaranty Corp 1200 K Street, N.W. Washington, D.C. 20005  Tel:  202-326-4020 Fax:  202-326-4112 | Jeffrey Cohen, Chief Counsel | Guaranty | Contingent and Unliquidated | Unknown |

---

[1]  All claims of affiliates are reported on a consolidated basis.

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 4. | United Auto Workers<br>8000 E. Jefferson<br>Detroit, MI 48214<br><br>Tel:  313-926-5000<br>Fax:  313-823-6016 | Richard Shoemaker, Vice President & Director GM Department | Wages and Benefits | Contingent and Unliquidated | Unknown |
| 5. | United Steel Workers<br>5 Gateway Center<br>Pittsburgh, PA 15222<br><br>Tel:  412-562-2400<br>Fax:  412-562-2484 | Leo W. Gerard, President | Wages and Benefits | Contingent and Unliquidated | Unknown |
| 6. | Wilmington Trust Company<br>Corporate Trust Office<br>1100 North Market Street Rodney Square North,<br>Wilmington, DE 19890<br><br>Tel:  302-636-6058<br>Fax:  302-636-4143 | Steven M. Cimalore, Vice President | Notes | | $2,000,000,000 |
| 7. | Law Debenture Trust Company of New York<br>Corporate Trust Office<br>780 Third Ave, 31st Floor<br>New York, NY 10017<br><br>Tel:  212-750-6474<br>Fax:  212-750-1361<br><br>and<br><br>Wilmington Trust Company<br>Corporate Trust Office<br>1100 North Market Street Rodney Square North,<br>Wilmington, DE 19890<br><br>Tel:  302-636-6058<br>Fax:  302-636-4143 | Patrick Healy, Vice President<br><br>and<br><br>Steven M. Cimalore, Vice President | Junior Subordinated Notes | | $412,371,975 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 8. | Flextronics International Asia Pacific 2 Robbins Road Westford, MA 01886<br><br>Tel: 978-392-3015 Fax: 978-392-3011 | Joe Minville, Sr. Director, Business Development, Global Automotive Markets | Trade | | $40,781,535 |
| 9. | Freescale Semiconductor Inc 6501 William Cannon Drive West Austin, TX 78735-8598<br><br>Tel: 512-895-2093 Fax: 512-895-8746 | Paul Grimme, Senior Vice President and General Manager, Transportation and Standard Products Group | Trade | | $22,710,027 |
| 10. | Robert Bosch Corporation 38000 Hills Tech Drive Farmington Hills, MI 48331-3417<br><br>Tel: 248-848-2555 Fax: 248-848-6505 | Linda Lynch, Sales Manager, General Motors N.A. | Trade | | $15,069,265 |
| 11. | Siemens Automotive Ltd 2400 Executive Hill Blvd. Auburn Hills, MI 48326-2980<br><br>Tel: 248-209-5874 Fax: 248-209-7877 | Peter H. Huizinga, Sales Manager, North American Sales | Trade | | $13,619,300 |
| 12. | PBR Automotive USA Pacific Group Ltd 140 Ellen Drive Orion Township, MI 48359<br><br>Tel: 248-340-1290 Fax: 248-377-4939 | Gordon Diag, VP | Trade | | $10,542,285 |
| 13. | DMC 2 Canada Corporation 2347 Commercial Drive Auburn Hills, MI 48326<br><br>Tel: 248-292-2261 Fax: 248-340-2471 | Bill Staron, Senior VP | Trade | | $8,976,696 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 14. | NEC Electronics Inc Three Galleria Tower 13155 Noel Road, Ste 1100 Dallas, TX 75240<br><br>Tel: 972-855-5126 Fax: 972-655-5133 | Jim Trent, General Manager, Automotive SBU | Trade | | $8,896,819 |
| 15. | HSS LLC 5446 Dixie Highway Saginaw, MI 48601<br><br>Tel: 989-777-2983 Fax: 989-777-4818 | David Bader, President | Trade | | $8,296,550 |
| 16. | Tyco Electronics Corp<br><br>Amperestrabe 12-14 Bensheim, Germany D-64625<br><br>Tel: 49-0-62-51-133-1-202 Fax: 49-0-62-51-133-1-548<br><br>and<br><br>P.O. Box 3608 Harrisburg, PA 17105-3608<br><br>Tel: 717-592-2298 Fax: 717-592-7555 | Dr. Jurgen W. Gromer, Vice President Tyco International Ltd., President and CEO Tyco Electronics Corp. | Trade | | $8,278,304 |
| 17. | Molex Inc 222 Wellington Court Lisle, IL 60532-1682<br><br>Tel: 630-718-5888 Fax: 630-813-5888 | Ron Schubel, Executive Vice President, President Americas Region | Trade | | $8,014,656 |
| 18. | Panasonic Automotive 26455 American Drive Southfield, MI 48034<br><br>Tel: 248-447-7111 Fax: 248-447-7008 | Vince Sarrecchia, President, Headquarters | Trade | | $7,429,854 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 19. | Olin Corp<br>427 N Shamrock Street<br>East Alton, IL 62024-1174<br><br>Tel: 618-258-26664<br>Fax: 618-258-3481 | Devin Denner, Sales Manager | Trade | | $7,231,721 |
| 20. | Methode Electronics Inc<br>7401 W. Wilson<br>Chicago, IL 60706<br><br>Tel: 708-867-6777<br>Fax: 708-867-3288 | Don Duda, President | Trade | | $6,397,471 |
| 21. | SGS Thompson<br>Victor Park West<br>19575 Victor Parkway<br>Livonia, MI 48152<br><br>Tel: 734-953-1711<br>Fax: 734-462-4034 | Scott Shilling, Sales Director | Trade | | $6,386,126 |
| 22. | Philips Semiconductors<br>1817 Dogwood Drive<br>Kokomo, IN 46902<br><br>Tel: 765-868-3861<br>Fax: 765-452-9915 | Sam L. Trency, Global Account Manager, Kokomo | Trade | | $6,242,258 |
| 23. | Infineon Technologies<br><br>P.O. Box 80 09 49<br>Munich, Germany 81609<br><br>Tel: 49-0-89-234-8-52-00<br>Fax: 49-0-89-234-8-52-02<br><br>and<br><br>St.-Martin-Strasse 53<br>Munich, Germany 81669 | Peter Bauer, Executive Vice President | Trade | | $5,582,352 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 24. | Aw Transmission Engineering Aisin Seiki Co Ltd Metro West Industrial Park 14933 Keel St Plymouth, MI  48170  Tel: 734-416-1162 Fax: 734-416-3844 | Ryo Ishibashi, Sales Contact  and  Kenji Ito, VP  and  Larry Khaykin, Sr. Sales Manager | Trade | | $5,509,700 |
| 25. | Applied Bio Systems 850 Lincoln Centre Drive Foster City, CA  94404  Tel: 650-638-6431 Fax: 650-638-5998 | Ann Wagoner | Trade | | $5,491,366 |
| 26. | Alps Automotive Inc 1500 Atlantic Blvd. Auburn Hills, MI  48326  Tel: 248-393-7626 Fax: 248-391-1564 | Muneki Ishida, General Sales Manager | Trade | | $5,182,441 |
| 27. | Texas Instruments Inc 12900 North Meridian Street Suite 175 Ms 4070 Carmel, IN  46032  Tel: 317-574-2626 Fax: 317-573-6410 | Brent Mewhinney, US Automotive Sales Manager | Trade | | $5,041,608 |
| 28. | Hitachi Automotive  955 Warwick Rd Harrodsburg, KY  40330  Tel: 248-482-0085 Fax: 248-474-5097  and  34500 Grand River Avenue Farmington Hills, MI  48335 | Darrell Seitz, Senior Account Manager | Trade | | $4,979,093 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 29. | Sharp Electronics Corp 2613-1, Chinomoto, Cho, Tenri Nara, Japan  632-8567  Tel: 81-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 Fax: 81-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 | Akihiko Imaya, Group Deputy General Manager | Trade | | $4,974,247 |
| 30. | Semiconductor Components 2000 S County Trail East Greenwich, RI  02818  Tel: 734-953-6848 Fax: 734-953-6860 | Lance Williams, Director of Sales | Trade | | $4,865,672 |
| 31. | TRW Automotive 12000 Tech Center Drive Livonia, MI  48150  Tel: 734-266-3507 Fax: 734-266-5704 | John Nielsen, Director, Sales | Trade | | $4,821,907 |
| 32. | ISI of Indiana Inc 1212 East Michigan St. Indianapolis, IN  46202  Tel: 317-631-7980 Fax: 317-631-7981 | Brad Countryman | Trade | | $4,760,039 |
| 33. | Traxle Manufacturing Ltd 25300 Telegraph Rd. Ste 450 Raleigh Office Center Southfield, MI  48034  Tel: 248-355-3533 Fax: 248-355-3558 | Russ Pollack, Director of Sales | Trade | | $4,744,747 |
| 34. | Waupaca Foundry Inc 311 S Tower Rd Waupaca, WI  54981-0249  Tel: 715-258-6611 Fax: 715-258-1712 | Gary Thoe, Chairman | Trade | | $4,684,195 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 35. | Hitachi Chemical Asia Pacific<br><br>Bedok Plant: 20, Bedock South Road Singapore, Singapore  469277<br><br>Tel: 6241-9811<br>Fax: 5455-407<br><br>and<br><br>Loyang Plant: 32, Loyang Way Singapore, Singapore  508730<br><br>Tel: 6542-8511 | Y. Yokoya, Deputy Managing Director | Trade | | $4,562,688 |
| 36. | American Axle & Manufacturing Inc.<br>One Dauch Drive<br>Detroit, MI  48211-1198<br><br>Tel: 313-758-4217<br>Fax: 313-974-2870 | Joel Robinson President<br><br>and<br><br>Bob Finn, CEO | Trade | | $4,525,561 |
| 37. | TDK Corporation Of America<br>1221 Business Center Drive<br>Mount Prospect, IL  60056<br><br>Tel: 847-803-6100<br>Fax: 847-803-1125 | Frank H. Avant, President | Trade | | $4,466,206 |
| 38. | Pioneer Industrial Components (Pioneer Automotive Electronics Sales, Inc.)<br>22630 Haggerty Road<br>Farmington, MI  48335<br><br>Tel: 248-449-6799<br>Fax: 248-449-1940 | Kevin M. Martin Senior VP, Sales | Trade | | $4,189,855 |
| 39. | Fujitsu Ten Corporation<br>46029 Five Mile Road<br>Plymouth, MI  48170<br><br>Tel: 734-414-6651<br>Fax: 734-414-6660 | Chet Korzeniewski V.P., Sales and Marketing | Trade | | $4,156,580 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 40. | Solectron De Mexico SA de CV Solectron Invotronics 26525 American Drive Southfield, MI 48034 Tel: 248-263-8714 Fax: 248-263-8701 | Ed Mike, Sales Manager | Trade | | $4,129,744 |
| 41. | TI Group Automotive System 12345 E Nine Mile Warren, MI 48090 Tel: 586-755-8312 Fax: 586-427-3175 | Tim Kuppler, Vice President | Trade | | $3,990,388 |
| 42. | Timken Company 31100 Telegraph Road, Suite 270 Bingham Farms, MI 48025 Tel: 248-554-4882 Fax: 248-433-2253 | Brian Ruel, Director, Sales | Trade | | $3,619,957 |
| 43. | Engelhard Corporation 101 Wood Ave Iselin, NJ 08830 Tel: 732-205-6497 Fax: 732-906-0337 | Barry Perry, Chairman & CEO | Trade | | $3,577,915 |
| 44. | Cataler North America Corp. 7800 Chihama Kakegawa-City Shizuoka, Japan Tel: 81-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 Fax: 81-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 | Hironobu Ono, President | Trade | | $3,462,855 |
| 45. | Pechiney Rolled Products 39111 W Six Mile Rd. Livonia, MI 48152 Tel: 734-632-8484 Fax: 734-632-8483 | Jim Offer, Sales Manager | Trade | | $3,393,879 |
| 46. | Autocam Corporation East Paris Avenue Kentwood, MI 49512 Tel: 616-541-8551 Fax: 616-698-6876 | Scott Dekoker, Customer Manager | Trade | | $3,352,518 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 47. | Futaba Corp Of America 2865 Wall Triana Hwy Huntsville, AL  35824  Tel: 256-461-7348 Fax: 256-461-7741 | Joe M. Dorris, President | Trade | | $3,350,622 |
| 48. | Victory Packaging 3555 Timmons Lane Suite 1440 Houston, TX  77027  Tel: 713-961-3299 Fax: 713-961-3824 | Robert Egan, President | Trade | | $3,327,441 |
| 49. | Murata Electronics North 2200 Lake Park Drive Smyrna, GA  30080-7604  Tel: 770-433-7846 Fax: 678-842-6625 | David M. McGinnis, Director Automotive Sales | Trade | | $3,234,841 |
| 50. | Niles USA Inc 41129 Jo Drive Novi, MI 48375  Tel: 248-427-9700 Fax: 248-427-9701 | Michael Rudnicki, Account Manager  and  Scot McColl, Business Unit Manager | Trade | | $3,171,181 |

**DECLARATION CONCERNING THE DEBTOR'S LIST OF CREDITORS
<u>HOLDING THE FIFTY LARGEST UNSECURED CLAIMS</u>**

   I, John D. Sheehan, am the Vice President and Chief Restructuring Officer of Delphi Corporation and in such capacity am familiar with the financial affairs of the Debtors.  I have reviewed the foregoing List of Creditors Holding the Fifty Largest Unsecured Claims, and declare that the information contained therein is true and correct to the best of my knowledge, belief and understanding.

Dated:  October 8, 2005

          <u>s/ John D. Sheehan</u>
          John D. Sheehan
          Vice President and Chief
            Restructuring Officer

          Delphi Corporation