CHAPMAN AND CUTLER LLP
Attorneys For Littelfuse, Inc.
111 West Monroe Street
Chicago, Illinois 60603
(312) 845-3711
(312) 516-1911
David S. Barritt (IL 6180040)
barritt@chapman.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                                       :
                                                             :
DELPHI CORPORATION, et al.,                                  :      Chapter 11
                                                             :      Case No. 05-44481-rdd
           Debtors.                                          :      Jointly Administered
------------------------------------------------------------ x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, David S. Barritt, a member in good standing of the bar in the State of Illinois and of the bar of the U.S. District Court for the Northern District of Illinois, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Littelfuse, Inc., a party-in-interest in the above referenced case.

My address is:    111 West Monroe Street
                  Chicago, Illinois 60603-4080
                  barritt@chapman.com
                  (312) 845-3711 (phone)
                  ((312) 516-1911 (fax)

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice ***pro hac vice***.

Dated:   October 13, 2005

                                    Respectfully submitted,

                                    CHAPMAN AND CUTLER LLP


                                    By /s/ David S. Barritt_____
                                        David S. Barritt
                                        Chapman and Cutler LLP
                                        111 West Monroe Street
                                        Chicago, Illinois 60603-0480
                                        (312) 845-3711 (phone)
                                        (312) 516-1911 (fax)
                                        barritt@chapman.com

1944804.01.02