CHAPMAN AND CUTLER LLP
Attorneys For Littelfuse, Inc.
111 West Monroe Street
Chicago, Illinois 60603
(312) 845-3711
(312) 516-1911
David S. Barritt (IL 6180040)
barritt@chapman.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re:                                              :
                                                    :
DELPHI CORPORATION, et al.,         :         Chapter 11
                                                    :         Case No. 05-44481-rdd
           Debtors.                             :         Jointly Administered
------------------------------------------------------------ x

**ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

    IT IS ORDERED that David S. Barritt, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.


Dated: _____        /s/ _____
            New York, New York                                   United States Bankruptcy Judge

1944838.01.02