DICONZA LAW, P.C.
  Bankruptcy Counsel for Tyz-All Plastics, Inc.
630 Third Avenue
New York, New York 10017
Tel:  212-682-4940
Fax:  212-682-4942
Gerard DiConza (GD-0890)
Lance A. Schildkraut (LS-9350)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
                                                        :
In re:                                                  :
                                                        :        Chapter 11
                                                        :
DELPHI CORPORATION, *et al.*,                           :        Case Nos. 05-44481 (RDD)
                                                        :
                                         Debtors.  :        Jointly Administered
                                                        :
                                                        :
------------------------------------------------------- x

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF PAPERS AND RESERVATION OF RIGHTS

          **PLEASE TAKE NOTICE** that DiConza Law, P.C. appears for Tyz-All Plastics,

Inc. ("Tyz-All") and, pursuant to Rules 2002, 9007, 9010(b) and 9013 of the Rules of Bankruptcy

Procedure and 11 U.S.C. § 1109(b), requests that all notices given or required in the above-

captioned cases, and all documents, and all other papers served in these cases, be given to and

served by email only upon:

                              DiConza Law, P.C.
                              Attn:  Gerard DiConza, Esq.
                              E-Mail:  gdiconza@dlawpc.com

          **PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the

Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in

the rules specified above but also includes, without limitation, orders and notices of any

application, motion, petition, pleading, request, complaint or demand, whether formal or

informal, whether written or oral, and whether transmitted or conveyed by mail, delivery,

telephone, electronically or otherwise, which affects the above-captioned debtors or their

property.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later

appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core

matters entered only after de novo review by a District Judge, (2) to trial by jury in any

proceeding so triable in these cases or any case, controversy, or proceeding related to these cases,

(3) to have the District Court withdraw the reference in any matter subject to mandatory or

discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or

recoupments to which Tyz-All is or may be entitled under agreements, in law or in equity, all of

which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  New York, New York
      October 13, 2005                         DICONZA LAW, P.C.


                                    By:    /s/ Gerard DiConza
                                            Gerard DiConza (GD-0890)
                                            630 Third Avenue, 7th Floor
                                            New York, New York 10017
                                            Tel:  (212) 682-4940
                                            Fax:  (212) 682-4942
                                            Email:  gdiconza@dlawpc.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, being duly admitted to practice before the District Court for the Southern District of New York, certifies that on October 13, 2005, a true and correct copy of the foregoing was served, by overnight mail, upon the following:

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

Dated: New York, New York
        October 13, 2005

                              /s/ Gerard DiConza
                              Gerard DiConza (GD-0890)