# Armada Rubber Manufacturing Company

MOLDERS OF SMALL RUBBER PRODUCTS
Mechanical and Industrial Molding Specialists
Design and Production

October 8, 2005

Via: Certified Mail

Delphi Corporation
Mr. Robert Kelly – Buyer
1401 Crooks Road
Troy, MI 48084-7106

Subject: Reclamation of Goods

Dear Mr. Kelly,

Please be advised that Armada Rubber Manufacturing Company demands reclamation of the following goods pursuant to 11 U.S.C. § 543© which have been delivered to Delphi Corporation.

| INVOICE | DATE    | PLANT | DESCRIPTION | QUANTITY | AMOUNT     |
|---------|---------|-------|-------------|----------|------------|
| 170720  | 9/27/05 | DA31  | 12237910    | 20,000   | $ 760.00   |
| 170721  | 9/27/05 | RH01  | 10276643    | 14,000   | $ 490.00   |
| 170975  | 10/3/05 | DA31  | 12237910    | 10,000   | $ 380.00   |
| 170976  | 10/3/05 | RH01  | 10276643    | 14,000   | $ 490.00   |
| 170015  | 10/4/05 | R401  | 16878335    | 10,000   | $ 340.00   |
| 171016  | 10/4/05 | RH01  | 16901973    | 30,000   | $ 1,200.00 |
| 171131  | 10/6/05 | RH01  | 16901254    | 70,000   | $ 1,610.00 |
|         |         |       | Total       |          | $ 5,270.00 |

Please reply promptly to this demand.

Sincerely,

Armada Rubber Manufacturing Company

*Robert A Bova*

Robert Bova
Controller

Cc:  Patrick E. Mears, Esq.(via First Class Mail)  *fax*
     Meager & Flom LLP
     Brett A. Lendzion(Delphi)

24586 Armada Ridge Road PO Box 579 Armada MI  48005-0579 TEL (586)784-9135 FAX (586)784-5023

# ARMADA RUBBER MANUFACTURING COMPANY

24586 Armada Ridge Road, P.O. Box 579 • Armada, Michigan 48005-0579
586-784-9135 • Fax 784-5023
D-U-N-S No. 00-537-2040

**INVOICE NUMBER:** 170720

**SOLD TO:**
DELPHI DELCO ELECTRONICS CORP
P O BOX 9005
KOKOMO IN 46904-9005

**SHIP TO:**
DELPHI DELCO ELECTRONICS CORP
PLT 6 FF35/INTL TRADES & FOR
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| DELPH7 | | DA31 | |
| 08460B | NET 25TH PROX | ARMADA MI | 09/27/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/27/05 | 170720 | BNAF   BAX GLOBAL | 16 | 1 | 15 |

| P.O. NUMBER / INT. PART NO. | CUSTOMER PART NUMBER / DESCRIPTION | PRIOR ACCUM. / TOTAL ACCUM. | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0550039646 | 12237910 | 210000 | 20000.00 | 0.038000 | $760.00 |
| 8742.4 | BUMPER | 230000 | 2 CTN | ALEX | |

SITE CODE 08460B

ROUTING: IF LESS THAN 50# SHIP VIA BAX GLOBAL COLLECT 2ND DAY SERVICE.800-225-522
IF GREATER THAN 50# SHIP VIA CENTRAL TRANS
FAX PACKING SLIP TO GRACIELA PENA AT
956-228-3118.

FINAL DEST. INDUSTRIAL PARK, K 13.5,
REYNOSA MEXICO.
SITE CODE: 08460B MUST BE ON CONTAINER & INCLUDE BAR CODED SHIPPER ID # ON P/S

| | |
|---|---|
| Sales Tax: | $0.00 |
| Freight: | $0.00 |
| Total: | **$760.00** |

"We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended and of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

**PAST DUE BALANCES WILL RESULT IN HELD SHIPMENTS.**

# ARMADA RUBBER MANUFACTURING COMPANY

24586 Armada Ridge Road, P.O. Box 579 • Armada, Michigan 48005-0579
586-784-9135 • Fax 784-5023
D-U-N-S No. 00-537-2040

**INVOICE NUMBER: 170721**

**SOLD TO:**
DELPHI INT-COMPONENTES
EAG DISBURSEMENT SERVICES
P O BOX 1550
FLINT MI 48501-1550

**SHIP TO:**
DELPHI-COMP MECANICOS-39701
DCMM RH01 % C/O VALLEY WAREH(
3301 NAFTA PARKWAY SUITE B
BROWNSVILLE TX 78521

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| DELPH2 005372040 | NET 25TH PROX | RH01 ARMADA MI | 09/27/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/27/05 | 170721 | BNAF  BAX GLOBAL | 39 | 2 | 37 |

| P.O. NUMBER / INT. PART NO. | CUSTOMER PART NUMBER / DESCRIPTION | PRIOR ACCUM. / TOTAL ACCUM. | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 550022386 10363.3 | 10276643 BUMPER 005372040 | 602000 616000 | 14000.00 1 CTN | 0.035000 AC/PHO | $490.00 |

PACKING SLIP ATTACHED TO B/L & OUTSIDE OF B 150# OR LESS SHIP BAX GLOBAL TO AIR ROAD C(
MUST INCLUDE COPY OF CERT. OF ORIGIN    OVER 150# VIA FJAX.BLD M/B FOR BOTH BAX OF
BILL FRT TO: DELPHI E & E2,39701 %DATA 2 LOGI USE 1 PO/ANY INVLESS EY S. M/B CODE: DECOMP
P O BOX 9115, NORWOOD MA 02362    MEXICO /ASSY SERV REQUESTED/ SID# BAR COD
RTE THRU AIR ROAD EXP AT INDIANAPOLIS CONI PRINT EXTRA LABEL "CMM 1" IN LARGE PRINT

| | |
|---|---|
| Sales Tax: | $0.00 |
| Freight: | $0.00 |
| Total: | **$490.00** |

"We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended and of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

PAST DUE BALANCES WILL RESULT IN HELD SHIPMENTS.

# ARMADA RUBBER MANUFACTURING COMPANY

24586 Armada Ridge Road, P.O. Box 579 • Armada, Michigan 48005-0579
586-784-9135 • Fax 784-5023
D-U-N-S No. 00-537-2040

**INVOICE NUMBER: 170975**

**SOLD TO:**
DELPHI DELCO ELECTRONICS CORP
P O BOX 9005
KOKOMO IN 46904-9005

**SHIP TO:**
DELPHI DELCO ELECTRONICS CORP
PLT 6 FF35/INTL TRADES & FOR
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| DELPH7 08460B | NET 25TH PROX | DA31 ARMADA MI | 10/03/05 |

| SHIP DATE | SHIPPER NO | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 10/03/05 | 170975 | BNAF BAX GLOBAL | 8 | 1 | 7 |

| P.O. NUMBER / INT PART NO | CUSTOMER PART NUMBER / DESCRIPTION | PRIOR ACCUM / TOTAL ACCUM | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 05500039646 8742-4 94-09-27-05 SITE CODE 008460B | 12237910 BUMPER | 230000 240000 | 10000.00 1 CTN | 0.038000 ALEX | $380.00 |

ROUTING: IF LESS THAN 50# SHIP VIA BAX GLOBAL COLLECT 2ND DAY SERVICE. 800-225-522
IF GREATER THAN 50# SHIP VIA CENTRAL TRANS
FAX PACKING SLIP TO GRACIELA PENA AT
956-228-3118.

FINAL DEST. INDUSTRIAL PARK, K 135,
REYNOSA MEXICO.
SITE CODE: 008460B MUST BE ON CONTAINER & INCLUDE BAR CODED SHIPPER ID # ON P/S

Sales Tax: $0.00
Freight: $0.00
Total: **$380.00**

"We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

**PAST DUE BALANCES WILL RESULT IN HELD SHIPMENTS.**

# ARMADA RUBBER MANUFACTURING COMPANY

24586 Armada Ridge Road, P.O. Box 579 • Armada, Michigan 48005-0579
586-784-9135 • Fax 784-5023
D-U-N-S No. 00-537-2040

**INVOICE NUMBER:** 170976

**SOLD TO:**
DELPHI INT-COMPONENTES
EAG DISBURSEMENT SERVICES
P O BOX 1550
FLINT MI 48501-1550

**SHIP TO:**
DELPHI-COMP.MECANICOS-39701
DCMM RH01 % C/O VALLEY WAREH(
3301 NAFTA PARKWAY SUITE B
BROWNSVILLE TX 78521

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 003372040 | NET 25TH PROX | ARMADA MI | 10/03/05 |

| SHIP DATE | SHIPPER NO | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 10/03/05 | 170976 | BNAF BAX GLOBAL | 39 | 2 | 37 |

| P.O. NUMBER / INT. PART NO. | CUSTOMER PART NUMBER / DESCRIPTION | PRIOR ACCUM / TOTAL ACCUM | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 5500022386 10363.3 185**09-27-05 | 10276643 BUMPER 003372040 | 616000 630000 | 14000.00 1 CTN | 0.035000 AC/PHO | $490.00 |

PACKING SLIP ATTACHED TO B/L & OUTSIDE OF B 150# OR LESS SHIP BAX GLOBAL TO AIR ROAD CO
MUST INCLUDE COPY OF CERT. OF ORIGIN   OVER 150# VIA PJAX. BLD M/B FOR BOTH BAX OF
BILL FRT TO: DELPHI E & E2, 39701 %DATA 2 LOGI USE 1 PO/INV INVLESS SYS. M/B CODE: DECOMP
P O BOX 9115, NORWOOD MA 02362       MEXICO /ASSY SERV REQUESTED/ SID# BAR COD
RTE THRU AIR ROAD EXP AT INDIANAPOLIS CON PRINT EXTRA LABEL "CMM 1" IN LARGE PRINT

| | |
|---|---|
| Sales Tax : | $0.00 |
| Freight : | $0.00 |
| Total : | $490.00 |

"We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended and of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

PAST DUE BALANCES WILL RESULT IN HELD SHIPMENTS.

# ARMADA RUBBER MANUFACTURING COMPANY

24586 Armada Ridge Road, P.O. Box 579 • Armada, Michigan 48005-0579
586-784-9135 • Fax 784-5023
D-U-N-S No. 00-537-2040

**INVOICE NUMBER: 171015**

**SOLD TO:**
DELPHI SAFETY & INTERIOR-GADSDEN
ATTN: TAMMY DANKOVICH
4605 AIRPORT RD
GADSDEN AL 35904

**SHIP TO:**
DELPHI SAFETY & INT-GADSDEN
GADSDEN FACILITY
4605 AIRPORT RD
GADSDEN AL 35904

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| DELPH8 005372040 | NET 25TH PROX | R401 ARMADA MI | 10/04/05 |

| | | | GROSS | TARE | NET |
|---|---|---|---|---|---|
| | | | 4 | 0 | 4 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | | | |
|---|---|---|---|---|---|
| 10/04/05 | 171015 | UNIE UNITED PARCEL (FOR GM SERVICE | | | |

| P.O. NUMBER / INT. PART NO. | CUSTOMER PART NUMBER / DESCRIPTION | PRIOR ACCUM. / TOTAL ACCUM. | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 05500058113 12880 196-10-03-05 | 16878335 STOP | 212320 222320 | 10000.00 1 CTN | 0.034000 PHO/GER | $340.00 |

ROUTING: LESS THAN 150# SHIP VIA UPS COLLECT OR JAN DAVIS AT PLT 256-413-4021.
ACCT #8Y757F
LTL IS USF HOLLAND
ANY ROUTING QUESTIONS CONTACT
LISA MUMFORD AT COMPREHENSIVE LOGISTICS

| | |
|---|---|
| Sales Tax : | $0.00 |
| Freight : | $0.00 |
| Total : | **$340.00** |

"We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended and of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

**PAST DUE BALANCES WILL RESULT IN HELD SHIPMENTS.**

# ARMADA RUBBER MANUFACTURING COMPANY

24586 Armada Ridge Road, P.O. Box 579 • Armada, Michigan 48005-0579
586-784-9135 • Fax 784-5023
D-U-N-S No. 00-537-2040

**INVOICE NUMBER:** 171016

**SOLD TO:**
DELPHI INT-COMPONENTES
EAG DISBURSEMENT SERVICES
P O BOX 1550
FLINT MI 48501-1550

**SHIP TO:**
DELPHI-COMP MECANICOS-39701
DCMM RH01 % C/O VALLEY WAREH(
3301 NAFTA PARKWAY SUITE B
BROWNSVILLE TX 78521

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 003372040 | NET 25TH PROX | ARMADA MI / RH01 | 10/04/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 10/04/05 | 171016 | BNAF BAX GLOBAL | 39 | 2 | 38 |

| P.O. NUMBER / INT. PART NO. | CUSTOMER PART NUMBER / DESCRIPTION | PRIOR ACCUM. / TOTAL ACCUM. | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 550022386 | 16901973 | 330000 | 30000.00 | 0.040000 | $1,200.00 |
| 11397 | BUMPER | 360000 | 1 CTN | AC/PHO | |

PACKING SLIP ATTACHED TO B/L & OUTSIDE OF B 150# OR LESS SHIP BAX GLOBAL TO AIR ROAD C(
MUST INCLUDE COPY OF CERT. OF ORIGIN OVER 150# VIA PJAX. BLD M/B FOR BOTH BAX OF
BILL FRT TO: DELPHI E & 52, 39701 %DATA 2 LOGI USE 1 PO/INV INVLESS BY S. M/B CODE: DECOMP
P O BOX 9115, NORWOOD MA 02362 MEXICO/ASST SERV REQUESTED/ SID# BAR COD
RTE THRU AIR ROAD EXP AT INDIANAPOLIS CONI PRINT EXTRA LABEL "CMM 1" IN LARGE PRINT

| | |
|---|---|
| Sales Tax: | $0.00 |
| Freight: | $0.00 |
| Total: | **$1,200.00** |

"We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended and of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

**PAST DUE BALANCES WILL RESULT IN HELD SHIPMENTS.**

# ARMADA RUBBER MANUFACTURING COMPANY

24586 Armada Ridge Road, P.O. Box 579 • Armada, Michigan 48005-0579
586-784-9135 • Fax 784-5023
D-U-N-S No. 00-537-2040

171131

**SHIP TO:**
DELPHI INT-COMPONENTES
EAG DISBURSEMENT SERVICES
P O BOX 1550
FLINT MI 48501-1550

DELPHI-COMP MECANICOS-39701
DCMM RH01 % C/O VALLEY WAREH(
3301 NAFTA PARKWAY SUITE B
BROWNSVILLE TX 78521

| SUPPLIER CODE | TERMS | F.O.B. RH01 | INVOICE DATE |
|---|---|---|---|
| DELPH2 005372040 | NET 25TH PROX | ARMADA MI | 10/06/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 10/06/05 | 171131 | BNAF   BAX GLOBAL | 21 | 1 | 20 |

| P O NUMBER / INT PART NO. | CUSTOMER PART NUMBER / DESCRIPTION | PRIOR ACCUM. / TOTAL ACCUM. | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 550023472 10370.1 | 16901254 BUMPER | 630000 700000 | 70000.00 1 CTN | 0.023000 AC/PHO | $1,610.00 |

PACKING SLIP ATTACHED TO B/L & OUTSIDE OF B 150# OR LESS SHIP BAX GLOBAL TO AIR ROAD C(
MUST INCLUDE COPY OF CERT. OF ORIGIN         OVER 150# VIA PJAX.BLD M/B FOR BOTH BAX OF
BILL FRT TO: DELPHI E & E2,39701 %DATA 2 LOGI USE 1 PO/INV INVLESS ST S. M/B CODE: DECOMP
P O BOX 9115, NORWOOD MA 02362                  MEXICO /ASSY SERV REQUESTED/ SID# BAR COD
RTE THRU AIR ROAD EXP AT INDIANAPOLIS CONT PRINT EXTRA LABEL "CMM 1" IN LARGE PRINT

Sales Tax: $0.00
Freight: $0.00
Total: **$1,610.00**

"hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended
regulations and orders of the United States Department of Labor issued under Section 14 thereof."

PAST DUE BALANCES WILL RESULT IN HELD SHIPMENTS.