**DELPHI AUTOMOTIVE SYSTEMS KOREA, INC.,**

**a Delaware corporation**


By:    _____
         Name:  Mark C. Lorenz
         Title:   Vice President

**DELPHI AUTOMOTIVE SYSTEMS LLC,**

**a Delaware limited liability company**

By: _____

      Name: John D. Sheehan

      Title:  Acting Chief Financial Officer, Chief
             Accounting Officer & Controller

**DELPHI AUTOMOTIVE SYSTEMS LLC,**

**a Delaware limited liability company**

By: _____

  Name: John P. Arle
  Title:  Vice President & Treasurer

**DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION,**

**a Delaware corporation**

By: _____

          Name: Mark C. Lorenz
          Title:  President

**DELPHI AUTOMOTIVE SYSTEMS OVERSEAS
CORPORATION,**

**a Delaware corporation**

By:  _____

Name:  John P. Arle
Title:   Treasurer

**DELPHI AUTOMOTIVE SYSTEMS RISK
  MANAGEMENT CORP.,**

**a Delaware corporation**


By:    _____

   Name:  John D. Sheehan
   Title:   Vice President & Treasurer

**DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC,**

**a Delaware limited liability company**

By: _____

        Name:  John P. Arle
        Title:   Treasurer

**DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC,**

**a Delaware limited liability company**

By: _____

       Name: Timothy Knutson
       Title:  Assistant Treasurer

**DELPHI CHINA LLC,**

**a Delaware limited liability company**

By:  _____

Name: Timothy Knutson
Title:   Assistant Treasurer

**DELPHI CONNECTION SYSTEMS,**

**a California corporation**

By: _____

      Name:  John P. Arle
      Title:    Treasurer

**DELPHI CONNECTION SYSTEMS,**

**a California corporation**

By: _____
         Name:  Timothy Knutson
         Title:   Assistant Treasurer

**DELPHI DIESEL SYSTEMS CORP.,**

**a Delaware corporation**

By: _____
      Name: Derrick M. Williams
      Title:  Treasurer

**DELPHI DIESEL SYSTEMS CORP.,**

**a Delaware corporation**


By: _____

      Name:  Timothy Knutson
      Title:   Assistant Treasurer

**DELPHI ELECTRONICS (HOLDING) LLC,**

**a Delaware limited liability company**


By: _____
      Name: Timothy Knutson
      Title:  Assistant Treasurer

**DELPHI FOREIGN SALES CORPORATION,**

**a Virgin Islands corporation**


By: _____

      Name:  John D. Sheehan
      Title:   Controller

**DELPHI FOREIGN SALES CORPORATION,**

**a Virgin Islands corporation**

By: _____

      Name: James Whitson
      Title:  President

**DELPHI INTEGRATED SERVICE SOLUTIONS, INC.,**

**a Michigan corporation**

By: _____

      Name:  Allen D. Flowers
      Title:  Treasurer

**DELPHI INTEGRATED SERVICE SOLUTIONS, INC.,**

**a Michigan corporation**

By:    _____
        Name:  Timothy Knutson
        Title:   Assistant Treasurer

**DELPHI INTERNATIONAL HOLDINGS CORP.,**

**a Delaware corporation**


By:  _____

      Name:  John D. Sheehan
      Title:   President

**DELPHI INTERNATIONAL HOLDINGS CORP.,**

**a Delaware corporation**


By: _____

    Name:  Mark C. Lorenz
    Title:   Vice President

**DELPHI INTERNATIONAL SERVICES, INC.,**

**a Delaware corporation**

By: _____

        Name: John P. Arle
        Title:  Chief Financial Officer & Treasurer

**DELPHI INTERNATIONAL SERVICES, INC.,**

**a Delaware corporation**


By: _____

        Name:  Mark C. Lorenz
        Title:   Vice President

**DELPHI LIQUIDATION HOLDING COMPANY,**

**a Delaware corporation**


By: _____

      Name:  John D. Sheehan
      Title:   President

**DELPHI LLC,**

**a Delaware limited liability company**

By: _____

      Name:  John D. Sheehan
      Title:   President

**DELPHI MECHATRONIC SYSTEMS, INC.,**

**a Delaware corporation**

By:    _____

        Name:  John P. Arle
        Title:   Treasurer

**DELPHI MECHATRONIC SYSTEMS, INC.,**

**a Delaware corporation**

By: _____

  Name: Timothy Knutson
  Title:  Assistant Treasurer

**DELPHI MEDICAL SYSTEMS COLORADO
CORPORATION,**

**a Colorado corporation**

By: _____

      Name: John P. Arle
      Title:  Vice President & Treasurer

**DELPHI MEDICAL SYSTEMS COLORADO**
**CORPORATION,**

**a Colorado corporation**

By: _____

Name: Timothy Knutson
Title:  Assistant Treasurer

**DELPHI MEDICAL SYSTEMS CORPORATION,**

**a Delaware corporation**

By: _____

      Name: John P. Arle
      Title:  Vice President & Treasurer

**DELPHI MEDICAL SYSTEMS CORPORATION,**

**a Delaware corporation**

By:  _____

      Name:  Timothy Knutson
      Title:   Assistant Treasurer

**DELPHI MEDICAL SYSTEMS TEXAS CORPORATION,**

**a Delaware corporation**


By:  _____

  Name: John P. Arle
  Title:  Vice President & Treasurer

**DELPHI MEDICAL SYSTEMS TEXAS
   CORPORATION,**

**a Delaware corporation**


By:   _____

      Name:  Timothy Knutson
      Title:   Assistant Treasurer

**DELPHI NY HOLDING CORPORATION,**

**a New York corporation**

By: _____

      Name:  John D. Sheehan
      Title:   President

**DELPHI SERVICES HOLDING CORPORATION,**

**a Delaware corporation**

By: _____

      Name:  John P. Arle
      Title:   Treasurer

**DELPHI SERVICES HOLDING CORPORATION,**

**a Delaware corporation**

By: _____
       Name:  Timothy Knutson
       Title:   Assistant Treasurer

**DELPHI TECHNOLOGIES, INC.,**

**a Delaware corporation**

By: _____
    Name:  Thomas N. Twomey
    Title:   Vice President Intellectual Property

**DELPHI TECHNOLOGIES, INC.,**

**a Delaware corporation**

By: _____

     Name:  Timothy Knutson
     Title:   Assistant Treasurer

**DREAL, INC.,**

**a Delaware corporation**

By: _____

    Name: John A. Jaffurs
    Title:  President

**ENVIRONMENTAL CATALYSTS, LLC,**

**a Delaware limited liability company**

By: _____

      Name: John M. Fuerst
      Title:  Vice President

**ENVIRONMENTAL CATALYSTS, LLC,**

**a Delaware limited liability company**

By: _____

      Name:  Timothy Knutson
      Title:   Assistant Treasurer

**EXHAUST SYSTEMS CORPORATION,**

**a Delaware corporation**


By:  _____
      Name:  Timothy Knutson
      Title:   Assistant Treasurer

**PACKARD HUGHES INTERCONNECT COMPANY,**

**a Delaware corporation**

By: _____

      Name:  Timothy Knutson
      Title:   Assistant Treasurer

**SPECIALTY ELECTRONICS INTERNATIONAL LTD.,**

**a Virgin Islands corporation**

By: _____

      Name:  Michael T. Reagan
      Title:   Treasurer and Secretary

**SPECIALTY ELECTRONICS, INC.,**

**a South Carolina corporation**

By: _____

        Name:  Timothy Knutson
        Title:   Assistant Treasurer

**DELPHI FURUKAWA WIRING SYSTEMS LLC,**

**a Delaware limited liability company**

By: _____
    Name:
    Title:

**MOBILEARIA, INC.,**

**a Delaware corporation**

By: _____

      Name:

      Title:

**AGENTS AND LENDERS:**

**JPMORGAN CHASE BANK, N.A.**
   **Individually and as Administrative Agent**

By: _____
        Name:
        Title:

**CITICORP USA, INC.**
  **Individually and as Syndication Agent**

By: _____
  Name:
  Title: