SHIPMAN & GOODWIN LLP
Jennifer L. Adamy (JA5409)
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: 860-251-5811
Facsimile: 860-251-5218
Email: bankruptcy@goodwin.com

*Counsel for Universal Metal Hose Co., a Hyspan Company*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| DELPHI CORPORATION, et al. | CASE NO. 05-44481 |
| | JOINTLY ADMINISTERED |
| DEBTORS. | |

**NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY
AND REQUEST FOR NOTICES AND SERVICE OF PAPERS**

Please take notice that Universal Metal Hose Co., a Hyspan Company, a creditor of the above-named debtors and party in interest in the captioned Chapter 11 case, hereby appears in the captioned Chapter 11 case, in addition to any other appearances on record, by its counsel, indicated below. The undersigned requests that an entry be made on the clerk's matrix in this case and requests that all notices given or required to be given in connection with the Chapter 11 case, and all papers served or required to be served in connection with the captioned Chapter 11 case, be given and served upon the undersigned at the address set forth below:

Jennifer L. Adamy<br>
Shipman & Goodwin LLP<br>
One Constitution Plaza<br>
Hartford, CT 06103-1919<br>
Telephone: (860) 251-5811<br>
Facsimile: (860) 251-5218<br>
Email: bankruptcy@goodwin.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in the within Chapter 11 case, whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States mail, email, expedited delivery service, telephone, telex, telecopy or otherwise. Dated at Hartford, Connecticut this 13th day of October, 2005.

By: /s/ Jennifer L. Adamy
Jennifer L. Adamy (JA5409)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
bankruptcy@goodwin.com

415753 v.01 S1

## Affidavit of Service

This is to certify that the attached Notice of Appearance for Jennifer L. Adamy was mailed via first class U.S. Mail, postage prepaid, to the following on the 13th day of October, 2005.

*Debtor's Counsel*

John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285

Kayalyn A. Marafioti
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

*Conflicts Counsel for Debtors & Debtors in Possession*

Albert Togut
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119

*Office of the U.S. Trustee*

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

*Claims and Noticing Agent*

Kurtzman Carson Consultants LLC
12910 Culver Blvd, Suite I
Los Angeles, CA 90066

David J. Adler
Brian F. Moore
McCarter & English, LLP
245 Park Avenue, 27th Floor
New York, NY 10167

David E. Lemke
Robert J. Welhoelter

1

Waller Lansden Dortch & Davis, PLLC
511 Union Street, Suite 2700
Nashville, TN 37219

Darryl S. Laddin
Heath J. Vicente
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363-1031

Charles E. Boulbol
26 Broadway 17th Floor
New York, NY 10004

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
1949 South IH 35
P.O. Box 17428
Austin, TX 78760-7428

Robert W. Dremluk
Seyfarth Shaw LLP
1270 Avenue of the Americas
Suite 2500
New York, NY 10020-1801

Paul M. Baisier
Seyfarth Shaw LLP
1545 Peachtree Street, N.E.
Suite 700
Atlanta, GA 30309-2401

Chester B. Salomon
Constantine D. Pourakis
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022

Scott D. Rosen
Cohn Birnbaum & Shea P.C.
100 Pearl Street, 12th Floor
Hartford, CT 06103

Robert J. Sidman
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Timothy S. McFadden
Timothy W. Brink

2

Lord Bissell & Brook LLP
115 South LaSalle Street
Chicago, IL 60603

Kevin J. Walsh
Rocco N. Covino
Lord Bissell & Brook LLP
885 Third Avenue, 26th Floor
New York, NY 10022-4802

Stephen H. Gross
Hodgson Russ LLP
Carnegie Hall Tower
152 West 57th street, 35th Floor
New York, NY 10019

Cheryl R. Storie
Hodgson Russ LLP
One M&T Plaza, Suite 2000
Buffalo, NY 14203

Peter D. Bilowz
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

Jeannette Eisan Hinshaw
Bose McKinney & Evans LLP
135 N. Pennsylvania Street, Suite 2700
Indianapolis, IN 46204

Sandra A. Riemer
Candice Frost
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084

Susan M. Freeman
Lewis and Roca LLP
40 North Central Avenue, Suite 1900
Phoenix, AZ 85004-4429

Rob Charles
Lewis and Roca LLP
One South Church Street, Suite 1700
Tucson, AZ 85701

Joseph J. Vitale
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036

3

Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W. Suite 340
Washington, D.C. 20005-4026

Cherie Macdonald
J. Patrick Bradley
Greensfelder, Hemker & Gale, P.C.
10 S. Broadway, Suite 2000
St. Louis, MO 63012

Edward M. Fox
Kirkpatrick & Lockhart
Nicholson Graham LLP
599 Lexington Avenue
New York, NY 10022

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Mark Lee
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

Richard M. Kremen
Maria Ellena Chavez-Ruark
DLA Piper Rudnick Gray Cary US LLP
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Elizabeth L. Abdelmasieh
Norris McLaughlin & Marcus
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018

Michael K. McCrory
Wendy D. Brewer
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204

4

Davor Rukavina
Munsch Hardt Kopf & Harr, P.C.
4000 Fountain Place
1445 Ross Avenue
Dallas, TX 75202-2790

Joseph T. Moldovan
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Patrick E. Mears
Barnes & Thornburg LLP
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, MI 49503

Craig P. Eriders
Genovese Joblove & Battista, P.A.
100 S.E. 2nd Street, Suite 4400
Miami, FL 33131

Jeffrey M. Levinson
Leah M. Caplan
Margulies & Levinson, LLP
30100 Chagrin Boulevard, Suite 250
Pepper Pike, OH 44124


                                                  /s/ Jennifer L. Adamy
                                                 Jennifer L. Adamy (JA5409)


415753 v.01 S2