2:09 PM
10/12/05
Accrual Basis

# Tyz-All Plastics, Inc.
## Customer Open Balance
### All Transactions

**LAREDO**

**Delphi Packard 6196**

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| Payment | 08/02/2005 | 49199 | Inv #47156 | | -54.15 | -75.85 |
| Invoice | 08/26/2005 | 49238 | | 09/25/2005 | 75.85 | 75.85 |
| Invoice | 08/29/2005 | 49357 | | 09/28/2005 | 75.85 | 75.85 |
| Invoice | 09/02/2005 | 49420 | | 10/02/2005 | 75.85 | 75.85 |
| Invoice | 09/07/2005 | 49520 | | 10/07/2005 | 75.85 | 75.85 |
| Invoice | 09/12/2005 | 49655 | | 10/12/2005 | 75.85 | 75.85 |
| Invoice | 09/15/2005 | 49838 | | 10/15/2005 | 75.85 | 75.85 |
| Invoice | 09/23/2005 | 49871 | | 10/23/2005 | 75.85 | 75.85 |
| Invoice | 09/26/2005 | 50018 | | 10/26/2005 | 75.85 | 75.85 |
| Invoice | 09/29/2005 | 50077 | | 10/29/2005 | 75.85 | 75.85 |
| Invoice | 10/03/2005 | 50228 | | 11/02/2005 | 75.85 | 75.85 |
| Invoice | 10/07/2005 | 50273 | | 11/06/2005 | 75.85 | 75.85 |
| Invoice | 10/11/2005 | 50307 | | 11/10/2005 | 75.85 | 75.85 |
| Invoice | 10/12/2005 | | | 11/11/2005 | 75.85 | 75.85 |

**Total Delphi Packard 6196**    931.90   910.20

**TOTAL**    931.90   910.20

2:14 PM
10/12/05
Accrual Basis

# Tyz-All Plastics, Inc.
## Customer Open Balance
### All Transactions

## LAREDO

**Delphi Packard 6296**

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| Payment | 08/02/2005 | 49150 | Inv #130.00 | 09/24/2005 | -36.36 | -130.00 |
| Invoice | 08/25/2005 | 49200 | | 09/25/2005 | 130.00 | 130.00 |
| Invoice | 08/26/2005 | 49296 | | 09/30/2005 | 130.00 | 130.00 |
| Invoice | 08/31/2005 | 49326 | | 10/01/2005 | 130.00 | 130.00 |
| Invoice | 09/01/2005 | 49386 | | 10/06/2005 | 260.00 | 260.00 |
| Invoice | 09/06/2005 | 49559 | | 10/13/2005 | 130.00 | 130.00 |
| Invoice | 09/13/2005 | 49619 | | 10/14/2005 | 130.00 | 130.00 |
| Invoice | 09/14/2005 | 49656 | | 10/15/2005 | 390.00 | 390.00 |
| Invoice | 09/15/2005 | 49717 | | 10/20/2005 | 260.00 | 260.00 |
| Invoice | 09/20/2005 | 49775 | | 10/22/2005 | 260.00 | 260.00 |
| Invoice | 09/22/2005 | 49872 | | 10/26/2005 | 130.00 | 130.00 |
| Invoice | 09/26/2005 | 49955 | | 10/27/2005 | 130.00 | 130.00 |
| Invoice | 09/27/2005 | 49966 | | 10/28/2005 | 130.00 | 130.00 |
| Invoice | 09/28/2005 | 50020 | | 10/29/2005 | 130.00 | 130.00 |
| Invoice | 09/29/2005 | 50034 | | 10/30/2005 | 520.00 | 520.00 |
| Invoice | 09/30/2005 | 50078 | | 11/02/2005 | 75.85 | 75.85 |
| Invoice | 10/03/2005 | 50201 | | 11/05/2005 | 260.00 | 260.00 |
| Invoice | 10/06/2005 | | | | 3,289.49 | 3,195.85 |

Total Delphi Packard 6296          3,289.49   3,195.85

TOTAL                              3,289.49   3,195.85

Oct. 12. 2005  3:01PM  　　　　　　　　　　　　　　　　　　　　　　　　　　　　No. 3786   P. 6

2:16 PM
10/12/05
Accrual Basis

# Tyz-All Plastics, Inc.
## Customer Open Balance
### All Transactions

**LAREDO**

**Delphi Packard 6396**

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| Invoice | 08/26/2005 | 49201 | | 09/25/2005 | 260.00 | 260.00 |
| Invoice | 08/26/2005 | 49202 | | 09/25/2005 | 165.60 | 165.60 |
| Invoice | 08/29/2005 | 49239 | | 09/28/2005 | 390.00 | 390.00 |
| Invoice | 08/29/2005 | 49240 | | 09/28/2005 | 124.20 | 124.20 |
| Invoice | 08/29/2005 | 49358 | | 09/28/2005 | 260.00 | 260.00 |
| Invoice | 09/02/2005 | 49358 | | 10/02/2005 | 82.80 | 82.80 |
| Invoice | 09/08/2005 | 49463 | | 10/08/2005 | 165.60 | 165.60 |
| Invoice | 09/09/2005 | 49484 | | 10/09/2005 | 124.20 | 124.20 |
| Invoice | 09/12/2005 | 49527 | | 10/12/2005 | 390.00 | 390.00 |
| Invoice | 09/12/2005 | 49535 | | 10/12/2005 | 82.80 | 82.80 |
| Invoice | 09/13/2005 | 49560 | | 10/13/2005 | 260.00 | 260.00 |
| Invoice | 09/15/2005 | 49657 | | 10/15/2005 | 207.00 | 207.00 |
| Invoice | 09/15/2005 | 49658 | | 10/15/2005 | 130.00 | 130.00 |
| Invoice | 09/16/2005 | 49685 | | 10/16/2005 | 165.60 | 165.60 |
| Invoice | 09/16/2005 | 49686 | | 10/16/2005 | 130.00 | 130.00 |
| Invoice | 09/20/2005 | 49718 | | 10/20/2005 | 520.00 | 520.00 |
| Invoice | 09/22/2005 | 49776 | | 10/22/2005 | 82.80 | 82.80 |
| Invoice | 09/22/2005 | 49777 | | 10/22/2005 | 260.00 | 260.00 |
| Invoice | 09/23/2005 | 49839 | | 10/23/2005 | 260.00 | 260.00 |
| Invoice | 09/23/2005 | 49840 | | 10/23/2005 | 248.40 | 248.40 |
| Invoice | 09/27/2005 | 49956 | | 10/27/2005 | 260.00 | 260.00 |
| Invoice | 09/28/2005 | 49989 | | 10/28/2005 | 130.00 | 130.00 |
| Invoice | 09/29/2005 | 50019 | | 10/29/2005 | 520.00 | 520.00 |
| Invoice | 09/29/2005 | 50079 | | 11/02/2005 | 289.80 | 289.80 |
| Invoice | 10/03/2005 | 50079 | | 11/02/2005 | 260.00 | 260.00 |
| Invoice | 10/05/2005 | 50170 | | 11/04/2005 | 390.00 | 390.00 |
| Invoice | 10/06/2005 | 50202 | | 11/05/2005 | 130.00 | 130.00 |
| Invoice | 10/07/2005 | 50229 | | 11/06/2005 | 6,028.80 | 6,028.80 |

**Total Delphi Packard 6396** — 6,028.80 — 6,028.80

**TOTAL** — 6,028.80 — 6,028.80

2:17 PM
10/12/05
Accrual Basis

# Tyz-All Plastics, Inc.
## Customer Open Balance
### All Transactions

**_LAREDO_**

**Delphi Packard 8049**

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| Invoice | 05/28/2005 | 47299 | | 06/27/2005 | 228.14 | 2,503.24 |
| Invoice | 06/01/2005 | 47331 | | 07/01/2005 | 390.00 | 390.00 |
| Invoice | 07/13/2005 | 48121 | | 08/12/2005 | 520.00 | 520.00 |
| Invoice | 08/25/2005 | 49134 | | 09/24/2005 | 520.00 | 520.00 |
| Invoice | 09/12/2005 | 49532 | | 10/12/2005 | 390.00 | 390.00 |
| Invoice | 09/13/2005 | 49546 | | 10/13/2005 | 130.00 | 130.00 |
| Invoice | 09/14/2005 | 49606 | | 10/14/2005 | 780.00 | 780.00 |
| Invoice | 09/15/2005 | 49639 | | 10/15/2005 | 520.00 | 520.00 |
| Invoice | 09/21/2005 | 49741 | | 10/21/2005 | 520.00 | 520.00 |
| Invoice | 10/03/2005 | 50054 | | 11/02/2005 | 650.00 | 650.00 |
| Invoice | 10/05/2005 | 50155 | | 11/04/2005 | 910.00 | 910.00 |

Total Delphi Packard 8049     5,558.14     7,833.24

**TOTAL**     5,558.14     7,833.24

2:19 PM
10/12/05
Accrual Basis

## Tyz-All Plastics, Inc.
### Customer Open Balance
All Transactions

_LAREDO_

Delphi Packard 8196

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| Invoice | 05/28/2005 | 47300 | | 06/27/2005 | 1,033.29 | 16,817.13 |
| Invoice | 08/25/2005 | 49151 | | 09/24/2005 | 130.00 | 130.00 |
| Invoice | 08/25/2005 | 49152 | | 09/24/2005 | 41.40 | 41.40 |
| Invoice | 08/25/2005 | 49153 | | 09/24/2005 | 185.37 | 185.37 |
| Invoice | 08/26/2005 | 49204 | | 09/25/2005 | 130.00 | 130.00 |
| Invoice | 08/26/2005 | 49205 | | 09/25/2005 | 82.80 | 82.80 |
| Invoice | 08/26/2005 | 49206 | | 09/25/2005 | 123.58 | 123.58 |
| Invoice | 08/29/2005 | 49241 | | 09/28/2005 | 130.00 | 130.00 |
| Invoice | 08/30/2005 | 49277 | | 09/29/2005 | 106.00 | 106.00 |
| Invoice | 08/31/2005 | 49297 | | 09/30/2005 | 82.80 | 82.80 |
| Invoice | 09/01/2005 | 49320 | | 10/01/2005 | 260.00 | 260.00 |
| Invoice | 09/01/2005 | 49321 | | 10/01/2005 | 41.40 | 41.40 |
| Invoice | 09/02/2005 | 49359 | | 10/02/2005 | 390.00 | 390.00 |
| Invoice | 09/06/2005 | 49387 | | 10/06/2005 | 1,112.22 | 1,112.22 |
| Invoice | 09/07/2005 | 49421 | | 10/07/2005 | 185.37 | 185.37 |
| Invoice | 09/08/2005 | 49451 | | 10/08/2005 | 106.00 | 106.00 |
| Invoice | 09/08/2005 | 49452 | | 10/08/2005 | 185.37 | 185.37 |
| Invoice | 09/09/2005 | 49485 | | 10/09/2005 | 289.80 | 289.80 |
| Invoice | 09/09/2005 | 49486 | | 10/09/2005 | 123.58 | 123.58 |
| Invoice | 09/12/2005 | 49521 | | 10/12/2005 | 123.58 | 123.58 |
| Invoice | 09/12/2005 | 49528 | | 10/12/2005 | 207.00 | 207.00 |
| Invoice | 09/13/2005 | 49561 | | 10/13/2005 | 130.00 | 130.00 |
| Invoice | 09/13/2005 | 49562 | | 10/13/2005 | 124.20 | 124.20 |
| Invoice | 09/13/2005 | 49563 | | 10/13/2005 | 106.00 | 106.00 |
| Invoice | 09/13/2005 | 49564 | | 10/13/2005 | 123.58 | 123.58 |
| Invoice | 09/14/2005 | 49620 | | 10/14/2005 | 130.00 | 130.00 |
| Invoice | 09/14/2005 | 49621 | | 10/14/2005 | 260.00 | 260.00 |
| Invoice | 09/15/2005 | 49659 | | 10/15/2005 | 185.37 | 185.37 |
| Invoice | 09/15/2005 | 49660 | | 10/15/2005 | 662.40 | 662.40 |
| Invoice | 09/15/2005 | 49661 | | 10/15/2005 | 61.79 | 61.79 |
| Invoice | 09/16/2005 | 49687 | | 10/16/2005 | 41.40 | 41.40 |
| Invoice | 09/16/2005 | 49688 | | 10/16/2005 | 247.16 | 247.16 |
| Invoice | 09/16/2005 | 49719 | | 10/16/2005 | 130.00 | 130.00 |
| Invoice | 09/20/2005 | 49720 | | 10/20/2005 | 41.40 | 41.40 |
| Invoice | 09/20/2005 | 49721 | | 10/20/2005 | 61.79 | 61.79 |

2:19 PM
10/12/05
Accrual Basis

# Tyz-All Plastics, Inc.
## Customer Open Balance
### All Transactions

**LAREDO**

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| Invoice | 09/21/2005 | 49751 | | 10/21/2005 | 124.20 | 124.20 |
| Invoice | 09/21/2005 | 49752 | | 10/21/2005 | 185.37 | 185.37 |
| Invoice | 09/22/2005 | 49778 | | 10/22/2005 | 260.00 | 260.00 |
| Invoice | 09/22/2005 | 49779 | | 10/22/2005 | 538.20 | 538.20 |
| Invoice | 09/22/2005 | 49780 | | 10/22/2005 | 247.16 | 247.16 |
| Invoice | 09/23/2005 | 49841 | | 10/23/2005 | 61.79 | 61.79 |
| Invoice | 09/28/2005 | 49990 | | 10/28/2005 | 130.00 | 130.00 |
| Invoice | 10/03/2005 | 50080 | | 11/02/2005 | 260.00 | 260.00 |
| Invoice | 10/04/2005 | 50131 | | 11/03/2005 | 130.00 | 130.00 |
| Invoice | 10/05/2005 | 50171 | | 11/04/2005 | 130.00 | 130.00 |
| Invoice | 10/07/2005 | 50230 | | 11/06/2005 | 390.00 | 390.00 |
| Invoice | 10/07/2005 | 50231 | | 11/06/2005 | 61.79 | 61.79 |
| Invoice | 10/12/2005 | 50308 | | 11/11/2005 | 41.40 | 41.40 |

Total Delphi Packard 8196              9,934.56    25,718.40

**TOTAL**                               9,934.56    25,718.40

2:20 PM
10/12/05
Accrual Basis

## Tyz-All Plastics, Inc.
## Customer Open Balance
### All Transactions

**LAREDO**
Delphi Packard 8296

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| Invoice | 07/21/2005 | 48295 | | 08/20/2005 | 130.00 | 130.00 |
| Invoice | 08/09/2005 | 48746 | | 09/08/2005 | 260.00 | 260.00 |
| Invoice | 08/25/2005 | 49154 | | 09/24/2005 | 41.85 | 41.85 |
| Invoice | 08/26/2005 | 49207 | | 09/25/2005 | 130.00 | 130.00 |
| Invoice | 08/29/2005 | 49242 | | 09/28/2005 | 82.80 | 82.80 |
| Invoice | 09/01/2005 | 49328 | | 10/01/2005 | 130.00 | 130.00 |
| Invoice | 09/01/2005 | 49329 | | 10/01/2005 | 41.40 | 41.40 |
| Invoice | 09/02/2005 | 49360 | | 10/02/2005 | 106.00 | 106.00 |
| Invoice | 09/06/2005 | 49388 | | 10/06/2005 | 106.00 | 106.00 |
| Invoice | 09/08/2005 | 49453 | | 10/08/2005 | 106.00 | 106.00 |
| Invoice | 09/09/2005 | 49487 | | 10/09/2005 | 82.80 | 82.80 |
| Invoice | 09/09/2005 | 49488 | | 10/09/2005 | 106.00 | 106.00 |
| Invoice | 09/12/2005 | 49522 | | 10/12/2005 | 212.00 | 212.00 |
| Invoice | 09/12/2005 | 49529 | | 10/12/2005 | 82.80 | 82.80 |
| Invoice | 09/14/2005 | 49622 | | 10/14/2005 | 130.00 | 130.00 |
| Invoice | 09/14/2005 | 49623 | | 10/14/2005 | 106.00 | 106.00 |
| Invoice | 09/15/2005 | 49662 | | 10/15/2005 | 130.00 | 130.00 |
| Invoice | 09/15/2005 | 49663 | | 10/15/2005 | 41.40 | 41.40 |
| Invoice | 09/20/2005 | 49722 | | 10/20/2005 | 41.40 | 41.40 |
| Invoice | 09/21/2005 | 49753 | | 10/21/2005 | 130.00 | 130.00 |
| Invoice | 09/21/2005 | 49754 | | 10/21/2005 | 41.40 | 41.40 |
| Invoice | 09/22/2005 | 49781 | | 10/22/2005 | 41.40 | 41.40 |
| Invoice | 09/23/2005 | 49842 | | 10/23/2005 | 41.40 | 41.40 |
| Invoice | 09/26/2005 | 49873 | | 10/26/2005 | 106.00 | 106.00 |
| Invoice | 09/26/2005 | 49874 | | 10/26/2005 | 75.85 | 75.85 |
| Invoice | 09/27/2005 | 49957 | | 10/27/2005 | 130.00 | 130.00 |
| Invoice | 09/27/2005 | 49958 | | 10/27/2005 | 106.00 | 106.00 |
| Invoice | 09/28/2005 | 49991 | | 10/28/2005 | 41.40 | 41.40 |
| Invoice | 10/03/2005 | 50081 | | 11/02/2005 | 82.80 | 82.80 |
| Invoice | 10/04/2005 | 50132 | | 11/03/2005 | 41.40 | 41.40 |
| Invoice | 10/04/2005 | 50133 | | 11/03/2005 | 106.00 | 106.00 |
| Invoice | 10/06/2005 | 50203 | | 11/05/2005 | 130.00 | 130.00 |
| Invoice | 10/06/2005 | 50204 | | 11/05/2005 | 41.40 | 41.40 |
| Invoice | 10/07/2005 | 50232 | | 11/06/2005 | 106.00 | 106.00 |
| Invoice | 10/11/2005 | 50276 | | 11/10/2005 | 130.00 | 130.00 |

2:20 PM
10/12/05
Accrual Basis

# Tyz-All Plastics, Inc.
## Customer Open Balance
### All Transactions

**LAREDO**

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| Invoice | 10/11/2005 | 50277 | | 11/10/2005 | 106.00 | 106.00 |
| Invoice | 10/12/2005 | 50309 | | 11/11/2005 | 41.40 | 41.40 |
| | | | | | 3,564.90 | 3,564.90 |

Total Delphi Packard 8296

**TOTAL**      3,564.90      3,564.90