2:22 PM
10/12/05
Accrual Basis

# Tyz-All Plastics, Inc.
## Customer Open Balance
All Transactions

| | Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|---|
| ***LAREDO*** | | | | | | | |
| **Delphi Packard 8496** | | | | | | | |
| | Invoice | 05/28/2005 | 47302 | | 06/27/2005 | 110.30 | 5,341.55 |
| | Invoice | 06/30/2005 | 47938 | | 07/30/2005 | 130.00 | 130.00 |
| | Invoice | 08/26/2005 | 49208 | | 09/25/2005 | 41.40 | 41.40 |
| | Invoice | 08/29/2005 | 49243 | | 09/28/2005 | 165.60 | 165.60 |
| | Invoice | 08/29/2005 | 49244 | | 09/28/2005 | 75.85 | 75.85 |
| | Invoice | 08/30/2005 | 49278 | | 09/29/2005 | 130.00 | 130.00 |
| | Invoice | 08/30/2005 | 49279 | | 09/29/2005 | 41.40 | 41.40 |
| | Invoice | 08/30/2005 | 49280 | | 09/29/2005 | 106.00 | 106.00 |
| | Invoice | 08/31/2005 | 49302 | | 09/30/2005 | 41.40 | 41.40 |
| | Invoice | 09/01/2005 | 49330 | | 10/01/2005 | 130.00 | 130.00 |
| | Invoice | 09/01/2005 | 49331 | | 10/01/2005 | 41.40 | 41.40 |
| | Invoice | 09/01/2005 | 49333 | | 10/01/2005 | 151.70 | 151.70 |
| | Invoice | 09/02/2005 | 49361 | | 10/02/2005 | 130.00 | 130.00 |
| | Invoice | 09/02/2005 | 49362 | | 10/02/2005 | 106.00 | 106.00 |
| | Invoice | 09/06/2005 | 49389 | | 10/06/2005 | 75.85 | 75.85 |
| | Invoice | 09/07/2005 | 49422 | | 10/07/2005 | 75.85 | 75.85 |
| | Invoice | 09/08/2005 | 49454 | | 10/08/2005 | 106.00 | 106.00 |
| | Invoice | 09/08/2005 | 49461 | | 10/08/2005 | 165.60 | 165.60 |
| | Invoice | 09/09/2005 | 49489 | | 10/09/2005 | 82.80 | 82.80 |
| | Invoice | 09/09/2005 | 49490 | | 10/09/2005 | 75.85 | 75.85 |
| | Invoice | 09/12/2005 | 49530 | | 10/12/2005 | 82.80 | 82.80 |
| | Invoice | 09/13/2005 | 49565 | | 10/13/2005 | 130.00 | 130.00 |
| | Invoice | 09/13/2005 | 49566 | | 10/13/2005 | 82.80 | 82.80 |
| | Invoice | 09/13/2005 | 49567 | | 10/13/2005 | 106.00 | 106.00 |
| | Invoice | 09/13/2005 | 49568 | | 10/13/2005 | 75.85 | 75.85 |
| | Invoice | 09/14/2005 | 49624 | | 10/14/2005 | 130.00 | 130.00 |
| | Invoice | 09/15/2005 | 49664 | | 10/15/2005 | 130.00 | 130.00 |
| | Invoice | 09/15/2005 | 49665 | | 10/15/2005 | 248.40 | 248.40 |
| | Invoice | 09/15/2005 | 49666 | | 10/15/2005 | 75.85 | 75.85 |
| | Invoice | 09/16/2005 | 49689 | | 10/16/2005 | 41.40 | 41.40 |
| | Invoice | 09/19/2005 | 49705 | | 10/19/2005 | 124.20 | 124.20 |
| | Invoice | 09/21/2005 | 49755 | | 10/21/2005 | 41.40 | 41.40 |
| | Invoice | 09/22/2005 | 49782 | | 10/22/2005 | 130.00 | 130.00 |
| | Invoice | 09/22/2005 | 49783 | | 10/22/2005 | 82.80 | 82.80 |
| | Invoice | 09/22/2005 | 49797 | | 10/22/2005 | 151.70 | 151.70 |

2:22 PM
10/12/05
Accrual Basis

# Tyz-All Plastics, Inc.
## Customer Open Balance
All Transactions

| | Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|---|
| ***LAREDO*** | | | | | | | |
| | Invoice | 09/22/2005 | 49798 | | 10/22/2005 | 75.85 | 75.85 |
| | Invoice | 09/23/2005 | 49843 | | 10/23/2005 | 130.00 | 130.00 |
| | Invoice | 09/23/2005 | 49844 | | 10/23/2005 | 82.80 | 82.80 |
| | Invoice | 09/23/2005 | 49845 | | 10/23/2005 | 75.85 | 75.85 |
| | Invoice | 09/26/2005 | 49875 | | 10/26/2005 | 130.00 | 130.00 |
| | Invoice | 09/26/2005 | 49876 | | 10/26/2005 | 41.40 | 41.40 |
| | Invoice | 09/27/2005 | 49959 | | 10/27/2005 | 82.80 | 82.80 |
| | Invoice | 09/27/2005 | 49960 | | 10/27/2005 | 106.00 | 106.00 |
| | Invoice | 09/27/2005 | 49961 | | 10/27/2005 | 75.85 | 75.85 |
| | Invoice | 09/28/2005 | 49992 | | 10/28/2005 | 130.00 | 130.00 |
| | Invoice | 09/28/2005 | 49993 | | 10/28/2005 | 41.40 | 41.40 |
| | Invoice | 09/28/2005 | 49994 | | 10/28/2005 | 303.40 | 303.40 |
| | Invoice | 09/29/2005 | 50022 | | 10/29/2005 | 82.80 | 82.80 |
| | Invoice | 09/30/2005 | 50035 | | 10/30/2005 | 75.85 | 75.85 |
| | Invoice | 10/03/2005 | 50082 | | 11/02/2005 | 130.00 | 130.00 |
| | Invoice | 10/03/2005 | 50083 | | 11/02/2005 | 289.80 | 289.80 |
| | Invoice | 10/03/2005 | 50084 | | 11/02/2005 | 106.00 | 106.00 |
| | Invoice | 10/04/2005 | 50134 | | 11/03/2005 | 130.00 | 130.00 |
| | Invoice | 10/04/2005 | 50135 | | 11/03/2005 | 41.40 | 41.40 |
| | Invoice | 10/04/2005 | 50136 | | 11/03/2005 | 75.85 | 75.85 |
| | Invoice | 10/05/2005 | 50172 | | 11/04/2005 | 82.80 | 82.80 |
| | Invoice | 10/06/2005 | 50205 | | 11/05/2005 | 82.80 | 82.80 |
| | Invoice | 10/06/2005 | 50206 | | 11/05/2005 | 75.85 | 75.85 |
| | Invoice | 10/07/2005 | 50233 | | 11/06/2005 | 130.00 | 130.00 |
| | Invoice | 10/07/2005 | 50234 | | 11/06/2005 | 82.80 | 82.80 |
| | Invoice | 10/07/2005 | 50235 | | 11/06/2005 | 106.00 | 106.00 |
| | Invoice | 10/11/2005 | 50278 | | 11/10/2005 | 130.00 | 130.00 |
| | Invoice | 10/12/2005 | 50310 | | 11/11/2005 | 165.60 | 165.60 |
| | Invoice | 10/12/2005 | 50311 | | 11/11/2005 | 75.85 | 75.85 |
| Total Delphi Packard 8496 | | | | | | 6,754.95 | 11,986.20 |
| **TOTAL** | | | | | | **6,754.95** | **11,986.20** |

2:23 PM
10/12/05
Accrual Basis

# Tyz-All Plastics, Inc.
## Customer Open Balance
### All Transactions

| | Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|---|
| ***LAREDO*** | | | | | | | |
| **Delphi Packard 8696** | | | | | | | |
| | Invoice | 08/25/2005 | 49156 | | 09/24/2005 | 153.35 | 153.35 |
| | Invoice | 08/26/2005 | 49209 | | 09/25/2005 | 75.85 | 75.85 |
| | Invoice | 08/29/2005 | 49245 | | 09/28/2005 | 130.00 | 130.00 |
| | Invoice | 08/30/2005 | 49281 | | 09/29/2005 | 153.35 | 153.35 |
| | Invoice | 09/01/2005 | 49332 | | 10/01/2005 | 151.70 | 151.70 |
| | Invoice | 09/02/2005 | 49363 | | 10/02/2005 | 75.85 | 75.85 |
| | Invoice | 09/06/2005 | 49390 | | 10/06/2005 | 734.35 | 734.35 |
| | Invoice | 09/06/2005 | 49391 | | 10/06/2005 | 75.85 | 75.85 |
| | Invoice | 09/06/2005 | 49392 | | 10/06/2005 | 153.35 | 153.35 |
| | Invoice | 09/08/2005 | 49455 | | 10/08/2005 | 75.85 | 75.85 |
| | Invoice | 09/08/2005 | 49456 | | 10/08/2005 | 306.70 | 306.70 |
| | Invoice | 09/09/2005 | 49491 | | 10/09/2005 | 75.85 | 75.85 |
| | Invoice | 09/12/2005 | 49523 | | 10/12/2005 | 75.85 | 75.85 |
| | Invoice | 09/13/2005 | 49571 | | 10/13/2005 | 130.00 | 130.00 |
| | Invoice | 09/13/2005 | 49573 | | 10/13/2005 | 151.70 | 151.70 |
| | Invoice | 09/13/2005 | 49574 | | 10/13/2005 | 153.35 | 153.35 |
| | Invoice | 09/14/2005 | 49625 | | 10/14/2005 | 130.00 | 130.00 |
| | Invoice | 09/14/2005 | 49626 | | 10/14/2005 | 75.85 | 75.85 |
| | Invoice | 09/15/2005 | 49667 | | 10/15/2005 | 734.35 | 734.35 |
| | Invoice | 09/15/2005 | 49668 | | 10/15/2005 | 130.00 | 130.00 |
| | Invoice | 09/22/2005 | 49784 | | 10/22/2005 | 130.00 | 130.00 |
| | Invoice | 09/23/2005 | 49846 | | 10/23/2005 | 75.85 | 75.85 |
| | Invoice | 09/26/2005 | 49877 | | 10/26/2005 | 260.00 | 260.00 |
| | Invoice | 09/26/2005 | 49878 | | 10/26/2005 | 75.85 | 75.85 |
| | Invoice | 09/27/2005 | 49962 | | 10/27/2005 | 75.85 | 75.85 |
| | Invoice | 09/28/2005 | 49995 | | 10/28/2005 | 75.85 | 75.85 |
| | Invoice | 09/29/2005 | 50023 | | 10/29/2005 | 75.85 | 75.85 |
| | Invoice | 10/03/2005 | 50085 | | 11/02/2005 | 130.00 | 130.00 |
| | Invoice | 10/03/2005 | 50086 | | 11/02/2005 | 75.85 | 75.85 |
| | Invoice | 10/04/2005 | 50137 | | 11/03/2005 | 75.85 | 75.85 |
| | Invoice | 10/06/2005 | 50207 | | 11/05/2005 | 227.55 | 227.55 |
| | Invoice | 10/07/2005 | 50236 | | 11/06/2005 | 75.85 | 75.85 |
| | Invoice | 10/11/2005 | 50255 | | 11/10/2005 | 77.30 | 77.30 |
| | Invoice | 10/11/2005 | 50279 | | 11/10/2005 | 38.65 | 38.65 |
| | Invoice | 10/11/2005 | 50280 | | 11/10/2005 | 130.00 | 130.00 |



2:23 PM
10/12/05
Accrual Basis

## Tyz-All Plastics, Inc.
# Customer Open Balance
All Transactions

| | Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|---|
| *LAREDO* | | | | | | | |
| Total Delphi Packard 8696 | | | | | | 5,343.45 | 5,343.45 |
| **TOTAL** | | | | | | **5,343.45** | **5,343.45** |

2:24 PM
10/12/05
Accrual Basis

# Tyz-All Plastics, Inc.
## Customer Open Balance
All Transactions

| | Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|---|
| ***LAREDO*** | | | | | | | |
| Delphi Packard 8796 | | | | | | | |
| | Invoice | 06/22/2005 | 47822 | | 07/22/2005 | 130.00 | 130.00 |
| | Invoice | 08/26/2005 | 49210 | | 09/25/2005 | 130.00 | 130.00 |
| | Invoice | 08/30/2005 | 49262 | | 09/29/2005 | 130.00 | 130.00 |
| | Invoice | 08/31/2005 | 49298 | | 09/30/2005 | 130.00 | 130.00 |
| | Invoice | 09/01/2005 | 49334 | | 10/01/2005 | 130.00 | 130.00 |
| | Invoice | 09/06/2005 | 49393 | | 10/06/2005 | 130.00 | 130.00 |
| | Invoice | 09/13/2005 | 49577 | | 10/13/2005 | 130.00 | 130.00 |
| | Invoice | 09/14/2005 | 49627 | | 10/14/2005 | 130.00 | 130.00 |
| | Invoice | 09/16/2005 | 49690 | | 10/16/2005 | 130.00 | 130.00 |
| | Invoice | 09/27/2005 | 49963 | | 10/27/2005 | 130.00 | 130.00 |
| | Invoice | 09/28/2005 | 49996 | | 10/28/2005 | 130.00 | 130.00 |
| | Invoice | 10/03/2005 | 50087 | | 11/02/2005 | 130.00 | 130.00 |
| | Invoice | 10/04/2005 | 50138 | | 11/03/2005 | 130.00 | 130.00 |
| | Invoice | 10/05/2005 | 50173 | | 11/04/2005 | 130.00 | 130.00 |
| | Invoice | 10/07/2005 | 50237 | | 11/06/2005 | 130.00 | 130.00 |
| | Invoice | 10/11/2005 | 50282 | | 11/10/2005 | 130.00 | 130.00 |
| Total Delphi Packard 8796 | | | | | | 2,080.00 | 2,080.00 |
| TOTAL | | | | | | 2,080.00 | 2,080.00 |

2:25 PM
10/12/05
Accrual Basis

# Tyz-All Plastics, Inc.
## Customer Open Balance
All Transactions

| | Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|---|
| *LAREDO* | | | | | | | |
| Delphi Packard 8896 | | | | | | | |
| | Payment | 07/01/2005 | | 46976 | | -8.08 | -130.00 |
| Total Delphi Packard 8896 | | | | | | -8.08 | -130.00 |
| **TOTAL** | | | | | | **-8.08** | **-130.00** |