Oct. 12. 2005  3:03PM                                                                                          No. 3786   P. 18

2:26 PM
10/12/05
Accrual Basis

**Tyz-All Plastics, Inc.**
## Customer Open Balance
All Transactions

<u>LAREDO</u>
Delphi Packard 9196

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| Invoice | 08/24/2005 | 49120 | | 09/23/2005 | 82.80 | 82.80 |
| Invoice | 08/25/2005 | 49158 | | 09/24/2005 | 41.40 | 41.40 |
| Invoice | 08/26/2005 | 49211 | | 09/25/2005 | 130.00 | 130.00 |
| Invoice | 08/26/2005 | 49212 | | 09/25/2005 | 41.40 | 41.40 |
| Invoice | 08/26/2005 | 49213 | | 09/25/2005 | 61.79 | 61.79 |
| Invoice | 08/29/2005 | 49246 | | 09/28/2005 | 165.60 | 165.60 |
| Invoice | 08/30/2005 | 49283 | | 09/29/2005 | 123.58 | 123.58 |
| Invoice | 08/30/2005 | 49284 | | 09/29/2005 | 61.79 | 61.79 |
| Invoice | 08/31/2005 | 49303 | | 09/30/2005 | 130.00 | 130.00 |
| Invoice | 09/01/2005 | 49335 | | 10/01/2005 | 123.58 | 123.58 |
| Invoice | 09/01/2005 | 49336 | | 10/01/2005 | 61.79 | 61.79 |
| Invoice | 09/02/2005 | 49364 | | 10/02/2005 | -6.33 | -123.58 |
| Payment | 09/02/2005 | | | | 248.40 | 248.40 |
| Invoice | 09/06/2005 | 49394 | | 10/06/2005 | 247.16 | 247.16 |
| Invoice | 09/06/2005 | 49395 | | 10/06/2005 | 61.79 | 61.79 |
| Invoice | 09/08/2005 | 49457 | | 10/08/2005 | 165.60 | 165.60 |
| Invoice | 09/09/2005 | 49492 | | 10/09/2005 | 130.00 | 130.00 |
| Invoice | 09/13/2005 | 49578 | | 10/13/2005 | 61.79 | 61.79 |
| Invoice | 09/13/2005 | 49579 | | 10/13/2005 | 61.79 | 61.79 |
| Invoice | 09/14/2005 | 49628 | | 10/14/2005 | 130.00 | 130.00 |
| Invoice | 09/15/2005 | 49669 | | 10/15/2005 | 247.16 | 247.16 |
| Invoice | 09/15/2005 | 49670 | | 10/15/2005 | 289.80 | 289.80 |
| Invoice | 09/20/2005 | 49723 | | 10/20/2005 | 61.79 | 61.79 |
| Invoice | 09/20/2005 | 49724 | | 10/20/2005 | 207.00 | 207.00 |
| Invoice | 09/21/2005 | 49756 | | 10/21/2005 | 185.37 | 185.37 |
| Invoice | 09/21/2005 | 49757 | | 10/21/2005 | 41.40 | 41.40 |
| Invoice | 09/22/2005 | 49785 | | 10/22/2005 | 260.00 | 260.00 |
| Invoice | 09/26/2005 | 49879 | | 10/26/2005 | 123.58 | 123.58 |
| Invoice | 09/26/2005 | 49880 | | 10/26/2005 | 308.95 | 308.95 |
| Invoice | 09/27/2005 | 49964 | | 10/27/2005 | 124.20 | 124.20 |
| Invoice | 09/29/2005 | 50024 | | 10/29/2005 | 41.40 | 41.40 |
| Invoice | 10/04/2005 | 50139 | | 11/03/2005 | 61.79 | 61.79 |
| Payment | 10/04/2005 | 50140 | | 11/03/2005 | -130.00 | -130.00 |
| Payment | 10/04/2005 | | | | -82.80 | -82.80 |

Page 1 of 2

2:26 PM
10/12/05
Accrual Basis

# Tyz-All Plastics, Inc.
## Customer Open Balance
### All Transactions

## LAREDO

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| Payment | 10/04/2005 | | | | -123.58 | -123.58 |
| Invoice | 10/06/2005 | 50208 | | 11/05/2005 | 41.40 | 41.40 |
| Invoice | 10/06/2005 | 50209 | | 11/05/2005 | 61.79 | 61.79 |
| Invoice | 10/07/2005 | 50238 | | 11/06/2005 | 41.40 | 41.40 |
| Invoice | 10/07/2005 | 50239 | | 11/06/2005 | 61.79 | 61.79 |
| Invoice | 10/11/2005 | 50283 | | 11/10/2005 | 165.60 | 165.60 |
| Invoice | 10/11/2005 | 50284 | | 11/10/2005 | 61.79 | 61.79 |
| Invoice | 10/12/2005 | 50312 | | 11/11/2005 | 61.79 | 61.79 |

Total Delphi Packard 9196                        4,297.34     4,180.09

TOTAL                                            4,297.34     4,180.09

2:30 PM
10/12/05
Accrual Basis

## Tyz-All Plastics, Inc.
### Customer Open Balance
#### All Transactions

**LAREDO**
Delphi Packard 9296

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| Payment | 08/02/2005 | 47265 | | | -82.80 | -165.60 |
| Payment | 08/02/2005 | | overpaid by $41.40 | | -39.80 | -164.00 |
| Invoice | 08/18/2005 | 48988 | | 09/17/2005 | 82.00 | 82.00 |
| Invoice | 08/25/2005 | 49159 | | 09/24/2005 | 165.60 | 165.60 |
| Invoice | 08/26/2005 | 49214 | | 09/25/2005 | 82.80 | 82.80 |
| Invoice | 08/29/2005 | 49247 | | 09/28/2005 | 248.40 | 248.40 |
| Invoice | 08/30/2005 | 49285 | | 09/29/2005 | 82.80 | 82.80 |
| Invoice | 08/31/2005 | 49299 | | 09/30/2005 | 165.60 | 165.60 |
| Invoice | 09/01/2005 | 49337 | | 10/01/2005 | 41.40 | 41.40 |
| Invoice | 09/06/2005 | 49395 | | 10/06/2005 | 153.35 | 153.35 |
| Invoice | 09/07/2005 | 49423 | | 10/07/2005 | 41.40 | 41.40 |
| Invoice | 09/07/2005 | 49424 | | 10/07/2005 | 153.35 | 153.35 |
| Invoice | 09/08/2005 | 49462 | | 10/08/2005 | 165.60 | 165.60 |
| Invoice | 09/09/2005 | 49493 | | 10/09/2005 | 414.00 | 414.00 |
| Invoice | 09/12/2005 | 49531 | | 10/12/2005 | 289.80 | 289.80 |
| Invoice | 09/13/2005 | 49580 | | 10/13/2005 | 414.00 | 414.00 |
| Invoice | 09/13/2005 | 49581 | | 10/13/2005 | 153.35 | 153.35 |
| Invoice | 09/14/2005 | 49629 | | 10/14/2005 | 306.70 | 306.70 |
| Invoice | 09/15/2005 | 49671 | | 10/15/2005 | 165.60 | 165.60 |
| Invoice | 09/16/2005 | 49691 | | 10/16/2005 | 41.40 | 41.40 |
| Invoice | 09/19/2005 | 49706 | | 10/19/2005 | 124.20 | 124.20 |
| Invoice | 09/20/2005 | 49725 | | 10/20/2005 | 703.80 | 703.80 |
| Invoice | 09/26/2005 | 49881 | | 10/26/2005 | 165.60 | 165.60 |
| Invoice | 09/26/2005 | 49884 | | 10/26/2005 | 460.05 | 460.05 |
| Invoice | 09/27/2005 | 49965 | | 10/27/2005 | 153.35 | 153.35 |
| Invoice | 09/28/2005 | 49997 | | 10/28/2005 | 82.80 | 82.80 |
| Invoice | 09/29/2005 | 50026 | | 10/29/2005 | 207.00 | 207.00 |
| Invoice | 10/03/2005 | 50088 | | 11/02/2005 | 153.35 | 153.35 |
| Invoice | 10/03/2005 | 50089 | | 11/02/2005 | 124.20 | 124.20 |
| Payment | 10/04/2005 | 50141 | | 11/03/2005 | -82.00 | -82.00 |
| Invoice | 10/04/2005 | 50174 | | 11/04/2005 | 41.40 | 41.40 |
| Invoice | 10/05/2005 | 50210 | | 11/05/2005 | 248.40 | 248.40 |
| Invoice | 10/06/2005 | 50240 | | 11/06/2005 | 41.40 | 41.40 |
| Invoice | 10/07/2005 | 50241 | | 11/06/2005 | 153.35 | 153.35 |

2:30 PM
10/12/05
Accrual Basis

# Tyz-All Plastics, Inc.
## Customer Open Balance
### All Transactions

**LAREDO**

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| Invoice | 10/11/2005 | 50285 | | 11/10/2005 | 165.60 | 165.60 |
| Invoice | 10/12/2005 | 50313 | | 11/11/2005 | 207.00 | 207.00 |

Total Delphi Packard 9296                                      6,159.65     5,952.85

TOTAL                                                           6,159.65     5,952.85

2:31 PM
10/12/05
Accrual Basis

# Tyz-All Plastics, Inc.
## Customer Open Balance
### All Transactions

## *LAREDO*

**Delphi Packard 9696**

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| Invoice | 06/06/2005 | 47476 | | 07/06/2005 | 82.00 | 82.00 |
| Invoice | 06/10/2005 | 47632 | | 07/10/2005 | 82.00 | 82.00 |
| Invoice | 06/17/2005 | 47764 | | 07/17/2005 | 246.00 | 246.00 |
| Invoice | 08/25/2005 | 49004 | | 09/24/2005 | 61.79 | 61.79 |
| Invoice | 08/25/2005 | 49160 | | 09/24/2005 | 130.00 | 130.00 |
| Invoice | 09/07/2005 | 49430 | | 10/07/2005 | 77.30 | 77.30 |
| Invoice | 09/07/2005 | 49524 | | 10/12/2005 | 130.00 | 130.00 |
| Invoice | 09/12/2005 | 49582 | | 10/13/2005 | 61.79 | 61.79 |
| Invoice | 09/13/2005 | 49707 | | 10/19/2005 | 308.95 | 308.95 |
| Invoice | 09/19/2005 | 49726 | | 10/20/2005 | 61.79 | 61.79 |
| Invoice | 09/20/2005 | 49882 | | 10/26/2005 | 106.00 | 106.00 |
| Invoice | 09/26/2005 | 49883 | | 10/26/2005 | 61.79 | 61.79 |
| Invoice | 09/26/2005 | 50025 | | 10/29/2005 | 61.79 | 61.79 |
| Invoice | 09/29/2005 | 50090 | | 11/02/2005 | 106.00 | 106.00 |
| Invoice | 10/03/2005 | 50091 | | 11/02/2005 | 61.79 | 61.79 |
| Invoice | 10/03/2005 | 50175 | | 11/04/2005 | 61.79 | 61.79 |
| Invoice | 10/05/2005 | 50242 | | 11/06/2005 | 106.00 | 106.00 |
| Invoice | 10/07/2005 | 50243 | | 11/06/2005 | 75.85 | 75.85 |
| Invoice | 10/07/2005 | 50287 | | 11/10/2005 | 61.79 | 61.79 |
| Invoice | 10/11/2005 | 50314 | | 11/11/2005 | 61.79 | 61.79 |

Total Delphi Packard 9696                                              2,006.21   2,006.21

TOTAL                                                                  2,006.21   2,006.21

2:33 PM
10/12/05
Accrual Basis

# Tyz-All Plastics, Inc.
## Customer Open Balance
### All Transactions

**EL PASO**

**Delphi Plant 33-Juarez**

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| Invoice | 09/02/2005 | 49343 | | 10/02/2005 | 106.00 | 106.00 |
| Invoice | 09/08/2005 | 49440 | | 10/08/2005 | 106.00 | 106.00 |
| Invoice | 09/09/2005 | 49471 | | 10/09/2005 | 106.00 | 106.00 |
| Invoice | 09/12/2005 | 49506 | | 10/12/2005 | 106.00 | 106.00 |
| Invoice | 09/15/2005 | 49648 | | 10/15/2005 | 106.00 | 106.00 |
| Invoice | 09/27/2005 | 49934 | | 10/27/2005 | 75.85 | 75.85 |
| Invoice | 10/03/2005 | 50055 | | 11/02/2005 | 106.00 | 106.00 |
| Invoice | 10/05/2005 | 50156 | | 11/04/2005 | 106.00 | 106.00 |
| Invoice | 10/11/2005 | 50257 | | 11/10/2005 | 75.85 | 75.85 |

**Total Delphi Plant 33-Juarez**    893.70    893.70

**TOTAL**    893.70    893.70

2:35 PM
10/12/05
Accrual Basis

# Tyz-All Plastics, Inc.
## Customer Open Balance
### All Transactions

### EL PASO

**Delphi Plant 39-Juarez**

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| Invoice | 09/01/2005 | 49315 | | 10/01/2005 | 70.30 | 70.30 |
| Invoice | 09/06/2005 | 49371 | | 10/06/2005 | 70.30 | 70.30 |
| Invoice | 09/30/2005 | 50029 | | 10/30/2005 | 70.30 | 70.30 |
| Invoice | 10/07/2005 | 50214 | | 11/06/2005 | 70.30 | 70.30 |

Total Delphi Plant 39-Juarez                                               281.20        281.20

**TOTAL**                                                                  281.20        281.20

Page 1 of 1