2:36 PM
10/12/05
Accrual Basis

# Tyz-All Plastics, Inc.
## Customer Open Balance
### All Transactions

**EL PASO**

Delphi Plant 49-El Paso DC

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| Payment | 08/02/2005 |  |  |  | -21.70 | -303.40 |
| Invoice | 08/24/2005 | 49093 | 47242 | 09/23/2005 | 331.20 | 331.20 |
| Invoice | 08/24/2005 | 49094 |  | 09/23/2005 | 106.00 | 106.00 |
| Invoice | 08/25/2005 | 49129 |  | 09/24/2005 | 41.85 | 41.85 |
| Invoice | 08/25/2005 | 49130 |  | 09/24/2005 | 207.00 | 207.00 |
| Invoice | 08/25/2005 | 49131 |  | 09/24/2005 | 212.00 | 212.00 |
| Invoice | 08/25/2005 | 49132 |  | 09/24/2005 | 91.20 | 91.20 |
| Invoice | 08/26/2005 | 49185 |  | 09/25/2005 | 212.00 | 212.00 |
| Invoice | 08/29/2005 | 49226 |  | 09/28/2005 | 82.80 | 82.80 |
| Invoice | 08/29/2005 | 49227 |  | 09/28/2005 | 75.85 | 75.85 |
| Invoice | 08/29/2005 | 49258 |  | 09/28/2005 | 574.00 | 574.00 |
| Invoice | 08/30/2005 | 49259 |  | 09/29/2005 | 82.80 | 82.80 |
| Invoice | 08/30/2005 | 49260 |  | 09/29/2005 | 106.00 | 106.00 |
| Invoice | 09/01/2005 | 49312 |  | 10/01/2005 | 41.40 | 41.40 |
| Invoice | 09/01/2005 | 49313 |  | 10/01/2005 | 227.55 | 227.55 |
| Invoice | 09/02/2005 | 49341 |  | 10/02/2005 | 318.00 | 318.00 |
| Invoice | 09/02/2005 | 49342 |  | 10/02/2005 | 227.55 | 227.55 |
| Invoice | 09/06/2005 | 49366 |  | 10/02/2005 | 151.70 | 151.70 |
| Invoice | 09/06/2005 | 49368 |  | 10/06/2005 | 328.00 | 328.00 |
| Invoice | 09/06/2005 | 49369 |  | 10/06/2005 | 318.00 | 318.00 |
| Invoice | 09/06/2005 | 49370 |  | 10/06/2005 | 606.80 | 606.80 |
| Invoice | 09/06/2005 | 49379 |  | 10/06/2005 | 165.60 | 165.60 |
| Invoice | 09/07/2005 | 49406 |  | 10/07/2005 | 82.80 | 82.80 |
| Invoice | 09/07/2005 | 49407 |  | 10/07/2005 | 212.00 | 212.00 |
| Invoice | 09/07/2005 | 49408 |  | 10/07/2005 | 834.35 | 834.35 |
| Invoice | 09/08/2005 | 49436 |  | 10/08/2005 | 83.70 | 83.70 |
| Invoice | 09/08/2005 | 49437 |  | 10/08/2005 | 164.00 | 164.00 |
| Invoice | 09/08/2005 | 49438 |  | 10/08/2005 | 318.00 | 318.00 |
| Invoice | 09/08/2005 | 49439 |  | 10/08/2005 | 455.10 | 455.10 |
| Invoice | 09/08/2005 | 49459 |  | 10/08/2005 | 124.20 | 124.20 |
| Invoice | 09/09/2005 | 49465 |  | 10/09/2005 | 124.20 | 124.20 |
| Invoice | 09/09/2005 | 49466 |  | 10/09/2005 | 124.20 | 124.20 |
| Invoice | 09/09/2005 | 49467 |  | 10/09/2005 | 124.20 | 124.20 |
| Invoice | 09/09/2005 | 49468 |  | 10/09/2005 | 106.00 | 106.00 |
| Invoice | 09/09/2005 | 49469 |  | 10/09/2005 | 91.20 | 91.20 |

2:36 PM
10/12/05
Accrual Basis

# Tyz-All Plastics, Inc.
## Customer Open Balance
### All Transactions

**EL PASO**

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| Invoice | 09/09/2005 | 49470 | | 10/09/2005 | 530.95 | 530.95 |
| Invoice | 09/12/2005 | 49504 | | 10/12/2005 | 82.00 | 82.00 |
| Invoice | 09/12/2005 | 49505 | | 10/12/2005 | 424.00 | 424.00 |
| Invoice | 09/12/2005 | 49507 | | 10/12/2005 | 379.25 | 379.25 |
| Invoice | 09/12/2005 | 49508 | | 10/12/2005 | 91.20 | 91.20 |
| Invoice | 09/12/2005 | 49525 | | 10/12/2005 | 207.00 | 207.00 |
| Invoice | 09/13/2005 | 49544 | | 10/13/2005 | 124.20 | 124.20 |
| Invoice | 09/13/2005 | 49545 | | 10/13/2005 | 151.70 | 151.70 |
| Invoice | 09/14/2005 | 49546 | | 10/14/2005 | 246.00 | 246.00 |
| Invoice | 09/14/2005 | 49600 | | 10/14/2005 | 106.00 | 106.00 |
| Invoice | 09/14/2005 | 49603 | | 10/14/2005 | 151.70 | 151.70 |
| Invoice | 09/14/2005 | 49604 | | 10/14/2005 | 124.20 | 124.20 |
| Invoice | 09/15/2005 | 49635 | | 10/15/2005 | 106.00 | 106.00 |
| Invoice | 09/15/2005 | 49636 | | 10/15/2005 | 182.40 | 182.40 |
| Invoice | 09/15/2005 | 49637 | | 10/15/2005 | 151.70 | 151.70 |
| Invoice | 09/15/2005 | 49638 | | 10/15/2005 | 82.80 | 82.80 |
| Invoice | 09/16/2005 | 49675 | | 10/16/2005 | 165.60 | 165.60 |
| Invoice | 09/19/2005 | 49700 | | 10/19/2005 | 41.85 | 41.85 |
| Invoice | 09/21/2005 | 49738 | | 10/21/2005 | 410.00 | 410.00 |
| Invoice | 09/21/2005 | 49739 | | 10/21/2005 | 207.00 | 207.00 |
| Invoice | 09/21/2005 | 49740 | | 10/21/2005 | 289.80 | 289.80 |
| Invoice | 09/22/2005 | 49766 | | 10/22/2005 | 212.00 | 212.00 |
| Invoice | 09/22/2005 | 49787 | | 10/22/2005 | 227.55 | 227.55 |
| Invoice | 09/22/2005 | 49788 | | 10/22/2005 | 91.20 | 91.20 |
| Invoice | 09/23/2005 | 49820 | | 10/23/2005 | 212.00 | 212.00 |
| Invoice | 09/23/2005 | 49824 | | 10/23/2005 | 227.55 | 227.55 |
| Invoice | 09/23/2005 | 49825 | | 10/23/2005 | 227.55 | 227.55 |
| Invoice | 09/23/2005 | 49826 | | 10/23/2005 | 303.40 | 303.40 |
| Invoice | 09/23/2005 | 49827 | | 10/23/2005 | 424.00 | 424.00 |
| Invoice | 09/26/2005 | 49857 | | 10/26/2005 | 1,137.75 | 1,137.75 |
| Invoice | 09/26/2005 | 49858 | | 10/26/2005 | 212.00 | 212.00 |
| Invoice | 09/27/2005 | 49931 | | 10/27/2005 | 379.25 | 379.25 |
| Invoice | 09/27/2005 | 49932 | | 10/27/2005 | 303.40 | 303.40 |
| Invoice | 09/27/2005 | 49933 | | 10/27/2005 | 410.00 | 410.00 |
| Invoice | 09/28/2005 | 49970 | | 10/28/2005 | 165.60 | 165.60 |
| Invoice | 09/28/2005 | 49971 | | 10/28/2005 | 379.25 | 379.25 |
| Invoice | 09/28/2005 | 49972 | | 10/28/2005 | | |

2:36 PM
10/12/05
Accrual Basis

# Tyz-All Plastics, Inc.
## Customer Open Balance
### All Transactions

## EL PASO

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| Invoice | 09/29/2005 | 50001 | | 10/29/2005 | 41.85 | 41.85 |
| Invoice | 09/29/2005 | 50002 | | 10/29/2005 | 248.40 | 248.40 |
| Invoice | 09/29/2005 | 50003 | | 10/29/2005 | 227.55 | 227.55 |
| Invoice | 09/29/2005 | 50004 | | 10/29/2005 | 106.00 | 106.00 |
| Invoice | 10/03/2005 | 50050 | | 11/02/2005 | 41.85 | 41.85 |
| Invoice | 10/03/2005 | 50051 | | 11/02/2005 | 621.00 | 621.00 |
| Invoice | 10/03/2005 | 50052 | | 11/02/2005 | 364.80 | 364.80 |
| Invoice | 10/03/2005 | 50053 | | 11/02/2005 | 1,365.30 | 1,365.30 |
| Invoice | 10/05/2005 | 50153 | | 11/04/2005 | 410.00 | 410.00 |
| Invoice | 10/05/2005 | 50154 | | 11/04/2005 | 82.80 | 82.80 |
| Invoice | 10/05/2005 | 50185 | | 11/05/2005 | 41.85 | 41.85 |
| Invoice | 10/06/2005 | 50186 | | 11/05/2005 | 207.00 | 207.00 |
| Invoice | 10/06/2005 | 50187 | | 11/05/2005 | 91.20 | 91.20 |
| Invoice | 10/06/2005 | 50188 | | 11/05/2005 | 303.40 | 303.40 |
| Invoice | 10/11/2005 | 50256 | | 11/10/2005 | 303.40 | 303.40 |
| Invoice | 10/12/2005 | 50292 | | 11/11/2005 | 227.55 | 227.55 |

Total Delphi Plant 49-El Paso DC    21,181.35    20,899.65

TOTAL    21,181.35    20,899.65

2:31 PM
10/12/05
Accrual Basis

## Tyz-All Plastics, Inc.
## Customer Open Balance
### All Transactions

**EL PASO**

Delphi Plant 50-Hidalgo del Parral

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| Invoice | 08/25/2005 | 49135 | | 09/24/2005 | 130.00 | 130.00 |
| Invoice | 08/25/2005 | 49136 | | 09/24/2005 | 379.25 | 379.25 |
| Invoice | 08/25/2005 | 49137 | | 09/24/2005 | 153.35 | 153.35 |
| Invoice | 08/26/2005 | 49186 | | 09/25/2005 | 130.00 | 130.00 |
| Invoice | 08/26/2005 | 49187 | | 09/25/2005 | 106.00 | 106.00 |
| Invoice | 08/26/2005 | 49188 | | 09/25/2005 | 75.85 | 75.85 |
| Invoice | 08/29/2005 | 49228 | | 09/28/2005 | 130.00 | 130.00 |
| Invoice | 08/30/2005 | 49261 | | 09/29/2005 | 260.00 | 260.00 |
| Invoice | 08/30/2005 | 49262 | | 09/29/2005 | 106.00 | 106.00 |
| Invoice | 08/30/2005 | 49263 | | 09/29/2005 | 303.40 | 303.40 |
| Invoice | 08/31/2005 | 49291 | | 09/30/2005 | 130.00 | 130.00 |
| Invoice | 09/01/2005 | 49316 | | 10/01/2005 | 130.00 | 130.00 |
| Invoice | 09/01/2005 | 49317 | | 10/01/2005 | 227.55 | 227.55 |
| Invoice | 09/02/2005 | 49344 | | 10/02/2005 | 260.00 | 260.00 |
| Invoice | 09/02/2005 | 49345 | | 10/02/2005 | 106.00 | 106.00 |
| Invoice | 09/02/2005 | 49346 | | 10/02/2005 | 606.80 | 606.80 |
| Invoice | 09/06/2005 | 49372 | | 10/06/2005 | 260.00 | 260.00 |
| Invoice | 09/06/2005 | 49373 | | 10/06/2005 | 379.25 | 379.25 |
| Invoice | 09/06/2005 | 49374 | | 10/06/2005 | 306.70 | 306.70 |
| Invoice | 09/07/2005 | 49410 | | 10/07/2005 | 106.00 | 106.00 |
| Invoice | 09/07/2005 | 49411 | | 10/07/2005 | 530.95 | 530.95 |
| Invoice | 09/08/2005 | 49441 | | 10/08/2005 | 212.00 | 212.00 |
| Invoice | 09/08/2005 | 49442 | | 10/08/2005 | 227.55 | 227.55 |
| Invoice | 09/09/2005 | 49472 | | 10/09/2005 | 106.00 | 106.00 |
| Invoice | 09/09/2005 | 49473 | | 10/09/2005 | 227.55 | 227.55 |
| Invoice | 09/09/2005 | 49501 | | 10/09/2005 | 227.55 | 227.55 |
| Invoice | 09/12/2005 | 49509 | | 10/12/2005 | 106.00 | 106.00 |
| Invoice | 09/12/2005 | 49510 | | 10/12/2005 | 151.70 | 151.70 |
| Invoice | 09/12/2005 | 49533 | | 10/12/2005 | 390.00 | 390.00 |
| Invoice | 09/13/2005 | 49547 | | 10/13/2005 | 151.70 | 151.70 |
| Invoice | 09/13/2005 | 49583 | | 10/13/2005 | 153.35 | 153.35 |
| Invoice | 09/14/2005 | 49607 | | 10/14/2005 | 151.70 | 151.70 |
| Invoice | 09/15/2005 | 49652 | | 10/15/2005 | 758.50 | 758.50 |
| Invoice | 09/16/2005 | 49676 | | 10/16/2005 | 151.70 | 151.70 |
| Invoice | 09/20/2005 | 49711 | | 10/20/2005 | 520.00 | 520.00 |

2:37 PM
10/12/05
Accrual Basis

## Tyz-All Plastics, Inc.
## Customer Open Balance
### All Transactions

**EL PASO**

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| Invoice | 09/22/2005 | 49767 | | 10/22/2005 | 780.00 | 780.00 |
| Invoice | 09/22/2005 | 49790 | | 10/22/2005 | 303.40 | 303.40 |
| Invoice | 09/23/2005 | 49819 | | 10/23/2005 | 260.00 | 260.00 |
| Invoice | 09/23/2005 | 49828 | | 10/23/2005 | 303.40 | 303.40 |
| Invoice | 09/23/2005 | 49829 | | 10/23/2005 | 153.35 | 153.35 |
| Invoice | 09/26/2005 | 49859 | | 10/26/2005 | 106.00 | 106.00 |
| Invoice | 09/26/2005 | 49860 | | 10/26/2005 | 1,213.60 | 1,213.60 |
| Invoice | 09/26/2005 | 49861 | | 10/26/2005 | 153.35 | 153.35 |
| Invoice | 09/27/2005 | 49935 | | 10/27/2005 | 212.00 | 212.00 |
| Invoice | 09/27/2005 | 49936 | | 10/27/2005 | 303.40 | 303.40 |
| Invoice | 09/27/2005 | 49937 | | 10/27/2005 | 303.40 | 303.40 |
| Invoice | 09/28/2005 | 49974 | | 10/28/2005 | 260.00 | 260.00 |
| Invoice | 09/28/2005 | 49976 | | 10/28/2005 | 379.25 | 379.25 |
| Invoice | 09/28/2005 | 50005 | | 10/28/2005 | 106.00 | 106.00 |
| Invoice | 09/29/2005 | 50006 | | 10/29/2005 | 227.55 | 227.55 |
| Invoice | 09/30/2005 | 50038 | | 10/30/2005 | 303.40 | 303.40 |
| Invoice | 10/03/2005 | 50056 | | 11/02/2005 | 260.00 | 260.00 |
| Invoice | 10/03/2005 | 50057 | | 11/02/2005 | 106.00 | 106.00 |
| Invoice | 10/03/2005 | 50058 | | 11/02/2005 | 682.65 | 682.65 |
| Invoice | 10/03/2005 | 50060 | | 11/02/2005 | 153.35 | 153.35 |
| Invoice | 10/04/2005 | 50116 | | 11/03/2005 | 260.00 | 260.00 |
| Invoice | 10/04/2005 | 50117 | | 11/03/2005 | 606.80 | 606.80 |
| Invoice | 10/05/2005 | 50157 | | 11/04/2005 | 130.00 | 130.00 |
| Invoice | 10/05/2005 | 50158 | | 11/04/2005 | 455.10 | 455.10 |
| Invoice | 10/05/2005 | 50159 | | 11/04/2005 | 153.35 | 153.35 |
| Invoice | 10/06/2005 | 50189 | | 11/05/2005 | 390.00 | 390.00 |
| Invoice | 10/06/2005 | 50190 | | 11/05/2005 | 106.00 | 106.00 |
| Invoice | 10/06/2005 | 50191 | | 11/05/2005 | 682.65 | 682.65 |
| Invoice | 10/07/2005 | 50215 | | 11/06/2005 | 260.00 | 260.00 |
| Invoice | 10/07/2005 | 50216 | | 11/06/2005 | 379.25 | 379.25 |
| Invoice | 10/11/2005 | 50258 | | 11/10/2005 | 260.00 | 260.00 |
| Invoice | 10/11/2005 | 50259 | | 11/10/2005 | 303.40 | 303.40 |
| Invoice | 10/11/2005 | 50260 | | 11/10/2005 | 153.35 | 153.35 |
| Invoice | 10/12/2005 | 50293 | | 11/11/2005 | 106.00 | 106.00 |
| Invoice | 10/12/2005 | 50294 | | 11/11/2005 | 682.65 | 682.65 |
| | | | | | 19,851.05 | 19,851.05 |

Total Delphi Plant 50-Hidalgo del Parral



## Tyz-All Plastics, Inc.
### Customer Open Balance
All Transactions

2:37 PM
10/12/05
Accrual Basis

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|------|------|-----|------|----------|--------------|--------|

**EL PASO**

**TOTAL**      19,851.05    19,851.05