05-44481-rdd    Doc 188-5    Filed 10/13/05    Entered 10/13/05 16:00:02    Exhibit
Invoices 5 of 7    Pg 1 of 4

Oct. 12. 2005  3:04PM                                                      No. 3786   P. 31

2:39 PM
10/12/05
Accrual Basis

# Tyz-All Plastics, Inc.
## Customer Open Balance
### All Transactions

**Delphi Plant 51-Nuevo Casa Grandes**

**EL PASO**

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| Invoice | 05/28/2005 | 47317 | | 06/27/2005 | 1,194.00 | 30,820.25 |
| Invoice | 08/12/2005 | 48831 | | 09/11/2005 | 91.20 | 91.20 |
| Invoice | 08/25/2005 | 49138 | | 09/24/2005 | 390.00 | 390.00 |
| Invoice | 08/25/2005 | 49139 | | 09/24/2005 | 227.55 | 227.55 |
| Invoice | 08/26/2005 | 49189 | | 09/25/2005 | 260.00 | 260.00 |
| Invoice | 08/26/2005 | 49190 | | 09/25/2005 | 75.85 | 75.85 |
| Invoice | 08/29/2005 | 49229 | | 09/28/2005 | 520.00 | 520.00 |
| Invoice | 08/29/2005 | 49230 | | 09/28/2005 | 91.20 | 91.20 |
| Invoice | 08/30/2005 | 49264 | | 09/29/2005 | 780.00 | 780.00 |
| Invoice | 08/30/2005 | 49265 | | 09/29/2005 | 227.55 | 227.55 |
| Invoice | 08/31/2005 | 49292 | | 09/30/2005 | 390.00 | 390.00 |
| Invoice | 09/01/2005 | 49318 | | 10/01/2005 | 390.00 | 390.00 |
| Invoice | 09/01/2005 | 49319 | | 10/01/2005 | 227.55 | 227.55 |
| Invoice | 09/02/2005 | 49347 | | 10/02/2005 | 130.00 | 130.00 |
| Invoice | 09/02/2005 | 49348 | | 10/02/2005 | 379.25 | 379.25 |
| Invoice | 09/06/2005 | 49376 | | 10/06/2005 | 780.00 | 780.00 |
| Invoice | 09/06/2005 | 49377 | | 10/06/2005 | 379.25 | 379.25 |
| Invoice | 09/07/2005 | 49412 | | 10/07/2005 | 455.10 | 455.10 |
| Invoice | 09/08/2005 | 49445 | | 10/08/2005 | 303.40 | 303.40 |
| Invoice | 09/09/2005 | 49474 | | 10/09/2005 | 182.40 | 182.40 |
| Invoice | 09/09/2005 | 49475 | | 10/09/2005 | 530.95 | 530.95 |
| Invoice | 09/12/2005 | 49511 | | 10/12/2005 | 91.20 | 91.20 |
| Invoice | 09/12/2005 | 49512 | | 10/12/2005 | 530.95 | 530.95 |
| Invoice | 09/12/2005 | 49534 | | 10/12/2005 | 650.00 | 650.00 |
| Invoice | 09/12/2005 | 49548 | | 10/13/2005 | 780.00 | 780.00 |
| Invoice | 09/13/2005 | 49549 | | 10/13/2005 | 91.20 | 91.20 |
| Invoice | 09/13/2005 | 49550 | | 10/13/2005 | 303.40 | 303.40 |
| Invoice | 09/14/2005 | 49608 | | 10/14/2005 | 780.00 | 780.00 |
| Invoice | 09/14/2005 | 49609 | | 10/14/2005 | 303.40 | 303.40 |
| Invoice | 09/15/2005 | 49640 | | 10/15/2005 | 91.20 | 91.20 |
| Invoice | 09/15/2005 | 49641 | | 10/15/2005 | 303.40 | 303.40 |
| Invoice | 09/15/2005 | 49653 | | 10/15/2005 | 910.00 | 910.00 |
| Invoice | 09/16/2005 | 49677 | | 10/16/2005 | 390.00 | 390.00 |
| Invoice | 09/19/2005 | 49701 | | 10/19/2005 | 390.00 | 390.00 |
| Invoice | 09/20/2005 | 49712 | | 10/20/2005 | 260.00 | 260.00 |

2:39 PM
10/12/05
Accrual Basis

# Tyz-All Plastics, Inc.
## Customer Open Balance
### All Transactions

**EL PASO**

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| Invoice | 09/21/2005 | 49742 | | 10/21/2005 | 520.00 | 520.00 |
| Invoice | 09/22/2005 | 49768 | | 10/22/2005 | 390.00 | 390.00 |
| Invoice | 09/22/2005 | 49769 | | 10/22/2005 | 91.20 | 91.20 |
| Invoice | 09/22/2005 | 49791 | | 10/22/2005 | 227.55 | 227.55 |
| Invoice | 09/23/2005 | 49817 | | 10/23/2005 | 260.00 | 260.00 |
| Invoice | 09/23/2005 | 49830 | | 10/23/2005 | 303.40 | 303.40 |
| Invoice | 09/26/2005 | 49862 | | 10/26/2005 | 390.00 | 390.00 |
| Invoice | 09/26/2005 | 49863 | | 10/26/2005 | 606.80 | 606.80 |
| Invoice | 09/27/2005 | 49938 | | 10/27/2005 | 520.00 | 520.00 |
| Invoice | 09/27/2005 | 49939 | | 10/27/2005 | 182.40 | 182.40 |
| Invoice | 09/27/2005 | 49940 | | 10/27/2005 | 303.40 | 303.40 |
| Invoice | 09/28/2005 | 49977 | | 10/28/2005 | 520.00 | 520.00 |
| Invoice | 09/28/2005 | 49978 | | 10/28/2005 | 379.25 | 379.25 |
| Invoice | 09/29/2005 | 50007 | | 10/29/2005 | 260.00 | 260.00 |
| Invoice | 09/29/2005 | 50008 | | 10/29/2005 | 303.40 | 303.40 |
| Invoice | 09/30/2005 | 50039 | | 10/30/2005 | 303.40 | 303.40 |
| Invoice | 10/03/2005 | 50061 | | 11/02/2005 | 910.00 | 910.00 |
| Invoice | 10/03/2005 | 50062 | | 11/02/2005 | 273.60 | 273.60 |
| Invoice | 10/03/2005 | 50063 | | 11/02/2005 | 834.35 | 834.35 |
| Invoice | 10/03/2005 | 50095 | | 11/02/2005 | 91.20 | 91.20 |
| Invoice | 10/04/2005 | 50118 | | 11/03/2005 | 650.00 | 650.00 |
| Invoice | 10/04/2005 | 50160 | | 11/04/2005 | 260.00 | 260.00 |
| Invoice | 10/05/2005 | 50161 | | 11/04/2005 | 910.20 | 910.20 |
| Invoice | 10/05/2005 | 50192 | | 11/05/2005 | 390.00 | 390.00 |
| Invoice | 10/06/2005 | 50217 | | 11/06/2005 | 1,560.00 | 1,560.00 |
| Invoice | 10/07/2005 | 50218 | | 11/06/2005 | 91.20 | 91.20 |
| Invoice | 10/07/2005 | 50261 | | 11/10/2005 | 1,170.00 | 1,170.00 |
| Invoice | 10/11/2005 | 50262 | | 11/10/2005 | 91.20 | 91.20 |
| Invoice | 10/11/2005 | 50263 | | 11/10/2005 | 303.40 | 303.40 |
| Invoice | 10/11/2005 | 50295 | | 11/11/2005 | 91.20 | 91.20 |
| Invoice | 10/12/2005 | 50296 | | 11/11/2005 | 606.80 | 606.80 |

Total Delphi Plant 51-Nuevo Casa Grandes         27,673.95       27,673.95

**TOTAL**                                         27,673.95       57,300.20

2:40 PM
10/12/05
Accrual Basis

# Tyz-All Plastics, Inc.
## Customer Open Balance
### All Transactions

## EL PASO

**Delphi Plant 52-Chihuahua**

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| Invoice | 05/28/2005 | 47318 | | 06/27/2005 | 90.55 | 633.00 |
| Invoice | 09/27/2005 | 49942 | | 10/27/2005 | 90.30 | 90.30 |
| Invoice | 09/28/2005 | 49979 | | 10/28/2005 | 91.20 | 91.20 |
| Invoice | 09/28/2005 | 49980 | | 10/28/2005 | 69.40 | 69.40 |

Total Delphi Plant 52-Chihuahua                                341.45    883.90

TOTAL                                                          341.45    883.90

2:41 PM
10/12/05
Accrual Basis

# Tyz-All Plastics, Inc.
## Customer Open Balance
### All Transactions

## EL PASO

**Delphi Plant 53-Empaine**

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| Invoice | 07/01/2005 | 47956 | | 07/31/2005 | 828.00 | 828.00 |
| Invoice | 08/22/2005 | 49029 | | 09/21/2005 | 207.00 | 207.00 |
| Invoice | 08/22/2005 | 49030 | | 09/21/2005 | 68.70 | 68.70 |
| Invoice | 08/22/2005 | 49031 | | 09/21/2005 | 75.85 | 75.85 |
| Invoice | 08/23/2005 | 49060 | | 09/22/2005 | 207.00 | 207.00 |
| Invoice | 08/23/2005 | 49061 | | 09/22/2005 | 68.70 | 68.70 |
| Invoice | 08/23/2005 | 49062 | | 09/22/2005 | 75.85 | 75.85 |
| Invoice | 08/24/2005 | 49102 | | 09/23/2005 | 124.20 | 124.20 |
| Invoice | 08/25/2005 | 49140 | | 09/24/2005 | 82.80 | 82.80 |
| Invoice | 09/14/2005 | 49632 | | 10/14/2005 | 82.80 | 82.80 |
| Invoice | 09/14/2005 | 49642 | | 10/14/2005 | 372.60 | 372.60 |
| Invoice | 09/15/2005 | 49678 | | 10/15/2005 | 207.00 | 207.00 |
| Invoice | 09/16/2005 | 49713 | | 10/16/2005 | 41.40 | 41.40 |
| Invoice | 09/20/2005 | 49743 | | 10/20/2005 | 414.00 | 414.00 |
| Invoice | 09/21/2005 | 49770 | | 10/21/2005 | 41.40 | 41.40 |
| Invoice | 09/22/2005 | 49818 | | 10/22/2005 | 82.80 | 82.80 |
| Invoice | 09/23/2005 | 49818 | | 10/23/2005 | 910.80 | 910.80 |
| Invoice | 09/27/2005 | 49941 | | 10/27/2005 | 41.40 | 41.40 |
| Invoice | 09/28/2005 | 49981 | | 10/28/2005 | 248.40 | 248.40 |
| Invoice | 09/29/2005 | 50009 | | 10/29/2005 | 289.80 | 289.80 |
| Invoice | 10/03/2005 | 50064 | | 11/02/2005 | 41.40 | 41.40 |
| Invoice | 10/04/2005 | 50119 | | 11/03/2005 | 41.40 | 41.40 |
| Payment | 10/04/2005 | | | 11/04/2005 | -75.85 | -75.85 |
| Invoice | 10/05/2005 | 50162 | | 11/04/2005 | 207.00 | 207.00 |
| Invoice | 10/07/2005 | 50220 | | 11/06/2005 | 331.20 | 331.20 |
| Invoice | 10/11/2005 | 50264 | | 11/10/2005 | 455.40 | 455.40 |
| Invoice | 10/12/2005 | 50297 | | 11/11/2005 | 124.20 | 124.20 |

Total Delphi Plant 53-Empaine     5,553.85     5,553.85

**TOTAL**     5,553.85     5,553.85