2:42 PM
10/12/05
Accrual Basis

# Tyz-All Plastics, Inc.
## Customer Open Balance
### All Transactions

**Delphi Plant 57-Cuauhtemoc**

**EL PASO**

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| Invoice | 06/14/2005 | 47673 | | 07/14/2005 | 106.00 | 212.00 |
| Invoice | 07/01/2005 | 47968 | | 07/31/2005 | 83.70 | 83.70 |
| Invoice | 08/01/2005 | 46520 | | 08/31/2005 | 41.40 | 41.40 |
| Invoice | 08/24/2005 | 49103 | | 09/23/2005 | 41.40 | 41.40 |
| Invoice | 08/24/2005 | 49105 | | 09/23/2005 | 75.85 | 75.85 |
| Invoice | 08/25/2005 | 49141 | | 09/24/2005 | 41.85 | 41.85 |
| Invoice | 08/25/2005 | 49142 | | 09/24/2005 | 130.00 | 130.00 |
| Invoice | 08/25/2005 | 49143 | | 09/24/2005 | 82.80 | 82.80 |
| Invoice | 08/25/2005 | 49144 | | 09/24/2005 | 212.00 | 212.00 |
| Invoice | 08/25/2005 | 49145 | | 09/24/2005 | 227.55 | 227.55 |
| Invoice | 08/26/2005 | 49191 | | 09/25/2005 | 82.80 | 82.80 |
| Invoice | 08/26/2005 | 49192 | | 09/25/2005 | 106.00 | 106.00 |
| Invoice | 08/29/2005 | 49231 | | 09/28/2005 | 130.00 | 130.00 |
| Invoice | 08/29/2005 | 49232 | | 09/28/2005 | 124.20 | 124.20 |
| Invoice | 08/29/2005 | 49233 | | 09/28/2005 | 75.85 | 75.85 |
| Invoice | 08/30/2005 | 49266 | | 09/29/2005 | 41.85 | 41.85 |
| Invoice | 08/30/2005 | 49267 | | 09/29/2005 | 130.00 | 130.00 |
| Invoice | 08/30/2005 | 49268 | | 09/29/2005 | 82.80 | 82.80 |
| Invoice | 08/30/2005 | 49269 | | 09/29/2005 | 106.00 | 106.00 |
| Invoice | 08/30/2005 | 49270 | | 09/29/2005 | 75.85 | 75.85 |
| Invoice | 08/31/2005 | 49293 | | 09/30/2005 | 41.85 | 41.85 |
| Invoice | 08/31/2005 | 49294 | | 09/30/2005 | 82.80 | 82.80 |
| Invoice | 09/02/2005 | 49349 | | 10/02/2005 | 130.00 | 130.00 |
| Invoice | 09/02/2005 | 49350 | | 10/02/2005 | 1,060.00 | 1,060.00 |
| Invoice | 09/02/2005 | 49351 | | 10/02/2005 | 227.55 | 227.55 |
| Invoice | 09/02/2005 | 49352 | | 10/02/2005 | 128.30 | 128.30 |
| Invoice | 09/06/2005 | 49378 | | 10/06/2005 | 130.00 | 130.00 |
| Invoice | 09/06/2005 | 49380 | | 10/06/2005 | 636.00 | 636.00 |
| Invoice | 09/06/2005 | 49381 | | 10/06/2005 | 151.70 | 151.70 |
| Invoice | 09/07/2005 | 49413 | | 10/07/2005 | 318.00 | 318.00 |
| Invoice | 09/07/2005 | 49414 | | 10/07/2005 | 75.85 | 75.85 |
| Invoice | 09/08/2005 | 49446 | | 10/08/2005 | 41.85 | 41.85 |
| Invoice | 09/08/2005 | 49447 | | 10/08/2005 | 848.00 | 848.00 |
| Invoice | 09/08/2005 | 49448 | | 10/08/2005 | 75.85 | 75.85 |
| Invoice | 09/08/2005 | 49458 | | 10/08/2005 | 128.30 | 128.30 |

2:42 PM
10/12/05
Accrual Basis

# Tyz-All Plastics, Inc.
## Customer Open Balance
### All Transactions

**EL PASO**

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| Invoice | 09/08/2005 | 49460 | | 10/08/2005 | 124.20 | 124.20 |
| Invoice | 09/09/2005 | 49476 | | 10/09/2005 | 124.20 | 124.20 |
| Invoice | 09/09/2005 | 49477 | | 10/09/2005 | 318.00 | 318.00 |
| Invoice | 09/09/2005 | 49478 | | 10/09/2005 | 151.70 | 151.70 |
| Invoice | 09/09/2005 | 49479 | | 10/09/2005 | 530.00 | 530.00 |
| Invoice | 09/12/2005 | 49513 | | 10/12/2005 | 151.70 | 151.70 |
| Invoice | 09/12/2005 | 49514 | | 10/12/2005 | 151.70 | 151.70 |
| Invoice | 09/12/2005 | 49526 | | 10/12/2005 | 165.60 | 165.60 |
| Invoice | 09/13/2005 | 49551 | | 10/13/2005 | 41.85 | 41.85 |
| Invoice | 09/13/2005 | 49552 | | 10/13/2005 | 130.00 | 130.00 |
| Invoice | 09/13/2005 | 49553 | | 10/13/2005 | 124.20 | 124.20 |
| Invoice | 09/13/2005 | 49554 | | 10/13/2005 | 530.00 | 530.00 |
| Invoice | 09/13/2005 | 49555 | | 10/13/2005 | 151.70 | 151.70 |
| Invoice | 09/14/2005 | 49610 | | 10/14/2005 | 130.00 | 130.00 |
| Invoice | 09/14/2005 | 49611 | | 10/14/2005 | 318.00 | 318.00 |
| Invoice | 09/14/2005 | 49612 | | 10/14/2005 | 151.70 | 151.70 |
| Invoice | 09/14/2005 | 49618 | | 10/14/2005 | 82.80 | 82.80 |
| Invoice | 09/14/2005 | 49633 | | 10/14/2005 | 82.80 | 82.80 |
| Invoice | 09/15/2005 | 49643 | | 10/15/2005 | 260.00 | 260.00 |
| Invoice | 09/15/2005 | 49644 | | 10/15/2005 | 124.20 | 124.20 |
| Invoice | 09/15/2005 | 49645 | | 10/15/2005 | 112.00 | 212.00 |
| Invoice | 09/15/2005 | 49646 | | 10/15/2005 | 75.85 | 75.85 |
| Invoice | 09/16/2005 | 49613 | | 10/16/2005 | 102.64 | 102.64 |
| Invoice | 09/16/2005 | 49679 | | 10/16/2005 | 41.85 | 41.85 |
| Invoice | 09/16/2005 | 49680 | | 10/16/2005 | 41.40 | 41.40 |
| Invoice | 09/16/2005 | 49681 | | 10/16/2005 | 106.00 | 106.00 |
| Invoice | 09/20/2005 | 49714 | | 10/20/2005 | 82.80 | 82.80 |
| Invoice | 09/21/2005 | 49744 | | 10/21/2005 | 260.00 | 260.00 |
| Invoice | 09/21/2005 | 49745 | | 10/21/2005 | 207.00 | 207.00 |
| Invoice | 09/22/2005 | 49771 | | 10/22/2005 | 41.85 | 41.85 |
| Invoice | 09/22/2005 | 49772 | | 10/22/2005 | 41.40 | 41.40 |
| Invoice | 09/22/2005 | 49792 | | 10/22/2005 | 318.00 | 318.00 |
| Invoice | 09/22/2005 | 49793 | | 10/22/2005 | 151.70 | 151.70 |
| Invoice | 09/22/2005 | 49794 | | 10/22/2005 | 151.70 | 151.70 |
| Invoice | 09/23/2005 | 49821 | | 10/23/2005 | 130.00 | 130.00 |
| Invoice | 09/23/2005 | 49822 | | 10/23/2005 | 82.80 | 82.80 |

2:42 PM
10/12/05
Accrual Basis

# Tyz-All Plastics, Inc.
## Customer Open Balance
### All Transactions

**EL PASO**

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| Invoice | 09/23/2005 | 49831 | | 10/23/2005 | 424.00 | 424.00 |
| Invoice | 09/23/2005 | 49832 | | 10/23/2005 | 303.40 | 303.40 |
| Invoice | 09/26/2005 | 49864 | | 10/26/2005 | 124.20 | 124.20 |
| Invoice | 09/26/2005 | 49865 | | 10/26/2005 | 1,378.00 | 1,378.00 |
| Invoice | 09/26/2005 | 49866 | | 10/26/2005 | 75.85 | 75.85 |
| Invoice | 09/27/2005 | 49943 | | 10/27/2005 | 41.85 | 41.85 |
| Invoice | 09/27/2005 | 49944 | | 10/27/2005 | 130.00 | 130.00 |
| Invoice | 09/27/2005 | 49945 | | 10/27/2005 | 82.80 | 82.80 |
| Invoice | 09/27/2005 | 49946 | | 10/27/2005 | 636.00 | 636.00 |
| Invoice | 09/27/2005 | 49947 | | 10/27/2005 | 151.70 | 151.70 |
| Invoice | 09/28/2005 | 49982 | | 10/28/2005 | 82.80 | 82.80 |
| Invoice | 09/28/2005 | 49983 | | 10/28/2005 | 227.55 | 227.55 |
| Invoice | 09/29/2005 | 50010 | | 10/29/2005 | 130.00 | 130.00 |
| Invoice | 09/29/2005 | 50011 | | 10/29/2005 | 82.80 | 82.80 |
| Invoice | 09/29/2005 | 50012 | | 10/29/2005 | 424.00 | 424.00 |
| Invoice | 09/29/2005 | 50013 | | 10/29/2005 | 260.00 | 260.00 |
| Invoice | 09/29/2005 | 50040 | | 10/29/2005 | 75.85 | 75.85 |
| Invoice | 09/30/2005 | 50045 | | 10/30/2005 | 128.30 | 128.30 |
| Invoice | 10/03/2005 | 50065 | | 11/02/2005 | 41.85 | 41.85 |
| Invoice | 10/03/2005 | 50066 | | 11/02/2005 | 165.60 | 165.60 |
| Invoice | 10/03/2005 | 50067 | | 11/02/2005 | 1,272.00 | 1,272.00 |
| Invoice | 10/03/2005 | 50068 | | 11/02/2005 | 379.25 | 379.25 |
| Invoice | 10/03/2005 | 50069 | | 11/02/2005 | 128.30 | 128.30 |
| Invoice | 10/03/2005 | 50070 | | 11/02/2005 | 130.00 | 130.00 |
| Invoice | 10/04/2005 | 50120 | | 11/03/2005 | 124.20 | 124.20 |
| Invoice | 10/04/2005 | 50121 | | 11/03/2005 | 318.00 | 318.00 |
| Invoice | 10/04/2005 | 50122 | | 11/03/2005 | 75.85 | 75.85 |
| Invoice | 10/04/2005 | 50123 | | 11/03/2005 | -41.40 | -359.40 |
| Payment | 10/04/2005 | | | 11/04/2005 | 41.85 | 41.85 |
| Invoice | 10/05/2005 | 50163 | | 11/04/2005 | 82.80 | 82.80 |
| Invoice | 10/05/2005 | 50164 | | 11/04/2005 | 636.00 | 636.00 |
| Invoice | 10/05/2005 | 50165 | | 11/04/2005 | 41.85 | 41.85 |
| Invoice | 10/06/2005 | 50193 | | 11/05/2005 | 390.00 | 390.00 |
| Invoice | 10/06/2005 | 50194 | | 11/05/2005 | 248.40 | 248.40 |
| Invoice | 10/06/2005 | 50195 | | 11/05/2005 | 212.00 | 212.00 |
| Invoice | 10/06/2005 | 50196 | | 11/05/2005 | | |

2:42 PM
10/12/05
Accrual Basis

# Tyz-All Plastics, Inc.
## Customer Open Balance
### All Transactions

**EL PASO**

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| Invoice | 10/06/2005 | 50197 | | 11/05/2005 | 75.85 | 75.85 |
| Invoice | 10/07/2005 | 50221 | | 11/06/2005 | 41.40 | 41.40 |
| Invoice | 10/07/2005 | 50222 | | 11/06/2005 | 106.00 | 106.00 |
| Invoice | 10/07/2005 | 50223 | | 11/06/2005 | 151.70 | 151.70 |
| Invoice | 10/07/2005 | 50253 | | 11/06/2005 | 51.32 | 51.32 |
| Invoice | 10/11/2005 | 50265 | | 11/10/2005 | 41.85 | 41.85 |
| Invoice | 10/11/2005 | 50266 | | 11/10/2005 | 41.40 | 41.40 |
| Invoice | 10/11/2005 | 50267 | | 11/10/2005 | 106.00 | 106.00 |
| Invoice | 10/11/2005 | 50268 | | 11/10/2005 | 151.70 | 151.70 |
| Invoice | 10/12/2005 | 50298 | | 11/12/2005 | 82.80 | 82.80 |
| Invoice | 10/12/2005 | 50299 | | 11/11/2005 | 636.00 | 636.00 |
| Invoice | 10/12/2005 | 50300 | | 11/11/2005 | 151.70 | 151.70 |

Total Delphi Plant 57-Cuauhtemoc         22,557.01    22,445.01

**TOTAL**                                22,557.01    22,445.01

2:43 PM
10/12/05
Accrual Basis

# Tyz-All Plastics, Inc.
## Customer Open Balance
### All Transactions

**EL PASO**
Delphi Plant 58-Meoqui

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| Invoice | 05/28/2005 | 47321 | | 06/27/2005 | 159.22 | 10,944.15 |
| Invoice | 06/27/2005 | 47873 | | 07/27/2005 | 151.70 | 151.70 |
| Invoice | 08/22/2005 | 49038 | | 09/21/2005 | 90.25 | 90.25 |
| Invoice | 08/26/2005 | 49193 | | 09/25/2005 | 151.70 | 151.70 |
| Invoice | 08/26/2005 | 49194 | | 09/25/2005 | 90.30 | 90.30 |
| Invoice | 08/29/2005 | 49234 | | 09/28/2005 | 270.90 | 270.90 |
| Invoice | 08/30/2005 | 49272 | | 09/29/2005 | 151.70 | 151.70 |
| Invoice | 08/30/2005 | 49273 | | 09/29/2005 | 90.30 | 90.30 |
| Invoice | 09/01/2005 | 49322 | | 10/01/2005 | 227.55 | 227.55 |
| Invoice | 09/01/2005 | 49323 | | 10/01/2005 | 90.30 | 90.30 |
| Invoice | 09/02/2005 | 49353 | | 10/02/2005 | 303.40 | 303.40 |
| Invoice | 09/02/2005 | 49354 | | 10/02/2005 | 90.30 | 90.30 |
| Invoice | 09/06/2005 | 49382 | | 10/06/2005 | 303.40 | 303.40 |
| Invoice | 09/06/2005 | 49383 | | 10/06/2005 | 180.60 | 180.60 |
| Invoice | 09/07/2005 | 49415 | | 10/07/2005 | 151.70 | 151.70 |
| Invoice | 09/07/2005 | 49416 | | 10/07/2005 | 90.30 | 90.30 |
| Invoice | 09/08/2005 | 49449 | | 10/08/2005 | 227.55 | 227.55 |
| Invoice | 09/09/2005 | 49480 | | 10/09/2005 | 90.30 | 90.30 |
| Invoice | 09/09/2005 | 49481 | | 10/09/2005 | 379.25 | 379.25 |
| Invoice | 09/12/2005 | 49515 | | 10/12/2005 | 180.60 | 180.60 |
| Invoice | 09/12/2005 | 49516 | | 10/12/2005 | 151.70 | 151.70 |
| Invoice | 09/14/2005 | 49614 | | 10/14/2005 | 90.30 | 90.30 |
| Invoice | 09/14/2005 | 49615 | | 10/14/2005 | 180.60 | 180.60 |
| Invoice | 09/15/2005 | 49647 | | 10/15/2005 | 227.55 | 227.55 |
| Invoice | 09/15/2005 | 49651 | | 10/15/2005 | 151.70 | 151.70 |
| Invoice | 09/16/2005 | 49682 | | 10/16/2005 | 180.60 | 180.60 |
| Invoice | 09/16/2005 | 49683 | | 10/16/2005 | 90.30 | 90.30 |
| Invoice | 09/19/2005 | 49703 | | 10/19/2005 | 90.30 | 90.30 |
| Invoice | 09/20/2005 | 49715 | | 10/20/2005 | 180.60 | 180.60 |
| Invoice | 09/21/2005 | 49746 | | 10/21/2005 | 180.60 | 180.60 |
| Invoice | 09/22/2005 | 49773 | | 10/22/2005 | 227.55 | 227.55 |
| Invoice | 09/22/2005 | 49795 | | 10/22/2005 | 160.60 | 160.60 |
| Invoice | 09/23/2005 | 49833 | | 10/23/2005 | 227.55 | 227.55 |
| Invoice | 09/23/2005 | 49834 | | 10/23/2005 | 90.30 | 90.30 |
| Invoice | 09/26/2005 | 49867 | | 10/26/2005 | 606.80 | 606.80 |

2:43 PM
10/12/05
Accrual Basis

# Tyz-All Plastics, Inc.
## Customer Open Balance
### All Transactions

**EL PASO**

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| Invoice | 09/26/2005 | 49868 | | 10/26/2005 | 90.30 | 90.30 |
| Invoice | 09/27/2005 | 49948 | | 10/27/2005 | 303.40 | 303.40 |
| Invoice | 09/27/2005 | 49949 | | 10/27/2005 | 90.30 | 90.30 |
| Invoice | 09/28/2005 | 49984 | | 10/28/2005 | 530.95 | 530.95 |
| Invoice | 09/28/2005 | 49985 | | 10/28/2005 | 180.60 | 180.60 |
| Invoice | 09/29/2005 | 50014 | | 10/29/2005 | 227.55 | 227.55 |
| Invoice | 09/29/2005 | 50015 | | 10/29/2005 | 180.60 | 180.60 |
| Invoice | 09/30/2005 | 50030 | | 10/30/2005 | 180.60 | 180.60 |
| Invoice | 09/30/2005 | 50041 | | 10/30/2005 | 227.55 | 227.55 |
| Invoice | 10/03/2005 | 50072 | | 11/02/2005 | 455.10 | 455.10 |
| Invoice | 10/03/2005 | 50073 | | 11/02/2005 | 90.30 | 90.30 |
| Invoice | 10/04/2005 | 50124 | | 11/03/2005 | 530.95 | 530.95 |
| Invoice | 10/04/2005 | 50125 | | 11/03/2005 | 90.30 | 90.30 |
| Payment | 10/04/2005 | | | | -90.25 | -90.25 |
| Invoice | 10/05/2005 | 50166 | | 11/04/2005 | 227.55 | 227.55 |
| Invoice | 10/06/2005 | 50198 | | 11/05/2005 | 227.55 | 227.55 |
| Invoice | 10/07/2005 | 50224 | | 11/06/2005 | 455.10 | 455.10 |
| Invoice | 10/11/2005 | 50269 | | 11/10/2005 | 227.55 | 227.55 |
| Invoice | 10/12/2005 | 50301 | | 11/11/2005 | 379.25 | 379.25 |
| Invoice | 10/12/2005 | 50302 | | 11/11/2005 | 180.60 | 180.60 |

Total Delphi Plant 58-Mecqui                                        11,161.17   21,946.10

**TOTAL**                                                           11,161.17   21,946.10