2:44 PM
10/12/05
Accrual Basis

# Tyz-All Plastics, Inc.
## Customer Open Balance
### All Transactions

**Delphi Plant 59-Los Mochis Sinaloa**

**EL PASO**

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| Invoice | 06/21/2005 | 47793 | | 07/21/2005 | 682.65 | 682.65 |
| Invoice | 06/30/2005 | 47936 | | 07/30/2005 | 173.40 | 303.40 |
| Invoice | 07/26/2005 | 48392 | | 08/25/2005 | 41.85 | 41.85 |
| Invoice | 08/24/2005 | 49109 | | 09/23/2005 | 834.35 | 834.35 |
| Invoice | 08/25/2005 | 49148 | | 09/24/2005 | 91.20 | 91.20 |
| Invoice | 08/25/2005 | 49149 | | 09/24/2005 | 986.05 | 986.05 |
| Invoice | 08/26/2005 | 49195 | | 09/25/2005 | 85.36 | 85.36 |
| Invoice | 08/26/2005 | 49196 | | 09/25/2005 | 68.70 | 68.70 |
| Invoice | 08/26/2005 | 49197 | | 09/25/2005 | 379.25 | 379.25 |
| Invoice | 08/26/2005 | 49198 | | 09/25/2005 | 182.40 | 182.40 |
| Invoice | 08/29/2005 | 49235 | | 09/28/2005 | 130.00 | 130.00 |
| Invoice | 08/29/2005 | 49236 | | 09/28/2005 | 137.40 | 137.40 |
| Invoice | 08/29/2005 | 49237 | | 09/28/2005 | 91.20 | 91.20 |
| Invoice | 08/30/2005 | 49274 | | 09/29/2005 | 130.00 | 130.00 |
| Invoice | 08/30/2005 | 49275 | | 09/29/2005 | 91.20 | 91.20 |
| Invoice | 08/30/2005 | 49276 | | 09/29/2005 | 530.95 | 530.95 |
| Invoice | 08/31/2005 | 49295 | | 09/30/2005 | 68.70 | 68.70 |
| Invoice | 08/31/2005 | 49304 | | 09/30/2005 | 75.85 | 75.85 |
| Invoice | 09/01/2005 | 49324 | | 10/01/2005 | 68.70 | 68.70 |
| Invoice | 09/01/2005 | 49325 | | 10/01/2005 | 455.10 | 455.10 |
| Invoice | 09/02/2005 | 49355 | | 10/02/2005 | 130.00 | 130.00 |
| Invoice | 09/02/2005 | 49356 | | 10/02/2005 | 1,517.00 | 1,517.00 |
| Invoice | 09/06/2005 | 49384 | | 10/06/2005 | 68.70 | 68.70 |
| Invoice | 09/06/2005 | 49385 | | 10/06/2005 | 1,441.15 | 1,441.15 |
| Invoice | 09/07/2005 | 49417 | | 10/07/2005 | 85.36 | 85.36 |
| Invoice | 09/07/2005 | 49418 | | 10/07/2005 | 68.70 | 68.70 |
| Invoice | 09/07/2005 | 49419 | | 10/07/2005 | 1,289.45 | 1,289.45 |
| Invoice | 09/08/2005 | 49450 | | 10/08/2005 | 530.95 | 530.95 |
| Invoice | 09/09/2005 | 49482 | | 10/09/2005 | 182.40 | 182.40 |
| Invoice | 09/09/2005 | 49483 | | 10/09/2005 | 834.35 | 834.35 |
| Invoice | 09/09/2005 | 49497 | | 10/09/2005 | 260.00 | 260.00 |
| Invoice | 09/09/2005 | 49498 | | 10/09/2005 | 91.20 | 91.20 |
| Invoice | 09/12/2005 | 49517 | | 10/12/2005 | 125.55 | 125.55 |
| Invoice | 09/12/2005 | 49518 | | 10/12/2005 | 182.40 | 182.40 |
| Invoice | 09/12/2005 | 49519 | | 10/12/2005 | 1,137.75 | 1,137.75 |

2:44 PM
10/12/05
Accrual Basis

# Tyz-All Plastics, Inc.
## Customer Open Balance
### All Transactions

**EL PASO**

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| Invoice | 09/13/2005 | 49556 | | 10/13/2005 | 68.70 | 68.70 |
| Invoice | 09/13/2005 | 49557 | | 10/13/2005 | 364.80 | 364.80 |
| Invoice | 09/13/2005 | 49558 | | 10/13/2005 | 986.05 | 986.05 |
| Invoice | 09/14/2005 | 49616 | | 10/14/2005 | 1,668.70 | 1,668.70 |
| Invoice | 09/15/2005 | 49649 | | 10/15/2005 | 68.70 | 68.70 |
| Invoice | 09/15/2005 | 49650 | | 10/15/2005 | 91.20 | 91.20 |
| Invoice | 09/15/2005 | 49654 | | 10/15/2005 | 606.80 | 606.80 |
| Invoice | 09/16/2005 | 49684 | | 10/16/2005 | 68.70 | 68.70 |
| Invoice | 09/19/2005 | 49704 | | 10/19/2005 | 182.40 | 182.40 |
| Invoice | 09/20/2005 | 49716 | | 10/20/2005 | 91.20 | 91.20 |
| Invoice | 09/21/2005 | 49747 | | 10/21/2005 | 85.36 | 85.36 |
| Invoice | 09/21/2005 | 49748 | | 10/21/2005 | 130.00 | 130.00 |
| Invoice | 09/21/2005 | 49749 | | 10/21/2005 | 82.80 | 82.80 |
| Invoice | 09/21/2005 | 49750 | | 10/21/2005 | 91.20 | 91.20 |
| Invoice | 09/22/2005 | 49774 | | 10/22/2005 | 91.20 | 91.20 |
| Invoice | 09/22/2005 | 49796 | | 10/22/2005 | 758.50 | 758.50 |
| Invoice | 09/23/2005 | 49835 | | 10/23/2005 | 1,051.90 | 1,051.90 |
| Invoice | 09/26/2005 | 49869 | | 10/26/2005 | 273.60 | 273.60 |
| Invoice | 09/26/2005 | 49870 | | 10/26/2005 | 1,668.70 | 1,668.70 |
| Invoice | 09/27/2005 | 49950 | | 10/27/2005 | 68.70 | 68.70 |
| Invoice | 09/27/2005 | 49951 | | 10/27/2005 | 91.20 | 91.20 |
| Invoice | 09/27/2005 | 49952 | | 10/27/2005 | 1,441.15 | 1,441.15 |
| Invoice | 09/28/2005 | 49987 | | 10/28/2005 | 303.40 | 303.40 |
| Invoice | 09/28/2005 | 49988 | | 10/28/2005 | 1,365.30 | 1,365.30 |
| Invoice | 09/29/2005 | 50016 | | 10/29/2005 | 137.40 | 137.40 |
| Invoice | 09/29/2005 | 50017 | | 10/29/2005 | 91.20 | 91.20 |
| Invoice | 09/29/2005 | 50021 | | 10/29/2005 | 834.35 | 834.35 |
| Invoice | 09/30/2005 | 50031 | | 10/30/2005 | 85.36 | 85.36 |
| Invoice | 09/30/2005 | 50032 | | 10/30/2005 | 68.70 | 68.70 |
| Invoice | 09/30/2005 | 50033 | | 10/30/2005 | 834.35 | 834.35 |
| Invoice | 10/03/2005 | 50074 | | 11/02/2005 | 130.00 | 130.00 |
| Invoice | 10/03/2005 | 50075 | | 11/02/2005 | 273.60 | 273.60 |
| Invoice | 10/03/2005 | 50076 | | 11/02/2005 | 1,289.45 | 1,289.45 |
| Invoice | 10/04/2005 | 50128 | | 11/03/2005 | 260.00 | 260.00 |
| Invoice | 10/04/2005 | 50129 | | 11/03/2005 | 274.80 | 274.80 |
| Invoice | 10/04/2005 | 50130 | | 11/03/2005 | 1,820.40 | 1,820.40 |


2:44 PM
10/12/05
Accrual Basis

# Tyz-All Plastics, Inc.
## Customer Open Balance
### All Transactions

**EL PASO**

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| Invoice | 10/05/2005 | 50167 | | 11/04/2005 | 130.00 | 130.00 |
| Invoice | 10/05/2005 | 50168 | | 11/04/2005 | 273.60 | 273.60 |
| Invoice | 10/05/2005 | 50169 | | 11/04/2005 | 606.80 | 606.80 |
| Invoice | 10/06/2005 | 50199 | | 11/05/2005 | 68.70 | 68.70 |
| Invoice | 10/06/2005 | 50200 | | 11/05/2005 | 834.35 | 834.35 |
| Invoice | 10/07/2005 | 50225 | | 11/05/2005 | 68.70 | 68.70 |
| Invoice | 10/07/2005 | 50226 | | 11/06/2005 | 91.20 | 91.20 |
| Invoice | 10/07/2005 | 50227 | | 11/06/2005 | 530.95 | 530.95 |
| Invoice | 10/11/2005 | 50270 | | 11/10/2005 | 137.40 | 137.40 |
| Invoice | 10/11/2005 | 50271 | | 11/10/2005 | 182.40 | 182.40 |
| Invoice | 10/11/2005 | 50272 | | 11/10/2005 | 1,668.70 | 1,668.70 |
| Invoice | 10/12/2005 | 50303 | | 11/11/2005 | 85.36 | 85.36 |
| Invoice | 10/12/2005 | 50304 | | 11/11/2005 | 137.40 | 137.40 |
| Invoice | 10/12/2005 | 50305 | | 11/11/2005 | 182.40 | 182.40 |
| Invoice | 10/12/2005 | 50306 | | 11/11/2005 | 2,578.90 | 2,578.90 |

Total Delphi Plant 59-Los Mochis Sinaloa    38,636.00    38,766.00

**TOTAL**    38,636.00    38,766.00

2:46 PM
10/12/05
Accrual Basis

# Tyz-All Plastics, Inc.
## Customer Open Balance
### All Transactions

## ALABAMA

**Delphi Thermal and Interior**

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| Invoice | 05/28/2005 | 47323 | | 06/27/2005 | 214.62 | 214.62 |
| Invoice | 08/29/2005 | 48921 | | 09/28/2005 | 204.40 | 204.40 |
| Invoice | 09/09/2005 | 49255 | | 10/09/2005 | 204.40 | 204.40 |
| Invoice | 10/07/2005 | 49541 | | 11/06/2005 | 102.20 | 102.20 |

Total Delphi Thermal and Interior                         725.62      725.62

**TOTAL**                                                  725.62      725.62

2:48 PM
10/12/05
Accrual Basis

# Tyz-All Plastics, Inc.
## Customer Open Balance
### All Transactions

**OHIO**
**Packard/Warren**

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| Invoice | 09/01/2005 | 49314 | | 10/01/2005 | 130.00 | 130.00 |
| Invoice | 09/07/2005 | 49409 | | 10/07/2005 | 75.85 | 75.85 |
| Invoice | 09/13/2005 | 49587 | | 10/13/2005 | 75.85 | 75.85 |
| Invoice | 09/22/2005 | 49789 | | 10/22/2005 | 75.85 | 75.85 |
| Invoice | 09/28/2005 | 49973 | | 10/28/2005 | 75.85 | 75.85 |
| Invoice | 10/04/2005 | 50115 | | 11/03/2005 | 75.85 | 75.85 |

Total Packard/Warren    509.25    509.25

TOTAL    509.25    509.25

2:07 PM
10/12/05
Accrual Basis

# Tyz-All Plastics, Inc.
## Customer Open Balance
### All Transactions

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|------|------|-----|------|----------|--------------|--------|

**_FLINT, MICHIGAN_**

Delphi Automotive Systems

| Invoice | 09/02/2005 | 49365 | | 10/02/2005 | 90.30 | 90.30 |

Total Delphi Automotive Systems                                90.30      90.30

TOTAL                                                          90.30      90.30