W. Robinson Beard
STITES & HARBISON PLLC
400 W. Market Street
Louisville, Kentucky 40202

Telephone: (502) 587-3400
Facsimile: (502) 587-6391

Attorneys for Defendants
Ambrake Corporation
Wako Electronics (USA), Inc.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Delphi Corporation et al., | ) | Case No. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appear as counsel for

WAKO Electronics (USA), Inc. and Ambrake Corporation creditors and parties in interest, and

under, inter alia, Rules 2002, 9010 and 9007 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), the Local Bankruptcy Rules for the Southern District of New York, and

Section 1109(b) of Title 11 of the United States Code, request that all notices given or required

to be given, and all papers and pleadings filed or served or required to be served, in this case, be

given to and served upon:

W. Robinson Beard, Esq.
loucourtsum@stites.com
Stites & Harbison, PLLC
400 West Market Street
Louisville, Kentucky 40202

AK000:000AK:481909:1:LOUISVILLE

::ODMA\PCDOCS\LOUISVILLE\481909\1

PLEASE TAKE FURTHER NOTICE that WAKO Electronics (USA), Inc. and Ambrake Corporation, intend that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive: (1) WAKO Electronics (USA), Inc's. or Ambrake Corporation's, right to have final orders in noncore matters entered only after de novo review by a District Judge; (2 WAKO Electronics (USA), Inc's. and Ambrake Corporation's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) WAKO Electronics (USA), Inc. and Ambrake Corporation's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which WAKO Electronics (USA), Inc. or Ambrake Corporation, is or may be entitled under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments WAKO Electronics (USA), Inc. and Ambrake Corporation, expressly reserves.

Respectfully submitted,

/s/ W. Robinson Beard
W. Robinson Beard
Stites & Harbison, PLLC
400 West Market Street
Louisville, Kentucky 40202
(502) 587-3400
(502) 587-6391 facsimile
loucourtsum@stites.com

## CERTIFICATE OF SERVICE

I, W. Robinson Beard, certify that the foregoing Notice of Appearance was served via electronic mail and/or United States mail, postage prepaid, to the parties listed on the attached service list this the 13th day of October, 2005.

/s/ W. Robinson Beard
W. Robinson Beard

## SERVICE LIST

| | |
|---|---|
| John Wm. Butler, Jr., Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>333 Wet Wacker Drive<br>Chicago, IL 60606-1285 | Alicia M. Leonhard<br>United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 |
| Kayalyn A. Marafioti, Esq.<br>Thomas J. Matz, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>Fur Times Square<br>New York, NY 10036 | |