W. Robinson Beard
STITES & HARBISON PLLC
400 W. Market Street
Louisville, Kentucky 40202

Telephone: (502) 587-3400
Facsimile: (502) 587-6391

Attorneys for Defendants
Ambrake Corporation
Wako Electronics (USA), Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Delphi Corporation et al., | ) | Case No. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, W. Robinson Beard, a member in good standing of the bars in the Commonwealths of Kentucky and Virginia and of the bars of the U.S. Circuit Courts of Appeal for the Sixth and Seventh Circuits and the U.S. District Courts for the Eastern and Western Districts of Kentucky, request admission, *pro hac* vice, before the Honorable Robert D. Drain, United States Bankruptcy Judge, to represent Ambrake Corporation and WAKO Electronics (USA), Inc, both interested parties in the above referenced bankruptcy proceeding.

My address is Stites & Harbison PLLC, Suite 1800, 400 West Market Street, Louisville, Kentucky 40202; my email address for service of pleadings is loucourtsum@stites.com and my telephone number is (502) 587-3400.

Dated: October 13, 2005

> Respectfully submitted,
>
> /s/ W. Robinson Beard
> W. Robinson Beard
> STITES & HARBISON PLLC
> 400 West Market Street, Suite 1800
> Louisville, Kentucky 40202
> (502) 587-3400 – telephone
> (502) 587-6391 – facsimile
> loucourtsum@stites.com
> Attorneys for Ambrake Corporation and
> WAKO Electronics (USA), Inc.

### Certificate of Service

The undersigned hereby certifies that a copy of the foregoing Motion has been served by first class mail, postage paid upon each of the persons set forth on the attached Service List on this the 13th day of October, 2005.

> /s/ W. Robinson Beard
> W. Robinson Beard

- 2 -

AK000:000AK:482306:2:LOUISVILLE