W. Robinson Beard
STITES & HARBISON PLLC
400 W. Market Street
Louisville, Kentucky 40202

Telephone: (502) 587-3400
Facsimile: (502) 587-6391

Attorneys for Defendants
Ambrake Corporation
Wako Electronics (USA), Inc.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Delphi Corporation et al., | ) | Case No. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

I, W. Robinson Beard, a member in good standing of the bar in the Commonwealths of Kentucky and Virginia and of the bars of the U.S. Circuit Courts of Appeal for the Sixth and Seventh Circuits and the U.S. District Courts for the Eastern and Western Districts of Kentucky, request admission, *pro hac* vice, before the Honorable Robert D. Drain, United States Bankruptcy Judge, to represent Ambrake Corporation, and WAKO Electronics (USA), Inc, defendants in the above referenced bankruptcy proceeding.

### ORDER

**ORDERED**

That W. Robinson Beard, Esq., is admitted to practice, *pro hac vice*, in the above-referenced bankruptcy proceeding in the United States Bankruptcy Court, Southern District of New York,

AK000:000AK:482319:1:LOUISVILLE

- 2 -

subject to payment of the filing fee.

    Dated: October \_\_\_\_ 2005

                                                                                                                   UNITED STATES BANKRUPTCY JUDGE