# NORRIS McLAUGHLIN & MARCUS, PA

ATTORNEYS AT LAW

HAND DELIVERY
721 ROUTE 202-206
BRIDGEWATER, NJ 08807

P.O. BOX 1018
SOMERVILLE, NJ 08876-1018
(908) 722-0700
FAX: (908) 722-0755

www.NMMLAW.COM

NEW YORK OFFICE
875 THIRD AVENUE
18TH FLOOR
NEW YORK, NY 10022

MERITAS LAW FIRMS WORLDWIDE

October 13, 2005

**VIA FEDERAL EXPRESS**

John Wm. Butler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Delphi Harrison Terminal
P.O. Box 1550
Flint, MI 48501
(Via Regular Mail)

Kayalyn A. Marafioti, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Delphi Saginaw Steering
3900 Holland Road
Saginaw, MI 48601

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48908

Delphi Energy & Chassis
4800 S. Saginaw Street
Flint, MI 48501

Delphi Energy
4800 S. Saginaw Street
Flint, MI 48501

Re: Rotor Clip Company, Inc.
Our File: 103908-1

Dear Counsel:

We are counsel to Rotor Clip Company, Inc. ("Rotor Clip") and have been authorized to send this reclamation notice (the "Reclamation Notice") on its behalf. Pursuant to §546 of the United States Bankruptcy Code and §2-702 of the Uniform Commercial Code, Rotor Clip hereby demands reclamation of the goods described on the attached spreadsheet. The spreadsheet identifies the specific part number of the goods shipped, the quantity of each part shipped and the name and location of the specific Debtor entity which received the goods. The aggregate value of these goods is $146,296.61.

Norris, McLaughlin & Marcus, PA.

October 13, 2005
Page 2

     Rotor Clip reserves the right to further amend or supplement this Reclamation Notice, including filing additional evidence in support of this Reclamation Notice. Rotor Clip also reserves all rights accruing to it and the filing of this Reclamation Notice is not to be construed as: (i) an election of remedy, (ii) a waiver of any past, present or future defaults; or (3) a waiver or any limitation of Rotor Clip's rights.

     If you have any questions please do not hesitate to contact me.

          Very truly yours,

          NORRIS McLAUGHLIN & MARCUS, PA


          By:   */s/ Elizabeth Abdelmasieh*
              ELIZABETH ABDELMASIEH

ELA/jrm
Enclosure
cc:    Craig & Jonathan Slass
       Gary N. Marks, Esq.
       David S. Blatteis, Esq.