DUANE MORRIS LLP
A Delaware Limited Liability Partnership
380 Lexington Avenue
New York, NY 10168
(212) 692-1000
(212) 692-1020 (facsimile)
    and
Lawrence J. Kotler, Esquire
Duane Morris LLP
A Delaware Limited Liability Partnership
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1000
(215) 979-1020 (facsimile)

Counsel for ACE American Insurance Company

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al. | ) | Case No. 05-44481 |
|                       Debtors. | ) | |
| _____ | ) | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND PAPERS**

      Please take notice that ACE American Insurance Company hereby appears in the above-captioned case through its counsel Duane Morris LLP; and such counsel hereby enters its appearance pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure; and such counsel hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), that copies of all notices and pleadings given or filed in these cases be given and served upon the following persons at the address, telephone and facsimile numbers or electronic mail addresses indicated:

                              Margery N. Reed, Esquire
                              Wendy M. Simkulak, Esquire
                              DUANE MORRIS LLP
                              30 South 17th Street
                              Philadelphia, PA 19103-4196
                              Telephone: (215) 979-1000
                              Facsimile: (215) 979-1020
                              dmdelphi@duanemorris.com

2

Please take further notice that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

Dated: October 13, 2005

*/s/ Lawrence J. Kotler*
Lawrence J. Kotler, Esquire (LK-8177)
380 Lexington Avenue
New York, NY 10168
(212) 692-1000
(212) 692-1020 (facsimile)

and

30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1000
(215) 979-1020 (facsimile)

Counsel for ACE American Insurance Company

DUANE MORRIS LLP
A Delaware Limited Liability Partnership
380 Lexington Avenue
New York, NY 10168
(212) 692-1000
(212) 692-1020 (facsimile)
      and
Lawrence J. Kotler, Esquire
Duane Morris LLP
A Delaware Limited Liability Partnership
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1000
(215) 979-1020 (facsimile)

Counsel for ACE American Insurance Company

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al. | ) | Case No. 05-44481 |
| | ) | |
|              Debtors. | ) | (Jointly Administered) |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

      I, Wendy M. Simkulak, Esquire, an attorney with the law firm Duane Morris LLP, hereby certify that on this 13th day of October, 2005, I did cause a true and correct copy of the following papers to be served by first class mail, postage prepaid (unless otherwise noted) upon the parties listed on the attached service list:

      1.    Notice of Appearance and Request For Notices And Papers; and

      2.    the within Certificate of Service

                                                    /s/ *Wendy M. Simkulak*
                                                    Wendy M. Simkulak, Esquire

## SERVICE LIST

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

John W. Butler
Skadden Arps Slate Meagher & Flom (IL)
333 West Wacker Drive
Chicago, IL 60606-1285

Kayalyn A. Marafioti
Thomas J. Matz
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Kurtzman Carson Consultants LLC
12910 Culver Blvd., Suite 1
Los Angeles, CA 90066

PH1\1498358.1