James L. Bromley (JB 5125)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000

Attorneys for Objectors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
In re                                              :   Chapter 11
                                                   :   Case No. 05-44481
DELPHI CORPORATION, et al.,                        :
                                                   :   CERTIFICATE OF SERVICE
                        Debtors.                   :
------------------------------------------------------X

       I, Janet Ford, an attorney admitted to practice in the State of New York and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       1. On the 10th day of October 2005, the Objection to Debtors' Motion for an Order Under 11 U.S.C. §§105, 362 and 541 of the Bankruptcy Code and Fed. R. Bankr. P. 3001 Establishing Notification and Hearing Procedures for Trading in Claims and Securities with Exhibit A was served by Federal Express and by e-mail, as indicated, upon:

**BY FEDERAL EXPRESS**

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022
Attn:  Douglas P. Bartner

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10022
Attn:  Marissa Wesley

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017
Attn:  Marlane Melican

**BY E-MAIL**

jbutler@skadden.com, jhinshaw@boselaw.com, pdidandeh@boselaw.com, jml@ml-legal.com, kmarafio@skadden.com, jharring@skadden.com, tmatz@skadden.com, patrick.mears@btlaw.com, crieders@gjb-law.com, gisabelle@gjb-law.com, bamron@gjb-law.com, gtoering@wnj.com

      2.  On the 11th day of October 2005, the above-mentioned document was also served by hand upon:

> Tracy Hope Davis, Esq.
> Office of the United States Trustee
>    for the Southern District of New York
> 33 Whitehall Street, 21st Floor
> New York, New York 10004-2112

      3.  This service was made by assistant managing clerks and a paralegal of this firm under my general supervision.

Dated:  New York, New York
         October 13, 2005

                                       /s/Janet Ford
                                        Janet Ford