McDERMOTT WILL & EMERY LLP
James M. Sullivan (JS-2189)
50 Rockefeller Plaza
New York, New York 10020
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

*Counsel for Linear Technology Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------- x

| | |
|---|---|
| In re | Chapter 11 |
| | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | (Jointly Administered) |
| Debtors. | |

------------------------------------------------- x

## NOTICE OF RECLAMATION DEMAND
## BY LINEAR TECHNOLOGY CORPORATION

Linear Technology Corporation ("Linear"), by and through its undersigned counsel, hereby gives notice that on October 13, 2005 Linear served written demand of its demand for reclamation, a true and exact copy of which is attached hereto as <u>Exhibit A</u> (the "Notice"). The goods subject to Linear's demand for reclamation are described in the Notice.

Dated: New York, New York
       October 13, 2005

                              McDERMOTT WILL & EMERY LLP

                              By:  /s/ James M. Sullivan
                                   James M. Sullivan (JS-2189)

NYK 834949-1.037771.0160