# EXHIBIT A

# McDermott
# Will & Emery

October 13, 2005

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: John D. Sheehan, Vice President and Chief Restructuring Officer
FAX: 248-813-2670

and

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606-1285
Attn: John William Butler, Jr.
FAX: 312-407-0411

Re: In re Delphi Corporation et al., Case No. 05-44481
Notice of Reclamation by Linear Technology Corporation

**By Facsimile and Regular Mail**

Dear Sirs:

This firm represents Linear Technology Corporation ("Linear") in connection with the above referenced matter. Pursuant to Uniform Commercial Code Section 2-702 and Bankruptcy Code Section 546(c), 11 U.S.C. Section 546(c), Linear hereby demands reclamation of all its products received by the above referenced debtors within the applicable statutory reclamation period, including but not limited to all products that were delivered in connection with the documents listed on Exhibit A attached hereto totaling $156,510. Linear demands an immediate inventory from you of all products and all other items subject to reclamation pursuant to this Notice. Linear will provide additional documentation supporting the claim upon request.

Very truly yours,

James Sullivan

Enclosure

bcc:  John England, Esq.
      David Wilkins

NYK 989021-1.070386.0151

U.S. practice conducted through McDermott Will & Emery LLP.

50 Rockefeller Plaza  New York, New York  10020-1605  Telephone: 212.547.5400  Facsimile: 212.547.5444  www.mwe.com

EXHIBIT A

| Invoice Date | Received Date | Invoice Number | PO # | Invoice Amount |
|---|---|---|---|---|
| 09/26/05 | 09/28/05 | 274060 | 550047252 | $6,450.00 |
| 09/26/05 | 09/28/05 | 274125 | 550045836 | $2,320.00 |
| 09/26/05 | 09/28/05 | 274138 | 550041995 | $4,125.00 |
| 09/26/05 | 09/28/05 | 274383 | 550045825 | $1,160.00 |
| 09/26/05 | 09/28/05 | 274389 | 550045825 | $1,160.00 |
| 09/26/05 | 09/28/05 | 274398 | 550045894 | $7,000.00 |
| 09/26/05 | 09/28/05 | 275447 | 550047252 | $3,225.00 |
| 09/27/05 | 09/29/05 | 274392 | 550045825 | $2,320.00 |
| 09/27/05 | 09/29/05 | 275584 | 550045894 | $2,520.00 |
| 09/27/05 | 09/29/05 | 275585 | 550044257 | $7,975.00 |
| 09/27/05 | 09/29/05 | 276872 | 550045825 | $4,640.00 |
| 09/27/05 | 09/29/05 | 276873 | 550045836 | $6,960.00 |
| 09/28/05 | 09/30/05 | 274061 | 550047252 | $6,450.00 |
| 09/28/05 | 09/30/05 | 277265 | 550045825 | $2,320.00 |
| 09/29/05 | 10/03/05 | 275586 | 550045894 | $3,500.00 |
| 09/29/05 | 10/03/05 | 275587 | 550047252 | $16,125.00 |
| 09/29/05 | 10/03/05 | 275627 | 550047252 | $16,125.00 |
| 09/29/05 | 10/03/05 | 275628 | 550047252 | $9,675.00 |
| 09/29/05 | 10/03/05 | 275629 | 550047252 | $12,900.00 |
| 09/29/05 | 10/03/05 | 277263 | 550044257 | $7,975.00 |
| 09/29/05 | 10/03/05 | 278914 | 550041434 | $4,775.00 |
| 09/29/05 | 10/03/05 | 279041 | 550045825 | $4,640.00 |
| 09/29/05 | 10/03/05 | 279044 | 550045825 | $8,120.00 |
| 10/03/05 | 10/05/05 | 279700 | 550041995 | $4,125.00 |
| 10/04/05 | 10/06/05 | 279688 | 550045836 | $3,480.00 |
| 10/04/05 | 10/06/05 | 279696 | 550045836 | $2,320.00 |
| 10/04/05 | 10/06/05 | 279697 | 550041995 | $4,125.00 |
| | | | TOTAL A/R | $156,510.00 |