## CERTIFICATE OF SERVICE

I certify under penalty of perjury pursuant to 28 U.S.C. §1746 that on October 13, 2005 I caused to be served upon the parties listed below a true and correct copy of the accompanying Notice of Reclamation Demand by Linear Technology Corporation by first class mail:

Kathleen Farrell
Clerk of the Court
United States Bankruptcy Court
One Bowling Green, Sixth Floor
New York, NY 10004-1408

John William Butler, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP,
333 W. Wacker Drive, Suite 2100
Chicago, IL 60606

Alicia M. Leonhard, Esq.
Office of the U.S. Trustee
33 Whitehall Street
New York, NY 10004

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Dated: New York, New York
October 13, 2005

_____
Bonnie S. Schwab