Robert Usadi (RU0722)
**CAHILL GORDON & REINDEL** LLP
80 Pine Street
New York, New York 10005
(212) 701-3000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**Delphi Corporation, et al.,**<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD) |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the law firm set forth below appears as counsel for Engelhard Corporation ("Engelhard"), a party-in-interest in the Chapter 11 bankruptcy case of **Delphi Corporation, et al.** (the "Debtors") and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Title 11 of the United States Code (the "Bankruptcy Code"), requests that the following name and address be added to the mailing list maintained by the Clerk of the Court and Debtors' counsel in the **Delphi Corporation, et al.,** Chapter 11 bankruptcy case and further demands that all notices given or required to be given in these cases and all papers served or required to be served in these cases by all counsel, parties-in-interest, and this Court be given to and served upon the following counsel:

> **Robert Usadi**
> **CAHILL GORDON & REINDEL LLP**
> **80 Pine Street**
> **New York, New York  10005**
> **Tel: (212) 701-3000**
> **Fax: (212) 269-5420**
> **e-mail: rusadi@cahill.com**

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code set forth above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, telegraph, telex, e-mail or otherwise, which affects the Debtors or property of the Debtors or the rights of creditors and parties-in-interest such as the Committee.

Dated: New York, New York
October 13, 2005

**CAHILL GORDON & REINDEL LLP**

By      /s/ Robert Usadi (RU0722)

80 Pine Street
New York, New York 10005
Tel: (212) 701-3000
Fax: (212) 269-5420

*Counsel for Engelhard Corporation*