**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 11** |
| **DELPHI CORPORATION, et al.,** | ) | |
| | ) | **Case No. 05-44481** |
| **Debtor.** | ) | |
| | ) | **(Jointly Administered)** |

## MOTION FOR ADMISSION TO PRACTICE, Pro Hac Vice

I, Derek F. Meek, a member in good standing of the bar in the State of Alabama and the bar of the U.S. District Court for the Northern District of Alabama, request admission, **pro hac vice**, before the Honorable Robert D. Drain, to represent Hyundai Motor Manufacturing Alabama, LLC, a creditor in the above referenced case. My address is Burr & Forman LLP, 3100 SouthTrust Tower, 420 North 20th Street, Birmingham, Alabama 35203. My e-mail address is dmeek@burr.com. My telephone number is (205) 458-5471. I agree to pay the fee of $25 upon approval by this Court admitting me to practice **pro hac vice**.

Dated: October 13, 2005
Birmingham, Alabama

Robert B. Rubin
Derek F. Meek
Marc P. Solomon

Attorneys for Creditor
HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC

OF COUNSEL:
BURR & FORMAN LLP
3100 SouthTrust Tower
420 North 20th Street

1403465

Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

---

## ORDER

---

**ORDERED,**

that Derek F. Meek, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern  District of New York, subject to payment of the filing fee.

Dated: _____, 2005
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE