IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| DELPHI CORPORATION, et al., ) | |
| ) | Case No. 05-44481 |
| Debtor. ) | |
| ) | (Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE, Pro Hac Vice**

I, Marc P. Solomon, a member in good standing of the bar in the State of Alabama and the bar of the U.S. District Court for the Northern District of Alabama, request admission, **pro hac vice**, before the Honorable Robert D. Drain, to represent Hyundai Motor Manufacturing Alabama, LLC, a creditor in the above referenced case. My address is Burr & Forman LLP, 3100 SouthTrust Tower, 420 North 20th Street, Birmingham, Alabama 35203. My e-mail address is msolomon@burr.com. My telephone number is (205) 458-5281. I agree to pay the fee of $25 upon approval by this Court admitting me to practice **pro hac vice**.

Dated: October /3, 2005
Birmingham, Alabama

_____
Robert B. Rubin
Derek F. Meek
Marc P. Solomon

Attorneys for Creditor
HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC

OF COUNSEL:
BURR & FORMAN LLP
3100 SouthTrust Tower
420 North 20th Street

1403461

Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

---

### ORDER

---

**ORDERED,**

that Marc P. Solomon, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2005
      New York, New York

 

_____
UNITED STATES BANKRUPTCY JUDGE