Jeff J. Friedman (JF-7661)
Qubilah A. Davis (QD-2209)
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, New York 10022
Telephone: (212) 940-8800
Fax: (212) 940-8776

Attorneys for TDK Corporation of America
and MEMC Electronic Materials, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

––––––––––––––––––––––––––––– X
In re                          :   Case No. 05-44481
                               :
    DELPHI CORPORATION, et al.  :   Chapter 11
                               :   (jointly administered)
                    Debtors.   :
––––––––––––––––––––––––––––– X

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that TDK Corporation of America ("*TDK*") and MEMC Electronic Materials, Inc. ("*MEMC*") hereby appear in the above-captioned chapter 11 cases pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010, and request that copies of all pleadings in this jointly administered case including all papers, reports, pleadings, motions and applications, including notices of assumption of executory contracts or cure amounts, petitions, disclosure statements, plans of reorganization and answering or reply papers filed in the above-captioned cases, by mail or otherwise, be served on:

        John P. Sieger, Esq.
        Katten Muchin Rosenman LLP
        525 West Monroe Street
        Chicago, IL 60661
        Telephone: (312) 902-5200
        Fax: (312) 577-4733
        Email: john.sieger@kattenlaw.com

NYC01_84082861_1

        Joseph B. DiRago, Esq.
        Katten Muchin Rosenman LLP
        525 West Monroe Street
        Chicago, IL 60661
        Telephone: (312) 902-5200
        Fax: (312) 577-4733
        Email: joseph.dirago@kattenlaw.com

        Qubilah A. Davis, Esq.
        Katten Muchin Rosenman LLP
        575 Madison Avenue
        New York, New York 10022
        Telephone: (212) 940-8800
        Fax: (212) 940-8776
        Email: qubilah.davis@kattenlaw.com

Dated:  New York, New York
         October 13, 2005

        KATTEN MUCHIN ROSENMAN LLP
        Attorneys for TDK Corporation of America
        and MEMC Electronic Materials, Inc.


        By: /s/ Qubilah A. Davis
            Qubilah A. Davis
        575 Madison Avenue
        New York, New York 10022
        Telephone: (212) 940-8800
        Facsimile: (212) 940-8776