**PORZIO, BROMBERG & NEWMAN, P.C.**
(Mail to) P.O. Box 1997, Morristown, NJ  07962-1997
(Delivery to) 100 Southgate Parkway, Morristown, NJ  07960
Telephone (973) 538-4006
Facsimile (973) 538-5146
-and-
156 West 56th Street
New York, NY  10019

Attorneys Appearing: John S. Mairo (JM-0670)
                     Brett S. Moore (BM-0014)

Attorneys for Neuman Aluminum Automotive, Inc. and
Neuman Aluminium Impact Extrusion, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :    Chapter 11
In re:                                                       :
                                                             :    Case No. 05-44481
DELPHI CORP., *et al.*,                                      :
                                                             :
                    Debtors.                                 :
                                                             :
-------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

　　　　PLEASE TAKE NOTICE that the undersigned law firm appears in the above-referenced case as counsel for Neuman Aluminum Automotive, Inc. and Neuman Aluminium Impact Extrusion, Inc. (collectively, "Neuman"), and, pursuant to Federal Rule of Bankruptcy Procedure 2002, requests that all notices given or required to be given in these cases, and all papers served

979877

or required to be served in these cases, be given to and served upon the undersigned law firm at the address set forth below:

> John S. Mairo, Esq.
> Brett S. Moore, Esq.
> Porzio, Bromberg & Newman, P.C.
> 100 Southgate Parkway
> P.O. Box 1997
> Morristown, NJ  07960
> Tel:  (973) 538-4006
> Fax:  (973) 538-5146
> E-Mail:  jsmairo@pbnlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, this request includes the notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002 and also includes, without limitation, copies of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopy, telegraph, telex or otherwise.

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of Neuman's rights (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or of any other rights, claims, actions, setoffs, or recoupments to which Neuman is

or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: October 13, 2005  NEUMAN ALUMINUM AUTOMOTIVE, INC.
NEUMAN ALUMINIUM IMPACT EXTRUSION, INC.

By:   /s/ John S. Mairo
 John S. Mairo
 One of Its Attorneys

John S. Mairo (JM-0670)
Brett S. Moore (BM-0014)
**PORZIO, BROMBERG & NEWMAN, P.C.**
(Mail to) P.O. Box 1997, Morristown, NJ  07962-1997
(Delivery to) 100 Southgate Parkway, Morristown, NJ  07960
Telephone (973) 538-4006
Facsimile (973) 538-5146
-and-
156 West 56th Street
New York, NY  10019

979877

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of October, 2005, a copy of the foregoing

**Notice of Appearance and Demand for Service of Papers** was served by first class mail,

postage prepaid, on the following:

| | |
|---|---|
| John William Butler, Jr., Esq.<br>Skadden, Arps, Slate, Meagher & Flom<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL  60606-1285 | Kayalyn A. Marafioti, Esq.<br>Thomas J. Matz, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY  10036 |
| Alicia M. Leonhard, Esq.<br>Office of the United States Trustee<br>33 Whitehall Street, Suite 2100<br>New York, NY  10004 | |

                                                     /s/ John S. Mairo
                                                      John S. Mairo

979877