**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

IN RE                                                    :

DELPHI CORPORATION, ET AL.,              :       **AFFIDAVIT OF SERVICE**

　　　　　　　　　　　Debtors       :

　　　　　　　　　　　　　　　　　:
------------------------------------x

STATE OF NEW YORK    )
　　　　　　　　　　　: ss.:
COUNTY OF NEW YORK  )


　　　　MAURA A. McLOUGHLIN, being duly sworn, deposes and says:

　　1.　　I am over the age of 18 years and not a party to this action.

　　2.　　On the 13th day of October, 2005 I served the NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS upon:

> Alicia M. Leonhard
> Office of the United States Trustee
> Southern District of New York
> 33 Whitehall Street, Suite 2100
> New York, NY  10004

by causing a true and correct copy thereof to be mailed in the letter drop maintained by the

-2-

United States Postal Service located at 73 Pine Street, New York, New York 10005, enclosed in a stamped, sealed envelope addressed to the above-mentioned individual

_____
MAURA A. McLOUGHLIN

Sworn to before me this

13th day of October, 2005

_____
Notary Public

STELLA L. MAROTTA
Notary Public, State of New York
No. 01MA2544450
Qualified in Kings County
Commission Expires April 30, 2007