**PORZIO, BROMBERG & NEWMAN, P.C.**
(Mail to) P.O. Box 1997, Morristown, NJ 07962-1997
(Delivery to) 100 Southgate Parkway, Morristown, NJ 07960
Telephone (973) 538-4006
Facsimile (973) 538-5146
-and-
156 West 56th Street
New York, NY 10019

Attorneys Appearing: John S. Mairo (JM-0670)
                     Brett S. Moore (BM-0014)

Attorneys for Neuman Aluminum Automotive, Inc. and
Neuman Aluminium Impact Extrusion, Inc.


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 05-44481 |
| DELPHI CORP., *et al.*, | : | |
| | : | |
| Debtors. | : | October 13, 2005 |
| | : | |

-----------------------------------------------------------x


## NOTICE OF DEMAND FOR RECLAMATION
## BY NEUMAN ALUMINUM AUTOMOTIVE, INC.
## AND NEUMAN ALUMINIUM IMPACT EXTRUSION, INC.


PLEASE TAKE NOTICE that on October 13, 2005 pursuant to 11 U.S.C. § 546(c), Neuman

Aluminum Automotive, Inc. and Neuman Aluminium Impact Extrusion, Inc. (collectively,

"Neuman"), served its written demand for reclamation of goods upon Delphi Corporation and its

affiliated debtors. A copy of the written demand for reclamation is attached hereto as Exhibit A.


979899

Neuman demands return of the goods or protection of its claim as provided by 11 U.S.C. § 546(c) or

otherwise applicable law.


Dated: October 13, 2005                    NEUMAN ALUMINUM AUTOMOTIVE, INC.
                                           NEUMAN ALUMINIUM IMPACT
                                           EXTRUSION, INC.



                                    By: _____/s/ John S. Mairo_____
                                         John S. Mairo (JM 0670)
                                         Brett S. Moore (BM 0114)

                                    **PORZIO, BROMBERG & NEWMAN, P.C.**
                                    (Mail to) P.O. Box 1997, Morristown, NJ  07962-1997
                                    (Delivery to) 100 Southgate Parkway, Morristown, NJ  07960
                                    Telephone (973) 538-4006
                                    Facsimile (973) 538-5146
                                    -and-
                                    156 West 56th Street
                                    New York, NY  10019

979899

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of October, 2005, a copy of the foregoing **Notice of Demand For Reclamation By Neuman Aluminum Automotive, Inc. and Neuman Aluminium Impact Extrusion, Inc.** was served by first class mail, postage prepaid, on the following:

John William Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive, Suite 2100
Chicago, IL  60606-1285

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

Alicia M. Leonhard, Esq.
Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY  10004

                                   _____/s/ John S. Mairo_____
                                        John S. Mairo

979899

# EXHIBIT A

979899

FAX HEADER:  PORZIO BROMBERG & NEWMAN

```
TRANSMITTED/STORED : OCT. 13. 2005  5:34PM
FILE MODE        OPTION         ADDRESS                        RESULT      PAGE
---------------------------------------------------------------------------------
728  MEMORY TX                  *6099994800391312407041 1      OK          7/7
```

```
-----------------------------------------------------------------------------------
    REASON FOR ERROR
    E-1) HANG UP OR LINE FAIL              E-2) BUSY
    E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
```



# PORZIO
### BROMBERG & NEWMAN P.C.
#### ATTORNEYS AT LAW

**100 Southgate Parkway**
**Morristown, New Jersey 07962-1997**
**TEL: 973-538-4006  FAX: 973-538-5146**

| | | |
|---|---|---|
| **FROM:** | John S. Mairo, Esq. | **DATE:**  October 13, 2005 |

**Please send the annexed document to:**

**NAME:**                   John Wm. Butler, Jr., Esq.

**COMPANY:**             Skadden, Arps, Slate, Meagher & Flom LLP

**CITY AND STATE:**    Chicago, IL  60606

**FAX NUMBER:**        312-407-0411

**CLIENT-MATTER NAME:**    Delphi Corp.

**CLIENT-MATTER NUMBER:**   Pending

**RE:**

**TOTAL NUMBER OF PAGES, INCLUDING COVER SHEET:**    7

**MESSAGE:**

**If you have any problems receiving this transmittal, please call (973) 538-4006, ext. 4002.**

☑  **The Original Of This Document WILL BE Sent By Regular Mail**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE.  THANK YOU.

JMGastineau x4056

From:    Origin ID: (973)538-4006
Jayne Gastineau
PORZIO, BROMBERG & NEWMAN, P.C
100 SOUTHGATE PARKWAY

**MORRISTOWN, NJ 07960**

FedEx
Express

E

CL580200305916

Ship Date: 13OCT05
ActWgt: 1 LB
System#: 3336758/INET2300
Account#: S *********

REF: 09999.48003 (Neuman)



Delivery Address Bar Code

SHIP TO: (973)538-4006          BILL SENDER

**Francoise Lewis**
**Delphi**
**3535 Kettering Boulevard**

**Morraine, OH 45439**



**PRIORITY OVERNIGHT**                    **FRI**

Deliver By:
14OCT05

TRK#  **7901 8678 0995**    FORM 0201

**DAY**    A1

**45439**    -OH-US

**NW MWOA**

---

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

From:    Origin ID:    (973)538-4006
Jayne Gastineau
PORZIO, BROMBERG & NEWMAN, P.C
100 SOUTHGATE PARKWAY

MORRISTOWN, NJ 07960



Ship Date: 13OCT05
ActWgt: 1 LB
System#: 3336758/INET2300
Account#: S *********

REF: 09999.48003 (Neuman)

Delivery Address Bar Code

SHIP TO:    (312)407-0700        BILL SENDER
**John Butler
Skadden Arps
333 West Wacker Drive
Suite 2100
Chicago, IL 60606**



**PRIORITY OVERNIGHT**                    **FRI**

Deliver By:
14OCT05

TRK#    **7906 7801 0892**    FORM
0201

**ORD**    A1

**60606**    -IL-US

**NC LOTA**

---

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



**PORZIO**
BROMBERG & NEWMAN P.C.

ATTORNEYS AT LAW                                                    TELEPHONE (973) 538-4006 • FAX (973) 538-5146

JOHN S. MAIRO
MEMBER, NJ AND NY BARS
DIRECT DIAL No.:  973-889-4107
E-MAIL ADDRESS:  JSMAIRO@PBNLAW.COM

October 13, 2005

**VIA FEDERAL EXPRESS**                    **VIA FACSIMILE (312.407.0411) AND**
                                           **ORIGINAL TO FOLLOW BY FEDERAL**
Francoise Lewis                            **EXPRESS**
Senior Commodity Manager
Delphi                                     John Wm. Butler, Jr., Esq.
3535 Kettering Boulevard                   Skadden, Arps, Slate, Meagher & Flom LLP
Morraine, OH  45439                        333 West Wacker Drive, Suite 2100
                                           Chicago, IL  60606

            Re:   *Delphi Corp.*
                  *Case No. 05-44481 (RDD)*
                  Our File No.:      Pending

To the Above Addressed Recipients:

        This firm represents Neuman Aluminum Automotive, Inc. and Neuman Aluminium Impact
Extrusion, Inc. (collectively, "Neuman"), a supplier of impact extruded parts for accumulator
dehydrators and receiver dryers.  This letter serves as Neuman's written demand to reclaim the goods it
sold on credit to, and which were received by, Delphi Corp. and/or its affiliates and subsidiaries
(collectively, "Delphi"), in the ten (10) day period prior to Delphi's filing its Chapter 11 petition.
Goods shipped and received but not yet paid for are identified in the invoice summary attached hereto.

        Notwithstanding the attached detail, this demand covers any and all other goods Delphi
received from Neuman on or after September 28, 2005 up until the time the bankruptcy petition was
filed (the "Reclamation Period").

        This demand is made pursuant to § 546(c) of the Bankruptcy Code and § 2-702 of the Uniform
Commercial Code.  Please see to it that none of these goods are sold, used, or otherwise disposed of
before Neuman exercises its reclamation rights.  Neuman demands that Delphi segregate from other
inventory all goods subject to Neuman's reclamation and currently in Delphi's control.  Neuman
reserves all of its rights, claims, defenses and interests.

100 SOUTHGATE PARKWAY, P.O.BOX 1997
MORRISTOWN, NJ 07962-1997
NEW YORK CITY OFFICE: 212-265-6888
BRICK NJ OFFICE: 732-262-9248
www.pbnlaw.com

979845



**PORZIO**
BROMBERG &NEWMAN P.C.

ATTORNEYS AT LAW

Francoise Lewis
John Wm. Burtler, Jr., Esq.
October 13, 2005
~~Page 2~~

      Should you have any questions regarding this matter, please do not hesitate to contact me at the above number.

Very truly yours,

John S. Mairo

JSM/jmg
Enclosures

932932

| Customer ID | Part Number | Ship Date | Price | Full Qty | Extended |
|---|---|---|---|---|---|
| **EL PASO SHIPMENTS** | | | | | |
| DELPHI | 6560846 | 09/01/2005 | 1.26 | 3600 | $4,536.00 |
| | | 09/01/2005 | 1.26 | 3000 | $3,780.00 |
| | | 09/02/2005 | 1.26 | 7200 | $9,072.00 |
| | | 09/02/2005 | 1.26 | 6000 | $7,560.00 |
| | | 09/06/2005 | 1.26 | 3600 | $4,536.00 |
| | | 09/06/2005 | 1.26 | 2400 | $3,024.00 |
| | | 09/07/2005 | 1.26 | 3600 | $4,536.00 |
| | | 09/07/2005 | 1.26 | 1200 | $1,512.00 |
| | | 09/08/2005 | 1.26 | 3600 | $4,536.00 |
| | | 09/08/2005 | 1.26 | 2400 | $3,024.00 |
| | | 09/09/2005 | 1.26 | 3600 | $4,536.00 |
| | | 09/09/2005 | 1.26 | 3000 | $3,780.00 |
| | | 09/12/2005 | 1.26 | 3600 | $4,536.00 |
| | | 09/12/2005 | 1.26 | 3000 | $3,780.00 |
| | | 09/13/2005 | 1.26 | 3600 | $4,536.00 |
| | | 09/13/2005 | 1.26 | 2400 | $3,024.00 |
| | | 09/14/2005 | 1.26 | 3600 | $4,536.00 |
| | | 09/14/2005 | 1.26 | 2400 | $3,024.00 |
| | | 09/15/2005 | 1.26 | 3600 | $4,536.00 |
| | | 09/15/2005 | 1.26 | 3000 | $3,780.00 |
| | | 09/19/2005 | 1.26 | 3600 | $4,536.00 |
| | | 09/19/2005 | 1.26 | 1800 | $2,268.00 |
| | | 09/20/2005 | 1.26 | 3600 | $4,536.00 |
| | | 09/20/2005 | 1.26 | 2400 | $3,024.00 |
| | | 09/21/2005 | 1.26 | 3000 | $3,780.00 |
| | | 09/22/2005 | 1.26 | 3600 | $4,536.00 |
| | | 09/22/2005 | 1.26 | 2400 | $3,024.00 |
| | | 09/23/2005 | 1.26 | 14400 | $18,144.00 |
| | | 09/23/2005 | 1.26 | 12000 | $15,120.00 |
| | | 09/23/2005 | 1.26 | 13200 | $16,632.00 |
| | | 09/23/2005 | 1.26 | 5400 | $6,804.00 |
| | | 09/23/2005 | 1.26 | 5400 | $6,804.00 |
| | | 09/23/2005 | 1.26 | 12000 | $15,120.00 |
| | | 09/23/2005 | 1.26 | 14400 | $18,144.00 |
| | 6561503 | 09/19/2005 | 0.829 | 53 | $43.94 |
| | 6561505 | 09/01/2005 | 0.874 | 3260 | $2,849.24 |
| | | 09/01/2005 | 0.874 | 815 | $712.31 |
| | | 09/02/2005 | 0.874 | 7335 | $6,410.79 |
| | | 09/02/2005 | 0.874 | 6520 | $5,698.48 |
| | | 09/06/2005 | 0.874 | 815 | $712.31 |
| | | 09/06/2005 | 0.874 | 1630 | $1,424.62 |
| | | 09/07/2005 | 0.874 | 4075 | $3,561.55 |
| | | 09/08/2005 | 0.874 | 4075 | $3,561.55 |
| | | 09/08/2005 | 0.874 | 2445 | $2,136.93 |
| | | 09/09/2005 | 0.874 | 4075 | $3,561.55 |
| | | 09/09/2005 | 0.874 | 4075 | $3,561.55 |
| | | 09/12/2005 | 0.874 | 4075 | $3,561.55 |
| | | 09/13/2005 | 0.874 | 4075 | $3,561.55 |

|         | 09/13/2005 | 0.874 | 1630  | $1,424.62  |
|---------|------------|-------|-------|------------|
|         | 09/14/2005 | 0.874 | 4075  | $3,561.55  |
|         | 09/14/2005 | 0.874 | 815   | $712.31    |
|         | 09/15/2005 | 0.874 | 4075  | $3,561.55  |
|         | 09/15/2005 | 0.874 | 815   | $712.31    |
|         | 09/19/2005 | 0.874 | 4075  | $3,561.55  |
|         | 09/19/2005 | 0.874 | 1630  | $1,424.62  |
|         | 09/20/2005 | 0.874 | 4075  | $3,561.55  |
|         | 09/20/2005 | 0.874 | 1630  | $1,424.62  |
|         | 09/21/2005 | 0.874 | 815   | $712.31    |
|         | 09/22/2005 | 0.874 | 4075  | $3,561.55  |
|         | 09/23/2005 | 0.874 | 11410 | $9,972.34  |
|         | 09/23/2005 | 0.874 | 9780  | $8,547.72  |
|         | 09/23/2005 | 0.874 | 11410 | $9,972.34  |
|         | 09/23/2005 | 0.874 | 5705  | $4,986.17  |
|         | 09/23/2005 | 0.874 | 6520  | $5,698.48  |
|         | 09/23/2005 | 0.874 | 9780  | $8,547.72  |
|         | 09/23/2005 | 0.874 | 11410 | $9,972.34  |
| 6561506 | 09/01/2005 | 1.001 | 2000  | $2,002.00  |
|         | 09/01/2005 | 1.001 | 1200  | $1,201.20  |
|         | 09/02/2005 | 1.001 | 3200  | $3,203.20  |
|         | 09/02/2005 | 1.001 | 3200  | $3,203.20  |
|         | 09/07/2005 | 1.001 | 1600  | $1,601.60  |
|         | 09/07/2005 | 1.001 | 800   | $800.80    |
|         | 09/08/2005 | 1.001 | 1600  | $1,601.60  |
|         | 09/09/2005 | 1.001 | 800   | $800.80    |
|         | 09/12/2005 | 1.001 | 1200  | $1,201.20  |
|         | 09/12/2005 | 1.001 | 1600  | $1,601.60  |
|         | 09/13/2005 | 1.001 | 1600  | $1,601.60  |
|         | 09/13/2005 | 1.001 | 800   | $800.80    |
|         | 09/14/2005 | 1.001 | 1600  | $1,601.60  |
|         | 09/14/2005 | 1.001 | 800   | $800.80    |
|         | 09/15/2005 | 1.001 | 1600  | $1,601.60  |
|         | 09/15/2005 | 1.001 | 1600  | $1,601.60  |
|         | 09/19/2005 | 1.001 | 1600  | $1,601.60  |
|         | 09/20/2005 | 1.001 | 800   | $800.80    |
|         | 09/20/2005 | 1.001 | 400   | $400.40    |
|         | 09/21/2005 | 1.001 | 1200  | $1,201.20  |
|         | 09/22/2005 | 1.001 | 1600  | $1,601.60  |
|         | 09/22/2005 | 1.001 | 800   | $800.80    |
|         | 09/23/2005 | 1.001 | 12000 | $12,012.00 |
|         | 09/23/2005 | 1.001 | 12000 | $12,012.00 |
|         | 09/23/2005 | 1.001 | 10400 | $10,410.40 |
|         | 09/23/2005 | 1.001 | 11200 | $11,211.20 |
|         | 09/23/2005 | 1.001 | 2800  | $2,802.80  |
|         | 09/23/2005 | 1.001 | 2800  | $2,802.80  |
|         | 09/23/2005 | 1.001 | 10400 | $10,410.40 |
| 6561507 | 09/23/2005 | 0.97  | 13000 | $12,610.00 |
| 6561508 | 09/23/2005 | 0.829 | 6600  | $5,471.40  |

|          |            |       |      | $0.00 |
|----------|------------|-------|------|-----------|
| 6561509  | 09/07/2005 | 1.31  | 600  | $786.00 |
|          | 09/09/2005 | 1.31  | 600  | $786.00 |
|          | 09/19/2005 | 1.31  | 600  | $786.00 |
|          | 09/22/2005 | 1.31  | 600  | $786.00 |
|          | 09/23/2005 | 1.31  | 2400 | $3,144.00 |
|          | 09/23/2005 | 1.31  | 600  | $786.00 |
|          | 09/23/2005 | 1.31  | 1200 | $1,572.00 |
|          | 09/23/2005 | 1.31  | 2400 | $3,144.00 |
| 6561720  | 09/23/2005 | 1.794 | 3000 | $5,382.00 |
| 6561949  | 09/23/2005 | 1.458 | 1800 | $2,624.40 |
| 06561964 | 09/02/2005 | 1.71  | 1344 | $2,298.24 |
|          | 09/02/2005 | 1.71  | 1344 | $2,298.24 |
|          | 09/08/2005 | 1.71  | 1394 | $2,383.74 |
|          | 09/12/2005 | 1.71  | 1344 | $2,298.24 |
|          | 09/14/2005 | 1.71  | 828  | $1,415.88 |
| 06561965 | 09/02/2005 | 0.945 | 1260 | $1,190.70 |
|          | 09/02/2005 | 0.945 | 1260 | $1,190.70 |
|          | 09/08/2005 | 0.945 | 1260 | $1,190.70 |
|          | 09/12/2005 | 0.945 | 1260 | $1,190.70 |
|          | 09/13/2005 | 0.945 | 1260 | $1,190.70 |
|          | 09/15/2005 | 0.945 | 1260 | $1,190.70 |
|          | 09/20/2005 | 0.945 | 1260 | $1,190.70 |
|          | 09/22/2005 | 0.945 | 1260 | $1,190.70 |
|          | 09/23/2005 | 0.945 | 2520 | $2,381.40 |
|          | 09/23/2005 | 0.945 | 1260 | $1,190.70 |
|          | 09/23/2005 | 0.945 | 3780 | $3,572.10 |
| 06570605 | 09/21/2005 | 1.988 | 600  | $1,192.80 |
|          | 09/23/2005 | 1.988 | 600  | $1,192.80 |
|          | 09/23/2005 | 1.988 | 600  | $1,192.80 |
|          | 09/23/2005 | 1.988 | 600  | $1,192.80 |
|          | 09/23/2005 | 1.988 | 600  | $1,192.80 |
|          | 09/23/2005 | 1.988 | 600  | $1,192.80 |
| 06570752 | 09/01/2005 | 1.505 | 600  | $903.00 |
|          | 09/02/2005 | 1.505 | 1200 | $1,806.00 |
|          | 09/02/2005 | 1.505 | 1200 | $1,806.00 |
|          | 09/08/2005 | 1.505 | 600  | $903.00 |
|          | 09/09/2005 | 1.505 | 600  | $903.00 |
|          | 09/09/2005 | 1.505 | 600  | $903.00 |
|          | 09/12/2005 | 1.505 | 600  | $903.00 |
|          | 09/12/2005 | 1.505 | 1200 | $1,806.00 |
|          | 09/13/2005 | 1.505 | 600  | $903.00 |
|          | 09/13/2005 | 1.505 | 600  | $903.00 |
|          | 09/14/2005 | 1.505 | 600  | $903.00 |
|          | 09/14/2005 | 1.505 | 600  | $903.00 |
|          | 09/15/2005 | 1.505 | 600  | $903.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | 09/19/2005 | 1.505 | 600 | $903.00 |
|  | 09/20/2005 | 1.505 | 600 | $903.00 |
|  | 09/20/2005 | 1.505 | 600 | $903.00 |
|  | 09/21/2005 | 1.505 | 600 | $903.00 |
|  | 09/22/2005 | 1.505 | 600 | $903.00 |
|  | 09/23/2005 | 1.505 | 1800 | $2,709.00 |
|  | 09/23/2005 | 1.505 | 1200 | $1,806.00 |
|  | 09/23/2005 | 1.505 | 1200 | $1,806.00 |
|  | 09/23/2005 | 1.505 | 2400 | $3,612.00 |
| **TOTAL** |  |  |  | **$526,517.51** |

**WAYNESBORO SHIPMENTS**

|  |  |  |  |  |
|---|---|---|---|---|
| 6561964 |  |  |  |  |
|  | 9/17/2005 | 1.71 | 1344 | $2,298.24 |
|  | 9/20/2005 | 1.71 | 1344 | $2,298.24 |
|  | 9/22/2005 | 1.71 | 1344 | $2,298.24 |
|  | 9/23/2005 | 1.71 | 1344 | $2,298.24 |
|  | 9/26/2005 | 1.71 | 1344 | $2,298.24 |
|  | 9/30/2005 | 1.71 | 2688 | $4,596.48 |
|  | 10/6/2005 | 1.71 | 2688 | $4,596.48 |
|  | 10/7/2005 | 1.71 | 1344 | $2,298.24 |
|  | 10/10/2005 | 1.71 | 1344 | $2,298.24 |
| 6570752 |  |  |  | $0.00 |
|  | 10/6/2005 | 1.505 | 1853 | $2,788.77 |
|  | 10/7/2005 | 1.505 | 2400 | $3,612.00 |
|  | 10/10/2005 | 1.505 | 1200 | $1,806.00 |
| 6560846 |  |  |  | $0.00 |
|  | 10/6/2005 | 1.26 | 13853 | $17,454.78 |
|  | 10/7/2005 | 1.26 | 13800 | $17,388.00 |
|  | 10/10/2005 | 1.26 | 6000 | $7,560.00 |
| 6561503 |  |  |  | $0.00 |
|  | 9/15/2005 | 0.829 | 2400 | $1,989.60 |
|  | 9/22/2005 | 0.829 | 2400 | $1,989.60 |
|  | 9/29/2005 | 0.829 | 2400 | $1,989.60 |
|  | 10/6/2005 | 0.829 | 2400 | $1,989.60 |
|  | 10/10/2005 | 0.829 | 600 | $497.40 |
| 6561504 |  |  |  | $0.00 |
|  | 9/15/2005 | 0.829 | 1200 | $994.80 |
| 6561505 |  |  |  | $0.00 |
|  | 10/8/2005 | 0.874 | 12600 | $11,012.40 |
|  | 10/10/2005 | 0.874 | 6000 | $5,244.00 |
| **TOTAL** |  |  |  | **$101,597.19** |

| **GRAND TOTAL** |  |  |  | **$628,114.69** |
|---|---|---|---|---|