UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
In re:                                 :   Chapter 11
                                       :
DELPHI CORPORATION, et al.,            :   Case No. 05-44481 (RDD)
                                       :   (Jointly Administered)
        Debtor.                        :
                                       :
                                       :
------------------------------------- X

## SILICON LABORATORIES, INC.'S
## NOTICE OF DEMAND FOR RECLAMATION

PLEASE TAKE NOTICE that on October 13, 2005, pursuant to 11 U.S.C. § 546(c), Silicon Laboratories, Inc. served its written demand for reclamation of goods upon Delphi Corporation and its affiliated debtors and their attorneys of record. A copy of the written demand for reclamation is attached hereto as Exhibit A.

Dated: San Diego, California.
       October ___, 2005

_____
Jeffry A. Davis, NY Bar No. 1718873
DLA Piper Rudnick Gray Cary US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619-699-2810
Fax: 619-699-2701
Email: jeff.davis@dlapiper.com
Attorneys for Creditor
Silicon Laboratories, Inc.

SD\1642955.1
355160-5

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper Rudnick Gray Cary US LLP, 401 B Street, Suite 1700, San Diego, California 92101-4297. On October 13, 2005, I served the within documents:

> SILICON LABORATORIES, INC.'S NOTICE OF DEMAND FOR RECLAMATION

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Drive, Suite 2100
Chicago, IL 60606

Kayalyn A. Marafioti, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 13, 2005, at San Diego, California.

_/s/ Diane Johnson_
Diane Johnson

# EXHIBIT A



**DLA PIPER RUDNICK GRAY CARY**

DLA Piper Rudnick Gray Cary US LLP
401 B Street
Suite 1700
San Diego, California 92101-4297
T   619.699.2810
F   619.699.2701
W   www.dlapiper.com

October 13, 2005

*VIA FACSIMILE & FEDERAL EXPRESS*

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Drive, Suite 2100
Chicago, IL 60606

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Delphi Delco Electronics Systems
Delphi Delco
1800 E. Lincoln Road
Kokomo, IN 46902

Delphi E&S
Attn: Greg Drake
One Corporate Center MS: CTLLM
Kokomo, IN 46902

Delphi Delco Electronics Systems
601 Joaquin Cavazos Road
Los Indios, TX 78567

Re:   In re Delphi Corporation, et al., Case No. 05-44481
      Reclamation Notice of Silicon Laboratories, Inc.

Ladies and Gentlemen:

This firm represents Silicon Laboratories, Inc. ("Silicon Labs") and has been authorized to send this reclamation demand on its behalf. Please be advised that pursuant to Uniform Commercial Code section 2-702 and 11 U.S.C. § 546, Silicon Labs hereby demands the return and reclamation of all goods delivered to Delphi Corporation and its affiliates (the "Debtor") by Silicon Labs from September 28, 2005 through October 8, 2005, including the goods delivered under Invoices numbered 63921, 63929 and 64453 (the "Invoices"), each of which is attached to this letter. The goods delivered by Silicon Labs to the Debtor consist of various electronic parts, as more specifically described in the Invoices. The amount due and owing Silicon Labs from the Debtors on account of goods shipped pursuant to these Invoices total $37,575.

This notice constitutes a timely written demand for reclamation. By making this demand, Silicon Labs does not intend to, and shall not be deemed to, waive any rights, remedies and/or claims,

**Serving clients globally**


**PIPER RUDNICK
GRAY CARY**

John Wm. Butler, Jr., Esq.
Kayalyn A. Marafioti, Esq.
Delphi Corporation
Delphi Delco Electronics Systems
Delphi E&S
October 13, 2005
Page Two

and all such other rights, remedies and claims are hereby reserved. This notice is not intended to be and shall not be construed as an election of remedy, a waiver of any past, present or future defaults or events of default, or a waiver a limitation of any right of Silicon Labs. Further, Silicon Labs reserves the right to amend and supplement this reclamation demand, including filing additional evidence in support of this reclamation demand, or to file additional reclamation demands or claims, including without limitation all other claims at law or in equity.

Sincerely,

DLA Piper Rudnick Gray Cary US LLP

Jeffry A. Davis
Attorney
jeff.davis@dlapiper.com

Admitted to practice in California and New York

JAD:dj
Enclosures

cc:    Allison Taylor

SD\1642945.1
355160-5



**Silicon Laboratories, Inc.**

# INVOICE 63921
## ORIGINAL

**Wire Transfer Payment**
Beneficiary: Silicon Laboratories, Inc.

Bank Name: Bank of America N.A.
515 Congress Avenue
Austin, TX 78701, USA

ABA No.: 111000025
Account No.: 004797976867
Swift Code: BOFAUS6S

**Check Payment**
Pay To: Silicon Laboratories, Inc.
Address: P.O. Box 849119
Dallas
TX 75284-9119, USA

Date: 28-Sep-05

Master WB#: AUS547823614

Ship From Address:
Silicon Laboratories
4635 Boston Lane
Austin, TX 78735

| BILL TO: | Customer ID: | SHIP TO: |
|---|---|---|
| DELPHI DELCO ELECTRONICS SYSTEMS<br>DELPHI DELCO<br>1800 E. LINCOLN RD.<br>KOKOMO, IN 46902<br>UNITED STATES<br>ATTN: SHEILA CARTER | | DELPHI DELCO ELECTRONICS SYSTEMS<br>DELTRONICOS OPERATIONS<br>601 JOAQUIN CAVAZOS ROAD<br>LOS INDIOS, TX 78567<br><br>ATTN:<br>RECV: Jesus Ricardo Avendano<br>PH: (956) 228-7021 |

| CUST. P.O. NUMBER | SALES ORDER | SHIP VIA | TERMS | COMMENTS |
|---|---|---|---|---|
| 0550045396 | 20289 | Bax Global 2day collec | NET 45, EXW Origin | |

| LINE | QTY. | MANUF. P/N | CUST. P/N | PRICE EA. | EXTENDED |
|---|---|---|---|---|---|
| 1087 | 7500 | Si4136XM-BTR | 9397156 | $2.050 | $15,375.00 |

| | |
|---|---|
| Seller expressly conditions its acceptance or offer to all Invoice terms, including Seller's Standard Terms and Conditions of Sale ("Terms"). Seller objects to and rejects any additional or different terms in all cases. Seller grants a limited express warranty of Packaged Products in the Terms. Otherwise, all Products are sold AS IS and Seller DISCLAIMS ALL OTHER WARRANTIES, express, implied, or statutory, including Warranties of Fitness for a Particular Purpose, Merchantability, and of Non-Infringement or the like. Buyer agrees to comply with all applicable laws and regulations, including applicable US Export Administration Regulations. Seller excludes all liability for consequential and certain other damages. | SALES AMOUNT $15,375.00<br>FREIGHT $0.00<br>SALES TAX $0.00<br>TOTAL $15,375.00<br>APPLIED $0.00<br>BALANCE DUE **$15,375.00** |

Page 1 of 1

Address: 4635 Boston Lane, Austin, TX 78735. Tel: (512) 416-8500 * Fax: (512) 416-9669


**Silicon Laboratories, Inc.**

# INVOICE 63929
## ORIGINAL

**Wire Transfer Payment**
Beneficiary: Silicon Laboratories, Inc.
Bank Name: Bank of America N.A.
515 Congress Avenue
Austin, TX 78701, USA
ABA No.: 111000025
Account No.: 004797976867
Swift Code: BOFAUS6S

**Check Payment**
Pay To: Silicon Laboratories, Inc.
Address: P.O. Box 849119
Dallas
TX 75284-9119, USA

Date: 28-Sep-05
Master WB#: AUS547823614
Ship From Address:
Silicon Laboratories
4635 Boston Lane
Austin, TX 78735

| BILL TO: | Customer ID: | SHIP TO: |
|---|---|---|
| DELPHI DELCO ELECTRONICS SYSTEMS<br>DELPHI DELCO<br>1800 E. LINCOLN RD.<br>KOKOMO, IN 46902<br>UNITED STATES<br>ATTN: SHEILA CARTER | | DELPHI DELCO ELECTRONICS SYSTEMS<br>DELPHI ELE. & SAFETY DIV.<br>C/O LIRC 702 JOAQUIN CAVAZOS<br>LOS INDIOS, TX 78567<br>UNITED STATES<br>ATTN:<br>RECV: Jesus Ricardo Avendano<br>PH: (956) 228-7021 |

| CUST. P.O. NUMBER | SALES ORDER | SHIP VIA | TERMS | COMMENTS |
|---|---|---|---|---|
| 0550070368 | 34270 | Bax Global 2day collec | NET 45, EXW Origin | |

| LINE | QTY. | MANUF. P/N | CUST. P/N | PRICE EA. | EXTENDED |
|---|---|---|---|---|---|
| 572 | 5000 | Si2200-F-GMR | 9402537 | $1.960 | $9,800.00 |

| | |
|---|---|
| SALES AMOUNT | $9,800.00 |
| FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| TOTAL | $9,800.00 |
| APPLIED | $0.00 |
| BALANCE DUE | $9,800.00 |

Seller expressly conditions its acceptance or offer to all Invoice terms, including Seller's Standard Terms and Conditions of Sale ("Terms"). Seller objects to and rejects any additional or different terms in all cases. Seller grants a limited express warranty of Packaged Products in the Terms. Otherwise, all Products are sold AS IS and Seller DISCLAIMS ALL OTHER WARRANTIES, express, implied, or statutory, including Warranties of Fitness for a Particular Purpose, Merchantability, and of Non-Infringement or the like. Buyer agrees to comply with all applicable laws and regulations, including applicable US Export Administration Regulations. Seller excludes all liability for consequential and certain other damages.

Page 1 of 1

Address: 4635 Boston Lane, Austin, TX 78735. Tel: (512) 416-8500 * Fax: (512) 416-9669



**Silicon Laboratories, Inc.**

# INVOICE 64453
## ORIGINAL

| Wire Transfer Payment | | Check Payment | |
|---|---|---|---|
| Beneficiary: | Silicon Laboratories, Inc. | Pay To: | Silicon Laboratories, Inc. |
| Bank Name: | Bank of America N.A.<br>515 Congress Avenue<br>Austin, TX 78701, USA | Address: | P.O. Box 849119<br>Dallas<br>TX 75284-9119, USA |
| ABA No.: | 111000025 | | |
| Account No.: | 004797976867 | | |
| Swift Code: | BOFAUS6S | | |

Date: 06-Oct-05

Master WB#: AUS547902143

Ship From Address:
Silicon Laboratories
4635 Boston Lane
Austin, TX 78735

| BILL TO: | Customer ID: | SHIP TO: |
|---|---|---|
| DELPHI DELCO ELECTRONICS SYSTEMS<br>DELPHI DELCO<br>1800 E. LINCOLN RD.<br>KOKOMO, IN 46902<br>UNITED STATES<br>**ATTN:** SHEILA CARTER | | DELPHI DELCO ELECTRONICS SYSTEMS<br>DELPHI ELE. & SAFETY DIV.<br>C/O LIRC 702 JOAQUIN CAVAZOS<br>LOS INDIOS, TX 78567<br>UNITED STATES<br>**ATTN:**<br>**RECV:** Jesus Ricardo Avendano<br>**PH:** (956) 228-7021 |

| CUST. P.O. NUMBER | SALES ORDER | SHIP VIA | TERMS | COMMENTS |
|---|---|---|---|---|
| 0550070368 | 34270 | Bax Global 2day collec | NET 45, EXW Origin | |

| LINE | QTY. | MANUF. P/N | CUST. P/N | PRICE EA. | EXTENDED |
|---|---|---|---|---|---|
| 546 | 2500 | Si2212-C-GQR | 9401852 | $4.960 | $12,400.00 |

| | |
|---|---|
| Seller expressly conditions its acceptance or offer to all Invoice terms, including Seller's Standard Terms and Conditions of Sale ("Terms"). Seller objects to and rejects any additional or different terms in all cases. Seller grants a limited express warranty of Packaged Products in the Terms. Otherwise, all Products are sold AS IS and Seller DISCLAIMS ALL OTHER WARRANTIES, express, implied, or statutory, including Warranties of Fitness for a Particular Purpose, Merchantability, and of Non-Infringement or the like. Buyer agrees to comply with all applicable laws and regulations, including applicable US Export Administration Regulations. Seller excludes all liability for consequential and certain other damages. | **SALES AMOUNT** $12,400.00<br>**FREIGHT** $0.00<br>**SALES TAX** $0.00<br>**TOTAL** $12,400.00<br>**APPLIED** $0.00<br>**BALANCE DUE** $12,400.00 |

Page 1 of 1

Address: 4635 Boston Lane, Austin, TX 78735. Tel: (512) 416-8500 * Fax: (512) 416-9669