**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

In re:                                                         Chapter 11

                                                               Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                                    Jointly Administered

            Debtors

------------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Austin L. McMullen dated October 12, 2005, for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Austin L. McMullen is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: October 14, 2005
       New York, New York

                                                   /s/Robert D. Drain
                                                   UNITED STATES BANKRUPTCY JUDGE