**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re:                                                                      Chapter 11

                                                                                   Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                                    Jointly Administered

                                    Debtors

-----------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of David E. Lemke dated October 12, 2005, for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that David E. Lemke is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: October 14, 2005
          New York, New York

                                                                    /s/Robert D. Drain
                                                                    UNITED STATES BANKRUPTCY JUDGE