IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: <br> DELPHI CORPORATION, et al., <br><br> Debtor. | ) Chapter 11 <br> ) <br> ) Case No. 05-44481 <br> ) <br> ) (Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE, Pro Hac Vice**

I, Shannon E. Hoff, a member in good standing of the bar in the State of Alabama and the bar of the U.S. District Court for the Northern District of Alabama, request admission, **pro hac vice**, before the Honorable Robert D. Drain, to represent Mercedes-Benz U.S. International, Inc., a creditor in the above referenced case. My address is Burr & Forman LLP, 3100 SouthTrust Tower, 420 North 20th Street, Birmingham, Alabama 35203. My e-mail address is shoff@burr.com. My telephone number is (205) 458-5296. I agree to pay the fee of $25 upon approval by this Court admitting me to practice **pro hac vice**.

Dated: October 14, 2005
Birmingham, Alabama

_____
Michael Leo Hall
Shannon E. Hoff

Attorneys for Creditor
MERCEDES-BENZ U.S. INTERNATIONAL, INC.

OF COUNSEL:
BURR & FORMAN LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama 35203

1404003

Telephone: (205) 251-3000
Facsimile: (205) 458-5100

---

## ORDER

---

**ORDERED,**

that Shannon E. Hoff, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2005
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

1404003                                                                                      2