# BARNES & THORNBURG LLP

11 South Meridian Street
Indianapolis, Indiana 46204-3535 U.S.A.
(317) 236-1313
Fax (317) 231-7433

www.btlaw.com

October 12, 2005

*Via Federal Express*

**Delphi Corporation, et al., c/o**

| | |
|---|---|
| John William Butler, Esq. | Kayalyn A. Marafioti, Esq. |
| Skadden, Arps, Slate, Meagher & Flom, LLP | Skadden, Arps, Slate, Meagher & Flom, LLP |
| 333 W. Wacker Drive, Suite 2100 | Four Times Square |
| Chicago, IL 60606 | New York, NY 10036 |

RE: Gibbs Die Casting Corporation v. Delphi Corporation, et al.

Dear Mr. Butler and Ms. Marafioti:

Our law firm represents Gibbs Die Casting Corporation ("Gibbs") and it has come to the attention of Gibbs that on October 8, 2005 (the "Petition Date") Delphi Corporation and its United States subsidiaries and affiliates (collectively "Delphi") filed voluntary petitions commencing cases under Chapter 11 of Title 11 of the United States Code ("the Bankruptcy Code"). Within ten (10) days preceding the Petition Date, Gibbs delivered goods and supplies (the "Goods") to Delphi. These Goods were sold to Delphi on credit and received by Delphi at a time when we now believe Delphi was insolvent.

Demand is hereby made on behalf of Delphi pursuant to § 546(c) of the Bankruptcy Code and Section 2-702 of the Uniform Commercial Code, and/or other applicable law, for the return of the Goods received by Delphi during the ten (10) days preceding the Petition Date, and identified in the summary attached hereto as composite Exhibit A, for which payment has not been made.

This letter serves as notice to Delphi that Gibbs hereby asserts its demand to reclaim the aforementioned Goods.

Sincerely,

Michael K. McCrory

MKM/wdb
cc: William Baxter, Gibbs Die Casting Corporation

PERMANENT FILE COPY

INDS01 WDB 796744v1

Chicago    Elkhart    Fort Wayne    Grand Rapids    Indianapolis    South Bend    Washington, D.C.

**Delphi Shipments**

| Inv No | Inv Date | Customer | Cust Id | Shipper # | Period | Pur Order # | Line No | Cust Part | Part Desc | Qty | Price | Total | Ran # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27846 | 9/26/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316171 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 7.9943 | $479.66 | 5100401 |
| 27847 | 9/26/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316172 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 7.9943 | $479.66 | 5100402 |
| 27862 | 9/26/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316215 | 200509 | 550026701 | 1 | 6562400 | REAR CYLINDER | 720 | 2.7805 | $2,001.96 | |
| 27863 | 9/26/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316215 | 200509 | 550026704 | 1 | 6561248 | FRONT HEAD | 3,456.00 | 3.1744 | $10,970.73 | |
| 27864 | 9/26/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316215 | 200509 | 550026706 | 1 | 6562335 | FRONT HEAD | 720 | 2.7127 | $1,953.14 | |
| 27865 | 9/26/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316215 | 200509 | 550026709 | 1 | 6561327 | REAR HEAD | 576 | 3.2914 | $1,895.85 | |
| 27889 | 9/26/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316173 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 7.9943 | $479.66 | 5100403 |
| 27890 | 9/26/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316174 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 40 | 7.9943 | $319.77 | 5100404 |
| 27962 | 9/27/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316247 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 7.9943 | $479.66 | 5100501 |
| 27963 | 9/27/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316248 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 90 | 7.9943 | $719.49 | 5100502 |
| 27979 | 9/27/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316263 | 200509 | 550026701 | 1 | 6562400 | REAR CYLINDER | 720 | 2.7805 | $2,001.96 | |
| 27980 | 9/27/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316263 | 200509 | 550026702 | 1 | 6562398 | FRONT CYLINDER | 720 | 2.7301 | $1,965.67 | |
| 27981 | 9/27/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316263 | 200509 | 550026706 | 1 | 6562335 | FRONT HEAD | 720 | 2.7127 | $1,953.14 | |
| 27982 | 9/27/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316263 | 200509 | 550026709 | 1 | 6561327 | REAR HEAD | 576 | 3.2914 | $1,895.85 | |
| 28003 | 9/27/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316249 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 7.9943 | $479.66 | 5100503 |
| 28004 | 9/27/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316250 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 35 | 7.9943 | $279.80 | 5100504 |
| 28160 | 9/29/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316376 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 7.9943 | $479.66 | 5100701 |
| 28161 | 9/29/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316377 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 7.9943 | $479.66 | 5100702 |
| 28055 | 9/28/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316295 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 7.9943 | $479.66 | 5100601 |
| 28056 | 9/28/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316296 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 7.9943 | $479.66 | 5100602 |
| 28069 | 9/28/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316317 | 200509 | 550026701 | 1 | 6562400 | REAR CYLINDER | 720 | 2.7805 | $2,001.96 | |
| 28070 | 9/28/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316317 | 200509 | 550026702 | 1 | 6562398 | FRONT CYLINDER | 1,440.00 | 2.7301 | $3,931.34 | |
| 28086 | 9/28/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316297 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 7.9943 | $479.66 | 5100603 |
| 28087 | 9/28/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316298 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 45 | 7.9943 | $359.74 | 5100604 |
| 28170 | 9/29/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316396 | 200509 | 550026701 | 1 | 6562400 | REAR CYLINDER | 1,087.00 | 2.7805 | $3,022.40 | |
| 28171 | 9/29/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316396 | 200509 | 550026702 | 1 | 6562398 | FRONT CYLINDER | 720 | 2.7301 | $1,965.67 | |
| 28172 | 9/29/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316396 | 200509 | 550026704 | 1 | 6561248 | FRONT HEAD | 2,304.00 | 3.1744 | $7,313.82 | |
| 28173 | 9/29/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316396 | 200509 | 550026705 | 1 | 6562333 | FRONT HEAD | 1,152.00 | 1.9584 | $2,256.08 | |
| 28189 | 9/29/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316378 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 7.9943 | $479.66 | 5100703 |
| 28190 | 9/29/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316379 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 40 | 7.9943 | $319.77 | 5100704 |
| 28250 | 9/30/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316438 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 7.9943 | $479.66 | 5101001 |
| 28251 | 9/30/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316439 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 7.9943 | $479.66 | 5101002 |
| 28271 | 9/30/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316460 | 200509 | 550026704 | 1 | 6561248 | FRONT HEAD | 1,728.00 | 3.1744 | $5,485.36 | |
| 28272 | 9/30/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316460 | 200509 | 550026706 | 1 | 6562335 | FRONT HEAD | 720 | 2.7127 | $1,953.14 | |
| 28273 | 9/30/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316460 | 200509 | 550026709 | 1 | 6561327 | REAR HEAD | 1,152.00 | 3.2914 | $3,791.69 | |
| 28287 | 9/30/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316440 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 7.9943 | $479.66 | 5101003 |
| 28288 | 9/30/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316441 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 45 | 7.9943 | $359.74 | 5101004 |
| 28382 | 10/3/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316522 | 200510 | 550026704 | 1 | 6561248 | FRONT HEAD | 1,728.00 | 3.2305 | $5,582.30 | |
| 28383 | 10/3/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316522 | 200510 | 550026706 | 1 | 6562335 | FRONT HEAD | 720 | 2.768 | $1,992.96 | |
| 28384 | 10/3/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316522 | 200510 | 550026709 | 1 | 6561327 | REAR HEAD | 1,152.00 | 3.356 | $3,866.11 | |
| 28394 | 10/3/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316489 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101101 |
| 28395 | 10/3/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316490 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101102 |
| 28416 | 10/3/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316491 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101103 |
| 28417 | 10/3/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316492 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101104 |
| 28477 | 10/4/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316560 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101201 |
| 28478 | 10/4/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316561 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 75 | 3.364 | $252.30 | 5101202 |
| 28486 | 10/4/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316615 | 200510 | 6570956 | 1 | 6570956 | FRONT HEAD | 720 | 2.8289 | $2,036.81 | |
| 28488 | 10/4/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316604 | 200510 | 550026701 | 1 | 6562400 | REAR CYLINDER | 720 | 2.7766 | $1,999.15 | |
| 28489 | 10/4/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316604 | 200510 | 550026702 | 1 | 6562398 | FRONT CYLINDER | 720 | 2.7766 | | |
| 28490 | 10/4/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316604 | 200510 | 550026704 | 1 | 6561248 | FRONT HEAD | 1,728.00 | 3.2305 | $5,582.30 | |
| 28515 | 10/4/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316562 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101203 |
| 28516 | 10/4/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316563 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 50 | 8.0845 | $404.23 | 5101204 |

In re: Delphi Corporation, et al.
Case No. 05-44481, Jointly Administered

Exhibit A
Page 1 of 3

Goods Shipped within 10 Days of Petition Date

**Delphi Shipments**

| Inv No | Inv Date | Customer | Cust Id | Shipper # | Period | Pur Order # | Line No | Cust Part | Part Desc | Qty | Price | Total | Ran # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28591 | 10/5/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316622 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101301 |
| 28592 | 10/5/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316623 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101302 |
| 28624 | 10/5/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316624 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101303 |
| 28625 | 10/5/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316625 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 50 | 8.0845 | $404.23 | 5101304 |
| 28811 | 10/7/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316750 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101501 |
| 28812 | 10/7/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316751 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101502 |
| 28841 | 10/7/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316774 | 200510 | 5060344 | 1 | 6562400 | REAR CYLINDER | 720 | 2.8289 | $2,036.81 | |
| 28842 | 10/7/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316774 | 200510 | 550026702 | 1 | 6562398 | FRONT CYLINDER | 720 | 2.7766 | $1,999.15 | |
| 28843 | 10/7/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316774 | 200510 | 550026704 | 1 | 6561248 | FRONT HEAD | 3,456.00 | 3.2305 | $11,164.61 | |
| 28844 | 10/7/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316774 | 200510 | 550026705 | 1 | 6562333 | FRONT HEAD | 576 | 2.0105 | $1,158.05 | |
| 28931 | 10/7/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316752 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101503 |
| 28932 | 10/7/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316753 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 45 | 8.0845 | $363.80 | 5101504 |
| 28933 | 10/7/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316799 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101701 |
| 28934 | 10/7/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316800 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101702 |
| 28935 | 10/7/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316801 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101703 |
| 28936 | 10/7/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316802 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101704 |
| 28686 | 10/6/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316697 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101401 |
| 28687 | 10/6/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316698 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101402 |
| 28706 | 10/6/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316721 | 200510 | 550026701 | 1 | 6562400 | REAR CYLINDER | 720 | 2.8289 | $2,036.81 | |
| 28707 | 10/6/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316721 | 200510 | 550026702 | 1 | 6562398 | FRONT CYLINDER | 720 | 2.7766 | $1,999.15 | |
| 28708 | 10/6/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316721 | 200510 | 550026704 | 1 | 6561248 | FRONT HEAD | 3,456.00 | 3.2305 | $11,164.61 | |
| 28709 | 10/6/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316721 | 200510 | 550026705 | 1 | 6562333 | FRONT HEAD | 576 | 2.0105 | $1,158.05 | |
| 28710 | 10/6/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316721 | 200510 | 550026708 | 1 | 6561331 | REAR HEAD | 576 | 3.7968 | $2,186.96 | |
| 28711 | 10/6/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316721 | 200510 | 550026709 | 1 | 6561327 | REAR HEAD | 576 | 3.356 | $1,933.06 | |
| 28712 | 10/6/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316721 | 200510 | 550026711 | 1 | 6559377 | REAR HEAD | 768 | 2.2951 | $1,762.64 | |
| 28720 | 10/6/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316699 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101403 |
| 28721 | 10/6/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316700 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 45 | 8.0845 | $363.80 | 5101404 |
| 27867 | 9/26/2005 | DELPHI INT & LIGHTING SYSTEMS | 1049 | 316192 | 200510 | 450134903 | 1 | 16911478 | ARMATURE, CM | 75 | 9.198 | $689.85 | |
| 28555 | 9/26/2005 | DELPHI INT & LIGHTING SYSTEMS | 1049 | 316628 | 200510 | 450142513 | 1 | 16911478 | ARMATURE, CM | 80 | 9.2 | $736.00 | |
| 27866 | 9/26/2005 | DELPHI ENERGY & CHASSIS SYSTEMS | 1043 | 316216 | 200509 | 550000164 | 1 | 22145682 | ENGINE MOUNT | 760 | 1.7329 | $1,317.00 | |
| 27866 | 9/26/2005 | DELPHI ENERGY & CHASSIS SYSTEMS | 1043 | 316216 | 200509 | 550000164 | 2 | 22179311 | MOUNT BRACKET | 2,195.00 | 2.2615 | $4,963.99 | |
| 27666 | 9/28/2005 | DELPHI ENERGY & CHASSIS SYSTEMS | 1043 | 316261 | 200509 | 550000164 | 2 | 22145626 | ENGINE MOUNT | 907 | 1.667 | $1,511.97 | |
| 27666 | 9/28/2005 | DELPHI ENERGY & CHASSIS SYSTEMS | 1043 | 316261 | 200509 | 550000164 | 3 | 22145626 | ENGINE MOUNT | 945 | 1.667 | $1,575.32 | |
| 28071 | 9/28/2005 | DELPHI ENERGY & CHASSIS SYSTEMS | 1043 | 316261 | 200509 | 550000164 | 1 | 22145682 | ENGINE MOUNT | 774 | 1.7329 | $1,341.26 | |
| 28072 | 9/28/2005 | DELPHI ENERGY & CHASSIS SYSTEMS | 1043 | 316261 | 200509 | 550000164 | 2 | 22177081 | MOUNT BRACKET | 2,229.00 | 2.2615 | $5,040.88 | |
| 27976 | 9/27/2005 | DELPHI ENERGY & CHASSIS SYSTEMS | 1043 | 316262 | 200509 | 550015996 | 3 | 22177081 | BODY | 3,844.00 | 2.9455 | $11,322.50 | |
| 27977 | 9/27/2005 | DELPHI ENERGY & CHASSIS SYSTEMS | 1043 | 316262 | 200509 | 550024380 | 1 | 22206170 | BODY | 2,483.00 | 1.6775 | $4,165.23 | |
| 27978 | 9/27/2005 | DELPHI ENERGY & CHASSIS SYSTEMS | 1043 | 316262 | 200509 | 550024380 | 2 | 22222400 | BODY | 2,301.00 | 1.5929 | $3,665.26 | |
| 27978 | 9/27/2005 | DELPHI ENERGY & CHASSIS SYSTEMS | 1043 | 316318 | 200509 | 550000164 | 1 | 22145626 | ENGINE MOUNT | 905 | 1.667 | $1,508.64 | |
| 28071 | 9/27/2005 | DELPHI ENERGY & CHASSIS SYSTEMS | 1043 | 316318 | 200509 | 550000164 | 2 | 22145682 | ENGINE MOUNT | 682 | 1.7329 | $1,181.84 | |
| 28071 | 9/28/2005 | DELPHI ENERGY & CHASSIS SYSTEMS | 1043 | 316318 | 200509 | 550000164 | 3 | 22179311 | MOUNT BRACKET | 2,248.00 | 2.2615 | $5,083.85 | |
| 28072 | 9/28/2005 | DELPHI ENERGY & CHASSIS SYSTEMS | 1043 | 316321 | 200509 | 550000164 | 1 | 22222400 | BODY | 2,264.00 | 1.5929 | $3,606.33 | |
| 28169 | 9/29/2005 | DELPHI ENERGY & CHASSIS SYSTEMS | 1043 | 316395 | 200509 | 550000164 | 1 | 22145626 | ENGINE MOUNT | 903 | 1.667 | $1,505.30 | |
| 28169 | 9/29/2005 | DELPHI ENERGY & CHASSIS SYSTEMS | 1043 | 316395 | 200509 | 550000164 | 2 | 22179311 | MOUNT BRACKET | 1,985.00 | 2.2615 | $4,489.08 | |
| 28270 | 9/30/2005 | DELPHI ENERGY & CHASSIS SYSTEMS | 1043 | 316459 | 200509 | 550000164 | 1 | 22145682 | ENGINE MOUNT | 1,320.00 | 1.7329 | $2,287.43 | |
| 28270 | 9/30/2005 | DELPHI ENERGY & CHASSIS SYSTEMS | 1043 | 316459 | 200509 | 550000164 | 2 | 22179311 | MOUNT BRACKET | 2,188.00 | 2.2615 | $4,948.16 | |
| 28274 | 9/30/2005 | DELPHI ENERGY & CHASSIS SYSTEMS | 1043 | 316466 | 200509 | 550015996 | 1 | 22177081 | BODY | 3,903.00 | 2.9455 | $11,496.29 | |
| 28275 | 9/30/2005 | DELPHI ENERGY & CHASSIS SYSTEMS | 1043 | 316466 | 200510 | 550024380 | 1 | 22222400 | BODY | 2,414.00 | 1.5929 | $3,845.28 | |
| 28385 | 10/3/2005 | DELPHI ENERGY & CHASSIS SYSTEMS | 1043 | 316523 | 200510 | 550000164 | 1 | 22145626 | ENGINE MOUNT | 776 | 1.6968 | $1,316.72 | |
| 28385 | 10/3/2005 | DELPHI ENERGY & CHASSIS SYSTEMS | 1043 | 316523 | 200510 | 550000164 | 2 | 22145682 | ENGINE MOUNT | 1,363.00 | 1.7673 | $2,408.83 | |
| 28385 | 10/3/2005 | DELPHI ENERGY & CHASSIS SYSTEMS | 1043 | 316523 | 200510 | 550000164 | 3 | 22179311 | MOUNT BRACKET | 1,583.00 | 2.309 | $3,655.15 | |
| 28487 | 10/4/2005 | DELPHI ENERGY & CHASSIS SYSTEMS | 1043 | 316603 | 200510 | 550000164 | 1 | 22145626 | ENGINE MOUNT | 977 | 1.6968 | $1,657.77 | |

Goods Shipped within 10 Days of Petition Date

In re: Delphi Corporation, et al.
Case No. 05-44481, Jointly Administered

Exhibit A
Page 2 of 3

**Delphi Shipments**

| Inv No | Inv Date | Customer | Cust Id | Shipper # | Period | Pur Order # | Line No | Cust Part | Part Desc | Qty | Price | Total | Ran # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28487 | 10/4/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316603 | 200510 | 550000164 | 2 | | 22145682 ENGINE MOUNT | 1,385.00 | 1.7673 | $2,447.71 | |
| 28487 | 10/4/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316603 | 200510 | 550000164 | 3 | | 22179311 MOUNT BRACKET | 1,684.00 | 2.309 | $3,888.36 | |
| 28491 | 10/4/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316611 | 200510 | 550015996 | 1 | | 22177081 BODY | 3,929.00 | 3.0025 | $11,796.82 | |
| 28492 | 10/4/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316611 | 200510 | 550024380 | 1 | | 22206170 BODY | 1,602.00 | 1.6966 | $2,717.95 | |
| 28492 | 10/4/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316611 | 200510 | 550024380 | 2 | | 22222400 BODY | 4,642.00 | 1.615 | $7,496.83 | |
| 28492 | 10/4/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316611 | 200510 | 550024380 | 3 | | 22222402 BODY | 4,646.00 | 0.776 | $3,605.30 | |
| 28596 | 10/5/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316665 | 200510 | 550000164 | 1 | | 22145626 ENGINE MOUNT | 993 | 1.6968 | $1,684.92 | |
| 28596 | 10/5/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316665 | 200510 | 550000164 | 2 | | 22145682 ENGINE MOUNT | 1,826.00 | 1.7673 | $3,227.09 | |
| 28596 | 10/5/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316665 | 200510 | 550000164 | 3 | | 22179311 MOUNT BRACKET | 1,706.00 | 2.309 | $3,939.15 | |
| 28845 | 10/7/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316775 | 200510 | 550000164 | 1 | | 22145682 ENGINE MOUNT | 1,574.00 | 1.7673 | $2,781.73 | |
| 28845 | 10/7/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316775 | 200510 | 550000164 | 2 | | 22179311 MOUNT BRACKET | 1,550.00 | 2.309 | $3,578.95 | |
| 28846 | 10/7/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316776 | 200510 | 550015996 | 1 | | 22173976 BODY | 656 | 3.0025 | $1,969.64 | |
| 28846 | 10/7/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316776 | 200510 | 550015996 | 2 | | 22177081 BODY | 2,596.00 | 3.0025 | $7,794.49 | |
| 28846 | 10/7/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316776 | 200510 | 550024380 | 1 | | 22222400 BODY | 4,389.00 | 1.615 | $7,088.24 | |
| 28847 | 10/7/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316776 | 200510 | 550024380 | 2 | | 22222402 BODY | 9,279.00 | 0.776 | $7,200.50 | |
| 28705 | 10/6/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316720 | 200510 | 550000164 | 1 | | 22145626 ENGINE MOUNT | 615 | 1.6968 | $1,043.53 | |
| 28705 | 10/6/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316720 | 200510 | 550000164 | 2 | | 22145682 ENGINE MOUNT | 1,507.00 | 1.7673 | $2,663.32 | |
| 28705 | 10/6/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316720 | 200510 | 550000164 | 3 | | 22179311 MOUNT BRACKET | 1,736.00 | 2.309 | $4,008.42 | |
| 1950 | 9/26/2005 | DELPHI INT & LIGHTING SYSTEMS | 1008 | 1379 | 200509 | 550066134 | 1 | | 16898653 ARMATURE, NF/CM | 1,178.00 | 7.999 | $9,422.82 | |
| 1953 | 9/27/2005 | DELPHI INT & LIGHTING SYSTEMS | 1008 | 1382 | 200509 | 550065211 | 1 | | 16821921 ARMATURE, U/W | 164 | 5.4814 | $898.95 | |
| 1954 | 9/27/2005 | DELPHI INT & LIGHTING SYSTEMS | 1008 | 1382 | 200509 | 550066134 | 1 | | 16898653 ARMATURE, NF/CM | 1,338.00 | 7.999 | $10,702.66 | |
| 1958 | 9/28/2005 | DELPHI INT & LIGHTING SYSTEMS | 1008 | 1384 | 200509 | 550066134 | 1 | | 16898653 ARMATURE, NF/CM | 987 | 7.999 | $7,895.01 | |
| 1962 | 9/29/2005 | DELPHI INT & LIGHTING SYSTEMS | 1008 | 1389 | 200509 | 550065211 | 1 | | 16821921 ARMATURE, U/W | 160 | 5.4814 | $877.02 | |
| 1963 | 9/29/2005 | DELPHI INT & LIGHTING SYSTEMS | 1008 | 1389 | 200509 | 550066134 | 1 | | 16898653 ARMATURE, NF/CM | 1,163.00 | 7.999 | $9,302.84 | |
| 1969 | 9/30/2005 | DELPHI INT & LIGHTING SYSTEMS | 1008 | 1393 | 200509 | 550065211 | 1 | | 16821921 ARMATURE, U/W | 166 | 5.4814 | $909.91 | |
| 1970 | 9/30/2005 | DELPHI INT & LIGHTING SYSTEMS | 1008 | 1393 | 200509 | 550066134 | 1 | | 16898653 ARMATURE, NF/CM | 1,006.00 | 7.999 | $8,046.99 | |
| 1971 | 10/3/2005 | DELPHI INT & LIGHTING SYSTEMS | 1008 | 1398 | 200510 | 550066134 | 1 | | 16898653 ARMATURE, NF/CM | 1,003.00 | 7.999 | $8,023.00 | |
| 1982 | 10/7/2005 | DELPHI INT & LIGHTING SYSTEMS | 1008 | 1408 | 200510 | 550066134 | 1 | | 16898653 ARMATURE, NF/CM | 1,001.00 | 7.999 | $8,007.00 | |
| | | | | | | | | | | | | $364,921.66 | |

In re: Delphi Corporation, et al.
Case No. 05-44481, Jointly Administered

Exhibit A
Page 3 of 3

Goods Shipped within 10 Days of Petition Date