KIESELSTEIN LAWFIRM, PLLC
43 British American Boulevard
Latham, New York  12110
(518) 785-7800
Steve Kieselstein (SK-3658)

Attorneys for NEC Electronics America, Inc.


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
In re

          DELPHI CORPORATION, *et al.*

                     Debtors.
-----------------------------------------------------------X

Chapter 11
Case No.:  05-44481 (RDD)

Jointly Administered


### NOTICE OF APPEARANCE AND
### <u>REQEUST FOR NOTICE</u>

      PLEASE TAKE NOTICE, that pursuant to 11 U.S.C. §§342 and 1109(b) and Federal Rules of Bankruptcy Procedures 2002, 9007 and 9010, the undersigned hereby appears for NEC Electronics America, Inc., a creditor and party in interest in the above-referenced Chapter 11 cases, and requests all notices given and papers filed in the cases and any related proceedings to be served upon the undersigned in accordance with its details below.

      PLEASE TAKE FURTHER NOTICE, that the filing of this Notice of Appearance and Request for Notice does not constitute a waiver of any of NEC Electronics America,

Inc.'s rights or remedies, all of which it hereby expressly reserves.


Dated: October 12, 2005
      Latham, New York

                                    KIESELSTEIN LAWFIRM, PLLC

                                By: /s/ Steve Kieselstein
                                    Steve Kieselstein (SK-3658)

                                    43 British American Blvd.
                                    Latham, New York  12110
                                    (518) 785-7800
                                    sk@kieselaw.com