BARNES & THORNBURG LLP
Attorneys for Priority Health
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, Michigan 49503
(616) 742-3930
John T. Gregg, Esq.

United States Bankruptcy Court
Southern District of New York

| | |
|---|---|
| In re ) | Chapter 11 Case |
| ) | |
| DELPHI CORPORATION, *et al.* ) | No. 05-44481 |
| ) | |
| Debtors. ) | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, John T. Gregg, a member in good standing of the bar in the states of Michigan and Illinois, or of the bar for the U.S. District Court for the Western District of Michigan, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Priority Health, a creditor in the above-referenced case.

My:   address is 300 Ottawa Avenue, N.W., Suite 500, Grand Rapids, Michigan 49503.

e-mail address is jgregg@btlaw.com; telephone number is (616) 742-3930.

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: 10/11/05

_____
Signature of Movant

_____John T. Gregg_____
(Print or Type Name)