BARNES & THORNBURG LLP
Attorneys for Priority Health
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, Michigan  49503
(616) 742-3930
John T. Gregg, Esq.

United States Bankruptcy Court
Southern District of New York

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 Case |
|  | ) |  |
| DELPHI CORPORATION, *et al*. | ) | No. 05-44481 |
|  | ) |  |
| Debtors. | ) |  |

## ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

I, John T. Gregg, a member in good standing of the bar of the State of Michigan, and of the bar of the U.S. District Court for the Western District of Michigan, having request admission, *pro hac vice*, to represent Priority Health, a creditor, in the above referenced case.

**ORDERED,**

that John T. Gregg, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____
         New York, New York

                                                            _____
                                                            United States Bankruptcy Judge

GRDS01 JGREGG 323979v1