Jeff J. Friedman (JF-7661)
Qubilah A. Davis (QD-2209)
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, New York 10022
Telephone: (212) 940-8800
Fax: (212) 940-8776

Attorneys for TDK Corporation of America
and MEMC Electronic Materials, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— X
In re                                       :     Case No. 05-44481
                                            :
    DELPHI CORPORATION, et al.             :     Chapter 11
                                            :     (jointly administered)
                      Debtors.              :
———————————————————————— X

## CERTIFICATE OF SERVICE

    I, Qubilah A. Davis, an attorney duly admitted to practice before this Court and the Courts of the State of New York, hereby certify that on the 13th day of October 2005, I caused to be served true and correct copies of the Notice of Appearance and Request for Service upon the parties listed on the annexed Exhibit "A" by first class mail, postage prepaid.


Dated: October 14, 2005                     /s/ Qubilah A. Davis
                                            Qubilah A. Davis

**EXHIBIT A**

Akihiko Imaya Group
Sharp Electronics Corp.
Deputy General Manager
26131 Chinomoto Cho Tenri
Nara, 632-8567
Japan

Albert Togut
Togut Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY  10119

Alps Automotive Inc.
Muneki Mitch Ishida
1500 Atlantic Blvd.
Auburn Hills, MI  48326

Ann Wagoner
Applied Bio Systems
850 Lincoln Centre Dr.
Foster City, CA  94404

Attn:  Insolvency Department
Internal Revenue Service
290 Broadway
5th Floor
New York, NY  10007

Attorney General Eliot Spitzer
Office of New York State
120 Broadway
New York City, NY  10271

Barry Perry
Engelhard Corporation
101 Wood Ave.
Iselin, NJ  08830

Bill Staron
Dmc 2 Canada Corporation
2347 Commercial Dr.
Auburn Hills, MI  48326

Bjoem Goeke
Victory Packaging
3555 Timmons Lane
Suite 1440
Houston, TX  77027

Brad Countryman, Salesman
Isi Of Indiana Inc.
1212 East Michigan St.
Indianapolis, IN  46202

Brent Mewhinney
Texas Instruments Inc.
12900 North Meridian St.
Suite 175 Ms 4070
Camel, IN 46032

Brian Mcgowan, Sales Manager
Corus Lp
496 Highway 35 Rr2
Pontypool, ON  LOA 1KO
Canada

Brian Ruel
Timken Company
31100 Telegrah Rd. Ste. 270
Bingham Farms, MI  48025

Bruce A. Fassett
Carlisle Engineered . Prods.
100 Seventh Ave. Ste. 100
Chardon, OH  44024

Burr & Forman LLP
Michael Leo Hal
420 North Twentieth Street
Suite 3100
Birmingham, AL  35203

Chet Korzeniewski
Fujitsu Ten Corporation
46029 Five Mile Rd.
Plymouth, MI  48170

Clifford Trapani
JP Morgan Chase Bank NA
Loan and Agency Services Group
1111 Fannin 10th Floor
Houston, TX  77002

Darrell Seitz, Senior Acct. Mgr.
Hitachi Automotive
955 Warwick Rd.
Harrodsburg, KY  40330

David Bader
Hss Llc
5446 Dixie Highway
Saginaw, MI  48601

David L. Resnick
Rothchild Inc.
1251 Avenue the Americas
New York, NY  10020

David M. Mcginnis
Murata Electronics North
2200 Lake Park Dr.
Smyma, GA 30080

Deirdre A. Martini
United States Trustee
33 Whitehall Street
Suite 2100
New York, NY  10004

Devin Denner, Sales Manager
Olin Corp
427 N Shamrock St.
East Alton, IL  62024

Don Duda President
Methode Electronics Inc.
7401 W Wilson
Chicago, IL  60706

Donald Bernstein
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Douglas Badner, Jill Frizzley
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022

Dr. Juren W. Gromer
Tyco Electronics Corp.
PO Box 3608
Harrisburg, PA  17105

Dr. Juren W. Gromer
Tyco Electronics Corp.
PO Box 3608
Harrisgburg, PA  17105-3608

Dr. Juren W. Gromer
Tyco Electronics Corp.
Amperestrabe 1214
Bensheim,  D-64625
Germany

Ed Mike, Sales Manager
Solectron De Mexico Sa De Cv
Solectron Invotronics
26525 American Dr.
Southfield, MI  48034

Frank H Avant, President
Tdk Corporation Of America
1221 Business Center Dr.
Mount Prospect, IL 60056

Gary Thoe, Chairman
Waupaca Foundry Inc.
311 S Tower Rd.
Waupaca, WI 54981

Gordon Diag
Pbr Automotive Usa Pacific Group
140 Ellen Dr.
Orion Township, MI 48359

Harold M. Stratton
Strattec Security Corp.
3333 West Good Hope Rd.
Milwaukee, WI 53209

Hironobu Ono
Cataler North America Corp.
7800 Chihama
Kakegawa-City Shizuoka
Japan

Hitachi Automotive
34500 Grand River Ave.
Farmington Hills, MI 48335

Hitachi Chemical Asia Pacific
Bedok Plant 20
Bedrock South Rd.
Singapore, 469277
Singapore

Infineon Technologies
StMartinStrasse 53
Munich, 81669
Germany

James D. Clark
IUE Comm Workers of America
501 3rd St. NW 6th Floor
Washington, DC 20001

James Le
Kurtzman Carson Consultants
12910 Culver Blvd
Suite I
Los Angeles, CA 90066

Jeffrey Cohen
Pension Benefit Guaranty Corporation
1200 K Street NW
Suite 340
Washington, DC 20005

Jeffrey Cohen
Pension Benefit Guaranty Corp.
1200 K St. NW
Washington, CC  20005

Jim Offer
Pechiney Rolled Products
39111 W Six Mile Rd.
Livonia, MI  48152

Jim Trent
Nec Electronics Inc.
Three Galleria Tower
13155 Noel Rd. Ste. 1100
Dallas, TX  75240

Joe M. Dorris, President
Futaba Corp. Of America
2865 Wall Triana Hwy
Huntsville, AL  35824

Joe Minville
Flextronics Intl. Asia Pacific
2 Robbins Rd.
Westford, MA  01886

Joel Robinson, President, Bob Finn
American Axle & Mfg. Inc.
One Dauch Dr.
Detroit, MI  48211

John Devine
General Motors Corporation
300 Renaissance Center
PO Box 300
Detroit, MI  48265

John Devine
General Motors Corporation
300 Renaissance Center
PO  Box 300
Detroit, MI  48265

John Nielsen, Dir. Sales
Trw Automotive
12000 Tech Center Dr.
Livonia, MI  48150

John Wm. Butler, J. Lyons R. Meisler
Skadden Arps Slate Meagher & Flour
333 W Wacker Dr.
Suite 2100
Chicago, IL  60606

Kayalyn A Marafioti, Thomas J Matz
Skadden Arps Slate Meagher & Flour
4 Times Square
New York, NY  10036

Kenji Ito Vp Larry Khaykin
Aw Transmission Eng Aisin Seiki Co.
Metro West Industrial Park
14933 Keel St.
Plymouth, MI  48170

Kenneth S. Ziman, Robert H. Trust
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017

Khuyen Ta
JPMorgan Chase Bank NA
Agent Bank Services Group
1111 Fannin 10th Floor
Houston, TX  77002

Lance Williams, Director Of Sales
Semiconductor Components
2000 S County Trail
East Greenwich, RI  02818

Leo W Gerard
United Steel Workers
5 Gateway Center
Pittsburgh, PA  15222

Linda Lynch
Robert Bosch Corporation
38000 Hills Tech Dr.
Farmington Hills, MI  48331

Lonie A. Hassel
Groom Law Group
1701 Pennsylvania Avenue NW
Washington, DC  20006

Martin J. Bienenstock
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Michael Rudnicki
Niles Usa Inc.
41129 Jo Dr.
Novi, MI 48375

Patrick Healy
Law Debenture Trust Company of NY
780 Third Ave., 31st Fl.
New York, NY  10017

Paul Grimme
Freescale Semiconductor Inc.
6501 William Cannon Dr. West
Austin, TX  78735

Peter Bauer, EVP
Infineon Technologies
PO Box 80 09 49
Munich, 81609
Germany

Peter Bauer, EVP
Infineon Technologies
PO Box 80 09 49
Munich, 81609
Germany

Peter H. Huizinga
Siemens Automotive Ltd.
2400 Executive Hill Blvd.
Auburn Hills, MI  48326

Pioneer Indl. Comp.
Auto Electr Sales Inc.
Kevin M. Martin SVP
22630 Haggerty Rd.
Farmington, MI  48335

Ralph Seibt, Sales Manager
Westwood Associates Inc.
612 Willers Farm Rd.
Milford, CT  06460

Randall S. Eisenberg
FTI Consulting Inc.
3 Times Square
11th Floor
New York, NY  10036

Reorganization Branch
Securities and Exchange Commission
233 Broadway
New York, NY  10279

| | |
|---|---|
| Richard Shoemaker<br>United Auto Workers<br>8000 E. Jefferson<br>Detroit, MI 48214 | Robert Caruso<br>FTI Consulting Inc.<br>333 West Wacker Drive<br>Suite 600<br>Chicago, IL  60606 |
| Robert Siegel<br>O'Melveny & Meyer LLP<br>400 South Hope Street<br>Los Angeles, CA  90071 | Ron Schubel<br>Molex Inc.<br>222 Wellington Court<br>Lisle, IL  60532 |
| Russ Pollack, Director Of Sales<br>Traxle Mfg. Ltd.<br>25300 Telegraph Rd., Ste. 450<br>Raleigh Office Center<br>Southfield, MI  48034 | Sam L. Trency<br>Philips Semiconductors<br>1817 Dogwood Dr.<br>Kokomo, IN  46902 |
| Scott Dekoker<br>Autocam Corporation<br>East Paris Ave.<br>Kentwood, MI  49512 | Scott King<br>FTI Consulting Inc.<br>Park One Center<br>6100 Oaktree Blvd., Suite 200<br>Cleveland, OH  44131 |
| Scott Shilling, Sales Director<br>Sgs Thompson<br>Victor Park West<br>19575 Victor Parkway<br>Livonia, MI  48152 | Sean Corcoran, Karen Craft<br>Delhi Corporation<br>5725 Delhi Drive<br>Troy, MI  48098 |

Steven M. Cimalore  
Wilmington Trust Company  
1100 N Market St.  
Rodney Square N  
Wilmington, DE 19890

Ted B. Opie  
General Electric Company  
Two Towne Square  
Southfield, MI 48076

Thomas F. Maher, R. Duker, G. Russello  
JPMorgan Chase Bank NA  
270 Park Avenue  
New York, NY 10017

Tim Kuppler, Vice President  
Ti Group Automotive System  
12345 E Nine Mile  
Warren, MI 48090

Tom A. Jerman, Rachel Janger  
O'Melveny & Meyer LLP  
1625 Eye Street NW  
Washington, DC 20006

Tracy Delcampo  
Calsonic N America Inc.  
27000 Hills Tech Court  
Farmington Hills, MI 48331

Vilma Francis  
JPMorgan Chase Bank NA  
270 Park Avenue  
New York, NY 10017

Vince Sarrecchia  
Panasonic Automotive  
26455 American Dr.  
Southfield, MI 48034

Y. Yokoya  
Hifachi Chemical Asia Pacific  
Loyang Plant 32  
Loyang Way  
Sinapore, 508730  
Singapore