## Cascade DieCasting/Group Office



October 10, 2005

**VIA FACSIMILE AND REGISTERED MAIL**

Robert Steven Miller
Chief Executive Officer
Delphi Corporation
World Headquarters and Customer Center
5725 Delphi Drive
Troy, Michigan  49098-2815

                    Re:    Reclamation Claim

Dear Mr. Miller:

This letter shall serve as a formal demand under Uniform Commercial Code § 2-702, 11 U.S.C. § 546(c), or any other applicable law, that Delphi Corporation and any of its subsidiaries or affiliates (collectively, "Delphi"), return all goods delivered to Delphi within twenty (20) days of the date of this notice.  The attached invoices include all information necessary for you to identify the Cascade Die Casting Group, Inc. ("Cascade Die") goods delivered to Delphi's facilities during the relevant period, including the specific type of goods, the amount of goods received, and the location where the goods were received.

Please note that this reclamation demand is without prejudice to Cascade Die's rights as a lien creditor under the Michigan Special Tools Lien Act, MCL 570.541, *et. seq.*  This reclamation demand is also without prejudice to all other rights, claims and remedies of Cascade Die against Delphi or any other party in respect of any claims Cascade Die may have against Delphi.

You are further advised that you are to hold such goods in trust for Cascade Die until you permit trucks to be sent at our direction to arrive at the above-referenced delivery points to pick up the above reclaimed goods or give our company other instructions.  To the extent that the described goods, or any of them, are no longer in Delphi's possession, Cascade Die hereby demands that Delphi provide an explanation of their disposition.

Delphi Corporation
October 10, 2005
Page 2

Please contact me at your earliest convenience to make arrangements for
Cascade Die to take possession of the reclaimed goods or to discuss other
means, if any, of satisfying this reclamation demand.  Thank you for your prompt
attention to this reclamation request.


Cascade Die Casting Group, Inc.

By:    _Patrick J. Greene_

       Patrick J. Greene

Its:    Vice President - Finance


Enclosures

Cc:    John Wm. Butler Jr., Partner
       John K. Lyons, Partner
       Ron E. Meisler, Associate
       Skadden, Arps, Slate, Meagher & Flom LLP
       333 West Wacker Drive
       Suite 2100
       Chicago, IL 60606
        (via regular mail)

# CASCADE DIE CASTING GROUP, INC.
# DELPHI
# RECLAMATION CLAIM - LAST 10 DAYS @ 10/8/05

## Cascade Die Casting Group, Inc./GREAT LAKES DIVISION

| Invoice | Date | Total Amount |
|---|---|---|
| 23861 | 9/28/05 | 4,381.66 |
| 23878 | 9/29/05 | 2,628.99 |
| 23908 | 10/3/05 | 897.43 |
| 23909 | 10/3/05 | 16,283.13 |
| 23916 | 10/3/05 | 3,066.60 |
| 23921 | 10/4/05 | 3,589.73 |
| 23922 | 10/4/05 | 14,569.11 |
| 23924 | 10/4/05 | 1,347.06 |
| 23926 | 10/5/05 | 5,999.05 |
| 23929 | 10/4/05 | 4,850.08 |
| 23936 | 10/5/05 | 16,283.13 |
| 23941 | 10/6/05 | 2,692.30 |
| 23942 | 10/6/05 | 5,999.05 |
| 23944 | 10/5/05 | 3,801.57 |
| 23951 | 10/6/05 | 17,140.13 |
| 23953 | 10/6/05 | 2,692.30 |
| 23954 | 10/6/05 | 896.60 |
| 23958 | 10/7/05 | 3,428.03 |
| 23968 | 10/7/05 | 17,140.13 |
| 23969 | 10/7/05 | 623.49 |
| 23972 | 10/7/05 | 1,794.86 |
| | | 130,104.43 |

## Cascade Die Casting Group, Inc./MID-STATE DIVISION

| Invoice | Date | Total Amount |
|---|---|---|
| 215369 | 10/3/05 | 270.55 |
| 215384 | 10/4/05 | 338.96 |
| 215393 | 10/5/05 | 215.71 |
| 215401 | 10/6/05 | 261.96 |
| 215414 | 10/7/05 | 77.00 |
| | | 1,164.18 |
| | | 131,268.61 |

I66PI66F

| CDC/Great Lakes Division | I N V O I C E |
| 9983 Sparta Avenue | |
| Sparta, MI 49345 | Invoice: 00023861   Revision:   0 |
| USA | Invoice Date: 09/28/05      Page:   1 |
| | Print Date: 10/10/05 |

Bill To: 625B1                     Sold To: 625S1

Delphi Delco Electronics-Kok      Delphi - Mexico
Accounts Payable                  601 Joaquin Cavazos Road
PO BOX 9005                       Reynosa Mexico Plant 39
Kokomo, IN 46904-9005             Dock 28
USA                               Los Indios, TX 78567
                                  USA

Sales Order: S625S1               Ship Date: 09/28/05
   Order Date:
Salesperson(s):                    Ship To: 625s1
                                  Ship Via: VITRAN
Credit Terms: N/30                     BOL: 00023861
            Net 30 Days          FOB Point: Sparta, MI
      Resale:
     Remarks:

| Item Number | UM | Shipped | Qty B/O | Tax | Price | Extended Price |
| --- | --- | --- | --- | --- | --- | --- |
| 625775 | EA | 1650.0 | 0.0 | No | 2.65555 | 4,381.66 |

Customer Item : 9370775
Cover Top
9370775
Purchase Order:    0550042518

--------------------------------------------------------------------------
*********** CONTINUED ***********

```
CDC/Great Lakes Division                    I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                   Invoice: 00023861  Revision:    0
USA                          Invoice Date: 09/28/05      Page:    2
                               Print Date: 10/10/05


    Bill To: 625B1                  Sold To: 625S1

Delphi Delco Electronics-Kok      Delphi - Mexico
Accounts Payable                  601 Joaquin Cavazos Road
PO BOX 9005                       Reynosa Mexico Plant 39
Kokomo, IN 46904-9005             Dock 28
USA                               Los Indios, TX 78567
                                  USA
```

```
---------------------------------------------------------------------
                    Currency: usd    Line Total:        4,381.66
                             0.00%     Discount:            0.00
Tax Date: 09/28/05                        10 :            0.00
 Containers: 0.00                            :            0.00
Line Charges: 0.00                           :            0.00
                                      Total Tax:           0.00
                                         Total:        4,381.66
```

```
CDC/Great Lakes Division                     I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                Invoice: 00023878   Revision:    0
USA                        Invoice Date: 09/29/05   Page:        1
                            Print Date: 10/10/05


     Bill To: 625B1                   Sold To: 625S1

Delphi Delco Electronics-Kok      Delphi - Mexico
Accounts Payable                  601 Joaquin Cavazos Road
PO BOX 9005                       Reynosa Mexico Plant 39
Kokomo, IN 46904-9005             Dock 28
USA                               Los Indios, TX 78567
                                  USA



  Sales Order: S625S1            Ship Date: 09/29/05
   Order Date:
Salesperson(s):                    Ship To: 625s1
                                  Ship Via: VITRAN
  Credit Terms: N/30                   BOL: 00023878
              Net 30 Days        FOB Point: Sparta, MI
         Resale:
        Remarks:
```

| Item Number | UM | Shipped | Qty B/O | Tax | Price | Extended Price |
|---|---|---|---|---|---|---|
| 625775 | EA | 990.0 | 0.0 | No | 2.65555 | 2,628.99 |
| Customer Item : 9370775 | | | | | | |
| Cover Top | | | | | | |
| 9370775 | | | | | | |
| Purchase Order: 0550042518 | | | | | | |

```
------------------------------------------------------------------------
              *********** CONTINUED ***********
```

```
CDC/Great Lakes Division                    I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                   Invoice: 00023878  Revision:    0
USA                           Invoice Date: 09/29/05      Page:    2
                                Print Date: 10/10/05


    Bill To: 625B1                    Sold To: 625S1

    Delphi Delco Electronics-Kok      Delphi - Mexico
    Accounts Payable                  601 Joaquin Cavazos Road
    PO BOX 9005                       Reynosa Mexico Plant 39
    Kokomo, IN 46904-9005             Dock 28
    USA                               Los Indios, TX 78567
                                      USA
```

```
-----------------------------------------------------------------------
                       Currency: usd   Line Total:        2,628.99
                                0.00%   Discount:             0.00
Tax Date: 09/29/05                         10 :              0.00
 Containers: 0.00                             :             0.00
Line Charges: 0.00                            :             0.00
                                        Total Tax:          0.00
                                           Total:       2,628.99
```

```
CDC/Great Lakes Division                      I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                    Invoice: 00023908  Revision:    0
USA                            Invoice Date: 10/03/05     Page:     1
                                 Print Date: 10/10/05


     Bill To: 625B1                    Sold To: 625S1

     Delphi Delco Electronics-Kok      Delphi - Mexico
     Accounts Payable                  601 Joaquin Cavazos Road
     PO BOX 9005                       Reynosa Mexico Plant 39
     Kokomo, IN 46904-9005             Dock 28
     USA                               Los Indios, TX 78567
                                       USA



   Sales Order: S625S1              Ship Date: 10/03/05
    Order Date:
Salesperson(s):                       Ship To: 625s1
                                      Ship Via: VITRAN
  Credit Terms: N/30                       BOL: 00023908
               Net 30 Days          FOB Point: Sparta, MI
        Resale:
       Remarks:
```

| Item Number | UM | Shipped | Qty B/O | Tax | Price | Extended Price |
|---|---|---|---|---|---|---|
| 625775 | EA | 330.0 | 0.0 | No | 2.71949 | 897.43 |

```
Customer Item : 9370775
Cover Top
9370775
Purchase Order:    0550042518
```

--------------------------------------------------------------------
              *********** CONTINUED ***********

```
CDC/Great Lakes Division                    I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                Invoice: 00023908  Revision:     0
USA                        Invoice Date: 10/03/05      Page:     2
                             Print Date: 10/10/05


      Bill To: 625B1                  Sold To: 625S1

      Delphi Delco Electronics-Kok    Delphi - Mexico
      Accounts Payable                601 Joaquin Cavazos Road
      PO BOX 9005                     Reynosa Mexico Plant 39
      Kokomo, IN 46904-9005           Dock 28
      USA                            Los Indios, TX 78567
                                      USA
```

```
-----------------------------------------------------------------
                   Currency: usd    Line Total:         897.43
                            0.00%     Discount:           0.00
   Tax Date: 10/03/05                       10 :           0.00
    Containers: 0.00                          :           0.00
  Line Charges: 0.00                          :           0.00
                                      Total Tax:          0.00
                                          Total:        897.43
```

```
CDC/Great Lakes Division                      I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                    Invoice: 00023909  Revision:    0
USA                          Invoice Date: 10/03/05      Page:     1
                               Print Date: 10/10/05
```

```
    Bill To: 625B1                    Sold To: 625S2

Delphi Delco Electronics-Kok      Delphi - Kokomo
Accounts Payable                  Focus Factory 19
PO BOX 9005                       Plant 9 Dock
Kokomo, IN 46904-9005             2033 E. Boulevard Street
USA                               Kokomo, IN 46902
                                  USA
```

```
   Sales Order: S625S2            Ship Date: 10/03/05
    Order Date:
Salesperson(s):                     Ship To: 625s2
                                   Ship Via: ISI
   Credit Terms: 1                     BOL: 00023909
                Immediate Pays    FOB Point: Sparta, MI
        Resale:
       Remarks:
```

| Item Number | UM | Shipped | Qty B/O | Tax | Price | Extended Price |
|---|---|---|---|---|---|---|
| 625775 | EA | 6270.0 | 0.0 | No | 2.59699 | 16,283.13 |

```
Customer Item : 9370775
Cover Top
9370775
Purchase Order:    0550042420
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
            *********** CONTINUED ***********
```

CDC/Great Lakes Division                           I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                    Invoice: 00023909   Revision:   0
USA                            Invoice Date: 10/03/05      Page:    2
                                 Print Date: 10/10/05


        Bill To: 625B1                     Sold To: 625S2

        Delphi Delco Electronics-Kok       Delphi - Kokomo
        Accounts Payable                   Focus Factory 19
        PO BOX 9005                        Plant 9 Dock
        Kokomo, IN 46904-9005              2033 E. Boulevard Street
        USA                                Kokomo, IN 46902
                                           USA


---------------------------------------------------------------------
                         Currency: usd    Line Total:       16,283.13
                                  0.00%     Discount:            0.00
    Tax Date: 10/03/05                         10 :            0.00
     Containers: 0.00                             :            0.00
  Line Charges: 0.00                              :            0.00
                                          Total Tax:            0.00
                                              Total:       16,283.13

CDC/Great Lakes Division                    I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                   Invoice: 00023916   Revision:   0
USA                           Invoice Date: 10/03/05     Page:    1
                                Print Date: 10/10/05


     Bill To: 626B1                    Sold To: 626S1

     Delphi Interior Systems           Delphi Interior Sys-Columbus
     1401 Crooks Road                  Columbus Operations
     Troy, MI 48084                    200 Georgesville Road
     USA                               Columbus, OH 43228-2020
                                       USA


   Sales Order: S626S1             Ship Date: 10/03/05
    Order Date:
Salesperson(s):                     Ship To: 626s1
                                   Ship Via: The Connection Co.
   Credit Terms:                        BOL: 00023916
                                  FOB Point: Sparta, MI
        Resale:
       Remarks:


| Item Number | UM | Shipped | Qty B/O | Tax | Price | Extended Price |
|-------------|----|---------|---------|-----|-------|----------------|
| 626594 | EA | 144.0 | 0.0 | No | 4.3298 | 623.49 |
| Customer Item : 16641594 | | | | | | |
| RH OUTBOARD HOUSING | | | | | | |
| 16641594 | | | | | | |
| Purchase Order:   0550022121 | | | | | | |
| | | | | | | |
| 626595 | EA | 144.0 | 0.0 | No | 4.581 | 659.66 |

----------------------------------------------------------------------------
                  *********** CONTINUED ***********

```
CDC/Great Lakes Division                    I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                   Invoice: 00023916  Revision:      0
USA                           Invoice Date: 10/03/05      Page:      2
                                Print Date: 10/10/05


     Bill To: 626B1                    Sold To: 626S1

  Delphi Interior Systems          Delphi Interior Sys-Columbus
  1401 Crooks Road                 Columbus Operations
  Troy, MI 48084                   200 Georgesville Road
  USA                              Columbus, OH 43228-2020
                                   USA
```

| Item Number | UM | Shipped | Qty B/O | Tax | Price | Extended Price |
|---|---|---|---|---|---|---|
| 626595 | | ** Cont ** | | | | |
| Customer Item :  16641595 | | | | | | |
| RH INBOARD HOUSING | | | | | | |
| 16641595 | | | | | | |
| Purchase Order:   0550022121 | | | | | | |
| 626596 | EA | 144.0 | 0.0 | No | 4.316 | 621.50 |
| Customer Item :  16641596 | | | | | | |
| LH OUTBOARD HOUSING | | | | | | |
| 16641596 | | | | | | |
| Purchase Order:   0550022121 | | | | | | |
| 626597 | EA | 144.0 | 0.0 | No | 4.276 | 615.74 |
| Customer Item :  16641597 | | | | | | |
| LH INBOARD HOUSING | | | | | | |
| 16641597 | | | | | | |
| Purchase Order:   0550022121 | | | | | | |

-------------------------------------------------------------------------
                 *********** CONTINUED ************

```
CDC/Great Lakes Division                   I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                  Invoice: 00023916  Revision:    0
USA                         Invoice Date: 10/03/05    Page:      3
                              Print Date: 10/10/05


      Bill To: 626B1              Sold To: 626S1

   Delphi Interior Systems       Delphi Interior Sys-Columbus
   1401 Crooks Road              Columbus Operations
   Troy, MI 48084               200 Georgesville Road
   USA                         Columbus, OH 43228-2020
                               USA
```

| Item Number | UM | Shipped | Qty B/O | Tax | Price | Extended Price |
|---|---|---|---|---|---|---|
| 626608 | EA | 350.0 | 0.0 | No | 1.56061 | 546.21 |

```
Customer Item :  16641608
Clevis
16641608
Purchase Order:    0550022121
```

```
-------------------------------------------------------------------
                   Currency: usd    Line Total:        3,066.60
                           0.00%   Discount:            0.00
   Tax Date: 10/03/05                      10 :          0.00
    Containers: 0.00                       20 :          0.00
   Line Charges: 0.00                      30 :          0.00
                                    Total Tax:          0.00
                                       Total:       3,066.60
```

```
CDC/Great Lakes Division                        I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                    Invoice: 00023921   Revision:    0
USA                            Invoice Date: 10/04/05      Page:    1
                                 Print Date: 10/10/05


    Bill To: 625B1                   Sold To: 625S1

Delphi Delco Electronics-Kok     Delphi - Mexico
Accounts Payable                 601 Joaquin Cavazos Road
PO BOX 9005                      Reynosa Mexico Plant 39
Kokomo, IN 46904-9005            Dock 28
USA                              Los Indios, TX 78567
                                 USA


  Sales Order: S625S1            Ship Date: 10/04/05
   Order Date:
Salesperson(s):                    Ship To: 625s1
                                  Ship Via: VITRAN
 Credit Terms: N/30                    BOL: 00023921
              Net 30 Days        FOB Point: Sparta, MI
       Resale:
      Remarks:
```

| Item Number | UM | Shipped | Qty B/O | Tax | Price | Extended Price |
|---|---|---|---|---|---|---|
| 625775 | EA | 1320.0 | 0.0 | No | 2.71949 | 3,589.73 |
| Customer Item : 9370775 | | | | | | |
| Cover Top | | | | | | |
| 9370775 | | | | | | |
| Purchase Order:     0550042518 | | | | | | |

```
------------------------------------------------------------------------
               *********** CONTINUED ***********
```

```
CDC/Great Lakes Division                    I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                 Invoice: 00023921   Revision:     0
USA                         Invoice Date: 10/04/05       Page:     2
                              Print Date: 10/10/05


      Bill To: 625B1                 Sold To: 625S1

   Delphi Delco Electronics-Kok      Delphi - Mexico
   Accounts Payable                  601 Joaquin Cavazos Road
   PO BOX 9005                       Reynosa Mexico Plant 39
   Kokomo, IN 46904-9005             Dock 28
   USA                               Los Indios, TX 78567
                                     USA
```

```
-----------------------------------------------------------------
                     Currency: usd    Line Total:       3,589.73
                            0.00%       Discount:           0.00
 Tax Date: 10/04/05                        10 :            0.00
  Containers: 0.00                            :            0.00
Line Charges: 0.00                          . :            0.00
                                       Total Tax:           0.00
                                           Total:       3,589.73
```

```
CDC/Great Lakes Division                    I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                  Invoice: 00023922  Revision:    0
USA                          Invoice Date: 10/04/05      Page:    1
                               Print Date: 10/10/05


    Bill To: 625B1                   Sold To: 625S2

Delphi Delco Electronics-Kok     Delphi - Kokomo
Accounts Payable                 Focus Factory 19
PO BOX 9005                      Plant 9 Dock
Kokomo, IN 46904-9005            2033 E. Boulevard Street
USA                              Kokomo, IN 46902
                                 USA


  Sales Order: S625S2            Ship Date: 10/04/05
   Order Date:
Salesperson(s):                    Ship To: 625s2
                                   Ship Via: ISI
  Credit Terms: 1                       BOL: 00023922
               Immediate Pays    FOB Point: Sparta, MI
         Resale:
        Remarks:
```

| Item Number | UM | Shipped | Qty B/O | Tax | Price | Extended Price |
|---|---|---|---|---|---|---|
| 625775 | EA | 5610.0 | 0.0 | No | 2.59699 | 14,569.11 |

```
Customer Item : 9370775
Cover Top
9370775
Purchase Order:    0550042420
```

*********** CONTINUED ***********

```
CDC/Great Lakes Division                    I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                Invoice: 00023922  Revision:     0
USA                        Invoice Date: 10/04/05     Page:      2
                             Print Date: 10/10/05


     Bill To: 625B1                 Sold To: 625S2

  Delphi Delco Electronics-Kok     Delphi - Kokomo
  Accounts Payable                 Focus Factory 19
  PO BOX 9005                      Plant 9 Dock
  Kokomo, IN 46904-9005            2033 E. Boulevard Street
  USA                              Kokomo, IN 46902
                                   USA
```

```
-----------------------------------------------------------------
                      Currency: usd   Line Total:      14,569.11
                             0.00%     Discount:            0.00
  Tax Date: 10/04/05                       10 :            0.00
   Containers: 0.00                           :            0.00
Line Charges: 0.00                            :            0.00
                                       Total Tax:          0.00
                                           Total:     14,569.11
```

I66PI66F

```
CDC/Great Lakes Division                    I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                   Invoice: 00023924   Revision:   0
USA                          Invoice Date: 10/04/05      Page:    1
                               Print Date: 10/10/05


     Bill To: 626B2                Sold To: 626S2

     DELPHI AUTOMOTIVE SYSTEMS     MICHIGAN TRK PLANT
     C/O ARTHUR ANDERSEN BUSINESS  38303 MICHIGAN AVENUE
     PROCESS SOLUTION CENTER       REF. DOCK CODE: OW
     PO BOX 62170                  REF. PLANT CODE AP02A
     PHOENIX, AZ 85082-2170        WAYNE, MI 48184
     USA                           Supplier Code: G2706



   Sales Order: S626S2            Ship Date: 10/04/05
    Order Date:
Salesperson(s):                    Ship To: 626s2
                                  Ship Via: PSKL
   Credit Terms: N/30                   BOL: 00023924
                Net 30 Days      FOB Point: Sparta, MI
        Resale:
       Remarks:
```

| Item Number | UM | Shipped | Qty B/O | Tax | Price | Extended Price |
|---|---|---|---|---|---|---|
| 626621 | EA | 660.0 | 0.0 | No | 2.041 | 1,347.06 |

```
Customer Item : 2L74 78404C76 AD
HINGE BRACKET
16641621
Purchase Order:    ID3288
```

---

*********** CONTINUED ***********

```
CDC/Great Lakes Division                    I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                    Invoice: 00023924   Revision:    0
USA                           Invoice Date: 10/04/05       Page:     2
                               Print Date: 10/10/05


      Bill To: 626B2                 Sold To: 626S2

   DELPHI AUTOMOTIVE SYSTEMS         MICHIGAN TRK PLANT
   C/O ARTHUR ANDERSEN BUSINESS      38303 MICHIGAN AVENUE
   PROCESS SOLUTION CENTER           REF. DOCK CODE: OW
   PO BOX 62170                      REF. PLANT CODE AP02A
   PHOENIX, AZ 85082-2170            WAYNE, MI 48184
   USA                              Supplier Code: G2706
```

```
-----------------------------------------------------------------------
                        Currency: usd    Line Total:        1,347.06
                                0.00%      Discount:            0.00
   Tax Date: 10/04/05                         10 :             0.00
    Containers: 0.00                          20 :             0.00
  Line Charges: 0.00                          30 :             0.00
                                          Total Tax:           0.00
                                             Total:        1,347.06
```

```
CDC/Great Lakes Division                    I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                   Invoice: 00023926  Revision:   0
USA                           Invoice Date: 10/05/05     Page:    1
                                Print Date: 10/10/05


   Bill To: 625B1                     Sold To: 625S4

Delphi Delco Electronics-Kok         Delco Elec-Oak Creek
Accounts Payable                     PlantM2
PO BOX 9005                          Dock Code 64
Kokomo, IN 46904-9005                7929 S. Howell
USA                                  Oak Creek, WI 53154
                                     USA



  Sales Order: S625S4                Ship Date: 10/05/05
   Order Date:
Salesperson(s):                        Ship To: 625s4
                                       Ship Via: ISI
  Credit Terms: 1                           BOL: 00023926
               Immediate Pays       FOB Point: Sparta, MI
       Resale:
      Remarks:


Item Number         UM  Shipped    Qty B/O Tax          Price   Extended Price
----------------    --  ---------  ------- ---    ------------- ----------------
625775              EA     2310.0      0.0 No           2.59699         5,999.05
Customer Item :  9370775
Cover Top
9370775
Purchase Order:    0550042422


-----------------------------------------------------------------------------
               *********** CONTINUED ***********
```

```
CDC/Great Lakes Division                    I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                  Invoice: 00023926   Revision:    0
USA                          Invoice Date: 10/05/05      Page:     2
                               Print Date: 10/10/05


      Bill To: 625B1                 Sold To: 625S4

   Delphi Delco Electronics-Kok      Delco Elec-Oak Creek
   Accounts Payable                  PlantM2
   PO BOX 9005                       Dock Code 64
   Kokomo, IN 46904-9005             7929 S. Howell
   USA                               Oak Creek, WI 53154
                                     USA
```

```
----------------------------------------------------------------
                     Currency: usd    Line Total:      5,999.05
                           0.00%      Discount:            0.00
  Tax Date: 10/05/05                       10 :            0.00
   Containers: 0.00                         20 :            0.00
Line Charges: 0.00                          30 :            0.00
                                      Total Tax:            0.00
                                          Total:       5,999.05
```

```
CDC/Great Lakes Division                    I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                 Invoice: 00023929   Revision:    0
USA                         Invoice Date: 10/04/05      Page:    1
                              Print Date: 10/10/05


     Bill To: 626B1                    Sold To: 626S1

Delphi Interior Systems           Delphi Interior Sys-Columbus
1401 Crooks Road                  Columbus Operations
Troy, MI 48084                    200 Georgesville Road
USA                              Columbus, OH 43228-2020
                                 USA



 Sales Order: S626S1              Ship Date: 10/04/05
  Order Date:
Salesperson(s):                    Ship To: 626s1
                                  Ship Via: The Connection Co.
 Credit Terms:                         BOL: 00023929
                                 FOB Point: Sparta, MI
      Resale:
     Remarks:
```

| Item Number | UM | Shipped | Qty B/O | Tax | Price | Extended Price |
|---|---|---|---|---|---|---|
| 626594 | EA | 144.0 | 0.0 | No | 4.3298 | 623.49 |
| Customer Item : 16641594 | | | | | | |
| RH OUTBOARD HOUSING | | | | | | |
| 16641594 | | | | | | |
| Purchase Order:  0550022121 | | | | | | |
| 626595 | EA | 144.0 | 0.0 | No | 4.581 | 659.66 |

```
------------------------------------------------------------------------
                ************ CONTINUED ************
```

```
CDC/Great Lakes Division                    I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                Invoice: 00023929  Revision:    0
USA                        Invoice Date: 10/04/05     Page:    2
                             Print Date: 10/10/05
```

```
    Bill To: 626B1                  Sold To: 626S1

Delphi Interior Systems          Delphi Interior Sys-Columbus
1401 Crooks Road                 Columbus Operations
Troy, MI 48084                   200 Georgesville Road
USA                              Columbus, OH 43228-2020
                                 USA
```

| Item Number | UM | Shipped | Qty B/O | Tax | Price | Extended Price |
|---|---|---|---|---|---|---|
| 626595 | | ** Cont ** | | | | |
| Customer Item : 16641595 | | | | | | |
| RH INBOARD HOUSING | | | | | | |
| 16641595 | | | | | | |
| Purchase Order:   0550022121 | | | | | | |
| 626596 | EA | 288.0 | 0.0 | No | 4.316 | 1,243.01 |
| Customer Item : 16641596 | | | | | | |
| LH OUTBOARD HOUSING | | | | | | |
| 16641596 | | | | | | |
| Purchase Order:   0550022121 | | | | | | |
| 626597 | EA | 288.0 | 0.0 | No | 4.276 | 1,231.49 |
| Customer Item : 16641597 | | | | | | |
| LH INBOARD HOUSING | | | | | | |
| 16641597 | | | | | | |
| Purchase Order:   0550022121 | | | | | | |

*********** CONTINUED ************

```
CDC/Great Lakes Division                    I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                   Invoice: 00023929  Revision:    0
USA                           Invoice Date: 10/04/05     Page:     3
                                Print Date: 10/10/05


    Bill To: 626B1                   Sold To: 626S1

Delphi Interior Systems          Delphi Interior Sys-Columbus
1401 Crooks Road                 Columbus Operations
Troy, MI 48084                   200 Georgesville Road
USA                              Columbus, OH 43228-2020
                                 USA
```

| Item Number | UM | Shipped | Qty B/O | Tax | Price | Extended Price |
|---|---|---|---|---|---|---|
| 626608 | EA | 700.0 | 0.0 | No | 1.56061 | 1,092.43 |

```
Customer Item :   16641608
Clevis
16641608
Purchase Order:    0550022121
```

```
-------------------------------------------------------------------
                      Currency: usd   Line Total:       4,850.08
                             0.00%      Discount:           0.00
  Tax Date: 10/04/05                        10 :           0.00
    Containers: 0.00                        20 :           0.00
 Line Charges: 0.00                         30 :           0.00
                                       Total Tax:          0.00
                                           Total:     4,850.08
```

```
CDC/Great Lakes Division                    I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                    Invoice: 00023936  Revision:     0
USA                            Invoice Date: 10/05/05      Page:     1
                                 Print Date: 10/10/05


      Bill To: 625B1                    Sold To: 625S2

   Delphi Delco Electronics-Kok      Delphi - Kokomo
   Accounts Payable                  Focus Factory 19
   PO BOX 9005                       Plant 9 Dock
   Kokomo, IN 46904-9005             2033 E. Boulevard Street
   USA                               Kokomo, IN 46902
                                     USA



   Sales Order: S625S2            Ship Date: 10/05/05
    Order Date:
Salesperson(s):                     Ship To: 625s2
                                    Ship Via: ISI
   Credit Terms: 1                       BOL: 00023936
                Immediate Pays     FOB Point: Sparta, MI
        Resale:
       Remarks:
```

| Item Number | UM | Shipped | Qty B/O | Tax | Price | Extended Price |
|---|---|---|---|---|---|---|
| 625775 | EA | 6270.0 | 0.0 | No | 2.59699 | 16,283.13 |
| Customer Item : 9370775 | | | | | | |
| Cover Top | | | | | | |
| 9370775 | | | | | | |
| Purchase Order: 0550042420 | | | | | | |

```
------------------------------------------------------------------
            *********** CONTINUED ***********
```

```
CDC/Great Lakes Division                    I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                  Invoice: 00023936  Revision:    0
USA                          Invoice Date: 10/05/05     Page:     2
                               Print Date: 10/10/05


    Bill To: 625B1                 Sold To: 625S2

    Delphi Delco Electronics-Kok   Delphi - Kokomo
    Accounts Payable               Focus Factory 19
    PO BOX 9005                    Plant 9 Dock
    Kokomo, IN 46904-9005          2033 E. Boulevard Street
    USA                           Kokomo, IN 46902
                                   USA
```

```
-------------------------------------------------------------------
                    Currency: usd    Line Total:        16,283.13
                          0.00%     Discount:                0.00
   Tax Date: 10/05/05                    10 :               0.00
    Containers: 0.00                        :               0.00
  Line Charges: 0.00                        :               0.00
                                    Total Tax:              0.00
                                        Total:         16,283.13
```

```
CDC/Great Lakes Division                      I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                    Invoice: 00023941   Revision:    0
USA                           Invoice Date: 10/06/05     Page:      1
                                Print Date: 10/10/05


      Bill To: 625B1                    Sold To: 625S1

   Delphi Delco Electronics-Kok      Delphi - Mexico
   Accounts Payable                  601 Joaquin Cavazos Road
   PO BOX 9005                       Reynosa Mexico Plant 39
   Kokomo, IN 46904-9005             Dock 28
   USA                              Los Indios, TX 78567
                                     USA



   Sales Order: S625S1             Ship Date: 10/06/05
    Order Date:
Salesperson(s):                     Ship To: 625s1
                                   Ship Via: VITRAN
   Credit Terms: N/30                   BOL: 00023941
               Net 30 Days        FOB Point: Sparta, MI
        Resale:
       Remarks:


Item Number          UM  Shipped    Qty B/O Tax         Price   Extended Price
------------------   --  ---------  ---------- ---  ---------------  ----------------
625775               EA     990.0      0.0 No           2.71949         2,692.30
Customer Item :  9370775
Cover Top
9370775
Purchase Order:    0550042518


-----------------------------------------------------------------------------
               *********** CONTINUED ***********
```

```
CDC/Great Lakes Division                    I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                Invoice: 00023941  Revision:    0
USA                        Invoice Date: 10/06/05     Page:     2
                             Print Date: 10/10/05


    Bill To: 625B1                  Sold To: 625S1

    Delphi Delco Electronics-Kok    Delphi - Mexico
    Accounts Payable                601 Joaquin Cavazos Road
    PO BOX 9005                     Reynosa Mexico Plant 39
    Kokomo, IN 46904-9005           Dock 28
    USA                             Los Indios, TX 78567
                                    USA
```

```
------------------------------------------------------------------
                     Currency: usd    Line Total:        2,692.30
                           0.00%     Discount:                0.00
   Tax Date: 10/06/05                     10 :               0.00
   Containers: 0.00                          :               0.00
   Line Charges: 0.00                        :               0.00
                                      Total Tax:              0.00
                                         Total:         2,692.30
```

```
CDC/Great Lakes Division                    I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                 Invoice: 00023942  Revision:    0
USA                         Invoice Date: 10/06/05     Page:     1
                              Print Date: 10/10/05


     Bill To: 625B1                    Sold To: 625S4

     Delphi Delco Electronics-Kok      Delco Elec-Oak Creek
     Accounts Payable                  PlantM2
     PO BOX 9005                       Dock Code 64
     Kokomo, IN 46904-9005             7929 S. Howell
     USA                               Oak Creek, WI 53154
                                       USA



   Sales Order: S625S4              Ship Date: 10/06/05
    Order Date:
Salesperson(s):                       Ship To: 625s4
                                      Ship Via: ISI
  Credit Terms: 1                          BOL: 00023942
               Immediate Pays       FOB Point: Sparta, MI
        Resale:
       Remarks:
```

| Item Number | UM | Shipped | Qty B/O | Tax | Price | Extended Price |
|---|---|---|---|---|---|---|
| 625775 | EA | 2310.0 | 0.0 | No | 2.59699 | 5,999.05 |

```
Customer Item :  9370775
Cover Top
9370775
Purchase Order:    0550042422
```

*********** CONTINUED ***********

```
CDC/Great Lakes Division                    I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                    Invoice: 00023942   Revision:    0
USA                           Invoice Date: 10/06/05       Page:    2
                                Print Date: 10/10/05


     Bill To: 625B1                   Sold To: 625S4

     Delphi Delco Electronics-Kok     Delco Elec-Oak Creek
     Accounts Payable                 PlantM2
     PO BOX 9005                      Dock Code 64
     Kokomo, IN 46904-9005            7929 S. Howell
     USA                              Oak Creek, WI 53154
                                      USA
```

```
------------------------------------------------------------------
                    Currency: usd    Line Total:       5,999.05
                              0.00%    Discount:           0.00
 Tax Date: 10/06/05                         10 :          0.00
  Containers: 0.00                          20 :          0.00
Line Charges: 0.00                          30 :          0.00
                                      Total Tax:          0.00
                                          Total:      5,999.05
```

```
CDC/Great Lakes Division                    I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                  Invoice: 00023944   Revision:    0
USA                          Invoice Date: 10/05/05   Page:        1
                               Print Date: 10/10/05
```

```
        Bill To: 626B1                   Sold To: 626S1

Delphi Interior Systems           Delphi Interior Sys-Columbus
1401 Crooks Road                  Columbus Operations
Troy, MI 48084                    200 Georgesville Road
USA                              Columbus, OH 43228-2020
                                 USA
```

```
  Sales Order: S626S1            Ship Date: 10/05/05
   Order Date:
Salesperson(s):                    Ship To: 626s1
                                   Ship Via: The Connection Co.
  Credit Terms:                         BOL: 00023944
                                   FOB Point: Sparta, MI
       Resale:
      Remarks:
```

| Item Number | UM | Shipped | Qty B/O | Tax | Price | Extended Price |
|---|---|---|---|---|---|---|
| 626594 | EA | 144.0 | 0.0 | No | 4.3298 | 623.49 |
| Customer Item : 16641594 | | | | | | |
| RH OUTBOARD HOUSING | | | | | | |
| 16641594 | | | | | | |
| Purchase Order: 0550022121 | | | | | | |
| 626595 | EA | 288.0 | 0.0 | No | 4.581 | 1,319.33 |

```
-------------------------------------------------------------------
                ************ CONTINUED ************
```

```
CDC/Great Lakes Division                    I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                   Invoice: 00023944   Revision:    0
USA                           Invoice Date: 10/05/05   Page:        2
                                Print Date: 10/10/05


      Bill To: 626B1                      Sold To: 626S1

   Delphi Interior Systems            Delphi Interior Sys-Columbus
   1401 Crooks Road                   Columbus Operations
   Troy, MI 48084                     200 Georgesville Road
   USA                                Columbus, OH 43228-2020
                                      USA
```

| Item Number | UM | Shipped | Qty B/O | Tax | Price | Extended Price |
|---|---|---|---|---|---|---|
| 626595 | | ** Cont ** | | | | |
| Customer Item : 16641595 | | | | | | |
| RH INBOARD HOUSING | | | | | | |
| 16641595 | | | | | | |
| Purchase Order:   0550022121 | | | | | | |
| 626596 | EA | 288.0 | 0.0 | No | 4.316 | 1,243.01 |
| Customer Item : 16641596 | | | | | | |
| LH OUTBOARD HOUSING | | | | | | |
| 16641596 | | | | | | |
| Purchase Order:   0550022121 | | | | | | |
| 626597 | EA | 144.0 | 0.0 | No | 4.276 | 615.74 |
| Customer Item : 16641597 | | | | | | |
| LH INBOARD HOUSING | | | | | | |
| 16641597 | | | | | | |
| Purchase Order:   0550022121 | | | | | | |

```
------------------------------------------------------------------------
                    *********** CONTINUED ***********
```

```
CDC/Great Lakes Division                        I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                    Invoice: 00023944  Revision:    0
USA                            Invoice Date: 10/05/05     Page:     3
                                 Print Date: 10/10/05


     Bill To: 626B1                    Sold To: 626S1

  Delphi Interior Systems           Delphi Interior Sys-Columbus
  1401 Crooks Road                  Columbus Operations
  Troy, MI 48084                    200 Georgesville Road
  USA                               Columbus, OH 43228-2020
                                    USA
```

```
------------------------------------------------------------------------
                    Currency: usd     Line Total:          3,801.57
                              0.00%    Discount:                0.00
                                           10 :                0.00
   Tax Date: 10/05/05                       20 :                0.00
   Containers: 0.00                          30 :               0.00
 Line Charges: 0.00               Total Tax:                   0.00
                                        Total:            3,801.57
```

```
CDC/Great Lakes Division                    I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                    Invoice: 00023951  Revision:    0
USA                         Invoice Date: 10/06/05      Page:    1
                              Print Date: 10/10/05


    Bill To: 625B1                      Sold To: 625S2

    Delphi Delco Electronics-Kok        Delphi - Kokomo
    Accounts Payable                    Focus Factory 19
    PO BOX 9005                         Plant 9 Dock
    Kokomo, IN 46904-9005               2033 E. Boulevard Street
    USA                                 Kokomo, IN 46902
                                        USA


    Sales Order: S625S2             Ship Date: 10/06/05
     Order Date:
Salesperson(s):                       Ship To: 625s2
                                      Ship Via: ISI
    Credit Terms: 1                        BOL: 00023951
                  Immediate Pays    FOB Point: Sparta, MI
         Resale:
        Remarks:
```

| Item Number | UM | Shipped | Qty B/O | Tax | Price | Extended Price |
|---|---|---|---|---|---|---|
| 625775 | EA | 6600.0 | 0.0 | No | 2.59699 | 17,140.13 |

```
Customer Item : 9370775
Cover Top
9370775
Purchase Order:    0550042420
```

----------------------------------------------------------------------
*********** CONTINUED ***********

```
CDC/Great Lakes Division                    I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                    Invoice: 00023951   Revision:   0
USA                           Invoice Date: 10/06/05      Page:   2
                                Print Date: 10/10/05


     Bill To: 625B1                   Sold To: 625S2

     Delphi Delco Electronics-Kok     Delphi - Kokomo
     Accounts Payable                 Focus Factory 19
     PO BOX 9005                      Plant 9 Dock
     Kokomo, IN 46904-9005            2033 E. Boulevard Street
     USA                              Kokomo, IN 46902
                                      USA
```

```
-------------------------------------------------------------------
                       Currency: usd    Line Total:        17,140.13
                               0.00%      Discount:             0.00
   Tax Date: 10/06/05                         10 :             0.00
    Containers: 0.00                            :             0.00
 Line Charges: 0.00                             :             0.00
                                         Total Tax:            0.00
                                            Total:        17,140.13
```

```
CDC/Great Lakes Division                    I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                    Invoice: 00023953  Revision:    0
USA                            Invoice Date: 10/06/05     Page:    1
                                 Print Date: 10/10/05


       Bill To: 625B1                   Sold To: 625S1

       Delphi Delco Electronics-Kok     Delphi - Mexico
       Accounts Payable                 601 Joaquin Cavazos Road
       PO BOX 9005                      Reynosa Mexico Plant 39
       Kokomo, IN 46904-9005            Dock 28
       USA                              Los Indios, TX 78567
                                        USA


   Sales Order: S625S1                Ship Date: 10/06/05
    Order Date:
Salesperson(s):                         Ship To: 625s1
                                        Ship Via: VITRAN
  Credit Terms: N/30                         BOL: 00023953
                Net 30 Days          FOB Point: Sparta, MI
       Resale:
      Remarks:
```

| Item Number | UM | Shipped | Qty B/O | Tax | Price | Extended Price |
|---|---|---|---|---|---|---|
| 625775 | EA | 990.0 | 0.0 | No | 2.71949 | 2,692.30 |
| Customer Item : 9370775 | | | | | | |
| Cover Top | | | | | | |
| 9370775 | | | | | | |
| Purchase Order: 0550042518 | | | | | | |

```
----------------------------------------------------------------------
               *********** CONTINUED ***********
```

```
CDC/Great Lakes Division                        I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                       Invoice: 00023953  Revision:    0
USA                               Invoice Date: 10/06/05       Page:    2
                                    Print Date: 10/10/05


     Bill To: 625B1                    Sold To: 625S1

  Delphi Delco Electronics-Kok       Delphi - Mexico
  Accounts Payable                   601 Joaquin Cavazos Road
  PO BOX 9005                        Reynosa Mexico Plant 39
  Kokomo, IN 46904-9005              Dock 28
  USA                                Los Indios, TX 78567
                                     USA
```

```
--------------------------------------------------------------------------
                        Currency: usd    Line Total:         2,692.30
                                0.00%     Discount:              0.00
                                              10 :              0.00
 Tax Date: 10/06/05                            :               0.00
  Containers: 0.00                             :               0.00
Line Charges: 0.00                     Total Tax:              0.00
                                           Total:         2,692.30
```

CDC/Great Lakes Division
9983 Sparta Avenue
Sparta, MI 49345
USA

I N V O I C E

Invoice: 00023954   Revision:   0
Invoice Date: 10/06/05   Page:   1
Print Date: 10/10/05

Bill To: 626B1

Delphi Interior Systems
1401 Crooks Road
Troy, MI 48084
USA

Sold To: 626S1

Delphi Interior Sys-Columbus
Columbus Operations
200 Georgesville Road
Columbus, OH 43228-2020
USA

Sales Order: S626S1
Order Date:
Salesperson(s):

Credit Terms:

Resale:
Remarks:

Ship Date: 10/06/05

Ship To: 626s1
Ship Via: The Connection Co.
BOL: 00023954
FOB Point: Sparta, MI

| Item Number | UM | Shipped | Qty B/O | Tax | Price | Extended Price |
|---|---|---|---|---|---|---|
| 626594 | EA | 144.0 | 0.0 | No | 4.3298 | 623.49 |
| Customer Item : 16641594 | | | | | | |
| RH OUTBOARD HOUSING | | | | | | |
| 16641594 | | | | | | |
| Purchase Order: | 0550022121 | | | | | |
| 626608 | EA | 175.0 | 0.0 | No | 1.56061 | 273.11 |

*********** CONTINUED ***********

```
CDC/Great Lakes Division                    I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345              Invoice: 00023954   Revision:    0
USA                      Invoice Date: 10/06/05       Page:    2
                           Print Date: 10/10/05


     Bill To: 626B1              Sold To: 626S1

   Delphi Interior Systems     Delphi Interior Sys-Columbus
   1401 Crooks Road            Columbus Operations
   Troy, MI 48084              200 Georgesville Road
   USA                         Columbus, OH 43228-2020
                               USA
```

| Item Number | UM | Shipped | Qty B/O Tax | Price | Extended Price |
|---|---|---|---|---|---|
| 626608 | | ** Cont ** | | | |

```
Customer Item : 16641608
Clevis
16641608
Purchase Order:    0550022121
```

```
---------------------------------------------------------------------
                    Currency: usd     Line Total:        896.60
                              0.00%     Discount:          0.00
                                             10 :          0.00
  Tax Date: 10/06/05                         20 :          0.00
   Containers: 0.00                          30 :          0.00
 Line Charges: 0.00                    Total Tax:          0.00
                                          Total:        896.60
```

```
CDC/Great Lakes Division                      I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                    Invoice: 00023958  Revision:      0
USA                            Invoice Date: 10/07/05      Page:      1
                                 Print Date: 10/10/05


     Bill To: 625B1                    Sold To: 625S4

     Delphi Delco Electronics-Kok      Delco Elec-Oak Creek
     Accounts Payable                  PlantM2
     PO BOX 9005                       Dock Code 64
     Kokomo, IN 46904-9005             7929 S. Howell
     USA                               Oak Creek, WI 53154
                                       USA



    Sales Order: S625S4              Ship Date: 10/07/05
     Order Date:
Salesperson(s):                        Ship To: 625s4
                                       Ship Via: ISI
   Credit Terms: 1                          BOL: 00023958
                Immediate Pays      FOB Point: Sparta, MI

        Resale:
       Remarks:


Item Number       UM  Shipped     Qty B/O Tax          Price    Extended Price
----------------- --  ---------- ---------- --- --------------- ----------------
625775            EA     1320.0      0.0 No             2.59699         3,428.03
Customer Item : 9370775
Cover Top
9370775
Purchase Order:    0550042422


------------------------------------------------------------------------------
                  *********** CONTINUED ***********
```

```
CDC/Great Lakes Division                    I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                    Invoice: 00023958   Revision:    0
USA                           Invoice Date: 10/07/05       Page:     2
                               Print Date: 10/10/05


    Bill To: 625B1                 Sold To: 625S4

    Delphi Delco Electronics-Kok   Delco Elec-Oak Creek
    Accounts Payable               PlantM2
    PO BOX 9005                    Dock Code 64
    Kokomo, IN 46904-9005          7929 S. Howell
    USA                           Oak Creek, WI 53154
                                   USA
```

```
-------------------------------------------------------------------
                    Currency: usd   Line Total:         3,428.03
                           0.00%    Discount:               0.00
Tax Date: 10/07/05                       10 :               0.00
  Containers: 0.00                       20 :               0.00
Line Charges: 0.00                       30 :               0.00
                                  Total Tax:               0.00
                                     Total:         3,428.03
```

```
CDC/Great Lakes Division                     I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                    Invoice: 00023968   Revision:    0
USA                            Invoice Date: 10/07/05      Page:     1
                                 Print Date: 10/10/05


      Bill To: 625B1                Sold To: 625S2

      Delphi Delco Electronics-Kok  Delphi - Kokomo
      Accounts Payable              Focus Factory 19
      PO BOX 9005                   Plant 9 Dock
      Kokomo, IN 46904-9005         2033 E. Boulevard Street
      USA                          Kokomo, IN 46902
                                    USA


   Sales Order: S625S2              Ship Date: 10/07/05
    Order Date:
Salesperson(s):                      Ship To: 625s2
                                     Ship Via: ISI
  Credit Terms: 1                         BOL: 00023968
               Immediate Pays      FOB Point: Sparta, MI
        Resale:
       Remarks:
```

| Item Number | UM | Shipped | Qty B/O | Tax | Price | Extended Price |
|---|---|---|---|---|---|---|
| 625775 | EA | 6600.0 | 0.0 | No | 2.59699 | 17,140.13 |

```
Customer Item :  9370775
Cover Top
9370775
Purchase Order:    0550042420
```

----------------------------------------------------------------------
                 *********** CONTINUED ***********

```
CDC/Great Lakes Division                    I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                   Invoice: 00023968  Revision:    0
USA                           Invoice Date: 10/07/05      Page:    2
                                Print Date: 10/10/05


     Bill To: 625B1                  Sold To: 625S2

     Delphi Delco Electronics-Kok    Delphi - Kokomo
     Accounts Payable                Focus Factory 19
     PO BOX 9005                     Plant 9 Dock
     Kokomo, IN 46904-9005           2033 E. Boulevard Street
     USA                             Kokomo, IN 46902
                                     USA
```

```
-----------------------------------------------------------------
                        Currency: usd    Line Total:      17,140.13
                                 0.00%     Discount:           0.00
   Tax Date: 10/07/05                         10 :            0.00
    Containers: 0.00                            :            0.00
  Line Charges: 0.00                            :            0.00
                                           Total Tax:          0.00
                                              Total:      17,140.13
```

```
CDC/Great Lakes Division                     I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                   Invoice: 00023969  Revision:    0
USA                           Invoice Date: 10/07/05      Page:    1
                                Print Date: 10/10/05


      Bill To: 626B1                    Sold To: 626S1

   Delphi Interior Systems          Delphi Interior Sys-Columbus
   1401 Crooks Road                 Columbus Operations
   Troy, MI 48084                   200 Georgesville Road
   USA                              Columbus, OH 43228-2020
                                    USA



   Sales Order: S626S1             Ship Date: 10/07/05
    Order Date:
Salesperson(s):                      Ship To: 626s1
                                     Ship Via: The Connection Co.
   Credit Terms:                          BOL: 00023969
                                    FOB Point: Sparta, MI
         Resale:
        Remarks:
```

| Item Number | UM | Shipped | Qty B/O | Tax | Price | Extended Price |
|---|---|---|---|---|---|---|
| 626594 | EA | 144.0 | 0.0 | No | 4.3298 | 623.49 |

```
Customer Item : 16641594
RH OUTBOARD HOUSING
16641594
Purchase Order:   0550022121
```

----------------------------------------------------------------------

*********** CONTINUED ***********

```
CDC/Great Lakes Division                    I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345               Invoice: 00023969   Revision:    0
USA                       Invoice Date: 10/07/05      Page:     2
                            Print Date: 10/10/05


     Bill To: 626B1                      Sold To: 626S1

  Delphi Interior Systems           Delphi Interior Sys-Columbus
  1401 Crooks Road                  Columbus Operations
  Troy, MI 48084                    200 Georgesville Road
  USA                               Columbus, OH 43228-2020
                                    USA
```

```
-------------------------------------------------------------------
                  Currency: usd    Line Total:          623.49
                          0.00%      Discount:            0.00
  Tax Date: 10/07/05                     10 :             0.00
  Containers: 0.00                       20 :             0.00
Line Charges: 0.00                       30 :             0.00
                                    Total Tax:            0.00
                                        Total:          623.49
```

```
CDC/Great Lakes Division                    I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345              Invoice: 00023972  Revision:    0
USA                     Invoice Date: 10/07/05      Page:     1
                          Print Date: 10/10/05


    Bill To: 625B1              Sold To: 625S1

    Delphi Delco Electronics-Kok     Delphi - Mexico
    Accounts Payable                 601 Joaquin Cavazos Road
    PO BOX 9005                      Reynosa Mexico Plant 39
    Kokomo, IN 46904-9005            Dock 28
    USA                              Los Indios, TX 78567
                                     USA


    Sales Order: S625S1           Ship Date: 10/07/05
     Order Date:
Salesperson(s):                    Ship To: 625s1
                                  Ship Via: VITRAN
  Credit Terms: N/30                    BOL: 00023972
               Net 30 Days       FOB Point: Sparta, MI
       Resale:
      Remarks:
```

| Item Number | UM | Shipped | Qty B/O | Tax | Price | Extended Price |
|---|---|---|---|---|---|---|
| 625775 | EA | 660.0 | 0.0 | No | 2.71949 | 1,794.86 |

```
Customer Item :  9370775
Cover Top
9370775
Purchase Order:   0550042518
```

------------------------------------------------------------------

*********** CONTINUED ***********

```
CDC/Great Lakes Division                    I N V O I C E
9983 Sparta Avenue
Sparta, MI 49345                    Invoice: 00023972   Revision:    0
USA                            Invoice Date: 10/07/05      Page:    2
                                  Print Date: 10/10/05


       Bill To: 625B1               Sold To: 625S1

       Delphi Delco Electronics-Kok    Delphi - Mexico
       Accounts Payable               601 Joaquin Cavazos Road
       PO BOX 9005                    Reynosa Mexico Plant 39
       Kokomo, IN 46904-9005          Dock 28
       USA                            Los Indios, TX 78567
                                      USA
```

```
------------------------------------------------------------------
                        Currency: usd    Line Total:      1,794.86
                              0.00%    Discount:          0.00
    Tax Date: 10/07/05                  10 :              0.00
    Containers: 0.00                       :              0.00
    Line Charges: 0.00                     :              0.00
                                     Total Tax:           0.00
                                         Total:      1,794.86
```

I66PI66F

```
CDC/Mid-State Division                      I N V O I C E
7750 S. Division
Grand Rapids, MI 49548            Invoice: 00215369  Revision:     0
USA                         Invoice Date: 10/03/05       Page:     1
                              Print Date: 10/10/05


     Bill To: 531B1                      Sold To: 531S3

  DELPHI AUTOMOTIVE SYSTEMS          DELPHI COLUMBUS OPERATIONS
  1401 CROOKS ROAD                   200 GEORGESVILLE RD
  TROY, MI 48084                     COLUMBUS, OH 43228
  USA                                USA




  Sales Order: S531S3                Ship Date: 10/03/05
   Order Date:
Salesperson(s):                        Ship To: 531s3
                                      Ship Via: Ohio Connection
  Credit Terms:                            BOL: 00215369
                                     FOB Point: Grand Rapids, MI

         Resale:
        Remarks:
```

| Item Number | UM | Shipped | Qty B/O | Tax | Price | Extended Price |
|---|---|---|---|---|---|---|
| 531905 | EA | 100.0 | 0.0 | No | 0.925 | 92.50 |
| Customer Item : | 16887905 | | | | | |
| Top Plate | | | | | | |
| ____ Boxes @ 50 | | | | | | |
| Purchase Order: | 0550072195 | | | | | |
| | | | | | | |
| 531908 | EA | 75.0 | 0.0 | No | 0.41 | 30.75 |

```
------------------------------------------------------------------------
              *********** CONTINUED ***********
```

```
CDC/Mid-State Division                     I N V O I C E
7750 S. Division
Grand Rapids, MI 49548            Invoice: 00215369  Revision:    0
USA                         Invoice Date: 10/03/05     Page:    2
                              Print Date: 10/10/05


    Bill To: 531B1                  Sold To: 531S3

  DELPHI AUTOMOTIVE SYSTEMS       DELPHI COLUMBUS OPERATIONS
  1401 CROOKS ROAD                200 GEORGESVILLE RD
  TROY, MI 48084                  COLUMBUS, OH 43228
  USA                             USA
```

| Item Number | UM | Shipped | Qty B/O | Tax | Price | Extended Price |
|---|---|---|---|---|---|---|
| 531908 | | ** Cont ** | | | | |
| Customer Item : 16887908 | | | | | | |
| LEVER | | | | | | |
| _____ BOXES @ 75 | | | | | | |
| Purchase Order: 0550072195 | | | | | | |
| 531917 | EA | 150.0 | 0.0 | No | 0.982 | 147.30 |
| Customer Item : 16887917 | | | | | | |
| BLOCK | | | | | | |
| _____ BOXES @ 75 | | | | | | |
| Purchase Order: 0550072195 | | | | | | |

```
    ------------------------------------------------------------
                        Currency: usd     Line Total:      270.55
                                  0.00%     Discount:        0.00
                                                10 :        0.00
    Tax Date: 10/03/05                          20 :        0.00
     Containers: 0.00                           30 :        0.00
   Line Charges: 0.00                    Total Tax:        0.00
                                            Total:      270.55
```

```
CDC/Mid-State Division                        I N V O I C E
7750 S. Division
Grand Rapids, MI 49548           Invoice: 00215384   Revision:     0
USA                         Invoice Date: 10/04/05       Page:     1
                              Print Date: 10/10/05


     Bill To: 531B1                    Sold To: 531S3

   DELPHI AUTOMOTIVE SYSTEMS           DELPHI COLUMBUS OPERATIONS
   1401 CROOKS ROAD                    200 GEORGESVILLE RD
   TROY, MI 48084                      COLUMBUS, OH 43228
   USA                                 USA




   Sales Order: S531S3             Ship Date: 10/04/05
    Order Date:
Salesperson(s):                     Ship To: 531s3
                                    Ship Via: Ohio Connection
   Credit Terms:                         BOL: 00215384
                                   FOB Point: Grand Rapids, MI

        Resale:
       Remarks:
```

| Item Number | UM | Shipped | Qty B/O | Tax | Price | Extended Price |
|---|---|---|---|---|---|---|
| 531905 | EA | 200.0 | 0.0 | No | 0.925 | 185.00 |

```
Customer Item : 16887905
Top Plate
____ Boxes @ 50
Purchase Order:   0550072195
```

| Item Number | UM | Shipped | Qty B/O | Tax | Price | Extended Price |
|---|---|---|---|---|---|---|
| 531906 | EA | 170.0 | 0.0 | No | 0.363 | 61.71 |

*********** CONTINUED ***********

CDC/Mid-State Division
7750 S. Division
Grand Rapids, MI 49548
USA

I N V O I C E

Invoice: 00215384    Revision:    0
Invoice Date: 10/04/05    Page:    2
Print Date: 10/10/05

Bill To: 531B1

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
USA

Sold To: 531S3

DELPHI COLUMBUS OPERATIONS
200 GEORGESVILLE RD
COLUMBUS, OH 43228
USA

| Item Number | UM | Shipped | Qty B/O | Tax | Price | Extended Price |
|---|---|---|---|---|---|---|
| 531906 | | ** Cont ** | | | | |
| Customer Item : 16887906 | | | | | | |
| LEVER-UNLATCHING | | | | | | |
| BOXES @ 170 | | | | | | |
| Purchase Order: 0550072195 | | | | | | |
| 531908 | EA | 225.0 | 0.0 | No | 0.41 | 92.25 |
| Customer Item : 16887908 | | | | | | |
| LEVER | | | | | | |
| BOXES @ 75 | | | | | | |
| Purchase Order: 0550072195 | | | | | | |

Currency: usd
0.00%

Tax Date: 10/04/05
Containers: 0.00
Line Charges: 0.00

Line Total:        338.96
Discount:            0.00
10 :            0.00
20 :            0.00
30 :            0.00
Total Tax:            0.00
Total:        338.96

```
CDC/Mid-State Division                        I N V O I C E
7750 S. Division
Grand Rapids, MI 49548              Invoice: 00215393   Revision:    0
USA                           Invoice Date: 10/05/05      Page:     1
                                Print Date: 10/10/05


      Bill To: 531B1                  Sold To: 531S3

   DELPHI AUTOMOTIVE SYSTEMS        DELPHI COLUMBUS OPERATIONS
   1401 CROOKS ROAD                 200 GEORGESVILLE RD
   TROY, MI 48084                   COLUMBUS, OH 43228
   USA                             USA



   Sales Order: S531S3            Ship Date: 10/05/05
    Order Date:
 Salesperson(s):                    Ship To: 531s3
                                   Ship Via: Ohio Connection
   Credit Terms:                        BOL: 00215393
                                 FOB Point: Grand Rapids, MI

          Resale:
          Remarks:
```

| Item Number | UM | Shipped | Qty B/O | Tax | Price | Extended Price |
|---|---|---|---|---|---|---|
| 531905 | EA | 100.0 | 0.0 | No | 0.925 | 92.50 |
| Customer Item : 16887905 | | | | | | |
| Top Plate | | | | | | |
| Boxes @ 50 | | | | | | |
| Purchase Order: 0550072195 | | | | | | |
| 531906 | EA | 170.0 | 0.0 | No | 0.363 | 61.71 |

```
---------------------------------------------------------------------
          *********** CONTINUED ***********
```

```
CDC/Mid-State Division                    I N V O I C E
7750 S. Division
Grand Rapids, MI 49548            Invoice: 00215393  Revision:    0
USA                         Invoice Date: 10/05/05  Page:        2
                              Print Date: 10/10/05


     Bill To: 531B1              Sold To: 531S3

  DELPHI AUTOMOTIVE SYSTEMS     DELPHI COLUMBUS OPERATIONS
  1401 CROOKS ROAD              200 GEORGESVILLE RD
  TROY, MI 48084                COLUMBUS, OH 43228
  USA                           USA
```

| Item Number | UM | Shipped | Qty B/O | Tax | Price | Extended Price |
|---|---|---|---|---|---|---|
| 531906 | | ** Cont ** | | | | |
| Customer Item : 16887906 | | | | | | |
| LEVER-UNLATCHING | | | | | | |
| ____ BOXES @ 170 | | | | | | |
| Purchase Order: 0550072195 | | | | | | |
| 531908 | EA | 150.0 | 0.0 | No | 0.41 | 61.50 |
| Customer Item : 16887908 | | | | | | |
| LEVER | | | | | | |
| ____ BOXES @ 75 | | | | | | |
| Purchase Order: 0550072195 | | | | | | |

```
------------------------------------------------------------------
                    Currency: usd     Line Total:          215.71
                             0.00%       Discount:           0.00
                                              10 :           0.00
  Tax Date: 10/05/05                          20 :           0.00
   Containers: 0.00                           30 :           0.00
 Line Charges: 0.00                      Total Tax:          0.00
                                            Total:         215.71
```

```
CDC/Mid-State Division                          I N V O I C E
7750 S. Division
Grand Rapids, MI 49548              Invoice: 00215401   Revision:    0
USA                           Invoice Date: 10/06/05      Page:     1
                                Print Date: 10/10/05


    Bill To: 531B1                    Sold To: 531S3

    DELPHI AUTOMOTIVE SYSTEMS         DELPHI COLUMBUS OPERATIONS
    1401 CROOKS ROAD                  200 GEORGESVILLE RD
    TROY, MI 48084                    COLUMBUS, OH 43228
    USA                              USA




  Sales Order: S531S3               Ship Date: 10/06/05
   Order Date:
Salesperson(s):                       Ship To: 531s3
                                     Ship Via: Ohio Connection
  Credit Terms:                          BOL: 00215401
                                    FOB Point: Grand Rapids, MI
      Resale:
     Remarks:
```

| Item Number | UM | Shipped | Qty B/O | Tax | Price | Extended Price |
|---|---|---|---|---|---|---|
| 531905 | EA | 150.0 | 0.0 | No | 0.925 | 138.75 |
| Customer Item : 16887905 | | | | | | |
| Top Plate | | | | | | |
| Boxes @ 50 | | | | | | |
| Purchase Order: 0550072195 | | | | | | |
| 531906 | EA | 170.0 | 0.0 | No | 0.363 | 61.71 |

```
----------------------------------------------------------------------
                  *********** CONTINUED ************
```

```
CDC/Mid-State Division                      I N V O I C E
7750 S. Division
Grand Rapids, MI 49548          Invoice: 00215401   Revision:    0
USA                        Invoice Date: 10/06/05      Page:     2
                             Print Date: 10/10/05


     Bill To: 531B1              Sold To: 531S3

  DELPHI AUTOMOTIVE SYSTEMS      DELPHI COLUMBUS OPERATIONS
  1401 CROOKS ROAD               200 GEORGESVILLE RD
  TROY, MI 48084                 COLUMBUS, OH 43228
  USA                            USA
```

| Item Number | UM | Shipped | Qty B/O | Tax | Price | Extended Price |
|---|---|---|---|---|---|---|
| | | ** Cont ** | | | | |
| 531906 | | | | | | |
| Customer Item : 16887906 | | | | | | |
| LEVER-UNLATCHING | | | | | | |
| _____ BOXES @ 170 | | | | | | |
| Purchase Order:  0550072195 | | | | | | |
| 531908 | EA | 150.0 | 0.0 | No | 0.41 | 61.50 |
| Customer Item : 16887908 | | | | | | |
| LEVER | | | | | | |
| _____ BOXES @ 75 | | | | | | |
| Purchase Order:  0550072195 | | | | | | |

```
-------------------------------------------------------------------
                       Currency: usd    Line Total:      261.96
                                 0.00%    Discount:         0.00
                                             10 :          0.00
 Tax Date: 10/06/05                          20 :          0.00
  Containers: 0.00                           30 :          0.00
Line Charges: 0.00                     Total Tax:          0.00
                                           Total:        261.96
```

```
CDC/Mid-State Division                        I N V O I C E
7750 S. Division
Grand Rapids, MI 49548             Invoice: 00215414   Revision:   0
USA                          Invoice Date: 10/07/05     Page:     1
                               Print Date: 10/10/05


      Bill To: 531B1                  Sold To: 531S3

   DELPHI AUTOMOTIVE SYSTEMS        DELPHI COLUMBUS OPERATIONS
   1401 CROOKS ROAD                 200 GEORGESVILLE RD
   TROY, MI 48084                   COLUMBUS, OH 43228
   USA                             USA



   Sales Order: S531S3          Ship Date: 10/07/05
     Order Date:
 Salesperson(s):                   Ship To: 531s3
                                  Ship Via: Ohio Connection
    Credit Terms:                      BOL: 00215414
                                FOB Point: Grand Rapids, MI
         Resale:
        Remarks:
```

| Item Number | UM | Shipped | Qty B/O | Tax | Price | Extended Price |
|---|---|---|---|---|---|---|
| 531905 | EA | 50.0 | 0.0 | No | 0.925 | 46.25 |
| Customer Item : 16887905 | | | | | | |
| Top Plate | | | | | | |
|    Boxes @ 50 | | | | | | |
| Purchase Order:  0550072195 | | | | | | |
| 531908 | EA | 75.0 | 0.0 | No | 0.41 | 30.75 |

```
----------------------------------------------------------------------
               *********** CONTINUED ***********
```

```
CDC/Mid-State Division                        I N V O I C E
7750 S. Division
Grand Rapids, MI 49548            Invoice: 00215414   Revision:    0
USA                         Invoice Date: 10/07/05   Page:        2
                              Print Date: 10/10/05


       Bill To: 531B1                  Sold To: 531S3

    DELPHI AUTOMOTIVE SYSTEMS         DELPHI COLUMBUS OPERATIONS
    1401 CROOKS ROAD                  200 GEORGESVILLE RD
    TROY, MI 48084                    COLUMBUS, OH 43228
    USA                              USA
```

| Item Number | UM | Shipped | Qty B/O | Tax | Price | Extended Price |
|---|---|---|---|---|---|---|
| 531908 | | ** Cont ** | | | | |
| Customer Item : 16887908 | | | | | | |
| LEVER | | | | | | |
| _____ BOXES @ 75 | | | | | | |
| Purchase Order:   0550072195 | | | | | | |

```
-----------------------------------------------------------------
                      Currency: usd    Line Total:        77.00
                              0.00%      Discount:         0.00
                                             10 :          0.00
    Tax Date: 10/07/05                        20 :          0.00
     Containers: 0.00                         30 :          0.00
   Line Charges: 0.00               Total Tax:             0.00
                                          Total:          77.00
```