UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
:
In re                                                         :
:   Chapter 11
DELPHI CORPORATION, et al.,                                   :
:   Case No. 05 -44481 (RDD)
Debtors.                                                      :
:   (Jointly Administered)
:
------------------------------------------------------------- x

## NOTICE OF STATUS AS A SUBSTANTIAL EQUITYHOLDER

PLEASE TAKE NOTICE that State Street Bank and Trust Company ("State Street"), in its capacity as trustee of the State Street Bank and Trust Company Company Stock Funds for Employee Benefit Trusts, a collective trust, in which the Delphi Automotive Systems Savings Trust and the General Motors Savings Plans Trust own units on behalf of the Delphi Automotive Systems Corporation Savings-Stock Purchase Program for Salaried Employees, the Delphi Personal Savings Plan For Hourly Rate Employees, the General Motors Savings-Stock Purchase Program, the General Motors Personal Savings Plans and the General Motors Insurance Security Plan may be a Substantial Equityholder with respect to the common stock (the "Common Stock") of Delphi Corporation ("Delphi"), a debtor and debtor-in-possession in Case No. 05-44481 pending in the United States Bankruptcy Court for the Southern District of New York.

PLEASE TAKE FURTHER NOTICE that, as of October 13, 2005, State Street holds legal title to (but holds no equitable interest in) legal owner of 24,370,940 shares of the Common Stock of Delphi. State Street initially acquired 46,678,209 shares of Delphi Common Stock on June 1, 1999 when General Motors Corporation spun Delphi out as a new public company. The shares State Street owns are held in connection with several employee retirement plans maintained by General Motors Corporation and Delphi. The normal administration of the plans involves sales of the Common Stock from time to time at the direction of participants, and in the case of Delphi maintained plans, the acquisition of Common Stock from time to time through March 11, 2005, when State Street stopped acquiring additional shares. These sales and purchases occur on almost a daily basis and, therefore, it is not possible to list the acquisition date of the Common Stock.

PLEASE TAKE FURTHER NOTICE that the taxpayer identification number of State Street is 04-3521912.

PLEASE TAKE FURTHER NOTICE that, under penalties of perjury, State Street hereby declares that it has examined this Notice and accompanying attachments (if any), and, to

PI-1453314 v2

the best of its knowledge and belief, this Notice and any attachments which purport to be part of this Notice are true, correct, and complete.

    PLEASE TAKE FURTHER NOTICE that, pursuant to that certain Order Under 11 U.S.C. §§ 105, 362, And 541 And Bankruptcy Rule 3001 (A) Establishing Notification Procedures Applicable To Substantial Holders Of Claims And Equity Securities, (B) Establishing Notification And Hearing Procedures For Trading In Claims And Equity Securities, And (C) Allowing A Hearing On The Prospective Application Thereof (the "Order"), this Notice is being (A) filed with the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, and (B) served upon (i) the Debtors, Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098-2815, Att'n General Counsel and Chief Tax Officer and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606-1285, Att'n John K. Lyons and Randall G. Reese.

    PLEASE TAKE FURTHER NOTICE that this Notice and State Street's Notice of Intent to Sell, Trade or Otherwise Transfer an Equity Interest are each and both filed under a reservation of all rights, and neither Notice is an admission that State Street is a "Substantial Equityholder" subject to the Order.

Respectfully submitted,

State Street Bank and Trust Company in its capacity as Trustee of the State Street Bank and Trust Company Company Stock Funds, a collective trust

By: *Denise Sisk*
Name: Denise Sisk
Title: Vice President

Address: State Street Bank & Trust
One Lincoln Street
Boston MA 02111
Telephone: 617-664-5128
Facsimile: 617-946-9434

Date: 10/13/05

-2-