Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT  06890-1436
(203) 319-4000
(203) 319-4034 Facsimile
Charles J. Filardi, Jr. (CF-3262)

Attorneys for FedEx Trade Networks Transport & Brokerage, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.*, | : | Case No. 05-44481 (RDD) |
| | : | |
|     Debtors. | : | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE**  that the undersigned appears as counsel for FedEx Trade Networks Transport & Brokerage, Inc., and pursuant to Section 1109(b) of Title 11 of the United States Code and Rule 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case be given to and served upon:

>Charles J. Filardi, Jr., Esq.
>Pepe & Hazard LLP
>30 Jelliff Lane
>Southport, CT  06890-1436
>Tel. No.: (203) 319-4042
>Fax No.: (203) 319-4034
>e-mail: cfilardi@pepehazard.com

**PLEASE TAKE FURTHER NOTICE** that,  pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, the foregoing request includes not only the notice and papers referred to in the rules specified above, but all other notices and papers, including, but not limited to: copies of any application, motion, petition, pleading, request, complaint or

demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, that affects the Debtor's property in the possession, custody or control of the Debtor of the Debtor's Chapter 11 estate.

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is intended neither as a consent to or waiver of the right to challenge the jurisdiction of the United States Bankruptcy Court including, without limitation, the jurisdiction of the Court to adjudicate non-core matters, which right the Committee reserves without prejudice.

Dated: October 14, 2005    By:    /s/ *Charles J. Filardi, Jr.*
Charles J. Filardi, Jr. (CF-3262)
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890-1436
(203) 319-4000
(203) 319-4034 Facsimile

Attorneys for FedEx Trade
Networks Transport & Brokerage, Inc.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of October, 2005 a copy of the foregoing Notice of Appearance and Request for Notices has been served Electronically on the parties listed on the attached notice and via first class mail, postage pre-paid to the following parties:

<u>Office of the United States Trustee:</u>
Alicia M. Leonhard
Office of the United States Trustee
33 Whitehall St., Suite 2100
New York, NY  10004

<u>Claims & Noticing Agent</u>:
Kurtman Carson Consultants LLC
12910 Culver Blvd., Suite I
Los Angeles, CA 90066


    /s/ *Charles J. Filardi, Jr.*
Charles J. Filardi, Jr.