

TORYS LLP

NEW YORK   TORONTO

237 Park Avenue
New York, New York
10017.3142

TEL 212.880.6000
FAX 212.682.0200

www.torys.com

Jason R. Adams
Direct Tel. 212.880.6167
jadams@torys.com

October 14, 2005

**VIA FEDERAL EXPRESS (w/enclosures)
& FACSIMILE (w/o enclosures)**

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098-2815
Attn: Robert S. Miller, Jr.

**VIA FEDERAL EXPRESS (w/enclosures)
& FACSIMILE (w/o enclosures)**

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Attn:   John Wm. Butler, Jr., Esq.
        Kayalyn A. Marafioti, Esq.

Re: In re Delphi Corporation, *et al.* Case No. 05-44481 (RDD);
Reclamation of Product Sold by FisherCast Global Corporation
to Delphi Corporation

Dear Sir or Madam:

      We write to you as counsel for FisherCast Global Corporation ("FisherCast"). Within the time period permitted for the reclamation of goods, FisherCast shipped various goods and products (hereinafter the "Product") valued at $261,305.17 to Delphi Corporation and certain other of its U.S. affiliates ("Delphi"). A summary of the invoice numbers, item numbers and amounts owed is attached hereto. Copies of the invoices are also attached for your reference.

5803975.2
99900-0001

- 2 -

       It has come to our attention that on October 8, 2005, Delphi filed for bankruptcy. We write to provide notice that FisherCast is asserting its right of reclamation under 11 U.S.C. §546(c), §2-207 of the Uniform Commercial Code, and other applicable law, and we hereby demand reclamation of all goods, including but not limited to the Product, shipped from FisherCast, and received by Delphi on or after September 28, 2005, which are described and listed in the attached invoices.

       We reclaim these goods because of your insolvency and your filing for bankruptcy. These goods should be immediately accounted for and an inventory taken of what is on hand at the time this reclamation demand is received. A copy of that inventory should be immediately supplied to us. In addition, the goods should be immediately segregated from your other inventory and set aside until action can be taken under Section 546 to acknowledge our rights.

Sincerely,

*[signature]*

Jason R. Adams

Enclosures

cc:   Jim Pantelidis, FisherCast Global Corporation (w/o enclosures)
      Bill Davie, FisherCast Global Corporation (w/o enclosures)

5803975.2

**Enclosures Provided With Originals**