## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the Notice of Appearance and Request for Service of Papers was served on October 14th, 2005, via first class mail, postage prepaid, to the parties set forth on the attached Service List:

/s/ *Christina Fox*
Christina Fox

***SERVICE LIST***

| | |
|---|---|
| John Wm. Butler, Jr., Esq.<br>Skadden Arps Slate Meagher & Flom (IL)<br>333 West Wacker Drive<br>Chicago, IL 60606-1285 | Kayalyn A. Marafioti Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 |
| Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>NY, NY 10004<br>Attn: Alicia M. Leonard | Bose McKinney & Evans LLP<br>135 N. Pennsylvania St.<br>Suite 2700<br>Indianapolis, IN 46204<br>Attn: Jeannette Hinshaw |
| Margulies & Levinson LLP<br>30100 Chagrin Blvd.<br>Suite 250<br>Pepper Pike, OH 44124<br>Attn: Jeffrey M. Levinson<br>Leah M. Kaplan | Patrick E. Mears<br>300 Ottawa Ave. NW<br>Suite 500<br>Grand Rapids, MI 49503 |
| United States Bankruptcy Court<br>One Bowling Green, 6th Fl.<br>New York, NY 10004<br>Attn: Kathleen Farrell<br>Clerk of the Court | Warner Norcross & Judd LLP<br>900 Fifth Third Center<br>111 Lyon Street, N.W.<br>Grand Rapids, MI 49503<br>Attn: Gordon J. Toering |

Genovese Joblove & Battista, PA
100 SE 2nd St, Suite 4400
Miami, FL 33131
Attn: Craig P. Rieders

Morrison Cohen LLP
909 Third Avenue
New York, NY 10022
Attn: Joseph T. Moldovan
Michael R. Dal Lago

Munsch Hardt Kopf & Harr, P.C.
4000 Fountain Place
Dallas, TX 75202
Attn: Raymond J. Urbanik
Joseph Wielebinski
Davor Rukavina

Smith, Katzenstein & Furlow
800 Delaware Ave.
P.O. Box 410
Wilmington, DE 19899
Attn: Kathleen M. Miller

Airgas, Inc.
259 Radnor-Chester Road
Suite 100
P.O. Box 6675
Radnor, PA 19087
Attn: Mr. David Boyle

Barnes & Thornburg LLP
11 S. Meridian St.
Indianapolis, IN 46204
Attn: Michael K. McCrory
Wendy D. Brewer

Norris McLaughlin & Marcus
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876
Attn: Elizabeth L. Abdelmasieh

Curtis, Mallot-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178
Attn: Steven J. Reisman
Andrew M. Thau

DLA Piper Rudnick Gray Cary US LLP
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209
Attn: Richard M. Kremen
Maria Ellena Chavez-Ruark

Linebarger Goggan Blair & Sampson LLP
2323 Bryan St., Suite 1600
Dallas, TX 75201
Attn: Elizabeth Weller

Kirkpatrick & Lockhart Nicholson Graham LLP
599 Lexington Ave
New York, NY 10022
Attn: Edward M. Fox

Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE 19890
Attn: Steven M. Cimalore

Greensfelder, Hemker & Gale, P.C.
10 S. Broadway, Suite 200
St. Louis, MO 63102
Attn: Cherie Macdonald
J. Patrick Bradley

Halperin Battaglia Raicht LLP
555 Madison Avenue, 9th Fl.
New York, NY 10022
Attn: Christopher J. Battaglia
Alan D. Halperin

Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W., Ste. 340
Washington, DC 20005
Attn: Ralph L. Landy

Cohen, Weiss & Simon LLP
330 West 42nd Street
New York, NY 10036
Attn: Joseph J. Vitale

Seyfarth Shaw LLP
1545 Peachtree St, N.E.
Suite 700
Atlanta, GA 30309
Attn: Paul M. Baisier

Contrarian Capital Management, LLC
411 West Putnam Avenue
Suite 225
Greenwich, CT 06830
Attn: Janice Stanton
Mark Lee
Bill Raine
Seth Lax

Seyfarth Shaw LLP
1270 Avenue of the Americas
Suite 2500
New York, NY 10020
Attn: Robert W. Dremluk

Stevens & Lee, P.C.
485 Madison Avenue, 20th Fl.
New York, NY 10022
Attn: Chester B. Salomon
Constantine D. Pourakis

Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103
Attn: Sandra A. Riemer

Lewis and Roca LLP
40 North Central Ave.
Phoenix, AZ 85004
Attn: Susan M. Freeman

Lewis and Roca LLP
One S. Church Street
Suite 700
Tucson, AZ 85701
Attn: Rob Charles

Goulston & Storrs, PC
400 Atlantic Ave
Boston, MA 02110
Attn: Peter D. Bilowz

Hodgson Russ LLP
One M&T Plaza, Suite 2000
Buffalo, NY 14203
Attn: Cheryl R. Storie

Hodgson Russ LLP
Carnegie Hall Towe
152 West 57th Street, 35th Floor
New York, NY 10019
Attn: Stephen H. Gross

Lord, Bissell & Brook LLP
115 South LaSalle Street
Chicago, IL 60603
Attn: Timothy W. Brink

Lord, Bissell & Brook LLP
115 South LaSalle Street
Chicago, IL 60603
Attn: Timothy S. McFadden

Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216
Attn: Robert J. Sidman

Cohn Birnbaum & Shea P.C.
100 Pearl Street, 12th Fl.
Hartford, CT 06103
Attn: Scott D. Rosen

Linebarger Goggan Blair & Sampson LLP
1949 South IH 35 (78741)
P.O. Box 17428
Austin, TX 78760
Attn: Diane W. Sanders

26 Broadway, 17th Floor
New York, NY 10004
Attn: Charles E. Boulbol

Waller Lansden Dortch & Davis, PLLC
511 Union Street, Suite 2700
Nashville, TN 37219
Attn: David E. Lemke
Robert J. Welhoelter

Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
Attn: Darryl S. Laddin
Heath J. Vicente

Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119
Attn: Albert Togut

McCarter & English LLP
245 Park Ave., 27th Fl.
New York, NY 10167
Attn: David J. Adler

McDonald Hopkins Co., LPA
600 Superior Avenue, E.
Suite 2100
Cleveland, OH 44114
Attn: Shawn M. Riley
Scott N. Opincar

Republic Engineered Products, Inc.
3770 Embassy Parkway
Akron, OH 44333
Attn: Mr. Joseph Lapinsky

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Martin J. Bienenstock
Michael P. Kessler
Jeffrey L. Tanenbaum

Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Attn: Robert B. Weiss
Frank L. Gorman

Fox Rothschild LLP
13 East 37th Street, Suite 800
New York, NY 10016
Attn: Fred Stevens

Fox Rothschild LLP
1301 Atlantic Ave., Suite 400
Atlantic City, NJ 08401
Attn: Michael J. Viscount, Jr.

Todd & Levi LLP
444 Madison Avenue
Suite 1202
New York, NY 10022
Attn: Jill Levi

Bear, Stearns Investment Products, Inc.
383 Madison Avenue
New York, NY 10179
Attn: Jeff Farkas

QAD, Inc.
Legal Department
10,000 Midatlantic Drive
Mr. Laurel, NJ 08054
Attn: Jason Pickering

McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102
Attn: Jeffrey Bernstein

Stinson Morrison Hecker LLP
1201 Walnut Street
Kansas City, MO 64106
Attn: Mark S. Shaiken

250 Monroe Ave, Ste. 800
PO Box 306
Grand Rapids, MI 49501
Attn: Thomas P. Sarb
Robert D. Wolford
Miller Johnson

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
Attn: William C. Heuer

Krugliak, Wilkins, Griffiths & Dougherty Co., L.P.A.
4775 Munson Street N.W./P.O. Box 36963
Canton, OH 44735
Attn: Sam O. Simmerman

Morgan, Lewis & Bockius LLP
300 South Grand Ave.
Los Angeles, CA 90071
Attn: Richard W. Esterkin

Barnes & Thornburg LLP
300 Ottawa Avenue, N.W.
Suite 500
Grand Rapids, MI 49503
Attn: John T. Gregg

DiConza Law, P.C.
630 Third Avenue
New York, NY 10017
Attn: Gerard DiConza

Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
Attn: Jennifer L. Adamy

Stites & Harbison, PLLC
400 West Market Street
Louisville, KY 40202
Attn: W. Robinson Beard

Law Offices of Robert E. Luna P.C.
4411 N. Central Exressway
Dallas, TX 75205
Attn: Andrea Sheehan

Linear Technology Corporation
1630 McCarthy Blvd.
Milpitas, CA 95035
Attn: John England

McDermott Will & Emery LLP
50 Rockefeller Plaza
New York, NY 10020
Attn: James M. Sullivan

Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
Attn: Margery N. Reed
Wendy M. Simkulak

Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005
Attn: Robert Usadi

Katten Michin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
Attn: John P. Sieger, Esq.
Joseph B. DiRago, Esq.
Qubilah A. Davis, Esq.

Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07960
Attn: John S. Mairo, Esq.
Brett S. Moore, Esq.

Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Attn: Frederick D. Holden, Jr., Esq.

Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
Attn: Alyssa England, Esq.

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn: Mark I. Bane

Kramer Mellen, P.C.
3000 Town Center, Ste. 1700
Southfield, MI 48075
Attn: Gary H. Cunningham

Kurtzman Carson Consultants LLC
12910 Culver Blvd
Suite I
Los Angeles, CA 90066