KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Robert N. Michaelson, Esq. (RM-5925)
599 Lexington Avenue
New York, New York 10022
Telephone (212) 536-3900

*Attorneys for Mobile Display Systems*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                              :        Chapter 11
                                                                       :        Case No. 05-44481 (RDD)
DELPHI CORPORATON, et al.,                           :        (Jointly Administered)
                                                                       :        Hon. Robert D. Drain
                              Debtors.                          :
                                                                       :
                                                                       :
------------------------------------------------------------X

## RECLAMATION DEMAND OF MOBILE DISPLAY SYSTEMS

Mobile Display Systems ("MDS"), by its undersigned counsel, hereby makes this reclamation demand pursuant to section 546(c)(1) of the United States Bankruptcy Code and section 2-702 of the Uniform Commmercial Code and the procedures established by order of the United States Bankruptcy Court for the Southern District of New York granting the Motion for Order Under 11 U.S.C. §§ 362, 503 and 546 and Fed. R. Bankr. P. 9019 for Treatment of Reclamation Claims ("Order") in the chapter 11 cases of the above-captioned debtors (the "Debtors").

MDS's reclamation demand is goods delivered to the Debtors during the statutory reclamation period having an aggregate value of $124,961.82, as reflected on the spreadsheets annexed hereto. The goods delivered by MDS to the Debtors are too varied and extensive to itemize herein. However, the spreadsheets identify, among other things, the Debtors' purchase

NY-392552 v5

- 2 -

order numbers which MDS submits is sufficient to enable the Debtors to reasonably determine the goods MDS wishes to reclaim. MDS reserves the right to amend this demand.

Dated: October 14, 2005

                                      KIRKPATRICK & LOCKHART
                                      NICHOLSON GRAHAM LLP
                                      Counsel for Mobile Display Systems
                                      599 Lexington Avenue
                                      New York, New York 10022
                                      Telephone (212) 536-3900

                                      By: _____
                                             Robert N. Michaelson (RM-5925)

NY #439324 2-v2-Delphi_Spreadsheet.XLS

| NO. | Supplier Name | Invoice # | Invoice $$ Amount | Part No | Oem Part | Supplier Part | Tran No | Tran Date | Qty | Price per part | ASN | Pack Slip | Lot | Pull No | Tran Name | Area | Job No | Ship Cum | Rec Cum | Pull Ref | User | Waybill | Line/ Plant | Area/ Plant | Plant | PO NO | PID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PHILIPS_MOB_DI | 9301025398 | 10,174.50 | 9400563 | 9400563 | LPH8707-1 / 936030 | 3853012 | 09/29/2005 13:55 | 630 | 16.15 | 373 | 373 | 530 | 52724 | KB2 Ship | Inventory | 527448 | 29700 | 37560 | 0 | Castillo Alejandro | 52724 | BCD | DELPHI | 5.5E+08 | 8672 |
| 2 | PHILIPS_MOB_DI | 9301025516 | 4,608.64 | 9394225 | 9394225 | LPH7897-2 / 936030 | 3855731 | 09/30/2005 6:26 | 304 | 15.16 | 374 | 374 | 538 | 527362 | KB2 Ship | Inventory | 527983 | 52744 | 58216 | 0 | Hernandez Alejand | 5E+05 | DA31 | PLANT3 | DELPHI | 5.5E+08 | 8672 |
| 3 | PHILIPS_MOB_DI | 9301025515 | 4,608.64 | 9394225 | 9394225 | LPH7897-2 / 936030 | 3855910 | 09/30/2005 9:38 | 304 | 15.16 | 375 | 375 | 538 | 527363 | KB2 Ship | Inventory | 528040 | 53048 | 58216 | 0 | Villegas Jesus | 5E+05 | DA31 | PLANT3 | DELPHI | 5.5E+08 | 8672 |
| 4 | PHILIPS_MOB_DI | 9301025514 | 5,814.00 | 9400563 | 9400563 | LPH8707-1 / 936030 | 3856840 | 09/30/2005 14:13 | 360 | 16.15 | 376 | 376 | 530 | 52734 | KB2 Ship | Inventory | 528221 | 30060 | 37560 | 0 | Javier Santiago | 52734 | DA26 | BCD | DELPHI | 5.5E+08 | 8672 |
| 5 | PHILIPS_MOB_DI | 9301025510 | 6,919.20 | 9398335 | 9398335 | LPH8464-1 / 936030 | 3858420 | 10/01/2005 1:28 | 360 | 19.22 | 377 | 377 | 536 | 52741 | KB2 Ship | Inventory | 528537 | 6160 | 6680 | 0 | Hernandez Alejand | 52741 | DA26 | BCD | DELPHI | 5.5E+08 | 8671 |
| 6 | PHILIPS_MOB_DI | 9301025513 | 2,907.00 | 9400563 | 9400563 | LPH8707-1 / 936030 | 3859821 | 10/01/2005 9:41 | 180 | 16.15 | 378 | 378 | 532 | 52743 | KB2 Ship | Inventory | 528778 | 30240 | 37560 | 0 | Jasso Orlando | 52743 | DA26 | BCD | DELPHI | 5.5E+08 | 8673 |
| 7 | PHILIPS_MOB_DI | 9301025512 | 2,907.00 | 9400563 | 9400563 | LPH8707-1 / 936030 | 3860297 | 10/01/2005 14:01 | 180 | 16.15 | 379 | 379 | 532 | 52744 | KB2 Ship | Inventory | 528868 | 30420 | 37560 | 0 | Santiago Norberto | 52744 | DA26 | BCD | DELPHI | 5.5E+08 | 8672 |
| 8 | PHILIPS_MOB_DI | 9301025511 | 2,907.00 | 9400563 | 9400563 | LPH8707-1 / 936030 | 3860542 | 10/01/2005 17:30 | 180 | 16.15 | 380 | 380 | 532 | 52745 | KB2 Ship | Inventory | 528919 | 30600 | 37560 | 0 | Perez Ruben | 52745 | DA26 | BCD | DELPHI | 5.5E+08 | 8672 |
| 9 | PHILIPS_MOB_DI | 9301025509 | 2,304.32 | 9394225 | 9394225 | LPH7897-2 / 936030 | 3864316 | 10/03/2005 15:10 | 152 | 15.16 | 381 | 381 | 538 | 527665 | KB2 Ship | Inventory | 529619 | 53200 | 59432 | 0 | Vite Jose A | 5E+05 | DA31 | PLANT3 | DELPHI | 5.5E+08 | 8672 |
| 10 | PHILIPS_MOB_DI | 9301025521 | 2,304.32 | 9394225 | 9394225 | LPH7897-2 / 936030 | 3864852 | 10/03/2005 18:36 | 152 | 15.16 | 382 | 382 | 538 | 527666 | KB2 Ship | Inventory | 529725 | 53352 | 59432 | 0 | Padilla David | 5E+05 | DA31 | PLANT3 | DELPHI | 5.5E+08 | 8672 |
| 11 | PHILIPS_MOB_DI | 9301025522 | 4,608.64 | 9394225 | 9394225 | LPH7897-2 / 936030 | 3867363 | 10/04/2005 10:10 | 304 | 15.16 | 383 | 383 | 538 | 527763 | KB2 Ship | Inventory | 530162 | 53656 | 59432 | 0 | Vite Jose A | 5E+05 | DA31 | PLANT3 | DELPHI | 5.5E+08 | 8672 |
| 12 | PHILIPS_MOB_DI | 9301025523 | 2,304.32 | 9394225 | 9394225 | LPH7897-2 / 936030 | 3868119 | 10/04/2005 13:07 | 152 | 15.16 | 384 | 384 | 538 | 527764 | KB2 Ship | Inventory | 530260 | 53808 | 59432 | 0 | Castillo Alejandro | 5E+05 | DA31 | PLANT3 | DELPHI | 5.5E+08 | 8672 |
| 13 | PHILIPS_MOB_DI | 9301025504 | 8,721.00 | 9400563 | 9400563 | LPH7897-2 / 936030 | 3869693 | 10/04/2005 21:33 | 540 | 16.15 | 385 | 385 | 532 | 52776 | KB2 Ship | Inventory | 530578 | 31140 | 37560 | 0 | Jasso Orlando | 52776 | DA26 | BCD | DELPHI | 5.5E+08 | 8673 |
| 14 | PHILIPS_MOB_DI | 9301025524 | 2,304.32 | 9394225 | 9394225 | LPH7897-2 / 936030 | 3870934 | 10/05/2005 3:16 | 152 | 15.16 | 386 | 386 | 538 | 527861 | KB2 Ship | Inventory | 530762 | 53960 | 59432 | 0 | Jasso Orlando | 5E+05 | DA31 | PLANT3 | DELPHI | 5.5E+08 | 8672 |
| 15 | PHILIPS_MOB_DI | 9301025526 | 4,608.64 | 9394225 | 9394225 | LPH7897-2 / 936030 | 3871595 | 10/05/2005 9:10 | 304 | 15.16 | 387 | 387 | 538 | 527863 | KB2 Ship | Inventory | 530932 | 54264 | 59432 | 0 | Villegas Jesus | 5E+05 | DA31 | PLANT3 | DELPHI | 5.5E+08 | 8672 |
| 16 | PHILIPS_MOB_DI | 9301025505 | 11,628.00 | 9400563 | 9400563 | LPH8707-1 / 936030 | 3871919 | 10/05/2005 10:18 | 720 | 16.15 | 388 | 388 | 532 | 0 | SOS Ship | Inventory | 530983 | 31860 | 37560 | NULL | Villegas Jesus | NULL | DA31 | NULL | DELPHI | 5.5E+08 | 8673 |
| 17 | PHILIPS_MOB_DI | 9301025520 | 2,304.32 | 9394225 | 9394225 | LPH7897-2 / 936030 | 3872266 | 10/05/2005 12:09 | 152 | 15.16 | 389 | 389 | 538 | 527864 | KB2 Ship | Inventory | 531023 | 54416 | 59432 | 0 | Villegas Jesus | 5E+05 | DA31 | PLANT3 | DELPHI | 5.5E+08 | 8672 |
| 18 | PHILIPS_MOB_DI | 9301025506 | 2,907.00 | 9400563 | 9400563 | LPH8707-1 / 936030 | 3872532 | 10/05/2005 13:48 | 180 | 16.15 | 390 | 390 | 532 | 52784 | KB2 Ship | Inventory | 531079 | 32040 | 37560 | 0 | Rafael Vill WH | 52784 | DA26 | BCD | DELPHI | 5.5E+08 | 8673 |
| 19 | PHILIPS_MOB_DI | 9301025519 | 4,608.64 | 9394225 | 9394225 | LPH7897-2 / 936030 | 3873488 | 10/05/2005 18:20 | 304 | 15.16 | 391 | 391 | 538 | 527866 | KB2 Ship | Inventory | 531182 | 54720 | 59432 | 0 | Rafael Vill WH | 5E+05 | DA31 | PLANT3 | DELPHI | 5.5E+08 | 8672 |
| 20 | PHILIPS_MOB_DI | 9301025527 | 2,304.32 | 9394225 | 9394225 | LPH7897-2 / 936030 | 3874560 | 10/06/2005 0:17 | 152 | 15.16 | 392 | 392 | 538 | 527868 | KB2 Ship | Inventory | 531371 | 54872 | 59432 | 0 | Ortega Epifanio | 5E+05 | DA31 | PLANT3 | DELPHI | 5.5E+08 | 8672 |
| 21 | PHILIPS_MOB_DI | 9301025507 | 4,360.50 | 9400563 | 9400563 | LPH8707-1 / 936030 | 3875790 | 10/06/2005 6:09 | 270 | 16.15 | 393 | 393 | 532 | 52792 | KB2 Ship | Inventory | 531497 | 32310 | 37560 | 0 | Barron Luis | 52792 | DA26 | BCD | DELPHI | 5.5E+08 | 8673 |
| 22 | PHILIPS_MOB_DI | 9301025491 | 2,304.32 | 9394225 | 9394225 | LPH7897-2 / 936030 | 3876776 | 10/06/2005 12:29 | 152 | 15.16 | 394 | 394 | 538 | 527964 | KB2 Ship | Inventory | 531681 | 55024 | 59432 | 0 | Villegas Jesus | 5E+05 | DA31 | PLANT3 | DELPHI | 5.5E+08 | 8672 |
| 23 | PHILIPS_MOB_DI | 9301025508 | 5,814.00 | 9400563 | 9400563 | LPH8707-1 / 936030 | 3877123 | 10/06/2005 14:07 | 360 | 16.15 | 395 | 395 | 534 | 52794 | KB2 Ship | Inventory | 531740 | 32670 | 37560 | 0 | Rafael Vill WH | 52794 | DA26 | BCD | DELPHI | 5.5E+08 | 8673 |
| 24 | PHILIPS_MOB_DI | 9301025495 | 4,360.50 | 9400563 | 9400563 | LPH8707-1 / 936030 | 3878570 | 10/06/2005 22:00 | 270 | 16.15 | 396 | 396 | 534 | 52796 | KB2 Ship | Inventory | 532060 | 32940 | 37560 | 0 | Barron Luis | 52796 | DA26 | BCD | DELPHI | 5.5E+08 | 8673 |
| 25 | PHILIPS_MOB_DI | 9301025492 | 4,608.64 | 9394225 | 9394225 | LPH7897-2 / 936030 | 3878952 | 10/07/2005 0:12 | 304 | 15.16 | 397 | 397 | 538 | 527978 | KB2 Ship | Inventory | 532141 | 55328 | 59432 | 0 | Ramires Cruz Jesu | 5E+05 | DA31 | PLANT3 | DELPHI | 5.5E+08 | 8672 |
| 26 | PHILIPS_MOB_DI | 9301025493 | 2,304.32 | 9394225 | 9394225 | LPH7897-2 / 936030 | 3881273 | 10/07/2005 11:51 | 152 | 15.16 | 398 | 398 | 538 | 528064 | KB2 Ship | Inventory | 532433 | 55480 | 59432 | 0 | Villegas Jesus | 5E+05 | DA31 | PLANT3 | DELPHI | 5.5E+08 | 8672 |
| 27 | PHILIPS_MOB_DI | 9301025496 | 1,938.00 | 9400563 | 9400563 | LPH8707-1 / 936030 | 3881696 | 10/07/2005 14:13 | 120 | 16.15 | 399 | 399 | 534 | 52804 | KB2 Ship | Inventory | 532489 | 33060 | 37560 | 0 | Trevinio Jose | 52804 | DA26 | BCD | DELPHI | 5.5E+08 | 8673 |
| 28 | PHILIPS_MOB_DI | 9301025497 | 2,907.00 | 9400563 | 9400563 | LPH8707-1 / 936030 | 3882443 | 10/07/2005 17:30 | 180 | 16.15 | 400 | 400 | 534 | 52805 | KB2 Ship | Inventory | 532571 | 33240 | 37560 | 0 | Trevinio Jose | 52805 | DA26 | BCD | DELPHI | 5.5E+08 | 8673 |
| 29 | PHILIPS_MOB_DI | 9301025480 | 2,304.32 | 9394225 | 9394225 | LPH7897-2 / 936030 | 3882668 | 10/07/2005 18:18 | 152 | 15.16 | 401 | 401 | 538 | 528066 | KB2 Ship | Inventory | 532589 | 55632 | 59432 | 0 | Trevinio Jose | 5E+05 | DA31 | PLANT3 | DELPHI | 5.5E+08 | 8672 |
| 30 | PHILIPS_MOB_DI | 9301025477 | 2,306.40 | 9398335 | 9398335 | LPH8464-1 / 936030 | 3884592 | 10/08/2005 6:17 | 120 | 19.22 | 402 | 402 | 536 | 52812 | KB2 Ship | Inventory | 532935 | 6280 | 6680 | 0 | Hernandez Alejand | 52812 | DA26 | BCD | DELPHI | 5.5E+08 | 8672 |
| TOTAL | | | 124,961.82 | | | | | | 7842 | | | | | | | | | | | | | | | | | |

Philips Confidential