David B. Aaronson (ID # DA 8387)
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA  19103-6996
(215) 988-2700

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| In re : | |
| : | Chapter 11 |
| DELPHI CORPORATION, et al., : | |
| : | Case No. 05-44481 (RDD) |
| : | Jointly Administered |
| Debtors : | |

------------------------------------------------------------X

NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Quaker Chemical Corporation, hereby appears herein through **DRINKER BIDDLE & REATH LLP**, its undersigned attorneys, and demands service of all notice and papers herein upon:

DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA  19103-6996
Attn:  Andrew C. Kassner, Esq.
David B. Aaronson, Esq.
215-988-2700/Telehone
215-988-2757/Facsimilie
david.aaronson@dbr.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, related in any way to the

debtor, its property, or its estate.  The undersigned requests that its name be added to the mailing matrix.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Demand for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: October 14, 2005

/s/ David B. Aaronson
David B. Aaronson (ID # DA 8387)
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA  19103-6996

Counsel for Quaker Chemical Corporation

David B. Aaronson (ID # DA 8387)
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996
(215) 988-2700

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                                    :
                                                         :    Chapter 11
DELPHI CORPORATION, et al.,                              :
                                                         :    Case No. 05-44481 (RDD)
                                                         :    Jointly Administered
                    Debtors                              :
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Jane L. Gorman, hereby certify that on this 14th day of October, 2005, I caused to be served by first class United States mail a copy of the Notice of Appearance and Demand For Service of Papers upon the following:

| | |
|---|---|
| United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 | John Wm. Butler, Jr.<br>Skadden, Arps, Slate, Meagher & Flom<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606 |
| Douglas P. Bartner<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | |

/s/ Jane L. Gorman
Legal Assistant
Drinker Biddle & Reath LLP

PHTRANS\442756\1