W. Robinson Beard
STITES & HARBISON, PLLC
400 W. Market Street
Louisville, Kentucky 40202

Telephone: (502) 587-3400
Facsimile: (502) 587-6391

Attorneys for Defendant
Wako Electronics (USA) Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Delphi Corporation et al., | ) | Case No. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors-in-Possession. | ) | Hon. Robert D. Drain |

## RECLAMATION NOTICE OF WAKO ELECTRONICS (USA) INC. PURSUANT TO 11 U.S.C. § 546

Please be advised that pursuant to 11 U.S.C § 546(c) and Section 2-702 of the Uniform Commercial Code, WAKO Electronics (USA) Inc. ("WAKO") hereby exercises its right to claim all inventory, product, equipment, parts, accessions and related materials (collectively, the "Goods") with a value of $119,944 described in the invoices attached hereto and incorporated herein by this reference and delivered to one or more business locations of the Debtors, Delphi Corporation and affiliates, during the period of time from September 28 through October 7, 2005. This notice shall perfect WAKO's interest in and to the Goods, as if such Goods had been seized by WAKO prior to the filing of the Debtors' Chapter 11 cases.

To the extent that the Debtors fail and/or refuse to return the Goods, WAKO asserts an administrative priority claim relating to the Goods pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 507(a)(1). By filing this Reclamation Demand, WAKO expressly reserves any and all of the

rights and remedies that it may possess against the Debtor, relating to the Goods covered by this demand or otherwise.

WAKO hereby makes demand to reclaim all of the Goods; alternatively, if Debtors fail and/or refuse to return the Goods, WAKO hereby seeks an administrative priority claim in the amount of $119,944 for such goods pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 507(a)(1) and request all such other further relief at law or in equity, to which it may be entitled.

Dated: October 14, 2005

>Respectfully submitted,
>
>/s/ W. Robinson Beard
>W. Robinson Beard
>STITES & HARBISON, PLLC
>400 West Market Street, Suite 1800
>Louisville, Kentucky 40202
>(502) 587-3400 – telephone
>(502) 587-6391 – facsimile
>loucourtsum@stites.com
>(Motion for Admission *Pro Hac Vice* pending)
>Counsel for WAKO Electronics (USA) Inc.

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing Notice has been served by first class mail, postage paid upon each of the persons set forth on the attached Service List on this the 14th day of October, 2005.

>/s/ W. Robinson Beard
>W. Robinson Beard

- 2 -

## **SERVICE LIST**

| | |
|---|---|
| John Wm. Butler, Jr., Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>333 Wet Wacker Drive<br>Chicago, IL 60606-1285 | Alicia M. Leonhard<br>United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 |
| Kayalyn A. Marafioti, Esq.<br>Thomas J. Matz, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>Fur Times Square<br>New York, NY 10036 | |

AK000:000AK:482063:1:LOUISVILLE