## Wako Electronics (USA) Inc.
### Aged Receivables W/Aged Date
As of Oct 10, 2005

| Customer | Invoice | Date | 0-30 Days | 31-60 | 61-90 | Over 90 days | Amount Due | Date Due |
|---|---|---|---|---|---|---|---|---|
| | | | | | 3,830.40 | | | |
| LPHI KETTERING 6559741 | 3470 | 8/1/05 | | | 3,830.40 | | 3,830.40 | 9/30/05 |
| LPHI KETTERING 6559741 | 3594 | 8/15/05 | | 2,553.60 | | | 2,553.60 | 10/14/05 |
| LPHI THERMAL 52411978 | 3710 | 8/25/05 | | 1,716.00 | | | 1,716.00 | 10/24/05 |
| LPHI MEXICO 52404535 | 3709 | 8/25/05 | | 10,260.00 | | | 10,260.00 | 10/24/05 |
| LPHI THERMAL 52411978 | 3720 | 8/26/05 | | 1,716.00 | | | 1,716.00 | 10/25/05 |
| LPHI MEXICO 52404535 | 3719 | 8/26/05 | | 10,260.00 | | | 10,260.00 | 10/25/05 |
| LPHI THERMAL 52411978 | 3731 | 8/29/05 | | 1,716.00 | | | 1,716.00 | 10/28/05 |
| LPHI MEXICO 52404535 | 3730 | 8/29/05 | | 10,260.00 | | | 10,260.00 | 10/28/05 |
| LPHI KETTERING 6559741 | 3729 | 8/29/05 | | 2,553.60 | | | 2,553.60 | 10/28/05 |
| LPHI THERMAL 52411978 | 3817 | 8/30/05 | | 5,148.00 | | | 5,148.00 | 10/29/05 |
| LPHI MEXICO 52404535 | 3816 | 8/30/05 | | 10,260.00 | | | 10,260.00 | 10/29/05 |
| LPHI THERMAL 52411978 | 3827 | 8/31/05 | | 1,716.00 | | | 1,716.00 | 10/30/05 |
| LPHI MEXICO 52404535 | 3828 | 8/31/05 | | 10,260.00 | | | 10,260.00 | 10/30/05 |
| LPHI THERMAL 52411978 | 3855 | 9/1/05 | | 1,716.00 | | | 1,718.00 | 10/31/05 |
| LPHI MEXICO 52404535 | 3854 | 9/1/05 | | 10,260.00 | | | 10,260.00 | 10/31/05 |
| LPHI THERMAL 52411978 | 3857 | 9/2/05 | | 3,432.00 | | | 3,432.00 | 11/1/05 |
| LPHI MEXICO 52404535 | 3856 | 9/2/05 | | 20,520.00 | | | 20,520.00 | 11/1/05 |
| LPHI KETTERING 6559741 | 3881 | 9/2/05 | | 2,553.60 | | | 2,553.60 | 11/1/05 |
| ELPHI THERMAL 52411978 | 3880 | 9/6/05 | | 1,716.00 | | | 1,716.00 | 11/5/05 |
| ELPHI MEXICO 52404535 | 3879 | 9/6/05 | | 10,260.00 | | | 10,260.00 | 11/5/05 |
| ELPHI THERMAL 52411978 | 3885 | 9/7/05 | | 1,716.00 | | | 1,716.00 | 11/6/05 |
| ELPHI MEXICO 52404535 | 3884 | 9/7/05 | | 10,260.00 | | | 10,260.00 | 11/6/05 |
| ELPHI THERMAL 52411978 | 3891 | 9/8/05 | | 3,432.00 | | | 3,432.00 | 11/7/05 |
| ELPHI MEXICO 52404535 | 3890 | 9/8/05 | | 20,520.00 | | | 20,520.00 | 11/7/05 |
| ELPHI KETTERING 6661260 | 3892 | 9/8/05 | | 2,882.00 | | | 2,882.00 | 11/7/05 |
| ELPHI THERMAL 52411978 | 3896 | 9/9/05 | | 2,574.00 | | | 2,574.00 | 11/8/05 |
| ELPHI MEXICO 52404535 | 3895 | 9/9/05 | | 10,260.00 | | | 10,260.00 | 11/8/05 |
| ELPHI THERMAL 52411978 | 3900 | 9/12/05 | 1,716.00 | | | | 1,716.00 | 11/11/05 |
| ELPHI MEXICO 52404535 | 3899 | 9/12/05 | 11,286.00 | | | | 11,286.00 | 11/11/05 |
| ELPHI THERMAL 52411978 | 3905 | 9/13/05 | 1,716.00 | | | | 1,716.00 | 11/12/05 |
| ELPHI MEXICO 52404535 | 3904 | 9/13/05 | 11,286.00 | | | | 11,286.00 | 11/12/05 |
| IELPHI THERMAL 52411978 | 3909 | 9/14/05 | 1,716.00 | | | | 1,716.00 | 11/13/05 |
| ELPHI MEXICO 52404535 | 3907 | 9/14/05 | 11,286.00 | | | | 11,286.00 | 11/13/05 |
| IELPHI KETTERING 6559741 | 3908 | 9/14/05 | 2,553.60 | | | | 2,553.60 | 11/13/05 |
| XELPHI THERMAL 52411978 | 3918 | 9/15/05 | 2,574.00 | | | | 2,574.00 | 11/14/05 |
| DELPHI MEXICO 52404535 | 3917 | 9/15/05 | 11,286.00 | | | | 11,286.00 | 11/14/05 |
| DELPHI THERMAL 52411978 | 3920 | 9/16/05 | 2,574.00 | | | | 2,574.00 | 11/15/05 |
| XELPHI MEXICO 52404535 | 3919 | 9/16/05 | 11,286.00 | | | | 11,286.00 | 11/15/05 |
| DELPHI THERMAL 52411978 | 3923 | 9/19/05 | 1,716.00 | | | | 1,716.00 | 11/18/05 |
| DELPHI MEXICO 52404535 | 3922 | 9/19/05 | 11,286.00 | | | | 11,286.00 | 11/18/05 |
| XELPHI THERMAL 52411978 | 3928 | 9/20/05 | 1,716.00 | | | | 1,716.00 | 11/19/05 |
| DELPHI MEXICO 52404535 | 3927 | 9/20/05 | 11,286.00 | | | | 11,286.00 | 11/19/05 |

## Wako Electronics (USA) Inc.
### Aged Receivables W/Aged Date
### As of Oct 10, 2005

| Customer | Invoice | Date | 0-30 Days | 31-60 | 61-90 | Over 90 days | Amount Due | Date Due |
|---|---|---|---|---|---|---|---|---|
| DELPHI THERMAL 52411978 | 3935 | 9/21/05 | 1,716.00 | | | | 1,716.00 | 11/20/05 |
| DELPHI MEXICO 52400312 | 3933 | 9/21/05 | 2,148.00 | | | | 2,148.00 | 11/20/05 |
| DELPHI MEXICO 52404535 | 3934 | 9/21/05 | 11,286.00 | | | | 11,286.00 | 11/20/05 |
| DELPHI KETTERING 6561260 | 3932 | 9/21/05 | 4,733.03 | | | | 4,733.03 | 11/20/05 |
| DELPHI THERMAL 52411978 | 3967 | 9/22/05 | 1,716.00 | | | | 1,716.00 | 11/21/05 |
| DELPHI THERMAL 52411978 | 3966 | 9/22/05 | 11,286.00 | | | | 11,286.00 | 11/21/05 |
| DELPHI MEXICO 52404535 | 4018 | 9/23/05 | 2,574.00 | | | | 2,574.00 | 11/22/05 |
| DELPHI MEXICO 52404535 | 4017 | 9/23/05 | 11,286.00 | | | | 11,286.00 | 11/22/05 |
| DELPHI THERMAL 52411978 | 4020 | 9/26/05 | 1,716.00 | | | | 1,716.00 | 11/25/05 |
| DELPHI MEXICO 52404535 | 4019 | 9/26/05 | 11,286.00 | | | | 11,286.00 | 11/25/05 |
| DELPHI THERMAL 52411978 | 4060 | 9/27/05 | 1,716.00 | | | | 1,716.00 | 11/26/05 |
| DELPHI MEXICO 52404535 | 4059 | 9/27/05 | 11,286.00 | | | | 11,286.00 | 11/26/05 |
| DELPHI THERMAL 52411978 | 4140 | 9/28/05 | 1,716.00 | | | | 1,716.00 | 11/27/05 |
| DELPHI MEXICO 52400312 | 4139 | 9/28/05 | 2,148.00 | | | | 2,148.00 | 11/27/05 |
| DELPHI MEXICO 52404535 | 4136 | 9/28/05 | 11,286.00 | | | | 11,286.00 | 11/27/05 |
| DELPHI THERMAL 52411978 | 4167 | 9/29/05 | 2,574.00 | | | | 2,574.00 | 11/28/05 |
| DELPHI MEXICO 52404535 | 4166 | 9/29/05 | 11,286.00 | | | | 11,286.00 | 11/28/05 |
| DELPHI THERMAL 52411978 | 4169 | 9/30/05 | 2,574.00 | | | | 2,574.00 | 11/29/05 |
| DELPHI THERMAL 52411978 | 4168 | 9/30/05 | 11,286.00 | | | | 11,286.00 | 11/29/05 |
| DELPHI THERMAL 52411978 | 4175 | 10/3/05 | 1,716.00 | | | | 1,716.00 | 12/2/05 |
| DELPHI MEXICO 52404535 | 4174 | 10/3/05 | 11,286.00 | | | | 11,286.00 | 12/2/05 |
| DELPHI THERMAL 52411978 | 4200 | 10/4/05 | 1,716.00 | | | | 1,716.00 | 12/3/05 |
| DELPHI MEXICO 52404535 | 4199 | 10/4/05 | 11,286.00 | | | | 11,286.00 | 12/3/05 |
| DELPHI THERMAL 52411978 | 4205 | 10/5/05 | 1,716.00 | | | | 1,716.00 | 12/4/05 |
| DELPHI THERMAL 52411978 | 4204 | 10/5/05 | 13,338.00 | | | | 13,338.00 | 12/4/05 |
| DELPHI MEXICO 52404535 | 4211 | 10/6/05 | 2,574.00 | | | | 2,574.00 | 12/5/05 |
| DELPHI THERMAL 52411978 | 4212 | 10/6/05 | 13,338.00 | | | | 13,338.00 | 12/5/05 |
| DELPHI MEXICO 52404535 | 4213 | 10/6/05 | 2,096.00 | | | | 2,096.00 | 12/5/05 |
| DELPHI THERMAL 52411978 | 4217 | 10/7/05 | 2,574.00 | | | | 2,574.00 | 12/6/05 |
| DELPHI MEXICO 52404535 | 4216 | 10/7/05 | 13,338.00 | | | | 13,338.00 | 12/6/05 |
| DELPHI KETTERING 6561260 | 4215 | 10/7/05 | 2,096.00 | | | | 2,096.00 | 12/6/05 |
| DELPHI THERMAL 52411978 | 4220 | 10/10/05 | 1,716.00 | | | | 1,716.00 | 12/9/05 |
| DELPHI MEXICO 52404535 | 4219 | 10/10/05 | 13,338.00 | | | | 13,338.00 | 12/9/05 |
| | | | **303,030.63** | **170,520.80** | **3,830.40** | **0.00** | **477,381.83** | |
| Pre-Petition Amounts | | | 287,976.63 | 170,520.80 | 3,830.40 | 0.00 | 462,327.83 | |
| Reclamtion Claims | | | 119,944.00 | 0.00 | 0.00 | 0.00 | 119,944.00 | |
| Estimated Cost | | | 134,426.10 | 136,416.64 | 3,064.32 | 0.00 | 273,907.06 | |

## Wako Electronics (USA) Inc.
### Aged Receivables W/Aged Date
### As of Oct 10, 2005

| ustomer | Invoice | Date | 0-30 Days | 31-60 | 61-90 | Over 90 days | Amount Due | Date Due |
|---|---|---|---|---|---|---|---|---|
| ELPHI KETTERING 6559741 | 3470 | 8/1/05 | | | 3,830.40 | | 3,830.40 | 9/30/05 |
| ELPHI KETTERING 6559741 | 3594 | 8/15/05 | | 2,553.60 | | | 2,553.60 | 10/14/05 |
| ELPHI KETTERING 6559741 | 3710 | 8/25/05 | | 1,716.00 | | | 1,716.00 | 10/24/05 |
| ELPHI THERMAL 52411978 | 3709 | 8/25/05 | | 10,260.00 | | | 10,260.00 | 10/24/05 |
| ELPHI MEXICO 52404535 | 3720 | 8/26/05 | | 1,716.00 | | | 1,716.00 | 10/25/05 |
| ELPHI THERMAL 52411978 | 3719 | 8/26/05 | | 10,260.00 | | | 10,260.00 | 10/25/05 |
| ELPHI THERMAL 52411978 | 3731 | 8/29/05 | | 1,716.00 | | | 1,716.00 | 10/28/05 |
| ELPHI MEXICO 52404535 | 3730 | 8/29/05 | | 10,260.00 | | | 10,260.00 | 10/28/05 |
| ELPHI KETTERING 6559741 | 3729 | 8/29/05 | | 2,553.60 | | | 2,553.60 | 10/28/05 |
| ELPHI THERMAL 52411978 | 3817 | 8/30/05 | | 5,148.00 | | | 5,148.00 | 10/29/05 |
| ELPHI MEXICO 52404535 | 3816 | 8/30/05 | | 10,260.00 | | | 10,260.00 | 10/29/05 |
| ELPHI THERMAL 52411978 | 3827 | 8/31/05 | | 1,716.00 | | | 1,716.00 | 10/30/05 |
| ELPHI MEXICO 52404535 | 3828 | 8/31/05 | | 10,260.00 | | | 10,260.00 | 10/30/05 |
| ELPHI THERMAL 52411978 | 3855 | 9/1/05 | | 1,716.00 | | | 1,716.00 | 10/31/05 |
| ELPHI MEXICO 52404535 | 3854 | 9/1/05 | | 10,260.00 | | | 10,260.00 | 10/31/05 |
| ELPHI THERMAL 52411978 | 3857 | 9/2/05 | | 3,432.00 | | | 3,432.00 | 11/1/05 |
| ELPHI MEXICO 52404535 | 3856 | 9/2/05 | | 20,520.00 | | | 20,520.00 | 11/1/05 |
| ELPHI KETTERING 6559741 | 3861 | 9/2/05 | | 2,553.60 | | | 2,553.60 | 11/1/05 |
| ELPHI THERMAL 52411978 | 3880 | 9/6/05 | | 1,716.00 | | | 1,716.00 | 11/5/05 |
| ELPHI MEXICO 52404535 | 3879 | 9/6/05 | | 10,260.00 | | | 10,260.00 | 11/5/05 |
| ELPHI THERMAL 52411978 | 3885 | 9/7/05 | | 1,716.00 | | | 1,716.00 | 11/6/05 |
| ELPHI MEXICO 52404535 | 3884 | 9/7/05 | | 10,260.00 | | | 10,260.00 | 11/6/05 |
| ELPHI THERMAL 52411978 | 3891 | 9/8/05 | | 3,432.00 | | | 3,432.00 | 11/7/05 |
| ELPHI MEXICO 52404535 | 3890 | 9/8/05 | | 20,520.00 | | | 20,520.00 | 11/7/05 |
| ELPHI KETTERING 6561260 | 3892 | 9/8/05 | | 2,882.00 | | | 2,882.00 | 11/7/05 |
| ELPHI THERMAL 52411978 | 3896 | 9/9/05 | | 2,574.00 | | | 2,574.00 | 11/8/05 |
| ELPHI MEXICO 52404535 | 3895 | 9/9/05 | | 10,260.00 | | | 10,260.00 | 11/8/05 |
| ELPHI THERMAL 52411978 | 3900 | 9/12/05 | 1,716.00 | | | | 1,716.00 | 11/11/05 |
| ELPHI MEXICO 52404535 | 3899 | 9/12/05 | 11,286.00 | | | | 11,286.00 | 11/11/05 |
| DELPHI THERMAL 52411978 | 3905 | 9/13/05 | 1,716.00 | | | | 1,716.00 | 11/12/05 |
| DELPHI MEXICO 52404535 | 3904 | 9/13/05 | 11,286.00 | | | | 11,286.00 | 11/12/05 |
| DELPHI THERMAL 52411978 | 3909 | 9/14/05 | 1,716.00 | | | | 1,716.00 | 11/13/05 |
| DELPHI MEXICO 52404535 | 3907 | 9/14/05 | 11,286.00 | | | | 11,286.00 | 11/13/05 |
| DELPHI KETTERING 6559741 | 3908 | 9/14/05 | 2,553.60 | | | | 2,553.60 | 11/13/05 |
| DELPHI THERMAL 52411978 | 3918 | 9/15/05 | 2,574.00 | | | | 2,574.00 | 11/14/05 |
| DELPHI MEXICO 52404535 | 3917 | 9/15/05 | 11,286.00 | | | | 11,286.00 | 11/14/05 |
| DELPHI THERMAL 52411978 | 3920 | 9/16/05 | 2,574.00 | | | | 2,574.00 | 11/15/05 |
| DELPHI MEXICO 52404535 | 3919 | 9/16/05 | 11,286.00 | | | | 11,286.00 | 11/15/05 |
| DELPHI THERMAL 52411978 | 3923 | 9/19/05 | 1,716.00 | | | | 1,716.00 | 11/18/05 |
| DELPHI MEXICO 52404535 | 3922 | 9/19/05 | 11,286.00 | | | | 11,286.00 | 11/18/05 |
| DELPHI THERMAL 52411978 | 3928 | 9/20/05 | 1,716.00 | | | | 1,716.00 | 11/19/05 |
| DELPHI MEXICO 52404535 | 3927 | 9/20/05 | 11,286.00 | | | | 11,286.00 | 11/19/05 |

## Wako Electronics (USA) Inc.
### Aged Receivables W/Aged Date
### As of Oct 10, 2005

| Customer | Invoice Date | 0-30 Days | 31-60 | 61-90 | Over 90 days | Amount Due | Date Due |
|---|---|---|---|---|---|---|---|
| ELPHI THERMAL 52411978 | 9/21/05 | 1,716.00 | | | | 1,716.00 | 11/20/05 |
| ELPHI MEXICO 52400312 | 9/21/05 | 2,148.00 | | | | 2,148.00 | 11/20/05 |
| ELPHI MEXICO 52404535 | 9/21/05 | 11,286.00 | | | | 11,286.00 | 11/20/05 |
| ELPHI KETTERING 6561260 | 9/21/05 | 4,733.03 | | | | 4,733.03 | 11/20/05 |
| ELPHI THERMAL 52411978 | 9/22/05 | 1,716.00 | | | | 1,716.00 | 11/21/05 |
| ELPHI MEXICO 52404535 | 9/22/05 | 11,286.00 | | | | 11,286.00 | 11/21/05 |
| ELPHI MEXICO 52411978 | 9/23/05 | 2,574.00 | | | | 2,574.00 | 11/22/05 |
| ELPHI MEXICO 52404535 | 9/23/05 | 11,286.00 | | | | 11,286.00 | 11/22/05 |
| ELPHI THERMAL 52411978 | 9/26/05 | 1,716.00 | | | | 1,716.00 | 11/25/05 |
| ELPHI MEXICO 52404535 | 9/26/05 | 11,286.00 | | | | 11,286.00 | 11/25/05 |
| ELPHI THERMAL 52411978 | 9/27/05 | 1,716.00 | | | | 1,716.00 | 11/26/05 |
| ELPHI MEXICO 52404535 | 9/27/05 | 11,286.00 | | | | 11,286.00 | 11/26/05 |
| ELPHI THERMAL 52411978 | 9/28/05 | 1,716.00 | | | | 1,716.00 | 11/27/05 |
| ELPHI MEXICO 52400312 | 9/28/05 | 2,148.80 | | | | 2,148.00 | 11/27/05 |
| ELPHI MEXICO 52404535 | 9/28/05 | 11,286.00 | | | | 11,286.00 | 11/27/05 |
| ELPHI THERMAL 52411978 | 9/29/05 | 2,574.00 | | | | 2,574.00 | 11/28/05 |
| ELPHI MEXICO 52404535 | 9/29/05 | 11,286.00 | | | | 11,286.00 | 11/28/05 |
| ELPHI THERMAL 52411978 | 9/30/05 | 2,574.00 | | | | 2,574.00 | 11/29/05 |
| ELPHI MEXICO 52404535 | 9/30/05 | 11,286.00 | | | | 11,286.00 | 11/29/05 |
| ELPHI THERMAL 52411978 | 10/3/05 | 1,716.00 | | | | 1,716.00 | 12/2/05 |
| ELPHI MEXICO 52404535 | 10/3/05 | 11,286.00 | | | | 11,286.00 | 12/2/05 |
| ELPHI THERMAL 52411978 | 10/4/05 | 1,716.00 | | | | 1,716.00 | 12/3/05 |
| ELPHI MEXICO 52404535 | 10/4/05 | 11,286.00 | | | | 11,286.00 | 12/3/05 |
| ELPHI THERMAL 52411978 | 10/5/05 | 1,716.00 | | | | 1,716.00 | 12/4/05 |
| ELPHI MEXICO 52404535 | 10/5/05 | 13,338.00 | | | | 13,338.00 | 12/4/05 |
| ELPHI THERMAL 52411978 | 10/6/05 | 2,574.00 | | | | 2,574.00 | 12/5/05 |
| ELPHI MEXICO 52404535 | 10/6/05 | 13,338.00 | | | | 13,338.00 | 12/5/05 |
| ELPHI KETTERING 6561260 | 10/6/05 | 2,096.00 | | | | 2,096.00 | 12/5/05 |
| ELPHI THERMAL 52411978 | 10/7/05 | 2,574.00 | | | | 2,574.00 | 12/6/05 |
| ELPHI MEXICO 52404535 | 10/7/05 | 13,338.00 | | | | 13,338.00 | 12/6/05 |
| ELPHI KETTERING 6561260 | 10/7/05 | 2,096.00 | | | | 2,096.00 | 12/6/05 |
| ELPHI THERMAL 52411978 | 10/10/05 | 1,716.00 | | | | 1,716.00 | 12/9/05 |
| ELPHI MEXICO 52404535 | 10/10/05 | 13,338.00 | | | | 13,338.00 | 12/9/05 |

| | 303,030.63 | 170,520.80 | 3,830.40 | 0.00 | 477,381.83 |
|---|---|---|---|---|---|
| Pre-Petition Amounts | 287,976.63 | 170,520.80 | 3,830.40 | 0.00 | 462,327.83 |
| Reclamtion Claims | 119,944.00 | 0.00 | 0.00 | 0.00 | 119,944.00 |
| Estimated Cost | 134,426.10 | 136,416.64 | 3,064.32 | 0.00 | 273,907.06 |

10/13/2005 at 4:32 PM



# WAKO ELECTRONICS (USA) INC.

2105 Production Drive, Louisville, Kentucky 40299
Phone (502) 429-8866 - Fax (502) 429-8869



| Customer PO | Wako Tracking No. | **INVOICE** | |
|---|---|---|---|
| 550073448 | | No. | 4217 |

**Ship to:**

DELPHI THERMAL
32 CELERITY WAGON STREET
EL PASO, TX 79906

**Invoice Date**
Oct 7, 2005

**Payment Terms**
Net 60 Days

**Sold To:**

DELPHI THERMAL 52411978
DELPHI THERMAL & INTERIOR
200 UPPER MOUNTAIN ROAD 6AE
LOCKPORT, NY 14094-1896
USA

**Shipping Method**
Central Transport

**Payment Due Date**
Dec 6, 2005

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 900885.00 | | SERIES CM-20 THERMISTOR SENSOR | 2.86000 | 2,574.00 |
| | | PART NO.: 52411978 | | |
| | | P. O. NO.: 550073448 | | |
| | | 900873 | | |

**Your Wako Sales Representative:**

Techmark

| | | |
|---|---|---|
| **Sub-Total** | | 2574.00 |
| **Freight** | | |
| **TOTAL** | | 2574.00 |

*Thank You for Your Order!*



**NAME:** Darcy Leigh Maddox
**USER ID:** MADDOX

▩ 1. SELECT PLANT  ▩ 2. SHIPMENT HEADER  ▩ 3. SELECT CONTAINER(S)  ▩ 4. REVIEW  ▩ 5. GENERA

## Delphi WebEDI

▩ VIEW FORECASTS

▩ VIEW SHIP SCHEDULES / KANBAN CALLS

▩ VIEW ORDERS

▩ VIEW GENERAL MESSAGES

▩ VIEW ADVANCE SHIP NOTICES

▩ VIEW APPLICATION ADVICE

▩ VIEW RECEIVING ADVICE

▩ CREATE ADVANCE SHIP NOTICE

## Admin Menu

▩ MANAGE CUMULATIVE PART QUANTITY SHIPPED

## Reports

▩ FORECAST SUMMARY

▩ DELJIT SUMMARY (NOT KANBAN CALLS)

## Help

▩ CONTACT INFORMATION

▩ USERS MANUAL

© 2002 Delphi Corporation.
All rights reserved.

| ASN Header Details | |
| --- | --- |
| Shipment Identification #: 900673 | Master Bill of Lading: 900672 |
| Carrier PRO #: 4023579141 | Carrier Identification: CENTRAL TRANSPORT |
| Dispatch Date: 2005-10-07 | Time: 11:00PM |
| Transportation Mode: LT-Less than trailer load | |
| Equipment: Trailer | Equipment Identification: 0 |
| Gross Weight: 78 | Net Weight: 78 |
| Weight Unit Of Measure: Pounds | Schneider Logistics #: |

**Part: 52411978 shipping details.**

Plant Name: DELPHI HARRISON THERMAL-RB01  Plant Cd: J701
Dock Cd: J701                              Storage Location: 0001
Manufacturer DUNS #:

Scheduling Agreement #: 0550073448
Unit of Measure: PCE

| Part Container(s) | | | |
| --- | --- | --- | --- |
| Outer Container Type | Outer # of Containers | Kanban Call Number(s) | Quantity Per Container |
| BOX | 3 | | 300 |
| Total Quantity Shipped: 900 | | | |

CREATE LABELS

**DELPHI**

Driving Tomorrow's Technology

NAME: Darcy Leigh Maddox
USER ID: MADDOX

■ 1. SELECT PLANT  ■ 2. SHIPMENT HEADER  ▣ 3. SELECT CONTAINER(S)  ■ 4. REVIEW  ■ 5. GENERA

## Delphi WebEDI

■ VIEW FORECASTS

■ VIEW SHIP SCHEDULES / KANBAN CALLS

■ VIEW ORDERS

■ VIEW GENERAL MESSAGES

■ VIEW ADVANCE SHIP NOTICES

■ VIEW APPLICATION ADVICE

■ VIEW RECEIVING ADVICE

■ CREATE ADVANCE SHIP NOTICE

### Admin Menu

■ MANAGE CUMULATIVE PART QUANTITY SHIPPED

### Reports

■ FORECAST SUMMARY

■ DELJIT SUMMARY (NOT KANBAN CALLS)

### Help

■ CONTACT INFORMATION

■ USERS MANUAL

*Please complete label details for the ASN.*

Country of Origin:   JAPAN

GENERATE LABELS

| Container Type | Serial # | Lot # | Manufactured or Assembled | Ship / Manufacture Date | Material Number (s) | Material Quantity |
|---|---|---|---|---|---|---|
| BOX | 8682714 | 7015 | ◉ Manufactured ○ Assembled | 20051007 | 52411978 | 300 |
| BOX | 8682713 | 7015 | ◉ Manufactured ○ Assembled | 20051007 | 52411978 | 300 |
| BOX | 8682712 | 7015 | ◉ Manufactured ○ Assembled | 20051007 | 52411978 | 300 |

© 2002 Delphi Corporation.
All rights reserved.

# WAKO ELECTRONICS (USA) INC.

2105 Production Drive, Louisville, Kentucky 40299
Phone (502) 429-8866 - Fax (502) 429-8869



| Customer PO | Wako Tracking No.: |
|---|---|
| 550029129 | 2616 |

# INVOICE

**No.       4216**

**Ship to:**

DELPHI HARRISON THERMAL SYS.
32 CELERITY WAGON STREET
EL PASO, TX  79906

**Invoice Date**
Oct 7, 2005

**Payment Terms**
Net 60 Days

**Sold To:**

DELPHI MEXICO 52404535
HARRISON DIVISION
GENERAL MOTORS CORP
LOCKPORT, NY  14094

**Shipping Method**
CENTRAL TRANSPORT

**Payment Due Date**
Dec 6, 2005

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 7,800 | 808.15 | PART NO.:  52404535<br>ITEM NO.:  RES 808.15<br><br>900672 | 1.71000 | 13,338.00 |

**Your Wako Sales Representative:**

Techmark

*Thank You for Your Order!*

| | |
|---|---|
| **Sub-Total** | 13338.00 |
| **Freight** | |
| **TOTAL** | 13338.00 |



WEBEDI HOME | LOG OUT | DELPHI HOME | ABOUT WEBEDI

**NAME:** Darcy Leigh Maddox
**USER ID:** MADDOX

Driving Tomorrow's Technology

§ 1. SELECT PLANT  § 2. SHIPMENT HEADER  § 3. SELECT CONTAINER(S)  § 4. REVIEW  § 5. GENERA

## Delphi WebEDI

§ VIEW FORECASTS

§ VIEW SHIP SCHEDULES / KANBAN CALLS

§ VIEW ORDERS

§ VIEW GENERAL MESSAGES

§ VIEW ADVANCE SHIP NOTICES

§ VIEW APPLICATION ADVICE

§ VIEW RECEIVING ADVICE

§ CREATE ADVANCE SHIP NOTICE

## Admin Menu

§ MANAGE CUMULATIVE PART QUANTITY SHIPPED

## Reports

§ FORECAST SUMMARY

§ DELJIT SUMMARY (NOT KANBAN CALLS)

## Help

§ CONTACT INFORMATION

§ USERS MANUAL



© 2002 Delphi Corporation.
All rights reserved.

| ASN Header Details | |
| --- | --- |
| **Shipment Identification #:** 900672 | **Master Bill of Lading:** 900672 |
| **Carrier PRO #:** 4023579141 | **Carrier Identification:** CENTRAL TRANSPORT |
| **Dispatch Date:** 2005-10-07 | **Time:** 12:00PM |
| **Transportation Mode:** LT-Less than trailer load | |
| **Equipment:** Trailer | **Equipment Identification:** 0 |
| **Gross Weight:** 351 | **Net Weight:** 351 |
| **Weight Unit Of Measure:** Pounds | **Schneider Logistics #:** |

**Part: 52404535 shipping details.**

**Plant Name:** DELPHI HARRISON THERMAL-RB01  **Plant Cd:** J701

**Dock Cd:** J701RB01  **Storage Location:** 0001

**Manufacturer DUNS #:**

**Scheduling Agreement #:** 0550029129

**Unit of Measure:** PCE

| Part Container(s) | | | |
| --- | --- | --- | --- |
| Outer Container Type | Outer # of Containers | Kanban Call Number(s) | Quantity Per Container |
| BOX | 13 | | 600 |
| Total Quantity Shipped: 7800 | | | |

CREATE LABEL



**DELPHI**
Driving Tomorrow's Technology

**NAME:** Darcy Leigh Maddox
**USER ID:** MADDOX

≋ 1. SELECT PLANT  ≋ 2. SHIPMENT HEADER  ≋ 3. SELECT CONTAINER(S)  ≋ 4. REVIEW  ≋ 5. GENERA

**Delphi WebEDI**

*Please complete label details for the ASN.*

≋ VIEW FORECASTS

≋ VIEW SHIP SCHEDULES /
  KANBAN CALLS

≋ VIEW ORDERS

≋ VIEW GENERAL MESSAGES

≋ VIEW ADVANCE SHIP NOTICES

≋ VIEW APPLICATION ADVICE

≋ VIEW RECEIVING ADVICE

≋ CREATE ADVANCE SHIP NOTICE

**Admin Menu**

≋ MANAGE CUMULATIVE PART
  QUANTITY SHIPPED

**Reports**

≋ FORECAST SUMMARY

≋ DELJIT SUMMARY (NOT KANBAN
  CALLS)

**Help**

≋ CONTACT INFORMATION

≋ USERS MANUAL

Country of Origin:   JAPAN

GENERATE LABELS

| Container Type | Serial # | Lot # | Manufactured or Assembled | Ship / Manufacture Date | Material Number (s) | Material Quantity |
|---|---|---|---|---|---|---|
| BOX | 8682711 | 6095 | ⊙ Manufactured ○ Assembled | 20051007 | 52404535 | 600 |
| BOX | 8682710 | 6095 | ⊙ Manufactured ○ Assembled | 20051007 | 52404535 | 600 |
| BOX | 8682709 | 6095 | ⊙ Manufactured ○ Assembled | 20051007 | 52404535 | 600 |
| BOX | 8682708 | 6095 | ⊙ Manufactured ○ Assembled | 20051007 | 52404535 | 600 |
| BOX | 8682707 | 6095 | ⊙ Manufactured ○ Assembled | 20051007 | 52404535 | 600 |
| BOX | 8682706 | 6095 | ⊙ Manufactured ○ Assembled | 20051007 | 52404535 | 600 |
| BOX | 8682705 | 6095 | ⊙ Manufactured ○ Assembled | 20051007 | 52404535 | 600 |
| BOX | 8682704 | 6095 | ⊙ Manufactured ○ Assembled | 20051007 | 52404535 | 600 |
| BOX | 8682703 | 6095 | ⊙ Manufactured ○ Assembled | 20051007 | 52404535 | 600 |
| BOX | 8682702 | 6095 | ⊙ Manufactured ○ Assembled | 20051007 | 52404535 | 600 |

| BOX | 8682701 | 6095 | | ◉ Manufactured ○ Assembled | 20051007 | 52404535 | 600 |
|-----|---------|------|--|-----------------------------|----------|----------|-----|
| BOX | 8682700 | 6095 | | ◉ Manufactured ○ Assembled | 20051007 | 52404535 | 600 |
| BOX | 8682699 | 6095 | | ◉ Manufactured ○ Assembled | 20051007 | 52404535 | 600 |

© 2002 Delphi Corporation.
All rights reserved.




# WAKO ELECTRONICS (USA) INC.
### 2105 Production Drive, Louisville, Kentucky 40299
### Phone (502) 429-8866 - Fax (502) 429-8869

**Customer PO**
550026789

**Wako Tracking No.:**

# INVOICE
No.                    4215

**Ship to:**

DELPHI HARRISON THERMAL SYSTEMS
3535 KETTERING BLVD.
MORAINE, OH  45439

**Invoice Date**
Oct 7, 2005

**Payment Terms**
Net 60 Days

**Sold To:**

DELPHI KETTERING 6561260
DELPHI AUTOMOTIVE SYSTEMS
200 UPPER MOUNTAIN ROAD
LOCKPORT, NY  14094

**Shipping Method**
USF HOLLAND

**Payment Due Date**
Dec 6, 2005

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1,600 | 808.00 | MODEL PS-17C PRESSURE SWITCH | 1.31000 | 2,096.00 |
| | | P. O. NO.:  550026789 | | |
| | | GM P/N:    6561260 | | |
| | | ITEM NO.:  RES  808.00 | | |
| | | CTRL NO.:  2613 | | |
| | | 900671 | | |

**Your Wako Sales Representative:**

Techmark

|  | |
|---|---|
| **Sub-Total** | 2096.00 |
| **Freight** | |
| **TOTAL** | 2096.00 |

## *Thank You for Your Order!*



**NAME:** Darcy Leigh Maddox
**USER ID:** MADDOX

≋ 1. SELECT PLANT  ≋ 2. SHIPMENT HEADER  ≋ 3. SELECT CONTAINER(S)  ≋ 4. REVIEW  ≋ 5. GENERA

## Delphi WebEDI

≋ VIEW FORECASTS

≋ VIEW SHIP SCHEDULES / KANBAN CALLS

≋ VIEW ORDERS

≋ VIEW GENERAL MESSAGES

≋ VIEW ADVANCE SHIP NOTICES

≋ VIEW APPLICATION ADVICE

≋ VIEW RECEIVING ADVICE

≋ CREATE ADVANCE SHIP NOTICE

### Admin Menu

≋ MANAGE CUMULATIVE PART QUANTITY SHIPPED

### Reports

≋ FORECAST SUMMARY

≋ DELJIT SUMMARY (NOT KANBAN CALLS)

### Help

≋ CONTACT INFORMATION

≋ USERS MANUAL

© 2002 Delphi Corporation.
All rights reserved.

| ASN Header Details | |
| --- | --- |
| Shipment Identification #: 900671 | Master Bill of Lading: 900671 |
| Carrier PRO #: 1370064050 | Carrier Identification: USF HOLLAND |
| Dispatch Date: 2005-10-07 | Time: 09:30AM |
| Transportation Mode: LT-Less than trailer load | |
| Equipment: Trailer | Equipment Identification: 0 |
| Gross Weight: 72 | Net Weight: 72 |
| Weight Unit Of Measure: Pounds | Schneider Logistics #: |

**Part: 6561260 shipping details.**

Plant Name: DELPHI THERMAL KETTERING  Plant Cd: J301
Dock Cd: J301DK5-6                        Storage Location: 17D4,17E4
Manufacturer DUNS #:

Scheduling Agreement #: 0550026789
Unit of Measure: PCE

### Part Container(s)

| Outer Container Type | Outer # of Containers | Kanban Call Number(s) | Quantity Per Container |
| --- | --- | --- | --- |
| BOX | 2 | | 800 |
| Total Quantity Shipped: 1600 | | | |

CREATE LABELS





**NAME:** Darcy Leigh Maddox
**USER ID:** MADDOX

Driving Tomorrow's Technology

:: 1. SELECT PLANT :: 2. SHIPMENT HEADER :: 3. SELECT CONTAINER(S) :: 4. REVIEW :: 5. GENERA

## Delphi WebEDI

*Please complete label details for the ASN.*

:: VIEW FORECASTS

Country of Origin:  JAPAN

:: VIEW SHIP SCHEDULES / KANBAN CALLS

:: VIEW ORDERS

:: VIEW GENERAL MESSAGES

GENERATE LABELS

:: VIEW ADVANCE SHIP NOTICES

:: VIEW APPLICATION ADVICE

:: VIEW RECEIVING ADVICE

:: CREATE ADVANCE SHIP NOTICE

## Admin Menu

:: MANAGE CUMULATIVE PART QUANTITY SHIPPED

## Reports

:: FORECAST SUMMARY

:: DELJIT SUMMARY (NOT KANBAN CALLS)

## Help

:: CONTACT INFORMATION

:: USERS MANUAL



© 2002 Delphi Corporation.
All rights reserved.

| Container Type | Serial # | Lot # | Manufactured or Assembled | Ship / Manufacture Date | Material Number (s) | Material Quantity |
|---|---|---|---|---|---|---|
| BOX | 8682698 | 9225 | ◉ Manufactured ○ Assembled | 20051007 | 6561260 | 800 |
| BOX | 8682697 | 9225 | ◉ Manufactured ○ Assembled | 20051007 | 6561260 | 800 |



# WAKO ELECTRONICS (USA) INC.
2105 Production Drive, Louisville, Kentucky 40299
Phone (502) 429-8866 - Fax (502) 429-8869



| Customer PO | Wako Tracking No. | **INVOICE** | |
| 550026789 | | No. | 4213 |

**Ship to:**

DELPHI HARRISON THERMAL SYSTEMS
3535 KETTERING BLVD.
MORAINE, OH  45439

**Invoice Date**
Oct 6, 2005

**Payment Terms**
Net 60 Days

**Sold To:**

DELPHI KETTERING 6561260
DELPHI AUTOMOTIVE SYSTEMS
200 UPPER MOUNTAIN ROAD
LOCKPORT, NY  14094

**Shipping Method**
USF HOLLAND

**Payment Due Date**
Dec 5, 2005

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1,600 | 808.00 | MODEL PS-17C PRESSURE SWITCH | 1.31000 | 2,096.00 |
| | | P. O. NO.: 550026789 | | |
| | | GM P/N:   6561260 | | |
| | | ITEM NO.: RES 808.00 | | |
| | | CTRL NO.: 2613 | | |
| | | 900670 | | |

**Your Wako Sales Representative:**

Techmark

*Thank You for Your Order!*

| | |
|---|---|
| Sub-Total | 2096.00 |
| Freight | |
| TOTAL | 2096.00 |

WEBEDI HOME | LOG OUT | DELPHI HOME | ABOUT WEBEDI

# DELPHI
Driving Tomorrow's Technology

**NAME:** Darcy Leigh Maddox
**USER ID:** MADDOX

≉ 1. SELECT PLANT  ≉ 2. SHIPMENT HEADER  ≉ 3. SELECT CONTAINER(S)  ≉ 4. REVIEW  ≉ 5

## Delphi WebEDI

- ✿ VIEW FORECASTS
- ≉ VIEW SHIP SCHEDULES / KANBAN CALLS
- ≉ VIEW ORDERS
- ≉ VIEW GENERAL MESSAGES
- ≉ VIEW ADVANCE SHIP NOTICES
- ≉ VIEW APPLICATION ADVICE
- ≉ VIEW RECEIVING ADVICE
- ✿ CREATE ADVANCE SHIP NOTICE

## Admin Menu

- ≉ MANAGE CUMULATIVE PART QUANTITY SHIPPED

## Reports

- ✿ FORECAST SUMMARY
- ≉ DELJIT SUMMARY (NOT KANBAN CALLS)

## Help

- ✿ CONTACT INFORMATION
- ≉ USERS MANUAL

© 2002 Delphi Corporation.
All rights reserved.

| ASN Header Details | |
|---|---|
| Shipment Identification #: 900670 | Master Bill of Lading: 900670 |
| Carrier PRO #: 4023579133 | Carrier Identification: CENTRAL |
| Dispatch Date: 2005-10-06 | Time: 03:30PM |
| Transportation Mode: LT-Less than trailer load | |
| Equipment: Trailer | Equipment Identification: 0 |
| Gross Weight: 72 | Net Weight: 72 |
| Weight Unit Of Measure: Pounds | Schneider Logistics #: |

### Part: 6561260 shipping details.

Plant Name: DELPHI THERMAL KETTERING   Plant Cd: J301
Dock Cd: J301DK5-6                      Storage Location: 17D4,17E4
Manufacturer DUNS #:

Scheduling Agreement #: 0550026789
Unit of Measure: PCE

#### Part Container(s)

| Outer Container Type | Outer # of Containers | Kanban Call Number(s) | Quantity Per Container |
|---|---|---|---|
| BOX | 2 | | 800 |
| Total Quantity Shipped: 1600 | | | |



CREATE LABELS

# DELPHI
Driving Tomorrow's Technology

**NAME:** Darcy Leigh Maddox
**USER ID:** MADDOX

≈ 1. SELECT PLANT  ≈ 2. SHIPMENT HEADER  ⊐ 3. SELECT CONTAINER(S)  ≈ 4. REVIEW  ≈ 5

## Delphi WebEDI

*Please complete label details for the ASN.*

≈ VIEW FORECASTS

Country of Origin: JAPAN

≈ VIEW SHIP SCHEDULES / KANBAN CALLS

≈ VIEW ORDERS

≈ VIEW GENERAL MESSAGES

≈ VIEW ADVANCE SHIP NOTICES

≈ VIEW APPLICATION ADVICE

≈ VIEW RECEIVING ADVICE

≈ CREATE ADVANCE SHIP NOTICE

| Container Type | Serial # | Lot # | Manufactured or Assembled | Ship / Manufacture Date | Material Number (s) |
|---|---|---|---|---|---|
| BOX | 8882680 | 9065 | ◉ Manufactured ○ Assembled | 20051006 | 6561260 |
| BOX | 8682679 | 9065 / 9225 | ◉ Manufactured ○ Assembled | 20051006 | 6561260 |

## Admin Menu

≈ MANAGE CUMULATIVE PART QUANTITY SHIPPED

## Reports

≈ FORECAST SUMMARY

≈ DELJIT SUMMARY (NOT KANBAN CALLS)

## Help

≈ CONTACT INFORMATION

≈ USERS MANUAL



© 2002 Delphi Corporation.
All rights reserved.




# WAKO ELECTRONICS (USA) INC.
2105 Production Drive, Louisville, Kentucky 40299
Phone (502) 429-8866 - Fax (502) 429-8869

| Customer PO | Wako Tracking No.. |
|---|---|
| 550029129 | 2616 |

## INVOICE

| No. | 4212 |
|---|---|

**Ship to:**

DELPHI HARRISON THERMAL SYS.
32 CELERITY WAGON STREET
EL PASO, TX  79906

**Invoice Date**
Oct 6, 2005

**Payment Terms**
Net 60 Days

**Sold To:**

DELPHI MEXICO 52404535
HARRISON DIVISION
GENERAL MOTORS CORP
LOCKPORT, NY  14094

**Shipping Method**
CENTRAL TRANSPORT

**Payment Due Date**
Dec 5, 2005

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 7,800808.15 | | PART NO.:  52404535 | 1.71000 | 13,338.00 |
| | | ITEM NO.:  RES 808.15 | | |
| | | 900669 | | |

**Your Wako Sales Representative:**

Techmark

*Thank You for Your Order!*

| | |
|---|---|
| Sub-Total | 13338.00 |
| Freight | |
| **TOTAL** | 13338.00 |



**DELPHI**

Driving Tomorrow's Technology

**NAME:** Darcy Leigh Maddox
**USER ID:** MADDOX

⌐ 1. SELECT PLANT  ⌐ 2. SHIPMENT HEADER  ⌐ 3. SELECT CONTAINER(S)  ⌐ 4. REVIEW  ⌐ 5

## Delphi WebEDI

⌐ **VIEW FORECASTS**

⌐ **VIEW SHIP SCHEDULES /
KANBAN CALLS**

⌐ **VIEW ORDERS**

⌐ **VIEW GENERAL MESSAGES**

⌐ **VIEW ADVANCE SHIP NOTICES**

⌐ **VIEW APPLICATION ADVICE**

⌐ **VIEW RECEIVING ADVICE**

⌐ **CREATE ADVANCE SHIP NOTICE**

## Admin Menu

⌐ **MANAGE CUMULATIVE PART
QUANTITY SHIPPED**

## Reports

⌐ **FORECAST SUMMARY**

⌐ **DELJIT SUMMARY (NOT KANBAN
CALLS)**

## Help

⌐ **CONTACT INFORMATION**

⌐ **USERS MANUAL**

| ASN Header Details | |
|---|---|
| Shipment Identification #: 900669 | Master Bill of Lading: 900669 |
| Carrier PRO #: 4023579133 | Carrier Identification: CENTRAL |
| Dispatch Date: 2005-10-06 | Time: 03:30PM |
| Transportation Mode: LT-Less than trailer load | |
| Equipment: Trailer | Equipment Identification: 0 |
| Gross Weight: 351 | Net Weight: 351 |
| Weight Unit Of Measure: Pounds | Schneider Logistics #: |

| Part: 52404535 shipping details. | |
|---|---|
| Plant Name: DELPHI HARRISON THERMAL-RB01 | Plant Cd: J701 |
| Dock Cd: J701RB01 | Storage Location: 0001 |
| Manufacturer DUNS #: | |

Scheduling Agreement #: 0550029129
Unit of Measure: PCE

| Part Container(s) | | | |
|---|---|---|---|
| Outer Container Type | Outer # of Containers | Kanban Call Number(s) | Quantity Per Container |
| BOX | 13 | | 600 |
| Total Quantity Shipped: 7800 | | | |



CREATE ASN

© 2002 Delphi Corporation.
All rights reserved.

# DELPHI
Driving Tomorrow's Technology

**NAME:** Darcy Leigh Maddox
**USER ID:** MADDOX

⊠ 1. SELECT PLANT  ⊠ 2. SHIPMENT HEADER  ⊠ 3. SELECT CONTAINER(S)  ⊠ 4. REVIEW  ⊠ 5

## Delphi WebEDI

☑ VIEW FORECASTS

☑ VIEW SHIP SCHEDULES / KANBAN CALLS

☑ VIEW ORDERS

☑ VIEW GENERAL MESSAGES

☑ VIEW ADVANCE SHIP NOTICES

☑ VIEW APPLICATION ADVICE

☑ VIEW RECEIVING ADVICE

☑ CREATE ADVANCE SHIP NOTICE

### Admin Menu

☑ MANAGE CUMULATIVE PART QUANTITY SHIPPED

### Reports

☑ FORECAST SUMMARY

☑ DELJIT SUMMARY (NOT KANBAN CALLS)

### Help

☑ CONTACT INFORMATION

☑ USERS MANUAL

*Please complete label details for the ASN.*

Country of Origin: JAPAN

GENERATE LABELS

| Container Type | Serial # | Lot # | Manufactured or Assembled | Ship / Manufacture Date | Material Number (s) |
|---|---|---|---|---|---|
| BOX | 8682696 | 6065 | ◉ Manufactured ○ Assembled | 20051006 | 52404535 |
| BOX | 8682695 | 6065 / 6095 | ◉ Manufactured ○ Assembled | 20051006 | 52404535 |
| BOX | 8682694 | 6095 | ◉ Manufactured ○ Assembled | 20051006 | 52404535 |
| BOX | 8682693 | 6095 | ◉ Manufactured ○ Assembled | 20051006 | 52404535 |
| BOX | 8682692 | 6095 | ◉ Manufactured ○ Assembled | 20051006 | 52404535 |
| BOX | 8682691 | 6095 | ◉ Manufactured ○ Assembled | 20051006 | 52404535 |
| BOX | 8682690 | 6095 | ◉ Manufactured ○ Assembled | 20051006 | 52404535 |
| BOX | 8682689 | 6095 | ◉ Manufactured ○ Assembled | 20051006 | 52404535 |
| BOX | 8682688 | 6095 | ◉ Manufactured ○ Assembled | 20051006 | 52404535 |
|  |  |  | ◉ Manufactured |  |  |

© 2002 Delphi Corporation.
All rights reserved.

| | | | | | |
|---|---|---|---|---|---|
| BOX | 8682687 | 6095 | ○<br>Assembled | 20051006 | 52404535 |
| BOX | 8682686 | 6095 | ◉<br>Manufactured<br>○<br>Assembled | 20051006 | 52404535 |
| BOX | 8682685 | 6095 | ◉<br>Manufactured<br>○<br>Assembled | 20051006 | 52404535 |
| BOX | 8682684 | 6095 | ◉<br>Manufactured<br>○<br>Assembled | 20051006 | 52404535 |



# WAKO ELECTRONICS (USA) INC.
2105 Production Drive, Louisville, Kentucky 40299
Phone (502) 429-8866 - Fax (502) 429-8869



| Customer PO | Wako Tracking No. | **INVOICE** |
| LPS92856 | 432 | No.        4211 |

**Ship to:**

DELPHI THERMAL & INTERIOR
200 UPPER MOUNTAIN ROAD
#6 A&E, DEPT. 973 WEST PLANT
LOCKPORT, NY  14094-1896

**Sold To:**

DELPHI THERMAL 52411978
DELPHI THERMAL & INTERIOR
200 UPPER MOUNTAIN ROAD 6AE
LOCKPORT, NY  14094-1896
USA

**Invoice Date**
Oct 6, 2005

**Payment Terms**
Net 60 Days

**Shipping Method**
Central Transport

**Payment Due Date**
Dec 5, 2005

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 900 | | EVAPORATOR, TEMPERATURE SENSOR ASSY FOR GMT355 PART NO.: 52411978 900668 | 2.86000 | 2,574.00 |

**Your Wako Sales Representative:**
Techmark

*Thank You for Your Order!*

| | |
|---|---|
| Sub-Total | 2574.00 |
| Freight | |
| TOTAL | 2574.00 |



**NAME:** Darcy Leigh Maddox
**USER ID:** MADDOX

‚ 1. SELECT PLANT  ‚ 2. SHIPMENT HEADER  ‚ 3. SELECT CONTAINER(S)  ‚ 4. REVIEW  ‚ 5

## Delphi WebEDI

- ‚ VIEW FORECASTS
- ‚ VIEW SHIP SCHEDULES / KANBAN CALLS
- ‚ VIEW ORDERS
- ‚ VIEW GENERAL MESSAGES
- ‚ VIEW ADVANCE SHIP NOTICES
- ‚ VIEW APPLICATION ADVICE
- ‚ VIEW RECEIVING ADVICE
- ‚ CREATE ADVANCE SHIP NOTICE

### Admin Menu

- ‚ MANAGE CUMULATIVE PART QUANTITY SHIPPED

### Reports

- ‚ FORECAST SUMMARY
- ‚ DELJIT SUMMARY (NOT KANBAN CALLS)

### Help

- ‚ CONTACT INFORMATION
- ‚ USERS MANUAL



© 2002 Delphi Corporation.
All rights reserved.

| ASN Header Details | |
|---|---|
| Shipment Identification #: 900668 | Master Bill of Lading: 900668 |
| Carrier PRO #: 4023579133 | Carrier Identification: CENTRAL |
| Dispatch Date: 2005-10-06 | Time: 03:30PM |
| Transportation Mode: LT-Less than trailer load | |
| Equipment: Trailer | Equipment Identification: 0 |
| Gross Weight: 78 | Net Weight: 78 |
| Weight Unit Of Measure: Pounds | Schneider Logistics #: |

### Part: 52411978 shipping details.

Plant Name: DELPHI HARRISON THERMAL-RB01  Plant Cd: J701
Dock Cd: J701                                Storage Location: 0001
Manufacturer DUNS #:

Scheduling Agreement #: 0550073448
Unit of Measure: PCE

| Part Container(s) | | | |
|---|---|---|---|
| Outer Container Type | Outer # of Containers | Kanban Call Number(s) | Quantity Per Container |
| BOX | 3 | | 300 |
| Total Quantity Shipped: 900 | | | |

CREATE LABELS

10/6/2005

# DELPHI
Driving Tomorrow's Technology

**NAME:** Darcy Leigh Maddox
**USER ID:** MADDOX

◙ 1. SELECT PLANT  ◙ 2. SHIPMENT HEADER  ◙ 3. SELECT CONTAINER(S)  ◙ 4. REVIEW  ◙ 5

## Delphi WebEDI

Please complete label details for the ASN.

Country of Origin: JAPAN

⊙ VIEW FORECASTS

⊙ VIEW SHIP SCHEDULES / KANBAN CALLS

⊙ VIEW ORDERS

⊙ VIEW GENERAL MESSAGES

⊙ VIEW ADVANCE SHIP NOTICES

⊙ VIEW APPLICATION ADVICE

⊙ VIEW RECEIVING ADVICE

⊙ CREATE ADVANCE SHIP NOTICE

### Admin Menu

⊙ MANAGE CUMULATIVE PART QUANTITY SHIPPED

### Reports

⊙ FORECAST SUMMARY

⊙ DELJIT SUMMARY (NOT KANBAN CALLS)

### Help

⊙ CONTACT INFORMATION

⊙ USERS MANUAL

GENERATE LABELS

| Container Type | Serial # | Lot # | Manufactured or Assembled | Ship / Manufacture Date | Material Number (s) |
|---|---|---|---|---|---|
| BOX | 8682683 | 7015 | ◉ Manufactured ○ Assembled | 20051006 | 52411978 |
| BOX | 8682682 | 7015 | ◉ Manufactured ○ Assembled | 20051006 | 52411978 |
| BOX | 8682681 | 7015 | ◉ Manufactured ○ Assembled | 20051006 | 52411978 |



© 2002 Delphi Corporation. All rights reserved.

# WAKO ELECTRONICS (USA) INC.

2105 Production Drive, Louisville, Kentucky 40299
Phone (502) 429-8866 - Fax (502) 429-8869



| Customer PO | Wako Tracking No.. | | **INVOICE** |
|---|---|---|---|
| 550073448 | | | **No.** 4205 |

**Ship to:**

DELPHI THERMAL
32 CELERITY WAGON STREET
EL PASO, TX  79906

**Invoice Date**
Oct 5, 2005

**Payment Terms**
Net 60 Days

**Sold To:**

DELPHI THERMAL 52411978
DELPHI THERMAL & INTERIOR
200 UPPER MOUNTAIN ROAD 6AE
LOCKPORT, NY  14094-1896
USA

**Shipping Method**

Central Transport

**Payment Due Date**
Dec 4, 2005

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 800 | 885.00 | SERIES CM-20 THERMISTOR SENSOR | 2.86000 | 1,716.00 |
| | | PART NO.:  52411978 | | |
| | | P. O. NO.:  550073448 | | |
| | | 900667 | | |

**Your Wako Sales Representative:**

Techmark

| | |
|---|---|
| Sub-Total | 1716.00 |
| Freight | |
| **TOTAL** | 1716.00 |

*Thank You for Your Order!*



**Driving Tomorrow's Technology**

**NAME:** Darcy Leigh Maddox
**USER ID:** MADDOX

⇒ 1. SELECT PLANT  ⇒ 2. SHIPMENT HEADER  ⇒ 3. SELECT CONTAINER(S)  ⇒ 4. REVIEW  ⇒ 5. GENERA

## Delphi WebEDI

⇒ **VIEW FORECASTS**

⇒ **VIEW SHIP SCHEDULES / KANBAN CALLS**

⇒ **VIEW ORDERS**

⇒ **VIEW GENERAL MESSAGES**

⇒ **VIEW ADVANCE SHIP NOTICES**

⇒ **VIEW APPLICATION ADVICE**

⇒ **VIEW RECEIVING ADVICE**

⇒ **CREATE ADVANCE SHIP NOTICE**

## Admin Menu

⇒ **MANAGE CUMULATIVE PART QUANTITY SHIPPED**

## Reports

⇒ **FORECAST SUMMARY**

⇒ **DELJIT SUMMARY (NOT KANBAN CALLS)**

## Help

⇒ **CONTACT INFORMATION**

⇒ **USERS MANUAL**



© 2002 Delphi Corporation.
All rights reserved.

|  ASN Header Details |
|---|
| **Shipment Identification #:** 900667   **Master Bill of Lading:** 900666 |
| **Carrier PRO #:** 4023579117   **Carrier Identification:** CENTRAL TRANSPORT |
| **Dispatch Date:** 2005-10-05   **Time:** 03:30PM |
| **Transportation Mode:** LT-Less than trailer load |
| **Equipment:** Trailer   **Equipment Identification:** 0 |
| **Gross Weight:** 52   **Net Weight:** 52 |
| **Weight Unit Of Measure:** Pounds   **Schneider Logistics #:** |

| Part: 52411978 shipping details. |
|---|
| **Plant Name:** DELPHI HARRISON THERMAL-RE01   **Plant Cd:** J701 |
| **Dock Cd:** J701   **Storage Location:** 0001 |
| **Manufacturer DUNS #:** |
| **Scheduling Agreement #:** 0550073448 |
| **Unit of Measure:** PCE |

| Part Container(s) | | | |
|---|---|---|---|
| Outer Container Type | Outer # of Containers | Kanban Call Number(s) | Quantity Per Container |
| BOX | 2 | | 300 |

**Total Quantity Shipped: 600**

CREATE LABELS

WEBEDI HOME | LOG OUT | DELPHI HOME | ABOUT WEBEDI



**NAME:** Darcy Leigh Maddox
**USER ID:** MADDOX

▣ 1. SELECT PLANT  ▣ 2. SHIPMENT HEADER  ▣ 3. SELECT CONTAINER(S)  ▣ 4. REVIEW  ▣ 5. GENERA

## Delphi WebEDI

*Please complete label details for the ASN.*

▣ VIEW FORECASTS

▣ VIEW SHIP SCHEDULES / KANBAN CALLS

▣ VIEW ORDERS

▣ VIEW GENERAL MESSAGES

▣ VIEW ADVANCE SHIP NOTICES

▣ VIEW APPLICATION ADVICE

▣ VIEW RECEIVING ADVICE

▣ CREATE ADVANCE SHIP NOTICE

Country of Origin:  JAPAN

GENERATE LABELS

| Container Type | Serial # | Lot # | Manufactured or Assembled | Ship / Manufacture Date | Material Number (s) | Material Quantity |
|---|---|---|---|---|---|---|
| BOX | 8682678 | 7015 | ◉ Manufactured<br>○ Assembled | 20051005 | 52411978 | 300 |
| BOX | 8682677 | 7015 | ◉ Manufactured<br>○ Assembled | 20051005 | 52411978 | 300 |

## Admin Menu

▣ MANAGE CUMULATIVE PART QUANTITY SHIPPED

## Reports

▣ FORECAST SUMMARY

▣ DELJIT SUMMARY (NOT KANBAN CALLS)

## Help

▣ CONTACT INFORMATION

▣ USERS MANUAL



© 2002 Delphi Corporation.
All rights reserved.




# WAKO ELECTRONICS (USA) INC.

2105 Production Drive, Louisville, Kentucky 40299
Phone (502) 429-8866 - Fax (502) 429-8869

**Customer PO**
550073448

**Wako Tracking No.**

# INVOICE

No.            4200

**Ship to:**

DELPHI THERMAL
32 CELERITY WAGON STREET
EL PASO, TX  79906

**Invoice Date**
Oct 4, 2005

**Payment Terms**
Net 60 Days

**Sold To:**

DELPHI THERMAL 52411978
DELPHI THERMAL & INTERIOR
200 UPPER MOUNTAIN ROAD 6AE
LOCKPORT, NY  14094-1896
USA

**Shipping Method**

Central Transport

**Payment Due Date**
Dec 3, 2005

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 600835.00 | | SERIES CM-20 THERMISTOR SENSOR | 2.86000 | 1,716.00 |
| | | PART NO.:  52411978 | | |
| | | P. O. NO.:   550073448 | | |
| | | 900665 | | |

**Your Wako Sales Representative:**

Techmark

*Thank You for Your Order!*

| | |
|---|---|
| **Sub-Total** | 1716.00 |
| **Freight** | |
| **TOTAL** | 1716.00 |

# DELPHI
Driving Tomorrow's Technology

**NAME:** Darcy Leigh Maddox
**USER ID:** MADDOX

≈ 1. SELECT PLANT  ≈ 2. SHIPMENT HEADER  ≈ 3. SELECT CONTAINER(S)  ≈ 4. REVIEW  ≈ 5. GENERA

## Delphi WebEDI

≋ **VIEW FORECASTS**

≋ **VIEW SHIP SCHEDULES / KANBAN CALLS**

≋ **VIEW ORDERS**

≋ **VIEW GENERAL MESSAGES**

≋ **VIEW ADVANCE SHIP NOTICES**

≋ **VIEW APPLICATION ADVICE**

≋ **VIEW RECEIVING ADVICE**

≋ **CREATE ADVANCE SHIP NOTICE**

## Admin Menu

≋ **MANAGE CUMULATIVE PART QUANTITY SHIPPED**

## Reports

≋ **FORECAST SUMMARY**

≋ **DELJIT SUMMARY (NOT KANBAN CALLS)**

## Help

≋ **CONTACT INFORMATION**

≋ **USERS MANUAL**

© 2002 Delphi Corporation.
All rights reserved.

| ASN Header Details | |
| --- | --- |
| Shipment Identification #: 900665 | Master Bill of Lading: 900664 |
| Carrier PRO #: 4023579109 | Carrier Identification: CENTRAL TRANSPORT |
| Dispatch Date: 2005-10-04 | Time: 03:30PM |
| Transportation Mode: LT-Less than trailer load | |
| Equipment: Trailer | Equipment Identification: 0 |
| Gross Weight: 52 | Net Weight: 52 |
| Weight Unit Of Measure: Pounds | Schneider Logistics #: |

| Part: 52411978 shipping details. | |
| --- | --- |
| Plant Name: DELPHI HARRISON THERMAL-RB01  Plant Cd: J701 | |
| Dock Cd: J701 | Storage Location: 0001 |
| Manufacturer DUNS #: | |
| Scheduling Agreement #: 0550073448 | |
| Unit of Measure: PCE | |

| Part Container(s) | | | |
| --- | --- | --- | --- |
| Outer Container Type | Outer # of Containers | Kanban Call Number(s) | Quantity Per Container |
| BOX | 2 | | 300 |
| Total Quantity Shipped: 600 | | | |





# DELPHI
Driving Tomorrow's Technology

**NAME:** Darcy Leigh Maddox
**USER ID:** MADDOX

## Delphi WebEDI

≈ 1. SELECT PLANT  ≈ 2. SHIPMENT HEADER  ≈ 3. SELECT CONTAINER(S)  ≈ 4. REVIEW  ≈ 5. GENERA

*Please complete label details for the ASN.*

- ≈ **VIEW FORECASTS**
- ≈ **VIEW SHIP SCHEDULES / KANBAN CALLS**
- ≈ **VIEW ORDERS**
- ≈ **VIEW GENERAL MESSAGES**
- ≈ **VIEW ADVANCE SHIP NOTICES**
- ◘ **VIEW APPLICATION ADVICE**
- ≈ **VIEW RECEIVING ADVICE**
- ≈ **CREATE ADVANCE SHIP NOTICE**

### Admin Menu
- ≈ **MANAGE CUMULATIVE PART QUANTITY SHIPPED**

### Reports
- ◘ **FORECAST SUMMARY**
- ≈ **DELJIT SUMMARY (NOT KANBAN CALLS)**

### Help
- ◘ **CONTACT INFORMATION**
- ≈ **USERS MANUAL**

Country of Origin:  JAPAN

GENERATE LABELS

| Container Type | Serial # | Lot # | Manufactured or Assembled | Ship / Manufacture Date | Material Number (s) | Material Quantity |
|---|---|---|---|---|---|---|
| BOX | 8682663 | 7015 | ◉ Manufactured  ○ Assembled | 20051004 | 5241197B | 300 |
| BOX | 8682662 | 7015 | ◉ Manufactured  ○ Assembled | 20051004 | 5241197B | 300 |



© 2002 Delphi Corporation.
All rights reserved.

10/14/2005