


# WAKO ELECTRONICS (USA) INC.
2105 Production Drive, Louisville, Kentucky 40299
Phone (502) 429-8866 - Fax (502) 429-8869

**Customer PO**
550029129

**Wako Tracking No.**
2616

## INVOICE
No. 4204

**Ship to:**

DELPHI HARRISON THERMAL SYS.
32 CELERITY WAGON STREET
EL PASO, TX  79906

**Invoice Date**
Oct 5, 2005

**Payment Terms**
Net 60 Days

**Sold To:**

DELPHI MEXICO 52404535
HARRISON DIVISION
GENERAL MOTORS CORP
LOCKPORT, NY  14094

**Shipping Method**
CENTRAL TRANSPORT

**Payment Due Date**
Dec 4, 2005

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 7,800 | 808.15 | PART NO.: 52404535 | 1.71000 | 13,338.00 |
|  |  | ITEM NO.: RES 808.15 |  |  |
|  |  | 900666 |  |  |

**Your Wako Sales Representative:**
Techmark

Sub-Total  13338.00
Freight
*Thank You for Your Order!*  TOTAL  13338.00

Delphi WebEDI-1481-rdd    Doc 248-2    Filed 10/14/05    Entered 10/14/05 15:07:23    Supplement Page 1 of 1
Attachment 2    Pg 2 of 20

WEBEDI HOME | LOG OUT | DELPHI HOME | ABOUT WEBEDI

# DELPHI
*Driving Tomorrow's Technology*

**NAME:** Darcy Leigh Maddox
**USER ID:** MADDOX

■ 1. SELECT PLANT   ■ 2. SHIPMENT HEADER   ■ 3. SELECT CONTAINER(S)   ■ 4. REVIEW   ■ 5. GENERA

## Delphi WebEDI

- VIEW FORECASTS
- VIEW SHIP SCHEDULES / KANBAN CALLS
- VIEW ORDERS
- VIEW GENERAL MESSAGES
- VIEW ADVANCE SHIP NOTICES
- VIEW APPLICATION ADVICE
- VIEW RECEIVING ADVICE
- CREATE ADVANCE SHIP NOTICE

## Admin Menu

- MANAGE CUMULATIVE PART QUANTITY SHIPPED

## Reports

- FORECAST SUMMARY
- DELJIT SUMMARY (NOT KANBAN CALLS)

## Help

- CONTACT INFORMATION
- USERS MANUAL

### ASN Header Details

| | |
|---|---|
| Shipment Identification #: 900666 | Master Bill of Lading: 900666 |
| Carrier PRO #: 4023579117 | Carrier Identification: CENTRAL TRANSPORT |
| Dispatch Date: 2005-10-05 | Time: 03:00PM |
| Transportation Mode: LT-Less than trailer load | |
| Equipment: Trailer | Equipment Identification: 0 |
| Gross Weight: 351 | Net Weight: 351 |
| Weight Unit Of Measure: Pounds | Schneider Logistics #: |

### Part: 52404535 shipping details.

Plant Name: DELPHI HARRISON THERMAL-RB01    Plant Cd: J701
Dock Cd: J701RB01                              Storage Location: 0001
Manufacturer DUNS #:

Scheduling Agreement #: 0550029129
Unit of Measure: PCE

### Part Container(s)

| Outer Container Type | Outer # of Containers | Kanban Call Number(s) | Quantity Per Container |
|---|---|---|---|
| BOX | 13 | | 600 |

**Total Quantity Shipped: 7800**

CREATE LABELS

© 2002 Delphi Corporation.
All rights reserved.



**DELPHI**
*Driving Tomorrow's Technology*

NAME: Darcy Leigh Maddox
USER ID: MADDOX

■ 1. SELECT PLANT   ■ 2. SHIPMENT HEADER   ■ 3. SELECT CONTAINER(S)   ■ 4. REVIEW   ■ 5. GENERA

*Please complete label details for the ASN.*

### Delphi WebEDI

- VIEW FORECASTS
- VIEW SHIP SCHEDULES / KANBAN CALLS
- VIEW ORDERS
- VIEW GENERAL MESSAGES
- VIEW ADVANCE SHIP NOTICES
- VIEW APPLICATION ADVICE
- VIEW RECEIVING ADVICE
- CREATE ADVANCE SHIP NOTICE

### Admin Menu

- MANAGE CUMULATIVE PART QUANTITY SHIPPED

### Reports

- FORECAST SUMMARY
- DELJIT SUMMARY (NOT KANBAN CALLS)

### Help

- CONTACT INFORMATION
- USERS MANUAL

Country of Origin: JAPAN

[GENERATE LABELS]

| Container Type | Serial # | Lot # | Manufactured or Assembled | Ship / Manufacture Date | Material Number(s) | Material Quantity |
|---|---|---|---|---|---|---|
| BOX | 8682676 | 6065 | ● Manufactured ○ Assembled | 20051005 | 52404535 | 600 |
| BOX | 8682675 | 6065 | ● Manufactured ○ Assembled | 20051005 | 52404535 | 600 |
| BOX | 8682674 | 6065 | ● Manufactured ○ Assembled | 20051005 | 52404535 | 600 |
| BOX | 8682673 | 6065 | ● Manufactured ○ Assembled | 20051005 | 52404535 | 600 |
| BOX | 8682672 | 6065 | ● Manufactured ○ Assembled | 20051005 | 52404535 | 600 |
| BOX | 8682671 | 6065 | ● Manufactured ○ Assembled | 20051005 | 52404535 | 600 |
| BOX | 8682670 | 6065 | ● Manufactured ○ Assembled | 20051005 | 52404535 | 600 |
| BOX | 8682669 | 6065 | ● Manufactured ○ Assembled | 20051005 | 52404535 | 600 |
| BOX | 8682668 | 6065 | ● Manufactured ○ Assembled | 20051005 | 52404535 | 600 |
| BOX | 8682667 | 6065 | ● Manufactured ○ Assembled | 20051005 | 52404535 | 600 |

| | BOX | 8682666 | 6065 | | ◉ Manufactured<br>○ Assembled | 20051005 | 52404535 | 600 |
|---|---|---|---|---|---|---|---|---|
| | BOX | 8682665 | 6065 | | ◉ Manufactured<br>○ Assembled | 20051005 | 52404535 | 600 |
| | BOX | 8682664 | 6065 | | ◉ Manufactured<br>○ Assembled | 20051005 | 52404535 | 600 |

© 2002 Delphi Corporation.
All rights reserved.




# WAKO ELECTRONICS (USA) INC.

2105 Production Drive, Louisville, Kentucky 40299
Phone (502) 429-8866 · Fax (502) 429-8869

**Customer PO**
550029129

**Wako Tracking No.**
2616

**INVOICE**
No. 4199

**Ship to:**

DELPHI HARRISON THERMAL SYS.
32 CELERITY WAGON STREET
EL PASO, TX  79906

**Invoice Date**
Oct 4, 2005

**Payment Terms**
Net 60 Days

**Sold To:**

DELPHI MEXICO 52404535
HARRISON DIVISION
GENERAL MOTORS CORP
LOCKPORT, NY  14094

**Shipping Method**
CENTRAL TRANSPORT

**Payment Due Date**
Dec 3, 2005

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 6,600 | 808.15 | PART NO.: 52404535<br>ITEM NO.: RES 808.15<br><br>900664 | 1.71000 | 11,286.00 |

**Your Wako Sales Representative:**
Techmark

*Thank You for Your Order!*

Sub-Total  11286.00
Freight
TOTAL  11286.00

WEBEDI HOME | LOG OUT | DELPHI HOME | ABOUT WEBEDI


**DELPHI**
Driving Tomorrow's Technology

**NAME:** Darcy Leigh Maddox
**USER ID:** MADDOX

※ 1. SELECT PLANT  ※ 2. SHIPMENT HEADER  ※ 3. SELECT CONTAINER(S)  ※ 4. REVIEW  ※ 5. GENERA

## Delphi WebEDI

- VIEW FORECASTS
- VIEW SHIP SCHEDULES / KANBAN CALLS
- VIEW ORDERS
- VIEW GENERAL MESSAGES
- VIEW ADVANCE SHIP NOTICES
- VIEW APPLICATION ADVICE
- VIEW RECEIVING ADVICE
- CREATE ADVANCE SHIP NOTICE

## Admin Menu

- MANAGE CUMULATIVE PART QUANTITY SHIPPED

## Reports

- FORECAST SUMMARY
- DELJIT SUMMARY (NOT KANBAN CALLS)

## Help

- CONTACT INFORMATION
- USERS MANUAL



© 2002 Delphi Corporation.
All rights reserved.

### ASN Header Details

| | |
|---|---|
| Shipment Identification #: 900664 | Master Bill of Lading: 900664 |
| Carrier PRO #: 4023579109 | Carrier Identification: CENTRAL TRANSPORT |
| Dispatch Date: 2005-10-04 | Time: 03:30PM |
| Transportation Mode: LT-Less than trailer load | |
| Equipment: Trailer | Equipment Identification: 0 |
| Gross Weight: 297 | Net Weight: 297 |
| Weight Unit Of Measure: Pounds | Schneider Logistics #: |

### Part: 52404535 shipping details.

Plant Name: DELPHI HARRISON THERMAL-RB01   Plant Cd: J701
Dock Cd: J701RB01                          Storage Location: 0001
Manufacturer DUNS #:

Scheduling Agreement #: 0550029129
Unit of Measure: PCE

### Part Container(s)

| Outer Container Type | Outer # of Containers | Kanban Call Number(s) | Quantity Per Container |
|---|---|---|---|
| BOX | 11 | | 600 |

**Total Quantity Shipped: 6600**

CREATE LABELS



WEBEDI HOME | LOG OUT | DELPHI HOME | ABOUT WEBEDI



Driving Tomorrow's Technology

**NAME:** Darcy Leigh Maddox
**USER ID:** MADDOX

1. SELECT PLANT  2. SHIPMENT HEADER  3. SELECT CONTAINER(S)  4. REVIEW  5. GENERA

*Please complete label details for the ASN.*

### Delphi WebEDI

- VIEW FORECASTS
- VIEW SHIP SCHEDULES / KANBAN CALLS
- VIEW ORDERS
- VIEW GENERAL MESSAGES
- VIEW ADVANCE SHIP NOTICES
- VIEW APPLICATION ADVICE
- VIEW RECEIVING ADVICE
- CREATE ADVANCE SHIP NOTICE

### Admin Menu

- MANAGE CUMULATIVE PART QUANTITY SHIPPED

### Reports

- FORECAST SUMMARY
- DELJIT SUMMARY (NOT KANBAN CALLS)

### Help

- CONTACT INFORMATION
- USERS MANUAL

Country of Origin: JAPAN

| Container Type | Serial # | Lot # | Manufactured or Assembled | Ship / Manufacture Date | Material Number (s) | Material Quantity |
|---|---|---|---|---|---|---|
| BOX | 8682661 | 6065 | ⦿ Manufactured ○ Assembled | 20051004 | 52404535 | 600 |
| BOX | 8682660 | 6065 | ⦿ Manufactured ○ Assembled | 20051004 | 52404535 | 600 |
| BOX | 8682659 | 6065 | ⦿ Manufactured ○ Assembled | 20051004 | 52404535 | 600 |
| BOX | 8682658 | 6065 | ⦿ Manufactured ○ Assembled | 20051004 | 52404535 | 600 |
| BOX | 8682657 | 6065 | ⦿ Manufactured ○ Assembled | 20051004 | 52404535 | 600 |
| BOX | 8682656 | 6065 | ⦿ Manufactured ○ Assembled | 20051004 | 52404535 | 600 |
| BOX | 8682655 | 6065 | ⦿ Manufactured ○ Assembled | 20051004 | 52404535 | 600 |
| BOX | 8682654 | 6065 | ⦿ Manufactured ○ Assembled | 20051004 | 52404535 | 600 |
| BOX | 8682653 | 6065 | ⦿ Manufactured ○ Assembled | 20051004 | 52404535 | 600 |
| BOX | 8682652 | 6065 | ⦿ Manufactured ○ Assembled | 20051004 | 52404535 | 600 |

© 2002 Delphi Corporation.
All rights reserved.

| | BOX | 8682651 | 6065 | ● Manufactured<br>○ Assembled | 20051004 | 52404535 | 600 |
|---|---|---|---|---|---|---|---|




# WAKO ELECTRONICS (USA) INC.
2105 Production Drive, Louisville, Kentucky 40299
Phone (502) 429-8866 - Fax (502) 429-8869

**Customer PO**
550073448

**Wako Tracking No.**

**INVOICE**
No. 4175

**Ship to:**

DELPHI THERMAL
32 CELERITY WAGON STREET
EL PASO, TX 79906

**Invoice Date**
Oct 3, 2005

**Payment Terms**
Net 60 Days

**Sold To:**

DELPHI THERMAL 52411978
DELPHI THERMAL & INTERIOR
200 UPPER MOUNTAIN ROAD 6AE
LOCKPORT, NY 14094-1896
USA

**Shipping Method**
Central Transport

**Payment Due Date**
Dec 2, 2005

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 600 | 885.00 | SERIES CM-20 THERMISTOR SENSOR<br>PART NO.: 52411978<br>P. O. NO.: 550073448<br>900663 | 2.86000 | 1,716.00 |

**Your Wako Sales Representative:**
Techmark

*Thank You for Your Order!*

| | |
|---|---|
| Sub-Total | 1716.00 |
| Freight | |
| TOTAL | 1716.00 |



**NAME:** Darcy Leigh Maddox
**USER ID:** MADDOX

≈ 1. SELECT PLANT ≈ 2. SHIPMENT HEADER ≈ 3. SELECT CONTAINER(S) ≈ 4. REVIEW ≈ 5. GENERA

### Delphi WebEDI

- VIEW FORECASTS
- VIEW SHIP SCHEDULES / KANBAN CALLS
- VIEW ORDERS
- VIEW GENERAL MESSAGES
- VIEW ADVANCE SHIP NOTICES
- VIEW APPLICATION ADVICE
- VIEW RECEIVING ADVICE
- CREATE ADVANCE SHIP NOTICE

### Admin Menu

- MANAGE CUMULATIVE PART QUANTITY SHIPPED

### Reports

- FORECAST SUMMARY
- DELJIT SUMMARY (NOT KANBAN CALLS)

### Help

- CONTACT INFORMATION
- USERS MANUAL

| ASN Header Details | |
|---|---|
| Shipment Identification #: 900663 | Master Bill of Lading: 900662 |
| Carrier PRO #: 4023579091 | Carrier Identification: CENTRAL TRANSPORT |
| Dispatch Date: 2005-10-03 | Time: 03:30PM |
| Transportation Mode: LT-Less than trailer load | |
| Equipment: Trailer | Equipment Identification: 0 |
| Gross Weight: 52 | Net Weight: 52 |
| Weight Unit Of Measure: Pounds | Schneider Logistics #: |

**Part: 52411978 shipping details.**

Plant Name: DELPHI HARRISON THERMAL-RB01   Plant Cd: J701
Dock Cd: J701                                Storage Location: 0001
Manufacturer DUNS #:

Scheduling Agreement #: 0550073448
Unit of Measure: PCE

#### Part Container(s)

| Outer Container Type | Outer # of Containers | Kanban Call Number(s) | Quantity Per Container |
|---|---|---|---|
| BOX | 2 | | 300 |

**Total Quantity Shipped: 600**





© 2002 Delphi Corporation.
All rights reserved.

# DELPHI
*Driving Tomorrow's Technology*

**NAME:** Darcy Leigh Maddox
**USER ID:** MADDOX

> 1. SELECT PLANT  > 2. SHIPMENT HEADER  > 3. SELECT CONTAINER(S)  > 4. REVIEW  > 5. GENERA

## Delphi WebEDI

*Please complete label details for the ASN.*

- VIEW FORECASTS
- VIEW SHIP SCHEDULES / KANBAN CALLS
- VIEW ORDERS
- VIEW GENERAL MESSAGES
- VIEW ADVANCE SHIP NOTICES
- VIEW APPLICATION ADVICE
- VIEW RECEIVING ADVICE
- CREATE ADVANCE SHIP NOTICE

Country of Origin:  JAPAN



| Container Type | Serial # | Lot # | Manufactured or Assembled | Ship / Manufacture Date | Material Number(s) | Material Quantity |
|---|---|---|---|---|---|---|
| BOX | 8682650 | 7015 | ◉ Manufactured ○ Assembled | 20051003 | 52411978 | 300 |
| BOX | 8682649 | 7015 | ◉ Manufactured ○ Assembled | 20051003 | 52411978 | 300 |

## Admin Menu

- MANAGE CUMULATIVE PART QUANTITY SHIPPED

## Reports

- FORECAST SUMMARY
- DELJIT SUMMARY (NOT KANBAN CALLS)

## Help

- CONTACT INFORMATION
- USERS MANUAL

© 2002 Delphi Corporation.
All rights reserved.

10/3/2005




# WAKO ELECTRONICS (USA) INC.

2105 Production Drive, Louisville, Kentucky 40299
Phone (502) 429-8866 - Fax (502) 429-8869

| Customer PO | Wako Tracking No. | **INVOICE** |
|---|---|---|
| 550029129 | 2616 | No. 4174 |

**Ship to:**

DELPHI HARRISON THERMAL SYS.
32 CELERITY WAGON STREET
EL PASO, TX 79906

**Invoice Date**
Oct 3, 2005

**Payment Terms**
Net 60 Days

**Sold To:**

DELPHI MEXICO 52404535
HARRISON DIVISION
GENERAL MOTORS CORP
LOCKPORT, NY 14094

**Shipping Method**
CENTRAL TRANSPORT

**Payment Due Date**
Dec 2, 2005

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 6,600 | 808.15 | PART NO.: 52404535 | 1.71000 | 11,286.00 |
| | | ITEM NO.: RES 808.15 | | |
| | | 900662 | | |

**Your Wako Sales Representative:**
Techmark

*Thank You for Your Order!*

| | |
|---|---|
| Sub-Total | 11286.00 |
| Freight | |
| TOTAL | 11286.00 |



WEBEDI HOME | LOG OUT | DELPHI HOME | ABOUT WEBEDI



**DELPHI**
Driving Tomorrow's Technology

NAME: Darcy Leigh Maddox
USER ID: MADDOX

◎ 1. SELECT PLANT ≈ 2. SHIPMENT HEADER ≈ 3. SELECT CONTAINER(S) ≈ 4. REVIEW ≈ 5. GENERA

### Delphi WebEDI

- VIEW FORECASTS
- VIEW SHIP SCHEDULES / KANBAN CALLS
- VIEW ORDERS
- VIEW GENERAL MESSAGES
- VIEW ADVANCE SHIP NOTICES
- VIEW APPLICATION ADVICE
- VIEW RECEIVING ADVICE
- CREATE ADVANCE SHIP NOTICE

### Admin Menu

- MANAGE CUMULATIVE PART QUANTITY SHIPPED

### Reports

- FORECAST SUMMARY
- DELJIT SUMMARY (NOT KANBAN CALLS)

### Help

- CONTACT INFORMATION
- USERS MANUAL

#### ASN Header Details

| | |
|---|---|
| Shipment Identification #: 900662 | Master Bill of Lading: 900662 |
| Carrier PRO #: 4023579091 | Carrier Identification: CENTRAL TRANSPORT |
| Dispatch Date: 2005-10-03 | Time: 03:30PM |
| Transportation Mode: LT-Less than trailer load | |
| Equipment: Trailer | Equipment Identification: 0 |
| Gross Weight: 297 | Net Weight: 297 |
| Weight Unit Of Measure: Pounds | Schneider Logistics #: |

#### Part: 52404535 shipping details.

Plant Name: DELPHI HARRISON THERMAL-RB01   Plant Cd: J701
Dock Cd: J701RB01   Storage Location: 0001
Manufacturer DUNS #:

Scheduling Agreement #: 0550029129
Unit of Measure: PCE

#### Part Container(s)

| Outer Container Type | Outer # of Containers | Kanban Call Number(s) | Quantity Per Container |
|---|---|---|---|
| BOX | 11 | | 600 |

Total Quantity Shipped: 6600



© 2002 Delphi Corporation.
All rights reserved.



NAME: Darcy Leigh Maddox
USER ID: MADDOX

≋ 1. SELECT PLANT ≋ 2. SHIPMENT HEADER ≋ 3. SELECT CONTAINER(S) ≋ 4. REVIEW ≋ 5. GENERA

**Delphi WebEDI**

*Please complete label details for the ASN.*

- VIEW FORECASTS
- VIEW SHIP SCHEDULES / KANBAN CALLS
- VIEW ORDERS
- VIEW GENERAL MESSAGES
- VIEW ADVANCE SHIP NOTICES
- VIEW APPLICATION ADVICE
- VIEW RECEIVING ADVICE
- CREATE ADVANCE SHIP NOTICE

**Admin Menu**

- MANAGE CUMULATIVE PART QUANTITY SHIPPED

**Reports**

- FORECAST SUMMARY
- DELJIT SUMMARY (NOT KANBAN CALLS)

**Help**

- CONTACT INFORMATION
- USERS MANUAL

Country of Origin: JAPAN

| Container Type | Serial # | Lot # | Manufactured or Assembled | Ship / Manufacture Date | Material Number (s) | Material Quantity |
|---|---|---|---|---|---|---|
| BOX | 8682648 | 6065 | ● Manufactured ○ Assembled | 20051003 | 52404535 | 600 |
| BOX | 8682647 | 6065 | ● Manufactured ○ Assembled | 20051003 | 52404535 | 600 |
| BOX | 8682646 | 5305 / 6095 | ● Manufactured ○ Assembled | 20051003 | 52404535 | 600 |
| BOX | 8682645 | 5305 / 6065 | ● Manufactured ○ Assembled | 20051003 | 52404535 | 600 |
| BOX | 8682644 | 5305 | ● Manufactured ○ Assembled | 20051003 | 52404535 | 600 |
| BOX | 8682643 | 5305 | ● Manufactured ○ Assembled | 20051003 | 52404535 | 600 |
| BOX | 8682642 | 5305 | ● Manufactured ○ Assembled | 20051003 | 52404535 | 600 |
| BOX | 8682641 | 5305 | ● Manufactured ○ Assembled | 20051003 | 52404535 | 600 |
| BOX | 8682640 | 5305 | ● Manufactured ○ Assembled | 20051003 | 52404535 | 600 |
| BOX | 8682639 | 5305 | ● Manufactured ○ Assembled | 20051003 | 52404535 | 600 |

10/3/2005

© 2002 Delphi Corporation.
All rights reserved.

| | BOX | 8682638 | 5305 | ◉ Manufactured ○ Assembled | 20051003 | 52404535 | 600 |
|---|---|---|---|---|---|---|---|

Delphi W05E4481-rdd    Doc 248-2    Filed 10/14/05    Entered 10/14/05 15:07:23    Supplement    Page 2 of 2
Attachment 2    Pg 15 of 20

© 2002 Delphi Corporation.
All rights reserved.

| | BOX | 8682638 | 5305 | ◉ Manufactured ○ Assembled | 20051003 | 52404535 | 600 |
|---|---|---|---|---|---|---|---|

# WAKO ELECTRONICS (USA) INC.



2105 Production Drive, Louisville, Kentucky 40299
Phone (502) 429-8866 - Fax (502) 429-8869

## INVOICE

**No.** 4169

**Customer PO**
550073448

**Wako Tracking No..**

**Ship to:**
DELPHI THERMAL
32 CELERITY WAGON STREET
EL PASO, TX 79906

**Invoice Date**
Sep 30, 2005

**Payment Terms**
Net 60 Days

**Sold To:**
DELPHI THERMAL 52411978
DELPHI THERMAL & INTERIOR
200 UPPER MOUNTAIN ROAD 6AE
LOCKPORT, NY 14094-1896
USA

**Shipping Method**
Central Transport

**Payment Due Date**
Nov 29, 2005

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 900885.00 | | SERIES CM-20 THERMISTOR SENSOR | 2.86000 | 2,574.00 |
| | | PART NO.: 52411978 | | |
| | | P. O. NO.: 550073448 | | |
| | | 900661 | | |

**Your Wako Sales Representative:**
Techmark

*Thank You for Your Order!*

| | |
|---|---|
| Sub-Total | 2574.00 |
| Freight | |
| **TOTAL** | **2574.00** |



WEBEDI HOME | LOG OUT | DELPHI HOME | ABOUT WEBEDI

**NAME:** Darcy Leigh Maddox
**USER ID:** MADDOX

※ 1. SELECT PLANT   ※ 2. SHIPMENT HEADER   ※ 3. SELECT CONTAINER(S)   ※ 4. REVIEW   ※ 5. GENERA

## Delphi WebEDI

- VIEW FORECASTS
- VIEW SHIP SCHEDULES / KANBAN CALLS
- VIEW ORDERS
- VIEW GENERAL MESSAGES
- VIEW ADVANCE SHIP NOTICES
- VIEW APPLICATION ADVICE
- VIEW RECEIVING ADVICE
- CREATE ADVANCE SHIP NOTICE

### Admin Menu

- MANAGE CUMULATIVE PART QUANTITY SHIPPED

### Reports

- FORECAST SUMMARY
- DELJIT SUMMARY (NOT KANBAN CALLS)

### Help

- CONTACT INFORMATION
- USERS MANUAL



© 2002 Delphi Corporation.
All rights reserved.

### ASN Header Details

**Shipment Identification #:** 900661   **Master Bill of Lading:** 900660
**Carrier PRO #:** 4023579083   **Carrier Identification:** CENTRAL TRANSPORT
**Dispatch Date:** 2005-09-30   **Time:** 12:30PM
**Transportation Mode:** LT-Less than trailer load
**Equipment:** Trailer   **Equipment Identification:** 0
**Gross Weight:** 78   **Net Weight:** 78
**Weight Unit Of Measure:** Pounds   **Schneider Logistics #:**

### Part: 52411978 shipping details.

**Plant Name:** DELPHI HARRISON THERMAL-RB01   **Plant Cd:** J701
**Dock Cd:** J701   **Storage Location:** 0001
**Manufacturer DUNS #:**

**Scheduling Agreement #:** 0550073448
**Unit of Measure:** PCE

### Part Container(s)

| Outer Container Type | Outer # of Containers | Kanban Call Number(s) | Quantity Per Container |
|---|---|---|---|
| BOX | 3 | | 300 |

**Total Quantity Shipped:** 900

WEBEDI HOME | LOG OUT | DELPHI HOME | ABOUT WEBEDI



**DELPHI**
Driving Tomorrow's Technology

NAME: Darcy Leigh Maddox
USER ID: MADDOX

1. SELECT PLANT  2. SHIPMENT HEADER  3. SELECT CONTAINER(S)  4. REVIEW  5. GENER

### Delphi WebEDI

*Please complete label details for the ASN.*

- VIEW FORECASTS
- VIEW SHIP SCHEDULES / KANBAN CALLS
- VIEW ORDERS
- VIEW GENERAL MESSAGES
- VIEW ADVANCE SHIP NOTICES
- VIEW APPLICATION ADVICE
- VIEW RECEIVING ADVICE
- CREATE ADVANCE SHIP NOTICE

Country of Origin: JAPAN

| Container Type | Serial # | Lot # | Manufactured or Assembled | Ship / Manufacture Date | Material Number(s) | Material Quantity |
|---|---|---|---|---|---|---|
| BOX | 8682637 | 6295 / 7015 | ● Manufactured ○ Assembled | 20050930 | 52411978 | 300 |
| BOX | 8682636 | 6295 | ● Manufactured ○ Assembled | 20050930 | 52411978 | 300 |
| BOX | 8682635 | 6295 | ● Manufactured ○ Assembled | 20050930 | 52411978 | 300 |

### Admin Menu

- MANAGE CUMULATIVE PART QUANTITY SHIPPED

### Reports

- FORECAST SUMMARY
- DELJIT SUMMARY (NOT KANBAN CALLS)

### Help

- CONTACT INFORMATION
- USERS MANUAL



© 2002 Delphi Corporation.
All rights reserved.




# WAKO ELECTRONICS (USA) INC.
2105 Production Drive, Louisville, Kentucky 40299
Phone (502) 429-8866 - Fax (502) 429-8869

| Customer PO | Wako Tracking No.. | **INVOICE** |
| --- | --- | --- |
| 550073448 | | No. 4167 |

**Ship to:**

DELPHI THERMAL
32 CELERITY WAGON STREET
EL PASO, TX  79906

**Invoice Date**
Sep 29, 2005

**Payment Terms**
Net 60 Days

**Sold To:**

DELPHI THERMAL 52411978
DELPHI THERMAL & INTERIOR
200 UPPER MOUNTAIN ROAD 6AE
LOCKPORT, NY  14094-1896
USA

**Shipping Method**
Central Transport

**Payment Due Date**
Nov 28, 2005

| Quantity | Item | Description | Unit Price | Extension |
| --- | --- | --- | --- | --- |
| 900 | 885.00 | SERIES CM-20 THERMISTOR SENSOR | 2.86000 | 2,574.00 |
| | | PART NO.: 5241 1978 | | |
| | | P. O. NO.: 550073448 | | |
| | | 900659 | | |

**Your Wako Sales Representative:**
Techmark

| | |
| --- | --- |
| Sub-Total | 2574.00 |
| Freight | |
| **TOTAL** | **2574.00** |

*Thank You for Your Order!*



**DELPHI**
Driving Tomorrow's Technology

NAME: Darcy Leigh Maddox
USER ID: MADDOX

# 1. SELECT PLANT  # 2. SHIPMENT HEADER  # 3. SELECT CONTAINER(S)  # 4. REVIEW  # 5. GENERA

## Delphi WebEDI

- VIEW FORECASTS
- VIEW SHIP SCHEDULES / KANBAN CALLS
- VIEW ORDERS
- VIEW GENERAL MESSAGES
- VIEW ADVANCE SHIP NOTICES
- VIEW APPLICATION ADVICE
- VIEW RECEIVING ADVICE
- CREATE ADVANCE SHIP NOTICE

## Admin Menu

- MANAGE CUMULATIVE PART QUANTITY SHIPPED

## Reports

- FORECAST SUMMARY
- DELJIT SUMMARY (NOT KANBAN CALLS)

## Help

- CONTACT INFORMATION
- USERS MANUAL

| ASN Header Details ||
|---|---|
| Shipment Identification #: 900659 | Master Bill of Lading: 900658 |
| Carrier PRO #: 4023579075 | Carrier Identification: CENTRAL TRANSPORT |
| Dispatch Date: 2005-09-29 | Time: 03:30PM |
| Transportation Mode: LT-Less than trailer load ||
| Equipment: Trailer | Equipment Identification: 0 |
| Gross Weight: 78 | Net Weight: 78 |
| Weight Unit Of Measure: Pounds | Schneider Logistics #: |

### Part: 52411978 shipping details.

Plant Name: DELPHI HARRISON THERMAL-R801  Plant Cd: J701
Dock Cd: J701    Storage Location: 0001
Manufacturer DUNS #:

Scheduling Agreement #: 0550073448
Unit of Measure: PCE

#### Part Container(s)

| Outer Container Type | Outer # of Containers | Kanban Call Number(s) | Quantity Per Container |
|---|---|---|---|
| BOX | 3 | | 300 |
| Total Quantity Shipped: 900 ||||



© 2002 Delphi Corporation.
All rights reserved.