WEBEDI HOME | LOG OUT | DELPHI HOME | ABOUT WEBEDI

# DELPHI
Driving Tomorrow's Technology

NAME: Darcy Leigh Maddox
USER ID: MADDOX

□ 1. SELECT PLANT  □ 2. SHIPMENT HEADER  □ 3. SELECT CONTAINER(S)  □ 4. REVIEW  □ 5. GENER[A]

**Delphi WebEDI**

*Please complete label details for the ASN.*

- VIEW FORECASTS
- VIEW SHIP SCHEDULES / KANBAN CALLS
- VIEW ORDERS
- VIEW GENERAL MESSAGES
- VIEW ADVANCE SHIP NOTICES
- VIEW APPLICATION ADVICE
- VIEW RECEIVING ADVICE
- CREATE ADVANCE SHIP NOTICE

Country of Origin: JAPAN

| Container Type | Serial # | Lot # | Manufactured or Assembled | Ship / Manufacture Date | Material Number(s) | Material Quantity |
|---|---|---|---|---|---|---|
| BOX | 8682623 | 6295 | ● Manufactured ○ Assembled | 20050929 | 52411978 | 300 |
| BOX | 8682622 | 6295 | ● Manufactured ○ Assembled | 20050929 | 52411978 | 300 |
| BOX | 8682621 | 6295 | ● Manufactured ○ Assembled | 20050929 | 52411978 | 300 |

**Admin Menu**

- MANAGE CUMULATIVE PART QUANTITY SHIPPED

**Reports**

- FORECAST SUMMARY
- DELJIT SUMMARY (NOT KANBAN CALLS)

**Help**

- CONTACT INFORMATION
- USERS MANUAL



© 2002 Delphi Corporation.
All rights reserved.




# WAKO ELECTRONICS (USA) INC.

2105 Production Drive, Louisville, Kentucky 40299
Phone (502) 429-8866 - Fax (502) 429-8869

| Customer PO | Wako Tracking No.. | **INVOICE** |
| --- | --- | --- |
| 550029129 | 2616 | No. 4168 |

**Ship to:**

DELPHI HARRISON THERMAL SYS.
32 CELERITY WAGON STREET
EL PASO, TX 79906

Invoice Date
Sep 30, 2005

Payment Terms
Net 60 Days

**Sold To:**

DELPHI MEXICO 52404535
HARRISON DIVISION
GENERAL MOTORS CORP
LOCKPORT, NY 14094

Shipping Method
CENTRAL TRANSPORT

Payment Due Date
Nov 29, 2005

| Quantity | Item | Description | Unit Price | Extension |
| --- | --- | --- | --- | --- |
| 6,600 | 808.15 | PART NO.: 52404535<br>ITEM NO.: RES 808.15<br><br>900660 | 1.71000 | 11,286.00 |

Your Wako Sales Representative:
Techmark

*Thank You for Your Order!*

| | | |
| --- | --- | --- |
| Sub-Total | | 11286.00 |
| Freight | | |
| TOTAL | | 11286.00 |

# DELPHI
*Driving Tomorrow's Technology*

WEBEDI HOME | LOG OUT | DELPHI HOME | ABOUT WEBEDI

**NAME:** Darcy Leigh Maddox
**USER ID:** MADDOX

≈ 1. SELECT PLANT  ≈ 2. SHIPMENT HEADER  ≈ 3. SELECT CONTAINER(S)  ≈ 4. REVIEW  ≈ 5. GENERA

## Delphi WebEDI

- VIEW FORECASTS
- VIEW SHIP SCHEDULES / KANBAN CALLS
- VIEW ORDERS
- VIEW GENERAL MESSAGES
- VIEW ADVANCE SHIP NOTICES
- VIEW APPLICATION ADVICE
- VIEW RECEIVING ADVICE
- CREATE ADVANCE SHIP NOTICE

## Admin Menu

- MANAGE CUMULATIVE PART QUANTITY SHIPPED

## Reports

- FORECAST SUMMARY
- DELJIT SUMMARY (NOT KANBAN CALLS)

## Help

- CONTACT INFORMATION
- USERS MANUAL

### ASN Header Details

| | |
|---|---|
| Shipment Identification #: 900660 | Master Bill of Lading: 900660 |
| Carrier PRO #: 4023579083 | Carrier Identification: CENTRAL TRANSPORT |
| Dispatch Date: 2005-09-30 | Time: 12:30PM |
| Transportation Mode: LT-Less than trailer load | |
| Equipment: Trailer | Equipment Identification: 0 |
| Gross Weight: 297 | Net Weight: 297 |
| Weight Unit Of Measure: Pounds | Schneider Logistics #: |

### Part: 52404535 shipping details.

Plant Name: DELPHI HARRISON THERMAL-RB01    Plant Cd: J701
Dock Cd: J701RB01                                      Storage Location: 0001
Manufacturer DUNS #:

Scheduling Agreement #: 0550029129
Unit of Measure: PCE

#### Part Container(s)

| Outer Container Type | Outer # of Containers | Kanban Call Number(s) | Quantity Per Container |
|---|---|---|---|
| BOX | 11 | | 600 |

**Total Quantity Shipped: 6600**

CREATE LABELS



© 2002 Delphi Corporation.
All rights reserved.

Delphi WebEDI 05-44481-rdd Doc 248-3 Filed 10/14/05 Entered 10/14/05 15:07:23 Supplement Page 1 of 2
Attachment 3 Pg 4 of 19

WEBEDI HOME | LOG OUT | DELPHI HOME | ABOUT WEBEDI



**DELPHI**
Driving Tomorrow's Technology

**NAME:** Darcy Leigh Maddox
**USER ID:** MADDOX

1. SELECT PLANT  2. SHIPMENT HEADER  3. SELECT CONTAINER(S)  4. REVIEW  5. GENERA

### Delphi WebEDI

*Please complete label details for the ASN.*

- VIEW FORECASTS
- VIEW SHIP SCHEDULES / KANBAN CALLS
- VIEW ORDERS
- VIEW GENERAL MESSAGES
- VIEW ADVANCE SHIP NOTICES
- VIEW APPLICATION ADVICE
- VIEW RECEIVING ADVICE
- CREATE ADVANCE SHIP NOTICE

### Admin Menu
- MANAGE CUMULATIVE PART QUANTITY SHIPPED

### Reports
- FORECAST SUMMARY
- DELJIT SUMMARY (NOT KANBAN CALLS)

### Help
- CONTACT INFORMATION
- USERS MANUAL

Country of Origin: JAPAN

GENERATE LABELS

| Container Type | Serial # | Lot # | Manufactured or Assembled | Ship / Manufacture Date | Material Number(s) | Material Quantity |
|---|---|---|---|---|---|---|
| BOX | 8682634 | 5305 | ◉ Manufactured ○ Assembled | 20050930 | 52404535 | 600 |
| BOX | 8682633 | 5305 | ◉ Manufactured ○ Assembled | 20050930 | 52404535 | 600 |
| BOX | 8682632 | 5305 | ◉ Manufactured ○ Assembled | 20050930 | 52404535 | 600 |
| BOX | 8682631 | 5305 | ◉ Manufactured ○ Assembled | 20050930 | 52404535 | 600 |
| BOX | 8682630 | 5305 | ◉ Manufactured ○ Assembled | 20050930 | 52404535 | 600 |
| BOX | 8682629 | 5305 | ◉ Manufactured ○ Assembled | 20050930 | 52404535 | 600 |
| BOX | 8682628 | 5305 | ◉ Manufactured ○ Assembled | 20050930 | 52404535 | 600 |
| BOX | 8682627 | 5305 | ◉ Manufactured ○ Assembled | 20050930 | 52404535 | 600 |
| BOX | 8682626 | 5305 | ◉ Manufactured ○ Assembled | 20050930 | 52404535 | 600 |
| BOX | 8682625 | 5305 | ◉ Manufactured ○ Assembled | 20050930 | 52404535 | 600 |

© 2002 Delphi Corporation.
All rights reserved.

| BOX | 8682624 | 5305 | ● Manufactured ○ Assembled | 20050930 | 52404535 | 500 |




# WAKO ELECTRONICS (USA) INC.

2105 Production Drive, Louisville, Kentucky 40299
Phone (502) 429-8866 - Fax (502) 429-8869

**Customer PO**
550029129

**Wako Tracking No.**
2616

# INVOICE
No. 4166

**Ship to:**

DELPHI HARRISON THERMAL SYS.
32 CELERITY WAGON STREET
EL PASO, TX  79906

**Invoice Date**
Sep 29, 2005

**Payment Terms**
Net 60 Days

**Sold To:**

DELPHI MEXICO 52404535
HARRISON DIVISION
GENERAL MOTORS CORP
LOCKPORT, NY  14094

**Shipping Method**
CENTRAL TRANSPORT

**Payment Due Date**
Nov 28, 2005

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 6,600 | 808.15 | PART NO.: 52404535<br>ITEM NO.: RES 808.15<br><br>900658 | 1.71000 | 11,286.00 |

**Your Wako Sales Representative:**
Techmark

*Thank You for Your Order!*

| | |
|---|---|
| Sub-Total | 11286.00 |
| Freight | |
| TOTAL | 11286.00 |



WEBEDI HOME | LOG OUT | DELPHI HOME | ABOUT WEBEDI

**DELPHI**
Driving Tomorrow's Technology

**NAME:** Darcy Leigh Maddox
**USER ID:** MADDOX

# 1. SELECT PLANT  # 2. SHIPMENT HEADER  # 3. SELECT CONTAINER(S)  # 4. REVIEW  # 5. GENERA

## Delphi WebEDI

- VIEW FORECASTS
- VIEW SHIP SCHEDULES / KANBAN CALLS
- VIEW ORDERS
- VIEW GENERAL MESSAGES
- VIEW ADVANCE SHIP NOTICES
- VIEW APPLICATION ADVICE
- VIEW RECEIVING ADVICE
- CREATE ADVANCE SHIP NOTICE

## Admin Menu

- MANAGE CUMULATIVE PART QUANTITY SHIPPED

## Reports

- FORECAST SUMMARY
- DELJIT SUMMARY (NOT KANBAN CALLS)

## Help

- CONTACT INFORMATION
- USERS MANUAL



© 2002 Delphi Corporation.
All rights reserved.

### ASN Header Details

| | |
|---|---|
| Shipment Identification #: 900658 | Master Bill of Lading: 900658 |
| Carrier PRO #: 4023579075 | Carrier Identification: CENTRAL TRANSPORT |
| Dispatch Date: 2005-09-29 | Time: 03:30PM |
| Transportation Mode: LT-Less than trailer load | |
| Equipment: Trailer | Equipment Identification: 0 |
| Gross Weight: 297 | Net Weight: 297 |
| Weight Unit Of Measure: Pounds | Schneider Logistics #: |

### Part: 52404535 shipping details.

Plant Name: DELPHI HARRISON THERMAL-RB01   Plant Cd: J701
Dock Cd: J701RB01                                    Storage Location: 0001
Manufacturer DUNS #:

Scheduling Agreement #: 0550029129
Unit of Measure: PCE

#### Part Container(s)

| Outer Container Type | Outer # of Containers | Kanban Call Number(s) | Quantity Per Container |
|---|---|---|---|
| BOX | 11 | | 600 |

**Total Quantity Shipped: 6600**

WEBEDI HOME | LOG OUT | DELPHI HOME | ABOUT WEBEDI

# DELPHI
Driving Tomorrow's Technology

NAME: Darcy Leigh Maddox
USER ID: MADDOX

= 1. SELECT PLANT  = 2. SHIPMENT HEADER  = 3. SELECT CONTAINER(S)  = 4. REVIEW  = 5. GENERA

**Delphi WebEDI**

*Please complete label details for the ASN.*

- VIEW FORECASTS
- VIEW SHIP SCHEDULES / KANBAN CALLS
- VIEW ORDERS
- VIEW GENERAL MESSAGES
- VIEW ADVANCE SHIP NOTICES
- VIEW APPLICATION ADVICE
- VIEW RECEIVING ADVICE
- CREATE ADVANCE SHIP NOTICE

**Admin Menu**

- MANAGE CUMULATIVE PART QUANTITY SHIPPED

**Reports**

- FORECAST SUMMARY
- DELJIT SUMMARY (NOT KANBAN CALLS)

**Help**

- CONTACT INFORMATION
- USERS MANUAL

Country of Origin: JAPAN

| Container Type | Serial # | Lot # | Manufactured or Assembled | Ship / Manufacture Date | Material Number (s) | Material Quantity |
|---|---|---|---|---|---|---|
| BOX | 8682620 | 5305 | ● Manufactured  ○ Assembled | 20050929 | 52404535 | 600 |
| BOX | 8682619 | 5305 | ● Manufactured  ○ Assembled | 20050929 | 52404535 | 600 |
| BOX | 8682618 | 5305 | ● Manufactured  ○ Assembled | 20050929 | 52404535 | 600 |
| BOX | 8682617 | 5305 | ● Manufactured  ○ Assembled | 20050929 | 52404535 | 600 |
| BOX | 8682616 | 5305 | ● Manufactured  ○ Assembled | 20050929 | 52404535 | 600 |
| BOX | 8682615 | 5305 | ● Manufactured  ○ Assembled | 20050929 | 52404535 | 600 |
| BOX | 8682614 | 5305 | ● Manufactured  ○ Assembled | 20050929 | 52404535 | 600 |
| BOX | 8682613 | 5305 | ● Manufactured  ○ Assembled | 20050929 | 52404535 | 600 |
| BOX | 8682612 | 5305 | ● Manufactured  ○ Assembled | 20050929 | 52404535 | 600 |
| BOX | 8682611 | 5305 | ● Manufactured  ○ Assembled | 20050929 | 52404535 | 600 |

© 2002 Delphi Corporation.
All rights reserved.

| BOX | 8682610 | 5305 | Manufactured ◉ / Assembled ○ | 20050929 | 52404535 | 600 |

© 2002 Delphi Corporation.
All rights reserved.

| BOX | 8682610 | 5305 | Manufactured ◉ / Assembled ○ | 20050929 | 52404535 | 600 |




# WAKO ELECTRONICS (USA) INC.

2105 Production Drive, Louisville, Kentucky 40299
Phone (502) 429-8866 - Fax (502) 429-8869

**Customer PO**
550073448

**Wako Tracking No..**

# INVOICE
No. 4140

**Ship to:**

DELPHI THERMAL
32 CELERITY WAGON STREET
EL PASO, TX 79906

**Invoice Date**
Sep 28, 2005

**Payment Terms**
Net 60 Days

**Sold To:**

DELPHI THERMAL 52411978
DELPHI THERMAL & INTERIOR
200 UPPER MOUNTAIN ROAD 6AE
LOCKPORT, NY 14094-1896
USA

**Shipping Method**
Central Transport

**Payment Due Date**
Nov 27, 2005

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 600 | 885.00 | SERIES CM-20 THERMISTOR SENSOR<br>PART NO.: 52411978<br>P. O. NO.: 550073448<br>900657 | 2.86000 | 1,716.00 |

**Your Wako Sales Representative:**
Techmark

*Thank You for Your Order!*

| | |
|---|---|
| Sub-Total | 1716.00 |
| Freight | |
| TOTAL | 1716.00 |



WEBEDI HOME | LOG OUT | DELPHI HOME | ABOUT WEBEDI

# DELPHI
*Driving Tomorrow's Technology*

**NAME:** Darcy Leigh Maddox
**USER ID:** MADDOX

\* 1. SELECT PLANT  \* 2. SHIPMENT HEADER  \* 3. SELECT CONTAINER(S)  \* 4. REVIEW  \* 5. GENER*

## Delphi WebEDI

- VIEW FORECASTS
- VIEW SHIP SCHEDULES / KANBAN CALLS
- VIEW ORDERS
- VIEW GENERAL MESSAGES
- VIEW ADVANCE SHIP NOTICES
- VIEW APPLICATION ADVICE
- VIEW RECEIVING ADVICE
- CREATE ADVANCE SHIP NOTICE

## Admin Menu

- MANAGE CUMULATIVE PART QUANTITY SHIPPED

## Reports

- FORECAST SUMMARY
- DELJIT SUMMARY (NOT KANBAN CALLS)

## Help

- CONTACT INFORMATION
- USERS MANUAL

© 2002 Delphi Corporation.
All rights reserved.

### ASN Header Details

| | |
|---|---|
| Shipment Identification #: 900657 | Master Bill of Lading: 900655 |
| Carrier PRO #: 4023579059 | Carrier Identification: CENTRAL TRANSPORT |
| Dispatch Date: 2005-09-28 | Time: 03:30PM |
| Transportation Mode: LT-Less than trailer load | |
| Equipment: Trailer | Equipment Identification: 0 |
| Gross Weight: 52 | Net Weight: 52 |
| Weight Unit Of Measure: Pounds | Schneider Logistics #: |

### Part: 52411978 shipping details.

Plant Name: DELPHI HARRISON THERMAL-RB01  Plant Cd: J701
Dock Cd: J701                              Storage Location: 0001
Manufacturer DUNS #:

Scheduling Agreement #: 0550073448
Unit of Measure: PCE

### Part Container(s)

| Outer Container Type | Outer # of Containers | Kanban Call Number(s) | Quantity Per Container |
|---|---|---|---|
| BOX | 2 | | 300 |

**Total Quantity Shipped: 600**

CREATE LABELS

# DELPHI
*Driving Tomorrow's Technology*

WEBEDI HOME | LOG OUT | DELPHI HOME | ABOUT WEBEDI

**NAME:** Darcy Leigh Maddox
**USER ID:** MADDOX

◘ 1. SELECT PLANT ◘ 2. SHIPMENT HEADER ◘ 3. SELECT CONTAINER(S) ◘ 4. REVIEW ◘ 5. GENERA

## Delphi WebEDI

- VIEW FORECASTS
- VIEW SHIP SCHEDULES / KANBAN CALLS
- VIEW ORDERS
- VIEW GENERAL MESSAGES
- VIEW ADVANCE SHIP NOTICES
- VIEW APPLICATION ADVICE
- VIEW RECEIVING ADVICE
- CREATE ADVANCE SHIP NOTICE

## Admin Menu

- MANAGE CUMULATIVE PART QUANTITY SHIPPED

## Reports

- FORECAST SUMMARY
- DELJIT SUMMARY (NOT KANBAN CALLS)

## Help

- CONTACT INFORMATION
- USERS MANUAL

| ASN Header Details ||
|---|---|
| Shipment Identification #: 900657 | Master Bill of Lading: 900655 |
| Carrier PRO #: 4023579059 | Carrier Identification: CENTRAL TRANSPORT |
| Dispatch Date: 2005-09-28 | Time: 03:30PM |
| Transportation Mode: LT-Less than trailer load ||
| Equipment: Trailer | Equipment Identification: 0 |
| Gross Weight: 52 | Net Weight: 52 |
| Weight Unit Of Measure: Pounds | Schneider Logistics #: |

**Part: 52411978 shipping details.**

Plant Name: DELPHI HARRISON THERMAL-RB01   Plant Cd: J701
Dock Cd: J701                                Storage Location: 0001
Manufacturer DUNS #:

Scheduling Agreement #: 0550073448
Unit of Measure: PCE

### Part Container(s)

| Outer Container Type | Outer # of Containers | Kanban Call Number(s) | Quantity Per Container |
|---|---|---|---|
| BOX | 2 | | 300 |
| **Total Quantity Shipped: 600** ||||



© 2002 Delphi Corporation.
All rights reserved.




# WAKO ELECTRONICS (USA) INC.
2105 Production Drive, Louisville, Kentucky 40299
Phone (502) 429-8866 - Fax (502) 429-8869

| Customer PO | Wako Tracking No. | **INVOICE** |
|---|---|---|
| 550029130 | 2614 | No. 4139 |

**Ship to:**

DELPHI HARRISON THERMAL SYS.
32 CELERITY WAGON STREET
EL PASO, TX 79906

**Invoice Date**
Sep 28, 2005

**Payment Terms**
Net 60 Days

**Sold To:**

DELPHI MEXICO 52400312
HARRISON DIVISION
GENERAL MOTORS CORPORATION
LOCKPORT, NY 14094

**Shipping Method**
CENTRAL TRANSPORT

**Payment Due Date**
Nov 27, 2005

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1,200 | 808.10 | G M PART NO.: 52400312<br>P. O. NO.: 550029130<br>ITEM NO.: RES 808.10<br>CTRL NO.: 2614<br>900656 | 1.79000 | 2,148.00 |

**Your Wako Sales Representative:**
Techmark

*Thank You for Your Order!*

| | |
|---|---|
| Sub-Total | 2148.00 |
| Freight | |
| TOTAL | 2148.00 |



**WEBEDI HOME | LOG OUT | DELPHI HOME | ABOUT WEBEDI**

# DELPHI
*Driving Tomorrow's Technology*

**NAME:** Darcy Leigh Maddox
**USER ID:** MADDOX

◦ 1. SELECT PLANT   ◦ 2. SHIPMENT HEADER   ◦ 3. SELECT CONTAINER(S)   ◦ 4. REVIEW   ◦ 5. GENER

## Delphi WebEDI

- VIEW FORECASTS
- VIEW SHIP SCHEDULES / KANBAN CALLS
- VIEW ORDERS
- VIEW GENERAL MESSAGES
- VIEW ADVANCE SHIP NOTICES
- VIEW APPLICATION ADVICE
- VIEW RECEIVING ADVICE
- CREATE ADVANCE SHIP NOTICE

## Admin Menu

- MANAGE CUMULATIVE PART QUANTITY SHIPPED

## Reports

- FORECAST SUMMARY
- DELJIT SUMMARY (NOT KANBAN CALLS)

## Help

- CONTACT INFORMATION
- USERS MANUAL

### ASN Header Details

| | |
|---|---|
| Shipment Identification #: 900656 | Master Bill of Lading: 900655 |
| Carrier PRO #: 4023579059 | Carrier Identification: CENTRAL TRANSPORT |
| Dispatch Date: 2005-09-28 | Time: 03:30PM |
| Transportation Mode: LT-Less than trailer load | |
| Equipment: Trailer | Equipment Identification: 0 |
| Gross Weight: 54 | Net Weight: 54 |
| Weight Unit Of Measure: Pounds | Schneider Logistics #: |

### Part: 52400312 shipping details.

Plant Name: DELPHI HARRISON THERMAL-RB01    Plant Cd: J701
Dock Cd: J701RB01                            Storage Location: 0001
Manufacturer DUNS #:

Scheduling Agreement #: 0550029130
Unit of Measure: PCE

#### Part Container(s)

| Outer Container Type | Outer # of Containers | Kanban Call Number(s) | Quantity Per Container |
|---|---|---|---|
| BOX | 2 | | 600 |

**Total Quantity Shipped: 1200**



© 2002 Delphi Corporation.
All rights reserved.

WEBEDI HOME | LOG OUT | DELPHI HOME | ABOUT WEBEDI

# DELPHI
*Driving Tomorrows Technology*

**NAME:** Darcy Leigh Maddox
**USER ID:** MADDOX

@ 1. SELECT PLANT  @ 2. SHIPMENT HEADER  @ 3. SELECT CONTAINER(S)  @ 4. REVIEW  @ 5. GENERA

### Delphi WebEDI

*Please complete label details for the ASN.*

@ VIEW FORECASTS

@ VIEW SHIP SCHEDULES / KANBAN CALLS

Country of Origin: JAPAN

@ VIEW ORDERS

@ VIEW GENERAL MESSAGES

@ VIEW ADVANCE SHIP NOTICES

@ VIEW APPLICATION ADVICE

@ VIEW RECEIVING ADVICE

@ CREATE ADVANCE SHIP NOTICE

| Container Type | Serial # | Lot # | Manufactured or Assembled | Ship / Manufacture Date | Material Number (s) | Material Quantity |
|---|---|---|---|---|---|---|
| BOX | 8682607 | 4185 | ● Manufactured ○ Assembled | 20050928 | 52400312 | 600 |
| BOX | 8682606 | 4185 | ● Manufactured ○ Assembled | 20050928 | 52400312 | 600 |

### Admin Menu

@ MANAGE CUMULATIVE PART QUANTITY SHIPPED

### Reports

@ FORECAST SUMMARY

@ DELJIT SUMMARY (NOT KANBAN CALLS)

### Help

@ CONTACT INFORMATION

@ USERS MANUAL



© 2002 Delphi Corporation.
All rights reserved.

# WAKO ELECTRONICS (USA) INC.

2105 Production Drive, Louisville, Kentucky 40299
Phone (502) 429-8866 - Fax (502) 429-8869

| Customer PO | Wako Tracking No.. | **INVOICE** |
|---|---|---|
| 550029129 | 2616 | No.  4136 |

**Ship to:**

DELPHI HARRISON THERMAL SYS.
32 CELERITY WAGON STREET
EL PASO, TX  79906

**Invoice Date**
Sep 28, 2005

**Payment Terms**
Net 60 Days

**Sold To:**

DELPHI MEXICO 52404535
HARRISON DIVISION
GENERAL MOTORS CORP
LOCKPORT, NY  14094

**Shipping Method**
CENTRAL TRANSPORT

**Payment Due Date**
Nov 27, 2005

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 6,600 | 808.15 | PART NO.: 52404535<br>ITEM NO.: RES 808.15<br><br>900655 | 1.71000 | 11,286.00 |

**Your Wako Sales Representative:**
Techmark

*Thank You for Your Order!*

| Sub-Total | 11286.00 |
|---|---|
| Freight | |
| TOTAL | 11286.00 |

# DELPHI
Driving Tomorrow's Technology

WEBEDI HOME | LOG OUT | DELPHI HOME | ABOUT WEBEDI

**NAME:** Darcy Leigh Maddox
**USER ID:** MADDOX

⊠ 1. SELECT PLANT  ⊠ 2. SHIPMENT HEADER  ⊠ 3. SELECT CONTAINER(S)  ⊠ 4. REVIEW  ⊠ 5. GENER/

## Delphi WebEDI

- VIEW FORECASTS
- VIEW SHIP SCHEDULES / KANBAN CALLS
- VIEW ORDERS
- VIEW GENERAL MESSAGES
- VIEW ADVANCE SHIP NOTICES
- VIEW APPLICATION ADVICE
- VIEW RECEIVING ADVICE
- CREATE ADVANCE SHIP NOTICE

## Admin Menu

- MANAGE CUMULATIVE PART QUANTITY SHIPPED

## Reports

- FORECAST SUMMARY
- DELJIT SUMMARY (NOT KANBAN CALLS)

## Help

- CONTACT INFORMATION
- USERS MANUAL



© 2002 Delphi Corporation.
All rights reserved.

### ASN Header Details

| | |
|---|---|
| Shipment Identification #: 900655 | Master Bill of Lading: 900655 |
| Carrier PRO #: 4023579059 | Carrier Identification: CENTRAL TRANSPORT |
| Dispatch Date: 2005-09-28 | Time: 03:30PM |
| Transportation Mode: LT-Less than trailer load | |
| Equipment: Trailer | Equipment Identification: 0 |
| Gross Weight: 297 | Net Weight: 297 |
| Weight Unit Of Measure: Pounds | Schneider Logistics #: |

### Part: 52404535 shipping details.

Plant Name: DELPHI HARRISON THERMAL-RB01    Plant Cd: J701
Dock Cd: J701RB01                             Storage Location: 0001
Manufacturer DUNS #:

Scheduling Agreement #: 0550029129
Unit of Measure: PCE

### Part Container(s)

| Outer Container Type | Outer # of Containers | Kanban Call Number(s) | Quantity Per Container |
|---|---|---|---|
| BOX | 11 | | 600 |

**Total Quantity Shipped: 6600**

CREATE LABELS

# DELPHI
*Driving Tomorrow's Technology*

WEBEDI HOME | LOG OUT | DELPHI HOME | ABOUT WEBEDI

NAME: Darcy Leigh Maddox
USER ID: MADDOX

■ 1. SELECT PLANT  ■ 2. SHIPMENT HEADER  ■ 3. SELECT CONTAINER(S)  ■ 4. REVIEW  ■ 5. GENERA

*Please complete label details for the ASN.*

**Delphi WebEDI**

- VIEW FORECASTS
- VIEW SHIP SCHEDULES / KANBAN CALLS
- VIEW ORDERS
- VIEW GENERAL MESSAGES
- VIEW ADVANCE SHIP NOTICES
- VIEW APPLICATION ADVICE
- VIEW RECEIVING ADVICE
- CREATE ADVANCE SHIP NOTICE

**Admin Menu**
- MANAGE CUMULATIVE PART QUANTITY SHIPPED

**Reports**
- FORECAST SUMMARY
- DELJIT SUMMARY (NOT KANBAN CALLS)

**Help**
- CONTACT INFORMATION
- USERS MANUAL

Country of Origin: JAPAN

| Container Type | Serial # | Lot # | Manufactured or Assembled | Ship / Manufacture Date | Material Number(s) | Material Quantity |
|---|---|---|---|---|---|---|
| BOX | 8682605 | 5305 | ● Manufactured ○ Assembled | 20050928 | 52404535 | 600 |
| BOX | 8682604 | 5305 | ● Manufactured ○ Assembled | 20050928 | 52404535 | 600 |
| BOX | 8682603 | 5305 | ● Manufactured ○ Assembled | 20050928 | 52404535 | 600 |
| BOX | 8682602 | 5305 | ● Manufactured ○ Assembled | 20050928 | 52404535 | 600 |
| BOX | 8682601 | 5305 | ● Manufactured ○ Assembled | 20050928 | 52404535 | 600 |
| BOX | 8682600 | 5305 | ● Manufactured ○ Assembled | 20050928 | 52404535 | 600 |
| BOX | 8682599 | 5305 | ● Manufactured ○ Assembled | 20050928 | 52404535 | 600 |
| BOX | 8682598 | 5305 | ● Manufactured ○ Assembled | 20050928 | 52404535 | 600 |
| BOX | 8682597 | 5305 | ● Manufactured ○ Assembled | 20050928 | 52404535 | 600 |
| BOX | 8682596 | 5305 | ● Manufactured ○ Assembled | 20050928 | 52404535 | 600 |

© 2002 Delphi Corporation.
All rights reserved.

| BOX | 8682595 | 5305 | Manufactured ⦿ / Assembled ○ | 20050925 | 52404535 | 600 |