STITES & HARBISON PLLC
Robert C. Goodrich Jr.
Madison L. Cashman
424 Church Street, Suite 1800
Nashville, Tennessee 37219
(615) 244-5200   Fax: (615) 782-2371
robert.goodrich@stites.com
madison.cashman@stites.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------ x:
IN RE:                                                 :   Chapter 11
                                                       :
DELPHI CORPORATION, *et al.*,                          :   Case No. 05-44481 (RDD)
                                                       :
         Debtors.                                      :   (Jointly Administered)
                                                       x
------------------------------------------------------

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Robert C. Goodrich Jr., a member in good standing of the bar of the State of Tennessee, the bars of the U.S. District Court for the Eastern, Middle and Western Districts of Tennessee, and the United States Appellate Courts for the Third, Sixth and Eleventh Circuits, request admission, ***pro hac vice***, before the Honorable Robert D. Drain to represent SETECH, INC., a party-in-interest in the above-referenced case.

My address is:   STITES & HARBISON PLLC
                 424 Church Street, Suite 1800
                 Nashville, TN 37219
                 robert.goodrich@stites.com
                 Telephone: (615) 244-5200
                 Facsimile:  (615) 782-2371

I agree to pay the fee of $25 upon approval by this Court admitting me to practice ***pro hac vice***.

Dated: October 14, 2005
       Nashville, TN

                                       /s/ Robert C. Goodrich Jr.
                                       ─────────────────────────────────
                                       Robert C. Goodrich Jr. (TN Sup. Ct.  No. 10454)