**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| ------------------------------------------------------ x: |  |  |
| IN RE: | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, *et al.*, | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | x |  |
| ------------------------------------------------------ |  |  |

**ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

UPON the motion of Robert C. Goodrich Jr. dated October 14, 2005, for admission *pro hac vice* in this bankruptcy case, it is hereby

**ORDERED** that Robert C. Goodrich Jr. is admitted to practice, *pro hac vice*, in the above-referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____
New York, New York

/s/ _____
UNITED STATES BANKRUPTCY JUDGE