STITES & HARBISON PLLC
Robert C. Goodrich Jr.
Madison L. Cashman
424 Church Street, Suite 1800
Nashville, Tennessee 37219
(615) 244-5200   Fax: (615) 782-2371
robert.goodrich@stites.com
madison.cashman@stites.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x:
IN RE:                                                     :    Chapter 11
                                                           :
DELPHI CORPORATION, *et al.*,                              :    Case No. 05-44481 (RDD)
                                                           :
    Debtors.                                               :    (Jointly Administered)
                                                           x
----------------------------------------------------------

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Madison L. Cashman, a member in good standing of the bars of the states of Illinois, Delaware, and Tennessee, the bars of the U.S. District Court for the Northern District of Illinois, the District of Delaware and the Middle District of Tennessee, and the United States Court of Appeals for the Third Circuit, request admission, ***pro hac vice***, before the Honorable Robert D. Drain to represent SETECH, INC., a party-in-interest in the above-referenced case.

My address is:    STITES & HARBISON PLLC
                  424 Church Street, Suite 1800
                  Nashville, TN 37219
                  madison.cashman@stites.com
                  Telephone: (615) 244-5200
                  Facsimile:  (615) 782-2371

I agree to pay the fee of $25 upon approval by this Court admitting me to practice ***pro hac vice***.

Dated: October 14, 2005
       Nashville, TN

                                        /s/ Madison L. Cashman
                                        Madison L. Cashman (TN Sup. Ct. No. 24027)

07646N:051607:644624:1:NASHVILLE
10/14/05