**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x :
IN RE:                                                     : Chapter 11
                                                           :
DELPHI CORPORATION, *et al.*,                              : Case No. 05-44481 (RDD)
                                                           :
    Debtors.                             : (Jointly Administered)
                                                           x
----------------------------------------------------------

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Madison L. Cashman dated October 14, 2005, for admission *pro hac vice* in this bankruptcy case, it is hereby

**ORDERED** that Madison L. Cashman is admitted to practice, *pro hac vice*, in the above-referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____
     New York, New York

                                                    /s/ _____
                                                    UNITED STATES BANKRUPTCY JUDGE