SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, Connecticut 06103-1919
Telephone: (860) 251-5000
Facsimile: (860) 251-5218
Email: bankruptcy@goodwin.com
Jennifer L. Adamy (JA5409)


*Attorneys for Fortune Plastics Company of Illinois, Inc.*


**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **DELPHI CORPORATION, et al.,** | : | **Case No. 05-44481 (RDD)** |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |
| | : | **October 14, 2005** |

**FORTUNE PLASTICS COMPANY OF ILLINOIS INC.'S
NOTICE OF DEMAND FOR RECLAMATION**

PLEASE TAKE NOTICE that on October 14, 2005, pursuant to U.S.C. § 546(c),

Fortune Plastics Company of Illinois, Inc., served its written demand for reclamation of goods

upon Delphi Corporation and its affiliated debtors. A copy of the written demand for

reclamation is attached hereto as Exhibit A.

                                        FORTUNE PLASTICS COMPANY OF
                                        ILLINOIS, INC.


                                        By____/s/ Jennifer L. Adamy_____
                                            Jennifer L. Adamy (JA5409)
                                            Shipman & Goodwin LLP
                                            One Constitution Plaza
                                            Hartford, CT 06103-1919
                                            Tel. (860) 251-5000
                                            Attorneys for Fortune Plastics Company of
                                            Illinois Inc.

## AFFIDAVIT OF SERVICE

I hereby certify that on October 14, 2005, a copy of Fortune Plastics Company of Illinois, Inc.'s Notice of Demand for Reclamation was served via facsimile and U.S. mail, postage prepaid to the following:


John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Fax : (312) 407-0411

Kayalyn A. Marafioti, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036
Fax : (212) 735-2000

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Fax : 212-668-2255



_____ /s/ Jennifer L. Adamy _____
Jennifer L. Adamy (JA5409)


415944 v.01

2

October 14, 2005

1955
50 Years!
2005

**Via Facsimile & Federal Express**

Delphi Corporation
Delphi Packard Electric
5725 Delphi Drive
Troy, MI 48098


Re:   Reclamation Demand of Fortune Plastics
      of Illinois Inc./Parade Packaging Inc.

Ladies & Gentlemen:

Fortune Plastics of Illinois Inc./Parade Packaging Inc. ("Fortune") has le arned that Delphi Corporation and certain of its affiliates (collectively, the "Debtors") filed voluntary petitions for bankruptcy under Title 11 of the United States Code (the "Bankruptcy Code") on October 8, 2005.

Please be advised that Fortune delivered to the Debtors certain poly plastic products (the "Products ") having various item numbers as identified in the attached invoices, which attachments are incorporated and made a part of this demand. Such Products were sold to the Debtors on credit, and were delivered to and received by the Debtors in the ordinary course of business between September 28, 2005 and October 8, 2005, at a time when the Debtors were insolvent.

Pursuant to Section 546(c) of the Bankruptcy Code and Section 2-702 of the Uniform Commercial Code, Fortune hereby makes written demand for return of the Products more specifically identified on the attached invoices. The total amount of Products delivered to the Debtors during the period between September 28, 2005 and October 8, 2005 is **$23,903.53.**

This notice constitutes a timely written demand for reclamation. By making this demand, Fortune does not intend to, and shall not be deemed to, waive any rights, remedies and/or claims, and all such other rights, remedies and claims are hereby reserved. Fortune further reserves the right to amend this Reclamation Demand.


333 Washington Blvd. • Mundelein, IL 60060 • (847) 388-3685 • FAX: (847) 388-3686



Very truly yours,

FORTUNE PLASTICS CO. OF IL, INC.
PARADE PACKAGING INC.

By:

Its:

Attachments
cc:     John Wm. Butler, Jr., Esq.
        Kayalyn A. Marafioti, Esq.
        Jennifer L. Adamy, Esq.

333 Washington Blvd. • Mundelein, IL 60060 • (847) 388-3685 • FAX: (847) 388-3686



REMIT TO:
PARADE PACKAGING
P.O. BOX 48030
NEWARK, NJ 07101-4830

# Parade Packaging

*FORTUNE PLASTICS OF ILLINOIS INC.*

*YOUR BEST SOURCE FOR POLY PACKAGING*

INVOICE NO.
I0025269-1

# INVOICE

262 S. Shaddle Ave.
Mundelein, IL 60060
FAX-847-566-2017
Phone-847-566-6264

**SOLD TO:**
ACG DELPHI PACKARD ELECTRIC
DISBURSEMENT ANALYSIS
P.O. BOX 436040
PONTIAC, MI 48343

**SHIP TO:**
ACG/DELPHI PACKARD ELECTRIC
BILLING PURPOSES ONLY
SHIPMENTS FROM 09/26/05
TO:  10/07/05

| ACCOUNT NO. | SALES REP. NO. | PURCHASE ORDER NO. | SHIP VIA | COL | PPD. | DATE SHIPPED | TERMS | INVOICE DATE | PAGE |
|---|---|---|---|---|---|---|---|---|---|
| DELPHI | 050 | ATTACHED | | | | MULTIPLE | NET 30 DAYS | 10/13/05 | |

| QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | ITEM NO. | DESCRIPTION | UNIT PRICE | DISC. % | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 8 | 8 | | C0004420OP | DELPHI 55X45X85 CLR 50/ROLL | 52.15 | | 417.20 |
| 18 | 18 | | C0004430 | 46.5X21X36.5 LD CLR 125/ROLL | 28.50 | | 513.00 |
| 117 | 117 | | C0004443 OP | 48X45X77 CLEAR 50/ROLL | 43.40 | | 5,077.80 |
| 193 | 193 | | C0007545 OP | 25X20X40 CLEAR 175/ROLL | 31.50 | | 6,079.50 |
| 239 | 239 | | C0007584 OP | DELPHI 24X14X30 CLR 400/ROLL | 31.20 | | 7,456.80 |
| 21 | 21 | | C0007723 OP | 27.5X80 CLR SHEETS 375/ROLL | 43.88 | | 921.48 |
| 30 | 30 | | C0007735 OP | DELPHI 24X36 CLR 300/ROLL | 35.40 | | 1,062.00 |
| 29 | 29 | | C0008972 OP | 20X30 CLEAR SHEETS 500/ROLL | 28.00 | | 812.00 |
| 6 | 6 | | C0009718 | 14.5X11.25X25.5 CLR 300/RL | 22.50 | | 135.00 |
| 1 | 1 | | C0009719 OP | 39.5X24.5X39.5 CLR 125/RL | 26.75 | | 26.75 |
| 4 | 4 | | C0009741 | 49X44.5X77 CLR 50/ROLL | 86.40 | | 345.60 |
| 19 | 19 | | C0010262 OP | 66X49X79 CLEAR 50/ROLL | 55.60 | | 1,056.40 |

| | |
|---|---|
| SALE AMOUNT | $23,903.53 |
| MISC. CHARGES | |
| SALES TAX | |
| FREIGHT | |
| TOTAL | $23,903.53 |

*Thank You*

| SHIP DATE | SHIPPED TO | PO# (PEDP) | BOL# | PRO# | CARRIER | ITEM | QTY/ RL/CS | QTY/ BAGS | PRICE/RL-CS | AMT DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/6/2005 | 24 | 4330056 | 100605 16 | 602-2395599-4 | central | 4420 | 2 | 100 | $52.15 | $104.30 |
| 10/6/2005 | 24 | 4330056 | 100605 17 | 602-2395599-4 | central | 4420 | 2 | 100 | $52.15 | $104.30 |
| 10/6/2005 | 24 | 4330056 | 100605 18 | 602-2395599-4 | central | 4420 | 2 | 100 | $52.15 | $104.30 |
| 10/6/2005 | 24 | 4330056 | 100605 19 | 602-2395599-4 | central | 4420 | 2 | 100 | $52.15 | $104.30 |
|  |  |  |  |  |  |  | 8 |  |  |  |
| 10/7/2005 | 3900 | 4330054 | 100705 2 | 12520324 0 | pjax | 4430 | 9 | 1125 | $28.50 | $256.50 |
| 10/6/2005 | 3900 | 4330056 | 100605 38 | next day air | bax global | 4430 | 4 | 500 | $28.50 | 114.00 |
| 10/6/2005 | 3900 | 4330054 | 100605 8 | 125203 14 1 | pjax | 4430 | 4 | 500 | $28.50 | 114.00 |
| 10/6/2005 | 3900 | 4330054 | 100605 6 | 125203 14 1 | pjax | 4430 | 1 | 125 | $28.50 | 28.50 |
|  |  |  |  |  |  |  | 18 |  |  |  |
| 9/26/2005 | 3900 | 4330054 | 092605 2 | 12522328 9 | pjax | 4443 | 3 | 150 | $43.40 | $130.20 |
| 9/26/2005 | 5700 | 4330054 | 092605 4 | 12522328 9 | pjax | 4443 | 1 | 50 | $43.40 | $43.40 |
| 9/26/2005 | 8496 | 4330060 | 092605 5 | 12522327 1 | pjax | 4443 | 26 | 1300 | $43.40 | $1,128.40 |
| 9/27/2005 | 8696 | 4330060 | 092705 7 | 3 841 03 948€ | ups | 4443 | 1 | 50 | $43.40 | $43.40 |
| 10/6/2005 | 3900 | 4330054 | 100605 6 | 125203 14 1 | pjax | 4443 | 7 | 350 | $43.40 | 303.80 |
| 10/6/2005 | 3900 | 4330054 | 100605 7 | 125203 14 1 | pjax | 4443 | 8 | 400 | $43.40 | 347.20 |
| 10/6/2005 | 5700 | 4330054 | 100605 11 | 125203 14 1 | pjax | 4443 | 1 | 50 | $43.40 | 43.40 |
| 10/6/2005 | 6296 | 4330060 | 100605 26 | 125203 15 8 | pjax | 4443 | 1 | 50 | $43.40 | 43.40 |
| 10/6/2005 | 8496 | 4330060 | 100605 28 | 125203 15 8 | pjax | 4443 | 6 | 300 | $43.40 | 260.40 |
| 10/6/2005 | 8696 | 4330060 | 100605 30 | 125203 15 8 | pjax | 4443 | 3 | 150 | $43.40 | 130.20 |
| 10/6/2005 | 8696 | 4330060 | 100605 31 | 125203 15 8 | pjax | 4443 | 3 | 150 | $43.40 | 130.20 |
| 10/6/2005 | 8796 | 4330060 | 100605 32 | 125203 15 8 | pjax | 4443 | 8 | 400 | $43.40 | 347.20 |
| 10/6/2005 | 9196 | 4330060 | 100605 33 | 125203 15 8 | pjax | 4443 | 3 | 150 | $43.40 | 130.20 |
| 10/7/2005 | 5700 | 430054 | 100705 4 | 125203 24 0 | pjax | 4443 | 3 | 150 | $43.40 | 130.20 |
| 10/7/2005 | 6196 | 4330060 | 100705 5 | 125203 23 2 | pjax | 4443 | 3 | 150 | $43.40 | 130.20 |
| 10/7/2005 | 6296 | 4330060 | 100705 6 | 125203 23 2 | pjax | 4443 | 1 | 50 | $43.40 | 43.40 |
| 10/7/2005 | 8496 | 4330060 | 100705 7 | 125203 23 2 | pjax | 4443 | 1 | 50 | $43.40 | 43.40 |
| 10/7/2005 | 8696 | 4330060 | 100705 8 | 125203 23 2 | pjax | 4443 | 3 | 150 | $43.40 | 130.20 |
| 10/7/2005 | 6296 | 4330060 | 100705 9 | 125203 23 2 | pjax | 4443 | 23 | 1150 | $43.40 | 998.20 |
| 10/7/2005 | 8496 | 4330060 | 100705 6 | 125203 23 2 | pjax | 4443 | 3 | 150 | $43.40 | 130.20 |
| 10/7/2005 | 8696 | 4330060 | 100705 7 | 12520323 2 | pjax | 4443 | 10 | 500 | $43.40 | 434.00 |
| 10/7/2005 | 9196 | 4330060 | 100705 8 | 12520323 2 | pjax | 4443 | 2 | 100 | $43.40 | 86.80 |
| 10/7/2005 | 9696 | 4330060 | 100705 9 | 12520323 2 | pjax | 4443 | 5 | 250 | $43.40 | 217.00 |
| 10/7/2005 | 8796 | 4330060 | 100705 10 | 12520323 2 | pjax | 4443 | 1 | 50 | 43.40 | 43.40 |

117

| Date | | Account | Invoice | Tracking | Carrier | Code | Qty | Ext | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/26/2005 | 3900 | 4330054 | 092605 2 | 125223328 9 | pjax | 7545 | 9 | 1575 | $31.50 | $283.50 |
| 9/27/2005 | 3900 | 4330054 | 092705 1 | 12522335 4 | pjax | 7545 | 24 | 4200 | $31.50 | $756.00 |
| 9/29/2005 | 3900 | 4330054 | 092905 2 | 12520341 4 | pjax | 7545 | 5 | 875 | $31.50 | $157.50 |
| 9/30/2005 | 3900 | 4330054 | 093005 2 | 12520346 3 | pjax | 7545 | 14 | 2450 | $31.50 | $441.00 |
| 9/30/2005 | 3900 | 4330054 | 093005 11 | 331260016 | bax global | 7545 | 30 | 5250 | $31.50 | $945.00 |
| 10/6/2005 | 3200 | 4330054 | 100605 2 | 12520314 1 | pjax | 7545 | 1 | 175 | $31.50 | 31.50 |
| 10/6/2005 | 3900 | 4330054 | 100605 6 | 12520314 1 | pjax | 7545 | 26 | 4550 | $31.50 | 819.00 |
| 10/6/2005 | 3900 | 4330054 | 100605 8 | 12520314 1 | pjax | 7545 | 1 | 175 | $31.50 | 31.50 |
| 10/6/2005 | 3900 | 4330054 | 100605 9 | 125203141 | pjax | 7545 | 5 | 875 | $31.50 | 157.50 |
| 10/6/2005 | 3900 | 4330054 | 100605 37 | ups same day/freight express | | 7545 | 29 | 5075 | $31.50 | 913.50 |
| 10/6/2005 | 3900 | 4330054 | 100605 38 | next day air | bax global | 7545 | 29 | 5075 | $31.50 | 913.50 |
| 10/7/2005 | 3900 | 4330054 | 100705 2 | 12520324 0 | pjax | 7545 | 20 | 3500 | $31.50 | 630.00 |
| | | | | | | | 193 | | | |
| 9/26/2005 | 151575 | 4330057 | 092605 8 | 3 841 03 9966 | ups | 7584 | 1 | 400 | $31.20 | $31.20 |
| 9/26/2005 | 46 | 4330057 | 092605 9 | CC7477803 5 | alvan | 7584 | 12 | 4800 | $31.20 | $374.40 |
| 9/27/2005 | 5200 | 4330054 | 092705 2 | 12520341 4 | pjax | 7584 | 11 | 4400 | $31.20 | $343.20 |
| 9/27/2005 | 98 | 4330063 | 092705 3 | 602-235304-3 | central | 7584 | 2 | 800 | $31.20 | $62.40 |
| 9/27/2005 | 15 | 4330057 | 092705 4 | 3 841 03 921€ | ups | 7584 | 1 | 400 | $31.20 | $31.20 |
| 9/27/2005 | 46 | 4330057 | 092705 6 | 3 841 03 927€ | ups | 7584 | 1 | 400 | $31.20 | $31.20 |
| 9/27/2005 | 46 | 4330057 | 092705 6 | 3 841 03 943€ | ups | 7584 | 1 | 400 | $31.20 | $31.20 |
| 9/27/2005 | 23 | 4330062 | 092705 9 | 602-235303-5 | central | 7584 | 20 | 8000 | $31.20 | $624.00 |
| 9/28/2005 | 98 | 4330063 | 092805 2 | 3 841 03 9652 | ups | 7584 | 1 | 400 | $31.20 | $31.20 |
| 9/29/2005 | 5200 | 4330054 | 092905 3 | 125203441 4 | pjax | 7584 | 2 | 800 | $31.20 | $62.40 |
| 9/29/2005 | 98 | 4330063 | 092905 4 | 4 2911,1Z 60: | ups | 7584 | 2 | 800 | $31.20 | $62.40 |
| 9/29/2005 | 15 | 4330057 | 092905 5 | 3 841 03 9024 | ups | 7584 | 1 | 400 | $31.20 | $31.20 |
| 9/29/2005 | 98 | 4330063 | 092905 5 | 3 841 03 927€ | ups | 7584 | 1 | 400 | $31.20 | $31.20 |
| 9/29/2005 | 46 | 4330057 | 092905 7 | 3 9736,1Z 60: | ups | 7584 | 2 | 800 | $31.20 | $62.40 |
| 9/29/2005 | 23 | 4330062 | 092905 10 | 602-242243-3 | central | 7584 | 20 | 8000 | $31.20 | $624.00 |
| 9/30/2005 | 98 | 4330063 | 093005 4 | 3 8963,1Z 60: | ups | 7584 | 2 | 800 | $31.20 | $62.40 |
| 9/30/2005 | 15 | 4330057 | 093005 5 | 4 9783,1Z 60: | ups | 7584 | 2 | 800 | $31.20 | $62.40 |
| 9/30/2005 | 46 | 4330057 | 093005 7 | CC7478222 | alvan | 7584 | 6 | 2400 | $31.20 | $187.20 |
| 10/6/2005 | 23 | 4330062 | 100605 1 | 602-239598-6 | central | 7584 | 20 | 8000 | $31.20 | 624.00 |
| 10/6/2005 | 5200 | 4330054 | 100605 10 | 12520314 1 | pjax | 7584 | 2 | 800 | 31.20 | 62.40 |
| 10/6/2005 | 98 | 4330063 | 100605 12 | 602-239597-8 | central | 7584 | 14 | 5600 | 31.20 | 436.80 |
| 10/6/2005 | 98 | 4330063 | 100605 13 | 602-239597-8 | central | 7584 | 12 | 4800 | 31.20 | 374.40 |
| 10/6/2005 | 98 | 4330063 | 100605 14 | 602-239597-8 | central | 7584 | 15 | 6000 | 31.20 | 468.00 |
| 10/6/2005 | 98 | 4330063 | 100605 15 | 602-239597-8 | central | 7584 | 15 | 6000 | 31.20 | 468.00 |

| Date | No. | Account | Ref | Tracking | Carrier | Code | Qty | Weight | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/6/2005 | 151575 | 4330057 | 100605 20 | 3 841 03 909C | ups | 7584 | 1 | 400 | $31.20 | $31.20 |
| 10/6/2005 | 151575 | 4330057 | 100605 21 | 3 841 03 939C | ups | 7584 | 1 | 400 | $31.20 | 31.20 |
| 10/6/2005 | 46 | 4330057 | 100605 22 | CC7402226 9 | alvan | 7584 | 9 | 3600 | $31.20 | 280.80 |
| 10/6/2005 | 46 | 4330057 | 100605 23 | CC7402226 9 | alvan | 7584 | 17 | 6800 | $31.20 | 530.40 |
| 10/6/2005 | 46 | 4330057 | 100605 24 | CC7402226 9 | alvan | 7584 | 22 | 8800 | $31.20 | 686.40 |
| 10/6/2005 | 46 | 4330057 | 100605 25 | CC7402226 9 | alvan | 7584 | 22 | 8800 | $31.20 | 686.40 |
| 10/7/2005 | 5200 | 4330054 | 100705 3 | 125203240 0 | pjax | 7584 | 3 | 1200 | $31.20 | 93.60 |
| | | | | | | | 239 | | | |
| 10/7/2005 | 3700 | 4330054 | 100705 1 | 125203240 0 | pjax | 7723 | 3 | 1125 | $43.88 | 131.64 |
| 10/6/2005 | 3700 | 4330054 | 100605 5 | 125203141 1 | pjax | 7723 | 3 | 1125 | $43.88 | 131.64 |
| 10/6/2005 | 3700 | 4330054 | 100605 4 | 125203141 1 | pjax | 7723 | 2 | 750 | $43.88 | 87.76 |
| 10/6/2005 | 3700 | 4330054 | 100605 3 | 125203141 1 | pjax | 7723 | 1 | 375 | $43.88 | 43.88 |
| 9/30/2005 | 3700 | 4330054 | 093005 1 | 125203463 3 | pjax | 7723 | 3 | 1125 | $43.88 | 131.64 |
| 9/29/2005 | 3700 | 4330054 | 092905 1 | 125203414 4 | pjax | 7723 | 1 | 375 | $43.88 | 43.88 |
| 9/28/2005 | 3700 | 4330054 | 092805 1 | 125203349 | pjax | 7723 | 2 | 750 | $43.88 | 87.76 |
| 9/26/2005 | 3700 | 4330054 | 092605 1 | 125223289 | pjax | 7723 | 3 | 1125 | $43.88 | 131.64 |
| 10/7/2005 | 3700 | 4330054 | 100705 14 | 92001987 / 1z60384144 / 936579965,- / 94822971,- | ups-sat | 7723 | 21 | 1125 | $ 43.88 | 131.64 |
| 9/26/2005 | 9696 | 4330060 | 092605 7 | 125222327 1 | pjax | 7735 | 7 | 2100 | $35.40 | $247.80 |
| 9/27/2005 | 9696 | 4330060 | 092705 8 | 3 841 03 9432 | ups | 7735 | 1 | 300 | $35.40 | $35.40 |
| 9/28/2005 | 9696 | 4330060 | 092805 3 | 3 841 03 924C | ups | 7735 | 1 | 300 | $35.40 | $35.40 |
| 9/28/2005 | 9696 | 4330060 | 092805 3 | 3 841 03 903C | ups | 7735 | 1 | 300 | $35.40 | $35.40 |
| 9/29/2005 | 9696 | 4330060 | 092905 9 | 3 841 03 9634 | ups | 7735 | 1 | 300 | $35.40 | $35.40 |
| 9/30/2005 | 9696 | 4330060 | 093005 10 | 125203455 | pjax | 7735 | 2 | 600 | $35.40 | $70.80 |
| 10/6/2005 | 9696 | 4330060 | 100605 35 | 125203158 | pjax | 7735 | 2 | 600 | $35.40 | 70.80 |
| 10/6/2005 | 9696 | 4330060 | 100605 36 | 125203158 | pjax | 7735 | 5 | 1500 | $ 35.40 | -177.00 |
| 10/7/2005 | 9696 | 4330060 | 100705 10 | 125203232 | pjax | 7735 | 10 | 3000 | $ 35.40 | 354.00 |
| | | | | | | | 30 | | | |
| 9/26/2005 | 3700 | 4330054 | 092605 1 | 125223289 | pjax | 8972 | 5 | 5000 | $28.00 | $140.00 |
| 9/28/2005 | 3700 | 4330054 | 092805 1 | 125203349 | pjax | 8972 | 4 | 4000 | $28.00 | $112.00 |
| 9/29/2005 | 3700 | 4330054 | 092905 1 | 125203414 4 | pjax | 8972 | 2 | 2000 | $28.00 | $56.00 |
| 9/30/2005 | 3700 | 4330054 | 093005 1 | 125203463 3 | pjax | 8972 | 5 | 5000 | $28.00 | $140.00 |

| Date | Code | Account | Ref | Tracking | Carrier | No. | Qty | Wt. | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/6/2005 | 3700 | 4330054 | 1006053 | 125203141 1 | pjax | 8972 | 4 | 4000 | $28.00 | $112.00 |
| 10/6/2005 | 3700 | 4330054 | 1006054 | 125203141 1 | pjax | 8972 | 2 | 2000 | $28.00 | $56.00 |
| 10/6/2005 | 3700 | 4330054 | 1006055 | 125203141 1 | pjax | 8972 | 4 | 4000 | $28.00 | $112.00 |
| 10/7/2005 | 3700 | 4330054 | 1007051 | 125203240 | pjax | 8972 | 3 | 3000 | $28.00 | $84.00 |
| | | | | | | | 29 | | | |
| 9/26/2005 | 3900 | 4330054 | 0926052 | 125223289 | pjax | 9718 | 1 | 300 | $25.50 | $25.50 |
| 9/27/2005 | 3900 | 4330054 | 0927051 | 125223354 | pjax | 9718 | 1 | 300 | $25.50* | $25.50 |
| 10/6/2005 | 3900 | 4330054 | 1006056 | 125203141 1 | pjax | 9718 | 1 | 300 | $25.50 | $25.50 |
| 10/6/2005 | 3900 | 4330054 | 1006058 | 125203141 1 | pjax | 9718 | 2 | 600 | $25.50 | $51.00 |
| 10/7/2005 | 3900 | 4330054 | 1007052 | 125203240 | pjax | 9718 | 1 | 300 | $22.50 | $22.50 |
| | | | | | | | 6 | | | |
| 10/6/2005 | 98 | 4330063 | 100605 15 | 602-239697-8 | central | 9719 | 1 | 125 | $26.75 | $26.75 |
| 9/26/2005 | 3900 | 4330054 | 0926052 | 125223289 | pjax | 9741 | 3 | 150 | $86.40 | $259.20 |
| 10/8/2005 | 3900 | 4330054 | 100605 38 | next day air | bax global | 9741 | 1 | 50 | $86.40 | $86.40 |
| | | | | | | | 4 | | | |
| 9/28/2005 | 9296 | 4330060 | 0926056 | 125223271 | pjax | 10262 | 1 | 50 | $55.60 | $55.60 |
| 9/30/2005 | 9296 | 4330060 | 0930059 | 125203455 | pjax | 10262 | 7 | 350 | $55.60 | $389.20 |
| 10/6/2005 | 9296 | 4330060 | 100605 34 | 125203158 | pjax | 10262 | 2 | 100 | 55.60 | 111.20 |
| 10/7/2005 | 9296 | 4330060 | 100705 12 | 125203232 | pjax | 10262 | 9 | 450 | 55.60 | 500.40 |
| | | | | | | | 19 | | | |