STITES & HARBISON PLLC, *Lead Counsel*
Robert C. Goodrich Jr. (TN 10454) *Pro Hac Vice pending*
Madison L. Cashman (TN 24027) *Pro Hac Vice pending*
424 Church Street, Suite 1800
Nashville, TN 37219
Tel: (615) 244-5200   Fax: (615) 782-2371
Email: robert.goodrich@stites.com
          madison.cashman@stites.com

-and-

GAZES LLC, *Local Counsel*
Ian J. Gazes (IG-7564)
Eric Wainer (EW-9783)
32 Avenue of the Americas
New York, NY 10013
Tel: (212) 765-9000
Fax: (212) 765-9675
Ian@GazesLLC.com

*Attorneys for Setech, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------   x

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.*, | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------   x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Stites & Harbison PLLC and Gazes LLC appear as counsel for SETECH, INC. ("Setech"), a party-in-interest in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby request pursuant to Sections 102 and 342 of the Bankruptcy Code, Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure that they be added to all mailing lists and matrices in this case and that copies of all notices, pleadings, judgments, orders and other papers filed or to be filed in this case be sent to them at the following addresses:

ROBERT C. GOODRICH JR.
MADISON L. CASHMAN
STITES & HARBISON PLLC
424 CHURCH STREET, SUITE 1800
NASHVILLE, TN 37219
nashvillebankruptcyfilings@stites.com

-and-

IAN J. GAZES
ERIC WAINER
GAZES LLC
32 AVENUE OF THE AMERICAS
NEW YORK, NY 10013
office@gazesllc.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and above-specified sections of the Bankruptcy Code, but also includes without limitation any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic filing or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice Of Appearance And Request For Service is without prejudice to Setech's rights, remedies, and claims against other entities or any objection that may be had to the subject-matter jurisdiction of the court, and shall not be deemed or construed to submit Setech to the jurisdiction of the Court. All rights, remedies, and claims are hereby expressly reserved, including without limitation Setech's (i) right to have final order in non-core matters entered only after *de novo* review by a District Judge, (ii) right to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) right to seek a change of venue, or (v) any other rights, claims, actions, setoffs or recoupments to which Setech is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Setech expressly reserved.

Date: October 14, 2005                                  Respectfully submitted,

/s/ Madison L. Cashman
Robert C. Goodrich Jr. (TN Sup. Ct. No. 10454)
Madison L. Cashman (TN Sup. Ct. No. 24027)
STITES & HARBISON PLLC
424 Church Street, Suite 1800
Nashville, TN 37219
Tel: (615) 244-5200   Fax: (615) 782-2371
Email: robert.goodrich@stites.com
          madison.cashman@stites.com

-and-

Ian J. Gazes
Eric Wainer
GAZES LLC
32 Avenue of the Americas
New York, NY 10013
Tel: (212) 765-9000
Fax: (212) 765-9675

*Attorneys for Setech, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Appearance* has been electronically filed through the Court's ECF system and served this 14th day of October, 2005, by operation of the Court's electronic filing system.

/s/ Madison L. Cashman