KIESELSTEIN LAWFIRM, PLLC
43 British American Boulevard
Latham, New York 12110
(518) 785-7800
Steve Kieselstein (SK-3658)

Attorneys for NEC Electronics America, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X
In re

    DELPHI CORPORATION, *et al.*

           Debtors.
----------------------------------------X

Chapter 11
Case No.: 05-44481 (RDD)

Jointly Administered

### CERTIFICATE OF SERVICE

Document Served: NOTICE OF APPEARANCE AND
REQUEST FOR NOTICE

The undersigned certifies that a copy of the document listed above was served upon the parties listed in the attached Exhibit "A" at their respective addresses by either electronic notice or first-class mail, postage pre-paid, by placing the envelope in the mail on the date indicated below.

Date of Service: October 14, 2005

By _____/s/ Steve Kieselstein_____
Steve Kieselstein (SK-3658)

43 British American Blvd.
Latham, New York 12110
(518) 785-7800
sk@kieselaw.com

# Exhibit "A"

File a Notice:
05-44481-rdd Delphi Corporation

## U.S. Bankruptcy Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from Kieselstein, Steve entered on 10/14/2005 at 11:19 AM and filed on 10/14/2005
Case Name:       Delphi Corporation
Case Number:     05-44481-rdd
Document Number: 225

Docket Text:
Notice of Appearance filed by Steve Kieselstein on behalf of NEC Electronics America, Inc.. (Kieselstein, Steve)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:/Users/teresa/Desktop/Notice of Appearance.pdf
Electronic document Stamp:
[STAMP NYSBStamp_ID=842906028 [Date=10/14/2005] [FileNumber=4475618-0]
[085a2c414c37a27dc3d856bb3b85f4fcc603bb890a90c872d64c59d7c1e495757d05
03024f68e7edefc08492ff063cc876cc54e7c6747d16bb47220d1a94b92f]]

**05-44481-rdd Notice will be electronically mailed to:**

Elizabeth Abdelmasieh    eabdelmasieh@nmmlaw.com

Jennifer L. Adamy    bankruptcy@goodwin.com,

David S. Barritt    barritt@chapman.com,

W. Robinson Beard    jkirk@stites.com,

Jeffrey Bernstein    jb@carpben.com, ssolazzo@carpben.com

Charles E. Boulbol    rtrack@msn.com,

Wendy D. Brewer    wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com

Timothy W. Brink    tbrink@lordbissell.com,

James L. Bromley    maofiling@cgsh.com

John Wm. Butler    jbutler@skadden.com

Maria E. Chavez-Ruark    maria.ruark@dlapiper.com, richard.kremen@dlapiper.com

Jeffry A. Davis    jeffdavis@graycary.com,

Gerard DiConza    gdiconza@dlawpc.com

Robert W. Dremluk    rdremluk@seyfarth.com, rlauter@seyfarth.com,etrybantelser@cityofchicago.org,pbaisier@seyfarth.com

Alyssa Englund    aenglund@orrick.com,

Edward M. Fox    cfox@klng.com

Yann Geron    nybkfilings@foxrothschild.com, ygeron@foxrothschild.com

John T. Gregg    jgregg@btlaw.com,

Alan D. Halperin    ahalperin@halperinlaw.net, cbattaglia@halperinlaw.net;eganc@halperinlaw.net;cmitchell@halperinlaw.net

Brian W. Harvey    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

William Heuer    wheuer@morganlewis.com,

Jeannette Eisan Hinshaw    jhinshaw@bosclaw.com, pdidandeh@bosclaw.com

Shannon E. Hoff    shoff@burr.com

Hilary Jewett    hjewett@foley.com,

Lawrence J. Kotler    ljkotler@duanemorris.com,

Darryl S. Laddin    bkrfilings@agg.com

David E. Lemke    david.lemke@wallerlaw.com,
cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;wallerbankruptcy@wallerlaw.com

Jeffrey M. Levinson    jml@ml-legal.com,

John S. Mairo    jsmairo@pbnlaw.com

Kayalyn A. Marafioti    kmarafio@skadden.com, jharring@skadden.com

Thomas J. Matz    tmatz@skadden.com

Austin L. McMullen    amcmulle@bccb.com,

Patrick E. Mears    patrick.mears@btlaw.com

Derek F. Meek    dmeek@burr.com,

Robert N. Michaelson    rmichaelson@kl.com

Kathleen M. Miller    kmm@skfdelaware.com, tlc@skfdelaware.com

Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com

Brian F. Moore    bmoore@mccarter.com,

Alisa Mumola    alisa@contrariancapital.com,

Constantine Pourakis    cp@stevenslee.com

Steven J. Reisman    sreisman@cm-p.com, athau@cm-p.com;jdecristofaro@cm-p.com;jbarucha@cm-p.com;webmaster@docketware.com;mharwood@cm-p.com;kparker@cm-p.com

Craig Philip Rieders    crieders@gjb-law.com;gisabelle@gjb-law.com, gisabelle@gjb-law.com;bamron@gjb-law.com

Sandra A. Riemer    sriemer@phillipsnizer.com, mfay@phillipsnizer.com

Scott D. Rosen    srosen@cb-shea.com,

Robert B. Rubin    brubin@burr.com,

Diane W. Sanders    austin.bankruptcy@publicans.com,

Thomas P. Sarb    ecfsarbt@millerjohnson.com

Mark A. Shaiken    mshaiken@stinsonmoheck.com,
dcurran@stinsonmoheck.com;mjerde@stinsonmoheck.com;mleahy@stinsonmoheck.com;bpryor@stinsonmoheck.com;dcross@stinsonmoheck.com;dclark@stinsonmoheck.com;sn

Andrea Sheehan    sheehan@txschoollaw.com, greiner@txschoollaw.com;ashee1@yahoo.com

Sam O. Simmerman    sosimmerman@kwgd.com, mhelmick@kwgd.com

Marc P. Solomon    msolomon@burr.com,

James M. Sullivan    jmsullivan@mwe.com, llopez@mwe.com

Gordon J. Toering    gtoering@wnj.com

Laura L. Torrado    ltorrado@bear.com, msussman@bear.com

Raymond J. Urbanik    rurbanik@munsch.com,

Robert Usadi    rusadi@cahill.com,

Joseph J. Vitale    jvitale@cwsny.com,

Michael D. Warner    bankruptcy@warnerstevens.com

Elizabeth Weller    dallas.bankruptcy@publicans.com

**05-44481-rdd Notice will not be electronically mailed to:**

Mark I Bane
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178
mbane@kelleydrye.com

Stuart F. Cheney

Gary H. Cunningham
Kramer Mellen, P.C.
3000 Town Center, Ste. 1700
Southfield, MI 48075-1277

Stephen H. Gross
Hodgson Russ LLP
Carnegie Hall Tower
152 West 57th Street, 35th Floor
New York, NY 10019
sgross@hodgsonruss.com, mramos@hodgsonruss.com

Steve Kieselstein
Kieselstein LawFirm, PLLC
43 British American Boulevard
Latham, NY 12110

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Jill Levi
Todd & Levi, LLP
444 Madison Avenue
New York, NY 10022
jlevi@toddlevi.com, drosenberg@toddlevi.com

Timothy S. McFadden
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, IL 60603
tmcfadden@lordbissell.com, mklepper@lordbissell.com

Robert J. Sidman
Vorys, Sater, Seymour and Pease, LLP
52 East Gay Street
Columbus, OH 43216-1008
rjsidman@vssp.com, bkbowers@vssp.com;eplitfin@vssp.com;cdfricke@vssp.com