SIMPSON THACHER & BARTLETT LLP

Kenneth S. Ziman (KZ 2486)
William T. Russell, Jr. (WR 0998)

425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Fax: (212) 455-2502

Attorneys for
JPMORGAN CHASE BANK, N.A.,
ADMINISTRATIVE AGENT FOR
PREPETITION SENIOR SECURED LENDERS

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | :<br>:<br>: Case No. 05-44481<br>DELPHI CORPORATION, <u>et al</u>., :<br>: Chapter 11<br>Debtors. : Jointly Administered<br>: |

**AMENDED NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the law firm of Simpson Thacher & Bartlett LLP ("Simpson Thacher") hereby appears in the above-captioned chapter 11 case as counsel to JPMorgan Chase Bank, N.A., in its capacity as administrative agent for the prepetition senior secured lenders; and such counsel hereby enters its appearance and requests, pursuant to Sections 342 and 1109(b) of the Bankruptcy Code and Rules 2002, 3017, 9007 and 9010 of the Bankruptcy Rules, that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the address, telephone and facsimile numbers or electronic mail addresses indicated:

> Simpson Thacher & Bartlett LLP
> 425 Lexington Avenue
> New York, New York 10017
> Attention:    Kenneth S. Ziman, Esq.
>               William T. Russell, Jr., Esq.
> Telephone:    (212) 455-2000
> Fax:          (212) 455-2502
> Email:        cfox@stblaw.com

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Sections and Rules specified above, but additionally includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand or courier delivery, telephone, telecopy, telegraph, telex or otherwise filed with regard to the referenced case and proceedings therein.  Further, this request includes copies of any disclosure statements to be submitted prior to approval and any and all plans of reorganization.

      **PLEASE TAKE FURTHER NOTICE** that request is also made that the above be added to the Official Service List for notices of all contested matters, adversary proceedings and other proceedings in the Chapter 11 Cases.

Dated: New York, New York
October 14, 2005

        SIMPSON THACHER & BARTLETT LLP

        By:   /s/ Kenneth S. Ziman
              Kenneth S. Ziman

        ATTORNEYS FOR JPMORGAN CHASE
        BANK, N.A., ADMINISTRATIVE
        AGENT FOR PREPETITION SENIOR
        SECURED LENDERS

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. mail this 14th day of October, 2005 to the parties on the attached service list.

By:    /s/ Christina C. Fox
Christina C. Fox