## SERVICE LIST

| | |
|---|---|
| John Wm. Butler, Jr., Esq.<br>Skadden Arps Slate Meagher & Flom (IL)<br>333 West Wacker Drive<br>Chicago, IL 60606-1285 | Kayalyn A. Marafioti Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 |
| Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>NY, NY 10004<br>Attn: Alicia M. Leonard | Bose McKinney & Evans LLP<br>135 N. Pennsylvania St.<br>Suite 2700<br>Indianapolis, IN 46204<br>Attn: Jeannette Hinshaw |
| Margulies & Levinson LLP<br>30100 Chagrin Blvd.<br>Suite 250<br>Pepper Pike, OH 44124<br>Attn: Jeffrey M. Levinson<br>Leah M. Kaplan | Patrick E. Mears<br>300 Ottawa Ave. NW<br>Suite 500<br>Grand Rapids, MI 49503 |
| United States Bankruptcy Court<br>One Bowling Green, 6th Fl.<br>New York, NY 10004<br>Attn: Kathleen Farrell<br>Clerk of the Court | Warner Norcross & Judd LLP<br>900 Fifth Third Center<br>111 Lyon Street, N.W.<br>Grand Rapids, MI 49503<br>Attn: Gordon J. Toering |

Genovese Joblove & Battista, PA  
100 SE 2nd St, Suite 4400  
Miami, FL 33131  
Attn: Craig P. Rieders  

Morrison Cohen LLP  
909 Third Avenue  
New York, NY 10022  
Attn: Joseph T. Moldovan  
Michael R. Dal Lago  

Munsch Hardt Kopf & Harr, P.C.  
4000 Fountain Place  
Dallas, TX 75202  
Attn: Raymond J. Urbanik  
Joseph Wielebinski  
Davor Rukavina  

Smith, Katzenstein & Furlow  
800 Delaware Ave.  
P.O. Box 410  
Wilmington, DE 19899  
Attn: Kathleen M. Miller  

Airgas, Inc.  
259 Radnor-Chester Road  
Suite 100  
P.O. Box 6675  
Radnor, PA 19087  
Attn: Mr. David Boyle  

Barnes & Thornburg LLP  
11 S. Meridian St.  
Indianapolis, IN 46204  
Attn: Michael K. McCrory  
Wendy D. Brewer  

Norris McLaughlin & Marcus  
721 Route 202-206  
P.O. Box 1018  
Somerville, NJ 08876  
Attn: Elizabeth L. Abdelmasieh  

Curtis, Mallot-Prevost, Colt & Mosle LLP  
101 Park Avenue  
New York, NY 10178  
Attn: Steven J. Reisman  
Andrew M. Thau

DLA Piper Rudnick Gray Cary US LLP  
The Marbury Building  
6225 Smith Avenue  
Baltimore, MD 21209  
Attn: Richard M. Kremen  
Maria Ellena Chavez-Ruark  

Linebarger Goggan Blair & Sampson LLP  
2323 Bryan St., Suite 1600  
Dallas, TX 75201  
Attn: Elizabeth Weller  

Kirkpatrick & Lockhart Nicholson Graham LLP  
599 Lexington Ave  
New York, NY 10022  
Attn: Edward M. Fox  

Wilmington Trust Company  
Rodney Square North  
1100 North Market Street  
Wilmington, DE 19890  
Attn: Steven M. Cimalore  

Greensfelder, Hemker & Gale, P.C.  
10 S. Broadway, Suite 200  
St. Louis, MO 63102  
Attn: Cherie Macdonald  
J. Patrick Bradley  

Halperin Battaglia Raicht LLP  
555 Madison Avenue, 9th Fl.  
New York, NY 10022  
Attn: Christopher J. Battaglia  
Alan D. Halperin  

Pension Benefit Guaranty Corporation  
Office of the Chief Counsel  
1200 K Street, N.W., Ste. 340  
Washington, DC 20005  
Attn: Ralph L. Landy  

Cohen, Weiss & Simon LLP  
330 West 42nd Street  
New York, NY 10036  
Attn: Joseph J. Vitale

Seyfarth Shaw LLP
1545 Peachtree St, N.E.
Suite 700
Atlanta, GA 30309
Attn: Paul M. Baisier

Contrarian Capital Management, LLC
411 West Putnam Avenue
Suite 225
Greenwich, CT 06830
Attn: Janice Stanton
Mark Lee
Bill Raine
Seth Lax

Seyfarth Shaw LLP
1270 Avenue of the Americas
Suite 2500
New York, NY 10020
Attn: Robert W. Dremluk

Stevens & Lee, P.C.
485 Madison Avenue, 20th Fl.
New York, NY 10022
Attn: Chester B. Salomon
Constantine D. Pourakis

Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103
Attn: Sandra A. Riemer

Lewis and Roca LLP
40 North Central Ave.
Phoenix, AZ 85004
Attn: Susan M. Freeman

Lewis and Roca LLP
One S. Church Street
Suite 700
Tucson, AZ 85701
Attn: Rob Charles

Goulston & Storrs, PC
400 Atlantic Ave
Boston, MA 02110
Attn: Peter D. Bilowz

Hodgson Russ LLP  
One M&T Plaza, Suite 2000  
Buffalo, NY 14203  
Attn: Cheryl R. Storie

Hodgson Russ LLP  
Carnegie Hall Towe  
152 West 57th Street, 35th Floor  
New York, NY 10019  
Attn: Stephen H. Gross

Lord, Bissell & Brook LLP  
115 South LaSalle Street  
Chicago, IL 60603  
Attn: Timothy W. Brink

Lord, Bissell & Brook LLP  
115 South LaSalle Street  
Chicago, IL 60603  
Attn: Timothy S. McFadden

Vorys, Sater, Seymour and Pease LLP  
52 East Gay Street  
P.O. Box 1008  
Columbus, OH 43216  
Attn: Robert J. Sidman

Cohn Birnbaum & Shea P.C.  
100 Pearl Street, 12th Fl.  
Hartford, CT 06103  
Attn: Scott D. Rosen

Linebarger Goggan Blair & Sampson LLP  
1949 South IH 35 (78741)  
P.O. Box 17428  
Austin, TX 78760  
Attn: Diane W. Sanders

26 Broadway, 17th Floor  
New York, NY 10004  
Attn: Charles E. Boulbol

| | |
|---|---|
| Waller Lansden Dortch & Davis, PLLC<br>511 Union Street, Suite 2700<br>Nashville, TN 37219<br>Attn: David E. Lemke<br>Robert J. Welhoelter | Arnall Golden Gregory LLP<br>171 17th Street NW, Suite 2100<br>Atlanta, GA 30363<br>Attn: Darryl S. Laddin<br>Heath J. Vicente |
| Togut, Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York, NY 10119<br>Attn: Albert Togut | McCarter & English LLP<br>245 Park Ave., 27th Fl.<br>New York, NY 10167<br>Attn: David J. Adler |
| McDonald Hopkins Co., LPA<br>600 Superior Avenue, E.<br>Suite 2100<br>Cleveland, OH 44114<br>Attn: Shawn M. Riley<br>Scott N. Opincar | Republic Engineered Products, Inc.<br>3770 Embassy Parkway<br>Akron, OH 44333<br>Attn: Mr. Joseph Lapinsky |
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn: Martin J. Bienenstock<br>Michael P. Kessler<br>Jeffrey L. Tanenbaum | Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226<br>Attn: Robert B. Weiss<br>Frank L. Gorman |

Fox Rothschild LLP
13 East 37th Street, Suite 800
New York, NY 10016
Attn: Fred Stevens

Fox Rothschild LLP
1301 Atlantic Ave., Suite 400
Atlantic City, NJ 08401
Attn: Michael J. Viscount, Jr.

Todd & Levi LLP
444 Madison Avenue
Suite 1202
New York, NY 10022
Attn: Jill Levi

Bear, Stearns Investment Products, Inc.
383 Madison Avenue
New York, NY 10179
Attn: Jeff Farkas

QAD, Inc.
Legal Department
10,000 Midatlantic Drive
Mr. Laurel, NJ 08054
Attn: Jason Pickering

McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102
Attn: Jeffrey Bernstein

Stinson Morrison Hecker LLP
1201 Walnut Street
Kansas City, MO 64106
Attn: Mark S. Shaiken

250 Monroe Ave, Ste. 800
PO Box 306
Grand Rapids, MI 49501
Attn: Thomas P. Sarb
Robert D. Wolford
Miller Johnson

| | |
|---|---|
| Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178<br>Attn: William C. Heuer | Krugliak, Wilkins, Griffiths & Dougherty Co., L.P.A.<br>4775 Munson Street N.W./P.O. Box 36963<br>Canton, OH 44735<br>Attn: Sam O. Simmerman |
| Morgan, Lewis & Bockius LLP<br>300 South Grand Ave.<br>Los Angeles, CA 90071<br>Attn: Richard W. Esterkin | Barnes & Thornburg LLP<br>300 Ottawa Avenue, N.W.<br>Suite 500<br>Grand Rapids, MI 49503<br>Attn: John T. Gregg |
| DiConza Law, P.C.<br>630 Third Avenue<br>New York, NY 10017<br>Attn: Gerard DiConza | Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103<br>Attn: Jennifer L. Adamy |
| Stites & Harbison, PLLC<br>400 West Market Street<br>Louisville, KY 40202<br>Attn: W. Robinson Beard | Law Offices of Robert E. Luna P.C.<br>4411 N. Central Exressway<br>Dallas, TX 75205<br>Attn: Andrea Sheehan |

| | |
|---|---|
| Linear Technology Corporation<br>1630 McCarthy Blvd.<br>Milpitas, CA 95035<br>Attn: John England | McDermott Will & Emery LLP<br>50 Rockefeller Plaza<br>New York, NY 10020<br>Attn: James M. Sullivan |
| Duane Morris LLP<br>30 South 17th Street<br>Philadelphia, PA 19103<br>Attn: Margery N. Reed<br>Wendy M. Simkulak | Cahill Gordon & Reindel LLP<br>80 Pine Street<br>New York, NY 10005<br>Attn: Robert Usadi |
| Katten Michin Rosenman LLP<br>525 West Monroe Street<br>Chicago, IL 60661<br>Attn: John P. Sieger, Esq.<br>Joseph B. DiRago, Esq.<br>Qubilah A. Davis, Esq. | Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, NJ 07960<br>Attn: John S. Mairo, Esq.<br>Brett S. Moore, Esq. |
| Orrick, Herrington & Sutcliffe LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>Attn: Frederick D. Holden, Jr., Esq. | Orrick, Herrington & Sutcliffe LLP<br>666 Fifth Avenue<br>New York, NY 10103<br>Attn: Alyssa England, Esq. |

| | |
|---|---|
| Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>Attn: Mark I. Bane | Kramer Mellen, P.C.<br>3000 Town Center, Ste. 1700<br>Southfield, MI 48075<br>Attn: Gary H. Cunningham |

Kurtzman Carson Consultants LLC
12910 Culver Blvd
Suite I
Los Angeles, CA 90066