James L. Bromley (JB 5125)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000

Attorneys for Objectors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X
                                       :   Chapter 11
In re                                  :   Case No. 05-44481
                                       :
DELPHI CORPORATION, et al.,            :   CERTIFICATE OF SERVICE
                                       :
                    Debtors.           :
---------------------------------------X

   I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

   1.  On the 13th day of October 2005, the Objection to Debtors' Motion for an Order Under 11 U.S.C. §§105, 362 and 541 of the Bankruptcy Code and Fed. R. Bankr. P. 3001 Establishing Notification and Hearing Procedures for Trading in Claims and Securities with Exhibit A dated October 10, 2005 is being served by First Class Mail upon the entities listed on the attached service list.

   2.  This service is being made by an assistant managing clerk of this firm under my general supervision.

Dated:  New York, New York
   October 13, 2005

                /s/Richard V. Conza
                Richard V. Conza

## SERVICE LIST

**VIA FIRST CLASS MAIL**
General Motors Corporation
300 Renaissance Center
P.O. Box 300
Detroit, NE 48265-3000

**VIA FIRST CLASS MAIL**
Pension Benefit Guaranty Corp
1200 K Street, N.W.
Washington, D.C. 20005

**VIA FIRST CLASS MAIL**
United Steel Workers
5 Gateway Center
Pittsburgh, PA 15222

**VIA FIRST CLASS MAIL**
Law Debenture Trust Company of New York
Corporate Trust Office
780 Third Ave, 31st Floor
New York, NY 100 17

**VIA FIRST CLASS MAIL**
Flextronics International Asia Pacific
2 Robbins Road
Westford, MA 01886

**VIA FIRST CLASS MAIL**
Robert Bosch Corporation
38000 Hills Tech Drive
Farrnington Hills, MI 48331-3417

**VIA FIRST CLASS MAIL**
International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers - Communications Workers of America
501 3rd Street N.W., 6th Floor
Washington, D.C. 20001

**VIA FIRST CLASS MAIL**
United Auto Workers
8000 E. Jefferson
Detroit, MI 48214

**VIA FIRST CLASS MAIL**
Wilmington Trust Company
Corporate Trust Office
1100 North Market Street Rodney Square North
Wilmington, DE 19890

**VIA FIRST CLASS MAIL**
Wilmington Trust Company
Corporate Trust Office
1100 North Market Street Rodney Square North
Wilmington, DE 19890

**VIA FIRST CLASS MAIL**
Freescale Semiconductor Inc
6501 William Cannon Drive West
Austin, TX *78735-8598*

**VIA FIRST CLASS MAIL**
Siemens Automotive Ltd
2400 Executive Hill Blvd.
Auburn Hills, MI 48326-2980

**VIA FIRST CLASS MAIL**
PBR Automotive USA Pacific Group Ltd
140 Ellen Drive
Orion Township, MI 48359

**VIA FIRST CLASS MAIL**
NEC Electronics Inc
Three Galleria Tower
13155 Noel Road, Ste 1100
Dallas, TX 75240

**VIA FIRST CLASS MAIL**
Tyco Electronics Corp
Amperestrabe 12-14
Bensheim, Germany D-64625

**VIA FIRST CLASS MAIL**
Molex Inc
222 Wellington Court
Lisle, IL 60532-1682

**VIA FIRST CLASS MAIL**
Olin Corp
427 N Shamrock Street
East Alton, IL 62024-1174

**VIA FIRST CLASS MAIL**
DMC 2 Canada Corporation
2347 Commercial Drive
Auburn Hills, MI 48326

**VIA FIRST CLASS MAIL**
HSS LLC
5446 Dixie Highway
Saginaw, MI 48601

**VIA FIRST CLASS MAIL**
Tyco Electronics Corp
P.O. Box 3608
Harrsburg, PA 17105-3608

**VIA FIRST CLASS MAIL**
Panasonic Automotive
26455 American Drive
Southfield, NI 48034

**VIA FIRST CLASS MAIL**
Methode Electronics Inc
7401 W. Wilson
Chicago, IL 60706