05-44481-rdd    Doc 259    Filed 10/14/05    Entered 10/14/05 16:17:26    Main Document
Pg 1 of 4

DAVIDOFF MALITO & HUTCHER LLP
Attorneys for Tal-Port Industries, LLC
WARREN R. GRAHAM, ESQ. (WG-7415)
605 Third Avenue
New York, New York 10158
(212) 557-7200

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:                                                                     Case No. 05-44481(RDD)
                                                                                    Chapter 11 Cases
     DELPHI CORPORATION, et al                    Jointly Administered

                               Debtors
-------------------------------------------------------------X

**NOTICE OF RECLAMATION DEMAND OR, ALTERNATIVELY, REQUEST
FOR PRIORITY CLAIM OR LIEN TREATMENT OF TAL-PORT INDUSTRIES, LLC**

        Tal-Port Industries, LLC ("Tal-Port"), by its attorneys Davidoff Malito & Hutcher LLP, submits this Notice of Reclamation Demand, or Alternatively, Request for Priority Claim or Lien Treatment, and respectfully states:

        1.     On October 8, 2005 (the "Petition Date"), Delphi Corporation and certain of its affiliates and subsidiaries (collectively, the "Debtors or Delphi") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §101 *et. seq.* (the "Bankruptcy Code").

        2.     Prior to the Petition Date, Tal-Port supplied certain of the Debtors with goods and products used by the Debtors in their business. The amount due from Delphi to Tal-Port for goods received by Delphi within the ten days prior to the Petition Date is $76,952,04. Copies of

00333639

invoices identifying the goods subject to Tal-Port's right of reclamation are attached hereto as Exhibits "1" through "7."

3.      Without waiving any other rights it may have, Tal-Port hereby demands reclamation of the goods identified on Exhibits "1" through "7," pursuant to Section 2-702 of the Uniform Commercial Code and Section 546(c) of the Bankruptcy Code.  In the alternative, Tal-Port demands a priority claim or lien in the amount of $76,952.04.

Dated: New York, New York
October 14, 2005

                    DAVIDOFF MALITO & HUTCHER LLP

                    By:    /s/Warren R. Graham
                          Warren R. Graham (WG-7415)
                          A Member of the Firm
                          Counsel for Tal-Port Industries, LLC
                          605 Third Avenue, 34th Floor
                          New York, New York 10158
                          (212) 557-7200

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                             Case No. 05-44481(RDD)
                                                                   Chapter 11 Cases
      DELPHI CORPORATION, et al                Jointly Administered

                            Debtors
------------------------------------------------------------X

### CERTIFICATE OF SERVICE

      The undersigned, being duly admitted to practice before the District Court for the Southern District of New York, certifies that on October 14, 2005, a true and correct copy of the foregoing was served, by overnight mail, upon the following:

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100 Chicago, Illinois 60606

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP Four
Times Square
New York, New York 10036

Delphi Corporation 5725
Delphi Drive Troy, MI
48098 Attn: President

Dated: New York, New York
       October 14, 2005
                                       /s/ Warren R. Graham

00333639

Warren R. Graham (WG-7415)

00333639