# Invoice

| | |
|---|---|
| **Remit To:** Tal-Port Industries, LLC<br>P. O. BOX 1253<br>PRENTISS, MS 39474-1253<br>Phone: 601-792-0375<br>Fax: 601-792-4309 | **Invoice No:** 00101102<br>**Date:** 09/26/2005<br>**Customer No:** 100<br>**Supplier No:** IC7<br>**Sales Agent:**<br>**GST#:**<br>**BOL#:** 000000001168<br>**SID#:** 0000001131 |
| **Bill To:** AUTOMOTIVE COMPONENT GROUP<br>DISBURSEMENT ANALYSIS<br>P.O. BOX 436040<br>PONTIAC MI 48340-6040<br>United States | **Ship To:** DELPHI AUTOMOTIVE EL PASO - 5900<br>48 WALTER JONES<br>EL PASO TX 79906<br>United States |

**VAT#:**

**F.O.B./Terms:** MISSION,TX

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 00101102 | P5250023 | CTII | 09/26/2005 | NET 30 |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 71280 | 900231 | Aluminum Housing/Strain Assm<br>Customer PO. : P5250023<br>Customer Part: 12191275<br>CUM Quantity : 1556280 (Cum including this shipment)<br>SERIAL NUMBERS<br>62083 62110 60973 61987 62024 62299<br>62084 62111 60974 61988 62025 62300<br>62085 62112 60975 61989 62026 62301<br>62086 62113 60976 61990 62027 62302<br>62087 62114 60977 61991 62028 62303<br>62088 62115 60978 61992 62029 62304<br>62089 62116 60979 61993 62030 62305<br>62090 62117 60980 61994 62031 62306<br>62091 62118 60981 61995 62032 62307<br>62092 62119 60982 61996 62033 62308<br>62093 62120 60983 61997 62034 62309<br>62094 62121 60984 61998 62035 62310<br>62095 62122 60985 61999 62036 62311<br>62096 62123 60986 62000 62037 62312<br>62097 62124 60987 62001 62038 62313<br>62098 62125 60988 62002 62039 62314<br>62099 62126 60989 62003 62040 62315<br>62100 62127 60990 62004 62041 62316<br>62101 62128 60991 62005 62042 62317<br>62102 62129 60992 62006 62043 62318<br>62103 62130 60993 62007 62044 62319<br>62104 62131 60994 62008 62045 62320<br>62105 62132 60995 62009 62046 62321<br>62106 62133 60996 62010 62047 62322<br>62107 62134 60997 62011 62048 62323<br>62108 62135 60998 62012 62049 62324<br>62109 62136 60999 62013 62050 62325<br>Serial Numbers<br>62164 62458 62357 61927 61954 62512<br>62165 62459 62358 61928 61955 62513<br>62166 62460 62359 61929 61956 62514 | | 71280 | 0.60100 | 42,839.28 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| | | | | | |

ORIGINAL

**Invoice Total**

# Invoice

| Remit To: | Tal-Port Industries, LLC<br>P. O. BOX 1253<br>PRENTISS, MS 39474-1253<br>Phone: 601-792-0375<br>Fax: 601-792-4309 |
|---|---|

| Invoice No: | 00101102 |
|---|---|
| Date: | 09/26/2005 |
| Customer No: | 100 |
| Supplier No: | IC7 |
| Sales Agent: | |
| GST#: | |
| BOL#: | 000000001168 |
| SID#: | 0000001131 |

| Bill To: | AUTOMOTIVE COMPONENT GROUP<br>DISBURSEMENT ANALYSIS<br>P.O. BOX 436040<br>PONTIAC MI 48340-6040<br>United States |
|---|---|

| Ship To: | DELPHI AUTOMOTIVE EL PASO - 5900<br>48 WALTER JONES<br>EL PASO TX 79906<br>United States |
|---|---|

VAT#:

| | | | | F.O.B./Terms |
|---|---|---|---|---|
| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | MISSION,TX |
| 00101102 | P5250023 | CTII | 09/26/2005 | NET 30 |

| Qty. Ordered | Item Number | Description | UOM Qty Shipped | Unit Price | Extension |
|---|---|---|---|---|---|
| | | 62167 62461 62360 61930 61957 62515<br>62168 62462 62361 61931 61958 62516<br>62169 62463 62362 61932 61959 62517<br>62170 62464 62363 61933 61960 62518<br>62171 62465 62364 61934 61961 62519<br>62172 62466 62365 61935 61962 62520<br>62173 62467 62366 61936 61963 62521<br>62174 62468 62367 61937 61964 62522<br>62175 62469 62368 61938 61965 62523<br>62176 62470 62369 61939 61966 62524<br>62177 62471 62370 61940 61967 62525<br>62178 62472 62371 61941 61968 62526<br>62179 62473 62372 61942 61969 62527<br>62180 62474 62373 61943 61970 62528<br>62181 62475 62374 61944 61971 62529<br>62182 62476 62375 61945 61972 62530<br>62183 62477 62376 61946 61973 62531<br>62184 62478 62377 61947 61974 62532<br>62185 62479 62378 61948 61975 62533<br>62186 62480 62379 61949 61976 62534<br>62187 62481 62380 61950 61977 62535<br>62188 62482 62381 61951 61978 62536<br>62189 62483 62382 61952 61979 62537<br>62190 62484 62383 61953 61980 62538<br>Bill of Lading #785-361120-9<br>Packing List #D151/5900 | | | |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 42,839.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

ORIGINAL

| | Invoice Total |
|---|---|
| | 42,839.28 |