OCT-14-2005 06:54 FROM:HOOD CABLE 6017924309 TO:16017555850 P.4
05-44481-rdd Doc 259-2 Filed 10/14/05 Entered 10/14/05 16:17:26 Exhibit 2 Pg 1 of 1

Page: 1

# Invoice

**Remit To:** Tal-Port Industries, LLC
P. O. BOX 1253
PRENTISS, MS 39474-1253
Phone: 601-792-0375
Fax: 601-792-4309

| | |
|---|---|
| Invoice No: | **00101103** |
| Date: | 09/26/2005 |
| Customer No: | 100 |
| Supplier No: | IC7 |
| Sales Agent: | |
| GST#: | |
| BOL#: | 000000001169 |
| SID#: | 0000001132 |

**Bill To:** AUTOMOTIVE COMPONENT GROUP
DISBURSEMENT ANALYSIS
P.O. BOX 436040
PONTIAC MI 48340-6040
United States

**Ship To:** DELPHI AUTOMOTIVE- CONDUMEX 3049
48 WALTER JONES
EL PASO TX 79906
United States

VAT#:

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | F.O.B./Terms |
|---|---|---|---|---|
| 00101103 | P5250023 | CTII | 09/26/2005 | MISSION,TX NET 30 |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 5940 | 900231 | Aluminum Housing/Strain Assm<br>Customer PO. : P5250023<br>Customer Part: 12191275<br>CUM Quantity :     427680  (Cum including this shipment)<br>SERIAL NUMBERS<br>63301<br>63302<br>63303<br>63304<br>63305<br>63306<br>63307<br>63308<br>63309<br>63310<br>63311<br>63312<br>63313<br>63314<br>63315<br>63316<br>63317<br>63318<br>63319<br>63320<br>63321<br>63322<br>63323<br>63324<br>63325<br>63326<br>63327<br>Bill of Lading #785-361120-9<br>Packing List #D151/3049COND | | 5940 | 0.60170 | 3,574.10 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 3,574.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

ORIGINAL

| Invoice Total |
|---|
| 3,574.10 |