# Invoice

| | |
|---|---|
| Invoice No: | **00101104** |
| Date: | 09/26/2005 |
| Customer No: | 100 |
| Supplier No: | IC7 |
| Sales Agent: | |
| GST#: | |
| BOL#: | 000000001170 |
| SID#: | 0000001133 |

**Remit To:** Tal-Port Industries, LLC
P. O. BOX 1253
PRENTISS, MS 39474-1253
Phone: 601-792-0375
Fax: 601-792-4309

**Bill To:** AUTOMOTIVE COMPONENT GROUP
DISBURSEMENT ANALYSIS
P.O. BOX 436040
PONTIAC MI 48340-6040
United States

**Ship To:** DELPHI AUTOMOTIVE EL PASO - 3700
48 WALTER JONES BLVD
EL PASO TX 79906
United States

VAT#:

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | F.O.B./Terms |
|---|---|---|---|---|
| 00101104 | P5250023 | CTII | 09/26/2005 | MISSION,TX  NET 30 |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 220 | 900231 | Aluminum Housing/Strain Assm<br>Customer PO. : P5250023<br>Customer Part: 12191275<br>CUM Quantity : 4180 (Cum including this shipment)<br>SERIAL NUMBERS<br>63489<br>Bill of Lading #785-361120-9<br>Packing List #D151/3700 | | 220 | 0.60100 | 132.22 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 132.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

ORIGINAL

| Invoice Total |
|---|
| 132.22 |