# Invoice

| | |
|---|---|
| **Remit To:** Tal-Port Industries, LLC<br>P. O. BOX 1253<br>PRENTISS, MS 39474-1253<br>Phone: 601-792-0375<br>Fax:    601-792-4309 | **Invoice No:** **00101105**<br>**Date:** 09/26/2005<br>**Customer No:** 100<br>**Supplier No:** IC7<br>**Sales Agent:**<br>**GST#:**<br>**BOL#:** 000000001171<br>**SID#:** 0000001134 |
| **Bill To:** AUTOMOTIVE COMPONENT GROUP<br>DISBURSEMENT ANALYSIS<br>P.O. BOX 436040<br>PONTIAC MI 48340-6040<br>United States | **Ship To:** DELPHI AUTOMOTIVE EL PASO - 3900<br>48 WALTER JONES BLVD<br>EL PASO TX 79906<br>United States |

| VAT#: | | | | F.O.B./Terms |
|---|---|---|---|---|
| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | MISSION,TX |
| 00101105 | P5250023 | CTII | 09/26/2005 | NET 30 |

| Qty. Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 220 | 900231 | Aluminum Housing/Strain Assm<br>Customer PO. : P5250023<br>Customer Part: 12191275<br>CUM Quantity :    29260   (Cum including this shipment)<br>SERIAL NUMBERS<br>63490<br>Bill of Lading #785-361120-9<br>Packing List #D151/3900 | | 220 | 0.60100 | 132.22 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 132.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

ORIGINAL

| Invoice Total |
|---|
| 132.22 |