# Invoice

**Remit To:** Tal-Port Industries, LLC
P. O. BOX 1253
PRENTISS, MS 39474-1253
Phone: 601-792-0375
Fax: 601-792-4309

| | |
|---|---|
| Invoice No: | **00101123** |
| Date: | 10/03/2005 |
| Customer No: | 100 |
| Supplier No: | IC7 |
| Sales Agent: | |

GST#:
BOL#: 000000001190
SID#: 0000001153

**Bill To:** AUTOMOTIVE COMPONENT GROUP
DISBURSEMENT ANALYSIS
P.O. BOX 436040
PONTIAC MI 48340-6040
United States

**Ship To:** DELPHI AUTOMOTIVE- CONDUMEX 3049
48 WALTER JONES
EL PASO TX 79906
United States

VAT#:

F.O.B./Terms: MISSION,TX  NET 30

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped |
|---|---|---|---|
| 00101123 | P5250023 | CTII | 10/03/2005 |

| Qty Ordered | Item Number | Description | UOM Qty Shipped | Unit Price | Extension |
|---|---|---|---|---|---|
| 2640 | 900231 | Aluminum Housing/Strain Assm<br>Customer PO. : P5250023<br>Customer Part: 12191275<br>CUM Quantity : 450320 (Cum including this shipment)<br>Serial Numbers<br>62732<br>62733<br>62734<br>62753<br>62741<br>62758<br>62738<br>62739<br>62756<br>62757<br>62740<br>62735<br>Bill of Lading #785-361121-7<br>Packing List #D152/3049COND | 2640 | 0.60170 | 1,588.49 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 1,588.49 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

ORIGINAL

| Invoice Total |
|---|
| 1,588.49 |