# Invoice

| | |
|---|---|
| Invoice No: | **00101124** |
| Date: | 10/03/2005 |
| Customer No: | 100 |
| Supplier No: | IC7 |
| Sales Agent: | |
| GST#: | |
| BOL#: | 000000001191 |
| SID#: | 0000001154 |

**Remit To:** Tal-Port Industries, LLC
P. O. BOX 1253
PRENTISS, MS 39474-1253
Phone: 601-792-0375
Fax: 601-792-4309

**Bill To:** AUTOMOTIVE COMPONENT GROUP
DISBURSEMENT ANALYSIS
P.O. BOX 436040
PONTIAC MI 48340-6040
United States

**Ship To:** DELPHI AUTOMOTIVE EL PASO - 5900
48 WALTER JONES
EL PASO TX 79906
United States

VAT#:

F.O.B./Terms: MISSION,TX

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 00101124 | P5250023 | CTII | 10/03/2005 | NET 30 |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 47520 | 900231 | Aluminum Housing/Strain Assm<br>Customer PO. : P5250023<br>Customer Part: 12191275<br>CUM Quantity : 1603800 (Cum including this shipment)<br>SERIAL NUMBERS<br>61358 61819 61792 61385<br>61359 61820 61793 61386<br>61360 61821 61794 61387<br>61361 61822 61795 61388<br>61362 61823 61796 61389<br>61363 61824 61797 61390<br>61364 61825 61798 61391<br>61365 61826 61799 61392<br>61366 61827 61800 61393<br>61367 61828 61801 61394<br>61368 61829 61802 61395<br>61369 61830 61803 61396<br>61370 61831 61804 61397<br>61371 61832 61805 61398<br>61372 61833 61806 61399<br>61373 61834 61807 61400<br>61374 61835 61808 61401<br>61375 61836 61809 61402<br>61376 61837 61810 61403<br>61377 61838 61811 61404<br>61378 61839 61812 61405<br>61379 61840 61813 61406<br>61380 61841 61814 61407<br>61381 61842 61815 61408<br>61382 61843 61816 61409<br>61383 61844 61817 61410<br>61384 61845 61818 61411<br>Serial Numbers<br>61439 61621 61547 61165<br>61440 61622 61548 61166 | | 47520 | 0.60100 | 28,559.52 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| | | | | | |

ORIGINAL

Invoice Total

# Invoice

| Remit To: | Invoice No: | 00101124 |
|---|---|---|
| Tal-Port Industries, LLC<br>P. O. BOX 1253<br>PRENTISS, MS 39474-1253<br>Phone: 601-792-0375<br>Fax: 601-792-4309 | Date:<br>Customer No:<br>Supplier No:<br>Sales Agent:<br>GST#:<br>BOL#:<br>SID#: | 10/03/2005<br>100<br>IC7<br><br><br>000000001191<br>0000001154 |

| Bill To: | Ship To: |
|---|---|
| AUTOMOTIVE COMPONENT GROUP<br>DISBURSEMENT ANALYSIS<br>P.O. BOX 436040<br>PONTIAC MI 48340-6040<br>United States | DELPHI AUTOMOTIVE EL PASO - 5900<br>48 WALTER JONES<br>EL PASO TX 79906<br>United States |

VAT#:

F.O.B./Terms: MISSION,TX  NET 30

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped |
|---|---|---|---|
| 00101124 | P5250023 | CTII | 10/03/2005 |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| | | 61441 61623 61549 61167<br>61442 61624 61550 61168<br>61443 61625 61551 61169<br>61444 61626 61552 61170<br>61445 61627 61553 61171<br>61446 61628 61554 61172<br>61447 61629 61555 61173<br>61448 61630 61556 61174<br>61449 61631 61557 61175<br>61450 61632 61558 61176<br>61451 61633 61559 61177<br>61452 61634 61560 61178<br>61453 61635 61561 61179<br>61454 61636 61562 61180<br>61455 61637 61563 61181<br>61456 61638 61564 61182<br>61457 61639 61565 61183<br>61458 61640 61566 61184<br>61459 61641 61567 61185<br>61460 61642 61568 61186<br>61461 61643 61569 61187<br>61462 61644 61570 61188<br>61463 61645 61571 61189<br>61464 61646 61572 61190<br>61465 61647 61573 61191<br>Bill of Lading #785-361121-7<br>Packing List #D152/5900 | | | | |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 28,559.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

ORIGINAL

| Invoice Total |
|---|
| 28,559.52 |