MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
Attorneys for USW, AFL-CIO
1350 Broadway, Suite 501
New York, New York 10018
212 239 4999
Lowell Peterson (LP 5405)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:

DELPHI CORPORATION, et al.                    Case Nos. 05-44481 (RDD)
                                              Jointly Administered

                        Debtors.
-------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

     PLEASE TAKE NOTICE that Meyer, Suozzi, English & Klein, P.C. appears for creditor United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO and requests that copies of any and all notices and papers that are required to be served in this case be served upon the undersigned:

    Lowell Peterson, Esq.
    Meyer, Suozzi, English & Klein, P.C.
    1350 Broadway, Suite 501
    New York, New York 10018
    212 239 4999
    212 239 1311 (fax)
    lpeterson@msek.com

    David Jury, Esq.
    United Steel, Paper and Forestry, Rubber, Manufacturing,
     Energy, Allied Industrial and Service Workers,
     International Union (USW), AFL-CIO
    Five Gateway Center, Suite 807
    Pittsburgh, Pennsylvania 15222
    412 562 2549

412 562 2429 (fax)
djury@steelworkers-usw.org

PLEASE TAKE FURTHER NOTICE that the foregoing request includes without limitation the notices and papers referred in the Bankruptcy Rules and the Bankruptcy Code and all orders, complaints, demands, pleadings, petitions, and objections.

Dated:  October 14, 2005

          MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

By: _____/s/ LOWELL PETERSON
       Lowell Peterson (LP 5405)

1350 Broadway, Suite 501
New York, New York 10018
212 239 4999
212 239 1311 (fax)
lpeterson@msek.com

Attorneys for United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union (USW), AFL-CIO

71177