**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION | ) | Case No. 05-44481-rdd |
| | ) | |
| Debtor. | ) | Judge Robert D. Drain |
| | ) | |

**APPEARANCE**

NOW COMES the law firm of Warner Norcross & Judd LLP and hereby enters its appearance for and on behalf of COMPUWARE CORPORATION, creditor and party in interest in the above-captioned case.

Dated:  October 14, 2005

/s/Michael G. Cruse
Michael G. Cruse (P38837)
WARNER NORCROSS & JUDD LLP
2000 Town Center, Suite 2700
Southfield, MI  48075-1313
Telephone:  (248) 784-5131
mcruse@wnj.com
Attorneys for Compuware Corporation

1177654