## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>DELPHI CORPORATION, et al.,<br><br>Debtor. | ) Chapter 11<br>)<br>) Case No. 05-44481<br>)<br>) (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, Pro Hac Vice

I, Michael Leo Hall, a member in good standing of the bar in the State of Alabama and the bar of the U.S. District Court for the Northern District of Alabama, request admission, **pro hac vice**, before the Honorable Robert D. Drain, to represent Mercedes-Benz U.S. International, Inc., a party in interest in the above referenced case. My address is Burr & Forman LLP, 3100 SouthTrust Tower, 420 North 20th Street, Birmingham, Alabama 35203. My e-mail address is mhall@burr.com. My telephone number is (205) 458-5367. I agree to pay the fee of $25 upon approval by this Court admitting me to practice **pro hac vice**.

Dated: October _14_, 2005
Birmingham, Alabama

_Michael Leo Hall_
Michael Leo Hall
Shannon E. Hoff

Attorneys for Creditor
MERCEDES-BENZ U.S. INTERNATIONAL, INC.

**OF COUNSEL:**
BURR & FORMAN LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama 35203

1404000

Telephone: (205) 251-3000
Facsimile: (205) 458-5100

---

## ORDER

---

**ORDERED,**

that Michael Leo Hall, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern  District of New York, subject to payment of the filing fee.

Dated: _____, 2005
    New York, New York


_____
UNITED STATES BANKRUPTCY JUDGE

1404000                                    2