MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
1350 Broadway, Suite 501
New York, New York 10018
212 239 4999
Lowell Peterson (LP 5405)
Hanan Kolko (HK   )

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re:

DELPHI CORPORATION, et al.                    Case Nos. 05-44481 (RDD)
                                              Jointly Administered

                    Debtors.
---------------------------------------------------------------x

## VERIFIED RULE 2019 STATEMENT OF
## MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Meyer, Suozzi, English & Klein, P.C. submits this Verified Statement and represents as follows:

1. On or about October 8, 2005, Delphi Corporation and various related entities commenced cases in the United States Bankruptcy Court for the Southern District of New York which are being jointly administered in connection with the above-captioned matter.

2. Meyer, Suozzi, English & Klein, P.C. currently represents the following creditors and parties in interest in these cases:

    a.  United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO
    Five Gateway Center
    Pittsburgh, Pennsylvania 15222

    b.  International Union of Electronic, Salaried, Machine, and Furniture Workers - Communications Workers of America, AFL-CIO

      501 Third Street, N.W.
      Washington, D.C. 20001

3. The claims of both of these labor organizations arise principally from collective bargaining agreements and are listed by the Debtors as contingent and unliquidated. The USW represents approximately 900-1,000 employees of the Debtor and the IUE represents approximately 8,500 employees of the Debtor.

4. Both of these labor organizations have requested that Meyer, Suozzi, English & Klein, P.C. represent them in this matter.

5. Meyer, Suozzi, English & Klein, P.C. does not hold any claim against or own any interest in the Debtors and has not held any such claim or interest at any time.

Date:  October 14, 2005

      MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

      By:    /s/ LOWELL PETERSON
          Lowell Peterson (LP 5405)

      1350 Broadway, Suite 501
      New York, New York 10018
      212 239 4999
      212 239 1311 (fax)
      lpeterson@msek.com

I, Lowell Peterson, declare under penalty of perjury that I am a partner/shareholder at Meyer, Suozzi, English & Klein, P.C., that I have read the foregoing statement, and that it is true and accurate to the best of my knowledge, information, and belief.

      By:    /s/ LOWELL PETERSON
          Lowell Peterson (LP 5405)

71176