BARNES & THORNBURG LLP
Attorneys for Gibbs Die Casting Corporation
11 S. Meridian Street
Indianapolis, IN 46204
(317) 236-1313
Michael K. McCrory (MKM 1287) *pro hac vice*
Wendy D. Brewer (WDB 1158) *pro hac vice*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 Case |
| DELPHI CORPORATION, *et al.* | No. 05-44481 |
| Debtors. |  |

## NOTICE OF SERVICE OF DEMAND FOR RECLAMATION

Gibbs Die Casting Corporation ("Gibbs"), by and through the undersigned counsel hereby gives notice that on October 12, 2005, Gibbs served its demand for reclamation of goods on the Debtors, a true and correct copy of which is attached hereto as Exhibit A.

Dated: October 14, 2005

BARNES & THORNBURG LLP
Counsel to Gibbs Die Casting Corporation

By:  /s/ Michael K. McCrory
Michael K. McCrory (*pro hac vice pending*)
Wendy D. Brewer (*pro hac vice pending*)
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204
Telephone (317) 236-1313
Facsimile (317) 231-7433
E-Mail: michael.mccrory@btlaw.com and
wendy.brewer@btlaw.com

# BARNES & THORNBURG

11 South Meridian Street
Indianapolis, Indiana 46204-3535 U.S.A.
(317) 236-1313
Fax (317) 231-7433

Michael K. McCrory
(317) 231-7267
Email  mmccrory@btlaw.com

www.btlaw.com

October 12, 2005

*Via Federal Express*

**Delphi Corporation, et al., c/o**

| | |
|---|---|
| John William Butler, Esq. | Kayalyn A. Marafioti, Esq. |
| Skadden, Arps, Slate, Meagher & Flom, LLP | Skadden, Arps, Slate, Meagher & Flom, LLP |
| 333 W. Wacker Drive, Suite 2100 | Four Times Square |
| Chicago, IL  60606 | New York, NY  10036 |

RE:    <u>Gibbs Die Casting Corporation v. Delphi Corporation, et al.</u>

Dear Mr. Butler and Ms. Marafioti:

Our law firm represents Gibbs Die Casting Corporation ("Gibbs") and it has come to the attention of Gibbs that on October 8, 2005 (the "Petition Date") Delphi Corporation and its United States subsidiaries and affiliates (collectively "Delphi") filed voluntary petitions commencing cases under Chapter 11 of Title 11 of the United States Code ("the Bankruptcy Code"). Within ten (10) days preceding the Petition Date, Gibbs delivered goods and supplies (the "Goods") to Delphi. These Goods were sold to Delphi on credit and received by Delphi at a time when we now believe Delphi was insolvent.

Demand is hereby made on behalf of Delphi pursuant to § 546(c) of the Bankruptcy Code and Section 2-702 of the Uniform Commercial Code, and/or other applicable law, for the return of the Goods received by Delphi during the ten (10) days preceding the Petition Date, and identified in the summary attached hereto as composite <u>Exhibit A</u>, for which payment has not been made.

This letter serves as notice to Delphi that Gibbs hereby asserts its demand to reclaim the aforementioned Goods.

Sincerely,

Michael K. McCrory

MKM/wdb
cc:    William Baxter, Gibbs Die Casting Corporation

INDS01 WDB 796744v1

**Delphi Shipments**

| Inv No | Inv Date | Customer | Cust Id | Shipper # | Period | Pur Order # | Line No | Cust Part | Part Desc | Qty | Price | Total | Ran # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27846 | 9/26/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316171 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 7.9943 | $479.66 | 5100401 |
| 27847 | 9/26/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316172 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 7.9943 | $479.66 | 5100402 |
| 27862 | 9/26/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316215 | 200509 | 550026701 | 1 | 6562400 | REAR CYLINDER | 720 | 2.7805 | $2,001.96 | |
| 27863 | 9/26/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316215 | 200509 | 550026704 | 1 | 6561248 | FRONT HEAD | 3,456.00 | 3.1744 | $10,970.73 | |
| 27864 | 9/26/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316215 | 200509 | 550026706 | 1 | 6562335 | FRONT HEAD | 720 | 2.7127 | $1,953.14 | |
| 27865 | 9/26/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316215 | 200509 | 550026709 | 1 | 6561327 | REAR HEAD | 576 | 3.2914 | $1,895.85 | |
| 27889 | 9/26/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316173 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 7.9943 | $479.66 | 5100403 |
| 27890 | 9/26/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316174 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 40 | 7.9943 | $319.77 | 5100404 |
| 27962 | 9/27/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316247 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 7.9943 | $479.66 | 5100501 |
| 27963 | 9/27/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316248 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 90 | 7.9943 | $719.49 | 5100502 |
| 27979 | 9/27/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316263 | 200509 | 550026701 | 1 | 6562400 | REAR CYLINDER | 720 | 2.7805 | $2,001.96 | |
| 27980 | 9/27/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316263 | 200509 | 550026703 | 1 | 6562398 | FRONT CYLINDER | 720 | 2.7301 | $1,965.67 | |
| 27981 | 9/27/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316263 | 200509 | 550026706 | 1 | 6562335 | FRONT HEAD | 720 | 2.7127 | $1,953.14 | |
| 27982 | 9/27/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316263 | 200509 | 550026709 | 1 | 6561327 | REAR HEAD | 576 | 3.2914 | $1,895.85 | |
| 28003 | 9/27/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316249 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 7.9943 | $479.66 | 5100503 |
| 28004 | 9/27/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316250 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 35 | 7.9943 | $279.80 | 5100504 |
| 28160 | 9/29/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316376 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 7.9943 | $479.66 | 5100701 |
| 28161 | 9/29/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316377 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 7.9943 | $479.66 | 5100702 |
| 28055 | 9/28/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316295 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 7.9943 | $479.66 | 5100601 |
| 28056 | 9/28/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316296 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 7.9943 | $479.66 | 5100602 |
| 28069 | 9/28/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316317 | 200509 | 550026701 | 1 | 6562400 | REAR CYLINDER | 720 | 2.7805 | $2,001.96 | |
| 28070 | 9/28/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316317 | 200509 | 550026702 | 1 | 6562398 | FRONT CYLINDER | 1,440.00 | 2.7301 | $3,931.34 | |
| 28086 | 9/28/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316297 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 7.9943 | $479.66 | 5100603 |
| 28087 | 9/28/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316298 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 45 | 7.9943 | $359.74 | 5100604 |
| 28170 | 9/29/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316396 | 200509 | 550026701 | 1 | 6562400 | REAR CYLINDER | 1,087.00 | 2.7805 | $3,022.40 | |
| 28171 | 9/29/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316396 | 200509 | 550026702 | 1 | 6562398 | FRONT CYLINDER | 720 | 2.7301 | $1,985.67 | |
| 28172 | 9/29/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316396 | 200509 | 550026704 | 1 | 6561248 | FRONT HEAD | 2,304.00 | 3.1744 | $7,313.82 | |
| 28173 | 9/29/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316396 | 200509 | 550026705 | 1 | 6562333 | FRONT HEAD | 1,152.00 | 1.9584 | $2,256.08 | |
| 28189 | 9/29/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316378 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 7.9943 | $479.66 | 5100703 |
| 28190 | 9/29/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316379 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 40 | 7.9943 | $319.77 | 5100704 |
| 28250 | 9/30/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316438 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 7.9943 | $479.66 | 5101001 |
| 28251 | 9/30/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316439 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 7.9943 | $479.66 | 5101002 |
| 28271 | 9/30/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316460 | 200509 | 550026704 | 1 | 6561248 | FRONT HEAD | 1,728.00 | 3.1744 | $5,485.36 | |
| 28272 | 9/30/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316460 | 200509 | 550026706 | 1 | 6562335 | FRONT HEAD | 720 | 2.7127 | $1,953.14 | |
| 28273 | 9/30/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316460 | 200509 | 550026709 | 1 | 6561327 | REAR HEAD | 1,152.00 | 3.2914 | $3,791.69 | |
| 28287 | 9/30/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316440 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 7.9943 | $479.66 | 5101003 |
| 28288 | 9/30/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316441 | 200509 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 45 | 7.9943 | $359.74 | 5101004 |
| 28382 | 10/3/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316522 | 200510 | 550026704 | 1 | 6561248 | FRONT HEAD | 1,728.00 | 3.2305 | $5,582.30 | |
| 28383 | 10/3/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316522 | 200510 | 550026706 | 1 | 6562335 | FRONT HEAD | 720 | 2.768 | $1,992.96 | |
| 28384 | 10/3/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316522 | 200510 | 550026709 | 1 | 6561327 | REAR HEAD | 1,152.00 | 3.356 | $3,866.11 | |
| 28394 | 10/3/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316489 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101101 |
| 28395 | 10/3/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316490 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101102 |
| 28416 | 10/3/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316491 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101103 |
| 28417 | 10/3/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316492 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101104 |
| 28477 | 10/4/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316560 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101201 |
| 28478 | 10/4/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316561 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101202 |
| 28486 | 10/4/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316615 | 200510 | 550026708 | 1 | 6570956 | FRONT HEAD | 75 | 3.364 | $252.30 | |
| 28488 | 10/4/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316604 | 200510 | 550026701 | 1 | 6562400 | REAR CYLINDER | 720 | 2.8289 | $2,036.81 | |
| 28489 | 10/4/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316604 | 200510 | 550026702 | 1 | 6562398 | FRONT CYLINDER | 720 | 2.7766 | $1,999.15 | |
| 28490 | 10/4/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316604 | 200510 | 550026704 | 1 | 6561248 | FRONT HEAD | 1,728.00 | 3.2305 | $5,582.30 | |
| 28515 | 10/4/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316562 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101203 |
| 28516 | 10/4/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316563 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 50 | 8.0845 | $404.23 | 5101204 |

In re: Delphi Corporation, et al.
Case No. 05-44481, Jointly Administered

Goods Shipped within 10 Days of Petition Date

Exhibit A
Page 1 of 3

**Delphi Shipments**

| Inv No | Inv Date | Customer | Cust Id | Shipper # | Period | Pur Order # | Line No | Cust Part | Part Desc | Qty | Price | Total | Ran # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28591 | 10/5/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316622 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101301 |
| 28592 | 10/5/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316623 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101302 |
| 28624 | 10/5/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316624 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101303 |
| 28625 | 10/5/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316625 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 50 | 8.0845 | $404.23 | 5101304 |
| 28811 | 10/7/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316750 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101501 |
| 28812 | 10/7/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316751 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101502 |
| 28841 | 10/7/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316774 | 200510 | 550026701 | 1 | 6562400 | REAR CYLINDER | 720 | 2.8289 | $2,036.81 | |
| 28842 | 10/7/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316774 | 200510 | 550026702 | 1 | 6562398 | FRONT CYLINDER | 720 | 2.7766 | $1,999.15 | |
| 28843 | 10/7/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316774 | 200510 | 550026704 | 1 | 6561248 | FRONT HEAD | 3,456.00 | 3.2305 | $11,164.61 | |
| 28844 | 10/7/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316774 | 200510 | 550026705 | 1 | 6562333 | FRONT HEAD | 576 | 2.0105 | $1,158.05 | |
| 28931 | 10/7/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316752 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101503 |
| 28932 | 10/7/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316753 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 45 | 8.0845 | $363.80 | 5101504 |
| 28933 | 10/7/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316799 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101701 |
| 28934 | 10/7/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316800 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101702 |
| 28935 | 10/7/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316801 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101703 |
| 28936 | 10/7/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316802 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101704 |
| 28686 | 10/6/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316697 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101401 |
| 28687 | 10/6/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316698 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101402 |
| 28706 | 10/6/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316721 | 200510 | 550026701 | 1 | 6562400 | REAR CYLINDER | 720 | 2.8289 | $2,036.81 | |
| 28707 | 10/6/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316721 | 200510 | 550026702 | 1 | 6562398 | FRONT CYLINDER | 720 | 2.7766 | $1,999.15 | |
| 28708 | 10/6/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316721 | 200510 | 550026704 | 1 | 6561248 | FRONT HEAD | 3,456.00 | 3.2305 | $11,164.61 | |
| 28709 | 10/6/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316721 | 200510 | 550026705 | 1 | 6562333 | FRONT HEAD | 576 | 2.0105 | $1,158.05 | |
| 28710 | 10/6/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316721 | 200510 | 550026708 | 1 | 6561331 | REAR HEAD | 576 | 3.7968 | $2,186.96 | |
| 28711 | 10/6/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316721 | 200510 | 550026709 | 1 | 6561327 | REAR HEAD | 576 | 3.356 | $1,933.06 | |
| 28712 | 10/6/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316721 | 200510 | 550026711 | 1 | 6559377 | REAR HEAD | 768 | 2.2951 | $1,762.64 | |
| 28720 | 10/6/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316699 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 60 | 8.0845 | $485.07 | 5101403 |
| 28721 | 10/6/2005 | DELPHI THERMAL SYSTEMS | 1044 | 316700 | 200510 | 5060344 | 1 | 884200413000 | PULLEY BRKT ASSEMBLY | 45 | 8.0845 | $363.80 | 5101404 |
| 27867 | 9/26/2005 | DELPHI INT & LIGHTING SYSTEMS | 1049 | 316192 | 200509 | 450134903 | 1 | 16911478 | ARMATURE, CM | 75 | 9.198 | $689.85 | |
| 28555 | 10/4/2005 | DELPHI INT & LIGHTING SYSTEMS | 1049 | 316628 | 200509 | 450142513 | 1 | 16911478 | ARMATURE, CM | 80 | 9.2 | $736.00 | |
| 27866 | 9/26/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316216 | 200509 | 550000164 | 1 | 22145682 | ENGINE MOUNT | 760 | 1.7329 | $1,317.00 | |
| 27866 | 9/26/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316216 | 200509 | 550000164 | 2 | 22179311 | MOUNT BRACKET | 2,195.00 | 2.2615 | $4,963.99 | |
| 27866 | 9/26/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316216 | 200509 | 550000164 | 3 | 22145626 | ENGINE MOUNT | 907 | 1.667 | $1,511.97 | |
| 27976 | 9/27/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316261 | 200509 | 550000164 | 1 | 22145626 | ENGINE MOUNT | 945 | 1.667 | $1,575.32 | |
| 27976 | 9/27/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316261 | 200509 | 550000164 | 2 | 22145682 | ENGINE MOUNT | 774 | 1.7329 | $1,341.26 | |
| 27976 | 9/27/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316261 | 200509 | 550000164 | 3 | 22179311 | MOUNT BRACKET | 2,229.00 | 2.2615 | $5,040.88 | |
| 27977 | 9/27/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316262 | 200509 | 550015996 | 1 | 22177081 | BODY | 3,844.00 | 2.9455 | $11,322.50 | |
| 27978 | 9/27/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316262 | 200509 | 550024380 | 1 | 22206170 | BODY | 2,483.00 | 1.6775 | $4,165.23 | |
| 27978 | 9/27/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316262 | 200509 | 550024380 | 2 | 22222400 | BODY | 2,301.00 | 1.5929 | $3,665.26 | |
| 28071 | 9/28/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316318 | 200509 | 550000164 | 1 | 22145626 | ENGINE MOUNT | 905 | 1.667 | $1,508.64 | |
| 28071 | 9/28/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316318 | 200509 | 550000164 | 2 | 22145682 | ENGINE MOUNT | 682 | 1.7329 | $1,181.84 | |
| 28072 | 9/28/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316321 | 200509 | 550000164 | 3 | 22179311 | MOUNT BRACKET | 2,248.00 | 2.2615 | $5,083.85 | |
| 28169 | 9/29/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316395 | 200509 | 550000164 | 1 | 22222400 | BODY | 2,264.00 | 1.5929 | $3,606.33 | |
| 28169 | 9/29/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316395 | 200509 | 550000164 | 2 | 22145626 | ENGINE MOUNT | 903 | 1.667 | $1,505.30 | |
| 28270 | 9/30/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 318459 | 200509 | 550000164 | 1 | 22145626 | ENGINE MOUNT | 1,985.00 | 2.2615 | $4,489.08 | |
| 28270 | 9/30/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 318459 | 200509 | 550000164 | 1 | 22179311 | MOUNT BRACKET | 1,320.00 | 1.7329 | $2,287.43 | |
| 28274 | 9/30/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 318466 | 200509 | 550000164 | 2 | 22145682 | ENGINE MOUNT | 2,188.00 | 2.2615 | $4,948.16 | |
| 28275 | 9/30/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 318466 | 200509 | 550015996 | 1 | 22177081 | BODY | 3,903.00 | 2.9455 | $11,496.29 | |
| 28385 | 10/3/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316523 | 200510 | 550024380 | 1 | 22222400 | BODY | 2,414.00 | 1.5929 | $3,845.26 | |
| 28385 | 10/3/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316523 | 200510 | 550000164 | 2 | 22145626 | ENGINE MOUNT | 776 | 1.6968 | $1,316.72 | |
| 28385 | 10/3/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316523 | 200510 | 550000164 | 3 | 22145682 | ENGINE MOUNT | 1,363.00 | 1.7673 | $2,408.83 | |
| 28487 | 10/4/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316603 | 200510 | 550000164 | 1 | 22179311 | MOUNT BRACKET | 1,583.00 | 2.309 | $3,655.15 | |
| 28487 | 10/4/2005 | DELPHI ENERGY & CHASSIS SYSTEI | 1043 | 316603 | 200510 | 550000164 | 1 | 22145626 | ENGINE MOUNT | 977 | 1.6968 | $1,657.77 | |

In re: Delphi Corporation, et al.
Case No. 05-44481, Jointly Administered

Exhibit A
Page 2 of 3

Goods Shipped within 10 Days of Petition Date

**Delphi Shipments**

| Inv No | Inv Date | Customer | Cust Id | Shipper # | Period | Pur Order # | Line No | Cust Part | Part Desc | Qty | Price | Total | Ran # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28487 | 10/4/2005 | DELPHI ENERGY & CHASSIS SYSTE | 1043 | 316603 | 200510 | 550000164 | 2 | 22145682 | ENGINE MOUNT | 1,385.00 | 1.7673 | $2,447.71 | |
| 28487 | 10/4/2005 | DELPHI ENERGY & CHASSIS SYSTE | 1043 | 316603 | 200510 | 550000164 | 3 | 22179311 | MOUNT BRACKET | 1,684.00 | 2.309 | $3,888.36 | |
| 28491 | 10/4/2005 | DELPHI ENERGY & CHASSIS SYSTE | 1043 | 316611 | 200510 | 550015996 | 1 | 22177081 | BODY | 3,929.00 | 3.0025 | $11,796.82 | |
| 28491 | 10/4/2005 | DELPHI ENERGY & CHASSIS SYSTE | 1043 | 316611 | 200510 | 550024380 | 1 | 22206170 | BODY | 1,602.00 | 1.6966 | $2,717.95 | |
| 28492 | 10/4/2005 | DELPHI ENERGY & CHASSIS SYSTE | 1043 | 316611 | 200510 | 550024380 | 2 | 22222400 | BODY | 4,642.00 | 1.615 | $7,496.83 | |
| 28492 | 10/4/2005 | DELPHI ENERGY & CHASSIS SYSTE | 1043 | 316611 | 200510 | 550024380 | 3 | 22222402 | BODY | 4,646.00 | 0.776 | $3,605.30 | |
| 28492 | 10/4/2005 | DELPHI ENERGY & CHASSIS SYSTE | 1043 | 316611 | 200510 | 550000164 | 1 | 22145626 | ENGINE MOUNT | 993 | 1.6968 | $1,684.92 | |
| 28596 | 10/5/2005 | DELPHI ENERGY & CHASSIS SYSTE | 1043 | 316665 | 200510 | 550000164 | 2 | 22145682 | ENGINE MOUNT | 1,826.00 | 1.7673 | $3,227.09 | |
| 28596 | 10/5/2005 | DELPHI ENERGY & CHASSIS SYSTE | 1043 | 316665 | 200510 | 550000164 | 3 | 22179311 | MOUNT BRACKET | 1,706.00 | 2.309 | $3,939.15 | |
| 28845 | 10/7/2005 | DELPHI ENERGY & CHASSIS SYSTE | 1043 | 316775 | 200510 | 550000164 | 1 | 22145682 | ENGINE MOUNT | 1,574.00 | 1.7673 | $2,781.73 | |
| 28845 | 10/7/2005 | DELPHI ENERGY & CHASSIS SYSTE | 1043 | 316775 | 200510 | 550000164 | 2 | 22179311 | MOUNT BRACKET | 1,550.00 | 2.309 | $3,578.95 | |
| 28846 | 10/7/2005 | DELPHI ENERGY & CHASSIS SYSTE | 1043 | 316776 | 200510 | 550015996 | 1 | 22173976 | BODY | 656 | 3.0025 | $1,969.64 | |
| 28846 | 10/7/2005 | DELPHI ENERGY & CHASSIS SYSTE | 1043 | 316776 | 200510 | 550015996 | 2 | 22177081 | BODY | 2,596.00 | 3.0025 | $7,794.49 | |
| 28847 | 10/7/2005 | DELPHI ENERGY & CHASSIS SYSTE | 1043 | 316776 | 200510 | 550024380 | 1 | 22222400 | BODY | 4,389.00 | 1.615 | $7,088.24 | |
| 28847 | 10/7/2005 | DELPHI ENERGY & CHASSIS SYSTE | 1043 | 316776 | 200510 | 550024380 | 2 | 22222402 | BODY | 9,279.00 | 0.776 | $7,200.50 | |
| 28705 | 10/6/2005 | DELPHI ENERGY & CHASSIS SYSTE | 1043 | 316720 | 200510 | 550000164 | 1 | 22145626 | ENGINE MOUNT | 615 | 1.6968 | $1,043.53 | |
| 28705 | 10/6/2005 | DELPHI ENERGY & CHASSIS SYSTE | 1043 | 316720 | 200510 | 550000164 | 2 | 22145682 | ENGINE MOUNT | 1,507.00 | 1.7673 | $2,663.32 | |
| 28705 | 10/6/2005 | DELPHI ENERGY & CHASSIS SYSTE | 1043 | 316720 | 200510 | 550000164 | 3 | 22179311 | MOUNT BRACKET | 1,736.00 | 2.309 | $4,008.42 | |
| 1950 | 9/26/2005 | DELPHI INT & LIGHTING SYSTEMS | 1008 | 1379 | 200509 | 550066134 | 1 | 16898653 | ARMATURE, NF/CM | 1,178.00 | 7.999 | $9,422.82 | |
| 1953 | 9/27/2005 | DELPHI INT & LIGHTING SYSTEMS | 1008 | 1382 | 200509 | 550065211 | 1 | 16821921 | ARMATURE, UW | 164 | 5.4814 | $898.95 | |
| 1954 | 9/27/2005 | DELPHI INT & LIGHTING SYSTEMS | 1008 | 1382 | 200509 | 550066134 | 1 | 16898653 | ARMATURE, NF/CM | 1,338.00 | 7.999 | $10,702.66 | |
| 1958 | 9/28/2005 | DELPHI INT & LIGHTING SYSTEMS | 1008 | 1384 | 200509 | 550066134 | 1 | 16898653 | ARMATURE, NF/CM | 987 | 7.999 | $7,895.01 | |
| 1962 | 9/29/2005 | DELPHI INT & LIGHTING SYSTEMS | 1008 | 1389 | 200509 | 550065211 | 1 | 16821921 | ARMATURE, UW | 160 | 5.4814 | $877.02 | |
| 1963 | 9/29/2005 | DELPHI INT & LIGHTING SYSTEMS | 1008 | 1389 | 200509 | 550066134 | 1 | 16898653 | ARMATURE, NF/CM | 1,163.00 | 7.999 | $9,302.84 | |
| 1969 | 9/30/2005 | DELPHI INT & LIGHTING SYSTEMS | 1008 | 1393 | 200509 | 550065211 | 1 | 16821921 | ARMATURE, UW | 166 | 5.4814 | $909.91 | |
| 1970 | 9/30/2005 | DELPHI INT & LIGHTING SYSTEMS | 1008 | 1393 | 200509 | 550066134 | 1 | 16898653 | ARMATURE, NF/CM | 1,006.00 | 7.999 | $8,046.99 | |
| 1971 | 10/3/2005 | DELPHI INT & LIGHTING SYSTEMS | 1008 | 1398 | 200510 | 550066134 | 1 | 16898653 | ARMATURE, NF/CM | 1,003.00 | 7.999 | $8,023.00 | |
| 1982 | 10/7/2005 | DELPHI INT & LIGHTING SYSTEMS | 1008 | 1408 | 200510 | 550066134 | 1 | 16898653 | ARMATURE, NF/CM | 1,001.00 | 7.999 | $8,007.00 | |
| | | | | | | | | | | | | $364,921.66 | |

Goods Shipped within 10 Days of Petition Date

In re: Delphi Corporation, et al.
Case No. 05-44481, Jointly Administered

Exhibit A
Page 3 of 3