Audrey Moog (AM 9609)
Edward C. Dolan
HOGAN & HARTSON L.L.P.
Columbia Square
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
(202) 637-5600

Counsel for Umicore Autocat Canada Corp.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

## NOTICE OF RECLAMATION DEMAND
## OF UMICORE AUTOCAT CANADA CORP.

Please be advised that a Notice of Reclamation Demand on behalf of Umicore Autocat Canada Corp. was served on October 14, 2005 on the Debtors and on their attorneys of record, John Wm. Butler, Jr. and Kayalyn A Marafioti, Skadden, Arps, Slate Meagher & Flom LLP. A true and correct copy of the Reclamation Demand is attached hereto as Exhibit "A" and incorporated herein by reference.

\\\DC - 70547/8555 - 2202641 v1

Dated: October 14, 2005

Respectfully submitted,

HOGAN & HARTSON L.L.P.

By /s/Audrey Moog
    Audrey Moog (AM-9609)
    Edward C. Dolan

Columbia Square
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Tel. No. (202) 637-5600
Fax No. (202) 637-5910

Attorneys for Umicore Autocat Canada Corp.

\\\DC - 70547/8555 - 2202641 v1

## CERTIFICATE OF SERVICE

I certify that true and correct copies of the foregoing were served on October 14, 2005 by overnight courier, next day delivery, on the following:

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

/s/ Edward C. Dolan