**Hearing Date: October 27, 2005, 10:00 a.m.**
**Objection Deadline: October 24, 2005, 4:00 p.m.**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |
|---|---|
| In re : | Chapter 11 |
| DELPHI CORPORATION, et al., : | Case No. 05-44481 (RDD) |
| Debtors. : | (Jointly Administered) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |

NOTICE OF APPLICATION ~~FOR~~ <u>AND ENTRY OF INTERIM</u> ORDER UNDER 11 U.S.C. §§ 327(a) AND 329 AND FED. R. BANKR. P. 2014 AND 2016 ~~(A)~~<u>(I)</u> AUTHORIZING EMPLOYMENT AND RETENTION OF SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND ~~AFFILIATED LAW PRACTICE ENTITIES~~ <u>AFFILIATES</u> AS ATTORNEYS FOR
<u>DEBTORS-IN-POSSESSION AND</u> ~~(B)~~<u>(II)</u> SCHEDULING FINAL HEARING THEREON

PLEASE TAKE NOTICE that on October 8, 2005, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases<u>,</u> filed the Application ~~for~~ <u>For</u> Order Under 11 U.S.C. §§ 327(a) ~~and~~ <u>And</u> 329 ~~and~~ <u>And</u> Fed. R. Bankr. P. 2014 ~~(a) and~~ <u>And</u> 2016 ~~(A)~~<u>(I)</u> Authorizing <u>Employment And</u> Retention ~~of~~ <u>Of</u> Skadden, Arps, Slate, Meagher & Flom LLP ~~("Skadden") as~~ <u>And Affiliates As</u> Attorneys ~~for the~~ <u>For</u> Debtors<u>-In-Possession And (II)</u>~~, and (B)~~ Scheduling <u>A</u> Final Hearing Thereon (the "Application").

PLEASE TAKE FURTHER NOTICE that on October ~~11~~ <u>__</u>, 2005, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an interim order granting the relief requested in the Application, a copy of which is enclosed herewith.

PLEASE TAKE FURTHER NOTICE that a hearing <u>("the Hearing")</u> to consider approval of the Application on a final basis will be held on October 27, 2005, ~~the first omnibus hearing date scheduled by the~~ <u>at 10:00 a.m. (Prevailing Eastern Time) before the Honorable Robert D. Drain, United States</u> Bankruptcy Court ~~(the "Hearing").~~ <u>for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.</u>

PLEASE TAKE FURTHER NOTICE that objections, if any, to approval of the Application on a final basis must <u>(a)</u> be in writing<s>, must</s> <u>(b)</u> conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, <s>and must</s><u>(c)</u> be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties in interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF)<s>),</s><u>,</u> WordPerfect<u>,</u> or any other Windows-based word processing format)<s>;</s><u>,</u> <u>(d) be submitted in hard-copy form directly to the chambers of the Honorable</u> <s>Judge</s> Robert D. Drain, <s>United States Bankruptcy Judge; and</s> <u>and (e) be</u> served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) <s>special employee benefit counsel to the Debtors, Groom Law Chartered, 1701 Pennsylvania Avenue, N.W., Washington D.C. 20006, (Att'n: Lonie A. Hassel), (iv)</s> special counsel to the Debtors, Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022 (Att'n: Douglas P. Bartner), <s>(v)</s><u>(iv)</u> counsel <s>to</s> <u>for</u> the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Marissa Wesley), <s>(vi)</s><u>(v)</u> counsel <s>to</s> <u>for</u> the agent under the Debtors' proposed postpetition credit facility, Davis Polk & Wardell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Marlane Melican), <s>(vii)</s><u>(vi)</u> counsel to any official committee formed in these cases, <s>(viii)</s> <u>and (vii)</u> the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York

~~10044~~ <u>10004</u> (Att'n:  Alicia M. Leonhard), ~~and (ix) the indenture trustee for the Debtors' outstanding debt securities, J.P. Morgan Trust Company, N.A., 611 Woodward Avenue, Detroit, Michigan 48226 (Att'n: Global Corporate Trustee Services,~~ in each case so as to be **received** no later than **4:00 p.m.** <u>**(Prevailing**</u> **Eastern** ~~**time three days prior to the first omnibus hearing date scheduled by the Bankruptcy Court**~~ <u>**Time)**</u> **on October 24, 2005** (the "Objection Deadline").

Pg 5 of 6

PLEASE TAKE FURTHER NOTICE that only those objections made in writing and timely filed and received by the Objection Deadline will be considered by the Bankruptcy Court at the Hearing~~, and that if~~. If no objections to the Application are timely filed and served in accordance with the procedures set forth herein, the Bankruptcy Court may enter a final order granting the Application **without further notice.**

Dated:  New York, New York
              October ~~12~~___, 2005

> SKADDEN, ARPS, SLATE, MEAGHER
> & FLOM LLP
>
>
> By: _____
>       John Wm. Butler, Jr. ~~(pro hac vice motion pending)~~
>       John K. Lyons
>       Ron E. Meisler
> 333 West Wacker Drive, Suite 2100
> Chicago, Illinois  60606
> (312) 407-0700
>
>        - and -
>
> By: _____
>       Kayalyn A. Marafioti (KM 9632)
>       Thomas J. Matz (TM 5986)
> Four Times Square
> New York, New York  10036
> (212) 735-3000
>
> Attorneys for Delphi Corporation, et al.,
>       Debtors and Debtors-in-Possession

------------------ COMPARISON OF FOOTERS ------------------

-FOOTER 1-
466307.08-Chicago Server 1A Draft October 13, 2005 - 10:52 pm