Exhibit 1

ORDERS TO BE MADE APPLICABLE TO
DELPHI FURUKAWA WIRING SYSTEMS LLC
AND DELPHI RECEIVABLES LLC

| DATE | DOCKET NO. | ORDER |
|---|---|---|
| 10/08/2005 | 30 | Bridge Order Under 11 U.S.C. §§ 105(a), 363, 364, 1107, and 1108 and Fed. R. Bankr. P. 6004 and 9019 Authorizing Continuation of Vendor Rescue Program and Payment of Prepetition Claims of Financially-Distressed Sole Source Suppliers and Vendors Without Contracts |
| 10/08/2005 | 31 | Bridge Order Under 11 U.S.C. §§ 105(a), 363, 507, 1107, and 1108 (I) Authorizing Debtors to Pay Prepetition Wages and Salaries to Employees and Independent Contractors, (II) Authorizing Debtors to Pay Prepetition Benefits and Continue Maintenance of Human Capital Benefit Programs in Ordinary Course, and (III) Directing Banks to Honor Prepetition Checks for Payment of Prepetition Human Capital Obligations |
| 10/08/2005 | 32 | Bridge Order Under 11 U.S.C. §§ 105(a) and 363(b) Authorizing (I) Payment of Prepetition Obligations to Foreign Creditors and (II) Financial Institutions to Honor and Process Related Checks and Transfers |
| 10/08/2005 | 33 | Order Authorizing Admission *Pro Hac Vice* of John Wm. Butler, Jr., John K. Lyons and Ron E. Meisler |
| 10/08/2005 | 34 | Order Authorizing Admission *Pro Hac Vice* of Charles E. Brown and Joseph E. Papelian |
| 10/08/2005 | 35 | Bridge Order Under 11 U.S.C. § 503(b) Confirming Grant of Administrative Expense Status to Obligations Arising from Postpetition Delivery of Goods and Authorizing Debtors to Pay Such Obligations in Ordinary Course of Business |
| 10/08/2005 | 36 | Bridge Order Under 11 U.S.C. §§ 363 and 553 Authorizing (I) Continued Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Cash Management System, (III) Continued Use of Existing Business Forms, (IV) Preservation and Exercise of Intercompany Setoff Rights, and (V) Grant of Administrative Priority Status for Postpetition Intercompany Transactions |
| 10/08/2005 | 38 | Bridge Order Under 11 U.S.C. § 345 Authorizing Continued Use of Existing Investment Guidelines |
| 10/08/2005 | 39 | Bridge Order Under 11 U.S.C. §§ 105(a), 363, 1107, and 1108 Authorizing the Debtors to Honor Prepetition Obligations to Customers and to Otherwise Continue Customer Programs in Ordinary Course of Business |
| 10/08/2005 | 40 | Bridge Order Under 11 U.S.C. §§ 105 and 363(b), 1107, and 1108 Authorizing Payment of Certain Prepetition (I) Shipping and Delivery Charges for Goods in Transit and (II) Customs Duties |

| DATE | DOCKET NO. | ORDER |
|---|---|---|
| 10/08/2005 | 45 | Bridge Order Under 11 U.S.C. §§ 105, 363, 1107, and 1108 and Fed. R. Bankr. P. 4001 Authorizing Debtors to Enter into, Continue Performance Under, and Provide Credit Support Under Derivative Contracts |
| 10/08/2005 | 46 | Bridge Order Under 11 U.S.C. §§ 361, 362, and 363 Authorizing Use of Cash Collateral and Adequate Protection to Prepetition Secured Parties |
| 10/12/2005 | 126 | Interim Order Under 11 U.S.C. §§ 105, 362, and 541 and Bankruptcy Rule 3001 (A) Establishing Notification Procedures Applicable to Substantial Holders of Claims and Equity Securities and (B) Establishing Notification and Hearing Procedures for Trading in Claims and Equity Securities |
| 10/12/2005 | 164 | Interim Order Under 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and Fed. Bankr. P. 2002, 4001 and 9014 (I) Authorizing Debtors to Obtain Postpetition Financing, (II) to Utilize Cash Collateral, (III) Granting Adequate Protection to Prepetition Secured Parties and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) |
| 10/13/2005 | 197 | Order Under 11 U.S.C. §§ 105(a), 363, 364, 1107, and 1108 and Fed. R. Bankr. P. 6004 and 9019 Authorizing Continuation of Vendor Rescue Program and Payment of Prepetition Claims of Financially-Distressed Sole Source Suppliers and Vendors Without Contracts |
| 10/13/2005 | 198 | Order Under 11 U.S.C. §§ 105(a), 363, 507, 1107, and 1108 (I) Authorizing Debtors to Pay Prepetition Wages and Salaries to Employees and Independent Contractors; (II) Authorizing Debtors to Pay Prepetition Benefits and Continue Maintenance of Human Capital Benefit Programs in the Ordinary Course; and (III) Directing Banks to Honor Prepetition Checks for Payment of Prepetition Human Capital Obligations |
| 10/13/2005 | 199 | Order Under 11 U.S.C. §§ 105, 363(b), 546(b), 1107, and 1108 Authorizing Payment of Contractors and Service Providers in Satisfaction of Liens |
| 10/13/2005 | 201 | Order Under 11 U.S.C. § 105 Enforcing Protections of 11 U.S.C. §§ 362 and 525 and Approving Notice to Customers, Suppliers, and Other Stakeholders of Debtors' Non Debtor Global Affiliates |
| 10/13/2005 | 202 | Order Under 11 U.S.C. §§ 105(a), 363(b), 1107, and 1108 Authorizing Payment of Certain Prepetition (I) Shipping and Delivery Charges for Goods in Transit and (II) Customs Duties |
| 10/14/2005 | 218 | Order Under 11 U.S.C. § 503(b) Confirming Grant of Administrative Expense Status to Obligations Arising from Postpetition Delivery of Goods and Authorizing Debtors to Pay Such Obligations in the Ordinary Course of Business |

| DATE | DOCKET NO. | ORDER |
|---|---|---|
| 10/14/2005 | 219 | Order Under 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007(a) Authorizing Debtors to (I) Prepare Consolidated List of Creditors and Equity Security Holders in Lieu of Mailing Matrix, (II) File Consolidated List of 50 Largest Unsecured Creditors, and (III) Mail Initial Notices |
| 10/14/2005 | 221 | Order Under 11 U.S.C. §§ 105(a), 363, 1107, and 1108 Authorizing Debtors to Honor Prepetition Obligations to Customers and Otherwise Continue Customer Programs in the Ordinary Course of Business |
| 10/14/2005 | 222 | Order Under 11 U.S.C. §§ 105, 363, 1107, and 1108 and Fed. R. Bankr. P. 4001 Authorizing Debtors to Enter into, Continue Performance Under, and Provide Credit Support Under Derivative Contracts |
| 10/14/2005 | 223 | Order Under 11 U.S.C. § 521(l) and Fed. R. Bankr. P. 1007 and 9006(b) Granting Extension of Time to Debtors to File Schedules and Statements |
| 10/14/2005 | 224 | Order Under 11 U.S.C. §§ 105(a), 363, 1107, and 1108 Authorizing (I) Payment of Prepetition Obligations to Foreign Creditors and (II) Financial Institutions to Honor and Process Related Checks and Transfers |
| 10/14/2005 | 226 | Order Under 11 U.S.C. § 345 Authorizing Continued Use of Existing Investment Guidelines |
| 10/14/2005 | 228 | Protective Order Under 11 U.S.C. §§ 1113(d)(3) And 1114(k)(3) |
| 10/14/2005 | 230 | Order Under 11 U.S.C. §§ 362, 503, and 546 and Fed. R. Banker. P. 9019 Establishing Procedures for the Treatment of Reclamation Claims |
| 10/14/2005 | 231 | Order (I) Appointing Unions as Authorized Representatives for Union-Represented Retirees Under 11 U.S.C. §§ 1114(c) and 1114(d) or, in the Alternative, (II) Establishing Procedures for Solicitation, Nomination, and Appointment of Committee of Retired Employees |
| 10/14/2005 | 232 | Scheduling Order on Debtors' Motions to (I) Reject Collective Bargaining Agreements Under Section 1113(c) and (II) Eliminate Retiree Medical and Life Insurance Benefits for Union-Represented Retirees Under Section 1114(g) |
| 10/14/2005 | 233 | Order Under 11 U.S.C. §§ 105, 363(b), 507(a)(8), 541, 1107, and 1108 Authorizing Debtors to Pay Prepetition Sales, Use, Trust Fund, and Other Taxes and Related Obligations |
| 10/14/2005 | 234 | Interim Order Under 11 U.S.C. §§ 105, 366, 503, and 507 Prohibiting Utilities from Altering, Refusing, or Discontinuing Services on Account of Prepetition Invoices |

4

| **DATE** | **DOCKET NO.** | **ORDER** |
|---|---|---|
| 10/14/2005 | 240 | Interim Order Under 11 U.S.C. §§ 363 and 553 Authorizing (I) Continued Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Cash Management System, (III) Continued Use of Existing Business Forms, (IV) Preservation and Exercise of Intercompany Setoff Rights, and (V) Grant of Administrative Status for Postpetition Intercompany Transactions |
| 10/14/2005 | 245 | Order Under 11 U.S.C. §§ 102(1) And 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, and Administrative Procedures, and (III) Scheduling an Initial Case Conference in Accordance with Local Bankr. R. 1007-2(e) |