PHILLIPS NIZER LLP
Sandra A. Riemer (SAR 2871)
Candice Frost (CF 3926)
Attorneys for Freescale Semiconductor, Inc.,
f/k/a/ Motorola Semiconductor Systems (U.S.A.) Inc.
666 Fifth Avenue
New York, New York 10103-0084
(212) 977-9700

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
In re:                                                        :  Chapter 11
                                                              :
    DELPHI CORPORATION, et al.,                               :  Case No. 05-44481
                                                              :
                                      Debtors.                :  (Jointly Administered)
                                                              :
------------------------------------------------------------- x

## MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE*

To The Honorable Robert D. Drain,
    United States Bankruptcy Judge:

SANDRA A. RIEMER, a member of, inter alia, the Bar of the State New York and admitted to practice before this Court, moves this Honorable Court to admit Rob Charles to appear *pro hac vice* to represent Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. ("Freescale"), a party-in-interest, pursuant to L.B.R. 2090-1(b) (S.D.N.Y.), in the above-captioned cases; respectfully states as follows:

1. Rob Charles, a partner at the law firm of Lewis and Roca LLP, is and has been a member in good standing of the State Bar of Arizona

944674.1

since 1982 and the State Bar of Nevada since 1998. Mr. Charles is also admitted to practice before the United States District Court for the District of Arizona, the United States District Court for the District of Nevada, and the United States Court of Appeals for the Ninth Circuit. Mr. Charles' address is Lewis and Roca LLP, One S. Church Ave. Suite 700 Tucson, Arizona 85701-1611; his e-mail address is rcharles@lrlaw.com; his telephone number is (520) 629-4427; and his facsimile number is (520) 879-4705.

2. Mr. Charles agrees to pay the fee of $25.00 upon entry of an Order admitting him to practice before this Court *pro hac vice*.

WHEREFORE, this Court is respectfully requested to admit Rob Charles to appear *pro hac vice* to represent Freescale in the above-captioned cases.

Dated:  New York, New York
        October 11, 2005

                                Respectfully submitted,

                                PHILLIPS NIZER LLP

                                By: /s/ Sandra A. Riemer
                                   Sandra A. Riemer (SAR 2871)
                                   A Member of the Firm

                                666 Fifth Avenue
                                New York, NY 10103
                                (212) 977-9700

## **VERIFICATION**

Rob Charles declares, under penalty of perjury, that he has read the foregoing Motion and that the facts contained therein are, to the best of his knowledge, information and belief, true and correct.

Executed on October 11, 2005

_____
Rob Charles

Pg 4 of 4

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
In re:                                                       :  Chapter 11
                                                             :
    DELPHI CORPORATION, et al.,                          :  Case No. 05-44481
                                                             :
                   Debtors.                           :  (Jointly Administered)
                                                             :
------------------------------------------------------------ x

## ORDER OF ADMISSION TO
## APPEAR *PRO HAC VICE*

      Rob Charles, having represented that he is a member in good standing of the bar of the States of Arizona and Nevada and is also admitted to practice before the United States District Courts for the Districts of Arizona and Nevada, and the United States Court of Appeals for the Ninth Circuit; and having requested admission, *pro hac vice*, to represent Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems (U.S.A.) Inc., a party in interest in the above-captioned case; it is hereby

      ORDERED, that Rob Charles is admitted to appear *pro hac vice* in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       October ___, 2005

                                                                _____
                                                                UNITED STATES BANKRUPTCY JUDGE

944704.1