PHILLIPS NIZER LLP
Sandra A. Riemer (SAR 2871)
Candice Frost (CF 3926)
Attorneys for Freescale Semiconductor, Inc.,
f/k/a Motorola Semiconductor Systems (U.S.A.) Inc.
666 Fifth Avenue
New York, New York 10103-0084
(212) 977-9700

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
In re:                                              : Chapter 11
                                                    :
   DELPHI CORPORATION, et al.,                      : Case No. 05-44481
                                                    :
                              Debtors.              : (Jointly Administered)
                                                    :
-------------------------------------------------------------- x

## MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE*

To The Honorable Robert D. Drain,
   United States Bankruptcy Judge:

SANDRA A. RIEMER, a member of, inter alia, the Bar of the State New York and admitted to practice before this Court, moves this Honorable Court to admit Susan M. Freeman to appear *pro hac vice* to represent Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems (U.S.A.) Inc., ("Freescale"), a party-in-interest, pursuant to L.B.R. 2090-1(b) (S.D.N.Y.), in the above-captioned case; and respectfully states as follows:

   1.   Susan M. Freeman, a partner at the law firm of Lewis and Roca LLP, is and has been a member in good standing of the State Bar of

944653.1

Arizona since 1975 and is also admitted to practice before the United States District Court for the District of Arizona, the United States District Court for the Northern District of Texas, the United States District Court for the District of Colorado, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Tenth Circuit, the United States Court of Appeals for the Fifth Circuit and the United States Supreme Court.  Ms. Freeman's address is Lewis and Roca LLP, 40 North Central Avenue, Suite 1900, Phoenix, Arizona  85004-4429; her e-mail address is sfreeman@lrlaw.com; her telephone number is (602) 262-5756.

        2.    Ms. Freeman agrees to pay the fee of $25.00 upon entry of an Order admitting her to practice before this Court *pro hac vice*.

        WHEREFORE, this Court is respectfully requested to admit Susan M. Freeman to appear *pro hac vice* to represent Freescale in the above-captioned case.

Dated:  New York, New York
        October 11, 2005

        Respectfully submitted,

        PHILLIPS NIZER LLP

        By: /s/ Sandra A. Riemer
        Sandra A. Riemer (SAR 2871)
        A Member of the Firm

        666 Fifth Avenue
        New York, NY  10103
        (212) 977-9700

944653.1

## **VERIFICATION**

SUSAN M. FREEMAN declares, under penalty of perjury, that she has read the foregoing Motion and that the facts contained therein are, to the best of her knowledge, information and belief, true and correct.

Executed on October 11, 2005

*Susan M. Freeman*
_____
Susan M. Freeman

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
In re:                                                        :  Chapter 11
                                                              :
   DELPHI CORPORATION, et al.,                  :  Case No. 05-44481
                                                              :
                        Debtors.   :  (Jointly Administered)
                                                              :
------------------------------------------------------------- x

## ORDER OF ADMISSION TO
## APPEAR *PRO HAC VICE*

Susan M. Freeman, having represented that she is a member in good standing of the bar of the State of Arizona and is also admitted to practice before the United States District Courts for the District of Arizona, the Northern District of Texas, and the District of Colorado, the United States Courts of Appeals for the Fifth, Ninth, and Tenth Circuits, and in the United States Supreme Court, and having requested admission, *pro hac vice*, to represent Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems (U.S.A.) Inc, a party in interest in the above-captioned case; it is hereby

944683.1

05-44481-rdd    Doc 278    Filed 10/13/05    Entered 10/15/05 09:46:43    Main Document
Pg 5 of 5

ORDERED, that Susan M. Freeman, Esq., is admitted to appear *pro hac vice* in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
 October ___, 2005

_____
UNITED STATES BANKRUPTCY JUDGE

944683.1