**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| **DELPHI CORPORATION,** ***et al.*** | : | |
| | : | **Case No. 05-44481 (RDD)** |
| **Debtors.** | : | **(Jointly Administered)** |

**NOTICE OF RECLAMATION DEMAND OF PRIMUS METALS, INC.**

**PLEASE TAKE NOTICE** that Primus Metals, Inc. served a written reclamation demand on Debtor Delphi Medical Systems Colorado Corporation on October 11, 2005 (the "PMI Demand"). A true and correct copy of the PMI Demand (together with Debtor's written acknowledgement of receipt and a summary of unpaid prepetition invoices) is attached hereto as Exhibit A and incorporated herein by this reference. Copies of all unpaid prepetition invoices (with specific descriptions of relevant goods) have been included with the copies of this Notice served on Debtor and Debtor's counsel and are available from undersigned counsel upon request.

Dated October 13, 2005.

Respectfully submitted,

BLOCK MARKUS & WILLIAMS LLC

Thomas H. Keyse, Esq. (CO # 17869)
1700 Lincoln Street, Suite 4000
Denver, Colorado 80203
(303) 830-0800
(303) 830-0800 telecopier
tkeyse@bmwllc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of October, 2005, I caused a true and correct copy of the foregoing **NOTICE OF RECLAMATION DEMAND OF PRIMUS METALS, INC.**, together with copies of all unpaid pre-petition invoices related to the Notice, to be placed into the United States mail, first class postage prepaid and correctly addressed as follows:

Delphi Medical Systems
4300 Road 18
Longmont, CO 80504
Attn: Grace Mills and Dave Berge

John Wm. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Kayalyn A. Marafioti
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Debra Vela

# EXHIBIT A



938 Quail Street Unit E
Lakewood CO 80215
(303) 235-8944
Fax: (303) 235-8947

October 11, 2005

VIA FACSIMILE

Delphi Medical Systems
4300 Road 18
Longmont, CO 80504
Attention: Grace Mills
Dave Berge

Re: **Reclamation Demand**

Dear Grace and Dave:

As you are aware, Primus Metals, Inc. has sold and delivered to Delphi Medical Systems ("DMS"), in the ordinary course of our business, numerous machined metal and plastic components for medical products (the "Goods"). As you also are aware, DMS did not make payment for many of these Goods, including Goods it received over the last ten days, prior to filing for Chapter 11 bankruptcy protection on October 8, 2005. It is now our belief that DMS received these Goods (a specific list will be provided to you shortly) on credit while DMS was insolvent and therefore we are demanding, pursuant to Section 2-702 of the Uniform Commercial Code and Section 546(c) of the United States Bankruptcy Code, that you make these Goods, wherever they may be located, immediately available to us. You are now on notice that in light of this demand, DMS has no legal right to dispose of these Goods by sale or otherwise or the change their character in any way. Please contact us immediately so that we may arrange to reclaim these Goods.

Sincerely,

Primus Metals, Inc.

By: [signature]
Randall E. Brodsky, President

**DELPHI**

Medical Systems

**Date** 10/12/05 **Pages** Including Cover 1

**To** RANDALL BRODSKY

Phone Fax 3 235-8947

**From** DAVE BERGE **Extension** 250

**Message**

RANDY -

I RECEIVED YOUR RECLAMATION DEMAND AND HAVE FORWARDED ON TO OUR CORPORATE TEAM FOR PROCESSING. I WILL ADVISE YOU AS SOON AS I HEAR ANYTHING.

DBerge

10:23 AM

10/11/05

# PRIMUS METALS, INC.
## A/R Aging Detail
### As of October 11, 2005

| Date | Num | P. O. # | Name | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|
| Current | | | | | | |
| 9/14/2005 | 13814 | 701577 | DELPHI MEDICAL ... | 10/14/2005 | | 187.00 |
| 9/14/2005 | 13815 | 701577 | DELPHI MEDICAL ... | 10/14/2005 | | 168.00 |
| 9/14/2005 | 13816 | 704683 | DELPHI MEDICAL ... | 10/14/2005 | | 9,558.83 |
| 9/14/2005 | 13817 | 700668 | DELPHI MEDICAL ... | 10/14/2005 | | 1,538.75 |
| 9/14/2005 | 13818 | 702865 | DELPHI MEDICAL ... | 10/14/2005 | | 3,569.15 |
| 9/15/2005 | 13823 | 704198 | DELPHI MEDICAL ... | 10/15/2005 | | 3,577.79 |
| 9/16/2005 | 13830 | 798015 | DELPHI MEDICAL ... | 10/16/2005 | | 127.80 |
| 9/16/2005 | 13831 | 703997 | DELPHI MEDICAL ... | 10/16/2005 | | 11,628.11 |
| 9/16/2005 | 13839 | 706435 | DELPHI MEDICAL ... | 10/16/2005 | | 103.07 |
| 9/16/2005 | 13840 | 702865 | DELPHI MEDICAL ... | 10/16/2005 | | 2,325.53 |
| 9/16/2005 | 13841 | 704235 | DELPHI MEDICAL ... | 10/16/2005 | | 5,876.73 |
| 9/16/2005 | 13842 | 780544 | DELPHI MEDICAL ... | 10/16/2005 | | 75.90 |
| 9/19/2005 | 13848 | 704199 | DELPHI MEDICAL ... | 10/19/2005 | | 4,276.19 |
| 9/19/2005 | 13849 | 703997 | DELPHI MEDICAL ... | 10/19/2005 | | 8,362.19 |
| 9/20/2005 | 13859 | 704198 | DELPHI MEDICAL ... | 10/20/2005 | | 11,465.39 |
| 9/20/2005 | 13861 | 706503 | DELPHI MEDICAL ... | 10/20/2005 | | 1,995.95 |
| 9/20/2005 | 13862 | 705228 | DELPHI MEDICAL ... | 10/20/2005 | | 1,708.95 |
| 9/21/2005 | 13866 | 700668 | DELPHI MEDICAL ... | 10/21/2005 | | 3,328.49 |
| 9/21/2005 | 13867 | 703241 | DELPHI MEDICAL ... | 10/21/2005 | | 2,272.08 |
| 9/22/2005 | 13881 | 705228 | DELPHI MEDICAL ... | 10/22/2005 | | 9,805.95 |
| 9/22/2005 | 13882 | 705234 | DELPHI MEDICAL ... | 10/22/2005 | | 2,314.25 |
| 9/23/2005 | 13886 | 704683 | DELPHI MEDICAL ... | 10/23/2005 | | 3,799.33 |
| 9/23/2005 | 13887 | 704198 | DELPHI MEDICAL ... | 10/23/2005 | | 2,809.55 |
| 9/23/2005 | 13893 | 704236 | DELPHI MEDICAL ... | 10/23/2005 | | 1,512.68 |
| 9/23/2005 | 13896 | 704299 | DELPHI MEDICAL ... | 10/23/2005 | | 46.20 |
| 9/26/2005 | 13902 | 703973 | DELPHI MEDICAL ... | 10/26/2005 | | 1,224.65 |
| 9/26/2005 | 13903 | 705036 | DELPHI MEDICAL ... | 10/26/2005 | | 10,882.08 |
| 9/27/2005 | 13914 | 707114 | DELPHI MEDICAL ... | 10/27/2005 | | 429.95 |
| 9/27/2005 | 13915 | 704198 | DELPHI MEDICAL ... | 10/27/2005 | | 2,809.55 |
| 9/27/2005 | 13916 | 704236 | DELPHI MEDICAL ... | 10/27/2005 | | 1,427.78 |
| 9/27/2005 | 13917 | 704199 | DELPHI MEDICAL ... | 10/27/2005 | | 1,412.75 |
| 9/28/2005 | 13919 | 704200 | DELPHI MEDICAL ... | 10/28/2005 | | 2,788.05 |
| 9/28/2005 | 13920 | 704199 | DELPHI MEDICAL ... | 10/28/2005 | | 1,412.75 |
| 9/28/2005 | 13921 | 703997 | DELPHI MEDICAL ... | 10/28/2005 | | 7,031.63 |
| 9/28/2005 | 13922 | 704235 | DELPHI MEDICAL ... | 10/28/2005 | | 2,263.35 |
| 9/28/2005 | 13923 | 707114 | DELPHI MEDICAL ... | 10/28/2005 | | 447.95 |
| 9/29/2005 | 13932 | 705036 | DELPHI MEDICAL ... | 10/29/2005 | | 10,527.05 |
| 9/29/2005 | 13933 | 705386 | DELPHI MEDICAL ... | 10/29/2005 | | 658.55 |
| 9/29/2005 | 13934 | 704199 | DELPHI MEDICAL ... | 10/29/2005 | | 1,412.75 |
| 9/29/2005 | 13935 | 703973 | DELPHI MEDICAL ... | 10/29/2005 | | 1,608.59 |
| 9/29/2005 | 13936 | 704198 | DELPHI MEDICAL ... | 10/29/2005 | | 2,761.95 |
| 9/29/2005 | 13937 | 706435 | DELPHI MEDICAL ... | 10/29/2005 | | 923.15 |
| 9/30/2005 | 13939 | VARIOUS | DELPHI MEDICAL ... | 10/30/2005 | | 3,271.84 |
| 9/30/2005 | 13940 | VARIOUS | DELPHI MEDICAL ... | 10/30/2005 | | 5,988.80 |
| 9/30/2005 | 13946 | 704198 | DELPHI MEDICAL ... | 10/30/2005 | | 3,025.55 |
| 9/30/2005 | 13947 | 704683 | DELPHI MEDICAL ... | 10/30/2005 | | 783.83 |
| 9/30/2005 | 13948 | 703997 | DELPHI MEDICAL ... | 10/30/2005 | | 15,982.67 |
| 9/30/2005 | 13949 | 704236 | DELPHI MEDICAL ... | 10/30/2005 | | 1,696.70 |
| 9/30/2005 | 13950 | 701745 | DELPHI MEDICAL ... | 10/30/2005 | | 1,359.95 |
| 9/30/2005 | 13951 | 703788 | DELPHI MEDICAL ... | 10/30/2005 | | 75.00 |
| 9/30/2005 | 13952 | 703997 | DELPHI MEDICAL ... | 10/30/2005 | | 378.83 |
| 9/30/2005 | 13953 | 791286 | DELPHI MEDICAL ... | 10/30/2005 | | 119.40 |
| 10/4/2005 | 13962 | 707304 | DELPHI MEDICAL ... | 11/3/2005 | | 462.95 |
| 10/4/2005 | 13963 | 702865 | DELPHI MEDICAL ... | 11/3/2005 | | 2,506.70 |
| 10/4/2005 | 13964 | 704200 | DELPHI MEDICAL ... | 11/3/2005 | | 2,283.95 |
| 10/4/2005 | 13966 | 790870 | DELPHI MEDICAL ... | 11/3/2005 | | 45.60 |
| 10/4/2005 | 13967 | 704658 | DELPHI MEDICAL ... | 11/3/2005 | | 951.50 |
| 10/4/2005 | 13968 | 704235 | DELPHI MEDICAL ... | 11/3/2005 | | 1,599.50 |
| 10/4/2005 | 13969 | 704683 | DELPHI MEDICAL ... | 11/3/2005 | | 2,468.63 |
| 10/4/2005 | 13970 | 704236 | DELPHI MEDICAL ... | 11/3/2005 | | 2,133.70 |
| 10/4/2005 | 13971 | 707396 | DELPHI MEDICAL ... | 11/3/2005 | | 523.99 |
| 10/4/2005 | 13972 | 706435 | DELPHI MEDICAL ... | 11/3/2005 | | 1,376.75 |
| 10/5/2005 | 13975 | 707158 | DELPHI MEDICAL ... | 11/4/2005 | | 473.95 |
| 10/5/2005 | 13976 | 704582 | DELPHI MEDICAL ... | 11/4/2005 | | 483.95 |
| 10/7/2005 | 14002 | 704198 | DELPHI MEDICAL ... | 11/6/2005 | | 5,221.55 |
| 10/7/2005 | 14003 | 704236 | DELPHI MEDICAL ... | 11/6/2005 | | 2,537.08 |

10:23 AM

10/11/05

# PRIMUS METALS, INC.
## A/R Aging Detail
### As of October 11, 2005

| | Date | Num | P. O. # | Name | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|---|
| | 10/7/2005 | 14004 | 704235 | DELPHI MEDICAL ... | 11/6/2005 | | 2,725.58 |
| | 10/7/2005 | 14007 | 707158 | DELPHI MEDICAL ... | 11/6/2005 | | 205.95 |
| | 10/10/2005 | 14012 | 704582 | DELPHI MEDICAL ... | 11/9/2005 | | 1,887.95 |
| Total Current | | | | | | | 203,028.24 |
| **1 - 30** | | | | | | | |
| Total 1 - 30 | | | | | | | |
| **31 - 60** | | | | | | | |
| Total 31 - 60 | | | | | | | |
| **61 - 90** | | | | | | | |
| Total 61 - 90 | | | | | | | |
| **> 90** | | | | | | | |
| Total > 90 | | | | | | | |