HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
(303) 871-7000
Elizabeth K. Flaagan (CO #22604)

Attorneys for CoorsTek, Inc. and
   Corus L.P.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case Nos. 05-44481 |
| Debtors. | (Jointly Administered) |

## VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019
## OF HOLME ROBERTS & OWEN LLP

Holme Roberts & Owen LLP ("HRO") hereby submits this verified statement (the "Verified Statement") pursuant to Fed.R.Bankr.P. 2019(a), and states as follows:

1.    HRO serves as counsel for the creditors whose name, addresses, and the nature of claims are as follows:

| Creditor | Nature of Claim/Interest |
|---|---|
| CoorsTek, Inc.<br>16000 Table Mountain Parkway<br>Golden, CO  80403 | Supplier to the Debtors |
| Corus L.P.<br>475 N. Martingale Road<br>Suite 400<br>Schaumburg, IL  60173 | Supplier to the Debtors |



RECEIVED OCT 1 3 2005 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

2.      Each of HRO's clients' claim against or relationship with the relevant debtor(s) is more than one year old. As of the date hereof, the total amount of the claims held by the creditors set forth in Paragraph 1 above exceeds, in the aggregate, approximately $3.5 million.

3.      HRO is representing each of these clients individually; the clients listed above do not comprise a committee of any kind.

4.      HRO has no written contracts of representation with entities described in Paragraph 1 hereof other than ordinary and usual retainer/engagement letters.

5.      Each of the clients listed above was an established client of HRO at the time the Debtors commenced their cases.

6.      Upon information and belief formed after due inquiry, as of the date hereof, HRO does not hold any claims against, or equity interests in, the Debtors.

I, Elizabeth K. Flaagan, after due inquiry declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the facts set forth in this Rule 2019 Statement regarding Holme Roberts & Owen LLP are true and correct to the best of my knowledge, information and belief.

Dated: October 12, 2005.

By: *[signature]*
Elizabeth K. Flaagan (CO# 22604)
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
(303) 871-7000 (telephone)
(303) 866-0299 (facsimile)

2

HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
(303) 871-7000
Elizabeth K. Flaagan (CO #22604)

Attorneys for CoorsTek, Inc. and
 Corus L.P.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| DELPHI CORPORATION, et al., ) | Case Nos. 05-44481 |
| ) | |
| Debtors. ) | (Jointly Administered) |

## Certificate of Service

I, Elizabeth K. Flaagan, hereby certify that on October 12, 2005, I caused a copy of the **Verified Statement Pursuant to Fed.R.Bankr.P. 2019 of Holme Roberts & Owen LLP** to be served by first class mail postage pre-paid on the parties attached hereto in "Exhibit A".

Dated: October 12, 2005.

By _____
Elizabeth K. Flaagan (CO# 22604)
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
(303) 871-7000 (telephone)
(303) 866-0299 (facsimile)

# EXHIBIT A

Alicia M. Leonhard
Office of the US Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004

John William Butler, Jr.
Skadden Arps Slate
333 West Wacker Drive
Chicago, IL 60606

Kayalyn a. Marafioti
Thomas J. Matz
Skadden Arps Slate
Four Time Square
New York, NY 10036

Stephen H. Gross
Hodgson Russ LLP
152 West 57th Street
35th Floor
New York, NY 10019

Cheryl R. Storie
Hodgson Russ LLP
One M&T Plaza, Suite 2000
Buffalo, NY 14203