## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matters of: ) | Case No. 05-44481 (RDD) |
| ) | (Chapter 11 – Jointly Administered) |
| DELPHI CORPORATION, et al. ) | |
| ) | |
| Debtors-in-Possession. ) | Hon. Robert D. Drain |
| ) | |

### PROOF OF SERVICE

STATE OF MICHIGAN   )
                    ) ss.
COUNTY OF OAKLAND )

Cheryl L. Gray, being an employee of the firm of Strobl Cunningham & Sharp, P.C., deposes and states that on the 12th day of October, 2005, she served copies of Specmo Enterprises' Motion for Relief from Stay to Effect Setoff; Brief in Support of Specmo Enterprises' Motion for Relief from Stay to Effect Setoff and Motion for Admission Pro Hac Vice with proposed Order upon the following in the manner set forth below:

VIA EMAIL TO:  jbutler@skadden.com
John William Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom
333 West Wacker Drive
Chicago, IL 60606-1285

VIA FACSIMILE TO: (212) 668-2255
Alicia M. Leonhard, Esq.
Office of the U.S. Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004
(Pleadings Only)

_____
Cheryl L. Gray

Subscribed and sworn to before me
this 10th day of October, 2005.

_____
Danielle Chamberlin, Notary Public
Macomb County, Michigan
Acting in Oakland
My commission expires:  7/15/2007

DANIELLE CHAMBERLIN
NOTARY PUBLIC MACOMB CO., MI
MY COMMISSION EXPIRES Jul 15, 2007
ACTING IN OAKLAND COUNTY, MI



RECEIVED
OCT 13 2005
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matters of: ) | Case No. 05-44481 (RDD) |
| ) | (Chapter 11 – Jointly Administered) |
| DELPHI CORPORATION, et al. ) | |
| ) | |
| Debtors-in-Possession. ) | Hon. Robert D. Drain |
| ) | |

## PROOF OF SERVICE

STATE OF MICHIGAN  )
                   ) ss.
COUNTY OF OAKLAND  )

Cheryl L. Gray, being an employee of the firm of Strobl Cunningham & Sharp, P.C., deposes and states that on the 12th day of October, 2005, she served copies of Specmo Enterprises' Motion for Relief from Stay to Effect Setoff; Brief in Support of Specmo Enterprises' Motion for Relief from Stay to Effect Setoff and Motion for Admission Pro Hac Vice with proposed Order upon the following in the manner set forth below:

VIA EMAIL TO: jbutler@skadden.com
John William Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom
333 West Wacker Drive
Chicago, IL 60606-1285

VIA FACSIMILE TO: (212) 668-2255
Alicia M. Leonhard, Esq.
Office of the U.S. Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004
(Pleadings Only)

_____
Cheryl L. Gray

Subscribed and sworn to before me
this 10th day of October, 2005.

_____
Danielle Chamberlin, Notary Public
Macomb County, Michigan
Acting in Oakland
My commission expires: 7/15/2007

DANIELLE CHAMBERLIN
NOTARY PUBLIC MACOMB CO., MI
MY COMMISSION EXPIRES Jul 15, 2007
ACTING IN OAKLAND COUNTY, MI



RECEIVED
OCT 13 2005
U.S BANKRUPTCY COURT
SO. DIST. OF NEW YORK

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matters of: ) | Case No. 05-44481 (RDD) |
| ) | (Chapter 11 – Jointly Administered) |
| DELPHI CORPORATION, et al. ) | |
| ) | |
| Debtors-in-Possession. ) | Hon. Robert D. Drain |
| ) | |

### PROOF OF SERVICE

STATE OF MICHIGAN   )
                    ) ss.
COUNTY OF OAKLAND )

Cheryl L. Gray, being an employee of the firm of Strobl Cunningham & Sharp, P.C., deposes and states that on the 12th day of October, 2005, she served copies of Specmo Enterprises' Motion for Relief from Stay to Effect Setoff; Brief in Support of Specmo Enterprises' Motion for Relief from Stay to Effect Setoff and Motion for Admission Pro Hac Vice with proposed Order upon the following in the manner set forth below:

VIA EMAIL TO: jbutler@skadden.com
John William Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom
333 West Wacker Drive
Chicago, IL 60606-1285

VIA FACSIMILE TO: (212) 668-2255
Alicia M. Leonhard, Esq.
Office of the U.S. Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004
(Pleadings Only)

_____
Cheryl L. Gray

Subscribed and sworn to before me
this 10th day of October, 2005.

_____
Danielle Chamberlin, Notary Public
Macomb County, Michigan
Acting in Oakland
My commission expires: 7/15/2007

DANIELLE CHAMBERLIN
NOTARY PUBLIC MACOMB CO., MI
MY COMMISSION EXPIRES Jul 15, 2007
ACTING IN OAKLAND COUNTY, MI



RECEIVED
OCT 13 2005
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK