HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
(303) 871-7000
Elizabeth K. Flaagan (CO #22604)

Attorneys for CoorsTek, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | ) Chapter 11 |
| DELPHI CORPORATION, et al., | ) Case Nos. 05-44481 |
| Debtors. | ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on October /2/, 2005, a true and correct copy of the foregoing **ENTRY OF APPEARANCE, REQUEST FOR NOTICE AND RESERVATION OF RIGHTS** was placed in the United States Mail, postage pre-paid, addressed to the following:

Alicia M. Leonhard
Office of the US Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004

John William Butler, Jr.
Skadden Arps Slate
333 West Wacker Drive
Chicago, IL 60606

Kayalyn a. Marafioti
Thomas J. Matz
Skadden Arps Slate
Four Time Square
New York, NY 10036



RECEIVED
OCT 13 2005
U.S BANKRUPTCY COURT
SO. DIST OF NEW YORK

#1118174 v1

District Court in any matter subject to mandatory or discretionary withdrawal or abstention; or (iv) any other rights, claims, actions, defenses, reclamations, setoffs, or recoupments to which the Creditor is or may be entitled under any agreements, in law or in equity, all of which rights claims, actions, defenses, reclamations, setoffs, and recoupments these creditors expressly reserves. The Creditor does not, by this Entry of Appearance, Request for Notice and Reservation of Rights, submit to the jurisdiction of this Court, or any other Court, in this case.

Dated this _12th_ day of October, 2005.

By: _/s/ Elizabeth K. Flaagan_
Elizabeth K. Flaagan (#22604)
HOLME ROBERTS & OWEN LLP
1700 Lincoln, Suite 4100
Denver, Colorado 80203
(303) 861-7000
Fax: (303) 866-0200
E-Mail: elizabeth.flaagan@hro.com

Attorneys for CoorsTek, Inc.