**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In the Matters of: | ) | Case No. 05-44481 (RDD) |
| | ) | (Chapter 11 – Jointly Administered) |
| DELPHI CORPORATION, et al. | ) | |
| | ) | |
| Debtors-in-Possession. | ) | Hon. Robert D. Drain |
| | ) | |
| | ) | |

## RECLAMATION NOTICE OF LTC ROLL
## PURSUANT TO 11 U.S.C. §546

Please be advised that pursuant to 11 U.S.C. §546(c) and applicable state law, LTC Roll & Engineering Company ("LTC Roll"), hereby exercises its right to reclaim all inventory, product, equipment, parts, accessions and related materials (collectively, the "Goods") described in the invoices attached hereto and incorporated herein by this reference and delivered by LTC Roll to the Debtor, Delphi Corporation, during the period of time from September 28 through October 8, 2005. This notice shall perfect LTC Roll's interest in and to the Goods, as if such Goods had been seized by LTC Roll prior to the filing of the Debtor's Chapter 11 case.

To the extent the Debtor fails and/or refuses to return the Goods, LTC Rolla sserts an administrative priority claim relating to the Goods pursuant to 11 U.S.C. § 503. By filing this reclamation demand, LTC Roll expressly reserves any and all other rights and remedies that it may possess against the Debtor, relating to the goods covered by this demand or otherwise.

LTC Roll hereby makes demand to reclaim all of the Goods; alternatively, if Debtor fails and/or refuses to return the Goods, LTC Roll hereby seeks an administrative priority claim in the amount of $10,790.84 for such Goods pursuant to 11

RECEIVED
OCT 1 3 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

U.S.C. § 503; and requests such other and further relief, at law or in equity, to which it may be entitled.

Dated:   October 12, 2005

          Respectfully submitted,

          STROBL CUNNINGHAM & SHARP, P.C.

          _/s/ Gary H. Cunningham_
          Gary H. Cunningham (P35451)
          300 East Long Lake #200
          Bloomfield Hills, MI 48304
          Telephone: (248)540-2300
          Facsimile: (248)645-2690
          Attorneys for LTC Roll

J:\DOCS\57072\001\bankrupt\SB156677.DOC

2

L.T.C. ROLL & ENGINEERING CO.
Open Receivables Aging Detail by Customer
Aged from Invoice Date, for Customer DELTRY

| ate | Invoice # | Amount | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Open Balance | PO Number |
|---|---|---|---|---|---|---|---|---|---|
| ustomer: DELTRY DELPHI AUTOMOTIVE SYSTEMS | | | | Contact: | | | Salesperson: LTC | | |
| erms: Net 30 Days | | | | Phone: | | | | | |
| 3/25/05 | 61598 | 2104.10 | | 2104.10 | | | | 2104.10 | 05500610 |
| 3/30/05 | 61640 | 3907.61 | | 3907.61 | | | | 3907.61 | 05500610 |
| 9/01/05 | 61659 | 976.90 | | 976.90 | | | | 976.90 | 05500610 |
| 9/02/05 | 61670 | 976.90 | | 976.90 | | | | 976.90 | 06500610 |
| 9/06/05 | 61686 | 413.31 | | 413.31 | | | | 413.31 | 05500610 |
| 9/07/05 | 61696 | 1352.64 | | 1352.64 | | | | 1352.64 | 05500610 |
| 9/08/05 | 61709 | 1390.21 | | 1390.21 | | | | 1390.21 | 05500610 |
| 9/12/05 | 61735 | 1502.93 | 1502.93 | | | | | 1502.93 | 05500610 |
| 9/13/05 | 61740 | 1202.34 | 1202.34 | | | | | 1202.34 | 05500610 |
| 9/14/05 | 61748 | 1089.62 | 1089.62 | | | | | 1089.62 | 05500610 |
| 9/15/05 | 61758 | 1089.62 | 1089.62 | | | | | 1089.62 | 05500610 |
| 9/16/05 | 61762 | 1089.62 | 1089.62 | | | | | 1089.62 | 05500610 |
| 9/19/05 | 61781 | 1089.62 | 1089.62 | | | | | 1089.62 | 05500610 |
| 9/20/05 | 61805 | 1427.78 | 1427.78 | | | | | 1427.78 | 05500006 |
| 9/21/05 | 61814 | 1427.78 | 1427.78 | | | | | 1427.78 | 05500610 |
| 9/22/05 | 61826 | 1089.62 | 1089.62 | | | | | 1089.62 | 05500610 |
| 9/27/05 | 61878 | 1953.81 | 1953.81 | | | | | 1953.81 | 05500610 |
| 9/28/05 | 61891 | 976.90 | 976.90 | | | | | 976.90 | 05500610 |
| 9/29/05 | 61904 | 976.90 | 976.90 | | | | | 976.90 | 05500610 |
| 9/30/05 | 61919 | 166.92 | 166.92 | | | | | 166.92 | 45014214 |
| | Totals: | | 15083.46 | 11121.67 | | | | 26205.13 | |

## L.T.C. ROLL & ENGINEERING CO.
### Open Receivables Aging Detail by Customer
### Aged from Invoice Date, for Customer DELVAN

| ate | Invoice # | Amount | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Open Balance | PO Number |
|---|---|---|---|---|---|---|---|---|---|
| ustomer: | DELVAN DELPHI AUTOMOTIVE SYSTEMS | | Contact: | | | | Salesperson: LTC | | |
| arms: | | | | Phone: | | | | | |
| 2/09/04 | 59523 | 3381.59 | | | | | 3381.59 | 3381.59 | 05500260 |
| 3/06/05 | 61683 | 375.73 | | 375.73 | | | | 375.73 | 05500260 |
| 9/27/05 | 61877 | 1202.34 | 1202.34 | | | | | 1202.34 | 05500260 |
| 9/28/05 | 61890 | 901.76 | 901.76 | | | | | 901.76 | 05500260 |
| 0/03/05 | 61953 | 901.76 | 901.76 | | | | | 901.76 | 05500260 |
| 0/07/05 | 62015 | 901.76 | 901.76 | | | | | 901.76 | 05500260 |
| | Totals: | | 3907.62 | 375.73 | | | 3381.59 | 7664.94 | |

## L.T.C. ROLL & ENGINEERING CO.
### Open Receivables Aging Detail by Customer
### Aged from Invoice Date, for Customer DELCOL

| ate | Invoice # | Amount | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Open Balance | PO Number |
|---|---|---|---|---|---|---|---|---|---|
| ustomer: | DELCOL DELPHI AUTOMOTIVE SYTEMS | | Contact: | | | Salesperson: | LTC | | |
| erms: | Net 30 Days | | Phone: | | | | | | |
| 1/15/04 | 59346 | 1730.94 | | | | | 1730.94 | 1730.94 | 05500222 |
| 9/01/05 | 61657 | 685.84 | | 685.84 | | | | 685.84 | 05500222 |
| 9/02/05 | 61669 | 718.50 | | 718.50 | | | | 718.50 | 05500227 |
| 9/06/05 | 61685 | 685.84 | | 685.84 | | | | 685.84 | 05500222 |
| 9/07/05 | 61695 | 1045.09 | | 1045.09 | | | | 1045.09 | 05500222 |
| 9/08/05 | 61708 | 587.87 | | 587.87 | | | | 587.87 | 05500222 |
| 9/09/05 | 61716 | 620.52 | | 620.52 | | | | 620.52 | 05500222 |
| 9/12/05 | 61732 | 587.87 | 587.87 | | | | | 587.87 | 05500222 |
| 9/14/05 | 61757 | 424.57 | 424.57 | | | | | 424.57 | 05500222 |
| 9/16/05 | 61761 | 489.89 | 489.89 | | | | | 489.89 | 05500222 |
| 9/19/05 | 61780 | 457.23 | 457.23 | | | | | 457.23 | 05500222 |
| 9/20/05 | 61803 | 457.23 | 457.23 | | | | | 457.23 | 05500222 |
| 9/20/05 | 61809 | 1045.09 | 1045.09 | | | | | 1045.09 | 05500222 |
| 9/22/05 | 61825 | 1077.75 | 1077.75 | | | | | 1077.75 | 05500222 |
| 9/23/05 | 61840 | 1175.73 | 1175.73 | | | | | 1175.73 | 05500222 |
| 9/26/05 | 61867 | 587.87 | 587.87 | | | | | 587.87 | 05500222 |
| 9/27/05 | 61879 | 97.98 | 97.98 | | | | | 97.98 | 05500222 |
| 9/28/05 | 61893 | 751.16 | 751.16 | | | | | 751.16 | 05500222 |
| 9/29/05 | 61903 | 653.18 | 653.18 | | | | | 653.18 | 05500222 |
| 9/30/05 | 61917 | 489.89 | 489.89 | | | | | 489.89 | 05500222 |
| 0/03/05 | 61952 | 457.23 | 457.23 | | | | | 457.23 | 05500222 |
| 0/06/05 | 61995 | 97.98 | 97.98 | | | | | 97.98 | 05500222 |
| 0/07/05 | 62014 | 359.25 | 359.25 | | | | | 359.25 | 05500222 |
| 0/10/05 | 62024 | 359.25 | 359.25 | | | | | 359.25 | 05500222 |
| | Totals: | | 9569.15 | 4343.66 | | | 1730.94 | 15643.75 | |

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In the Matters of: ) | Case No. 05-44481 (RDD) |
| ) | (Chapter 11 – Jointly Administered) |
| DELPHI CORPORATION, et al. ) | |
| ) | |
| Debtors-in-Possession. ) | Hon. Robert D. Drain |
| ) | |

### PROOF OF SERVICE

STATE OF MICHIGAN   )
                   ) ss.
COUNTY OF OAKLAND  )

Cheryl L. Gray, being an employee of the firm of Strobl Cunningham & Sharp, P.C., deposes and states that on the 12th day of October, 2005, she served copies of the **Reclamation Notice of LTC Roll & Engineering Company Pursuant to 11 U.S.C. §546** and **Proof of Claim** upon the following in the manner set forth below:

VIA EMAIL TO: jbutler@skadden.com
John William Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom
333 West Wacker Drive
Chicago, IL 60606-1285

VIA FACSIMILE TO: (212) 668-2255
Alicia M. Leonhard, Esq.
Office of the U.S. Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004
(Pleadings Only)

_____
Cheryl L. Gray

Subscribed and sworn to before me
this 12th day of October, 2005.

_____
Danielle Chamberlin, Notary Public
Macomb County, Michigan
Acting in Oakland
My commission expires: 7/15/2007

DANIELLE CHAMBERLIN
NOTARY PUBLIC MACOMB CO., MI
MY COMMISSION EXPIRES Jul 15, 2007
ACTING IN OAKLAND COUNTY

RECEIVED
OCT 13 2005
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In the Matters of: | ) | Case No. 05-44481 (RDD) |
| | ) | (Chapter 11 – Jointly Administered) |
| DELPHI CORPORATION, <u>et al</u>. | ) | |
| | ) | |
| Debtors-in-Possession. | ) | Hon. Robert D. Drain |
| | ) | |

## PROOF OF SERVICE

STATE OF MICHIGAN    )
                                         ) ss.
COUNTY OF OAKLAND )

      Cheryl L. Gray, being an employee of the firm of Strobl Cunningham & Sharp, P.C., deposes and states that on the 12th day of October, 2005, she served copies of the **Reclamation Notice of LTC Roll & Engineering Company Pursuant to 11 U.S.C. §546** and **Proof of Claim** upon the following in the manner set forth below:

VIA EMAIL TO: jbutler@skadden.com
John William Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom
333 West Wacker Drive
Chicago, IL 60606-1285

VIA FACSIMILE TO: (212) 668-2255
Alicia M. Leonhard, Esq.
Office of the U.S. Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004
(Pleadings Only)

                                                      _____
                                                      Cheryl L. Gray

Subscribed and sworn to before me
this 12th day of October, 2005.

_____
Danielle Chamberlin, Notary Public
Macomb County, Michigan
Acting in Oakland
My commission expires: 7/15/2007

DANIELLE CHAMBERLIN
NOTARY PUBLIC MACOMB CO., MI
MY COMMISSION EXPIRES Jul 15, 2007
ACTING IN OAKLAND COUNTY



RECEIVED
OCT 13 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matters of: ) | Case No. 05-44481 (RDD) |
| ) | (Chapter 11 – Jointly Administered) |
| DELPHI CORPORATION, et al. ) | |
| ) | |
| Debtors-in-Possession. ) | Hon. Robert D. Drain |
| ) | |

## PROOF OF SERVICE

STATE OF MICHIGAN )
) ss.
COUNTY OF OAKLAND )

    Cheryl L. Gray, being an employee of the firm of Strobl Cunningham & Sharp, P.C., deposes and states that on the 12th day of October, 2005, she served copies of the **Reclamation Notice of LTC Roll & Engineering Company Pursuant to 11 U.S.C. §546 and Proof of Claim** upon the following in the manner set forth below:

VIA EMAIL TO: jbutler@skadden.com
John William Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom
333 West Wacker Drive
Chicago, IL 60606-1285

VIA FACSIMILE TO: (212) 668-2255
Alicia M. Leonhard, Esq.
Office of the U.S. Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004
(Pleadings Only)

                                            */s/ Cheryl L. Gray*
                                            Cheryl L. Gray

Subscribed and sworn to before me
this 12th day of October, 2005.

*/s/ Danielle Chamberlin*
Danielle Chamberlin, Notary Public
Macomb County, Michigan
Acting in Oakland
My commission expires: 7/15/2007

DANIELLE CHAMBERLIN
NOTARY PUBLIC MACOMB CO., MI
MY COMMISSION EXPIRES Jul 15, 2007
ACTING IN OAKLAND COUNTY

RECEIVED
OCT 13 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK