

## ICG Castings, Inc.

101 Poplar St.
P.O. Box 470
Dowagiac, MI 49047
Phone:  (269) 783-3100
Fax:      (269) 783-3104

NOTICE OF RECLAMATION

October 12, 2005

To:  Delphi Corporation

It has come to our attention that your firm filed protection under Chapter 11 Bankruptcy on October 8, 2005. Certain goods were shipped to you within ten days of this filing as represented by the attached invoices. We demand return and reclamation of all goods delivered to you within the ten days preceeding this filing.

Very truly,

*[signature]*

Michael Cannon
Chief Financial Officer
ICG Castings, Inc.
(269) 783-3250

RECEIVED
OCT 13 2005
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

cc:  U.S. Bankruptcy Court

Aluminum Die Castings             •             Precision Machining

**ICG CASTINGS, INC.**
101 Poplar Street
P.O. Box 470
Dowagiac, Mi., 49047
Phone (269) 783-3100
Fax     (269) 783-3102

PLEASE REMIT TO
ICG CASTINGS, INC.
5428 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**INVOICE**

| SID NUMBER | DATE |
|---|---|
| SID114848 | 09/28/05 |

*** PAGE   1 ***

SOLD TO:
DELPHI CHASSIS SYSTEMS TE
2582 E. RIVER ROAD

MORAINE, OH 45439
USA

SHIP TO:
DELPHI CHASSIS
PLANT H401
MAYWOOD AND UPLAND
DOCK 23

DAYTON OH 45417
CONVEYANCE ID 601294

| SUPPLIER NO. | A.E.T.C. NO. | F.O.B. | CUST. NO. - DEST. NO | FREIGHT PP & INV / COL / PPD | DATE SHIPPED | SHIPPER NO. |
|---|---|---|---|---|---|---|
| 6214310l4 | | DOWAGIAC | 15310 / 16163 | X (COL) | 09/28/05 | 114848 |

| REMARKS | SHIP VIA | TERMS | SLSM. |
|---|---|---|---|
| | ARNOLD TRANSPORTATION | NET 30 DAYS | |

| QUANTITY SHIPPED | CUSTOMER PART NO. — NET WEIGHT / WORK ORDER NO.   CUSTOMER ORDER NO. | CONTAINERS QTY. / TYPE | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|
| 1800 | 22179530            3,204 #     22179530   0550000254     ENG LVL: 05 | 9   CNT79 | 3.742200 | C | 6736.86 |
| 2400 | 22188060            4,080 #     22188060   0550000254     ENG LVL: 06 | 12  CNT79 | 2.322200 | C | 5573.28 |
| 896  | 22188097              896 #     22188097   0550000254     REL 292 | 14  CNT79 | 4.339900 | C | 3888.55 |
| 1200 | 22188103            2,268 #     22188103   0550000254     REL 138 | 10  CNT79 | 3.221700 | C | 3866.04 |
| 1260 | 22216686            1,260 #     22216686   0550000254     REL 102 | 10  CNT79 | 4.199200 | C | 5290.99 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6,7, and 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR, ISSUED UNDER SECTION 14 THEREOF.

**TOTAL** 25355.72

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION. REFER TO INVOICE NUMBER IN ANY CORRESPONDENCE. PRICES SUBJECT TO CHANGE WITHOUT NOTICE.

**ICG CASTINGS, INC.**
101 Poplar Street
P.O. Box 470
Dowagiac, Mi., 49047
Phone (269) 783-3100
Fax (269) 783-3102

PLEASE REMIT TO
ICG CASTINGS, INC.
5428 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**INVOICE**

| SID NUMBER | DATE |
|---|---|
| SID114874 | 09/29/05 |

PAGE 1

SOLD TO:
DELPHI CHASSIS SYSTEMS TE
2592 E. RIVER ROAD

MORAINE, OH 45439
USA

SHIP TO:
DELPHI CHASSIS
PLANT H401
MAYWOOD AND UPLAND
DOCK 23

DAYTON OH 45417
CONVEYANCE ID 601423

| SUPPLIER NO. | A.E.T.C. NO. | F.O.B. | CUST. NO. - DEST. NO | FREIGHT PP & INV | COL | PPD | DATE SHIPPED | SHIPPER NO. |
|---|---|---|---|---|---|---|---|---|
| 621431014 | | DOWAGIAC | 15310 16163 | | | X | 09/29/05 | 114876 |

| REMARKS | SHIP VIA | TERMS | SLSM. |
|---|---|---|---|
| | ARNOLD TRANSPORTATION | NET 30 DAYS | |

| QUANTITY SHIPPED | CUSTOMER PART NO. — NET WEIGHT / WORK ORDER NO. CUSTOMER ORDER NO. | CONTAINERS QTY. TYPE | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|
| 3600 | 22179530<br>6,408 #<br>22179530  0550000254<br>ENG LVL: 05 | 18  CNT79 | 3.742700 | C | 13473.72 |
| 2400 | 22188060<br>4,080 #<br>22188060  0550000254<br>ENG LVL: 06 | 12  CNT79 | 2.322300 | C | 5573.28 |
| 864 | 22188097<br>864 #<br>22188097  0550000254<br>REL 292 | 9  CNT79 | 4.339700 | C | 3749.67 |
| 1200 | 22188103<br>2,268 #<br>22188103  0550000254<br>REL 139 | 10  CNT79 | 3.221700 | C | 3866.04 |
| 1260 | 22216484<br>1,260 #<br>22216484  0550000254<br>REL 102 | 10  CNT79 | 4.199200 | C | 5290.99 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6,7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR, ISSUED UNDER SECTION 14 THEREOF.

**TOTAL** 31953.70

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION. REFER TO INVOICE NUMBER IN ANY CORRESPONDENCE. PRICES SUBJECT TO CHANGE WITHOUT NOTICE.

**ICG CASTINGS, INC.**
101 Poplar Street
P.O. Box 470
Dowagiac, Mi., 49047
Phone (269) 783-3100
Fax   (269) 783-3102

PLEASE REMIT TO
ICG CASTINGS, INC.
5428 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**INVOICE**

| SID NUMBER | DATE |
|---|---|
| SID114902 | 09/30/05 |

** PAGE  1 **

SOLD TO:
DELPHI CHASSIS SYSTEMS TE
2532 E. RIVER ROAD

MORAINE, OH 45439
USA

SHIP TO:
DELPHI CHASSIS
PLANT M401
MAYWOOD AND UPLAND
DOCK 23

DAYTON OH 45417
CONVEYANCE ID 601294

| SUPPLIER NO. | A.E.T.C. NO. | F.O.B. | CUST. NO. - DEST. NO | FREIGHT PP & INV / COL / PPD | DATE SHIPPED | SHIPPER NO. |
|---|---|---|---|---|---|---|
| 6214310\14 | | DOWAGIAC | 15310 / 16163 | X | 09/30/05 | 114902 |

| REMARKS | SHIP VIA | TERMS | SLSM. |
|---|---|---|---|
| | ARNOLD TRANSPORTATION | NET 30 DAYS | |

| QUANTITY SHIPPED | CUSTOMER PART NO. — NET WEIGHT / WORK ORDER NO.  CUSTOMER ORDER NO. | CONTAINERS QTY. / TYPE | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|
| 3000 | 22179530<br>5,340 #<br>22179530  0550000254<br>ENG LVL: 05 | 15  CNT79 | 3.742700 | C/E | 11228.10 |
| 2400 | 22188060<br>4,080 #<br>22188060  0550000254<br>ENG LVL: 06 | 12  CNT79 | 2.322200 | C/E | 5573.28 |
| 1440 | 22188097<br>1,440 #<br>22188097  0550000254<br>REL  292 | 15  CNT79 | 4.339900 | C/E | 6249.46 |
| 1200 | 22188103<br>2,268 #<br>22188103  0550000254<br>REL  132 | 10  CNT79 | 3.221700 | C/E | 3866.04 |
| 1890 | 22216686<br>1,890 #<br>22216686  0550000254<br>REL  102 | 15  CNT79 | 4.199200 | C/E | 7936.49 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6,7, and 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR, ISSUED UNDER SECTION 14 THEREOF.

**TOTAL** 34853.37

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION. REFER TO INVOICE NUMBER IN ANY CORRESPONDENCE. PRICES SUBJECT TO CHANGE WITHOUT NOTICE.

**ICG CASTINGS, INC.**
101 Poplar Street
P.O. Box 470
Dowagiac, Mi., 49047
Phone (269) 783-3100
Fax   (269) 783-3102

PLEASE REMIT TO
ICG CASTINGS, INC.
5428 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**INVOICE**

| SID NUMBER | DATE |
|---|---|
| SID114916 | 09/30/05 |

PAGE 1

SOLD TO:
DELPHI CHASSIS SYSTEMS TE
ATTN: PAT REET  03-8
P.O. BOX 1042
DAYTON, OH 45401
USA

SHIP TO:

CONVEYANCE ID

| SUPPLIER NO. | A.E.T.C. NO. | F.O.B. | CUST. NO. - DEST. NO | FREIGHT PP & INV / COL / PPD | DATE SHIPPED | SHIPPER NO. |
|---|---|---|---|---|---|---|
| | | DOWAGIAC | 15310 | X (COL) | 09/30/05 | 114916 |

| REMARKS | SHIP VIA | TERMS | SLSM. |
|---|---|---|---|
| | ICG ALUMINUM CASTINGS | NET 30 DAYS | |

| QUANTITY SHIPPED | CUSTOMER PART NO. — NET WEIGHT / WORK ORDER NO.  CUSTOMER ORDER NO. | CONTAINERS QTY.  TYPE | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|
| 1 | PR679376 018   PN 22179530  DCM94390 | | 1000.00000 | EA | 1000.00 |
| | OT COSTS 09/26/05 | | | | |
| | NON STANDARD MANUFACTURING COSTS WEEK OF SEPTEMBER 26, 2005 | | | | |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6,7, and 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR, ISSUED UNDER SECTION 14 THEREOF.

**TOTAL   1000.00**

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION. REFER TO INVOICE NUMBER IN ANY CORRESPONDENCE. PRICES SUBJECT TO CHANGE WITHOUT NOTICE.



**ICG CASTINGS, INC.**
101 Poplar Street
P.O. Box 470
Dowagiac, Mi., 49047
Phone (269) 783-3100
Fax    (269) 783-3102

PLEASE REMIT TO
ICG CASTINGS, INC.
5428 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**INVOICE**

| SID NUMBER | DATE |
|---|---|
| SID114940 | 10/03/05 |

** PAGE   1 **

SOLD TO:
DELPHI CHASSIS SYSTEMS TE
2592 E. RIVER ROAD

MORAINE, OH 45439
USA

SHIP TO:
DELPHI CHASSIS
PLANT H401
MAYWOOD AND UPLAND
DOCK 23

DAYTON OH 45417
CONVEYANCE ID 601423

| SUPPLIER NO. | A.E.T.C. NO. | F.O.B. | CUST. NO. - DEST. NO | FREIGHT PP & INV | COL | PPD | DATE SHIPPED | SHIPPER NO. |
|---|---|---|---|---|---|---|---|---|
| 621431014 | | DOWAGIAC | 15310 16163 | | | X | 10/03/05 | 114940 |

| REMARKS | SHIP VIA | TERMS | SLSM. |
|---|---|---|---|
| | ARNOLD TRANSPORTATION | NET 30 DAYS | |

| QUANTITY SHIPPED | CUSTOMER PART NO. — NET WEIGHT WORK ORDER NO.    CUSTOMER ORDER NO. | CONTAINERS QTY.    TYPE | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|
| 1800 | 22179530                                 3,204 # 22179530         0550000254 ENG LVL: 05 | 9    CNT79 | 3.824000 | C62 | 6883.20 |
| 928 | 22183097                                 928 # 22183097         0550000254 REL  292 | 11   CNT79 | 4.440500 | C62 | 4120.78 |
| 3126 | 22188103                                 5,697 # 22188103         0550000254 REL  138 | 26   CNT79 | 3.299100 | C62 | 10313.19 |
| 1134 | 22216684                                 1,134 # 22216684         0550000254 REL  102 | 9    CNT79 | 4.291700 | C62 | 4866.79 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6,7, and 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR, ISSUED UNDER SECTION 14 THEREOF.

**TOTAL** 26183.96

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION. REFER TO INVOICE NUMBER IN ANY CORRESPONDENCE. PRICES SUBJECT TO CHANGE WITHOUT NOTICE.



**ICG CASTINGS, INC.**
101 Poplar Street
P.O. Box 470
Dowagiac, Mi., 49047
Phone (269) 783-3100
Fax    (269) 783-3102

PLEASE REMIT TO
ICG CASTINGS, INC.
5428 PAYSPHERE CIRCLE
CHICAGO, IL 60674

# INVOICE

| SID NUMBER | DATE |
|---|---|
| SID114960 | 10/04/05 |

PAGE  1

SOLD TO:
DELPHI CHASSIS SYSTEMS TE
2582 E. RIVER ROAD

MORAINE, OH 45439
USA

SHIP TO:
DELPHI CHASSIS
PLANT H401
MAYWOOD AND UPLAND
DOCK 23

DAYTON OH 45417
CONVEYANCE ID 601294

| SUPPLIER NO. | A.E.T.C. NO. | F.O.B. | CUST. NO. - DEST. NO | FREIGHT PP & INV / COL / PPD | DATE SHIPPED | SHIPPER NO. |
|---|---|---|---|---|---|---|
| 621431014 | | DOWAGIAC | 15310 / 16163 | X (COL) | 10/04/05 | 114960 |

| REMARKS | SHIP VIA | TERMS | SLSM. |
|---|---|---|---|
| | ARNOLD TRANSPORTATION | NET 30 DAYS | |

| QUANTITY SHIPPED | CUSTOMER PART NO. — NET WEIGHT / WORK ORDER NO.  CUSTOMER ORDER NO. | CONTAINERS QTY.   TYPE | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|
| 2800 | 22179530 / 4,984# / 22179530  0550000254 / ENG LVL: 05 | 14  CNT79 | 3.824000 | C | 10707.20 |
| 1400 | 22188060 / 2,380# / 22188060  0550000254 / ENG LVL: 06 | 7  CNT79 | 2.372500 | C | 3321.50 |
| 864 | 22188097 / 864# / 22188097  0550000254 / REL 292 | 9  CNT79 | 4.440500 | C | 3836.59 |
| 3120 | 22188103 / 5,897# / 22188103  0550000254 / REL 138 | 26  CNT79 | 3.299100 | C | 10293.19 |
| 1134 | 22216686 / 1,134# / 22216686  0550000254 / REL 102 | 9  CNT79 | 4.291700 | C | 4866.79 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6,7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR, ISSUED UNDER SECTION 14 THEREOF.

**TOTAL** 33025.27

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION. REFER TO INVOICE NUMBER IN ANY CORRESPONDENCE. PRICES SUBJECT TO CHANGE WITHOUT NOTICE.

**ICG CASTINGS, INC.**
101 Poplar Street
P.O. Box 470
Dowagiac, Mi., 49047
Phone (269) 783-3100
Fax    (269) 783-3102

PLEASE REMIT TO
ICG CASTINGS, INC.
5428 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**INVOICE**

| SID NUMBER | DATE |
|---|---|
| SID115003 | 10/06/05 |

** PAGE   1 **

SOLD TO:
DELPHI CHASSIS SYSTEMS TE
2582 E. RIVER ROAD

MORAINE, OH 45439
USA

SHIP TO:
DELPHI CHASSIS
PLANT H401
MAYWOOD AND UPLAND
DOCK 23

DAYTON OH 45417
CONVEYANCE ID 601294

| SUPPLIER NO. | A.E.T.C. NO. | F.O.B. | CUST. NO. - DEST. NO | FREIGHT PP & INV / COL / PPD | DATE SHIPPED | SHIPPER NO. |
|---|---|---|---|---|---|---|
| 621431014 | | DOWAGIAC | 15310 / 16163 | X (COL) | 10/06/05 | 115003 |

| REMARKS | SHIP VIA | TERMS | SLSM. |
|---|---|---|---|
| | ARNOLD TRANSPORTATION | NET 30 DAYS | |

| QUANTITY SHIPPED | CUSTOMER PART NO. — NET WEIGHT / WORK ORDER NO.   CUSTOMER ORDER NO. | CONTAINERS QTY.   TYPE | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|
| 3000 | 22179530                5,340 #<br>22179530    0550000254<br>ENG LVL:  05 | 15   CNT79 | 3.824000 | C | 11472.00 |
| 1400 | 22188060                2,380 #<br>22188060    0550000254<br>ENG LVL:  06 | 7   CNT79 | 2.372500 | C | 3321.50 |
| 864 | 22188097                 864 #<br>22188097    0550000254<br>REL  292 | 9   CNT79 | 4.440500 | C | 3836.59 |
| 3120 | 22188103                5,897 #<br>22188103    0550000254<br>REL  136 | 26   CNT79 | 3.299100 | C | 10293.19 |
| 1134 | 22216686                1,134 #<br>22216686    0550000254<br>REL  102 | 9   CNT79 | 4.291200 | C | 4866.79 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6,7, and 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR, ISSUED UNDER SECTION 14 THEREOF.

**TOTAL** 33790.07

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION. REFER TO INVOICE NUMBER IN ANY CORRESPONDENCE. PRICES SUBJECT TO CHANGE WITHOUT NOTICE.

# ICG CASTINGS, INC.

101 Poplar Street
P.O. Box 470
Dowagiac, Mi., 49047
Phone (269) 783-3100
Fax (269) 783-3102

PLEASE REMIT TO
ICG CASTINGS, INC.
5428 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**INVOICE**

| SID NUMBER | DATE |
|---|---|
| SID115033 | 10/07/05 |

PAGE 1

SOLD TO:
DELPHI CHASSIS SYSTEMS TE
2592 E. RIVER ROAD

MORAINE, OH 45439
USA

SHIP TO:
DELPHI CHASSIS
PLANT H401
MAYWOOD AND UPLAND
DOCK 23

DAYTON OH 45417
CONVEYANCE ID 601423

| SUPPLIER NO. | A.E.T.C. NO. | F.O.B. | CUST. NO. - DEST. NO | FREIGHT PP & INV / COL / PPD | DATE SHIPPED | SHIPPER NO. |
|---|---|---|---|---|---|---|
| 621431014 | | DOWAGIAC | 15310 / 16163 | X (COL) | 10/07/05 | 115033 |

| REMARKS | SHIP VIA | TERMS | SLSM. |
|---|---|---|---|
| | ARNOLD TRANSPORTATION | NET 30 DAYS | |

| QUANTITY SHIPPED | CUSTOMER PART NO. — NET WEIGHT / WORK ORDER NO.   CUSTOMER ORDER NO. | CONTAINERS QTY.   TYPE | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|
| 3000 | 22179530            5,340 # / 22179530   0550000254 / ENG LVL: 05 | 15   CNT79 | 3.824000 | C / E | 11472.00 |
| 1400 | 22186060            2,380 # / 22186060   0550000254 / ENG LVL: 06 | 7    CNT79 | 2.372500 | C / E | 3321.50 |
| 864  | 22188097            864 # / 22188097   0550000254 / REL 292 | 9    CNT79 | 4.440500 | C / E | 3836.59 |
| 2400 | 22188103            4,536 # / 22188103   0550000254 / REL 138 | 20   CNT79 | 3.299100 | C / E | 7917.84 |
| 1134 | 22216686            1,134 # / 22216686   0550000254 / REL 102 | 9    CNT79 | 4.291700 | C / E | 4866.79 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6,7, and 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR, ISSUED UNDER SECTION 14 THEREOF.

**TOTAL** 31414.72

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION. REFER TO INVOICE NUMBER IN ANY CORRESPONDENCE. PRICES SUBJECT TO CHANGE WITHOUT NOTICE.