

**ICG Castings, Inc.**

101 Poplar St.
P.O. Box 470
Dowagiac, MI 49047
Phone:  (269) 783-3100
Fax:      (269) 783-3104

AMMENDED NOTICE OF RECLAMATION
REPLACES NOTICE OF RECLAMATION DATED OCTOBER 12, 2005

October 13, 2005

To: Delphi Corporation

It has come to our attention that your firm filed protection under Chapter 11 Bankruptcy on October 8, 2005. Certain goods were shipped to you within ten days of this filing as represented by the attached invoices. We demand return and reclamation of all goods delivered to you within the ten days preceeding this filing.

Very truly,

Michael Cannon
Chief Financial Officer
ICG Castings, Inc.
(269) 783-3250

RECEIVED
OCT 14 2005
U.S BANKRUPTCY
SO DIST OF NY

cc: U.S. Bankruptcy Court Southern District of New York

Aluminum Die Castings    •    Precision Machining

**ICG CASTINGS, INC.**
101 Poplar Street
P.O. Box 470
Dowagiac, MI., 49047
Phone (269) 783-3100
Fax    (269) 783-3102

PLEASE REMIT TO
ICG CASTINGS, INC.
5428 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**INVOICE**

| SID NUMBER | DATE |
|---|---|
| SID114848 | 09/28/05 |

** PAGE  1 **

SOLD TO:
DELPHI CHASSIS SYSTEMS TE
2552 E. RIVER ROAD

MORAINE, OH 45439
USA

SHIP TO:
DELPHI CHASSIS
PLANT M401
MAYWOOD AND UPLAND
DOCK 23

DAYTON OH 45417
CONVEYANCE ID 601294

| SUPPLIER NO. | A.E.T.C. NO. | F.O.B. | CUST. NO. - DEST. NO | FREIGHT PP & INV | COL | PPD | DATE SHIPPED | SHIPPER NO. |
|---|---|---|---|---|---|---|---|---|
| 621431014 | | DOWAGIAC | 15310 16163 | | | X | 09/28/05 | 114848 |

| REMARKS | SHIP VIA | TERMS | SLSM. |
|---|---|---|---|
| | ARNOLD TRANSPORTATION | NET 30 DAYS | |

| QUANTITY SHIPPED | CUSTOMER PART NO. — NET WEIGHT WORK ORDER NO.   CUSTOMER ORDER NO. | CONTAINERS QTY.  TYPE | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|
| 1800 | 22179530         3,204 # 22179530        0550000254 ENG LVL: 05 | 9   CNT79 | 3.742700 | C | 6736.86 |
| 2400 | 22188060         4,080 # 22188060        0550000254 ENG LVL: 06 | 12  CNT79 | 2.322200 | C | 5573.28 |
| 896 | 22188097          896 # 22188097        0550000254 REL 292 | 14  CNT79 | 4.339900 | C | 3888.55 |
| 1200 | 22188103         2,268 # 22188103        0550000254 REL 138 | 10  CNT79 | 3.221700 | C | 3866.04 |
| 1260 | 22216686         1,260 # 22216686        0550000254 REL 102 | 10  CNT79 | 4.199200 | C | 5290.99 |

| | TOTAL | 25355.72 |
|---|---|---|

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6,7, and 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR, ISSUED UNDER SECTION 14 THEREOF.

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION. REFER TO INVOICE NUMBER IN ANY CORRESPONDENCE. PRICES SUBJECT TO CHANGE WITHOUT NOTICE.



**ICG CASTINGS, INC.**
101 Poplar Street
P.O. Box 470
Dowagiac, Mi., 49047
Phone (269) 783-3100
Fax    (269) 783-3102

PLEASE REMIT TO
ICG CASTINGS, INC.
5428 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**INVOICE**

| SID NUMBER | DATE |
|---|---|
| SID114874 | 09/29/05 |

PAGE  1

SOLD TO:
DELPHI CHASSIS SYSTEMS TE
2592 E. RIVER ROAD

MORAINE, OH 45439
USA

SHIP TO:
DELPHI CHASSIS
PLANT H401
MAYWOOD AND UPLAND
DOCK 23

DAYTON OH 45417
CONVEYANCE ID 601423

| SUPPLIER NO. | A.E.T.C. NO. | F.O.B. | CUST. NO. - DEST. NO | FREIGHT PP & INV | COL | PPD | DATE SHIPPED | SHIPPER NO. |
|---|---|---|---|---|---|---|---|---|
| 62143104 | | DOWAGIAC | 15310 16163 | | | X | 09/29/05 | 114874 |

| REMARKS | SHIP VIA | TERMS | SLSM. |
|---|---|---|---|
| | ARNOLD TRANSPORTATION | NET 30 DAYS | |

| QUANTITY SHIPPED | CUSTOMER PART NO. — NET WEIGHT / WORK ORDER NO. CUSTOMER ORDER NO. | CONTAINERS QTY. TYPE | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|
| 3600 | 22179530<br>6,408 #<br>22179530    0550000254<br>ENG LVL: 05 | 18  CNT79 | 3.742700 | C | 13473.72 |
| 2400 | 22188060<br>4,080 #<br>22188060    0550000254<br>ENG LVL: 06 | 12  CNT79 | 2.322200 | C | 5573.28 |
| 864 | 22188097<br>864 #<br>22188097    0550000254<br>REL  292 | 9  CNT79 | 4.339900 | C | 3749.47 |
| 1200 | 22188103<br>2,268 #<br>22188103    0550000254<br>REL  139 | 10  CNT79 | 3.221700 | C | 3866.04 |
| 1260 | 22216686<br>1,260 #<br>22216686    0550000254<br>REL  102 | 10  CNT79 | 4.199200 | C | 5290.99 |

| | TOTAL | 31953.70 |
|---|---|---|

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6,7, and 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR, ISSUED UNDER SECTION 14 THEREOF.

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION. REFER TO INVOICE NUMBER IN ANY CORRESPONDENCE. PRICES SUBJECT TO CHANGE WITHOUT NOTICE.



**ICG CASTINGS, INC.**
101 Poplar Street
P.O. Box 470
Dowagiac, Mi., 49047
Phone (269) 783-3100
Fax   (269) 783-3102

PLEASE REMIT TO
ICG CASTINGS, INC.
5428 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**INVOICE**

| SID NUMBER | DATE |
|---|---|
| SID114902 | 09/30/05 |

** PAGE 1 **

SOLD TO:
DELPHI CHASSIS SYSTEMS TE
2532 E. RIVER ROAD

MORAINE, OH 45439
USA

SHIP TO:
DELPHI CHASSIS
PLANT H401
MAYWOOD AND UPLAND
DOCK 23

DAYTON OH 45417
CONVEYANCE ID 601294

| SUPPLIER NO. | A.E.T.C. NO. | F.O.B. | CUST. NO. - DEST. NO | FREIGHT PP & INV | COL | PPD | DATE SHIPPED | SHIPPER NO. |
|---|---|---|---|---|---|---|---|---|
| 6214310014 | | DOWAGIAC | 15310 16163 | | | X | 09/30/05 | 114902 |

| REMARKS | SHIP VIA | TERMS | SLSM. |
|---|---|---|---|
| | ARNOLD TRANSPORTATION | NET 30 DAYS | |

| QUANTITY SHIPPED | CUSTOMER PART NO. — NET WEIGHT / WORK ORDER NO.  CUSTOMER ORDER NO. | CONTAINERS QTY.  TYPE | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|
| 3000 | 22179530<br>5,340 #<br>22179530   0550000254<br>ENG LVL: 05 | 15  CNT79 | 3.742700 | C42 | 11228.10 |
| 2400 | 22188060<br>4,080 #<br>22188060   0550000254<br>ENG LVL: 06 | 12  CNT79 | 2.322200 | C42 | 5573.28 |
| 1440 | 22188097<br>1,440 #<br>22188097   0550000254<br>REL  292 | 15  CNT79 | 4.339900 | C42 | 6249.46 |
| 1200 | 22188103<br>2,268 #<br>22188103   0550000254<br>REL  132 | 10  CNT79 | 3.221700 | C42 | 3866.04 |
| 1890 | 22216686<br>1,890 #<br>22216686   0550000254<br>REL  102 | 15  CNT79 | 4.199200 | C42 | 7936.49 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6,7, and 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR, ISSUED UNDER SECTION 14 THEREOF.

**TOTAL** 34853.37

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION. REFER TO INVOICE NUMBER IN ANY CORRESPONDENCE. PRICES SUBJECT TO CHANGE WITHOUT NOTICE.

**ICG CASTINGS, INC.**
101 Poplar Street
P.O. Box 470
Dowagiac, Mi., 49047
Phone (269) 783-3100
Fax     (269) 783-3102

PLEASE REMIT TO
ICG CASTINGS, INC.
5428 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**INVOICE**

| SID NUMBER | DATE |
|---|---|
| SID114916 | 09/30/05 |

PAGE 1

SOLD TO:
DELPHI CHASSIS SYSTEMS TE
ATTN: PAT REET  03-8
P.O. BOX 1042
DAYTON, OH 45401
USA

SHIP TO:

CONVEYANCE ID

| SUPPLIER NO. | A.E.T.C. NO. | F.O.B. | CUST. NO. - DEST. NO | FREIGHT PP & INV / COL / PPD | DATE SHIPPED | SHIPPER NO. |
|---|---|---|---|---|---|---|
| | | DOWAGIAC | 15310 | X (COL) | 09/30/05 | 114916 |

| REMARKS | SHIP VIA | TERMS | SLSM. |
|---|---|---|---|
| | ICG ALUMINUM CASTINGS | NET 30 DAYS | |

| QUANTITY SHIPPED | CUSTOMER PART NO. — NET WEIGHT / WORK ORDER NO.  CUSTOMER ORDER NO. | CONTAINERS QTY.  TYPE | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|
| 1 | PR679376 018  PN 22179530<br>DCM94390<br><br>OT COSTS 09/26/05<br><br>NON STANDARD MANUFACTURING COSTS<br>WEEK OF SEPTEMBER 26, 2005 | | 1000.000000 | EA | 1000.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6,7, and 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR, ISSUED UNDER SECTION 14 THEREOF.

**TOTAL** 1000.00

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION. REFER TO INVOICE NUMBER IN ANY CORRESPONDENCE. PRICES SUBJECT TO CHANGE WITHOUT NOTICE.

**ICG CASTINGS, INC.**
101 Poplar Street
P.O. Box 470
Dowagiac, Mi., 49047
Phone (269) 783-3100
Fax    (269) 783-3102

PLEASE REMIT TO
ICG CASTINGS, INC.
5428 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**INVOICE**

| SID NUMBER | DATE |
|---|---|
| SID114928 | 09/30/05 |

PAGE 1

SOLD TO:
NAO DISBURSEMENT
OPERATIONS - PONTIAC
P.O. BOX 1550
FLINT, MI 48501-1550

SHIP TO:
VASSAR COATINGS
211 S. SHERMAN ST
VASSAR MI 48768 USA
CONVEYANCE ID

| SUPPLIER NO. | A.E.T.C. NO. | F.O.B. | CUST. NO. - DEST. NO | FREIGHT PP & INV | COL | PPD | DATE SHIPPED | SHIPPER NO. |
|---|---|---|---|---|---|---|---|---|
| 140207525 | | DOWAGIAC | 11350 / 11354 | | | X | 09/30/05 | 114928 |

| REMARKS | SHIP VIA | TERMS | SLSM. |
|---|---|---|---|
| | ALVAN | NET 30 DAYS | |

| QUANTITY SHIPPED | CUSTOMER PART NO. — NET WEIGHT / WORK ORDER NO.   CUSTOMER ORDER NO. | CONTAINERS QTY.  TYPE | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|
| 504 | 07836034                            335 #<br>07836034    SAG9011231<br>REL 19001    PO LIN# 00000<br>ENG LVL: 06 | 1   CNT58 | 18.646600 | EA | 9397.89 |
| 504 | 26009790                            335 #<br>26009790    SAG9011231<br>ENG LVL: 06 | 1   CNT58 | 23.006600 | EA | 11595.33 |

| | TOTAL | 20993.22 |
|---|---|---|

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6,7, and 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR, ISSUED UNDER SECTION 14 THEREOF.
NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION. REFER TO INVOICE NUMBER IN ANY CORRESPONDENCE. PRICES SUBJECT TO CHANGE WITHOUT NOTICE.

# ICC CASTINGS, INC.
415 N. Paul
Dowagiac, MI 49047
Phone (269) 783-3100
FAX    (269) 783-3105

**SHIPPER / BILL OF LADING**

| SID NUMBER | DATE |
|---|---|
| SID 114928 | 10/03/05 |

** PAGE 1 **

PLANT CODE: 90

**SOLD TO:**
AUTOMOTIVE COMPONENTS GRP
DISBURSEMENT ANALYSIS DEP
P.O. BOX 436040
PONTIAC, MI 483436040
US

**SHIP TO:**
VASSAR COATINGS
211 S. SHERMAN ST
VASSAR MI 48768 USA

CONV ID:        DOCK: 06

| SUPPLIER NO. | A.E.T.C. NO. | F.O.B. | CUST. NO. - DEST. NO. | FREIGHT PP & INV / COL / PPD | SHIPPER NO. |
|---|---|---|---|---|---|
| 1402075585 | | DOWAGIAC | 11350 / 11354 | X | 114928 |

| REMARKS | SHIP VIA | ROUTING |
|---|---|---|
| | ALVAN | |

| QUANTITY SHIPPED | CUSTOMER PART NO. / WORK ORDER NO. / CUSTOMER ORDER NO. | NET WEIGHT | CONTAINERS QTY. TYPE | CUMULATIVE |
|---|---|---|---|---|
| 504 | 07836034 / 07836034  SAG90I1231  BOWL  REL#: 19003  PO LINE#: 000000  ENG REV LEVEL: 06  LOT#/QTY:   / 504 | 335 EA | 1 CNT58 | 3722 |
| 504 | 26003790 / 26003790  SAG90I1231  BOWL  ENG REV LEVEL: 06  LOT#/QTY:   / 504 | 335 EA | 1 CNT58 | 2048 |

THIRD PARTY BILLING:
DELPHI AUTOMOTIVE
SAGINAW DIV. PLANT 6
TOWERLINE RD OFF HOLL
SAGINAW, MI 48605

SB868471 0

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS  PL - PALLETS • CT - CARTONS LOOSE • CR - CRATES • O - OTHER

SHIPPER LOAD AND/OR CONSIGNEE UNLOAD

COLLECT

| | CNT58 | NTWHT | TARE | GROSS |
|---|---|---|---|---|
| ALUM ALUM CASTINGS, NOI; ALUMINUM | 2 | 670 | 600 | 1270 |
| TOTALS | 2 | 670 | 600 | 1270 |

SIGNED FOR CARTONS _____

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR, ISSUED UNDER SECTION 14 THEREOF.

**ICG CASTINGS, INC.**
101 Poplar Street
P.O. Box 470
Dowagiac, Mi., 49047
Phone (269) 783-3100
Fax    (269) 783-3102

PLEASE REMIT TO
ICG CASTINGS, INC.
5428 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**INVOICE**

| SID NUMBER | DATE |
|---|---|
| SID114940 | 10/03/05 |

** PAGE 1 **

SOLD TO:
DELPHI CHASSIS SYSTEMS TE
2582 E. RIVER ROAD

MORAINE, OH 45439
USA

SHIP TO:
DELPHI CHASSIS
PLANT H401
MAYWOOD AND UPLAND
DOCK 23

DAYTON OH 45417
CONVEYANCE ID 601423

| SUPPLIER NO. | A.E.T.C. NO. | F.O.B. | CUST. NO. - DEST. NO | FREIGHT PP & INV / COL / PPD | DATE SHIPPED | SHIPPER NO. |
|---|---|---|---|---|---|---|
| 621431014 | | DOWAGIAC | 15310 / 16163 | X (COL) | 10/03/05 | 114940 |

| REMARKS | SHIP VIA | TERMS | SLSM. |
|---|---|---|---|
| | ARNOLD TRANSPORTATION | NET 30 DAYS | |

| QUANTITY SHIPPED | CUSTOMER PART NO. — NET WEIGHT / WORK ORDER NO.  CUSTOMER ORDER NO. | CONTAINERS QTY.  TYPE | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|
| 1800 | 22179530                         3,204 # <br> 22179530    0550000254 <br> ENG LVL: 05 | 9    CNT79 | 3.824000 | C | 6883.20 |
| 928 | 22188097                          928 # <br> 22188097    0550000254 <br> REL  292 | 11   CNT79 | 4.440500 | C | 4120.78 |
| 3120 | 22188103                         5,897 # <br> 22188103    0550000254 <br> REL  138 | 26   CNT79 | 3.299100 | C | 10293.19 |
| 1134 | 22216686                         1,134 # <br> 22216686    0550000254 <br> REL  102 | 9    CNT79 | 4.291700 | C | 4866.79 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6,7, and 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR, ISSUED UNDER SECTION 14 THEREOF.

**TOTAL** 26163.96

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION. REFER TO INVOICE NUMBER IN ANY CORRESPONDENCE. PRICES SUBJECT TO CHANGE WITHOUT NOTICE.

**ICG CASTINGS, INC.**
101 Poplar Street
P.O. Box 470
Dowagiac, Mi., 49047
Phone (269) 783-3100
Fax    (269) 783-3102

PLEASE REMIT TO
ICG CASTINGS, INC.
5428 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**INVOICE**

| SID NUMBER | DATE |
|---|---|
| SID114960 | 10/04/05 |

PAGE   1

SOLD TO:
DELPHI CHASSIS SYSTEMS TE
2582 E. RIVER ROAD

MORAINE, OH 45439
USA

SHIP TO:
DELPHI CHASSIS
PLANT H401
MAYWOOD AND UPLAND
DOCK 23

DAYTON OH 45417
CONVEYANCE ID 601294

| SUPPLIER NO. | A.E.T.C. NO. | F.O.B. | CUST. NO. - DEST. NO | FREIGHT PP & INV / COL / PPD | DATE SHIPPED | SHIPPER NO. |
|---|---|---|---|---|---|---|
| 621431014 | | DOWAGIAC | 15310 / 16163 | X | 10/04/05 | 114960 |

| REMARKS | SHIP VIA | TERMS | SLSM. |
|---|---|---|---|
| | ARNOLD TRANSPORTATION | NET 30 DAYS | |

| QUANTITY SHIPPED | CUSTOMER PART NO. — NET WEIGHT / WORK ORDER NO.  CUSTOMER ORDER NO. | CONTAINERS QTY.  TYPE | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|
| 2800 | 22179530                     4,984 # <br> 22179530    0550000254 <br> ENG LVL:  05 | 14   CNT79 | 3.824000 | C | 10707.20 |
| 1400 | 22188060                     2,380 # <br> 22188060    0550000254 <br> ENG LVL:  06 | 7    CNT79 | 2.372500 | C | 3321.50 |
| 864 | 22188097                      864 # <br> 22188097    0550000254 <br> REL  292 | 9    CNT79 | 4.440800 | C | 3836.79 |
| 3120 | 22188103                     5,897 # <br> 22188103    0550000254 <br> REL  138 | 26   CNT79 | 3.299100 | C | 10293.19 |
| 1134 | 22216686                     1,134 # <br> 22216686    0550000254 <br> REL  102 | 9    CNT79 | 4.291700 | C | 4866.79 |

| | TOTAL | 33025.27 |
|---|---|---|

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6,7, and 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR, ISSUED UNDER SECTION 14 THEREOF.

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION. REFER TO INVOICE NUMBER IN ANY CORRESPONDENCE. PRICES SUBJECT TO CHANGE WITHOUT NOTICE.

**ICG CASTINGS, INC.**
101 Poplar Street
P.O. Box 470
Dowagiac, MI., 49047
Phone (269) 783-3100
Fax    (269) 783-3102

PLEASE REMIT TO
ICG CASTINGS, INC.
5428 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**INVOICE**

| SID NUMBER | DATE |
|---|---|
| SID114981 | 10/05/05 |

** PAGE   1 **

SOLD TO:
DELPHI CHASSIS SYSTEMS TE
2592 E. RIVER ROAD
MORAINE, OH 45439
USA

SHIP TO:
DELPHI CHASSIS
PLANT H401
MAYWOOD AND UPLAND
DOCK 23
DAYTON OH 45417
CONVEYANCE ID 601423

| SUPPLIER NO. | A.E.T.C. NO. | F.O.B. | CUST. NO. - DEST. NO | FREIGHT PP & INV / COL / PPD | DATE SHIPPED | SHIPPER NO. |
|---|---|---|---|---|---|---|
| 621431014 | | DOWAGIAC | 15310 / 16163 | X (COL) | 10/05/05 | 114981 |

| REMARKS | SHIP VIA | TERMS | SLSM. |
|---|---|---|---|
| | ARNOLD TRANSPORTATION | NET 30 DAYS | |

| QUANTITY SHIPPED | CUSTOMER PART NO. — NET WEIGHT / WORK ORDER NO. / CUSTOMER ORDER NO. | CONTAINERS QTY. / TYPE | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|
| 3000 | 22179530 / 5,340 # / 22179530 / 0550000254 / ENG LVL: 05 | 15 / CNT79 | 3.824000 | C | 11472.00 |
| 1400 | 22188060 / 2,380 # / 22188060 / 0550000254 / ENG LVL: 06 | 7 / CNT79 | 2.372500 | C | 3321.50 |
| 864 | 22188097 / 864 # / 22188097 / 0550000254 / REL 292 | 9 / CNT79 | 4.440500 | C | 3836.59 |
| 3120 | 22188103 / 5,897 # / 22188103 / 0550000254 / REL 138 | 26 / CNT79 | 3.299100 | C | 10293.19 |
| 1134 | 22216686 / 1,134 # / 22216686 / 0550000254 / REL 102 | 9 / CNT79 | 4.291700 | C | 4866.79 |

| | TOTAL | 33790.07 |
|---|---|---|

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6,7, and 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR, ISSUED UNDER SECTION 14 THEREOF.

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION. REFER TO INVOICE NUMBER IN ANY CORRESPONDENCE. PRICES SUBJECT TO CHANGE WITHOUT NOTICE.

**ICG CASTINGS, INC.**
101 Poplar Street
P.O. Box 470
Dowagiac, MI., 49047
Phone (269) 783-3100
Fax    (269) 783-3102

PLEASE REMIT TO
ICG CASTINGS, INC.
5428 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**INVOICE**

| SID NUMBER | DATE |
|---|---|
| SID115003 | 10/06/05 |

*** PAGE  1 ***

SOLD TO:
DELPHI CHASSIS SYSTEMS TE
2352 E. RIVER ROAD

MORAINE, OH 45439
USA

SHIP TO:
DELPHI CHASSIS
PLANT H401
MAYWOOD AND UPLAND
DOCK 23

DAYTON OH 45417
CONVEYANCE ID 601294

| SUPPLIER NO. | A.E.T.C. NO. | F.O.B. | CUST. NO. - DEST. NO | FREIGHT PP & INV / COL / PPD | DATE SHIPPED | SHIPPER NO. |
|---|---|---|---|---|---|---|
| 621491014 | | DOWAGIAC | 15310 / 16163 | X | 10/06/05 | 115003 |

| REMARKS | SHIP VIA | TERMS | SLSM. |
|---|---|---|---|
| | ARNOLD TRANSPORTATION | NET 30 DAYS | |

| QUANTITY SHIPPED | CUSTOMER PART NO. — NET WEIGHT / WORK ORDER NO.  CUSTOMER ORDER NO. | CONTAINERS QTY.  TYPE | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|
| 3000 | 22179530                    5,340 # <br> 22179530  0550000254 <br> ENG LVL: 05 | 15  CNT79 | 3.824000 | C42 | 11472.00 |
| 1400 | 22188060                    2,380 # <br> 22188060  0550000254 <br> ENG LVL: 06 | 7  CNT79 | 2.372500 | C42 | 3321.50 |
| 864 | 22188097                     864 # <br> 22188097  0550000254 <br> REL 292 | 9  CNT79 | 4.440500 | C42 | 3836.59 |
| 3120 | 22188103                    5,897 # <br> 22188103  0550000254 <br> REL 138 | 26  CNT79 | 3.299100 | C42 | 10293.19 |
| 1134 | 22216686                    1,134 # <br> 22216686  0550000254 <br> REL 102 | 9  CNT79 | 4.291700 | C42 | 4866.79 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6,7, and 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR, ISSUED UNDER SECTION 14 THEREOF.

**TOTAL**  33790.07

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION. REFER TO INVOICE NUMBER IN ANY CORRESPONDENCE. PRICES SUBJECT TO CHANGE WITHOUT NOTICE.

# ICG CASTINGS, INC.

101 Poplar Street
P.O. Box 470
Dowagiac, Mi., 49047
Phone (269) 783-3100
Fax    (269) 783-3102

PLEASE REMIT TO
ICG CASTINGS, INC.
5428 PAYSPHERE CIRCLE
CHICAGO, IL 60674

## INVOICE

| SID NUMBER | DATE |
|---|---|
| SID115033 | 10/07/05 |

PAGE 1

**SOLD TO:**
DELPHI CHASSIS SYSTEMS TE
2352 E. RIVER ROAD
MORAINE, OH 45439
USA

**SHIP TO:**
DELPHI CHASSIS
PLANT H401
MAYWOOD AND UPLAND
DOCK 23
DAYTON OH 45417
CONVEYANCE ID 601423

| SUPPLIER NO. | A.E.T.C. NO. | F.O.B. | CUST. NO. - DEST. NO | FREIGHT PP & INV / COL / PPD | DATE SHIPPED | SHIPPER NO. |
|---|---|---|---|---|---|---|
| 621431014 | | DOWAGIAC | 15310 / 16163 | X | 10/07/05 | 115033 |

| REMARKS | SHIP VIA | TERMS | SLSM. |
|---|---|---|---|
| | ARNOLD TRANSPORTATION | NET 30 DAYS | |

| QUANTITY SHIPPED | CUSTOMER PART NO. — NET WEIGHT / WORK ORDER NO. CUSTOMER ORDER NO. | CONTAINERS QTY. / TYPE | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|
| 3000 | 22179530  5,340 # 22179530  0550000254  ENG LVL: 05 | 15  CNT79 | 3.824000 | C | 11472.00 |
| 1400 | 22188060  2,380 # 22188060  0550000254  ENG LVL: 06 | 7  CNT79 | 2.372500 | C | 3321.50 |
| 864 | 22188097  864 # 22188097  0550000254  REL 292 | 9  CNT79 | 4.440500 | C | 3836.59 |
| 2400 | 22188103  4,536 # 22188103  0550000254  REL 138 | 20  CNT79 | 3.299100 | C | 7917.84 |
| 1134 | 22216686  1,134 # 22216686  0550000254  REL 102 | 9  CNT79 | 4.291700 | C | 4866.79 |

TOTAL: 31414.72

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6,7, and 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR, ISSUED UNDER SECTION 14 THEREOF.

NO RETURNS ACCEPTED WITHOUT WRITTEN AUTHORIZATION. REFER TO INVOICE NUMBER IN ANY CORRESPONDENCE. PRICES SUBJECT TO CHANGE WITHOUT NOTICE.