UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

DELPHI CORPORATION

                                Debtor.

In re: Case No. 05-44481
Chapter 11

-----------------------------------------------------------x

                                Plaintiff

       v.

Adversary Proceeding
Case No.

                                Defendant
-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Susan M. Cook, a member in good standing of the bar in the State of Michigan, or of the bar of the U.S. District Court for the Eastern District of Michigan, request admission, *pro hac vice*, before the Honorable Arthur J. Gonzalez, to represent Linamar Corporation, a Creditor in the above referenced ✓ case ☐ adversary proceeding.

My: address is 916 Washington Avenue, Suite 309, Bay City, Michigan 48708

     e-mail address is smcook@lambertleser.com ; telephone number is 989-893-3518

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: 10/10/2005
       New York, New York

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.

SUSAN M. COOK (P31514)
Attorney for Creditor Linamar Corp.
916 Washington Ave., Suite 309
Bay City, MI 48708
Telephone: (989) 893-3518
smcook@lambertleser.com