

**NU HORIZONS ELECTRONICS CORP.**

---

2070 RINGWOOD AVENUE * SAN JOSE, CA 95131
408-434-0800 – FAX: 408-434-6427 **(CREDIT)**

October 11, 2005

John D. Sheehan
Vice President and Chief Restructuring Officer
Delphi Medical Systems Colorado Corporation
4300 Road 18
Longmont, CO  80504

Re: Reclamation Notice- Bankruptcy Filing #05-44507 October 8, 2005

Sir:

Per U.S. Bankruptcy Code Section 546, we hereby demand return of all goods shipped by
Nu Horizons Electronics Corporation to Delphi Medical Systems Colorado Corporation
(Delphi) within 20days of Delphi's filing. The enclosed invoices and corresponding
proofs of delivery (POD's,) totaling $33,674.50, detail the product shipped from
September 19, 2005 to October 5, 2005.

The product should be returned to the attention of the undersigned at:

Nu Horizons Electronics Corporation
2070 Ringwood Avenue
San Jose, CA   95131

I can be contacted at (408) 434-0800 x211 or by email: csalazar@nuhorizons.com

Sincerely,

Cipriano J. Salazar
Western Regional Credit Manager
Nu Horizons Electronics Corporation

enclosures

cc:  Clerk of the Court
     United States Bankruptcy Court
     Southern District of New York
     One Bowling Green
     New York, NY 10004



RECEIVED
OCT 1 4 2005
U.S BANKRUPTCY COURT
SO DIST. OF NEW YORK

Kaylayn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Robert S. Miller , CEO
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098

# INVOICE

## NU HORIZONS

NU HORIZONS ELECTRONICS CORP.
70 MAXESS ROAD
MELVILLE, NY 11747
Tel: 631-396-5000
Fax: 631-396-7576

| PAGE: | 1 of 1 |
|---|---|
| COMPANY CODE: | NUH |
| BRANCH CODE: | DEN |

**SOLD TO:**

DELPHI MEDICAL SYSTEMS CORP.
A SUBSIDIARY OF DELPHI CORP.
4300 ROAD 18
LONGMONT, CO 80504

**SHIP TO:**    BRANCH TEL: 631-396-5000

DELPHI MEDICAL SYSTEMS CORP.
4300 ROAD 18
LONGMONT, CO 80504

| CUSTOMER NO. | SLSMN | OUR ORDER NO. | CUSTOMER PURCHASE ORDER | | SHIP VIA | |
|---|---|---|---|---|---|---|
| 740944 | B55 | 1873115 | 707259 | | G | |
| INVOICE NO. | INVOICE DATE | DATE ENTERED | DATE SHIPPED | REFERENCE NO. | SPECIAL INSTRUCTIONS | |
| 51446312 | 09/19/2005 | 09/19/2005 | 09/19/2005 | 4212518 | | |

| LN. NO. | ITEM NUMBER | DESCRIPTION | U/M | BACK ORDER | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 45988 | ST BYW81P-200 P180136 | E | | 89 | .50 | 44.50 |
| | | | | | | Sub Total: | 44.50 |
| | | TRACK# 1Z1563650301181309 | | | | | |

ALL FREIGHT COLLECT SHIPMENTS ARE F.O.B. SHIPPING POINT.

NU HORIZONS HAS SHIPPED YOUR ORDER IN ACCORDANCE WITH THE BUREAU OF INDUSTRY AND SECURITY RECOMMENDATIONS. THE RESPONSIBILITY OF COMPLIANCE WITH THE EXPORT ADMINISTRATION REGULATIONS WHEN EXPORTING NOW PASSES TO YOU. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

NU HORIZONS ELECTRONICS CORP.

**Please Remit in $US**

| PAY THIS AMOUNT ▶ | 44.50 |
|---|---|
| TERMS ▶ | NET 30 |

---

## REMITTANCE COPY



NU HORIZONS ELECTRONICS (DEN)
P.O. BOX 360322
PITTSBURGH, PA 15251-6322

| CO | BR | CUSTOMER NUMBER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|---|---|---|
| NUH | DEN | 740944 | 51446312 | 09/19/2005 | 44.50 |

| PAY THIS AMOUNT ▶ | 44.50 |
|---|---|
| TERMS ▶ | NET 30 |

**Please Remit in $US**

UPS Package Tracking





Home | About UPS | Contact UPS | Getting Started @ UPS.com

UPS Uni

 Tracking | Support | Business Solutions

Log-In  User ID: [        ]  Password: [        ] →  | Forgot Password

## Tracking

→ **Track by Tracking Number**
> Track by E-mail
> Import Tracking
  Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking 🔒
→ Void a Shipment 🔒
→ Help

# ‖‖‖‖ Track by Tracking Number

### View Details

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | Sep 23, 2005 9:03 A.M. |
| **Signed by:** | PHILLIPS |
| **Location:** | DOCK |
| **Delivered to:** | LONGMONT, CO, US |
| **Shipped or Billed on:** | Sep 19, 2005 |

| | |
|---|---|
| **Tracking Number:** | 1Z 156 365 03 0118 130 9 |
| **Service Type:** | GROUND |
| **Weight:** | 1.40 Lbs |

### Package Progress:

| Date/Time | Location | Activity |
|---|---|---|
| Sep 23, 2005 | | |
| 9:03 A.M. | LONGMONT, CO, US | DELIVERY |
| 7:30 A.M. | LONGMONT, CO, US | OUT FOR DELIVERY |
| 1:00 A.M. | LONGMONT, CO, US | ARRIVAL SCAN |
| Sep 21, 2005 | | |
| 4:00 P.M. | HODGKINS, IL, US | DEPARTURE SCAN |
| 4:26 A.M. | HODGKINS, IL, US | ARRIVAL SCAN |
| Sep 19, 2005 | | |
| 9:29 P.M. | FARMINGDALE, NY, US | DEPARTURE SCAN |
| 7:57 P.M. | FARMINGDALE, NY, US | ORIGIN SCAN |
| 6:17 P.M. | US | BILLING INFORMATIC RECEIVED |

Tracking results provided by UPS: Oct 10, 2005 4:49 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende
you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a
information is strictly prohibited.

← Back to Tracking Summary

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.

RE: 51446312

http://wwww.ups.com/WebTracking/processRequest

# INVOICE

**NU HORIZONS**

NU HORIZONS ELECTRONICS CORP.
70 MAXESS ROAD
MELVILLE, NY 11747
Tel: 631-396-5000
Fax: 631-396-7576

| PAGE: | 1 of 1 |
|---|---|
| COMPANY CODE: | NUH |
| BRANCH CODE: | DEN |

**SOLD TO:**

DELPHI MEDICAL SYSTEMS CORP.
A SUBSIDIARY OF DELPHI CORP.
4300 ROAD 18
LONGMONT, CO 80504

**SHIP TO:**   BRANCH TEL: 631-396-5000

DELPHI MEDICAL SYSTEMS CORP.
4300 ROAD 18
LONGMONT, CO 80504

| CUSTOMER NO. | SLSMN. | OUR ORDER NO. | CUSTOMER PURCHASE ORDER | | SHIP VIA |
|---|---|---|---|---|---|
| 740944 | E55 | 1867590 | 706940 | | G |
| INVOICE NO. | INVOICE DATE | DATE ENTERED | DATE SHIPPED | REFERENCE NO. | SPECIAL INSTRUCTIONS |
| 51449449 | 09/22/2005 | 09/22/2005 | 09/22/2005 | 4214793 | |

| LN NO. | ITEM NUMBER | DESCRIPTION | U/M | BACK ORDER | QTY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 500719 | LTC LTC1731EMS8-8.4 P290144 | E | | 100 | 1.75 | 175.00 |
| | | | | | | Sub Total: | 175.00 |
| | | TRACK# 1Z1563650301185814 | | | | | |

ALL FREIGHT COLLECT SHIPMENTS ARE F.O.B. SHIPPING POINT.

NU HORIZONS HAS SHIPPED YOUR ORDER IN ACCORDANCE WITH THE BUREAU OF INDUSTRY
AND SECURITY RECOMMENDATIONS. THE RESPONSIBILITY OF COMPLIANCE WITH THE
EXPORT ADMINISTRATION REGULATIONS WHEN EXPORTING NOW PASSES TO YOU.
DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED



**Please Remit in $US**

| PAY THIS AMOUNT ▶ | 175.00 |
|---|---|
| TERMS ▶ | NET 30 |

---

## REMITTANCE COPY

NU HORIZONS ELECTRONICS (DEN)
P.O. BOX 360322
PITTSBURGH, PA 15251-6322

| CO | BR | CUSTOMER NUMBER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|---|---|---|
| NUH | DEN | 740944 | 51449449 | 09/22/2005 | 175.00 |

| PAY THIS AMOUNT ▶ | 175.00 |
|---|---|
| TERMS ▶ | NET 30 |

**Please Remit in $US**

UPS Package Tracking



Home | About UPS | Contact UPS | Getting Started @ UPS.com



**UPS Uni**

 | Tracking | **Support** | **Business Solutions**

Log-In  User ID: [          ]   Password: [          ] → | Forgot Password

## Tracking

→ **Track by Tracking Number**
› Track by E-mail
› Import Tracking
   Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking
   Number
→ Track by Freight Shipment
   Reference
→ Track with Quantum View
→ Sign Up for Signature
   Tracking 🔒
→ Void a Shipment 🔒
→ Help



# ▌▌▌▌ Track by Tracking Number

### View Details

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | Sep 28, 2005 8:52 A.M. |
| **Signed by:** | PHILLIPS |
| **Location:** | DOCK |
| **Delivered to:** | LONGMONT, CO, US |
| **Shipped or Billed on:** | Sep 22, 2005 |

| | |
|---|---|
| **Tracking Number:** | 1Z 156 365 03 0118 581 4 |
| **Service Type:** | GROUND |
| **Weight:** | .80 Lb |
| **Multiple Packages:** | 2 🖻 Show All |

### Package Progress:

| Date/<br>Time | Location | Activity |
|---|---|---|
| Sep 28, 2005 | | |
| 8:52 A.M. | LONGMONT, CO, US | DELIVERY |
| 6:53 A.M. | LONGMONT, CO, US | OUT FOR DELIVERY |
| 2:54 A.M. | LONGMONT, CO, US | ARRIVAL SCAN |
| Sep 26, 2005 | | |
| 4:28 P.M. | HODGKINS, IL, US | DEPARTURE SCAN |
| 1:43 A.M. | HODGKINS, IL, US | ARRIVAL SCAN |
| Sep 22, 2005 | | |
| 9:23 P.M. | FARMINGDALE, NY, US | DEPARTURE SCAN |
| 7:46 P.M. | FARMINGDALE, NY, US | ORIGIN SCAN |
| 6:37 P.M. | US | BILLING INFORMATIC<br>RECEIVED |

Tracking results provided by UPS: Oct 10, 2005 4:51 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende
you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a
information is strictly prohibited.

← Back to Tracking Summary

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.

re: Inv S1449444



**NU HORIZONS ELECTRONICS CORP.**
78 MAXESS ROAD
MELVILLE, NY 11747
Tel: 631-396-5000
Fax: 631-396-7576

# INVOICE

| PAGE: | 1 of 1 |
|---|---|
| COMPANY CODE: | NUH |
| BRANCH CODE: | DEN |

**SHIP TO:** BRANCH TEL: 631-396-5000

**SOLD TO:**

DELPHI MEDICAL SYSTEMS CORP.
A SUBSIDIARY OF DELPHI CORP.
4300 ROAD 18
LONGMONT, CO 80504

DELPHI MEDICAL SYSTEMS CORP.
4300 ROAD 18
LONGMONT, CO 80504

| CUSTOMER NO. | SLSMN | OUR ORDER NO. | CUSTOMER PURCHASE ORDER | SHIP VIA G |
|---|---|---|---|---|
| 740944 | E55 | 1867270 | 706905 | |

| INVOICE NO. | INVOICE DATE | DATE ENTERED | DATE SHIPPED | REFERENCE NO. | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|---|
| 51449450 | 09/22/2005 | 09/22/2005 | 09/22/2005 | 4216166 | |

| LN NO. | ITEM NUMBER | DESCRIPTION | U/M | BACK ORDER | QTY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 517908 | LTC LT6234CS8 REF# 56-00244-00-01 | E | | 1200 | 2.50 | 3,000.00 |
| 2 | 216470 | NVA VALUE ADDED SERVICES | E | | 1200 | .00 | .00 |
| | | | | | | Sub Total: | 3,000.00 |

TRACK# 1Z1563650301186742

ALL FREIGHT COLLECT SHIPMENTS ARE F.O.B. SHIPPING POINT.

NU HORIZONS HAS SHIPPED YOUR ORDER IN ACCORDANCE WITH THE BUREAU OF INDUSTRY
AND SECURITY RECOMMENDATIONS. THE RESPONSIBILITY OR COMPLIANCE WITH THE
EXPORT ADMINISTRATION REGULATIONS WHEN EXPORTING NOW PASSES TO YOU.
DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

**Please Remit in $US**

| PAY THIS AMOUNT ▶ | 3,000.00 |
|---|---|
| TERMS ▶ | NET 30 |

---



## REMITTANCE COPY
NU HORIZONS ELECTRONICS (DEN)
P.O. BOX 360322
PITTSBURGH, PA 15251-6322

| CO | BR | CUSTOMER NUMBER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|---|---|---|
| NUH | DEN | 740944 | 51449450 | 09/22/2005 | 3,000.00 |

| PAY THIS AMOUNT ▶ | 3,000.00 |
|---|---|
| TERMS ▶ | NET 30 |

**Please Remit in $US**

UPS Package Tracking




Home | About UPS | Contact UPS | Getting Started @ UPS.com

UPS Uni

 Shipping    Tracking     Support    Business Solutions

Log-In  User ID: [        ]   Password: [        ] → | Forgot Password

## Tracking

→ **Track by Tracking Number**
> Track by E-mail
> Import Tracking
  Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking 🔒
→ Void a Shipment 🔒
→ Help



# ||||| Track by Tracking Number

### View Details

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | Sep 28, 2005 8:52 A.M. |
| **Signed by:** | PHILLIPS |
| **Location:** | DOCK |
| **Delivered to:** | LONGMONT, CO, US |
| **Shipped or Billed on:** | Sep 22, 2005 |

| | |
|---|---|
| **Tracking Number:** | 1Z 156 365 03 0118 674 2 |
| **Service Type:** | GROUND |
| **Weight:** | 3.30 Lbs |
| **Multiple Packages:** | 2 📄 Show All |

### Package Progress:

| Date/Time | Location | Activity |
|---|---|---|
| Sep 28, 2005 | | |
| 8:52 A.M. | LONGMONT, CO, US | DELIVERY |
| 6:53 A.M. | LONGMONT, CO, US | OUT FOR DELIVERY |
| 2:54 A.M. | LONGMONT, CO, US | ARRIVAL SCAN |
| Sep 26, 2005 | | |
| 4:28 P.M. | HODGKINS, IL, US | DEPARTURE SCAN |
| 1:43 A.M. | HODGKINS, IL, US | ARRIVAL SCAN |
| Sep 22, 2005 | | |
| 9:23 P.M. | FARMINGDALE, NY, US | DEPARTURE SCAN |
| 7:40 P.M. | FARMINGDALE, NY, US | ORIGIN SCAN |
| 6:37 P.M. | US | BILLING INFORMATIO RECEIVED |

Tracking results provided by UPS: Oct 10, 2005 4:56 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a information is strictly prohibited.

← Back to Tracking Summary

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.

(RE: INV. 6144 and

10/10/2005

http://wwwapps.ups.com/WebTracking/processRequest



**NU HORIZONS ELECTRONICS CORP.**
70 MAXESS ROAD
MELVILLE, NY 11747
Tel: 631-396-5000
Fax: 631-396-7576

# INVOICE

| PAGE: | 1 of 1 |
|---|---|
| COMPANY CODE: | NUH |
| BRANCH CODE: | DEN |

**SHIP TO:**    BRANCH TEL: 631-396-5000

**SOLD TO:**

DELPHI MEDICAL SYSTEMS CORP.
A SUBSIDIARY OF DELPHI CORP.
4300 ROAD 18
LONGMONT, CO 80504

DELPHI MEDICAL SYSTEMS CORP.
A SUBSIDIARY OF DELPHI CORP.
4300 ROAD 18
LONGMONT, CO 80504

| CUSTOMER NO. | SLSMN | OUR ORDER NO. | CUSTOMER PURCHASE ORDER | | SHIP VIA |
|---|---|---|---|---|---|
| 740944 | E55 | 1822506 | 704042 | | G |
| INVOICE NO. | INVOICE DATE | DATE ENTERED | DATE SHIPPED | REFERENCE NO. | SPECIAL INSTRUCTIONS |
| 51456883 | 09/30/2005 | 09/30/2005 | 09/30/2005 | 4223319 | |

| LN NO. | ITEM NUMBER | DESCRIPTION | U/M | BACK ORDER | QTY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 434012 | CEL PS2502L-4 31300678 | E | | 500 | 1.34 | 670.00 |
| | | | | | | Sub Total: | 670.00 |

TRACK# 1Z8331670300289651

ALL FREIGHT COLLECT SHIPMENTS ARE F.O.B. SHIPPING POINT.

NU HORIZONS HAS SHIPPED YOUR ORDER IN ACCORDANCE WITH THE BUREAU OF INDUSTRY
AND SECURITY RECOMMENDATIONS. THE RESPONSIBILITY OF COMPLIANCE WITH THE
EXPORT ADMINISTRATION REGULATIONS WHEN EXPORTING NOW PASSES TO YOU.
DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

NU HORIZONS ELECTRONICS CORP.

**Please Remit in $US**

| PAY THIS AMOUNT ▶ | 670.00 |
|---|---|
| TERMS ▶ | NET 30 |

---



# REMITTANCE COPY

NU HORIZONS ELECTRONICS (DEN)
P.O. BOX 360322
PITTSBURGH, PA 15251-6322

| CO | BR | CUSTOMER NUMBER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|---|---|---|
| NUH | DEN | 740944 | 51456883 | 09/30/2005 | 670.00 |

| PAY THIS AMOUNT ▶ | 670.00 |
|---|---|
| TERMS ▶ | NET 30 |

**Please Remit in $US**





Home | About UPS | Contact UPS | Getting Started @ UPS.com

UPS Uni

 Tracking 

Log-In  User ID: [          ]  Password: [          ] → | Forgot Password

## Tracking

→ **Track by Tracking Number**
> Track by E-mail
> Import Tracking Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking Number
→ Track by Freight Shipment Reference
→ Track with Quantum View
→ Sign Up for Signature Tracking 🔒
→ Void a Shipment 🔒
→ Help



## ▌▌▌▌ Track by Tracking Number

### View Details

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | Oct 5, 2005 8:54 A.M. |
| **Signed by:** | PHILLIPS |
| **Location:** | DOCK |
| **Delivered to:** | LONGMONT, CO, US |
| **Shipped or Billed on:** | Sep 30, 2005 |
| **Tracking Number:** | 1Z 833 167 03 0028 965 1 |
| **Service Type:** | GROUND |
| **Weight:** | 3.10 Lbs |

### Package Progress:

| Date/ Time | Location | Activity |
|---|---|---|
| Oct 5, 2005 | | |
| 8:54 A.M. | LONGMONT, CO, US | DELIVERY |
| 4:30 A.M. | LONGMONT, CO, US | OUT FOR DELIVERY |
| 12:57 A.M. | LONGMONT, CO, US | ARRIVAL SCAN |
| 12:16 A.M. | COMMERCE CITY, CO, US | DEPARTURE SCAN |
| Oct 4, 2005 | | |
| 9:21 P.M. | COMMERCE CITY, CO, US | ARRIVAL SCAN |
| Oct 3, 2005 | | |
| 11:43 P.M. | SALT LAKE CITY, UT, US | DEPARTURE SCAN |
| 9:14 P.M. | SALT LAKE CITY, UT, US | ARRIVAL SCAN |
| 9:35 A.M. | SPARKS, NV, US | DEPARTURE SCAN |
| Oct 1, 2005 | | |
| 5:03 A.M. | SPARKS, NV, US | ARRIVAL SCAN |
| 1:06 A.M. | WEST SACRAMENTO, CA, US | DEPARTURE SCAN |
| 12:14 A.M. | WEST SACRAMENTO, CA, US | ARRIVAL SCAN |
| Sep 30, 2005 | | |
| 8:54 P.M. | SAN JOSE, CA, US | DEPARTURE SCAN |
| 8:37 P.M. | SAN JOSE, CA, US | ORIGIN SCAN |
| 7:21 P.M. | US | BILLING INFORMATIO RECEIVED |

Tracking results provided by UPS: Oct 10, 2005 4:59 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a information is strictly prohibited.

← Back to Tracking Summary

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.

re: Inv. 5145 6883



**NU HORIZONS ELECTRONICS CORP.**
70 MAXESS ROAD
MELVILLE, NY 11747
Tel: 631-396-5000
Fax: 631-396-7576

# INVOICE

| PAGE: | 1 of 1 |
|---|---|
| COMPANY CODE: | NUH |
| BRANCH CODE: | DEN |

**SHIP TO:**     BRANCH TEL: 631-396-5000

**SOLD TO:**

DELPHI MEDICAL SYSTEMS CORP.
A SUBSIDIARY OF DELPHI CORP.
4300 ROAD 18
LONGMONT, CO 80504

DELPHI MEDICAL SYSTEMS CORP.
A SUBSIDIARY OF DELPHI CORP.
4300 ROAD 18
LONGMONT, CO 80504

| CUSTOMER NO. | SLSMN | OUR ORDER NO. | CUSTOMER PURCHASE ORDER | | SHIP VIA |
|---|---|---|---|---|---|
| 740944 | E55 | 1879411 | 707505 | | G |
| INVOICE NO. | INVOICE DATE | DATE ENTERED | DATE SHIPPED | REFERENCE NO. | SPECIAL INSTRUCTIONS |
| 51457219 | 09/30/2005 | 09/30/2005 | 09/30/2005 | 4224845 | |

| LN NO. | ITEM NUMBER | DESCRIPTION | U/M | BACK ORDER | QTY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 480944 | SHD LQ050Q5DR01 REF# 219-001-XXXX-00 | *E | | 40 | 199.00 | 7,960.00 |
| | | | | | | Sub Total: | 7,960.00 |
| | | TRACK# 1Z1563650301200761 | | | | | |
| | | TRACK# 1Z1563650301200770 | | | | | |

ALL FREIGHT COLLECT SHIPMENTS ARE F.O.B. SHIPPING POINT.

NU HORIZONS HAS SHIPPED YOUR ORDER IN ACCORDANCE WITH THE BUREAU OF INDUSTRY
AND SECURITY RECOMMENDATIONS: THE RESPONSIBILITY OF COMPLIANCE WITH THE
EXPORT ADMINISTRATION REGULATIONS NOW PASSES TO YOU.
DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

**Please Remit in $US**

| PAY THIS AMOUNT ► | 7,960.00 |
|---|---|
| TERMS ► | NET 30 |

---



**REMITTANCE COPY**
NU HORIZONS ELECTRONICS (DEN)
P.O. BOX 360322
PITTSBURGH, PA 15251-6322

| CO | BR | CUSTOMER NUMBER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|---|---|---|
| NUH | DEN | 740944 | 51457219 | 09/30/2005 | 7,960.00 |

| PAY THIS AMOUNT ► | 7,960.00 |
|---|---|
| TERMS ► | NET 30 |

**Please Remit in $US**



Home | About UPS | Contact UPS | Getting Started @ UPS.com



UPS Uni

 **Shipping**    Tracking    **Support    Business Solutions**

Log-In    User ID: [          ]    Password: [          ]    ▶    | Forgot Password

## Tracking

→ **Track by Tracking Number**
  > Track by E-mail
  > Import Tracking
    Numbers
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking
→ Void a Shipment
→ Help



### ▌▌▌▌ **Track by Tracking Number**

View Details

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | Oct 6, 2005 8:57 A.M. |
| **Signed by:** | PHILLIPS |
| **Location:** | DOCK |
| **Delivered to:** | LONGMONT, CO, US |
| **Shipped or Billed on:** | Sep 30, 2005 |
| | |
| **Tracking Number:** | 1Z 156 365 03 0120 076 1 |
| **Service Type:** | GROUND |
| **Weight:** | 10.00 Lbs |
| **Multiple Packages:** | 2 [s] Show All |

**Package Progress:**

| Date/Time | Location | Activity |
|---|---|---|
| Oct 6, 2005 | | DELIVERY |
| 8:57 A.M. | LONGMONT, CO, US | OUT FOR DELIVERY |
| 5:45 A.M. | LONGMONT, CO, US | ARRIVAL SCAN |
| 3:42 A.M. | LONGMONT, CO, US | DEPARTURE SCAN |
| 2:59 A.M. | COMMERCE CITY, CO, US | ARRIVAL SCAN |
| 12:35 A.M. | COMMERCE CITY, CO, US | |
| Oct 4, 2005 | | DEPARTURE SCAN |
| 4:49 P.M. | HODGKINS, IL, US | |
| Oct 3, 2005 | | ARRIVAL SCAN |
| 8:21 P.M. | HODGKINS, IL, US | |
| Sep 30, 2005 | | DEPARTURE SCAN |
| 9:31 P.M. | FARMINGDALE, NY, US | ORIGIN SCAN |
| 7:48 P.M. | FARMINGDALE, NY, US | BILLING INFORMATIC |
| 6:34 P.M. | US | RECEIVED |

Tracking results provided by UPS: Oct 10, 2005 5:01 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende
you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a
information is strictly prohibited.

← Back to Tracking Summary

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.

REC·INV  51457219



Home | About UPS | Contact UPS | Getting Started @ UPS.com



UPS Uni

**Shipping** | Tracking | **Support** | **Business Solutions**

Log-In  User ID: [_____]    Password: [_____] [→] | Forgot Password

## Tracking

→ **Track by Tracking Number**
> Track by E-mail
> Import Tracking
  Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking 🔒
→ Void a Shipment 🔒
→ Help



# ▐█▌ **Track by Tracking Number**

### View Details

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | Oct 6, 2005 8:57 A.M. |
| **Signed by:** | PHILLIPS |
| **Location:** | DOCK |
| **Delivered to:** | LONGMONT, CO, US |
| **Shipped or Billed on:** | Sep 30, 2005 |

| | |
|---|---|
| **Tracking Number:** | 1Z 156 365 03 0120 077 0 |
| **Service Type:** | GROUND |
| **Weight:** | 10.00 Lbs |
| **Multiple Packages:** | 2 🔎 Show All |

### Package Progress:

| Date/Time | Location | Activity |
|---|---|---|
| Oct 6, 2005 | | |
| 8:57 A.M. | LONGMONT, CO, US | DELIVERY |
| 6:55 A.M. | LONGMONT, CO, US | OUT FOR DELIVERY |
| 2:00 A.M. | LONGMONT, CO, US | ARRIVAL SCAN |
| Oct 4, 2005 | | |
| 4:11 P.M. | HODGKINS, IL, US | DEPARTURE SCAN |
| Oct 3, 2005 | | |
| 8:21 P.M. | HODGKINS, IL, US | ARRIVAL SCAN |
| Sep 30, 2005 | | |
| 9:31 P.M. | FARMINGDALE, NY, US | DEPARTURE SCAN |
| 7:49 P.M. | FARMINGDALE, NY, US | ORIGIN SCAN |
| 6:34 P.M. | US | BILLING INFORMATIC RECEIVED |

Tracking results provided by UPS: Oct 10, 2005 5:01 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende
you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a
information is strictly prohibited.

← Back to Tracking Summary

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.

he 5148 7214



**NU HORIZONS ELECTRONICS CORP.**
70 MAXESS ROAD
MELVILLE, NY 11747
Tel: 631-396-5000
Fax: 631-396-7576

# INVOICE

| PAGE: | 1 of 1 |
|---|---|
| COMPANY CODE: | NUH |
| BRANCH CODE: | DEN |

**SHIP TO:**    BRANCH TEL: 631-396-5000

**SOLD TO:**

DELPHI MEDICAL SYSTEMS CORP.
A SUBSIDIARY OF DELPHI CORP.
4300 ROAD 18
LONGMONT, CO 80504

DELPHI MEDICAL SYSTEMS CORP.
A SUBSIDIARY OF DELPHI CORP.
4300 ROAD 18
LONGMONT, CO 80504

| CUSTOMER NO. | SLSMN | OUR ORDER NO. | CUSTOMER PURCHASE ORDER | | SHIP VIA | |
|---|---|---|---|---|---|---|
| 740944 | E55 | 1849282 | 705767 | | G | |

| INVOICE NO. | INVOICE DATE | DATE ENTERED | DATE SHIPPED | REFERENCE NO. | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|---|
| 51457225 | 09/30/2005 | 09/30/2005 | 09/30/2005 | 4224853 | |

| LN NO. | ITEM NUMBER | DESCRIPTION | UM | BACK ORDER | QTY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 521508 | LPD C-ENG-LH7A400-10-504HC 80000112 | E | | 20 | 290.00 | 5,800.00 |
| | | | | | | Sub Total: | 5,800.00 |

TRACK# 1Z8331670300290158

ALL FREIGHT COLLECT SHIPMENTS ARE F.O.B. SHIPPING POINT.

NU HORIZONS HAS SHIPPED YOUR ORDER IN ACCORDANCE WITH THE BUREAU OF INDUSTRY
AND SECURITY RECOMMENDATIONS. THE RESPONSIBILITY OF COMPLIANCE WITH THE
EXPORT ADMINISTRATION REGULATIONS WHEN EXPORTING NOW PASSES TO YOU.
DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

NU HORIZONS ELECTRONICS CORP.

**Please Remit in $US**

| PAY THIS AMOUNT ▶ | 5,800.00 |
|---|---|
| TERMS ▶ | NET 30 |

---

## REMITTANCE COPY

NU HORIZONS ELECTRONICS (DEN)
P.O. BOX 360322
PITTSBURGH, PA 15251-6322



| CO | BR | CUSTOMER NUMBER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|---|---|---|
| NUH | DEN | 740944 | 51457225 | 09/30/2005 | 5,800.00 |

| PAY THIS AMOUNT ▶ | 5,800.00 |
|---|---|
| TERMS ▶ | NET 30 |

**Please Remit in $US**




UPS Uni

    Tracking    

Log-In    User ID: [        ]    Password: [        ] →  | Forgot Password

## Tracking

→ **Track by Tracking Number**
  › Track by E-mail
  › Import Tracking
     Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking
   Number
→ Track by Freight Shipment
   Reference
→ Track with Quantum View
→ Sign Up for Signature
   Tracking 🔒
→ Void a Shipment 🔒
→ Help

 **Track by Tracking Number**

### View Details

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | Oct 5, 2005 8:54 A.M. |
| **Signed by:** | PHILLIPS |
| **Location:** | DOCK |
| **Delivered to:** | LONGMONT, CO, US |
| **Shipped or Billed on:** | Sep 30, 2005 |

| | |
|---|---|
| **Tracking Number:** | 1Z 833 167 03 0029 015 8 |
| **Service Type:** | GROUND |
| **Weight:** | 4.20 Lbs |



### Package Progress:

| Date/Time | Location | Activity |
|---|---|---|
| Oct 5, 2005 | | |
| 8:54 A.M. | LONGMONT, CO, US | DELIVERY |
| 4:30 A.M. | LONGMONT, CO, US | OUT FOR DELIVERY |
| 12:57 A.M. | LONGMONT, CO, US | ARRIVAL SCAN |
| 12:16 A.M. | COMMERCE CITY, CO, US | DEPARTURE SCAN |
| Oct 4, 2005 | | |
| 9:21 A.M. | COMMERCE CITY, CO, US | ARRIVAL SCAN |
| Oct 3, 2005 | | |
| 11:43 P.M. | SALT LAKE CITY, UT, US | DEPARTURE SCAN |
| 9:14 P.M. | SALT LAKE CITY, UT, US | ARRIVAL SCAN |
| 9:35 A.M. | SPARKS, NV, US | DEPARTURE SCAN |
| 8:03 A.M. | SPARKS, NV, US | OUT FOR DELIVERY |
| Oct 1, 2005 | | |
| 5:03 A.M. | SPARKS, NV, US | ARRIVAL SCAN |
| 1:06 A.M. | WEST SACRAMENTO, CA, US | DEPARTURE SCAN |
| 12:14 A.M. | WEST SACRAMENTO, CA, US | ARRIVAL SCAN |
| Sep 30, 2005 | | |
| 8:54 P.M. | SAN JOSE, CA, US | DEPARTURE SCAN |
| 8:30 P.M. | SAN JOSE, CA, US | ORIGIN SCAN |
| 7:21 P.M. | US | BILLING INFORMATIO |
| | | RECEIVED |

Tracking results provided by UPS: Oct 10, 2005 5:04 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende
you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a
information is strictly prohibited.

← Back to Tracking Summary

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.

REC INV. 5145 1225



NU HORIZONS ELECTRONICS CORP.
70 MAXESS ROAD
MELVILLE, NY 11747
Tel: 631-396-5000
Fax: 631-396-7576

# INVOICE

| PAGE: | 1 of 1 |
|---|---|
| COMPANY CODE: | NUH |
| BRANCH CODE: | DEN |

**SHIP TO:**    BRANCH TEL: 631-396-5000

**SOLD TO:**

DELPHI MEDICAL SYSTEMS CORP.
A SUBSIDIARY OF DELPHI CORP.
4300 ROAD 18
LONGMONT, CO 80504

DELPHI MEDICAL SYSTEMS CORP.
4300 ROAD 18
LONGMONT, CO 80504

| CUSTOMER NO. | SLSMN | OUR ORDER NO. | CUSTOMER PURCHASE ORDER | | SHIP VIA |
|---|---|---|---|---|---|
| 740944 | E55 | 1859460 | 706504 | | G |
| INVOICE NO. | INVOICE DATE | DATE ENTERED | DATE SHIPPED | REFERENCE NO. | SPECIAL INSTRUCTIONS |
| 51458249 | 10/03/2005 | 10/03/2005 | 10/03/2005 | 4217131 | |

| LN NO. | ITEM NUMBER | DESCRIPTION | U/M | BACK ORDER | QTY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 517908 | LTC LT6234CS8 56-00244-00-01 | E | | 2000 | 2.50 | 5,000.00 |
| 2 | 216470 | NVA VALUE ADDED SERVICES | E | | 2000 | .00 | .00 |
| | | | | | | Sub Total: | 5,000.00 |
| | | TRACK# 1Z1563650301203991 | | | | | |

ALL FREIGHT COLLECT SHIPMENTS ARE F.O.B. SHIPPING POINT.

NU HORIZONS HAS SHIPPED YOUR ORDER IN ACCORDANCE WITH THE BUREAU OF INDUSTRY AND SECURITY RECOMMENDATIONS. THE RESPONSIBILITY OF COMPLIANCE WITH THE EXPORT ADMINISTRATION REGULATIONS WHEN EXPORTING NOW PASSES TO YOU. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

NU HORIZONS ELECTRONICS CORP.

**Please Remit in $US**

| PAY THIS AMOUNT ▶ | 5,000.00 |
|---|---|
| TERMS ▶ | NET 30 |

---



## REMITTANCE COPY
NU HORIZONS ELECTRONICS (DEN)
P.O. BOX 360322
PITTSBURGH, PA 15251-6322

| CO | BR | CUSTOMER NUMBER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|---|---|---|
| NUH | DEN | 740944 | 51458249 | 10/03/2005 | 5,000.00 |

| PAY THIS AMOUNT ▶ | 5,000.00 |
|---|---|
| TERMS ▶ | NET 30 |

**Please Remit in $US**



Home | About UPS | Contact UPS | Getting Started @ UPS.com



UPS Uni

**Shipping** | Tracking | **Support** | **Business Solutions**

Log-In   User ID: [          ]   Password: [          ] → | Forgot Password

## Tracking

→ **Track by Tracking Number**
> Track by E-mail
> Import Tracking
  Numbers ⓐ
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking ⓐ
→ Void a Shipment ⓐ
→ Help



## ▐▐▌ Track by Tracking Number

### View Details

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | Oct 7, 2005 9:15 A.M. |
| **Signed by:** | PHILLIPS |
| **Location:** | DOCK |
| **Delivered to:** | LONGMONT, CO, US |
| **Shipped or Billed on:** | Oct 3, 2005 |

| | |
|---|---|
| **Tracking Number:** | 1Z 156 365 03 0120 399 1 |
| **Service Type:** | GROUND |
| **Weight:** | 3.40 Lbs |

### Package Progress:

| Date/ Time | Location | Activity |
|---|---|---|
| Oct 7, 2005 | | |
| 9:15 A.M. | LONGMONT, CO, US | DELIVERY |
| 7:15 A.M. | LONGMONT, CO, US | OUT FOR DELIVERY |
| 1:00 A.M. | LONGMONT, CO, US | ARRIVAL SCAN |
| Oct 5, 2005 | | |
| 4:00 P.M. | HODGKINS, IL, US | DEPARTURE SCAN |
| 9:14 A.M. | HODGKINS, IL, US | ARRIVAL SCAN |
| Oct 3, 2005 | | |
| 9:17 P.M. | FARMINGDALE, NY, US | DEPARTURE SCAN |
| 8:12 P.M. | FARMINGDALE, NY, US | ORIGIN SCAN |
| 6:06 P.M. | US | BILLING INFORMATIC RECEIVED |

Tracking results provided by UPS: Oct 10, 2005 5:06 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a information is strictly prohibited.

← Back to Tracking Summary

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.

RE: INV. 51458249

# INVOICE

**NU HORIZONS ELECTRONICS CORP.**
70 MAXESS ROAD
MELVILLE, NY 11747
Tel: 631-396-5000
Fax: 631-396-7576

| PAGE: | 1 of 1 |
|-------|--------|
| COMPANY CODE: | NUH |
| BRANCH CODE: | DEN |

**SOLD TO:**

DELPHI MEDICAL SYSTEMS CORP.
A SUBSIDIARY OF DELPHI CORP.
4300 ROAD 18
LONGMONT, CO 80504

**SHIP TO:**   BRANCH TEL: 631-396-5000

DELPHI MEDICAL SYSTEMS CORP.
A SUBSIDIARY OF DELPHI CORP.
4300 ROAD 18
LONGMONT, CO 80504

| CUSTOMER NO. | SLSMN | OUR ORDER NO. | CUSTOMER PURCHASE ORDER | SHIP VIA |
|---|---|---|---|---|
| 740944 | E55 | 1819209 | 703852 | G |

| INVOICE NO. | INVOICE DATE | DATE ENTERED | DATE SHIPPED | REFERENCE NO. | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|---|
| 51459781 | 10/04/2005 | 10/04/2005 | 10/04/2005 | 4228151 | |

| LN NO. | ITEM NUMBER | DESCRIPTION | U/M | BACK ORDER | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 558768 | ISS IS63WV1024LL-20TI 03-0065-02 PUSH TO 10/10 | E | | 800 | 1.70 | 1,360.00 |
| 2 | 558768 | ISS IS63WV1024LL-20TI 03-0065-02 PUSH TO 11/7 | E | | 800 | 1.70 | 1,360.00 |
| 3 | 558768 | ISS IS63WV1024LL-20TI 03-0065-02 PUSH TO 11/7 | E | | 450 | 1.70 | 765.00 |
| | | TRACK# 1Z1563650301206087 | | | | Sub Total: | 3,485.00 |

ALL FREIGHT COLLECT SHIPMENTS ARE F.O.B. SHIPPING POINT.

NU HORIZONS HAS SHIPPED YOUR ORDER IN ACCORDANCE WITH THE BUREAU OF INDUSTRY
AND SECURITY RECOMMENDATIONS. THE RESPONSIBILITY OF COMPLIANCE WITH THE
EXPORT ADMINISTRATION REGULATIONS WHEN EXPORTING NOW PASSES TO YOU.
DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

**Please Remit in $US**

| PAY THIS AMOUNT ▶ | 3,485.00 |
|---|---|
| TERMS ▶ | NET 30 |

---



**REMITTANCE COPY**
NU HORIZONS ELECTRONICS (DEN)
P.O. BOX 360322
PITTSBURGH, PA 15251-6322

| CO | BR | CUSTOMER NUMBER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|---|---|---|
| NUH | DEN | 740944 | 51459781 | 10/04/2005 | 3,485.00 |

| PAY THIS AMOUNT ▶ | 3,485.00 |
|---|---|
| TERMS ▶ | NET 30 |

**Please Remit in $US**



Home ¦ About UPS ¦ Contact UPS ¦ Getting Started @ UPS.com

UPS Uni

**Shipping**    Tracking    **Support**    **Business Solutions**

Log-In    User ID: [        ]    Password: [        ]    →    ¦ Forgot Password

## Tracking

→ **Track by Tracking Number**
  > Track by E-mail
  > Import Tracking
    Numbers ⚿
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking ⚿
→ Void a Shipment ⚿
→ Help

|||||| **Track by Tracking Number**

### View Details

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | Oct 10, 2005 9:14 A.M. |
| **Signed by:** | PHILLIPS |
| **Location:** | DOCK |
| **Delivered to:** | US |
| **Shipped or Billed on:** | Oct 4, 2005 |

| | |
|---|---|
| **Tracking Number:** | 1Z 156 365 03 0120 608 7 |
| **Service Type:** | GROUND |
| **Weight:** | 11.60 Lbs |



### Package Progress:

| Date/ Time | Location | Activity |
|---|---|---|
| Oct 10, 2005 | | |
| 9:14 A.M. | LONGMONT, CO, US | DELIVERY |
| 7:25 A.M. | LONGMONT, CO, US | OUT FOR DELIVERY |
| 12:15 A.M. | LONGMONT, CO, US | ARRIVAL SCAN |
| Oct 7, 2005 | | |
| 11:17 A.M. | HODGKINS, IL, US | DEPARTURE SCAN |
| Oct 6, 2005 | | |
| 4:38 A.M. | HODGKINS, IL, US | ARRIVAL SCAN |
| Oct 4, 2005 | | |
| 9:29 P.M. | FARMINGDALE, NY, US | DEPARTURE SCAN |
| 7:39 P.M. | FARMINGDALE, NY, US | ORIGIN SCAN |
| 6:41 P.M. | US | BILLING INFORMATIO RECEIVED |

Tracking results provided by UPS: Oct 10, 2005 6:18 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a information is strictly prohibited.

← Back to Tracking Summary

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.



**NU HORIZONS ELECTRONICS CORP.**

70 MAXESS ROAD
MELVILLE, NY 11747
Tel: 631-396-5000
Fax: 631-396-7576

# INVOICE

| PAGE: | 1 of 1 |
|---|---|
| COMPANY CODE: | NUH |
| BRANCH CODE: | DEN |

**SOLD TO:**

DELPHI MEDICAL SYSTEMS CORP.
A SUBSIDIARY OF DELPHI CORP.
4300 ROAD 18
LONGMONT, CO 80504

**SHIP TO:**    **BRANCH TEL:** 631-396-5000

DELPHI MEDICAL SYSTEMS CORP.
A SUBSIDIARY OF DELPHI CORP.
4300 ROAD 18
LONGMONT, CO 80504

| CUSTOMER NO. | SLSMN | OUR ORDER NO. | CUSTOMER PURCHASE ORDER | SHIP VIA | |
|---|---|---|---|---|---|
| 740944 | E55 | 1881730 | 707737 | G | |
| INVOICE NO. | INVOICE DATE | DATE ENTERED | DATE SHIPPED | REFERENCE NO. | SPECIAL INSTRUCTIONS |
| 51460977 | 10/05/2005 | 10/05/2005 | 10/05/2005 | 4229850 | |

| LN NO. | ITEM NUMBER | DESCRIPTION | U/M | BACK ORDER | QTY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 521508 | LPD C-ENG-LH7A400-10-504HC 80000112 | E | | 17 | 290.00 | 4,930.00 |
| | | | | | | Sub Total: | 4,930.00 |

TRACK# 1Z8331670300292647

ALL FREIGHT COLLECT SHIPMENTS ARE F.O.B. SHIPPING POINT.

NU HORIZONS HAS SHIPPED YOUR ORDER IN ACCORDANCE WITH THE BUREAU OF INDUSTRY
AND SECURITY RECOMMENDATIONS. THE RESPONSIBILITY OF COMPLIANCE WITH THE
EXPORT ADMINISTRATION REGULATIONS WHEN EXPORTING NOW PASSES TO YOU.
DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

NU HORIZONS ELECTRONICS CORP.

**Please Remit in $US**

| PAY THIS AMOUNT ▶ | 4,930.00 |
|---|---|
| TERMS ▶ | NET 30 |

---

## REMITTANCE COPY



NU HORIZONS ELECTRONICS (DEN)
P.O. BOX 360322
PITTSBURGH, PA 15251-6322

| CO | BR | CUSTOMER NUMBER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|---|---|---|
| NUH | DEN | 740944 | 51460977 | 10/05/2005 | 4,930.00 |

| PAY THIS AMOUNT ▶ | 4,930.00 |
|---|---|
| TERMS ▶ | NET 30 |

**Please Remit in $US**



Home | About UPS | Contact UPS | Getting Started @ UPS.com

**UPS Uni**

**Tracking**

Log-In    User ID: [            ]    Password: [            ]  ➡   | Forgot Password

## Tracking

→ **Track by Tracking Number**
> Track by E-mail
> Import Tracking
  Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking 🔒
→ Void a Shipment 🔒
→ Help



### ||||| Track by Tracking Number

View Details

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | Oct 11, 2005 8:41 A.M. |
| **Signed by:** | PHILLIPS |
| **Location:** | DOCK |
| **Delivered to:** | US |
| **Shipped or Billed on:** | Oct 6, 2005 |

| | |
|---|---|
| **Tracking Number:** | 1Z 833 167 03 0029 264 7 |
| **Service Type:** | GROUND |
| **Weight:** | 3.90 Lbs |
| **Multiple Packages:** | 3 🔍 Show All |

**Package Progress:**

| Date/Time | Location | Activity |
|---|---|---|
| Oct 11, 2005 | | |
| 8:41 A.M. | LONGMONT, CO, US | DELIVERY |
| 4:31 A.M. | LONGMONT, CO, US | OUT FOR DELIVERY |
| 12:48 A.M. | COMMERCE CITY, CO, US | DEPARTURE SCAN |
| 12:30 A.M. | LONGMONT, CO, US | ARRIVAL SCAN |
| Oct 10, 2005 | | |
| 9:43 A.M. | COMMERCE CITY, CO, US | ARRIVAL SCAN |
| Oct 9, 2005 | | |
| 11:51 P.M. | SALT LAKE CITY, UT, US | DEPARTURE SCAN |
| Oct 7, 2005 | | |
| 1:41 P.M. | SALT LAKE CITY, UT, US | ARRIVAL SCAN |
| 3:05 A.M. | SPARKS, NV, US | DEPARTURE SCAN |
| Oct 6, 2005 | | |
| 9:31 A.M. | US | BILLING INFORMATIO RECEIVED |
| 6:04 A.M. | SPARKS, NV, US | ARRIVAL SCAN |
| 2:02 A.M. | WEST SACRAMENTO, CA, US | DEPARTURE SCAN |
| 12:21 A.M. | WEST SACRAMENTO, CA, US | ARRIVAL SCAN |
| Oct 5, 2005 | | |
| 9:40 P.M. | SAN JOSE, CA, US | DEPARTURE SCAN |
| 7:06 P.M. | SAN JOSE, CA, US | ORIGIN SCAN |

Tracking results provided by UPS: Oct 11, 2005 11:24 A.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende
you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a
information is strictly prohibited.

← Back to Tracking Summary

RE: 51760977

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.

# NU HORIZONS

**NU HORIZONS ELECTRONICS CORP.**

70 MAXESS ROAD
MELVILLE, NY 11747
Tel: 631-396-5000
Fax: 631-396-7576

## INVOICE

| PAGE: | 1 of 1 |
|---|---|
| COMPANY CODE: | NUH |
| BRANCH CODE: | DEN |

**SHIP TO:**   BRANCH TEL: 631-396-5000

**SOLD TO:**

DELPHI MEDICAL SYSTEMS CORP.
A SUBSIDIARY OF DELPHI CORP.
4300 ROAD 18
LONGMONT, CO 80504

DELPHI MEDICAL SYSTEMS CORP.
A SUBSIDIARY OF DELPHI CORP.
4300 ROAD 18
LONGMONT, CO 80504

| CUSTOMER NO. | SLSMN | OUR ORDER NO. | CUSTOMER PURCHASE ORDER | SHIP VIA G | |
|---|---|---|---|---|---|
| 740944 | E55 | 1881733 | 707738 | | |

| INVOICE NO. | INVOICE DATE | DATE ENTERED | DATE SHIPPED | REFERENCE NO. | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|---|
| 51460980 | 10/05/2005 | 10/05/2005 | 10/05/2005 | 4229853 | |

| LN NO. | ITEM NUMBER | DESCRIPTION | U/M | BACK ORDER | QTY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 521508 | LPD C-ENG-LH7A400-10-504HC 80000112 | E | | 9 | 290.00 | 2,610.00 |
| | | | | | | Sub Total: | 2,610.00 |
| | | TRACK# 1Z1563650301207568 | | | | | |

ALL FREIGHT COLLECT SHIPMENTS ARE F.O.B. SHIPPING POINT.

NU HORIZONS HAS SHIPPED YOUR ORDER IN ACCORDANCE WITH THE BUREAU OF INDUSTRY
AND SECURITY RECOMMENDATIONS. THE RESPONSIBILITY OF COMPLIANCE WITH THE
EXPORT ADMINISTRATION REGULATIONS WHEN EXPORTING NOW PASSES TO YOU.
DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

NU HORIZONS ELECTRONICS CORP.

**Please Remit in $US**

| PAY THIS AMOUNT ▶ | 2,610.00 |
|---|---|
| TERMS ▶ | NET 30 |

---



## REMITTANCE COPY

NU HORIZONS ELECTRONICS (DEN)
P.O. BOX 360322
PITTSBURGH, PA 15251-6322

| CO | BR | CUSTOMER NUMBER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|---|---|---|
| NUH | DEN | 740944 | 51460980 | 10/05/2005 | 2,610.00 |

| PAY THIS AMOUNT ▶ | 2,610.00 |
|---|---|
| TERMS ▶ | NET 30 |

**Please Remit in $US**



Home | About UPS | Contact UPS | Getting Started @ UPS.com



**UPS Uni**

 Tracking

Log-In   User ID: [          ]   Password: [          ] ➜ | Forgot Password

## Tracking

→ **Track by Tracking Number**
> Track by E-mail
> Import Tracking
  Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking 🔒
→ Void a Shipment 🔒
→ Help

## ▌▌▌ Track by Tracking Number

**View Details**

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | Oct 10, 2005 9:14 A.M. |
| **Signed by:** | PHILLIPS |
| **Location:** | DOCK |
| **Delivered to:** | US |
| **Shipped or Billed on:** | Oct 5, 2005 |

| | |
|---|---|
| **Tracking Number:** | 1Z 156 365 03 0120 756 8 |
| **Service Type:** | GROUND |
| **Weight:** | 1.60 Lbs |
| **Multiple Packages:** | 2 [⊙] Show All |



**Package Progress:**

| Date/Time | Location | Activity |
|---|---|---|
| Oct 10, 2005 | | |
| 9:14 A.M. | LONGMONT, CO, US | DELIVERY |
| 7:25 A.M. | LONGMONT, CO, US | OUT FOR DELIVERY |
| 12:15 A.M. | LONGMONT, CO, US | ARRIVAL SCAN |
| Oct 7, 2005 | | |
| 11:17 A.M. | HODGKINS, IL, US | DEPARTURE SCAN |
| 4:44 A.M. | HODGKINS, IL, US | ARRIVAL SCAN |
| Oct 5, 2005 | | |
| 9:28 P.M. | FARMINGDALE, NY, US | DEPARTURE SCAN |
| 7:28 P.M. | FARMINGDALE, NY, US | ORIGIN SCAN |
| 6:19 P.M. | US | BILLING INFORMATI( RECEIVED |

Tracking results provided by UPS: Oct 10, 2005 6:04 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a information is strictly prohibited.

← Back to Tracking Summary

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.

ret 5146 0990