Thomas L. Jacob
Credit Manager
Air Products and Chemicals, Inc.
7201 Hamilton Blvd.
Allentown, PA 18195
610-481-6069

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re                                                    Chapter 11

DELPHI CORPORATION, et al.,
                                                         Case No. 05-44481 (RDD)
                                                         (Jointly Administered)
            Debtors.

### NOTICE OF RECLAMATION DEMAND

Persuant to UCC 2-702, section 546-c of the United States Bankruptcy Code, we, Air Products and Chemicals, Inc., herby exercise our right to reclaim goods delivered prior to delivery of this notice and filing of Chapter 11 Bankruptcy. Such goods are as follows:

| Delivery Date | Invoice   | Amount    | Product         |
|---------------|-----------|-----------|-----------------|
| 9/29/2005     | 903605364 | $1844.71  | Liquid Nitrogen |
| Total         |           | $1844.71  |                 |

Persuant to this notice, such goods should be held for our reclamation and not used or processed.

Thomas L. Jacob
Credit Manager

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098


RECEIVED OCT 14 2005 U.S BANKRUPTCY COURT SO. DIST. OF NEW YORK

FedEx | Ship Manager | Label 7917 5446 2263                                                               Page 1 of 1

From: Origin ID: (610)481-6069
TOM JACOB
AIR PRODUCTS & CHEMICALS-MLRM
7201 HAMILTON BOULEVARD

ALLENTOWN, PA 18195



Ship Date: 13OCT05
ActWgt: 1 LB
System#: 4218524/INET2300
Account#: S *********

REF: us10039

SHIP TO: (212)668-2870     BILL SENDER
**Chief Clerk
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 100041408**



Delivery Address Bar Code





**PRIORITY OVERNIGHT**                               **FRI**
TRK#  **7917 5446 2263**    FORM 0201    Deliver By: 14OCT05
                                                         EWR    A1

10004    -NY-US             **Z1 SXYA**



Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/cgi-bin/ship_it/unity/7CjQv6HbWr2GcXt8ChRy8AhQq0AeQt3...         10/13/2005