

**TURTLE & HUGHES INC.** FIRST IN THE LONG RUN

ELECTRICAL & INDUSTRIAL DISTRIBUTOR

OCTOBER 11, 2005

JOHN WM. BUTLER JR
DELPHI AUTOMOTIVE ATTORNEY
333 WEST WACKER DR
CHICAGO IL  60606-1285
(312) 407-0730

    re:  ACCOUNT # 110365

Gentlemen/Ladies:

We received notice today of a bankruptcy petition filed for your company in the SOUTHERN DISTRICT OF NY BANKRUPTCY COURT , case no. 05-44481, filing date 10/08/05.

Under Uniform Commercial Code article 2-702, we hereby make a reclamation claim for goods delivered to your company in the 10 day period prior to the bankruptcy petition.  We demand return of or payment for the following invoices:

SEE ATTCAHED STATEMENT OF ACCOUNT-TOTAL DUE FOR THIS PERIOD
                $43,131.57

Please advise at your earliest convenience whether you will be making return arrangements, or if payment will be forthcoming.

We also advise you that all transactions going forward will be on a COD or cash in advance basis until further review of the account.

Thank you for your anticipated cooperation.  You can contact me at (732) 574-3600 x311

Very truly yours,

TURTLE & HUGHES INC.

*Wendy Sullivan-Yafchak*

WENDY SULLIVAN-YAFCHAK

RECEIVED
OCT 1 4 2005
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

enc. invoice copies
cc: US Bankruptcy Court Trustee, SOUTHERN DISTRICT OF NEW YORK

# STATEMENT

AS OF 10/10/05  PAGE 1

**TURTLE & HUGHES, INC.**
**1900 LOWER ROAD  LINDEN, NJ 07036**                          NJ 07036

salesperson   702  ALAN SCHLECTER
**CUSTOMER   110365**
               DELPHI AUTOMOTIVE SYSTEMS
               DISBURSEMENT ANALYSIS
               P.O. BOX 1550
               FLINT     MI 48501-1550
               CHAPTER 11

| DATE | INVOICE# TAG | ORDER# | YOUR REFERENCE# | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---:|---:|---:|
| 08/01/05 | 534211-037 | 037-X82383 | 118559 | 83.25 | | 83.25 |
| 08/01/05 | 534213-037 | 037-X82827 | CRIB REPLENISHMENT | 289.30 | | 372.55 |
| 08/01/05 | 534216-037 | 037-X83420 | CRIB REPLENISHMENT | 261.64 | | 634.19 |
| 08/02/05 | 37034-007 | 007-X83382 | FLAT STOCK FREE IS | 192.60 | | 826.79 |
| 08/02/05 | 37041-007 | 007-X84457 | FLAT STOCK FREE IS | 1376.40 | | 2203.19 |
| 08/02/05 | 37042-007 | 007-X84729 | CRIB REPLENISHMENT | 148.20 | | 2351.39 |
| 08/02/05 | 37080-007 | 007-X88400 | CRIB REPLENISHMENT | 67.20 | | 2418.59 |
| 08/02/05 | 37081-007 | 007-X88400 | CRIB REPLENISHMENT | 75.60 | | 2494.19 |
| 08/02/05 | 37082-007 | 007-X88400 | CRIB REPLENISHMENT | 98.64 | | 2592.83 |
| 08/02/05 | 534425-037 | 037-X67809 | CRIB REPLENISHMENT | 155.00 | | 2747.83 |
| 08/02/05 | 534431-037 | 037-X80766 | 118630 | 77.20 | | 2825.03 |
| 08/02/05 | 534438-037 | 037-X82827 | CRIB REPLENISHMENT | 936.00 | | 3761.03 |
| 08/02/05 | 534563-037 | 037-X88400 | CRIB REPLENISHMENT | 69.20 | | 3830.23 |
| 08/02/05 | 534607-037 | 037-X83420 | CRIB REPLENISHMENT | 36.00 | | 3866.23 |
| 08/03/05 | 37247-007 | 007-X87882 | O RING FREE ISSUE | 85.27 | | 3951.50 |
| 08/03/05 | 37259-007 | 007-X89066 | 118715 | 102.00 | | 4053.50 |
| 08/03/05 | 37366-007 | 007-X40065 | 118040 | 228.00 | | 4281.50 |
| 08/03/05 | 535121-037 | 037-X89484 | CRIB REPLENISHMENT | 653.00 | | 4934.50 |
| 08/03/05 | 535199-037 | 037-X90115 | CRIB REPLENISHMENT | 105.67 | | 5040.17 |
| 08/04/05 | 37487-007 | 007-X83403 | CRIB REPLENISHMENT | 578.86 | | 5619.03 |
| 08/04/05 | 37500-007 | 007-X88400 | CRIB REPLENISHMENT | 170.00 | | 5789.03 |
| 08/04/05 | 37504-007 | 007-X89898 | 118717 | 37.10 | | 5826.13 |
| 08/04/05 | 37505-007 | 007-X89908 | 118716 | 190.00 | | 6016.13 |
| 08/04/05 | 37507-007 | 007-X90115 | CRIB REPLENISHMENT | 326.40 | | 6342.53 |
| 08/04/05 | 37545-007 | 007-X89005 | O RING FREE ISSUE | 433.63 | | 6776.16 |
| 08/04/05 | 37547-007 | 007-X89860 | 118696 | 180.00 | | 6956.16 |
| 08/04/05 | 535332-037 | 037-X84796 | 118632 | 2040.00 | | 8996.16 |
| 08/05/05 | 37610-007 | 007-X84154 | FLAT STOCK FREE IS | 4574.90 | | 13571.06 |
| 08/05/05 | 37618-007 | 007-X88400 | CRIB REPLENISHMENT | 171.40 | | 13742.46 |
| 08/05/05 | 37634-007 | 007-X89877 | 118658 | 118.40 | | 13860.86 |
| 08/05/05 | 37635-007 | 007-X89946 | CRIB REPLENISHMENT | 1835.00 | | 15695.86 |
| 08/05/05 | 37638-007 | 007-X90563 | CRIB REPLENISHMENT | 118.12 | | 15813.98 |
| 08/05/05 | 37686-007 | 007-X92033 | CRIB REPLENISHMENT | 30.00 | | 15843.98 |
| 08/05/05 | 37703-007 | 007-X91078 | CRIB REPLENISHMENT | 270.00 | | 16113.98 |
| 08/08/05 | 37760-007 | 007-X52934 | CRIB REPLENISHMENT | 178.20 | | 16292.18 |
| 08/08/05 | 37807-007 | 007-X92437 | 118733 | 201.60 | | 16493.78 |

**** CONT'D ****

*see page 9*

# STATEMENT

AS OF 10/10/05  PAGE 2

**TURTLE & HUGHES, INC.**
1900 LOWER ROAD  LINDEN, NJ 07036                    NJ 07036

salesperson  702  ALAN SCHLECTER
CUSTOMER  110365
        DELPHI AUTOMOTIVE SYSTEMS
        DISBURSEMENT ANALYSIS
        P.O. BOX 1550
        FLINT     MI 48501-1550
        CHAPTER 11

| DATE | INVOICE# TAG | ORDER# | YOUR REFERENCE# | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 08/08/05 | 37930-007 | 007-X88688 | 118681 | 94.40 | | 16588.18 |
| 08/08/05 | 37946-007 | 007-X89418 | CRIB REPLENISHMENT | 4140.00 | | 20728.18 |
| 08/08/05 | 536106-037 | 037-X82827 | CRIB REPLENISHMENT | 812.00 | | 21540.18 |
| 08/08/05 | 536107-037 | 037-X83420 | CRIB REPLENISHMENT | 656.25 | | 22196.43 |
| 08/08/05 | 536256-037 | 037-X92033 | CRIB REPLENISHMENT | 115.20 | | 22311.63 |
| 08/08/05 | 536315-037 | 037-X88400 | CRIB REPLENISHMENT | 433.95 | | 22745.58 |
| 08/09/05 | 37977-007 | 007-X81356 | 118636 | 598.80 | | 23344.38 |
| 08/09/05 | 37986-007 | 007-X91945 | FLAT STOCK FREE IS | 1021.00 | | 24365.38 |
| 08/09/05 | 38127-007 | 007-X89427 | CRIB REPLENISHMENT | 145.60 | | 24510.98 |
| 08/09/05 | 536456-037 | 037-X93129 | CRIB REPLENISHMENT | 101.70 | | 24612.68 |
| 08/10/05 | 38154-007 | 007-X86765 | O RING FREE ISSUE | 372.45 | | 24985.13 |
| 08/10/05 | 38158-007 | 007-X89005 | O RING FREE ISSUE | 37.30 | | 25022.43 |
| 08/10/05 | 38163-007 | 007-X89877 | 118658 | 1260.00 | | 26282.43 |
| 08/10/05 | 38164-007 | 007-X90072 | FLAT STOCK FREE IS | 2615.50 | | 28897.93 |
| 08/10/05 | 38165-007 | 007-X90115 | CRIB REPLENISHMENT | 48.00 | | 28945.93 |
| 08/10/05 | 38166-007 | 007-X90436 | CRIB RELENISHMENT | 823.90 | | 29769.83 |
| 08/10/05 | 38172-007 | 007-X92033 | CRIB REPLENISHMENT | 183.40 | | 29953.23 |
| 08/10/05 | 38174-007 | 007-X92421 | 118742 | 297.50 | | 30250.73 |
| 08/10/05 | 38259-007 | 007-X91498 | CRIB REPLENISHMENT | 4613.64 | | 34864.37 |
| 08/10/05 | 536900-037 | 037-X94629 | CRIB REPLENISHMENT | 1646.48 | | 36510.85 |
| 08/10/05 | 536931-037 | 037-X95007 | CRIB REPLENISHMENT | 240.00 | | 36750.85 |
| 08/10/05 | 536964-037 | 037-X95157 | CRIB REPLENISHMENT | 1597.80 | | 38348.65 |
| 08/10/05 | 537003-037 | 037-X82812 | 118653 | 836.00 | | 39184.65 |
| 08/10/05 | 537206-037 | 037-X85613 | 118680 | 276.00 | | 39460.65 |
| 08/11/05 | 38356-007 | 007-X88400 | CRIB REPLENISHMENT | 249.00 | | 39709.65 |
| 08/11/05 | 38361-007 | 007-X93129 | CRIB REPLENISHMENT | 350.00 | | 40059.65 |
| 08/11/05 | 38384-007 | 007-X94959 | 118739 | 246.00 | | 40305.65 |
| 08/11/05 | 38387-007 | 007-X95091 | FREE ISSUE | 27.41 | | 40333.06 |
| 08/11/05 | 537311-037 | 037-X89877 | 118658 | 2390.00 | | 42723.06 |
| 08/11/05 | 537331-037 | 037-X95157 | CRIB REPLENISHMENT | 422.00 | | 43145.06 |
| 08/11/05 | 537428-037 | 037-X95007 | CRIB REPLENISHMENT | 200.00 | | 43345.06 |
| 08/11/05 | 537451-037 | 037-X95785 | CRIB REPLENISHMENT | 132.50 | | 43477.56 |
| 08/11/05 | 537541-037 | 037-X93194 | CRIB REPLENISHMENT | 270.00 | | 43747.56 |
| 08/11/05 | 537556-037 | 037-X95397 | 118747 | 418.00 | | 44165.56 |
| 08/11/05 | 537571-037 | 037-X95759 | CRIB REPLENISHMENT | 51.84 | | 44217.40 |
| 08/12/05 | 38671-007 | 007-X93129 | CRIB REPLENISHMENT | 230.00 | | 44447.40 |

**** CONT'D ****

# STATEMENT

AS OF 10/10/05 PAGE 3

**TURTLE & HUGHES, INC.**
**1900 LOWER ROAD  LINDEN, NJ 07036**                        NJ 07036

salesperson   702  ALAN SCHLECTER
CUSTOMER   110365
            DELPHI AUTOMOTIVE SYSTEMS
            DISBURSEMENT ANALYSIS
            P.O. BOX 1550
            FLINT      MI 48501-1550
            CHAPTER 11

| DATE | INVOICE# TAG | ORDER# | YOUR REFERENCE# | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---:|---:|---:|
| 08/12/05 | 38672-007 | 007-X95007 | CRIB REPLENISHMENT | 285.93 | | 44733.33 |
| 08/12/05 | 38680-007 | 007-X97212 | 118763 | 242.00 | | 44975.33 |
| 08/12/05 | 38720-007 | 007-X83064 | 1 | 382.00 | | 45357.33 |
| 08/12/05 | 38723-007 | 007-X88746 | 118637 | 1100.00 | | 46457.33 |
| 08/12/05 | 537741-037 | 037-X92033 | CRIB REPLENISHMENT | 1216.00 | | 47673.33 |
| 08/12/05 | 537743-037 | 037-X92070 | CRIB REPLENISHMENT | 39.60 | | 47712.93 |
| 08/12/05 | 537804-037 | 037-X96896 | PIPE FITTING FREE | 41.25 | | 47754.18 |
| 08/15/05 | 38781-007 | 007-X94529 | CRIB REPLENISHMENT | 1420.00 | | 49174.18 |
| 08/15/05 | 38782-007 | 007-X94567 | CRIB REPLENISHMENT | 2000.00 | | 51174.18 |
| 08/15/05 | 38796-007 | 007-X97043 | PIPE FITTING FREE | 491.15 | | 51665.33 |
| 08/15/05 | 38803-007 | 007-X97333 | 118761 | 101.60 | | 51766.93 |
| 08/15/05 | 38814-007 | 007-X97816 | CRIB REPLENISHMENT | 512.50 | | 52279.43 |
| 08/15/05 | 38815-007 | 007-X97816 | CRIB REPLENISHMENT | 147.96 | | 52427.39 |
| 08/15/05 | 38946-007 | 007-X89806 | 118718 | 457.20 | | 52884.59 |
| 08/15/05 | 38967-007 | 007-X98045 | 118773 | 391.00 | | 53275.59 |
| 08/15/05 | 538051-037 | 037-X80766 | 118630 | 256.50 | | 53532.09 |
| 08/15/05 | 538061-037 | 037-X92070 | CRIB REPLENISHMENT | 372.20 | | 53904.29 |
| 08/15/05 | 538135-037 | 037-X84729 | CRIB REPLENISHMENT | 598.50 | | 54502.79 |
| 08/15/05 | 538232-037 | 037-X97816 | CRIB REPLENISHMENT | 1603.20 | | 56105.99 |
| 08/15/05 | 538246-037 | 037-X98052 | HOSE CLAMP FREE IS | 107.30 | | 56213.29 |
| 08/15/05 | 538262-037 | 037-X98225 | CRIB REPLENISHMENT | 100.00 | | 56313.29 |
| 08/16/05 | 38991-007 | 007-X86765 | O RING FREE ISSUE | 33.20 | | 56346.49 |
| 08/16/05 | 39018-007 | 007-X97250 | STEEL STOCK FREE I | 2423.00 | | 58769.49 |
| 08/16/05 | 39019-007 | 007-X97274 | STEEL STOCK FREE I | 770.00 | | 59539.49 |
| 08/16/05 | 538654-037 | 037-X99657 | CRIB REPLENISHMENT | 174.59 | | 59714.08 |
| 08/16/05 | 538673-037 | 037-X82326 | PIPE FITTING FREE | 92.50 | | 59806.58 |
| 08/16/05 | 538863-037 | 037-X96496 | 118760 | 1730.00 | | 61536.58 |
| 08/17/05 | 39194-007 | 007-X94959 | 118739 | 123.00 | | 61659.58 |
| 08/17/05 | 39212-007 | 007-X97816 | CRIB REPLENISHMENT | 58.50 | | 61718.08 |
| 08/17/05 | 39213-007 | 007-X97816 | CRIB REPLENISHMENT | 930.00 | | 62648.08 |
| 08/17/05 | 39221-007 | 007-X99016 | CRIB REPLENISHMENT | 350.00 | | 62998.08 |
| 08/17/05 | 39230-007 | 007-X99909 | CRIB REPLENISHMENT | 85.20 | | 63083.28 |
| 08/17/05 | 39231-007 | 007-X99909 | CRIB REPLENISHMENT | 72.60 | | 63155.88 |
| 08/17/05 | 539104-037 | 037-X92070 | CRIB REPLENISHMENT | 68.10 | | 63223.98 |
| 08/18/05 | 39366-007 | 007-X87882 | O RING FREE ISSUE | 30.33 | | 63254.31 |
| 08/18/05 | 39374-007 | 007-X95007 | CRIB REPLENISHMENT | 270.31 | | 63524.62 |

**** CONT'D ****

# STATEMENT

AS OF 10/10/05  PAGE 4

**TURTLE & HUGHES, INC.**
**1900 LOWER ROAD  LINDEN, NJ 07036**                     NJ 07036

salesperson  702  ALAN SCHLECTER
**CUSTOMER**   110365
          DELPHI AUTOMOTIVE SYSTEMS
          DISBURSEMENT ANALYSIS
          P.O. BOX 1550
          FLINT     MI 48501-1550
          CHAPTER 11

| DATE | INVOICE# TAG | ORDER# | YOUR REFERENCE# | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---:|---|---:|
| 08/18/05 | 39387-007  | 007-X98225 | CRIB REPLENISHMENT | 823.90 | | 64348.52 |
| 08/18/05 | 39405-007  | 007-Y01056 | CRIB REPLENISHMENT | 183.40 | | 64531.92 |
| 08/18/05 | 39406-007  | 007-Y01056 | CRIB REPLENISHMENT | 39.48 | | 64571.40 |
| 08/18/05 | 39407-007  | 007-Y01056 | CRIB REPLENISHMENT | 63.10 | | 64634.50 |
| 08/18/05 | 539397-037 | 037-X95759 | CRIB REPLENISHMENT | 144.00 | | 64778.50 |
| 08/18/05 | 539527-037 | 037-X95759 | CRIB REPLENISHMENT | 935.70 | | 65714.20 |
| 08/18/05 | 539528-037 | 037-X95759 | CRIB REPLENISHMENT | 505.00 | | 66219.20 |
| 08/18/05 | 539537-037 | 037-X99657 | CRIB REPLENISHMENT | 44.98 | | 66264.18 |
| 08/18/05 | 539585-037 | 037-Y01056 | CRIB REPLENISHMENT | 9.90 | | 66274.08 |
| 08/19/05 | 39541-007  | 007-X92070 | CRIB REPLENISHMENT | 7136.00 | | 73410.08 |
| 08/19/05 | 39554-007  | 007-X97816 | CRIB REPLENISHMENT | 115.60 | | 73525.68 |
| 08/19/05 | 39555-007  | 007-X97816 | CRIB REPLENISHMENT | 869.07 | | 74394.75 |
| 08/19/05 | 39556-007  | 007-X97816 | CRIB REPLENISHMENT | 102.50 | | 74497.25 |
| 08/19/05 | 39560-007  | 007-X98225 | CRIB REPLENISHMENT | 555.75 | | 75053.00 |
| 08/19/05 | 39570-007  | 007-Y01056 | CRIB REPLENISHMENT | 134.00 | | 75187.00 |
| 08/19/05 | 39706-007  | 007-X92461 | 118734 | 457.20 | | 75644.20 |
| 08/19/05 | 539879-037 | 037-X95157 | CRIB REPLENISHMENT | 114.70 | | 75758.90 |
| 08/22/05 | 39783-007  | 007-X94973 | 118744 | 77.50 | | 75836.40 |
| 08/22/05 | 39787-007  | 007-X98198 | CRIB REPLENISHMENT | 900.00 | | 76736.40 |
| 08/22/05 | 39788-007  | 007-X98999 | CRIB REPLENISHMENT | 246.00 | | 76982.40 |
| 08/22/05 | 39792-007  | 007-Y00142 | CRIB REPLENISHMENT | 1022.00 | | 78004.40 |
| 08/22/05 | 39814-007  | 007-Y02988 | CRIB REPLENISHMENT | 98.64 | | 78103.04 |
| 08/22/05 | 39882-007  | 007-Y02988 | CRIB REPLENISHMENT | 21.97 | | 78125.01 |
| 08/22/05 | 39884-007  | 007-Y03591 | 118806 | 95.50 | | 78220.51 |
| 08/22/05 | 39914-007  | 007-Y04974 | 118809 | 25.35 | | 78245.86 |
| 08/22/05 | 540226-037 | 037-X95759 | CRIB REPLENISHMENT | 505.00 | | 78750.86 |
| 08/22/05 | 540285-037 | 037-Y03222 | CRIB REPLENISHMENT | 366.55 | | 79117.41 |
| 08/22/05 | 540432-037 | 037-Y02988 | CRIB REPLENISHMENT | 82.35 | | 79199.76 |
| 08/22/05 | 540433-037 | 037-Y03026 | CRIB REPLENISHMENT | 270.00 | | 79469.76 |
| 08/23/05 | 40003-007  | 007-Y00142 | CRIB REPLENISHMENT | 3461.75 | | 82931.51 |
| 08/23/05 | 40006-007  | 007-Y01056 | CRIB REPLENISHMENT | 87.36 | | 83018.87 |
| 08/23/05 | 40015-007  | 007-Y03075 | CRIB REPLENISHMENT | 326.40 | | 83345.27 |
| 08/23/05 | 40035-007  | 007-Y05109 | 118785 | 12.90 | | 83358.17 |
| 08/23/05 | 40039-007  | 007-Y05137 | 118811 | 791.50 | | 84149.67 |
| 08/23/05 | 40091-007  | 007-Y04395 | CRIB REPLENISHMENT | 25.20 | | 84174.87 |
| 08/23/05 | 40132-007  | 007-X90170 | 118586 | 900.00 | | 85074.87 |

**** CONT'D ****

# STATEMENT

AS OF 10/10/05 PAGE 5

**TURTLE & HUGHES, INC.**
**1900 LOWER ROAD  LINDEN, NJ 07036**                    NJ 07036

salesperson  702  ALAN SCHLECTER
**CUSTOMER   110365**
           **DELPHI AUTOMOTIVE SYSTEMS**
           **DISBURSEMENT ANALYSIS**
           **P.O. BOX 1550**
           **FLINT     MI 48501-1550**
           **CHAPTER 11**

| DATE | INVOICE# TAG | ORDER# | YOUR REFERENCE# | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 08/23/05 | 540788-037 | 037-Y04395 | CRIB REPLENISHMENT | 1503.58 | | 86578.45 |
| 08/23/05 | 540855-037 | 037-Y04978 | 118814 | 135.20 | | 86713.65 |
| 08/24/05 | 40199-007 | 007-X99657 | CRIB REPLENISHMENT | 735.00 | | 87448.65 |
| 08/24/05 | 40206-007 | 007-Y02988 | CRIB REPLENISHMENT | 930.00 | | 88378.65 |
| 08/24/05 | 40217-007 | 007-Y04981 | 118810 | 105.00 | | 88483.65 |
| 08/24/05 | 40218-007 | 007-Y05137 | 118811 | 296.00 | | 88779.65 |
| 08/24/05 | 40270-007 | 007-Y06381 | 118816 | 9.60 | | 88789.25 |
| 08/25/05 | 40424-007 | 007-X99069 | CRIB REPLENISHMENT | 176.00 | | 88965.25 |
| 08/25/05 | 40450-007 | 007-Y06429 | 118815 | 123.00 | | 89088.25 |
| 08/25/05 | 40453-007 | 007-Y06648 | 118833 | 43.80 | | 89132.05 |
| 08/25/05 | 40454-007 | 007-Y06755 | CRIB REPLENISHMENT | 284.40 | | 89416.45 |
| 08/25/05 | 541468-037 | 037-Y06517 | 118827 | 144.30 | | 89560.75 |
| 08/25/05 | 541496-037 | 037-Y06755 | CRIB REPLENISHMENT | 38.45 | | 89599.20 |
| 08/25/05 | 541568-037 | 037-X95157 | CRIB REPLENISHMENT | 175.60 | | 89774.80 |
| 08/25/05 | 541576-037 | 037-X99016 | CRIB REPLENISHMENT | 3470.00 | | 93244.80 |
| 08/25/05 | 541637-037 | 037-Y06438 | 118829 | 923.50 | | 94168.30 |
| 08/25/05 | 541671-037 | 037-X95759 | CRIB REPLENISHMENT | 509.80 | | 94678.10 |
| 08/26/05 | 40601-007 | 007-Y04395 | CRIB REPLENISHMENT | 239.00 | | 94917.10 |
| 08/26/05 | 40603-007 | 007-Y06517 | 118827 | 3350.30 | | 98267.40 |
| 08/26/05 | 541845-037 | 037-X99016 | CRIB REPLENISHMENT | 600.00 | | 98867.40 |
| 08/26/05 | 541880-037 | 037-Y07379 | 118848 | 94.00 | | 98961.40 |
| 08/26/05 | 542045-037 | 037-Y01056 | CRIB REPLENISHMENT | 39.60 | | 99001.00 |
| 08/26/05 | 542066-037 | 037-Y04395 | CRIB REPLENISHMENT | 47.60 | | 99048.60 |
| 08/29/05 | 40716-007 | 007-X97816 | CRIB REPLENISHMENT | 63.00 | | 99111.60 |
| 08/29/05 | 40727-007 | 007-Y05109 | 118785 | 144.00 | | 99255.60 |
| 08/29/05 | 40729-007 | 007-Y05330 | 118812 | 222.00 | | 99477.60 |
| 08/29/05 | 40734-007 | 007-Y06755 | CRIB REPLENISHMENT | 299.20 | | 99776.80 |
| 08/29/05 | 40915-007 | 007-Y04515 | CRIB REPLENISHMENT | 60.00 | | 99836.80 |
| 08/29/05 | 542306-037 | 037-X95759 | CRIB REPLENISHMENT | 1000.00 | | 100836.80 |
| 08/29/05 | 542325-037 | 037-Y02988 | CRIB REPLENISHMENT | 372.20 | | 101209.00 |
| 08/30/05 | 40973-007 | 007-X90096 | CRIB REPLENISHMENT | 4330.00 | | 105539.00 |
| 08/30/05 | 40987-007 | 007-Y05399 | 118813 | 81.60 | | 105620.60 |
| 08/30/05 | 40994-007 | 007-Y07381 | 118832 | 1160.00 | | 106780.60 |
| 08/30/05 | 41019-007 | 007-Y09985 | CRIB REPLENISHMENT | 284.40 | | 107065.00 |
| 08/30/05 | 41145-007 | 007-Y06578 | CRIB REPLENISHMENT | 404.00 | | 107469.00 |
| 08/30/05 | 542710-037 | 037-Y09878 | CRIB REPLENISHMENT | 94.40 | | 107563.40 |

**** CONT'D ****

# STATEMENT

AS OF 10/10/05 PAGE 6

**TURTLE & HUGHES, INC.**
1900 LOWER ROAD  LINDEN, NJ 07036                     NJ 07036

salesperson   702  ALAN SCHLECTER
CUSTOMER   110365
          DELPHI AUTOMOTIVE SYSTEMS
          DISBURSEMENT ANALYSIS
          P.O. BOX 1550
          FLINT      MI 48501-1550
          CHAPTER 11

| DATE | INVOICE# TAG | ORDER# | YOUR REFERENCE# | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---:|---:|---:|
| 08/30/05 | 542975-037 | 037-Y06424 | 118823 | 1575.00 | | 109138.40 |
| 08/30/05 | 543050-037 | 037-Y11057 | CRIB REPLENISHMENT | 153.70 | | 109292.10 |
| 08/31/05 | 41224-007 | 007-Y11057 | CRIB REPLENISHMENT | 106.60 | | 109398.70 |
| 08/31/05 | 41312-007 | 007-Y06755 | CRIB REPLENISHMENT | 249.00 | | 109647.70 |
| 08/31/05 | 41355-007 | 007-X97659 | 118755 | 8100.00 | | 117747.70 |
| 08/31/05 | 41359-007 | 007-Y06424 | 118823 | 1209.00 | | 118956.70 |
| 08/31/05 | 543262-037 | 037-X95759 | CRIB REPLENISHMENT | 1000.00 | | 119956.70 |
| 08/31/05 | 543468-037 | 037-Y11829 | 118871 | 306.00 | | 120262.70 |
| 08/31/05 | 543531-037 | 037-Y12125 | CRIB REPLENISHMENT | 372.13 | | 120634.83 |
| 09/01/05 | 41381-007 | 007-X89946 | CRIB REPLENISHMENT | 1835.00 | | 122469.83 |
| 09/01/05 | 41385-007 | 007-X98198 | CRIB REPLENISHMENT | 4990.00 | | 127459.83 |
| 09/01/05 | 41398-007 | 007-Y09672 | CRIB REPLENISHMENT | 1089.00 | | 128548.83 |
| 09/01/05 | 41403-007 | 007-Y11057 | CRIB REPLENISHMENT | 1694.00 | | 130242.83 |
| 09/01/05 | 41419-007 | 007-Y11830 | 118874 | 47.50 | | 130290.33 |
| 09/01/05 | 41483-007 | 007-Y02988 | CRIB REPLENISHMENT | 11.83 | | 130302.16 |
| 09/01/05 | 41519-007 | 007-Y05522 | CRIB REPLENISHMENT | 56.40 | | 130358.56 |
| 09/01/05 | 41531-007 | 007-Y09700 | CRIB REPLENISHMENT | 198.00 | | 130556.56 |
| 09/01/05 | 543610-037 | 037-X99016 | CRIB REPLENISHMENT | 605.00 | | 131161.56 |
| 09/01/05 | 543647-037 | 037-Y06438 | 118829 | 89.20 | | 131250.76 |
| 09/01/05 | 543648-037 | 037-Y06438 | 118829 | 246.00 | | 131496.76 |
| 09/01/05 | 543709-037 | 037-Y11830 | 118874 | 16.80 | | 131513.56 |
| 09/02/05 | 41559-007 | 007-X98225 | CRIB REPLENISHMENT | 225.00 | | 131738.56 |
| 09/02/05 | 41587-007 | 007-Y11057 | CRIB REPLENISHMENT | 289.50 | | 132028.06 |
| 09/02/05 | 543945-037 | 037-X84796 | 118632 | 3060.00 | | 135088.06 |
| 09/02/05 | 543954-037 | 037-X97816 | CRIB REPLENISHMENT | 102.00 | | 135190.06 |
| 09/02/05 | 543960-037 | 037-Y01056 | CRIB REPLENISHMENT | 155.00 | | 135345.06 |
| 09/02/05 | 544154-037 | 037-Y13565 | CRIB REPLENISHMENT | 947.00 | | 136292.06 |
| 09/06/05 | 41734-007 | 007-X83693 | CRIB REPLENISHMENT | 162.00 | | 136454.06 |
| 09/06/05 | 41736-007 | 007-X95007 | CRIB REPLENISHMENT | 208.00 | | 136662.06 |
| 09/06/05 | 41738-007 | 007-X97816 | CRIB REPLENISHMENT | 572.00 | | 137234.06 |
| 09/06/05 | 41752-007 | 007-Y09985 | CRIB REPLENISHMENT | 540.00 | | 137774.06 |
| 09/06/05 | 41891-007 | 007-Y09683 | 118831 | 840.00 | | 138614.06 |
| 09/06/05 | 41892-007 | 007-Y09700 | CRIB REPLENISHMENT | 514.80 | | 139128.86 |
| 09/06/05 | 41896-007 | 007-Y11611 | 118877 | 1465.50 | | 140594.36 |
| 09/06/05 | 544322-037 | 037-Y06755 | CRIB REPLENISHMENT | 56.40 | | 140650.76 |
| 09/06/05 | 544451-037 | 037-Y13988 | CRIB REPLENISHMENT | 567.20 | | 141217.96 |

**** CONT'D ****

# STATEMENT

AS OF 10/10/05 PAGE 7

**TURTLE & HUGHES, INC.**
**1900 LOWER ROAD  LINDEN, NJ 07036**                          NJ 07036

salesperson  702  ALAN SCHLECTER
CUSTOMER  110365
           DELPHI AUTOMOTIVE SYSTEMS
           DISBURSEMENT ANALYSIS
           P.O. BOX 1550
           FLINT    MI 48501-1550
           CHAPTER 11

| DATE | INVOICE# TAG  ORDER# | YOUR REFERENCE# | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|
| 09/07/05 | 41923-007 | 007-Y09985 CRIB REPLENISHMENT | 86.70 | | 141304.66 |
| 09/07/05 | 41925-007 | 007-Y11057 CRIB REPLENISHMENT | 91.00 | | 141395.66 |
| 09/07/05 | 544657-037 | 037-Y11057 CRIB REPLENISHMENT | 68.10 | | 141463.76 |
| 09/08/05 | 42086-007 | 007-X95007 CRIB REPLENISHMENT | 87.00 | | 141550.76 |
| 09/08/05 | 42091-007 | 007-Y04395 CRIB REPLENISHMENT | 260.00 | | 141810.76 |
| 09/08/05 | 42131-007 | 007-Y16616 CRIB REPLENISHMENT | 103.60 | | 141914.36 |
| 09/08/05 | 42212-007 | 007-Y09667 CRIB REPLENISHMENT | 1452.00 | | 143366.36 |
| 09/08/05 | 42227-007 | 007-Y14744 CRIB REPLENISHMENT | 256.00 | | 143622.36 |
| 09/08/05 | 544993-037 | 037-Y01056 CRIB REPLENISHMENT | 440.00 | | 144062.36 |
| 09/08/05 | 545022-037 | 037-Y11057 CRIB REPLENISHMENT | 387.70 | | 144450.06 |
| 09/08/05 | 545241-037 | 037-Y16616 CRIB REPLENISHMENT | 326.02 | | 144776.08 |
| 09/09/05 | 545508-037 | 037-Y17032 CRIB REPLENISHMENT | 145.00 | | 144921.08 |
| 09/09/05 | 545517-037 | 037-Y17079 CRIB REPLENISHMENT | 155.00 | | 145076.08 |
| 09/09/05 | 545553-037 | 037-Y17220 PIPE FITTING FREE | 201.40 | | 145277.48 |
| 09/09/05 | 545600-037 | 037-Y17426 118904 | 221.20 | | 145498.68 |
| 09/09/05 | 545666-037 | 037-Y17717 118913 | 77.50 | | 145576.18 |
| 09/12/05 | 42406-007 | 007-Y06389 118826 | 4174.00 | | 149750.18 |
| 09/12/05 | 42436-007 | 007-Y18072 CRIB REPLENISHMENT | 48.00 | | 149798.18 |
| 09/12/05 | 42503-007 | 007-Y09985 CRIB REPLENISHMENT | 134.30 | | 149932.48 |
| 09/12/05 | 42579-007 | 007-Y14264 CRIB REPLENISHMENT | 542.28 | | 150474.76 |
| 09/12/05 | 42584-007 | 007-Y14427 118882 | 555.00 | | 151029.76 |
| 09/12/05 | 545862-037 | 037-Y11829 118871 | 102.00 | | 151131.76 |
| 09/12/05 | 545984-037 | 037-Y18159 PIPE FREE ISSUE | 451.50 | | 151583.26 |
| 09/12/05 | 545990-037 | 037-Y18203 CRIB REPLENISHMENT | 194.40 | | 151777.66 |
| 09/12/05 | 546052-037 | 037-Y18545 CRIB REPLENISHMENT | 199.85 | | 151977.51 |
| 09/13/05 | 42644-007 | 007-Y17666 FLAT STOCK FREE IS | 767.95 | | 152745.46 |
| 09/13/05 | 42646-007 | 007-Y18072 CRIB REPLENISHMENT | 21.97 | | 152767.43 |
| 09/13/05 | 42762-007 | 007-Y05109 118785 | 179.10 | | 152946.53 |
| 09/13/05 | 546320-037 | 037-Y19380 CRIB REPLENISHMENT | 70.50 | | 153017.03 |
| 09/13/05 | 546350-037 | 037-Y19638 118928 | 40.00 | | 153057.03 |
| 09/13/05 | 546401-037 | 037-Y19820 118923 | 2.70 | | 153059.73 |
| 09/13/05 | 546582-037 | 037-Y16616 CRIB REPLENISHMENT | 99.50 | | 153159.23 |
| 09/14/05 | 42793-007 | 007-Y04395 CRIB REPLENISHMENT | 738.90 | | 153898.13 |
| 09/14/05 | 42797-007 | 007-Y09985 CRIB REPLENISHMENT | 1760.00 | | 155658.13 |
| 09/14/05 | 42803-007 | 007-Y17032 CRIB REPLENISHMENT | 1958.00 | | 157616.13 |
| 09/14/05 | 42810-007 | 007-Y18072 CRIB REPLENISHMENT | 134.00 | | 157750.13 |

**** CONT'D ****

# STATEMENT

AS OF 10/10/05 PAGE 8

**TURTLE & HUGHES, INC.**
1900 LOWER ROAD  LINDEN, NJ 07036                             NJ 07036

salesperson  702 ALAN SCHLECTER
CUSTOMER   110365
           DELPHI AUTOMOTIVE SYSTEMS
           DISBURSEMENT ANALYSIS
           P.O. BOX 1550
           FLINT     MI 48501-1550
           CHAPTER 11

| DATE | INVOICE# TAG | ORDER# | YOUR REFERENCE# | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 09/14/05 | 42816-007 | 007-Y19146 | 118911 | 63.30 | | 157813.43 |
| 09/14/05 | 42817-007 | 007-Y19183 | 118903 | 117.60 | | 157931.03 |
| 09/14/05 | 42818-007 | 007-Y19183 | 118903 | 166.20 | | 158097.23 |
| 09/14/05 | 546704-037 | 037-Y13565 | CRIB REPLENISHMENT | 304.00 | | 158401.23 |
| 09/14/05 | 546762-037 | 037-Y19380 | CRIB REPLENISHMENT | 152.00 | | 158553.23 |
| 09/15/05 | 42987-007 | 007-Y04395 | CRIB REPLENISHMENT | 610.00 | | 159163.23 |
| 09/15/05 | 42994-007 | 007-Y13988 | CRIB REPLENISHMENT | 205.00 | | 159368.23 |
| 09/15/05 | 42995-007 | 007-Y14418 | 118885 | 100.00 | | 159468.23 |
| 09/15/05 | 42999-007 | 007-Y17032 | CRIB REPLENISHMENT | 169.40 | | 159637.63 |
| 09/15/05 | 43007-007 | 007-Y19253 | 118907 | 362.00 | | 159999.63 |
| 09/15/05 | 43008-007 | 007-Y19380 | CRIB REPLENISHMENT | 72.00 | | 160071.63 |
| 09/15/05 | 43016-007 | 007-Y20365 | 118919 | 139.50 | | 160211.13 |
| 09/15/05 | 43023-007 | 007-Y20905 | PIPE FITTING FREE | 146.20 | | 160357.33 |
| 09/15/05 | 43171-007 | 007-Y14258 | CRIB REPLENISHMENT | 300.60 | | 160657.93 |
| 09/15/05 | 547031-037 | 037-X99016 | CRIB REPLENISHMENT | 4141.00 | | 164798.93 |
| 09/15/05 | 547254-037 | 037-Y21598 | CRIB REPLENISHMENT | 7941.00 | | 172739.93 |
| 09/16/05 | 43221-007 | 007-Y14207 | CRIB REPLENISHMENT | 300.60 | | 173040.53 |
| 09/16/05 | 43226-007 | 007-Y18072 | CRIB REPLENISHMENT | 1395.00 | | 174435.53 |
| 09/16/05 | 43228-007 | 007-Y19146 | 118911 | 135.35 | | 174570.88 |
| 09/16/05 | 43230-007 | 007-Y19253 | 118907 | 144.80 | | 174715.68 |
| 09/16/05 | 43231-007 | 007-Y19380 | CRIB REPLENISHMENT | 80.00 | | 174795.68 |
| 09/16/05 | 547480-037 | 037-X95759 | CRIB REPLENISHMENT | 182.00 | | 174977.68 |
| 09/16/05 | 547546-037 | 037-Y18072 | CRIB REPLENISHMENT | 39.60 | | 175017.28 |
| 09/16/05 | 547659-037 | 037-Y22434 | CRIB REPLENISHMENT | 138.55 | | 175155.83 |
| 09/19/05 | 43407-007 | 007-Y17032 | CRIB REPLENISHMENT | 900.00 | | 176055.83 |
| 09/19/05 | 43408-007 | 007-Y18472 | CRIB REPLENISHMENT | 231.20 | | 176287.03 |
| 09/19/05 | 43409-007 | 007-Y19253 | 118907 | 72.40 | | 176359.43 |
| 09/19/05 | 43410-007 | 007-Y19380 | CRIB REPLENISHMENT | 187.50 | | 176546.93 |
| 09/19/05 | 43429-007 | 007-Y22647 | 118938 | 106.00 | | 176652.93 |
| 09/19/05 | 43558-007 | 007-Y05109 | 118785 | 417.90 | | 177070.83 |
| 09/19/05 | 43567-007 | 007-Y19130 | 118891 | 487.00 | | 177557.83 |
| 09/19/05 | 548018-037 | 037-Y18072 | CRIB REPLENISHMENT | 372.20 | | 177930.03 |
| 09/19/05 | 548084-037 | 037-Y23470 | CRIB REPLENISHMENT | 578.50 | | 178508.53 |
| 09/19/05 | 548168-037 | 037-Y23973 | 118929 | 96.00 | | 178604.53 |
| 09/20/05 | 43616-007 | 007-Y17032 | CRIB REPLENISHMENT | 171.00 | | 178775.53 |
| 09/20/05 | 43620-007 | 007-Y19489 | 118906 | 96.00 | | 178871.53 |

**** CONT'D ****

# STATEMENT

AS OF 10/10/05 PAGE 9

**TURTLE & HUGHES, INC.**
**1900 LOWER ROAD  LINDEN, NJ 07036**                           NJ 07036

salesperson   702  ALAN SCHLECTER
CUSTOMER   110365
         DELPHI AUTOMOTIVE SYSTEMS
         DISBURSEMENT ANALYSIS
         P.O. BOX 1550
         FLINT    MI 48501-1550
         CHAPTER 11

| DATE | INVOICE# TAG | ORDER# | YOUR REFERENCE# | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 09/20/05 | 43623-007 | 007-Y20880 | CRIB REPLENISHMENT | 90.00 | | 178961.53 |
| 09/20/05 | 43628-007 | 007-Y22647 | 118938 | 212.00 | | 179173.53 |
| 09/20/05 | 43630-007 | 007-Y23470 | CRIB REPLENISHMENT | 360.00 | | 179533.53 |
| 09/20/05 | 43631-007 | 007-Y23470 | CRIB REPLENISHMENT | 11.25 | | 179544.78 |
| 09/20/05 | 43636-007 | 007-Y23959 | 118944 | 79.50 | | 179624.28 |
| 09/20/05 | 43637-007 | 007-Y23982 | 118932 | 46.50 | | 179670.78 |
| 09/20/05 | 548544-037 | 037-Y25232 | CRIB REPLENISHMENT | 130.42 | | 179801.20 |
| 09/21/05 | 43797-007 | 007-Y17032 | CRIB REPLENISHMENT | 605.00 | | 180406.20 |
| 09/21/05 | 43806-007 | 007-Y19380 | CRIB REPLENISHMENT | 470.05 | | 180876.25 |
| 09/21/05 | 43807-007 | 007-Y19489 | 118906 | 420.00 | | 181296.25 |
| 09/21/05 | 43812-007 | 007-Y21795 | CRIB REPLENISHMENT | 333.60 | | 181629.85 |
| 09/21/05 | 43850-007 | 007-Y16616 | CRIB REPLENISHMENT | 7136.00 | | 188765.85 |
| 09/21/05 | 43963-007 | 007-Y19139 | 118912 | 410.00 | | 189175.85 |
| 09/21/05 | 548807-037 | 037-Y22434 | CRIB REPLENISHMENT | 123.00 | | 189298.85 |
| 09/21/05 | 549131-037 | 037-Y25810 | CRIB REPLENISHMENT | 127.85 | | 189426.70 |
| 09/22/05 | 43995-007 | 007-Y18472 | CRIB REPLENISHMENT | 450.90 | | 189877.60 |
| 09/22/05 | 44001-007 | 007-Y19489 | 118906 | 1416.00 | | 191293.60 |
| 09/22/05 | 44002-007 | 007-Y19489 | 118906 | 192.00 | | 191485.60 |
| 09/22/05 | 44041-007 | 007-Y25810 | CRIB REPLENISHMENT | 544.00 | | 192029.60 |
| 09/22/05 | 549245-037 | 037-Y17426 | 118904 | 93.05 | | 192122.65 |
| 09/22/05 | 549272-037 | 037-Y21598 | CRIB REPLENISHMENT | 235.00 | | 192357.65 |
| 09/22/05 | 549273-037 | 037-Y21763 | CRIB REPLENISHMENT | 6307.00 | | 198664.65 |
| 09/22/05 | 549321-037 | 037-Y25810 | CRIB REPLENISHMENT | 6307.00 | | 204971.65 |
| 09/23/05 | 44217-007 | 007-Y19380 | CRIB REPLENISHMENT | 6660.00 | | 211631.65 |
| 09/23/05 | 44220-007 | 007-Y20880 | CRIB REPLENISHMENT | 166.20 | | 211797.85 |
| 09/23/05 | 44221-007 | 007-Y20880 | CRIB REPLENISHMENT | 117.60 | | 211915.45 |
| 09/23/05 | 44225-007 | 007-Y22434 | CRIB REPLENISHMENT | 386.00 | | 212301.45 |
| 09/23/05 | 44226-007 | 007-Y22434 | CRIB REPLENISHMENT | 202.00 | | 212503.45 |
| 09/23/05 | 44238-007 | 007-Y25232 | CRIB REPLENISHMENT | 79.50 | | 212582.95 |
| 09/23/05 | 44243-007 | 007-Y25861 | PIPE FITTING FREE | 11.60 | | 212594.55 |
| 09/23/05 | 44405-007 | 007-X92070 | CRIB REPLENISHMENT | | -7136.00 | 205458.55 |
| 09/23/05 | 549731-037 | 037-Y19380 | CRIB REPLENISHMENT | 314.72 | | 205773.27 |
| 09/23/05 | 549774-037 | 037-Y25810 | CRIB REPLENISHMENT | 36.55 | | 205809.82 |
| 09/23/05 | 549851-037 | 037-Y28108 | CRIB REPLENISHMENT | 810.00 | | 206619.82 |
| 09/26/05 | 44424-007 | 007-Y18072 | CRIB REPLENISHMENT | 11.83 | | 206631.65 |
| 09/26/05 | 44430-007 | 007-Y23470 | CRIB REPLENISHMENT | 717.00 | | 207348.65 |

**** CONT'D ****

# STATEMENT

AS OF 10/10/05 PAGE 10

**TURTLE & HUGHES, INC.**
**1900 LOWER ROAD  LINDEN, NJ 07036**                NJ 07036

salesperson   702  ALAN SCHLECTER
CUSTOMER    110365
            DELPHI AUTOMOTIVE SYSTEMS
            DISBURSEMENT ANALYSIS
            P.O. BOX 1550
            FLINT     MI 48501-1550
            CHAPTER 11

| DATE | INVOICE# TAG | ORDER# | YOUR REFERENCE# | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 09/26/05 | 44434-007 | 007-Y25232 | CRIB REPLENISHMENT | 156.00 | | 207504.65 |
| 09/26/05 | 44435-007 | 007-Y25232 | CRIB REPLENISHMENT | 641.00 | | 208145.65 |
| 09/26/05 | 44444-007 | 007-Y28065 | 118969 | 9.05 | | 208154.70 |
| 09/26/05 | 44446-007 | 007-Y28108 | CRIB REPLENISHMENT | 39.48 | | 208194.18 |
| 09/26/05 | 44593-007 | 007-Y09734 | 118841 | 11220.00 | | 219414.18 |
| 09/26/05 | 44645-007 | 007-X93129 | CRIB REPLENISHMENT | 710.00 | | 220124.18 |
| 09/26/05 | 550231-037 | 037-Y27038 | 118971 | 154.40 | | 220278.58 |
| 09/26/05 | 550232-037 | 037-Y27047 | CRIB REPLENISHMENT | 372.20 | | 220650.78 |
| 09/26/05 | 550274-037 | 037-Y28830 | CRIB REPLENISHMENT | 98.60 | | 220749.38 |
| 09/27/05 | 44676-007 | 007-Y26892 | CRIB REPLENISHMENT | 131.20 | | 220880.58 |
| 09/27/05 | 44679-007 | 007-Y28108 | CRIB REPLENISHMENT | 425.00 | | 221305.58 |
| 09/27/05 | 44831-007 | 007-X88379 | 118709 | 640.00 | | 221945.58 |
| 09/27/05 | 73473-027 | 027-Y01198 | CRIB REPLENISHMENT | 360.00 | | 222305.58 |
| 09/27/05 | 550783-037 | 037-Y30382 | CRIB REPLENISHMENT | 23.10 | | 222328.68 |
| 09/28/05 | 44837-007 | 007-Y04395 | CRIB REPLENISHMENT | 356.40 | | 222685.08 |
| 09/28/05 | 44838-007 | 007-Y06517 | 118827 | 480.00 | | 223165.08 |
| 09/28/05 | 44852-007 | 007-Y26892 | CRIB REPLENISHMENT | 50.80 | | 223215.88 |
| 09/28/05 | 44865-007 | 007-Y28808 | CRIB REPLENISHMENT | 255.00 | | 223470.88 |
| 09/28/05 | 44866-007 | 007-Y28830 | CRIB REPLENISHMENT | 134.00 | | 223604.88 |
| 09/28/05 | 44875-007 | 007-Y30835 | CRIB REPLENISHMENT | 190.00 | | 223794.88 |
| 09/28/05 | 44876-007 | 007-Y30866 | CRIB REPLENISHMENT | 140.40 | | 223935.28 |
| 09/28/05 | 550997-037 | 037-Y23994 | 118924 | 127.50 | | 224062.78 |
| 09/28/05 | 551096-037 | 037-Y30819 | CRIB REPLENISHMENT | 146.00 | | 224208.78 |
| 09/29/05 | 45020-007 | 007-Y25232 | CRIB REPLENISHMENT | 595.86 | | 224804.64 |
| 09/29/05 | 45026-007 | 007-Y28830 | CRIB REPLENISHMENT | 255.90 | | 225060.54 |
| 09/29/05 | 45040-007 | 007-Y30946 | CRIB REPLENISHMENT | 25.20 | | 225085.74 |
| 09/29/05 | 45059-007 | 007-Y32020 | 118990 | 295.00 | | 225380.74 |
| 09/29/05 | 45134-007 | 007-Y28035 | 118979 | 290.70 | | 225671.44 |
| 09/29/05 | 45135-007 | 007-Y28108 | CRIB REPLENISHMENT | 352.00 | | 226023.44 |
| 09/29/05 | 45145-007 | 007-Y32012 | 118991 | 352.00 | | 226375.44 |
| 09/29/05 | 45146-007 | 007-Y32050 | 119016 | 148.50 | | 226523.94 |
| 09/29/05 | 45147-007 | 007-Y32061 | 119017 | 106.00 | | 226629.94 |
| 09/29/05 | 551498-037 | 037-Y23994 | 118924 | 85.00 | | 226714.94 |
| 09/29/05 | 551604-037 | 037-Y32020 | 118990 | 295.00 | | 227009.94 |
| 09/30/05 | 45490-007 | 007-Y24573 | 118968 | 82.88 | | 227092.82 |
| 09/30/05 | 45504-007 | 007-Y30368 | 119013 | 276.00 | | 227368.82 |

**** CONT'D ****

# STATEMENT

AS OF 10/10/05 PAGE 11

**TURTLE & HUGHES, INC.**
**1900 LOWER ROAD  LINDEN, NJ 07036**                             NJ 07036

salesperson   702  ALAN SCHLECTER
**CUSTOMER   110365**
    **DELPHI AUTOMOTIVE SYSTEMS**
    **DISBURSEMENT ANALYSIS**
    **P.O. BOX 1550**
    **FLINT      MI 48501-1550**
    **CHAPTER 11**

| DATE | INVOICE# TAG | ORDER# | YOUR REFERENCE# | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 10/03/05 | 45542-007 | 007-Y28889 | CRIB REPLENISHMENT | 460.00 | | 227828.82 |
| 10/03/05 | 45552-007 | 007-Y30946 | CRIB REPLENISHMENT | 1240.00 | | 229068.82 |
| 10/03/05 | 45561-007 | 007-Y32024 | 119010 | 258.00 | | 229326.82 |
| 10/03/05 | 45572-007 | 007-Y33132 | CRIB REPLENISHMENT | 12.00 | | 229338.82 |
| 10/03/05 | 45573-007 | 007-Y33132 | CRIB REPLENISHMENT | 376.60 | | 229715.42 |
| 10/03/05 | 45689-007 | 007-Y04395 | CRIB REPLENISHMENT | 805.00 | | 230520.42 |
| 10/03/05 | 45693-007 | 007-Y27373 | CRIB REPLENISHMENT | 166.00 | | 230686.42 |
| 10/03/05 | 45698-007 | 007-Y30881 | 118965 | 2681.00 | | 233367.42 |
| 10/03/05 | 552425-037 | 037-Y28108 | CRIB REPLENISHMENT | 406.00 | | 233773.42 |
| 10/03/05 | 552451-037 | 037-Y33132 | CRIB REPLENISHMENT | 35.16 | | 233808.58 |
| 10/03/05 | 552475-037 | 037-Y34020 | CRIB REPLENISHMENT | 130.50 | | 233939.08 |
| 10/04/05 | 45744-007 | 007-Y25232 | CRIB REPLENISHMENT | 7136.00 | | 241075.08 |
| 10/04/05 | 45747-007 | 007-Y26892 | CRIB REPLENISHMENT | 183.00 | | 241258.08 |
| 10/04/05 | 45917-007 | 007-Y30322 | 118992 | 1113.50 | | 242371.58 |
| 10/04/05 | 552740-037 | 037-Y34883 | CRIB REPLENISHMENT | 131.96 | | 242503.54 |
| 10/04/05 | 659073-001 | 001-Y36527 | 119025 | 45.36 | | 242548.90 |
| 10/05/05 | 45930-007 | 007-Y02988 | CRIB REPLENISHMENT | 213.00 | | 242761.90 |
| 10/05/05 | 45941-007 | 007-Y28108 | CRIB REPLENISHMENT | 1095.00 | | 243856.90 |
| 10/05/05 | 45944-007 | 007-Y30889 | 118985 | 234.00 | | 244090.90 |
| 10/05/05 | 45951-007 | 007-Y32081 | 119018 | 97.00 | | 244187.90 |
| 10/05/05 | 45963-007 | 007-Y34883 | CRIB REPLENISHMENT | 70.20 | | 244258.10 |
| 10/05/05 | 45979-007 | 007-Y36527 | 119025 | 8.00 | | 244266.10 |
| 10/05/05 | 45980-007 | 007-Y36542 | 119023 | 8.00 | | 244274.10 |
| 10/05/05 | 46118-007 | 007-Y23470 | CRIB REPLENISHMENT | 805.00 | | 245079.10 |
| 10/05/05 | 553157-037 | 037-Y36409 | CRIB REPLENISHMENT | 51.84 | | 245130.94 |
| 10/05/05 | 553166-037 | 037-Y36518 | 119031 | 23.40 | | 245154.34 |
| 10/07/05 | 46285-007 | 007-Y28108 | CRIB REPLENISHMENT | 2068.00 | | 247222.34 |
| 10/07/05 | 46306-007 | 007-Y34883 | CRIB REPLENISHMENT | 151.00 | | 247373.34 |
| 10/07/05 | 46319-007 | 007-Y36479 | 119042 | 26.75 | | 247400.09 |
| 10/07/05 | 46321-007 | 007-Y36512 | 119029 | 109.00 | | 247509.09 |
| 10/07/05 | 553921-037 | 037-Y06755 | CRIB REPLENISHMENT | 1760.00 | | 249269.09 |
| 10/07/05 | 554270-037 | 037-Y33132 | CRIB REPLENISHMENT | 98.40 | | 249367.49 |
| 10/07/05 | 554285-037 | 037-Y37497 | CRIB REPLENISHMENT | 162.40 | | 249529.89 |
| 10/07/05 | 554287-037 | 037-Y37594 | HOSE CLAMP FREE IS | 221.50 | | 249751.39 |

**** CONT'D ****

# STATEMENT

AS OF 10/10/05 PAGE 12

---

**TURTLE & HUGHES, INC.**
**1900 LOWER ROAD  LINDEN, NJ 07036**                             NJ 07036

---

salesperson  702  ALAN SCHLECTER
**CUSTOMER**  110365
         DELPHI AUTOMOTIVE SYSTEMS
         DISBURSEMENT ANALYSIS
         P.O. BOX 1550
         FLINT    MI 48501-1550
         CHAPTER 11

---

| DATE | INVOICE# | TAG | ORDER# | YOUR REFERENCE# | CHARGES | CREDITS | BALANCE |
|------|----------|-----|--------|-----------------|---------|---------|---------|

PAY THIS AMOUNT......  249751.39

CURRENT...   104175.21        30 DAYS...   101358.78          60 DAYS...      44217.40
                              90 DAYS...        .00    120 DAYS & OVER...         .00

**ANY QUESTIONS, PLEASE CONTACT**
**WENDY SULLIVAN-YAFCHAK (732) 574-3600 EXT. 311**

---

                                    TAG CODE DESCRIPTIONS
| A-DUPLICATE DEDUCTION | B-BACKCHARGE | C-CASH ON ACCOUNT | D-DISCOUNT UNEARNED | E-DEFECTIVE MATERIAL |
| F-FREIGHT DISPUTE | I-INVALID PO INFORMATION | J-PARTIAL SHIPMENT | K-DUPLICATE SHIPMENT | L-RESTOCK CHARGE |
| M-MATERIAL DAMAGED | N- | O-OVERBILLING / PRICING | P-PROOF OF DELIVERY | Q-OVERSHIPMENT |
| R-RETURN | S-TAX PAID | T-TAX | U-UNEXPLAINED DEDUCTION | V-VENDOR DEBIT |
| W-WRITE-OFF (BAD DEBT) | X-PARTIAL PAYMENT | Y-MISCELLANEOUS | Z-RETAINAGE | |