**Panasonic Automotive Systems Company of America**
Division of Panasonic Corporation of North America
776 Highway 74 South
Peachtree City, Georgia 30269

*VIA E-MAIL*
*CONFIRMATION VIA OVERNIGHT SERVICE*

13 October 2005

Delphi Corporation
ATTN: Robert J. Dellinger, CFO
5725 Delphi Drive
Troy, MI 48098-2815

Dear Mr. Dellinger:

  You are hereby notified that pursuant to §2-702 of the Uniform Commercial Code and §546(c) of the U.S. Bankruptcy Code, Panasonic Automotive Systems Company of America, Division of Panasonic Corporation of North America ("Creditor") hereby demands the return to Creditor of all goods sold on credit to and received by Delphi Corporation ("Debtor") from Creditor within the 10 days prior to the date of this letter, which goods are more particularly described on Schedule 1 attached hereto. This reclamation demand applies not only to the goods listed on the attached schedule but also to any other such goods so received during the referenced time period.

  Please contact the undersigned with any questions or concerns.

              Very truly yours,

              PANASONIC AUTOMOTIVE
              SYSTEMS COMPANY OF
              AMERICA, DIVISION OF
              PANASONIC CORPORATION OF
              NORTH AMERICA

              By: _____
              Name: Vince Sarrecchia
              Title: President

[RECEIVED OCT 14 2005 U.S. BANKRUPTCY COURT SO DIST. OF NEW YORK]

Cc: United States Bankruptcy Court Case No. 05-44481 (RDD)
   Skadden, Arps, Slate, Meagher and Flom LLP

1

*00000608*

```
gram: ZAFRRF19                                                                                                   Page:  1
Rel: 31H                                                                                                         Date: 10/13/05
by: NM00904                                                                                                      Time: 10:18:17
                                                                                                                 Syst: P02 010

                                                           PANASONIC
                                                     Aged Detailed by BA & SO
                                                 Detailed Aged Standard by BA,SO,CN
                                                 Company code:1011  *  Key date:10/13/2005

iness Area    2001
es Office     56

tomer       DELPHI S&I - VANDALIA PLANT        (115677    )        Total =       90,701.31
tact Info.: David Greenisen   937-356-2565 fax 2466

Doc. no.   Ref.doc.     BA    SO   Post date    Terms  Due date     Arrs   PK   RC   Amount         PC    Text

91314200   0080650666   2001  56   10/03/2005   N30    11/02/2005   -20    01        2,977.50       2014
91314201   0080650666   2001  56   10/03/2005   N30    11/02/2005   -20    01        5,516.82       2014
91315226   0080651695   2001  56   10/04/2005   N30    11/03/2005   -21    01        2,399.40       2014
91315225   0080651512   2001  56   10/04/2005   N30    11/03/2005   -21    01          769.50       2014
91316145   0080652220   2001  56   10/05/2005   N30    11/04/2005   -22    01        7,665.00       2014
91316146   0080652220   2001  56   10/05/2005   N30    11/04/2005   -22    01       11,370.96       2014
91316147   0080652220   2001  56   10/05/2005   N30    11/04/2005   -22    01        2,715.30       2014
91316144   0080651693   2001  56   10/05/2005   N30    11/04/2005   -22    01        1,597.50       2014
91316141   0080652129   2001  56   10/05/2005   N30    11/04/2005   -22    01          245.40       2014
91316142   0080652139   2001  56   10/05/2005   N30    11/04/2005   -22    01        6,883.50       2014
91316143   0080652274   2001  56   10/05/2005   N30    11/04/2005   -22    01        1,472.40       2014
91316899   0080652658   2001  56   10/06/2005   N30    11/05/2005   -23    01        2,680.20       2014
91316900   0080652689   2001  56   10/06/2005   N30    11/05/2005   -23    01        3,712.50       2014
91316901   0080652689   2001  56   10/06/2005   N30    11/05/2005   -23    01          532.50       2014
91316902   0080652274   2001  56   10/06/2005   N30    11/05/2005   -23    01        1,740.00       2014
91316898   0080652689   2001  56   10/06/2005   N30    11/05/2005   -23    01        6,547.86       2014
91316894   0080652274   2001  56   10/06/2005   N30    11/05/2005   -23    01        2,399.40       2014
91316895   0080652273   2001  56   10/06/2005   N30    11/05/2005   -23    01          215.10       2014
91316896   0080652222   2001  56   10/06/2005   N30    11/05/2005   -23    01        1,065.00       2014
91316897   0080652274   2001  56   10/07/2005   N30    11/06/2005   -24    01        1,740.00       2014
91317915   0080652782   2001  56   10/07/2005   N30    11/06/2005   -24    01        8,105.10       2014
91317914   0080652782   2001  56   10/07/2005   N30    11/06/2005   -24    01        1,211.85       2014
91317913   0080652782   2001  56   10/07/2005   N30    11/06/2005   -24    01        1,065.00       2014
91319496   0080653473   2001  56   10/11/2005   N30    11/10/2005   -28    01          259.80       2014
91319495   0080653473   2001  56   10/11/2005   N30    11/10/2005   -28    01        7,916.22       2014
91319494   0080653473   2001  56   10/11/2005   N30    11/10/2005   -28    01        1,207.50       2014
91319493   0080653473   2001  56   10/11/2005   N30    11/10/2005   -28    01          532.50       2014
91319497   0080653682   2001  56   10/11/2005   N30    11/10/2005   -28    01        2,475.00       2014
91319498   0080653982   2001  56   10/11/2005   N30    11/11/2005   -28    01        2,475.00       2014
91320408   0080654087   2001  56   10/12/2005   N30    11/11/2005   -29    01        1,207.50       2014

als for Customer - DELPHI S&I - VANDALIA PLANT      (115677    )

               Total           Not Due         Current        1-10         31-60        61-90        Over 90
               Count           Count           Count          Count        Count        Count        Count
              90,701.31         0.00          90,701.31        0.00         0.00         0.00         0.00
                 30                             30

voice         90,701.31         0.00          90,701.31        0.00         0.00         0.00         0.00
                 30                             30
```

```
jram: ZARRRF19                                                                    Page:         2
Rel: 31H                                                                          Date:  10/13/05
by: MM00904                                                                       Time:  10:18:17
                                                                                  Syst: P02  010

                                        PANASONIC
                                Aged Detailed by BA & SO
                            Detailed Aged Standard by BA,SO,CN
                        Company code:1011  *  Key date:10/13/2005

iness Area    2001
als for Sales Office   -  56
                Total           Not Due         Current          1-30         31-60        61-90       Over 90
                Count            Count           Count           Count         Count        Count       Count
             90,701.31            0.00        90,701.31           0.00          0.00         0.00        0.00
                   30                                30
             90,701.31            0.00        90,701.31           0.00          0.00         0.00        0.00
dice               30                                30

ing = Net - Not due
of accounts  90,701.31            0.00 %     100.00 %             0.00 %        0.00 %       0.00 %      0.00 %
                    1
```

```
Program: ZARRRP19                                                                                      PANASONIC                                                              Page:    3
Rel:    3IK                                                                                   Aged Detailed by BA & SO                                                        Date:    10/13/05
by:     MM00904                                                                        Detailed Aged Standard by BA,SO,CN                                                     Time:    10:18:17
                                                                                       Company code:1011  *  Key date:10/13/2005                                              Syst:    P02 010

Business Area     2001
Sales Office      58

Customer          DELCO ELECTRONICS - MELODY JIM        (109533      )  Total =         3,403.50
Contact Info.:    Email: melody.jim@delphi.com       Sales: LeeAnn Prather & Lola Roberts

Doc. no.          Ref.doc.              BA     SO   Post date     Terms  Due date       Arrs   PK  RC        Amount          PC      Text

91314044          0080651470            2001   58   10/03/2005    I30    11/03/2005      -21   01              201.00        2012
91314043          0080651470            2001   58   10/03/2005    I30    11/03/2005      -21   01            2,698.50        2012
91319375          0080654038            2001   58   10/11/2005    I30    11/11/2005      -29   01              504.00        2012

                              Total     Not Due             Current             1-30                  31-60                  61-90                 Over 90
                              Count     Count               Count               Count                 Count                  Count                 Count
                      3,403.50            0.00     3,403.50     3                 0.00                  0.00                   0.00                  0.00
Invoice                        3                             3

Customer          DELPHI DELCO ELECTRONICS SYS         (103307     )  Total =        2,790,944.99
Contact Info.:    Contact: NAO DISBURSEMENTS Phone: 248-874-4636  S.Swoverland

Doc. no.          Ref.doc.              BA     SO   Post date     Terms  Due date       Arrs   PK  RC        Amount          PC      Text

91313985          0080650943            2001   58   10/03/2005    I30    11/03/2005      -21   01          17,344.80         2012
91313984          0080650943            2001   58   10/03/2005    I30    11/03/2005      -21   01           1,265.00         2012
91314028          0080650936            2001   58   10/03/2005    I30    11/03/2005      -21   01           4,022.00         2012
91314027          0080650936            2001   58   10/03/2005    I30    11/03/2005      -21   01           5,922.00         2012
91314040          0080650944            2001   58   10/03/2005    I30    11/03/2005      -21   01              90.00         2012
91314041          0080650944            2001   58   10/03/2005    I30    11/03/2005      -21   01             242.68         2012
91314042          0080650944            2001   58   10/03/2005    I30    11/03/2005      -21   01              30.00         2012
91314048          0080650945            2001   58   10/03/2005    I30    11/03/2005      -21   01             581.00         2012
91314049          0080650945            2001   58   10/03/2005    I30    11/03/2005      -21   01             661.20         2012
91314026          0080650936            2001   58   10/03/2005    I30    11/03/2005      -21   01             690.00         2012
91314032          0080650909            2001   58   10/03/2005    I30    11/03/2005      -21   01          25,200.00         2012
91314033          0080650910            2001   58   10/03/2005    I30    11/03/2005      -21   01          31,500.00         2012
91314031          0080651551            2001   58   10/03/2005    I30    11/03/2005      -21   01           7,900.80         2012
91314030          0080651550            2001   58   10/03/2005    I30    11/03/2005      -21   01           6,300.00         2012
91314625          0080651549            2001   58   10/03/2005    I30    11/03/2005      -21   01           6,813.00         2012
91314047          0080650933            2001   58   10/03/2005    I30    11/03/2005      -21   01           1,069.00         2012
91314143          0080650934            2001   58   10/03/2005    I30    11/03/2005      -21   01          55,080.00         2012
91314045          0080650935            2001   58   10/03/2005    I30    11/03/2005      -21   01             810.00         2012
91314046          0080650935            2001   58   10/03/2005    I30    11/03/2005      -21   01             225.00         2012
91314037          0080651457            2001   58   10/03/2005    I30    11/03/2005      -21   01           4,860.00         2012
```

from: ZARRRR19
Rel: 31M
by: NM00904

PANASONIC
Aged Detailed by BA & SO
Detailed Aged Standard by BA,SO,CN
Company code:1011  *  Key date:10/13/2005

iness Area  2001
es Office   58
omer        DELPHI DELCO ELECTRONICS SYS        (103307      )

| Doc. no. | Ref.doc. | BA | SO | Post date | Terms | Due date | Arrs | FK | RC | Amount | PC | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 91314038 | 0080651458 | 2001 | 58 | 10/03/2005 | 130 | 11/03/2005 | -21 | 01 | | 27,603.20 | 2012 | |
| 91314039 | 0080651459 | 2001 | 58 | 10/03/2005 | 130 | 11/03/2005 | -21 | 01 | | 6,813.00 | 2012 | |
| 91314053 | 0080650978 | 2001 | 58 | 10/03/2005 | 130 | 11/03/2005 | -21 | 01 | | 300.00 | 2012 | |
| 91314052 | 0080650978 | 2001 | 58 | 10/03/2005 | 130 | 11/03/2005 | -21 | 01 | | 1,051.20 | 2012 | |
| 91314051 | 0080650962 | 2001 | 58 | 10/03/2005 | 130 | 11/03/2005 | -21 | 01 | | 441.80 | 2012 | |
| 91314036 | 0080651456 | 2001 | 58 | 10/03/2005 | 130 | 11/03/2005 | -21 | 01 | | 13,020.00 | 2012 | |
| 91314054 | 0080650978 | 2001 | 58 | 10/03/2005 | 130 | 11/03/2005 | -21 | 01 | | 505.00 | 2012 | |
| 91314055 | 0080650980 | 2001 | 58 | 10/03/2005 | 130 | 11/03/2005 | -21 | 01 | | 1,410.00 | 2012 | |
| 91314056 | 0080650989 | 2001 | 58 | 10/03/2005 | 130 | 11/03/2005 | -21 | 01 | | 863.60 | 2012 | |
| 91314057 | 0080650998 | 2001 | 58 | 10/03/2005 | 130 | 11/03/2005 | -21 | 01 | | 12,870.00 | 2012 | |
| 91314034 | 0080651454 | 2001 | 58 | 10/03/2005 | 130 | 11/03/2005 | -21 | 01 | | 13,801.60 | 2012 | |
| 91314035 | 0080651455 | 2001 | 58 | 10/03/2005 | 130 | 11/03/2005 | -21 | 01 | | 6,813.00 | 2012 | |
| 91314050 | 0080650945 | 2001 | 58 | 10/03/2005 | 130 | 11/03/2005 | -21 | 01 | | 49.00 | 2012 | |
| 91313986 | 0080650954 | 2001 | 58 | 10/03/2005 | 130 | 11/03/2005 | -21 | 01 | | 1,485.00 | 2012 | |
| 91313987 | 0080650954 | 2001 | 58 | 10/03/2005 | 130 | 11/03/2005 | -21 | 01 | | 1,265.00 | 2012 | |
| 91313988 | 0080650954 | 2001 | 58 | 10/03/2005 | 130 | 11/03/2005 | -21 | 01 | | 706.80 | 2012 | |
| 91313989 | 0080650954 | 2001 | 58 | 10/03/2005 | 130 | 11/03/2005 | -21 | 01 | | 2,946.00 | 2012 | |
| 91315041 | 0080652141 | 2001 | 58 | 10/04/2005 | 130 | 11/04/2005 | -22 | 01 | | 6,300.00 | 2012 | |
| 91315077 | 0080652127 | 2001 | 58 | 10/04/2005 | 130 | 11/04/2005 | -22 | 01 | | 6,716.00 | 2012 | |
| 91315045 | 0080652045 | 2001 | 58 | 10/04/2005 | 130 | 11/04/2005 | -22 | 01 | | 7,948.50 | 2012 | |
| 91315054 | 0080652045 | 2001 | 58 | 10/04/2005 | 130 | 11/04/2005 | -22 | 01 | | 13,801.60 | 2012 | |
| 91315053 | 0080652044 | 2001 | 58 | 10/04/2005 | 130 | 11/04/2005 | -22 | 01 | | 3,132.00 | 2012 | |
| 91315052 | 0080652043 | 2001 | 58 | 10/04/2005 | 130 | 11/04/2005 | -22 | 01 | | 6,813.00 | 2012 | |
| 91315042 | 0080652142 | 2001 | 58 | 10/04/2005 | 130 | 11/04/2005 | -22 | 01 | | 6,300.00 | 2012 | |
| 91315046 | 0080652255 | 2001 | 58 | 10/04/2005 | 130 | 11/04/2005 | -22 | 01 | | 88,200.00 | 2012 | |
| 91315055 | 0080652192 | 2001 | 58 | 10/04/2005 | 130 | 11/04/2005 | -22 | 01 | | 6,813.00 | 2012 | |
| 91315045 | 0080652145 | 2001 | 58 | 10/04/2005 | 130 | 11/04/2005 | -22 | 01 | | 15,801.60 | 2012 | |
| 91315044 | 0080652144 | 2001 | 58 | 10/04/2005 | 130 | 11/04/2005 | -22 | 01 | | 10,313.50 | 2012 | |
| 91315043 | 0080652143 | 2001 | 58 | 10/04/2005 | 130 | 11/04/2005 | -22 | 01 | | 14,191.20 | 2012 | |
| 91315069 | 0080651510 | 2001 | 58 | 10/04/2005 | 130 | 11/04/2005 | -22 | 01 | | 1,265.00 | 2012 | |
| 91314985 | 0080651509 | 2001 | 58 | 10/04/2005 | 130 | 11/04/2005 | -22 | 01 | | 1,235.00 | 2012 | |
| 91314984 | 0080651509 | 2001 | 58 | 10/04/2005 | 130 | 11/04/2005 | -22 | 01 | | 225.00 | 2012 | |
| 91314983 | 0080651509 | 2001 | 58 | 10/04/2005 | 130 | 11/04/2005 | -22 | 01 | | 1,485.00 | 2012 | |
| 91315063 | 0080651503 | 2001 | 58 | 10/04/2005 | 130 | 11/04/2005 | -22 | 01 | | 3,290.60 | 2012 | |
| 91314987 | 0080651535 | 2001 | 58 | 10/04/2005 | 130 | 11/04/2005 | -22 | 01 | | 30.00 | 2012 | |
| 91314986 | 0080651535 | 2001 | 58 | 10/04/2005 | 130 | 11/04/2005 | -22 | 01 | | 4,009.00 | 2012 | |
| 91315040 | 0080651515 | 2001 | 58 | 10/04/2005 | 130 | 11/04/2005 | -22 | 01 | | 690.00 | 2012 | |
| 91315039 | 0080651515 | 2001 | 58 | 10/04/2005 | 130 | 11/04/2005 | -22 | 01 | | 441.80 | 2012 | |
| 91315038 | 0080651515 | 2001 | 58 | 10/04/2005 | 130 | 11/04/2005 | -22 | 01 | | 43.00 | 2012 | |
| 91315064 | 0080651501 | 2001 | 58 | 10/04/2005 | 130 | 11/04/2005 | -22 | 01 | | 97.34 | 2012 | |
| 91315059 | 0080651465 | 2001 | 58 | 10/04/2005 | 130 | 11/04/2005 | -22 | 01 | | 90.00 | 2012 | |
| 91315058 | 0080651465 | 2001 | 58 | 10/04/2005 | 130 | 11/04/2005 | -22 | 01 | | 115.00 | 2012 | |
| 91315057 | 0080651465 | 2001 | 58 | 10/04/2005 | 130 | 11/04/2005 | -22 | 01 | | 270.00 | 2012 | |
| 91315056 | 0080651503 | 2001 | 58 | 10/04/2005 | 130 | 11/04/2005 | -22 | 01 | | 49.00 | 2012 | |
| 91315062 | 0080651501 | 2001 | 58 | 10/04/2005 | 130 | 11/04/2005 | -22 | 01 | | 1,313.28 | 2012 | |
| 91315068 | 0080651501 | 2001 | 58 | 10/04/2005 | 130 | 11/04/2005 | -22 | 01 | | 664.00 | 2012 | |
| 91315067 | 0080651501 | 2001 | 58 | 10/04/2005 | 130 | 11/04/2005 | -22 | 01 | | | 2012 | |
| 91315066 | 0080651501 | 2001 | 58 | 10/04/2005 | 130 | 11/04/2005 | -22 | 01 | | | 2012 | |

```
gram: ZARRRP19                                                                                          Page:    5
Rel: 31H                                      PANASONIC                                                 Date: 10/13/05
by:  MM00904                              Aged Detailed by BA & SO                                      Time: 10:18:17
                                     Detailed Aged standard by BA,SO,CN                                 Syst: P02 010
                                     Company code:1011  *  Key date:10/13/2005

iness Area  2001
es Office   58
tomer       DELPHI DELCO ELECTRONICS SYS     (103307        )

Doc. no.    Ref.doc.     BA    SO   Post date   Terms  Due date    Arrs  PK  RC       Amount       PC   Text

91315065    0080651501   2001  58   10/04/2005  130    11/04/2005   -22  01         1,190.00      2012
91315048    0080651697   2001  58   10/04/2005  130    11/04/2005   -22  01        25,200.00      2012
91315047    0080651696   2001  58   10/04/2005  130    11/04/2005   -22  01        40,950.00      2012
91315076    0080651636   2001  58   10/04/2005  130    11/04/2005   -22  01           441.80      2012
91315075    0080651631   2001  58   10/04/2005  130    11/04/2005   -22  01           940.00      2012
91314993    0080651615   2001  58   10/04/2005  130    11/04/2005   -22  01            72.00      2012
91315051    0080652042   2001  58   10/04/2005  130    11/04/2005   -22  01         6,813.00      2012
91315050    0080652041   2001  58   10/04/2005  130    11/04/2005   -22  01         6,900.80      2012
91315061    0080652039   2001  58   10/04/2005  130    11/04/2005   -22  01           742.80      2012
91315060    0080652039   2001  58   10/04/2005  130    11/04/2005   -22  01           575.00      2012
91315049    0080651698   2001  58   10/04/2005  130    11/04/2005   -22  01        63,000.00      2012
91314992    0080651535   2001  58   10/04/2005  130    11/04/2005   -22  01            49.00      2012
91314991    0080651535   2001  58   10/04/2005  130    11/04/2005   -22  01            72.00      2012
91314990    0080651535   2001  58   10/04/2005  130    11/04/2005   -22  01         2,848.00      2012
91314988    0080651535   2001  58   10/04/2005  130    11/04/2005   -22  01           706.80      2012
91315074    0080651536   2001  58   10/04/2005  130    11/04/2005   -22  01         1,265.00      2012
91315073    0080651536   2001  58   10/04/2005  130    11/04/2005   -22  01           505.00      2012
91315072    0080651536   2001  58   10/04/2005  130    11/04/2005   -22  01           617.50      2012
91315071    0080651536   2001  58   10/04/2005  130    11/04/2005   -22  01           300.00      2012
91315070    0080651536   2001  58   10/04/2005  130    11/04/2005   -22  01         1,314.00      2012
91315979    0080652606   2001  58   10/05/2005  130    11/05/2005   -22  01         4,950.00      2012
91315978    0080652605   2001  58   10/05/2005  130    11/05/2005   -22  01         6,300.00      2012
91315976    0080652573   2001  58   10/05/2005  130    11/05/2005   -22  01         6,300.00      2012
91315998    0080652554   2001  58   10/05/2005  130    11/05/2005   -23  01        17,892.00      2012
91315980    0080652607   2001  58   10/05/2005  130    11/05/2005   -23  01         5,990.92      2012
91315999    0080652632   2001  58   10/05/2005  130    11/05/2005   -23  01         3,950.40      2012
91315981    0080652729   2001  58   10/05/2005  130    11/05/2005   -23  01         1,350.00      2012
91315982    0080652733   2001  58   10/05/2005  130    11/05/2005   -23  01         6,813.00      2012
91315983    0080652736   2001  58   10/05/2005  130    11/05/2005   -23  01         6,813.00      2012
91316006    0080652118   2001  58   10/05/2005  130    11/05/2005   -23  01         6,300.00      2012
91316005    0080652118   2001  58   10/05/2005  130    11/05/2005   -23  01         1,313.28      2012
91316004    0080652118   2001  58   10/05/2005  130    11/05/2005   -23  01           661.20      2012
91316003    0080652118   2001  58   10/05/2005  130    11/05/2005   -23  01           913.00      2012
91316002    0080652118   2001  58   10/05/2005  130    11/05/2005   -23  01           519.00      2012
91316001    0080652113   2001  58   10/05/2005  130    11/05/2005   -23  01           115.00      2012
91315931    0080652505   2001  58   10/05/2005  130    11/05/2005   -23  01           240.00      2012
91315930    0080652508   2001  58   10/05/2005  130    11/05/2005   -23  01         1,154.00      2012
91315985    0080652500   2001  58   10/05/2005  130    11/05/2005   -23  01           253.00      2012
91315986    0080652254   2001  58   10/05/2005  130    11/05/2005   -23  01        13,801.60      2012
91315977    0080652254   2001  58   10/05/2005  130    11/05/2005   -23  01        13,801.60      2012
91315984    0080652519   2001  58   10/05/2005  130    11/05/2005   -23  01         6,300.00      2012
91315987    0080652520   2001  58   10/05/2005  130    11/05/2005   -23  01        88,200.00      2012
91315988    0080652521   2001  58   10/05/2005  130    11/05/2005   -23  01         7,948.50      2012
91315989    0080652522   2001  58   10/05/2005  130    11/05/2005   -23  01         6,813.00      2012
91315990    0080652522   2001  58   10/05/2005  130    11/05/2005   -23  01        50,400.00      2012
91315992    0080652075   2001  58   10/05/2005  130    11/05/2005   -23  01        50,400.00      2012
                                                                                        90.00      2012
```

```
Page:                 6
Date:          10/13/05
Time:          10:18:17
Syst:       P02   010
```

```
Item: ZARRRF19
Rel: 31H
by: MM00904
```

PANASONIC
Aged Detailed by BA & SO
Detailed Aged Standard by BA,SO,CN
Company code:1011  *  Key date:10/13/2005

```
iness Area    2001
as Office      58
tomer   DELPHI DELCO ELECTRONICS SYS        (103307      )
```

| Doc. no. | Ref.doc. | BA | SO | Post date | Terms | Due date | Arrs | PK | RC | Amount | PC | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 91315991 | 0080652075 | 2001 | 58 | 10/05/2005 | 130 | 11/05/2005 | -23 | 01 | | 345.00 | 2012 | |
| 91315975 | 0080652066 | 2001 | 58 | 10/05/2005 | 130 | 11/05/2005 | -23 | 01 | | 1,038.00 | 2012 | |
| 91315974 | 0080652066 | 2001 | 58 | 10/05/2005 | 130 | 11/05/2005 | -23 | 01 | | 690.00 | 2012 | |
| 91315997 | 0080652055 | 2001 | 58 | 10/05/2005 | 130 | 11/05/2005 | -23 | 01 | | 250.00 | 2012 | |
| 91315996 | 0080652055 | 2001 | 58 | 10/05/2005 | 130 | 11/05/2005 | -23 | 01 | | 38.00 | 2012 | |
| 91315995 | 0080652055 | 2001 | 58 | 10/05/2005 | 130 | 11/05/2005 | -23 | 01 | | 40.00 | 2012 | |
| 91315928 | 0080652082 | 2001 | 58 | 10/05/2005 | 130 | 11/05/2005 | -23 | 01 | | 262.80 | 2012 | |
| 91316007 | 0080652031 | 2001 | 58 | 10/05/2005 | 130 | 11/05/2005 | -23 | 01 | | 460.00 | 2012 | |
| 91315927 | 0080652096 | 2001 | 58 | 10/05/2005 | 130 | 11/05/2005 | -23 | 01 | | 252.50 | 2012 | |
| 91316000 | 0080652082 | 2001 | 58 | 10/05/2005 | 130 | 11/05/2005 | -23 | 01 | | 2,024.00 | 2012 | |
| 91315929 | 0080652113 | 2001 | 58 | 10/05/2005 | 130 | 11/05/2005 | -23 | 01 | | 990.00 | 2012 | |
| 91315994 | 0080652075 | 2001 | 58 | 10/05/2005 | 130 | 11/05/2005 | -23 | 01 | | 86.00 | 2012 | |
| 91315993 | 0080653337 | 2001 | 58 | 10/05/2005 | 130 | 11/05/2005 | -23 | 01 | | 778.72 | 2012 | |
| 91316760 | 0080653338 | 2001 | 58 | 10/06/2005 | 130 | 11/06/2005 | -24 | 01 | | 6,813.00 | 2012 | |
| 91316761 | 0080653114 | 2001 | 58 | 10/06/2005 | 130 | 11/06/2005 | -24 | 01 | | 6,300.00 | 2012 | |
| 91316768 | 0080653116 | 2001 | 58 | 10/06/2005 | 130 | 11/06/2005 | -24 | 01 | | 6,813.00 | 2012 | |
| 91316769 | 0080653117 | 2001 | 58 | 10/06/2005 | 130 | 11/06/2005 | -24 | 01 | | 63,000.00 | 2012 | |
| 91316770 | 0080653148 | 2001 | 58 | 10/06/2005 | 130 | 11/06/2005 | -24 | 01 | | 75,600.00 | 2012 | |
| 91316759 | 0080652572 | 2001 | 58 | 10/06/2005 | 130 | 11/06/2005 | -24 | 01 | | 10,500.00 | 2012 | |
| 91316709 | 0080652572 | 2001 | 58 | 10/06/2005 | 130 | 11/06/2005 | -24 | 01 | | 49.00 | 2012 | |
| 91316710 | 0080652551 | 2001 | 58 | 10/06/2005 | 130 | 11/06/2005 | -24 | 01 | | 58.00 | 2012 | |
| 91316705 | 0080652551 | 2001 | 58 | 10/06/2005 | 130 | 11/06/2005 | -24 | 01 | | 617.50 | 2012 | |
| 91316703 | 0080652588 | 2001 | 58 | 10/06/2005 | 130 | 11/06/2005 | -24 | 01 | | 345.00 | 2012 | |
| 91316771 | 0080652588 | 2001 | 58 | 10/06/2005 | 130 | 11/06/2005 | -24 | 01 | | 180.00 | 2012 | |
| 91316772 | 0080652588 | 2001 | 58 | 10/06/2005 | 130 | 11/06/2005 | -24 | 01 | | 145.34 | 2012 | |
| 91316773 | 0080652551 | 2001 | 58 | 10/06/2005 | 130 | 11/06/2005 | -24 | 01 | | 945.00 | 2012 | |
| 91316774 | 0080652588 | 2001 | 58 | 10/06/2005 | 130 | 11/06/2005 | -24 | 01 | | 144.00 | 2012 | |
| 91316708 | 0080652572 | 2001 | 58 | 10/06/2005 | 130 | 11/06/2005 | -24 | 01 | | 12,614.40 | 2012 | |
| 91316779 | 0080652589 | 2001 | 58 | 10/06/2005 | 130 | 11/06/2005 | -24 | 01 | | 300.00 | 2012 | |
| 91316705 | 0080652524 | 2001 | 58 | 10/06/2005 | 130 | 11/06/2005 | -24 | 01 | | 5,940.00 | 2012 | |
| 91316764 | 0080652523 | 2001 | 58 | 10/06/2005 | 130 | 11/06/2005 | -24 | 01 | | 25,200.00 | 2012 | |
| 91316763 | 0080653052 | 2001 | 58 | 10/06/2005 | 130 | 11/06/2005 | -24 | 01 | | 37,800.00 | 2012 | |
| 91316776 | 0080652552 | 2001 | 58 | 10/06/2005 | 130 | 11/06/2005 | -24 | 01 | | 252.50 | 2012 | |
| 91316777 | 0080652552 | 2001 | 58 | 10/06/2005 | 130 | 11/06/2005 | -24 | 01 | | 2,530.00 | 2012 | |
| 91316778 | 0080652551 | 2001 | 58 | 10/06/2005 | 130 | 11/06/2005 | -24 | 01 | | 742.50 | 2012 | |
| 91316704 | 0080652572 | 2001 | 58 | 10/06/2005 | 130 | 11/06/2005 | -24 | 01 | | 3,142.00 | 2012 | |
| 91316706 | 0080652589 | 2001 | 58 | 10/06/2005 | 130 | 11/06/2005 | -24 | 01 | | 40.00 | 2012 | |
| 91316707 | 0080653103 | 2001 | 58 | 10/06/2005 | 130 | 11/06/2005 | -24 | 01 | | 25,200.00 | 2012 | |
| 91316758 | 0080653104 | 2001 | 58 | 10/06/2005 | 130 | 11/06/2005 | -24 | 01 | | 13,801.50 | 2012 | |
| 91316765 | 0080652512 | 2001 | 58 | 10/06/2005 | 130 | 11/06/2005 | -24 | 01 | | 13,801.50 | 2012 | |
| 91316766 | 0080653111 | 2001 | 58 | 10/06/2005 | 130 | 11/06/2005 | -24 | 01 | | 13,626.00 | 2012 | |
| 91316762 | 0080652541 | 2001 | 58 | 10/06/2005 | 130 | 11/06/2005 | -24 | 01 | | 805.00 | 2012 | |
| 91316767 | 0080652589 | 2001 | 58 | 10/06/2005 | 130 | 11/06/2005 | -24 | 01 | | 942.00 | 2012 | |
| 91316754 | 0080652589 | 2001 | 58 | 10/06/2005 | 130 | 11/06/2005 | -24 | 01 | | 332.00 | 2012 | |
| 91316780 | 0080652589 | 2001 | 58 | 10/06/2005 | 130 | 11/06/2005 | -24 | 01 | | 661.20 | 2012 | |
| 91316782 | 0080652594 | 2001 | 58 | 10/06/2005 | 130 | 11/06/2005 | -24 | 01 | | 75.00 | 2012 | |

```
Page:       7
Date: 10/13/05
Time: 10:18:17
Syst: P02  010

gram: ZARRRF19
Rel: 31H
by: MM09904

                                                    PANASONIC
                                           Aged Detailed by BA & SO
                                     Detailed Aged Standard by BA,SO,CN
                                  Company code:1011  *  Key date:10/13/2005

lness Area      2001
ss Office       58
tomer           DELPHI DELCO ELECTRONICS SYS      (103307       )

Doc. no.    Ref.doc.      BA    SO   Post date    Terms Due date   Arrs  PK  RC       Amount     PC   Text
91316755    0080652541    2001  58   10/06/2005   130   11/06/2005  -24  01         6,552.00    2012
91316756    0080652541    2001  58   10/06/2005   130   11/06/2005  -24  01         4,001.00    2012
91316757    0080652541    2001  58   10/06/2005   130   11/06/2005  -24  01           150.00    2012
91317727    0080653645    2001  58   10/07/2005   130   11/07/2005  -25  01        50,400.00    2012
91317728    0080653646    2001  58   10/07/2005   130   11/07/2005  -25  01        50,400.00    2012
91317717    0080653649    2001  58   10/07/2005   130   11/07/2005  -25  01         6,300.00    2012
91317718    0080653653    2001  58   10/07/2005   130   11/07/2005  -25  01         7,900.80    2012
91317719    0080653752    2001  58   10/07/2005   130   11/07/2005  -25  01         6,300.00    2012
91317668    0080653165    2001  58   10/07/2005   130   11/07/2005  -25  01            58.00    2012
91317667    0080653165    2001  58   10/07/2005   130   11/07/2005  -25  01         1,645.30    2012
91317666    0080653165    2001  58   10/07/2005   130   11/07/2005  -25  01         3,044.00    2012
91317665    0080653165    2001  58   10/07/2005   130   11/07/2005  -25  01           742.50    2012
91317740    0080653150    2001  58   10/07/2005   130   11/07/2005  -25  01           505.00    2012
91317739    0080653150    2001  58   10/07/2005   130   11/07/2005  -25  01         1,235.00    2012
91317738    0080653150    2001  58   10/07/2005   130   11/07/2005  -25  01         4,950.00    2012
91317737    0080653150    2001  58   10/07/2005   130   11/07/2005  -25  01           300.00    2012
91317736    0080653150    2001  58   10/07/2005   130   11/07/2005  -25  01           525.60    2012
91317715    0080653609    2001  58   10/07/2005   130   11/07/2005  -25  01        25,200.00    2012
91317716    0080653610    2001  58   10/07/2005   130   11/07/2005  -25  01        13,801.60    2012
91317743    0080653323    2001  58   10/07/2005   130   11/07/2005  -25  01            66.40    2012
91317742    0080653169    2001  58   10/07/2005   130   11/07/2005  -25  01           581.00    2012
91317741    0080653169    2001  58   10/07/2005   130   11/07/2005  -25  01         1,494.00    2012
91317732    0080653168    2001  58   10/07/2005   130   11/07/2005  -25  01           819.00    2012
91317731    0080653168    2001  58   10/07/2005   130   11/07/2005  -25  01           194.68    2012
91317730    0080653168    2001  58   10/07/2005   130   11/07/2005  -25  01           180.00    2012
91317729    0080653166    2001  58   10/07/2005   130   11/07/2005  -25  01           230.00    2012
91317664    0080653140    2001  58   10/07/2005   130   11/07/2005  -25  01        13,402.80    2012
91317720    0080653105    2001  58   10/07/2005   130   11/07/2005  -25  01        13,801.60    2012
91317714    0080653098    2001  58   10/07/2005   130   11/07/2005  -25  01         3,564.00    2012
91317713    0080653098    2001  58   10/07/2005   130   11/07/2005  -25  01         7,560.00    2012
91317712    0080653635    2001  58   10/07/2005   130   11/07/2005  -25  01           690.00    2012
91317724    0080653644    2001  58   10/07/2005   130   11/07/2005  -25  01        13,801.60    2012
91317726    0080653643    2001  58   10/07/2005   130   11/07/2005  -25  01         3,406.50    2012
91317725    0080653110    2001  58   10/07/2005   130   11/07/2005  -25  01        13,801.60    2012
91317721    0080653140    2001  58   10/07/2005   130   11/07/2005  -25  01         6,900.80    2012
91317663    0080653140    2001  58   10/07/2005   130   11/07/2005  -25  01         2,277.00    2012
91317662    0080653119    2001  58   10/07/2005   130   11/07/2005  -25  01         1,235.00    2012
91317723    0080653119    2001  58   10/07/2005   130   11/07/2005  -25  01        63,000.00    2012
91317722    0080653128    2001  58   10/07/2005   130   11/07/2005  -25  01        63,000.00    2012
91317735    0080653112    2001  58   10/07/2005   130   11/07/2005  -25  01         1,152.10    2012
91317734    0080653112    2001  58   10/07/2005   130   11/07/2005  -25  01           800.00    2012
91317733    0080653112    2001  58   10/10/2005   130   11/10/2005  -25  01           810.00    2012
91318665    0080653647    2001  58   10/10/2005   130   11/10/2005  -28  01        63,000.00    2012
91318666    0080653648    2001  58   10/10/2005   130   11/10/2005  -28  01        63,000.00    2012
91318664    0080653641    2001  58   10/11/2005   130   11/11/2005  -29  01        13,801.60    2012
91319359    0080654153    2001  58   10/11/2005   130   11/11/2005  -29  01        63,000.00    2012
91319360    0080654154    2001  58   10/11/2005   130   11/11/2005  -29  01        27,603.20    2012
```

```
Page:             8
Date: 10/13/05
Time: 10:18:17
Syst: P02  010

from: ZAFKRF19                                                PANASONIC
Rel: 31H                                            Aged Detailed by BA & SO
by: MK00904                                     Detailed Aged Standard by BA,SO,CN
                                                Company code:1011  *  Key date:10/13/2005

iness Area    2001
ss Office     58
tomer         DELPHI DELCO ELECTRONICS SYS       (103307    )
```

| Doc. no. | Ref.doc. | BA | SO | Post date | Terms | Due date | Arrs | PK | RC | Amount | PC | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 91319444 | 0080654365 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 55,080.00 | 2012 | |
| 91319376 | 0080654371 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 19,320.00 | 2012 | |
| 91319361 | 0080654438 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 27,000.00 | 2012 | |
| 91319354 | 0080654148 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 27,603.20 | 2012 | |
| 91319355 | 0080654149 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 13,626.00 | 2012 | |
| 91319356 | 0080654150 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 63,000.00 | 2012 | |
| 91319357 | 0080654151 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 63,000.00 | 2012 | |
| 91319358 | 0080654152 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 13,801.60 | 2012 | |
| 91319362 | 0080654468 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 7,900.80 | 2012 | |
| 91319349 | 0080654581 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 6,300.00 | 2012 | |
| 91319350 | 0080654585 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 7,900.80 | 2012 | |
| 91319351 | 0080654586 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 6,300.00 | 2012 | |
| 91319352 | 0080654657 | 2001 | 58 | 10/11/2005 | CIA | 10/11/2005 | -29 | 01 | | 6,813.00 | 2012 | |
| 91319353 | 0080654658 | 2001 | 58 | 10/11/2005 | CIA | 10/11/2005 | -29 | 01 | | 6,813.00 | 2012 | |
| 91319363 | 0080654470 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 25,200.00 | 2012 | |
| 91319364 | 0080654471 | 2001 | 58 | 10/11/2005 | CIA | 10/11/2005 | -29 | 01 | | 13,801.60 | 2012 | |
| 91319365 | 0080654548 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 25,200.00 | 2012 | |
| 91319366 | 0080654549 | 2001 | 58 | 10/11/2005 | CIA | 10/11/2005 | -29 | 01 | | 56,700.00 | 2012 | |
| 91319348 | 0080654575 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 58.00 | 2012 | |
| 91319295 | 0080654071 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 1,117.09 | 2012 | |
| 91319386 | 0080653704 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 115.00 | 2012 | |
| 91319371 | 0080653703 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 441.00 | 2012 | |
| 91319370 | 0080653702 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 43.00 | 2012 | |
| 91319369 | 0080653702 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 48.00 | 2012 | |
| 91319368 | 0080653702 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 90.00 | 2012 | |
| 91319367 | 0080653702 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 49.30 | 2012 | |
| 91319287 | 0080653698 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 58.00 | 2012 | |
| 91319286 | 0080653694 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 200.00 | 2012 | |
| 91319381 | 0080654045 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 810.00 | 2012 | |
| 91319380 | 0080654045 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 3,589.00 | 2012 | |
| 91319344 | 0080654043 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 211.55 | 2012 | |
| 91319288 | 0080653715 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 106.90 | 2012 | |
| 91319390 | 0080653706 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 2,978.55 | 2012 | |
| 91319389 | 0080653704 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 1,322.40 | 2012 | |
| 91319388 | 0080653704 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 581.00 | 2012 | |
| 91319387 | 0080653704 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 1,235.00 | 2012 | |
| 91319280 | 0080653669 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 30.00 | 2012 | |
| 91319343 | 0080653667 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 3,936.00 | 2012 | |
| 91319342 | 0080653667 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 7,308.00 | 2012 | |
| 91319341 | 0080653667 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 805.00 | 2012 | |
| 91319340 | 0080653667 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 921.68 | 2012 | |
| 91319379 | 0080653666 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 225.00 | 2012 | |
| 91319378 | 0080653666 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 810.00 | 2012 | |
| 91319377 | 0080653666 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 4,935.90 | 2012 | |
| 91319285 | 0080653691 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 3,142.00 | 2012 | |
| 91319284 | 0080653691 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 495.00 | 2012 | |
| 91319283 | 0080653689 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | | 2012 | |

```
Page:            9
Date:     10/13/05
Time:     10:18:17
Syst: P02  010
```

From: ZARRRF19
Rel: 3LH
by: MN00904

PANASONIC
Aged Detailed by BA & SO
Detailed Aged Standard by BA,SO,CN
Company code:1011  *  Key date:10/13/2005

iness Area     2001
s Office       58
omer           DELPHI DELCO ELECTRONICS SYS         (103307     )

| Doc. no. | Ref.doc. | BA | SO | Post date | Terms | Due date | Arrs | PK | RC | Amount | PC | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 91319385 | 0080653670 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 505.00 | 2012 | |
| 91319384 | 0080653670 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 3,960.00 | 2012 | |
| 91319383 | 0080653670 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 788.40 | 2012 | |
| 91319282 | 0080653669 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 12,877.20 | 2012 | |
| 91319281 | 0080653669 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 2,530.00 | 2012 | |
| 91319291 | 0080654050 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 5,723.93 | 2012 | |
| 91319391 | 0080654052 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 300.00 | 2012 | |
| 91319392 | 0080654052 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 3,960.00 | 2012 | |
| 91319393 | 0080654052 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 1,235.00 | 2012 | |
| 91319394 | 0080654052 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 252.50 | 2012 | |
| 91319382 | 0080654045 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 1,152.10 | 2012 | |
| 91319345 | 0080654046 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 690.00 | 2012 | |
| 91319346 | 0080654046 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 30.00 | 2012 | |
| 91319289 | 0080654050 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 1,235.00 | 2012 | |
| 91319290 | 0080654050 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 2,277.00 | 2012 | |
| 91319294 | 0080654071 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 49.00 | 2012 | |
| 91319293 | 0080654071 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 4,935.90 | 2012 | |
| 91319292 | 0080654071 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 2,848.00 | 2012 | |
| 91319396 | 0080654070 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 664.00 | 2012 | |
| 91319395 | 0080654059 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 1,142.00 | 2012 | |
| 91319347 | 0080654067 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 7,308.00 | 2012 | |
| 91319372 | 0080654067 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 90.00 | 2012 | |
| 91319373 | 0080654067 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 97.34 | 2012 | |
| 91319374 | 0080654591 | 2001 | 58 | 10/11/2005 | 130 | 11/11/2005 | -29 | 01 | | 189.00 | 2012 | |
| 91320242 | 0080654591 | 2001 | 58 | 10/12/2005 | 130 | 11/12/2005 | -30 | 01 | | 115.00 | 2012 | |
| 91320243 | 0080654591 | 2001 | 58 | 10/12/2005 | 130 | 11/12/2005 | -30 | 01 | | 254.00 | 2012 | |
| 91320244 | 0080654591 | 2001 | 58 | 10/12/2005 | 130 | 11/12/2005 | -30 | 01 | | 48.00 | 2012 | |
| 91320245 | 0080654608 | 2001 | 58 | 10/12/2005 | 130 | 11/12/2005 | -30 | 01 | | 43.00 | 2012 | |
| 91320180 | 0080654608 | 2001 | 58 | 10/12/2005 | 130 | 11/12/2005 | -30 | 01 | | 1,645.30 | 2012 | |
| 91320179 | 0080654590 | 2001 | 58 | 10/12/2005 | 130 | 11/12/2005 | -30 | 01 | | 1,222.00 | 2012 | |
| 91320178 | 0080654590 | 2001 | 58 | 10/12/2005 | 130 | 11/12/2005 | -30 | 01 | | 742.50 | 2012 | |
| 91320177 | 0080654590 | 2001 | 58 | 10/12/2005 | 130 | 11/12/2005 | -30 | 01 | | 1,235.00 | 2012 | |
| 91320241 | 0080654092 | 2001 | 58 | 10/12/2005 | 130 | 11/12/2005 | -30 | 01 | | 230.00 | 2012 | |
| 91320181 | 0080654607 | 2001 | 58 | 10/12/2005 | 130 | 11/12/2005 | -30 | 01 | | 1,852.50 | 2012 | |
| 91320253 | 0080654608 | 2001 | 58 | 10/12/2005 | 130 | 11/12/2005 | -30 | 01 | | 300.00 | 2012 | |
| 91320254 | 0080654608 | 2001 | 58 | 10/12/2005 | 130 | 11/12/2005 | -30 | 01 | | 617.50 | 2012 | |
| 91320255 | 0080654612 | 2001 | 58 | 10/12/2005 | 130 | 11/12/2005 | -30 | 01 | | 252.50 | 2012 | |
| 91320256 | 0080654592 | 2001 | 58 | 10/12/2005 | 130 | 11/12/2005 | -30 | 01 | | 245.00 | 2012 | |
| 91320249 | 0080654592 | 2001 | 58 | 10/12/2005 | 130 | 11/12/2005 | -30 | 01 | | 2,075.00 | 2012 | |
| 91320248 | 0080654592 | 2001 | 58 | 10/12/2005 | 130 | 11/12/2005 | -30 | 01 | | 3,028.00 | 2012 | |
| 91320250 | 0080654592 | 2001 | 58 | 10/12/2005 | 130 | 11/12/2005 | -30 | 01 | | 6,975.00 | 2012 | |
| 91320251 | 0080654592 | 2001 | 58 | 10/12/2005 | 130 | 11/12/2005 | -30 | 01 | | 661.20 | 2012 | |
| 91320252 | 0080654592 | 2001 | 58 | 10/12/2005 | 130 | 11/12/2005 | -30 | 01 | | 617.50 | 2012 | |
| 91320225 | 0080654594 | 2001 | 58 | 10/12/2005 | 130 | 11/12/2005 | -30 | 03 | | 1,035.00 | 2012 | |
| 91320226 | 0080654594 | 2001 | 58 | 10/12/2005 | 130 | 11/12/2005 | -30 | 01 | | 342.00 | 2012 | |
| 91320227 | 0080654594 | 2001 | 58 | 10/12/2005 | 130 | 11/12/2005 | -30 | 01 | | 29,988.00 | 2012 | |
| 91320228 | 0080654594 | 2001 | 58 | 10/12/2005 | 130 | 11/12/2005 | -30 | 01 | | 3,529.00 | 2012 | |

```
Page:       10
Date:   10/13/05
Time:   10:18:17
Syst:   P02   010

From: ZARRRF19
Ref:  11R
by:   MM00904

                                              PANASONIC
                                      Aged Detailed by BA & SO
                                   Detailed Aged Standard by BA,SO,CN
                                Company code:1011  *  Key date:10/13/2005

Business Area  2001
SO Office      58
Customer       DELPHI DELCO ELECTRONICS SYS       (103307        )

Doc. no.   Ref.doc.      BA    SO   Post date    Terms  Due date    Arrs  PK  RC   Amount      PC    Text
91320237   0080655034    2001  58   10/12/2005   CIA    10/12/2005    1   01      13,626.00   2012
91320238   0080655035    2001  58   10/12/2005   CIA    10/12/2005    1   01      50,400.00   2012
91320239   0080655036    2001  58   10/12/2005   CIA    10/12/2005    1   01      13,801.60   2012
91320240   0080655037    2001  58   10/12/2005   CIA    10/12/2005    1   01      37,800.00   2012
91320233   0080655116    2001  58   10/12/2005   CIA    11/12/2005   -30  01      10,500.00   2012
91320247   0080654592    2001  58   10/12/2005   130    11/12/2005   -30  01         235.00   2012
91320246   0080654591    2001  58   10/12/2005   130    10/12/2005    1   01       1,134.00   2012
91320234   0080654659    2001  58   10/12/2005   CIA    10/12/2005    1   01      13,801.60   2012
91320235   0080654660    2001  58   10/12/2005   CIA    10/12/2005    1   01      25,200.00   2012
91320236   0080654661    2001  58   10/12/2005   CIA    10/12/2005    1   01      25,200.00   2012
91320229   0080655018    2001  58   10/12/2005   CIA    10/12/2005    1   01       6,813.00   2012
91320232   0080655021    2001  58   10/12/2005   CIA    10/12/2005    1   01       3,950.40   2012
91320231   0080655020    2001  58   10/12/2005   CIA    10/12/2005    1   01       7,900.60   2012
91320230   0080655019    2001  58   10/12/2005   CIA    10/12/2005    1   01      12,600.00   2012

                    Total           Not Due          Current              1-30            31-60         61-90         Over 90
                    Count           Count            Count                Count           Count         Count         Count
             2,790,944.99            0.00          2,517,236.99        273,708.00          0.00          0.00          0.00
                      316              0.00              300                  16

Totals for Customer - DELPHI DELCO ELECTRONICS SYS    (103307   )

             2,790,944.99            0.00          2,517,236.99        273,708.00          0.00          0.00          0.00
                      316                                 300                  16


Customer      DELPHI MECHATRONIC SYSTEMS/EATON    (101186    )        Total =      5,394.00
Contact Info.: Gisela Salinas 956-? fax 956-554-5965 gisela.salinas@delphi.com

Doc. no.   Ref.doc.      BA    SO   Post date    Terms  Due date    Arrs  PK  RC   Amount      PC    Text
91316712   9571-045548   2001  58   10/06/2005   N30    11/05/2005  -23   01         864.00   2012
91316711   9571-045547   2001  58   10/06/2005   N30    11/05/2005  -23   01       1,650.00   2012
91320182   9571-056320   2001  58   10/12/2005   CIA    10/12/2005    1   01       2,880.00   2012

                    Total           Not Due          Current              1-30            31-60         61-90         Over 90
                    Count           Count            Count                Count           Count         Count         Count
                 5,394.00            0.00           2,514.00          2,880.00           0.00          0.00          0.00
                        3              0                  2                  1

Totals for Customer - DELPHI MECHATRONIC SYSTEMS/EATON (101186  )

                 5,394.00            0.00           2,514.00          2,880.00           0.00          0.00          0.00
                        3                                 2                  1
```

```
Page:    11
Date:    10/13/05
Time:    10:18:17
Syst:    P02 010

gram: ZARRRF19
Rel:  31H
by:   MM00904

                              PANASONIC
                         Aged Detailed by BA & SO
                       Detailed Aged Standard by BA,SO,CN
                     Company code:1011  *  Key date:10/13/2005

iness Area     2001
als for Sales Office  -  58

               Total             Not Due        Current              1-30           31-60         61-90        Over 90
               Count             Count          Count                Count          Count         Count        Count
               2,799,742.49      0.00           2,523,154.49         276,588.00     0.00          0.00         0.00
               322                              305                  17

oice           2,799,742.49      0.00           2,523,154.49         276,588.00     0.00          0.00         0.00
               322                              305                  17

ing = Net - Not due   2,799,742.49   0.00 %    90.12 %              9.88 %          0.00 %        0.00 %       0.00 %
of accounts            3
```

```
gram: ZARRRF19                                                                                    Page:      12
Rel: 31H                                                                                          Date: 10/13/05
by:  MM00904                                                                                      Time: 10:18:17
                                                                                                  Syst: P02  010

                                              PANASONIC
                                        Aged Detailed by BA & SO
                                     Detailed Aged Standard by BA,SO,CN
                              Company code:1011 * Key date:10/13/2005

als for Business Area  - 2001
                       Total        Not Due            Current             1-30           31-60        61-90        Over 90
                       Count          Count              Count            Count          Count         Count        Count
                   2,890,443.80        0.00         2,613,855.80      276,588.00           0.00         0.00          0.00
                           352                               335              17
oice               2,890,443.80        0.00         2,613,855.80      276,588.00           0.00         0.00          0.00
                           352                               335              17

ing = Net - Not due  2,890,443.80
of accounts                    4      0.00 %         90.43 %             9.57 %          0.00 %       0.00 %        0.00 %
```

```
ram: ZARRRF19                                                           Page:     13
Rel: 31H                          PANASONIC                             Date: 10/13/05
by: MM00904              Aged Detailed by BA & SO                       Time: 10:18:17
                     Detailed Aged Standard by BA,SO,CN                 Syst: P02  010
                    Company code:1011  *  Key date:10/13/2005

                              ***  SUMMARY PAGE  ***

                  Total          Not Due         Current           1-30        31-60           61-90         Over 90
                  Count           Count           Count            Count       Count           Count         Count
             2,890,443.80          0.00       2,613,855.80      276,588.00      0.00            0.00          0.00
                     352           0.00             335              17
             2,890,443.80          0.00       2,613,855.80      276,588.00      0.00            0.00          0.00
                     352                            335              17

ice

ng = Net - Not due
of accounts 2,890,443.80          0.00 %        90.43 %          9.57 %        0.00 %          0.00 %        0.00 %
                       4
```