# BIALSON, BERGEN & SCHWAB

**ATTORNEYS AT LAW**
A PARTNERSHIP OF
PROFESSIONAL CORPORATIONS
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CALIFORNIA 94306

Email: clee@bbslaw.com

TELEPHONE
(650) 857-9500

FACSIMILE
(650) 494-2738

E-MAIL: atty@bbslaw.com

SEYMOUR BERGEN
(1923-2003)

October 13, 2005

Clerk of Court
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

> Re:  **In re Delphi Corporation, et al**
> **Case No. 05-44481-RDD (Jointly Administered)**

Dear Clerk:

This firm represents Coherent, Inc., a creditor in the above-referenced case.

Enclosed please find an original and one copy of the following:

**(1)    NOTICE OF RECLAMATION DEMAND OF COHERENT INC.**

**(2)    NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS, AND CONSENT TO E-SERVICE.**

Please file the originals and return filed-stamped copies to our office in the enclosed self-addressed, stamped envelope.

Thank you for your kind assistance.

Sincerely,

BIALSON, BERGEN & SCHWAB

Catherine Lee, Paralegal

:cwl
W:\C0239\004\ltr\101305Court.wpd



1  Lawrence M. Schwab, Esq. - Bar No. 085600
   Patrick M. Costello, Esq. - Bar No.117205
2  BIALSON, BERGEN & SCHWAB
   2600 El Camino Real, Suite 300
3  Palo Alto, California  94306
   Telephone: (650) 857-9500
4  Facsimile: (650) 494-2738

5  Attorneys for Coherent, Inc.

6

7                    UNITED STATES BANKRUPTCY COURT
                     SOUTHERN DISTRICTOF NEW YORK

8

9  In re                                    )   Chapter 11
                                            )
10 **DELPHI CORPORATION**, *et al.*          )   Case No. 05-44481 (RDD)
                                            )   (Jointly Administered)
11                                           )
              Debtors.                       )
12 _____         )   **NOTICE OF RECLAMATION DEMAND OF**
                                            )   **COHERENT INC.**
13

14         **PLEASE TAKE NOTICE** that a written reclamation demand (the "Coherent Demand")

15  was served on October 13, 2005 by Coherent, Inc., through counsel on the captioned Debtors and their

16  counsel. A copy of the Coherent Demand is attached hereto as Exhibit "A" and incorporated herein by

17  this reference.

18                                          Respectfully submitted,

19
    Dated: October 13, 2005                 BIALSON, BERGEN & SCHWAB
20

21                                          By: _____
                                                PATRICK M. COSTELLO, ESQ.,
22                                              Attorneys for Coherent, Inc.

23

24

25

26        OCT 14 2005

27

28        U.S. BANKRUPTCY COURT
          SO. DIST OF NEW YORK

   W:\C0239\004\pld\101305ReclamationNotice.
   wpd

                                            **NOTICE OF**
                                 **RECLAMATION DEMAND**
                                      **OF COHERENT INC.**

## BIALSON, BERGEN & SCHWAB

ATTORNEYS AT LAW
A PARTNERSHIP OF
PROFESSIONAL CORPORATIONS
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CALIFORNIA 94306

October 13, 2005

TELEPHONE
(650) 857-9500

FACSIMILE
(650) 494-2738

E-MAIL: atty@bbslaw.com

SEYMOUR BERGEN
(1923-2003)

<u>Via Federal Express & Facsimile</u>

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098-2815
Fax: (248) 813-2670

Delphi Medical Systems
Attn. Jesse Ganz
Central Receiving
4300 Road 18
Longmont, CO 80504
Fax: (303) 678-8138

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn.    John Wm. Butler, Esq.
         Kayalyn A. Marafioti, Esq.
Fax: (312) 407-0411

Re:    <u>In re Delphi Corporation et. al. Case No. 05-44481 (RDD) (Jointly Administered).</u>

Dear Gentlemen:

This firm is counsel to Coherent, Inc. ("Coherent"). Pursuant to Section 2-702 of the Uniform Commercial Code as codified under applicable state law and 11 U.S.C. Section 546(c), and without waiving any other rights, remedies or claims, Coherent hereby demands the return of all goods ("Goods") of any kind or character received by Delphi Corporation, Delphi Medical Systems and/or any of their subsidiary, affiliated and other related entities (collectively "Delphi") from Coherent, including, without limitation, those Goods shipped, delivered and received by Delphi as set forth in the Delphi purchase orders and Coherent invoices attached hereto for your convenience.

By this letter you are instructed to immediately inventory the Goods and keep the Goods segregated from all other inventory, machinery and equipment. Further, you are not permitted to use, sell, encumber or transfer the Goods to any other party.

Please contact the undersigned to arrange for the immediate return of the Goods.

Very truly yours,

BIALSON, BERGEN & SCHWAB

Patrick M. Costello

W:\C0239\004\ltr\101305DemReclamation.wpd

eb 14 05 01:12p      Sean Tobin                978-443-8790              P.1

NT BY: DELPHI MEDICAL SYSTEMS;        3036788138;       FEB-14-05 11:01AM;      PAGE 1

# DELPHI

## PURCHASE ORDER

| PO# | REV |
|---|---|
| 739358 | 000 |

| DATE | 2/1/05 |
|---|---|
| PAGE # | 1 |

To: Next Value
from Sean Tobin
4329

**BILL TO:**

Delphi Medical Systems
Attn: AP
4300 Road 18
Longmont, CO 80504
Phone: (303)678-8555

## PLEASE CONFIRM PRICE AND DELIVERY

**TO:**

Coherent Inc.
Sean Tobin
5100 Patrick Henry Drive

Santa Clara   CA 95054

**SHIP TO:**

Delphi Medical Systems
4300 Road 18
Longmont CO 80504
USA

**BUYER:**
Jesse Ganz

| VENDOR 2075 | COMPANIED | TERMS NET 30 | SHIP VIA UPS Ground | CTY | PPD | FOB Origin | TAXABLE NO | INSPECTION |
|---|---|---|---|---|---|---|---|---|

| BUYER 500 | VENDOR CONTACT Fax# 978-443-8790 | | REQUISITIONER | SHIP INSTRUCTIONS ACCT # 16088V | REMARKS |
|---|---|---|---|---|---|

| LN | OC | QUANTITY | UNIT | PART NUMBER | REV | DESCRIPTION | UNIT PRICE | EXTENSION | DUE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 01 | 5 | EA | 067987-0003 | A | LASER CONTROLLER (GREEN) | 1752.0000 | 8760.00 | 3/14/2005 |
| 01 | 02 | 5 | EA | 067987-0003 | A | LASER CONTROLLER (GREEN) | 1752.0000 | 8760.00 | 4/1/2005 |
| 01 | 03 | 5 | EA | 067987-0003 | A | LASER CONTROLLER (GREEN) | 1752.0000 | 8760.00 | 5/2/2005 |
| 01 | 04 | 5 | EA | 067987-0003 | A | LASER CONTROLLER (GREEN) | 1752.0000 | 8760.00 | 5/13/2005 |
| 01 | 05 | 5 | EA | 067987-0003 | A | LASER CONTROLLER (GREEN) | 1752.0000 | 8760.00 | 6/1/2005 |
| 01 | 06 | 5 | EA | 067987-0003 | A | LASER CONTROLLER (GREEN) | 1752.0000 | 8760.00 | 7/15/2005 |
| 01 | 07 | 5 | EA | 067987-0003 | A | LASER CONTROLLER (GREEN) | 1752.0000 | 8760.00 | 8/19/2005 |
| 01 | 08 | 10 | EA | 067987-0003 | A | LASER CONTROLLER (GREEN) | 1752.0000 | 17520.00 | 9/9/2005 |
| 01 | 09 | 5 | EA | 067987-0003 | A | LASER CONTROLLER (GREEN) | 1752.0000 | 8760.00 | 9/23/2005 |
| 01 | 10 | 5 | EA | 067987-0003 | A | LASER CONTROLLER (GREEN) | 1752.0000 | 8760.00 | 10/21/2005 |
| 01 | 11 | 5 | EA | 067987-0003 | A | LASER CONTROLLER (GREEN) | 1752.0000 | 8760.00 | 12/8/2005 |
| 01 | 01 | 5 | EA | 067987-0003 | A | LASER CONTROLLER (GREEN) | 1752.0000 | 8760.00 | 12/22/2005 |
| 02 | 01 | 5 | EA | 067987-0004 | A | LASER CABLE (GREEN) | 256.0000 | 1280.00 | 3/14/2005 |
| 02 | 02 | 5 | EA | 067987-0004 | A | LASER CABLE (GREEN) | 256.0000 | 1280.00 | 4/1/2005 |
| 02 | 03 | 5 | EA | 067987-0004 | A | LASER CABLE (GREEN) | 256.0000 | 1280.00 | 5/2/2005 |
| 02 | 04 | 5 | EA | 067987-0004 | A | LASER CABLE (GREEN) | 256.0000 | 1280.00 | 5/13/2005 |
| 02 | 05 | 5 | EA | 067987-0004 | A | LASER CABLE (GREEN) | 256.0000 | 1280.00 | 6/1/2005 |
| 02 | 06 | 5 | EA | 067987-0004 | A | LASER CABLE (GREEN) | 256.0000 | 1280.00 | 7/15/2005 |

Call Sean

2/1/05
AUTHORIZED SIGNATURE

01-Feb-05
AUTHORIZED SIGNATURE

2/1/05
AUTHORIZED SIGNATURE

2/4/05

10688

RECEIVED TIME FEB. 14. 11:18AM

Feb 14 05 01:12p    Sean Tobin                    978-443-8790                    p.2

SENT BY: DELPHI MEDICAL SYSTEMS;              3035789138;        FEB-14-05 11:02AM;        PAGE 2/4

# DELPHI

## PURCHASE ORDER

| PO # | REV |
|---|---|
| 798988 | 000 |

| DATE | 2/1/05 |
|---|---|
| PAGE # | 2 |

**BILL TO:**

Delphi Medical Systems
Attn: AP
4300 Read 18
Longmont, CO 60004
Phone: (303)678-8585

**TO:**

Coherent Inc.
Sean Tobin
5100 Patrick Henry Drive

Santa Clara, CA 95054

**SHIP TO:**

Delphi Medical Systems
4300 Read 18
Longmont, CO 80504
USA

**BUYER**

Jesse Ganz

| VENDOR 2325 | CONFIRMING | TERMS NET 30 | SHIP VIA UPS Ground | CLT | PKG X | FOB Origin | TAXABLE NO | INSPECTION |
|---|---|---|---|---|---|---|---|---|

| BUYER 500 | VENDOR CONTACT Fax 978-443-8790 | | REQUISITIONER | SHIP INSTRUCTIONS ACCY # 16069N | REMARKS |
|---|---|---|---|---|---|

| LINE DU | QUANTITY | UNIT | PART NUMBER | REV | DESCRIPTION | UNIT PRICE | EXTENSION | DUE DATE |
|---|---|---|---|---|---|---|---|---|
| 02 07 | 5 EA | EA | 067987-0004 | A | LASER CABLE (GREEN) | 256.0000 | 1280.00 | 6/19/2005 |
| 02 08 | 5 EA | EA | 067987-0004 | A | LASER CABLE (GREEN) | 256.0000 | 1280.00 | 8/9/2005 |
| 02 09 | 5 EA | EA | 067987-0004 | A | LASER CABLE (GREEN) | 256.0000 | 1280.00 | 9/23/2005 |
| 02 10 | 5 EA | EA | 067987-0004 | A | LASER CABLE (GREEN) | 256.0000 | 1280.00 | 10/21/2005 |
| 02 11 | 5 EA | EA | 067987-0004 | A | LASER CABLE (GREEN) | 256.0000 | 1280.00 | 11/11/2005 |
| 02 12 | 5 EA | EA | 067987-0004 | A | LASER CABLE (GREEN) | 256.0000 | 1280.00 | 12/9/2005 |
| 02 13 | 5 EA | EA | 067987-0004 | A | LASER CABLE (GREEN) | 256.0000 | 1280.00 | 12/22/2005 |
| PO 01 | | | Please include the Delphi Medical Systems | | | | | |
| PO 02 | | | purchase order number, Delphi Medical | | | | | |
| PO 03 | | | Systems part number, description, and | | | | | |
| PO 04 | | | quantity on the packing slip. | | | | | |
| PO 05 | | | | | | | | |
| PO 06 | | | Please acknowledge this purchase order | | | | | |
| PO 07 | | | within 24 hours of receipt. An email or fax | | | | | |
| PO 08 | | | confirmation is acceptable. Fax 303-678-8138. | | | | | |
| PO 09 | | | | | | | | |
| PO 10 | | | Confirming this purchase order also confirms | | | | | |
| PO 11 | | | that the Delphi Medical Systems Purchase | | | | | |
| PO 12 | | | Order Terms and Conditions attached to the | | | | | |
| PO 13 | | | order are accepted by the supplier. | | | | | |
| PO 14 | | | | | | | | |
| PO 15 | | | Confirming this purchase order confirms that | | | | | |
| PO 16 | | | the supplier has all of the documentation | | | | | |
| PO 17 | | | for the revision level of the product or | | | | | |
| PO 18 | | | service required on the purchase order. | | | | | |

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE    01-Feb-05

AUTHORIZED SIGNATURE    2/1/05

Feb 14 05 01:13p    Sean Tobin                    978-443-8790              p.3
SENT BY: DELPHI MEDICAL SYSTEMS;        30367881380;        FEB-14-05 11:03AM;      PAGE 3/4

# DELPHI

## PURCHASE ORDER

| PO# | REV |
|---|---|
| 799388 | 000 |

| DATE | 2/1/05 |
|---|---|
| PAGE# | 3 |

**BILL TO:**

Delphi Medical Systems
Attn: AP
4300 Road 16
Longmont, CO 80504
Phone: (303)678-8581

**TO:**

Coherent Inc
Sean Tobin
5100 Patrick Henry Drive

Santa Clara, CA 93054

**SHIP TO:**

Delphi Medical Systems
4300 Road 16
Longmont, CO 80504
USA

**BUYER:**
Jesse Ganz

| VENDOR 2323 | CONFIRMING | TERMS Net/30 | SHIP VIA UPS Ground | QTY | PPD X | FOB Origin | TAXABLE NO | INSPECTION |
|---|---|---|---|---|---|---|---|---|

| BUYER 500 | VENDOR CONTACT Fax# 978-443-8790 | REQUISITIONER | SHIP INSTRUCTIONS ACCT# 1606BAV | REMARKS |
|---|---|---|---|---|

| LINE NO | QUANTITY | UNIT | PART NUMBER | REV | DESCRIPTION | UNIT PRICE | EXTENSION | DUE DATE |
|---|---|---|---|---|---|---|---|---|
| | | | | | GRAND TOTAL    $ | | 130,520.00 | |

AUTHORIZED SIGNATURE    2/1/05

AUTHORIZED SIGNATURE    01 Feb -05

AUTHORIZED SIGNATURE    09 Feb 05

RECEIVED TIME    FEB.14    11:18AM

Feb 17 05 03:12p        Sean Tobin                    978-443-8790                    p.1

SENT BY: DELPHI MEDICAL AVSTEMS;         30967881(33)        FEB-17-05 7:56AM;        PAGE 1/2

# PURCHASE ORDER

## DELPHI

| PO# | REV |
|-----|-----|
| 799067 | 000 |

BILL TO:

Delphi Medical Systems
Attn: AP
4300 Road 18
Longmont, CO 80504
Phone: (303)678-8535

| DATE | 1/31/05 |
|------|---------|
| PAGE # | 1 |

TO:

Coherent Inc
Sean Tobin
5100 Patrick Henry Drive

Santa Clara    CA 95054

SHIP TO:

Delphi Medical Systems
4300 Road 18
Longmont, CO 80504
USA

# PLEASE CONFIRM PRICE AND DELIVERY

BUYER:
Jesse Ganz

| VENDOR | CONFIRMING | TERMS | SHIP VIA | | PPD | FOB | TAXABLE | INSPECTION |
|--------|-----------|-------|----------|----|-----|-----|---------|-----------|
| 2325 | | MAS2+2 | UPS Ground | | X | Origin | NO | |

| BUYER | VENDOR CONTACT | | REQUISITIONER | SHIP INSTRUCTIONS | | REMARKS |
|-------|---------------|--|---------------|-------------------|--|---------|
| 500 | Fax# 978-443-8790 | | | ACCT # 16066W | | |

| LN | GL | QUANTITY | UNIT | PART NUMBER | REV | DESCRIPTION | UNIT PRICE | EXTENSION | DUE DATE |
|----|----|---------|------|-------------|-----|-------------|-----------|-----------|----------|
| 01 | 01 | 5 | EA | 067987-0002 | A | GREEN LASER ASSY | 13500.0000 | 67500.00 | 3/14/2005 |
| 01 | 02 | 5 | EA | 067987-0002 | A | GREEN LASER ASSY | 13500.0000 | 67500.00 | 4/1/2005 |
| 01 | 03 | 5 | EA | 067987-0002 | A | GREEN LASER ASSY | 13500.0000 | 67500.00 | 5/2/2005 |
| 01 | 04 | 5 | EA | 067987-0002 | A | GREEN LASER ASSY | 13500.0000 | 67500.00 | 5/13/2005 |
| 01 | 05 | 5 | EA | 067987-0002 | A | GREEN LASER ASSY | 13500.0000 | 67500.00 | 6/1/2005 |
| 01 | 06 | 5 | EA | 067987-0002 | A | GREEN LASER ASSY | 13500.0000 | 67500.00 | 7/15/2005 |
| 01 | 07 | 5 | EA | 067987-0002 | A | GREEN LASER ASSY | 13500.0000 | 135000.00 | 8/18/2005 |
| 01 | 08 | 10 | EA | 067987-0002 | A | GREEN LASER ASSY | 13500.0000 | 67500.00 | 8/23/2005 |
| 01 | 09 | 5 | EA | 067987-0002 | A | GREEN LASER ASSY | 13500.0000 | 67500.00 | 10/21/2005 |
| 01 | 10 | 5 | EA | 067987-0002 | A | GREEN LASER ASSY | 13500.0000 | 67500.00 | 11/11/2005 |
| 01 | 11 | 5 | EA | 067987-0002 | A | GREEN LASER ASSY | 13500.0000 | 67500.00 | 12/8/2005 |
| 01 | 12 | 5 | EA | 067987-0002 | A | GREEN LASER ASSY | 13500.0000 | 67500.00 | 12/22/2005 |

PO: 01:    Please include the Delphi Medical Systems
PO: 02:    purchase order number, Delphi Medical
PO: 03:    Systems part number, description, and
PO: 04:    quantity on the packing slip.
PO: 05:
PO: 06:    Please acknowledge this purchase order
PO: 07:    within 24 hours of receipt. An email or fax
PO: 08:    confirmation is acceptable Fax 303-678-8136.
PO: 09:
PO: 10:    Confirming this purchase order also confirms
PO: 11:    that the Delphi Medical Systems Purchase
PO: 12:    Order Terms and Conditions attached to this

Feb 17 05 03:12p     Sean Tobin          978-443-8790          P.2

SENT BY: DELPHI MEDICAL SYSTEMS;          3036788138;     FEB-17-05  7:57AM;     PAGE 2/2

# DELPHI

## PURCHASE ORDER

| PO # | REV |
|------|-----|
| 799367 | 000 |

| DATE | 1/31/05 |
|------|---------|
| PAGE # | 2 |

**BILL TO:**

Delphi Medical Systems
Attn: AP
4300 Road 18
Longmont, CO 80504
Phone: (303)678-8585

**TO:**

Coherent Inc
Sean Tobin
5100 Patrick Henry Drive

Santa Clara   CA 95054

**SHIP TO:**

Delphi Medical Systems
4300 Road 18
Longmont, CO 80504
USA

**BUYER:**
Jason Groz

| VENDOR | CONFIRMING | TERMS | SHIP VIA | CUT | FOB | JOB | TAXABLE | INSPECTION |
|--------|-----------|-------|----------|-----|-----|-----|---------|-----------|
| 2593 | | NET 30 | UPS Ground | | X | Origin | NO | |

| BUYER | VENDOR CONTACT | | REQUISITIONER | SHIP INSTRUCTIONS | REMARKS |
|-------|---------------|--|---------------|-------------------|---------|
| 500-1 | Fax 978-443-8790 | | | ACCT # 150000 | |

| LN | DL | QUANTITY | UNIT | PART NUMBER | REV | DESCRIPTION | UNIT PRICE | EXTENSION | DUE DATE |
|----|----|----------|------|-------------|-----|-------------|-----------|-----------|----------|
| PO | 13: | | | | | order are accepted by this supplier. | | | |
| PO | 14: | | | | | | | | |
| PO | 15: | | | | | Confirming this purchase order confirms that | | | |
| PO | 16: | | | | | the supplier has all of the documentation | | | |
| PO | 17: | | | | | for the certain level of the project or | | | |
| PO | 18: | | | | | service required on the purchase order. | | | |
| | | | | | | **GRAND TOTAL** | $ | 945,000.00 | |

AUTHORIZED SIGNATURE     2/1/05

AUTHORIZED SIGNATURE     01-Feb-05

AUTHORIZED SIGNATURE     2/1/05



# Invoice

Canada: 897 80 9133 RT 0001 EIN: 94-1622541

**REMIT TO:**
Coherent Inc
Bank of America Lockbox Services
File 57060
LOS ANGELES, CA 90074-7060

| Invoice No. | | Customer PO | | Page |
|---|---|---|---|---|
| 370968 | | 799367 | | 1/2 |
| **Invoice Date** | **Delivery No.** | **Reference SO** | | **Customer No.** |
| 30-SEP-2005 | 656897 | 116186 | | 10638 |
| **Order Date** | **Date Shipped** | **Payment Terms** | | **Method of Shipment** |
| 17-FEB-2005 | 30-SEP-2005 | NET 30 | | UPS GROUND |
| **Terms of Delivery** | | **Tracking No.** | | **Document No.** |
| OCOL ORIGIN | | 1Z9075990340306464 | | |

**BILL TO:**
Delphi Medical Systems
Accounts Payable
4300 Road 18
LONGMONT, CO 80504
United States

**SHIP TO:**
Delphi Medical Systems
Jesse Ganz
Tel. 1 (303) 678-8585
Central Receiving
4300 Road 18
LONGMONT, CO 80504
United States

Shipments within the U.S.: These commodities, technologies or software products are for domestic use. Any export must comply with United States Export Administration Regulations.
Shipments outside of the U.S.: These commodities, technologies or software products were exported from the United States in accordance with U.S. Export Administration Regulations.
Diversion contrary to U.S. law prohibited. The use, sale, re-export, or re-transfer of the items described herein directly or indirectly in any activities related to the design, production, use or stockpiling of chemical, biological, or nuclear weapons or missiles is strictly prohibited.

| Line | Item Number / Item Description | Qty | UOM | Unit Price in USD | Ext. Price in USD |
|---|---|---|---|---|---|
| 1.7 | 55064 COMPASS 315M-100 AGFA Head Customer Part Number: 067987-0002 | 5 | Each | 11,492.00 | 57,460.00 |
| | Serial #: LDP.55064.052831 Serial #: LDP.55064.053181 Serial #: LDP.55064.053443 Serial #: LDP.55064.053445 Serial #: LDP.55064.053757 | | | | |
| 1.8 | 55064 COMPASS 315M-100 AGFA Head Customer Part Number: 067987-0002 | 10 | Each | 11,492.00 | 114,920.00 |
| | Serial #: LDP.55064.051927 Serial #: LDP.55064.051953 Serial #: LDP.55064.052825 Serial #: LDP.55064.053113 Serial #: LDP.55064.053407 Serial #: LDP.55064.053409 Serial #: LDP.55064.053763 Serial #: LDP.55064.053819 Serial #: LDP.55064.053823 Serial #: LDP.55064.053863 | | | | |

| | | |
|---|---|---|
| Subtotal | | 172,380.00 |
| Freight | | 0.00 |
| Taxable Amount | | 172,380.00 |
| Sales Tax @ 0.00 Customer Exemption: 100.00% | | 0.00 |
| Total (USD): | | 172,380.00 |

Coherent Standard Terms and Conditions Apply. Trade Terms refer to Incoterms 2000.



# Invoice

Canada: 897 80 9133 RT 0001 EIN: 94-1622541

**REMIT TO:**
Coherent Inc
Bank of America Lockbox Services
File 57060
LOS ANGELES, CA 90074-7060

| Invoice No. | | Customer PO | | Page |
|---|---|---|---|---|
| 370962 | | 799368 | | 1 / 2 |
| Invoice Date | Delivery No. | Reference SO | | Customer No. |
| 30-SEP-2005 | 656896 | 116140 | | 10638 |
| Order Date | Date Shipped | Payment Terms | | Method of Shipment |
| 16-FEB-2005 | 30-SEP-2005 | NET 30 | | UPS GROUND |
| Terms of Delivery | | Tracking No. | | Document No. |
| OCOL ORIGIN | | 1Z9075990340645446 | | |

**BILL TO:**
Delphi Medical Systems
Accounts Payable
4300 Road 18
LONGMONT, CO  80504
United States

**SHIP TO:**
Delphi Medical Systems
Jesse Ganz
Tel. 1 (303) 678-8585
Central Receiving
4300 Road 18
LONGMONT, CO  80504
United States

Shipments within the U.S.: These commodities, technologies or software products are for domestic use. Any export must comply with United States Export Administration Regulations.
Shipments outside of the U.S.: These commodities, technologies or software products were exported from the United States in accordance with U.S. Export Administration Regulations.
Diversion contrary to U.S. law prohibited. The use, sale, re-export, or re-transfer of the items described herein directly or indirectly in any activities related to the design, production, use or stockpiling of chemical, biological, or nuclear weapons or missiles is strictly prohibited.

| Line | Item Number / Item Description | Qty | UOM | Unit Price in USD | Ext. Price in USD |
|---|---|---|---|---|---|
| 1.8 | 62188<br>COMPASS 315M Analog Controller<br>Customer part number: 067987-0003<br><br>Serial #: LDP.62188.007987<br>Serial #: LDP.62188.008077<br>Serial #: LDP.62188.008079<br>Serial #: LDP.62188.008081<br>Serial #: LDP.62188.008083<br>Serial #: LDP.62188.008091<br>Serial #: LDP.62188.008093<br>Serial #: LDP.62188.008095<br>Serial #: LDP.62188.008096<br>Serial #: LDP.62188.008106 | 10 | Each | 1,752.00 | 17,520.00 |
| 1.9 | 62188<br>COMPASS 315M Analog Controller<br>Customer part number: 067987-0003<br><br>Serial #: LDP.62188.008110<br>Serial #: LDP.62188.008115<br>Serial #: LDP.62188.008119<br>Serial #: LDP.62188.008120<br>Serial #: LDP.62188.008121 | 5 | Each | 1,752.00 | 8,760.00 |
| 2.8 | 62239<br>COMPASS 315M CONTROLLER CABLE 31"<br>Customer part number: 067987-0004 | 5 | Each | 256.00 | 1,280.00 |
| 2.9 | 62239<br>COMPASS 315M CONTROLLER CABLE 31"<br>Customer part number: 067987-0004 | 5 | Each | 256.00 | 1,280.00 |
| 2.10 | 62239<br>COMPASS 315M CONTROLLER CABLE 31"<br>Customer part number: 067987-0004 | 5 | Each | 256.00 | 1,280.00 |

 **COHERENT**

# Invoice

Canada: 897 80 9133 RT 0001 EIN: 94-1622541

| Invoice No. | | Customer PO | | Page |
|---|---|---|---|---|
| 370962 | | 799368 | | 2 / 2 |
| Invoice Date | Delivery No. | Reference SO | | Customer No. |
| 30-SEP-2005 | 656896 | 116140 | | 10638 |
| Order Date | Date Shipped | Payment Terms | | Method of Shipment |
| 16-FEB-2005 | 30-SEP-2005 | NET 30 | | UPS GROUND |
| Terms of Delivery | | Tracking No. | | Document No. |
| OCOL ORIGIN | | 1Z9075990340645446 | | |

**REMIT TO:**

Coherent Inc
Bank of America Lockbox Services
File 57060
LOS ANGELES, CA 90074-7060

**BILL TO:**

Delphi Medical Systems
Accounts Payable
4300 Road 18
LONGMONT, CO 80504
United States

**SHIP TO:**

Delphi Medical Systems
Jesse Ganz
Tel. 1 (303) 678-8585
Central Receiving
4300 Road 18
LONGMONT, CO 80504
United States

Shipments within the U.S.: These commodities, technologies or software products are for domestic use. Any export must comply with United States Export Administration Regulations. Shipments outside of the U.S.: These commodities, technologies or software products were exported from the United States in accordance with U.S. Export Administration Regulations. Diversion contrary to U.S. law prohibited. The use, sale, re-export, or re-transfer of the items described herein directly or indirectly in any activities related to the design, production, use or stockpiling of chemical, biological, or nuclear weapons or missiles is strictly prohibited.

| Line | Item Number / Item Description | Qty | UOM | Unit Price in USD | Ext. Price in USD |
|---|---|---|---|---|---|
| | Subtotal | | | | 30,120.00 |
| | Freight | | | | 0.00 |
| | Taxable Amount | | | | 30,120.00 |
| | Sales Tax @ 0.00 Customer Exemption: 100.00% | | | | 0.00 |
| | Total (USD): | | | | 30,120.00 |

Coherent Standard Terms and Conditions Apply. Trade Terms refer
to Incoterms 2000.

Contact NANCY VALONE for Questions on this Order.
inside U.S. 1-800-438-6323 Outside U.S. 1-408-764-4438
e-mail: Nancy.Valone@coherent.com

FREIGHT COLLECT# 16068W

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of NOTICE OF RECLAMATION DEMAND

OF COHERENT INC. were served via first class United States mail in properly addressed

envelopes with sufficient postage affixed thereon to insure delivery upon the following:

Attorneys for Debtor
John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom
333 West Wacker Drive
Chicago, IL 60606

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036


U.S. Trustee
Alicia M. Leonhard
Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098-2815


Jesse Ganz
Delphi Medical Systems
Central Receiving
4300 Road 18
Longmont, CO 80504

This 13th day of October, 2005.

Catherine Lee
2600 El Camino Real, Suite 300
Palo Alto, California 94306
Telephone: (650) 857-9500
Facsimile: (650) 494-2738