The American Team, Inc.
42050 Executive Drive
Harrison Township, MI 48045-1311

David Van Houzen
Director of Finance
(586) 469-4100 ext. 210

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.,<br><br>Debtors | Chapter 11<br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

### NOTICE OF RECLAMATION DEMAND OF THE AMERICAN TEAM, INC.

Please be advised that a Notice of Reclamation Demand on behalf of The American Team, Inc. was served on October 13, 2005 on the Debtors and their attorneys of record, John Wm. Butler, Jr. and Kayalyn A Marafioti, Skadden, Arps, Slate Meagher & Flom LLP. A true and correct copy of the Notice of Reclamation Demand is attached hereto as Exhibit A and incorporated herein by reference for all purposes.



RECEIVED
OCT 1 4 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice of Reclamation Demand of The American Team, Inc. was filed via facsimile machine and Federal Express this 13th day of October, 2005 on the following:

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098-2815

Delphi Harrison Thermal Systems
200 Upper Mountain Rd.
Lockport, NY 14094

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
John Wm. Butler, Jr., Esq.
Kayalyn Al Marafioti, Esq.

David Van Houzen



**THE AMERICAN TEAM INC.**

**QUALITY, COMMITMENT, INTEGRITY**
**PROTOTYPES, FIXTURES, TOOLING and INJECTION MOLDING**
42050 Executive Drive Harrison Township, MI 48045
Phone: (586) 469-4100   Fax: (586) 463-8650

October 12, 2005

Via Federal Express & Telecopy (summary exhibit only)

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098-2815

Delphi Harrison Thermal Systems
200 Upper Mountain Rd.
Lockport, NY 14094

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Attn:
John Wm. Butler, Jr., Esq.
Kayalyn Al Marafioti, Esq.

In regard to Delphi Corporation et al. Case # 05-44481 (RDD) (Jointly Administered)
Reclamation Claim of The American Team, Inc. (DBA - AMP Industries)

Pursuant to section 2-702 of the Uniform Commercial Code and 11 U.S.C. section 546(c), The American Team, Inc. hereby demands reclamation of the goods shipped to Delphi Corporation, Jamestown-Moraine Plant in Moraine, OH. These goods are described as GMT 360 & 370 Fan Shrouds and were sold by AMP Industries to, and received by Delphi Corporation on the dates described by the Document History Summary attached hereto as well as the invoice and shipper copies which are also enclosed. By this letter you are instructed to inventory our goods, as well as segregate them from all other inventory, machinery and equipment. You are not allowed to use, sell, encumber or transfer our goods to any other party. Please contact the undersigned to arrange the return of the goods.

The amount due The American Team, Inc. (AMP Industries) for the period of September 28, 2005 to October 7, 2005 is $49,399.36 plus any additional interest and/or other costs allowed by the Court.

The American Team, Inc. reserves the right to amend and/or supplement this Reclamation Notice or file additional Reclamation Notices and claims. The American Team also reserves all rights accruing to it, and the filing of the Reclamation Notice is

not intended to be an election of remedy, a waiver of any past present or future defaults or events of default or a waiver or limitation of any rights of The American Team, Inc.

Please contact me at 586 469-4100 ext. 210 if there are any questions regarding this claim or if it is unacceptable in it's form or content.

Sincerely
The American Team, Inc.
AMP Industries

David Van Houzen
Director of Finance

# The American Team, Inc.
## Document History - Summary
### Period: 10-05 As of: 10/12/2005

Page:                   1 of 1
Report:              08770.rpt
Company:              ATEAM

| Ref No | Tran Type | Tran Date | Batch Number | Customer ID | Terms | Disc Date | Due Date | Period Post | Period Closed | Description | Discount Amount | Document Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Company:** | | **ATEAM** | | | | | | | | | | |
| 330869 | IN | 9/28/05 | 008246 | 8011 | 31 | 9/28/05 | 10/30/05 | 09-05 | | 8011    330869 | 0.00 | 5,074.53 |
| 330893 | IN | 9/29/05 | 008258 | 8011 | 31 | 9/29/05 | 10/30/05 | 09-05 | | 8011    330893 | 0.00 | 5,074.53 |
| 330920 | IN | 9/30/05 | 008271 | 8011 | 31 | 9/30/05 | 10/30/05 | 09-05 | | 8011    330920 | 0.00 | 5,050.95 |
| 330972 | IN | 10/3/05 | 008281 | 8011 | 31 | 10/3/05 | 11/30/05 | 10-05 | | 8011    330972 | 0.00 | 5,215.97 |
| 331003 | IN | 10/4/05 | 008285 | 8011 | 31 | 10/4/05 | 11/30/05 | 10-05 | | 8011    331003 | 0.00 | 5,168.83 |
| 331035 | IN | 10/5/05 | 008292 | 8011 | 31 | 10/5/05 | 11/30/05 | 10-05 | | 8011    331035 | 0.00 | 5,168.83 |
| 331069 | IN | 10/6/05 | 008306 | 8011 | 31 | 10/6/05 | 11/30/05 | 10-05 | | 8011    331069 | 0.00 | 5,168.83 |
| 331070 | IN | 10/6/05 | 008306 | 8011 | 31 | 10/6/05 | 11/30/05 | 10-05 | | 8011    331070 | 0.00 | 4,933.07 |
| 331098 | IN | 10/7/05 | 008346 | 8011 | 31 | 10/7/05 | 11/30/05 | 10-05 | | 8011    331098 | 0.00 | 5,168.83 |
| 331099 | IN | 10/7/05 | 008346 | 8011 | 31 | 10/7/05 | 11/30/05 | 10-05 | | 8011    331099 | 0.00 | 3,374.99 |

Company Total:                    0.00                  49,399.36

Total :                    0.00                  49,399.36

**INVOICE NUMBER**
330869

**AMP Industries**
42050 Executive Drive

Harrison Township, MI  48045

| S | 8011 | | S | 8012 |
|---|---|---|---|---|
| O | DELPHI | | H | Jamestown |
| L | ACG DISBURSEMENT CENTER | | I | |
| D | P O BOX 1550 | | P | Jamestown-Moraine |
| | | | | 2447 A. East River Rd |
| | FLINT, MI 48501 | | | Moraine, OH 45439 |
| T | United States | | T | United States |
| O | | | O | |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 006542310 | Net 30th Prox | Harrison Twp. | 09/28/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/28/05 | 330869 | PJAX Freight System | 9,715 | 6,003 | 3,712 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0550028108 | 15170459<br>Fan Shroud GMT360<br>INTERNAL #: 01052 | 1,209 | ea | 3.833 | $4,634.10 |
| 0550035505 | 15204231<br>Fan Shroud 370<br>INTERNAL #: 01251-S | 78 | EA | 5.6465 | $440.43 |
| | | | | | $0.00 |
| | | | | Subtotal | $5,074.53 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $5,074.53 |
| | | | | Disc Available | $0.00 |
| | | | | Funds: | |

# aMP INDUSTRIES

**42050 EXECUTIVE DRIVE**
**HARRISON TWP, MICHIGAN 48045-1311**
**TELEPHONE (586) 469-4100**
**FAX: (586) 463-8650**
**DUNS 00-654-2310**

**SHIPPER**

Truck Number
7141

| SHIPMENT | DATE |
|---|---|
| | 05/28/05 |

**SOLD TO**
801
Delphi
ACS DISBURSEMENT CENTER
P O BOX 1550
FLINT                          MI 48501
United States

**SHIP TO**
8012
Jamestown
Jamestown-Moraine
2447 S. East River Rd
Moraine OH 45459
United States

| CONTROL SOURCE | CARRIER (SHIP VIA) | SUPPLIER CODE | FREIGHT | | | F.O.B. | | DOCK NO. | AETC. NO. |
|---|---|---|---|---|---|---|---|---|---|
| | | | COL. | PPD. IN | PPD. | | | | |
| DELPHI | Pjax Freight System | 000542310 | X | | | Harrison Twp. | | | |

| P.O. NUMBER ENG. LEVEL | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | U.O.M. DOCK CODE | CONT. I.D. TOTAL CONT. | PALLETS LOOSE CONT. | PRIOR TOTAL | ACCUM. ACCUM. |
|---|---|---|---|---|---|---|---|
| | 15170459 Fan Shroud GMT560 Internal #: 01052 | 1209 | ea J20J | 5290 90 | | | |
| | 15204230 Fan Shroud 570 Internal #: 01251-S | 78 | ea J20J | 6170 6 | | 856, | |
| | Please label all 01251-S fan shrouds for Jamestown with the "V 8 Fan Shroud" labels. These should be placed next to or below shipping label | | | | | | |

**PJAX FREIGHT SYSTEM   PJX1   SHIPPERS COPY**
**12125133 4**

9-28-05   Total Items Shipped

| QTY OF CONT. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | CLASS RATE | CK | TOTAL GROSS | TOTAL TARE | TOTAL NET |
|---|---|---|---|---|---|---|---|
| 94 | 12 Auto Body Pts NOI Density, Sub01, Class 250 #18260 | 9,715 | | | 9,715 | | |
| | **TOTAL** | 9,715 | | | | | |

25.1B.15

**INVOICE NUMBER**
330893

**AMP Industries**
42050 Executive Drive

Harrison Township, MI  48045

| | |
|---|---|
| S 8011 | S 8012 |
| O DELPHI | H Jamestown |
| L ACG DISBURSEMENT CENTER | I |
| D P O BOX 1550 | P Jamestown-Moraine |
| | 2447 A. East River Rd |
| FLINT, MI 48501 | Moraine, OH 45439 |
| T United States | T United States |
| O | O |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 006542310 | Net 30th Prox | Harrison Twp. | 09/29/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/29/05 | 330893 | PJAX Freight System | 9,715 | 6,003 | 3,712 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0550028108 | 15170459<br>Fan Shroud GMT360<br>INTERNAL #: 01052 | 1,209 | ea | 3.833 | $4,634.10 |
| 0550035505 | 15204231<br>Fan Shroud 370<br>INTERNAL #: 01251-S | 78 | EA | 5.6465 | $440.43 |
| | | | | | $0.00 |
| | | | | Subtotal | $5,074.53 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $5,074.53 |
| | | | | Disc Available | $0.00 |
| | | | | Funds: | |

# amp INDUSTRIES

42050 EXECUTIVE DRIVE
HARRISON TWP., MICHIGAN 48045-1311
TELEPHONE (586) 469-4100
FAX: (586) 463-8650
DUNS 00-654-2310

**SHIPPER**

| BILL OF LADING NO. | DATE |
|---|---|

Truck Number
7001

SOLD TO:
8013
DELPHI
ACG DISBURSEMENT CENTER
P O BOX 1550
FLINT                    MI 48501
United States

SHIP TO:
8012
Jamestown
Jamestown Moraine
2447 A. East River Rd.
Moraine OH 45439
United States

| CONTROL SOURCE | CARRIER (SHIP VIA) | SUPPLIER CODE | FREIGHT | | | F.O.B. | | DOCK NO. | AETC. NO. |
|---|---|---|---|---|---|---|---|---|---|
| | | | COL. | PPD. IN | PPD. | | | | |
| DELPHI | PJAX Freight System | 006542310 | X | | | Harrison Twp | | | |

| P.O. NUMBER ENG. LEVEL | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | U.O.M. DOCK CODE | CONT. I.D. TOTAL CONT. | PALLETS LOOSE CONT. | PRIOR ACCUM. TOTAL ACCUM. |
|---|---|---|---|---|---|---|
| | 15170457 Fan Shroud GMT360 Internal #: 01052 | 1209 | EA J201 | 5196 96 | 0 | 2987.0 210922. |
| | 15204251 Fan Shroud 370 Internal #: 01251 S | 78 | EA J201 | 1878 6 | 0 | 13651 13871. |
| | Please label all 01251 S fan shrouds for Jamestown with the "V-8 Fan Shroud" label. These should be place next to or below shipping label. | | | | | |

PJAX **12125135 9**
FREIGHT SYSTEM   PJAX   SHIPPERS COPY

[signature] Jackson 9-29-05   Total Items Shipped

| QTY. IF CONT. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | CLASS RATE | CK | TOTAL GROSS | TOTAL TARE | TOTAL NET |
|---|---|---|---|---|---|---|---|
| 27 | 12 Auto Body Pts, NOI Density Subvol, Class 250, #18260 | 9,715 | | | 9,715 | 603 | 9112 |
| 27 | **TOTAL** | 9,715 | | | | | |

**INVOICE NUMBER**
330920

**AMP Industries**
42050 Executive Drive

Harrison Township, MI  48045

| S O L D T O | | S H I P T O | |
|---|---|---|---|
| 8011 | | 8012 | |
| DELPHI | | Jamestown | |
| ACG DISBURSEMENT CENTER | | Jamestown-Moraine | |
| P O BOX 1550 | | 2447 A. East River Rd | |
| | | Moraine, OH 45439 | |
| FLINT, MI 48501 | | United States | |
| United States | | | |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 006542310 | Net 30th Prox | Harrison Twp. | 09/30/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/30/05 | 330920 | PJAX Freight System | 9,748 | 6,042 | 3,706 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0550028108 | 15170459 Fan Shroud GMT360 INTERNAL #: 01052 | 1,222 | ea | 3.833 | $4,683.93 |
| 0550035505 | 15204231 Fan Shroud 370 INTERNAL #: 01251-S | 65 | EA | 5.6465 | $367.02 |
| | | | | | $0.00 |
| | | | | Subtotal | $5,050.95 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $5,050.95 |
| | | | | Disc Available | $0.00 |
| | | | | Funds: | |

# amp INDUSTRIES

42050 EXECUTIVE DRIVE
HARRISON TWP, MICHIGAN 48045-1311
TELEPHONE (586) 469-4100
FAX: (586) 463-8650
DUNS 00-654-2310

**SHIPPER**

| Main Document | DATE |
|---|---|

Truck Number
7141

8011
DELPHI
S  ACC DISBURSEMENT CENTER
O  P O BOX 1580
L
D
T  FLINT                    MI  48501
O  United States

8017
Jamestown
S
H  Jamestown MORAINE
I  2447 W. East River Rd
P
T  moraine OH 45439
O  United States

| CONTROL SOURCE | CARRIER (SHIP VIA) | SUPPLIER CODE | FREIGHT | | | F.O.B. | | DOCK NO. | AETC. NO. |
|---|---|---|---|---|---|---|---|---|---|
| | | | COL | PPD. IN | PPD. | | | | |
| DELPHI | PJAX Freight System | 006542310 | X | | | Harrison Twp. | | | |

| P.O. NUMBER ENG. LEVEL | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | U.O.M. DOCK CODE | CONT. I.D. TOTAL CONT. | PALLETS LOOSE CONT. | PRIOR ACCUM. TOTAL ACCUM. |
|---|---|---|---|---|---|---|
| | 15170457 Fan Shroud GMT360 Internal #: 01057 | 12121 | EA 1202 | 617 54 | | |
| | 15204241 Fan Shroud 670 Internal #: 01251 | | EA | | | |
| | Please label all output Fan Shrouds for Jamestown with the "V-8 Fan Shroud" labels. These should be place next to or below shipping label. | | | | | |

**PJAX** FREIGHT SYSTEM
PJXI
**12126771 0**
SHIPPERS COPY

Total Items Shipped:

| QTY OF CONT. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | CLASS RATE | CK | TOTAL GROSS | TOTAL TARE | TOTAL NET |
|---|---|---|---|---|---|---|---|
| 99 | 12-Auto Body Pts,NOI Density,NMFC1,Class 250 #18260 | 9,748 | | | 9,748 | | |
| 99 | **TOTAL** | 9,748 | | | | | |

25.18.1

**INVOICE NUMBER**
330972

**AMP Industries**
42050 Executive Drive

Harrison Township, MI 48045

| S | 8011 |
|---|---|
| O | DELPHI |
| L | ACG DISBURSEMENT CENTER |
| D | P O BOX 1550 |
|   | FLINT, MI 48501 |
| T | United States |
| O | |

| S | 8012 |
|---|---|
| H | Jamestown |
| I | |
| P | Jamestown-Moraine |
|   | 2447 A. East River Rd |
|   | Moraine, OH 45439 |
| T | United States |
| O | |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 006542310 | Net 30th Prox | Harrison Twp. | 10/03/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 10/03/05 | 330972 | PJAX Freight System | 9,511 | 5,769 | 3,742 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0550028108 | 15170459<br>Fan Shroud GMT360<br>INTERNAL #: 01052 | 1,131 | ea | 3.833 | $4,335.12 |
| 0550035505 | 15204231<br>Fan Shroud 370<br>INTERNAL #: 01251-S | 156 | EA | 5.6465 | $880.85 |
| | | | | | $0.00 |
| | | | | Subtotal | $5,215.97 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $5,215.97 |
| | | | | Disc Available | $0.00 |
| | | | | Funds: | |

**amp INDUSTRIES**

42050 EXECUTIVE DRIVE
HARRISON TWP, MICHIGAN 48045-1311
TELEPHONE (586) 469-4100
FAX: (586) 463-8650
DUNS 00-654-2310

**SHIPPER**

| DOCUMENT | DATE |
|---|---|
| 55042.1 | 10/03/05 |

Truck Number
7003

**SOLD TO**
8012
DELPHI
ACG DISBURSEMENT CENTER
P O BOX 1550

FLINT                    MI 48501
United States

**SHIP TO**
8012
Jamestown

Jamestown Moraine
2447 A. East River Rd
Moraine OH 45455
United States

| CONTROL SOURCE | CARRIER (SHIP VIA) | SUPPLIER CODE | FREIGHT COL | PPD. IN | PPD. | F.O.B. | | DOCK NO. | AETC. NO. |
|---|---|---|---|---|---|---|---|---|---|
| DELPHI | PJAX Freight System | 00654231C | X | | | Harrison Twp. | | | |

| P.O. NUMBER ENG. LEVEL | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | U.O.M. DOCK CODE | CONT. I.D. TOTAL CONT. | PALLETS LOOSE CONT. | PRIOR ACCUM. TOTAL ACCUM. |
|---|---|---|---|---|---|---|
| | 15170459 Fan Shroud GMT800 Internal #: 01052 | 1151 | ea J201 | 8196 87 | 117 5 | 212199 213330 |
| | 15204231 Fan Shroud 370 Internal #: 01251-S | 156 | ea J201 | 3576 12 | 3 | 43782 43938 |
| | Please label all 01251-S fan shrouds for Jamestown with the "V 8 Fan Shroud" labels. These should be place next to or below shipping label. | | | | | |

**12345583 4**

PJAX FREIGHT SYSTEM   PJX1   SHIPPERS COPY

10-3-05   Total Items Shipped.

| QTY # CONT. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | CLASS RATE | CK | TOTAL GROSS | TOTAL TARE | TOTAL NET |
|---|---|---|---|---|---|---|---|
| 99 | 12 Auto Body Pts,NOI Density,Sub01,Class 250 #13260 | 9,511 | | | 9,511 | 5,779 | 3,732 |
| 99 | **TOTAL** | 9,511 | | | | | |

25.18.11

**AMP Industries**
42050 Executive Drive

Harrison Township, MI  48045

<table>
<tr><td></td><td></td><td></td><td colspan="2">INVOICE NUMBER</td></tr>
<tr><td></td><td></td><td></td><td colspan="2">331003</td></tr>
</table>

| S | 8011 |
|---|---|
| O | DELPHI |
| L | ACG DISBURSEMENT CENTER |
| D | P O BOX 1550 |
|   | FLINT, MI 48501 |
| T | United States |
| O | |

| S | 8012 |
|---|---|
| H | Jamestown |
| I | |
| P | Jamestown-Moraine |
|   | 2447 A. East River Rd |
|   | Moraine, OH 45439 |
| T | United States |
| O | |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 006542310 | Net 30th Prox | Harrison Twp. | 10/04/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 10/04/05 | 331003 | PJAX Freight System | 9,579 | 5,847 | 3,732 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0550028108 | 15170459 Fan Shroud GMT360 INTERNAL #: 01052 | 1,157 | ea | 3.833 | $4,434.78 |
| 0550035505 | 15204231 Fan Shroud 370 INTERNAL #: 01251-S | 130 | EA | 5.6465 | $734.05 |
| | | | | | $0.00 |
| | | | | Subtotal | $5,168.83 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $5,168.83 |
| | | | | Disc Available | $0.00 |
| | | | | Funds: | |

# amp
## INDUSTRIES

42050 EXECUTIVE DRIVE
HARRISON TWP., MICHIGAN 48045-1311
TELEPHONE (586) 469-4100
FAX: (586) 463-8650
DUNS 00-654-2310

**SHIPPER**

Truck Number
7141

| SID/SHIPPER NO. | DATE |
|---|---|
| 331003 | 10/04/05 |

8011
DELPHI
S ACG DISBURSEMENT CENTER
O P O BOX 1550
L
D
T FLINT                    MI 48501
O United States

8012
Jamestown
S
H Jamestown Moraine
I 2447 A. East River Rd
P
T Moraine OH 45439
O United States

| CONTROL SOURCE | CARRIER (SHIP VIA) | SUPPLIER CODE | FREIGHT | | | F.O.B. | | DOCK NO. | AETC. NO. |
|---|---|---|---|---|---|---|---|---|---|
| | | | COL. | TPPD. IN | PPD. | | | | |
| DELPHI | PJAX Freight System | 006542310 | X | | | Harrison Twp | | | |

| P.O. NUMBER ENG. LEVEL | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | U.O.M. DOCK CODE | CONT. I.D. TOTAL CONT. | PALLETS LOOSE CONT. | PRIOR ACCUM. TOTAL ACCUM. |
|---|---|---|---|---|---|---|
| | 15170459 | 157 | EA | 9195 | 1 | 9254 |
| | Fan Shroud BM1360 | | J201 | 59 | 1 | 2160 |
| | Internal #: 01052 | | | | | |
| | | | | | | |
| | 15204231 | 100 | EA | 6176 | 1 | 10458 |
| | Fan Shroud 370 | | J201 | 10 | 1 | 6060 |
| | Internal #: 01251-S | | | | | |
| | | | | | | |
| | Please label all 01251-S fan shrouds for Jamestown with the "V-8 Fan Shroud" labels. | | | | | |
| | These should be place next to or below shipping label. | | | | | |

**PJAX** 12345585 9
FREIGHT SYSTEM   PJX1   SHIPPERS COPY

Dusty Jackson 10-4-05

Total Items Shipped

| QTY. IF CONT. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | CLASS RATE | CK | TOTAL GROSS | TOTAL TARE | TOTAL NET |
|---|---|---|---|---|---|---|---|
| 99 | 12 Auto Body Pts,NOI Density,Sub01,Class 250 #13260 | 9,579 | | | 9,579 | 5,847 | 3,732 |
| 99 | **TOTAL** | 9,579 | | | | | |

25.18.12

**INVOICE NUMBER**
331035

**AMP Industries**
4205C Executive Drive

Harrison Township, MI  48045

| S | 8011 | | S | 8012 |
|---|------|---|---|------|
| O | DELPHI | | H | Jamestown |
| L | ACG DISBURSEMENT CENTER | | I | |
| D | P O BOX 1550 | | P | Jamestown-Moraine |
| | | | | 2447 A. East River Rd |
| | FLINT, MI 48501 | | | Moraine, OH 45439 |
| T | United States | | T | United States |
| O | | | O | |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 006542310 | Net 30th Prox | Harrison Twp. | 10/05/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 10/05/05 | 331035 | PJAX Freight System | 9,579 | 5,847 | 3,732 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0550028108 | 15170459<br>Fan Shroud GMT360<br>INTERNAL #: 01052 | 1,157 | ea | 3.833 | $4,434.78 |
| 0550035505 | 15204231<br>Fan Shroud 370<br>INTERNAL #: 01251-S | 130 | EA | 5.6465 | $734.05 |
| | | | | | $0.00 |
| | | | | Subtotal | $5,168.83 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $5,168.83 |
| | | | | Disc Available | $0.00 |
| | | | | Funds: | |



**amp INDUSTRIES**

42050 EXECUTIVE DRIVE
HARRISON TWP, MICHIGAN 48045-1311
TELEPHONE (586) 469-4100
FAX: (586) 463-8650
DUNS 00-654-2310

**SHIPPER**

| MDS SHIPMENT | DATE |
|---|---|
| | |

Truck Number
7101

| 331031 | 10/05/05 |

| | |
|---|---|
| **S O L D  T O** | 8011<br>DELPHI<br>ACE DISBURSEMENT CENTER<br>P O BOX 1556<br>FLINT                    MI 48501<br>United States | **S H I P  T O** | 8012<br>Jamestown<br>Jamestown Moraine<br>2447 A. EAST River<br>Moraine OH 45439<br>United States |

| ONTROL SOURCE | CARRIER (SHIP VIA) | SUPPLIER CODE | FREIGHT | | | F.O.B. | | DOCK NO. | AETC. NO. |
|---|---|---|---|---|---|---|---|---|---|
| | | | COL. | PPD. IN | PPD. | | | | |
| Client | PJAX Freight System | 006542510 | X | | | Harrison Twp. | | | |

| P.O. NUMBER<br>ENG. LEVEL | CUSTOMER PART NUMBER<br>DESCRIPTION | QUANTITY<br>SHIPPED | U.O.M.<br>DOCK CODE | CONT. I.D.<br>TOTAL CONT. | PALLETS<br>LOOSE CONT. | PRIOR ACCUM.<br>TOTAL ACCUM. |
|---|---|---|---|---|---|---|
| | 15170459<br>Fan Shroud GMT360<br>Internal #. 01052 | 1157 | ea<br>J201 | 8170<br>45 | | |
| | 15204233<br>Fan Shroud 370<br>Internal #. 01251 S | 150 | bh<br>J201 | 8176<br>10 | | |
| | Please label all 01251 S fan shrouds for Jamestown with<br>the "V 8 Fan Shroud" labels.<br>These should be place next to or below shipping<br>label. | | | | | |

**PJAX** FREIGHT SYSTEM   **11423969 2**   PJX1   SHIPPERS COPY.

10-5-05

Total Items Shipped:

PJAX FREIGHT SYSTEM   PJX1   SHIPPERS COPY.

| QTY.<br>OF CONT. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | CLASS<br>RATE | CK | TOTAL GROSS | TOTAL TARE | TOTAL NET |
|---|---|---|---|---|---|---|---|
| 99 | 12 Auto Body Pts,NOI<br>Density,Sub01,Class: 250 #18260 | 9,579 | | | 9,579 | 5,847 | 3,732 |
| 99 | **TOTAL** | 9,579 | | | | | |

25.18.12

**INVOICE NUMBER**
331069

**AMP Industries**
42050 Executive Drive

Harrison Township, MI  48045

S  8011
O  DELPHI
L  ACG DISBURSEMENT CENTER
D  P O BOX 1550

   FLINT, MI 48501
T  United States
O

S  8012
H  Jamestown
I
P  Jamestown-Moraine
   2447 A. East River Rd
   Moraine, OH 45439
T  United States
O

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 006542310 | Net 30th Prox | Harrison Twp. | 10/06/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 10/06/05 | 331069 | PJAX Freight System | 9,579 | 5,847 | 3,732 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0550028108 | 15170459<br>Fan Shroud GMT360<br>INTERNAL #: 01052 | 1,157 | ea | 3.833 | $4,434.78 |
| 0550035505 | 15204231<br>Fan Shroud 370<br>INTERNAL #: 01251-S | 130 | EA | 5.6465 | $734.05 |
| | | | | | $0.00 |
| | | | | Subtotal | $5,168.83 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $5,168.83 |
| | | | | Disc Available | $0.00 |
| | | | | Funds: | |

# amp INDUSTRIES

42050 EXECUTIVE DRIVE
HARRISON TWP., MICHIGAN 48045-1311
TELEPHONE (586) 469-4100
FAX: (586) 463-8650
DUNS 00-654-2310

**SHIPPER**

| SHIP/SHIP PLANT NO. | DATE |
|---|---|
| 555.009 | 10/06/05 |

Truck Number
7141

| | |
|---|---|
| 8011<br>DELPHI<br>**S** ACG DISBURSEMENT CENTER<br>**O** P O BOX 1550<br>**L**<br>**D**<br>**T** FLINT                    MI 48501<br>**O** United States | 8012<br>Jamestown<br>**S**<br>**H** Jamestown Works<br>**I** 2447 N. East River Dr.<br>**P**<br>**T** Moraine OH 45432<br>**O** United States |

| CONTROL SOURCE | CARRIER (SHIP VIA) | SUPPLIER CODE | FREIGHT | | | F.O.B. | DOCK NO. | AETC. NO. |
|---|---|---|---|---|---|---|---|---|
| | | | COL. | PPD. IN | PPD. | | | |
| DELPHI | PJAX Freight System | 00654231C | X | | | Harrison Twp | | |

| P.O. NUMBER<br>ENG. LEVEL | CUSTOMER PART NUMBER<br>DESCRIPTION | QUANTITY<br>SHIPPED | U.O.M.<br>DOCK CODE | CONT. I.D.<br>TOTAL CONT. | PALLETS<br>LOOSE CONT. | PRIOR ACCUM.<br>TOTAL ACCUM. |
|---|---|---|---|---|---|---|
| | 15170455<br>Fan Shroud RM1560<br>Internal #: 01052 | 1157 | ea<br>J201 | 8157 | | |
| | 15204251<br>Fan Shroud 370<br>Internal #: 01251 S | 130 | EA<br>J202 | 8126<br>10 | | |
| | Please label all 01251 S fan shrouds for Jamestown with<br>the "V-8 Fan Shroud" labels<br>These should be place next to or below shipping<br>label. | | | | | |

## PJAX FREIGHT SYSTEM   12345586 7   PJXI   SHIPPERS COPY

Total Items Shipped

| QTY.<br>OF CONT. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | CLASS<br>RATE | CK | TOTAL GROSS | TOTAL TARE | TOTAL NET |
|---|---|---|---|---|---|---|---|
| 99 | 12 Auto Body Pts,NOI<br>Density,Sub01,Class 250 #18260 | 9,579 | | | 9,579 | 5,840 | 3,739 |
| 99 | **TOTAL** | 9,579 | | | | | |

25.18.12

**INVOICE NUMBER**
331070

**AMP Industries**
42050 Executive Drive

Harrison Township, MI 48045

| S | 8011 | S | 8012 |
|---|------|---|------|
| O | DELPHI | H | Jamestown |
| L | ACG DISBURSEMENT CENTER | I | |
| D | P O BOX 1550 | P | Jamestown-Moraine |
|   | | | 2447 A. East River Rd |
|   | FLINT, MI 48501 | | Moraine, OH 45439 |
| T | United States | T | United States |
| O | | O | |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 006542310 | Net 30th Prox | Harrison Twp. | 10/06/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 10/06/05 | 331070 | PJAX Freight System | 9,918 | 6,237 | 3,681 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0550028106 | 15170459<br>Fan Shroud GMT360<br>INTERNAL #: 01052 | 1,287 | ea | 3.833 | $4,933.07 |
| | | | | Subtotal | $4,933.07 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $4,933.07 |
| | | | | Disc Available | $0.00 |
| | | | | Funds: | |



**amp INDUSTRIES**

42050 EXECUTIVE DRIVE
HARRISON TWP., MICHIGAN 48045-1311
TELEPHONE (586) 469-4100
FAX: (586) 463-8650
DUNS 00-654-2310

| SHIPPER | | | DATE |
|---|---|---|---|
| Truck Number: 557001 | | 557001 | 10/06/05 |

S O L D  T O
801i
DELPHI
ACG DISBURSEMENT CENTER
P O BOX 1550
FLINT                    MI 48501
United States

S H I P  T O
80i2
Jamestown
Jamestown Moraine
2447 A. East River Rd
Moraine OH 45459
United States

| CONTROL SOURCE | CARRIER (SHIP VIA) | SUPPLIER CODE | FREIGHT | | | F.O.B. | | DOCK NO. | AETC. NO. |
|---|---|---|---|---|---|---|---|---|---|
| | | | COL. | PPD IN | PPD. | | | | |
| Delphi PJAX Freight System | 0065426i0 | X | | | | Harrison Twp | | | |

| P.O. NUMBER ENG. LEVEL | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | U.O.M. DOCK CODE | CONT. I.D. TOTAL CONT. | PALLETS LOOSE CONT. | PRIOR ACCUM. TOTAL ACCUM. |
|---|---|---|---|---|---|---|
| 15170459 | Fan Shroud GM1300 Internal #: 01052 | 1287 | ea 3201 | 1294 99 | 11 | 20680i 21900i |

**PJAX** FREIGHT SYSTEM  **12742958 7**  PJXi  SHIPPERS COPY

*[handwritten]* 10-6-05

Total Items Shipped:

| QTY OF CONT. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | CLASS RATE | CK | TOTAL GROSS | TOTAL TARE | TOTAL NET |
|---|---|---|---|---|---|---|---|
| 99 | 12 each Body Bus No1 Density, SubO1, Class 250 #18260 | 9,918 | | | 9,918 | 8,i7 | 5,i81 |
| 99 | **TOTAL** | 9,918 | | | | | |

25.18.12

**INVOICE NUMBER**
331098

**AMP Industries**
42050 Executive Drive

Harrison Township, MI  48045

| S | 8011 |
|---|------|
| O | DELPHI |
| L | ACG DISBURSEMENT CENTER |
| D | P O BOX 1550 |
|   | FLINT, MI 48501 |
| T | United States |
| O | |

| S | 8012 |
|---|------|
| H | Jamestown |
| I | |
| P | Jamestown-Moraine |
|   | 2447 A. East River Rd |
|   | Moraine, OH 45439 |
| T | United States |
| O | |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 006542310 | Net 30th Prox | Harrison Twp. | 10/07/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 10/07/05 | 331098 | PJAX Freight System | 9,579 | 5,847 | 3,732 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0550028108 | 15170459 Fan Shroud GMT360 INTERNAL #: 01052 | 1,157 | ea | 3.833 | $4,434.78 |
| 0550035505 | 15204231 Fan Shroud 370 INTERNAL #: 01251-S | 130 | EA | 5.6465 | $734.05 |
| | | | | | $0.00 |
| | | | | Subtotal | $5,168.83 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $5,168.83 |
| | | | | Disc Available | $0.00 |
| | | | | Funds: | |

# amp
## INDUSTRIES

42050 EXECUTIVE DRIVE
HARRISON TWP, MICHIGAN 48045-1311
TELEPHONE (586) 469-4100
FAX: (586) 463-8650
DUNS 00-654-2310

**SHIPPER**
Truck Number
2504

| SHIPPER NUMBER | DATE |
|---|---|
| 331098 | 10/07/05 |

8011
DELPHI
S
O ACG DISBURSEMENT CENTER
L P O BOX 1550
D
FLINT                    MI 48501
T
O United States

8012
Jamestown
S
H
I Jamestown-Moraine
P 2447 A. East River Rd
Moraine OH 45439
T
O United States

| CONTROL SOURCE | CARRIER (SHIP VIA) | SUPPLIER CODE | FREIGHT | | | F.O.B. | DOCK NO. | AETC. NO. |
|---|---|---|---|---|---|---|---|---|
| | | | COL. | PPD. IN | PPD. | | | |
| DELPHI | PJAX Freight System | 006542310 | X | | | Harrison Twp. | | |

| P.O. NUMBER ENG. LEVEL | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | U.O.M. DOCK CODE | CONT. I.D. TOTAL CONT. | PALLETS LOOSE CONT. | PRIOR ACCUM. TOTAL ACCUM. |
|---|---|---|---|---|---|---|
| | 15170459 | 1157 | ea | 8190 | 89 | 218082 |
| | Fan Shroud GMT360 | | J201 | 89 | 0 | 219243 |
| | Internal #: 01052 | | | | | |
| | | | | | | |
| | 15204231 | 130 | EA | 8176 | 10 | 14328 |
| | Fan Shroud 370 | | J201 | 10 | 0 | 14458 |
| | Internal #: 01251-S | | | | | |
| | | | | | | |
| | Please label all 01251-S fan shrouds for Jamestown with the "V-8 Fan Shroud" labels. These should be place next to or below shipping label. | | | | | |

**PJAX** FREIGHT SYSTEM   **12125137 5**   PJAX   SHIPPERS COPY

Total Items Shipped:            99

| QTY OF CONT. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | CLASS RATE | CK | TOTAL GROSS | TOTAL TARE | TOTAL NET |
|---|---|---|---|---|---|---|---|
| 99 | 12 Auto Body Pts,NOI Density,Sub01,Class 250 #18260 | 9,579 | | | 9,579 | 5,84 | 3,732 |
| 99 | **TOTAL** | 9,579 | | | | | |

**AMP industries**
42050 Executive Drive

Harrison Township, MI  48045

| S | 8011 | | S | 8012 |
|---|------|---|---|------|
| O | DELPHI | | H | Jamestown |
| L | ACG DISBURSEMENT CENTER | | I | |
| D | P O BOX 1550 | | P | Jamestown-Moraine |
| | | | | 2447 A. East River Rd |
| | FLINT, MI 48501 | | | Moraine, OH 45439 |
| T | United States | | T | United States |
| O | | | O | |

| SUPPLIER CODE | TERMS | | F.O.B. | INVOICE DATE |
|---|---|---|---|---|
| 006542310 | Net 30th Prox | | Harrison Twp. | 10/07/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 10/07/05 | 331099 | PJAX Freight System | 5,973 | 3,579 | 2,394 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0550028108 | 15170459<br>Fan Shroud GMT360<br>INTERNAL #: 01052 | 689 | ea | 3.833 | $2,640.94 |
| 0550035505 | 15204231<br>Fan Shroud 370<br>INTERNAL #: 01251-S | 130 | EA | 5.6465 | $734.05 |
| | | | | | $0.00 |
| | | | | Subtotal | $3,374.99 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $3,374.99 |
| | | | | Disc Available | $0.00 |
| | | | | Funds: | |



**amp INDUSTRIES**

42050 EXECUTIVE DRIVE
HARRISON TWP, MICHIGAN 48049-1311
TELEPHONE (586) 469-4100
FAX: (586) 463-8650
DUNS 00-654-2310

**SHIPPER**

| | SUB DOCUMENT | DATE |
|---|---|---|

Truck Number
537141

S O L D   T O
8011
DELPHI
ACS DISBURSEMENT CENTER
P O BOX 1550
FLINT                     MI 48501
United States

S H I P   T O
8012
Jamestown
Jamestown Moraine
2447 A East Rd
Moraine OH 45439
United States

| CONTROL SOURCE | CARRIER (SHIP VIA) | SUPPLIER CODE | FREIGHT | | | F.O.B. | DOCK NO. | AETC. NO. |
|---|---|---|---|---|---|---|---|---|
| | | | COL. | PPD. IN | PPD. | | | |
| | PJAX Freight Syst | 09604425100 | K | | | Harrison Twp. | | |

| P.O. NUMBER ENG. LEVEL | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | U.O.M. DOCK CODE | CONT. I.D. TOTAL CONT. | PALLETS LOOSE CONT. | PRIOR ACCUM. TOTAL ACCUM. |
|---|---|---|---|---|---|---|
| | 15170409
Fan Shroud 6M1360
Internal # 01052 | 609 | EA
J201 | | | |
| | 15204231
Fan Shroud 370
Internal # 01251-S | 150 | EA
J201 | | | |
| | Please label all 01251-S fan shrouds for Jamestown with the "V 8 Fan Shroud" labels.
These should be place next to or below shipping labels. | | | | | |

**PJAX** FREIGHT SYSTEM   PJXI   **12742960 3**   SHIPPERS COPY

Total Items Shipped

| QTY OF CONT. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | CLASS RATE | CK | TOTAL GROSS | TOTAL TARE | TOTAL NET |
|---|---|---|---|---|---|---|---|
| 63 | 12 Auto Body Pts,NOI
Density,Sub0;Class 250 #0.8260 | 5,973 | | | 5,973 | 2,679 | 3,294 |
| 63 | **TOTAL** | 5,973 | | | | | |

all
10-7-05