FOX ROTHSCHILD LLP
1301 Atlantic Avenue, Suite 400
Atlantic City, NJ 08401-7212
(609) 348-4515
Michael J. Viscount, Jr.

    -and-

FOX ROTHSCHILD LLP
13 East 37th Street, Suite 800
New York, New York 10016
(212) 682-7575
Yann Geron (YG 1130)
Fred Stevens (FS 1346)

Attorneys for M&Q Plastic Products, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------x

**NOTICE OF RECLAMATION DEMAND
OF M&Q PLASTIC PRODUCTS, INC.**

***PLEASE TAKE NOTICE*** that pursuant to 11 U.S.C. § 546(c), UCC § 2-702(2), and this Court's Order, dated October 14, 2005, establishing, among other things, procedures for the treatment of reclamation claims in the Delphi Corporation, *et al.* (collectively, the "Debtors") bankruptcy cases, the reclamation demand annexed hereto as Exhibit A[1], was served by M&Q Plastic Products, Inc. ("M&Q") upon the Debtors and their counsel on October 14, 2005.

---

[1] The reclamation demand annexed hereto as Exhibit A contains only a summary schedule of the invoices issued by M&Q which relate to the goods sought to be reclaimed. The Debtors and their counsel were served with copies of the invoices identified on the schedule. However, due to the breadth of the documents, only a summary is included with this notice.

NY1 9140v1 10/14/05

Dated:   New York, New York
         October 14, 2005

                          FOX ROTHSCHILD LLP
                          Counsel to M&Q Plastic Products, Inc.

                          By:   */s/ Fred Stevens*
                                Yann Geron (YG 1130)
                                Fred Stevens (FS 1346)
                                13 East 37th Street, Suite 800
                                New York, New York 10016
                                (212) 682-7575

# EXHIBIT "A"

# RECLAMATION DEMAND OF M&Q PLASTIC PRODUCTS, INC.