# FOX ◆ ROTHSCHILD LLP

### ATTORNEYS AT LAW

MIDTOWN BUILDING ◆ SUITE 400 ◆ 1301 ATLANTIC AVENUE ◆ ATLANTIC CITY, NJ 08401-7212
609.348.4515 ◆ FAX 609.348.6834 ◆ www.foxrothschild.com

DANIEL S. OJSERKIS
OFFICE MANAGING PARTNER

Michael J. Viscount, Jr.
Direct Dial: (609) 572-2227
Internet Address: mviscount@foxrothschild.com

October 14, 2005

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: Robert S. Miller, Jr., Chairman & CEO

    Re: **Delphi Corporation, et al.**
       **Chapter 11 Case No. 05-44481-rdd (Jointly Administered)**
       **Reclamation Demand by M&Q Plastic Products**

Gentlemen:

   This firm represents M&Q Plastic Products ("M&Q") in the referenced bankruptcy matter commenced upon the filing of Chapter 11 petitions by Delphi Corporation and certain of its affiliates (the "Debtors") on October 8, 2005 (the "Petition Date"). I have attached hereto copies of invoices reflecting those goods (the "Reclaimed Goods") identified to date by M&Q, which were shipped to one or more of the Debtors and received by the Debtors within ten (10) days prior to the Petition Date. (Summary schedules only are enclosed for your bankruptcy counsel). The amount due and outstanding on account of the Reclaimed Goods received by the Debtors in such ten (10) day period totals $719,691.99.

   In accordance with Uniform Commercial Code § 2-702 (2) and 11 U.S.C. § 546(c), M&Q hereby exercises its right to reclaim said goods based on the Debtors' insolvency. Demand is hereby made for the immediate return of the Reclaimed Goods. Please contact the undersigned to arrange for the return of said goods or to address any concerns you may have regarding this matter. M&Q reserves the right to modify its demand should additional shipments be identified.

   Of course, if you have any questions with regard to the attached, please do not hesitate to contact me.

                   Sincerely,

                   Michael J. Viscount, Jr.

MJV:mls

Delphi Corporation
October 14, 2005
Page 2


cc:   Sean Cleary (w/o encl.)
      Joseph Mallozzi (w/o encl.)

      John K. Lyons, Esq. (w/encl.)
      Allison Verderber Herriott, Esq. (w/encl.)
      Skadden, Arps, Slate, Meagher & Flom LLP
      333 W. Wacker Drive
      Suite 2100
      Chicago, IL  60606

AC1 347183v1 10/14/05

### Delphi Shipment 09/28/2005 to 10/08/2005

| Customer # | Amount Owed |
|---|---:|
| DA0001 | 4,334.48 |
| DE0002 | 656,335.22 |
| DE0009 | 30,302.74 |
| DE0013 | 6,277.91 |
| DE0015 | 13,666.21 |
| DE0016 | 682.50 |
| DE0018 | 7,478.53 |
| DE0021 | 614.40 |
| Total Delphi | 719,691.99 |

**DA0001**          **Delphi Automotive Systems**

| Invoice # | Order # | Date | Amount |
|---|---|---|---|
| 1195261 | 88380 | 10/03/05 | 180.00 |
| 1195262 | 88381 | 10/03/05 | 69.90 |
| 1195263 | 88382 | 10/03/05 | 554.40 |
| 1195264 | 88383 | 10/03/05 | 481.00 |
| 1195265 | 88384 | 10/03/05 | 1,324.08 |
| 1195266 | 88385 | 10/03/05 | 74.48 |
| 1195267 | 88386 | 10/03/05 | 1,084.80 |
| 1195738 | 86784 | 10/04/05 | 18.08 |
| 1195977 | 88651 | 10/06/05 | 321.74 |
| 1195993 | 88673 | 10/06/05 | 66.00 |
| 1195994 | 88674 | 10/06/05 | 160.00 |

Total DA0001                                                          4,334.48

**DE0002**         NAO Disb. Operations - Pontiac

| Invoice # | Order # | Date | Amount |
|---|---|---|---|
| 1193895 | 87969 | 09/28/05 | 807.42 |
| 1193896 | 87970 | 09/28/05 | 175.14 |
| 1193897 | 87971 | 09/28/05 | 1,345.39 |
| 1193898 | 87997 | 09/28/05 | 1,671.18 |
| 1193899 | 87999 | 09/28/05 | 3,740.83 |
| 1193900 | 88000 | 09/28/05 | 1,888.04 |
| 1193901 | 88002 | 09/28/05 | 1,742.22 |
| 1193902 | 88003 | 09/28/05 | 288.98 |
| 1193917 | 88108 | 09/28/05 | 1,615.34 |
| 1193918 | 88109 | 09/28/05 | 640.13 |
| 1193919 | 88110 | 09/28/05 | 948.96 |
| 1193932 | 88140 | 09/28/05 | 14,638.30 |
| 1193950 | 88169 | 09/28/05 | 1,791.97 |
| 1193951 | 88170 | 09/28/05 | 2,232.00 |
| 1193952 | 88171 | 09/28/05 | 8,766.61 |
| 1193954 | 88175 | 09/28/05 | 7,024.50 |
| 1193960 | 88185 | 09/28/05 | 3,308.89 |
| 1193961 | 88186 | 09/28/05 | 1,611.63 |
| 1193962 | 88187 | 09/28/05 | 1,208.32 |
| 1193963 | 88188 | 09/28/05 | 1,515.60 |
| 1193964 | 88189 | 09/28/05 | 1,144.77 |
| 1193965 | 88205 | 09/28/05 | 12,859.54 |
| 1193967 | 88224 | 09/28/05 | 6,585.92 |
| 1193968 | 88226 | 09/28/05 | 5,636.97 |
| 1193997 | 88070 | 09/29/05 | 420.46 |
| 1193999 | 88075 | 09/29/05 | 1,336.66 |
| 1194000 | 88076 | 09/29/05 | 1,617.82 |
| 1194001 | 88077 | 09/29/05 | 950.73 |
| 1194002 | 88078 | 09/29/05 | 2,815.49 |
| 1194003 | 88082 | 09/29/05 | 1,564.60 |
| 1194004 | 88091 | 09/29/05 | 1,457.87 |
| 1194005 | 88092 | 09/29/05 | 178.72 |
| 1194008 | 88232 | 09/29/05 | 2,140.11 |
| 1194009 | 88233 | 09/29/05 | 664.94 |
| 1194010 | 88234 | 09/29/05 | 765.00 |
| 1194011 | 88235 | 09/29/05 | 951.83 |
| 1194064 | 88251 | 09/29/05 | 14,202.15 |
| 1194072 | 88276 | 09/29/05 | 1,364.34 |
| 1194073 | 88277 | 09/29/05 | 4,189.02 |
| 1194074 | 88278 | 09/29/05 | 2,491.06 |
| 1194075 | 88279 | 09/29/05 | 585.50 |
| 1194080 | 88300 | 09/29/05 | 3,325.98 |
| 1194081 | 88301 | 09/29/05 | 3,108.29 |
| 1194083 | 88321 | 09/29/05 | 13,346.63 |
| 1194084 | 88324 | 09/29/05 | 4,030.08 |
| 1194085 | 88325 | 09/29/05 | 1,521.38 |
| 1194086 | 88327 | 09/29/05 | 3,177.74 |
| 1194087 | 88302 | 09/29/05 | 1,973.49 |
| 1195115 | 88191 | 09/30/05 | 671.03 |

| | | | |
|---|---|---|---|
| 1195116 | 88194 | 09/30/05 | 1,656.84 |
| 1195117 | 88195 | 09/30/05 | 252.29 |
| 1195118 | 88196 | 09/30/05 | 1,620.08 |
| 1195119 | 88197 | 09/30/05 | 1,491.94 |
| 1195120 | 88199 | 09/30/05 | 2,021.38 |
| 1195121 | 88200 | 09/30/05 | 2,148.43 |
| 1195122 | 88201 | 09/30/05 | 3,122.95 |
| 1195123 | 88203 | 09/30/05 | 215.90 |
| 1195124 | 88204 | 09/30/05 | 1,368.28 |
| 1195125 | 88207 | 09/30/05 | 916.41 |
| 1195135 | 88355 | 09/30/05 | 1,966.34 |
| 1195136 | 88356 | 09/30/05 | 233.14 |
| 1195137 | 88357 | 09/30/05 | 765.00 |
| 1195138 | 88358 | 09/30/05 | 17,938.89 |
| 1195139 | 88359 | 09/30/05 | 246.14 |
| 1195153 | 88373 | 09/30/05 | 7,113.57 |
| 1195154 | 88374 | 09/30/05 | 1,360.53 |
| 1195155 | 88375 | 09/30/05 | 3,908.84 |
| 1195156 | 88376 | 09/30/05 | 7,646.03 |
| 1195157 | 88377 | 09/30/05 | 585.99 |
| 1195158 | 88401 | 09/30/05 | 2,061.62 |
| 1195159 | 88403 | 09/30/05 | 5,008.52 |
| 1195160 | 88405 | 09/30/05 | 3,271.65 |
| 1195161 | 88406 | 09/30/05 | 865.45 |
| 1195162 | 88412 | 09/30/05 | 13,866.41 |
| 1195163 | 88413 | 09/30/05 | 171.75 |
| 1195164 | 88414 | 09/30/05 | 8,646.71 |
| 1195290 | 88426 | 10/03/05 | 1,210.61 |
| 1195291 | 88427 | 10/03/05 | 1,155.84 |
| 1195292 | 88428 | 10/03/05 | 1,085.26 |
| 1195293 | 88429 | 10/03/05 | 465.70 |
| 1195294 | 88430 | 10/03/05 | 467.70 |
| 1195295 | 88431 | 10/03/05 | 1,273.12 |
| 1195296 | 88432 | 10/03/05 | 3,117.36 |
| 1195297 | 88433 | 10/03/05 | 3,290.66 |
| 1195298 | 88434 | 10/03/05 | 992.95 |
| 1195300 | 88436 | 10/03/05 | 1,149.19 |
| 1195301 | 88437 | 10/03/05 | 5,583.84 |
| 1195302 | 88438 | 10/03/05 | 765.00 |
| 1195308 | 88454 | 10/03/05 | 15,577.42 |
| 1195311 | 88470 | 10/03/05 | 848.64 |
| 1195312 | 88471 | 10/03/05 | 3,654.98 |
| 1195313 | 88472 | 10/03/05 | 7,490.30 |
| 1195314 | 88473 | 10/03/05 | 2,730.57 |
| 1195321 | 88481 | 10/03/05 | 254.26 |
| 1195322 | 88482 | 10/03/05 | 2,528.39 |
| 1195323 | 88484 | 10/03/05 | 6,879.88 |
| 1195324 | 88485 | 10/03/05 | 2,383.17 |
| 1195326 | 88487 | 10/03/05 | 2,885.23 |
| 1195329 | 88505 | 10/03/05 | 15,329.34 |
| 1195330 | 88507 | 10/03/05 | 8,697.69 |
| 1195332 | 88509 | 10/03/05 | 1,569.10 |

| | | | |
|---|---|---|---:|
| 1195333 | 88510 | 10/03/05 | 3,721.07 |
| 1195744 | 87318 | 10/04/05 | 675.53 |
| 1195755 | 87741 | 10/04/05 | 1,007.69 |
| 1195766 | 88358 | 10/04/05 | 8,691.57 |
| 1195768 | 88440 | 10/04/05 | 2,494.09 |
| 1195769 | 88441 | 10/04/05 | 773.63 |
| 1195770 | 88442 | 10/04/05 | 356.77 |
| 1195771 | 88443 | 10/04/05 | 2,128.99 |
| 1195772 | 88444 | 10/04/05 | 268.35 |
| 1195773 | 88445 | 10/04/05 | 1,080.38 |
| 1195774 | 88446 | 10/04/05 | 3,130.94 |
| 1195783 | 88533 | 10/04/05 | 640.13 |
| 1195784 | 88534 | 10/04/05 | 3,520.29 |
| 1195785 | 88535 | 10/04/05 | 765.00 |
| 1195788 | 88554 | 10/04/05 | 15,204.73 |
| 1195798 | 88574 | 10/04/05 | 771.72 |
| 1195808 | 88587 | 10/04/05 | 2,983.64 |
| 1195809 | 88591 | 10/04/05 | 3,348.01 |
| 1195810 | 88593 | 10/04/05 | 1,032.22 |
| 1195817 | 88612 | 10/04/05 | 3,195.34 |
| 1195819 | 88615 | 10/04/05 | 1,688.45 |
| 1195820 | 88616 | 10/04/05 | 1,997.68 |
| 1195821 | 88617 | 10/04/05 | 1,443.99 |
| 1195823 | 88620 | 10/04/05 | 7,338.00 |
| 1195824 | 88621 | 10/04/05 | 5,882.83 |
| 1195950 | 88512 | 10/06/05 | 1,622.47 |
| 1195951 | 88513 | 10/06/05 | 1,174.40 |
| 1195952 | 88514 | 10/06/05 | 448.46 |
| 1195953 | 88515 | 10/06/05 | 1,681.23 |
| 1195954 | 88516 | 10/06/05 | 947.18 |
| 1195955 | 88517 | 10/06/05 | 1,999.19 |
| 1195980 | 88654 | 10/06/05 | 449.04 |
| 1195981 | 88655 | 10/06/05 | 1,935.23 |
| 1195982 | 88656 | 10/06/05 | 1,530.00 |
| 1195989 | 88665 | 10/06/05 | 52.02 |
| 1195991 | 88667 | 10/06/05 | 252.29 |
| 1195992 | 88671 | 10/06/05 | 20,244.02 |
| 1195995 | 88675 | 10/06/05 | 7,359.59 |
| 1196000 | 88681 | 10/06/05 | 1,560.12 |
| 1196001 | 88682 | 10/06/05 | 3,483.17 |
| 1196002 | 88683 | 10/06/05 | 7,353.16 |
| 1196003 | 88684 | 10/06/05 | 901.77 |
| 1196006 | 88689 | 10/06/05 | 1,805.36 |
| 1196009 | 88692 | 10/06/05 | 2,724.16 |
| 1196010 | 88693 | 10/06/05 | 1,085.52 |
| 1196011 | 88694 | 10/06/05 | 1,244.35 |
| 1196012 | 88695 | 10/06/05 | 4,399.92 |
| 1196014 | 88697 | 10/06/05 | 15,703.27 |
| 1196015 | 88698 | 10/06/05 | 5,644.32 |
| 1196016 | 88699 | 10/06/05 | 4,327.56 |
| 1196068 | 88518 | 10/07/05 | 2,261.60 |
| 1196069 | 88519 | 10/07/05 | 1,336.66 |

| | | | |
|---|---|---|---:|
| 1196070 | 88520 | 10/07/05 | 131.48 |
| 1196071 | 88521 | 10/07/05 | 1,037.19 |
| 1196072 | 88522 | 10/07/05 | 288.98 |
| 1196074 | 88527 | 10/07/05 | 1,564.02 |
| 1196075 | 88528 | 10/07/05 | 246.14 |
| 1196076 | 88529 | 10/07/05 | 2,002.40 |
| 1196080 | 88701 | 10/07/05 | 232.56 |
| 1196082 | 88704 | 10/07/05 | 465.12 |
| 1196083 | 88705 | 10/07/05 | 1,113.97 |
| 1196084 | 88706 | 10/07/05 | 4,056.05 |
| 1196085 | 88707 | 10/07/05 | 1,530.00 |
| 1196094 | 88718 | 10/07/05 | 20,802.86 |
| 1196102 | 88731 | 10/07/05 | 1,119.16 |
| 1196103 | 88732 | 10/07/05 | 2,808.87 |
| 1196105 | 88734 | 10/07/05 | 1,402.13 |
| 1196106 | 88735 | 10/07/05 | 6,812.19 |
| 1196115 | 88752 | 10/07/05 | 275.74 |
| 1196116 | 88753 | 10/07/05 | 2,316.58 |
| 1196117 | 88754 | 10/07/05 | 2,231.96 |
| 1196118 | 88755 | 10/07/05 | 1,652.57 |
| 1196119 | 88756 | 10/07/05 | 1,388.84 |
| 1196121 | 88763 | 10/07/05 | 16,273.06 |
| 1196122 | 88772 | 10/07/05 | 6,469.93 |
| 1196150 | 88751 | 10/07/05 | 1,078.52 |
| 1196157 | 88791 | 10/07/05 | 9,324.98 |
| 1196165 | 88820 | 10/07/05 | 7,539.54 |
| 1196166 | 88823 | 10/07/05 | 1,001.98 |
| 1196167 | 88824 | 10/07/05 | 2,948.15 |
| 1196168 | 88825 | 10/07/05 | 7,021.91 |
| 1196169 | 88827 | 10/07/05 | 2,758.31 |
| 1196177 | 88855 | 10/07/05 | 265.70 |
| 1196178 | 88856 | 10/07/05 | 6,197.15 |
| 1196179 | 88858 | 10/07/05 | 3,255.06 |
| 1196180 | 88859 | 10/07/05 | 1,902.08 |
| 1196181 | 88862 | 10/07/05 | 14,393.36 |
| 1196182 | 88863 | 10/07/05 | 5,934.77 |
| 1196183 | 88866 | 10/07/05 | 2,469.00 |
| 1196185 | 88702 | 10/07/05 | 976.69 |
| 1196186 | 88713 | 10/07/05 | 947.18 |
| 1196187 | 88750 | 10/07/05 | 1,620.08 |
| 1196188 | 88757 | 10/07/05 | 2,128.36 |
| 1196189 | 88758 | 10/07/05 | 736.05 |
| 1196190 | 88759 | 10/07/05 | 1,711.87 |
| 1196191 | 88773 | 10/07/05 | 1,586.80 |
| 1196192 | 88774 | 10/07/05 | 2,047.84 |
| 1196193 | 88775 | 10/07/05 | 682.17 |
| 1196194 | 88777 | 10/07/05 | 21.92 |

Total DE0002                                                                                       656,335.22

**DE0009**         **Delphi Automotive Systems**

| Invoice # | Order # | Date | Amount |
|---|---|---|---|
| 1193938 | 88154 | 09/28/05 | 598.65 |
| 1193939 | 88155 | 09/28/05 | 3,530.88 |
| 1193940 | 88156 | 09/28/05 | 397.98 |
| 1193942 | 88159 | 09/28/05 | 147.44 |
| 1193943 | 88160 | 09/28/05 | 93.44 |
| 1193944 | 88161 | 09/28/05 | 130.34 |
| 1193945 | 88162 | 09/28/05 | 417.20 |
| 1193947 | 88166 | 09/28/05 | 55.90 |
| 1193948 | 88167 | 09/28/05 | 112.50 |
| 1193949 | 88168 | 09/28/05 | 172.12 |
| 1193966 | 88210 | 09/28/05 | 685.36 |
| 1194065 | 88266 | 09/29/05 | 399.10 |
| 1194066 | 88268 | 09/29/05 | 1,324.08 |
| 1194067 | 88269 | 09/29/05 | 795.97 |
| 1194068 | 88270 | 09/29/05 | 65.17 |
| 1194069 | 88271 | 09/29/05 | 119.20 |
| 1194070 | 88272 | 09/29/05 | 112.50 |
| 1194071 | 88273 | 09/29/05 | 172.12 |
| 1195140 | 88360 | 09/30/05 | 968.56 |
| 1195141 | 88361 | 09/30/05 | 399.10 |
| 1195142 | 88362 | 09/30/05 | 160.87 |
| 1195143 | 88363 | 09/30/05 | 1,324.08 |
| 1195144 | 88364 | 09/30/05 | 397.98 |
| 1195145 | 88365 | 09/30/05 | 147.44 |
| 1195146 | 88366 | 09/30/05 | 65.17 |
| 1195147 | 88367 | 09/30/05 | 119.20 |
| 1195148 | 88368 | 09/30/05 | 172.12 |
| 1195320 | 88480 | 10/03/05 | 955.32 |
| 1195336 | 88530 | 10/03/05 | 89.40 |
| 1195795 | 88571 | 10/04/05 | 1,995.50 |
| 1195796 | 88572 | 10/04/05 | 2,573.92 |
| 1195797 | 88573 | 10/04/05 | 795.97 |
| 1195799 | 88575 | 10/04/05 | 663.48 |
| 1195800 | 88576 | 10/04/05 | 4,116.38 |
| 1195801 | 88577 | 10/04/05 | 251.40 |
| 1195802 | 88578 | 10/04/05 | 130.34 |
| 1195803 | 88579 | 10/04/05 | 417.20 |
| 1195804 | 88580 | 10/04/05 | 754.20 |
| 1195805 | 88581 | 10/04/05 | 195.00 |
| 1195806 | 88583 | 10/04/05 | 172.12 |
| 1195970 | 88642 | 10/06/05 | 997.75 |
| 1195971 | 88644 | 10/06/05 | 1,447.83 |
| 1195972 | 88645 | 10/06/05 | 442.32 |
| 1195973 | 88646 | 10/06/05 | 62.85 |
| 1195974 | 88647 | 10/06/05 | 130.34 |
| 1195975 | 88649 | 10/06/05 | 55.90 |
| 1195976 | 88650 | 10/06/05 | 286.86 |
| 1196089 | 88711 | 10/07/05 | 368.64 |
| 1196163 | 88815 | 10/07/05 | 315.55 |

Total DE0009                                                            30,302.74

**DE0010**            NAO Disb. Operations - Pontiac

| Invoice # | Order # | Date | Amount |
|---|---|---|---|
| 1193876 | 86023 | 09/29/05 | 18,034.69 |

Total DE0010                                                                18,034.69

Delete   Shipped on August 31, but not billed until September 29 2005

**DE0013**          **Delphi Automotive Systems UK ltd**

| Invoice # | Order # | Date | Amount |
|---|---|---|---|
| 1194051 | 87497 | 09/29/05 | 4,173.94 |
| 1196318 | 88609 * | 10/11/05 | 2,103.97 |

Total DE0013                                                                                6,277.91

**DE0015**         **Delphi Saginaw Steering Systems**

| Invoice # | Order # | Date | Amount |
|---|---|---|---|
| 1193913 | 88072 | 09/28/05 | 187.07 |
| 1193995 | 87650 | 09/28/05 | 3,616.53 |
| 1194006 | 88176 | 09/29/05 | 1,309.46 |
| 1195129 | 88295 | 09/30/05 | 2,057.72 |
| 1196404 | 87917 | 10/01/05 | 1,061.39 |
| 1196405 | 88107 | 10/01/05 | 193.17 |
| 1195258 | 88192 | 10/03/05 | 1,763.73 |
| 1195299 | 88435 | 10/03/05 | 12.30 |
| 1195778 | 88500 | 10/04/05 | 24.60 |
| 1195779 | 88502 | 10/04/05 | 1,075.04 |
| 1195979 | 88653 | 10/06/05 | 12.30 |
| 1196064 | 88193 | 10/07/05 | 2,316.00 |
| 1196086 | 88708 | 10/07/05 | 24.60 |
| 1196147 | 88728 | 10/07/05 | 12.30 |

Total DE0015                                                            13,666.21

**DE0016**     **Delphi Poland S.A.**

| Invoice # | Order # | Date | Amount |
|---|---|---|---|
| 1196145 | 88712 | 10/07/05 | 682.50 |

Total DE0016     682.50