UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                               :            Chapter 11

DELPHI CORPORATION, <u>et</u> <u>al</u>.,          :            Case No. 05-44481 (RDD)

                Debtors.    :            (Jointly Administered)
----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             )   ss.:
COUNTY OF NEW YORK           )

       Rachel T. Ellis, being duly sworn, deposes and says:

       1.    I am over 18 years of age, not a party to this action, and a resident of New York County, New York.

       2.    On **October 14, 2005**, a true copy of the *Notice of Reclamation Demand of M&Q Plastic Products, Inc.,together with all exhibits thereto,* was served upon all those identified in the annexed list by enclosing a true copy of same in a first-class post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                                                      s/
                                                                                         Rachel T. Ellis

Sworn to before me this
14th day of October, 2005

s/
Fred Stevens
Notary Public, State of New York
No. 02ST6037653
Qualified in Nassau County
Commission Expires February 22, 2006

| | | |
|---|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098 | John Wm. Butler, Jr. Esq.<br>John K. Lyons, Esq.<br>Ron E. Meisler, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinios 60606 | Kayalyn A. Marafioti, Esq.<br>Thomas J. Matz, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036 |
| Delphi Delco Electronics Systems<br>601 Joaquin Cavazos Road<br>Los Indios, Texas 78567 | Delphi-D Deltronicos PLT<br>601 Joaquin Cavazos Road<br>Los Indios, Texas 78567 | Delphi Delco Electornics Systems<br>One Corporate Center<br>Attn: Man. Recpts Proc MS-9A241<br>P.O. Box 9005<br>Kokomo, Indiana 46904-9005 |
| Delphi Electornics & Safety<br>P.O. Box 9005<br>Kokomo, Indiana 46904-9005 | Delphi E&S<br>One Corporate Center MS: CTLLM<br>Kokomo, Indiana 46902 | Delphi Automotive Systems<br>5725 Delphi Drive<br>Troy, MI 48098 |
| Delphi Saginaw Steering Systems<br>5725 Delphi Drive<br>Troy, MI 48098 | | |