United States Bankruptcy Court
Southern District of New York

RE: Case # 05-44481 (RDD)
Delphis filing for restructure Chapter 11

Morrie Wayne Henry, a G.M. employee since 1972 currently working at a Delphi facility, shareholder of over 10,000 shares, founders grant of 100 shares and several thousand stock options, objects to the current Chapter 11 filing. It is to my belief there is violations of the Security Exchange Commission of the S1 form filing. The past and present leadership of Delphi has failed to uphold the two-tiered wage contract that the U.A.W. and Delphi Corporation agreed to and that contract runs until 2011. I ask this court to protect the rules and regulations of the Security Exchange Commission.

I would ask the judge to impose a transfer of all Delphis' holdings to the Investment Institution that controls the majority of the stock or simply put Delphi Corporation and all of their holdings into Chapter 7 bankruptcy filing.

Sincerely,

*Morrie W. Henry*

Morrie Wayne Henry

Subscribed and sworn before me, this 14th
day of October 2005, a Notary Public
Kent County
Michigan

*Delores DeLew*
(Signature)
NOTARY PUBLIC
12-20 2005

DELORES DELEW
NOTARY PUBLIC KENT CO, MI
MY COMMISSION EXPIRES DEC 20 2005



RECEIVED
OCT 17 2005
U.S. BANKRUPTCY COURT
SO. DIST OF NEW YORK