UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DELPHI CORPORATION, et al                              NOTICE OF RECLAMATION
                                                       Case #05-44481 (RDD)
                                                       Chapter 11

                        Debtors.                       **FORWARDED BY FAX AND
                                                       CERTIFIED MAIL**

**To:**   **DELPHI CORPORATION, Attention: Randy Haseley, Buyer
          OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN
          DISTRICT OF NEW YORK, Attn: Mary Elizabeth Tom
          SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
          Attention: John Wm. Butler, Jr., Esq. and
                    Kayalyn A. Marafioti, Attorney**

**PLEASE TAKE NOTICE** that, pursuant to Section 2-702 of the Uniform Commercial Code, and by reason of your insolvency, we reclaim from you the following goods sold to you on credit and received by you from September 27, 2005 through October 7, 2005 in the sum of Three Hundred Ninety Five Thousand One Hundred Ninety Seven and 71/100 Dollars ($395,197.71), or in lieu thereof payment in full of such amount, in accordance with the attached Schedule of Invoice Numbers, Invoice Dates and Amounts.

Dated: October 14, 2005

                                Seller:     **PARK ENTERPRISES OF ROCHESTER, INC.**

                                            By _____
                                            Hyo-Sik Park, Executive Vice President

**All communications concerning this
matter should be sent to:
Chamberlain, D'Amanda, Oppenheimer & Greenfield, LLP
Attn: Jerry R. Greenfield, Esq.
2 State Street, Suite 1600
Rochester, NY 14614
Tel: (585) 232 3730; Facsimile: (585) 232-3882**

RECEIVED
OCT 17 2005
U.S. BANKRUPTCY COURT
SO. DIST OF NEW YORK

w:\wdox\clients\180554\000001\00007764.doc

Page: 1
Date: 10/13/2005 at 11:30 AM

**Park Enterprises Of Rochester, Inc.**
Open Receivables Aging Detail by Customer
Aged from Due Date, for Customer DELP
30-Jan

Customer: DELP01  DELPHI AUTOMOTIVE SYS. DISBURSEMENT  Contact: SHARON PITSTICK  Salesperson: BLNK
Terms: Use for Delphi  Phone: 937/395-3391

| Date | Invoice # | Amount | Current | 31-60 | 61-120 | Over 120 Balance |
|---|---|---|---|---|---|---|
| 9/6/2005 | 80469 | 95264.96 | 0.00 | 0.00 | 0.00 | 95264.96 |
| 9/22/2005 | 80746 | 10383.36 | 0.00 | 10383.36 | 0.00 | |
| 9/7/2005 | 80773 | 2458.37 | 0.00 | 2458.37 | 0.00 | |
| 9/13/2005 | RECEIPT | -3083.80 | 0.00 | -3083.80 | 0.00 | |
| 9/15/2005 | 5425 | 5140.80 | 0.00 | 5140.80 | 0.00 | |
| 9/27/2005 | 80914 | 3940.00 | 0.00 | 3940.00 | 0.00 | |
| 9/28/2005 | 80919 | 13074.75 | 0.00 | 13074.75 | 0.00 | |
| 9/28/2005 | 80920 | 9014.40 | 0.00 | 9014.40 | 0.00 | |
| 9/28/2005 | 80921 | 13610.40 | 0.00 | 13610.40 | 0.00 | |
| 9/28/2005 | 80922 | 1331.23 | 0.00 | 1331.23 | 0.00 | |
| 9/28/2005 | 80923 | 2050.56 | 0.00 | 2050.56 | 0.00 | |
| 9/28/2005 | 80924 | 4139.52 | 0.00 | 4139.52 | 0.00 | |
| 9/29/2005 | 80925 | 1331.23 | 0.00 | 1331.23 | 0.00 | |
| 9/29/2005 | 80926 | 13074.75 | 0.00 | 13074.75 | 0.00 | |
| 9/29/2005 | 80927 | 9014.40 | 0.00 | 9014.40 | 0.00 | |
| 9/29/2005 | 80928 | 15295.20 | 0.00 | 15295.20 | 0.00 | |
| 9/29/2005 | 80933 | 22438.08 | 0.00 | 22438.08 | 0.00 | |
| 9/30/2005 | 80935 | 5266.90 | 0.00 | 5266.90 | 0.00 | |
| 9/30/2005 | 80936 | 8313.60 | 0.00 | 8313.60 | 0.00 | |
| 9/30/2005 | 80937 | 9993.60 | 0.00 | 9993.60 | 0.00 | |
| 9/30/2005 | 80944 | 12914.73 | 0.00 | 12914.73 | 0.00 | |
| 9/30/2005 | 80945 | 51601.88 | 0.00 | 51601.88 | 0.00 | |
| 9/30/2005 | 80946 | 6662.40 | 0.00 | 6662.40 | 0.00 | |
| 9/30/2005 | 80949 | 4177.92 | 0.00 | 4177.92 | 0.00 | |
| 10/3/2005 | 80947 | 2643.12 | 0.00 | 2643.12 | 0.00 | |
| 10/3/2005 | 80948 | 9014.40 | 0.00 | 9014.40 | 0.00 | |
| 10/3/2005 | 80950 | 6190.08 | 0.00 | 6190.08 | 0.00 | |
| 10/3/2005 | 80952 | 4870.80 | 0.00 | 4870.80 | 0.00 | |
| 10/3/2005 | 80690 | 12000.00 | 0.00 | 12000.00 | 0.00 | |
| 10/4/2005 | 80959 | 3974.35 | 0.00 | 3974.35 | 0.00 | |
| 10/4/2005 | 80963 | 16119.87 | 0.00 | 16119.87 | 0.00 | |
| 10/4/2005 | 80964 | 4139.52 | 0.00 | 4139.52 | 0.00 | |
| 10/4/2005 | 80966 | 14893.44 | 0.00 | 14893.44 | 0.00 | |
| 10/4/2005 | 80967 | 3292.80 | 0.00 | 3292.80 | 0.00 | |
| 10/4/2005 | 80970 | 4139.52 | 0.00 | 4139.52 | 0.00 | |
| 10/4/2005 | 80971 | 1311.89 | 0.00 | 1311.89 | 0.00 | |
| 10/4/2005 | 80972 | 11501.78 | 0.00 | 11501.78 | 0.00 | |
| 10/4/2005 | 80973 | 11953.92 | 0.00 | 11953.92 | 0.00 | |
| 10/6/2005 | 80982 | 4139.52 | 0.00 | 4139.52 | 0.00 | |
| 10/6/2005 | 80983 | 3974.35 | 0.00 | 3974.35 | 0.00 | |
| 10/6/2005 | 80984 | 13074.75 | 0.00 | 13074.75 | 0.00 | |
| 10/6/2005 | 80985 | 6585.60 | 0.00 | 6585.60 | 0.00 | |
| 10/6/2005 | 80987 | 11953.92 | 0.00 | 11953.92 | 0.00 | |
| 10/7/2005 | 81032 | 21033.60 | 0.00 | 21033.60 | 0.00 | |
| 10/7/2005 | 81005 | 8620.80 | 0.00 | 8620.80 | 0.00 | |
| 10/7/2005 | 81006 | 3693.60 | 0.00 | 3693.60 | 0.00 | |
| 10/7/2005 | 81008 | 8355.84 | 0.00 | 8355.84 | 0.00 | |
| Totals: | | 447815.91 | 0.00 | 397766.92 | 12841.73 | 0.00 | 38201.36 | 447823.11 |

$ 391,639.72

SCHEDULE A

| ChamberlainD'Amanda **FAX** | The Information contained in this facsimile is intended only for the |
|---|---|
| 1600 Crossroads Building   585 232 3730<br>Two State Street            FAX 585 232 3882<br>Rochester, NY 14614·1397   www.cdlawyers.com | |
| TO: Mary Elizabeth Tom, Asst. Trustee | 180554-1 |
| OF: Southern District of New York Bankruptcy Court | |
| RE: Delphi Corporation | |
| FAX #: 212 668 2255 | |
| FROM: Jerry R. Greenfield | |
| DATE: October 14, 2005 | |
| PAGES: 4 | |

Re:   Park Enterprises of Rochester, Inc
      Delphi Corporation
      Case No. 05-44481 (RDD)

Dear Ms. Tom:

Enclosed please find Notice of Reclamation in the above-mentioned matter.



RECEIVED
OCT 17 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

ATTORNEYS AND COUNSELORS AT LAW