| ChamberlainD'Amanda | FAX | The Information contained in this facsimile is intended only for the |
|---|---|---|
| 1600 Crossroads Building    585 232 3730<br>Two State Street            FAX 585 232 3882<br>Rochester, NY 14614·1397   www.cdlawyers.com | | |
| TO: | Mary Elizabeth Tom, Asst. Trustee | 320006-1 |
| OF: | Southern District of New York Bankruptcy Court | |
| RE: | Delphi Corporation | |
| FAX #: | 212 668 2255 | |
| FROM: | Jerry R. Greenfield | |
| DATE: | October 14, 2005 | |
| PAGES: | 3 | |

Re:   Buell Automatics, Inc.
      Delphi Corporation
      Case No. 05-44481 (RDD)

Dear Ms. Tom:

Enclosed please find Notice of Reclamation in the above-mentioned matter.



OCT 17 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

Buell Automatics, Inc.
10/11/05
OPEN INVOICES

| Invoice No. | Date | Amount |
|---|---|---|
| 49035 | 7/25 | $ 2,750.00 |
| 50122 | 9/15 | $ 1,297.50 |
| 50137 | 9/16 | $ 554.00 |
| 50141 | 9/16 | $ 1,740.00 |
| 50143 | 9/16 | $ 246.05 |
| 50169 | 9/16 | $ 1,297.50 |
| 50180 | 9/21 | $ 648.75 |
| 50181 | 9/23 | $ 1,885.00 |
| 50220 | 9/27 | $ 1,297.50 |
| 50221 | 9/26 | $ 1,885.00 |
| 50240 | 9/28 | $ 2,595.00 |
| 50253 | 9/30 | $ 554.00 |
| 50254 | 9/29 | $ 2,595.00 |
| 50293 | 10/3 | $ 3,480.00 |
| 50317 | 10/1 | $ 1,885.00 |
| 50319 | 10/5 | $ 246.05 |
| | Total | $ ~~24,956.35~~ $14,537.55 |

SCHEDULE A