LAW OFFICES
# GABLE & GOTWALS
A PROFESSIONAL CORPORATION

STEPHEN D. ALLEN
STEVEN L. BARGHOLS
SARA E. BARRY
JOHN M. BENSON
GENE C. BUZZARD
DENNIS C. CAMERON
TIMOTHY A. CARNEY
CASON P. CARTER
PATRICK W. CIPOLLA
ERIN K. DAILEY
JOHN D. DALE
RENEE DEMOSS
SIDNEY G. DUNAGAN
THEODORE Q. ELIOT
AMELIA A. FOGLEMAN
JOHN J. GRIFFIN, III
JEFFREY D. HASSELL
OLIVER S. HOWARD
DAVID L. KEARNEY
DAVID R. KEGLOVITS
ERIC R. KING
THOMAS J. KIRBY
STEPHEN W. LAKE
DOUGLAS J. MAY

SHEPPARD F. MIERS, JR.
J. DANIEL MORGAN
JOSEPH W. MORRIS
ELIZABETH R. MURATET
DANIEL A. NICKEL
RICHARD B. NOULLES
MICHAEL L. PATE
MASON G. PATTERSON
TERRY D. RAGSDALE
JEFFREY C. RAMBACH
RONALD N. RICKETTS
ROB F. ROBERTSON
SCOTT R. ROWLAND
TYSON D. SCHWERDTFEGER
LISA TRAYLOR SILVESTRI
M. BENJAMIN SINGLETARY
LEASA M. STEWART
AMY M. STIPE
JAMES M. STURDIVANT
SIDNEY K. SWINSON
MIA VAHLBERG
RAMON L. WATKINS
JEREMY K. WEBB*
BRADLEY W. WELSH

1100 ONEOK PLAZA
100 WEST FIFTH STREET
TULSA, OKLAHOMA 74103-4217
TELEPHONE (918) 595-4800
FAX (918) 595-4990
www.gablelaw.com

OF COUNSEL

FRANK J. CATALANO†
RICHARD W. GABLE
CHARLES F. GOTWALS, JR
CHAD M. HINRICHS†
PAUL H. JOHNSON†
LINDA A. KING
MICHAEL E. SELLERS†
JOSEPH F. THAI

†also registered in the
U.S. Patent/Trademark Office

*admitted to Texas
Oklahoma pending

G. ELLIS GABLE
(1905-2001)

FIFTEENTH FLOOR
ONE LEADERSHIP SQUARE
211 NORTH ROBINSON
OKLAHOMA CITY, OK 73102-7101
TELEPHONE (405) 235-5500
FAX (405) 235-2875

October 12, 2005

Kathleen Farrell-Willoughby
Clerk of Court
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Re:  Case No. 05-44481 (rdd)
     Delphi Corporation, et al.; Chapter 11
     (Jointly Administered)

Dear Ms. Willoughby:

Enclosed herewith is the original and three (3) copies of the Affidavit of Ordinary Course Professional for J. Daniel Morgan in reference to the above captioned matter. Please file and return a filed stamped copy to me in the enclosed self addressed stamped envelope.

Very truly yours,

Rhonda Huckabee
Secretary to J. Daniel Morgan

Rlh
Enclosure



{534381;}

with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7. Gable & Gotwals has no agreement with any entity to share with such entity any compensation received by Gable & Gotwals.

8. Gable & Gotwals and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. Gable & Gotwals does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9. Neither I, Gable & Gotwals, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which Gable & Gotwals is to be engaged.

10. The foregoing constitutes the statement of Gable & Gotwals pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

*J. Daniel Morgan* (signature)
J. Daniel Morgan

Subscribed and sworn before me
this 12th day of October, 2005

*Rhonda Huckabee* (signature)
Notary Public
RHONDA HUCKABEE
Notary Public, State of Oklahoma
No. 00009731
Commission Expires June 9, 2008

{534357;}