EUGENE A. DI MONTE
CHESTER A. LIZAK
ALAN I. STEFANIAK
LINSCOTT R. HANSON
RICCARDO A. DI MONTE
DAVID F. ARENA
ABRAHAM E. BRUSTEIN
ROBERT S. MINETZ

ROBERT S. CLEMENTI
1925 - 2004

**DI MONTE & LIZAK, LLC**
ATTORNEYS AT LAW
216 West Higgins Road
Park Ridge, Illinois 60068-5736
(847) 698-9600
FAX (847) 698-9624
igoldberg@dimonteandlizak.com

RICHARD W. LAUBENSTEIN
JEFFREY S. MC DONALD
PAUL A. GRECO*
MARGHERITA M. ALBARELLO
JULIA E. JENSEN
JANE KAMINSKI SIMERS
CHRISTOPHER B. LEGA
C. SARAH LAPPIN
FRANK J. FERRARO
IRA P. GOLDBERG
JEREMY A. DAMITIO

*Also admitted in New York
and New Jersey

WRITER'S EXT. 250

October 14, 2005

<u>Via Facsimile & Federal Express</u>

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Fax: 248-813-2670

Delphi Mechatronic Systems
615 Elca Lane, Suite A
Brownsville, TX 78521
Attn: Ms. Eugenia Acosta
Fax: 956-554-5987

Kayalyn A. Marafioti, Partner
Thomas J. Matz, Counsel
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Fax: 212-735-2000

John Wm. Butler Jr., Partner
John K. Lyons, Partner
Ron E. Meisler, Associate
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Fax: 312-407-0411

Re:    **In re Delphi Corporation et al. – Case No. 05-44481 et al.
Reclamation Claim of Century Mold & Tool**

Dear Sir or Madam:

This law firm is counsel to Century Mold & Tool. ("Century"). Pursuant to Section 2-702 of the Uniform Commercial Code and 11 U.S.C. §546(c), you are hereby notified that Century reclaims all goods of any kind or character provided by Century and received by Delphi Corporation or its affiliates (inclusive of Delphi Mechatronic Systems) within the time period permitted for such reclamation, including but not limited to those goods described in the invoices attached hereto as Exhibit A and incorporated herein by reference (collectively, "the Century Goods"). The amount due and owing on the sale of the goods described in the invoices attached as Exhibit A is approximately $245,402.15, plus applicable interest and costs.

Century demands immediate return of the Century Goods to Century at the address from which such goods were shipped as stated on the invoices attached as Exhibit A. You are instructed



RECEIVED OCT 17 2005 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

Delphi Corporation, et al.
October 14, 2005
Page 2

to immediately inventory the Century Goods and keep the Century Goods segregated from all other inventory, machinery and equipment. The Century Goods shall not be used, sold, encumbered or transferred to any other party.

Century reserves the right to supplement this Reclamation Notice or to file additional reclamation notices or claims. Further, Century hereby expressly reserves every right, power, remedy, claim and defense now or hereinafter existing. This notice is not intended and shall not be construed as an election of a remedy, a waiver of any defaults, or a waiver or limitation of any rights of Century.

If you have any questions with respect to this matter, please feel free to contact the undersigned.

Sincerely yours,

Ira P. Goldberg

IPG:ff

Enclosures

CC Via Federal Express
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

CC Via Federal Express
Century Mold & Tool
855 Touhy Avenue
Elk Grove Village, IL 60007
Attn: Mr. Peter Varhegyi



**Century Mold & Tool**
855 Touhy Ave.
Elk Grove Village
Ph : (847) 364-5858
Fax: (847) 364-6699

# STATEMENT

| Statement Date |
| --- |
| 11-Oct-05 |

| Account No. | Page |
| --- | --- |
| DELPHI N.C | 7 |

Century Mold & Tool
855 Touhy Ave.
Elk Grove Village, IL 60007

| Statement Date |
| --- |
| 11-Oct-05 |

| Account No. |
| --- |
| DELPHI N.C |

Delphi Mechatronic Systems
615 Elca Lane
Suite A
Brownsville, TX 78521

Delphi Mechatronic Systems

To insure proper credit, please check those items being paid. Please separate and return this portion of the statement.

| Reference | Date | Type | Description | Amount | Reference | TY | Amount | X |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 18230 | 16-Sep-05 | INV | | $11,730.03 | 18230 | INV | $11,730.03 | |
| 18231 | 16-Sep-05 | INV | | $5,735.68 | 18231 | INV | $5,735.68 | |
| 18232 | 19-Sep-05 | INV | | $10,496.78 | 18232 | INV | $10,496.78 | |
| 18233 | 19-Sep-05 | INV | | $4,229.81 | 18233 | INV | $4,229.81 | |
| 18234 | 19-Sep-05 | INV | | $1,520.64 | 18234 | INV | $1,520.64 | |
| 18236 | 20-Sep-05 | INV | | $2,782.20 | 18236 | INV | $2,782.20 | |
| 18237 | 20-Sep-05 | INV | | $4,256.54 | 18237 | INV | $4,256.54 | |
| 18238 | 21-Sep-05 | INV | | $6,241.01 | 18238 | INV | $6,241.01 | |
| 18239 | 21-Sep-05 | INV | | $5,568.37 | 18239 | INV | $5,568.37 | |
| 18240 | 22-Sep-05 | INV | | $6,292.29 | 18240 | INV | $6,292.29 | |
| 18241 | 22-Sep-05 | INV | | $3,304.55 | 18241 | INV | $3,304.55 | |
| 18242 | 22-Sep-05 | INV | | $3,041.28 | 18242 | INV | $3,041.28 | |
| 18243 | 23-Sep-05 | INV | | $4,980.56 | 18243 | INV | $4,980.56 | |
| 18244 | 23-Sep-05 | INV | | $5,288.49 | 18244 | INV | $5,288.49 | |
| 18245 | 26-Sep-05 | INV | | $12,743.81 | 18245 | INV | $12,743.81 | |
| 18246 | 26-Sep-05 | INV | | $9,864.38 | 18246 | INV | $9,864.38 | |
| 18248 | 27-Sep-05 | INV | | $736.00 | 18248 | INV | $736.00 | |
| 18249 | 27-Sep-05 | INV | | $644.00 | 18249 | INV | $644.00 | |
| 18250 | 28-Sep-05 | INV | | $5,494.80 | 18250 | INV | $5,494.80 | |
| 18251 | 28-Sep-05 | INV | | $8,712.86 | 18251 | INV | $8,712.86 | |
| 18252 | 29-Sep-05 | INV | | $9,053.85 | 18252 | INV | $9,053.85 | |
| 18253 | 29-Sep-05 | INV | | $6,336.08 | 18253 | INV | $6,336.08 | |
| 18254 | 30-Sep-05 | INV | | $9,285.16 | 18254 | INV | $9,285.16 | |
| 18255 | 30-Sep-05 | INV | | $9,997.46 | 18255 | INV | $9,997.46 | |
| 18256 | 30-Sep-05 | INV | | $12,589.64 | 18256 | INV | $12,589.64 | |
| 18257 | 30-Sep-05 | INV | | $12,250.00 | 18257 | INV | $12,250.00 | |

EXHIBIT A



**Century Mold & Tool**
855 Touhy Ave.
Elk Grove Village
Ph : (847) 364-5858
Fax: (847) 364-6699

Remit to:
Century Mold & Tool
855 Touhy Ave.
Elk Grove Village, IL 60007

# STATEMENT

| Statement Date | |
|---|---|
| 11-Oct-05 | |
| Account No. | Page |
| DELPHI N.C | 8 |

Delphi Mechatronic Systems
615 Elca Lane
Suite A
Brownsville, TX 78521

| Statement Date |
|---|
| 11-Oct-05 |
| Account No. |
| DELPHI N.C |

Delphi Mechatronic Systems

To insure proper credit, please check those items being paid. Please separate and return this portion of the statement.

| Reference | Date | Type | Description | Amount |
|---|---|---|---|---|
| 18259 | 30-Sep-05 | INV | | $5,994.64 |
| 18260 | 30-Sep-05 | INV | | $5,819.13 |
| 18261 | 05-Oct-05 | INV | | $12,408.67 |
| 18262 | 05-Oct-05 | INV | | $4,822.31 |
| 18263 | 06-Oct-05 | INV | | $5,789.99 |
| 18264 | 06-Oct-05 | INV | | $5,449.04 |
| 18265 | 06-Oct-05 | INV | | $3,041.28 |
| | | | Please Pay This Amount ----> | $703,934.03 |

| 0 - 30 | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|
| $281,982.33 | $298,138.88 | $77,661.51 | $46,151.31 |

| Reference | TY | Amount | X |
|---|---|---|---|
| 18259 | INV | $5,994.64 | |
| 18260 | INV | $5,819.13 | |
| 18261 | INV | $12,408.67 | |
| 18262 | INV | $4,822.31 | |
| 18263 | INV | $5,789.99 | |
| 18264 | INV | $5,449.04 | |
| 18265 | INV | $3,041.28 | |
| **Total Due** | | $703,934.03 | |

**VENDOR NAME:** Century Mold and Tool
**VENDOR ADDRESS:** 855 Touhy Ave.
**VENDOR CITY:** Elk Grove, IL 60007
**RECIEVABLE CONTACT:** Margaret Kelly
**EMAIL:** margaretk@centurycentech.com
**PHONE NUMBER:** 847-364-5858

Monthly Billing:
AS OF AUG 8 TO OCT. 6, 2005

Total Invoice Amount   $658,925.73

## AUTO PARTS

| Delphi Part # | Customer P.O.# | Inv. Date | Delphi Invoice Payment Reference # | Qty. Shipped | Unit Price | Amount | Packing Slip |
|---|---|---|---|---|---|---|---|
| 746-74551 | 9571-051157 | 23-Sep-05 | 18244A | 336 | 0.35 | $117.60 | 18244 |
| 746-77276-1 | 9571-051160 | 23-Sep-05 | 18244B | 400 | 0.49741 | $198.96 | 18244 |
| 774-77209 | 9571-52311 | 23-Sep-05 | 18244C | 560 | 0.7032 | $393.79 | 18244 |
| 774-77211 | 9571-52312 | 23-Sep-05 | 18244D | 1160 | 0.5631 | $653.20 | 18244 |
| 746-75798 | 9571-53732 | 23-Sep-05 | 18244E | 3500 | 0.41 | $1,435.00 | 18244 |
| 746-75799 | 9571-53733 | 23-Sep-05 | 18244F | 924 | 0.5379 | $497.02 | 18244 |
| 746-76466 | 9571-55733 | 23-Sep-05 | 18244G | 700 | 0.23 | $161.00 | 18244 |
| 767-75679 | 9571-053699 | 23-Sep-05 | 18244H | 2100 | 0.276 | $579.60 | 18244 |
| 767-75689 | 9571-053700 | 23-Sep-05 | 18244I | 2100 | 0.276 | $579.60 | 18244 |
| 152-74988 | 9571-51146 | 26-Sep-05 | 18245 | 12000 | 0.5378 | $6,453.60 | 18245 |
| 152-78012 | 9571-052757 | 26-Sep-05 | 18245A | 6000 | 0.312 | $1,872.00 | 18245 |
| 751-73001 | 9571-051231 | 26-Sep-05 | 18245B | 2160 | 1.13269 | $2,446.61 | 18245 |
| 746-75772-21 | 9571-53791 | 26-Sep-05 | 18245C | 360 | 0.41 | $147.60 | 18245 |
| 751-76539 | 9571-56291 | 26-Sep-05 | 18245D | 2400 | 0.76 | $1,824.00 | 18245 |
| 746-7244 | 9571-051155 | 26-Sep-05 | 18246 | 16000 | 0.08409 | $1,345.44 | 18246 |
| 746-74551 | 9571-051157 | 26-Sep-05 | 18246A | 1176 | 0.35 | $411.60 | 18246 |
| 746-77276-1 | 9571-051160 | 26-Sep-05 | 18246B | 800 | 0.49741 | $397.93 | 18246 |
| 74677514-1 | 9571-54885 | 26-Sep-05 | 18246C | 600 | 1.2269 | $736.14 | 18246 |
| 774-77209 | 9571-52311 | 26-Sep-05 | 18246D | 560 | 0.7032 | $393.79 | 18246 |
| 746-75700 | 9571-054505 | 26-Sep-05 | 18246E | 6000 | 0.23 | $1,380.00 | 18246 |
| 746-75798 | 9571-53732 | 26-Sep-05 | 18246F | 3500 | 0.41 | $1,435.00 | 18246 |
| 746-75799 | 9571-53733 | 26-Sep-05 | 18246G | 5390 | 0.5379 | $2,899.28 | 18246 |
| 746-75878-1 | 9571-053986 | 26-Sep-05 | 18246H | 960 | 0.7 | $672.00 | 18246 |
| 767-75679 | 9571-053699 | 26-Sep-05 | 18246I | 700 | 0.276 | $193.20 | 18246 |
| 746-75700 | 9571-054505 | 27-Sep-05 | 18248 | 3200 | 0.23 | $736.00 | 18248 |
| 746-75700 | 9571-054505 | 27-Sep-05 | 18249 | 2800 | 0.23 | $644.00 | 18249 |
| 152-78012 | 9571-052757 | 28-Sep-05 | 18250 | 3200 | 0.312 | $998.40 | 18250 |
| 746-75772-3 | 9571-53773 | 28-Sep-05 | 18250A | 480 | 0.41 | $196.80 | 18250 |
| 751-76539 | 9571-56291 | 28-Sep-05 | 18250B | 4800 | 0.76 | $3,648.00 | 18250 |

**VENDOR NAME:** Century Mold and Tool
**VENDOR ADDRESS:** 855 Touhy Ave.
**VENDOR CITY:** Elk Grove, IL 60007
**RECEIVABLE CONTACT:** Margaret Kelly
**EMAIL:** margaretk@centurycentech.com
**PHONE NUMBER:** 847-364-5858

Monthly Billing
AS OF AUG 8 TO OCT. 6, 2005

Total Invoice Amount    $658,925.73

AUTO PARTS

| Delphi Part # | Customer P.O.# | Inv. Date | Delphi Invoice Payment Reference # | Qty. Shipped | Unit Price | Amount | Packing Slip |
|---|---|---|---|---|---|---|---|
| 746-75772-1 | 9571-053771 | 28-Sep-05 | 18250C | 1200 | 0.42 | $504.00 | 18250 |
| 746-75772-2 | 9571-53772 | 28-Sep-05 | 18250D | 360 | 0.41 | $147.60 | 18250 |
| 746-7244 | 9571-051155 | 28-Sep-05 | 18251 | 20000 | 0.08409 | $1,681.80 | 18251 |
| 746-74551 | 9571-051157 | 28-Sep-05 | 18251A | 1008 | 0.35 | $352.80 | 18251 |
| 74677514-1 | 9571-54885 | 28-Sep-05 | 18251B | 3000 | 1.2269 | $3,680.70 | 18251 |
| 746-75700 | 9571-054505 | 28-Sep-05 | 18251C | 3600 | 0.23 | $828.00 | 18251 |
| 746-75798 | 9571-53732 | 28-Sep-05 | 18251D | 1050 | 0.41 | $430.50 | 18251 |
| 746-75799 | 9571-53733 | 28-Sep-05 | 18251E | 1078 | 0.5379 | $579.86 | 18251 |
| 767-75679 | 9571-053699 | 28-Sep-05 | 18251F | 2100 | 0.276 | $579.60 | 18251 |
| 767-75689 | 9571-053700 | 28-Sep-05 | 18251G | 2100 | 0.276 | $579.60 | 18251 |
| 152-74988 | 9571-51146 | 29-Sep-05 | 18252 | 3000 | 0.5378 | $1,613.40 | 18252 |
| 152-78012 | 9571-052757 | 29-Sep-05 | 18252A | 3200 | 0.312 | $998.40 | 18252 |
| 751-73001 | 9571-051231 | 29-Sep-05 | 18252B | 3024 | 1.13269 | $3,425.25 | 18252 |
| 746-75772-1 | 9571-053771 | 29-Sep-05 | 18252C | 1200 | 0.42 | $504.00 | 18252 |
| 746-75772-2 | 9571-53772 | 29-Sep-05 | 18252D | 240 | 0.41 | $98.40 | 18252 |
| 746-75772-8 | 9571-53778 | 29-Sep-05 | 18252E | 1440 | 0.41 | $590.40 | 18252 |
| 751-76539 | 9571-56291 | 29-Sep-05 | 18252F | 2400 | 0.76 | $1,824.00 | 18252 |
| 746-74551 | 9571-051157 | 29-Sep-05 | 18253 | 336 | 0.35 | $117.60 | 18253 |
| 771-68706-1 | 9571-051244 | 29-Sep-05 | 18253A | 3500 | 0.09127 | $319.45 | 18253 |
| 774-77209 | 9571-52311 | 29-Sep-05 | 18253B | 560 | 0.7032 | $393.79 | 18253 |
| 774-77211 | 9571-52312 | 29-Sep-05 | 18253C | 696 | 0.5631 | $391.92 | 18253 |
| 746-75700 | 9571-054505 | 29-Sep-05 | 18253D | 1600 | 0.23 | $368.00 | 18253 |
| 746-75798 | 9571-53732 | 29-Sep-05 | 18253E | 1400 | 0.41 | $574.00 | 18253 |
| 746-75799 | 9571-53733 | 29-Sep-05 | 18253F | 924 | 0.5379 | $497.02 | 18253 |
| 746-75878-1 | 9571-053986 | 29-Sep-05 | 18253G | 2880 | 0.7 | $2,016.00 | 18253 |
| 746-76466 | 9571-55733 | 29-Sep-05 | 18253H | 3850 | 0.23 | $885.50 | 18253 |
| 767-75679 | 9571-053699 | 29-Sep-05 | 18253I | 2100 | 0.276 | $579.60 | 18253 |
| 767-75689 | 9571-053700 | 29-Sep-05 | 18253J | 700 | 0.276 | $193.20 | 18253 |
| 152-74982-1 | 9571-51143 | 30-Sep-05 | 18254 | 512 | 0.239 | $122.37 | 18254 |

**VENDOR NAME:** Century Mold and Tool
**VENDOR ADDRESS:** 855 Touhy Ave.
**VENDOR CITY:** Elk Grove, IL 60007
**RECIEVABLE CONTACT:** Margaret Kelly
**EMAIL:** margaretk@centurycentech.com
**PHONE NUMBER:** 847-364-5858

Monthly Billing:
AS OF AUG 8 TO OCT. 6, 2005

Total Invoice Amount  $658,925.73

AUTO PARTS

| Delphi Part # | Customer P.O.# | Inv. Date | Delphi Invoice Payment Reference # | Qty. Shipped | Unit Price | Amount | Packing Slip |
|---|---|---|---|---|---|---|---|
| 152-74984-1 | 9571-051144 | 30-Sep-05 | 18254A | 2688 | 0.46 | $1,236.48 | 18254 |
| 152-78012 | 9571-052757 | 30-Sep-05 | 18254B | 1200 | 0.312 | $374.40 | 18254 |
| 747-7471-1 | 9571-051229 | 30-Sep-05 | 18254C | 1000 | 1.188 | $1,188.00 | 18254 |
| 747-79165-1 | 9571-51172 | 30-Sep-05 | 18254D | 660 | 1.0444 | $689.30 | 18254 |
| 751-73001 | 9571-051231 | 30-Sep-05 | 18254E | 2160 | 1.13269 | $2,446.61 | 18254 |
| 746-75772-1 | 9571-53771 | 30-Sep-05 | 18254F | 120 | 0.41 | $49.20 | 18254 |
| 746-75772-3 | 9571-53773 | 30-Sep-05 | 18254G | 240 | 0.41 | $98.40 | 18254 |
| 746-75772-7 | 9571-53777 | 30-Sep-05 | 18254H | 360 | 0.41 | $147.60 | 18254 |
| 746-75772-21 | 9571-53791 | 30-Sep-05 | 18254I | 480 | 0.41 | $196.80 | 18254 |
| 751-76539 | 9571-56291 | 30-Sep-05 | 18254J | 3600 | 0.76 | $2,736.00 | 18254 |
| 746-7244 | 9571-051155 | 30-Sep-05 | 18255 | 12000 | 0.08409 | $1,009.08 | 18255 |
| 746-74551 | 9571-051157 | 30-Sep-05 | 18255A | 1680 | 0.35 | $588.00 | 18255 |
| 746-77276-2 | 9571-051162 | 30-Sep-05 | 18255B | 2400 | 0.49741 | $1,193.78 | 18255 |
| 74677514-1 | 9571-54885 | 30-Sep-05 | 18255C | 900 | 1.2269 | $1,104.21 | 18255 |
| 774-77209 | 9571-52311 | 30-Sep-05 | 18255D | 1232 | 0.68206 | $840.30 | 18255 |
| 774-77211 | 9571-52312 | 30-Sep-05 | 18255E | 1044 | 0.5462 | $570.23 | 18255 |
| 746-75700 | 9571-054505 | 30-Sep-05 | 18255F | 4000 | 0.23 | $920.00 | 18255 |
| 746-75798 | 9571-53732 | 30-Sep-05 | 18255G | 1050 | 0.22 | $231.00 | 18255 |
| 746-75799 | 9571-53733 | 30-Sep-05 | 18255H | 1078 | 0.5379 | $579.86 | 18255 |
| 746-75878-1 | 9571-053986 | 30-Sep-05 | 18255I | 384 | 0.7 | $268.80 | 18255 |
| 746-75879-1 | 9571-053987 | 30-Sep-05 | 18255J | 2880 | 0.7 | $2,016.00 | 18255 |
| 746-76466 | 9571-55733 | 30-Sep-05 | 18255K | 2100 | 0.23 | $483.00 | 18255 |
| 767-75689 | 9571-053700 | 30-Sep-05 | 18255L | 700 | 0.276 | $193.20 | 18255 |
| 152-74988 | 9571-51146 | 30-Sep-05 | 18256 | 3000 | 0.5378 | $1,613.40 | 18256 |
| 152-78012 | 9571-052757 | 30-Sep-05 | 18256A | 1200 | 0.312 | $374.40 | 18256 |
| 747-7471-1 | 9571-051229 | 30-Sep-05 | 18256B | 1000 | 1.188 | $1,188.00 | 18256 |
| 747-79162-2 | 9571-51170 | 30-Sep-05 | 18256C | 1320 | 1.0444 | $1,378.61 | 18256 |
| 747-79165-1 | 9571-51172 | 30-Sep-05 | 18256D | 330 | 1.0444 | $344.65 | 18256 |
| 751-73001 | 9571-051231 | 30-Sep-05 | 18256E | 2160 | 1.13269 | $2,446.61 | 18256 |

**VENDOR NAME:** Century Mold and Tool
**VENDOR ADDRESS:** 855 Touhy Ave.
**VENDOR CITY:** Elk Grove, IL 60007
**RECIEVABLE CONTACT:** Margaret Kelly
**EMAIL:** margaretk@centurycentech.com
**PHONE NUMBER:** 847-364-5858

Monthly Billing
AS OF AUG 8 TO OCT. 6, 2005

Total Invoice Amount: $658,925.73

## AUTO PARTS

| Delphi Part # | Customer P.O.# | Inv. Date | Delphi Invoice Payment Reference # | Qty. Shipped | Unit Price | Amount | Packing Slip |
|---|---|---|---|---|---|---|---|
| 746-75772-1 | 9571-53771 | 30-Sep-05 | 18256F | 240 | 0.41 | $98.40 | 18256 |
| 746-75772-2 | 9571-53772 | 30-Sep-05 | 18256G | 360 | 0.41 | $147.60 | 18256 |
| 746-75772-3 | 9571-53773 | 30-Sep-05 | 18256H | 240 | 0.41 | $98.40 | 18256 |
| 746-75772-8 | 9571-53778 | 30-Sep-05 | 18256I | 240 | 0.41 | $98.40 | 18256 |
| 746-75772-17 | 9571-53787 | 30-Sep-05 | 18256J | 240 | 0.41 | $98.40 | 18256 |
| 751-76539 | 9571-56291 | 30-Sep-05 | 18256K | 4800 | 0.76 | $3,648.00 | 18256 |
| 746-75772-21 | 9571-53791 | 30-Sep-05 | 18256L | 120 | 0.41 | $49.20 | 18256 |
| 152-74982-1 | 9571-51143 | 30-Sep-05 | 18256M | 512 | 0.239 | $122.37 | 18256 |
| 152-74984-1 | 9571-051144 | 30-Sep-05 | 18256N | 1920 | 0.46 | $883.20 | 18256 |
| 746-7244 | 9571-051155 | 30-Sep-05 | 18257 | 28000 | 0.08409 | $2,354.52 | 18257 |
| 746-74551 | 9571-051157 | 30-Sep-05 | 18257A | 672 | 0.35 | $235.20 | 18257 |
| 746-77276-2 | 9571-051162 | 30-Sep-05 | 18257B | 2800 | 0.49741 | $1,392.75 | 18257 |
| 74677514-1 | 9571-54885 | 30-Sep-05 | 18257C | 600 | 1.2269 | $736.14 | 18257 |
| 774-77209 | 9571-52311 | 30-Sep-05 | 18257D | 1232 | 0.68206 | $840.30 | 18257 |
| 774-77211 | 9571-52312 | 30-Sep-05 | 18257E | 696 | 0.5462 | $380.16 | 18257 |
| 746-75700 | 9571-054505 | 30-Sep-05 | 18257F | 6400 | 0.23 | $1,472.00 | 18257 |
| 746-75798 | 9571-53732 | 30-Sep-05 | 18257G | 3500 | 0.22 | $770.00 | 18257 |
| 746-75799 | 9571-53733 | 30-Sep-05 | 18257H | 3080 | 0.5379 | $1,656.73 | 18257 |
| 746-75878-1 | 9571-053986 | 30-Sep-05 | 18257I | 1152 | 0.7 | $806.40 | 18257 |
| 746-75879-1 | 9571-053987 | 30-Sep-05 | 18257J | 960 | 0.7 | $672.00 | 18257 |
| 746-76466 | 9571-55733 | 30-Sep-05 | 18257K | 2800 | 0.23 | $644.00 | 18257 |
| 767-75679 | 9571-053699 | 30-Sep-05 | 18257L | 1050 | 0.276 | $289.80 | 18259 |
| 152-74982-1 | 9571-51143 | 30-Sep-05 | 18259 | 768 | 0.239 | $183.55 | 18259 |
| 152-74984-1 | 9571-051144 | 30-Sep-05 | 18259A | 480 | 0.46 | $220.80 | 18259 |
| 152-74988 | 9571-51146 | 30-Sep-05 | 18259B | 3000 | 0.5378 | $1,613.40 | 18259 |
| 152-78012 | 9571-052757 | 30-Sep-05 | 18259C | 1600 | 0.312 | $499.20 | 18259 |
| 747-7471-1 | 9571-051229 | 30-Sep-05 | 18259D | 500 | 1.188 | $594.00 | 18259 |
| 751-73001 | 9571-051231 | 30-Sep-05 | 18259E | 1728 | 1.13269 | $1,957.29 | 18259 |
| 746-75772-21 | 9571-53791 | 30-Sep-05 | 18259F | 480 | 0.41 | $196.80 | 18259 |

**VENDOR NAME:** Century Mold and Tool
**VENDOR ADDRESS:** 855 Touhy Ave.
**VENDOR CITY:** Elk Grove, IL 60007
**RECIEVABLE CONTACT:** Margaret Kelly
**EMAIL:** margarek@centuryceritech.com
**PHONE NUMBER:** 847-364-5858

Monthly Billing:
AS OF AUG 8 TO OCT. 6, 2005

Total Invoice Amount  $658,925.73

AUTO PARTS

| Delphi Part # | Customer P.O.# | Inv. Date | Delphi Invoice Payment Reference # | Qty. Shipped | Unit Price | Amount | Packing Slip |
|---|---|---|---|---|---|---|---|
| 751-76539 | 9571-56291 | 30-Sep-05 | 18259G | 960 | 0.76 | $729.60 | 18259 |
| 746-7244 | 9571-051155 | 30-Sep-05 | 18260 | 4000 | 0.08409 | $336.36 | 18260 |
| 746-77276-2 | 9571-051162 | 30-Sep-05 | 18260A | 1600 | 0.49741 | $795.86 | 18260 |
| 74677514-1 | 9571-54885 | 30-Sep-05 | 18260B | 2100 | 1.2269 | $2,576.49 | 18260 |
| 774-77209 | 9571-52311 | 30-Sep-05 | 18260C | 840 | 0.68206 | $572.93 | 18260 |
| 774-77211 | 9571-52312 | 30-Sep-05 | 18260D | 1160 | 0.5462 | $633.59 | 18260 |
| 746-75700 | 9571-054505 | 30-Sep-05 | 18260E | 1200 | 0.23 | $276.00 | 18260 |
| 746-76466 | 9571-55733 | 30-Sep-05 | 18260F | 1050 | 0.23 | $241.50 | 18260 |
| 767-75679 | 9571-053699 | 30-Sep-05 | 18260G | 700 | 0.276 | $193.20 | 18260 |
| 767-75689 | 9571-053700 | 30-Sep-05 | 18260H | 700 | 0.276 | $193.20 | 18260 |
| 152-74982-1 | 9571-51143 | 5-Oct-05 | 18261 | 3840 | 0.239 | $917.76 | 18261 |
| 152-74988 | 9571-51146 | 5-Oct-05 | 18261A | 6000 | 0.5378 | $3,226.80 | 18261 |
| 152-74990-1 | 9571-51147 | 5-Oct-05 | 18261B | 6000 | 0.4417 | $2,650.20 | 18261 |
| 152-78012 | 9571-052757 | 5-Oct-05 | 18261C | 4000 | 0.312 | $1,248.00 | 18261 |
| 747-79165-1 | 9571-51172 | 5-Oct-05 | 18261D | 660 | 1.0444 | $689.30 | 18261 |
| 751-73001 | 9571-051231 | 5-Oct-05 | 18261E | 2160 | 1.13269 | $2,446.61 | 18261 |
| 746-75772-1 | 9571-53771 | 5-Oct-05 | 18261F | 1200 | 0.41 | $492.00 | 18261 |
| 746-75772-2 | 9571-53772 | 5-Oct-05 | 18261G | 120 | 0.41 | $49.20 | 18261 |
| 746-75772-8 | 9571-53778 | 5-Oct-05 | 18261H | 1440 | 0.41 | $590.40 | 18261 |
| 746-75772-21 | 9571-53791 | 5-Oct-05 | 18261I | 240 | 0.41 | $98.40 | 18261 |
| 746-77276-2 | 9571-051162 | 5-Oct-05 | 18262 | 800 | 0.49741 | $397.93 | 18262 |
| 74677514-1 | 9571-54885 | 5-Oct-05 | 18262A | 1800 | 1.2269 | $2,208.42 | 18262 |
| 747-5228-6 | 9571-51188 | 5-Oct-05 | 18262B | 1400 | 0.091 | $127.40 | 18262 |
| 746-75700 | 9571-054505 | 5-Oct-05 | 18262C | 4000 | 0.23 | $920.00 | 18262 |
| 746-75798 | 9571-53732 | 5-Oct-05 | 18262D | 700 | 0.22 | $154.00 | 18262 |
| 746-75799 | 9571-53733 | 5-Oct-05 | 18262E | 1078 | 0.5379 | $579.86 | 18262 |
| 746-76466 | 9571-55733 | 5-Oct-05 | 18262F | 1050 | 0.23 | $241.50 | 18262 |
| 767-75679 | 9571-053699 | 5-Oct-05 | 18262G | 350 | 0.276 | $96.60 | 18262 |
| 767-75689 | 9571-053700 | 5-Oct-05 | 18262H | 350 | 0.276 | $96.60 | 18262 |

**VENDOR NAME:** Century Mold and Tool
**VENDOR ADDRESS:** 855 Touhy Ave
**VENDOR CITY:** Elk Grove, IL 60007
**RECIEVABLE CONTACT:** Margaret Kelly
**EMAIL:** margatek@centurycentech.com
**PHONE NUMBER:** 847-364-5858

Monthly Billing:
AS OF AUG 8 TO OCT. 6, 2005
Total Invoice Amount  $658,925.73

AUTO PARTS

| Delphi Part # | Customer P.O.# | Inv. Date | Delphi Invoice Payment Reference # | Qty. Shipped | Unit Price | Amount | Packing Slip |
|---|---|---|---|---|---|---|---|
| 152-74982-1 | 9571-51143 | 6-Oct-05 | 18263 | 512 | 0.239 | $122.37 | 18263 |
| 152-74988 | 9571-51146 | 6-Oct-05 | 18263A | 1500 | 0.5378 | $806.70 | 18263 |
| 152-74990-1 | 9571-51147 | 6-Oct-05 | 18263B | 1000 | 0.4417 | $441.70 | 18263 |
| 152-78012 | 9571-052757 | 6-Oct-05 | 18263C | 800 | 0.312 | $249.60 | 18263 |
| 747-79162-2 | 9571-51170 | 6-Oct-05 | 18263D | 990 | 1.0444 | $1,033.96 | 18263 |
| 747-79165-1 | 9571-51172 | 6-Oct-05 | 18263E | 330 | 1.0444 | $344.65 | 18263 |
| 751-73001 | 9571-051231 | 6-Oct-05 | 18263F | 2160 | 1.13269 | $2,446.61 | 18263 |
| 746-75772-7 | 9571-53777 | 6-Oct-05 | 18263G | 600 | 0.41 | $246.00 | 18263 |
| 746-75772-21 | 9571-53791 | 6-Oct-05 | 18263H | 240 | 0.41 | $98.40 | 18263 |
| 746-7244 | 9571-051155 | 6-Oct-05 | 18264 | 8000 | 0.08409 | $672.72 | 18264 |
| 746-74551 | 9571-051157 | 6-Oct-05 | 18264A | 840 | 0.35 | $294.00 | 18264 |
| 746-77276-2 | 9571-051162 | 6-Oct-05 | 18264B | 800 | 0.49741 | $397.93 | 18264 |
| 74677514-1 | 9571-54885 | 6-Oct-05 | 18264C | 1500 | 1.2269 | $1,840.35 | 18264 |
| 746-75700 | 9571-054505 | 6-Oct-05 | 18264D | 1600 | 0.23 | $368.00 | 18264 |
| 746-75798 | 9571-53732 | 6-Oct-05 | 18264E | 350 | 0.22 | $77.00 | 18264 |
| 746-75799 | 9571-53733 | 6-Oct-05 | 18264F | 1848 | 0.5379 | $994.04 | 18264 |
| 746-76466 | 9571-55733 | 6-Oct-05 | 18264G | 3500 | 0.23 | $805.00 | 18264 |
| 746-75895-1 | 9571-054536 | 6-Oct-05 | 18265 | 2304 | 0.66 | $1,520.64 | 18265 |
| 746-75896-1 | 9571-054506 | 6-Oct-05 | 18265A | 2304 | 0.66 | $1,520.64 | 18265 |

# STATEMENT

Remit To:
Century Mold & Tool
855 Touhy Ave.
Elk Grove Village, IL 60007

Statement Date: 11-Oct-05
Account No.: DELPHI D.G
Page: 1

Statement Date: 11-Oct-05
Account No.: DELPHI D.G

Delphi Mechatronic Systems
615 Elca Lane
Suite A
Brownsville, TX 78521

Delphi Mechatronic Systems

To insure proper credit, please check those items being paid. Please separate and return this portion of the statement.

| Reference | Date | Type | Description | Amount | Reference | TY | Amount | X |
|---|---|---|---|---|---|---|---|---|
| 4562 | 29-Jul-05 | Inv | | $74,900.00 | 4562 | | $74,900.00 | |
| 18157 | 29-Jul-05 | INV | | $650.00 | 18157 | INV | $650.00 | |
| R1857 | 11-Aug-05 | INV | | $2,900.00 | R1857 | INV | $2,900.00 | |
| R1890 | 31-Aug-05 | INV | | $7,500.00 | R1890 | INV | $7,500.00 | |
| R1895 | 31-Aug-05 | INV | | $6,850.00 | R1895 | INV | $6,850.00 | |
| R1896 | 31-Aug-05 | INV | | $6,700.00 | R1896 | INV | $6,700.00 | |
| R2001 | 09-Sep-05 | INV | | $500.00 | R2001 | INV | $500.00 | |
| R2002 | 09-Sep-05 | INV | | $1,500.00 | R2002 | INV | $1,500.00 | |
| R2012 | 19-Sep-05 | INV | | $750.00 | R2012 | INV | $750.00 | |
| R1994 | 23-Sep-05 | INV | | $700.00 | R1994 | INV | $700.00 | |
| R1995 | 23-Sep-05 | INV | | $750.00 | R1995 | INV | $750.00 | |
| R1868 | 29-Sep-05 | INV | | $1,500.00 | R1868 | INV | $1,500.00 | |
| R1998 | 30-Sep-05 | INV | | $5,800.00 | R1998 | INV | $5,800.00 | |
| | | | Total Due ------> | $111,000.00 | Total Due | | $111,000.00 | |

# STATEMENT

Remit To:
Century Mold & Tool
855 Touhy Ave.
Elk Grove Village, IL  60007

Statement Date
11-Oct-05
Account No.        Page
DELPHITOOL          1

Statement Date
11-Oct-05
Account No.
DELPHITOOL

Delphi Mechatronic Systems
615 Elca Lane, Suite A
Brownsville, TX  78521

Delphi Mechatronic Systems

| Reference | Date | Type | Description | Amount | Reference | TY | Amount | X |
|---|---|---|---|---|---|---|---|---|
| 1842-48 | 01-Jun-05 | INV | | $1,520.00 | 1842-48 | INV | $1,520.00 | |
| 4566-4 | 30-Jun-05 | INV | | $17,800.00 | 4566-4 | INV | $17,800.00 | |
| 4567-4 | 30-Jun-05 | INV | | $22,300.00 | 4567-4 | INV | $22,300.00 | |
| 4608 | 30-Jun-05 | INV | | $48,200.00 | 4608 | INV | $48,200.00 | |
| 4609 | 30-Jun-05 | INV | | $15,166.66 | 4609 | INV | $15,166.66 | |
| R1770 | 30-Jun-05 | INV | | $5,700.00 | R1770 | INV | $5,700.00 | |
| R1814 | 30-Jun-05 | INV | | $10,800.00 | R1814 | INV | $10,800.00 | |
| 18095 | 07-Jul-05 | INV | | $6,920.03 | 18095 | INV | $6,920.03 | |
| R1874 | 14-Jul-05 | INV | | $8,200.00 | R1874 | INV | $8,200.00 | |
| 18140 | 28-Jul-05 | INV | | $10,563.85 | 18140 | INV | $10,563.85 | |
| 18154 | 29-Jul-05 | INV | | $10,080.00 | 18154 | INV | $10,080.00 | |
| 4568-5 | 29-Jul-05 | INV | | $1,900.00 | 4568-5 | INV | $1,900.00 | |
| 4608-2 | 29-Jul-05 | INV | | $48,200.00 | 4608-2 | INV | $48,200.00 | |
| 4609-2 | 29-Jul-05 | INV | | $15,166.67 | 4609-2 | INV | $15,166.67 | |
| R1828 | 29-Jul-05 | INV | | $2,400.00 | R1828 | INV | $2,400.00 | |
| R1832 | 29-Jul-05 | INV | | $3,800.00 | R1832 | INV | $3,800.00 | |
| 4568-4 | 31-Jul-05 | INV | | $17,000.00 | 4568-4 | INV | $17,000.00 | |
| R1883 | 15-Aug-05 | INV | | $8,100.00 | R1883 | INV | $8,100.00 | |
| R1884 | 15-Aug-05 | INV | | $2,900.00 | R1884 | INV | $2,900.00 | |
| R2009 | 29-Sep-05 | INV | | $8,300.00 | R2009 | INV | $8,300.00 | |
| 4619 | 30-Sep-05 | INV | | $45,800.00 | 4619 | INV | $45,800.00 | |
| R2003 | 30-Sep-05 | INV | | $14,950.00 | R2003 | INV | $14,950.00 | |
| R2004 | 30-Sep-05 | INV | | $11,200.00 | R2004 | INV | $11,200.00 | |
| R2010 | 30-Sep-05 | INV | | $2,400.00 | R2010 | INV | $2,400.00 | |
| R2019 | 30-Sep-05 | INV | | $2,700.00 | R2019 | INV | $2,700.00 | |

Total Due ----->    $342,067.21        Total Due    $342,067.21