EUGENE A. DI MONTE
CHESTER A. LIZAK
ALAN I. STEFANIAK
LINSCOTT R. HANSON
RICCARDO A. DI MONTE
DAVID F. ARENA
ABRAHAM E. BRUSTEIN
ROBERT S. MINETZ

ROBERT S. CLEMENTI
1925 - 2004

**DI MONTE & LIZAK, LLC**
ATTORNEYS AT LAW
216 West Higgins Road
Park Ridge, Illinois 60068-5736
(847) 698-9600
FAX (847) 698-9624
igoldberg@dimonteandlizak.com

RICHARD W. LAUBENSTEIN
JEFFREY S. MC DONALD
PAUL A. GRECO*
MARGHERITA M ALBARELLO
JULIA E. JENSEN
JANE KAMINSKI SIMERS
CHRISTOPHER B LEGA
C. SARAH LAPPIN
FRANK J. FERRARO
IRA P. GOLDBERG
JEREMY A DAMITIO

*Also admitted in New York
and New Jersey

WRITER'S EXT 250

October 14, 2005

<u>Via Facsimile & Federal Express</u>

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Fax: 248-813-2670

Delphi Mechatronic Systems
615 Elea Lane, Suite A
Brownsville, TX 78521
Attn: Ms. Eugenia Acosta
Fax: 956-554-5987

Kayalyn A. Marafioti, Partner
Thomas J. Matz, Counsel
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Fax: 212-735-2000

John Wm. Butler Jr., Partner
John K. Lyons, Partner
Ron E. Meisler, Associate
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Fax: 312-407-0411

Re:   **In re Delphi Corporation et al. – Case No. 05-44481 et al.
      Supplement to Reclamation Claim of Century Mold & Tool**

Dear Sir or Madam:

This letter shall serve as a supplement to the Reclamation Claim made by Century Mold & Tool ("Century"), dated October 14, 2005, in which Century stated that the amount due and owing for goods provided by Century and received by Delphi Corporation or its affiliates (inclusive of Delphi Mechatronic Systems) within the time period permitted for reclamation was $245,402.15, plus applicable interest and costs. The total amount due and owing is hereby amended by this supplement to include an additional $91,350.00, for the goods as listed in the invoices attached hereto as Exhibit B and incorporated herein by reference ("Additional Century Goods"). The total due and owing, including the additional amount herein described, is $336,752.15.



Delphi Corporation, et al.
October 14, 2005
Page 2

As provided in the Reclamation Claim, Century also demands immediate return of the Additional Century Goods to Century at the address stated on the attached Exhibit B. In accordance with the Reclamation Claim, you are instructed to immediately inventory the Additional Century Goods and keep the Additional Century Goods segregated from all other inventory, machinery and equipment. Furthermore, the Additional Century Goods shall not be used, sold, encumbered or transferred to any other party.

Century reasserts all rights reserved by it as stated in the Reclamation Claim, dated October 14, 2005, as though fully set forth herein.

If you have any questions with respect to this matter, please feel free to contact the undersigned.

Sincerely yours,

Ira P. Goldberg

IPG:ff

Enclosures

CC Via Federal Express
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

CC Via Federal Express
Century Mold & Tool
855 Touhy Avenue
Elk Grove Village, IL 60007
Attn: Mr. Peter Varhegyi

# DELPHI
## Mechatronic Systems

**Purchase Order**    [x] Delphi Mechatronic Systems
[ ] Delphi Automotive Systems

D-U-N-S No. 80-010-7104
T.I.N. No. 38-3589834

PAGE 1

To: CENTURY MOLD & TOOL CO INC
855 TOUHY AVE
ELK GROVE VILLAG IL 60007-4917
USA

**Purchase Order No.** 9571-564783
This number must appear on all invoices, correspondence, packing slips, shipping documents, and containers.
**Purchase Order Revision:**

Ship To: DELPHI MECHATRONIC SYSTEMS
DELPHI-BOB PUCHALSKI
3110 Woodcreek Drive
Downers Grove
IL   60515    USA

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| FOB | DEST. FGT COLL | Ship Via | ROUTING IN | Terms MNS-2 |
|---|---|---|---|---|
| Vendor Number | 15104 | Tax Exempt ID Number | | Date of Order 8/09/05 |

| Quantity | U.M | Part Number / Description | B.P Rev Level | Unit Price | Extended Price . Tax |
|---|---|---|---|---|---|
| | | PROJECT 011189/P356 MFS STALK SWITCH
B PUCHALKSI - 347803
PRICING PER QUOTE 12953
*
INVOICE: 100% UPON COMPLETION AND PART/PPAP
   APPROVAL BY DELPHI
*
TOOL MODIFICATION & SAMPLE VERIFICATION | | | |
| 1 EA | | TOOLING APPROVE    * Due Date:  8/20/05 *
12860680 StatRing Cav 1 Change
12860680 U222 StatRing Change. Per quote 12953

Make the following changes to 2 cavity mold.
Change will be to one cavity first.
1. Add Radii where raised intersect main center rail.
2. Add 0.05 radius at base of post all around.
3. Add notched are qnty 2 per part. 4. Add .05 fillet radii at bas of raised ribs. 5. Add 1.0 radius qnty 2 per part where radical rib intersects main center rail. Changes will be made to one cavity first.

Produce 150 and inspection areas change in
ATTN: R. Puchalski with samples. | | 6700.00000 | 6700.00 |

1. This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

2. This order and/or releases against this order are not to be filed at higher prices than shown on Purchase Order or Release without written approval of buyer.

3. This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

S - LEE LANNERT
Buyer
By: _____ 8/9/05

**CONTRACT REVIEWED**    ORIGINAL
P59-652-1 (12/01)

ACCEPTED: (circled)
CONTACT CUSTOMER:    COMMENTS: _____
REJECTED:    REASON: _____
CENTECH REPRESENTATIVE: Scott Immer    DATE: 8/15/05

ENTERED AUG 11 2005

**Exhibit B**

**Purchase Order**  
☑ Delphi Mechatronic Systems  
☐ Delphi Automotive Systems  
D-U-N-S No: 80-010-7104  
T.I.N. No. 38-3509834  

**DELPHI**  
**Mechatronic Systems**

PAGE 1

To:  
CENTURY MOLD & TOOL CO INC  
855 TOUHY AVE  
ELK GROVE VILLAG IL 60007-4917  
USA  

**Purchase Order No:** 9571-664776  
This number must appear on all invoices, correspondence, packing slips, shipping documents, and containers.  
**Purchase Order Revision:**

Ship To:  
DELPHI MECHATRONIC SYSTEMS  
DELPHI-BOB PUCHALSKI  
3110 Woodcreek Drive  
Downers Grove  
IL  60515         USA  

Invoice in Duplicate To:  
DELPHI MECHATRONIC SYSTEMS  
615 Elca Lane Suite A  
Brownsville, TX 78521  

| FOB | Ship Via | Routing | Terms |
|---|---|---|---|
| DEST FGT COLL | | IN | MNS-2 |
| Vendor Number: 15104 | Tax Exempt ID Number: | | Date of Order: 8/09/05 |

| Quantity | U/M | Part Number / Description | B.P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|
| | | PROJECT 011189/P356 MES STALK SWITCH | | | |
| | | B PUCHALKSI - 347763 | | | |
| | | PRICING PER QUOTE 12944 DATED 7/22/05 | | | |
| | | * | | | |
| | | INVOICE: 100% UPON COMPLETION AND PART/PPAP APPROVAL BY DELPHI | | | |
| | | * | | | |
| | | TOOL MODIFICATION & SAMPLE VERIFICATION | | | |
| 1 | EA | TOOLING APPROVE   * Due Date: 8/15/05 * | | 6850.00000 | 6850.00 |
| | | 12860664 Carrier-4cavit Chng | | | |
| | | 12860664 Carrier - Rework 4 cavity mold | | | |
| | | Per latest CAD model rec'd 7/20. | | | |
| | | 1. Weld slide #1 qnty4 fabricate and restore shut off to eliminate cavity pins. EDM sides to reduce draft thus adding wall thickness to mold part. | | | |
| | | 2. EDM new shut off on slides #2&3 qty=8. | | | |
| | | 3. Convert cavity pipn to inserts to dummy pins qty=8. | | | |
| | | 4. Provide 300 samples on inspection areas changed. | | | |
| | | Per quote 12944 dated 7/22/05. | | | |
| | | ATTN: R. Puchalski for final approvals. | | | |

1. This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

2. This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of Buyer.

3. This order is subject to terms, conditions and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

Buyer:  S — LEE LANNERT  
By: _____ 8/5/05

CONTRACT REVIEWED

P59-552-1  
☑ ACCEPTED  
☐ CONTACT CUSTOMER     COMMENTS: _____  
☐ REJECTED          REASON: _____  
CENTECH REPRESENTATIVE: Scott Immer    DATE: 8/15/05

**ORIGINAL**

ENTERED AUG 1 1 2005

# DELPHI
## Mechatronic Systems

**Purchase Order**    ☒ Delphi Mechatronic Systems    D-U-N-S No. 80-010-7104
                     ☐ Delphi Automotive Systems     T.I.N. No. 38-3589834

PAGE 1

To: CENTURY MOLD & TOOL CO INC
855 TOUHY AVE

ELK GROVE VILLAG IL 60007-4917
USA

**Purchase Order No.** 9571-664784
This number must appear on all invoices, correspondence, packing slips, shipping documents, and containers.
**Purchase Order Revision:**

Ship To:
DELPHI MECHATRONIC SYSTEMS
DELPHI-BOB PUCHALSKI
3110 Woodcreek Drive
Downers Grove
IL  60515        USA

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| FOB | DEST - FGT COLL | Ship Via | ROUTING IN | Terms | MNS-2 |
|---|---|---|---|---|---|
| Vendor Number | 15104 | Tax Exempt ID Number | | Date of Order | 8/09/05 |

| Quantity | U.M | Part Number Description | B-P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|
| | | PROJECT 011189/P356 MFS STALK SWITCH
B PUCHALKSI - 348044
PRICING PER QUOTE/EMAIL/AGREEMENT
*
INVOICE: 100% UPON COMPLETION AND PART/PPAP
APPROVAL BY DELPHI
*
TOOL MODIFICATION & SAMPLE VERIFICATION | | | |
| 1 EA | | TOOLING APPROVE    * Due Date:  8/15/05 *
12860664 P356 Carrier Change
12860664 P356 Carrier Change | | 2900.00000 | 2900.00 |
| | | Per quote dated 6/06/05.

Increase wall thickness and tool corrections.
A. EDM core blocks in 2 place cavity.
B. EDM slide 2 and slide 3 one place each per
   cavity. Fix mismatch on inside width parts
   Bring to print specifications. Remove ledge of
   plastic in inside to flex and flash in slots.

Samples 300 pieces and inspect changes areas.

ATTN: r. Puchalski for final approvals. | | | |

1. This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

2. This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

3. This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

S — LEE LANNERT
Buyer

By _____ 8/9/05

**CONTRACT REVIEWED**

P50-552-J (12/01)
ACCEPTED
CONTRACT CUSTOMER:    COMMENTS: _____
REJECTED            REASON: _____

CENTECH REPRESENTATIVE  _Scott Johnson_  DATE: 8/15/05

ORIGINAL

ENTERED AUG 1 1 2005

**Purchase Order**  [X] Delphi Mechatronic Systems  [ ] Delphi Automotive Systems

D-U-N-S No. 80-010-7104
T.I.N. No. 38-3589834

**DELPHI**
**Mechatronic Systems**

PAGE 1

To:
CENTURY MOLD & TOOL CO INC
855 TOUHY AVE
ELK GROVE VILLAG IL 60007-4917
USA

Purchase Order No. 9571-668433
This number must appear on all invoices, correspondence, packing slips, shipping documents and containers.
Purchase Order Revision: _____

Ship To:
PUCHALSKI/BLAKE - 331817
DELPHI MECHATRONIC SYSTEMS
3110 Woodcreek Drive
Downers Grove
IL. 60515        USA

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| FOB | Ship Via | ROUTING IN | Terms |
|---|---|---|---|
| DEST. FGT COLL | | | MNS-2 |
| Vendor Number 15104 | Tax Exempt ID Number | | Date of Order 11/03/04 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price | Tax |
|---|---|---|---|---|---|---|
| | | PROJECT 011189/MULTI-FUNCTION STALK<br>AR 030009<br>PRICING PER QUOTE 12652 OPT 2<br>*<br>PAYMENT: 100% UPON TOOL COMPLETION AND PPAP APPROVAL BY DELPHI. | | | | |
| 1 | EA | CAPITAL APPROVE    * Due Date: 1/30/05 *<br>12860664 CARRIER<br>DESIGN AND BUILD A 4 CAVITY PRODUCTION MOLD TO PRODUCE DELPHI PN 12860664 CARRIER.<br><br>MARK TOOL AS:   PROPERTY OF DELPHI<br>                PN 12860664 / TM-03870<br><br>COST INCLUDES 300 SAMPLES AND PPAP | | 74900.00000 | 74900.00 | |

PURCHASE ORDER TOTAL                                       74900.00

** AS OF FEB 01, 00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO CASS LOGISTICS **
INCO TERMS - TTOP(Title Transfer Our Plant):"Title transfer when goods
arrive at buyer's reciving dock."

** DO NOT OVERSHIP OR THE PARTS WILL

1. This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.
2. This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.
3. This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

H - Ronda Hall
Buyer

By: _____

P50-552-1 (12/01)                           ORIGINAL