

# NOTICE OF DEMAND
# FOR RECLAMATION OF GOODS

October 14, 2005

Delphi Automotive Systems Corporation
PO Box 436040
Pontiac, MI 48343-6040

Dear Delphi:

You are hereby notified that, pursuant to Section 546(c)(1) of the U.S. Bankruptcy Code and applicable state law (including Section 2-702(b) of the Uniform Commercial Code), Dow Corning Corporation hereby reclaims and demands the immediate return of all goods received by Delphi Automotive Systems Corporation from Dow Corning Corporation on or after September 28, 2005. Such goods include, but are not limited to, those set forth in the invoices attached hereto.

Demand is further made that the goods reclaimed pursuant to this notice be and remain segregated immediately, that they not be sold or modified in any way, and that Delphi Automotive Systems Corporation deliver such goods to Dow Corning Corporation immediately.

Please contact me promptly for delivery instructions or questions.

Sincerely,

Dow Corning Corporation
Cindy Ferrio CBF
Collection Specialist
2200 West Salzburg Road
Midland, MI 48686-0994
Tele: 1-800-248-2481 Ext: 728



RECEIVED
OCT 1 7 2005
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK



Copied:


United States Bankruptcy Court
Southern District of New York
Room 534
One Bowling Green
New York, NY 10004
Tele: 212-668-2870

Skadden, Arps, Slate, Meagher & Flom LLP
John Wm. Butler Jr.
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Tele: 1-800-718-5305

Kathy Smith
Senior Attorney - Dow Corning Law Department
Dow Corning Corporation
2200 West Salzburg Road
Midland, MI 48686-0994
Tele: 989-496-6338

Pls remit to address at bottom of invoice   Reprint Printout SCHD-AM 170ct2005 13:03:32

**DOW CORNING**

Dow Corning Corporation
2200 W. Salzburg Rd.
PO Box 994
MIDLAND MI  48686-0994
United States

| Invoice | Page |
|---|---|
|  | 1 of 1 |

| Invoice Number | Date |
|---|---|
| **1003564810** | 27Sep2005 |

Invoice contact
Cindy Ferrio

Telephone (800) 248-2481      Fax   (989) 496-6974
US Fed. Reg. No. 380495575

Phone: 989-496-7728  Fax: 989-496-6299

| Bill-to 1036073 | Ship-to: 1034997 |
|---|---|
| Accounts Payable Department<br>DELPHI AUTOMOTIVE SYSTEMS CORP<br>PO Box 436040<br>PONTIAC MI  48343-6040<br>United States | DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELPHI E AUTOMOTIVE<br>REC DOCK 605<br>1101 N. CENTER ROAD<br>FLINT MI 48556<br>United States |

**Payment Terms**
Pay Immediately 2% Discount
Up to 27Sep2005 you receive 2.000  % discount

**Shipping Weight (net/gross)**

| Net Weight | 18.0  KG | Gross Weight | 24.5  KG |
|---|---|---|---|

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|

Delivery number: 8603242708   Issue date: 27Sep2005
Delivery terms: FCA   SHIPPOINT COLLECT

Sales order: 3134758 Purchase order no: 550014215   from 27Sep2005

| | | | | |
|---|---|---|---|---|
| 2852497   DOW CORNING(R) 1-4173 THERMALLY CONDUCTIVE ADHESIVE, 1.5 KG (3.3 LB) Crtrdg | | | | |
| Batch: 0002399575 | | | | |
| | 12 Crtrdg | 116.50 USD | 1 Crtrdg | 1398.00 |
| Customer Spec No.: DELPHI AUTOMOTIVE:MS008740 | | | | |
| Cust. Spec Revision: E | | | | |
| Revision Date: 24Oct2000 | | | | |
| Customer Material: 8740 | | | | |

Total Payable (USD)                                                                                    1398.00

**PLEASE REMIT TO: Dow Corning Corporation, P.O. Box 70678, Chicago, IL 60673-0678.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | Total Payable | Currency |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.      S1310Ev2 | 1398.00 | USD |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: **http://www.dowcorning.com**

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any quardem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

 Print

# Shipment Tracking Details

## Tracking Information

Tracking Number: **701831185**        Origin Waybill:

Filtered By:    Tracking Number **701831185**

| Shipment Information | Package Information |
|---|---|
| Status: **Delivered** | Pieces: 1 |
| Signature: John Thivierge | Weight: 56.0 L ** |
| Service Level: Standard Overnight | Volume Weight: 57.0 L |
| Shipped Date: 27-Sep-2005 | View Dimensions: View Dimensions |
| Origin: Auburn, MI, US | |
| Destination: Flint, MI, US | |

## References

| Description | Number |
|---|---|
| SHIPPER'S REFERENCE | 8603242708 |
| CUSTOMER REFERENCE NUMBER | 550014215 |

## Shipment History

| Date | Time | Pieces | Activity | Location | Remarks |
|---|---|---|---|---|---|
| 28-Sep-2005 | 1155 | 1 | Delivered | Detroit, MI, US | JOHN THIVIERGE |
| 28-Sep-2005 | 1031 | 1 | Out for Delivery | Detroit, MI, US | |
| 27-Sep-2005 | 2013 | 1 | Scanned | Flint, MI, US | |
| 27-Sep-2005 | 1729 | 1 | Shipment Labeled | Flint, MI, US | |
| 27-Sep-2005 | 1605 | 1 | Received | Flint, MI, US | |

Due to FAA security regulations, some shipment details may not be provided. We are sorry for any inconvenience, but must strictly adhere to all government security regulations.

Invoice 1003564810

**DOW CORNING**

Dow Corning Corporation
2200 W. Salzburg Rd.
PO Box 994
MIDLAND MI  48686-0994
United States

| Invoice | | Page |
|---|---|---|
| | | 1 of 1 |

| Invoice Number | Date |
|---|---|
| 1003571700 | 30Sep2005 |

Invoice contact
Cindy Ferrio

Telephone (800) 248-2481    Fax    (989) 496-6974
US Fed. Reg. No. 380495575

Phone: 989-496-7728   Fax: 989-496-6299

Bill-to 1036073

Accounts Payable Department
DELPHI AUTOMOTIVE SYSTEMS CORP
PO Box 436040
PONTIAC MI  48343-6040
United States

Ship-to: 1034999
DELPHI AUTOMOTIVE SYSTEMS CORP
DELPHI ENGY & ENG MGMT SYSTEMS DIV
1000 LEXINGTON AVENUE
ROCHESTER NY  14606
United States

**Payment Terms**
Pay Immediately 2% Discount
Up to 30Sep2005 you receive 2.000  % discount

**Shipping Weight (net/gross)**

| Net Weight | 17.7  KG | Gross Weight | 18.5  KG |
|---|---|---|---|

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|

Delivery number: 8603252342   Issue date: 30Sep2005
Delivery terms: FCA   SHIPPOINT COLLECT

Sales order: 3125254 Purchase order no: 0550009987   from 20Sep2005
     KANBAN# 0000007

| | | | | |
|---|---|---|---|---|
| 2156989 | DOW CORNING(R) 839 SILICONE ADHESIVE/SEALANT,17 L (4.5 U.S. GAL) Pail | | | |
| | Batch: 0002437579 | | | |
| | 39 lbs = | 1 Pail | 8.60 USD   1 lbs | 335.40 |
| | Customer Spec No.: DELPHI AUTOMOTIVE:M52701 | | | |
| | Cust. Spec Revision: B | | | |
| | Revision Date: 29Jun2000 | | | |
| | Customer Material: 17350193 | | | |

Total Payable (USD)                                                            335.40

**PLEASE REMIT TO: Dow Corning Corporation, P.O. Box 70678, Chicago, IL 60673-0678.**
INTEREST CHARGE: After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an ANNUAL
PERCENTAGE RATE of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | Total Payable | Currency |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1310Ev2 | | |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | 335.40 | USD |

Discover more about Dow Corning at: **http://www.dowcorning.com**

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any claims generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

Pls remit to address at bottom of invoice   Repeat Printout SCHD-AM 11Oct2005 15:03:59

**DOW CORNING**

Dow Corning Corporation
2200 W. Salzburg Rd.
PO Box 994
**MIDLAND MI  48686-0994**
United States

| **Invoice** | | Page 1 of 1 |
|---|---|---|
| Invoice Number **1003571701** | | Date 30Sep2005 |
| Invoice contact Cindy Ferrio | | |

Telephone (800) 248-2481      Fax   (989) 496-6974
US Fed. Reg. No. 380495575

Phone: 989-496-7728   Fax: 989-496-6299

| Bill-to 1036073 | Ship-to: 1034999 |
|---|---|
| Accounts Payable Department DELPHI AUTOMOTIVE SYSTEMS CORP PO Box 436040 PONTIAC MI  48343-6040 United States | DELPHI AUTOMOTIVE SYSTEMS CORP DELPHI ENGY & ENG MGMT SYSTEMS DIV 1000 LEXINGTON AVENUE ROCHESTER NY  14606 United States |

**Payment Terms**
Pay Immediately 2% Discount
Up to 30Sep2005 you receive 2.000  % discount

| Shipping Weight (net/gross) Net Weight | 17.7  KG | Gross Weight | 18.5  KG |
|---|---|---|---|

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|

Delivery number: 8603252474   Issue date: 30Sep2005
Delivery terms: FCA   SHIPPOINT COLLECT

Sales order: 3134494 Purchase order no: 0550009987  from 28Sep2005
    KANBAN# 0000010

2156989   DOW CORNING(R) 839 SILICONE ADHESIVE/SEALANT,17 L (4.5 U.S. GAL) Pail
    Batch: 0002437579
    39 lbs =          1 Pail          8.60 USD      1 lbs          335.40
    Customer Spec No.: DELPHI AUTOMOTIVE:M52701
    Cust. Spec Revision: B
    Revision Date: 29Jun2000
    Customer Material: 17350193

Total Payable (USD)                                          335.40

**PLEASE REMIT TO: Dow Corning Corporation, P.O. Box 70678, Chicago, IL 60673-0678.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | Total Payable | Currency |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.     S1310Rv2 We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division Issued under Section 14 thereof. | 335.40 | USD |

Discover more about Dow Corning at: **http://www.dowcorning.com**

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

Pls remit to address at bottom of invoice. Report Printout SCHD-AM 11Oct2005 15:04:16

**DOW CORNING**

Dow Corning Corporation
2200 W. Salzburg Rd.
PO Box 994
MIDLAND MI 48686-0994
United States

| **Invoice** | | Page 1 of 1 |
|---|---|---|

| Invoice Number | Date |
|---|---|
| 1003571702 | 30Sep2005 |

Invoice contact
Cindy Ferrio

Phone: 989-496-7728   Fax: 989-496-6299

Telephone (800) 248-2481     Fax   (989) 496-6974
US Fed. Reg. No. 380495575

**Bill-to 1036073**
Accounts Payable Department
DELPHI AUTOMOTIVE SYSTEMS CORP
PO Box 436040
PONTIAC MI 48343-6040
United States

**Ship-to: 1034999**
DELPHI AUTOMOTIVE SYSTEMS CORP
DELPHI ENGY & ENG MGMT SYSTEMS DIV
1000 LEXINGTON AVENUE
ROCHESTER NY 14606
United States

**Payment Terms**
Pay Immediately 2% Discount
Up to 30Sep2005 you receive 2.000  % discount

**Shipping Weight (net/gross)**
Net Weight          17.7  KG          Gross Weight          18.5  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8603252475   Issue date: 30Sep2005 | | | | |
| Delivery terms: FCA   SHIPPOINT COLLECT | | | | |
| | | | | |
| Sales order: 3130299 Purchase order no: 0550009987  from 23Sep2005 | | | | |
| KANBAN# 0000009 | | | | |
| | | | | |
| 2156989   DOW CORNING(R) 839 SILICONE ADHESIVE/SEALANT,17 L (4.5 U.S. GAL) Pail | | | | |
| Batch: 0002437579 | | | | |
| 39 lbs = | 1 Pail | 8.60 USD | 1 lbs | 335.40 |
| Customer Spec No.: DELPHI AUTOMOTIVE:M52701 | | | | |
| Cust. Spec Revision: B | | | | |
| Revision Date: 29Jun2000 | | | | |
| Customer Material: 17350193 | | | | |
| | | | | |
| Total Payable (USD) | | | | 335.40 |

**PLEASE REMIT TO: Dow Corning Corporation, P.O. Box 70678, Chicago, IL 60673-0678.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL
PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT
COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE
AGREED.

SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1310Ex2

We certify that these goods were produced in compliance with all requirements of Section 6, 7,
and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of
the Administration of the Wage and Hour Division issued under Section 14 thereof.

| Total Payable | Currency |
|---|---|
| 335.40 | USD |

Discover more about Dow Corning at: **http://www.dowcorning.com**

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in its inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

 Print

# Shipment Tracking Details

## Tracking Information

| | |
|---|---|
| Tracking Number: **610073925** | Origin Waybill: |
| Filtered By: Tracking Number **610073925** | |

| Shipment Information | | Package Information | |
|---|---|---|---|
| Status: **Delivered** | | Pieces: 3 | |
| Signature: G Sterling | | Weight: 135.0 L ** | |
| Service Level: Standard Overnight | | Volume Weight: 135.0 L | |
| Shipped Date: 30-Sep-2005 | | View Dimensions: View Dimensions | |
| Origin: Shepherdsville, KY, US | | | |
| Destination: Rochester, NY, US | | | |

### References

| Description | Number |
|---|---|
| SHIPPER'S REFERENCE | 8603252342 |

### Shipment History

| Date | Time | Pieces | Activity | Location | Remarks |
|---|---|---|---|---|---|
| 03-Oct-2005 | 0932 | 3 | Delivered | Rochester, NY, US | G STERLING |
| 03-Oct-2005 | 0922 | 3 | Out for Delivery | Rochester, NY, US | |
| 03-Oct-2005 | 0759 | 3 | Scanned | Rochester, NY, US | |
| 02-Oct-2005 | 0310 | 3 | Arrived | Rochester, NY, US | |
| 01-Oct-2005 | 1759 | 3 | Departed | Toledo, OH, US | |
| 01-Oct-2005 | 1042 | 3 | Scanned | Toledo, OH, US | |
| 01-Oct-2005 | 0250 | 3 | Arrived | Toledo, OH, US | |
| 30-Sep-2005 | 2055 | 3 | Departed | Louisville, KY, US | |
| 30-Sep-2005 | 1959 | 3 | Scanned | Louisville, KY, US | |
| 30-Sep-2005 | 1953 | 3 | Shipment Labeled | Louisville, KY, US | |
| 30-Sep-2005 | 1705 | 3 | Received | Louisville, KY, US | |

Due to FAA security regulations, some shipment details may not be provided. We are sorry for any inconvenience, but must strictly adhere to all government security regulations.

Invoices 1003571700, 1003571701, 1003571702

| **DOW CORNING** Dow Corning Corporation<br>2200 W. Salzburg Rd.<br>**PO Box 994**<br>**MIDLAND MI  48686-0994**<br>United States | | **Invoice** | **Page**<br>**1 of 1** |
|---|---|---|---|
| | | **Invoice Number**<br>**1003571709** | **Date**<br>30Sep2005 |
| | | **Invoice contact**<br>Cindy Ferrio | |
| Telephone (800) 248-2481        Fax    (989) 496-6974<br>US Fed. Reg. No. 380495575 | | **Phone: 989-496-7728  Fax: 989-496-6299** | |

| Bill-to 1036073<br><br>Accounts Payable Department<br>DELPHI AUTOMOTIVE SYSTEMS CORP<br>PO Box 436040<br>PONTIAC MI  48343-6040<br>United States | Ship-to:1044089<br>DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELPHI PACKARD PLANT 11<br>1265 NORTH RIVER ROAD<br>WARREN OH  44486<br>United States |
|---|---|

**Payment Terms**
Pay Immediately 2% Discount
Up to 30Sep2005 you receive 2.000  % discount

| **Shipping Weight (net/gross)**<br>Net Weight | 140.0  KG | | **Gross Weight** | 204.4  KG |
|---|---|---|---|---|
| **Goods Description** | **Quantity** | **Price** | **Unit** | **Amount** |

Delivery number: 8603248082   Issue date: 29Sep2005
Delivery terms: FCA  SHIPPOINT COLLECT

Sales order: 3134813  Purchase order no: P4950086   from 23Sep2005

| 3259919 | MOLYKOTE(R) G-5008 DIELECTRIC GREASE,70 KG drum | | | | |
|---|---|---|---|---|---|
| | Batch: 0002355733 | | | | |
| | 308 lbs = | 2 drum | 25.25 USD | 1 lbs | 7777.00 |
| | Customer Spec No.: DELPHI PACKARD ELEC:ES-M-799 | | | | |
| | Revision Date: 22Apr1998 | | | | |
| | Customer Material: M0799000 | | | | |

Total Payable (USD)                                                           7777.00

---

**PLEASE REMIT TO: Dow Corning Corporation, P.O. Box 70678, Chicago, IL 60673-0678.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED.<br>SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.     S1310Ev2<br>We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | **Total Payable**<br>7777.00 | **Currency**<br>USD |
|---|---|---|

Discover more about Dow Corning at: http://www.dowcorning.com

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control, including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy-source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

| DOW CORNING | Dow Corning Corporation<br>2200 W. Salzburg Rd.<br>PO Box 994<br>MIDLAND MI 48686-0994 | **Delivery Note** | | Page<br>1 of 2 |
|---|---|---|---|---|
| | | | | Shipment Reference |
| | | Delivery Number<br>8603248082 | Issue Date<br>29Sep2005 | |
| | | Route<br>E-town Area to Ohio, 1d | | Delivery Date<br>30Sep2005 |
| | | Terms of Delivery<br>FCA   SHIPPOINT COLLECT | | Shipping Conditions<br>Standard Surface |
| | Telephone (800) 248-2481<br>Fax        (989) 496-6974 | Mode of Transport<br>Truck | | Emergency Call Numbers<br>DowCorning 1-888-355-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1044089<br>DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELPHI PACKARD PLANT 11<br>1265 NORTH RIVER ROAD<br>WARREN OH 44486<br>Attn: GOODS RECEIPT | Sold-to 1044089<br>DELPHI AUTOMOTIVE<br>SYSTEMS CORP<br>DELPHI PACKARD PLANT 11<br>1265 NORTH RIVER ROAD<br>WARREN OH 44486 | Shipping point 178B<br>DOW CORNING CORPORATION<br>CENTRAL DISTRIBUTION<br>WAREHOUSE<br>CEDAR GROVE BUSINESS PARK<br>270 OMEGA PARKWAY, Suite 200<br>SHEPHERDSVILLE KY 40165<br>Telephone (502) 921-2011<br>Fax        (502) 921-9109 |
|---|---|---|

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Sales Order Number: 3134813  Standard Order from 27Sep2005
Purchase Order Number: P4950086 from 23Sep2005  Delivery Number: 8603248082

| ✓ SKO | LSE CTN | DRM | BUN | ☐ SWAC |
|---|---|---|---|---|
| CRTS | BSKT | RCK | TOTE | ☐ SL & C |
| | SWS-OF | CTN | SWS-STG | CTN |
| OTHER | | | SHIP/INT. | |

Subject to NMFC 100/CTR-100 and 49 USC 14706 and DOT 49 CFR 370

BILL TO:  DELPHI PACKARD ELECT
% NPC FREIGHT SERVICES
P.O. BOX 9115
NORWOOD, MA  02062

GREASE LUBRICATING NOI  090960  CL/65
3259919   MOLYKOTE(R) G-5008 DIELECTRIC GREASE,70 KG drum
          Item total: 308.0 lbs = 2.0 drum
*** Store BELOW 40C/104F ***
          ECCN: EAR99
          Customer Spec No.: DELPHI PACKARD ELEC:ES-M-799
          Revision Date: 22Apr1998
          Customer Material: M0799000
          Batch: 0002355733                    2 drum        140.0 KG          168.2 KG
          Expiration Date: 20Mar2010
          2.00 drum in shipping unit 4496447 (PAL)

**402-364818-5** B/L

Invoice 1003571709

Discover more about Dow Corning at: **http://www.dowcorning.com**

Pls remit to address at bottom of invoice Special Printout SCHD-AM 11Oct2005 15:04:52

| DOW CORNING | Dow Corning Corporation<br>2200 W. Salzburg Rd.<br>PO Box 994<br>MIDLAND MI 48686-0994<br>United States | **Invoice** | | Page<br>1 of 1 |
|---|---|---|---|---|
| | | Invoice Number<br>**1003573576** | | Date<br>03Oct2005 |
| | | Invoice contact<br>Cindy Ferrio | | |
| Telephone (800) 248-2481    Fax   (989) 496-6974<br>US Fed. Reg. No. 380495575 | | **Phone: 989-496-7728   Fax: 989-496-6299** | | |

| Bill-to 1036426<br>Accounts Payable Department<br>DELPHI ENGY & ENG MGMT SYSTEMS<br>PO Box 436040<br>PONTIAC MI 48343-6040<br>United States | Ship-to: 1034996<br>DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELPHI ENGY & ENG MGMT SYSTEMS DIV<br>PLANT 2095<br>2620 E 38TH ST<br>ANDERSON IN 46018<br>United States |
|---|---|

**Payment Terms**
Pay Immediately 2% Discount
Up to 03Oct2005 you receive 2.000 % discount

| Shipping Weight (net/gross)<br>Net Weight          36.2  KG | | | Gross Weight          39.6  KG | |
|---|---|---|---|---|
| **Goods Description** | **Quantity** | **Price** | **Unit** | **Amount** |

Delivery number: 8603255536  Issue date: 03Oct2005
Delivery terms: FCA  SHIPPOINT COLLECT

Sales order: 3141680 Purchase order no: 550014970  from 03Oct2005

| | | | | |
|---|---|---|---|---|
| 2104091  DOW CORNING(R) Q3-6611 ADHESIVE, GRAY,18.1 KG (40 LB) / 32X32X35 Pail | | | | |
| Batch: 0002415677 | | | | |
| 80 lbs = | 2 Pail | 9.00 USD | 1 lbs | 720.00 |
| Customer Material: 2031001 | | | | |

| Total Payable (USD) | | | | 720.00 |
|---|---|---|---|---|

**PLEASE REMIT TO: Dow Corning Corporation, P.O. Box 70678, Chicago, IL 60673-0678.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT
COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE
AGREED.
SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S13101v2
We certify that these goods were produced in compliance with all requirements of Section 6, 7,
and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of
the Administration of the Wage and Hour Division issued under Section 14 thereof.

| | Total Payable | Currency |
|---|---|---|
| | 720.00 | USD |

Discover more about Dow Corning at: **http://www.dowcorning.com**

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control, including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of government authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

| DOW CORNING | Dow Corning Corporation 2200 W. Salzburg Rd. PO Box 994 MIDLAND MI 48686-0994 | **Delivery Note** | | Page 1 of 2 |
|---|---|---|---|---|

| Delivery Number 8603248082 | Issue Date 29Sep2005 | Shipment Reference |
| Route E-town Area to Ohio, 1d | | Delivery Date 30Sep2005 |
| Terms of Delivery FCA   SHIPPOINT COLLECT | | Shipping Conditions Standard Surface |
| Mode of Transport Truck | | Emergency Call Numbers DowCorning 1-888-335-1331 ChemTrec 1-800-424-9300 |

Telephone (800) 248-2481
Fax       (989) 496-6974

**Ship-to 1044089**
DELPHI AUTOMOTIVE SYSTEMS CORP
DELPHI PACKARD PLANT 11
1265 NORTH RIVER ROAD
WARREN OH 44486
Attn: GOODS RECEIPT

**Sold-to 1044089**
DELPHI AUTOMOTIVE
SYSTEMS CORP
DELPHI PACKARD PLANT 11
1265 NORTH RIVER ROAD
WARREN OH 44486

**Shipping point 178B**
DOW CORNING CORPORATION
CENTRAL DISTRIBUTION
WAREHOUSE
CEDAR GROVE BUSINESS PARK
270 OMEGA PARKWAY, Suite 200
SHEPHERDSVILLE KY 40165
Telephone (502) 921-2011
Fax       (502) 921-9109

| H M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Sales Order Number: 3134813  Standard Order from 27Sep2005
Purchase Order Number: P4950086 from 23Sep2005  Delivery Number: 8603248082

✓ SKD  __ LSE CTN  __ DRM  __ BUN  ☐ SWAC
__ CRTS  __ BSKT  __ RCK  __ TOTE  ☐ SL & C
__ 6WS-OF __ CTN  __ 6WS-STG __ CTN
OTHER __                     SHIP.INIT __
Subject to NMFC 100/CTO-100 and 49 USC 14706 and DOT 49 CFR 370

BILL TO:  DELPHI PACKARD ELECT
% NPC FREIGHT SERVICES
P.O. BOX 9115
NORWOOD, MA  02062

GREASE LUBRICATING NOI  090960  CL/65
3259919   MOLYKOTE(R) G-5008 DIELECTRIC GREASE,70 KG drum
          Item total: 308.0 lbs = 2.0 drum
*** Store BELOW 40C/104F ***
          ECCN: EAR99
          Customer Spec No.: DELPHI PACKARD ELEC:ES-M-799
          Revision Date: 22Apr1998
          Customer Material: M0799000
          Batch: 0002355733              2 drum      140.0 KG      168.2 KG
          Expiration Date: 20Mar2010
          2.00 drum in shipping unit 4496447 (PAL)

402-364818-5  B/L

Invoice 1003571709

**DOW CORNING**
Dow Corning Corporation
2200 W. Salzburg Rd.
PO Box 994
MIDLAND MI 48686-0994

| Delivery Note | | Page 2 of 2 |
|---|---|---|

| Delivery Number | Issue Date | Shipment Reference |
|---|---|---|
| 8603248082 | 29Sep2005 | |

**Ship-to**
DELPHI AUTOMOTIVE SYSTEMS CORP

**Sold-to**
DELPHI AUTOMOTIVE SYSTEMS CORP

| H M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|
| | | | | |

*402-364818-5*

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labelled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations. Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse of the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges............................DOW CORNING CORP.(signature of consignor)

Carrier certifies that Emergency Response Information, as required by 49 CFR, Part 172, Sub Part G, is maintained in this transport vehicle.
When Carrier furnished container, carrier certifies that container supplied for this shipment is a proper container for the transport of each commodity named herein.
Carrier acknowledges that prior to or at the time this shipment was offered for transportation, the shipper provided or affixed the required placards or orange panels (including prescribed identification numbers) according to applicable regulations for each hazardous material named herein.
Carrier hereby certifies that he is familiar with all the conditions, representations, notices, and certifications contained here on this document.

DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATIONS UNLESS OTHERWISE AGREED.

SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE. SIGNED

Shipped by:

Received by carrier:

Received by customer:

| | Tare Weight: | 36.2 KG |
|---|---|---|
| Total Shipping Units: 1 | Total Weights: 140.0 KG | 204.4 KG |

| No. of shipping units: 1 | | |
|---|---|---|
| 1-Pallet | 0-Drum | |
| 0-Pail | 0-Carton | |
| 0-IBC | 0-Box | |
| 0-Bulk | 0-Tank | 0-Bag |

Carr. Ref: 4023648185

Carrier:    CENTRAL TRANSPORT    (CTII)

*370/05*



Drum Finals

# CENTRAL TRANSPORT

**Pro Number**
402-364818-5

## Central Transport Delivery Receipt

| Ship Date | 09/30/05 | |
|---|---|---|
| Pieces | Weight | |
| 1 | 370 | |

Reference Number

| Org | DC |
|---|---|
| 402 | 442 |

**Freight Terms**

**Freight Charges Are Collect**

**SCAC:** CTII

**Consignee:**
DELPHI AUTOMOTIVE SYSTEMS
1265 N RIVER RD
WARREN, OH 44483

**Shipper:**
DOW CORNING CORP
270 OMEGA PKWY
SHEPHERDSVILLE, KY 40165

**Special Instructions**
Delivery Trailer: 53-5498
Shipper COD Amount
0.0000

**Stamp / Sign Here**

Firm

By _[signature]_
Shipment received in good order

Pieces Received ____ 1

Driver _Chambers_ Date _10-4-05_

Arrive Time _1:10_   Depart Time _1:15_

---

Dow Corning Corporation
2200 W. Salzburg Rd.
P.o. Box 994
MIDLAND MI 48686-0994

Telephone (804) 248-2411
Fax (989) 496-4974

**Delivery Note**    Page 1 of 2

| Delivery Number | Issue Date | Shipment Reference |
|---|---|---|
| 8603245082 | 22Sep2005 | |

Resld
R-gven Area to Ohio, 14
Terms of Delivery
FCA   SHIPPNT COLLECT
Mode of Transport
Truck

Delivery Data
MIdland
Shipping Conditions
Standard Surface
Emergency Call Numbers
DowCorning 1-818-335-1311
ChemTrec 1-800-424-2001

Sold to: 1044089
DELPHI AUTOMOTIVE SYSTEMS CORP
DELPHI PACKARD PLANT 11
1265 NORTH RIVER ROAD
WARREN OH 44486
Attn: GOODS RECEIPT

Sold to: 1044089
DELPHI AUTOMOTIVE
SYSTEMS CORP
DELPHI PACKARD PLANT 11
1265 NORTH RIVER ROAD
WARREN OH 44486

Shipping point 1788
DOW CORNING CORPORATION
CENTRAL DISTRIBUTION
WAREHOUSE
CEDAR GROVE BUSINESS PARK
270 OMEGA PARKWAY, Suite 200
SHEPHERDSVILLE KY 40165
Telephone (502) 921-2017
Fax (502) 921-9100

| Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|

Sales Order Number: 3134013   Standard Order from 27Sep2005
Purchase Order Number: P4990086 from 23Sep2005   Delivery Number: 8603245082

BILL TO:  DELPHI PACKARD ELECT
% NDC FREIGHT SERVICES
P.O. BOX 9115
NORWOOD, MA 02062

GREASE LUBRICATING NOI 038960  Ct/SS
3259519   MOLYKOTE(R) G-5008 DIELECTRIC GREASE,70 KG drum
         Item total:  308.0 lbs =  2.0 drum
*** Store below 400/104F ***
RCCN: FAR99
Customer Spec No.: DELPHI PACKARD ELEC:EG-M-799
Revision Date: 22Apr1998
Customer Material: M0799000
Batch: 0002356733                2 drum    140.0 KG    168.2 KG
Expiration Date: 20Mar2010
2.00 drum in shipping unit 4436447 (PAL)

Discover more about Dow Corning at: http://www.dowcorning.com

**402-364818-5**  BIL

**RECEIVED**
OCT 0 4 2005
DELPHI PACKARD ELECTRIC
PLANT #11

---

## Pro Number   402-364818-5

### Additional Delivery Services Requested

| Service | Price | Service | Price | Service | Price |
|---|---|---|---|---|---|
| ☐ Inside Delivery | $70.00 | ☐ Sort - Segregate | $90.00 | ☐ Driver Delay | $75.00 |
| ☐ Residential Delivery | $50.00 | ☐ Liftgate | $90.00 | ☐ Redelivery | $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____   Date _____

**Internal Use Only**
# And Type of Container _____
Part # _____
Qty. of Pos Affected _____

Desc. _____
Skids _____
Date _____   Log# _____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1051(2)(b)

Pls remit to address at bottom of invoice Printout SCHD-AM 11Oct2005 15:04:52

| **DOW CORNING** Dow Corning Corporation<br>2200 W. Salzburg Rd.<br>PO Box 994<br>MIDLAND MI 48686-0994<br>United States | **Invoice** | | Page<br>1 of 1 |
|---|---|---|---|
| | Invoice Number<br>**1003573576** | | Date<br>03Oct2005 |
| | Invoice contact<br>Cindy Ferrio | | |
| Telephone (800) 248-2481      Fax   (989) 496-6974<br>US Fed. Reg. No. 380495575 | **Phone: 989-496-7728   Fax: 989-496-6299** | | |

| Bill-to 1036426<br><br>Accounts Payable Department<br>DELPHI ENGY & ENG MGMT SYSTEMS<br>PO Box 436040<br>PONTIAC MI 48343-6040<br>United States | Ship-to: 1034996<br><br>DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELPHI ENGY & ENG MGMT SYSTEMS DIV<br>PLANT 2095<br>2620 E 38TH ST<br>ANDERSON IN 46018<br>United States |
|---|---|

**Payment Terms**
Pay Immediately 2% Discount
Up to 03Oct2005 you receive 2.000 % discount

| Shipping Weight (net/gross)<br>Net Weight         36.2  KG | | | Gross Weight       39.6  KG | |
|---|---|---|---|---|
| **Goods Description** | **Quantity** | **Price** | **Unit** | **Amount** |

Delivery number: 8603255536   Issue date: 03Oct2005
Delivery terms: FCA   SHIPPOINT COLLECT

Sales order: 3141680 Purchase order no: 5500149970   from 03Oct2005

| 2104091 | DOW CORNING(R) Q3-6611 ADHESIVE, GRAY,18.1 KG (40 LB) / 32X32X35 Pail | | | |
|---|---|---|---|---|
| | Batch: 0002415677 | | | |
| | 80 lbs = | 2 Pail | 9.00 USD | 1 lbs | 720.00 |
| | Customer Material: 2031001 | | | |

Total Payable (USD)                                                                           720.00

**PLEASE REMIT TO: Dow Corning Corporation, P.O. Box 70678, Chicago, Il 60673-0678.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT<br>COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE<br>AGREED.<br>SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1310Ev2<br>We certify that these goods were produced in compliance with all requirements of Section 6, 7,<br>and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of<br>the Administration of the Wage and Hour Division issued under Section 14 thereof. | **Total Payable**<br><br>720.00 | **Currency**<br><br>USD |
|---|---|---|

Discover more about Dow Corning at: **http://www.dowcorning.com**

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

| Dow Corning Corporation<br>2200 W. Salzburg Rd.<br>PO Box 994<br>MIDLAND MI  48686-0994<br>United States | **Invoice** | Page<br>1 of 1 |
|---|---|---|

| | Invoice Number<br>**1003573577** | Date<br>03Oct2005 |
|---|---|---|

| Invoice contact<br>Cindy Ferrio |
|---|

**DOW CORNING**

Telephone (800) 248-2481       Fax   (989) 496-6974
US Fed. Reg. No. 380495575

| Phone: 989-496-7728   Fax: 989-496-6299 |
|---|

| Bill-to 1036426 | Ship-to: 1034996 |
|---|---|
| Accounts Payable Department<br>DELPHI ENGY & ENG MGMT SYSTEMS<br>PO Box 436040<br>PONTIAC MI  48343-6040<br>United States | DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELPHI ENGY & ENG MGMT SYSTEMS DIV<br>PLANT 2095<br>2620 E 38TH ST<br>ANDERSON IN  46018<br>United States |

**Payment Terms**
Pay Immediately 2% Discount
Up to 03Oct2005 you receive 2.000  % discount

**Shipping Weight (net/gross)**
| Net Weight         362.8  KG | | Gross Weight         399.2  KG |
|---|---|---|

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8603255660   Issue date: 03Oct2005 | | | | |
| Delivery terms: FCA  SHIPPOINT COLLECT | | | | |
| | | | | |
| Sales order: 3141675 Purchase order no: 550014972   from 03Oct2005 | | | | |
| | | | | |
| 4001942   DOW CORNING(R) 3-4237 KIT | | | | |
| Batch: 0002415699 | | | | |
| 800 lbs = | 1 Kit | 3.60 USD | 1 lbs | 2880.00 |
| Customer Material: 2071001 | | | | |
| | | | | |
| Total Payable (USD) | | | | 2880.00 |

**PLEASE REMIT TO: Dow Corning Corporation, P.O. Box 70678, Chicago, IL 60673-0678.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS  DOCUMENT COMPLIES  WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | Total Payable | Currency |
|---|---|---|
| SUBJECT TO THE  TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1310Ev2 | | |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | 2880.00 | USD |

Discover more about Dow Corning at: http://www.dowcorning.com

## TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.



Invoices:
10035735576 &
10035735577

Pls remit to address at bottom of invoice    Repeat Printout SCHD-AM 11Oct2005 15:05:19

| DOW CORNING | | | |
|---|---|---|---|
| **Dow Corning Corporation**<br>2200 W. Salzburg Rd.<br>PO Box 994<br>MIDLAND MI  48686-0994<br>United States | **Invoice** | | **Page**<br>1 of 1 |
| | **Invoice Number**<br>**1003573578** | | **Date**<br>03Oct2005 |
| | **Invoice contact**<br>Cindy Ferrio | | |
| Telephone (800) 248-2481    Fax  (989) 496-6974<br>US Fed. Reg. No. 380495575 | **Phone: 989-496-7728   Fax: 989-496-6299** | | |

| Bill-to 1036073 | Ship-to: 1034997 |
|---|---|
| Accounts Payable Department<br>DELPHI AUTOMOTIVE SYSTEMS CORP<br>PO Box 436040<br>PONTIAC MI  48343-6040<br>United States | DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELPHI E AUTOMOTIVE<br>REC DOCK 605<br>1101 N. CENTER ROAD<br>FLINT MI  48556<br>United States |

**Payment Terms**
Pay Immediately 2% Discount
Up to 03Oct2005 you receive 2.000  % discount

**Shipping Weight (net/gross)**
Net Weight        362.8  KG          Gross Weight        420.9  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8603255537   Issue date: 03Oct2005 | | | | |
| Delivery terms: FCA   SHIPPOINT COLLECT | | | | |
| Sales order: 3141608 Purchase order no: 550014215   from 03Oct2005 | | | | |
| 3127664   DOW CORNING(R) 3-6371 UV GEL,181.4 KG (400 LB) drum | | | | |
| Batch: 0002415701 | | | | |
| 800 lbs = | 2 drum | 10.95 USD | 1 lbs | 8760.00 |
| Customer Material: 8590 | | | | |
| Total Payable (USD) | | | | 8760.00 |

**PLEASE REMIT TO:** Dow Corning Corporation, P.O. Box 70678, Chicago, IL 60673-0678.
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | **Total Payable** | **Currency** |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1310Ev2 | 8760.00 | USD |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: http://www.dowcorning.com

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

# #1003573578

**CENTRAL TRANSPORT**

**Central Transport Delivery Receipt**

**Pro Number**
**493-069222-8**

| Ship Date |
| --- |
| 10/03/05 |

| Pieces | Weight |
| --- | --- |
| 1 | 800 |

**Reference Number**

| Org | DC |
| --- | --- |
| 493 | 493 |

**Freight Terms**

**Freight Charges Are Collect**

**SCAC:** CTII

**Consignee:**
DELPHI AUTOMOTIVE SYSTEMZ
1101 N CENTER
FLINT, MI 43556

**Shipper:**
DOW CORNING CORP
6300 11 MILE RD
AUBURN, MI 48611

**Special Instructions**
Delivery Trailer: 47-0182
Shipper COD Amount
0.0000

---

Dow Corning Corporation
2200 W. Salzburg Rd.
PO Box 994
MIDLAND MI 48686-0994

Telephone (989) 248-2411
Fax (989) 496-6974

**Delivery Note**

Page 1 of 1

| Delivery Number | Term Date | Shipment Reference |
| --- | --- | --- |
| | 00/03/2005 | |

Route
Mainland Area in Michigan 14
Terms of Delivery
Mode of Transport
Truck

**Ship to 104407**
DELPHI AUTOMOTIVE SYSTEMS CORP
DELPHI E AUTOMOTIVE
ELECTRONICS
1101 N. CENTER ROAD
FLINT MI 48506
Attn GOODS RECEIPT
Telephone (81) 2214089

**Sold to 104497**
DELPHI AUTOMOTIVE
SYSTEMS CORP
DELPHI E AUTOMOTIVE
STOCKROOM
1101 N. CENTER ROAD
FLINT MI 48556

Shipping party 0047
Dow Corning Corporation
Auburn Plant
1200 11 Mile Road
AUBURN MI 48611
Telephone (989) 496-7000
Fax (989) 496-7015

| Goods Description | Quantity | Net Weight | Gross Weight |
| --- | --- | --- | --- |

Sales Order Number: 3141608  Standard Order from 03Oct2005
Purchase Order Number: 550A14215 from 08Oct2005  Delivery Number: 865325091

DELPHI EXCITIVE BONUS: 6ML, 2PM

3127666  DOW CORNING 3-6371 UV GEL, 19L...
Item Total: 800.0 lbs = 2.0 drum
*** Material must be kept refrigerated ***
*** Store BETWEEN -10C to 5C ***
ECCN: RAW31
Customer Material: 8590
Batch: 0002415701
Expiration Date: 16Sep2006

2 drum  362.8 KG  420.9 KG

Central Transport
**493-069222-8**

Total Weight  362.8 KG  420.9 KG

| No. of shipping units: | |
| --- | --- |
| 0-Pkg | 2-Drum |
| 0-Pail | 0-Carton |
| 0-IBC | 0-Box |
| 0-Tote | 0-Tank |  0-Bag |

Carr. Ref:

Shipper:

Received by carrier:

Received by consignee:  Carrier  CENTRAL TRANSPORT (CTII)

Discover more about Dow Corning at: http://www.dowcorning.com

---

**Stamp / Sign Here**

Firm

By

*Shipment received in good order.*

Pieces Received

Driver _____ Date 10-4-05

Arrive Time _____ Depart Time

---

**Pro Number**  **493-069222-8**

**Additional Delivery Services Requested**

| | | |
| --- | --- | --- |
| Inside Delivery | $70.00 | Sort - Segregate $90.00 | Driver Delay $75.00 |
| Residential Delivery | $50.00 | Liftgate $90.00 | Redelivery $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____  Date _____

Internal Use Only
# And Type of Container
Part #
Qty. of Pcs Affected

Desc. _____
Skids _____
Date _____ Log# _____

All claims for lost or damage must be reported immediately. By ruling of the Interstate Commerce Commission review of credit is limited to above (7) days. We must request your assistance. A reduction, allowance or adjustment may be made to the bill as provided by 49 CFR 1051(7)(B)

Pls remit to address at bottom of invoice   Report Printout SCHD-AM 11Oct2005 15:05:39

| DOW CORNING | Dow Corning Corporation<br>2200 W. Salzburg Rd.<br>PO Box 994<br>MIDLAND MI 48686-0994<br>United States | **Invoice** | | Page<br>1 of 1 |
|---|---|---|---|---|

| | Invoice Number<br>**1003573579** | | Date<br>03Oct2005 |
|---|---|---|---|

| Invoice contact<br>Cindy Ferrio |
|---|

| Telephone (800) 248-2481       Fax   (989) 496-6974<br>US Fed. Reg. No. 380495575 | **Phone: 989-496-7728   Fax: 989-496-6299** |
|---|---|

| Bill-to 1036073<br>Accounts Payable Department<br>DELPHI AUTOMOTIVE SYSTEMS CORP<br>PO Box 436040<br>PONTIAC MI 48343-6040<br>United States | Ship-to: 1034997<br>DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELPHI E AUTOMOTIVE<br>REC DOCK 605<br>1101 N. CENTER ROAD<br>FLINT MI 48556<br>United States |
|---|---|

**Payment Terms**
Pay Immediately 2% Discount
Up to 03Oct2005 you receive 2.000 % discount

**Shipping Weight (net/gross)**

| Net Weight | 27.0  KG | Gross Weight | 36.7  KG |
|---|---|---|---|

| **Goods Description** | **Quantity** | **Price** | **Unit** | **Amount** |
|---|---|---|---|---|
| Delivery number: 8603255538   Issue date: 03Oct2005 | | | | |
| Delivery terms: FCA   SHIPPOINT COLLECT | | | | |
| | | | | |
| Sales order: 3141592 Purchase order no: 550014216   from 03Oct2005 | | | | |
| | | | | |
| 2852497   DOW CORNING(R) 1-4173 THERMALLY CONDUCTIVE ADHESIVE 1.5 KG (3.3 LB) Crtrdg | | | | |
| Batch: 0002399575 | | | | |
| | 6 Crtrdg | 116.50 USD | 1 Crtrdg | 699.00 |
| Customer Spec No.: DELPHI AUTOMOTIVE:MS008740 | | | | |
| Cust. Spec Revision: E | | | | |
| Revision Date: 24Oct2000 | | | | |
| Customer Material: 8740 | | | | |
| Batch: 0002405818 | | | | |
| | 12 Crtrdg | 116.50 USD | 1 Crtrdg | 1398.00 |
| | | | | |
| Total Payable (USD) | | | | 2097.00 |

**PLEASE REMIT TO: Dow Corning Corporation, P.O. Box 70678, Chicago, IL 60673-0678.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT<br>COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE<br>AGREED. | Total Payable | Currency |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1310Ev2 | | |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7,<br>and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of<br>the Administration of the Wage and Hour Division issued under Section 14 thereof. | 2097.00 | USD |

Discover more about Dow Corning at: **http://www.dowcorning.com**

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's request to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility for infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

# Shipment Tracking Details

## Tracking Information

Tracking Number:  **701831244**                    Origin Waybill:

Filtered By:    Tracking Number **701831244**

## Shipment Information

| | |
|---|---|
| Status: | Delivered |
| Signature: | John Thivierge |
| Service Level: | BAXSaver |
| Shipped Date: | 03-Oct-2005 |
| Origin: | Auburn, MI, US |
| Destination: | Flint, MI, US |

## Package Information

| | |
|---|---|
| Pieces: | 1 |
| Weight: | 78.0 L ** |
| Volume Weight: | 78.0 L |
| View Dimensions: | View Dimensions |

## References

| Description | Number |
|---|---|
| SHIPPER'S REFERENCE | 8603255538 |
| CUSTOMER REFERENCE NUMBER | 550014216 |

## Shipment History

| Date | Time | Pieces | Activity | Location | Remarks |
|---|---|---|---|---|---|
| 04-Oct-2005 | 1145 | 1 | Delivered | Detroit, MI, US | JOHN THIVIERGE |
| 04-Oct-2005 | 1016 | 1 | Out for Delivery | Detroit, MI, US | |
| 03-Oct-2005 | 1648 | 1 | Shipment Labeled | Flint, MI, US | |
| 04-Oct-2005 | 0930 | 1 | Arrived | Flint, MI, US | |
| 03-Oct-2005 | 1540 | 1 | Received | Flint, MI, US | |
| 04-Oct-2005 | 0750 | 1 | Departed | Detroit, MI, US | |
| 04-Oct-2005 | 0325 | 1 | Scanned | Detroit, MI, US | |

Due to FAA security regulations, some shipment details may not be provided. We are sorry for any inconvenience, but must strictly adhere to all government security regulations.

Invoice
10035 73579

Pls remit to address at bottom of invoice    Repeat Printout SCHD-AM 11Oct2005 15:06:00

| **DOW CORNING** Dow Corning Corporation<br>2200 W. Salzburg Rd.<br>PO Box 994<br>MIDLAND MI 48686-0994<br>United States | **Invoice** | | Page<br>1 of 1 |
|---|---|---|---|
| | Invoice Number<br>**1003573580** | | Date<br>03Oct2005 |
| | Invoice contact<br>Cindy Ferrio | | |
| Telephone (800) 248-2481    Fax (989) 496-6974<br>US Fed. Reg. No. 380495575 | Phone: 989-496-7728  Fax: 989-496-6299 | | |

| Bill-to 1036073<br>Accounts Payable Department<br>DELPHI AUTOMOTIVE SYSTEMS CORP<br>PO Box 436040<br>PONTIAC MI 48343-6040<br>United States | Ship-to: 1034999<br>DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELPHI ENGY & ENG MGMT SYSTEMS DIV<br>1000 LEXINGTON AVENUE<br>ROCHESTER NY 14606<br>United States |
|---|---|

**Payment Terms**
Pay Immediately 2% Discount
Up to 03Oct2005 you receive 2.000 % discount

**Shipping Weight (net/gross)**
Net Weight       17.7  KG                                Gross Weight          18.5  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8603255149   Issue date: 03Oct2005 | | | | |
| Delivery terms: FCA   SHIPPOINT COLLECT | | | | |
| Sales order: 3140170 Purchase order no: 0550009987  from 30Sep2005 | | | | |
| KANBAN# 0000011 | | | | |
| 2156989    DOW CORNING(R) 839 SILICONE ADHESIVE/SEALANT,17 L (4.5 U.S. GAL) Pail | | | | |
| Batch: 0002437579 | | | | |
| 39 lbs = | 1 Pail | 8.60 USD | 1 lbs | 335.40 |
| Customer Spec No.: DELPHI AUTOMOTIVE:M52701 | | | | |
| Cust. Spec Revision: B | | | | |
| Revision Date: 29Jun2000 | | | | |
| Customer Material: 17350193 | | | | |
| Total Payable (USD) | | | | 335.40 |

**PLEASE REMIT TO:** Dow Corning Corporation, P.O. Box 70678, Chicago, IL 60673-0678.
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an ANNUAL PERCENTAGE RATE of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED.<br>SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.    SI310Ev2<br>We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | Total Payable<br><br>335.40 | Currency<br><br>USD |
|---|---|---|

Discover more about Dow Corning at: http://www.dowcorning.com

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of government authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

# Shipment Tracking Details

## Tracking Information

| | |
|---|---|
| Tracking Number: **610073936** | Origin Waybill: |
| Filtered By:    Tracking Number **610073936** | |

## Shipment Information

Status: **Delivered**
Signature: Steve Sattora
Service Level: BAXSaver
Shipped Date: 03-Oct-2005
Origin: Shepherdsville, KY, US
Destination: Rochester, NY, US

## Package Information

Pieces: 1
Weight: 45.0 L **
Volume Weight: 45.0 L
View Dimensions: View Dimensions

## Shipment History

| Date | Time | Pieces | Activity | Location | Remarks |
|---|---|---|---|---|---|
| 05-Oct-2005 | 0935 | 1 | Delivered | Rochester, NY, US | STEVE SATTORA |
| 05-Oct-2005 | 0912 | 1 | Out for Delivery | Rochester, NY, US | |
| 05-Oct-2005 | 0805 | 1 | Scanned | Rochester, NY, US | |
| 04-Oct-2005 | 2127 | 1 | Exception Scan* | Rochester, NY, US | |
| 04-Oct-2005 | 0717 | 1 | Arrived | Rochester, NY, US | |
| 04-Oct-2005 | 0603 | 1 | Departed | Toledo, OH, US | |
| 04-Oct-2005 | 0248 | 1 | Scanned | Toledo, OH, US | |
| 04-Oct-2005 | 0146 | 1 | Arrived | Toledo, OH, US | |
| 03-Oct-2005 | 2017 | 1 | Departed | Louisville, KY, US | |
| 03-Oct-2005 | 1844 | 1 | Scanned | Louisville, KY, US | |
| 03-Oct-2005 | 1613 | 1 | Shipment Labeled | Louisville, KY, US | |
| 03-Oct-2005 | 1345 | 1 | Received | Louisville, KY, US | |

Due to FAA security regulations, some shipment details may not be provided. We are sorry for any inconvenience, but must strictly adhere to all government security regulations.

1003573580

**DOW CORNING**

**Dow Corning Corporation**
2200 W. Salzburg Rd.
PO Box 994
MIDLAND MI  48686-0994
United States

# Invoice

| | Page |
|---|---|
| | 1 of 1 |

| Invoice Number | Date |
|---|---|
| 1003577760 | 05Oct2005 |

Invoice contact
Cindy Ferrio

Telephone (800) 248-2481      Fax   (989) 496-6974
US Fed. Reg. No. 380495575

**Phone: 989-496-7728   Fax: 989-496-6299**

| Bill-to 1036073 | Ship-to: 1072118 |
|---|---|
| Accounts Payable Department<br>DELPHI AUTOMOTIVE SYSTEMS CORP<br>PO Box 436040<br>PONTIAC MI  48343-6040<br>United States | DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELPHI SAGINAW STEERING SYSTEMS<br>US HIGHWAY 31 S<br>ATHENS AL  35611<br>United States |

**Payment Terms**
Pay Immediately 2% Discount
Up to 05Oct2005 you receive 2.000  % discount

**Shipping Weight (net/gross)**

| | | | Gross Weight | 2545.8  KG |
|---|---|---|---|---|
| Net Weight | 2160.0  KG | | | |

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8603261245   Issue date: 05Oct2005 | | | | |
| Delivery terms: FCA   SHIPPOINT COLLECT | | | | |
| Sales order: 3143697 Purchase order no: SAG90I0682  from 04Oct2005 | | | | |
| 4018227   MOLYKOTE(R) LONGTERM 2/78 G,180 KG (396.8 LB) drum | | | | |
| Batch: 513-060 | | | | |
| | 12 drum | 1008.35 USD | 1 drum | 12100.20 |
| Customer Material: 5390 | | | | |
| Total Payable (USD) | | | | 12100.20 |

**PLEASE REMIT TO: Dow Corning Corporation, P.O. Box 70678, Chicago, IL 60673-0678.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED.
SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1310Ev2
We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof.

| | Total Payable | Currency |
|---|---|---|
| | 12100.20 | USD |

Discover more about Dow Corning at: http://www.dowcorning.com

TERMS & CONDITIONS OF SALE

1. END USE
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

2. LIMITED WARRANTY
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

3. REMEDY
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

4. PATENTS
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

5. PRICE
Price charged will be price in effect at planned date of delivery.

6. TERMS OF PAYMENT
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

7. FREIGHT TERMS:
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

8. TAXES:
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

9. CONTINGENCIES
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

10. APPLICABLE LAW
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

11. COMMENCEMENT OF SUIT
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

12. ORDERS FOR INDEFINITE DELIVERY:
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

13. PAYMENT DEDUCTIONS ARE NOT ALLOWED
Payment deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

14. QUANTITY VARIATIONS:
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

15. RETURNABLE CONTAINERS:
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

16. RETURN OF GOODS:
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

17. ENTIRE AGREEMENT
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

18. FAIR LABOR STANDARDS ACT
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

19. Responsible Care:
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.



USF

» USF Gummi gom | » USF Bestway | » USF Holland | » USF Reddaway

News   Careers   Contact   Help   USF Shop   Search

Log in to USF Net   ?
( > LTL customer login )
( > Logistics customer login )

Not registered for USF Net?
Register here.

> LTL Services
> New Customers
> Technology Services
> USF Bestway
> USF Holland
> USF Reddaway

Quick Tools & Forms

## Track Shipment Results Detail

( > Back to summary )  ( > Search again )

**Current Status** Delivered Clear 10/06/05

**Pro number** 137-0173596

**BOL number** 4008603261245

**PO number** 400SAG90I0682

**Shipper number**

**Pickup Date** Wed. Oct. 05, 2005

**Standard Delivery** Thu. Oct. 06, 2005

**Appointment** n/a

**Service Type** Premier

**Origin** SHEPHERDSVILLE, KY 40165

**Terminal** LOUISVILLE   USF Holland

**Destination** ATHENS, AL  35611

**Terminal** DECATUR  USF Holland

**3rd Party Billed**

**DR Signature**

**Pieces** 3

**Weight** 5,728 lbs

Did you know?

If you log in to **USF Net**, you can get more detailed tracking results for your shipments, including freight charges and shipment details!
See a sample >>

( > Log in to USF Net )

Not registered for USF Net? Register now!

( > Register for USF Net )

Copyright © 2005  YRC Regional Transportation. All rights reserved  |   Privacy Policy  |  Terms of Use

Invoice 1003577760

Pls remit to address at bottom of invoice.  Reprint Printout SCHD-AM 11Oct2005 15:06:31

| | | |
|---|---|---|
| **DOW CORNING** Dow Corning Corporation 2200 W. Salzburg Rd. PO Box 994 MIDLAND MI 48686-0994 United States | **Invoice** | Page 1 of 1 |
| | Invoice Number **1003579771** | Date 06Oct2005 |
| | Invoice contact Cindy Ferrio | |
| Telephone (800) 248-2481    Fax (989) 496-6974 US Fed. Reg. No. 380495575 | Phone: 989-496-7728   Fax: 989-496-6299 | |

| Bill-to 1036073 Accounts Payable Department DELPHI AUTOMOTIVE SYSTEMS CORP PO Box 436040 PONTIAC MI 48343-6040 United States | Ship-to 1034997 DELPHI AUTOMOTIVE SYSTEMS CORP DELPHI E AUTOMOTIVE REC DOCK 605 1101 N. CENTER ROAD FLINT MI 48556 United States |
|---|---|

**Payment Terms**
Pay Immediately 2% Discount
Up to 06Oct2005 you receive 2.000 % discount

**Shipping Weight (net/gross)**
Net Weight        544.2  KG          Gross Weight        631.4  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8603265253   Issue date: 06Oct2005 | | | | |
| Delivery terms: FCA   SHIPPOINT COLLECT | | | | |
| Sales order: 3147359 Purchase order no: 550014215  from 06Oct2005 | | | | |
| 3127664  DOW CORNING(R) 3-6371 UV GEL,181.4 KG (400 LB) drum | | | | |
| Batch: 0002430420 | | | | |
| 1200 lbs = | 3 drum | 10.95 USD | 1 lbs | 13140.00 |
| Customer Material: 8590 | | | | |
| Total Payable (USD) | | | | 13140.00 |

**PLEASE REMIT TO:** Dow Corning Corporation, P.O. Box 70678, Chicago, Il. 60673-0678.
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED.
SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.    S1310Ev2
We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof.

| Total Payable | Currency |
|---|---|
| 13140.00 | USD |

Discover more about Dow Corning at: **http://www.dowcorning.com**

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods to Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

## CENTRAL TRANSPORT

**Pro Number**
**493-069237-6**

| Ship Date | 10/06/05 | |
|---|---|---|
| Pieces | Weight | |
| 1 | 1200 | |

**Reference Number**

| Org | DC |
|---|---|
| 493 | 493 |

**Freight Terms**
Freight Charges Are Collect

**SCAC:** CTII

**Consignee:**
DELPHI
1101 N CENTER
FLINT, MI 48666

**Shipper:**
DOW CORNING CORP
2200 W SALZBURG RD
MIDLAND, MI 48686

**Special Instructions**
Delivery Trailer: 47-0192
Shipper COD Amount
0.0000

*Central Transport Delivery Receipt*

---

**Delivery Note**

Dow Corning Corporation
2200 W. Salzburg Rd.
PO Box 994
MIDLAND MI 48641-0994

DELPHI AUTOMOTIVE SYSTEMS CORP
DELPHI E & AUTOMOTIVE
RECEIVING
Ship To: 339597

Sales Order Number: 3147355  Standard Order from 06Oct2005
Purchase Order Number: 550014235 from 06Oct2005  Delivery Number: 8603265253

**493-069237-6**

---

### Stamp / Sign Here

Firm

By _(signature)_
Shipment received in good order

Pieces Received  1

Driver _(signature)_   Date 10-7-05

Arrive Time        Depart Time

**Pro Number        493-069237-6**

#### Additional Delivery Services Requested

| | | | |
|---|---|---|---|
| ☐ Inside Delivery | $70.00 | ☐ Sort - Segregate $90.00 | ☐ Driver Delay $75.00 |
| ☐ Residential Delivery | $50.00 | ☐ Liftgate $90.00 | ☐ Redelivery $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature_____ Date_____

Internal Use Only
# And Type of Container____  Desc._____
Part #____  Skids_____
Qty. of Pcs Affected____  Date____ Log#____

Pls remit to address at bottom of page 5 of 64 at Printout SCHD-AM 11Oct2005 15:06:49

**DOW CORNING**

Dow Corning Corporation
2200 W. Salzburg Rd.
PO Box 994
MIDLAND MI 48686-0994
United States

Telephone (800) 248-2481        Fax   (989) 496-6974
US Fed. Reg. No. 380495575

| **Invoice** | Page 1 of 1 |
|---|---|
| Invoice Number **1003579772** | Date 06Oct2005 |
| Invoice contact Cindy Ferrio | |
| Phone: 989-496-7728   Fax: 989-496-6299 | |

| Bill-to 1036073 | Ship-to: 1034997 |
|---|---|
| Accounts Payable Department DELPHI AUTOMOTIVE SYSTEMS CORP PO Box 436040 PONTIAC MI 48343-6040 United States | DELPHI AUTOMOTIVE SYSTEMS CORP DELPHI E AUTOMOTIVE REC DOCK 605 1101 N. CENTER ROAD FLINT MI 48556 United States |

**Payment Terms**
Pay Immediately 2% Discount
Up to 06Oct2005 you receive 2.000  % discount

**Shipping Weight (net/gross)**
Net Weight        27.0  KG                   Gross Weight        36.7  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| | | | | |

Delivery number: 8603265254  Issue date: 06Oct2005
Delivery terms: FCA  SHIPPOINT COLLECT

Sales order: 3147357 Purchase order no: 550014216   from 05Oct2005

| | | | | |
|---|---|---|---|---|
| 2852497   DOW CORNING(R) 1-4173 THERMALLY CONDUCTIVE ADHESIVE,1.5 KG (3.3 LB) Crtrdg | | | | |
| Batch: 0002405818 | | | | |
| | 18 Crtrdg | 116.50 USD | 1 Crtrdg | 2097.00 |
| Customer Spec No.: DELPHI AUTOMOTIVE:MS008740 | | | | |
| Cust. Spec Revision: E | | | | |
| Revision Date: 24Oct2000 | | | | |
| Customer Material: 8740 | | | | |

| Total Payable (USD) | | | | 2097.00 |
|---|---|---|---|---|

**PLEASE REMIT TO: Dow Corning Corporation, P.O. Box 70678, Chicago, IL 60673-0678.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT
COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE
AGREED.
SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1310Ev2
We certify that these goods were produced in compliance with all requirements of Section 6, 7,
and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of
the Administration of the Wage and Hour Division issued under Section 14 thereof.

| Total Payable | Currency |
|---|---|
| 2097.00 | USD |

Discover more about Dow Corning at: **http://www.dowcorning.com**

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

# Shipment Tracking Details

## Tracking Information

Tracking Number: **701831141**          Origin Waybill:
Filtered By:    Tracking Number **701831141**

## Shipment Information

Status: Delivered
Signature: Thievierge
Service Level: BAXSaver
Shipped Date: 06-Oct-2005
Origin: Auburn, MI, US
Destination: Flint, MI, US

## Package Information

Pieces: 1
Weight: 80.0 L **
Volume Weight: 80.0 L
View Dimensions: View Dimensions

## References

| Description | Number |
|---|---|
| SHIPPER'S REFERENCE | 8603065254 |
| CUSTOMER REFERENCE NUMBER | 550014216 |

## Shipment History

| Date | Time | Pieces | Activity | Location | Remarks |
|---|---|---|---|---|---|
| 07-Oct-2005 | 1200 | 1 | Delivered | Detroit, MI, US | THIEVIERGE |
| 07-Oct-2005 | 1048 | 1 | Out for Delivery | Detroit, MI, US | |
| 06-Oct-2005 | 1851 | 1 | Scanned | Flint, MI, US | |
| 06-Oct-2005 | 1847 | 1 | Shipment Labeled | Flint, MI, US | |
| 06-Oct-2005 | 1535 | 1 | Received | Flint, MI, US | |

Due to FAA security regulations, some shipment details may not be provided. We are sorry for any
inconvenience, but must strictly adhere to all government security regulations.

Invoice 10035 79772



# NOTICE OF DEMAND
# FOR RECLAMATION OF GOODS

October 14, 2005

Delphi Mechatronic Systems Inc
615 Elca Lane Suite A
Brownsville, TX 78521

Dear Delphi:

You are hereby notified that, pursuant to Section 546(c)(1) of the U.S. Bankruptcy Code and applicable state law (including Section 2-702(b) of the Uniform Commercial Code), Dow Corning Corporation hereby reclaims and demands the immediate return of all goods received by Delphi Mechatronic Systems Inc from Dow Corning Corporation on or after September 28, 2005. Such goods include, but are not limited to, those set forth in the invoices attached hereto.

Demand is further made that the goods reclaimed pursuant to this notice be and remain segregated immediately, that they not be sold or modified in any way, and that Delphi Mechatronic Systems Inc deliver such goods to Dow Corning Corporation immediately.

Please contact me promptly for delivery instructions or questions.

Sincerely,

Cindy Ferrio CBF
Dow Corning Corporation
Cindy Ferrio CBF
Collection Specialist
2200 West Salzburg Road
Midland, MI 48686-0994
Tele: 1-800-248-2481 Ext: 728

Pls remit to address at bottom of invoice. Reprint Printout SCHD-AM 11Oct2005 14:03:51

**DOW CORNING**

Dow Corning Corporation
2200 W. Salzburg Rd.
PO Box 994
MIDLAND MI  48686-0994
United States

Telephone  (800) 248-2481     Fax    (989) 496-6974
US Fed. Reg. No. 380495575

| **Invoice** | Page 1 of 1 |
|---|---|

| Invoice Number | Date |
|---|---|
| **1003573734** | 03Oct2005 |

Invoice contact
Cindy Ferrio

Phone: 989-496-7728   Fax: 989-496-6299

**Bill-to** 1097559

Accounts Payable Department
DELPHI MECHATRONIC SYSTEMS INC
615 ELCA LANE SUITE A
BROWNSVILLE TX  78521
United States

**Ship-to:** 1097559

DELPHI MECHATRONIC SYSTEMS INC
615 ELCA LANE SUITE A
BROWNSVILLE TX  78521
United States

**Payment Terms**
30 days end of month, the 5th
Up to 05Dec2005 without deduction

**Shipping Weight (net/gross)**

| Net Weight | 3.6  KG | Gross Weight | 4.3  KG |
|---|---|---|---|

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8603255521  Issue date: 03Oct2005 | | | | |
| Delivery terms: FCA  SHIPPOINT COLLECT | | | | |
| Sales order: 2888477 Purchase order no: 9571-054588  from 08Mar2005 | | | | |
| 4017134  DOW CORNING(R) 3-1944 RTV COATING,305 ML Crtrdg | | | | |
| Batch: 0002436465 | | | | |
| 12 Crtrdg = | 1 Carton | 15.96 USD | 1 Crtrdg | 191.52 |
| Customer Material: MS-79803 | | | | |
| Total Payable (USD) | | | | 191.52 |

**PLEASE REMIT TO: Dow Corning Corporation, P.O. Box 70678, Chicago, IL 60673-0678.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an ANNUAL PERCENTAGE RATE of eighteen percent (18%), will be charged on any unpaid balance.

DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED.

SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1310Ev2

We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof.

| Total Payable | Currency |
|---|---|
| 191.52 | USD |

Discover more about Dow Corning at: http://www.dowcorning.com

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods; either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.



FedEx | Track

Inv # 10035737734

United States Home

Information Center | Custom

Search

| Ship | Track | Manage My Account | International Tools |

Package / Envelope Services    Office / Print Services    Freight Services    Expedited Servi

**IMPORTANT!**
For information on Hurricane Katrina, please click here.

Printable Version    Quick Help

Track Shipments
## Detailed Results

| Tracking number | 675472669622 | Reference | 8603255521 |
| Signed for by | E SALINAS | Destination | BROWNSVILLE, TX |
| Ship date | Oct 3, 2005 | Delivered to | Shipping/Receiving |
| Delivery date | Oct 4, 2005 11:21 AM | Service type | Priority Overnight |
| | | Weight | 10.0 lbs. |
| Status | Delivered | | |

Wrong Address?
Reduce future mistal
FedEx Address Chec

Shipping Freight?
FedEx has LTL, air fr
surface and air expe
multi piece package
and ocean freight.

| Date/Time | | Activity | Location | Details |
| --- | --- | --- | --- | --- |
| Oct 4, 2005 | 11:21 AM | Delivered | BROWNSVILLE, TX | |
| | 7:23 AM | At local FedEx facility | HARLINGEN, TX | |
| | 5:07 AM | Departed FedEx location | MEMPHIS, TN | |
| Oct 3, 2005 | 11:46 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 7:51 PM | Left origin | FREELAND, MI | |
| | 5:26 PM | Picked up | FREELAND, MI | |
| | 11:40 AM | Package data transmitted to FedEx | | |

Need to track a
FedEx SmartPost
shipment?

Signature proof    Email results    Track more shipments

Subscribe to tracking updates (optional)

Your Name:    Your Email Address:

| Email address | Language | | Exception updates | Delivery updates |
| --- | --- | --- | --- | --- |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |

Select format:    HTML    Text    Wireless

Add personal message:

Not available for Wireless or
non-English characters.

10/14/2005