

# NOTICE OF DEMAND
# FOR RECLAMATION OF GOODS

October 14, 2005

Delphi Automotive Systems Corporation
Delco Electronics Corp Division
PO Box 9005
Kokomo, IN 46904-9005

Dear Delphi:

You are hereby notified that, pursuant to Section 546(c)(1) of the U.S. Bankruptcy Code and applicable state law (including Section 2-702(b) of the Uniform Commercial Code), Dow Corning Corporation hereby reclaims and demands the immediate return of all goods received by Delphi Automotive Systems Corporation from Dow Corning on or after September 28, 2005. Such goods include, but are not limited to, those set forth in the invoices attached hereto.

Demand is further made that the goods reclaimed pursuant to this notice be and remain segregated immediately, that they not be sold or modified in any way, and that Delphi Automotive Systems Corporation deliver such goods to Dow Corning immediately.

Please contact me promptly for delivery instructions or questions.

Sincerely,

Cindy Ferrio CBF

Dow Corning Corporation
Cindy Ferrio CBF
Collection Specialist
2200 West Salzburg Road
Midland, MI 48686-0994
Tele: 1-800-248-2481 Ext: 728



RECEIVED
OCT 17 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK



Copied:


United States Bankruptcy Court
Southern District of New York
Room 534
One Bowling Green
New York, NY 10004
Tele: 212-668-2870

Skadden, Arps, Slate, Meagher & Flom LLP
John Wm. Butler Jr.
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Tele: 1-800-718-5305

Kathy Smith
Senior Attorney – Dow Corning Law Department
Dow Corning Corporation
2200 West Salzburg Road
Midland, MI 48686-0994
Tele: 989-496-6338

Pls remit to address at bottom of invoice Printout SCHD-AM 11Oct2005 15:15:38

| DOW CORNING | Dow Corning Corporation<br>2200 W. Salzburg Rd.<br>PO Box 994<br>MIDLAND MI 48686-0994<br>United States | **Invoice** | | Page<br>1 of 1 |
|---|---|---|---|---|
| | | Invoice Number<br>**1003562815** | | Date<br>26Sep2005 |
| | | Invoice contact<br>Cindy Ferrio | | |
| Telephone (800) 248-2481 Fax (989) 496-6974<br>US Fed. Reg. No. 380495575 | | Phone: 989-496-7728 Fax: 989-496-6299 | | |

| Bill-to 1035922<br>Accounts Payable Department<br>DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELCO ELECTRONICS CORP DIVISION<br>PO Box 9005<br>KOKOMO IN 46904-9005<br>United States | Ship-to: 1041849<br>DELPHI DELCO ELECTRONICS SYSTEMS<br>DELPHI AUTOMOTIVE<br>PLANT DA31<br>702 JOAQUIN CAVAZOS ROAD<br>LOS INDIOS TX 78567<br>United States |
|---|---|

**Payment Terms**
Pay Immediately 2% Discount
Up to 26Sep2005 you receive 2.000 % discount

| Shipping Weight (net/gross)<br>Net Weight 144.8 KG | Gross Weight 152.8 KG |
|---|---|

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8603236046 Issue date: 26Sep2005 | | | | |
| Delivery terms: FCA SHIPPOINT COLLECT | | | | |
| Sales order: 3125316 Purchase order no: 0550076162 from 20Sep2005 | | | | |
| PLANT DA31 | | | | |
| 4018283 DOW CORNING(R) 3-1953 CONFORMAL COATING BLADDER PAK,18.1 KG (40 LB) Pail | | | | |
| Batch: 0002424007 | | | | |
| 320 lbs = | 8 Pail | 8.57 USD | 1 lbs | 2742.40 |
| Customer Material: 47110 | | | | |
| VENDOR CODE 1002602 | | | | |
| Total Payable (USD) | | | | 2742.40 |

**PLEASE REMIT TO: Dow Corning Corporation, Bank One, Illinois, ABA 071000013, Acct 5554055.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT<br>COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE<br>AGREED. | Total Payable | Currency |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE. S1310Ev2 | 2742.40 | USD |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7,<br>and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of<br>the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: **http://www.dowcorning.com**

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

Invoice

DO733

## Central Transport Delivery Receipt

**CT**
**CENTRAL TRANSPORT**

Pro Number
**493-069645-0**

Ship Date
**09/26/05**

| Pieces | Weight |
|--------|--------|
| 1 | 566 |

Reference Number

| Org | DC |
|-----|-----|
| 493 | 785 |

Freight Terms
**Freight Charges Are Collect**

SCAC        CTII

Consignee:
**DELCO**
**702 JOAQUIN CAVAZOS**
**LOS INDIOS, TX 78667**

Shipper:
**DOW CORNING CORP**
**5300 11 MILE RD**
**AUBURN, MI 48611**

**Special Instructions**
Delivery Trailer: 53-8347
Shipper COD Amount
0.0000

---

### Delivery Note

Page 1 of 2

DOW CORNING
Dow Corning Corporation
2200 W. Salzburg Rd.
PO Box 994
MIDLAND MI 48686-0994

| Delivery Number | Issue Date | Shipment Reference |
|-----------------|-----------|--------------------|
| 840325246 | 20Sep2005 | |

Terms of Delivery
FCA  SHIPPNT COLLECT

Ship to 1041849
DELPHI DELCO ELECTRONICS SYSTEMS
DELPHI AUTOMOTIV II
PLANT DA31
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
Attn: GOQUE RECHEF
Telephone (956)236-3121

Sold to 1041849
DELPHI DELCO ELECTRONICS
SYSTEMS
DELPHI AUTOMOTIVE
PLANT DA31
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567

Shipped via 0007-
Dow Corning Corporation
Auburn Plant
5300 11 Mile Road
AUBURN MI 48611
Telephone (989) 496-2000
Fax (989) 496-2013

| Goods Description | Quantity | Net Weight | Gross Weight |
|-------------------|----------|------------|--------------|
| | | | |

Sales Order Number: 3125439 from 20Sep2005
Purchase Order Number: 0550076162 from 20Sep2005   Delivery Number: 8403252246

PLANT DA31

Flammable liquids, n.o.s.
(METHYLTRIMETHOXYSILANE)(ORGANOTITANATE)
3, UN1993, PG III
CHEMICALS NOT VNR 2.06/LB, 085000, CHA74
4018281  DOW CORNING(R) 3-1953 CONFORMAL COATING BLADDER PAK,18.11 KG [40 LB], PAIL
*** Hazardous Check ***

Store PHCON/ADG/SER
NCCN: BAR99
Customer Material: 47110
VENDOR CODE 7002602
Batch: 0002324007                          6 Pail        144.8 KG        152.8 KG
Expiration Date: 19Sep2006

Sales Order Number: 3125439 from 20Sep2005
Purchase Order Number: 0550077208 from 20Sep2005

Central Transport
**493-069645-0**

http://www.dowcorning.com

---

### Stamp / Sign Here

Firm _____

By _Rene Perez_
    Shipment received in good order

Pieces Received _1 PC (3 pail)_

Driver _E Lopez_   Date _9/30/05_

Arrive Time _2:00_   Depart Time _4:00_

---

### Pro Number        493-069645-0

09/30/05

**Additional Delivery Services Requested**

| | | |
|--|--|--|
| ☐ Inside Delivery $70.00 | ☐ Sort - Segregate $90.00 | ☐ Driver Delay $75.00 |
| ☐ Residential Delivery $50.00 | ☐ Liftgate $90.00 | ☐ Redelivery $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____   Date _____

Internal Use Only
# And Type of Container _____
Part # _____
Qty. of Pcs Affected _____

Desc. _____
Skids _____
Date _____   Log # _____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. We must receive your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1051(2)(6)

**DOW CORNING**

Dow Corning Corporation
2200 W. Salzburg Rd.
PO Box 994
MIDLAND MI 48686-0994
United States

Telephone (800) 248-2481   Fax   (989) 496-6974
US Fed. Reg. No. 380495575

| Invoice | | Page 1 of 1 |
|---|---|---|
| **Invoice Number** **1003562816** | | **Date** 26Sep2005 |
| **Invoice contact** Cindy Ferrio | | |
| **Phone: 989-496-7728   Fax: 989-496-6299** | | |

| Bill-to 1035922 | Ship-to: 1041849 |
|---|---|
| Accounts Payable Department DELPHI AUTOMOTIVE SYSTEMS CORP DELCO ELECTRONICS CORP DIVISION PO Box 9005 KOKOMO IN 46904-9005 United States | DELPHI DELCO ELECTRONICS SYSTEMS DELPHI AUTOMOTIVE PLANT DA31 702 JOAQUIN CAVAZOS ROAD LOS INDIOS TX 78567 United States |

**Payment Terms**
Pay Immediately 2% Discount
Up to 26Sep2005 you receive 2.000 % discount

**Shipping Weight (net/gross)**
Net Weight          90.5  KG          Gross Weight          103.5  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8603236046   Issue date: 26Sep2005 Delivery terms: FCA  SHIPPOINT COLLECT | | | | |
| Sales order: 3125439 Purchase order no: 0550077208  from 20Sep2005 PLANT DA31 | | | | |
| 3131998   DOW CORNING(R) 3-1753 CONFORMAL COATING BLADDER PAK,18.1 KG (40 LB)  Pail Batch: 0002402446 | | | | |
| 200 lbs = | 5 Pail | 8.57 USD | 1 lbs | 1714.00 |
| Customer Material: 47109 VENDOR CODE 1002602 | | | | |
| Total Payable (USD) | | | | 1714.00 |

**PLEASE REMIT TO: Dow Corning Corporation, Bank One, Illinois, ABA 071000013, Acct 5554055.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | **Total Payable** | **Currency** |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1310Ev2 | **1714.00** | **USD** |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: http://www.dowcorning.com

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

**CT**
**CENTRAL TRANSPORT**
Pro Number
**493-069645-0**

**Central Transport Delivery Receipt**

Ship Date
09/26/05

| Pieces | Weight |
|--------|--------|
| (1) | 566 |

Reference Number

| Org | DC |
|-----|-----|
| 493 | 785 |

Freight Terms

**Freight Charges Are Collect**

SCAC:    CTII

Consignee:

DELCO
702 JOAQUIN CAVAZOS
LOS INDIOS, TX 78667

Shipper:

DOW CORNING CORP
5300 11 MILE RD
AUBURN, MI 48611

**Special Instructions**
Delivery Trailer; 63-8347
Shipper COD Amount
0.0000

---

**Delivery Note**

Dow Corning Corporation
2200 W. Salzburg Rd.
PO Box 994
MIDLAND MI 48686-0994

Page 1 of 2

Telephone (800) 248-2481

DELPHI DELCO ELECTRONICS SYSTEMS
DELPHI AUTOMOTIVE
PLANT DA51
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX. 78567
Attn: GOODS RECEIPT
Telephone (956)238-5128

DELPHI DELCO ELECTRONICS
SYSTEMS
DELPHI AUTOMOTIVE
PLANT DA51
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX. 78567

Dow Corning Corporation
Auburn Plant
5300 11 Mile Road
AUBURN MI 48611
Telephone (989) 496-7000
Fax (989) 496-7014

| Goods Description | Quantity | Net Weight | Gross Weight |
|-------------------|----------|------------|--------------|

PLANT DA51

Flammable liquids, n.o.s.
(METHYLTRIMETHOXYSILANE, ORGANOTITANATE)
3, UN1993, PG III
CHEMICALS NOT VMX 2.05/LB.
4014233   DOW CORNING(X) 3-1953 CONFORMAL COATING BLADDER PAK,18.1 KG (40 LB) Pail

*** Hazardous Check ***

HCM# MAR99
Customer Material: 47110
VENDOR CODE 1002609
Batch: 0002424007
Expiration Date:

Sales Order Number: 3125439 from
Purchase Order Number:

**Central Transport**
**493-069645-0**

http://www.dowcorning.com

---

**Stamp / Sign Here**

Firm

By   _Rene Perez_
Shipment received in good order

Pieces Received   1 PC 13 gills

Driver   _E.R.P.___   Date 9/30/85

Arrive Time          Depart Time 40⁰

**Pro Number**   **493-069645-0**

09/30/05

**Additional Delivery Services Requested**

| | | | |
|---|---|---|---|
| ☐ Inside Delivery | $70.00 | ☐ Sort - Segregate $90.00 | ☐ Driver Delay $75.00 |
| ☐ Residential Delivery $50.00 | | ☐ Liftgate $90.00 | ☐ Redelivery $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____   Date _____

Internal Use Only
# And Type of Container _____
Part # _____
Qty. of Pcs Affected _____

Desc. _____
Skids _____
Date _____ Log# _____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made on this bill as permitted by 49 CFR 1051:2160

**DOW CORNING**

Dow Corning Corporation
2200 W. Salzburg Rd.
PO Box 994
MIDLAND MI  48686-0994
United States

| **Invoice** | | Page<br>1 of 1 |
|---|---|---|

| Invoice Number | Date |
|---|---|
| **1003571285** | 30Sep2005 |

| Invoice contact |
|---|
| Cindy Ferrio |

Telephone  (800) 248-2481      Fax    (989) 496-6974
US Fed. Reg. No. 380495575

**Phone: 989-496-7728   Fax: 989-496-6299**

| Bill-to 1035922 | Ship-to: 1041747 |
|---|---|
| Accounts Payable Department<br>DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELCO ELECTRONICS CORP DIVISION<br>PO Box 9005<br>KOKOMO IN  46904-9005<br>United States | DELPHI DELCO ELECTRONICS SYSTEMS<br>DELPHI AUTOMOTIVE<br>PLANT DA24<br>702 JOAQUIN CAVAZOS ROAD<br>LOS INDIOS TX  78567<br>United States |

**Payment Terms**
Pay Immediately 2% Discount
Up to 30Sep2005 you receive 2.000  % discount

| Shipping Weight (net/gross) | | |
|---|---|---|
| Net Weight       108.6   KG | Gross Weight       118.8   KG | |

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8603251868   Issue date: 30Sep2005 | | | | |
| Delivery terms: FCA   SHIPPOINT COLLECT | | | | |
| | | | | |
| Sales order: 3138778 Purchase order no: 0550041009  from 29Sep2005 | | | | |
| PLANT DA24 | | | | |
| | | | | |
| 3065260   DOW CORNING(R) 3-6265 THIXOTROPIC ADHESIVE,18.1 KG (40 LB) Pail | | | | |
| Batch: 0002386684 | | | | |
| 240 lbs =           | 6 Pail | 16.76 USD | 1 lbs | 4022.40 |
| Customer Spec No.: DELCO ELECTRONICS:M-10437-20 | | | | |
| Cust. Spec Revision: C | | | | |
| Revision Date: 16May1996 | | | | |
| Customer Material: 46759 | | | | |
| VENDOR CODE 1002602 | | | | |
| | | | | |
| Total Payable (USD) | | | | 4022.40 |

**PLEASE REMIT TO:** Dow Corning Corporation, Bank One, Illinois, ABA 071000013, Acct 5554055.
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED.<br>SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.    S1310Ev2<br>We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | Total Payable<br><br>4022.40 | Currency<br><br>USD |
|---|---|---|

Discover more about Dow Corning at: **http://www.dowcorning.com**

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission to return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

# Central Transport Delivery Receipt

**CT CENTRAL TRANSPORT**

Pro Number

**493-069642-7**

Ship Date
09/30/05

| Pieces | Weight |
|--------|--------|
| 1 | 260 |

Reference Number

| Org | DC |
|-----|-----|
| 493 | 785 |

Freight Terms

**Freight Charges Are Collect**

SCAC: **CTII**

Consignee:
DELCO
702 JOAQUIN CAVAZOS
LOS INDIOS, TX 78567

Shipper:
DOW CORNING CORP
5300 11 MILE RD
AUBURN, MI 48611

Special Instructions
Delivery Trailer: 53-6396
Shipper COD Amount
0.0000

---

**DOW CORNING** Dow Corning Corporation
2200 W. Salzburg Rd.
PO Box 994
MIDLAND MI 48686-0994

Telephone (989) 248-2461
Fax        (989) 496-6974

## Delivery Note

Page 1 of 2

| Delivery Date | Issue Date | Shipment Reference |
|---------------|-----------|--------------------|
| 9603251868 | 30Sep2005 | |
| Route | | Delivery Date |
| Midland Area to West Texas, 40' | | 06Oct2005 |
| Terms of Delivery | | Shipping Conditions |
| TCA - SHIPMENT COLLECT | | Standard Surface |
| Mode of Transport | | Emergency Call Numbers |
| Truck | | Dow Corning 1-888-555-1351 |
|  | | Chem-Trec 1-800-424-9300 |

| Ship-to 1041747 | Sold-to 1041747 | Shipping Point 0047 |
|-----------------|-----------------|---------------------|
| DELPHI DELCO ELECTRONICS SYSTEMS | DELPHI DELCO ELECTRONICS | Dow Corning Corporation |
| DELPHI AUTOMOTIVE | SYSTEMS | Auburn Plant |
| PLANT DA34 | DELPHI AUTOMOTIVE | 5300-11 Mile Road |
| 702 JOAQUIN CAVAZOS ROAD | PLANT DA34 | AUBURN MI 48611 |
| LOS INDIOS TX 78567 | 702 JOAQUIN CAVAZOS ROAD | Telephone (989) 496-7000 |
| Attn: GOODS RECEIPT | LOS INDIOS TX 78567 | Fax    (989) 496-7015 |
| Telephone (956)228-2563 | | |

| Goods Description | Quantity | Net Weight | Gross Weight |
|-------------------|----------|------------|--------------|

Sales Order Number: 3718778  Standard Order  from 29Sep2005
Purchase Order Number: 0550061009 from 29Sep2005  Delivery Number: 9603251868

SID# (2S) 0603251868

PLANT DA34

ADHESIVE KOI  004620  SUB OS  CL/KG
3065276  DOW CORNING(R) 3-6265 THIXOTROPIC ADHESIVE,18.1 KG (40 LB) PAIL
Item total: 240.0 lbs = 6.0 Pail
*** Material must be kept refrigerated ***
*** Store BETWEEN -40C to 5C ***
FCCN: XAR99
Customer Spec No.: DELCO ELECTRONICS,M-24437-29
Cust. Spec Revision: C  Revision Date: 16May1996
Customer Material: 46759
VENDOR CODE 1002602
Batch: 0002386684
Expiration Date: 28Jul2006

6 Pail                    108.6 KG              108.0 KG

Central Transport
493-069642-7

Discover more about Dow Corning at: http://www.dowcorning.com

---

## Stamp / Sign Here

Firm _____

By _____
Shipment received in good order

Pieces Received ___1PC___

Driver _E Lopez_   Date _10/6/05_

Arrive Time _10:00_  Depart Time _____

## Pro Number     493-069642-7

### Additional Delivery Services Requested

| | | |
|---|---|---|
| ☐ Inside Delivery | **$70.00** | ☐ Sort - Segregate **$90.00** | ☐ Driver Delay **$75.00** |
| ☐ Residential Delivery | **$50.00** | ☐ Liftgate **$90.00** | ☐ Redelivery **$50.00** |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____   Date _____

Internal Use Only
# And Type of Container _____
Part # _____
Qty. of Pcs Affected _____

Desc. _____
Skids _____
Date _____  Log# _____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1001(2)(b)

**DOW CORNING**

Dow Corning Corporation
2200 W. Salzburg Rd.
**PO Box 994**
**MIDLAND MI  48686-0994**
United States

| **Invoice** | | Page 1 of 1 |
|---|---|---|
| **Invoice Number** 1003573646 | | **Date** 03Oct2005 |
| **Invoice contact** Cindy Ferrio | | |

Telephone (800) 248-2481     Fax   (989) 496-6974
US Fed. Reg. No. 380495575

Phone: 989-496-7728  Fax: 989-496-6299

**Bill-to** 1035922
Accounts Payable Department
DELPHI AUTOMOTIVE SYSTEMS CORP
DELCO ELECTRONICS CORP DIVISION
PO Box 9005
KOKOMO IN  46904-9005
United States

**Ship-to** 1041220
DELPHI AUTOMOTIVE SYSTEMS CORP
DELCO ELECTRONICS CORP DIVISION
PLANT DA01
2033 EAST BOULEVARD
KOKOMO IN  46904
United States

**Payment Terms**
Pay Immediately 2% Discount
Up to 03Oct2005 you receive 2.000 % discount

**Shipping Weight (net/gross)**
Net Weight          64.8  KG          Gross Weight          71.3  KG

| **Goods Description** | **Quantity** | **Price** | **Unit** | **Amount** |
|---|---|---|---|---|
| Delivery number: 8603254985   Issue date: 03Oct2005 | | | | |
| Delivery terms: FCA  SHIPPOINT COLLECT | | | | |
| Sales order: 3125552 Purchase order no: 0550041553   from 20Sep2005 | | | | |
|   PLANT DA01 | | | | |
| 2751534   DOW CORNING(R) X3-1598 ADHESIVE,3.6 KG (8 LB) Pail | | | | |
|   Batch: 0002405775 | | | | |
|   144 lbs  =           | 18 Pail | 12.10 USD | 1 lbs | 1742.40 |
|   Customer Spec No.: DELCO ELECTRONICS:M-10437-21 | | | | |
|   Cust. Spec Revision: B | | | | |
|   Revision Date: 16May1996 | | | | |
|   Customer Material: 46761 | | | | |
|   VENDOR CODE 1002602 | | | | |
| Total Payable (USD) | | | | 1742.40 |

**PLEASE REMIT TO: Dow Corning Corporation, Bank One, Illinois, ABA 071000013, Acct 5554055.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | **Total Payable** | **Currency** |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1310Ev2 | | |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | **1742.40** | **USD** |

Discover more about Dow Corning at: http://www.dowcorning.com

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike; labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care Initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

**DOW CORNING**

**Dow Corning Corporation**
2200 W. Salzburg Rd.
PO Box 994
MIDLAND MI  48686-0994
United States

| **Invoice** | Page 1 of 1 |
|---|---|

| Invoice Number **1003573647** | Date 03Oct2005 |
|---|---|

Invoice contact
Cindy Ferrio

**Phone: 989-496-7728  Fax: 989-496-6299**

Telephone (800) 248-2481          Fax    (989) 496-6974
US Fed. Reg. No. 380495575

| **Bill-to** 1035922 | **Ship-to:** 1041220 |
|---|---|
| Accounts Payable Department<br>DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELCO ELECTRONICS CORP DIVISION<br>PO Box 9005<br>KOKOMO IN  46904-9005<br>United States | DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELCO ELECTRONICS CORP DIVISION<br>PLANT DA01<br>2033 EAST BOULEVARD<br>KOKOMO IN  46904<br>United States |

**Payment Terms**
Pay Immediately 2% Discount
Up to 03Oct2005 you receive 2.000 % discount

**Shipping Weight (net/gross)**
Net Weight          40.0 KG                    Gross Weight          40.0 KG

| **Goods Description** | **Quantity** | **Price** | **Unit** | **Amount** |
|---|---|---|---|---|
| Delivery number: 8603255541  Issue date: 03Oct2005 | | | | |
| Delivery terms: FCA  SHIPPOINT COLLECT | | | | |
| Sales order: 3136828 Purchase order no: 0550070460  from 28Sep2005 | | | | |
|   PLANT DA01 | | | | |
| 4038438  DOW CORNING(R) 3-1598 HP ADHESIVE,20 KG (44 LB) Pail | | | | |
|   Batch: 0002421519 | | | | |
|   88 lbs = | 2 Pail | 9.55 USD | 1 lbs | 840.40 |
|   Customer Material: 47119 | | | | |
|   VENDOR CODE: 1002602 | | | | |
| Total Payable (USD) | | | | 840.40 |

**PLEASE REMIT TO: Dow Corning Corporation, Bank One, Illinois, ABA 071000013, Acct 5554055.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED.<br>**SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.**   S1310Ev2<br>We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | **Total Payable**<br>840.40 | **Currency**<br>USD |
|---|---|---|

Discover more about Dow Corning at: http://www.dowcorning.com

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

**DOW CORNING**

Dow Corning Corporation
2200 W. Salzburg Rd.
PO Box 994
MIDLAND MI 48686-0994
United States

Telephone (800) 248-2481        Fax   (989) 496-6974
US Fed. Reg. No. 380495575

| **Invoice** | | Page |
| | | 1 of 1 |
|---|---|---|
| Invoice Number | | Date |
| **1003573648** | | 03Oct2005 |
| Invoice contact | | |
| Cindy Ferrio | | |
| Phone: 989-496-7728  Fax: 989-496-6299 | | |

| Bill-to 1035922 | Ship-to: 1041220 |
|---|---|
| Accounts Payable Department | DELPHI AUTOMOTIVE SYSTEMS CORP |
| DELPHI AUTOMOTIVE SYSTEMS CORP | DELCO ELECTRONICS CORP DIVISION |
| DELCO ELECTRONICS CORP DIVISION | PLANT DA01 |
| PO Box 9005 | 2033 EAST BOULEVARD |
| KOKOMO IN 46904-9005 | KOKOMO IN 46904 |
| United States | United States |

**Payment Terms**
Pay Immediately 2% Discount
Up to 03Oct2005 you receive 2.000 % discount

| Shipping Weight (net/gross) | | | | |
|---|---|---|---|---|
| Net Weight | 18.1 KG | | Gross Weight | 22.0 KG |

| **Goods Description** | **Quantity** | **Price** | **Unit** | **Amount** |
|---|---|---|---|---|
| Delivery number: 8603255542  Issue date: 03Oct2005 | | | | |
| Delivery terms: FCA  SHIPPOINT COLLECT | | | | |
| | | | | |
| Sales order: 3136843 Purchase order no: 0550045027  from 28Sep2005 | | | | |
| PLANT DA01 | | | | |
| | | | | |
| 3127541  DOW CORNING(R) 3-4165 SILICONE DIELECTRIC GEL,18.1 KG (40 LB) Pail | | | | |
| Batch: 0002401167 | | | | |
| 40 lbs = | 1 Pail | 6.01 USD | 1 lbs | 240.40 |
| Customer Spec No.: DELCO ELECTRONICS:M-10568-12 | | | | |
| Cust. Spec Revision: C | | | | |
| Revision Date: 11May2001 | | | | |
| Customer Material: 47043 | | | | |
| VENDOR CODE 1002602 | | | | |
| | | | | |
| Total Payable (USD) | | | | 240.40 |

**PLEASE REMIT TO: Dow Corning Corporation, Bank One, Illinois, ABA 071000013, Acct 5554055.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | **Total Payable** | **Currency** |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1310Ev2 | **240.40** | **USD** |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: http://www.dowcorning.com

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be valid unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

Pls remit to address at bottom of invoice.   Printout SCHD-AM 11Oct2005 15:17:10

| **DOW CORNING** Dow Corning Corporation 2200 W. Salzburg Rd. PO Box 994 MIDLAND MI 48686-0994 United States | **Invoice** | | Page 1 of 1 |
|---|---|---|---|
| | **Invoice Number** 1003573649 | | **Date** 03Oct2005 |
| | **Invoice contact** Cindy Ferrio | | |
| Telephone (800) 248-2481   Fax   (989) 496-6974 US Fed. Reg. No. 380495575 | **Phone: 989-496-7728   Fax: 989-496-6299** | | |

| Bill-to 1035922 | Ship-to 1041220 |
|---|---|
| Accounts Payable Department DELPHI AUTOMOTIVE SYSTEMS CORP DELCO ELECTRONICS CORP DIVISION PO Box 9005 KOKOMO IN 46904-9005 United States | DELPHI AUTOMOTIVE SYSTEMS CORP DELCO ELECTRONICS CORP DIVISION PLANT DA01 2033 EAST BOULEVARD KOKOMO IN 46904 United States |

**Payment Terms**
Pay Immediately 2% Discount
Up to 03Oct2005 you receive 2.000  % discount

**Shipping Weight (net/gross)**

| Net Weight | 18.1 KG | Gross Weight | 19.8 KG |
|---|---|---|---|

| **Goods Description** | **Quantity** | **Price** | **Unit** | **Amount** |
|---|---|---|---|---|

Delivery number: 8603255543   Issue date: 03Oct2005
Delivery terms: FCA   SHIPPOINT COLLECT

Sales order: 3136877 Purchase order no: 0550038970   from 28Sep2005
    PLANT DA01

3065219   DOW CORNING(R) X3-1598 ADHESIVE,18.1 KG (40 LB) Pail
    Batch: 0002386777
    40 lbs =          1 Pail        9.50 USD        1 lbs              380.00
    Customer Spec No.: DELCO ELECTRONICS:M-10437-21
    Cust. Spec Revision: B
    Revision Date: 16May1996
    Customer Material: 46762
    VENDOR CODE 1.002602

Total Payable (USD)                                                    380.00

**PLEASE REMIT TO: Dow Corning Corporation, Bank One, Illinois, ABA 071000013, Acct 5554055.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | **Total Payable** | **Currency** |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1310Ev2 | **380.00** | **USD** |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: http://www.dowcorning.com

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

# PJAX
## FREIGHT SYSTEM

PA 449-9000
800-792-2821-PA WATTS
800-245-1244-INTERSTATE WATTS

S.C.A.C.
PJXI

PJAX
P.O. BOX 1290
GIBSONIA, PA 15044-1290

Pro No: 121797757

| DELPHI DELCO 66001 | 55362 | DOW CORNING | 42914 |
|---|---|---|---|
| 2033 E BLVD | | 5300 11 MILE ROAD | |
| 66001 | | 615225588 | |
| KOKOMO, IN 46904 | | AUBURN, MI 48611 | |

P.O. # 0550038970      DEPT. LISM

B/L# 8603255543

| | DELCO & ACCUSHIP | 55521 |
|---|---|---|
| SPECIAL INSTRUCTIONS | 1900 EXETER ROAD | |
| | GERMANTOWN, TN 38138 | |

| TR# | DATE | ORIGINATION TERM | DESTINATION TERM |
|---|---|---|---|
| | 10/03/05 | SAG | IND |

| TRANSFERRED TO | S.C.A.C | INTERCHANGE PT. | TRANSFERRED FROM | S.C.A.C | LL PRO# & DATE | PJAX REV. | INTERLINE |
|---|---|---|---|---|---|---|---|

| ECES | HM | DESCRIPTION | NO. PCS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|---|
| 1 | | 1  Handling units | | | | |
| | | SKD ADHESIVE NOI | | 338 | MIN | |
| | | **MATERIAL MUST BE KEPT REFRIGERATED - | | | | |
| | | STORE BETWEEN -40C TO 5C** | | | | |
| | | PLANT DA01 | | | | |
| | | ATTN GOODS RECEIPT | | | | |
| | | 9.5 Percent Fuel Surcharge Applied. | | | | |
| 1 | | <---------- T o t a l s ----------> | | 338 | PLT  1 | COLL |

RECEIVED
OCT 0 4 2005
By SKH

| DELIVERY RECEIPT | DRIVER SIGNATURE | RECEIVED IN GOOD CONDITION AS NOTED CUSTOMER NAME | TOTAL PCS |
|---|---|---|---|
| | DATE | TIME IN | TIME OUT | CUSTOMER SIGNATURE | 1 |

Invoices:  10035736466
10035736467
10035736468
10035736469

.

Pls remit to address at bottom of invoice   Repeat Printout SCHD-AM 11Oct2005 15:17:21

| **DOW CORNING** Dow Corning Corporation<br>2200 W. Salzburg Rd.<br>PO Box 994<br>MIDLAND MI 48686-0994<br>United States | **Invoice** | Page<br>1 of 1 |
|---|---|---|
| | **Invoice Number**<br>**1003573650** | **Date**<br>03Oct2005 |
| | **Invoice contact**<br>Cindy Ferrio | |
| Telephone (800) 248-2481   Fax   (989) 496-6974<br>US Fed. Reg. No. 380495575 | **Phone: 989-496-7728   Fax: 989-496-6299** | |

| **Bill-to** 1035922<br>Accounts Payable Department<br>DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELCO ELECTRONICS CORP DIVISION<br>PO Box 9005<br>KOKOMO IN  46904-9005<br>United States | **Ship-to:** 1041747<br>DELPHI DELCO ELECTRONICS SYSTEMS<br>DELPHI AUTOMOTIVE<br>PLANT DA24<br>702 JOAQUIN CAVAZOS ROAD<br>LOS INDIOS TX  78567<br>United States |
|---|---|

**Payment Terms**
Pay Immediately 2% Discount
Up to 03Oct2005 you receive 2.000  % discount

**Shipping Weight (net/gross)**

| | Net Weight | 100.0  KG | | Gross Weight | | 108.0  KG |
|---|---|---|---|---|---|---|

| **Goods Description** | **Quantity** | **Price** | **Unit** | **Amount** |
|---|---|---|---|---|
| Delivery number: 8603255544   Issue date: 03Oct2005 | | | | |
| Delivery terms: FCA   SHIPPOINT COLLECT | | | | |
| Sales order: 3141556  Purchase order no: 0550053982   from 30Sep2005 | | | | |
|    PLANT DA24 | | | | |
| 3131505   DOW CORNING(R) 1-4174 THERMALLY CONDUCTIVE ADHESIVE,10 KG (22 LB) Pail | | | | |
|    Batch: 0002425412 | | | | |
|    220 lbs = | 10 Pail | 42.00 USD | 1 lbs | 9240.00 |
|    Customer Material: 46790 | | | | |
|    VENDOR CODE: 1002602 | | | | |
| Total Payable (USD) | | | | 9240.00 |

**PLEASE REMIT TO: Dow Corning Corporation, Bank One, Illinois, ABA 071000013, Acct 5554055.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | **Total Payable** | **Currency** |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1310Ev2 | 9240.00 | USD |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: **http://www.dowcorning.com**

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

Pls remit to address at bottom of invoice   Report Printout SCHD-AM 11Oct2005 15:17:41

| **DOW CORNING** Dow Corning Corporation<br>2200 W. Salzburg Rd.<br>PO Box 994<br>MIDLAND MI 48686-0994<br>United States | **Invoice** | **Page**<br>1 of 1 |
|---|---|---|

| | **Invoice Number**<br>1003573652 | **Date**<br>03Oct2005 |
|---|---|---|

| **Invoice contact**<br>Cindy Ferrio |
|---|

| **Phone: 989-496-7728   Fax: 989-496-6299** |
|---|

Telephone (800) 248-2481       Fax   (989) 496-6974
US Fed. Reg. No. 380495575

| **Bill-to** 1035922<br>Accounts Payable Department<br>DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELCO ELECTRONICS CORP DIVISION<br>PO Box 9005<br>KOKOMO IN  46904-9005<br>United States | **Ship-to** 1041849<br>DELPHI DELCO ELECTRONICS SYSTEMS<br>DELPHI AUTOMOTIVE<br>PLANT DA31<br>702 JOAQUIN CAVAZOS ROAD<br>LOS INDIOS TX  78567<br>United States |
|---|---|

**Payment Terms**
Pay Immediately 2% Discount
Up to 03Oct2005 you receive 2.000  % discount

**Shipping Weight (net/gross)**

| Net Weight          199.5   KG | **Gross Weight**        217.2   KG |
|---|---|

| **Goods Description** | **Quantity** | **Price** | **Unit** | **Amount** |
|---|---|---|---|---|
| Delivery number: 8603255547   Issue date: 03Oct2005 | | | | |
| Delivery terms: FCA   SHIPPOINT COLLECT | | | | |
| Sales order: 3141575 Purchase order no: 0550077208   from 01Oct2005 | | | | |
| `PLANT DA31 | | | | |
| 2335719   SYLGARD(R) 1-4097 CONFORMAL COATING,199.5 KG (440 LB) drum | | | | |
| Batch: 0002401174 | | | | |
| 440 lbs = | 1 drum | 4.44 USD | 1 lbs | 1953.60 |
| Customer Spec No.: DELCO ELECTRONICS:M-10569-25 | | | | |
| Cust. Spec Revision: B | | | | |
| Revision Date: 02Sep1992 | | | | |
| Customer Material: 47087 | | | | |
| VENDOR CODE 1002602 | | | | |
| Total Payable (USD) | | | | 1953.60 |

**PLEASE REMIT TO: Dow Corning Corporation, Bank One, Illinois, ABA 071000013, Acct 5554055.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | | |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1310Ev2 | **Total Payable** | **Currency** |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | 1953.60 | USD |

Discover more about Dow Corning at: http://www.dowcorning.com

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARD ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

Pls remit to address at bottom of invoice  Repeat Printout SCHD-AM 11Oct2005 15:17:51

| **DOW CORNING** Dow Corning Corporation 2200 W. Salzburg Rd. PO Box 994 MIDLAND MI 48686-0994 United States | **Invoice** | Page 1 of 1 |
|---|---|---|

| Invoice Number 1003573653 | Date 03Oct2005 |
|---|---|

Invoice contact
Cindy Ferrio

Telephone (800) 248-2481        Fax   (989) 496-6974
US Fed. Reg. No. 380495575

Phone: 989-496-7728  Fax: 989-496-6299

| Bill-to 1035922 Accounts Payable Department DELPHI AUTOMOTIVE SYSTEMS CORP DELCO ELECTRONICS CORP DIVISION PO Box 9005 KOKOMO IN  46904-9005 United States | Ship-to 1041849 DELPHI DELCO ELECTRONICS SYSTEMS DELPHI AUTOMOTIVE PLANT DA31 702 JOAQUIN CAVAZOS ROAD LOS INDIOS TX  78567 United States |
|---|---|

**Payment Terms**
Pay Immediately 2% Discount
Up to 03Oct2005 you receive 2.000  % discount

**Shipping Weight (net/gross)**

| Net Weight | 144.8  KG | Gross Weight | 152.8  KG |
|---|---|---|---|

| **Goods Description** | **Quantity** | **Price** | **Unit** | **Amount** |
|---|---|---|---|---|

Delivery number: 8603255661  Issue date: 03Oct2005
Delivery terms: FCA  SHIPPOINT COLLECT

Sales order: 3125318 Purchase order no: 0550076162   from 20Sep2005
    PLANT DA31

4018283    DOW CORNING(R) 3-1953 CONFORMAL COATING BLADDER PAK,18.1 KG (40 LB)  Pail
      Batch: 0002422479
      320 lbs =          8 Pail          8.57 USD        1 lbs            2742.40
      Customer Material: 47110
      VENDOR CODE 1002602

Total Payable (USD)                                                    2742.40

**PLEASE REMIT TO: Dow Corning Corporation, Bank One, Illinois, ABA 071000013, Acct 5554055.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1310Ex2 We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | **Total Payable** 2742.40 | **Currency** USD |
|---|---|---|

Discover more about Dow Corning at: **http://www.dowcorning.com**

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility for infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

# CENTRAL TRANSPORT
Pro Number
**493-069643-5**

## Central Transport Delivery Receipt

**Ship Date**
10/03/05

| Pieces | Weight |
|--------|--------|
| 2 | 540 |

**Reference Number**

| Org | DC |
|-----|-----|
| 493 | 785 |

**Freight Terms**
**Freight Charges Are Collect**

**SCAC** CTII

**Consignee:**
DELCO ELECTRONICS SYSTEMS
702 JOAQUIN CAVAZOS
LOS INDIOS, TX 78567

**Shipper:**
DOW CORNING CORP
5300 11 MILE RD
AUBURN, MI 48611

**Special Instructions**
Delivery Trailer: 53-6644
Shipper COD Amount
0.0000

---

DOW CORNING
Dow Corning Corporation
2200 W Salzburg Rd.
PO Box 994
MIDLAND MI 48686-0994

Telephone (989) 448-2481
Fax (989) 496-6974

## Delivery Note

Page 1 of 2

| Delivery Number | Issue Date | Shipment Reference |
|-----------------|-----------|--------------------|
| 860125565 | 03Oct2005 | 0002054100 |

Route
Midland Area to West Texas, 46

Terms of Delivery
TCA SHIPPOINT COLLECT
Mode of Transport
Truck

Delivery Date
07Oct2005
Shipping Conditions
Standard Surface
Emergency Call Numbers
DowChemical 1-989-496-5900
ChemTrec 1-800-424-9300

**Ship-to** 1041849
DELPHI DELCO ELECTRONICS SYSTEMS
DELPHI AUTOMOTIVE
PLANT DA31
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
Attn GEORGE RECIBIO
Telephone (956)213-5121

**Sold-to** 1041849
DELPHI DELCO ELECTRONICS
SYSTEMS
DELPHI AUTOMOTIVE
PLANT DA31
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567

**Shipping point** 0047
Dow Corning Corporation
Auburn Plant
5300 11 Mile Road
AUBURN MI 48611
Telephone (989) 496-7000
Fax (989) 496-7015

| Goods Description | Quantity | Net Weight | Gross Weight |
|-------------------|----------|-----------|--------------|

Sales Order Number: 3125310 Standard Order from 20Sep2005
Purchase Order Number: 0550076162 from 20Sep2005 delivery Number: 860325665

PLANT DA31

Flammable Liquids, n.o.s.
(METHYLTRIMETHOXYSILANE/ ORGANOTITANATE)
3, UN1993, PG III
CHEMICALS NOT VMX 2.05/LB 060000 CL/70

4018283 DOW CORNING(R) 3-1953 CONFORMAL COATING BLADDER PAK, 18.1 KG (40 LB) Pail
Item total: 320.0 lbs = 8.0 Pail
*** Hazardous: Check! ***
*** Store BELOW 30C/86F ***
ECCN: EAR99
Customer Material: 47110
VENDOR CODE 1002602
Batch: 0002422479
Expiration Date: 24Sep2006

540#

8 Pail 144.8 KG 152.8 KG

Discover more about Dow Corning at: http://www.dowcorning.com

---

## Pro Number  493-069643-5

10/10/05
10 small 8 regular
12 Hmm

## Additional Delivery Services Requested

| | | | | |
|---|---|---|---|---|
| ☐ Inside Delivery | $70.00 | ☐ Sort - Segregate | $90.00 | ☐ Driver Delay $75.00 |
| ☐ Residential Delivery | $50.00 | ☐ Liftgate | $90.00 | ☐ Redelivery $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____ Date _____

**Internal Use Only**
# And Type of Container
Part #
Qty. of Pcs Affected

Desc.
Skids
Date ___ Log#

### Stamp / Sign Here

Firm _____

By _____
Shipment received in good order

Pieces Received 2 PL 10 pails

Driver _____ Date 10/10/05

Arrive Time _____ Depart Time _____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment is to be made to this bill as permitted by 49 CFR 1051(2)(b)

Pls remit to address at bottom of page    Printout SCHD-AM 11Oct2005 15:17:33

| **DOW CORNING** Dow Corning Corporation 2200 W. Salzburg Rd. PO Box 994 MIDLAND MI 48686-0994 United States | **Invoice** | Page 1 of 1 |
|---|---|---|
| | Invoice Number **1003573651** | Date 03Oct2005 |
| | Invoice contact Cindy Ferrio | |
| Telephone (800) 248-2481    Fax   (989) 496-6974 US Fed. Reg. No. 380495575 | Phone: 989-496-7728   Fax: 989-496-6299 | |

| Bill-to 1035922 | Ship-to 1041747 |
|---|---|
| Accounts Payable Department DELPHI AUTOMOTIVE SYSTEMS CORP DELCO ELECTRONICS CORP DIVISION PO Box 9005 KOKOMO IN 46904-9005 United States | DELPHI DELCO ELECTRONICS SYSTEMS DELPHI AUTOMOTIVE PLANT DA24 702 JOAQUIN CAVAZOS ROAD LOS INDIOS TX  78567 United States |

**Payment Terms**
Pay Immediately 2% Discount
Up to 03Oct2005 you receive 2.000  % discount

**Shipping Weight (net/gross)**
Net Weight            90.0  KG                          Gross Weight            119.7  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8603255545   Issue date: 03Oct2005 | | | | |
| Delivery terms: FCA   SHIPPOINT COLLECT | | | | |
| | | | | |
| Sales order: 3141558 Purchase order no: 0550041009  from 30Sep2005 | | | | |
|     PLANT DA24 | | | | |
| | | | | |
| 3135641   DOW CORNING(R) 1-4174 THERMALLY CONDUCTIVE ADHESIVE,1.5 KG (3.3 LB) Crtrdg | | | | |
|     Batch: 0002413167 | | | | |
| | 60 Crtrdg | 135.00 USD | 1 Crtrdg | 8100.00 |
|     Customer Spec No.: DELCO ELECTRONICS:M-10437-36 | | | | |
|     Cust. Spec Revision: A | | | | |
|     Revision Date: 24Feb1998 | | | | |
|     Customer Material: 46779 | | | | |
|     VENDOR CODE 1002602 | | | | |
| | | | | |
| Total Payable (USD) | | | | 8100.00 |

**PLEASE REMIT TO: Dow Corning Corporation, Bank One, Illinois, ABA 071000013, Acct 5554055,**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | Total Payable | Currency |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.    S1310Ev2 | | |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | 8100.00 | USD |

Discover more about Dow Corning at: **http://www.dowcorning.com**

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

# Shipment Tracking Details

## Tracking Information

| | |
|---|---|
| Tracking Number: 215420715 | Origin Waybill |
| Filtered By: | Tracking Number 215420715 |

## Shipment Information

Status: Delivered
Signature: R. Perez
Service Level: Standard Overnight
Shipped Date: 03-Oct-2005
Origin: Auburn, MI, US
Destination: Los Indios, TX, US

## Package Information

Pieces: 1
Weight: 462.0 L **
Volume Weight: 535.0 L
View Dimensions: View Dimensions

## References

| Description | Number |
|---|---|
| SHIPPER'S REFERENCE | 860325545 |
| CUSTOMER REFERENCE NUMBER | 0550041009 |

## Shipment History

| Date | Time | Pieces | Activity | Location | Remarks |
|---|---|---|---|---|---|
| 04-Oct-2005 | 1215 | 1 | Delivered | Brownsville, TX, US | R. PEREZ |
| 04-Oct-2005 | 1052 | 1 | Out for Delivery | Brownsville, TX, US | |
| 04-Oct-2005 | 0958 | 1 | Scanned | Brownsville, TX, US | |
| 04-Oct-2005 | 0924 | 1 | Scanned | Brownsville, TX, US | |
| 04-Oct-2005 | 0834 | 1 | Arrived | Brownsville, TX, US | |
| 04-Oct-2005 | 0638 | 1 | Departed | Memphis, TN, US | |
| 04-Oct-2005 | 0603 | 1 | Scanned | Memphis, TN, US | |
| 04-Oct-2005 | 0603 | 1 | Arrived | Memphis, TN, US | |
| 04-Oct-2005 | 0533 | 1 | Departed | Toledo, OH, US | |
| 04-Oct-2005 | 0254 | 1 | Scanned | Toledo, OH, US | |
| 04-Oct-2005 | 0211 | 1 | Arrived | Toledo, OH, US | |
| 04-Oct-2005 | 0023 | 1 | Departed | Detroit, MI, US | |
| 03-Oct-2005 | 2220 | 1 | Scanned | Detroit, MI, US | |
| 03-Oct-2005 | 2220 | 1 | Arrived | Detroit, MI, US | |
| 03-Oct-2005 | 2100 | 1 | Departed | Flint, MI, US | |
| 03-Oct-2005 | 1649 | 1 | Scanned | Flint, MI, US | |
| 03-Oct-2005 | 1648 | 1 | Shipment Labeled | Flint, MI, US | |
| 03-Oct-2005 | 1540 | 1 | Received | Flint, MI, US | |

Due to FAA security regulations, some shipment details may not be provided. We are sorry for any inconvenience, but must strictly adhere to all government security regulations.

Invoice 1003573651

| **DOW CORNING** | Dow Corning Corporation<br>2200 W. Salzburg Rd.<br>PO Box 994<br>**MIDLAND MI  48686-0994**<br>United States | **Invoice** | | Page<br>1 of 1 |
|---|---|---|---|---|

| Invoice Number<br>**1003573654** | Date<br>03Oct2005 |
|---|---|
| Invoice contact<br>Cindy Ferrio | |

Telephone (800) 248-2481     Fax   (989) 496-6974
US Fed. Reg. No. 380495575

**Phone: 989-496-7728   Fax: 989-496-6299**

| Bill-to 1035922<br>Accounts Payable Department<br>DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELCO ELECTRONICS CORP DIVISION<br>PO Box 9005<br>KOKOMO IN  46904-9005<br>United States | Ship-to: 1041981<br>DELCO ELECTRONICS CORP<br>PLANT DA64<br>7929 SOUTH HOWELL AVENUE<br>OAK CREEK WI 53154<br>United States |
|---|---|

**Payment Terms**
Pay Immediately 2% Discount
Up to 03Oct2005 you receive 2.000  % discount

**Shipping Weight (net/gross)**
Net Weight          25.2  KG          Gross Weight          27.7  KG

| **Goods Description** | **Quantity** | **Price** | **Unit** | **Amount** |
|---|---|---|---|---|
| Delivery number: 8603255548   Issue date: 03Oct2005 | | | | |
| Delivery terms: FCA   SHIPPOINT COLLECT | | | | |
| Sales order: 3136886 Purchase order no: 0550043380  from 28Sep2005 | | | | |
|   PLANT DA64 | | | | |
| 2751534   DOW CORNING(R) X3-1598 ADHESIVE,3.6 KG (8 LB) Pail | | | | |
|   Batch: 0002405775 | | | | |
|   56 lbs =          7 Pail          12.10 USD | | 1 lbs | | 677.60 |
|   Customer Spec No.: DELCO ELECTRONICS:M-10437-21 | | | | |
|   Cust. Spec Revision: B | | | | |
|   Revision Date: 16May1996 | | | | |
|   Customer Material: 46761 | | | | |
|   VENDOR CODE 1002602 | | | | |
| Total Payable (USD) | | | | 677.60 |

**PLEASE REMIT TO: Dow Corning Corporation, Bank One, Illinois, ABA 071000013, Acct 5554055.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED.<br>SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.        S1310Ev2<br>We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | Total Payable<br>677.60 | Currency<br>USD |
|---|---|---|

Discover more about Dow Corning at: **http://www.dowcorning.com**

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

**PJAX**
**FREIGHT SYSTEM**

(724) 449-9000
(800) 792-2821-PA WATTS
(800) 245-1244-INTERSTATE WATTS

S.C.A.C.
PJXI

PJAX
P.O. BOX 1290
GIBSONIA, PA 15044-1290

Pro No: 121797781

| CONSIGNEE | | | SHIPPER | |
|---|---|---|---|---|
| DELCO ELECTRONICS 66011 | 55374 | | DOW CORNING | 42914 |
| 7929 S HOWELL AVE | | | 5300 11 MILE ROAD | |
| 66011 | | | 615225588 | |
| OAK CREEK, WI 53154 | | | AUBURN, MI 48611 | |
| P.O. # 0550043380    DEPT. LISM | | | B/L# 8603255548 | |

SPECIAL INSTRUCTIONS

DELCO & ACCUSHIP    55521
1900 EXETER ROAD
GERMANTOWN, TN 38138

| TR# | DATE | ORIGINATION TERM | DESTINATION TERM |
|---|---|---|---|
| | 10/03/05 | SAG | CHI |

| TRANSFERRED TO | S.C.A.C. | INTERCHANGE PT. | TRANSFERRED FROM | S.C.A.C. | VI. PRO# & DATE | PJAX REV. | INTERLINE |
|---|---|---|---|---|---|---|---|

| PIECES | HM | | DESCRIPTION | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|---|
| | | 1 | Handling units | | | |
| 1 | | SKD ADHESIVE NOI | | 61 | MIN | |
| | | **MATERIAL MUST BE KEPT REFRIGERATED | | | | |
| | | STORE BETWEEN -40C TO 5C** | | | | |
| | | PLANT DA64 | | | | |
| | | ATTN GOODS RECEIPT | | | | |
| | | 9.5 Percent Fuel Surcharge Applied. | | | | |
| 1 | | <---------- T o t a l s ----------> | 61 | PLT | 1 COLL |

| | DRIVER SIGNATURE | | | RECEIVED IN GOOD CONDITION AS NOTED CUSTOMER NAME | TOTAL PCS |
|---|---|---|---|---|---|
| CUSTOMER COPY | DATE | TIME IN | TIME OUT | CUSTOMER SIGNATURE _John Baumgartner_ | 1 |

Invoice 10035573654

| **DOW CORNING** Dow Corning Corporation 2200 W. Salzburg Rd. PO Box 994 MIDLAND MI 48686-0994 United States | **Invoice** | **Page** 1 of 1 |
|---|---|---|
| | **Invoice Number** 1003575792 | **Date** 04Oct2005 |
| | **Invoice contact** Cindy Ferrio | |
| Telephone (800) 248-2481    Fax   (989) 496-6974 US Fed. Reg. No. 380495575 | **Phone: 989-496-7728   Fax: 989-496-6299** | |

| **Bill-to** 1035922 Accounts Payable Department DELPHI AUTOMOTIVE SYSTEMS CORP DELCO ELECTRONICS CORP DIVISION PO Box 9005 KOKOMO IN 46904-9005 United States | **Ship-to:** 1041220 DELPHI AUTOMOTIVE SYSTEMS CORP DELCO ELECTRONICS CORP DIVISION PLANT DA01 2033 EAST BOULEVARD KOKOMO IN 46904 United States |
|---|---|

**Payment Terms**
Pay Immediately 2% Discount
Up to 04Oct2005 you receive 2.000 % discount

**Shipping Weight (net/gross)**

| Net Weight | 210.0  G | | Gross Weight | 263.9  G |
|---|---|---|---|---|

| **Goods Description** | **Quantity** | **Price** | **Unit** | **Amount** |
|---|---|---|---|---|
| Delivery number: 8603258170  Issue date: 04Oct2005 | | | | |
| Delivery terms: FCA  SHIPPOINT COLLECT | | | | |
| Sales order: 3136807 Purchase order no: 0550040019  from 28Sep2005 | | | | |
| PLANT DA01 | | | | |
| 4043981  DOW CORNING(R) DA 6526 BD,30 G each | | | | |
| Batch: 0002390491 | | | | |
| 7 each = 210 g | | 312.60 USD | 1 each | 2188.20 |
| Customer Material: 47029 | | | | |
| VENDOR CODE: 10002602 | | | | |
| Total Payable (USD) | | | | 2188.20 |

**PLEASE REMIT TO: Dow Corning Corporation, Bank One, Illinois, ABA 071000013, Acct 5554055.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | | |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1310Ev2 | **Total Payable** | **Currency** |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | 2188.20 | USD |

Discover more about Dow Corning at: http://www.dowcorning.com

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care Initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

Pls remit to address at bottom of invoice Printout SCHD-AM 11Oct2005 15:18:45

**DOW CORNING**

Dow Corning Corporation
2200 W. Salzburg Rd.
PO Box 994
MIDLAND MI 48686-0994
United States

Telephone (800) 248-2481    Fax    (989) 496-6974
US Fed. Reg. No. 380495575

| **Invoice** | |
|---|---|
| | Page<br>1 of 1 |
| Invoice Number<br>**1003575793** | Date<br>04Oct2005 |
| Invoice contact<br>Cindy Ferrio | |
| Phone: 989-496-7728   Fax: 989-496-6299 | |

| Bill-to 1035922 | Ship-to: 1041220 |
|---|---|
| Accounts Payable Department<br>DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELCO ELECTRONICS CORP DIVISION<br>PO Box 9005<br>KOKOMO IN 46904-9005<br>United States | DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELCO ELECTRONICS CORP DIVISION<br>PLANT DA01<br>2033 EAST BOULEVARD<br>KOKOMO IN 46904<br>United States |

**Payment Terms**
Pay Immediately 2% Discount
Up to 04Oct2005 you receive 2.000  % discount

**Shipping Weight (net/gross)**

| Net Weight    20.0  KG | | Gross Weight    20.0  KG | | |
|---|---|---|---|---|
| **Goods Description** | **Quantity** | **Price** | **Unit** | **Amount** |

Delivery number: 8603258171   Issue date: 04Oct2005
Delivery terms: FCA  SHIPPOINT COLLECT

Sales order: 3136829 Purchase order no: 0550070460   from 28Sep2005
  PLANT DA01

| 4038438 | DOW CORNING(R) 3-1598 HP ADHESIVE,20 KG (44 LB) Pail | | | | |
|---|---|---|---|---|---|
| | Batch: 0002421519 | | | | |
| | 44 lbs = | 1 Pail | 9.55 USD | 1 lbs | 420.20 |
| | Customer Material: 47119 | | | | |
| | VENDOR CODE: 1002602 | | | | |

Total Payable (USD)                                                         420.20

**PLEASE REMIT TO: Dow Corning Corporation, Bank One, Illinois, ABA 071000013, Acct 5554055.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an ANNUAL
PERCENTAGE RATE of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT<br>COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE<br>AGREED. | | Total Payable | Currency |
|---|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.    S1310Ex2 | | **420.20** | **USD** |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7,<br>and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of<br>the Administration of the Wage and Hour Division issued under Section 14 thereof. | | | |

Discover more about Dow Corning at: **http://www.dowcorning.com**

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment.  DOW CORNING  DISCLAIMS ALL  EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR  FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed.  Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods.  If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations.  The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING  EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
 with respect to these Goods.  In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent.  Buyer shall hold Dow Corning  harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form.  If the  payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate  allowed by applicable law, whichever is less, on all overdue amounts without notification.  The Payment Due Date is the date Dow Corning expects to  RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any. obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply):  war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods.  In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason.  If you think a credit is due, please contact your Customer Service contact for immediate resolution.  Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated.  Each container for which a deposit is charged is the property of Dow Corning and  must not be used to ship or store any other material.  Such containers  must be emptied and returned  in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods.  If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning.  Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices.  Due consideration will be given to any request of Buyer for  modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement.  Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

**DOW CORNING**

Dow Corning Corporation
2200 W. Salzburg Rd.
PO Box 994
MIDLAND MI  48686-0994
United States

| **Invoice** | Page 1 of 1 |
|---|---|

| Invoice Number 1003575794 | Date 04Oct2005 |
|---|---|

| Invoice contact Cindy Ferrio |
|---|

Telephone (800) 248-2481         Fax    (989) 496-6974
US Fed. Reg. No. 380495575

Phone: 989-496-7728   Fax: 989-496-6299

| Bill-to 1035922 | Ship-to 1041220 |
|---|---|
| Accounts Payable Department<br>DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELCO ELECTRONICS CORP DIVISION<br>PO Box 9005<br>KOKOMO IN  46904-9005<br>United States | DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELCO ELECTRONICS CORP DIVISION<br>PLANT DA01<br>2033 EAST BOULEVARD<br>KOKOMO IN  46904<br>United States |

**Payment Terms**
Pay Immediately 2% Discount
Up to 04Oct2005 you receive 2.000  % discount

**Shipping Weight (net/gross)**

| Net Weight         18.1  KG | Gross Weight         19.8  KG |
|---|---|

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8603258173   Issue date: 04Oct2005 | | | | |
| Delivery terms: FCA   SHIPPOINT COLLECT | | | | |
| | | | | |
| Sales order: 3136878 Purchase order no: 0550038970   from 28Sep2005 | | | | |
|   PLANT DA01 | | | | |
| | | | | |
| 3065219   DOW CORNING(R) X3-1598 ADHESIVE,18.1 KG (40 LB) Pail | | | | |
|    Batch: 0002386777 | | | | |
|    40 lbs = | 1 Pail | 9.50 USD | 1 lbs | 380.00 |
|    Customer Spec No.: DELCO ELECTRONICS:M-10437-21 | | | | |
|    Cust. Spec Revision: B | | | | |
|    Revision Date: 16May1996 | | | | |
|    Customer Material: 46762 | | | | |
|    VENDOR CODE 1002602 | | | | |
| | | | | |
| Total Payable (USD) | | | | 380.00 |

**PLEASE REMIT TO: Dow Corning Corporation, Bank One, Illinois, ABA 071000013, Acct 5554055.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED.<br>SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1310Ev2<br>We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | Total Payable<br>380.00 | Currency<br>USD |
|---|---|---|

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT:**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.



Inv # 1003575792
1003575793
100 357 5794

Invoice Printout SCIID-AM 11Oct2005 15:19:05

**DOW CORNING**

Dow Corning Corporation
2200 W. Salzburg Rd.
PO Box 994
MIDLAND MI 48686-0994
United States

Telephone (800) 248-2481        Fax   (989) 496-6974
US Fed. Reg. No. 380495575

| **Invoice** | | Page 1 of 1 |
|---|---|---|
| Invoice Number **1003575795** | | Date 04Oct2005 |
| Invoice contact Cindy Ferrio | | |
| Phone: 989-496-7728   Fax: 989-496-6299 | | |

| Bill-to 1035922 | Ship-to: 1041981 |
|---|---|
| Accounts Payable Department<br>DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELCO ELECTRONICS CORP DIVISION<br>PO Box 9005<br>KOKOMO IN 46904-9005<br>United States | DELCO ELECTRONICS CORP<br>PLANT DA64<br>7929 SOUTH HOWELL AVENUE<br>OAK CREEK WI 53154<br>United States |

**Payment Terms**
Pay Immediately 2% Discount
Up to 04Oct2005 you receive 2.000  % discount

**Shipping Weight (net/gross)**
Net Weight          25.2  KG              Gross Weight          27.7  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8603258175   Issue date: 04Oct2005 | | | | |
| Delivery terms: FCA   SHIPPOINT COLLECT | | | | |
| Sales order: 3136887 Purchase order no: 0550043380   from 28Sep2005 | | | | |
|   PLANT DA64 | | | | |
| 2751534   DOW CORNING(R) X3-1598 ADHESIVE,3.6 KG (8 LB) Pail | | | | |
| Batch: 0002405775 | | | | |
| 56 lbs = | 7 Pail | 12.10 USD | 1 lbs | 677.60 |
| Customer Spec No.: DELCO ELECTRONICS:M-10437-21 | | | | |
| Cust. Spec Revision: B | | | | |
| Revision Date: 16May1996 | | | | |
| Customer Material: 46761 | | | | |
| VENDOR CODE 1002602 | | | | |
| Total Payable (USD) | | | | 677.60 |

PLEASE REMIT TO: Dow Corning Corporation, Bank One, Illinois, ABA 071000013, Acct 5554055.
INTEREST CHARGE: After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an ANNUAL
PERCENTAGE RATE of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | Total Payable | Currency |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1310Rv2 | 677.60 | USD |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT :**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyer's expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

(412) 449-9000
(800) 792-2821-PA WATTS
(800) 245-1244-INTERSTATE WATTS

**S.C.A.C.**
PJXI

PJAX
FREIGHT SYSTEM

PJAX
P.O. BOX 1290
GIBSONIA, PA 15044-1290

Pro No: 121797542

| CONSIGNEE | | | SHIPPER | |
|---|---|---|---|---|
| DELCO ELECTRONICS 66011 | 55374 | | DOW CORNING | 42914 |
| 7929 S HOWELL AVE | | | 5300 11 MILE ROAD | |
| 66011 | | | 615225588 | |
| OAK CREEK, WI 53154 | | | AUBURN, MI 48611 | |
| P.O. # 0550043380 | DEPT. MILO | | B/L# 8603258175 | |

SPECIAL INSTRUCTIONS

DELCO % ACCUSHIP          55521
1900 EXETER ROAD

GERMANTOWN, TN 38138

| TIME | DATE | ORIGINATION TERM. | DESTINATION TERM. | |
|---|---|---|---|---|
| | 10/04/05 | SAG | CHI | |

| TRANSFERRED TO | S.C.A.C | INTERCHANGE PT. | TRANSFERRED FROM | S.C.A.C | I/L PRO# & DATE | PJAX REV. | INTERLINE |
|---|---|---|---|---|---|---|---|

| PIECES | HM | DESCRIPTION | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | 1   Handling units | 61 | MIN | |
| | | PLT STC ADHESIVE NOI | | | |
| | | MUST BE KEPT REFRIGERATED | | | |
| | | STORE BTWN -40C TO 5C | | | |
| | | 10 Percent Fuel Surcharge Applied. | | | |
| 1 | | <----------- T o t a l s ------------> | 61 | PLT  1 | COLL |

| DELIVERY RECEIPT | DRIVER SIGNATURE | | | RECEIVED IN GOOD CONDITION AS NOTED CUSTOMER NAME | TOTAL PCS |
|---|---|---|---|---|---|
| | DATE | TIME IN | TIME OUT | CUSTOMER SIGNATURE  John Baumgarten | 1 |

Invoice 1003575795

**DOW CORNING**

**Dow Corning Corporation**
**2200 W. Salzburg Rd.**
**PO Box 994**
**MIDLAND MI  48686-0994**
**United States**

Telephone (800) 248-2481        Fax   (989) 496-6974
US Fed. Reg. No. 380495575

| **Invoice** | | Page<br>1 of 1 |
|---|---|---|
| **Invoice Number**<br>**1003577723** | | **Date**<br>05Oct2005 |
| **Invoice contact**<br>Cindy Ferrio | | |
| **Phone: 989-496-7728   Fax: 989-496-6299** | | |

**Bill-to** 1035922

Accounts Payable Department
DELPHI AUTOMOTIVE SYSTEMS CORP
DELCO ELECTRONICS CORP DIVISION
PO Box 9005
KOKOMO IN  46904-9005
United States

**Ship-to:** 1041220

DELPHI AUTOMOTIVE SYSTEMS CORP
DELCO ELECTRONICS CORP DIVISION
PLANT DA01
2033 EAST BOULEVARD
KOKOMO IN  46904
United States

**Payment Terms**
Pay Immediately 2% Discount
Up to 05Oct2005 you receive 2.000  % discount

**Shipping Weight (net/gross)**

| | Net Weight | 40.0  KG | | Gross Weight | 43.2  KG |
|---|---|---|---|---|---|

| **Goods Description** | **Quantity** | **Price** | **Unit** | **Amount** |
|---|---|---|---|---|
| Delivery number: 8603258291  Issue date: 05Oct2005 | | | | |
| Delivery terms: FCA   SHIPPOINT COLLECT | | | | |
| | | | | |
| Sales order: 3136860 Purchase order no: 0550079206  from 28Sep2005 | | | | |
| PLANT DA01 | | | | |
| | | | | |
| 4025029   DOW CORNING(R) 1-4173 THERMALLY CONDUCTIVE ADHESIVE,10 KG Pail | | | | |
| Batch: 0002395727 | | | | |
| 88 lbs = | 4 Pail | 42.92 USD | 1 lbs | 3776.96 |
| Customer Material: 28022010 | | | | |
| VENDOR CODE: 1002602 | | | | |
| | | | | |
| Total Payable (USD) | | | | 3776.96 |

**PLEASE REMIT TO: Dow Corning Corporation, Bank One, Illinois, ABA 071000013, Acct 5554055.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED.

SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.    S13I0Ex2

We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof.

| | **Total Payable** | **Currency** |
|---|---|---|
| | 3776.96 | USD |

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control, including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product shipments.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

Pls remit to address at bottom of invoice  Remit Printout SCHD-AM 11Oct2005 15:19:31

| DOW CORNING | Dow Corning Corporation<br>2200 W. Salzburg Rd.<br>PO Box 994<br>MIDLAND MI 48686-0994<br>United States | **Invoice** | Page<br>1 of 1 |
|---|---|---|---|

| | Invoice Number<br>**1003577724** | Date<br>05Oct2005 |
|---|---|---|

| Invoice contact<br>Cindy Ferrio |
|---|

| Phone: 989-496-7728  Fax: 989-496-6299 |
|---|

Telephone (800) 248-2481      Fax   (989) 496-6974
US Fed. Reg. No. 380495575

| Bill-to 1035922 | Ship-to 1041220 |
|---|---|
| Accounts Payable Department<br>DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELCO ELECTRONICS CORP DIVISION<br>PO Box 9005<br>KOKOMO IN  46904-9005<br>United States | DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELCO ELECTRONICS CORP DIVISION<br>PLANT DA01<br>2033 EAST BOULEVARD<br>KOKOMO IN  46904<br>United States |

**Payment Terms**
Pay Immediately 2% Discount
Up to 05Oct2005 you receive 2.000 % discount

**Shipping Weight (net/gross)**

| Net Weight | 18.1  KG | Gross Weight | 22.0  KG |
|---|---|---|---|

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|

Delivery number: 8603258292   Issue date: 05Oct2005
Delivery terms: FCA   SHIPPOINT COLLECT

Sales order: 3136845  Purchase order no: 0550045027   from 28Sep2005
   PLANT DA01

| 3127541 | DOW CORNING(R) 3-4165 SILICONE DIELECTRIC GEL,18.1 KG (40 LB) Pail | | | |
|---|---|---|---|---|
| | Batch: 0002415691 | | | |
| | 40 lbs = | 1 Pail | 6.01 USD  1 lbs | 240.40 |
| | Customer Spec No.: DELCO ELECTRONICS:M-10568-12 | | | |
| | Cust. Spec Revision: C | | | |
| | Revision Date: 11May2001 | | | |
| | Customer Material: 47043 | | | |
| | VENDOR CODE 1002602 | | | |

| Total Payable (USD) | | | | 240.40 |
|---|---|---|---|---|

**PLEASE REMIT TO: Dow Corning Corporation, Bank One, Illinois, ABA 071000013, Acct 5554055.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED.
SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1310Ev2
We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof.

| | Total Payable | Currency |
|---|---|---|
| | 240.40 | USD |

Discover more about Dow Corning at: http://www.dowcorning.com

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

Pls remit to address at bottom of Invoice   Repeat Printout SCHD-AM 11Oct2005 15:19:42

| DOW CORNING | Dow Corning Corporation<br>2200 W. Salzburg Rd.<br>PO Box 994<br>MIDLAND MI  48686-0994<br>United States | **Invoice** | Page<br>1 of 1 |
|---|---|---|---|
| | | Invoice Number<br>**1003577725** | Date<br>05Oct2005 |
| | | Invoice contact<br>Cindy Ferrio | |
| Telephone (800) 248-2481   Fax (989) 496-6974<br>US Fed. Reg. No. 380495575 | | **Phone: 989-496-7728   Fax: 989-496-6299** | |

| Bill-to 1035922<br>Accounts Payable Department<br>DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELCO ELECTRONICS CORP DIVISION<br>PO Box 9005<br>KOKOMO IN  46904-9005<br>United States | Ship-to 1041220<br>DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELCO ELECTRONICS CORP DIVISION<br>PLANT DA01<br>2033 EAST BOULEVARD<br>KOKOMO IN  46904<br>United States |
|---|---|

**Payment Terms**
Pay Immediately 2% Discount
Up to 05Oct2005 you receive 2.000 % discount

**Shipping Weight (net/gross)**
Net Weight   40.0  KG          Gross Weight   40.0  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8603258293   Issue date: 05Oct2005 | | | | |
| Delivery terms: FCA  SHIPPOINT COLLECT | | | | |
| Sales order: 3136831 Purchase order no: 0550070460  from 28Sep2005<br>    PLANT DA01 | | | | |
| 4038438   DOW CORNING(R) 3-1598 HP ADHESIVE,20 KG (44 LB) Pail | | | | |
|     Batch: 0002421519 | | | | |
|     88 lbs = | 2 Pail | 9.55 USD | 1 lbs | 840.40 |
|     Customer Material: 47119 | | | | |
|     VENDOR CODE: 1002602 | | | | |
| Total Payable (USD) | | | | 840.40 |

**PLEASE REMIT TO: Dow Corning Corporation, Bank One, Illinois, ABA 071000013, Acct 5554055.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED.<br>SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1310Ev2<br>We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | Total Payable<br>840.40 | Currency<br>USD |
|---|---|---|

Discover more about Dow Corning at: **http://www.dowcorning.com**

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility for infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control, including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy sources) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

**PJAX**
FREIGHT SYSTEM

S.C.A.C. PJXI

(412) 449-9000
(800) 782-2821-PA WATTS
(800) 245-1244-INTERSTATE WATTS

PJAX
P.O. BOX 1290
GIBSONIA, PA 15044-1290

Pro No: 108782327

| CONSIGNEE | DELPHI DELCO 66001          55362<br>2033 E BLVD<br>66001<br>KOKOMO, IN 46904<br>P.O. # 0550045027     DEPT.  MILO | DOW CORNING                    42914<br>5300 11 MILE ROAD<br>615225588<br>AUBURN, MI 48611<br>B/L# 8603258292 |
|---|---|---|

DELCO & ACCUSHIP          55521
1900 EXETER ROAD
GERMANTOWN, TN 38138

SPECIAL INSTRUCTIONS

| TR# | DATE | ORIGINATION TERM | DESTINATION TERM | | | | |
|---|---|---|---|---|---|---|---|
| | 10/05/05 | SAG | IND | | | | |
| TRANSFERRED TO | | S.C.A.C | INTERCHANGE PT. | TRANSFERRED FROM | S.C.A.C. | IA. PRO# & DATE | PJAX REV. | INTERLINE |

| PIECES | HM | DESCRIPTION | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| | | 1   Handling units | | | |
| 1 | | PLT STC CMPDS INSULATING ELEC NOI | 232 | MIN | |
| | | CONS: PLANT DA01 | | | |
| | | 10 Percent Fuel Surcharge Applied. | | | |

RECEIVED
OCT 0 6 2005
By SKH

| 1 | | <----------- T o t a l s -----------> | 232 | PLT 1 COLL | |

**DELIVERY RECEIPT**

| DRIVER SIGNATURE | h | | | RECEIVED IN GOOD CONDITION AS NOTED<br>CUSTOMER NAME | TOTAL PCS. |
|---|---|---|---|---|---|
| DATE | TIME IN | TIME OUT | | CUSTOMER SIGNATURE | 1 |
| h | h | n | | | |

Invoices: 1003577723
1003577724
1003577725

Pls remit to address at bottom of invoice   Order Printout SCHD-AM 11Oct2005 15:19:53

| DOW CORNING | Dow Corning Corporation<br>2200 W. Salzburg Rd.<br>PO Box 994<br>MIDLAND MI  48686-0994<br>United States | **Invoice** | Page<br>1 of 1 |
|---|---|---|---|

| | | Invoice Number<br>**1003577726** | Date<br>05Oct2005 |
|---|---|---|---|

Invoice contact
Cindy Ferrio

Telephone (800) 248-2481        Fax   (989) 496-6974
US Fed. Reg. No. 380495575

**Phone: 989-496-7728   Fax: 989-496-6299**

| Bill-to 1035922<br><br>Accounts Payable Department<br>DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELCO ELECTRONICS CORP DIVISION<br>PO Box 9005<br>KOKOMO IN  46904-9005<br>United States | Ship-to: 1041981<br><br>DELCO ELECTRONICS CORP<br>PLANT DA64<br>7929 SOUTH HOWELL AVENUE<br>OAK CREEK WI 53154<br>United States |
|---|---|

**Payment Terms**
Pay Immediately 2% Discount
Up to 05Oct2005 you receive 2.000 % discount

| Shipping Weight (net/gross)<br>Net Weight         25.2  KG | Gross Weight        27.7  KG |
|---|---|

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8603261144   Issue date: 05Oct2005 | | | | |
| Delivery terms: FCA   SHIPPOINT COLLECT | | | | |
| | | | | |
| Sales order: 3136891 Purchase order no: 0550043380  from 28Sep2005 | | | | |
|    PLANT DA64 | | | | |
| | | | | |
| 2751534   DOW CORNING(R) X3-1598 ADHESIVE,3.6 KG (8 LB) Pail | | | | |
|    Batch: 0002405775 | | | | |
|    56 lbs = | 7 Pail | 12.10 USD | 1 lbs | 677.60 |
|    Customer Spec No.: DELCO ELECTRONICS:M-10437-21 | | | | |
|    Cust. Spec Revision: B | | | | |
|    Revision Date: 16May1996 | | | | |
|    Customer Material: 46761 | | | | |
|    VENDOR CODE 1002602 | | | | |
| | | | | |
| Total Payable (USD) | | | | 677.60 |

**PLEASE REMIT TO: Dow Corning Corporation, Bank One, Illinois, ABA 071000013, Acct 5554055.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED.<br>SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1310Ev2<br>We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | Total Payable<br><br>677.60 | Currency<br><br>USD |
|---|---|---|

Discover more about Dow Corning at: http://www.dowcorning.com

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.



**PJAX FREIGHT SYSTEM**

(412) 449-9000
(800) 782-2821-PA WATTS
(800) 245-1244-INTERSTATE WATTS

S.C.A.C. PJXI

PJAX
P.O. BOX 1290
GIBSONIA, PA 15044-1290

Pro No: 108782335

42914

CONSIGNEE:
DELCO ELECTRONICS 66011
7929 S HOWELL AVE
66011
OAK CREEK, WI 53154
P.O. # 0550043380    DEPT. MILO

55374

SHIPPER:
DOW CORNING
5300 11 MILE ROAD
615225588
AUBURN, MI 48611
B/L# 8603261144

DELCO % ACCUSHIP
1900 EXETER ROAD
GERMANTOWN, TN 38138

55521

SPECIAL INSTRUCTIONS

| TR# | DATE | ORIGINATION TERM | DESTINATION TERM | | | PJAX REV | INTERLINE |
|---|---|---|---|---|---|---|---|
| | 10/05/05 | SAG | CHI | | | | |

TRANSFERRED TO — S.C.A.C. INTERCHANGE PT. — TRANSFERRED FROM — S.C.A.C. IL PRO# & DATE

| PIECES | HM | DESCRIPTION | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | 1  Handling units | 61 | MIN | |
| | | PLT STC ADHESIVE NOI | | | |
| | | MUST BE KEPT REFRIGERATED | | | |
| | | STORE BTWN -40C TO 5C | | | |
| | | CONS: PLANT DA64 | | | |
| | | 10 Percent Fuel Surcharge Applied. | | | |
| 1 | | <------ T o t a l s ------> | 61 | PLT 1 COLL | |

RECEIVED IN GOOD CONDITION AS NOTED
CUSTOMER NAME

TOTAL PCS.
1

DELIVERY RECEIPT

DRIVER SIGNATURE

DATE    TIME IN    TIME OUT

CUSTOMER SIGNATURE    J.I. SCHAEFER

Invoice 1003577726

Pls remit to address at bottom of invoice7 Reprint Printout SCHD-AM 11Oct2005 15:20:12

**DOW CORNING**

| Dow Corning Corporation | **Invoice** | Page |
|---|---|---|
| 2200 W. Salzburg Rd. | | 1 of 1 |
| PO Box 994 | | |
| MIDLAND MI 48686-0994 | | |
| United States | | |

| Invoice Number | Date |
|---|---|
| **1003579825** | 06Oct2005 |

| Invoice contact |
|---|
| Cindy Ferrio |

Telephone (800) 248-2481       Fax   (989) 496-6974
US Fed. Reg. No. 380495575

Phone: 989-496-7728   Fax: 989-496-6299

| Bill-to 1035922 | Ship-to 1041220 |
|---|---|
| Accounts Payable Department | DELPHI AUTOMOTIVE SYSTEMS CORP |
| DELPHI AUTOMOTIVE SYSTEMS CORP | DELCO ELECTRONICS CORP DIVISION |
| DELCO ELECTRONICS CORP DIVISION | PLANT DA01 |
| PO Box 9005 | 2033 EAST BOULEVARD |
| KOKOMO IN 46904-9005 | KOKOMO IN 46904 |
| United States | United States |

**Payment Terms**
Pay Immediately 2% Discount
Up to 06Oct2005 you receive 2.000 % discount

**Shipping Weight (net/gross)**
Net Weight          80.0  KG                              Gross Weight          80.0  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8603264585   Issue date: 06Oct2005 | | | | |
| Delivery terms: FCA  SHIPPOINT COLLECT | | | | |
| Sales order: 3136832 Purchase order no: 0550070460   from 28Sep2005 | | | | |
| PLANT DA01 | | | | |
| 4038438    DOW CORNING(R) 3-1598 HP ADHESIVE,20 KG (44 LB) Pail | | | | |
| Batch: 0002421519 | | | | |
| 176 lbs = | 4 Pail | 9.55 USD | 1 lbs | 1680.80 |
| Customer Material: 47119 | | | | |
| VENDOR CODE: 1002602 | | | | |
| Total Payable (USD) | | | | 1680.80 |

**PLEASE REMIT TO: Dow Corning Corporation, Bank One, Illinois, ABA 071000013, Acct 5554055.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED.

SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1310Ev2

We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof.

| Total Payable | Currency |
|---|---|
| 1680.80 | USD |

Discover more about Dow Corning at: http://www.dowcorning.com

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer due to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

Pls remit to address at bottom of invoice OR305 Printout SCHD-AM 11Oct2005 15:20:26

| **DOW CORNING** Dow Corning Corporation<br>2200 W. Salzburg Rd.<br>PO Box 994<br>MIDLAND MI 48686-0994<br>United States | **Invoice** | | Page<br>1 of 1 |
|---|---|---|---|
| | Invoice Number<br>**1003579826** | | Date<br>06Oct2005 |
| | Invoice contact<br>Cindy Ferrio | | |
| Telephone (800) 248-2481   Fax   (989) 496-6974<br>US Fed. Reg. No. 380495575 | **Phone: 989-496-7728   Fax: 989-496-6299** | | |

| Bill-to 1035922 | Ship-to: 1041220 |
|---|---|
| Accounts Payable Department<br>DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELCO ELECTRONICS CORP DIVISION<br>PO Box 9005<br>KOKOMO IN 46904-9005<br>United States | DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELCO ELECTRONICS CORP DIVISION<br>PLANT DA01<br>2033 EAST BOULEVARD<br>KOKOMO IN 46904<br>United States |

**Payment Terms**
Pay Immediately 2% Discount
Up to 06Oct2005 you receive 2.000 % discount

| Shipping Weight (net/gross)<br>Net Weight        18.1  KG | Gross Weight        22.0  KG |
|---|---|

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8603264586   Issue date: 06Oct2005 | | | | |
| Delivery terms: FCA   SHIPPOINT COLLECT | | | | |
| | | | | |
| Sales order: 3136846 Purchase order no: 0550045027  from 28Sep2005 | | | | |
|   PLANT DA01 | | | | |
| | | | | |
| 3127541   DOW CORNING(R) 3-4165 SILICONE DIELECTRIC GEL,18.1 KG (40 LB) Pail | | | | |
|   Batch: 0002415691 | | | | |
|   40 lbs = | 1 Pail | 6.01 USD | 1 lbs | 240.40 |
|   Customer Spec No.: DELCO ELECTRONICS:M-10568-12 | | | | |
|   Cust. Spec Revision: C | | | | |
|   Revision Date: 11May2001 | | | | |
|   Customer Material: 47043 | | | | |
|   VENDOR CODE 1002602 | | | | |
| | | | | |
| Total Payable (USD) | | | | 240.40 |

**PLEASE REMIT TO: Dow Corning Corporation, Bank One, Illinois, ABA 071000013, Acct 5554055.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | | |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.     S1310Ev2 | **Total Payable** | **Currency** |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | 240.40 | USD |

Discover more about Dow Corning at: http://www.dowcorning.com

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control, including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event inflation becomes applicable to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

Pls remit to address at bottom of invoice   Reprint Printout SCHD-AM 11Oct2005 15:20:37

| **DOW CORNING** Dow Corning Corporation<br>2200 W. Salzburg Rd.<br>PO Box 994<br>MIDLAND MI 48686-0994<br>United States | **Invoice** | | Page<br>1 of 1 |
|---|---|---|---|
| | Invoice Number<br>**1003579827** | | Date<br>06Oct2005 |
| | Invoice contact<br>Cindy Ferrio | | |
| Telephone (800) 248-2481   Fax   (989) 496-6974<br>US Fed. Reg. No. 380495575 | Phone: 989-496-7728  Fax: 989-496-6299 | | |

| Bill-to 1035922 | Ship-to: 1041220 |
|---|---|
| Accounts Payable Department<br>DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELCO ELECTRONICS CORP DIVISION<br>PO Box 9005<br>KOKOMO IN  46904-9005<br>United States | DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELCO ELECTRONICS CORP DIVISION<br>PLANT DA01<br>2033 EAST BOULEVARD<br>KOKOMO IN  46904<br>United States |

**Payment Terms**
Pay Immediately 2% Discount
Up to 06Oct2005 you receive 2.000  % discount

| Shipping Weight (net/gross)<br>Net Weight | 18.1  KG | Gross Weight | 19.8  KG |
|---|---|---|---|

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8603264587   Issue date: 06Oct2005 | | | | |
| Delivery terms: FCA  SHIPPOINT COLLECT | | | | |
| Sales order: 3136880 Purchase order no: 0550038970  from 28Sep2005 | | | | |
|    PLANT DA01 | | | | |
| 3065219   DOW CORNING(R) X3-1598 ADHESIVE,18.1 KG (40 LB) Pail | | | | |
|    Batch: 0002386777 | | | | |
|    40 lbs = | 1 Pail | 9.50 USD | 1 lbs | 380.00 |
|    Customer Spec No.: DELCO ELECTRONICS:M-10437-21 | | | | |
|    Cust. Spec Revision: B | | | | |
|    Revision Date: 16May1996 | | | | |
|    Customer Material: 46762 | | | | |
|    VENDOR CODE 1002602 | | | | |
| Total Payable (USD) | | | | 380.00 |

**PLEASE REMIT TO: Dow Corning Corporation, Bank One, Illinois, ABA 071000013, Acct 5554055.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT<br>COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE<br>AGREED.<br>SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1310Ev2<br>We certify that these goods were produced in compliance with all requirements of Section 6, 7,<br>and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of<br>the Administration of the Wage and Hour Division issued under Section 14 thereof. | Total Payable | Currency |
|---|---|---|
| | 380.00 | USD |

Discover more about Dow Corning at: **http://www.dowcorning.com**

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.



Invoice 1003579825 &
1003579826 &
1003579827

Pls remit to address at bottom of invoice Qfckup Printout SCHD-AM 11Oct2005 15:20:46

**DOW CORNING**

Dow Corning Corporation
2200 W. Salzburg Rd.
PO Box 994
MIDLAND MI 48686-0994
United States

Telephone (800) 248-2481    Fax   (989) 496-6974
US Fed. Reg. No. 380495575

| | Invoice | Page 1 of 1 |
|---|---|---|
| Invoice Number **1003579828** | | Date 06Oct2005 |
| Invoice contact Cindy Ferrio | | |
| Phone: 989-496-7728   Fax: 989-496-6299 | | |

**Bill-to** 1035922

Accounts Payable Department
DELPHI AUTOMOTIVE SYSTEMS CORP
DELCO ELECTRONICS CORP DIVISION
PO Box 9005
KOKOMO IN 46904-9005
United States

**Ship-to:** 1041220

DELPHI AUTOMOTIVE SYSTEMS CORP
DELCO ELECTRONICS CORP DIVISION
PLANT DA01
2033 EAST BOULEVARD
KOKOMO IN 46904
United States

**Payment Terms**
Pay Immediately 2% Discount
Up to 06Oct2005 you receive 2.000 % discount

**Shipping Weight (net/gross)**
Net Weight        0.9  KG          Gross Weight        19.3  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8603265255  Issue date: 06Oct2005 | | | | |
| Delivery terms: CIP  PPAL FOB ORIGIN | | | | |
| Sales order: 3136817 Purchase order no: 0550039439  from 28Sep2005 | | | | |
|   PLANT DA01 | | | | |
| 4044010   DOW CORNING(R) 3-1846 ADHESIVE,55 ML Crtrdg | | | | |
|   Batch: 0002417342 | | | | |
|   17 Crtrdg = | 17 pc | 47.38 USD | 1 Crtrdg | 805.46 |
|   Customer Material: 46777 | | | | |
|   VENDOR CODE 1002602 | | | | |
| Total Payable (USD) | | | | 805.46 |

**PLEASE REMIT TO: Dow Corning Corporation, Bank One, Illinois, ABA 071000013, Acct 5554055.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT
COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE
AGREED.
SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.    S1310Ev2
We certify that these goods were produced in compliance with all requirements of Section 6, 7,
and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the
Administration of the Wage and Hour Division issued under Section 14 thereof.

| Total Payable | Currency |
|---|---|
| 805.46 | USD |

Discover more about Dow Corning at: http://www.dowcorning.com

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

**DOW CORNING**

Dow Corning Corporation
2200 W. Salzburg Rd.
PO Box 994
MIDLAND MI 48686-0994
United States

| **Invoice** | | Page<br>1 of 1 |
|---|---|---|
| **Invoice Number**<br>1003579829 | | **Date**<br>06Oct2005 |
| **Invoice contact**<br>Cindy Ferrio | | |
| **Phone: 989-496-7728   Fax: 989-496-6299** | | |

Telephone (800) 248-2481       Fax   (989) 496-6974
US Fed. Reg. No. 380495575

| Bill-to 1035922 | Ship-to 1041981 |
|---|---|
| Accounts Payable Department<br>DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELCO ELECTRONICS CORP DIVISION<br>PO Box 9005<br>KOKOMO IN  46904-9005<br>United States | DELCO ELECTRONICS CORP<br>PLANT DA64<br>7929 SOUTH HOWELL AVENUE<br>OAK CREEK WI  53154<br>United States |

**Payment Terms**
Pay Immediately 2% Discount
Up to 06Oct2005 you receive 2.000  % discount

**Shipping Weight (net/gross)**

| Net Weight | 25.2  KG | Gross Weight | 27.7  KG |
|---|---|---|---|

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|

Delivery number: 8603264588   Issue date: 06Oct2005
Delivery terms: FCA  SHIPPOINT COLLECT

Sales order: 3141585 Purchase order no: 0550043380   from 03Oct2005
  PLANT DA64

| 2751534 | DOW CORNING(R) X3-1598 ADHESIVE,3.6 KG (8 LB) Pail | | | |
|---|---|---|---|---|
| | Batch: 0002405775 | | | |
| | 56 lbs = | 7 Pail | 12.10 USD | 1 lbs | 677.60 |

    Customer Spec No.: DELCO ELECTRONICS:M-10437-21
    Cust. Spec Revision: B
    Revision Date: 16May1996
    Customer Material: 46761
    VENDOR CODE 1002602

Total Payable (USD)                                                                677.60

**PLEASE REMIT TO: Dow Corning Corporation, Bank One, Illinois, ABA 071000013, Acct 5554055.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED.
SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1310Ev2
We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof.

| Total Payable | Currency |
|---|---|
| 677.60 | USD |

Discover more about Dow Corning at: http://www.dowcorning.com

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's request to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

Pls remit to address at bottom of Invoice   Printout SCHD-AM 11Oct2005 15:21:07

**DOW CORNING**

Dow Corning Corporation
2200 W. Salzburg Rd.
PO Box 994
MIDLAND MI  48686-0994
United States

Telephone  (800) 248-2481        Fax   (989) 496-6974
US Fed. Reg. No. 380495575

| **Invoice** | | Page 1 of 1 |
|---|---|---|

| Invoice Number | Date |
|---|---|
| **1003579830** | 06Oct2005 |

**Invoice contact**
Cindy Ferrio

Phone: 989-496-7728   Fax: 989-496-6299

**Bill-to** 1035922
Accounts Payable Department
DELPHI AUTOMOTIVE SYSTEMS CORP
DELCO ELECTRONICS CORP DIVISION
PO Box 9005
KOKOMO IN  46904-9005
United States

**Ship-to:** 1041981
DELCO ELECTRONICS CORP
PLANT DA64
7929 SOUTH HOWELL AVENUE
OAK CREEK WI  53154
United States

**Payment Terms**
Pay Immediately 2% Discount
Up to 06Oct2005 you receive 2.000 % discount

**Shipping Weight (net/gross)**
Net Weight        199.5  KG          Gross Weight        217.2  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8603264589   Issue date: 06Oct2005 | | | | |
| Delivery terms: FCA   SHIPPOINT COLLECT | | | | |
| Sales order: 3136893 Purchase order no: 0550039934   from 28Sep2005 | | | | |
| PLANT DA64 | | | | |
| 2335719   SYLGARD(R) 1-4097 CONFORMAL COATING,199.5 KG {440 LB} drum | | | | |
| Batch: 0002401174 | | | | |
| 440 lbs | 1 drum | 4.44 USD | 1 lbs | 1953.60 |
| Customer Spec No.: DELCO ELECTRONICS:M-10569-25 | | | | |
| Cust. Spec Revision: B | | | | |
| Revision Date: 02Sep1992 | | | | |
| Customer Material: 47087 | | | | |
| VENDOR CODE 1002602 | | | | |
| Total Payable (USD) | | | | 1953.60 |

**PLEASE REMIT TO: Dow Corning Corporation, Bank One, Illinois, ABA 071000013, Acct 5554055.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED.

SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1310Ev2

We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof.

| Total Payable | Currency |
|---|---|
| 1953.60 | USD |

Discover more about Dow Corning at: http://www.dowcorning.com

TERMS & CONDITIONS OF SALE

1. END USE
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

2. LIMITED WARRANTY
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

3. REMEDY
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

4. PATENTS
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

5. PRICE
Price charged will be price in effect at planned date of delivery.

6. TERMS OF PAYMENT
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

7. FREIGHT TERMS:
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

8. TAXES:
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

9. CONTINGENCIES
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

10. APPLICABLE LAW
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

11. COMMENCEMENT OF SUIT
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

12. ORDERS FOR INDEFINITE DELIVERY:
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

13. PAYMENT DEDUCTIONS ARE NOT ALLOWED
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

14. QUANTITY VARIATIONS:
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

15. RETURNABLE CONTAINERS:
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

16. RETURN OF GOODS:
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

17. ENTIRE AGREEMENT
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

18. FAIR LABOR STANDARDS ACT
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

19. Responsible Care:
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

**PJAX**
**FREIGHT SYSTEM**

(412) 448-9000
(800) 792-2021-PA WATTS
(800) 245-1244-INTERSTATE WATTS

S.C.A.C.
PJXI

PJAX
P.O. BOX 1290
GIBSONIA, PA 16044-1290

Pro No: 121797807

| CONSIGNEE | | | | |
|---|---|---|---|---|
| DELCO ELECTRONICS 66011 | | 55374 | DOW CORNING | 42914 |
| 7929 S HOWELL AVE | | | 5300 11 MILE ROAD | |
| 66011 | | | 615225588 | |
| OAK CREEK, WI 53154 | | | AUBURN, MI 48611 | |
| P.O. # 0550043380 | DEPT. MAMC | | B/L# 8603264588 | |

SPECIAL INSTRUCTIONS

DELCO & ACCUSHIP 55521
1900 EXETER ROAD
GERMANTOWN, TN 38138

| TB# | DATE | ORIGINATION TERM | DESTINATION TERM |
|---|---|---|---|
| | 10/06/05 | SAG | CHI |

| TRANSFERRED TO | S.C.A.C | INTERCHANGE PT. | TRANSFERRED FROM | S.C.A.C. | M. PRO# & DATE | PJAX REV. | INTERLINE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| PIECES | HM | DESCRIPTION | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| | | 1   Handling units | | | |
| 1 | | PLT STC 7 PAILS ADHESIVE NOI 004620 S 5 | 540 | | |
| | | PLANT DA64 | | | |
| | | ATTN GOODS RECEIPT | | | |
| | | MATERIAL MUST BE KEPT REFRIGERATED | | | |
| | | STORE BETWEEN -40C-5C | | | |
| | | 10 Percent Fuel Surcharge Applied. | | | |
| 1 | | <---------- T o t a l s ----------> | 540 | PLT 1 COLL | |

| | | | TOTAL PCS. |
|---|---|---|---|
| DELIVERY RECEIPT | DRIVER SIGNATURE | RECEIVED IN GOOD CONDITION AS NOTED CUSTOMER NAME | 1 |
| | DATE   TIME IN   TIME OUT | CUSTOMER SIGNATURE   *J Baumgartner* | |

Invoices  1003579829
1003579830

**DOW CORNING**

Dow Corning Corporation
2200 W. Salzburg Rd.
PO Box 994
**MIDLAND MI 48686-0994**
United States

| **Invoice** | Page |
|---|---|
| | 1 of 1 |

| Invoice Number | Date |
|---|---|
| **1003582047** | 07Oct2005 |

Invoice contact
Cindy Ferrio

Telephone (800) 248-2481       Fax   (989) 496-6974
US Fed. Reg. No. 380495575

Phone: 989-496-7728   Fax: 989-496-6299

| Bill-to 1035922 | Ship-to: 1041220 |
|---|---|
| Accounts Payable Department | DELPHI AUTOMOTIVE SYSTEMS CORP |
| DELPHI AUTOMOTIVE SYSTEMS CORP | DELCO ELECTRONICS CORP DIVISION |
| DELCO ELECTRONICS CORP DIVISION | PLANT DA01 |
| PO Box 9005 | 2033 EAST BOULEVARD |
| KOKOMO IN 46904-9005 | KOKOMO IN 46904 |
| United States | United States |

**Payment Terms**
Pay Immediately 2% Discount
Up to 07Oct2005 you receive 2.000 % discount

**Shipping Weight (net/gross)**

| Net Weight | 54.3 KG | Gross Weight | 59.4 KG |
|---|---|---|---|

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|

Delivery number: 8603267303   Issue date: 07Oct2005
Delivery terms: FCA   SHIPPOINT COLLECT

Sales order: 3147477 Purchase order no: 0550038970   from 06Oct2005
    PLANT DA01

| 3065219 | DOW CORNING(R) X3-1598 ADHESIVE,18.1 KG (40 LB) Pail | | | |
|---|---|---|---|---|
| | Batch: 0002386777 | | | |
| | 120 lbs =           3 Pail       9.50 USD       1 lbs | | | 1140.00 |
| | Customer Spec No.: DELCO ELECTRONICS:M-10437-21 | | | |
| | Cust. Spec Revision: B | | | |
| | Revision Date: 16May1996 | | | |
| | Customer Material: 46762 | | | |
| | VENDOR CODE 1002602 | | | |

| Total Payable (USD) | | | | 1140.00 |
|---|---|---|---|---|

**PLEASE REMIT TO: Dow Corning Corporation, Bank One, Illinois, ABA 071000013, Acct 5554055.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED.

SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1310Ev2

We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof.

| | Total Payable | Currency |
|---|---|---|
| | 1140.00 | USD |

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment to not exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT:**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

Pls remit to address at bottom of invoice   Reprint Printout SCHD-AM 11Oct2005 15:21:36

| DOW CORNING | Dow Corning Corporation<br>2200 W. Salzburg Rd.<br>PO Box 994<br>MIDLAND MI 48686-0994<br>United States | **Invoice** | | Page<br>**1 of 1** |
|---|---|---|---|---|
| | | Invoice Number<br>**1003582048** | | Date<br>07Oct2005 |
| | | Invoice contact<br>Cindy Ferrio | | |
| Telephone (800) 248-2481   Fax   (989) 496-6974<br>US Fed. Reg. No. 380495575 | | **Phone: 989-496-7728   Fax: 989-496-6299** | | |

| Bill-to 1035922<br>Accounts Payable Department<br>DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELCO ELECTRONICS CORP DIVISION<br>PO Box 9005<br>KOKOMO IN 46904-9005<br>United States | Ship-to 1041220<br>DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELCO ELECTRONICS CORP DIVISION<br>PLANT DA01<br>2033 EAST BOULEVARD<br>KOKOMO IN 46904<br>United States |
|---|---|

**Payment Terms**
Pay Immediately 2% Discount
Up to 07Oct2005 you receive 2.000 % discount

**Shipping Weight (net/gross)**

| Net Weight | 362.8 KG | | Gross Weight | 407.4 KG |
|---|---|---|---|---|

| **Goods Description** | **Quantity** | **Price** | **Unit** | **Amount** |
|---|---|---|---|---|
| Delivery number: 8603267304   Issue date: 07Oct2005 | | | | |
| Delivery terms: FCA   SHIPPOINT COLLECT | | | | |
| | | | | |
| Sales order: 3136872 Purchase order no: 0550060323   from 28Sep2005 | | | | |
|    PLANT DA01 | | | | |
| | | | | |
| 3127524   DOW CORNING(R) 3-4155 HV DIELECTRIC GEL KIT,181.4 KG (800 LB) Kit | | | | |
|    Batch: 0002397314 | | | | |
|    800 lbs = | 1 Kit | 4.40 USD | 1 lbs | 3520.00 |
|    Customer Spec No.: DELCO ELECTRONICS:M-10568-10 | | | | |
|    Cust. Spec Revision: B | | | | |
|    Revision Date: 29Jan1997 | | | | |
|    Customer Material: 21000909 | | | | |
|    VENDOR CODE 1002602 | | | | |
| Total Payable (USD) | | | | 3520.00 |

**PLEASE REMIT TO: Dow Corning Corporation, Bank One, Illinois, ABA 071000013, Acct 5554055.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT<br>COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE<br>AGREED.<br>SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S13101/v2<br>We certify that these goods were produced in compliance with all requirements of Section 6, 7,<br>and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of<br>the Administration of the Wage and Hour Division issued under Section 14 thereof. | **Total Payable**<br><br>3520.00 | Currency<br><br>USD |
|---|---|---|

Discover more about Dow Corning at: http://www.dowcorning.com

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may,.at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control, including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy sources) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyer's expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

# PJAX
## FREIGHT SYSTEM

(412) 449-9000
(800) 792-2621-PA WATTS
(800) 245-1244-INTERSTATE WATTS

S.C.A.C.
PJXI

PJAX
P.O. BOX 1290
GIBSONIA, PA 16044-1290

Pro No: 121797583

| CONSIGNEE | | | |
|---|---|---|---|
| DELPHI DELCO 66001 | | 55362 | |
| 2033 E BLVD | | | |
| 66001 | | | |
| KOKOMO, IN 46904 | | | |
| P.O. # 0550038970 | DEPT. MAMC | | |

DOW CORNING                    42914
5300 11 MILE ROAD
615225588
AUBURN, MI 48611
B/L # 8603267303

DELCO % ACCUSHIP          55521
1900 EXETER ROAD
GERMANTOWN, TN 38138

SPECIAL INSTRUCTIONS

| TRK | DATE | ORIGINATION TERM | DESTINATION TERM |
|---|---|---|---|
| | 10/07/05 | SAG | IND |

| TRANSFERRED TO | S.C.A.C | INTERCHANGE PT. | TRANSFERRED FROM | S.C.A.C. | I/L PRO # & DATE | PJAX REV. | INTERLINE |
|---|---|---|---|---|---|---|---|

| PIECES | HM | DESCRIPTION | | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|---|
| | | 1  Handling units | | | | |
| 1 | | PLT ADHESIVE NOI 004620 SUB 05 | | 1,029 | | |
| | | MATERIAL MUST BE KEPT REFRIGERATED | | | | |
| | | STORE BETWEEN -40C  - 5C | | | | |
| | | PLANT DA01 | | | | |
| | | ATTN: GOODS RECEIPT | | | | |
| | | 10 Percent Fuel Surcharge Applied. | | | | |
| 1 | | <---------- T o t a l s ----------> | 1,029 | PLT | 1 | COLL |

RECEIVED OCT 1 0 2005 By

| DELIVERY RECEIPT | DRIVER SIGNATURE | | | RECEIVED IN GOOD CONDITION AS NOTED | TOTAL PCS |
|---|---|---|---|---|---|
| | DATE | TIME IN | TIME OUT | CUSTOMER NAME | 1 |
| | | | | CUSTOMER SIGNATURE | |

Invoices   1003582047
1003582048

Pls remit to address at bottom of invoice   Report Printout SCHD-AM 11Oct2005 15:21:45

| **Dow Corning Corporation**<br>2200 W. Salzburg Rd.<br>PO Box 994<br>**MIDLAND MI  48686-0994**<br>United States | **Invoice** | | Page<br>1 of 1 |
|---|---|---|---|
| | Invoice Number<br>**1003582049** | | Date<br>07Oct2005 |
| | Invoice contact<br>Cindy Ferrio | | |
| Telephone (800) 248-2481      Fax   (989) 496-6974<br>US Fed. Reg. No. 380495575 | Phone: 989-496-7728  Fax: 989-496-6299 | | |

| Bill-to 1035922 | Ship-to: 1041220 |
|---|---|
| Accounts Payable Department<br>DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELCO ELECTRONICS CORP DIVISION<br>PO Box 9005<br>KOKOMO IN  46904-9005<br>United States | DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELCO ELECTRONICS CORP DIVISION<br>PLANT DA01<br>2033 EAST BOULEVARD<br>KOKOMO IN  46904<br>United States |

**Payment Terms**
Pay Immediately 2% Discount
Up to 07Oct2005 you receive 2.000  % discount

| Shipping Weight (net/gross)<br>Net Weight | 3.4  KG | Gross Weight | 74.8  KG |
|---|---|---|---|

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8603267997  Issue date: 07Oct2005 | | | | |
| Delivery terms: CIP  PPAL FOB ORIGIN | | | | |
| Sales order: 3136819 Purchase order no: 0550039439  from 28Sep2005 | | | | |
|   PLANT DA01 | | | | |
| 4044010   DOW CORNING(R) 3-1846 ADHESIVE,55 ML Crtrdg | | | | |
|     Batch: 0002439104 | | | | |
|     66 Crtrdg | 66 pc | 47.38 USD | 1 Crtrdg | 3127.08 |
|     Customer Material: 46777 | | | | |
|     VENDOR CODE 1002602 | | | | |
| Total Payable (USD) | | | | 3127.08 |

**PLEASE REMIT TO: Dow Corning Corporation, Bank One, Illinois, ABA 071000013, Acct 5554055.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT<br>COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE<br>AGREED. | Total Payable | Currency |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.      S1310Ev2 | | |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7,<br>and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of<br>the Administration of the Wage and Hour Division issued under Section 14 thereof. | 3127.08 | USD |

Discover more about Dow Corning at: **http://www.dowcorning.com**

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

## ABEL, DAWN M. (DMABEL)

From:           technicalsupport@t|ue.fedex.com
Sent:           Friday, October 14, 2005 2:25 PM
To:             ABEL, DAWN M. (DMABEL)
Subject:        FedEx Custom Critical Shipment Delivery Notice for PRO 23416105

DAWN ABEL,

Thank you for choosing FedEx Custom Critical to handle your critical shipment. If you are a registered
Shipping Toolkit user, you can access your shipment's shipping documents - including invoices, bills of
lading and proof's of delivery at
http://customcritical.fedex.com/tracking.

For further questions about your shipment, call 1.800.762.3787 to speak to a Customer Assistance Team
member. We are available to you 24 hours a day, 365 days a year. Please reference PRO No. 23416105
for questions regarding this shipment.

*********** SHIPMENT SUMMARY *************
Company Name: DOW CORNING   (H)
Contact: MIKE EURICH -- 989-496-7090
PRO Number: 23416105
Division: Surface Expedite - 1.800.762.3787
Trip Mileage: 317
Transit Time: 7 hours 6 minutes

$\#100358\,2049$

*********** ITINERARY *************

Pickup Location
DOW CORNING (H)
5300 ELEVEN MILE RD
AUBURN, MI  43611

Requested Time: 10/07/2005 at 4:17 PM EDT
At pickup: 10/07/2005 at 5:58 PM EDT
Actual pickup: 10/07/2005 at 6:15 PM EDT

Delivery Location
DELPHI DELCO ELECTRONICS
2033 E BLVD
SHIP DUNS 002136823
KOKOMO, IN  469029005

Requested Time: 10/07/2005 at 10:53 PM EST
At delivery: 10/07/2005 at 10:05 PM EST
Actual delivery: 10/07/2005 at 10:15 PM EST
Signed for by: VICKIE WARD

*********** FREIGHT DETAILS *************
Commodity: ADHESIVE
Pieces: 1

1

Weight: 13 lb


FedEx Custom Critical
Surface Expedite Division
1.800.762.3787
http://customcritical.fedex.com

*****************************
Setup orders quickly by using Fast Ship https://customcritical.fedex.com/ship to duplicate a past shipment or convert a quote
to an order.

2

Pls remit to address at bottom of invoice   Order Printout SCHD-AM 11Oct2005 15:21:55

| DOW CORNING | Dow Corning Corporation<br>2200 W. Salzburg Rd.<br>PO Box 994<br>MIDLAND MI 48686-0994<br>United States | **Invoice** | | Page<br>1 of 1 |
|---|---|---|---|---|
| | | Invoice Number<br>**1003582050** | | Date<br>07Oct2005 |
| | | Invoice contact<br>Cindy Ferrio | | |
| Telephone (800) 248-2481     Fax   (989) 496-6974<br>US Fed. Reg. No. 380495575 | | Phone: 989-496-7728  Fax: 989-496-6299 | | |

| Bill-to 1035922<br>Accounts Payable Department<br>DELPHI AUTOMOTIVE SYSTEMS CORP<br>DELCO ELECTRONICS CORP DIVISION<br>PO Box 9005<br>KOKOMO IN 46904-9005<br>United States | Ship-to: 1041747<br>DELPHI DELCO ELECTRONICS SYSTEMS<br>DELPHI AUTOMOTIVE<br>PLANT DA24<br>702 JOAQUIN CAVAZOS ROAD<br>LOS INDIOS TX 78567<br>United States |
|---|---|

**Payment Terms**
Pay Immediately 2% Discount
Up to 07Oct2005 you receive 2.000 % discount

**Shipping Weight (net/gross)**

| Net Weight | 60.0 KG | Gross Weight | 64.8 KG |
|---|---|---|---|

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8603267305  Issue date: 07Oct2005 | | | | |
| Delivery terms: FCA   SHIPPOINT COLLECT | | | | |
| | | | | |
| Sales order: 3147489 Purchase order no: 0550053982   from 06Oct2005 | | | | |
|   · PLANT DA24 | | | | |
| | | | | |
| 3131505   DOW CORNING(R) 1-4174 THERMALLY CONDUCTIVE ADHESIVE,10 KG (22 LB) Pail | | | | |
|     Batch: 0002428965 | | | | |
|     132 lbs = | 6 Pail | 42.00 USD | 1 lbs | 5544.00 |
|     Customer Material: 46790 | | | | |
|     VENDOR CODE: 1002602 | | | | |
| | | | | |
| Total Payable (USD) | | | | 5544.00 |

**PLEASE REMIT TO: Dow Corning Corporation, Bank One, Illinois, ABA 071000013, Acct 5554055.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | **Total Payable** | **Currency** |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1310Ev2 | 5544.00 | USD |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: **http://www.dowcorning.com**

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

Pls remit to address at bottom of Page 97 or 105 Printout SCHD-AM 11Oct2005 15:22:05

| **DOW CORNING** Dow Corning Corporation 2200 W. Salzburg Rd. PO Box 994 MIDLAND MI 48686-0994 United States | **Invoice** | | Page 1 of 1 |
|---|---|---|---|
| | Invoice Number **1003582051** | | Date 07Oct2005 |
| | Invoice contact Cindy Ferrio | | |
| Telephone (800) 248-2481     Fax   (989) 496-6974 US Fed. Reg. No. 380495575 | Phone: 989-496-7728   Fax: 989-496-6299 | | |

| Bill-to 1035922 Accounts Payable Department DELPHI AUTOMOTIVE SYSTEMS CORP DELCO ELECTRONICS CORP DIVISION PO Box 9005 KOKOMO IN 46904-9005 United States | Ship-to: 1041747 DELPHI DELCO ELECTRONICS SYSTEMS DELPHI AUTOMOTIVE PLANT DA24 702 JOAQUIN CAVAZOS ROAD LOS INDIOS TX 78567 United States |
|---|---|

**Payment Terms**
Pay Immediately 2% Discount
Up to 07Oct2005 you receive 2.000 % discount

**Shipping Weight (net/gross)**

| Net Weight | 90.5 KG | Gross Weight | 99.0 KG |
|---|---|---|---|

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8603267305   Issue date: 07Oct2005 Delivery terms: FCA   SHIPPOINT COLLECT | | | | |
| Sales order: 3147562 Purchase order no: 0550041009   from 06Oct2005    PLANT DA24 | | | | |
| 3065260   DOW CORNING(R) 3-6265 THIXOTROPIC ADHESIVE,18.1 KG. (40 LB) Pail | | | | |
| Batch: 0002374123 | | | | |
| 200 lbs | 5 Pail | 16.76 USD | 1 lbs | 3352.00 |
| Customer Spec No.: DELCO ELECTRONICS:M-1.0437-20 | | | | |
| Cust. Spec Revision: C | | | | |
| Revision Date: 16May1996 | | | | |
| Customer Material: 46759 | | | | |
| VENDOR CODE 1002602 | | | | |
| Total Payable (USD) | | | | 3352.00 |

PLEASE REMIT TO: Dow Corning Corporation, Bank One, Illinois, ABA 071000013, Acct 5554055.
INTEREST CHARGE: After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an ANNUAL
PERCENTAGE RATE of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.    S1310Ev2 We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | Total Payable 3352.00 | Currency USD |
|---|---|---|

Discover more about Dow Corning at: http://www.dowcorning.com

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment. DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of the Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed. Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods. If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form. If the payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate allowed by applicable law, whichever is less, on all overdue amounts without notification. The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles, breakage of equipment, accident, riot, act of governmental authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods. In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason. If you think a credit is due, please contact your Customer Service contact for immediate resolution. Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated. Each container for which a deposit is charged is the property of Dow Corning and must not be used to ship or store any other material. Such containers must be emptied and returned in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods. If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning. Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices. Due consideration will be given to any request of Buyer for modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement. Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

# Delivery Note

1 of 2

**Dow Corning Corporation**
2200 W. Salzburg Rd.
PO Box 994
MIDLAND MI 48686-0994

Telephone (800) 248-2481
Fax        (989) 496-6974

| | | Shipment Reference |
|---|---|---|
| Delivery Number | Issue Date | |
| 8603267305 | 07Oct2005 | Delivery Date |
| Route | | 13Oct2005 |
| Midland Area to West Texas, 4d | | Shipping Conditions |
| Terms of Delivery | | Standard Surface |
| FCA  SHIPPOINT COLLECT | | Emergency Call Numbers |
| Mode of Transport | | DowCorning 1-888-335-1331 |
| Truck | | ChemTrec 1-800-424-9300 |

**Ship-to 1041747**
DELPHI DELCO ELECTRONICS SYSTEMS
DELPHI AUTOMOTIVE
PLANT DA24
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX  78567
Attn: GOODS RECEIPT
Telephone (956)228-2368

**Sold-to 1041747**
DELPHI DELCO ELECTRONICS
SYSTEMS
DELPHI AUTOMOTIVE
PLANT DA24
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX  78567

**Shipping point 0047**
Dow Corning Corporation
Auburn Plant
5300  11 Mile Road
AUBURN MI 4861l
Telephone (989) 496-7000
Fax        (989) 496-7015

| Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|

H
M

Sales Order Number: 3147489  Standard Order from 06Oct2005  Delivery Number: 8603267305
Purchase Order Number: 0550053982 from 06Oct2005

SID# (28)  8603267305

PLANT DA24

*Invoice 1003582050 & 1003582051*

ADHESIVE NOI  004620  SUB  05  CL/60
3131505   DOW CORNING(R) 1-4174 THERMALLY CONDUCTIVE ADHESIVE,10 KG (22 LB) Pail
          Item total: 132.0 lbs = 6.0 Pail
*** Material must be kept refrigerated ***
*** Store BETWEEN -10C to +5C ***
          ECCN: EAR99
          Customer Material: 46790
          VENDOR CODE: 1002602
          Batch: 0002428965
          Expiration Date: 25Mar2006

| SKD | LSE CTN | DRM | BUN | ☐ SWAC |
| CRTS | BSKT | RCK | TOTE | ☐ SL & C |
| SWS-OF | CTN | SWS-STC | | CTN |
| OTHER | | | SHP INIT. | |

Subject to NMFC 100/CTII-100 and 49 USC 14705 and DOT 49 CFR 370

6 Pail ✓        60.0 KG        64.8 KG

Sales Order Number: 3147562 from 06Oct2005
Purchase Order Number: 0550041009 from 06Oct2005

*Central Transport*
**493-069644-3**

PLANT DA24

ADHESIVE NOI  004620  SUB  05  CL/60
3065260   DOW CORNING(R) 3-6265 THIXOTROPIC ADHESIVE,18.1 KG (40 LB) Pail
          Item total: 200.0 lbs = 5.0 Pail
*** Material must be kept refrigerated ***

Discover more about Dow Corning at: http://www.dowcorning.com

| DOW CORNING | Dow Corning Corporation<br>2200 W. Salzburg Rd.<br>PO Box 994<br>MIDLAND MI 48686-0994 | **Delivery Note** | | Page<br>2 of 2 |
|---|---|---|---|---|
| | | Delivery Number<br>8603267305 | Issue Date<br>07Oct2005 | Shipment Reference |

| Ship-to<br>DELPHI DELCO ELECTRONICS SYSTEMS | Sold-to<br>DELPHI DELCO ELECTRONICS SYSTEMS |
|---|---|

| H<br>M | **Goods Description** | **Quantity** | **Net Weight** | **Gross Weight** |
|---|---|---|---|---|
| | *** Store BETWEEN -40C to 5C ***<br>    ECCN: EAR99<br>    Customer Spec No.: DELCO ELECTRONICS:M-10437-20<br>    Cust. Spec Revision: C  Revision Date: 16May1996<br>    Customer Material: 46759<br>    VENDOR CODE 1002602<br>    Batch: 0002374123<br>    Expiration Date: 12Aug2006 | 5 Pail ✓ | 90.5 KG | 99.0 KG |

493-069644-3

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labelled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations. Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse of the consignor, the consignor shall sign the following statement.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges...............................................DOW CORNING CORP.(Signature of consignor)

Carrier certifies that Emergency Response Information, as required by 49 CFR, Part 172, Sub Part G, is maintained in this transport vehicle.
When Carrier furnished container, carrier certifies that container supplied for this shipment is a proper container for the transport of each commodity named hereon.
Carrier acknowledges that prior to or at the time this shipment was offered for transportation, the shipper provided or affixed the required placards or orange panels (including prescribed identification numbers) according to applicable regulations for each hazardous material named hereon.
Carrier hereby certifies that he is familiar with all the conditions, representations, notices, and certifications contained here on this document.

DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATIONS UNLESS OTHERWISE AGREED.

SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE. 813103v2

Shipped by: *Lauren L. Carl*

Received by carrier:

Received by customer:

| Total Weights: | 150.5 KG | 163.8 KG |
|---|---|---|

No. of shipping units:
| 0-Pallet | 0-Drum |
|---|---|
| 11-Pail | 0-Carton |
| 0-IBC | 0-Box |
| 0-Bulk | 0-Tank | 0-Bag |

Carr. Ref: 493-069644-3

Carrier:   CENTRAL TRANSPORT  (CTII)

Discover more about Dow Corning at: http://www.dowcorning.com

Pls remit to address at bottom of invoice   Repeat Printout SCHD-AM 11Oct2005 15:22:15

| **DOW CORNING**  Dow Corning Corporation  2200 W. Salzburg Rd.  PO Box 994  MIDLAND MI 48686-0994  United States | **Invoice** | **Page**  1 of 1 |
|---|---|---|

| **Invoice Number**  1003582052 | **Date**  07Oct2005 |
|---|---|

| **Invoice contact**  Cindy Ferrio |
|---|

Telephone (800) 248-2481     Fax  (989) 496-6974
US Fed. Reg. No. 380495575

**Phone: 989-496-7728  Fax: 989-496-6299**

| **Bill-to 1035922** | **Ship-to: 1041981** |
|---|---|
| Accounts Payable Department  DELPHI AUTOMOTIVE SYSTEMS CORP  DELCO ELECTRONICS CORP DIVISION  PO Box 9005  KOKOMO IN 46904-9005  United States | DELCO ELECTRONICS CORP  PLANT DA64  7929 SOUTH HOWELL AVENUE  OAK CREEK WI 53154  United States |

**Payment Terms**
Pay Immediately 2% Discount
Up to 07Oct2005 you receive 2.000 % discount

| **Shipping Weight (net/gross)**  Net Weight     25.2  KG | **Gross Weight**     27.7  KG |
|---|---|

| **Goods Description** | **Quantity** | **Price** | **Unit** | **Amount** |
|---|---|---|---|---|

Delivery number: 8603267306   Issue date: 07Oct2005
Delivery terms: FCA  SHIPPOINT COLLECT

Sales order: 3141586 Purchase order no: 0550043380  from 03Oct2005
     PLANT DA64

| | | | | |
|---|---|---|---|---|
| 2751534   DOW CORNING(R) X3-1598 ADHESIVE,3.6 KG (8 LB) Pail | | | | |
|     Batch: 0002405775 | | | | |
|     56 lbs = | 7 Pail | 12.10 USD | 1 lbs | 677.60 |
|     Customer Spec No.: DELCO ELECTRONICS:M-10437-21 | | | | |
|     Cust. Spec Revision: B | | | | |
|     Revision Date: 16May1996 | | | | |
|     Customer Material: 46761 | | | | |
|     VENDOR CODE 1002602 | | | | |

Total Payable (USD)                                         677.60

**PLEASE REMIT TO: Dow Corning Corporation, Bank One, Illinois, ABA 071000013, Acct 5554055.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an ANNUAL PERCENTAGE RATE of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED.  SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   81310Ev2  We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | **Total Payable**  677.60 | **Currency**  USD |
|---|---|---|

Discover more about Dow Corning at: http://www.dowcorning.com

TERMS & CONDITIONS OF SALE

**1. END USE**
Dow Corning shall have no responsibility in connection with determining the suitability of the Goods purchased for the use contemplated by Buyer. Such determination is the sole responsibility of the Buyer and Buyer assumes all risk and liability for loss, damage or injury to property out of the use or possession of the Goods furnished under this Agreement.

**2. LIMITED WARRANTY**
Dow Corning warrants that the Goods meet its sales specifications at the time of shipment.  DOW CORNING DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**3. REMEDY**
Buyer's exclusive remedy and Dow Corning's sole responsibility for any claim or cause of action arising under this Agreement is expressly limited to either (1) replacement or refund of the purchase price of all Goods shown to be other than as warranted, or (2) payment not to exceed the purchase price of the specific goods for which damages are claimed.  Any refund or replacement is conditioned on Buyer giving Dow Corning notice within 90 days from the date of shipment that the Goods are other than as warranted. Failure to give notice within 90 days shall constitute a waiver by Buyer of all claims under this Agreement with respect to the Goods.  If requested by Dow Corning, all unconsumed Goods alleged by Buyer to be other than as warranted shall be returned to Dow Corning and Dow Corning will pay the freight charges. Dow Corning shall not be liable for any incidental or consequential damages.

**4. PATENTS**
If any suit is brought against Buyer for infringement of any United States Letters Patent alleging that the Goods furnished under this Agreement or Dow Corning's methods of manufacturing them infringe any United States Letter Patent, Dow Corning shall, at its own expense, defend and control the suit against these allegations only, and shall pay any award of damages assessed against Buyer only to the extent, only that the damages are awarded in connection specifically with the alleged infringement, provided that Buyer gives Dow Corning prompt notice in writing of the institution of the suit and, to the full extent of Buyer's power to do so, Buyer permits Dow Corning to defend and control the suit against these allegations. The above fully expresses Buyer's exclusive remedy and Dow Corning's sole responsibility with respect to infringement of any patent by the Goods supplied under this Agreement, and DOW CORNING EXPRESSLY DISCLAIMS ANY WRITTEN OR UNWRITTEN, EXPRESS OR IMPLIED WARRANTY AGAINST INFRINGEMENT
with respect to these Goods. In no case will Dow Corning be liable to defend or pay any award of damages assessed against Buyer in any suit or cause of action alleging that the USE of the Goods supplied under this Agreement infringes any patent. Buyer shall hold Dow Corning harmless against any claim, loss or expense arising out of Dow Corning's compliance with any specifications furnished by Buyer with respect to the Goods.

**5. PRICE**
Price charged will be price in effect at planned date of delivery.

**6. TERMS OF PAYMENT**
The payment terms and due date shall be those stated on the front of this form.  If the  payment is not received within the due date, Dow Corning may charge interest at a monthly rate of 1.5%, or the maximum rate  allowed by applicable law, whichever is less, on all overdue amounts without notification.  The Payment Due Date is the date Dow Corning expects to RECEIVE payment.

**7. FREIGHT TERMS:**
Dow Corning's standard freight terms policy is Incoterm DDU (Delivered Duty Unpaid). This Incoterm is equivalent to PREPAID AND ALLOWED, FOB DESTINATION, which is the more recognizable term within North America.

**8. TAXES:**
Any tax or other government charge now or in the future levied upon the production, sale, use or shipment of Goods ordered or sold may, at Dow Corning's option, be added to the purchase price.

**9. CONTINGENCIES**
Dow Corning will incur no liability from delay in performance, non-performance or other failure to meet any  obligation to the Buyer caused by circumstances beyond its control including but not limited to (and in respect of which any ejusdem generis interpretation shall not apply): war, fire, flood, strike, labor troubles; breakage of equipment, accident, riot, act of government authority, or Acts of God or in the inability to obtain, on terms judged reasonable by Dow Corning, raw materials (including energy source) used in connection with the Goods.  In the event information becomes available to Dow Corning or Buyer which indicates a significant increased risk of potentially adverse human or environmental effects associated with the manufacture, sale, use, or disposal of the Goods, or raw materials or intermediates which are used to manufacture the Goods, either party may terminate this Agreement without penalty or further obligation by providing written notice to the other.

**10. APPLICABLE LAW**
This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

**11. COMMENCEMENT OF SUIT**
Any action for breach of this Agreement must be commenced within two years after the cause of action has accrued.

**12. ORDERS FOR INDEFINITE DELIVERY:**
Orders with indefinite dates are accepted on the understanding that Dow Corning shall have the right to fill orders as it sees fit in the course of its manufacturing schedules and to hold the Goods for Buyer's account at Buyers expense and risk pending receipt of definite shipping instructions and, where required, of government authorization.

**13. PAYMENT DEDUCTIONS ARE NOT ALLOWED**
Payment Deductions are not allowed for any reason.  If you think a credit is due, please contact your Customer Service contact for immediate resolution.  Unauthorized deductions will be directly brought to the attention of the Buyer and may interrupt product delivery.

**14. QUANTITY VARIATIONS:**
On any individual order or release for Goods not stocked as a standard item or not packed in standard cartons or packages on which special fabrication or construction is involved, Dow Corning reserves the right to ship and invoice for a quantity of Goods which may vary up to 10% over or under the quantity specified on the individual release and the Buyer shall accept delivery and pay for the revised quantity.

**15. RETURNABLE CONTAINERS:**
Containers are not returnable unless otherwise stated.  Each container for which a deposit is charged is the property of Dow Corning and  must not be used to ship or store any other material. Such containers  must be emptied and returned  in good shape to the point of shipment, transportation charges collect, within 60 days from the date of invoice before the deposit will be refunded.

**16. RETURN OF GOODS:**
Goods sold by Dow Corning may be returned for credit within 6 months from the date of shipment of the Goods if permission for the return is granted in writing by Dow Corning per the Return Material Authorization procedure.

**17. ENTIRE AGREEMENT**
This document and the sales specifications, represent the entire agreement between Dow Corning and Buyer with respect to the sale of the Goods.  If Buyer's acceptance contains additions or modifications, then this offer shall be void unless the additions or modifications are accepted in writing by Dow Corning.  Dow Corning's acceptance is at all times subject to the availability of stock and to Dow Corning's prices.  Due consideration will be given to any request of Buyer for  modification, cancellation or release against an order, but orders cannot subsequently be canceled except by mutual agreement.  Dow Corning's waiver of a breach by Buyer of any provision of the Agreement shall not constitute a waiver of any other breach, or a subsequent breach of the same provision for the same or any other cause, by Buyer.

**18. FAIR LABOR STANDARDS ACT**
Dow Corning hereby certifies that the Goods supplied to Buyer under this agreement were produced in compliance with the Fair Labor Standard Act as amended, and of regulations and orders of the United States Department of Labor issued under that Act.

**19. Responsible Care:**
Buyer agrees to manage its business consistent with the guiding principles of the Responsible Care Initiative of the American Chemistry Council or a similarly comprehensive health, safety and environmental program.

Invoice 1003582052

(412) 443-8000
(800) 792-2821-PA WATTS
(800) 245-1244-INTERSTATE WATTS

**S.C.A.C.**
PJXI

# PJAX
*FREIGHT SYSTEM*

PJAX
P.O. BOX 1290
GIBSONIA, PA 16044-1290

Pro No: 121797575

| DELCO ELECTRONICS 66011    55374 | DOW CORNING    42914 |
|---|---|
| 7929 S HOWELL AVE | 5300 11 MILE ROAD |
| 66011 | 615225588 |
| OAK CREEK, WI 53154 | AUBURN, MI 48611 |
| P.O. # 0550043380    DEPT.    MAMC | B/L# 8603267306 |

DELCO & ACCUSHIP    55521
1900 EXETER ROAD
GERMANTOWN, TN 38138

SPECIAL INSTRUCTIONS

| TN# | DATE | ORIGINATION TERM | DESTINATION TERM |
|---|---|---|---|
| | 10/07/05 | SAG | CHI |

| TRANSFERRED TO | S.C.A.C | INTERCHANGE PT. | TRANSFERRED FROM | S.C.A.C. | I/L PRO# & DATE | PJAX REV | INTERLINE |
|---|---|---|---|---|---|---|---|

| PIECES | HM | DESCRIPTION | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| | | 1    Handling units | | | |
| 1. | | PLT STC ADHESIVE NOI 004620 SUB 5 | 61 | MIN | |
| | | MATERIAL MUST BE KEPT REFRIGERATED | | | |
| | | STORE BETWEEN -40C - 5C | | | |
| | | ATTN: GOODS RECEIPT | | | |
| | | PLANT DA64 | | | |
| | | 10 Percent Fuel Surcharge Applied. | | | |
| 1 | | <------ T o t a l s ------> | 61 | PLT | 1 COLL |

**DELIVERY RECEIPT**

| DRIVER SIGNATURE | RECEIVED IN GOOD CONDITION AS NOTED CUSTOMER NAME | TOTAL PCS. |
|---|---|---|
| DATE    TIME IN    TIME OUT | CUSTOMER SIGNATURE  J. &m Baumgartner | 1 |