EUGENE A. DI MONTE
CHESTER A. LIZAK
ALAN L. STEFANIAK
LINSCOTT R. HANSON
RICCARDO A. DI MONTE
DAVID T. ARENA
ABRAHAM E. BRUSTEIN
ROBERT S. MINETZ

ROBERT S. CLEMENTI
1925 - 2004

**DI MONTE & LIZAK, LLC**
ATTORNEYS AT LAW
216 West Higgins Road
Park Ridge, Illinois 60068-5736
(847) 698-9600
FAX (847) 698-9624
lgoldberg@dimonteandlizak.com

RICHARD W. LAUBENSTEIN
JEFFREY S. MC DONALD
PAUL A. GRECO*
MARGHERITA M. ALBARELLO
JULIA E. JENSEN
JANE KAMINSKI SIMERS
CHRISTOPHER B. LEGA
C. SARAH LAPPIN
FRANK J. FERRARO
IRA P. GOLDBERG
JEREMY A. DAMITIO

*Also admitted in New York
and New Jersey

WRITER'S EXT. 250

October 14, 2005

**Via Facsimile & Federal Express**

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Fax: 248-813-2670

Delphi Energy & Chassis Rochester
1000 Lexington Avenue
Rochester, NY 14606
Attn: Mr. Ray Vallerio
Fax: 585-647-4625

Kayalyn A. Marafioti, Partner
Thomas J. Matz, Counsel
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Fax: 212-735-2000

John Wm. Butler Jr., Partner
John K. Lyons, Partner
Ron E. Meisler, Associate
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Fax: 312-407-0411

RECEIVED
OCT 1 7 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

**Re:    In re Delphi Corporation et al. – Case No. 05-44481 et al.
Reclamation Claim of Scientific Tube, Inc.**

Dear Sir or Madam:

This law firm is counsel to Scientific Tube, Inc. ("STI"). Pursuant to Section 2-702 of the Uniform Commercial Code and 11 U.S.C. §546(c), you are hereby notified that STI reclaims all goods of any kind or character provided by STI and received by Delphi Corporation or its affiliates (inclusive of Delphi Energy & Chassis Rochester) within the time period permitted for such reclamation, including but not limited to those goods described in the invoices attached hereto as Exhibit A and incorporated herein by reference (collectively, "the STI Goods"). The amount due and owing on the sale of the goods described in the invoices attached as Exhibit A is approximately $114,740.33, plus applicable interest and costs.

STI demands immediate return of the STI Goods to STI at the address from which such goods were shipped as stated on the invoices attached as Exhibit A. You are instructed to

Delphi Corporation, et al.
October 14, 2005
Page 2

immediately inventory the STI Goods and keep the STI Goods segregated from all other inventory, machinery and equipment. The STI Goods shall not be used, sold, encumbered or transferred to any other party.

STI reserves the right to supplement this Reclamation Notice or to file additional reclamation notices or claims. Further, STI hereby expressly reserves every right, power, remedy, claim and defense now or hereinafter existing. This notice is not intended and shall not be construed as an election of a remedy, a waiver of any defaults, or a waiver or limitation of any rights of STI.

If you have any questions with respect to this matter, please feel free to contact the undersigned.

Sincerely yours,

Ira P. Goldberg

IPG:ff

Enclosures

CC Via Federal Express
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

CC Via Federal Express
Scientific Tube Inc.
770 Tollgate Road
Elgin, IL 60123
Attn: Ms. Janet Griesenauer
          Mr. Gerald Brunken

## Receiving Advice

### Shipment Details

Shipment Identification Number: 18613     Ship to Plant Code: E401

Delphi ASN Process Date: 2005-10-06

Goods Receipt Number: 0185043501     Goods Receipt Date: 2005-10-06

### Part Details

| Part #: | ASN Qty: | Received Qty: | Short / Over Shipped: |
|---------|----------|---------------|-----------------------|
| 25344132 | 1600.000 | 1600.000 | |

EXHIBIT

A

# Scientific Tube, Inc.

770 Tollgate Road
Elgin Il. 60123-9369
847/931-0299   FAX 847/931-0298

# Invoice

Number:   **18613**

Date:   **October 05, 2005**

**Bill To:**

Delphi (25344132)
Rochester Operations
P.O. Box 92700
Rochester, NY 14692-8800

**Ship To:**

Delphi E & C Rochester
Dock E401
1000 Lexington Ave
Rochester, NY 14606

| PO Number | Terms | SLS Rep | Our Job# | Via | Ship Date |
|---|---|---|---|---|---|
| 0550053223 | 2nd day 2nd month | BP | 7795 | PLOG | 10/5/05 |

| Part# | U/M | Description | Quan. | Unit Price | Amount |
|---|---|---|---|---|---|
| 25344132 | PC | Trapezoidal S.S. Tube 302.3MM (11.902") S30403 | 1,600.00 | 1.017 | 1,627.20 |
| SURCHARGE | LB | Surcharge  S30403            (net wt) | 0.00 | 0.5518 | 0.00 |

Partial
730 #
1 Pallet(s): 32 Totes @ 50 Pcs Ea

KANBAN#: 006
SUPPLIER DUNS: 055428247
REVISION CODE: R011B 20 OCT 03

| | Total | **$1,627.20** |
|---|---|---|

·c/o  13/0.78

Thank you for your business!



## Receiving Advice

### Shipment Details

| | |
|---|---|
| Shipment Identification Number: 18609 | Ship to Plant Code: E401 |
| Delphi ASN Process Date: 2005-10-04 | |
| Goods Receipt Number: 0185040342 | Goods Receipt Date: 2005-10-05 |

### Part Details

| Part #: | ASN Qty: | Received Qty: | Short / Over Shipped: |
|---|---|---|---|
| 25344132 | 3200.000 | 3200.000 | - |

# Scientific Tube, Inc.

770 Tollgate Road
Elgin  IL  60123-9369
847/931-0299  FAX 847/931-0298

# Invoice

Number   **18609**

Date   **October 04, 2005**

**Bill To:**

Delphi (25344132)
Rochester Operations
P.O. Box 92700
Rochester, NY 14692-8800

**Ship To:**

Delphi E & C Rochester
Dock E401
1000 Lexington Ave
Rochester, NY 14606

| PO Number | Terms | SLS Rep | Our Job# | Via | Ship Date |
|---|---|---|---|---|---|
| 0550053223 | 2nd day 2nd month | BP | 7795 | TFCH | 10/04/05 |

| Part# | U/M | Description | Quan. | Unit Price | Amount |
|---|---|---|---|---|---|
| 25344132 | PC | Trapezoidal S.S. Tube 302 3MM (11.902") S30403 | 3,200.00 | 1.017 | 3,254.40 |
| SURCHARGE | LB | Surcharge  S30403          (net wt) | 0.00 | 0.5518 | 0.00 |

Partial
1460 #
2 Pallet(s): 64 Totes @ 50 Pcs

*expedited Shipment for Delphi 10/4/05*

KANBAN#: 002, 003
SUPPLIER DUNS: 055428247
REVISION CODE: R011B 20 OCT 03

| | Total | **$3,254.40** |
|---|---|---|

*B/o 2621.*

*3½%*

## Receiving Advice

| Shipment Details | |
|---|---|
| **Shipment Identification Number:** 18589 | **Ship to Plant Code:** E401 |
| **Delphi ASN Process Date:** 2005-09-30 | |
| **Goods Receipt Number:** 0185020501 | **Goods Receipt Date:** 2005-10-04 |

| Part Details | | | |
|---|---|---|---|
| Part #: | ASN Qty: | Received Qty: | Short / Over Shipped: |
| 25344132 | 831.000 | 831.000 | - |

# Scientific Tube, Inc.

770 Tollgate Road
Elgin IL 60123-9369
847/931-0299  FAX 847/931-0298

# Invoice

Number: **18589** ✓

Date: **September 30, 2005**

**Bill To:**

Delphi (25344132)
Rochester Operations
P.O. Box 92700
Rochester, NY 14692-8800

**Ship To:**

Delphi E & C Rochester
Dock E401
1000 Lexington Ave
Rochester, NY 14606

| PO Number | Terms | SLS Rep | Our Job# | Via | Ship Date |
|---|---|---|---|---|---|
| 0550053223 | 2nd day 2nd month | BP | 7795 | PLOG | 09/30/05 |

| Part# | U/M | Description | Quan. | Unit Price | Amount |
|---|---|---|---|---|---|
| 25344132 | PC | Trapezoidal S S Tube 302 3MM (11.902") S30403 | 831.00 | 1.017 | 845.13 |
| SURCHARGE | LB | Surcharge  S30403          (net wt) | 0.00 | 0.529 | 0.00 |

Partial
379 #
1 Pallet(s): 17 Totes

KANBAN#: 007
SUPPLIER DUNS: 055428247
REVISION CODE: R011B 20 OCT 03

| | Total | **$845.13** |
|---|---|---|

c/o 687.57

3½

Thank you for your business!

824'

Ø74

## Receiving Advice

### Shipment Details

Shipment Identification Number: 18568                   Ship to Plant Code: E401

Delphi ASN Process Date: 2005-09-27

Goods Receipt Number: 0184779285                   Goods Receipt Date: 2005-09-29

### Part Details

| Part #: | ASN Qty: | Received Qty: | Short / Over Shipped: |
|---------|----------|---------------|-----------------------|
| 25344132 | 3200.000 | 3200.000 | - |

# Scientific Tube, Inc.

770 Tollgate Road
Elgin IL 60123-9369
847/931-0299   FAX 847/931-0298

# Invoice

Number:    **18568**

Date:    **September 27, 2005**

**Bill To:**

Delphi (25344132)
Rochester Operations
P.O. Box 92700
Rochester, NY 14692-8800

**Ship To:**

Delphi E & C Rochester
Dock E401
1000 Lexington Ave
Rochester, NY 14606

| PO Number | Terms | SLS Rep | Our Job# | Via | Ship Date |
|---|---|---|---|---|---|
| 0550053223 | 2nd day 2nd month | BP | 7795 | PLOG | 09/27/05 |

| Part# | U/M | Description | Quan. | Unit Price | Amount |
|---|---|---|---|---|---|
| 25344132 | PC | Trapezoidal S S Tube 302.3MM (11.902") S30403 | 3,200.00 | 1 017 | 3,254 40 |
| SURCHARGE | LB | Surcharge   S30403          (net wt) | 0 00 | 0 529 | 0 00 |

Partial
1480 #
2 Pallet(s): 64 Totes @ 50 Pcs. Ea.

KANBAN#: 001, 003
SUPPLIER DUNS: 055428247
REVISION CODE: R011B 20 OCT 03

| | | | | Total | **$3,254.40** |
|---|---|---|---|---|---|

4 = 2647.70

3½%

Thank you for your business!

## Receiving Advice

| Shipment Details | |
|---|---|
| Shipment Identification Number: 18598 | Ship to Plant Code: E401 |
| Delphi ASN Process Date: 2005-10-03 | |
| Goods Receipt Number: 0185028575 | Goods Receipt Date: 2005-10-05 |

| Part Details | | | |
|---|---|---|---|
| Part #: | ASN Qty: | Received Qty: | Short / Over Shipped: |
| 25361415 | 1800.000 | 1800.000 | - |

# Scientific Tube, Inc.

770 Tollgate Road
Elgin IL 60123-9369
847/931-0299   FAX 847/931-0298

# ✓ Invoice

Number   **18598**

Date:   **October 03, 2005**

**Bill To:**

Delphi  (25361415)
Rochester Operations
P.O. Box 92700
Rochester, NY 14692-8800

**Ship To:**

Delphi E&C Rochester
Dock E401
1000 Lexington Ave
Rochester, NY 14606

| PO Number | Terms | SLS Rep | Our Job# | Via | Ship Date |
|---|---|---|---|---|---|
| 0550053188 | 2nd day 2nd month | BP | 7805 | PLOG | 10/03/05 |

| Part# | U/M | Description | Quan. | Unit Price | Amount |
|---|---|---|---|---|---|
| 25361415 | PC | Trapezoidal S S Tube 312.0MM (12.283") S30403 | 1,800.00 | 1.095 | 1,971.00 |
| SURCHARGE | LB | Surcharge  S30403          (net wt) | 0.00 | 0.5518 | 0.00 |

Partial
721 #
1 Ro-Pak(s)

KANBAN# : 002
SUPPLIER DUNS:055426247
REVISION CODE: R011B 20 OCT 03

| | | | | Total | $1,971.00 |
|---|---|---|---|---|---|

c/o   # 1618.97

3 1/290

Thank you for your business!

1847'    

## Receiving Advice

### Shipment Details

Shipment Identification Number: 18586            Ship to Plant Code: E401

Delphi ASN Process Date: 2005-09-30

Goods Receipt Number: 0185020406            Goods Receipt Date: 2005-10-04

### Part Details

| Part #: | ASN Qty: | Received Qty: | Short / Over Shipped: |
|---------|----------|---------------|------------------------|
| 25361415 | 1800.000 | 1800.000 | - |

# Scientific Tube, Inc.

770 Tollgate Road
Elgin IL 60123-9369
847/931-0299  FAX 847/931-0298

# Invoice

Number:  **18586**  √

Date:  **September 30, 2005**

**Bill To:**

Delphi (25361415)
Rochester Operations
P.O. Box 92700
Rochester, NY 14692-8800

**Ship To:**

Delphi E&C Rochester
Dock E401
1000 Lexington Ave
Rochester, NY 14606

| PO Number | Terms | SLS Rep | Our Job# | Via | Ship Date |
|---|---|---|---|---|---|
| 0550053188 | 2nd day 2nd month | BP | 7805 | PLOG | 9/30/05 |

| Part# | U/M | Description | Quan. | Unit Price | Amount |
|---|---|---|---|---|---|
| 25361415 | PC | Trapezoidal S.S. Tube 312.0MM (12.283") S30403 | 1,800.00 | 1.095 | 1,971.00 |
| SURCHARGE | LB | Surcharge  S30403        (net wt) | 0.00 | 0.529 | 0.00 |

Partial
721 #
1 Ro-Pak(s)

KANBAN# : 001
SUPPLIER DUNS:055428247
REVISION CODE: R011B 20 OCT 03

|  |  |  | **Total** | **$1,971.00** |
|---|---|---|---|---|

c/o 16/8.97

3 1/2 90

Thank you for your business!

1947'



## Receiving Advice

| Shipment Details |
| --- |

Shipment Identification Number: 18575        Ship to Plant Code: E401

Delphi ASN Process Date: 2005-09-28

Goods Receipt Number: 0185005207        Goods Receipt Date: 2005-09-30

| Part Details | | | |
| --- | --- | --- | --- |
| Part #: | ASN Qty: | Received Qty: | Short / Over Shipped: |
| 25361415 | 5400.000 | 5400.000 | - |

# Scientific Tube, Inc.

770 Tollgate Road
Elgin IL 60123-9369
847/931-0299  FAX 847/931-0298

# Invoice

Number **18575**

Date **September 28, 2005**

**Bill To:**

Delphi (25361415)
Rochester Operations
P.O. Box 92700
Rochester, NY 14692-8800

**Ship To:**

Delphi E&C Rochester
Dock E401
1000 Lexington Ave
Rochester, NY 14606

| PO Number | Terms | SLS Rep | Our Job# | Via | Ship Date |
|---|---|---|---|---|---|
| 0550053188 | 2nd day 2nd month | BP | 7805 | PLOG | 09/28/05 |

| Part# | U/M | Description | Quan. | Unit Price | Amount |
|---|---|---|---|---|---|
| 25361415 | PC | Trapezoidal S S Tube 312.0MM (12.283") S30403 | 5,400 00 | 1 095 | 5,913 0 |
| SURCHARGE | LB | Surcharge  S30403          (net wt) | 0 00 | 0 529 | 0 0 |

Partial
2163 #
3 Ro-Pak(s)

KANBAN# : 004, 005, 006
SUPPLIER DUNS:055428247
REVISION CODE: R011B 20 OCT 03

| | | | | Total | $5,913.0 |
|---|---|---|---|---|---|

4c 485691

3½%

Thank you for your business!

5527

07

## Receiving Advice

### Shipment Details

Shipment Identification Number: 18614

Delphi ASN Process Date: 2005-10-06

Goods Receipt Number: 0185043667

Ship to Plant Code: E401

Goods Receipt Date: 2005-10-06

### Part Details

| Part #: | ASN Qty: | Received Qty: | Short / Over Shipped: |
|---------|----------|---------------|------------------------|
| 25361410 | 1800.000 | 1800.000 | - |

# Scientific Tube, Inc.

770 Tollgate Road
Elgin IL 60123-9369
847/931-0299   FAX 847/931-0298

# Invoice

Number:   **18614**

Date:   **October 05, 2005**

**Bill To:**

Delphi (25361410)
Rochester Operations
P.O. Box 92700
Rochester, NY 14692-8800

**Ship To:**

Delphi E & C Rochester
Dock E401
1000 Lexington Ave
Rochester, NY 14606

| PO Number | Terms | SLS Rep | Our Job# | Via | Ship Date |
|---|---|---|---|---|---|
| 0550053187 | 2nd day 2nd month | BP | 7804 | PLOG | 10/5/05 |

| Part# | U/M | Description | Quan. | Unit Price | Amount |
|---|---|---|---|---|---|
| 25361410 | PC | Trapezoidal S.S. Tube 317.1MM (12.484") S30403 | 1,800.00 | 1.105 | 1,989.00 |
| SURCHARGE | LB | Surcharge   S30403        (net wt) | 0.00 | 0.5518 | 0.00 |

PARTIAL
732 #
1 Ro-Pak(s)

KANBAN#: 001
SUPPLIER CODE: 055428247
REVISION CODE:R011B 20 OCT 03

|  |  | **Total** | **$1,989.00** |
|---|---|---|---|

c/o 16(5.74)

Thank you for your business!

1873



## Receiving Advice

| Shipment Details | |
|---|---|
| Shipment Identification Number: 18585 | Ship to Plant Code: E401 |
| Delphi ASN Process Date: 2005-09-30 | |
| Goods Receipt Number: 0185020405 | Goods Receipt Date: 2005-10-04 |

| Part Details | | | |
|---|---|---|---|
| Part #: | ASN Qty: | Received Qty: | Short / Over Shipped: |
| 25361410 | 1800.000 | 1800.000 | |

# Scientific Tube, Inc.

770 Tollgate Road
Elgin IL 60123-9369 .
847/931-0299   FAX 847/931-0298

# Invoice

Number·  **18585**

Date·  **September 30, 2005**

**Bill To:**

Delphi (25361410)
Rochester Operations
P.O. Box 92700
Rochester, NY 14692-8800

**Ship To:**

Delphi E & C Rochester
Dock E401
1000 Lexington Ave
Rochester, NY 14606

| PO Number | Terms | SLS Rep | Our Job# | Via | Ship Date |
|---|---|---|---|---|---|
| 0550053187 | 2nd day 2nd month | BP | 7804 | PLOG | 9/30/05 |

| Part# | U/M | Description | Quan. | Unit Price | Amount |
|---|---|---|---|---|---|
| 25361410 | PC | Trapezoidal S S  Tube 317.1MM (12 484") S30403 | 1,800 00 | 1 105 | 1,989 00 |
| SURCHARGE | LB | Surcharge  S30403       (net wt) | 0.00 | 0 529 | 0 00 |

PARTIAL
732 #
1 Ro-Pak(s)

KANBAN#: 005
SUPPLIER CODE: 055428247
REVISION CODE:R011B 20 OCT 03

| | Total | $1,989.00 |
|---|---|---|

c/o  1631.16

3 1/290

Thank you for your business!

1873'



## Receiving Advice

### Shipment Details

| | |
|---|---|
| Shipment Identification Number: 18574 | Ship to Plant Code: E401 |
| Delphi ASN Process Date: 2005-09-28 | |
| Goods Receipt Number: 0185005205 | Goods Receipt Date: 2005-09-30 |

### Part Details

| Part #: | ASN Qty: | Received Qty: | Short / Over Shipped: |
|---|---|---|---|
| 25361410 | 5400.000 | 5400.000 | - |

# Scientific Tube, Inc.

770 Tollgate Road
Elgin IL 60123-9369
847/931-0299   FAX 847/931-0298

# ✓ Invoice

Number   **18574**

Date   **September 28, 2005**

**Bill To:**

Delphi  (25361410)
Rochester Operations
P.O. Box 92700
Rochester, NY 14692-8800

**Ship To:**

Delphi E & C Rochester
Dock E401
1000 Lexington Ave
Rochester, NY 14606

| PO Number | Terms | SLS Rep | Our Job# | Via | Ship Date |
|---|---|---|---|---|---|
| 0550053187 | 2nd day 2nd month | BP | 7804 | PLOG | 09/28/05 |

| Part# | U/M | Description | Quan. | Unit Price | Amount |
|---|---|---|---|---|---|
| 25361410 | PC | Trapezoidal S.S. Tube 317.1MM (12.484") S30403 | 5,400.00 | 1.105 | 5,967.00 |
| SURCHARGE | LB | Surcharge  S30403          (net wt) | 0.00 | 0.529 | 0.00 |

**PARTIAL**
**2197 #**
**3 Ro-Pak(s)**

KANBAN#: 004, 006, 007
SUPPLIER CODE: 055428247
REVISION CODE: R011B 20 OCT 03

| | Total | **$5,967.0** |
|---|---|---|

c/o  489349

3½ %

Thank you for your business!

5618

074

## Receiving Advice

### Shipment Details

| | |
|---|---|
| **Shipment Identification Number:** 18562 | **Ship to Plant Code:** E401 |
| **Delphi ASN Process Date:** 2005-09-26 | |
| **Goods Receipt Number:** 0184771762 | **Goods Receipt Date:** 2005-09-28 |

### Part Details

| Part #: | ASN Qty: | Received Qty: | Short / Over Shipped: |
|---------|----------|---------------|-----------------------|
| 25361410 | 1800.000 | 1800.000 | - |

# Scientific Tube, Inc.

770 Tollgate Road
Elgin IL 60123-9369
847/931-0299  FAX 847/931-0298

# Invoice

Number: **18562**

Date: **September 26, 2005**

**Bill To:**

Delphi (25361410)
Rochester Operations
P.O. Box 92700
Rochester, NY 14692-8800

**Ship To:**

Delphi E & C Rochester
Dock E401
1000 Lexington Ave
Rochester, NY 14606

| PO Number | Terms | SLS Rep | Our Job# | Via | Ship Date |
|---|---|---|---|---|---|
| 0550053187 | 2nd day 2nd month | BP | 7804 | PLOG | 09/26/05 |

| Part# | U/M | Description | Quan. | Unit Price | Amou |
|---|---|---|---|---|---|
| 25361410 | PC | Trapezoidal S.S Tube 317.1MM (12.484") S30403 | 1,800.00 | 1.105 | 1,989 |
| SURCHARGE | LB | Surcharge  S30403  (net wt) | 0.00 | 0.529 | 0 |

PARTIAL
732 #
1 Ro-Pak(s)

KANBAN#: 002
SUPPLIER CODE: 055428247
REVISION CODE:R011B 20 OCT 03

| | | | | Total | $1,989. |
|---|---|---|---|---|---|

c/o 1631.16

3½%

Thank you for your business!

1893'

## Receiving Advice

### Shipment Details

Shipment Identification Number: 18588

Ship to Plant Code: E401

Delphi ASN Process Date: 2005-09-30

Goods Receipt Number: 0185020403

Goods Receipt Date: 2005-10-04

### Part Details

| Part #: | ASN Qty: | Received Qty: | Short / Over Shipped: |
|---------|----------|---------------|------------------------|
| 25324889 | 3600.000 | 3600.000 | - |

# Scientific Tube, Inc.

770 Tollgate Road
Elgin IL 60123-9369
847/931-0299 FAX 847/931-0298

# Invoice

Number: **18588**

Date: **September 30, 2005**

**Bill To:**

Delphi (25324889)
Rochester Operations
P.O. Box 92700
Rochester, NY 14692-8800

**Ship To:**

Delphi E&C Rochester
Dock E40188
1000 Lexington Ave.
Rochester, NY 14606

| PO Number | Terms | SLS Rep | Our Job# | Via | Ship Date |
|---|---|---|---|---|---|
| 0550005286 | 2nd day 2nd month | BP | 7160 | PLOG | 09/30/05 |

| Part# | U/M | Description | Quan. | Unit Price | Amount |
|---|---|---|---|---|---|
| | | | | | 40.0° |
| 25324889 | EA | 5/8 x 1 x .035 x 596MM (23.464") S30403 CONDUIT/FUEL RAIL | 3,600.00 | 1.8444 7 | 6,639.84 |
| SURCHARGE | LB | Surcharge  S30403          (net wt) | 0.00 | 0.529 | 0.00 |

Partial
3105 #
3 Pallet(s): 90 Totes @ 40 Pcs. Ea.

KANBAN #: 002, 007, 010
SUPPLIER CODE#:055428247
REVISION CODE:R015B 21 AUG01

| | |
|---|---|
| | 40.0° |
| **Total** | **$6,639.84** |

¢/o  5237.08

3/2/

Thank you for your business!

07Y

## Receiving Advice

### Shipment Details

| | |
|---|---|
| Shipment Identification Number: 18582 | Ship to Plant Code: E401 |
| Delphi ASN Process Date: 2005-09-29 | |
| Goods Receipt Number: 0185012586 | Goods Receipt Date: 2005-10-03 |

### Part Details

| Part #: | ASN Qty: | Received Qty: | Short / Over Shipped: |
|---|---|---|---|
| 25324889 | 2400.000 | 2400.000 | - |

# Scientific Tube, Inc.

770 Tollgate Road
Elgin IL 60123-9369
847/931-0299  FAX 847/931-0298

# Invoice

Number  **18582**

Date  **September 29, 2005**

**Bill To:**

Delphi  (25324889)
Rochester Operations
P.O. Box 92700
Rochester, NY 14692-8800

**Ship To:**

Delphi E&C Rochester
Dock E40188
1000 Lexington Ave.
Rochester, NY 14606

| PO Number | Terms | SLS Rep | Our Job# | Via | Ship Date |
|---|---|---|---|---|---|
| 0550005286 | 2nd day 2nd month | BP | 7160 | PLOG | 09/29/05 |

| Part# | U/M | Description | Quan. | Unit Price | Amount |
|---|---|---|---|---|---|
| 25324889 | EA | 5/8 x 1 x .035 x 596MM (23.464") S30403 CONDUIT/FUEL RAIL | 2,400 00 | 1 8444 | 4,426.56 |
| SURCHARGE | LB | Surcharge   S30403          (net wt) | 0 00 | 0 529 | 0 00 |

Partial
2070 #
2 Pallet(s): 60 Totes @ 40 Pcs. Ea.

**KANBAN #: 014, 001**
**SUPPLIER CODE#:055428247**
**REVISION CODE:R015B 21 AUG01**

| | | | | Total | **$4,426.56** |
|---|---|---|---|---|---|

73

3492.05

3%

O7Y

Thank you for your business!

## Receiving Advice

### Shipment Details

| | |
|---|---|
| Shipment Identification Number: 18576 | Ship to Plant Code: E401 |
| Delphi ASN Process Date: 2005-09-28 | |
| Goods Receipt Number: 0185005206 | Goods Receipt Date: 2005-09-30 |

### Part Details

| Part #: | ASN Qty: | Received Qty: | Short / Over Shipped: |
|---|---|---|---|
| 25324889 | 2400.000 | 2400.000 | - |

# Scientific Tube, Inc.

770 Tollgate Road
Elgin IL 60123-9369
847/931-0299  FAX 847/931-0298

# √ Invoice

Number: **18576**

Date: **September 28, 2005**

**Bill To:**

Delphi  (25324889)
Rochester Operations
P.O. Box 92700
Rochester, NY 14692-8800

**Ship To:**

Delphi E&C Rochester
Dock E40188
1000 Lexington Ave.
Rochester, NY 14606

| PO Number | Terms | SLS Rep | Our Job# | Via | Ship Date |
|---|---|---|---|---|---|
| 0550005286 | 2nd day 2nd month | BP | 7160 | PLOG | 09/28/05 |

| Part# | U/M | Description | Quan. | Unit Price | Amount |
|---|---|---|---|---|---|
| 25324889 | EA | 5/8 x 1 x .035 x 596MM (23.464") S30403 CONDUIT/FUEL RAIL | 2,400 00 | 1.8444 | 4,426 55 |
| SURCHARGE | LB | Surcharge  S30403          (net wt) | 0 00 | 0.529 | 0.00 |

Partial
2070 #
2 Pallet(s): 60 Totes @ 40 Pcs. Ea.

KANBAN #: 009, 003
SUPPLIER CODE#:055428247
REVISION CODE:R015B 21 AUG01

| | Total | $4,426.55 |
|---|---|---|

c/c  3492.05

3½ %

Thank you for your business!

46.93

## Receiving Advice

### Shipment Details

Shipment Identification Number: 18565          Ship to Plant Code: E401

Delphi ASN Process Date: 2005-09-27

Goods Receipt Number: 0184779284              Goods Receipt Date: 2005-09-29

### Part Details

| Part #: | ASN Qty: | Received Qty: | Short / Over Shipped: |
|---------|----------|---------------|-----------------------|
| 25324889 | 2400.000 | 2400.000 | . |

# Scientific Tube, Inc.

770 Tollgate Road
Elgin IL 60123-9369
847/931-0299   FAX 847/931-0298

# Invoice

Number   **18565**

Date:   **September 27, 2005**

**Bill To:**

Delphi (25324889)
Rochester Operations
P.O. Box 92700
Rochester, NY 14692-8800

**Ship To:**

Delphi E&C Rochester
Dock E40188
1000 Lexington Ave.
Rochester, NY 14606

| PO Number | Terms | SLS Rep | Our Job# | Via | Ship Date |
|---|---|---|---|---|---|
| 0550005286 | 2nd day 2nd month | BP | 7160 | PLOG | 09/27/05 |

| Part# | U/M | Description | Quan. | Unit Price | Amount |
|---|---|---|---|---|---|
| 25324889 | EA | 5/8 x 1 x .035 x 596MM (23.464") S30403 CONDUIT/FUEL RAIL | 2,400.00 | 1.8444 | 4,426.56 |
| SURCHARGE | LB | Surcharge   S30403          (net wt) | 0.00 | 0.529 | 0.00 |

Partial
2070 #
2 Pallet(s): 60 Totes @ 40 Pcs. Ea.

KANBAN #: 013, 008
SUPPLIER CODE#:055428247
REVISION CODE:R015B 21 AUG01

| | | | | Total | $4,426.56 |
|---|---|---|---|---|---|

c/o  3493 05

3/2%

Thank you for your business!

Hi. 93

07

## Receiving Advice

### Shipment Details

**Shipment Identification Number:** 18564      **Ship to Plant Code:** E401

**Delphi ASN Process Date:** 2005-09-26

**Goods Receipt Number:** 0184771761      **Goods Receipt Date:** 2005-09-28

### Part Details

| Part #: | ASN Qty: | Received Qty: | Short / Over Shipped: |
|---------|----------|---------------|-----------------------|
| 25324889 | 2400.000 | 2400.000 | -- |

# Scientific Tube, Inc.

770 Tollgate Road
Elgin IL 60123-9369
847/931-0299   FAX 847/931-0298

# Invoice

Number   **18564**

Date   **September 26, 2005**

**Bill To:**

Delphi (25324889)
Rochester Operations
P.O. Box 92700
Rochester, NY 14692-8800

**Ship To:**

Delphi E&C Rochester
Dock E40186
1000 Lexington Ave.
Rochester, NY 14606

| PO Number | Terms | SLS Rep | Our Job# | Via | Ship Date |
|---|---|---|---|---|---|
| 0550005286 | 2nd day 2nd month | BP | 7160 | PLOG | 09/26/05 |

| Part# | U/M | Description | Quan. | Unit Price | Amou |
|---|---|---|---|---|---|
| 25324889 | EA | 5/8 x 1 x .035 x 596MM (23.464") S30403 CONDUIT/FUEL RAIL | 2,400.00 | 1.8444 | 4,426.5 |
| SURCHARGE | LB | Surcharge   S30403   (net wt) | 0.00 | 0.529 | 0.0 |

Partial
2070 #
2 Pallet(s): 60 Totes @ 40 Pcs. Ea.

KANBAN #: 007, 010
SUPPLIER CODE#:055428247
REVISION CODE:R015B 21 AUG01

| | | | | Total | $4,426.5 |
|---|---|---|---|---|---|

c/o 349265

3/2/

4693'

07;

Thank you for your business!

## Receiving Advice

### Shipment Details

| | |
|---|---|
| **Shipment Identification Number:** 18600 | **Ship to Plant Code:** E401 |
| **Delphi ASN Process Date:** 2005-10-03 | |
| **Goods Receipt Number:** 0185028572 | **Goods Receipt Date:** 2005-10-05 |

### Part Details

| Part #: | ASN Qty: | Received Qty: | Short / Over Shipped: |
|---|---|---|---|
| 25324889 | 4800.000 | 4800.000 | - |

# Scientific Tube, Inc.

770 Tollgate Road
Elgin IL 60123-9369
847/931-0299   FAX 847/931-0298

# ✓ Invoice

Number: **18600**

Date: **October 03, 2005**

**Bill To:**

Delphi  (25324889)
Rochester Operations
P.O. Box 92700
Rochester, NY 14692-8800

**Ship To:**

Delphi E&C Rochester
Dock E40188
1000 Lexington Ave.
Rochester, NY 14606

| PO Number | Terms | SLS Rep | Our Job# | Via | Ship Date |
|---|---|---|---|---|---|
| 0550005286 | 2nd day 2nd month | BP | 7160 | PLOG | 10/03/05 |

| Part# | U/M | Description | Quan. | Unit Price | Amount |
|---|---|---|---|---|---|
| 25324889 | EA | 5/8 x 1 x .035 x 596MM (23.464") S30403 CONDUIT/FUEL RAIL | 4,800.00 | 1.8444 | 8,853.12 |
| SURCHARGE | LB | Surcharge  S30403          (net wt) | 0.00 | 0.5518 | 0.00 |

Partial
4140 #
4 Pallet(s): 120 Totes @ 40 Pcs. Ea.

KANBAN #: 003, 009, 008, 013
SUPPLIER CODE#:055428247
REVISION CODE:R015B 21 AUG01

| | | | | Total | $8,853.12 |
|---|---|---|---|---|---|

C/O - 6984.

3 1/2 %

Thank you for your business!



## Receiving Advice

### Shipment Details

**Shipment Identification Number:** 18601          **Ship to Plant Code:** E401

**Delphi ASN Process Date:** 2005-10-04

**Goods Receipt Number:** 0185035881          **Goods Receipt Date:** 2005-10-06

### Part Details

| Part #: | ASN Qty: | Received Qty: | Short / Over Shipped: |
|---------|----------|---------------|------------------------|
| 25324889 | 1200.000 | 1200.000 | - |

# Scientific Tube, Inc.

770 Tollgate Road
Elgin IL 60123-9369
847/931-0299   FAX 847/931-0298

# Invoice

Number:   **18601**

Date:   **October 04, 2005**

**Bill To:**

Delphi  (25324889)
Rochester Operations
P.O. Box 92700
Rochester, NY 14692-8800

**Ship To:**

Delphi E&C Rochester
Dock E40188
1000 Lexington Ave.
Rochester, NY 14606

| PO Number | Terms | SLS Rep | Our Job# | Via | Ship Date |
|---|---|---|---|---|---|
| 0550005286 | 2nd day 2nd month | BP | 7160 | PLOG | 10/4/05 |

| Part# | U/M | Description | Quan. | Unit Price | Amount |
|---|---|---|---|---|---|
| 25324889 | EA | 5/8 x 1 x .035 x 596MM (23.464") S30403 CONDUIT/FUEL RAIL | 1,200.00 | 1.8444 | 2,213.28 |
| SURCHARGE | LB | Surcharge   S30403          (net wt) | 0.00 | 0.5518 | 0.00 |

Partial
1035 #
1 Pallet(s): 30 Totes @ 40 Pcs. Ea.

**KANBAN #: 001**
**SUPPLIER CODE#:055428247**
**REVISION CODE:R015B 21 AUG01**

| | | Total | $2,213.28 |
|---|---|---|---|

C/O 1725.88

3/2 90

Thank you for your business!



## Receiving Advice

### Shipment Details

| | |
|---|---|
| Shipment Identification Number: 18561 | Ship to Plant Code: E401 |
| Delphi ASN Process Date: 2005-09-26 | |
| Goods Receipt Number: 0184771763 | Goods Receipt Date: 2005-09-28 |

### Part Details

| Part #: | ASN Qty: | Received Qty: | Short / Over Shipped: |
|---|---|---|---|
| 25330185 | 1200.000 | 1200.000 | - |

# Scientific Tube, Inc.

770 Tollgate Road
Elgin IL 60123-9369
847/931-0299   FAX 847/931-0298

# Invoice

Number    **18561**

Date:    **September 26, 2005**

**Bill To:**

Delphi (25330185)
Rochester Operations
P.O. Box 92700
Rochester, NY 14692-8800

**Ship To:**

Delphi E & C Rochester
Dock E401
1000 Lexington Ave.
Rochester, NY 14606

| PO Number | Terms | SLS Rep | Our Job# | Via | Ship Date |
|---|---|---|---|---|---|
| 0550015752 | 2nd day, 3rd month | BP | 7300 | PLOG | 09/26/05 |

| Part# | U/M | Description | Quan. | Unit Price | Amount |
|---|---|---|---|---|---|
| 25330185 | EA | 5/8 x 1 x .035 x 497MM (19.567") S30403 CONDUIT/FUEL RAIL | 1,200.00 | 1.30863 | 1,570.32 |
| SURCHARGE | LB | Surcharge  S30403         (net wt) | 0.00 | 0.529 | 0.00 |

Partial
893 #
1 Pallet(s): 30 Totes @ 40 Pcs. Ea.

KANBAN #: 004
SUPPLIER DUNS: 055428247
REVISION CODE: R015B 21AUG01

| | | | | Total | **$1,570.3** |
|---|---|---|---|---|---|

c/o  1180.59

3/2/

1957'

Thank you for your business!

Oct. 12. 2005  4:28PM    Scientific Molding    No. 7388    P. 10

## Receiving Advice

### Shipment Details

| | |
|---|---|
| Shipment Identification Number: 18580 | Ship to Plant Code: E401 |
| Delphi ASN Process Date: 2005-09-29 | |
| Goods Receipt Number: 0185012587 | Goods Receipt Date: 2005-10-03 |

### Part Details

| Part #: | ASN Qty: | Received Qty: | Short / Over Shipped: |
|---|---|---|---|
| 25330185 | 1200.000 | 1200.000 | - |

# Scientific Tube, Inc.

770 Tollgate Road
Elgin IL 60123-9369
847/931-0299   FAX 847/931-0298

# Invoice

Number:  **18580**

Date:  **September 29, 2005**

| Bill To: | Ship To: |
|---|---|
| Delphi  (25330185)<br>Rochester Operations<br>P.O. Box 92700<br>Rochester, NY 14692-8800 | Delphi E & C Rochester<br>Dock E401<br>1000 Lexington Ave.<br>Rochester, NY 14606 |

| PO Number | Terms | SLS Rep | Our Job# | Via | Ship Date |
|---|---|---|---|---|---|
| 0550015752 | 2nd day, 3rd month | BP | 7300 | PLOG | 09/29/05 |

| Part# | U/M | Description | Quan. | Unit Price | Amount |
|---|---|---|---|---|---|
| 25330185 | EA | 5/8 x 1 x .035 x 497MM (19.567") S30403 CONDUIT/FUEL RAIL | 1,200.00 | 1.30868 | 1,570.32 |
| SURCHARGE | LB | Surcharge   S30403          (net wt) | 0.00 | 0.529 | 0.00 |

Partial
893 #
1 Pallet(s):  30 Totes @ 40 Pcs. Ea.

KANBAN #: 006
SUPPLIER DUNS: 055428247
REVISION CODE: R015B 21AUGO1

| | Total | **$1,570.32** |
|---|---|---|

Thank you for your business!

## Receiving Advice

| Shipment Details | |
|---|---|
| Shipment Identification Number: 18587 | Ship to Plant Code: E401 |
| Delphi ASN Process Date: 2005-09-30 | |
| Goods Receipt Number: 0185020404 | Goods Receipt Date: 2005-10-04 |

### Part Details

| Part #: | ASN Qty: | Received Qty: | Short / Over Shipped: |
|---|---|---|---|
| 25330185 | 1200.000 | 1200.000 | - |

# Scientific Tube, Inc.

770 Tollgate Road
Elgin IL 60123-9369
847/931-0299  FAX 847/931-0298

# Invoice

Number:  **18587**

Date:  **September 30, 2005**

**Bill To:**

Delphi (25330185)
Rochester Operations
P.O. Box 92700
Rochester, NY 14692-8800

**Ship To:**

Delphi E & C Rochester
Dock E401
1000 Lexington Ave.
Rochester, NY 14606

| PO Number | Terms | SLS Rep | Our Job# | Via | Ship Date |
|---|---|---|---|---|---|
| 0550015752 | 2nd day, 3rd month | BP | 7300 | PLOG | 9/30/05 |

| Part# | U/M | Description | Quan. | Unit Price | Amount |
|---|---|---|---|---|---|
| 25330185 | EA | 5/8 x 1 x .035 x 497MM (19 567") S30403 CONDUIT/FUEL RAIL | 1,200.00 | 1.3086 | 1,570.32 |
| SURCHARGE | LB | Surcharge  S30403        (net wt) | 0.00 | 0.529 | 0.00 |

Partial
893 #
1 Pallet(s): 30 Totes @ 40 Pcs. Ea.

KANBAN #: 005
SUPPLIER DUNS: 055428247
REVISION CODE: R015B 21AUG01

| | Total | $1,570.32 |
|---|---|---|

c/01180.59

3 1/2 %

Thank you for your business!



## Receiving Advice

### Shipment Details

| | |
|---|---|
| **Shipment Identification Number:** 18597 | **Ship to Plant Code:** E401 |
| **Delphi ASN Process Date:** 2005-10-03 | |
| **Goods Receipt Number:** 0185028577 | **Goods Receipt Date:** 2005-10-05 |

### Part Details

| Part #: | ASN Qty: | Received Qty: | Short / Over Shipped: |
|---|---|---|---|
| 25330185 | 1200.000 | 1200.000 | - |

# Scientific Tube, Inc.

770 Tollgate Road
Elgin IL 60123-9369
847/931-0299   FAX 847/931-0298

# Invoice

Number: **18597**

Date: **October 03, 2005**

**Bill To:**

Delphi (25330185)
Rochester Operations
P.O. Box 92700
Rochester, NY 14692-8800

**Ship To:**

Delphi E & C Rochester
Dock E401
1000 Lexington Ave.
Rochester, NY 14606

| PO Number | Terms | SLS Rep | Our Job# | Via | Ship Date |
|---|---|---|---|---|---|
| 0550015752 | 2nd day, 3rd month | BP | 7300 | PLOG | 10/03/05 |

| Part# | U/M | Description | Quan. | Unit Price | Amount |
|---|---|---|---|---|---|
| 25330185 | EA | 5/8 x 1 x .035 x 497MM (19.567") S30403 CONDUIT/FUEL RAIL | 1,200.00 | 1.3086 | 1,570.32 |
| SURCHARGE | LB | Surcharge S30403          (net wt) | 0.00 | 0.5518 | 0.00 |

Partial
893 #
1 Pallet(s): 30 Totes @ 40 Pcs. Ea.

KANBAN #: 004
SUPPLIER DUNS: 055428247
REVISION CODE: R015B 21AUG01

| | Total | $1,570.32 |
|---|---|---|

C/O   1180.59

3/290

Thank you for your business!

18571



## Receiving Advice

### Shipment Details

Shipment Identification Number: 18612          Ship to Plant Code: E401

Delphi ASN Process Date: 2005-10-06

Goods Receipt Number: 0185043500          Goods Receipt Date: 2005-10-06

### Part Details

| Part #: | ASN Qty: | Received Qty: | Short / Over Shipped: |
|---------|----------|---------------|------------------------|
| 25330185 | 1200.000 | 1200.000 | |

# Scientific Tube, Inc.

770 Tollgate Road
Elgin IL 60123-9369
847/931-0299  FAX 847/931-0298

# Invoice

Number:  **18612**

Date:  **October 05, 2005**

**Bill To:**

Delphi  (25330185)
Rochester Operations
P.O. Box 92700
Rochester, NY 14692-8800

**Ship To:**

Delphi E & C Rochester
Dock E401
1000 Lexington Ave.
Rochester, NY 14606

| PO Number | Terms | SLS Rep | Our Job# | Via | Ship Date |
|---|---|---|---|---|---|
| 0550015752 | 2nd day, 3rd month | BP | 7300 | PLOG | 10/5/05 |

| Part# | U/M | Description | Quan. | Unit Price | Amount |
|---|---|---|---|---|---|
| | | | | | 30 |
| 25330185 | EA | 5/8 x 1 x .035 x 497MM (19.567") S30403 CONDUIT/FUEL RAIL | 1,200.00 | 1.3086 B | 1,570.32 |
| SURCHARGE | LB | Surcharge  S30403          (net wt) | 0.00 | 0.5518 | 0.00 |

Partial
893 #
1 Pallet(s): 30 Totes @ 40 Pcs. Ea.

KANBAN #: 007
SUPPLIER DUNS: 055428247
REVISION CODE: R015B 21AUGO1

| | | | | | 30 |
|---|---|---|---|---|---|
| | | | | **Total** | **$1,570.32** |

c/o 1163.79

(074)

Thank you for your business!

## Receiving Advice

### Shipment Details

| | |
|---|---|
| Shipment Identification Number: 18563 | Ship to Plant Code: E401 |
| Delphi ASN Process Date: 2005-09-26 | |
| Goods Receipt Number: 0184771760 | Goods Receipt Date: 2005-09-28 |

### Part Details

| Part #: | ASN Qty: | Received Qty: | Short / Over Shipped: |
|---|---|---|---|
| 25331857 | 4800.000 | 4800.000 | - |

# Scientific Tube, Inc.

770 Tollgate Road
Elgin IL 60123-9369
847/931-0299  FAX 847/931-0298

# Invoice

Number  **18563**

Date  **September 26, 2005**

**Bill To:**

Delphi (25331857)
Rochester Operations
P.O. Box 92700
Rochester, NY 14692-8800

**Ship To:**

Delphi E & C Rochester
Dock E401
1000 Lexington Ave
Rochester, NY 14606

| PO Number | Terms | SLS Rep | Our Job# | Via | Ship Date |
|---|---|---|---|---|---|
| 0550024072 | 2nd day 2nd month | BP | 7361 | PLOG | 09/26/05 |

| Part# | U/M | Description | Quan. | Unit Price | Amount |
|---|---|---|---|---|---|
| 25331857 | EA | 5/8 x 1 x .035 x 333MM (13 110") S30403 CONDUIT/FUEL RAIL | 4,800 00 | 0 99 | 4,752 00 |
| SURCHARGE | LB | Surcharge   S30403        (net wt) | 0 00 | 0 529 | 0 00 |

Partial
2340 #
3 PALLET(S): 96 TOTES @ 50 PCS. EA

KANBAN# : 003, 018, 004
SUPPLIER DUNS:055428247
REVISION CODE: R015B 21AUG01

| | | | | Total | **$4,752.00** |
|---|---|---|---|---|---|

3½%        c/o 3901.37

Thank you for your business!

5244'

**Receiving Advice**

## Shipment Details

Shipment Identification Number: 18566          Ship to Plant Code: E401

Delphi ASN Process Date: 2005-09-27

Goods Receipt Number: 0184779286          Goods Receipt Date: 2005-09-29

## Part Details

| Part #: | ASN Qty: | Received Qty: | Short / Over Shipped: |
|---------|----------|---------------|----------------------|
| 25331857 | 4800.000 | 4800.000 | - |

# Scientific Tube, Inc.

770 Tollgate Road
Elgin IL 60123-9369
847/931-0299  FAX 847/931-0298

# Invoice

Number  **18566**

Date  **September 27, 2005**

**Bill To:**

Delphi (25331857)
Rochester Operations
P.O. Box 92700
Rochester, NY 14692-8800

**Ship To:**

Delphi E & C Rochester
Dock E401
1000 Lexington Ave
Rochester, NY 14606

| PO Number | Terms | SLS Rep | Our Job# | Via | Ship Date |
|---|---|---|---|---|---|
| 0550024072 | 2nd day 2nd month | BP | 7381 | PLOG | 09/27/05 |

| Part# | U/M | Description | Quan. | Unit Price | Amount |
|---|---|---|---|---|---|
| 25331857 | EA | 5/8 x 1 x .035 x 333MM (13.110") S30403 CONDUIT/FUEL RAIL | 4,800.00 | 0.99 | 4,752.00 |
| SURCHARGE | LB | Surcharge   S30403          (net wt) | 0.00 | 0.529 | 0.00 |

Partial
2340 #
3 PALLET(S): 96 TOTES @ 50 PCS. EA

KANBAN# : 014, 001, 006
SUPPLIER DUNS:055428247
REVISION CODE: R015B 21AUG01

| | Total | $4,752.00 |
|---|---|---|

c/o  3707.37

36%

Thank you for your business!

5244'                                      074

## Receiving Advice

### Shipment Details

Shipment Identification Number: 18577

Ship to Plant Code: E401

Delphi ASN Process Date: 2005-09-28

Goods Receipt Number: 0185005204

Goods Receipt Date: 2005-09-30

### Part Details

| Part #: | ASN Qty: | Received Qty: | Short / Over Shipped: |
|---------|----------|---------------|-----------------------|
| 25331857 | 8000.000 | 8000.000 | - |

Oct.12. 2005  4:30PM   Scientific Tube Inc.                    No.7385   P. 5

# Scientific Tube, Inc.

770 Tollgate Road
Elgin IL 60123-9369
847/931-0299  FAX 847/931-0298

## ✓ Invoice

Number  **18577**

Date:  **September 28, 2005**

**Bill To:**

Delphi (25331857)
Rochester Operations
P.O. Box 92700
Rochester, NY 14692-8800

**Ship To:**

Delphi E & C Rochester
Dock E401
1000 Lexington Ave
Rochester, NY 14606

| PO Number | Terms | SLS Rep | Our Job# | Via | Ship Date |
|-----------|-------|---------|----------|-----|-----------|
| 0550024072 | 2nd day 2nd month | BP | 7381 | PLOG | 09/28/05 |

| Part# | U/M | Description | Quan. | Unit Price | Amount |
|-------|-----|-------------|-------|------------|--------|
| 25331857 | EA | 5/8 x 1 x .035 x 333MM (13 110") S30403 CONDUIT/FUEL RAIL | 8,000.00 | 0.99 | 7,920.00 |
| SURCHARGE | LB | Surcharge  S30403          (net wt) | 0.00 | 0.529 | 0.00 |

Partial
3900 #
5 PALLET(S): 160 TOTES @ 50 PCS. EA

KANBAN# : 006, 007, 009, 010, 016
SUPPLIER DUNS:055428247
REVISION CODE: R015B 21AUG01

| | | | | | Total | **$7,920.00** |

e/o  61786

3½%

3740'

02c

## Receiving Advice

### Shipment Details

Shipment Identification Number: 18583          Ship to Plant Code: E401

Delphi ASN Process Date: 2005-09-29

Goods Receipt Number: 0185012588          Goods Receipt Date: 2005-10-03

### Part Details

| Part #: | ASN Qty: | Received Qty: | Short / Over Shipped: |
|---------|----------|---------------|-----------------------|
| 25331857 | 4800.000 | 4800.000 | - |

# Scientific Tube, Inc.

770 Tollgate Road
Elgin IL 60123-9369
847/931-0299 FAX 847/931-0298

# / Invoice

Number: **18583**

Date: **September 29, 2005**

**Bill To:**

Delphi (25331857)
Rochester Operations
P.O. Box 92700
Rochester, NY 14692-8800

**Ship To:**

Delphi E & C Rochester
Dock E401
1000 Lexington Ave
Rochester, NY 14606

| PO Number | Terms | SLS Rep | Our Job# | Via | Ship Date |
|---|---|---|---|---|---|
| 0550024072 | 2nd day 2nd month | BP | 7381 | PLOG | 09/29/05 |

| Part# | U/M | Description | Quan. | Unit Price | Amount |
|---|---|---|---|---|---|
| 25331857 | EA | 5/8 x 1 x .035 x 333MM (13.110") S30403 CONDUIT/FUEL RAIL | 4,800.00 | 0.99 | 4,752.00 |
| SURCHARGE | LB | Surcharge S30403 (net wt) | 0.00 | 0.529 | 0.00 |

Partial
2340 #
3 PALLET(S): 96 TOTES @ 50 PCS. EA

KANBAN# : 017, 005, 015
SUPPLIER DUNS:065428247
REVISION CODE: R015B 21AUG01

| | | | | Total | $4,752.00 |
|---|---|---|---|---|---|

℮/o 3707.37

3½%

Thank you for your business!

5244'

074

## Receiving Advice

### Shipment Details

Shipment Identification Number: 18584                    Ship to Plant Code: E401

Delphi ASN Process Date: 2005-09-30

Goods Receipt Number: 0185020407                    Goods Receipt Date: 2005-10-04

### Part Details

| Part #: | ASN Qty: | Received Qty: | Short / Over Shipped: |
|---------|----------|---------------|-----------------------|
| 25331857 | 4800.000 | 4800.000 | - |

# Scientific Tube, Inc.

770 Tollgate Road
Elgin IL 60123-9369
847/931-0299  FAX 847/931-0298

# Invoice

Number: **18584**

Date: **September 30, 2005**

**Bill To:**

Delphi (25331857)
Rochester Operations
P.O. Box 92700
Rochester  NY 14692-8800

**Ship To:**

Delphi E & C Rochester
Dock E401
1000 Lexington Ave
Rochester, NY 14606

| PO Number | Terms | SLS Rep | Our Job# | Via | Ship Date |
|---|---|---|---|---|---|
| 0550024072 | 2nd day 2nd month | BP | 7381 | PLOG | 9/30/05 |

| Part# | U/M | Description | Quan. | Unit Price | Amount |
|---|---|---|---|---|---|
| 25331857 | EA | 5/8 x 1 x 035 x 333MM (13 110") S30403 CONDUIT/FUEL RAIL | 4,800.00 | 0.99 | 4,752.00 |
| SURCHARGE | LB | Surcharge  S30403          (net wt) | 0.00 | 0.529 | 0.00 |

Partial
2340 #
3 PALLET(S): 96 TOTES @ 50 PCS. EA

KANBAN# : 002, 012, 013
SUPPLIER DUNS:055428247
REVISION CODE: R015B 21AUG01

| | | | | Total | **$4,752.00** |
|---|---|---|---|---|---|

c/o 3707.37

3/2 90

57 441


(074)

## Receiving Advice

### Shipment Details

Shipment Identification Number: 18596

Delphi ASN Process Date: 2005-10-03

Goods Receipt Number: 0185028576

Ship to Plant Code: E401

Goods Receipt Date: 2005-10-05

### Part Details

| Part #: | ASN Qty: | Received Qty: | Short / Over Shipped: |
|---------|----------|---------------|----------------------|
| 25331857 | 3200.000 | 3200.000 | - |

10/5/2005

# Scientific Tube, Inc.

770 Tollgate Road
Elgin IL 60123-9369
847/931-0299  FAX 847/931-0298

# Invoice

Number: **18596**

Date: **October 03, 2005**

**Bill To:**

Delphi (25331857)
Rochester Operations
P.O. Box 92700
Rochester, NY 14692-8800

**Ship To:**

Delphi E & C Rochester
Dock E401
1000 Lexington Ave
Rochester, NY 14606

| PO Number | Terms | SLS Rep | Our Job# | Via | Ship Date |
|---|---|---|---|---|---|
| 0550024072 | 2nd day 2nd month | BP | 7381 | PLOG | 10/03/05 |

| Part# | U/M | Description | Quan. | Unit Price | Amount |
|---|---|---|---|---|---|
| 25331857 | EA | 5/8 x 1 x .035 x 333MM (13 110") S30403 CONDUIT/FUEL RAIL | 3,200 00 | 0.99 | 3,168.00 |
| SURCHARGE | LB | Surcharge  S30403          (net wt) | 0 00 | 0.5518 | 0 00 |

Partial
1560 #
2 PALLET(S): 64 TOTES @ 50 PCS. EA

KANBAN# : 004, 010
SUPPLIER DUNS:055428247
REVISION CODE: R015B 21AUG01

| | Total | **$3,168.00** |
|---|---|---|

c/o  2471.58

3/2 90

24191 1



## Receiving Advice

### Shipment Details

Shipment Identification Number: 18602                Ship to Plant Code: E401

Delphi ASN Process Date: 2005-10-04

Goods Receipt Number: 0185035879                Goods Receipt Date: 2005-10-06

### Part Details

| Part #: | ASN Qty: | Received Qty: | Short / Over Shipped: |
|---------|----------|---------------|----------------------|
| 25331857 | 4800.000 | 4800.000 | |

# Scientific Tube, Inc.

770 Tollgate Road
Elgin IL 60123-9369
847/931-0299  FAX 847/931-0298

# Invoice

Number:  **18602**

Date:  **October 04, 2005**

**Bill To:**

Delphi (25331857)
Rochester Operations
P.O. Box 92700
Rochester, NY 14692-8800

**Ship To:**

Delphi E & C Rochester
Dock E401
1000 Lexington Ave
Rochester, NY 14606

| PO Number | Terms | SLS Rep | Our Job# | Via | Ship Date |
|---|---|---|---|---|---|
| 0550024072 | 2nd day 2nd month | BP | 7381 | PLOG | 10/4/05 |

| Part# | U/M | Description | Quan. | Unit Price | Amount |
|---|---|---|---|---|---|
| 25331857 | EA | 5/8 x 1 x .035 x 333MM (13.110") S30403 CONDUIT/FUEL RAIL | 4,800.00 | 0.99 | 4,752.00 |
| SURCHARGE | LB | Surcharge  S30403        (net wt) | 0.00 | 0.5518 | 0.00 |

Partial
2340 #
3 PALLET(S): 96 TOTES @ 50 PCS. EA

KANBAN# : 001, 003, 006
SUPPLIER DUNS:056428247
REVISION CODE: R015B 21AUG01

| | Total | **$4,752.00** |
|---|---|---|

c/o  3662.3.

O74

3 1/2 %

5244'

Thank you for your business!

## Receiving Advice

### Shipment Details

| | |
|---|---|
| Shipment Identification Number: 18610 | Ship to Plant Code: E401 |
| Delphi ASN Process Date: 2005-10-06 | |
| Goods Receipt Number: 0185043502 | Goods Receipt Date: 2005-10-06 |

### Part Details

| Part #: | ASN Qty: | Received Qty: | Short / Over Shipped: |
|---|---|---|---|
| 25331857 | 3200.000 | 3200.000 | - |

# Scientific Tube, Inc.

770 Tollgate Road
Elgin IL  60123-9369
847/931-0299  FAX 847/931-0298

# Invoice

Number   **18610**

Date:   **October 05, 2005**

**Bill To:**

Delphi (25331857)
Rochester Operations
P.O. Box 92700
Rochester, NY 14692-8800

**Ship To:**

Delphi E & C Rochester
Dock E401
1000 Lexington Ave
Rochester, NY 14606

| PO Number | Terms | SLS Rep | Our Job# | Via | Ship Date |
|---|---|---|---|---|---|
| 0550024072 | 2nd day 2nd month | BP | 7381 | PLOG | 10/5/05 |

| Part# | U/M | Description | Quan. | Unit Price | Amount |
|---|---|---|---|---|---|
| 25331857 | EA | 5/8 x 1 x .035 x 333MM (13.110") S30403 CONDUIT/FUEL RAIL | 3,200.00 | 0.99 | 3,168.00 |
| SURCHARGE | LB | Surcharge  S30403        (net wt) | 0.00 | 0.5518 | 0.00 |

Partial
1560 #
2 PALLET(S): 64 TOTES @ 50 PCS. EA

KANBAN# : 009, 014
SUPPLIER DUNS:055428247
REVISION CODE: R015B 21AUG01

| | | | | Total | $3,168.00 |
|---|---|---|---|---|---|

c/o 2441.57

Thank you for your business!

3.4191



## Receiving Advice

### Shipment Details

**Shipment Identification Number:** 18611      **Ship to Plant Code:** E401

**Delphi ASN Process Date:** 2005-10-06

**Goods Receipt Number:** 0185043503      **Goods Receipt Date:** 2005-10-06

### Part Details

| Part #: | ASN Qty: | Received Qty: | Short / Over Shipped: |
|---------|----------|---------------|------------------------|
| 25347362 | 880,000 | 880.000 | - |

# Scientific Tube, Inc.

770 Tollgate Road
Elgin IL 60123-9369
847/931-0299  FAX 847/931-0298

# Invoice

Number  **18611**

Date  **October 05, 2005**

**Bill To:**

Delphi (25347362)
Rochester Operations
P.O. Box 92700
Rochester  NY 14692-8800

**Ship To:**

Delphi E & C Rochester
Dock E401
1000 Lexington Ave
Rochester, NY 14606

| PO Number | Terms | SLS Rep | Our Job# | Via | Ship Date |
|---|---|---|---|---|---|
| 0550024695 | 2nd day 3rd month | BP | 7431 | PLOG | 10/5/05 |

| Part# | U/M | Description | Quan. | Unit Price | Amou |
|---|---|---|---|---|---|
| 25347362 | EA | 5/8 x 1 x .035 x 387.35MM (15.250") S30403 CONDUIT/FUEL RAIL | 880 00 | 1 0184 | 896 |
| SURCHARGE | LB | Surcharge  S30403  (net wt) | 0 00 | 0.5518 | 0 0 |

**Partial**
**481#**
**1 Pallet(s): 16 TOTES @ 55 PCS. EA**

KANBAN #: 001
SUPPLIER CODE#: 055428247
REVISION CODE:R015B 21 AUG01

| | | | | Total | $896. |
|---|---|---|---|---|---|

c/o 663.79

Thank you for your business!



## Receiving Advice

### Shipment Details

| | |
|---|---|
| **Shipment Identification Number:** 18599 | **Ship to Plant Code:** E401 |
| **Delphi ASN Process Date:** 2005-10-03 | |
| **Goods Receipt Number:** 0185028573 | **Goods Receipt Date:** 2005-10-05 |

### Part Details

| Part #: | ASN Qty: | Received Qty: | Short / Over Shipped: |
|---|---|---|---|
| 25347362 | 880.000 | 880.000 | - |

# Scientific Tube, Inc.

770 Tollgate Road
Elgin IL 60123-9369
847/931-0299 FAX 847/931-0298

✓ **Invoice**

Number **18599**

Date **October 03, 2005**

**Bill To:**

Delphi (25347362)
Rochester Operations
P.O. Box 92700
Rochester, NY 14692-8800

**Ship To:**

Delphi E & C Rochester
Dock E401
1000 Lexington Ave
Rochester NY 14606

| PO Number | Terms | SLS Rep | Our Job# | Via | Ship Date |
|---|---|---|---|---|---|
| 0550024695 | 2nd day 3rd month | BP | 7431 | PLOG | 10/03/05 |

| Part# | U/M | Description | Quan. | Unit Price | Amount |
|---|---|---|---|---|---|
| 25347362 | EA | 5/8 x 1 x .035 x 387.35MM (15 250") S30403 CONDUIT/FUEL RAIL. | 880 00 | 1 0184 | 896 1 |
| SURCHARGE | LB | Surcharge S30403 (net wt) | 0 00 | 0 5518 | 0 0 |

**Partial
481#
1 Pallet(s): 16 TOTES @ 55 PCS. EA**

KANBAN #: 002
SUPPLIER CODE#: 055428247
REVISION CODE:R916B 21 AUG01

| | Total | $896.1 |
|---|---|---|

c/O - 673.

3'290

Thank you for your business!

1119'



## Receiving Advice

### Shipment Details

**Shipment Identification Number:** 18567    **Ship to Plant Code:** E401

**Delphi ASN Process Date:** 2005-09-27

**Goods Receipt Number:** 0184779287    **Goods Receipt Date:** 2005-09-29

### Part Details

| Part #: | ASN Qty: | Received Qty: | Short / Over Shipped: |
|---|---|---|---|
| 25347362 | 880.000 | 880.000 | |

# Scientific Tube, Inc.

770 Tollgate Road
Elgin  IL  60123-9369
847/931-0299   FAX 847/931-0298

# Invoice

Number:  **18567**

Date:  **September 27, 2005**

**Bill To:**

Delphi (25347362)
Rochester Operations
P.O. Box 92700
Rochester, NY 14692-8800

**Ship To:**

Delphi E & C Rochester
Dock E401
1000 Lexington Ave
Rochester, NY 14606

| PO Number | Terms | SLS Rep | Our Job# | Via | Ship Date |
|---|---|---|---|---|---|
| 0550024695 | 2nd day 3rd month | BP | 7431 | PLOG | 09/27/05 |

| Part# | U/M | Description | Quan. | Unit Price | Amount |
|---|---|---|---|---|---|
| 25347362 | EA | 5/8 x 1 x .035 x 387.35MM (15.250") S30403 CONDUIT/FUEL RAIL | 880.00 | 1.0184 | 896.19 |
| SURCHARGE | LB | Surcharge   S30403          (net wt) | 0.00 | 0.529 | 0.00 |

**Partial**
**481#**
**1 Pallet(s): 16 TOTES @ 55 PCS. EA**

KANBAN #: 001
SUPPLIER CODE#: 055428247
REVISION CODE:R015B 21 AUG01

| | | | | Total | **$896.19** |
|---|---|---|---|---|---|

C/o 67339

3/2%

Thank you for your business!

1119'

074