American Molded Products, LLC
51490 Celeste Dr
Shelby Township, MI 48315

Michael Aiuto
(586) 247-5650

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.,<br><br>Debtors | Chapter 11<br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

## NOTICE OF RECLAMATION DEMAND OF AMERICAN MOLDED PRODUCTS LLC.

Please be advised that a Notice of Reclamation Demand on behalf of American Molded Products LLC was served on October 14, 2005 on the Debtors and their attorneys of record, John Wm. Butler, Jr. and Kayalyn A Marafioti, Skadden, Arps, Slate Meagher & Flom LLP. A true and correct copy of the Notice of Reclamation Demand is attached hereto as Exhibit A and incorporated herein by reference for all purposes.



RECEIVED
OCT 17 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

# <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing Notice of Reclamation Demand of American Molded Products LLC was filed via facsimile machine and Express Mail Overnight Delivery this 14th day of October, 2005 to the following:


Delphi Corporation
5725 Delphi Drive
Troy, MI 48098-2815

Delphi Automotive Systems – Ashimori LLC
One Corporate Center, P.O. Box 9005
Kokomo, IN 46905

Delphi Safety and Interior Systems
1401 Crooks Rd
Troy, MI 48084

Delphi Harrison Thermal Systems
200 Upper Mountain Rd.
Lockport, NY 14094

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
John Wm. Butler, Jr., Esq.
Kayalyn Al Marafioti, Esq.

Michael Aiuto
maiuto@americanmoldedproducts.com
586.247.5650 voice
586.247.5736 fax


cc Cindy Blankenburg - President







**51490 Celeste Drive, Shelby Township, MI 48315, Phone: 586 247.5650 Fax: 586 247.5736**

October 14, 2005

Via Express Mail Overnight Delivery & Telecopy (summary exhibit only)

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098-2815

Delphi Automotive Systems — Ashimori LLC
One Corporate Center, P.O. Box 9005
Kokomo, IN 46905

Delphi Safety and Interior Systems
1401 Crooks Rd
Troy, MI 48084

Delphi Thermal & Interior Systems
200 Upper Mountain Rd.
Lockport, NY 14094

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

Attn:
John Wm. Butler, Jr., Esq.
Kayalyn Al Marafioti, Esq.

In regard to Delphi Corporation et al. Case # 05-44481 (RDD) (Jointly Administered)
Reclamation Claim of American Molded Products, LLC)

Pursuant to section 2-702 of the Uniform Commercial Code and 11 U.S.C. section 546(c),
American Molded Products, LLC hereby demands reclamation of the goods shipped to Delphi
Corporation; DASA Plant in Los Indios, TX; Columbus Plant in Columbus, OH; Vandalia Plant
in Vandalia, OH; Wentzville Assembly Plant in Wentzville, MO and Bowling Green Assembly
Plant in Bowling Green, KY. These goods were sold by American Molded Products, LLC to,
and received by Delphi Corporation on the dates described by the Document History Summary
attached hereto as well as the invoice and shipper copies which are also enclosed. By this letter
you are instructed to inventory our goods, as well as segregate them from all other inventory,
machinery and equipment. You are not allowed to use, sell, encumber or transfer our goods to
any other party. Please contact the undersigned to arrange the return of the goods.

The amount due American Molded Products, LLC for the period of September 28, 2005 to October 7, 2005 is $29,083.84 plus any additional interest and/or other costs allowed by the Court.

American Molded Products, LLC reserves the right to amend and/or supplement this Reclamation Notice or file additional Reclamation Notices and claims. American Molded Products, LLC also reserves all rights accruing to it, and the filing of the Reclamation Notice is not intended to be an election of remedy, a waiver of any past present or future defaults or events of default or a waiver or limitation of any rights of American Molded Products, LLC.

Please contact me at 586 247-5650 if there are any questions regarding this claim or if it is unacceptable in its form or content.

Sincerely
American Molded Products, LLC

Michael Aiuto
Operations
maiuto@americanmoldedproducts.com
586.247.5650 voice
586.247.5736 fax

## Document History Summary

Customer Number: 8000   (Delphi)

| Item | Document Number | Date | Amount |
|------|-----------------|------|--------|
| 1 | 00109038 | 9/28/2005 | $172.49 |
| 2 | 00109039 | 9/28/2005 | $524.16 |
| 3 | 00109044 | 9/28/2005 | $1,347.42 |
| 4 | 00109049 | 9/28/2005 | $396.19 |
| 5 | 00109060 | 9/29/2005 | $229.99 |
| 6 | 00109061 | 9/29/2005 | $524.16 |
| 7 | 00109063 | 9/28/2005 | $8,814.74 |
| 8 | 00109064 | 9/28/2005 | $230.05 |
| 9 | 00109071 | 9/29/2005 | $114.66 |
| 10 | 00109082 | 9/30/2005 | $201.24 |
| 11 | 00109083 | 9/30/2005 | $655.20 |
| 12 | 00109089 | 9/30/2005 | $369.09 |
| 13 | 00109090 | 9/30/2005 | $230.05 |
| 14 | 00109091 | 9/30/2005 | $328.64 |
| 15 | 00109100 | 10/3/2005 | $201.24 |
| 16 | 00109101 | 10/3/2005 | $524.16 |
| 17 | 00109115 | 10/3/2005 | $498.66 |
| 18 | 00109128 | 10/4/2005 | $201.24 |
| 19 | 00109129 | 10/4/2005 | $524.16 |
| 20 | 00109135 | 10/4/2005 | $396.19 |
| 21 | 00109148 | 10/5/2005 | $229.99 |
| 22 | 00109149 | 10/5/2005 | $655.20 |
| 23 | 00109154 | 10/5/2005 | $9,393.26 |
| 24 | 00109164 | 10/5/2005 | $230.05 |
| 25 | 00109174 | 10/6/2005 | $201.24 |
| 26 | 00109175 | 10/6/2005 | $524.16 |
| 27 | 00109176 | 10/6/2005 | $230.05 |
| 28 | 00109185 | 10/7/2005 | $201.24 |
| 29 | 00109186 | 10/7/2005 | $524.16 |
| 30 | 00109194 | 10/7/2005 | $208.53 |
| 31 | 00109195 | 10/7/2005 | $202.23 |
| | | | $29,083.84 |

# AMERICAN
**Molded Products**

# Invoice

| | | |
|---|---|---|
| **Invoice No:** | **00109038** | |
| **Date:** | 09/28/2005 | |
| **Customer No:** | 8000 | |
| **Supplier No:** | | |
| **Sales Agent:** | | |
| **GST#:** | | |
| **BOL#:** | 010242 | |
| **SID#:** | 0000008472 | |

**Remit To:** AMERICAN MOLDED
PRODUCTS
51490 CELESTE
SHELBY TWP, MI 48315
United States
Phone: 586 247-5660
Fax:   586 247-5736

**Bill To:** DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

**Ship To:** N.A. TRUCK GROUP
WENTZVILLE PLANT DOCK
1500 E ROUTE A
WENTZVILLE, MO 63385
United States

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 00109038 | 0R8C0002 | DETL | 09/28/2005 | Net 30 Days |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 1260 | 02271ZQA | COVER HEIGHT ADJUSTER<br>Customer PO. : 0R8C0002<br>Customer Part: 25741101<br>CUM Quantity :    249690   (Cum including this shipment) | | 1260 | 0.13690 | 172.49 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 172.49 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 172.49 |

AMERICAN
Molded Products

AMERICAN MOLDED
PRODUCTS
31400 CELESTE
SELBY TWP, MI 48315
United States

SHIPPER NO. 00109038
SHIPMENT I.D. 0000008472
SUPPLIER CODE 000124977
FOB

COLLECT [ ]   PREPAID [XX]

CARRIER NO.   DETL
CARRIER NAME   DETROIT LOGISTICS

**CONSIGNED TO DESTINATION**

N.A. TRUCK GROUP
WENTZVILLE PLANT DOCK
DOCK CODE : B21
1500 E ROUTE A
WENTZVILLE, MO 63385
United States

**SOLD TO**

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | TERMS | ASSEMBLY PLANT | DATE SHIPPED | NO. OF CONTAINERS | MODE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 8001 | 19018 | | | Net 30 Days | NA TRUCK G | 09/28/05 | | Consolidation |

OUR PART NUMBER

| CUSTOMER ORDER NO. | CUSTOMER PART NUMBER AND PART DESCRIPTION | MODEL YR. | BOOK NUMBER | RELEASE NUMBER | BILL OF LADING NUMBER | ACCUM TOTAL | PCS UNITS | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|
| OR8C0002 | 25747101<br>COVER HEIGHT ADJUSTER | | | | C10242 | | | 1260 |

Shipment UOM : LB
02271ZGA

ENG CHI EV:
NET: 52   UNIT: 0.3187  KG

DELPHI D.2005092B141  249690   6   C62
                                GY RETURNABLE CONTAINER
                                SC241508

| NO. OF CONTAINERS | CONTAINERS DESC | CMODTY. | SUB | DESCRIPTION OF ARTICLES | SPECIAL MARKS AND EXCEPTIONS | WEIGHT | CLASS RATE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|---|
| 6 | Container (Plastic) | | | | | | | |
| 1 | Pallet (Plastic) | | | | | | | |

TOTAL CONTAINERS   7
GROSS WEIGHT   18   TARE   66   NET WEIGHT   52   AGENT. PER

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING $

PERMANENT POST OFFICE
ADDRESS OF SHIPPER.

SHIPPER.

Received $
(The signature here acknowledges only the amount prepaid.)
Per.                    Agent or Cashier
Charges Advanced
$

# AMERICAN
## Molded Products

# INVOICE

| | |
|---|---|
| **Invoice No:** | **00109039** |
| **Date:** | 09/28/2005 |
| **Customer No:** | 8000 |
| **Supplier No:** | |
| **Sales Agent:** | |
| **GST#:** | |
| **BOL#:** | 010243 |
| **SID#:** | 0000008473 |

**Remit To:** AMERICAN MOLDED
PRODUCTS
51490 CELESTE
SHELBY TWP, MI 48315
United States
Phone: 586 247-5650
Fax:  586 247-5736

**Bill To:** DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

**Ship To:** GM BOWLING GREEN ASSY
600 CORVETTE DRIVE
BOWLING GREEN, KY 42101-9006
United States

**VAT#:**

| | | | | F.O.B./Terms |
|---|---|---|---|---|
| **Our Order No.** | **Customer Purchase Order No.** | **Shipped Via** | **Date Shipped** | |
| 00109039 | 0Z9X0001 | DETL | 09/28/2005 | Net 30 Days |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 168 | 03211A | Customer PO. : 0Z9X0001<br>Customer Part: 21995582<br>CUM Quantity :    30114   (Cum including this shipment) | | 168 | 3.12000 | 524.16 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 524.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| **Invoice Total** | 524.16 |

Page: 1

AMERICAN MOLDED PRODUCTS

This property described herein is shipped subject to § of Lading adopted by Carriers in Official, Southern, Western and Illinois Classification Territories, March 15, 1922 as amended August 1, 1930 and June 15, 1941

UNIFORM DOMESTIC STRAIGHT BILL OF LADING (SHORT FORM – Original – Not Negotiable)

SHIPPER NO. 00109039
SHIPMENT I.D. 0000008473
SUPPLIER CODE 000130104
FOB

CARRIER NO. DETL
CARRIER NAME DETROIT LOGISTICS

COLLECT  XX  PREPAID

AMERICAN MOLDED
PRODUCTS
81490 DELISLE
SHELBY TWP. M: 48315
United States

CONSIGNED TO DESTINATION

SOLD TO
DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

GM BOWLING GREEN ASSY
600 CORVETTE DRIVE
DOCK CODE : C06
BOWLING GREEN, KY 42101-9006
United States

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | TERMS | ASSEMBLY PLANT | BILL OF LADING NUMBER | DATE SHIPPED | MODE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 8002 | 180*6 | | | Net 30 Days | GM BOWLIN | 0*0243 | 09.28.05 | Consolidation |

| OUR PART NUMBER | CUSTOMER ORDER NO. | CUSTOMER PART NUMBER AND PART DESCRIPTION | MODEL YR. | BOOK NUMBER | RELEASE NUMBER | ACCUM TOTAL | NO. OF CONTAINERS | PCS UNITS | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|
| 03211A | 029X0001 | 21995582 SUPPORT ASM-RAD UPR | | DELPHI D 2005092 | 5141 | 30114 | 4 RETURNABLE CONTAINER KR484534 | C62 | 168 |
| END OF REV:  002 | | | | | | | | | |

DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS

WEIGHT

| NO. OF CONTAINERS | CONTAINERS DESC | CMDTY. | SUB | | WEIGHT | GROSS WT RATE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 4 | Container (Plastic) | | | | | | |
| 4 | Pallet (Plastic) | | | | | | |

TOTAL CONTAINERS  4

GROSS WEIGHT  1264.0175    TARE  970.0175    NET WEIGHT  294

AGENT, PER

PERMANENT POST OFFICE
ADDRESS OF SHIPPER
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING $

SHIPPER,

# AMERICAN
## Molded Products

# Invoice

| | |
|---|---|
| **Remit To:** | AMERICAN MOLDED PRODUCTS<br>51490 CELESTE<br>SHELBY TWP, MI 48315<br>United States<br>Phone: 586 247-6650<br>Fax:  586 247-5736 |

| Invoice No: | **00109044** |
|---|---|
| Date: | 09/28/2005 |
| Customer No: | 8000 |
| Supplier No: | |
| Sales Agent: | |
| GST#: | |
| BOL#: | 010248 |
| SID#: | 0000008478 |

| | |
|---|---|
| **Bill To:** | DELPHI AUTOMOTIVE SYSTEMS<br>1401 CROOKS ROAD<br>TROY, MI 48084<br>United States |
| **Ship To:** | DELPHI - E & S DASA - Los Indios WHSE<br>CISCO: 36004  SAP#: DASA<br>702 JOAQUIN CAVAZOS RD<br>LOS INDIOS, TX 78567<br>United States |

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 00109044 | 0550079271 | FDEX | 09/28/2005 | Net 30 Days |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 6560 | 02181Z0A | UPPER COVER<br>Customer PO. : 0550079271<br>Customer Part: 28042764<br>CUM Quantity :    9280   (Cum including this shipment) | | 6560 | 0.20540 | 1,347.42 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 1,347.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Invoice Total | 1,347.42 |

Page: 1

The property described below is received subject to Delivery in Check, Recovery, Western, and Illinois Distribution Territories, March 15, 1922 as amended August 1, 1930 and July 15, 1941

UNIFORM STRAIGHT BILL OF LADING, adopted by Carriers in Check, Southern, Western, and Illinois Distribution Territories, March 15, 1922 as amended August 1, 1930 and July 15, 1941

AMERICAN MOLDED
PRODUCTS

**CONSIGNED TO DESTINATION**

DELPHI - E & S DASA - Los Indios WHSE
CISCO: 36004  SAP#: DASA
DOCK CODE : DASA
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567
United States

**SOLD TO**

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

SHIPPER NO. 00109044
SHIPMENT I.D. 000CC8478
SUPPLIER CODE 109973854
FOB

CARRIER NO. FDEX
CARRIER NAME FEDERAL EXPRESS

COLLECT  | XX |  PREPAID

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | TERMS | ASSEMBLY PLANT | BILL OF LADING NUMBER | DATE SHIPPED | MODE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 8000 | DASA | 9999 | | Net 30 Days | DASAMSA | D10248 | 09/28/05 | Less than trailer load (ltl) |

| OUR PART NUMBER | CUSTOMER ORDER NO. | CUSTOMER PART NUMBER AND PART DESCRIPTION | MODEL YR. | BOOK NUMBER | RELEASE NUMBER | ACCUM TOTAL | NO. OF CONTAINERS | PCS UNITS | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|
| 021812QA | 0550079271 | 28042764 UPPER COVER | | DANIEL | L20086092T074 | 9280 | 41 Carton Corrugated CTN25 | C62 | 6560 |

Shipment UOM : LB
ENG C++ LEV. :  ACCE
NET :  256  UNIT :  0.0177  KG

| NO OF CONTAINERS | CONTAINERS DESC | CMDTY. | SUB | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 4 | Carton Corrugated | | 41 | | | | |

TOTAL CONTAINERS  4
GROSS WEIGHT  297     TARE     NET WEIGHT  256

AGENT, PER

PERMANENT POST OFFICE
ADDRESS OF SHIPPER.

SHIPPER.

# AMERICAN
### Molded Products

# Invoice

| | |
|---|---|
| **Invoice No:** | **00109049** |
| Date: | 09/28/2005 |
| Customer No: | 8000 |
| Supplier No: | |
| Sales Agent: | |
| GST#: | |
| BOL#: | 010253 |
| SID#: | 0000008483 |

**Remit To:** AMERICAN MOLDED
PRODUCTS
51490 CELESTE
SHELBY TWP, MI 48315
United States
Phone: 586 247-5650
Fax:  586 247-5736

**Bill To:** DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

**Ship To:** DELPHI SAFETY & INTERIOR SYS
200 GEORGESVILLE RD
COLOMBUS, OH 43228
United States

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 00109049 | See Below | CONQ | 09/28/2005 | Net 30 Days |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 880 | 03230A | S-VAN SHOE YOKE RACK<br>Customer PO. : 0550023117<br>Customer Part: 16641875<br>CUM Quantity :     79640   (Cum including this shipment) | | 880 | 0.26060 | 229.33 |
| 900 | 03220A | SHOE YOKE<br>Customer PO. : 0550023117<br>Customer Part: 16642002<br>CUM Quantity :     77400   (Cum including this shipment) | | 900 | 0.18540 | 166.86 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 396.19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 396.19 |

Page: 1

**AMERICAN** Molded Products

AMERICAN MOLDED
PRODUCTS
8490 CELESTE
SHELBY TWP, MI 45315
United States

| SHIPPER NO. | C0109049 |
|---|---|
| SHIPMENT I.D. | 0000008483 |
| SUPPLIER CODE | 109973854 |
| FOB | |

CONSIGNED TO DESTINATION

DELPHI SAFETY & INTERIOR SYS
200 GEORGESVILLE RD
DOCK CODE : RD01DK10
COLUMBUS, OH 43228
United States

SOLD TO

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

CARRIER NO.    CONO
CARRIER NAME    THE CONNECTION

COLLECT ☐    PREPAID ☐

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | TERMS | ASSEMBLY PLANT | BILL OF LADING NUMBER | DATE SHIPPED | NO. OF CONTAINERS | MODE DESCRIPTION | PCS UNITS | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8000 | RD01DK10 | 3223 | | Net 30 Days | COLUMBUS | 0:0253 | 09/28/05 | | Motor | | |

| DUR PART NUMBER | CUSTOMER ORDER NO. | CUSTOMER PART NUMBER AND PART DESCRIPTION | MODEL YR | BOOK NUMBER | RELEASE NUMBER | ACCUM TOTAL | NO. OF CONTAINERS | | PCS UNITS | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|---|
| Shipment COM : LB 03230A | 0550023117 | 16641875 S-VAN SHOE YOKE RACK | 03 | ANDY S | 2005093/022 | 79640 | 2 Carton Consigned CTN 25 | | C62 | 680 |
| 03220A | 0550023117 | 16642002 SHOE YOKE | 03 | ANDY S | 2005092/022 | 77400 | 1 Carton Consigned CTN 25 | | C62 | 900 |

ENG CH LEV : 13A
NET : 0.019Y   UNIT : KG

ENG CH LEV : 00
NET : 3   UNIT : 0.0288   KG

SCAC:CONO
SHIPPER COPY

13-0612153-0

| NO. OF CONTAINERS | CONTAINERS DESC | CMQTY. | SUB | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT |
|---|---|---|---|---|---|
| 3 | Carton Corrugated | | | | |

| TOTAL CONTAINERS | 3 | TARE | 3 | NET WEIGHT | 50 |
|---|---|---|---|---|---|
| GROSS WEIGHT | 53 | | | | |

PERMANENT MUST OBTAIN
ADDRESS OF SHIPPER

THE PROPERTY DESCRIBED ABOVE IN APPARENT GOOD ORDER EXCEPT AS NOTED

SHIPPER

# AMERICAN
**Molded Products**

# Invoice

| | |
|---|---|
| **Invoice No:** | **00109063** |
| Date: | 09/28/2005 |
| Customer No: | 8000 |
| Supplier No: | |
| Sales Agent: | |

GST#:
BOL#: 010270
SID#: 0000008500

**Remit To:** AMERICAN MOLDED PRODUCTS
51490 CELESTE
SHELBY TWP, MI 48315
United States
Phone: 586 247-5650
Fax:  586 247-5736

**Bill To:** DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

**Ship To:** Delphi E&S, 36004 c/o INDIANAPOLIS DDC
DELPHI E&S- DASA-36004 LOS INDIOS WHSE
3160 CHIEF LANE
INDIANAPOLIS, IN 46241
United States

VAT#:

| | F.O.B./Terms |
|---|---|

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 00109063 | See Below | PJXI | 09/28/2005 | Net 30 Days |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 7425 | 02080A | FRONT INTERMEDIATE GUIDE<br>Customer PO. : 0550063553<br>Customer Part: 16641759<br>CUM Quantity : 307175 (Cum including this shipment) | | 7425 | 0.12870 | 955.60 |
| 1728 | 02220ZQA | COVER SLIDE<br>Customer PO. : 0550063553<br>Customer Part: 16642324<br>CUM Quantity : 277920 (Cum including this shipment) | | 1728 | 0.30212 | 522.06 |
| 14500 | 02190ZQA | LOWER COVER<br>Customer PO. : 0550063553<br>Customer Part: 16642336<br>CUM Quantity : 530500 (Cum including this shipment) | | 14500 | 0.18344 | 2,659.88 |
| 35700 | 02100A | PUSH BUTTON<br>Customer PO. : 0550063553<br>Customer Part: 16872171<br>CUM Quantity : 576100 (Cum including this shipment) | | 35700 | 0.05600 | 1,999.20 |
| 200 | 02310A | PROTECTOR COVER<br>Customer PO. : 0550063553<br>Customer Part: 16872194<br>CUM Quantity : 22200 (Cum including this shipment) | | 200 | 0.38060 | 76.12 |
| 6240 | 02181ZQA | UPPER COVER<br>Customer PO. : 0550079271<br>Customer Part: 28042764<br>CUM Quantity : 16640 (Cum including this shipment) | | 6240 | 0.20540 | 1,281.70 |
| 1000 | 02190AEA | LOWER COVER<br>Customer PO. : 0550063553<br>Customer Part: 16642167<br>CUM Quantity : 77000 (Cum including this shipment) | | 1000 | 0.18340 | 183.40 |
| 5544 | 02170KRA | CONTROL KNOB EBONY<br>Customer PO. : 0550063553 | | 5544 | 0.07510 | 416.35 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| | | | | | |

| Invoice Total |
|---|
| |

# AMERICAN
## Molded Products

# Invoice

| | |
|---|---|
| Invoice No: | **00109063** |
| Date: | 09/28/2005 |
| Customer No: | 8000 |
| Supplier No: | |
| Sales Agent: | |
| GST#: | |
| BOL#: | 010270 |
| SID#: | 0000008500 |

**Remit To:** AMERICAN MOLDED PRODUCTS
51490 CELESTE
SHELBY TWP, MI 48315
United States
Phone: 586 247-5650
Fax:  586 247-5736

**Bill To:** DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

**Ship To:** Delphi E&S, 36004 c/o INDIANAPOLIS DDC
DELPHI E&S- DASA-36004 LOS INDIOS WHSE
3150 CHIEF LANE
INDIANAPOLIS, IN 46241
United States

VAT#:

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | F.O.B./Terms |
|---|---|---|---|---|
| 00109063 | See Below | PJXI | 09/28/2005 | Net 30 Days |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 368 | 02230ZQA | Customer Part: 16909225<br>CUM Quantity :     309456   (Cum including this shipment)<br>FRONT COVER<br>Customer PO. : 0550063553<br>Customer Part: 16642330<br>CUM Quantity :     19264   (Cum including this shipment)<br>SEND FREIGHT BILL TO:<br>DELPHI E&S,36004<br>Accuship c/o Delphi<br>3400 Players Club Pkwy Ste 300<br>Memphis, TN  38125 | | 368 | 1.95770 | 720.43 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 8,814.74 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Invoice Total | 8,814.74 |

AMERICAN
Molded Products

SHIPPER NO. 00100033
SHIPMENT I.D. 0000028500
SUPPLIER CODE 109973854

CARRIER NO. PJX:
CARRIER NAME PJAX

COLLECT | PREPAID
PJX: | XX

CONSIGNED TO DESTINATION

SOLD TO

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

AMERICAN MOLDED
PRODUCTS
21490 ST. ESTE
SHELBY TWP, MI 48315
United States

DELPHI - E & S DASA - Los Indios WHSE
CISCO: 36004 SAP#: DASA
DOCK CODE : DASA
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567
United States

MODE DESCRIPTION: Less than trailer load (ltl)

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | CUSTOMER ORDER NO. | ROUTE CODE | TERMS | ASSEMBLY PLANT | BILL OF LADING NUMBER | BOOK NUMBER | RELEASE NUMBER | DATE SHIPPED | NO. OF CONTAINERS | PCS UNITS | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36000 | DASA | | | | Net 30 Days | DASAMSA | 010270 | | | 09.28.05 | | | |

MODEL YR: 03

Shipment Details Below

| OUR PART NUMBER | CUSTOMER PART NUMBER AND PART DESCRIPTION | MODEL YR | BILL OF LADING NUMBER | BOOK NUMBER | RELEASE NUMBER | ACCUM TOTAL | NO. OF CONTAINERS | PCS UNITS | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|
| 02080A | 16441759 FRONT INTERMEDIATE GUIDE | 03 | MAYUMI | 20050922014 | | 307175 | 27 Carton Corrugated CTN25 | C62 | 7425 |
| 02220ZQA | 16642324 COVER SLIDE | 03 | MAYUMI | 20050922014 | | 277920 | 18 Carton Corrugated CTN25 | C62 | 1728 |
| 02190ZQA | 16642336 LOWER COVER | 03 | MAYUMI | 20050922014 | | 530500 | 58 Carton Corrugated CTN25 | C62 | 14500 |
| 02100A | 16872171 PUSH BUTTON | 03 | MAYUMI | 20050922014 | | 576100 | 34 Carton Corrugated CTN25 | C62 | 35700 |

Shipment COM: LB

SEND FREIGHT BILL TO:
DELPHI-E&S 36004
Accuship c/o Delphi
3200 Players Club Pkwy Ste 300
Memphis, TN 38125

| NO. OF CONTAINERS | CONTAINERS DESC | CMDQTY. | SUB |
|---|---|---|---|
| | ENG CH LEV: | | |
| 340 | R007F | UNIT: 0.0262 KG | |
| 02220ZQA | | | |
| 118 | 143 R007F | UNIT: 0.0375 KG | |
| 02190ZQA | | | |
| 485 | R005D | UNIT: 0.0142 KG | |
| 02100A | | | |
| 277 | R005G | UNIT: 0.0045 KG | |

DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS

WEIGHT | CHECK COLUMN | CLASS OR RATE

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

If charges are to be prepaid, write or stamp here "To be Prepaid."

Received $ _____

to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____

(The signature here acknowledges only the amount prepaid.)

Charges Advanced: $ _____

TOTAL CONTAINERS

GROSS WEIGHT

PERMANENT POST OFFICE
ADDRESS OF SHIPPER

**AMERICAN**
Molded Products

AMERICAN MOLDED
PRODUCTS
91490 CELESTE
WELSH TWP., MI 48315
United States

**CONSIGNED TO DESTINATION**

**SOLD TO**
DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

DELPHI - E & S DASA - Los Indios WHSE
CISCO: 36004 SAP#: DASA
DOCK CODE : DASA
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567
United States

| CUSTOMER NUMBER | SHIPPER NO. | 00109063 |
|---|---|---|
| 8000C | SHIPMENT I.D. | C000008500 |
| | SUPPLIER CODE | 109573854 |
| | FOB | |
| | CARRIER NO. | PJXI |
| | CARRIER NAME | PJAX |

COLLECT ☐   PREPAD ☐

SHIPPER NO. 00109063

Less than trailer load (LTL)

| OUR PART NUMBER | PLANT OR DESTINATION CODE | CMDTY. | TRAILER NUMBER | CUSTOMER ORDER NO. | ROUTE CODE | TERMS | ASSEMBLY PLANT | CUSTOMER PART NUMBER AND PART DESCRIPTION | MODEL YR. | BOOK NUMBER | RELEASE NUMBER | BILL OF LADING NUMBER | ACCUM TOTAL | DATE SHIPPED | NO. OF CONTAINERS | PCS/UNITS | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02310A | DASA | | 446 | 0550006363 | | Net 30 Days | DASAMSA | 16872194 PROTECTOR COVER | 03 | MAYUMI | 20050922014 | 010270 | 22200 | 06/26/03 | Carton Corrigated CTN25 | C62 | 200 |
| 02181ZOA | | | | 0550079271 | | | | 28042764 UPPER COVER | 03 | DANIEL | 20050922014 | | 16640 | | 39 Carton Corrigated CTN25 | C62 | 6240 |
| 02190OAEA | | | | 0550006363 | | | | 16642167 LOWER COVER | 03 | MAYUMI | 20050922014 | | 77000 | | 4 Carton Corrigated CTN25 | C62 | 10076 |
| 02170KRA | | | | 0550006363 | | | | 16909225 CONTROL KNOB EBONY | 03 | MAYUMI | 20050922014 | | 309456 | | 11 Carton Corrigated CTN25 | C62 | 5541 |
| 02230ZOA | | | | 0550006363 | | | | 16642330 FRONT COVER | 03 | MAYUMI | 20050922014 | | 19264 | | 23 Carton Corrigated CTN25 | C62 | 368 |

PJAX
RECEIVED
B/M 12344508 2
SHIPPER-COPY

| NO. OF CONTAINERS | CONTAINERS DESC | SUB | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|---|---|
| 215 | Carton /Corrugated | | | | | |

| TOTAL CONTAINERS | 215 | TARE | 215 | NET WEIGHT | 1866 |
|---|---|---|---|---|---|
| GROSS WEIGHT | 2081 | | | | |

# AMERICAN
**Molded Products**

# Invoice

| | |
|---|---|
| **Invoice No:** | **00109064** |
| **Date:** | 09/28/2005 |
| **Customer No:** | 8000 |
| **Supplier No:** | |
| **Sales Agent:** | |
| **GST#:** | |
| **BOL#:** | 010271 |
| **SID#:** | 0000008501 |

**Remit To:** AMERICAN MOLDED PRODUCTS
51490 CELESTE
SHELBY TWP, MI 48315
United States
Phone: 586 247-5650
Fax:  586 247-5736

**Bill To:** DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

**Ship To:** DELPHI - E & S DASA - Los Indios WHSE
CISCO: 36004  SAP#: DASA
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567
United States

**VAT#:**

| | | | | F.O.B./Terms |
|---|---|---|---|---|
| **Our Order No.** | **Customer Purchase Order No.** | **Shipped Via** | **Date Shipped** | |
| 00109064 | 0550079271 | BAXG | 09/28/2005 | Net 30 Days |

| Qty. Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 1120 | 021B120A | UPPER COVER<br>Customer PO. : 0550079271<br>Customer Part: 28042764<br>CUM Quantity :    37600  (Cum including this shipment) | | 1120 | 0.20540 | 230.05 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 230.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 230.05 |

Page: 1

AMERICAN Molded Products

This property described below in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination...

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading.

**CONSIGNED TO DESTINATION**

DELPHI - E & S DASA - Los Indios WHSE
CISCO: 36004   SAP#: DASA
DOCK CODE : DASA
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567
United States

**SOLD TO**

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

AMERICAN MOLDED
PRODUCTS
51490 CELESTE
SHELBY TWP, MI 48315
United States

SHIPPER NO. 00109064
SHIPMENT I.D. 00000008501
SUPPLIER CODE 109973854
FOB

CARRIER NO. BAXG
CARRIER NAME BAX GLOBAL

COLLECT [X] PREPAID

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | TERMS | ASSEMBLY PLANT | BILL OF LADING NUMBER | DATE SHIPPED | NO. OF CONTAINERS | MODE DESCRIPTION | PCS UNITS | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8000 | DASA | | | Net 30 Days | DASAMSA | 0:027: | 09/28/05 | | Less than trailer load (LTL) | | |

OUR PART NUMBER | CUSTOMER ORDER NO. | CUSTOMER PART NUMBER AND PART DESCRIPTION

| | CUSTOMER ORDER NO. | CUSTOMER PART NUMBER AND PART DESCRIPTION | MODEL YR. | BOOK NUMBER | RELEASE NUMBER | ACCUM. TOTAL | NO. OF CONTAINERS | | PCS UNITS | |
|---|---|---|---|---|---|---|---|---|---|---|
| 179748284 | C550007927; | 28042764 UPPER COVER | | DANIEL | 120050927014 | 37600 | 7 Carton Corrugated CTX25 | | C62 | 1120 |

Shipment JOM : LB
Carter Cro Number :
02018120GA

ENG Cr LEV :   RC25E
NET : 44       QNT :  0.0178   KG

| CLASS OR RATE | CHECK COLUMN | WEIGHT | | | | | | ACCUM. TOTAL | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| NO. OF CONTAINERS | CONTAINERS DESC | CMDTY. | SUB | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT |
|---|---|---|---|---|---|
| 7 | Carton (Corrugated | | | | |

TOTAL PALLET QTY : 7

DRIVER

TOTAL CONTAINERS: 7

GROSS WEIGHT  51  |  TARE  7  |  NET WEIGHT  44

AGENT, PER

PERMANENT POST OFFICE
ADDRESS OF SHIPPER

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING $

SHIPPER

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Consolidated Freight Classification.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

If charges are to be prepaid, write or stamp here "To be prepaid."

Received $ _____

to apply in prepayment of the charges on the property described hereof.

Per _____  Agent or Cashier

(The signature here acknowledges only the amount prepaid.)

Charges Advanced $

# AMERICAN
**Molded Products**

# Invoice

| | |
|---|---|
| **Invoice No:** | **00109060** |
| Date: | 09/29/2005 |
| Customer No: | 8000 |
| Supplier No: | |
| Sales Agent: | |
| GST#: | |
| BOL#: | 010267 |
| SID#: | 0000008497 |

**Remit To:** AMERICAN MOLDED
PRODUCTS
51490 CELESTE
SHELBY TWP, MI 48315
United States
Phone: 586 247-5650
Fax:  586 247-5736

**Bill To:** DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

**Ship To:** N.A. TRUCK GROUP
WENTZVILLE PLANT DOCK
1500 E ROUTE A
WENTZVILLE, MO 63385
United States

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 00109060 | See Below | DETL | 09/29/2005 | Net 30 Days |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 210 | 02271AEA | COVER HEIGHT ADJUSTER<br>Customer PO. : 0R8C0001<br>Customer Part: 25741100<br>CUM Quantity :      24780   (Cum including this shipment) | | 210 | 0.13690 | 28.75 |
| 1470 | 02271ZQA | COVER HEIGHT ADJUSTER<br>Customer PO. : 0R8C0002<br>Customer Part: 25741101<br>CUM Quantity :     251160   (Cum including this shipment) | | 1470 | 0.13690 | 201.24 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 229.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| **Invoice Total** | |
| | 229.99 |

Page: 1

**AMERICAN** Molded Products

AMERICAN MOLDED
PRODUCTS
5140C DELISLE
SHELBY TWP, MI 48315
United States

SHIPPER NO.  00109260
SHIPMENT I.D.  0000008497
SUPPLIER CODE  000124917
FOB

CARRIER NO.  DETL
CARRIER NAME  DETROIT LOGISTICS

COLLECT [ XX ]  PREPAID

CONSIGNED TO DESTINATION

N.A. TRUCK GROUP
WENTZVILLE PLANT DOCK
DOCK CODE : B21
1500 E ROUTE A
WENTZVILLE, MO 63385
United States

SOLD TO

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | TERMS | ASSEMBLY PLANT | MODEL YR. | BOOK NUMBER | BILL OF LADING NUMBER | DATE SHIPPED | MODE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|
| 8001 | 19018 | | | Net 30 Days | NA TRUCK G | | | C 0267 | 09/29/05 | Consolidation |

| OUR PART NUMBER | CUSTOMER ORDER NO. | CUSTOMER PART NUMBER AND PART DESCRIPTION | WEIGHT | CLASS RATE | CHECK COLUMN | RELEASE NUMBER | ACCUM TOTAL | NO. OF CONTAINERS | PCS UNITS | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|---|
| Shipment JOM LB 02271AEA | 0R8C0001 | 25741100 COVER HEIGHT ADJUSTER | | | | DELPHI D 20050925141 | 24780 | 1 GM RETURNABLE CONTAINER SC24150B | C62 | 210 |
| ENG CHG LEV B 02271ZQA | 0R8C0002 | 25741101 COVER HEIGHT ADJUSTER | | | | DELPHI D 20050925141 | 251160 | 7 GM RETURNABLE CONTAINER SC241508 | C62 | 1470 |

| NO. OF CONTAINERS | CONTAINERS DESC | SUB | CMDTY | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS |
|---|---|---|---|---|
| 8 | Container (Plastic) | | | |
| 2 | Pallet (Plastic) | | | |

TOTAL CONTAINERS  2

GROSS WEIGHT  184    TARE  114    NET WEIGHT  70

AGENT, PER

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING $
PERMANENT POST OFFICE
ADDRESS OF SHIPPER.                            SHIPPER,

# AMERICAN
**Molded Products**

# Invoice

| | |
|---|---|
| Invoice No: | **00109061** |
| Date: | 09/29/2005 |
| Customer No | 8000 |
| Supplier No: | |
| Sales Agent: | |
| GST#: | |
| BOL#: | 010268 |
| SID#: | 0000009498 |

**Remit To:** AMERICAN MOLDED PRODUCTS
51490 CELESTE
SHELBY TWP, MI 48315
United States
Phone: 586 247-5650
Fax: 586 247-5736

**Bill To:** DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

**Ship To:** GM BOWLING GREEN ASSY
600 CORVETTE DRIVE
BOWLING GREEN, KY 42101-9006
United States

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 00109061 | 0Z9X0001 | DETL | 09/29/2005 | Net 30 Days |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 168 | 03211A | | | 168 | 3.12000 | 524.16 |
| | | Customer PO. : 0Z9X0001 | | | | |
| | | Customer Part: 21995582 | | | | |
| | | CUM Quantity :     30282   (Cum including this shipment) | | | | |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 524.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Invoice Total | 524.16 |

Page: 1

AMERICAN
Molded PRODUCTS

AMERICAN MOLDED
PRODUCTS
5140 DEERE
SHELBY TWP, MI 48316
United States

SHIPPER NO. 00109061
SHIPMENT I.D. 0000006498
SUPPLIER CODE 000130104
FOB

CARRIER NO. DFL
CARRIER NAME DETROIT LOG S CS

COLLECT [XX] PREPAID

CONSIGNED TO DESTINATION

SOLD TO

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

GM BOWLING GREEN ASSY
600 CORVETTE DRIVE
DOCK CODE : C06
BOWLING GREEN, KY 42101-9006
United States

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | TERMS | ASSEMBLY PLANT | BILL OF LADING NUMBER | DATE SHIPPED | NO. OF CONTAINERS | MODE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 8002 | 9C16 | | | Net 30 Days | GM BOWLIN | 010268 | 09/29/05 | | Consolidation |

| OUR PART NUMBER | CUSTOMER ORDER NO. | CUSTOMER PART NUMBER AND PART DESCRIPTION | MODEL YR. | BOOK NUMBER | RELEASE NUMBER | ACCUM TOTAL | PCS UNITS | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|
| 03211A | 029X000L | 21995582 SUPPORT ASM-RAD UPR | | DELPHI O 2005092S141 | | 30282 | C62 | 168 |

ACCUM TOTAL 30282

RETURNABLE CONTAINER 4
KR484534

| NO. OF CONTAINERS | CONTAINERS DESC | CMDTY | SUB | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 4 | Container (Plastic) | | | | | | |
| 4 | Pallet (Plastic) | | | | | | |

TOTAL CONTAINERS 4
GROSS WEIGHT 1264.0175   TARE 970.0175   NET WEIGHT 294

PERMANENT POST OFFICE
ADDRESS OF SHIPPER

SHIPPER

AGENT, PER

The rate boxes used for this shipment conform to the specifications set forth in the bill of lading...

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
Signature of Consignor

If charges are to be prepaid, write or stamp here, "To be prepaid."

Received $ _____

to apply in prepayment of the charges on the property described hereof.

Per _____ Agent of Cashier

Charge Advanced $ _____

# AMERICAN
**Molded Products**

# Invoice

| | |
|---|---|
| **Remit To:** | AMERICAN MOLDED PRODUCTS<br>51490 CELESTE<br>SHELBY TWP, MI 48315<br>United States<br>Phone: 586 247-5650<br>Fax:  586 247-5736 |

| | |
|---|---|
| **Invoice No:** | **00109071** |
| **Date:** | 09/29/2005 |
| **Customer No:** | 8000 |
| **Supplier No:** | |
| **Sales Agent:** | |
| **GST#:** | |
| **BOL#:** | 010278 |
| **SID#:** | 0000008508 |

| | |
|---|---|
| **Bill To:** | DELPHI AUTOMOTIVE SYSTEMS<br>1401 CROOKS ROAD<br>TROY, MI 48084<br>United States |
| **Ship To:** | DELPHI SAFETY & INTERIOR SYS<br>200 GEORGESVILLE RD<br>COLUMBUS, OH 43228<br>United States |

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 00109071 | 0550023117 | CONQ | 09/29/2005 | Net 30 Days |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 440 | 03230A | S-VAN SHOE YOKE RACK<br>Customer PO. : 0550023117<br>Customer Part: 16641875<br>CUM Quantity :    80080   (Cum including this shipment) | | 440 | 0.26060 | 114.66 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 114.66 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| **Invoice Total** | |
| | 114.66 |

Page: 1

**AMERICAN** Molded Products

AXLE CAN MOLDED PRODUCTS
54400 RD01STE
SHELBY TWP, MI 48315
United States

CONSIGNED TO DESTINATION

DELPHI SAFETY & INTERIOR SYS
200 GEORGESVILLE RD
DOCK CODE: RD01DK10
COLUMBUS, OH 43228
United States

SOLD TO

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

SHIPPER NO.        00109071
SHIPMENT I.D.      0000008508
SUPPLIER CODE      109973354
FOB

CARRIER NO.    CONO
CARRIER NAME   THE CONNECT ON

COLLECT ☐    PREPAID ☐

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | TERMS | ASSEMBLY PLANT | BILL OF LADING NUMBER | DATE SHIPPED | MODE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 8000 | RD01DK10 | 5-3 185 | | Net 30 Days | CO-OMBUS | 04-2275 | 06/28/05 | Motor |

| OUR PART NUMBER | CUSTOMER ORDER NO. | CUSTOMER PART NUMBER AND PART DESCRIPTION | | MODEL YR | BOOK NUMBER | RELEASE NUMBER | ACCUM. TOTAL | NO. OF CONTAINERS | PCS UNITS QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|
| | 0350002311 7 | 16641875 S-VAN SHOE YOKE RACK | | 03 | ANDY S | 20050827022 80080 | 80080 | 1 | C62 440 |

13-0610629-0

| WEIGHT | CLASS OR RATE | CHCK COLUMN |
|---|---|---|

SCAC:CONO

SHIPPERS COPY

| NO. OF CONTAINERS | CONTAINERS DESC | CMNTY | SUB | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS |
|---|---|---|---|---|
| 1 | Carton (Corrugated) | | | |

| TOTAL CONTAINERS | | TARE | 1 | NET WEIGHT |
|---|---|---|---|---|
| 9 | | | | 8 |

GROSS WEIGHT

PERMANENT POST OFFICE
ADDRESS OF SHIPPER

AGN'T PER  B Drake  13245

# AMERICAN
**Molded Products**

# Invoice

| | |
|---|---|
| **Invoice No:** | **00109082** |
| **Date:** | 09/30/2005 |
| **Customer No:** | 8000 |
| **Supplier No:** | |
| **Sales Agent:** | |
| **GST#:** | |
| **BOL#:** | 010289 |
| **SID#:** | 0000008519 |

**Remit To:** AMERICAN MOLDED
PRODUCTS
51490 CELESTE
SHELBY TWP, MI 48315
United States
Phone: 586 247-5650
Fax: 586 247-5736

**Bill To:** DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

**Ship To:** N.A. TRUCK GROUP
WENTZVILLE PLANT DOCK
1500 E ROUTE A
WENTZVILLE, MO 63385
United States

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 00109082 | See Below | DETL | 09/30/2005 | Net 30 Days |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 210 | 02271A&A | COVER HEIGHT ADJUSTER<br>Customer PO. : OR8C0001<br>Customer Part: 25741100<br>CUM Quantity :      24990   (Cum including this shipment) | | 210 | 0.13690 | 28.75 |
| 1260 | 02271Z0A | COVER HEIGHT ADJUSTER<br>Customer PO. : OR8C0002<br>Customer Part: 25741101<br>CUM Quantity :     252420   (Cum including this shipment) | | 1260 | 0.13690 | 172.49 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 201.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| **Invoice Total** | |
| | 201.24 |

Page: 1

**AMERICAN** Molded Products

AMERICAN MOLDED PRODUCTS
51490 CELESTE
SHELBY TWP, MI 48315
United States

SHIPPER NO.  00109082
SHIPMENT I.D.  000000088109
SUPPLIER CODE  000124917
FOB

CARRIER NO.  DET1
CARRIER NAME  DETROIT LOGISTICS

COLLECT  XX  PREPAID

CONSIGNED TO DESTINATION

SOLD TO
DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

CONSIGNED TO DESTINATION

N.A. TRUCK GROUP
WENTZVILLE PLANT DOCK
DOCK CODE: B21
1500 E ROUTE A
WENTZVILLE, MO 63385
United States

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | TERMS | ASSEMBLY PLANT | BILL OF LADING NUMBER | DATE SHIPPED | NO. OF CONTAINERS | MODE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 8001 | 19018 | | | Net 30 Days | NA TRUCK G | 010029 | 09/30/05 | Consolidation | |

| OUR PART NUMBER | CUSTOMER ORDER NO. | CUSTOMER PART NUMBER AND PART DESCRIPTION | MODEL YR. | BOOK NUMBER | RELEASE NUMBER | ACCUM TOTAL | NO. OF CONTAINERS | PCS UNITS | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|
| | CR8C0001 | 25741100 COVER HEIGHT ADJUSTER | | DELPHI D | 2005092511141 | 24990 | 1 Qty RETURNABLE CONTAINER SC241508 | C62 | 210 |
| | CR8C0002 | 25741101 COVER HEIGHT ADJUSTER | | DELPHI D | 2005092511141 | 252420 | 6 Qty RETURNABLE CONTAINER SC241508 | C62 | 1260 |

| NO. OF CONTAINERS | CONTAINERS DESC | CMDTY. | SUB | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 7 | Container (Plastic) | | | | | | |
| 2 | Pallet (Plastic) | | | | | | |

Shipment UOM: EA
02271AEA
ENG O+LEV: R0026
NET:    5
0227120A
ENG O+LEV: R0026
NET: 50

UNIT: 0.0194   KG
UNIT: 0.0187   KG

TOTAL CONTAINERS  2
GROSS WEIGHT  171
TARE  110  NET WEIGHT  61

AGENT. PER

# AMERICAN
**Molded Products**

# Invoice

| Invoice No: | **00109083** |
|---|---|
| Date: | 09/30/2005 |
| Customer No: | 8000 |
| Supplier No: | |
| Sales Agent: | |
| GST#: | |
| BOL#: | 010290 |
| SID#: | 0000008520 |

**Remit To:** AMERICAN MOLDED PRODUCTS
51490 CELESTE
SHELBY TWP, MI 48315
United States
Phone: 586 247-5650
Fax:   586 247-5736

**Bill To:** DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

**Ship To:** GM BOWLING GREEN ASSY
600 CORVETTE DRIVE
BOWLING GREEN, KY 42101-9006
United States

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 00109083 | 0Z9X0001 | DETI. | 09/30/2005 | Net 30 Days |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 210 | 03211A | Customer PO. : 0Z9X0001<br>Customer Part: 21995582<br>CUM Quantity :      30492   (Cum including this shipment) | | 210 | 3.12000 | 655.20 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 655.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Invoice Total | 655.20 |

Page: 1

AMERICAN Molded Products

AMERICAN MOLDED
PRODUCTS
81640 DELISLE
SHELBY TWP, MI 48315
United States

(25)

SHIPPER NO.        00109083
SHIPMENT I.D.      0000008520
SUPPLIER CODE      000130704
FOB

CARRIER NO.        DET1-
CARRIER NAME       DETROIT LOGISTICS

COLLECT [ ]   PREPAID [XX]

CONSIGNED TO DESTINATION

SOLD TO

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | TERMS | ASSEMBLY PLANT | BILL OF LADING NUMBER | DATE SHIPPED | NO. OF CONTAINERS | MODE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 8002 | 18018 | | | Net 30 Days | GM BOWLIN | 010290 | 09/30/05 | | Consolidation |

CONSIGNED TO DESTINATION

GM BOWLING GREEN ASSY
600 CORVETTE DRIVE
DOCK CODE : C06
BOWLING GREEN, KY 42101-9006
United States

| OUR PART NUMBER | CUSTOMER ORDER NO. | CUSTOMER PART NUMBER AND PART DESCRIPTION | MODEL YR. | BOOK NUMBER | RELEASE NUMBER | CLASS OR RATE | CHECK COLUMN | WEIGHT | ACCUM TOTAL | PCS UNITS | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03211A | 029X0C01 | 21995582 SUPPORT ASM-RAD UPR | | DELPHI 0120050925141 | 30492 | | | | 30492 | C62 | 210 |
| ENG CH LEV: C02 | | | | | | | | | | | |

RETURNABLE CONTAINER KRAB4534

| NO. OF CONTAINERS | CONTAINERS DESC | CMDTY. | SUB |
|---|---|---|---|
| 5 | Container (Plastic) | | |
| 5 | Pallet (Plastic) | | |

TOTAL CONTAINERS   5

GROSS WEIGHT   1580.2719     TARE   1212.2719     NET WEIGHT   368

THE DETAILS OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

PERMANENT POST-OFFICE
ADDRESS OF SHIPPER

SHIPPER                                AGENT, PER

The FIBRE BOXES used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Consolidated Freight Classification.

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Signature of Consignor

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____

to apply in prepayment of the charges on the property described hereon

Per _____        Agent or Cashier

The signature here acknowledges only the amount prepaid.

Charges Advanced $ _____

# AMERICAN
**Molded Products**

# Invoice

| | |
|---|---|
| **Invoice No:** | **00109089** |
| Date: | 09/30/2005 |
| Customer No: | 8000 |
| Supplier No: | |
| Sales Agent: | |
| GST#: | |
| BOL#: | 010296 |
| SID#: | 0000008526 |

**Remit To:** AMERICAN MOLDED PRODUCTS
51490 CELESTE
SHELBY TWP, MI 48315
United States
Phone: 586 247-5650
Fax:  586 247-5736

**Bill To:** DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

**Ship To:** DELPHI SAFETY & INTERIOR SYS
200 GEORGESVILLE RD
COLOMBUS, OH 43228
United States

VAT#:

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 00109089 | See Below | CONQ | 09/30/2005 | Net 30 Days |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 700 | 03240A | PINION COVER<br>Customer PO. : 0550023117<br>Customer Part: 16641286<br>CUM Quantity :     40600   (Cum including this shipment) | | 700 | 0.12510 | 87.57 |
| 440 | 03230A | S-VAN SHOE YOKE RACK<br>Customer PO. : 0550023117<br>Customer Part: 16641875<br>CUM Quantity :     80520   (Cum including this shipment) | | 440 | 0.26060 | 114.66 |
| 900 | 03220A | SHOE YOKE<br>Customer PO. : 0550023117<br>Customer Part: 16642002<br>CUM Quantity :     78300   (Cum including this shipment) | | 900 | 0.18540 | 166.86 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 369.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 369.09 |

Page: 1

AMERICAN
Molded Products

AMERICAN MOLDED
PRODUCTS
E 4400 CELESTE
SHELBY TWP, MI 48315
United States

SHIPPER NO. 00109099
SHIPMENT I.D. 0000008526
SUPPLIER CODE 109973854
FOB

CARRIER NO. CONG
CARRIER NAME THE CONNECTION

COLLECT ☐   PREPAID ☐ CASH ☐

CONSIGNED TO DESTINATION

SOLD TO

DELPHI SAFETY & INTERIOR SYS
200 GEORGESVILLE RD
DOCK CODE: RD01DK10
COLOMBUS, OH 43228
United States

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | TERMS | ASSEMBLY PLANT | DATE SHIPPED |
|---|---|---|---|---|---|---|
| 8000 | RD01DK10 | 2417 | | Net 30 Days | CCLOMBUS | 09/30/05 |

| OUR PART NUMBER | CUSTOMER ORDER NO. | CUSTOMER PART NUMBER AND PART DESCRIPTION | MODEL YR. | BOOK NUMBER | RELEASE NUMBER | ACCUM. TOTAL | NO. OF CONTAINERS | PCS UNITS | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|
| Shipment UOM : LB 03240A | 0550023117 | 16641286 PINION COVER | 03 | ANDY S | 20050927022 | 40600 | Carton Corrigated 1 CTN25 | C62 | 700 |
| ENG CH-LEV : C70 NET : 8 03230A | 0550023117 | 16641875 S-VAN SHOE YOKE RACK | 03 | ANDY S | 20050927022 | 80520 | Carton Corrigated 1 CTN25 | C62 | 440 |
| ENG CH-LEV : 13A NET : 8 03220A | 0550023117 | 16642002 SHOE YOKE | 03 | ANDY S | 20050927022 | 78300 | Carton Corrigated 1 CTN25 | C62 | 900 |

SCAC CONG

SHIPPER COPY

13-0810640-5

| NO. OF CONTAINERS | CONTAINERS DESC | CMDCTY. | SUB | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT |
|---|---|---|---|---|---|
| 3 | Carton (Corrugated) | | | | |

| TOTAL CONTAINERS | 3 | TARE | NET WEIGHT | |
| GROSS WEIGHT | 42 | | 39 | |

PERMANENT POST OFFICE
ADDRESS OF SHIPPER

SHIPPER,                           AGENT, PER

# AMERICAN
**Molded Products**

# Invoice

| | |
|---|---|
| Invoice No: | **00109090** |
| Date: | 09/30/2005 |
| Customer No: | 8000 |
| Supplier No: | |
| Sales Agent: | |
| GST#: | |
| BOL#: | 010298 |
| SID#: | 0000008528 |

**Remit To:** AMERICAN MOLDED PRODUCTS
51490 CELESTE
SHELBY TWP, MI 48315
United States
Phone: 586 247-5650
Fax:   586 247-5736

**Bill To:** DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

**Ship To:** DELPHI - E & S DASA - Los Indios WHSE
CISCO: 36004  SAP#: DASA
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567
United States

VAT#:

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 00109090 | 0550079271 | BAXG | 09/30/2005 | Net 30 Days |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 1120 | 02181AEA | UPPER COVER<br>Customer PO. : 0550079271<br>Customer Part: 28042763<br>CUM Quantity :     1120   (Cum including this shipment) | | 1120 | 0.20540 | 230.05 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 230.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 230.05 |

Page:  1

AMERICAN Moldex Products

AMERICAN MOLDED
PRODUCTS
51490 CELESTE
SHELBY TWP, MI 48316
United States

SHIPPER NO. 00109090
SHIPMENT I.D. 0000008528
SUPPLIER CODE 109873854
FOB

CARRIER NO. 3AXG
CARRIER NAME 3AX GLC52A_

COLLECT [ XX ] PREPAID

CONSIGNED TO DESTINATION

DELPHI - E & S DASA - Los Indios WHSE
CISCO: 36004 SAP#: DASA
DOCK CODE : DASA
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567
United States

SOLD TO

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | TERMS | ASSEMBLY PLANT | BILL OF LADING NUMBER | DATE SHIPPED | MODE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 8000 | DASA | | | Net 30 Days | DASAMSA | 010298 | 09/30/05 | Less than trailer load (ltl) |

| OUR PART NUMBER | CUSTOMER ORDER NO. | CUSTOMER PART NUMBER AND PART DESCRIPTION | MODEL YR. | BOOK NUMBER | RELEASE NUMBER | ACCUM TOTAL | NO. OF CONTAINERS | PCS UNITS | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|
| Shipment UOM : LB 02181AEA | 0550079271 | 28042763 UPPER COVER | | DANIEL L | 120350927014 | 1120 | 7 Carton Corrigated CTN25 | C62 | 1120 |
| END OF ITEM NET : 44 UNIT : 0.0178    KG | | | | | | | | | |

| ACCUM TOTAL | | DATE SHIPPED | NO. OF CONTAINERS |
|---|---|---|---|
| 1120 | | 09/30/05 | 7 |

DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS        WEIGHT    CLASS OR RATE    CHECK COLUMN

| NO. OF CONTAINERS | CONTAINERS DESC | CMDTY. | SUB |
|---|---|---|---|
| 7 | Carton /Corrugated | | |

| TOTAL NO. CONTAINERS | | TARE | NET WEIGHT |
|---|---|---|---|
| 7 | | 7 | 44 |

GROSS WEIGHT    51

AGENT, PER

PERMANENT POST OFFICE
ADDRESS OF SHIPPER

SHIPPER.

# AMERICAN
**Molded Products**

# Invoice

| | |
|---|---|
| **Invoice No:** | **00109091** |
| **Date:** | 09/30/2005 |
| **Customer No** | 8000 |
| **Supplier No:** | |
| **Sales Agent:** | |
| **GST#:** | |
| **BOL#:** | 010299 |
| **SID#:** | 0000008529 |

**Remit To:** AMERICAN MOLDED PRODUCTS
51490 CELESTE
SHELBY TWP, MI 48315
United States
Phone: 586 247-5650
Fax:  586 247-5736

**Bill To:** DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

**Ship To:** DELPHI - E & S DASA - Los Indios WHSE
CISCO: 36004  SAP#: DASA
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567
United States

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 00109091 | 0550079271 | FDEX | 09/30/2005 | Net 30 Days |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 1600 | 02181AEA | UPPER COVER<br>Customer PO. : 0550079271<br>Customer Part: 28042763<br>CUM Quantity : 2720 (Cum including this shipment) | | 1600 | 0.20540 | 328.64 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 328.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| **Invoice Total** | 328.64 |

AMERICAN Molded Products

Page: 1

SHIPPER NO. 00109091
SHIPMENT I.D. 0000008529
SUPPLIER CODE !C9573854
FOB

CARRIER NO.   FDEX
CARRIER NAME   FEDERAL EXPRESS

COLLECT [ ]   PREPAID [ XX ]

CONSIGNED TO DESTINATION

SOLD TO
DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

DELPHI - E & S DASA - Los Indios WHSE
CISCO: 36004  SAP#: DASA
DOCK CODE : DASA
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567
United States

AMERICAN MOLDED
PRODUCTS
51-490 DELSET
SHELBY TWP, MI 48316
United States

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | TERMS | ASSEMBLY PLANT | BILL OF LADING NUMBER | DATE SHIPPED | MODE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 8OCO | DASA | | | Net 30 Days | DASAMSA | 010299 | | Less than trailer load (lt) |

| OUR PART NUMBER | CUSTOMER ORDER NO. | CUSTOMER PART NUMBER AND PART DESCRIPTION | MODEL YR. | BOOK NUMBER | RELEASE NUMBER | ACCUM TOTAL | NO. OF CONTAINERS | PCS UNITS | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|
| Shipment UOM : LB 02181AEA | 05500079271 | 28042763 UPPER COVER | | DANIEL | 200S0927014 | 2720 | 10 Odrun Consigated C-TN25 | C62 | 1600 |

ENG D NUM : 93
NET : .0079   KG

DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS

| NO. OF CONTAINERS | CONTAINERS DESC | CMDTY. | SUB | | | WEIGHT | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|---|
| 10 | Carton Corrugated | | | | | | | |

CUSTOMER UOM : LB
8OCO

| GROSS | UNIT : .0079   KG |

| CONTAINERS | 10 | TARE | | NET WEIGHT | 63 |
| 4T | 73 | | 10 | | |

AGENT, PER

Agent or Carrier

# AMERICAN
### Molded Products

# Invoice

| | |
|---|---|
| Invoice No: | **00109100** |
| Date: | 10/03/2005 |
| Customer No: | 8000 |
| Supplier No: | |
| Sales Agent: | |
| GST#: | |
| BOL#: | 010309 |
| SID#: | 0000008639 |

**Remit To:** AMERICAN MOLDED PRODUCTS
51490 CELESTE
SHELBY TWP, MI 48315
United States
Phone: 586 247-5650
Fax:  586 247-5736

**Bill To:** DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

**Ship To:** N.A. TRUCK GROUP
WENTZVILLE PLANT DOCK
1500 E ROUTE A
WENTZVILLE, MO 63385
United States

**VAT#:**

| | | | | F.O.B./Terms |
|---|---|---|---|---|
| **Our Order No.** | **Customer Purchase Order No.** | **Shipped Via** | **Date Shipped** | |
| 00109100 | 0R8C0002 | DETI. | 10/03/2005 | Net 30 Days |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 1470 | 02271ZQA | COVER HEIGHT ADJUSTER<br>Customer PO. : 0R8C0002<br>Customer Part: 25741101<br>CUM Quantity :   253890  (Cum including this shipment) | | 1470 | 0.13690 | 201.24 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 201.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 201.24 |

Page: 1

**AMERICAN Molded Products**

AMERICAN MOLDED
PRODUCTS
5492-21557E
SHELBY TWP, MI 48315
United States

SHIPPER NO.        00109.00
SHIPMENT I.D.      0000008539
SUPPLIER CODE      00012497
                   FOB

CARRIER NO.        DET..
CARRIER NAME       DETROIT LOGIST..RS

COLLECT [ XX ] PREPAID

CONSIGNED TO DESTINATION

N.A. TRUCK GROUP
WENTZVILLE PLANT DOCK
DOCK CODE : B21
1500 E ROUTE A
WENTZVILLE, MO 63385
United States

SOLD TO

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | TERMS | ASSEMBLY PLANT | BILL OF LADING NUMBER | DATE SHIPPED | | MODE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 8001 | 19018 | | | Net 30 Days | NA TRUCK G | C 0309 | 10OCT05 | Consolidation | |

| OUR PART NUMBER | CUSTOMER ORDER NO. | CUSTOMER PART NUMBER AND PART DESCRIPTION | MODEL YR. | BOOK NUMBER | RELEASE NUMBER | ACCUM TOTAL | NO. OF CONTAINERS | PCS UNITS | MODE DESCRIPTION | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|---|
| | CRBC0002 | 25741101 COVER HEIGHT ADJUSTER | | DELPHI D | 20051002121 | 253890 | 7 GM RETURNABLE CONTAINER SC2415O8 | C62 | DET.. DETROIT LOGIST..RS | 1470 |

Shipment UOM : LB
02271201A
ENG CH REV:
NET : 61                    KG
UNIT : 0.0188

| NO. OF CONTAINERS | CONTAINERS DESC | CMDTY. | SUB | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT | CLASS RATE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 7 | Container (Plastic) | | | | | | |
| 1 | Pallet (Plastic) | | | | | | |

TOTAL CONTAINERS    : 1
GROSS WEIGHT        : 3      TARE    70     NET WEIGHT    61

PERMANENT POST OFFICE
ADDRESS OF SHIPPER

SHIPPER

# AMERICAN
**Molded Products**

# INVOICE

| | |
|---|---|
| **Invoice No:** | **00109101** |
| **Date:** | 10/03/2005 |
| **Customer No:** | 8000 |
| **Supplier No:** | |
| **Sales Agent:** | |
| **GST#:** | |
| **BOL#:** | 010310 |
| **SID#:** | 0000008540 |

**Remit To:** AMERICAN MOLDED PRODUCTS
51490 CELESTE
SHELBY TWP, MI 48315
United States
Phone: 586 247-5650
Fax:  586 247-5736

**Bill To:** DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

**Ship To:** GM BOWLING GREEN ASSY
600 CORVETTE DRIVE
BOWLING GREEN, KY 42101-9006
United States

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 00109101 | 0Z9X0001 | DETL | 10/03/2005 | Net 30 Days |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 168 | 03211A | | | 168 | 3.12000 | 524.16 |
| | | Customer PO. : 0Z9X0001 | | | | |
| | | Customer Part: 21995582 | | | | |
| | | CUM Quantity :      30660   (Cum including this shipment) | | | | |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 524.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 524.16 |

Page: 1

**AMERICAN** Molded Products

AMERICAN MO.PRD
PRODUCTS
51546 CELESTE
SHELBY TWP, MI 48315
United States

SHIPPER NO. 00109101
SHIPMENT I.D. 0000008540
SUPPLIER CODE 000130104
FOB

CARRIER NO. DETL
CARRIER NAME DETROIT LOGISTICS

COLLECT | XX | PREPAID

CONSIGNED TO DESTINATION

**SOLD TO**

GM BOWLING GREEN ASSY
600 CORVETTE DRIVE
DOCK CODE: C06
BOWLING GREEN, KY 42101-9006
United States

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | TERMS | ASSEMBLY PLANT | BILL OF LADING NUMBER | DATE SHIPPED | MODE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 8002 | 180016 | | | Net 30 Days | GM BOWLIN | 010010 | 10/03/05 | Consolidation |

| CUR PART NUMBER | CUSTOMER ORDER NO. | CUSTOMER PART NUMBER AND PART DESCRIPTION | MODEL YR. | BOOK NUMBER | RELEASE NUMBER | ACCUM. TOTAL | NO. OF CONTAINERS | PCS UNITS | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|
| 03211A | 029X0001 | 21995582 SUPPORT ASM-RAD UPR | | DELPHI D | 2005100 2121 | 30660 | 4 RETURNABLE CONTAINER KR-84534 | C62 | 168 |
| ENG CH. RV: 002 | | | | | | | | | |

| NO. OF CONTAINERS | CONTAINERS DESC | CMDTY. | SUB | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT | CLASS RATE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 4 | Container (Plastic) | | | | | | |
| 4 | Pallet (Plastic) | | | | | | |

TOTAL CONTAINERS 4
GROSS WEIGHT 1.264.0175
TARE 970.0175
NET WEIGHT 294

PERMANENT POST OFFICE
ADDRESS OF SHIPPER

AGENT, PER

SHIPPER,

# AMERICAN
**Molded Products**

# Invoice

| | |
|---|---|
| **Invoice No:** | **00109115** |
| Date: | 10/03/2005 |
| Customer No: | 8000 |
| Supplier No: | |
| Sales Agent: | |
| GST#: | |
| BOL#: | 010316 |
| SID#: | 0000008546 |

**Remit To:** AMERICAN MOLDED
PRODUCTS
51490 CELESTE
SHELBY TWP, MI 48315
United States
Phone: 586 247-5650
Fax:  586 247-5736

**Bill To:** DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

**Ship To:** DELPHI SAFETY & INTERIOR SYS
250 NORTHWOODS BLVD.
VANDALIA, OH 45377
United States

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 00109115 | See Below | CONQ | 10/03/2005 | Net 30 Days |

| Qty Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 900 | 03290A | SHOE YOKE<br>Customer PO. : 0550026036<br>Customer Part: 16642002<br>CUM Quantity :   14400  (Cum including this shipment) | | 900 | 0.19100 | 171.90 |
| 700 | 03310A | PINION COVER<br>Customer PO. : 0550026036<br>Customer Part: 16644519<br>CUM Quantity :   7000  (Cum including this shipment) | | 700 | 0.12901 | 90.31 |
| 880 | 03300A | SHOE RACK<br>Customer PO. : 0550026036<br>Customer Part: 16644522<br>CUM Quantity :   15400  (Cum including this shipment) | | 880 | 0.26869 | 236.45 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 498.66 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 498.66 |

Page: 1

**AMERICAN** Molded Products

AMERICAN MOLDED PRODUCTS
51490 CELESTE
SHELBY TWP, MI 48315
United States

CONSIGNED TO DESTINATION

DELPHI SAFETY & INTERIOR SYS
250 NORTHWOODS BLVD.
DOCK CODE : RT01048W
VANDALIA, OH 45377
United States

SOLD TO

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

SHIPPER NO. 00109115
SHIPMENT I.D. 0000008546
SUPPLIER CODE 109973854
FOB

CARRIER NO. CONQ
CARRIER NAME THE CONNECTION

COLLECT [ XX ]  PREPAID

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | TERMS | ASSEMBLY PLANT |
|---|---|---|---|---|---|
| 8C00 | RT01048W | 17-411 | | No: 30 Days | VANDALIA |

| OUR PART NUMBER | CUSTOMER ORDER NO. | CUSTOMER PART NUMBER AND PART DESCRIPTION | MODEL YR. | BOOK NUMBER | RELEASE NUMBER | BILL OF LADING NUMBER | ACCUM. TOTAL | DATE SHIPPED | NO. OF CONTAINERS | MODE DESCRIPTION | PCS UNITS | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 010315 | | 10:03:05 | | Motor | | |
| 03290A | 0550026036 | 16642002 SHOE YOKE | | MCGRIFF | 20050922/023 | | 14400 | | 1 Carton Corrugated CTN25 | | C62 | 900 |
| ENG CH LEV : 0180 03310A | 0550026036 | 16644519 PINION COVER | | MCGRIFF | 20050922/023 | | 7000 | | 1 Carton Corrugated CTN25 | | C62 | 700 |
| ENG CH LEV : 001 03300A | 0550026036 | 16644522 SHOE RACK | | MCGRIFF | 20050922/023 | | 15400 | | 2 Crton Corrugated CTN25 | | C62 | 880 |
| ENG CH LEV : 002 | | | | | | | | | | | | |

SCAC:CONQ
SHIPPER COPY

13-0612156-7

| NO. OF CONTAINERS | CONTAINERS DESC | CMDTY. | SUB | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 4 | Carton (Corrugated | | | | 58 | | |

TOTAL CONTAINERS : 4
GROS. WEIGHT : 62    TARE    4    NET WEIGHT    58

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING $____ PER ____

PERMANENT POST OFFICE ADDRESS OF SHIPPER.

SHIPPER ____    AGENT, PER  B. Decke    10/3/05  13245

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

If charges are to be prepaid, write or stamp here. "To be prepaid."

Received $ ____
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per ____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced
$ ____

# AMERICAN
**Molded Products**

# Invoice

| Remit To: | AMERICAN MOLDED PRODUCTS<br>51490 CELESTE<br>SHELBY TWP, MI 48315<br>United States<br>Phone: 586 247-5650<br>Fax:  586 247-5736 |
|---|---|

| Invoice No: | **00109128** |
|---|---|
| Date: | 10/04/2005 |
| Customer No: | 8000 |
| Supplier No: | |
| Sales Agent: | |
| GST#: | |
| BOL#: | 010329 |
| SID#: | 0000008559 |

| Bill To: | DELPHI AUTOMOTIVE SYSTEMS<br>1401 CROOKS ROAD<br>TROY, MI 48084<br>United States |
|---|---|

| Ship To: | N.A. TRUCK GROUP<br>WENTZVILLE PLANT DOCK<br>1500 E ROUTE A<br>WENTZVILLE, MO 63385<br>United States |
|---|---|

VAT#:

F.O.B./Terms

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 00109128 | See Below | DETL | 10/04/2005 | Net 30 Days |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 210 | 02271AEA | COVER HEIGHT ADJUSTER<br>Customer PO. : 0R8C0001<br>Customer Part: 25741100<br>CUM Quantity :    25200  (Cum including this shipment) | | 210 | 0.13690 | 28.75 |
| 1260 | 022712QA | COVER HEIGHT ADJUSTER<br>Customer PO. : 0R8C0002<br>Customer Part: 25741101<br>CUM Quantity :    255150  (Cum including this shipment) | | 1260 | 0.13690 | 172.49 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 201.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 201.24 |

Page: 1

(25)

**AMERICAN Molded Products**

AMERICAN MOLDED
PRODUCTS
5 1402 GELESSE
SHELBY TWP, MI 48315
United States

SHIPPER NO.  00106128
SHIPMENT I.D.  0000008559
SUPPLIER CODE  00012497
FOB

CARRIER NO.  DETL
CARRIER NAME  DETROIT LOGISTICS

COLLECT [  ] XX [ X ] PREPAID

The property described below — in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property, over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Uniform Domestic Straight Bill of Lading, adopted by Carriers in Official, Southern, Western, and Illinois Classification Territories, March 15, 1922 as amended August 1, 1930 and June 15, 1941.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

MAIL OR STREET ADDRESS OF CONSIGNEE FOR PURPOSES OF NOTIFICATION ONLY.

CONSIGNED TO DESTINATION

N.A. TRUCK GROUP
WENTZVILLE PLANT DOCK
DOCK CODE : B21
1500 E ROUTE A
WENTZVILLE, MO 63385
United States

SOLD TO

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | TERMS | ASSEMBLY PLANT | MODEL YR. | BILL OF LADING NUMBER | DATE SHIPPED | NO. OF CONTAINERS | MODE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|
| 8001 | 1900 8 | | | Net 30 Days | NA TRUCK G | | 010323 | 10-04-05 | | Consolidation |

| OUR PART NUMBER | CUSTOMER ORDER NO. | | CUSTOMER PART NUMBER AND PART DESCRIPTION | | BOOK NUMBER | RELEASE NUMBER | ACCUM. TOTAL | | NO. OF CONTAINERS | PCS UNITS | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|---|---|

Shipment UOM : LB
02271AEA

| | OR8C0001 | | 25741100 COVER HEIGHT ADJUSTER | | DELPHI D | 20051002121 | 25200 | | 1  C62 GM RETURNABLE CONTAINER SC24-508 | | 210 |

ENG CH LEV :  PROD2E
REV :  9
022712QA  UNIT : 0.094  KG

| | OR8C0002 | | 25741101 COVER HEIGHT ADJUSTER | | DELPHI D | 20051002121 | 255150 | | 6  C62 GM RETURNABLE CONTAINER SC24-150B | | 1260 |

ENG CH LEV :  PROD2E
REV :  B2  UNIT : 0.087  KG

| NO. OF CONTAINERS | CONTAINERS DESC | CNDTY. | SUB | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 7 | Container (Plastic) | | | | | | |
| 2 | Pallet (Plastic) | | | | | | |

TOTAL CONTAINERS  2
GROSS WEIGHT  71   TARE  110   NET WEIGHT  61

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

PERMANENT POST OFFICE
ADDRESS OF SHIPPER.

AGENT, PER.

SHIPPER.

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be prepaid."

Received $ _____
to apply in prepayment of the charges on the property described hereon.

Per _____  Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced
$ _____

# AMERICAN
**Molded Products**

# Invoice

| | |
|---|---|
| **Remit To:** AMERICAN MOLDED PRODUCTS<br>51490 CELESTE<br>SHELBY TWP, MI 48315<br>United States<br>Phone: 586 247-5650<br>Fax: 586 247-5736 | **Invoice No:** 00109129 |

| | |
|---|---|
| | **Invoice No:** **00109129** |
| | **Date:** 10/04/2005 |
| | **Customer No:** 8000 |
| | **Supplier No:** |
| | **Sales Agent:** |
| | **GST#:** |
| | **BOL#:** 010330 |
| | **SID#:** 0000008560 |

**Bill To:** DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

**Ship To:** GM BOWLING GREEN ASSY
600 CORVETTE DRIVE
BOWLING GREEN, KY 42101-9006
United States

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 00109129 | 0Z9X0001 | DETL. | 10/04/2005 | Net 30 Days |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 168 | 03211A | | | 168 | 3.12000 | 524.16 |
| | | Customer PO. : 0Z9X0001<br>Customer Part: 21995582<br>CUM Quantity : 30828 (Cum including this shipment) | | | | |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 524.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 524.16 |

Page: 1

AMERICAN Molded Products

AMERICAN MOLDED
PRODUCTS
61490 CELESTE
SHELBY TWP, M. 48315
United States

SHIPPER NO.   00109129
SHIPMENT I.D.   0000008560
SUPPLIER CODE   0001130104
FOB

CARRIER NO.   CETL
CARRIER NAME   DETROIT_LOGISTICS

COLLECT | XX | PREPAID

The property described below... (uniform straight bill of lading disclaimer text)

CONSIGNED TO DESTINATION

GM BOWLING GREEN ASSY
600 CORVETTE DRIVE
DOCK CODE : CO6
BOWLING GREEN, KY 42101-9006
United States

SOLD TO

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | TERMS | ASSEMBLY PLANT | DATE SHIPPED | MODE DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 8002 | 18C16 | | | Net 30 Days | GM BOWLIN | 10/04/05 | Consolidation: |

| OUR PART NUMBER | CUSTOMER ORDER NO. | CUSTOMER PART NUMBER AND PART DESCRIPTION | BILL OF LADING NUMBER | | | | ACCUM. TOTAL | NO. OF CONTAINERS | PCS UNITS | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|---|
| 032211A | CZ9X000: | 21995582 SUPPORT ASM-RAD UPR | | MODEL YR. | BOOK NUMBER | RELEASE NUMBER | | | | |
| ENG CH LEV: | CO2 | | DELPHI 020051002121 | | | | 30828 | 4 | C62 | 168 |
| | | | | | | | | RETURNABLE CONTAINER KR484534 | | |

| WEIGHT | CLASS OR RATE | CHECK COLUMN |
|---|---|---|

DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS

| NO. OF CONTAINERS | CONTAINERS DESC | CMDTY. | SUB |
|---|---|---|---|
| 4 | Container (Plastic) | | |
| 4 | Pallet (Plastic) | | |

TOTAL CONTAINERS   4

GROSS WEIGHT   1284.0175      TARE   970.0175      NET WEIGHT   294

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING $

AGENT, PER

PERMANENT POST OFFICE
ADDRESS OF SHIPPER.

SHIPPER.

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Signature of Consignor

If charges are to be prepaid, write or stamp here "To be prepaid."

Received $ _____
to apply in prepayment of the charges on the property described hereon.

_____ Agent or Carrier
Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced
$

# AMERICAN
## Molded Products

# Invoice

| | |
|---|---|
| **Remit To:** AMERICAN MOLDED PRODUCTS<br>51490 CELESTE<br>SHELBY TWP., MI 48315<br>United States<br>Phone: 586 247-5650<br>Fax:  586 247-5736 | **Invoice No:** **00109135**<br>**Date:** 10/04/2005<br>**Customer No:** 8000<br>**Supplier No:**<br>**Sales Agent:**<br><br>**GST#:**<br>**BOL#:** 010336<br>**SID#:** 0000008566 |
| **Bill To:** DELPHI AUTOMOTIVE SYSTEMS<br>1401 CROOKS ROAD<br>TROY, MI 48084<br>United States | **Ship To:** DELPHI SAFETY & INTERIOR SYS<br>200 GEORGESVILLE RD<br>COLOMBUS, OH 43228<br>United States |

| VAT#: | | | | F.O.B./Terms |
|---|---|---|---|---|
| **Our Order No.** | **Customer Purchase Order No.** | **Shipped Via** | **Date Shipped** | |
| 00109135 | See Below | CONQ | 10/04/2005 | Net 30 Days |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 880 | 03230A | S-VAN SHOE YOKE RACK<br>Customer PO. : 0550023117<br>Customer Part: 16641875<br>CUM Quantity :   81400   (Cum including this shipment) | | 880 | 0.26060 | 229.33 |
| 900 | 03220A | SHOE YOKE<br>Customer PO. : 0550023117<br>Customer Part: 16642002<br>CUM Quantity :   79200   (Cum including this shipment) | | 900 | 0.18540 | 166.86 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 396.19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| **Invoice Total** | 396.19 |

Page: 1

AMERICAN
Molded Products

SHIPPER NO. 00109135
SHIPMENT I.D. 0000008566
SUPPLIER CODE 1099738S4
FOB

CARRIER NO. CONQ
CARRIER NAME THE CONNECTION

CONSIGNED TO DESTINATION

SOLD TO

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

DELPHI SAFETY & INTERIOR SYS
200 GEORGESVILLE RD
DOCK CODE: RD01DK10
COLOMBUS, OH 43228
United States

AMERICAN MOLDED
PRODUCTS
51490 CELESTE
SHELBY TWP, MI 48315
United States

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | CMDTY. | SUB | TRAILER NUMBER | CUSTOMER ORDER NO. | ROUTE CODE | TERMS | ASSEMBLY PLANT | BILL OF LADING NUMBER | DATE SHIPPED | MODE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8000 | RD01DK10 | | | 5223 | | | Net 30 Days | COLOMBUS | 010335 | 10/04/05 | Motor |

| OUR PART NUMBER | CUSTOMER PART NUMBER AND PART DESCRIPTION | MODEL YR. | BOOK NUMBER | RELEASE NUMBER | ACCUM TOTAL | NO. OF CONTAINERS | PCS UNITS | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|
| Shipment UOM: LB | | | | | | | | |
| 03230A | 16641875 S-VAN SHOE YOKE RACK | 03 | ANDYS | 2005100S4004 | 81400 | 2 Cotton Corrigated CTN25 | C62 | 860 |
| ENG CH. LEV: '3A NET: .37 03220A | | | | | | | | |
| ENG CH. LEV: '8C NET: .3 | 16642002 SHOE YOKE | 03 | ANDYS | 2005100S4004 | 79200 | 1 Cotton Corrigated CTN25 | C62 | 900 |

SCAC:CONQ

13-0612161-0

| NO. OF CONTAINERS | CONTAINERS DESC | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|---|
| 3 | Carton: Corrugated | | | | |

THE CONNECTION CO.

| TOTAL CONTAINERS | | TARE | NET WEIGHT |
|---|---|---|---|
| 3 | | 3 | 50 |

| GROSS WEIGHT |
|---|
| 53 |

AGENT, PER    CONQ

10/4/05   B Decker  13295

PERMANENT POST OFFICE
ADDRESS OF SHIPPER

SHIPPER

THE CONTROL OF DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT IN EXCESS OF $

COLLECT   PREPAID

Agent or Carrier

# AMERICAN
**Molded Products**

# Invoice

| | |
|---|---|
| **Invoice No:** | **00109148** |
| **Date:** | 10/05/2005 |
| **Customer No:** | 8000 |
| **Supplier No:** | |
| **Sales Agent:** | |
| **GST#:** | |
| **BOL#:** | 010349 |
| **SID#:** | 0000008579 |

**Remit To:** AMERICAN MOLDED PRODUCTS
51490 CELESTE
SHELBY TWP, MI 48315
United States
Phone: 586 247-5650
Fax:   586 247-5736

**Bill To:** DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

**Ship To:** N.A. TRUCK GROUP
WENTZVILLE PLANT DOCK
1500 E ROUTE A
WENTZVILLE, MO 63385
United States

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 00109148 | See Below | DETI. | 10/05/2005 | Net 30 Days |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 210 | 02271AEA | COVER HEIGHT ADJUSTER<br>Customer PO. : 0R8C0001<br>Customer Part: 25741100<br>CUM Quantity :    25410   (Cum including this shipment) | | 210 | 0.13690 | 28.75 |
| 1470 | 02271ZQA | COVER HEIGHT ADJUSTER<br>Customer PO. : 0R8C0002<br>Customer Part: 25741101<br>CUM Quantity :   256620   (Cum including this shipment) | | 1470 | 0.13690 | 201.24 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 229.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 229.99 |

Page: 1

**AMERICAN** Mold Products

AMERICAN MOLD
PRODUCTS
5400 CELESTE
SELBY HWY NC 48115
United States

SHIPPER NO.    00109148
SHIPMENT I.D.    C0000008579
SUPPLIER CODE    0001249:7
FOB

CARRIER NO.    DETL
CARRIER NAME    DETROIT LOG:ST:CS

COLLECT [ XX ] PREPAID

CONSIGNED TO DESTINATION

N.A. TRUCK GROUP
WENTZVILLE PLANT DOCK
DOCK CODE : B21
1500 E ROUTE A
WENTZVILLE, MO 63385
United States

SOLD TO

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | TERMS | ASSEMBLY PLANT | BILL OF LADING NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|---|---|
| 8001 | 19018 | | | Net 30 Days | NA TRUCK G | 0*0349 | 10:05:05 |

| CUSTOMER ORDER NO. | CUSTOMER PART NUMBER AND PART DESCRIPTION | MODEL YR. | BOOK NUMBER | RELEASE NUMBER | ACCUM TOTAL | NO. OF CONTAINERS | MODE DESCRIPTION | PCS UNITS | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Consolidation | | |
| CR8C0001 | 25741100 COVER HEIGHT ADJUSTER | | DELPHI D | 20051002121 | 25410 | 1 GM RETURNABLE CONTAINER SC241608 | | C62 | 210 |
| CR8C0002 | 25741101 COVER HEIGHT ADJUSTER | | DELPHI D | 20051002121 | 256620 | 7 GM RETURNABLE CONTAINER SC241608 | | C62 | 1470 |

| NO. OF CONTAINERS | OUR PART NUMBER | CONTAINERS DESC | SUB | CMDTY. | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT | CLASS RATE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|---|
| | Shipment UOM : LB 02271AEA | | | | | | | |
| 8 | ENG CH LEV: RD02E UNIT: 0.0194 KG 02271ZQA | Container (Plastic) | | | | | | |
| 2 | ENG CH LEV: RD02E UNIT: 0.0182 KG NET | Pa.ot (Plastic) | | | | | | |

TOTAL CONTAINERS : 2

GROSS WEIGHT    184    TARE    114    NET WEIGHT    70

PERMANENT POST OFFICE ADDRESS OF SHIPPER.

SHIPPER.

AGENT: PER

# AMERICAN
**Molded Products**

# Invoice

| | |
|---|---|
| **Remit To:** AMERICAN MOLDED PRODUCTS<br>51490 CELESTE<br>SHELBY TWP, MI 48315<br>United States<br>Phone: 586 247-5650<br>Fax:  586 247-5736 | **Invoice No:** **00109149**<br>**Date:** 10/05/2005<br>**Customer No:** 8000<br>**Supplier No:**<br>**Sales Agent:**<br>**GST#:**<br>**BOI#:** 010350<br>**SID#:** 0000008580 |

| | |
|---|---|
| **Bill To:** DELPHI AUTOMOTIVE SYSTEMS<br>1401 CROOKS ROAD<br>TROY, MI 48084<br>United States | **Ship To:** GM BOWLING GREEN ASSY<br>600 CORVETTE DRIVE<br>BOWLING GREEN, KY 42101-9006<br>United States |

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 00109149 | 0Z9X0001 | DETL | 10/05/2005 | Net 30 Days |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 210 | 03211A | | | 210 | 3.12000 | 655.20 |
| | | Customer PO. : 0Z9X0001<br>Customer Part: 21995582<br>CUM Quantity :     31038  (Cum including this shipment) | | | | |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 655.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| **Invoice Total** | |
| | 655.20 |

Page: 1

AMERICAN Molded Products

AMERICAN MOLDED
PRODUCTS
51490 CELESTE
SHELBY TWP, MI 48315
United States

SHIPPER NO.    00109149
SHIPMENT I.D.  000000558C
SUPPLIER CODE  00013010C
FOB

CARRIER NO.    DETL
CARRIER NAME   DETROIT LOGISTICS

COLLECT [ XX ]   PREPAID

The property described below... (Uniform Domestic Straight Bill of Lading, adopted by Carriers in Official, Southern, Western, and Illinois Classification Territories, March 15, 1922 as amended August 1, 1950 and June 15, 1941)

MAIL OR STREET ADDRESS OF CONSIGNEE — FOR PURPOSES OF NOTIFICATION ONLY

CONSIGNED TO DESTINATION

SOLD TO

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

GM BOWLING GREEN ASSY
600 CORVETTE DRIVE
DOCK CODE : C06
BOWLING GREEN, KY 42101-9006
United States

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | TERMS | ASSEMBLY PLANT | BILL OF LADING NUMBER | DATE SHIPPED | NO. OF CONTAINERS | MODE DESCRIPTION | PCS UNITS | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9002 | 180'5 | | | Net 30 Days | GM BOWLIN | 0:0350 | 10/05/06 | Consolidation | | | |

| | | | | | BOOK NUMBER | RELEASE NUMBER | ACCUM TOTAL | | | C62 | 210 |
| | | | | | DELPHI 0 | 200S1002121 | 3103B | 5 | | | |
| | | | | | MODEL YR. | | | RETURNABLE CONTAINER | | | |
| | | | | | 0:0350 | | | KR484.534 | | | |

| OUR PART NUMBER | CUSTOMER ORDER NO. | CUSTOMER PART NUMBER AND PART DESCRIPTION |
|---|---|---|
| | 0Z9X0001 | 21995582 |
| | | SUPPORT ASM-RAD UPR |

03211A

ENG CR LEV:   C02

| NO. OF CONTAINERS | CONTAINERS DESC | CMDTY. | SUB | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 5 | Container (Plastic) | | | | | | |
| 5 | Pallet (Plastic) | | | | | | |

TOTAL CONTAINERS    5

GROSS WEIGHT    1580.27'9     TARE    1212.22'9.     NET WEIGHT    368

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING $

PERMANENT POST OFFICE
ADDRESS OF SHIPPER

SHIPPER,                                             AGENT, PER

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon

Per _____  Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced
$ _____

# AMERICAN
**Molded Products**

# Invoice

| | |
|---|---|
| Invoice No: | **00109154** |
| Date: | 10/05/2005 |
| Customer No: | 8000 |
| Supplier No: | |
| Sales Agent: | |
| GST#: | |
| BOL#: | 010355 |
| SID#: | 0000008585 |

**Remit To:** AMERICAN MOLDED PRODUCTS
51490 CELESTE
SHELBY TWP, MI 48315
United States
Phone: 586 247-6660
Fax:  586 247-5736

**Bill To:** DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

**Ship To:** Delphi E&S, 36004 c/o INDIANAPOLIS DDC
DELPHI E&S- DASA-36004 LOS INDIOS WHSE
3150 CHIEF LANE
INDIANAPOLIS, IN 46241
United States

VAT#:

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 00109154 | See Below | PJXI | 10/05/2005 | Net 30 Days |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 1000 | 02070ZQA | ESCUTCHEON MED DK PEWTER<br>Customer PO. : 0550063553<br>Customer Part: 16642333<br>CUM Quantity :   20000   (Cum including this shipment) | | 1000 | 0.35090 | 350.90 |
| 10175 | 02080A | FRONT INTERMEDIATE GUIDE<br>Customer PO. : 0550063553<br>Customer Part: 16641759<br>CUM Quantity :   317350   (Cum including this shipment) | | 10175 | 0.12870 | 1,309.52 |
| 14112 | 02170KRA | CONTROL KNOB EBONY<br>Customer PO. : 0550063553<br>Customer Part: 16909225<br>CUM Quantity :   323568   (Cum including this shipment) | | 14112 | 0.07510 | 1,059.81 |
| 3360 | 02181AEA | UPPER COVER<br>Customer PO. : 0550079271<br>Customer Part: 28042763<br>CUM Quantity :   6080   (Cum including this shipment) | | 3360 | 0.20540 | 690.14 |
| 15840 | 02181ZQA | UPPER COVER<br>Customer PO. : 0550079271<br>Customer Part: 28042764<br>CUM Quantity :   32480   (Cum including this shipment) | | 15840 | 0.20540 | 3,253.54 |
| 7968 | 02220ZQA | COVER SLIDE<br>Customer PO. : 0550063553<br>Customer Part: 16642324<br>CUM Quantity :   285888   (Cum including this shipment) | | 7968 | 0.30212 | 2,407.29 |
| 350 | 02381ZQA | 5th ROW  ESCUTCHEON LH MED PEW<br>Customer PO. : 0550063553<br>Customer Part: 16868458<br>CUM Quantity :   14700   (Cum including this shipment) | | 350 | 0.53940 | 188.79 |
| 275 | 02382ZQA | 5th ROW ESCUTCHEON RH MED PEW<br>Customer PO. : 0550063553 | | 275 | 0.48460 | 133.27 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| | | | | | |

| Invoice Total |
|---|
| |

# AMERICAN
**Molded Products**

# Invoice

**Remit To:** AMERICAN MOLDED
PRODUCTS
51490 CELESTE
SHELBY TWP, MI 48315
United States
Phone: 586 247-6650
Fax:  586 247-5736

| | |
|---|---|
| Invoice No: | **00109154** |
| Date: | 10/05/2006 |
| Customer No: | 8000 |
| Supplier No: | |
| Sales Agent: | |
| GST#: | |
| BOL#: | 010355 |
| SID#: | 0000008585 |

**Bill To:** DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

**Ship To:** Delphi E&S, 36004 c/o INDIANAPOLIS DDC
DELPHI E&S- DASA-36004 LOS INDIOS WHSE
3150 CHIEF LANE
INDIANAPOLIS, IN 46241
United States

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 00109154 | See Below | PJXI | 10/05/2005 | Net 30 Days |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| | | Customer Part:  16868459 | | | | |
| | | CUM Quantity :      14575   (Cum including this shipment) | | | | |
| | | SEND FREIGHT BILL TO: | | | | |
| | | DELPHI E&S,36004 | | | | |
| | | Accuship c/o Delphi | | | | |
| | | 3400 Players Club Pkwy Ste 300 | | | | |
| | | Memphis, TN  38125 | | | | |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 9,393.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 9,393.26 |

Page: 1

**AMERICAN** Molded Products

AMERICAN MOLDED
PRODUCTS
5144C CELESTE
SHELBY TWP, MI 48315
UNITED STATES

SHIPPER NO.   00109154
SHIPMENT I.D.  0000005585
SUPPLIER CODE  1099733554
FOB

CARRIER NO.   PUXI
CARRIER NAME  PUXX

COLLECT [ ]  PREPAID [XX]

CONSIGNED TO DESTINATION

DELPHI - E & S DASA - Los Indios WHSE
CISCO: 36004  SAP#: DASA
DOCK CODE : DASA
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567
United States

SOLD TO

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | ROUTE CODE | TERMS | ASSEMBLY PLANT | DATE SHIPPED | NO. OF CONTAINERS | MODE DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 8000 | DASA | | Net 30 Days | DASAMSA / DASA | 10.03.05 | | Less than Trailer load (in) |

| OUR PART NUMBER | CUSTOMER PART NUMBER AND PART DESCRIPTION | CUSTOMER ORDER NO. | MODEL YR. | BOOK NUMBER | RELEASE NUMBER | BILL OF LADING NUMBER | ACCUM. TOTAL | NO. OF CONTAINERS | PCS UNITS | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|---|
| | 16642333 ESCUTCHEON MED DK PEWTER | | 03 | | | MAYUMI 20051004201 | 20000 | 1 Carton Corrigated CTN25 | C62 | 1000 |
| | 16641759 FRONT INTERMEDIATE GUIDE | | 03 | | | MAYUMI 20051004201 | 317350 | 37 Carton Corrigated CTN25 | C62 | 10170 |
| | 16909225 CONTROL KNOB EBONY | | | | | MAYUMI 20051004201 | 323568 | 28 Carton Corrigated CTN25 | C62 | 14112 |
| | 28042763 UPPER COVER | | | | | DANIEL L 20051004201 | 6080 | 21 Carton Corrigated CTN25 | C62 | 3360 |

Shipment Details follow:
0550063553

0550063553

0550063553

0550079271

SEND FREIGHT BILL TO:
DELPHI E&S 36002
Accuship c/o Delphi
3400 Players Club Pkwy Ste 300
Memphis, N  38.25

| CUSTOMER NUMBER | CONTAINERS DESC | CMDTY. | SUB | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|

Shipment JOM. 13
Generic Shipment Text

Q2070ZQA   R006C
NET: 0208DA   UNT: 0.0082   KG

02170KRA   R007F
NET: 02181AEA   UNT: 0.0028   KG

NET: 1.302   UNT: 0.0097   KG
02181AEA   C08   R008C

NET: 0.11   UNT: 0.0077   KG   R006E

TOTAL CONTAINERS
GROSS WEIGHT      TARE      NET WEIGHT

PERMANENT POST OFFICE
ADDRESS OF SHIPPER

SHIPPER,              AGENT, PER

Page: 2

AMERICAN Molded Products

AMERICAN MOLDED PRODUCTS
51400 CELESTE
SHELBY TWP, MI 48316
United States

SHIPPER NO. 00109154
SHIPMENT I.D. 0000008585
SUPPLIER CODE 109973854
FOB

CARRIER NO. PJXI
CARRIER NAME PJAX

COLLECT [  ]   PREPAID [XX]

CONSIGNED TO DESTINATION

DELPHI - E & S DASA - Los Indios WHSE
CISCO: 36004   SAP#: DASA
DOCK CODE : DASA
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567
United States

SOLD TO

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | TERMS | ASSEMBLY PLANT | DASM/SA | MODEL YR. | BILL OF LADING NUMBER | DATE SHIPPED | NO. OF CONTAINERS | PCS UNITS | MODE DESCRIPTION | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8000 | DASA | | | Net 30 Days | | 010355 | | | 10.05.05 | | | Less than trailer load (LTL) | |

| OUR PART NUMBER | CUSTOMER ORDER NO. | CUSTOMER PART NUMBER AND PART DESCRIPTION | RELEASE NUMBER | BOOK NUMBER | ACCUM TOTAL | NO. OF CONTAINERS | PCS UNITS | |
|---|---|---|---|---|---|---|---|---|
| 021812QA | 0550079271 | 28042764 UPPER COVER | DANIEL.L | 2005100x201 | 32480 | 99 Carton Corrigated CTN25 | C62 | 15840 |
| 022020QA | 0550063553 | 16643324 COVER SLIDE | 03 | MAYUMI 2005100x201 | 285688 | 83 Carton Corrigated CTN25 | C62 | 7968 |
| 023812QA | 0550063553 | 16868458 5th ROW ESCUTCHEON LH MED PEW | 03 | MAYUMI 2005100x201 | 14700 | 2 Carton Corrigated CTN.25 | C62 | 355 |
| 023822QA | 0550063553 | 16868459 5th ROW ESCUTCHEON RH MED PEW | 03 | MAYUMI 2005100x201 | 14575 | 1 Carton Corrigated CTN25 | C62 | 271 |

12741219 5   SHIPPERS COPY

| NO. OF CONTAINERS | CONTAINERS DESC | CMDTY. | SUS | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT |
|---|---|---|---|---|---|
| 272 | Carton (Corrugated | | | | |

TOTAL CONTAINERS : 272
GROSS WEIGHT : 2506

TARE   272
NET WEIGHT:   2234

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

SHIPPER

AGENT, PER

PERMANENT POST OFFICE
ADDRESS OF SHIPPER

# AMERICAN
**Molded Products**

# Invoice

| Remit To: | AMERICAN MOLDED PRODUCTS<br>51490 CELESTE<br>SHELBY TWP, MI 48315<br>United States<br>Phone: 586 247-5650<br>Fax:  586 247-5736 | | |
|---|---|---|---|

| | |
|---|---|
| Invoice No: | **00109164** |
| Date: | 10/05/2005 |
| Customer No: | 8000 |
| Supplier No: | |
| Sales Agent: | |
| GST#: | |
| BOL#: | 010365 |
| SID#: | 0000008595 |

| Bill To: | DELPHI AUTOMOTIVE SYSTEMS<br>1401 CROOKS ROAD<br>TROY, MI 48084<br>United States |
|---|---|

| Ship To: | DELPHI - E & S DASA -  Los Indios WHSE<br>CISCO: 36004  SAP#: DASA<br>702 JOAQUIN CAVAZOS RD<br>LOS INDIOS, TX 78667<br>United States |
|---|---|

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 00109164 | 0550079271 | BAXG | 10/05/2005 | Net 30 Days |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 1120 | 02181AEA | UPPER COVER<br>Customer PO. : 0550079271<br>Customer Part: 28042763<br>CUM Quantity :     7200   (Cum including this shipment) | | 1120 | 0.20540 | 230.05 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 230.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Invoice Total | 230.05 |

Page: 1

AMERICAN
Molded Products

AMERICAN MOLDED
PRODUCTS
5149C CELESTE
SHELBY TWP, MI 48315
United States

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading,

Uniform Domestic Straight Bill of Lading, adopted by Carriers in Official, Southern, Western, and Illinois Classification Territories, March 15, 1922 as amended August 1, 1930 and June 15, 1941

(NEGOTIABLE STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable)

(MAIL OR STREET ADDRESS OF CONSIGNEE-FOR PURPOSES OF NOTIFICATION ONLY)

SHIPPER NO.    00109164
SHIPMENT I.D.    0000008595
SUPPLIER CODE    109973854
FOB

CARRIER NO.
CARRIER NAME

COLLECT  [XX]  PREPAID

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | TERMS | ASSEMBLY PLANT | | BILL OF LADING NUMBER | DATE SHIPPED | MODE DESCRIPTION | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8000 | DASA | | | Net 30 Days | DASAMSA | | 0-0365 | 10-05-05 | Less than Trailer Load (LTL) | |

CONSIGNED TO DESTINATION

DELPHI - E & S DASA - Los Indios WHSE
CISCO: 36004  SAP#: DASA
DOCK CODE : DASA
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567
United States

SOLD TO

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

| OUR PART NUMBER | | CUSTOMER ORDER NO. | MODEL YR. | BOOK NUMBER | RELEASE NUMBER | ACCUM TOTAL | NO. OF CONTAINERS | MODE DESCRIPTION | PCS UNITS | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|---|
| DASA | | 0560079271 | | DANIEL L | 20051005G291 | 7200 | | | | 1120 |

| CUSTOMER PART NUMBER AND PART DESCRIPTION | WEIGHT | CLASS OR RATE | CHECK COLUMN | | | ACCUM TOTAL | NO. OF CONTAINERS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 28042763 UPPER COVER | | | | | | | Carton Corrugated C*N25 | | C62 | |

Shipment UOM : EB
02181AEA
ENG CH _EV:      RDOSE
NET :   44      UNT :   0.0 /.75    KG.

| NO. OF CONTAINERS | CONTAINERS DESC | SUB | CNSTY. | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | Carton Corrugated | | | | | | | | | |

TOTAL CONTAINERS :    7
GROSS WEIGHT            51      TARE      7      NET WEIGHT      44

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING $

PERMANENT POST OFFICE
ADDRESS OF SHIPPER.

SHIPPER,                                          AGENT, PER

The fibre BOXES used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Consolidated Freight Classification.

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____

per _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be prepaid."

Received $ _____
to apply in prepayment of the charges on the property described hereon.

Per _____  Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced
$ _____

# AMERICAN
**Molded Products**

# Invoice

| | |
|---|---|
| **Invoice No:** | **00109174** |
| **Date:** | 10/06/2005 |
| **Customer No:** | 8000 |
| **Supplier No:** | |
| **Sales Agent:** | |
| **GST#:** | |
| **BOL#:** | 010375 |
| **SID#:** | 0000008605 |

**Remit To:** AMERICAN MOLDED
PRODUCTS
51490 CELESTE
SHELBY TWP, MI 48315
United States
Phone: 586 247-5650
Fax:  586 247-5736

**Bill To:** DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

**Ship To:** N.A. TRUCK GROUP
WENTZVILLE PLANT DOCK
1500 E ROUTE A
WENTZVILLE, MO 63385
United States

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 00109174 | 0R8C0002 | DETL | 10/06/2005 | Net 30 Days |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 1470 | 022712QA | COVER HEIGHT ADJUSTER<br>Customer PO. : 0R8C0002<br>Customer Part: 25741101<br>CUM Quantity :   258090   (Cum including this shipment) | | 1470 | 0.13690 | 201.24 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 201.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 201.24 |

Page: 1

**AMERICAN** Molded Products

AMERICA MOLDED
PRODUCTS
51495 CELESTE
SHELBY TWP, MI 48315
United States

SHIPPER NO. 00109174
SHIPMENT I.D. 0000008605
SUPPLIER CODE 000124917
FOB

CARRIER NO. DETL
CARRIER NAME DETROIT LOGISTICS

COLLECT | XX | PREPAID

CONSIGNED TO DESTINATION

N.A. TRUCK GROUP
WENTZVILLE PLANT DOCK
DOCK CODE : B21
1500 E ROUTE A
WENTZVILLE, MO 63385
United States

SOLD TO

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | TERMS | ASSEMBLY PLANT |
|---|---|---|---|---|---|
| 8001 | 19018 | | | Net 30 Days | NA TRUCK G |

| CUSTOMER ORDER NO. | CUSTOMER PART NUMBER AND PART DESCRIPTION | MODEL YR | BOOK NUMBER | RELEASE NUMBER | BILL OF LADING NUMBER |
|---|---|---|---|---|---|
| 0R8C0002 | 25741101 COVER HEIGHT ADJUSTER | C1027S | | DELPHI D | DELPHI D 20051002121 |

| DATE SHIPPED | NO. OF CONTAINERS | | MODE DESCRIPTION | PCS UNITS | QUANTITY SHIPPED |
|---|---|---|---|---|---|
| | | | Consolidation | | |
| 10-06-05 | ACCUM TOTAL 258090 | 7 | GM RETURNABLE CONTAINER SC241508 | C62 | 1470 |

OUR PART NUMBER

Shipment UOM : LB
022717Z0A
ENG CH LEV : 6
NET : 6

UNT : 0.0185 KG

| NO. OF CONTAINERS | CONTAINERS DESC | CMQTY. | SUB | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 7 | Container (Plastic) Pallet (Plastic) | | | | | | |

ACCUM TOTAL 258090

GROSS WEIGHT     13.    TARE     70    NET WEIGHT     61

TOTAL CONTAINERS

MERCHANT POST OFFICE
ADDRESS OF SHIPPER

SHIPPER:

AGENT, PER

Charges Advanced

Received $

For _____ Agent or Cashier

# AMERICAN
**Molded Products**

# Invoice

| | |
|---|---|
| **Invoice No:** | **00109175** |
| **Date:** | 10/06/2005 |
| **Customer No:** | 8000 |
| **Supplier No:** | |
| **Sales Agent:** | |
| **GST#:** | |
| **BOL#:** | 010376 |
| **SID#:** | 0000008606 |

**Remit To:** AMERICAN MOLDED PRODUCTS
51490 CELESTE
SHELBY TWP, MI 48315
United States
Phone: 586 247-5650
Fax:  586 247-5736

**Bill To:** DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

**Ship To:** GM BOWLING GREEN ASSY
600 CORVETTE DRIVE
BOWLING GREEN, KY 42101-9006
United States

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 00109175 | 0Z9X0001 | DETL | 10/06/2005 | Net 30 Days |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 168 | 03211A | | | 168 | 3.12000 | 524.16 |
| | | Customer PO. : 0Z9X0001 | | | | |
| | | Customer Part: 21995582 | | | | |
| | | CUM Quantity :      31206  (Cum including this shipment) | | | | |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 524.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 524.16 |

Page: 1

AMERICAN
Molded Products

AMERICAN MOLDED
PRODUCTS
1490 CELESTE
SHELBY TWP., MI 48315
United States

Uniform Domestic Straight Bill of Lading, adopted by Carriers in Official, Southern, Western, and Illinois Classification Territories, March 15, 1922 as amended August 1, 1952 and June 15, 1941

SHIPPER NO.     00109175
SHIPMENT I.D.   0000008606
SUPPLIER CODE   000130104
FOB

CARRIER NO.     DETL
CARRIER NAME    DETROIT LOGISTICS

COLLECT [ XX ]  PREPAID

CONSIGNED TO DESTINATION

GM BOWLING GREEN ASSY
600 CORVETTE DRIVE
DOCK CODE : C06
BOWLING GREEN, KY 42101-9006
United States

SOLD TO
DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | TERMS | ASSEMBLY PLANT | BILL OF LADING NUMBER |
|---|---|---|---|---|---|---|
| 8C02 | 18016 | | | Net 30 Days | GM BOWLIN | 010376 |

| | DATE SHIPPED | MODE DESCRIPTION |
|---|---|---|
| | 1.06.05 | Consolidation |

| CUSTOMER ORDER NO. | CUSTOMER PART NUMBER AND PART DESCRIPTION | MODE/YR. | BOOK NUMBER | RELEASE NUMBER | ACCUM TOTAL | NO. OF CONTAINERS | PCS UNITS | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|
| 029X0001 | 21995582 SUPPORT ASM-RAD UPR | | DELPHI D | 200510021 21 | 31206 | 4 RETURNABLE CONTAINER KR48C534 | C62 | 168 |

OUR PART NUMBER

032.11A

ENG CHG REV   002

| NO. OF CONTAINERS | CONTAINERS DESC | CMDTY. | SUB | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 4 | Container (Plastic) | | | | | | |
| 4 | Pallet (Plastic) | | | | | | |

TOTAL CONTAINERS   4

GROSS WEIGHT   1,264.0175     TARE   970.0175     NET WEIGHT   294

PERMANENT POST OFFICE
ADDRESS OF SHIPPER

SHIPPER

AGENT, PER

# AMERICAN
**Molded Products**

# Invoice

| | |
|---|---|
| **Invoice No:** | **00109176** |
| **Date:** | 10/06/2005 |
| **Customer No:** | 8000 |
| **Supplier No:** | |
| **Sales Agent:** | |
| **GST#:** | |
| **BOL#:** | 010377 |
| **SID#:** | 0000008607 |

**Remit To:** AMERICAN MOLDED
PRODUCTS
51490 CELESTE
SHELBY TWP, MI 48315
United States
Phone: 586 247-6650
Fax:  586 247-5736

**Bill To:** DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

**Ship To:** DELPHI - E & S DASA - Los Indios WHSE
CISCO: 36004  SAP#: DASA
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567
United States

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 00109176 | 0550079271 | BAXG | 10/06/2005 | Net 30 Days |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 1120 | 02181AEA | UPPER COVER<br>Customer PO. : 0550079271<br>Customer Part: 28042763<br>CUM Quantity :      8320   (Cum including this shipment) | | 1120 | 0.20540 | 230.05 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 230.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 230.05 |

Page: 1

▲ AMERICAN
    Molded Products

AMERICAN MOLDED
PRODUCTS
51449 CELESTE
SHELBY TWP, MI 48315
United States

SHIPPER NO. 00109176
SHIPMENT I.D. 0000008607
SUPPLIER CODE 109973854
FOB

CARRIER NO. BAXG
CARRIER NAME BAX GLOBAL

COLLECT [ XX ] PREPAID

CONSIGNED TO DESTINATION

SOLD TO

DELPHI - E & S DASA - Los Indios WHSE
CISCO: 36004  SAP#: DASA
DOCK CODE: DASA
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567
United States

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

MAIL OR FIRST ADDRESS OF CONSIGNEE FOR PURPOSE OF NOTIFICATION ONLY.

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | TERMS | ASSEMBLY PLANT | BILL OF LADING NUMBER | MODE YR. | BOOK NUMBER | RELEASE NUMBER | DATE SHIPPED | MODE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8000 | DASA | | | Net 30 Days | DASA/MSA | 010277 | | DANIEL | 1 209510054201 | 10/06/05 | Less than trailer-load (ltl) |

| OUR PART NUMBER | CUSTOMER ORDER NO. | CUSTOMER PART NUMBER AND PART DESCRIPTION | | | ACCUM TOTAL | | NO. OF CONTAINERS | | | PCS UNTS | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0550079271 | 28042763  UPPER COVER | | | 8320 | | 7  Carton Corrugated  CTN.25 | | | C62 | 1120 |

| NO. OF CONTAINERS | CONTAINERS DESC | SUB | CMDTY. | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT | CLASS RATE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 7 | Carton Corrugated | | | | | | |

Shipment UOM : LB
02181AEA
ENG CH-LEV:
NET: 44

TOTAL CONTAINERS 7
GROSS WEIGHT 51   TARE 7   NET WEIGHT 44

UNIT: 0.0178  KG

AGENT, PER

SHIPPER

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING $
PERMANENT POST OFFICE ADDRESS OF SHIPPER.

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of consignor)

If charges are to be prepaid, write or stamp here, "To be prepaid."

Received $ _____
to apply in prepayment of the charges on the property described hereon.

Per _____  Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced
$ _____

# AMERICAN
## Molded Products

# Invoice

| | |
|---|---|
| **Invoice No:** | **00109185** |
| **Date:** | 10/07/2005 |
| **Customer No:** | 8000 |
| **Supplier No:** | |
| **Sales Agent:** | |
| **GST#:** | |
| **BOL#:** | 010386 |
| **SID#:** | 0000008616 |

**Remit To:** AMERICAN MOLDED
PRODUCTS
51490 CELESTE
SHELBY TWP, MI 48315
United States
Phone: 586 247-5650
Fax:  586 247-5736

**Bill To:** DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

**Ship To:** N.A. TRUCK GROUP
WENTZVILLE PLANT DOCK
1500 E ROUTE A
WENTZVILLE, MO 63385
United States

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 00109185 | 0R8C0002 | DETL | 10/07/2005 | Net 30 Days |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 1470 | 02271ZQA | COVER HEIGHT ADJUSTER<br>Customer PO. : 0R8C0002<br>Customer Part: 25741101<br>CUM Quantity :    259560   (Cum including this shipment) | | 1470 | 0.13690 | 201.24 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 201.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 201.24 |

Page: 1

**AMERICAN** Road Products

AMERICAN HOUSED
PRODUCTS
51400 CELESTE
SHELBY TWP, MI 48315
United States

| SHIPPER NO. | 00109185 |
|---|---|
| SHIPMENT I.D. | 00C000861:6 |
| SUPPLIER CODE | 000124917 |
| FOB | COLLECT [XX] PREPAID [ ] |

CARRIER NO.   DETL
CARRIER NAME   DETROIT LOGISTICS

MODE DESCRIPTION   Consolidation

The shipment described here, on apparent good order, except as noted (contents and condition of contents of package unknown) marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading,

CONSIGNED TO DESTINATION

| CONSIGNED TO DESTINATION | | SOLD TO |
|---|---|---|
| N.A. TRUCK GROUP | | DELPHI AUTOMOTIVE SYSTEMS |
| WENTZVILLE PLANT DOCK | | 1401 CROOKS ROAD |
| DOCK CODE : B21 | | TROY, MI 48084 |
| 1500 E ROUTE A | | United States |
| WENTZVILLE, MO 63385 | | |
| United States | | |

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | TERMS | ASSEMBLY PLANT | BILL OF LADING NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|---|---|
| 8001 | 19018 | | | Net 30 Days | NA TRUCK G | 0:0385 | 10/07/05 |

| OUR PART NUMBER | CUSTOMER ORDER NO. | CUSTOMER PART NUMBER AND PART DESCRIPTION | MODEL YR. | BOOK NUMBER | RELEASE NUMBER | ACCUM TOTAL | NO. OF CONTAINERS | PCS UNITS | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|
| | 0R8C0C02 | 25741101 COVER HEIGHT ADJUSTER | | DELPHI 0 20051002T:21 259560 | | | 7 0% RETURNABLE CONTAINER SC241508 | C62 | 1470 |

Shipment LOM : -B
02271ZDA

| NO. OF CONTAINERS | CONTAINERS DESC | SUB | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|---|---|
| 7 | Container (Plastic) Palot (Plastic) | | | | | |

TOTAL CONTAINERS   1

GROSS WEIGHT   131   TARE   70   NET WEIGHT   61

AGENT, PER

THE FIBRE BOXES used for this shipment conform to the specifications set forth in the box maker's certification thereon, and all other requirements of Rule 41 of the Consolidated Freight Classification.

* If the shipment moves between two ports by carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ ____ per ____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of consignor)

If charges are to be prepaid, write or stamp here, "To be prepaid."

Received $ ____
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per ____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced $ ____

PERMANENT POST OFFICE
ADDRESS OF SHIPPER   SHIPPER,

# AMERICAN
**Molded Products**

# Invoice

| | |
|---|---|
| **Invoice No:** | **00109186** |
| Date: | 10/07/2005 |
| Customer No: | 8000 |
| Supplier No: | |
| Sales Agent: | |
| GST#: | |
| BOL#: | 010387 |
| SID#: | 0000008617 |

**Remit To:** AMERICAN MOLDED
PRODUCTS
51490 CELESTE
SHELBY TWP, MI 48315
United States
Phone: 586 247-5650
Fax:  586 247-5736

**Bill To:** DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

**Ship To:** GM BOWLING GREEN ASSY
600 CORVETTE DRIVE
BOWLING GREEN, KY 42101-9006
United States

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 00109186 | 0Z9X0001 | DETL | 10/07/2005 | Net 30 Days |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 168 | 03211A | Customer PO. : 0Z9X0001<br>Customer Part: 21995582<br>CUM Quantity :     31374   (Cum including this shipment) | | 168 | 3.12000 | 524.16 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 524.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 524.16 |

Page: 1

AMERICAN
Molded Products

AMERICAN MOLDED
PRODUCTS
51490 CELESTE
SHELBY TWP, MI 48315
United States

The property described herein, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading.

CONSIGNED TO DESTINATION

SHIPPER NO.  00109186
SHIPMENT I.D.  0000008617
SUPPLIER CODE  000130104
FOB

MODE DESCRIPTION

COLLECT [ XX ] PREPAID

SOLD TO

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

CARRIER NO.  DETL
CARRIER NAME  DETROIT LOGISTICS

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | TERMS | ASSEMBLY PLANT | BILL OF LADING NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|---|---|
| 8002 | 18C16 | | | Net 30 Days | GM BOWLIN | G1C387 | 10/07/03 |

GM BOWLING GREEN ASSY
600 CORVETTE DRIVE
DOCK CODE : C06
BOWLING GREEN, KY 42101-9006
United States

| OUR PART NUMBER | CUSTOMER ORDER NO. | CUSTOMER PART NUMBER AND PART DESCRIPTION | MODEL YR. | BOOK NUMBER | RELEASE NUMBER | CHECK COLUMN | CLASS OR RATE | NO. OF CONTAINERS | MODE DESCRIPTION | PCS UNITS | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03211A | C29X0001 | 21995582 SUPPORT ASM-RAD UPR | | | DELPHI D 2005100212: | | | | Consolidation | | |
| ENG CHG LEV:  C02 | | | | | | | | 4 RETURNABLE CONTAINER KR484534 | C62 | 168 | |
| | | | | | ACCUM TOTAL  31374 | | | | | | 31374 |

| NO. OF CONTAINERS | CONTAINERS DESC | CMQTY. | SUB | | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | | WEIGHT |
|---|---|---|---|---|---|---|---|
| 4 | Container (Plastic) | | | | | | |
| 4 | Pallet (Plastic) | | | | | | |

TOTAL CONTAINERS  4
GROSS WEIGHT  .254.0175     TARE  970.0175     NET WEIGHT  254

THIS METRIC OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING $

SHIPPER,

AGENT, PER

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Consolidated Freight Classification.

*If the shipment moves between two points by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Signature of Consignor

If charges are to be prepaid, write or stamp here, "To be prepaid."

Received $

to apply in prepayment of the charges on the property described hereon

Per _____ Agent or Cashier

The signature here acknowledges only the amount prepaid.

Charges Advanced
$

PERMANENT POST OFFICE
ADDRESS OF SHIPPER

# AMERICAN
**Molded Products**

# Invoice

| | |
|---|---|
| Invoice No: | **00109194** |
| Date: | 10/07/2005 |
| Customer No: | 8000 |
| Supplier No: | |
| Sales Agent: | |
| GST#: | |
| BOL#: | 010396 |
| SID#: | 0000008625 |

**Remit To:** AMERICAN MOLDED
PRODUCTS
51490 CELESTE
SHELBY TWP, MI 48315
United States
Phone: 586 247-5650
Fax:   586 247-5736

**Bill To:** DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

**Ship To:** DELPHI SAFETY & INTERIOR SYS
250 NORTHWOODS BLVD.
VANDALIA, OH 45377
United States

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 00109194 | See Below | CONQ | 10/07/2005 | Net 30 Days |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 700 | 03310A | PINION COVER<br>Customer PO. : 0550026036<br>Customer Part: 16644519<br>CUM Quantity :   7700  (Cum including this shipment) | | 700 | 0.12901 | 90.31 |
| 440 | 03300A | SHOE RACK<br>Customer PO. : 0550026036<br>Customer Part: 16644522<br>CUM Quantity :   15840  (Cum including this shipment) | | 440 | 0.26869 | 118.22 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 208.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 208.53 |

Page: 1

**AMERICAN** Molded Products

AMERICAN MOLDED
PRODUCTS
5450 CELESTE
SHELBY TWP, MI 48315
United States

SHIPPER NO. 00105194
SHIPMENT I.D. C000008623
SUPPLIER CODE 109573854
FOB

CARRIER NO. CONQ
CARRIER NAME THE CONNECTION

COLLECT [ XX ] PREPAID

CONSIGNED TO DESTINATION

SOLD TO

DELPHI SAFETY & INTERIOR SYS
250 NORTHWOODS BLVD.
DOCK CODE : RT01048W
VANDALIA, OH 45377
United States

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | TERMS | ASSEMBLY PLANT | BILL OF LADING NUMBER | DATE SHIPPED | MODE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 8000 | RT01048W | 522X | | Net 30 Days | VANDALIA | 010335 | 09/07/05 | Motor |

| OUR PART NUMBER | CUSTOMER ORDER NO. | CUSTOMER PART NUMBER AND PART DESCRIPTION | MODE YR. | BOOK NUMBER | RELEASE NUMBER | ACCUM TOTAL | NO. OF CONTAINERS | PCS UNITS | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|
| 03310A | C550026035 | 16644519 PINION COVER | | | MCGSREF:200510060005 | 7700 | 1 Carton Corrigated CTN 25 | C62 | 700 |
| 03300A | C550026035 | 16644522 SHOE RACK | | | MCGSREF:200510040005 | 15840 | 1 Carton Corrigated CTN 25 | C62 | 440 |

SCAC:CONQ
SHIPPEE COPY

13-0612187-0

THE CONNECTION 05

| DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|

| NO. OF CONTAINERS | CONTAINERS DESC | CMDTY. | SUB |
|---|---|---|---|
| 2 | Carton (Corrugated | | |

| TOTAL CONTAINERS | 2 | | |
| GROSS WEIGHT | 28 | TARE | 2 | NET WEIGHT | 26 |

AGENT, PER   B. Drake   12/7/05

PERMANENT POST OFFICE
ADDRESS OF SHIPPER

Subject to Section 7 of conditions of this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
Signature of Consignor

"charges are to be prepaid, write or stamp here, "To be prepaid."

Received $ _____
to apply in prepayment of the charges on the property described hereon.

Agent or Carrier
Per _____
The signature here acknowledges only the amount prepaid."
Charges Advanced
$

# AMERICAN
## Molded Products

# INVOICE

|  |  |
|---|---|
| **Invoice No:** | **00109195** |
| **Date:** | 10/07/2005 |
| **Customer No:** | 8000 |
| **Supplier No:** |  |
| **Sales Agent:** |  |
| **GST#:** |  |
| **BOL#:** | 010396 |
| **SID#:** | 0000008626 |

**Remit To:** AMERICAN MOLDED PRODUCTS
51490 CELESTE
SHELBY TWP, MI 48315
United States
Phone: 586 247-5650
Fax:  586 247-5736

**Bill To:** DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

**Ship To:** DELPHI SAFETY & INTERIOR SYS
200 GEORGESVILLE RD
COLOMBUS, OH 43228
United States

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped |  |
|---|---|---|---|---|
| 00109195 | See Below | CONQ | 10/07/2005 | Net 30 Days |

| Qty. Ordered | Item Number | Description | UOM Qty. Shipped | Unit Price | Extension |
|---|---|---|---|---|---|
| 700 | 03240A | PINION COVER<br>Customer PO. : 0550023117<br>Customer Part: 16641286<br>CUM Quantity :      41300  (Cum including this shipment) | 700 | 0.12510 | 87.57 |
| 440 | 03230A | S-VAN SHOE YOKE RACK<br>Customer PO. : 0550023117<br>Customer Part: 16641875<br>CUM Quantity :      81840  (Cum including this shipment) | 440 | 0.26060 | 114.66 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 202.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 202.23 |

Page: 1

AMERICAN Molded Products

AMERICAN MOLDED
PRODUCTS
1400 CELESTE
HELBY TWP, MI 48316
United States

SHIPPER NO.    001009195
SHIPMENT I.D.  0000008626
SUPPLIER CODE  109973854
FOB

CARRIER NO.    CONO
CARRIER NAME   THE CONNECTION

COLLECT ☐   PREPAID ☒

CONSIGNED TO DESTINATION

SOLD TO

DELPHI SAFETY & INTERIOR SYS
200 GEORGESVILLE RD
DOCK CODE : RD01DK10
COLOMBUS, OH 43228
United States

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48084
United States

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | TERMS | ROUTE CODE | ASSEMBLY PLANT | BILL OF LADING NUMBER | DATE SHIPPED | MODE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 8000 | RD01DK10 | 5223 | Net 30 Days | | COLOMBUS | 0:0396 | 100705 | Motor |

| OUR PART NUMBER | CUSTOMER ORDER NO. | CUSTOMER PART NUMBER AND PART DESCRIPTION | MODEL YR. | BOOK NUMBER | RELEASE NUMBER | BILL OF LADING NUMBER | ACCUM TOTAL | NO. OF CONTAINERS | PCS UNITS | QUANTITY SHIPPED | MODE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 05500023-17 | 16641286 PINION COVER | 03 | ANDY S | 20051005004 | | 411300 | 1 Carton Corrugated CTN25 | C62 | 700 | |
| | 05500023117 | 16641875 S-VAN SHOE YOKE RACK | 03 | ANDY S | 20051001004 | | 81840 | 1 Carton Corrugated CTN25 | C62 | 440 | |

13-0612186-1

SCAC:CONO
SHIPPER COPY

THE CONNECTION CO.

| | WEIGHT | CLASS OR RATE | CHECK COLUMN | |
|---|---|---|---|---|

DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS

101 7/05   AGNT. PER   B. Drabbe 13285

| NO. OF CONTAINERS | CONTAINERS DESC | CMDTY. | SUB | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | NET WEIGHT |
|---|---|---|---|---|---|
| 2 | Carton Corrugated | | | | 26 |

| TOTAL CONTAINERS | TARE | NET WEIGHT |
|---|---|---|
| 28 | 2 | |

GROSS WEIGHT: 28

PERMANENT POST OFFICE
ADDRESS OF SHIPPER

SHIPPER

CUSTOMER NUMBER
03240A

ENG CH LEV:  07D
NET:  0.0052 KG

03230A
ENG CH LEV:  13A
NET:  0.0185 KG

UNIT:  0.0052 KG
UNIT:  0.0185 KG