LEVENFELD PEARLSTEIN, LLC
Bryan I. Schwartz (ARDC #6192739)
James G. Martignon (ARDC #6277974
2 North LaSalle Street
Suite 1300
Chicago, IL 60602
Telephone: (312) 346-8380
Facsimile (312) 346-8434

*Counsel for KL Industries, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In Re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

---

## NOTICE OF RECLAMATION DEMAND OF KL INDUSTRIES, INC.

Please be advised that a Notice of Reclamation Demand on behalf of KL Industries, Inc. was delivered by email to Debtor's counsel, John William Butler of Skadden, Arps, Slate, Meagher & Flom LLP on October 14, 2005 and by overnight mail on both Debtor, Delphi Corporation, and its counsel on October 14, 2005. A true and correct copy of the Notice of Reclamation Demand is attached hereto as Exhibit A and incorporated herein by reference for all purposes.

LP 827607.1 \ 32793-61907

Dated: October 14, 2005                                    **LEVENFELD PEARLSTEIN, LLC.**

By: _____
Bryan I. Schwartz (ARDC #6192739)
James G. Martignon (ARDC #6277974
2 North LaSalle Street
Suite 1300
Chicago, IL 60602
Telephone: (312) 346-8380
Facsimile (312) 346-8434
Counsel for KL Industries, Inc.

## CERTIFICATE OF SERVICE

Under penalties of perjury as proved in 28 L.L.C. §1746, the undersigned certifies that she caused a copy of the foregoing *Notice of Reclamation Demand of KL Industries, Inc.* to be served by email on William W. Butler, Jr. Esq. at the email address of *jbutler@skadden.com* and that she further caused a copy of the foregoing *Notice of Reclamation Demand of KL Industries, Inc.* to be served via overnight delivery (FedEx Priority Service) on:

Robert T. Andary
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

John W. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom, LLP
333 W. Wacker Drive
Suite 2100
Chicago IL 60606

James G. Martignon

# LEVENFELD PEARLSTEIN, LLC

WWW.LPLEGAL.COM

James G. Martignon
312.476.7584
JMARTIGNON@LPLEGAL.COM
Chicago Office



October 14, 2005

**Via FedEx**

Robert T. Andary
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

**Via FedEx and Email (jbutler@skadden.com)**

John W. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom, LLP
333 W. Wacker Drive
Chicago IL 60606

Re: **Delphi Corporation
Case No. 05-44481
NOTICE OF RECLAMATION**

Dear Sirs:

Please be advised that our firm represents KL Industries Inc. THIS IS A NOTICE OF RECLAMATION transmitted to you pursuant to Section 2-702 of the Uniform Commercial Code and Section 546(c) of the Bankruptcy Code in connection with the above Chapter 11 case filed October 8, 2005, in the United States Bankruptcy Court for the Southern District of New York.

KL Industries Inc. has shipped to Delphi Corporation and its affiliates (collectively, "Delphi") various product ("Product") in the approximate amount of $11,469.30 within the time period permitted for such reclamation. Attached to this demand is a summary of the Products and amounts evidencing this debt. Please note that the "Date Shipped" is the actual date the Products were received by Delphi, as evidenced by the corresponding bills of lading. Copies of the invoices and bills of lading can be supplied on request. As of this date, Delphi has not remitted payment for these goods.

Demand is hereby made on Delphi to segregate the Products listed in the attached summary and to immediately return all of the Products to KL Industries Inc. or, in the alternative, to stipulate and agree to an administrative claim in the amount of $11,469.30 in favor of KL Industries Inc.

KL Industries Inc. reserves the right to amend and supplement this Reclamation Notice (including filing additional evidence in support of this Reclamation Notice) or to file additional reclamation notices or claims, including without limitation, all other claims at law or in equity. KL Industries Inc. also reserves all rights accruing to it, and the filing of this Reclamation Notice is not intended to be and shall not be construed as: (1) an election of remedy; (2) a waiver of any past, present or future defaults or events of default; or (3) a waiver or limitation of any rights of KL Industries Inc.

Robert T. Andary
John W. Butler
October 14, 2005
Page 2

We look forward to working with you to resolve this matter.

Very truly yours,

James G. Martignon

Enclosure

cc: Greg Wilhite
    Bryan I. Schwartz

**DELPHI CHASIS SYSTEMS**
**3100 NEEDMORE ROAD**
**PLANT 5 DOCK 99**
**DAYTON, OHIO 45401**

| DATE SHIPPED | INVOICE/BILL NUMBER | PART NUMBER | PRODUCT DESCRIPTION | QUANTITY | PRICE/EA | INVOICE VALUE |
|---|---|---|---|---|---|---|
| 10/7/2005 | 164535 | 18021674 | SPRING | 700 $ | 0.14000 $ | 98.00 |

**DELPHI CHASIS SYSTEMS**
**C/O COLUMBIA IND SALES**
**2501 THUNDERHAWK COURT**
**DAYTON, OHIO 45414**

| DATE SHIPPED | INVOICE/BILL NUMBER | PART NUMBER | | QUANTITY | PRICE/EA | INVOICE VALUE |
|---|---|---|---|---|---|---|
| 9/30/2005 | 164299 | 22206202 | SPRING | 2,000 $ | 0.64000 $ | 1,280.00 |
| 9/30/2005 | 164299 | 22206201 | SPRING | 5,600 $ | 0.37500 $ | 2,100.00 |
| 10/5/2005 | 164415 | 22073251 | ARM ASSEMBLY | 4,000 $ | 0.37500 $ | 1,500.00 |

**DELPHI HARRISON THERMAL**
**LOCKPORT PLANT**
**200 UPPER MOUNTAIN ROAD**
**PLANT 2 WEST PLANT BLVD 7**
**LOCKPORT, NY 74094**

| DATE SHIPPED | INVOICE/BILL NUMBER | PART NUMBER | | QUANTITY | PRICE/EA | INVOICE VALUE |
|---|---|---|---|---|---|---|
| 9/29/2005 | 164142 | 52458793 | SPRING CLIP | 25,000 $ | 0.01200 $ | 300.00 |
| 9/30/2005 | 164268 | 3049652 | HEX STAMPING | 12,000 $ | 0.07900 $ | 948.00 |
| 10/6/2005 | 164405 | 3049652 | HEX STAMPING | 15,000 $ | 0.07900 $ | 1,185.00 |

**DELPHI SAGINAW STEERING**
**DELPHI AUTOMOTIVE SYSTEM**
**3900 EAST HOLLAND ROAD**
**PLANT 6**
**SAGINAW, MI 48601-9494**

| DATE SHIPPED | INVOICE/BILL NUMBER | PART NUMBER | | QUANTITY | PRICE/EA | INVOICE VALUE |
|---|---|---|---|---|---|---|
| 10/4/2005 | 164341 | 7828023 | SPRING | 1,200 $ | 0.30000 $ | 360.00 |

**DELPHI E & C FLINT EAST**
**4134 DAVISON ROAD**
**DOCK E101605**
**FLINT, MI 48556**

| DATE SHIPPED | INVOICE/BILL NUMBER | PART NUMBER | | QUANTITY | PRICE/EA | INVOICE VALUE |
|---|---|---|---|---|---|---|
| 9/29/2005 | 164139 | 25043286 | LATCH ASSBLY | 7,200 $ | 0.50000 $ | 3,600.00 |

**DELPHI E & C FLINT EAST**
**PLANT 2, DOCK E101100**
**2926 DAVISON ROAD**
**FLINT, MI 48556**

| DATE SHIPPED | INVOICE/BILL NUMBER | PART NUMBER | | QUANTITY | PRICE/EA | INVOICE VALUE |
|---|---|---|---|---|---|---|
| 9/30/2005 | 164230 | 25027567 | SPRING | 1,000 $ | 0.09830 $ | 98.30 |