

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW • NEW YORK  FLORIDA  KANSAS

CAMILLE W. HILL
Direct: 315-218-8627
chill@bsk.com

October 17, 2005

VIA FEDERAL EXPRESS
Ms. Kathleen Farrell
Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Sixth Floor
New York, New York  10004-1408

Re:  *Delphi Corporation, et al.*
     *Case No. 05-44481, Chapter 11 Cases*

Dear Ms. Farrell:

Enclosed herein please find the original and one (1) copy of the Notice of Reclamation, or Alternatively, for Priority Claim or Lien to be filed on behalf of Tessy Plastics Corporation in regard to the above-referenced case. Please file this document in your usual manner and return a file-stamped copy to us in the enclosed postage-prepaid envelope.

Thank you for your courtesy and cooperation in this matter.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

*Camille W. Hill*

Camille W. Hill

CWH/ta
Enclosures

cc:  Edward Pietruniak, Controller, Tessy Plastics Corporation (w/enc.)
     Ms. Beth Shute, Purchasing Manager, Delphi Thermal and Interior Systems (w/enc.)
     John William Butler, Esq. (w/enc.)
     Kayalyn A. Marafioti, Esq. (w/enc.)
     Alicia M. Leonhard, Esq. (w/enc.)

RECEIVED OCT 18 2005 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

DELPHI CORPORATION, *et al.*,

Debtors.

Case No. 05-44481 (RDD)
Chapter 11 Cases

(Jointly Administered)

---

### NOTICE OF RECLAMATION, OR ALTERNATIVELY, FOR PRIORITY CLAIM OR LIEN

Tessy Plastics Corporation hereby serves its Notice of Reclamation, or Alternatively, for a Priority Claim or Lien (the "Notice") and respectfully states as follows:

1. On October 8, 2005 (the "Petition Date"), Delphi Corporation and certain of its subsidiaries and affiliates (collectively, the "Debtor") filed a voluntary petition under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"). Upon information and belief no trustee or examiner has been appointed and the Debtor is operating as a debtor in possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

2. Prior to the Petition Date, Tessy Plastics Corporation provided the Debtor with certain goods and services which included thermal and interior systems and related products. Tessy Plastics Corporation provided some of these products to the Debtor within ten (10) days of the Petition Date.

3. Tessy Plastics Corporation hereby makes a demand to the Debtor for reclamation pursuant to section 546(c) of the Bankruptcy Code. In the alternative, Tessy Plastics



1115879.1 10/17/2005

Corporation seeks a priority claim or lien for products provided to the Debtor during the ten (10) days preceding the Petition Date.

4. Pursuant to section 546(c) of the Bankruptcy Code, a seller may make written demand of reclamation of goods before ten (10) days after receipt by the debtor or, if the 10-day period expires after the commencement of the case, before 20 days after the debtor receives the goods. 11 U.S.C. § 546(c)(1). If a court denies a seller's claim for reclamation, it must grant the seller an administrative expense priority or secure the seller's claim with a lien. *See,* 11 U.S.C. §§ 546(c)(2)(A) and (B); 11 U.S.C. §§ 503(b) and 507(a)(1).

5. Pursuant to § 2-702 of the New York Uniform Commercial Code, Tessy Plastics Corporation may reclaim the goods that it provided the Debtor upon demand made within 10 days after the Debtor received the goods. Tessy Plastics Corporation hereby makes demand of reclamation for the products delivered to the Debtor identified more fully on the spreadsheet and invoices attached as Exhibit "A" hereto.

6. The above-referenced goods were sold in the ordinary course of Tessy Plastic Corporation's business.

7. Upon information and belief the Debtor was insolvent when it received the goods.

8. This Notice constitutes timely written demand for reclamation upon the Debtor.

9. Accordingly, Tessy Plastics Corporation has satisfied the requirements of section 546(c) of the Bankruptcy Code. In the alternative to reclamation, Tessy Plastics Corporation will seek a priority claim or lien in its favor in the amount of $171,999.54.

2

Dated: October 17, 2005                                       TESSY PLASTICS CORPORATION

                                                        By:  _Ed S Pietrunh_ (signature)


TO:   Delphi Thermal and Interior Systems
      200 Upper Mountain Road
      Lockport, NY 14094
      <u>Attn</u>: Beth Shute, Purchasing Manager

      John William Butler, Esq.
      Skadden, Arps, Slate, Meagher & Flom, LLP
      333 West Wacker Drive, Suite 2100
      Chicago, IL 60606

      Kayalyn A. Marafioti, Esq.
      Skadden, Arps, Slate, Meagher & Flom, LLP
      Four Times Square
      New York, NY 10036

      Kathleen Farrell
      Clerk of the Court
      United States Bankruptcy Court
      Southern District of New York
      One Bowling Green, Sixth Floor
      New York, NY 10004-1408

      Alicia M. Leonhard, Esq.
      Office of U.S. Trustee
      33 Whitehall Street
      New York, NY 10004

# DELPHI HARRISON THERMAL SYSTEMS
## Accounts Receivable Aging For 9-28 to 10-8 Deliveries

| Invoice # | P.O. # | Invoice Date | P.S. # | Delivery Date | Invoice Total | Balance Due |
|---|---|---|---|---|---|---|
| 70911-10 | 0550070518 | 9/23/2005 | 65510-10 | 9/28/2005 | 1,064.45 | 1,064.45 |
| 71120-10 | 0550028379 | 9/27/2005 | 65758-10 | 9/28/2005 | 63.77 | 63.77 |
| 71121-10 | 0550028388 | 9/27/2005 | 65759-10 | 9/28/2005 | 96.38 | 96.38 |
| 71122-10 | 0550028390 | 9/27/2005 | 65760-10 | 9/28/2005 | 163.35 | 163.35 |
| 71123-10 | 0550028396 | 9/27/2005 | 65761-10 | 9/28/2005 | 72.60 | 72.60 |
| 71124-10 | 0550028398 | 9/27/2005 | 65762-10 | 9/28/2005 | 55.65 | 55.65 |
| 71125-10 | 0550028399 | 9/27/2005 | 65763-10 | 9/28/2005 | 713.40 | 713.40 |
| 71126-10 | 0550037283 | 9/27/2005 | 65764-10 | 9/28/2005 | 708.08 | 708.08 |
| 71127-10 | 0550037286 | 9/27/2005 | 65765-10 | 9/28/2005 | 681.53 | 681.53 |
| 71128-10 | 0550049159 | 9/27/2005 | 65766-10 | 9/28/2005 | 600.91 | 600.91 |
| 71129-10 | 0550054835 | 9/27/2005 | 65767-10 | 9/28/2005 | 2,016.58 | 2,016.58 |
| 71130-10 | 0550054862 | 9/27/2005 | 65768-10 | 9/28/2005 | 842.69 | 842.69 |
| 71131-10 | 0550054863 | 9/27/2005 | 65769-10 | 9/28/2005 | 2,110.46 | 2,110.46 |
| 71132-10 | 0550070372 | 9/27/2005 | 65770-10 | 9/28/2005 | 926.00 | 926.00 |
| 71133-10 | 0550005479 | 9/27/2005 | 65810-10 | 9/28/2005 | 1,822.82 | 1,822.82 |
| 71134-10 | 0550054813 | 9/27/2005 | 65830-10 | 9/28/2005 | 1,866.24 | 1,866.24 |
| 71186-10 | 0550028387 | 9/28/2005 | 65837-10 | 9/29/2005 | 1,393.73 | 1,393.73 |
| 71187-10 | 0550028399 | 9/28/2005 | 65838-10 | 9/29/2005 | 713.40 | 713.40 |
| 71188-10 | 0550037283 | 9/28/2005 | 65839-10 | 9/29/2005 | 741.80 | 741.80 |
| 71189-10 | 0550037286 | 9/28/2005 | 65840-10 | 9/29/2005 | 299.87 | 299.87 |
| 71190-10 | 0550049159 | 9/28/2005 | 65841-10 | 9/29/2005 | 554.69 | 554.69 |
| 71191-10 | 0550054813 | 9/28/2005 | 65842-10 | 9/29/2005 | 136.08 | 136.08 |
| 71192-10 | 0550054835 | 9/28/2005 | 65843-10 | 9/29/2005 | 1,344.38 | 1,344.38 |
| 71193-10 | 0550054862 | 9/28/2005 | 65844-10 | 9/29/2005 | 221.76 | 221.76 |
| 71194-10 | 0550054863 | 9/28/2005 | 65845-10 | 9/29/2005 | 527.62 | 527.62 |
| 71195-10 | 0550054865 | 9/28/2005 | 65846-10 | 9/29/2005 | 38.70 | 38.70 |
| 71196-10 | 0550070372 | 9/28/2005 | 65847-10 | 9/29/2005 | 703.76 | 703.76 |
| 71197-10 | 0550036516 | 9/28/2005 | 65848-10 | 9/29/2005 | 77.00 | 77.00 |
| 71198-10 | 0550053582 | 9/28/2005 | 65849-10 | 9/29/2005 | 4,600.74 | 4,600.74 |
| 71199-10 | 0550053585 | 9/28/2005 | 65850-10 | 9/29/2005 | 2,434.43 | 2,434.43 |
| 71200-10 | 0550053587 | 9/28/2005 | 65851-10 | 9/29/2005 | 1,016.80 | 1,016.80 |
| 71201-10 | 0550053593 | 9/28/2005 | 65852-10 | 9/29/2005 | 3,021.14 | 3,021.14 |
| 71202-10 | 0550053594 | 9/28/2005 | 65853-10 | 9/29/2005 | 4,144.23 | 4,144.23 |
| 71203-10 | 0550053595 | 9/28/2005 | 65854-10 | 9/29/2005 | 3,396.24 | 3,396.24 |
| 71204-10 | 0550053596 | 9/28/2005 | 65855-10 | 9/29/2005 | 2,527.20 | 2,527.20 |
| 71205-10 | 0550053598 | 9/28/2005 | 65856-10 | 9/29/2005 | 332.00 | 332.00 |
| 71206-10 | 0550053599 | 9/28/2005 | 65857-10 | 9/29/2005 | 364.50 | 364.50 |
| 71207-10 | 0550028557 | 9/28/2005 | 65912-10 | 9/29/2005 | 356.70 | 356.70 |
| 71208-10 | 0550005479 | 9/28/2005 | 65932-10 | 9/29/2005 | 3,645.64 | 3,645.64 |
| 71208-10 | 0550005479 | 9/28/2005 | 65932-10 | 9/29/2005 | 3,645.64 | 3,645.64 |
| 71209-10 | 0550036897 | 9/28/2005 | 65933-10 | 9/29/2005 | 1,591.49 | 1,591.49 |
| 71210-10 | 0550025208 | 9/28/2005 | 65934-10 | 9/29/2005 | 1,244.16 | 1,244.16 |
| 71211-10 | 0550038104 | 9/28/2005 | 65935-10 | 9/29/2005 | 2,125.44 | 2,125.44 |
| 71212-10 | 0550054835 | 9/28/2005 | 65964-10 | 9/29/2005 | 672.19 | 672.19 |
| 71213-10 | 0550028396 | 9/28/2005 | 65966-10 | 9/29/2005 | 217.80 | 217.80 |
| 71337-10 | 0550028383 | 9/29/2005 | 65979-10 | 9/30/2005 | 109.00 | 109.00 |
| 71338-10 | 0550028387 | 9/29/2005 | 65980-10 | 9/30/2005 | 1,393.73 | 1,393.73 |
| 71339-10 | 0550028388 | 9/29/2005 | 65981-10 | 9/30/2005 | 96.38 | 96.38 |
| 71340-10 | 0550028399 | 9/29/2005 | 65982-10 | 9/30/2005 | 713.40 | 713.40 |

| Invoice # | P.O. # | Invoice Date | P.S. # | Delivery Date | Invoice Total | Balance Due |
|---|---|---|---|---|---|---|
| 71341-10 | 0550037283 | 9/29/2005 | 65983-10 | 9/30/2005 | 708.08 | 708.08 |
| 71342-10 | 0550037286 | 9/29/2005 | 65984-10 | 9/30/2005 | 681.53 | 681.53 |
| 71343-10 | 0550049159 | 9/29/2005 | 65985-10 | 9/30/2005 | 647.14 | 647.14 |
| 71344-10 | 0550054813 | 9/29/2005 | 65986-10 | 9/30/2005 | 622.08 | 622.08 |
| 71345-10 | 0550054835 | 9/29/2005 | 65987-10 | 9/30/2005 | 672.19 | 672.19 |
| 71346-10 | 0550054862 | 9/29/2005 | 65988-10 | 9/30/2005 | 1,064.45 | 1,064.45 |
| 71347-10 | 0550054863 | 9/29/2005 | 65989-10 | 9/30/2005 | 1,055.23 | 1,055.23 |
| 71348-10 | 0550070372 | 9/29/2005 | 65990-10 | 9/30/2005 | 888.96 | 888.96 |
| 71349-10 | 0550070384 | 9/29/2005 | 65991-10 | 9/30/2005 | 2,016.58 | 2,016.58 |
| 71350-10 | 0550070413 | 9/29/2005 | 65992-10 | 9/30/2005 | 1,244.16 | 1,244.16 |
| 71351-10 | 0550070515 | 9/29/2005 | 65993-10 | 9/30/2005 | 2,110.46 | 2,110.46 |
| 71352-10 | 0550070518 | 9/29/2005 | 65994-10 | 9/30/2005 | 1,064.45 | 1,064.45 |
| 71353-10 | 0550036897 | 9/29/2005 | 66059-10 | 9/30/2005 | 1,591.49 | 1,591.49 |
| 71354-10 | 0550025208 | 9/29/2005 | 66061-10 | 9/30/2005 | 1,244.16 | 1,244.16 |
| 71443-10 | 0550028379 | 9/30/2005 | 66113-10 | 10/1/2005 | 63.77 | 63.77 |
| 71444-10 | 0550028388 | 9/30/2005 | 66114-10 | 10/1/2005 | 96.38 | 96.38 |
| 71445-10 | 0550028399 | 9/30/2005 | 66115-10 | 10/1/2005 | 713.40 | 713.40 |
| 71446-10 | 0550037283 | 9/30/2005 | 66116-10 | 10/1/2005 | 710.20 | 710.20 |
| 71447-10 | 0550037286 | 9/30/2005 | 66117-10 | 10/1/2005 | 679.97 | 679.97 |
| 71448-10 | 0550049159 | 9/30/2005 | 66118-10 | 10/1/2005 | 650.16 | 650.16 |
| 71449-10 | 0550054813 | 9/30/2005 | 66119-10 | 10/1/2005 | 622.08 | 622.08 |
| 71450-10 | 0550054835 | 9/30/2005 | 66120-10 | 10/1/2005 | 1,344.38 | 1,344.38 |
| 71451-10 | 0550054862 | 9/30/2005 | 66121-10 | 10/1/2005 | 1,064.45 | 1,064.45 |
| 71452-10 | 0550054863 | 9/30/2005 | 66122-10 | 10/1/2005 | 1,055.23 | 1,055.23 |
| 71453-10 | 0550070372 | 9/30/2005 | 66123-10 | 10/1/2005 | 888.96 | 888.96 |
| 71454-10 | 0550028396 | 9/30/2005 | 66193-10 | 10/1/2005 | 217.80 | 217.80 |
| 71455-10 | 0550005479 | 9/30/2005 | 66194-10 | 10/1/2005 | 3,645.64 | 3,645.64 |
| 71455-10 | 0550005479 | 9/30/2005 | 66194-10 | 10/1/2005 | 3,645.64 | 3,645.64 |
| 71536-10 | 0550028383 | 10/3/2005 | 66227-10 | 10/4/2005 | 109.00 | 109.00 |
| 71537-10 | 0550028388 | 10/3/2005 | 66228-10 | 10/4/2005 | 96.38 | 96.38 |
| 71538-10 | 0550028396 | 10/3/2005 | 66229-10 | 10/4/2005 | 145.20 | 145.20 |
| 71539-10 | 0550028399 | 10/3/2005 | 66230-10 | 10/4/2005 | 713.40 | 713.40 |
| 71540-10 | 0550037283 | 10/3/2005 | 66231-10 | 10/4/2005 | 744.02 | 744.02 |
| 71541-10 | 0550037286 | 10/3/2005 | 66232-10 | 10/4/2005 | 679.97 | 679.97 |
| 71542-10 | 0550049159 | 10/3/2005 | 66233-10 | 10/4/2005 | 603.72 | 603.72 |
| 71543-10 | 0550054813 | 10/3/2005 | 66234-10 | 10/4/2005 | 622.08 | 622.08 |
| 71544-10 | 0550054835 | 10/3/2005 | 66235-10 | 10/4/2005 | 672.19 | 672.19 |
| 71545-10 | 0550054863 | 10/3/2005 | 66236-10 | 10/4/2005 | 1,582.85 | 1,582.85 |
| 71546-10 | 0550070372 | 10/3/2005 | 66251-10 | 10/4/2005 | 926.00 | 926.00 |
| 71547-10 | 0550005479 | 10/3/2005 | 66296-10 | 10/4/2005 | 1,822.82 | 1,822.82 |
| 71548-10 | 0550036897 | 10/3/2005 | 66297-10 | 10/4/2005 | 1,591.49 | 1,591.49 |
| 71549-10 | 0550028557 | 10/3/2005 | 66336-10 | 10/4/2005 | 713.40 | 713.40 |
| 71672-10 | 0550028388 | 10/4/2005 | 66358-10 | 10/5/2005 | 96.38 | 96.38 |
| 71673-10 | 0550028396 | 10/4/2005 | 66359-10 | 10/5/2005 | 145.20 | 145.20 |
| 71674-10 | 0550028399 | 10/4/2005 | 66360-10 | 10/5/2005 | 713.40 | 713.40 |
| 71675-10 | 0550037283 | 10/4/2005 | 66361-10 | 10/5/2005 | 710.20 | 710.20 |
| 71676-10 | 0550037286 | 10/4/2005 | 66362-10 | 10/5/2005 | 679.97 | 679.97 |
| 71677-10 | 0550049159 | 10/4/2005 | 66363-10 | 10/5/2005 | 650.16 | 650.16 |
| 71678-10 | 0550054813 | 10/4/2005 | 66364-10 | 10/5/2005 | 1,866.24 | 1,866.24 |
| 71679-10 | 0550054835 | 10/4/2005 | 66365-10 | 10/5/2005 | 672.19 | 672.19 |
| 71680-10 | 0550054862 | 10/4/2005 | 66366-10 | 10/5/2005 | 2,128.90 | 2,128.90 |
| 71681-10 | 0550054863 | 10/4/2005 | 66367-10 | 10/5/2005 | 2,110.46 | 2,110.46 |
| 71682-10 | 0550005479 | 10/4/2005 | 66400-10 | 10/5/2005 | 1,822.82 | 1,822.82 |
| 71683-10 | 0550036897 | 10/4/2005 | 66403-10 | 10/5/2005 | 1,591.49 | 1,591.49 |
| 71684-10 | 0550025208 | 10/4/2005 | 66404-10 | 10/5/2005 | 1,244.16 | 1,244.16 |

| Invoice # | P.O. # | Invoice Date | P.S. # | Delivery Date | Invoice Total | Balance Due |
|---|---|---|---|---|---|---|
| 71685-10 | 0550038104 | 10/4/2005 | 66405-10 | 10/5/2005 | 2,125.44 | 2,125.44 |
| 71686-10 | 0550070372 | 10/4/2005 | 66437-10 | 10/5/2005 | 888.96 | 888.96 |
| 71687-10 | 0550028387 | 10/4/2005 | 66444-10 | 10/5/2005 | 1,393.73 | 1,393.73 |
| 71688-10 | 0550028388 | 10/4/2005 | 66445-10 | 10/5/2005 | 96.38 | 96.38 |
| 71689-10 | 0550028396 | 10/4/2005 | 66446-10 | 10/5/2005 | 72.60 | 72.60 |
| 71690-10 | 0550028399 | 10/4/2005 | 66447-10 | 10/5/2005 | 713.40 | 713.40 |
| 71691-10 | 0550037283 | 10/4/2005 | 66448-10 | 10/5/2005 | 1,352.77 | 1,352.77 |
| 71692-10 | 0550037286 | 10/4/2005 | 66449-10 | 10/5/2005 | 1,196.74 | 1,196.74 |
| 71693-10 | 0550049159 | 10/4/2005 | 66450-10 | 10/5/2005 | 1,021.68 | 1,021.68 |
| 71694-10 | 0550054835 | 10/4/2005 | 66451-10 | 10/5/2005 | 1,344.38 | 1,344.38 |
| 71695-10 | 0550054863 | 10/4/2005 | 66452-10 | 10/5/2005 | 1,055.23 | 1,055.23 |
| 71747-10 | 0550028614 | 10/5/2005 | 66456-10 | 10/6/2005 | 95.51 | 95.51 |
| 71748-10 | 0550036516 | 10/5/2005 | 66457-10 | 10/6/2005 | 115.50 | 115.50 |
| 71749-10 | 0550053582 | 10/5/2005 | 66458-10 | 10/6/2005 | 1,312.33 | 1,312.33 |
| 71750-10 | 0550053585 | 10/5/2005 | 66459-10 | 10/6/2005 | 2,434.43 | 2,434.43 |
| 71751-10 | 0550053587 | 10/5/2005 | 66460-10 | 10/6/2005 | 1,049.60 | 1,049.60 |
| 71752-10 | 0550053593 | 10/5/2005 | 66461-10 | 10/6/2005 | 3,021.14 | 3,021.14 |
| 71753-10 | 0550053594 | 10/5/2005 | 66462-10 | 10/6/2005 | 4,144.23 | 4,144.23 |
| 71754-10 | 0550053595 | 10/5/2005 | 66463-10 | 10/6/2005 | 3,396.24 | 3,396.24 |
| 71755-10 | 0550053596 | 10/5/2005 | 66464-10 | 10/6/2005 | 2,527.20 | 2,527.20 |
| 71756-10 | 0550053598 | 10/5/2005 | 66465-10 | 10/6/2005 | 332.00 | 332.00 |
| 71757-10 | 0550053599 | 10/5/2005 | 66466-10 | 10/6/2005 | 324.00 | 324.00 |
| 71758-10 | 0550005479 | 10/5/2005 | 66525-10 | 10/6/2005 | 1,822.82 | 1,822.82 |
| 71759-10 | 0550036897 | 10/5/2005 | 66526-10 | 10/6/2005 | 1,591.49 | 1,591.49 |
| 71760-10 | 0550070372 | 10/5/2005 | 66530-10 | 10/6/2005 | 1,074.16 | 1,074.16 |
| 71843-10 | 0550028379 | 10/6/2005 | 66562-10 | 10/7/2005 | 63.77 | 63.77 |
| 71844-10 | 0550028383 | 10/6/2005 | 66563-10 | 10/7/2005 | 109.00 | 109.00 |
| 71845-10 | 0550028388 | 10/6/2005 | 66564-10 | 10/7/2005 | 96.38 | 96.38 |
| 71846-10 | 0550028390 | 10/6/2005 | 66565-10 | 10/7/2005 | 163.35 | 163.35 |
| 71847-10 | 0550028396 | 10/6/2005 | 66566-10 | 10/7/2005 | 72.60 | 72.60 |
| 71848-10 | 0550028399 | 10/6/2005 | 66567-10 | 10/7/2005 | 713.40 | 713.40 |
| 71849-10 | 0550037283 | 10/6/2005 | 66568-10 | 10/7/2005 | 710.20 | 710.20 |
| 71850-10 | 0550037286 | 10/6/2005 | 66569-10 | 10/7/2005 | 679.97 | 679.97 |
| 71851-10 | 0550049159 | 10/6/2005 | 66570-10 | 10/7/2005 | 650.16 | 650.16 |
| 71852-10 | 0550054813 | 10/6/2005 | 66571-10 | 10/7/2005 | 622.08 | 622.08 |
| 71853-10 | 0550054835 | 10/6/2005 | 66572-10 | 10/7/2005 | 672.19 | 672.19 |
| 71854-10 | 0550054862 | 10/6/2005 | 66573-10 | 10/7/2005 | 1,064.45 | 1,064.45 |
| 71855-10 | 0550054863 | 10/6/2005 | 66574-10 | 10/7/2005 | 1,582.85 | 1,582.85 |
| 71856-10 | 0550070372 | 10/6/2005 | 66575-10 | 10/7/2005 | 926.00 | 926.00 |
| 71857-10 | 0550070384 | 10/6/2005 | 66576-10 | 10/7/2005 | 2,016.58 | 2,016.58 |
| 71858-10 | 0550070413 | 10/6/2005 | 66577-10 | 10/7/2005 | 1,244.16 | 1,244.16 |
| 71859-10 | 0550070515 | 10/6/2005 | 66578-10 | 10/7/2005 | 1,011.26 | 1,011.26 |
| 71860-10 | 0550070518 | 10/6/2005 | 66579-10 | 10/7/2005 | 1,064.45 | 1,064.45 |
| 71861-10 | 0550005479 | 10/6/2005 | 66625-10 | 10/7/2005 | 1,822.82 | 1,822.82 |
| 71862-10 | 0550036897 | 10/6/2005 | 66626-10 | 10/7/2005 | 1,591.49 | 1,591.49 |
| 71863-10 | 0550025208 | 10/6/2005 | 66627-10 | 10/7/2005 | 1,244.16 | 1,244.16 |
| 71864-10 | 0550028557 | 10/6/2005 | 66648-10 | 10/7/2005 | 832.30 | 832.30 |
| 71865-10 | 0550053582 | 10/6/2005 | 66665-10 | 10/7/2005 | 3,874.30 | 3,874.30 |
| | | | | | **$ 171,999.54** | **$ 171,999.54** |