### BIALSON, BERGEN & SCHWAB
ATTORNEYS AT LAW
A PARTNERSHIP OF
PROFESSIONAL CORPORATIONS
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CALIFORNIA 94306

Email: clee@bbslaw.com

TELEPHONE
(650) 857-9500

FACSIMILE
(650) 494-2738

E-MAIL: atty@bbslaw.com

SEYMOUR BERGEN
(1923-2003)

October 17, 2005

Clerk of Court
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

> Re:  **In re Delphi Corporation, et al**
> **Case No. 05-44481-RDD (Jointly Administered)**

Dear Clerk:

Enclosed please find an original and one copy of **NOTICE OF RECLAMATION DEMAND OF SOLECTRON CORPORATION.** Please file the original and return a filed-stamped copy to our office in the enclosed self-addressed, stamped envelope.

Thank you for your kind assistance.

Sincerely,

BIALSON, BERGEN & SCHWAB

Catherine Lee, Paralegal

:cwl
W:\S0383\072\ltr\101705Court.wpd



Lawrence M. Schwab, Esq. (Calif. Bar No. 085600)
Patrick M. Costello, Esq. (Calif. Bar No. 117205)
BIALSON, BERGEN & SCHWAB
2600 El Camino Real, Suite 300
Palo Alto, California 94306
Telephone: (650) 857-9500
Facsimile: (650) 494-2738

Counsel for Creditor
Solectron Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                             :
**In re:**                                                   :   **Chapter 11 Case No.**
                                                             :
**DELPHI CORPORATION, et al.,**                              :   **05-44481**
                                                             :
                    **Debtors.**                             :   **(Jointly Administered)**
                                                             :
------------------------------------------------------------ x

### NOTICE OF RECLAMATION DEMANDS
### OF SOLECTRON CORPORATION

**PLEASE TAKE NOTICE** that written reclamation demands (the "Solectron

Demands") were served on October 14, 2005 by Solectron Corporation and various of its subsidiary

and affiliated entities (collectively "Solectron"), through counsel on the Debtors in the above

consolidated cases and their counsel. Copies of the Solectron Demands are attached hereto as

Exhibits "A- D"and incorporated herein by this reference.

Dated: October 17, 2005
        Palo Alto, California

                              BIALSON, BERGEN & SCHWAB


                    By: _Patrick Costello_

                              Patrick M. Costello, Esq. (Calif. Bar No. 117205)
                              2600 El Camino Real, Suite 300
                              Palo Alto, California 94306
                              Telephone: (650) 857-9500
                              Facsimile: (650) 494-2738
                              Email: pcostello@bbslaw.com


RECEIVED
OCT 1 8 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

                              Counsel for Creditor
                              Solectron Corporation

# BIALSON, BERGEN & SCHWAB

ATTORNEYS AT LAW
A PARTNERSHIP OF
PROFESSIONAL CORPORATIONS
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CALIFORNIA 94306

October 14, 2005

TELEPHONE
(650) 857-9500

FACSIMILE
(650) 494-2738

E-MAIL: atty@bbslaw.com

SEYMOUR BERGEN
(1923-2003)

**Via FedEx and Fax (248) 813-2670**
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098-2815

**Via First-Class U.S. Mail**
Delphi Automotive Systems
One Corporate Center
PO Box 9005
Kokomo, IN 46904-9005

**Via FedEx and Fax (312) 407-0411 and (212) 735-2000**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn.    John Wm. Butler, Esq.
         Kayalyn A. Marafioti, Esq.

**Re:    In re Delphi Corporation et. al., Case No. 05-44481 (RDD) (Jointly Administered)**

Dear Gentlemen:

This firm is counsel to Solectron Coproration, Solectron USA, Inc. and various of their subsidiary and affiliated entities (collectively "Solectron"). Pursuant to Section 2-702 of the Uniform Commercial Code as codified under applicable state law and 11 U.S.C. Section 546(c), and without waiving any other rights, remedies or claims, Solectron hereby demands the return of all goods ("Goods") of any kind or character received by Delphi Corporation, Delphi Automotive Systems, Delphi Delco Electronic Systems and/or any of their subsidiary, affiliated and other related entities (collectively "Delphi") from Solectron including, without limitation, those Goods shipped, delivered and received by Delphi as set forth in the Solectron invoices attached hereto for your convenience.

By this letter you are instructed to immediately inventory the Goods and keep the Goods segregated from all other inventory, machinery and equipment. Further, you are not permitted to use, sell, encumber or transfer the Goods to any other party.

Please contact the undersigned to arrange for the immediate return of the Goods.

Very truly yours,

BIALSON, BERGEN & SCHWAB

Patrick Costello

Patrick M. Costello

W:\S0383\072\ltr\101405USADemandReclamation1.wpd



**SOLECTRON**

SOLECTRON USA INC.
C/O West Palm Beach (7CP)
1601 Hill Avenue
West Palm Beach, FL 33407

SOLECTRON USA INC.
C/O West Palm Beach (7CP)
P.O. Box 550028
Tampa, FL 33655-0028

Invoice    No.    37276

Page:    1

27268

BILL TO:
DELPHI AUTOMOTIVE SYSTEMS
ONE CORPORATE CENTER
PO BOX 9005
KOKOMO IN 46904-9005
United States

SHIP TO:
DELPHI DELCO ELECTRONICS SYSTEMS
PLANT 8
2033 E BOULEVARD
KOKOMO IN 46902
United States

509071211

CUST/PPS#:   D623 00028742

| INVOICE DATE | CUSTOMER NUMBER | P.O. NUMBER | SHIPPED VIA | WAY BILL NO. |
|---|---|---|---|---|
| 9/07/05 | D622 | 550056269 | BAX Golbal 2-day | 800-730-825 |

| DATE SHIPPED | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 9/07/05 | 105 | Line: 38 H0104605      HS# N/A<br>DEHF48AA HYB.IC      CAL CODE 48 - P/N 16267189<br>REFERENCE CUSTOMER PART# 16267189 | 9.25 | 971.25 |
| 9/07/05 | 210 | Line: 39 H0104605      HS# N/A<br>DEHF48AA HYB.IC      CAL CODE 48 - P/N 16267189<br>REFERENCE CUSTOMER PART# 16267189 | 9.25 | 1,942.50 |
| | | Total Gross | | 2,913.75 |

SOLECTRON-MC0009 (4/97)

TERMS NET 45          PAYABLE U.S. FUNDS          $    2,913.75



# SOLECTRON®

SOLECTRON USA INC.
C/O West Palm Beach (7CP)
1601 Hill Avenue
West Palm Beach, FL 33407

SOLECTRON USA INC.
C/O West Palm Beach (7CP)
P.O. Box 550028
Tampa, FL 33655-0028

| | |
|---|---|
| Invoice No. | 37288 |
| Page: | 1 |

*37281*

**BILL TO:**
DELPHI AUTOMOTIVE SYSTEMS
ONE CORPORATE CENTER
PO BOX 9005
KOKOMO IN 46904-9005
United States

**SHIP TO:**
DELPHI DELCO ELECTRONICS SYSTEMS
PLANT 8
2033 E BOULEVARD
KOKOMO IN 46902  *509091441*
United States

CUST/PPS#:  D623 00028756

| INVOICE DATE | CUSTOMER NUMBER | P.O. NUMBER | SHIPPED VIA | WAY BILL NO. |
|---|---|---|---|---|
| 9/09/05 | D622 | 550056269 | BAX Golbal 2-day | 800-730-840 |

| DATE SHIPPED | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 9/09/05 | 210 | Line: 40 H0104605    HS# N/A<br>DEHF48AA HYB.IC          CAL CODE 48 - P/N 16267189<br>REFERENCE CUSTOMER PART# 16267189 | 9.25 | 1,942.50 |
| | | Total Gross | | 1,942.50 |

SOLECTRON-MC0009 (4/97)

| | TERMS NET 45 | PAYABLE U.S. FUNDS $ | 1,942.50 |
|---|---|---|---|



**SOLECTRON**

SOLECTRON USA, INC.
C/O West Palm Beach (7CP)
1601 Hill Avenue
West Palm Beach, FL 33407

SOLECTRON USA, INC.
C/O West Palm Beach (7CP)
P.O. Box 550028
Tampa, FL 33655-0028

Invoice   No.   37316

Page:   1

_3₁₃₀₀_

BILL TO:
DELPHI AUTOMOTIVE SYSTEMS
ONE CORPORATE CENTER
PO BOX 9005
KOKOMO IN 46904-9005
United States

SHIP TO:
DELPHI DELCO ELECTRONICS SYSTEMS
PLANT 8
2033 E BOULEVARD
KOKOMO IN 46902
United States

_509151341_

CUST/PPS#:   D623 00028780

| INVOICE DATE | CUSTOMER NUMBER | P.O. NUMBER | SHIPPED VIA | WAY BILL NO. |
|---|---|---|---|---|
| 9/15/05 | D622 | 550056269 | BAX Golbal 2-day | 800-730-862 |

| DATE SHIPPED | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 9/15/05 | 210 | Line: 41 H0104605       HS# N/A<br>DEHP48AA HYB.IC          CAL CODE 48 - P/N 16267189<br>REFERENCE CUSTOMER PART# 16267189 | 9.25 | 1,942.50 |
| | | Total Gross | | 1,942.50 |

SOLECTRON-MC0009 (4/97)

TERMS NET 45

PAYABLE U.S. FUNDS   $   1,942.50



**SOLECTRON**

SOLECTRON USA, INC.
C/O West Palm Beach (7CP)
1601 Hill Avenue
West Palm Beach, FL 33407

SOLECTRON USA, INC.
C/O West Palm Beach (7CP)
P.O. Box 550028
Tampa, FL 33655-0028

Invoice No. 37344

27336

Page: 1

**BILL TO:**
DELPHI AUTOMOTIVE SYSTEMS
ONE CORPORATE CENTER
PO BOX 9005
KOKOMO IN 46904-9005
United States

**SHIP TO:**
DELPHI DELCO ELECTRONICS SYSTEMS
PLANT 8
2033 E BOULEVARD
KOKOMO IN 46902
United States

CUST/PPS#: D623 00028814

| INVOICE DATE | CUSTOMER NUMBER | | P.O. NUMBER | SHIPPED VIA | WAY BILL NO. |
|---|---|---|---|---|---|
| 9/23/05 | D622 | | 550056269 | BAX Golbal 2-day | 800-730-895 |

| DATE SHIPPED | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 9/23/05 | 105 | Line: 44 H0104605 HS# N/A<br>DEHF48AA HYB.IC CAL CODE 48 - P/N 16267189<br>REFERENCE CUSTOMER PART# 16267189 | 9.25 | 971.25 |
| 9/23/05 | 105 | Line: 45 H0104605 HS# N/A<br>DEHF48AA HYB.IC CAL CODE 48 - P/N 16267189<br>REFERENCE CUSTOMER PART# 16267189 | 9.25 | 971.25 |
| | | Total Gross | | 1,942.50 |

SOLECTRON-MC0009 (4/97)

| TERMS NET 45 | PAYABLE U.S.FUNDS $ | 1,942.50 |
|---|---|---|



**SOLECTRON**

SOLECTRON USA, INC.
C/O West Palm Beach (7CP)
1601 Hill Avenue
West Palm Beach, FL 33407

SOLECTRON USA, INC.
C/O West Palm Beach (7CP)
P.O. Box 550028
Tampa, FL 33655-0028

Invoice No. 37275

Page: 1

27267

**BILL TO:**
DELPHI AUTOMOTIVE SYSTEMS
ONE CORPORATE CENTER
PO BOX 9005
KOKOMO IN 46904-9005
United States

**SHIP TO:**
DELPHI DELCO ELECTRONIC SYSTEMS
PLANT 74 - CUNEO SERVI
1125 E VAILE
KOKOMO IN 46902
United States

50907/210

CUST/PPS#: D624 00028741

| INVOICE DATE | CUSTOMER NUMBER | P.O. NUMBER | SHIPPED VIA | WAY BILL NO. |
|---|---|---|---|---|
| 9/07/05 | D622 | 550056266 | BAX Golbal 2-day | 800-730-814 |

| DATE SHIPPED | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 9/07/05 | 210 | Line: 5 H0104601     HS# N/A<br>DEHF24AA HYB.IC     CAL CODE 24 - P/N 16128251<br>REFERENCE CUSTOMER PART# 16128251 | 9.25 | 1,942.50 |
| | | | Total Gross | 1,942.50 |

SOLECTRON-MC0009 (4/97)

TERMS: NET 45

PAYABLE
U.S. FUNDS $     1,942.50



**SOLECTRON**

SOLECTRON USA, INC.
C/O West Palm Beach (7CP)
1601 Hill Avenue
West Palm Beach, FL 33407

Remit To:
SOLECTRON USA, INC.
C/O West Palm Beach (7CP)
P.O. Box 550028
Tampa, FL 33655-0028

Invoice   No.   37308

Page:   1

27300

BILL TO:
DELPHI AUTOMOTIVE SYSTEMS
ONE CORPORATE CENTER
PO BOX 9005
KOKOMO IN 46904-9005
United States

SHIP TO:
DELPHI DELCO ELECTRONIC SYSTEMS
PLANT 74 - CUNEO SERVI
1125 E VAILE
KOKOMO IN 46902
United States

509141145

CUST/PPS#:   D624 00028777

| INVOICE DATE | CUSTOMER NUMBER | P.O. NUMBER | SHIPPED VIA | WAY BILL NO. |
|---|---|---|---|---|
| 9/14/05 | D622 | 550056267 | BAX Golbal 2-day | 800-730-851 |

| DATE SHIPPED | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 9/14/05 | 260 | Line: 19 H0104854        HS# N/A<br>DEPI58AA HYB.IC        CAL CODE 58 - P/N 16196410<br>REFERENCE CUSTOMER PART# 16196410 | 7.02 | 1,825.20 |
|  |  | Total Gross | | 1,825.20 |

SOLECTRON-MC0009 (4/97)

TERMS NET 45   PAYABLE $ U.S. FUNDS   1,825.20


SOLECTRON.

C/O West Palm Beach (7CP)
1601 Hill Avenue
West Palm Beach, FL 33407

SOLECTRON U.S. INC.
C/O West Palm Beach (7CP)
P.O. Box 550028
Tampa, FL 33655-0028

Invoice No. 37390

Page: 1

27382

**BILL TO**
DELPHI AUTOMOTIVE SYSTEMS
ONE CORPORATE CENTER
PO BOX 9005
KOKOMO IN 46904-9005
United States

**SHIP TO:**
DELPHI DELCO ELECTRONIC SYSTEMS
PLANT 74 - CUNEO SERVI
1125 E VAILE
KOKOMO IN 46902
United States

5100 70829

CUST/PPS#: D624 00028857

| INVOICE DATE | CUSTOMER NUMBER | P.O. NUMBER | SHIPPED VIA | WAY BILL NO. |
|---|---|---|---|---|
| 10/07/05 | D622 | 550056266 | BAX Golbal 2-day | 800-730-906 |

| DATE SHIPPED | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 10/07/05 | 105 | Line: 9 H0104601 HS# N/A<br>DEHF24AA HYB.IC CAL CODE 24 - P/N 16128251<br>REFERENCE CUSTOMER PART# 16128251 | 9.25 | 971.25 |
| | | | Total Gross | 971.25 |

SOLECTRON-MC0009 (4/97)

TERMS: NET 45

PAYABLE IN U.S. FUNDS $ 971.25



**SOLECTRON**
SOLECTRON USA INC.
C/O West Palm Beach (7CP)
1601 Hill Avenue
West Palm Beach, FL 33407

SOLECTRON USA INC.
C/O West Palm Beach (7CP)
P.O. Box 550028
Tampa, FL 33655-0028

Invoice No. 37272

Page: 1

27264

BILL TO:
DELPHI AUTOMOTIVE SYSTEMS
ONE CORPORATE CENTER
PO BOX 9005
KOKOMO IN 46904-9005
United States

SHIP TO:
DELPHI DELCO ELECTRONIC SYSTEMS
PLANT M1
7929 S HOWELL
OAK CREAK WI 53154    509061404
United States

CUST/PPS#:  D626 00028743

| INVOICE DATE | CUSTOMER NUMBER | P.O. NUMBER | SHIPPED VIA | WAY BILL NO. |
|---|---|---|---|---|
| 09/06/05 | D622 | 550056264 | BAX Golbal 2-day | 800-730-803 |

| DATE SHIPPED | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 09/06/05 | 78 | Line: 63 H0I04646     HS# N/A<br>DEUIORAA HYB.IC          CAL CODE R - P/N 16123522<br>REFERENCE CUSTOMER PART# 16123522 | 5.18 | 404.04 |
| | | | Total Gross | 404.04 |

SOLECTRON-MC0009 (4/97)

| | TERMS NET 45 | PAYABLE IN U.S. FUNDS $ | 404.04 |
|---|---|---|---|



SOLECTRON USA, INC.
C/O West Palm Beach (7CP)
1601 Hill Avenue
West Palm Beach, FL 33407

Remit To:
SOLECTRON USA INC.
C/O West Palm Beach (7CP)
P.O. Box 550028
Tampa, FL 33655-0028

Invoice   No.   37273

Page:   1

27265

BILL TO:
DELPHI AUTOMOTIVE SYSTEMS
ONE CORPORATE CENTER
PO BOX 9005
KOKOMO IN 46904-9005
United States

SHIP TO:
DELPHI DELCO ELECTRONIC SYSTEMS
PLANT M1
7929 S HOWELL
OAK CREAK WI 53154
United States

509061405

CUST/PPS#:   D626 00028744

| INVOICE DATE | CUSTOMER NUMBER | P.O. NUMBER | SHIPPED VIA | WAY BILL NO. |
|---|---|---|---|---|
| 9/06/05 | D622 | 550056264 | BAX Golbal 2-day | 800-730-803 |

| DATE SHIPPED | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 9/06/05 | 39 | Line: 76 H0105721      HS# N/A<br>DEU137AA HYB.IC            CAL CODE 37 - P/N 16191659<br>REFERENCE CUSTOMER PART# 16191659 | 5.18 | 202.02 |
| | | Total Gross | | 202.02 |

SOLECTRON-MC0009 (4/97)

TERMS NET 45

PAYABLE
U.S. FUNDS   $   202.02



SOLECTRON USA, INC.
C/O West Palm Beach (7CP)
1601 Hill Avenue
West Palm Beach, FL 33407

Remit To:
C/O West Palm Beach (7CP)
SOLECTRON USA, INC.
P.O. Box 550028
Tampa, FL 33655-0028

Invoice No. 37287

Page: 1

27277

**BILL TO:**
DELPHI AUTOMOTIVE SYSTEMS
ONE CORPORATE CENTER
PO BOX 9005
KOKOMO IN 46904-9005
United States

**SHIP TO:**
DELPHI DELCO ELECTRONIC SYSTEMS
PLANT M1
7929 S HOWELL
OAK CREEK WI 53154
United States

509091109

CUST/PPS#: D626 00028755

| INVOICE DATE | CUSTOMER NUMBER | P.O. NUMBER | SHIPPED VIA | WAY BILL NO. |
|---|---|---|---|---|
| 9/09/05 | D622 | 550056264 | BAX Golbal 2-day | 800-730-836 |

| DATE SHIPPED | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 9/09/05 | 78 | Line: 65 H0104646        HS# N/A<br>DEUIORAA HYB.IC         CAL CODE R - P/N 16123522<br>REFERENCE CUSTOMER PART# 16123522 | 5.18 | 404.04 |
| | | Total Gross | | 404.04 |

SOLECTRON-MC0009 (4/97)

TERMS NET 45     PAYABLE U.S. FUNDS     404.04



SOLECTRON

C/O West Palm Beach (7CP)
1601 Hill Avenue
West Palm Beach, FL 33407

SOLECTRON USA INC.
C/O West Palm Beach (7CP)
P.O. Box 550028
Tampa, FL 33655-0028

Invoice No. 37319

27313

Page: 1

BILL TO:
DELPHI AUTOMOTIVE SYSTEMS
ONE CORPORATE CENTER
PO BOX 9005
KOKOMO IN 46904-9005
United States

SHIP TO:
DELPHI DELCO ELECTRONIC SYSTEMS
PLANT M1
7929 S HOWELL
OAK CREAK WI 53154    50916/304
United States

CUST/PPS#:  D626 00028787

| INVOICE DATE | CUSTOMER NUMBER | P.O. NUMBER | SHIPPED VIA | WAY BILL NO. |
|---|---|---|---|---|
| 9/16/05 | D622 | 550056264 | BAX Golbal 2-day | 800-730-873 |

| DATE SHIPPED | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 9/16/05 | 39 | Line: 73 H0104915    HS# N/A<br>DEUI16AA HYB.IC    CAL CODE 16 - P/N 16168340<br>REFERENCE CUSTOMER PART# 16168340 | 5.18 | 202.02 |
| | | Total Gross | | 202.02 |

SOLECTRON-MC0009 (4/97)

| | | TERMS NET 45 | PAYABLE U.S. FUNDS $ | 202.02 |



**SOLECTRON**®

SOLECTRON USA INC.
C/O West Palm Beach (7CP)
1601 Hill Avenue
West Palm Beach, FL 33407

SOLECTRON USA INC.
C/O West Palm Beach (7CP)
P.O. Box 550028
Tampa, FL 33655-0028

Invoice No. 37320

*37314*

Page: 1

BILL TO:
DELPHI AUTOMOTIVE SYSTEMS
ONE CORPORATE CENTER
PO BOX 9005
KOKOMO IN 46904-9005
United States

SHIP TO:
DELPHI DELCO ELECTRONIC SYSTEMS
PLANT M1
7929 S HOWELL
OAK CREEK WI 53154
United States

*509161304*

CUST/PPS#: D626 00028788

| INVOICE DATE | CUSTOMER NUMBER | P.O. NUMBER | SHIPPED VIA | WAY BILL NO. |
|---|---|---|---|---|
| 9/16/05 | D622 | 550056265 | BAX Golbal 2-day | 800-730-873 |

| DATE SHIPPED | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 9/16/05 | 104 | Line: 34 H0105719      HS# N/A<br>DEUI32AA HYB.IC          CAL CODE 32 ~ P/N 16179882<br>REFERENCE CUSTOMER PART# 16179882 | 5.18 | 538.72 |
| | | | Total Gross | 538.72 |

SOLECTRON-MC0008 (4/97)

| | | |
|---|---|---|
| TERMS NET 45 | PAYABLE U.S. FUNDS $ | 538.72 |



**SOLECTRON**®

SOLECTRON USA INC.
C/O West Palm Beach (7CP)
1601 Hill Avenue
West Palm Beach, FL 33407

SOLECTRON USA INC.
C/O West Palm Beach (7CP)
P.O. Box 550028
Tampa, FL 33655-0028

Invoice No.   37396

Page:   1

*37383*

BILL TO:
DELPHI AUTOMOTIVE SYSTEMS
ONE CORPORATE CENTER
PO BOX 9005
KOKOMO IN 46904-9005
United States

SHIP TO:
DELPHI DELCO ELECTRONIC SYSTEMS
PLANT M1
7929 S HOWELL
OAK CREAK WI 53154
United States

*5100 71518*

CUST/PPS#:   D626 00028858

| INVOICE DATE | CUSTOMER NUMBER | P.O. NUMBER | SHIPPED VIA | WAY BILL NO. |
|---|---|---|---|---|
| 10/07/05 | D622 | 550056265 | BAX Golbal 2-day | 800-730-910 |

| DATE SHIPPED | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 10/07/05 | 78 | Line: 37 H0105719        HS# N/A<br>DEUI32AA HYB.IC          CAL CODE 32 - P/N 15179882<br>REFERENCE CUSTOMER PART# 16179882 | 5.18 | 404.04 |
| | | | Total Gross | 404.04 |

TERMS  NET 45        PAYABLE US FUNDS  $        404.04

SOLECTRON-MC0009 (4/97)

# BIALSON, BERGEN & SCHWAB
### ATTORNEYS AT LAW
A PARTNERSHIP OF
PROFESSIONAL CORPORATIONS
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CALIFORNIA 94306

TELEPHONE
(650) 857-9500

FACSIMILE
(650) 494-2738

E-MAIL: atty@bbslaw.com

SEYMOUR BERGEN
(1923-2003)

October 14, 2005

**Via FedEx and Fax (248) 813-2670**
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098-2815

**Via First-Class U.S. Mail**
Delphi Delco Electronics
P.O. Box 2000
Flint, IN 46904-9005

**Via FedEx and Fax (312) 407-0411 and (212) 735-2000**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn.   John Wm. Butler, Esq.
Kayalyn A. Marafioti, Esq.

Re:   **In re Delphi Corporation et. al., Case No. 05-44481 (RDD) (Jointly Administered)**

Dear Gentlemen:

This firm is counsel to Solectron Coproration, Solectron USA, Inc. and various of their subsidiary and affiliated entities (collectively "Solectron"). Pursuant to Section 2-702 of the Uniform Commercial Code as codified under applicable state law and 11 U.S.C. Section 546(c), and without waiving any other rights, remedies or claims, Solectron hereby demands the return of all goods ("Goods") of any kind or character received by Delphi Corporation, Delphi Automotive Systems, Delphi Delco Electronic Systems and/or any of their subsidiary, affiliated and other related entities (collectively "Delphi") from Solectron including, without limitation, those Goods shipped, delivered and received by Delphi as set forth in the Solectron invoices attached hereto for your convenience.

By this letter you are instructed to immediately inventory the Goods and keep the Goods segregated from all other inventory, machinery and equipment. Further, you are not permitted to use, sell, encumber or transfer the Goods to any other party.

Please contact the undersigned to arrange for the immediate return of the Goods.

Very truly yours,

BIALSON, BERGEN & SCHWAB

Patrick M. Costello

W:\S0383\072\ltr\101405USADemandReclamation2.wpd



SOLECTRON.

DELPHI USA, INC.
C/O West Palm Beach (7CP)
1601 Hill Avenue
West Palm Beach, FL 33407

Remit To:
SOLECTRON USA, INC.
C/O West Palm Beach (7CP)
P.O. Box 550028
Tampa, FL 33655-0028

Invoice No. 37260

Page: 1

*27251*

**BILL TO:**
DELPHI DELCO ELECTRONICS
P O BOX 2000
FLINT MI 48501-2000
United States

**SHIP TO:**
DELPHI E TORREON CROSS-DOCK  CISCO 3544
9440 BALL STREET
SAN ANTONIO TX 78217
United States

*509021428*

CUST/PPS#:  625A 00028728

| INVOICE DATE | CUSTOMER NUMBER | P.O. NUMBER | SHIPPED VIA | WAY BILL NO. |
|---|---|---|---|---|
| 9/02/05 | D625 | 550056715 | CNTRL-8008827436 | 333-126274-0 |

| DATE SHIPPED | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 9/02/05 | 6480 | Line: 13 H0102441        HS# 8511.90<br>DEDSCDAA HYB. IC              S495640DEDSCDAA HYB. IC L6<br>REFERENCE CUSTOMER PART# 10482819 | 3.87 | 25,077.60 |
| | | | Total Gross | 25,077.60 |

SOLECTRON-MC0009 (4/97)

TERMS: NET 45   PAYABLE IN US FUNDS   $ 25,077.60


SOLECTRON

SOLECTRON USA INC.
C/O West Palm Beach (7CP)
1601 Hill Avenue
West Palm Beach, FL 33407

SOLECTRON USA INC.
C/O West Palm Beach (7CP)
P.O. Box 550028
Tampa, FL 33655-0028

Invoice No. 37271

Page: 1

*27263*

**BILL TO:**
DELPHI DELCO ELECTRONICS
P O BOX 2000
FLINT MI 48501-2000
United States

**SHIP TO:**
DELPHI E TORREON CROSS-DOCK   CISCO 354-
9440 BALL STREET
SAN ANTONIO TX 78217
United States

*509061407*

CUST/PPS#:  625A 00028740

| INVOICE DATE | CUSTOMER NUMBER | P.O. NUMBER | SHIPPED VIA | WAY BILL NO. |
|---|---|---|---|---|
| 9/06/05 | D625 | 550056715 | CNTRL-8008827436 | 333-134440-7 |

| DATE SHIPPED | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 9/06/05 | 6480 | Line: 13 H0102441      HS# 8511.90 | 3.87 | 25,077.60 |
| | | DEDSCDAA HYB. IC          S495640DEDSCDAA HYB. IC L6 | | |
| | | REFERENCE CUSTOMER PART# 10482819 | | |
| | | | Total Gross | 25,077.60 |

SOLECTRON-MC0009 (4/97)

TERMS: NET 45

PAYABLE IN U.S. FUNDS $ 25,077.60



**SOLECTRON**

SOLECTRON USA INC.
C/O West Palm Beach (7CP)
1601 Hill Avenue
West Palm Beach, FL 33407

SOLECTRON USA INC.
C/O West Palm Beach (7CP)
P.O. Box 550028
Tampa, FL 33655-0028

Invoice No. 37284

Page: 1

27276

**BILL TO:**
DELPHI DELCO ELECTRONICS
P O BOX 2000
FLINT MI 48501-2000
United States

**SHIP TO:**
DELPHI E TORREON CROSS-DOCK CISCO 354
9440 BALL STREET
SAN ANTONIO TX 78217
United States

509091045

CUST/PPS#: 625A 00028752

| INVOICE DATE | CUSTOMER NUMBER | P.O. NUMBER | SHIPPED VIA | WAY BILL NO. |
|---|---|---|---|---|
| 9/09/05 | D625 | 550056715 | CNTRL-8008827436 | 333-134441-5 |

| DATE SHIPPED | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 9/09/05 | 12960 | Line: 13 H0102441    HS# 8511.90<br>DEDSCDAA HYB. IC        S495640DEDSCDAA HYB. IC L6<br>REFERENCE CUSTOMER PART# 10482819 | 3.87 | 50,155.20 |
| | | Total Gross | | 50,155.20 |

SOLECTRON-MC0009 (4/97)

TERMS NET 45     PAYABLE $ US FUNDS     50,155.20


SOLECTRON

SOLECTRON USA, INC.
C/O West Palm Beach (7CP)
1601 Hill Avenue
West Palm Beach, FL 33407

SOLECTRON USA, INC.
C/O West Palm Beach (7CP)
P.O. Box 550028
Tampa, FL 33655-0028

Invoice No. 37295

Page: 1

27286

**BILL TO:**
DELPHI DELCO ELECTRONICS
P O BOX 2000
FLINT MI 48501-2000
United States

**SHIP TO:**
DELPHI E TORREON CROSS-DOCK   CISCO 35(
9440 BALL STREET
SAN ANTONIO TX 78217
United States

509121311

CUST/PPS#:   625A 00028763

| INVOICE DATE | CUSTOMER NUMBER | P.O. NUMBER | SHIPPED VIA | WAY BILL NO. |
|---|---|---|---|---|
| 09/12/05 | D625 | 550056715 | CNTRL-8008827436 | 333-134442-3 |

| DATE SHIPPED | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 09/12/05 | 39440 | Line: 13 H0102441       HS# 8511.90<br>DEDSCDAA HYB. IC       S495640DEDSCDAA HYB. IC L6<br>REFERENCE CUSTOMER PART# 10482819 | 3.87 | 75,232.80 |
| | | Total Gross | | 75,232.80 |

SOLECTRON-MC0009 (4/97)

TERMS: NET 45

PAYABLE
U.S. FUNDS          $          75,232.80



# SOLECTRON

C/O West Palm Beach (7CP)
1601 Hill Avenue
West Palm Beach, FL 33407

SOLECTRON USA, INC.
C/O West Palm Beach (7CP)
P.O. Box 550028
Tampa, FL 33655-0028

Invoice No. 37302

Page: 1

27292

**BILL TO:**
DELPHI DELCO ELECTRONICS
P O BOX 2000
FLINT MI 48501-2000
United States

**SHIP TO:**
DELPHI E TORREON CROSS-DOCK CISCO 35
9440 BALL STREET
SAN ANTONIO TX 78217
United States

509131439

CUST/PPS#: 625A 00028769

| INVOICE DATE | CUSTOMER NUMBER | P.O. NUMBER | SHIPPED VIA | WAY BILL NO. |
|---|---|---|---|---|
| 09/13/05 | D625 | 550056715 | CNTRL-8008827436 | 333-134443-1 |

| DATE SHIPPED | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 09/13/05 | 6480 | Line: 13 H0102441          HS# 8511.90<br>DEDSCDAA HYB. IC          S495640DEDSCDAA HYB. IC L6<br>REFERENCE CUSTOMER PART# 10482819 | 3.87 | 25.077.60 |
| | | Total Gross | | 25.077.60 |

SOLECTRON-MC0009 (4/97)

TERMS NET 45

PAYABLE
IN US FUNDS $ 25.077.60



**SOLECTRON**

C/O West Palm Beach (7CP)
1601 Hill Avenue
West Palm Beach, FL 33407

**SOLECTRON USA, INC.**
C/O West Palm Beach (7CP)
P.O. Box 550028
Tampa, FL 33655-0028

Invoice No. 37309

Page: 1

*37301*

BILL TO:
DELPHI DELCO ELECTRONICS
P O BOX 2000
FLINT MI 48501-2000
United States

SHIP TO:
DELPHI E TORREON CROSS-DOCK   CISCO 35A
9440 BALL STREET
SAN ANTONIO TX 78217
United States

*509141406*

CUST/PPS#: 625A 00028778

| INVOICE DATE | CUSTOMER NUMBER | P.O. NUMBER | SHIPPED VIA | WAY BILL NO. |
|---|---|---|---|---|
| 09/14/05 | D625 | 550056715 | CNTRL-8008827436 | 333-134444-9 |

| DATE SHIPPED | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 09/14/05 | 5520 | Line: 13 H0102441        HS# 8511.90<br>DEDSCDAA HYB. IC           S495640DEDSCDAA HYB. IC L6<br>REFERENCE CUSTOMER PART# 10482819 | 3.87 | 21,362.40 |
| 09/14/05 | 960 | Line: 14 H0102441        HS# 8511.90<br>DEDSCDAA HYB. IC           S495640DEDSCDAA HYB. IC L6<br>REFERENCE CUSTOMER PART# 10482819 | 3.87 | 3,715.20 |
| | | | Total Gross | 25,077.60 |

| | | |
|---|---|---|
| TERMS NET 45 | PAYABLE U.S. FUNDS $ | 25,077.60 |

SOLECTRON-MC0009 (4/97)



SOLECTRON USA, INC.
C/O West Palm Beach (7CP)
1601 Hill Avenue
West Palm Beach, FL 33407

Remit to:
SOLECTRON USA, INC.
C/O West Palm Beach (7CP)
P.O. Box 550028
Tampa, FL 33655-0028

Invoice   No.   37314

Page:   1

*37306*

**BILL TO:**
DELPHI DELCO ELECTRONICS
P O BOX 2000
FLINT MI 48501-2000
United States

**SHIP TO:**
DELPHI E TORREON CROSS-DOCK   CISCO 35
9440 BALL STREET
SAN ANTONIO TX 78217
United States

*509151206*

CUST/PPS#:   625A 00028784

| INVOICE DATE | CUSTOMER NUMBER | P.O. NUMBER | SHIPPED VIA | WAY BILL NO. |
|---|---|---|---|---|
| 9/15/05 | D625 | 550056715 | CNTRL-8008827436 | 333-134445-6 |

| DATE SHIPPED | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 9/15/05 | 12960 | Line: 14 H0102441        HS# 8511.90<br>DEDSCDAA HYB, IC              S495640DEDSCDAA HYB, IC L6<br>REFERENCE CUSTOMER PART# 10482819 | 3.87 | 50,155.20 |
| | | Total Gross | | 50,155.20 |

SOLECTRON-MC0009 (4/97)

| TERMS NET 45 | PAYABLE IN U.S. FUNDS $ | 50,155.20 |
|---|---|---|

 **SOLECTRON**

SOLECTRON USA, INC.
C/O W~ ~Palm Beach (7CP)
1601 Hill Avenue
West Palm Beach, FL 33407

Remit To:
SOLECTRON I~ INC.
C/O West Palm Beach (7CP)
P.O. Box 550028
Tampa, FL 33655-0028

Invoice

No.    37323

Page:    1

*37317*

BILL TO:
DELPHI DELCO ELECTRONICS
P O BOX 2000
FLINT MI 48501-2000
United States

SHIP TO:
DELPHI E TORREON CROSS-DOCK   CISCO 35-
9440 BALL STREET
SAN ANTONIO TX 78217
United States

*509161151*

CUST/PPS#:   625A 00028792

| INVOICE DATE | CUSTOMER NUMBER | | P.O. NUMBER | SHIPPED VIA | | WAY BILL NO. |
|---|---|---|---|---|---|---|
| 9/16/05 | D625 | | 550056715 | CNTRL-8008827436 | | 333-134446-4 |

| DATE SHIPPED | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 9/16/05 | 12960 | Line: 14 H0102441        HS# 8511.90<br>DEDSCDAA HYB. IC              S495640DEDSCDAA HYB. IC L6<br>REFERENCE CUSTOMER PART# 10482819 | 3.87 | 50,155.20 |
| | | Total Gross | | 50,155.20 |

SOLECTRON-MC0009 (4/97)

TERMS NET 45

PAYABLE U.S. FUNDS    $   50,155.20



SOLECTRON

C/O West Palm Beach (7CP)
1601 Hill Avenue
West Palm Beach, FL 33407

C/O West Palm Beach (7CP)
SOLECTRON US, INC.
P.O. Box 550028
Tampa, FL 33655-0028

Invoice   No.   37327

Page:   1

*27319*

BILL TO:
DELPHI DELCO ELECTRONICS
P O BOX 2000
FLINT MI 48501-2000
United States

SHIP TO:
DELPHI E TORREON CROSS-DOCK   CISCO 354
9440 BALL STREET
SAN ANTONIO TX 78217
United States

*509191146*

CUST/PPS#:   625A 00028796

| INVOICE DATE | CUSTOMER NUMBER | P.O. NUMBER | SHIPPED VIA | WAY BILL NO. |
|---|---|---|---|---|
| 9/19/05 | D625 | 550056715 | CNTRL-8008827436 | 333-134447-2 |

| DATE SHIPPED | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 9/19/05 | 19440 | Line: 16 H0102441       HS# 8511.90<br>DEDSCDAA HYB. IC           S49564ODEDSCDAA HYB. IC L6<br>REFERENCE CUSTOMER PART# 10482819 | 3.87 | 75,232.80 |
| | | Total Gross | | 75,232.80 |

| TERMS | | |
|---|---|---|
| NET 45 | PAYABLE IN U.S. FUNDS   $ | 75,232.80 |

SOLECTRON-MC0009 (4/97)



**SOLECTRON**

SOLECTRON USA, INC.
C/O West Palm Beach (7CP)
1601 Hill Avenue
West Palm Beach, FL 33407

Remit To:
SOLECTRON USA, INC.
C/O West Palm Beach (7CP)
P.O. Box 550028
Tampa, FL 33655-0028

Invoice   No.   37332

Page:   1

27324

BILL TO:
DELPHI DELCO ELECTRONICS
P O BOX 2000
FLINT MI 48501-2000
United States

SHIP TO:
DELPHI E TORREON CROSS-DOCK   CISCO 354
9440 BALL STREET
SAN ANTONIO TX 78217
United States

509201104

CUST/PPS#:   625A 00028801

| INVOICE DATE | CUSTOMER NUMBER | P.O. NUMBER | SHIPPED VIA | WAY BILL NO. |
|---|---|---|---|---|
| 9/20/05 | D625 | 550056715 | CNTRL-8008827436 | 333-134448-0 |

| DATE SHIPPED | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 9/20/05 | 12960 | Line: 16 H0102441        HS# 8511.90<br>DEDSCDAA HYB. IC                S495640DEDSCDAA HYB. IC L6<br>REFERENCE CUSTOMER PART# 10482819 | 3.87 | 50,155.20 |
| | | Total Gross | | 50,155.20 |

SOLECTRON-MC0009 (4/97)

TERMS: NET 45

PAYABLE
U.S. FUNDS   $   50,155.20



**SOLECTRON**

SOLECTRON USA INC.
C/O West Palm Beach (7CP)
1601 Hill Avenue
West Palm Beach, FL 33407

Remit To:
SOLECTRON USA INC.
C/O West Palm Beach (7CP)
P.O. Box 550028
Tampa, FL 33655-0028

Invoice   No.   37335

Page:   1

27321

BILL TO:
DELPHI DELCO ELECTRONICS
P O BOX 2000
FLINT MI 48501-2000
United States

SHIP TO:
DELPHI E TORREON CROSS-DOCK   CISCO 354
9440 BALL STREET
SAN ANTONIO TX 78217
United States

509211223

CUST/PPS#:   625A 00028804

| INVOICE DATE | CUSTOMER NUMBER | P.O. NUMBER | SHIPPED VIA | WAY BILL NO. |
|---|---|---|---|---|
| 9/21/05 | D625 | 550056715 | CNTRL-8008827436 | 333-134449-8 |

| DATE SHIPPED | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 9/21/05 | 12960 | Line: 16 H0102441        HS# 8511.90 | 3.87 | 50.155.20 |
|  |  | DEDSCDAA HYB. IC            S495640DEDSCDAA HYB. IC L6 |  |  |
|  |  | REFERENCE CUSTOMER PART# 10482819 |  |  |
|  |  |  |  |  |
|  |  | Total Gross | | 50.155.20 |

SOLECTRON-MC0009 (4/97)

| | | |
|---|---|---|
| | TERMS NET 45 | PAYABLE |
| | | IN U.S. FUNDS   $   50.155.20 |



**SOLECTRON**

SOLECTRON USA, INC.
C/O W   Palm Beach (7CP)
1601 Hi  Avenue
West Palm Beach, FL 33407

**Remit To:**
SOLECTRON   INC.
C/O West Palm Beach (7CP)
P.O. Box 550028
Tampa, FL 33655-0028

Invoice    No.    37339

*37331*

Page:    1

**BILL TO:**
DELPHI DELCO ELECTRONICS
P O BOX 2000
FLINT MI 48501-2000
United States

**SHIP TO:**
DELPHI E TORREON CROSS-DOCK    CISCO 35
9440 BALL STREET
SAN ANTONIO TX 78217
United States

*509 221 252*

CUST/PPS#:    625A 00028808

| INVOICE DATE | CUSTOMER NUMBER | P.O. NUMBER | SHIPPED VIA | WAY BILL NO. |
|---|---|---|---|---|
| 09/22/05 | D625 | 550056715 | CNTRL-8008827436 | 333-142175~9 |

| DATE SHIPPED | QUANTITY | DESCRIPTION | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 09/22/05 | 12960 | Line: 16 H0102441      HS# 8511.90 DEDSCDAA HYB. IC              S495640DEDSCDAA HYB. IC L6 REFERENCE CUSTOMER PART# 10482819 | | 3.87 | 50,155.20 |
| | | | Total Gross | | 50,155.20 |

SOLECTRON-MC0009 (4/97)

TERMS NET 45      PAYABLE U.S. FUNDS    $    50,155.20



**SOLECTRON**

C/O West Palm Beach (7CP)
1601 Hill Avenue
West Palm Beach, FL 33407

SOLECTRON U.S. INC.
C/O West Palm Beach (7CP)
P.O. Box 550028
Tampa, FL 33655-0028

Invoice No. 37342

Page: 1

*27334*

BILL TO:
DELPHI DELCO ELECTRONICS
P O BOX 2000
FLINT MI 48501-2000
United States

SHIP TO:
DELPHI E TORREON CROSS-DOCK CISCO 354
9440 BALL STREET
SAN ANTONIO TX 78217
United States

CUST/PPS#: 625A 00028811

| INVOICE DATE | CUSTOMER NUMBER | P.O. NUMBER | SHIPPED VIA | WAY BILL NO. |
|---|---|---|---|---|
| 9/23/05 | D625 | 550056715 | CNTRL-8008827436 | 333-142176-7 |

| DATE SHIPPED | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 9/23/05 | 11680 | Line: 16 H0102441    HS# 8511.90<br>DEDSCDAA HYB. IC         S495640DEDSCDAA HYB. IC L6<br>REFERENCE CUSTOMER PART# 10482819 | 3.87 | 45,201.60 |
| 9/23/05 | 1280 | Line: 17 H0102441    HS# 8511.90<br>DEDSCDAA HYB. IC         S495640DEDSCDAA HYB. IC L6<br>REFERENCE CUSTOMER PART# 10482819 | 3.87 | 4,953.60 |
| | | | Total Gross | 50,155.20 |

SOLECTRON-MC0009 (4/97)

| TERMS | NET 45 | PAYABLE US FUNDS $ | 50,155.20 |



**SOLECTRON**

C/O West Palm Beach (7CP)
1601 Hill Avenue
West Palm Beach, FL 33407

C/O West Palm Beach (7CP)
SOLECTRON USA INC.
P.O. Box 550028
Tampa, FL 33655-0028

Invoice   No.   37347

27339

Page:   1

BILL TO:
DELPHI DELCO ELECTRONICS
P O BOX 2000
FLINT MI 48501-2000
United States

SHIP TO:
DELPHI E TORREON CROSS-DOCK   CISCO 35(
9440 BALL STREET
SAN ANTONIO TX 78217
United States

CUST/PPS#:   625A 00028817

| INVOICE DATE | CUSTOMER NUMBER | P.O. NUMBER | SHIPPED VIA | WAY BILL NO. |
|---|---|---|---|---|
| 9/26/05 | D625 | 550056715 | CNTRL-8008827436 | 333-142177-5 |

| DATE SHIPPED | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 9/26/05 | 25920 | Line: 17 H0102441        HS# 8511.90<br>DEDSCDAA HYB. IC           S495640DEDSCDAA HYB IC L6<br>REFERENCE CUSTOMER PART# 10482819 | 3.87 | 100,310.40 |
| | | Total Gross | | 100,310.40 |

SOLECTRON-MC0009 (4/97)

TERMS NET 45        PAYABLE U.S. FUNDS   $   100,310.40



**SOLECTRON**

C/O West Palm Beach (7CP)
1601 Hill Avenue
West Palm Beach, FL 33407

SOLECTRON US, INC.
C/O West Palm Beach (7CP)
P.O. Box 550028
Tampa, FL 33655-0028

Invoice No. 37354

Page: 1

*27346*

BILL TO:
DELPHI DELCO ELECTRONICS
P O BOX 2000
FLINT MI 48501-2000
United States

SHIP TO:
DELPHI E TORREON CROSS-DOCK  CISCO 354
9440 BALL STREET
SAN ANTONIO TX 78217
United States

*550056715*

CUST/PPS#: 625A 00028824

| INVOICE DATE | CUSTOMER NUMBER | P.O. NUMBER | SHIPPED VIA | WAY BILL NO. |
|---|---|---|---|---|
| 9/27/05 | D625 | 550056715 | CNTRL-8008827436 | 333-142178-3 |

| DATE SHIPPED | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 9/27/05 | 12960 | Line: 17 H0102441   HS# 8511.90 | 3.87 | 50,155.20 |
| | | DEDSCDAA HYB, IC       S495640DEDSCDAA HYB, IC L6 | | |
| | | REFERENCE CUSTOMER PART# 10482819 | | |
| | | | Total Gross | 50,155.20 |

SOLECTRON-MC0009 (4/97)

TERMS: NET 45

PAYABLE U.S. FUNDS $ | 50,155.20


**SOLECTRON**

C/O West Palm Beach (7CP)
1601 Hill Avenue
West Palm Beach, FL 33407

**SOLECTRON US INC.**
C/O West Palm Beach (7CP)
**P.O. Box 550028**
Tampa, FL 33655-0028

Invoice No. 37359

Page 1

*27351*

**BILL TO:**
DELPHI DELCO ELECTRONICS
P O BOX 2000
FLINT MI 48501-2000
United States

**SHIP TO:**
DELPHI E TORREON CROSS-DOCK   CISCO 354
9440 BALL STREET
SAN ANTONIO TX 78217
United States

*55 0056715*

CUST/PPS#:   625A 00028829

| INVOICE DATE | CUSTOMER NUMBER | P.O. NUMBER | SHIPPED VIA | WAY BILL NO. |
|---|---|---|---|---|
| 9/28/05 | D625 | 550056715 | CNTRL-8008827436 | 333-142179-1 |

| DATE SHIPPED | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 9/28/05 | 12960 | Line: 17 H0102441        HS# 8511.90 | 3.87 | 50,155.20 |
| | | DEDSCDAA HYB. IC            S495640DEDSCDAA HYB. IC L6 | | |
| | | REFERENCE CUSTOMER PART# 10482819 | | |
| | | | | |
| | | Total Gross | | 50,155.20 |

SOLECTRON-MC0009 (4/87)

TERMS NET 45        PAYABLE IN US FUNDS      $   50,155.20


SOLECTRON

C/O West Palm Beach (7CP)
1601 Hill Avenue
West Palm Beach, FL 33407

C/O West Palm Beach (7CP)
SOLECTRON U.S. INC.

C/O West Palm Beach (7CP)
P.O. Box 550028
Tampa, FL 33655-0028

Invoice | No. | 37384

Page: 1

*27376*

**BILL TO:**
DELPHI DELCO ELECTRONICS
P O BOX 2000
FLINT MI 48501-2000
United States

**SHIP TO:**
DELPHI E TORREON CROSS-DOCK   CISCO 354
9440 BALL STREET
SAN ANTONIO TX 78217
United States

*51004 1326*

CUST/PPS#:  625A 00028854

| INVOICE DATE | CUSTOMER NUMBER | P.O. NUMBER | SHIPPED VIA | WAY BILL NO. |
|---|---|---|---|---|
| 0/06/05 | D625 | 550056715 | CNTRL-8008827436 | 333-142180-9 |

| DATE SHIPPED | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 0/06/05 | 16880 | Line: 17 H0102441     HS# 8511.90<br>DEDSCDAA HYB. IC         S495640DEDSCDAA HYB. IC L6<br>REFERENCE CUSTOMER PART# 10482819 | 3.87 | 65,325.60 |
| 0/06/05 | 15520 | Line: 18 H0102441     HS# 8511.90<br>DEDSCDAA HYB. IC         S495640DEDSCDAA HYB. IC L6<br>REFERENCE CUSTOMER PART# 10482819 | 3.87 | 60,062.40 |
| | | | Total Gross | 125,388.00 |

SOLECTRON-MC0009 (4/97)

| | TERMS NET 45 | PAYABLE IN U.S. FUNDS $ | 125,388.00 |
|---|---|---|---|



**SOLECTRON**

SOLECTRON USA INC.
C/O West Palm Beach (7CP)
1601 Hill Avenue
West Palm Beach, FL 33407

SOLECTRON USA INC.
C/O West Palm Beach (7CP)
P.O. Box 550028
Tampa, FL 33655-0028

Invoice No. 37395

Page: 1

*27304*

BILL TO:
DELPHI DELCO ELECTRONICS
P O BOX 2000
FLINT MI 48501-2000
United States

SHIP TO:
DELPHI E TORREON CROSS-DOCK  CISCO 35
9440 BALL STREET
SAN ANTONIO TX 78217
United States

*510071540*

CUST/PPS#:  625A 00028862

| INVOICE DATE | CUSTOMER NUMBER | | P.O. NUMBER | SHIPPED VIA | | WAY BILL NO. |
|---|---|---|---|---|---|---|
| 10/07/05 | D625 | | 550056715 | CNTRL-8008827436 | | 333-142181-7 |

| DATE SHIPPED | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 10/07/05 | 19440 | Line: 18 H0102441        HS# 8511.90<br>DEDSCDAA HYB, IC              S495640DEDSCDAA HYB, IC L6<br>REFERENCE CUSTOMER PART# 10482819 | 3.87 | 75.232.80 |
| | | | | |
| | | Total Gross | | 75.232.80 |

SOLECTRON-MC0009 (4/97)

TERMS:  NET 45

PAYABLE
U.S. FUNDS   $

75.232.80

# BIALSON, BERGEN & SCHWAB

ATTORNEYS AT LAW
A PARTNERSHIP OF
PROFESSIONAL CORPORATIONS
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CALIFORNIA 94306
October 14, 2005

TELEPHONE
(650) 857-9500

FACSIMILE
(650) 494-2738

E-MAIL: atty@bbslaw.com

SEYMOUR BERGEN
(1923-2003)

**Via FedEx and Fax (248) 813-2670**
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098-2815

**Via First-Class U.S. Mail**
Delphi Delco Electronics Systems
Attn. Manual Receipts
Processing MS A241
PO Box 9005
Kokomo, IN 46904-9005

**Via FedEx and Fax (312) 407-0411 and (212) 735-2000**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn.    John Wm. Butler, Esq.
         Kayalyn A. Marafioti, Esq.

Re:     **In re Delphi Corporation et. al., Case No. 05-44481 (RDD) (Jointly Administered)**

Dear Gentlemen:

This firm is counsel to Solectron Coproration, Solectron Manufactura De Mexico S. De R.L. De C.V. and various of their subsidiary and affiliated entities (collectively "Solectron"). Pursuant to Section 2-702 of the Uniform Commercial Code as codified under applicable state law and 11 U.S.C. Section 546(c), and without waiving any other rights, remedies or claims, Solectron hereby demands the return of all goods ("Goods") of any kind or character received by Delphi Corporation, Delphi Delco Electronics Systems, Delphi Delco Electronics De Mexico Delonsa Plantas 3-4, Electronica Clarion SA De C.V. and/or any of their subsidiary, affiliated and other related entities (collectively "Delphi") from Solectron including, without limitation, those Goods shipped, delivered and received by Delphi as set forth in the Solectron invoices attached hereto for your convenience.

By this letter you are instructed to immediately inventory the Goods and keep the Goods segregated from all other inventory, machinery and equipment. Further, you are not permitted to use, sell, encumber or transfer the Goods to any other party.

Please contact the undersigned to arrange for the immediate return of the Goods.

Very truly yours,

BIALSON, BERGEN & SCHWAB

Patrick M. Costello

W:\S0383\072\ltr\101405MexDemandReclamation1.wpd

# SOLECTRON

PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIERA
TLAJOMULCO DE Z          JALISCO
C.P. 45640               (33) 3770-4200
SMM-340503-FO4

**INVOICE NO: 216812**

**DATE: 09/08/2005**

## INVOICE

C    420 -
C    765-451-5180

YOUR ORDER NO: 550074817-
OUR ORDER NO: 550074817-H

B

SHIP TO:

DELPHI DELCO ELECTRONICS
SYSTEMS   ATT.MANUAL RECEIPTS
PROCESSING  MS A241 PO BOX9005
KOKOMO                  IN
USA                     46904-9005

DELPHI DELCO ELECTRONICS DE
MEXICO DELNOSA PLANTAS 3-4
BRECHA E-99 PARQ IND REYNOSA
REYNOSA                 TAM
MEX                     88780

| TERMS: DAYS 1: 0 | DISC 1: 0 | SHIPPED: 09/08/2005 |
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: PEGA |
| NET DUE DATE: 11/17/2005 | | INCOTERM: EXWORKS |
| | | SHIPMENT NO: 161431   REF: |
| OUR CUSTOMER REP IS: CRO | | PRO NO: R-333 |

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE USD | EXTD. PRICE USD |
|---|---|---|---|---|---|
| 363 | 363 | 0 | DPH12204533 | 16.57 | 6014.91 |

YOUR PART NUMBER: 12204533
CASE ASM - TACH
CLUSTER
VELOCIMETRO PARA MOTOCICLETA

| 528 | 528 | 0 | DPH12247543 | 17.66 | 9324.48 |

YOUR PART NUMBER: 12247543
4 TACH CASE ASM (FLABS)
CASE
VELOCIMETRO PARA MOTOCICLETA

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA
Y REGLAS DE CARÁCTER GENERAL 3.3.8.; 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005
PEDIMENTO DE EXPORTACIÓN NO.  05 48 3033-5011097 PROMOVIDO
EDUARDO A. GARZA ROBLES; CON RFC GARE541217SR8
PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO
REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563
OPERACIÓN DE MAQUILADORA  CONTROLADORA DE EMPRESAS CONFORME
A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN
MATERIADE COMERCIO EXTERIOR PARA 2005 Y REGLAS 5.2.6Y5.2.8
MISMAS REGLAS DELPHI DE MÉXICO; S.A. DE C.V. CON DIRECCIÓN
HERMANOS ESCOBAR 5756;COL. FOVISSSTE CHAMIZAL C.P. 32310
EN CIUDAD JUÁREZ; CHIHUAHUA OFICIO 326-SAT-64804

* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within 30
days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200

| SALES TOTAL | |
| SALES TAX | |
| FREIGHT | |
| RETAINED TAX | |
| OTHER SALES | |
| INVOICE TOTAL | |
| CURRENCY | USD |

# SOLECTRON

PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL. LA TIJERA
TLAJOMULCO DE Z          JALISCO
C.P. 45640               (33) 3770-4200
SMM-840503-FO4

**INVOICE NO: 216812**

**DATE: 09/08/2005**

## INVOICE

C      420 -
C      765-451-5180

YOUR ORDER NO: 550074817-
OUR ORDER NO: 550074817-H

B

| | |
|---|---|
| **DELPHI DELCO ELECTRONICS SYSTEMS   ATT.MANUAL RECEIPTS PROCESSING  MS A241 PO BOX9005 KOKOMO                    IN USA                         46904-9005** | SHIP TO:  **DELPHI DELCO ELECTRONICS DE MEXICO DELNOSA PLANTAS 3-4 BRECHA E-99 PARQ IND REYNOSA REYNOSA              TAM MEX                  88780** |

| | | |
|---|---|---|
| TERMS:  DAYS 1: **0** | DISC 1: **0** | SHIPPED: 09/08/2005 |
| DAYS 2: **0** | DISC 2: **0** | SHIPPED VIA: **PEGA** |
| NET DUE DATE: **11/17/2005** | | INCOTERM: **EXWORKS** |
| | | SHIPMENT NO: 161431      REF: |
| OUR CUSTOMER REP IS: **CRO** | | PRO NO: R-333 |

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE USD | EXTD PRICE USD |
|---|---|---|---|---|---|

EXP 310/4000; EMPRESA CERTIFICADA CON OFICIO
AGACE-10001; PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: **SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.**
BANK NAME: **CITIBANK NA**                    ABA NUMBER: **021 000 089**
BRANCH/CITY: **NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.**    ACCOUNT NO.: **36797277**
ADDRESS: **111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY.**    ACCOUNT TYPE: **CHECKING ACCOUNT**

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

* Cualquier discrepancia en precio y/o cantidad deberá ser reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within 30 days of the date of invoice.

* Any debits taken against this invoice must reference the RMA # on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at: 011-52-(33) 3770-4200

| | |
|---|---|
| SALES TOTAL: | 15339.39 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| RETAINED TAX: | 0.00 |
| OTHER SALES: | 0.00 |
| INVOICE TOTAL: | 15339.39 |
| CURRENCY: USD | |



# SOLECTRON

PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z               JALISCO
C.P. 45640                    (33) 3770-4200
® SMM-840503-FO4

**INVOICE NO:** 216716
**DATE:** 09/07/2005

## INVOICE

C   420 -                                    YOUR ORDER NO: 550074817-
C   765-451-5180                             OUR ORDER NO: 550074817-H

B
                                             SHIP TO:

**DELPHI DELCO ELECTRONICS**                 **DELPHI DELCO ELECTRONICS DE**
**SYSTEMS   ATT.MANUAL RECEIPTS**            **MEXICO DELNOSA PLANTAS 3-4**
**PROCESSING  MS A241 PO BOX9005**           **BRECHA E-99 PARQ IND REYNOSA**
**KOKOMO                    IN**             **REYNOSA          TAM**
**USA                       46904-9005**     **MEX              88780**

TERMS:  DAYS 1: **0**         DISC 1: **0**       SHIPPED: **09/07/2005**
        DAYS 2: **0**         DISC 2: **0**       SHIPPED VIA: **PEGA**
NET DUE DATE: **11/16/2005**                      INCOTERM: **EXWORKS**
                                                  SHIPMENT NO: **161352**      REF:
OUR CUSTOMER REP IS: **CRO**                      PRO NO: **R-428**

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEMS NUMBER | UNIT PRICE USD | EXTD. PRICE USD |
|---|---|---|---|---|---|
| 1188 | 1188 | 0 | DPH12204522 | 17.96 | 21336.48 |

YOUR PART NUMBER: **12204522** 4" SPEEDO CASE ASM
CASE ASM. - SPEEDO
CASE
VELOCIMETRO PARA MOTOCICLETA

| 1155 | 1155 | 0 | DPH12204527 | 17.18 | 19842.90 |

YOUR PART NUMBER: **12204527**
CASE ASM. - 5 INCH
CASE
VELOCIMETRO PARA MOTOCICLETA

| 99 | 99 | 0 | DPH12241331 | 16.90 | 1673.10 |

YOUR PART NUMBER: **12241331**
4 TACH CASE ASM (MAGNUM)
CASE
VELOCIMETRO PARA MOTOCICLETA
-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO
-
OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA
Y REGLAS DE CARÁCTER GENERAL 3.3.8.; 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005
PEDIMENTO DE EXPORTACIÓN NO.  05 48 3033-5011097 PROMOVIDO
EDUARDO A. GARZA ROBLES; CON RFC GARE541217SR8
PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO
REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563
OPERACIÓN DE MAQUILADORA  CONTROLADORA DE EMPRESAS CONFORME

• Cualquier discrepancia en precio y/o cantidad deberá ser reportada en los 30 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al departamento de Contabilidad al: 011-52-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within 30 days of the date of invoice.

• Any debits taken against this invoice must reference the RMA # on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at 011-52-(33) 3770-4200



SALES TOTAL
SALES TAX
FREIGHT
RETAINED TAX
OTHER SALES
INVOICE TOTAL
CURRENCY  USD

# SOLECTRON®

PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z                JALISCO
C.P. 45640                     (33) 3770-4200
SMM-840503-FO4

**INVOICE NO: 216716**

**DATE: 09/07/2005**

### INVOICE

C     420 -                  **YOUR ORDER NO: 550074817-**
C     765-451-5180         **OUR ORDER NO: 550074817-H**

B

| | |
|---|---|
| **DELPHI DELCO ELECTRONICS** | **SHIP TO:** |
| **SYSTEMS   ATT.MANUAL RECEIPTS** | **DELPHI DELCO ELECTRONICS DE** |
| **PROCESSING  MS A241 PO BOX9005** | **MEXICO DELNOSA PLANTAS 3-4** |
| **KOKOMO          IN** | **BRECHA E-99 PARQ IND REYNOSA** |
| **USA               46904-9005** | **REYNOSA          TAM** |
| | **MEX               88780** |

| | | |
|---|---|---|
| TERMS:  DAYS 1: **0** | DISC 1: **0** | SHIPPED: **09/07/2005** |
| DAYS 2: **0** | DISC 2: **0** | SHIPPED VIA: **PEGA** |
| NET DUE DATE: **11/16/2005** | | INCOTERM: **EXWORKS** |
| | | SHIPMENT NO: **161352**      REF: |
| OUR CUSTOMER REP IS: **CRO** | | PRO NO: **R-428** |

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM P.O. NUMBER | UNIT PRICE USD | EXTD. PRICE USD |
|---|---|---|---|---|---|

A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN
MATERIA DE COMERCIO EXTERIOR PARA 2005 Y REGLAS 5.2.6 Y 5.2.8
MISMAS REGLAS DELPHI DE MÉXICO; S.A. DE C.V. CON DIRECCIÓN
HERMANOS ESCOBAR 5756; COL. FOVISSSTE CHAMIZAL C.P. 32310
EN CIUDAD JUÁREZ; CHIHUAHUA OFICIO 326-SAT-64804
EXP 310/4000; EMPRESA CERTIFICADA CON OFICIO
AGACE-10001; PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: **SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.**
BANK NAME: **CITIBANK NA**           ABA NUMBER: **021 000 089**
BRANCH/CITY: **NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.**    ACCOUNT NO.: **36797277**
ADDRESS: **111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY.**   ACCOUNT TYPE: **CHECKING ACCOUNT**

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
**EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION**

• Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 5770-4200

• Any discrepancies of price or quantity must be reported within 30
days of the date of invoice.

• Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200

| | |
|---|---|
| SALES TOTAL | 42852.48 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| RETAINED TAX | 0.00 |
| OTHER SALES | 0.00 |
| INVOICE TOTAL | 42852.48 |
| CURRENCY | USD |



**SOLECTRON** ®
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.3915 COL. LA TIJERA
TLAJOMULCO DE Z          JALISCO
C.P. 45640                      (33) 3770-4200
SMM-840503-FO4

INVOICE NO: **216635**
DATE: **09/06/2005**

## INVOICE

C          420 -
C          765-451-5180

YOUR ORDER NO: 550074817-
OUR ORDER NO: 550074817-H

B

**DELPHI DELCO ELECTRONICS
SYSTEMS   ATT. MANUAL RECEIPTS
PROCESSING  MS A241 PO BOX9005
KOKOMO                        IN
USA                             46904-9005**

SHIP TO:

**DELPHI DELCO ELECTRONICS DE
MEXICO DELNOSA PLANTAS 3-4
BRECHA E-99 PARQ IND REYNOSA
REYNOSA                     TAM
MEX                           88780**

TERMS:  DAYS 1:  0          DISC 1:  0
        DAYS 2:  0          DISC 2:  0
NET DUE DATE:  11/15/2005

OUR CUSTOMER REP IS:  CRO

SHIPPED:  09/06/2005
SHIPPED VIA:  PEGA
INCOTERM:  EXWORKS
SHIPMENT NO:  161238          REF:
PRO NO:

| QTY ORDERED | QTY SHIPPED | QTY B/O | ITEM NUMBER | UNIT PRICE USD | EXTD PRICE USD |
|---|---|---|---|---|---|
| 1188 | 1188 | 0 | DPH12204522 | 17.96 | 21336.48 |

YOUR PART NUMBER: 12204522 4" SPEEDO CASE ASM
CASE ASM. - SPEEDO
CASE
VELOCIMETRO PARA MOTOCICLETA

| 1188 | 1188 | 0 | DPH12204527 | 17.18 | 20409.84 |

YOUR PART NUMBER: 12204527
CASE ASM. - 5 INCH
CASE
VELOCIMETRO PARA MOTOCICLETA
-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO
-
OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA
Y REGLAS DE CARÁCTER GENERAL 3.3.8.; 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005
PEDIMENTO DE EXPORTACIÓN NO. 05 48 3033-5011097 PROMOVIDO
EDUARDO A. GARZA ROBLES; CON RFC GARE541217SR8
PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO
REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563
OPERACIÓN DE MAQUILADORA  CONTROLADORA DE EMPRESAS CONFORME
A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN
MATERIADE COMERCIO EXTERIOR PARA 2005 Y REGLAS 5.2.6Y5.2.8
MISMAS REGLAS DELPHI DE MÉXICO; S.A. DE C.V. CON DIRECCIÓN
HERMANOS ESCOBAR 5756;COL. FOVISSSTE CHAMIZAL C.P. 32310
EN CIUDAD JUÁREZ; CHIHUAHUA OFICIO 326-SAT-64804

* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within 30
days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at:
011-52-(33) 3770-4200

SALES TOTAL:
SALES TAX:
FREIGHT:
RETAINED TAX:
OTHER SALES
INVOICE TOTAL:
CURRENCY  USD



PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z                JALISCO
C.P. 45640                     (33) 3770-4200
SMM-840503-FO4                 ®

**INVOICE NO: 216635**

**DATE: 09/06/2005**

### INVOICE

| | |
|---|---|
| C | 420 - |
| C | 765-451-5180 |

YOUR ORDER NO: **550074817-**
OUR ORDER NO: **550074817-H**

B

**DELPHI DELCO ELECTRONICS**
**SYSTEMS   ATT.MANUAL RECEIPTS**
**PROCESSING  MS A241 PO BOX9005**
**KOKOMO                    IN**
**USA                       46904-9005**

SHIP TO:

**DELPHI DELCO ELECTRONICS DE**
**MEXICO DELNOSA PLANTAS 3-4**
**BRECHA E-99 PARQ IND REYNOSA**
**REYNOSA              TAM**
**MEX                  88780**

TERMS:  DAYS 1: **0**          DISC 1: **0**
        DAYS 2: **0**          DISC 2: 0
NET DUE DATE: **11/15/2005**

OUR CUSTOMER REP IS: **CRO**

SHIPPED: 09/06/2005
SHIPPED VIA: **PEGA**
INCOTERM: **EXWORKS**
SHIPMENT NO: 161238        REF:
PRO NO:

| QTY ORDERED | QTY SHIPPED | QTY | ITEM NUMBER | UNIT PRICE USD | EXTD PRICE USD |
|---|---|---|---|---|---|

EXP 310/4000; EMPRESA CERTIFICADA CON OFICIO
AGACE-10001; PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: **SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.**
BANK NAME: **CITIBANK NA**                          ABA NUMBER: **021 000 089**
BRANCH/CITY: **NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.**    ACCOUNT NO.: **36797277**
ADDRESS: **111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY.**   ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
**EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION**

* Cualquier discrepancia en precio y/o cantidad deberá ser
  reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
  hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
  departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within 30
  days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
  on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
  011-52-(33) 3770-4200

| | |
|---|---|
| SALES TOTAL | 41746.32 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| RETAINED TAX | 0.00 |
| OTHER SALES | 0.00 |
| INVOICE TOTAL | 41746.32 |
| CURRENCY  USD | |

# SOLECTRON

PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL. LA TIJERA
TLAJOMULCO DE Z            JALISCO
C.P. 45640               (33) 3770-4200
SMM-840503-F04

**INVOICE NO: 216576**
**DATE: 09/05/2005**

## INVOICE

C    420 -
C    765-451-5180

YOUR ORDER NO:  450114337-
OUR ORDER NO:  450114337

B

SHIP TO:

**DELPHI DELCO ELECTRONICS**
**SYSTEMS    ATT.MANUAL RECEIPTS**
**PROCESSING  MS A241 PO BOX9005**
**KOKOMO                   IN**
**USA                      46904-9005**

**DELPHI DELCO ELECTRONICS DE**
**MEXICO DELNOSA PLANTAS 3-4**
**BRECHA E-99 PARQ IND REYNOSA**
**REYNOSA               TAM**
**MEX                   88780**

| TERMS: DAYS 1: **0** | DISC 1: **0** | SHIPPED: **09/05/2005** |
| DAYS 2: **0** | DISC 2: **0** | SHIPPED VIA: **PEGA** |
| NET DUE DATE: **11/14/2005** | | INCOTERM: **EXWORKS** |
| | | SHIPMENT NO: **161135**         REF: |
| OUR CUSTOMER REP IS: **CRO** | | PRO NO: **PROF D00197** |

| QTY. ORDERED | QTY. SHIPPED | QTY. ITEM B.O. | ITEM NUMBER | UNIT PRICE USD | EXTD PRICE USD |
|---|---|---|---|---|---|
| 18 | 18 | 0 | DPH28035652 | 160.00 | 2880.00 |
| | | | MUSTANG 2007 CASE ASM - MK | | |
| 7 | 7 | 0 | DPH28035654 | 160.00 | 1120.00 |
| | | | MUSTANG 2007 CASE ASM - KM | | |

-
OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA
Y REGLAS DE CARÁCTER GENERAL 3.3.8.; 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005
PEDIMENTO DE EXPORTACIÓN NO.  05 48 3033-5011097 PROMOVIDO
EDUARDO A. GARZA ROBLES; CON RFC GARE541217SR8
PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO
REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563
OPERACIÓN DE MAQUILADORA  CONTROLADORA DE EMPRESAS CONFORME
A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN
MATERIADE COMERCIO EXTERIOR PARA 2005 Y REGLAS 5.2.6Y5.2.8
MISMAS REGLAS DELPHI DE MÉXICO; S.A. DE C.V. CON DIRECCIÓN
HERMANOS ESCOBAR 5756;COL. FOVISSSTE CHAMIZAL C.P. 32310
EN CIUDAD JUÁREZ; CHIHUAHUA OFICIO 326-SAT-64804
EXP 310/4000; EMPRESA CERTIFICADA CON OFICIO
AGACE-10001; PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: **SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.**
BANK NAME: **CITIBANK NA**                    ABA NUMBER: **021 000 089**
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.    ACCOUNT NO.: **36797277**
ADDRESS: **111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY.**    ACCOUNT TYPE: **CHECKING ACCOUNT**

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
**EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION**

* Cualquier discrepancia en precio y/o cantidad deberá ser reportada en los 30 días siguientes a la fecha de facturación.
* Cualquier cargo que haya habido contra esta factura, deberá hacer referencia con el No. de RMA que se haya proporcionado.
* En caso de requerir mayor información, favor de reportarse al departamento de Contabilidad al: 011-52-(33) 3770-4200
* Any discrepancies of price or quantity must be reported within 30 days of the date of invoice.
* Any debits taken against this invoice must reference the RMA # on the check remittance advice.
* For all inquiries please call the Accounts Receivable Dept. at 011-52-(33) 3770-4200

| | |
|---|---|
| SALES TOTAL: | 4000.00 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| RETAINED TAX: | 0.00 |
| OTHER SALES: | 0.00 |
| INVOICE TOTAL: | 4000.00 |
| CURRENCY: USD | |

# SOLECTRON ®

PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIERRA
TLAJOMULCO DE Z        JALISCO
C.P. 45640              (33) 3770-4200
SMM-840503-FO4

**INVOICE NO: 216531**
**DATE: 09/05/2005**

## INVOICE

C          420 -                        YOUR ORDER NO: 550074817-
C          765-451-5180                 OUR ORDER NO: 550074817-H

B
|  |  |
|---|---|
| DELPHI DELCO ELECTRONICS SYSTEMS ATT.MANUAL RECEIPTS PROCESSING MS A241 PO BOX9005 KOKOMO IN USA 46904-9005 | SHIP TO: DELPHI DELCO ELECTRONICS DE MEXICO DELNOSA PLANTAS 3-4 BRECHA E-99 PARQ IND REYNOSA REYNOSA TAM MEX 88780 |

TERMS: DAYS 1: **0**        DISC 1: **0**        SHIPPED: **09/05/2005**
       DAYS 2: **0**        DISC 2: **0**        SHIPPED VIA: **PEGA**
NET DUE DATE: **11/14/2005**                     INCOTERM: **EXWORKS**
                                                 SHIPMENT NO: **161158**       REF:
OUR CUSTOMER REP IS: **CRO**                     PRO NO: **R-431**

| QTY ORDERED | QTY SHIPPED | QTY BO | ITEM NUMBER | UNIT PRICE USD | EXTD PRICE USD |
|---|---|---|---|---|---|
| 1188 | 1188 | 0 | DPH12204522 | 17.96 | 21336.48 |

**YOUR PART NUMBER: 12204522 4" SPEEDO CASE ASM**
CASE ASM. - SPEEDO
CASE
VELOCIMETRO PARA MOTOCICLETA

| QTY ORDERED | QTY SHIPPED | QTY BO | ITEM NUMBER | UNIT PRICE USD | EXTD PRICE USD |
|---|---|---|---|---|---|
| 1188 | 1188 | 0 | DPH12204527 | 17.18 | 20409.84 |

**YOUR PART NUMBER: 12204527**
CASE ASM. - 5 INCH
CASE
VELOCIMETRO PARA MOTOCICLETA
-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO
-
OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA
Y REGLAS DE CARÁCTER GENERAL 3.3.8.; 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005
PEDIMENTO DE EXPORTACIÓN NO. 05 48 3033-5011097 PROMOVIDO
POR EDUARDO A. GARZA ROBLES
PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO
REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563
OPERACIÓN DE MAQUILADORA CONTROLADORA DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER
GENERAL EN MATERIA DE COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO SA DE CV
CON DIRECCIÓN HERMANOS ESCOBAR 5756; COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUÁREZ; CHIHUAHUA OFICIO 326-SAT-64804

- Cualqier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

- Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

- En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

- Any discrepancies of price or quantity must be reported within 30
days of the date of invoice.

- Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

- For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200

| SALES TOTAL | |
|---|---|
| SALES TAX | |
| FREIGHT | |
| RETAINED TAX | |
| OTHER SALES | |
| INVOICE TOTAL | |
| CURRENCY | USD |



# SOLECTRON®

PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z                          JALISCO
C.P. 45640                               (33) 3770-4200
SMM-840503-FO4

**INVOICE NO: 216531**

**DATE: 09/05/2005**

## INVOICE

C          420 -                                    YOUR ORDER NO: 550074817-
C          765-451-5180                             OUR ORDER NO: 550074817-H

B                                          SHIP TO:

| | |
|---|---|
| **DELPHI DELCO ELECTRONICS** | **DELPHI DELCO ELECTRONICS DE** |
| **SYSTEMS   ATT.MANUAL RECEIPTS** | **MEXICO DELNOSA PLANTAS 3-4** |
| **PROCESSING  MS A241 PO BOX9005** | **BRECHA E-99 PARQ IND REYNOSA** |
| **KOKOMO                     IN** | **REYNOSA               TAM** |
| **USA                        46904-9005** | **MEX                   88780** |

| | | |
|---|---|---|
| TERMS:  DAYS 1:  0 | DISC 1:  0 | SHIPPED:  09/05/2005 |
|         DAYS 2:  0 | DISC 2:  0 | SHIPPED VIA:  PEGA |
| NET DUE DATE:  11/14/2005 | | INCOTERM:  EXWORKS |
| | | SHIPMENT NO:  161158          REF: |
| OUR CUSTOMER REP IS:  CRO | | PRO NO:  R-431 |

| QTY. ORDERED | QTY. SHIPPED | QTY. ITEM B.O. NUMBER | | UNIT PRICE USD | EXTD PRICE USD |
|---|---|---|---|---|---|

EXP 310/4000; EMPRESA CERTIFICADA CON OFICIO
AGACE-10001; PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: **SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.**
BANK NAME: **CITIBANK NA**                              ABA NUMBER: 021 000 089
BRANCH/CITY: **NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.**     ACCOUNT NO.: 36797277
ADDRESS: **111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY.**   ACCOUNT TYPE: **CHECKING ACCOUNT**

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

* Cualquier discrepancia en precio y/o cantidad deberá ser reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al departamento de Contabilidad al 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within 30 days of the date of invoice.

* Any debits taken against this invoice must reference the RMA # on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at 011-52-(33) 3770-4200

| | |
|---|---|
| SALES TOTAL: | 41746.32 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| RETAINED TAX: | 0.00 |
| OTHER SALES: | 0.00 |
| INVOICE TOTAL: | 41746.32 |
| CURRENCY: USD | |

# SOLECTRON

PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z          JALISCO
C.P. 45640                (33) 3770-4200
SMM-840503-FO4

**INVOICE NO: 216532**
**DATE: 09/05/2005**

## INVOICE

C        420 -
C        765-451-5180

YOUR ORDER NO: 550074820-
OUR ORDER NO: 550074820

B

**DELPHI DELCO ELECTRONICS
SYSTEMS   ATT.MANUAL RECEIPTS
PROCESSING  MS A241 PO BOX9005
KOKOMO                    IN
USA                       46904-9005**

SHIP TO:

**DELPHI DELCO ELECTRONICS DE
MEXICO DELNOSA PLANTAS 3-4
BRECHA E-99 PARQ IND REYNOSA
REYNOSA                   TAM
MEX                       88780**

| TERMS: DAYS 1: 0 | DISC 1: 0 | SHIPPED: 09/05/2005 |
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: PEGA |
| NET DUE DATE: 11/14/2005 | | INCOTERM: EXWORKS |
| | | SHIPMENT NO: 161159     REF: |
| OUR CUSTOMER REP IS: CRO | | PRO NO: R-431< |

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE USD | EXTD. PRICE USD |
|---|---|---|---|---|---|
| 198 | 198 | 0 | DPH09367910 | 23.87 | 4726.26 |

YOUR PART NUMBER: 09367910 HARLEY CASE 5IN
HARLEYD CASE  CASE ASM 5IN
CLUSTER
VELOCIMETRO PARA MOTOCICLETA

-

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

-

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA
Y REGLAS DE CARÁCTER GENERAL 3.3.8.; 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005
PEDIMENTO DE EXPORTACIÓN NO. 05 48 3033-5011097 PROMOVIDO
POR EDUARDO A. GARZA ROBLES
PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO
REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                           ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.        ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY.    ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
**EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION**

* Cualquier discrepancia en precio y/o cantidad deberá ser reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al departamento de Contabilidad al: 011-62-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within 30 days of the date of invoice.

* Any debits taken against this invoice must reference the RMA # on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at 011-62-(33) 3770-4200

| SALES TOTAL: | 4726.26 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| RETAINED TAX: | 0.00 |
| OTHER SALES: | 0.00 |
| INVOICE TOTAL: | 4726.26 |
| CURRENCY: USD | |

# SOLECTRON®

PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z                JALISCO
C.P. 45640              (33) 3770-4200
SMM-S40503-PO4

**INVOICE NO: 216404**

**DATE: 09/02/2005**

## INVOICE

C    420 -
C    765-451-5180

YOUR ORDER NO: 550074817-
OUR ORDER NO: 550074817-H

B

| | |
|---|---|
| **DELPHI DELCO ELECTRONICS** | SHIP TO: |
| **SYSTEMS   ATT.MANUAL RECEIPTS** | **DELPHI DELCO ELECTRONICS DE** |
| **PROCESSING  MS A241 PO BOX9005** | **MEXICO DELNOSA PLANTAS 3-4** |
| **KOKOMO                IN** | **BRECHA E-99 PARQ IND REYNOSA** |
| **USA                46904-9005** | **REYNOSA            TAM** |
| | **MEX                88780** |

TERMS:  DAYS 1: **0**       DISC 1: **0**
        DAYS 2: **0**       DISC 2: **0**
NET DUE DATE: **11/11/2005**

OUR CUSTOMER REP IS: **CRO**

SHIPPED: **09/02/2005**
SHIPPED VIA: **R-431**
INCOTERM: **EXWORKS**
SHIPMENT NO: **161030**          REF:
PRO NO: **R-431**

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE USD | EXTD. PRICE USD |
|---|---|---|---|---|---|
| 1021 | 1021 | 0 | DPH12247543 | 17.66 | 18030.86 |

YOUR PART NUMBER: 12247543
4 TACH CASE ASM (FLABS)
CASE
VELOCIMETRO PARA MOTOCICLETA
-

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO
-

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA
Y REGLAS DE CARÁCTER GENERAL 3.3.8.; 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005
PEDIMENTO DE EXPORTACIÓN NO.  05 48 3033-5011097 PROMOVIDO
EDUARDO A. GARZA ROBLES; CON RFC GARE541217SR8
PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO
REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563
OPERACIÓN DE MAQUILADORA  CONTROLADORA DE EMPRESAS CONFORME
A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN
MATERIA DE COMERCIO EXTERIOR PARA 2005 Y REGLAS 5.2.6 Y 5.2.8
MISMAS REGLAS DELPHI DE MÉXICO; S.A. DE C.V. CON DIRECCIÓN
HERMANOS ESCOBAR 5756; COL. FOVISSSTE CHAMIZAL C.P. 32310
EN CIUDAD JUÁREZ; CHIHUAHUA OFICIO 326-SAT-64804
EXP 310/4000; EMPRESA CERTIFICADA CON OFICIO
AGACE-10001; PROGRAMA DE MAQUILA 2004-315

* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within 30
days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200

| | |
|---|---|
| SALES TOTAL: | 18030.86 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| RETAINED TAX: | 0.00 |
| OTHER SALES | 0.00 |
| INVOICE TOTAL: | 18030.86 |
| CURRENCY  USD | |



# SOLECTRON

PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIERA
TLAJOMULCO DE Z           JALISCO
C.P. 45640                (33) 3770-4200
SMM-840503-FO4

**INVOICE NO: 216404**
**DATE: 09/02/2005**

### INVOICE

C        420 -
C        765-451-5180

YOUR ORDER NO: 550074817-
OUR ORDER NO: 550074817-H

B

**DELPHI DELCO ELECTRONICS**
**SYSTEMS   ATT.MANUAL RECEIPTS**
**PROCESSING  MS A241 PO BOX9005**
**KOKOMO**                 **IN**
**USA**                    **46904-9005**

SHIP TO:

**DELPHI DELCO ELECTRONICS DE**
**MEXICO DELNOSA PLANTAS 3-4**
**BRECHA E-99 PARQ IND REYNOSA**
**REYNOSA**                **TAM**
**MEX**                    **88780**

| TERMS:  DAYS 1:  0 | DISC 1:  0 | SHIPPED:  09/02/2005 | |
|---|---|---|---|
| DAYS 2:  0 | DISC 2:  0 | SHIPPED VIA:  R-431 | |
| NET DUE DATE:  11/11/2005 | | INCOTERM:  EXWORKS | |
| | | SHIPMENT NO:  161030 | REF: |
| OUR CUSTOMER REP IS:  CRO | | PRO NO:  R-431 | |

| QTY ORDERED | QTY SHIPPED | QTY ITEM B.O. NUMBER | UNIT PRICE USD | EXTD PRICE USD |
|---|---|---|---|---|

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: **SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.**
BANK NAME: **CITIBANK NA**                      ABA NUMBER: **021 000 089**
BRANCH/CITY: **NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.**     ACCOUNT NO.: **36797277**
ADDRESS: **111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY.**   ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
**EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION**

* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within 30
days of the date of invoice.

* Any debts taken against this invoice must reference the RMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200

| | |
|---|---|
| SALES TOTAL: | 18030.86 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| RETAINED TAX: | 0.00 |
| OTHER SALES: | 0.00 |
| INVOICE TOTAL: | 18030.86 |
| CURRENCY: USD | |



# SOLECTRON®

PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z          JALISCO
C.P. 45640          (33) 3770-4200
SMM-840583-FO4

**INVOICE NO:** 216322
**DATE:** 09/01/2005

### INVOICE

C   420 -
C   765-451-5180

YOUR ORDER NO: 550074817-
OUR ORDER NO: 550074817-H

B

**DELPHI DELCO ELECTRONICS
SYSTEMS   ATT.MANUAL RECEIPTS
PROCESSING  MS A241 PO BOX9005
KOKOMO              IN
USA                 46904-9005**

SHIP TO:

**DELPHI DELCO ELECTRONICS DE
MEXICO DELNOSA PLANTAS 3-4
BRECHA E-99 PARQ IND REYNOSA
REYNOSA          TAM
MEX              88780**

| | | |
|---|---|---|
| TERMS:  DAYS 1: **0** | DISC 1: **0** | SHIPPED: 09/01/2005 |
| DAYS 2: **0** | DISC 2: **0** | SHIPPED VIA: **PEGA** |
| NET DUE DATE: **11/10/2005** | | INCOTERM: **EXWORKS** |
| | | SHIPMENT NO: **160952**   REF: |
| OUR CUSTOMER REP IS: **CRO** | | PRO NO: **R-324** |

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE USD | EXTD. PRICE USD |
|---|---|---|---|---|---|
| 1188 | 1188 | 0 | DPH12204522 | 17.96 | 21336.48 |

**YOUR PART NUMBER: 12204522 4" SPEEDO CASE ASM**
CASE ASM. - SPEEDO
CASE
VELOCIMETRO PARA MOTOCICLETA

| 1254 | 1254 | 0 | DPH12204527 | 17.18 | 21543.72 |

**YOUR PART NUMBER: 12204527**
CASE ASM. - 5 INCH
CASE
VELOCIMETRO PARA MOTOCICLETA
-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO
-
OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA
Y REGLAS DE CARÁCTER GENERAL 3.3.8.; 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005
PEDIMENTO DE EXPORTACIÓN NO.  05 48 3033-5011097 PROMOVIDO
EDUARDO A. GARZA ROBLES; CON RFC GARE541217SR8
PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO
REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563
OPERACIÓN DE MAQUILADORA  CONTROLADORA DE EMPRESAS CONFORME
A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN
MATERIADE COMERCIO EXTERIOR PARA 2005 Y REGLAS 5.2.6Y5.2.8
MISMAS REGLAS DELPHI DE MÉXICO; S.A. DE C.V. CON DIRECCIÓN
HERMANOS ESCOBAR 5756;COL. FOVISSSTE CHAMIZAL C.P. 32310
EN CIUDAD JUÁREZ; CHIHUAHUA OFICIO 326-SAT-64804

* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within 30
days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200

| | |
|---|---|
| SALES TOTAL | |
| SALES TAX | |
| FREIGHT | |
| RETAINED TAX | |
| OTHER SALES | |
| INVOICE TOTAL | |
| CURRENCY  USD | |



# SOLECTRON

PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL. LA TIJERA
TLAJOMULCO DE Z                JALISCO
C.P. 45640                     (33) 3770-4200
SMM-840503-FO4

**INVOICE NO: 216322**
**DATE: 09/01/2005**

### INVOICE

C   420 -
C   765-451-5180

YOUR ORDER NO: 550074817-
OUR ORDER NO: 550074817-H

B

DELPHI DELCO ELECTRONICS
SYSTEMS   ATT.MANUAL RECEIPTS
PROCESSING   MS A241 PO BOX9005
KOKOMO                    IN
USA                        46904-9005

SHIP TO:

DELPHI DELCO ELECTRONICS DE
MEXICO DELNOSA PLANTAS 3-4
BRECHA E-99 PARQ IND REYNOSA
REYNOSA              TAM
MEX                   88780

| | | |
|---|---|---|
| TERMS: DAYS 1: **0** | DISC 1: **0** | SHIPPED: **09/01/2005** |
| DAYS 2: **0** | DISC 2: **0** | SHIPPED VIA: **PEGA** |
| NET DUE DATE: **11/10/2005** | | INCOTERM: **EXWORKS** |
| | | SHIPMENT NO: **160952**      REF: |
| OUR CUSTOMER REP IS: **CRO** | | PRO NO: **R-324** |

| QTY ORDERED | QTY SHIPPED | QTY B/O | ITEM NUMBER | UNIT PRICE USD | EXTD. PRICE USD |
|---|---|---|---|---|---|

EXP 310/4000; EMPRESA CERTIFICADA CON OFICIO
AGACE-10001; PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                    ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.      ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY.   ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

* Cualquier discrepancia en precio y/o cantidad deberá ser reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within 30 days of the date of invoice.

* Any debits raise against this invoice must reference the RMA # on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at 011-52-(33) 3770-4200

| | |
|---|---|
| SALES TOTAL | 42880.20 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| RETAINED TAX | 0.00 |
| OTHER SALES | 0.00 |
| INVOICE TOTAL | 42880.20 |
| CURRENCY   USD | |



# SOLECTRON

PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z          JALISCO
C.P. 45640              (331) 3770-4200
SMM-840503-FO4

**INVOICE NO: 216402**

**DATE: 09/02/2005**

## INVOICE

C     420 -
C     765-451-5180

YOUR ORDER NO: 550044297-
OUR ORDER NO: 550044297

B

**DELPHI DELCO ELECTRONICS
SYSTEMS   ATT.MANUAL RECEIPTS
PROCESSING  MS A241 PO BOX9005
KOKOMO**     **IN**
**USA**     **46904-9005**

SHIP TO:

**ELECTRONICA CLARION SA DE CV
AV. 3 Y CALLE 9 S/N
ZONA INDUSTRIAL
SN.JUAN DEL RIO**    **QTO**
**MX**    **76800**

| TERMS:  DAYS 1: 0 | DISC 1: 0 | SHIPPED: 09/02/2005 |
|---|---|---|
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: BAX |
| NET DUE DATE: 11/11/2005 | | INCOTERM: EXWORKS |
| | | SHIPMENT NO: 161025    REF: |
| OUR CUSTOMER REP IS: CRO | | PRO NO: NA |

| QTY ORDERED | QTY SHIPPED | QTY ITEM B/O, NUMBER | UNIT PRICE USD | EXTD. PRICE USD |
|---|---|---|---|---|
| 3600 | 3600 | 0  DPH12228054 | 9.33 | 33588.00 |

YOUR PART NUMBER: 12228054
CLARION CD CIR-BD ASM DA4.5 8054
PRINTED CIRCUIT BOARD ASSEMBLY
CIRCUITO MODULAR PARA REPRODUCTOR DE CD
-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO
-
OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA
Y REGLAS DE CARÁCTER GENERAL 3.3.8.; 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005.
PEDIMENTO DE EXPORTACIÓN NO.  05 48 3033-5011100 PROMOVIDO
PEDIMENTO DE IMPORTACIÓN NO. 05 48 3033-5011101 PROMOVIDO
AMBOS PROMOVIDOS POR EDUARDO A. GARZA ROBLES
CON RFC: GARE541217SR8
REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE ELECTRONICA CLARION: 2003-261

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: **SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.**
BANK NAME: **CITIBANK NA**      ABA NUMBER: 021 000 089
BRANCH/CITY: **NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.**    ACCOUNT NO.: 36797277
ADDRESS: **111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY.**    ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within 30
days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200

| SALES TOTAL: | 33588.00 |
|---|---|
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| RETAINED TAX: | 0.00 |
| OTHER SALES | 0.00 |
| INVOICE TOTAL: | 33588.00 |
| CURRENCY: USD | |

# SOLECTRON

PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z          JALISCO
C.P. 45640               (33) 3770-4200
SMM-840503-FO4

**INVOICE NO: 216321**
**DATE: 09/01/2005**

### INVOICE

C    420 -
C    765-451-5180

YOUR ORDER NO: 550044297-
OUR ORDER NO: 550044297

B

SHIP TO:

DELPHI DELCO ELECTRONICS
SYSTEMS   ATT.MANUAL RECEIPTS
PROCESSING  MS A241 PO BOX9005
KOKOMO              IN
USA                 46904-9005

ELECTRONICA CLARION SA DE CV
AV. 3 Y CALLE 9 S/N
ZONA INDUSTRIAL
SN.JUAN DEL RIO        QTO
MX                    76800

| TERMS:  DAYS 1: 0 | DISC 1: 0 | SHIPPED: 09/01/2005 | |
|---|---|---|---|
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: BAX GLOBAL | |
| NET DUE DATE: 11/10/2005 | | INCOTERM: EXWORKS | |
| | | SHIPMENT NO: 160975 | REF: |
| OUR CUSTOMER REP IS: CRO | | PRO NO: NA | |

| QTY. ORDERED | QTY. SHIPPED | QTY. B.O. | ITEM NUMBER | UNIT PRICE USD | EXTD. PRICE USD |
|---|---|---|---|---|---|
| 2040 | 2040 | 0 | DPH12228054 | 9.33 | 19033.20 |

YOUR PART NUMBER: 12228054
CLARION CD CIR-BD ASM DA4.5 8054
PRINTED CIRCUIT BOARD ASSEMBLY
CIRCUITO MODULAR PARA REPRODUCTOR DE CD
-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO
-
OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA
Y REGLAS DE CARÁCTER GENERAL 3.3.8.; 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005.
PEDIMENTO DE EXPORTACIÓN NO. 05 48 3033-5011100 PROMOVIDO
PEDIMENTO DE IMPORTACIÓN NO. 05 48 3033-5011101 PROMOVIDO
AMBOS PROMOVIDOS POR EDUARDO A. GARZA ROBLES
CON RFC: GARE541217SR8
REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE ELECTRONICA CLARION: 2003-261

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                          ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.     ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY.   ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

* Cualquier discrepancia en precio y/o cantidad deberá ser reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within 30 days of the date of invoice.

* Any debts taken agants this invoice must reference the RMA # on the check remitance advice.

* For all inquiries please call the Accounts Receivable Dept. at 011-52-(33) 3770-4200

| | |
|---|---|
| SALES TOTAL | 19033.20 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| RETAINED TAX | 0.00 |
| OTHER SALES | 0.00 |
| INVOICE TOTAL | 19033.20 |
| CURRENCY: USD | |

PDFMAILER.COM Print and send PDF mails with one click and free ... ego www.pdfmailer.com

# SOLECTRON ®

PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z                JALISCO
C.P. 45640                    (33) 3770-4200
SMM-840503-FO4

**INVOICE NO: 218865**

**DATE: 09/30/2005**

## INVOICE

C          420 -
C          765-451-5180

YOUR ORDER NO: -
OUR ORDER NO: 550074816

B

**DELPHI DELCO ELECTRONICS
SYSTEMS   ATT.MANUAL RECEIPTS
PROCESSING  MS A241 PO BOX9005
KOKOMO          IN
USA             46904-9005**

SHIP TO:

**ELECTRONICA CLARION SA DE CV
AV. 3 Y CALLE 9 S/N
ZONA INDUSTRIAL
SN.JUAN DEL RIO      QTO
MX                  76800**

TERMS:  DAYS 1: **0**        DISC 1: **0**
        DAYS 2: **0**        DISC 2: **0**
NET DUE DATE: **12/09/2005**

SHIPPED: **09/30/2005**
SHIPPED VIA: **TRC**
INCOTERM: **EXWORKS**
SHIPMENT NO: **163500**      REF:
PRO NO:

OUR CUSTOMER REP IS: **CRO**

| QTY ORDERED | QTY SHIPPED | QTY ITEM B.O. NUMBER | UNIT PRICE USD | EXTD. PRICE USD |
|---|---|---|---|---|
| 417 | 417 | 0 DPH12228052 | 9.36 | 3903.12 |

YOUR PART NUMBER: **12228052**
CLARION CD CIR-BD ASM DA4.5 8052
PRINTED CIRCUIT BOARD ASSEMBLY
CIRCUITO MODULAR PARA REPRODUCTOR DE CD
-

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO
-

OPERACIÓN DE CONFORMIDAD CO EL ART.112 DE LA LEY ADUANERA
Y REGLAS DE CARÁCTER GENERAL 3.3.8.; 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005
PEDIMENTO DE EXPORTACION  NO.3033-5011097 PROMOVIDO
EDUARDO A. GARZA ROBLES; CON RFC GARE541217SR8
PEDIMENTO DE IMPORTACION NO.6012-5002183 PROMOVIDO POR
FERNANDO C. MARTÍNEZ BORREGO
DELPHI DE MEXICO;S.A.DE C.V EMPRESA CONTROLADORA
CON REGISTRO MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: **SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.**
BANK NAME: **CITIBANK NA**                          ABA NUMBER: **021 000 089**
BRANCH/CITY: **NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.**     ACCOUNT NO.: **36797277**
ADDRESS: **111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY.**   ACCOUNT TYPE: **CHECKING ACCOUNT**

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
**EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION**

* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within 30
days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

* For inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200

| | |
|---|---|
| SALES TOTAL | 3903.12 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| RETAINED TAX | 0.00 |
| OTHER SALES | 0.00 |
| INVOICE TOTAL | 3903.12 |
| CURRENCY | USD |

# SOLECTRON®

PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z          JALISCO
C.P. 45640               (33) 3770-4200
SMM-S40503-FO4

**INVOICE NO: 218866**

**DATE: 09/30/2005**

### INVOICE

| | |
|---|---|
| C | 420 - |
| C | 765-451-5180 |

YOUR ORDER NO: 550074817-
OUR ORDER NO: 550074817-H

B

**DELPHI DELCO ELECTRONICS**
**SYSTEMS  ATT.MANUAL RECEIPTS**
**PROCESSING  MS A241 PO BOX9005**
**KOKOMO          IN**
**USA             46904-9005**

SHIP TO:

**DELPHI DELCO ELECTRONICS**
**4134 DAVISON RD.**
**PLANT 43 DOCK 43**
**BURTON          MI**
**USA             48529**

TERMS:  DAYS 1: **0**       DISC 1: **0**
        DAYS 2: **0**       DISC 2: **0**
NET DUE DATE: **12/09/2005**

OUR CUSTOMER REP IS: **CRO**

SHIPPED: **09/30/2005**
SHIPPED VIA: **FEDEX**
INCOTERM: **EXWORKS**
SHIPMENT NO: **163496**       REF:
PRO NO: **644108181874**

| QTY ORDERED | QTY SHIPPED | QTY ITEM B/O NUMBER | UNIT PRICE USD | EXTD PRICE USD |
|---|---|---|---|---|
| 528 | 528 | 0 DPH12204522 | 17.96 | 9482.88 |
| | | YOUR PART NUMBER: 12204522 4" SPEEDO CASE ASM | | |
| | | CASE ASM. - SPEEDO | | |
| | | CASE | | |
| | | VELOCIMETRO PARA MOTOCICLETA | | |
| 528 | 528 | 0 DPH12204527 | 17.18 | 9071.04 |
| | | YOUR PART NUMBER: 12204527 | | |
| | | CASE ASM. - 5 INCH | | |
| | | CASE | | |
| | | VELOCIMETRO PARA MOTOCICLETA | | |
| | | - | | |
| | | MANUFACTURED IN MEXICO; STATE: JALISCO | | |
| | | MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO | | |

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: **SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.**
BANK NAME: **CITIBANK NA**                    ABA NUMBER: **021 000 089**
BRANCH/CITY: **NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.**     ACCOUNT NO.: **36797277**
ADDRESS: **111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY.**   ACCOUNT TYPE: **CHECKING ACCOUNT**

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

* Cualquier discrepancia en precio y/o cantidad deberá ser reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya hebido contra esta factura, deberá hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within 30 days of the date of invoice.

* Any debits taken against this invoice must reference the RMA # on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at 011-52-(33) 3770-4200

| | |
|---|---|
| SALES TOTAL | 18553.92 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| RETAINED TAX | 0.00 |
| OTHER SALES | 0.00 |
| INVOICE TOTAL | 18553.92 |
| CURRENCY | USD |



# SOLECTRON®

PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z        JALISCO
C.P. 45640            (33) 3770-4200
SMM-840503-FO4

**INVOICE NO:** 218714
**DATE:** 09/29/2005

## INVOICE

C      **420 -**                        **YOUR ORDER NO: 550074817-**
C      **765-451-5180**               **OUR ORDER NO: 550074817-H**

B

| | |
|---|---|
| **DELPHI DELCO ELECTRONICS SYSTEMS   ATT.MANUAL RECEIPTS PROCESSING  MS A241 PO BOX9005 KOKOMO      IN USA          46904-9005** | SHIP TO:<br>**DELPHI DELCO ELECTRONICS DE MEXICO DELNOSA PLANTAS 3-4 BRECHA E-99 PARQ IND REYNOSA REYNOSA       TAM MEX          88780** |

TERMS:  DAYS 1:  **0**    DISC 1:  **0**      SHIPPED:  **09/29/2005**
        DAYS 2:  **0**    DISC 2:  **0**    SHIPPED VIA:  **R-333**
  NET DUE DATE:  **12/08/2005**         INCOTERM:  **EXWORKS**
                                   SHIPMENT NO:  **163313**    REF:
OUR CUSTOMER REP IS:  **CRO**      PRO NO:  **R-333**

| QTY. ORDERED | QTY. SHIPPED | QTY. B.O. | ITEM NUMBER | UNIT PRICE USD | EXTD. PRICE USD |
|---|---|---|---|---|---|
| 528 | 528 | 0 | DPH12204527 | 17.18 | 9071.04 |

YOUR PART NUMBER: 12204527
CASE ASM. - 5 INCH
CASE
VELOCIMETRO PARA MOTOCICLETA

| QTY. ORDERED | QTY. SHIPPED | QTY. B.O. | ITEM NUMBER | UNIT PRICE USD | EXTD. PRICE USD |
|---|---|---|---|---|---|
| 1188 | 1188 | 0 | DPH12247543 | 17.66 | 20980.08 |

YOUR PART NUMBER: 12247543
4 TACH CASE ASM (FLABS)
CASE
VELOCIMETRO PARA MOTOCICLETA
-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO
-
OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA
Y REGLAS DE CARÁCTER GENERAL 3.3.8.; 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005
PEDIMENTO DE EXPORTACIÓN NO. 05 48 3033-5011097 PROMOVIDO
EDUARDO A. GARZA ROBLES; CON RFC GARE541217SR8
PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO
REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563
OPERACIÓN DE MAQUILADORA  CONTROLADORA DE EMPRESAS CONFORME
A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN
MATERIADE COMERCIO EXTERIOR PARA 2005 Y REGLAS 5.2.6Y5.2.8
MISMAS REGLAS DELPHI DE MÉXICO; S.A. DE C.V. CON DIRECCIÓN
HERMANOS ESCOBAR 5756;COL. FOVISSSTE CHAMIZAL C.P. 32310
EN CIUDAD JUÁREZ; CHIHUAHUA OFICIO 326-SAT-64804

* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within 30
days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200



| | |
|---|---|
| SALES TOTAL | |
| SALES TAX | |
| FREIGHT | |
| RETAINED TAX | |
| OTHER SALES | |
| INVOICE TOTAL | |
| CURRENCY | USD |

# SOLECTRON ®

PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z          JALISCO
C.P. 45640               (33) 3770-4200
SMM-340503-FO4

**INVOICE NO: 218714**
**DATE: 09/29/2005**

## INVOICE

C    420 -
C    765-451-5180

YOUR ORDER NO: 550074817-
OUR ORDER NO: 550074817-H

B

**DELPHI DELCO ELECTRONICS**
**SYSTEMS   ATT.MANUAL RECEIPTS**
**PROCESSING  MS A241 PO BOX9005**
**KOKOMO           IN**
**USA              46904-9005**

SHIP TO:

**DELPHI DELCO ELECTRONICS DE**
**MEXICO DELNOSA PLANTAS 3-4**
**BRECHA E-99 PARQ IND REYNOSA**
**REYNOSA          TAM**
**MEX              88780**

| | | |
|---|---|---|
| TERMS:  DAYS 1: **0** | DISC 1: **0** | SHIPPED: **09/29/2005** |
| DAYS 2: **0** | DISC 2: **0** | SHIPPED VIA: **R-333** |
| NET DUE DATE: **12/08/2005** | | INCOTERM: **EXWORKS** |
| | | SHIPMENT NO: **163313**     REF: |
| OUR CUSTOMER REP IS: **CRO** | | PRO NO: **R-333** |

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE USD | EXTD PRICE USD |
|---|---|---|---|---|---|

EXP 310/4000; EMPRESA CERTIFICADA CON OFICIO
AGACE-10001; PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: **SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.**
BANK NAME: **CITIBANK NA**                          ABA NUMBER: **021 000 089**
BRANCH/CITY: **NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.**    ACCOUNT NO.: **36797277**
ADDRESS: **111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY.**   ACCOUNT TYPE: **CHECKING ACCOUNT**

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
**EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION**

* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within 30
days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200

| | |
|---|---|
| SALES TOTAL: | 30051.12 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| RETAINED TAX: | 0.00 |
| OTHER SALES: | 0.00 |
| INVOICE TOTAL: | 30051.12 |
| CURRENCY: | USD |

**BIALSON, BERGEN & SCHWAB**

ATTORNEYS AT LAW
A PARTNERSHIP OF
PROFESSIONAL CORPORATIONS
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CALIFORNIA 94306

TELEPHONE
(650) 857-9500

FACSIMILE
(650) 494-2738

E-MAIL: atty@bbslaw.com

SEYMOUR BERGEN
(1923-2003)

October 14, 2005

<u>**Via FedEx and Fax (248) 813-2670**</u>
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098-2815

<u>**Via FedEx**</u>
Delphi Automotive Systems
3900 Holland Road
Dept. 14
Saginaw, MI 48601

<u>**Via FedEx and Fax (312) 407-0411 and (212) 735-2000**</u>
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn.    John Wm. Butler, Esq.
         Kayalyn A. Marafioti, Esq.

Re:    <u>**In re Delphi Corporation et. al., Case No. 05-44481 (RDD) (Jointly Administered)**</u>

Dear Gentlemen:

This firm is counsel to Solectron Coproration, Solectron Manufactura De Mexico S. DE R.L. DE C.V. and various of their subsidiary and affiliated entities (collectively "Solectron"). Pursuant to Section 2-702 of the Uniform Commercial Code as codified under applicable state law and 11 U.S.C. Section 546(c), and without waiving any other rights, remedies or claims, Solectron hereby demands the return of all goods ("Goods") of any kind or character received by Delphi Corporation, Delphi Automotive Systems, Delphi Saginaw Steering Systems and/or any of their subsidiary, affiliated and other related entities (collectively "Delphi") from Solectron including, without limitation, those Goods shipped, delivered and received by Delphi as set forth in the Solectron invoices attached hereto for your convenience..

By this letter you are instructed to immediately inventory the Goods and keep the Goods segregated from all other inventory, machinery and equipment. Further, you are not permitted to use, sell, encumber or transfer the Goods to any other party.

Please contact the undersigned to arrange for the immediate return of the Goods.

Very truly yours,

BIALSON, BERGEN & SCHWAB

*Robert M Costello*

Patrick M. Costello

W:\S0383\072\ltr\101405MexDemandReclamation2.2.wpd

# SOLECTRON

PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.3915 COL LA TIJERA
TLAJOMULCO DE Z     JALISCO
C.P. 45640          (33) 3770-4200
SMM-840593-FO4

**INVOICE NO: 217473**

**DATE: 09/15/2005**

**INVOICE**

C     420A -
C     989-757-9007

YOUR ORDER NO: S3S31925-
OUR ORDER NO: S3S31925

B     383431131
**DELPHI AUTOMOTIVE SYSTEMS**
**3900 HOLLAND RD DEPT 14**

SAGINAW        MI
USA            48601

SHIP TO:

**DELPHI SAGINAW STEERING SYSTEM**
**3PL PROTOTYPE OPERATIONS**
**2975 NODULAR DRIVE**
SAGINAW        MI
USA            48601

| TERMS: | DAYS 1: 0 | DISC 1: 0 | SHIPPED: 09/15/2005 | |
| | DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: DHL | |
| NET DUE DATE: 11/24/2005 | | | INCOTERM: | |
| | | | SHIPMENT NO: 162066 | REF: |
| OUR CUSTOMER REP IS: | | | PRO NO: 6804412230< | |

| QTY ORDERED | QTY SHIPPED | QTY ITEM PER (BOQ) NUMBER | UNIT PRICE USD | EXTD. PRICE USD |
|---|---|---|---|---|
| 206 | 206 | 0 DPH26125014 | 5.13 | 1056.78 |

BOARD ASM; MOTOR SENSOR
MOTOR
CIRCUITO MODULAR PARA APARATO DE CONTROL AUTOMATICO
-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                      ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.    ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY.    ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser reportada en los 30 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al departamento de Contabilidad al: 011-52-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within 30 days of the date of invoice.

• Any debits taken against this invoice must reference the RMA # on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at 011-52-(33) 3770-4200

| | |
|---|---|
| SALES TOTAL | 1056.78 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| RETAINED TAX | 0.00 |
| OTHER SALES | 0.00 |
| INVOICE TOTAL | 1056.78 |
| CURRENCY USD | |

# SOLECTRON

PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.3915 COL LA TIJERA
TLAJOMULCO DE Z          JALISCO
C.P. 45640               (33) 3770-4200
SMM-840503-FO4

**INVOICE NO: 217029**

**DATE: 09/10/2005**

## INVOICE

C          420A -
C          989-757-9007

YOUR ORDER NO: S3S31123-
OUR ORDER NO: S3S31123.

B          383431131
**DELPHI AUTOMOTIVE SYSTEMS**
**3900 HOLLAND RD DEPT 14**

SHIP TO:

**SOLECTRON TECHNOLOGY INC**
**6800 SOLECTRON DRIVE**
**BLDG 3 DOCKS 6 & 7**

SAGINAW              MI
USA                  48601

CHARLOTTE            NC
USA                  28262

TERMS: DAYS 1: 0        DISC 1: 0          SHIPPED: 09/10/2005
       DAYS 2: 0        DISC 2: 0          SHIPPED VIA: GUIA-6281-8326-6648
NET DUE DATE: 11/19/2005                   INCOTERM:
                                           SHIPMENT NO: 161649        REF:
OUR CUSTOMER REP IS:                       PRO NO: FEDEX

| QTY. ORDERED | QTY. SHIPPED | QTY. B.O. | ITEM NUMBER | UNIT PRICE USD | EXTD. PRICE USD |
|---|---|---|---|---|---|
| 191 | 191 | 0 | DPH26121747 | 86.32 | 16487.12 |

CIRCUIT CARD ASM; EPS
PRINTED CIRCUIT BOARD ASSY
CIRCUITO MODULAR PARA APARATO DE CONTROL AUTOMATICO

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                          ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.      ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY.   ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

* Cualquier discrepancia en precio y/o cantidad deberá ser reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within 30 days of the date of invoice.

* Any debits taken against this invoice must reference the RMA & on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at 011-52-(33) 3770-4200

| | |
|---|---|
| SALES TOTAL: | 16487.12 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| RETAINED TAX: | 0.00 |
| OTHER SALES: | 0.00 |
| INVOICE TOTAL: | 16487.12 |
| CURRENCY: USD | |

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS, AND CONSENT TO E-SERVICE were served via first class United States mail in properly addressed envelopes with sufficient postage affixed thereon to insure delivery upon the following:

Attorneys for Debtor
John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom
333 West Wacker Drive
Chicago, IL 60606

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036

U.S. Trustee
Alicia M. Leonhard
Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098-2815

Delphi Delco Electronics Systems
Attn. Manual Receipts
Processing MS A241
PO Box 9005
Kokomo, IN 46904-9005

Delphi Automotive Systems
One Corporate Center
PO Box 9005
Kokomo, IN 46904-9005

Delphi Automotive Systems
3900 Holland Road
Dept. 14
Saginaw, MI 48601

Delphi Delco Electronics
P.O. Box 2000
Flint, IN 46904-9005

This 17th day of October, 2005.

Catherine Lee
2600 El Camino Real, Suite 300
Palo Alto, California 94306
Telephone: (650) 857-9500
Facsimile: (650) 494-2738