

# ST. CLAIR PLASTICS, CO.

### 30855 Teton Place, Chesterfield Twp., MI 48047
### Phone (586)598-9930  Fax (586)598-7057

October 17, 2005

Mr. Robert S. Miller Jr.                    Via Fax: 248-813-2670 & Federal Express
Delphi Corporation
North American Headquarters
5725 Delphi Drive
Troy, MI 48098

   Re: DELPHI CORPORATION—Case # 05-44481
   Reclamation Claim of St. Clair Plastics Co. under 546 (c) of the
   Bankruptcy Code and UCC Section 2-702

Dear Mr. Miller and To Whom It May Concern:

   Under Section 2-702 of the Uniform Commercial Code and Section 546(c) of the Bankruptcy Code we hereby RECLAIM and DEMAND return of all goods we delivered to Delphi Corporation, its divisions, subsidiaries and affiliates within the applicable period under said Section, including, but not limited to all goods set forth in the summary of shipments attached hereto.   We are only forwarding the summary with the facsimile transmission of this letter to the various addressees.

   We also attach, to the copy of this letter sent by Federal Express, copies of all invoices for all goods shipped by us to Delphi from September 28, 2005 through and including October 8, 2005.

   This demand covers all deliveries by St. Clair Plastics and any of its divisions to Delphi and any of its divisions, subsidiaries and affiliates.

   Please immediately inventory and segregate the goods setforth in the attached documents and contact the undersigned to arrange for the return of these goods to us.

      Very truly yours,
      St. Clair Plastics Co.

      By:_____
      Its: President

Cc:(w/encl) (Via Federal Express)
U.S. Bankruptcy
Southern Division of New York
One Bowling Green
New York, NY 10004



Page 2
Dephi Corporation
October 17, 2005


Cc: :(w/encl) (Via Federal Express) (Via Fax 212-735-2000)
Skadden, Arps, State, Meagher and Flom LLP
Attn: Kayalyn A. Marafioti
Four Times Square
New York, NY 100036

Cc: :(w/encl) (Via Federal Express) (Via Fax 312-407-0411)
Skadden, Arps, State, Meagher and Flom LLP
Attn:John Wm. Butler
333 W. Wacker Drive, Ste. 2100
Chicago, IL 60606

10/17/05
11:57 am

St. Clair Plastics - 11
Sales Analysis by Customer/Destination/Item

Page 1
(SM5ALR92.p)

```
          From          To
Date:     09/28/05      10/08/05          Converted to Base Currency:    No      Subtotal by Customer      : Yes
Customer: 16132         16132             Page Break on Currency:        No      Subtotal by Destination:  Yes
Currency: First         Last              Subtotal by Currency:          No      Subtotal by Item          : Yes
```

Currency: USD

| Customer/Name | Destination | Item Number | Invoice Date | Invoice Number | Line | Quantity Sold | Sales Amount |
|---|---|---|---|---|---|---|---|
| 16132  CONDURA S DE RL DE CV | 66056 | 0905000005 | 09/30/05 | 161266 | 001 | 800 | 456.32 |
| | | **Total For Item: 0905000005** | | | | 800 | 456.32 |
| | | 1087000000 | 09/30/05 | 161266 | 002 | 280 | 300.44 |
| | | **Total For Item: 1087000000** | | | | 280 | 300.44 |
| | | **Total For Destination: 66056** | | | | 1080 | 756.76 |
| | | **Total For Customer: 16132** | | | | 1080 | 756.76 |
| | | **Report Total:** | | | | 1080 | 756.76 |

# ST. CLAIR PLASTICS CO.

30855 TETON PLACE • CHESTERFIELD TWP., MI 48047
PHONE (586) 598-9930 • DUNS 05-332-6948
FAX (586) 598-7057

| | | |
|---|---|---|
| S O L D T O | 16132<br>CONDURA S DE RL DE CV<br><br>(DELPHI MECHATR-MEXICO)<br>615 ELCA LANE, SUITE A<br>BROWNSVILLE TX 78521<br>UNITED STATES | S H I P T O | 66056<br>DELPHI MECHATRONICS-MEXICO<br><br>CONDURA PLANT #3/#66056<br>615 ELCA LANE, SUITE A<br>BROWNSVILLE TX 78521<br>UNITED STATES |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 53326948 | NET 25TH | CHESTERFIELD TWP MI | 09/30/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 9/30/05 | 161266 | AIR ROAD EXPRESS INC | 173 | 0 | 173 |

| P.O. NUMBER | CUSTOMER PART NUMBER<br>DESCRIPTION | QUANTITY<br>SHIPPED | UNIT<br>PRICE | AMOUNT |
|---|---|---|---|---|
| 571-55393 | 16654992<br>HOUSING COVER | 800<br>EA | 0.570400 | $456.32 |
| 571-55397 | 16644687<br>CONTROLLER HSG - LH | 280<br>PC | 1.073000 | $300.44 |

i hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended,
of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

GOODS TO BE RETURNED WITHOUT OUR WRITTEN PERMISSION.
RCHASER SHALL BE DEEMED TO HAVE ACCEPTED THE GOODS SHIPPED HEREUNDER IN ACCORDANCE WITH THE TERMS HEREOF UNLESS ST. CLAIR PLASTICS IS
TIFIED IN WRITING OF ANY DEFECTS, SHORTAGES, ERRORS OR ANY CLAIMS WHATSOEVER.

| | |
|---|---|
| SUBTOTAL | $756.76 |
| SALES TAX | $0.00 |
| FREIGHT CHARGES | $0.00 |
| INVOICE TOTAL | $756.76 |
| DISC AVAILABLE | $0.00 |
| FUNDS: USD | |

**STRAIGHT BILL OF LADING — SHORT FORM — Original — Not Negotiable.**

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of the issue of this Original Bill of Lading.

| | SID/SHIPPER NO. | DATE |
|---|---|---|
| | 161266 | 09/30/0 |

FROM **ST. CLAIR PLASTICS CO.**     AT CHESTERFIELD TWP., MICHIGAN 48047    DUNS NO. 05-332-6948

This is to certify that the below named articles are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. "If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight."

† Shipper's imprints in lieu of stamp not a part of Bill of Lading approved by the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. **SIGNATURE:** _____ **TITLE:** _____

† "The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of the Uniform Freight Classification and of the National Motor Freight Classification."

CARRIER'S NO.

CAR OR VEHICLE INITIALS & NO.

CONSIGNEE AND DESTINATION / SHIPPER LOAD AND/OR CONSIGNEE UNLOAD
(MAIL OR STREET ADDRESS OF CONSIGNEE - FOR PURPOSES OF NOTIFICATION ONLY)

DELPHI MECHATRONICS-MEXICO

CONDURA PLANT #5/#66056
615 ELCA LANE, SUITE A
BROWNSVILLE TX 78521
UNITED STATES

| CONTROL SOURCE | CARRIER (SHIP VIA) | SUPPLIER CODE | COL. | PPD. IN | PPD. | F.O.B. | DOCK NO. | AETC. NO. |
|---|---|---|---|---|---|---|---|---|
| 6132 | AIR ROAD EXPRESS INC | 053326948 | X | | | CHESTERFIELD TWP MI | | |

| P.O. NUMBER ENG. LEVEL | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | U.O.M. DOCK CODE | CONT. I.D. TOTAL CONT. | PALLETS LOOSE CONT. | PRIOR ACC TOTAL ACC |
|---|---|---|---|---|---|---|
| 571--55393 1 | 16654992 HOUSING COVER | 800 | EA 3 | CTN 4 | 1 0 | 400 480 |
| 571--55397 2 | 16644687 CONTROLLER HSG - LH | 280 | PC 3 | CTN 7 | 0 7 | 308 336 |

Total Items Shipped:

| QTY. CONT. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | CLASS RATE | CK | TOTAL GROSS | TOTAL TARE | TOTAL NET |
|---|---|---|---|---|---|---|---|
| 1 | PLASTIC AUTO PARTS NOI DENSITY, 10B PCF OR MORE | 173 | | | 173 | 0 | 173 |

REMIT C.O.D. TO: (ADDRESS)

Subject to Section 7 of Conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor.)

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____
Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)
Charges Advanced
$ _____

C.O.D. CHARGES TO BE PA
Shipper ☐    Consign
C.O.D. AMOUNT
$ _____

THIS SHIPMENT IS CORREC
DESCRIBED, CORRECT WE
IS

If charges are to be prepaid, w
stamp here, "To be Prepai

| | | |
|---|---|---|
| **TOTAL** | | 173 |

ST. CLAIR PLASTICS CO.

Permanent post-office address of shipper;

1855 TETON PLACE, CHESTERFIELD TWP., MI 48047

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Shipper _____

Per _____    Agent _____

```
10/13/05                           St. Clair Plastics - 11                                    Page 1
9:48 am                     Sales Analysis by Customer/Destination/Item                     (SHSALR92.p)

         From      To
Date:    09/28/05  10/08/05       Converted to Base Currency:   No          Subtotal by Customer    : Yes
Customer: 00557    00557          Page Break on Currency    :   No          Subtotal by Destination: Yes
Currency: First    Last           Subtotal by Currency      :   No          Subtotal by Item       : Yes

Currency: USD

Customer/Name                                              Invoice  Invoice
                        Destination  Item Number           Date     Number      Line  Quantity Sold   Sales Amount

00557    SAGINAW STEERING  00557    1137000005            09/28/05 161226      001          200           93.10
                                                          09/29/05 161247      001          300          139.65
                                                          09/30/05 161273      001          200           93.10
                                                          10/03/05 161287      001          300          139.65
                                                          10/04/05 161307      001          200           93.10
                                                          10/05/05 161323      001          300          139.65
                                                          10/06/05 161347      001          300          139.65
                                                          10/07/05 161367      001          400          186.20
                                                          Total For Item: 1137000005         2200        1,024.10

                                    1145000012            10/05/05 161324      001          768        1,238.02
                                                          10/07/05 161366      001          768        1,238.02
                                                          Total For Item: 1145000012         1536        2,476.04

                                                          Total For Destination: 00557       3736        3,500.14

                        44068      1153000005            09/29/05 161253      001          500          213.80
                                                          Total For Item: 1153000005          500          213.80

                                                          Total For Destination: 44068         500          213.80

                                                          Total For Customer: 00557           4236        3,713.94

                                                                   Report Total:             4236        3,713.94
```

**ST. CLAIR PLASTICS CO.**
30855 TETON PLACE • CHESTERFIELD TWP., MI 48047
PHONE (586) 598-9930 • DUNS 05-332-6948
FAX (586) 598-7057

INVOICE NUMBER
161226

SOLD TO
00557
SAGINAW STEERING
ACCOUNTS PAYABLE
AUTO COMP-DISBURSEMNT ANALYSIS
P O BOX 1550
FLINT MI 48501-1550
UNITED STATES

SHIP TO
00557
SAGINAW STEERING GEAR DIV
GEN MTRS CORP/PLANT #6
TOWERLINE RD OFF HOLLAND RD
SAGINAW MI 48601
UNITED STATES

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 053326948 | NET 25TH | CHESTERFIELD TWP MI | 09/28/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/28/05 | 161226 | UNITED PARCEL SERV | 26 | 0 | 26 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| SAG9014956 | 26102801<br>MOTOR BRACKET | 200<br>PC | 0.465500 | $93.10 |

"We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

NO GOODS TO BE RETURNED WITHOUT OUR WRITTEN PERMISSION.
PURCHASER SHALL BE DEEMED TO HAVE ACCEPTED THE GOODS SHIPPED HEREUNDER IN ACCORDANCE WITH THE TERMS HEREOF UNLESS ST. CLAIR PLASTICS IS NOTIFIED IN WRITING OF ANY DEFECTS, SHORTAGES, ERRORS OR ANY CLAIMS WHATSOEVER.

| | |
|---|---|
| SUBTOTAL | $93.10 |
| SALES TAX | $0.00 |
| FREIGHT CHARGES | $0.00 |
| INVOICE TOTAL | $93.10 |
| DISC AVAILABLE | $0.00 |

FUNDS: USD

# ST. CLAIR PLASTICS CO.

30855 TETON PLACE · CHESTERFIELD TWP, MI 48047
PHONE (586) 598-9930 · DUNS 05-332-6948
FAX (586) 598-7057

| INVOICE NUMBER |
|---|
| 161226 |

**S O L D T O**

00557
SAGINAW STEERING
ACCOUNTS PAYABLE
AUTO COMP-DISBURSEMNT ANALYSIS
P O BOX 1550
FLINT MI 48501-1550
UNITED STATES

**S H I P T O**

00557
SAGINAW STEERING GEAR DIV

GEN MTRS CORP/PLANT #6
TOWERLINE RD OFF HOLLAND RD
SAGINAW MI 48601
UNITED STATES

| SUPPLIER CODE | TERMS | | F.O.B. | | INVOICE DATE |
|---|---|---|---|---|---|
| 053326948 | NET 25TH | | CHESTERFIELD TWP MI | | 09/28/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/28/05 | 161226 | UNITED PARCEL SERV | 26 | 0 | 26 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 689014956 | 26102801 MOTOR BRACKET | 200 PC | 0.465500 | $93.10 |

e hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

GOODS TO BE RETURNED WITHOUT OUR WRITTEN PERMISSION.
RCHASER SHALL BE DEEMED TO HAVE ACCEPTED THE GOODS SHIPPED HEREUNDER IN ACCORDANCE WITH THE TERMS HEREOF UNLESS ST CLAIR PLASTICS IS
TIFIED IN WRITING OF ANY DEFECTS, SHORTAGES, ERRORS OR ANY CLAIMS WHATSOEVER.

| | |
|---|---|
| SUBTOTAL | $93.10 |
| SALES TAX | $0.00 |
| FREIGHT CHARGES | $0.00 |
| INVOICE TOTAL | $93.10 |
| DISC AVAILABLE | $0.00 |
| FUNDS: USD | |

St. Clair Plastics Co.
**DAILY SHIPMENT DETAIL REPORT**
09/28/05 03:55 PM

Pickup Date: 09/28/05
Pickup Record No.: 7695129 63 2

UPS Account No.: 453861
Sorted By: Order of Shipment

| Name Address | Shipment Detail | Options | Reference Rate Charges | |
|---|---|---|---|---|
| Ship To: RMA# 317231 SERVTEK 4165 HALF ACRE RD. BATAVIA OH 45103-3247 | Service Type: UPS GROUND<br>Total Packages: 1<br>Hundredweight: No<br>Billable Wt.: 3.0<br>Billing Option: Prepaid<br>Package Ref No.1: SCOTT | Shipment Service Charge: | $ | 4.07 |
| | Tracking No.: 1Z4538610344405520<br>Package Type: Package<br>Weight: 3.0<br>Package Ref No.1: SCOTT | Package Service Charge:<br><br>**Shipper Amt:**<br>**UPS Total Charge:** | $<br><br>$<br>$ | 4.07<br><br>4.07<br>4.07 |
| Ship To: RECEIVING INSPECTION SAGINAW STEERING DIV-GMC PLANT 6 TOWERLINE RD OFF HOLLAND RD SAGINAW MI 48601 | Service Type: UPS GROUND<br>Total Packages: 2<br>Hundredweight: No<br>Billable Wt.: 26.0<br>Billing Option: Freight Collect | Shipment Service Charge: | $ | 10.66 |
| | Tracking No.: 1Z4538610344283733<br>Package Type: Package<br>Weight: 13.0 | Package Service Charge: | $ | 5.33 |
| | Tracking No.: 1Z4538610344831140<br>Package Type: Package<br>Weight: 13.0 | Package Service Charge:<br>**Receiver Amt: (458483)**<br>**UPS Total Charge:** | $<br>$<br>$ | 5.33<br>10.66<br>10.66 |
| Ship To: CTS CAR TOP SYSTEMS N.A. BG LLC 275 MITCH MCCONNEL WAY BOWLING GREEN KY 42101-7516 | Service Type: UPS NEXT DAY AIR<br>Total Packages: 6<br>Hundredweight: No<br>Billable Wt.: 71.0<br>Billing Option: Prepaid | Shipment Service Charge: | $ | 292.00 |
| | Tracking No.: 1Z4538610144031759<br>Package Type: Package<br>Weight: 6.0 | Package Service Charge: | $ | 35.00 |
| | Tracking No.: 1Z4538610144549567<br>Package Type: Package<br>Weight: 9.0 | Package Service Charge: | $ | 42.00 |
| | Tracking No.: 1Z4538610144328573<br>Package Type: Package<br>Weight: 14.0 | Package Service Charge: | $ | 53.75 |
| | Tracking No.: 1Z4538610144192782<br>Package Type: Package<br>Weight: 14.0 | Package Service Charge: | $ | 53.75 |
| | Tracking No.: 1Z4538610144446196<br>Package Type: Package<br>Weight: 14.0 | Package Service Charge: | $ | 53.75 |
| | Tracking No.: 1Z4538610144472809<br>Package Type: Package<br>Weight: 14.0 | Package Service Charge:<br>**Shipper Amt:**<br>**UPS Total Charge:** | $<br>$<br>$ | 53.75<br>292.00<br>292.00 |
| Ship To: SIMCO AUTOMOTIVE 51362 QUADRATE DRIVE MACOMB MI 48042-4055 | Service Type: UPS GROUND<br>Total Packages: 1<br>Hundredweight: No<br>Billable Wt.: 15.0<br>Billing Option: Freight Collect | Shipment Service Charge: | $ | 5.58 |
| | Tracking No.: 1Z4538610344336613<br>Package Type: Package<br>Weight: 15.0 | Package Service Charge:<br>**Receiver Amt: (415828)**<br>**UPS Total Charge:** | $<br>$<br>$ | 5.58<br>5.58<br>5.58 |

UPS OnLine WorldShip 6.0.27 winspool 24

# ST. CLAIR PLASTICS CO.

| INVOICE NUMBER |
|---|
| 161247 |

30855 TETON PLACE · CHESTERFIELD TWP, MI 48047
PHONE (586) 598-9930 · DUNS 05-332-6948
FAX (586) 598-7057

**SOLD TO:**
00557
SAGINAW STEERING
ACCOUNTS PAYABLE
AUTO COMP-DISBURSEMNT ANALYSIS
P O BOX 1550
FLINT MI 48501-1550
UNITED STATES

**SHIP TO:**
00557
SAGINAW STEERING GEAR DIV
GEN MTRS CORP/PLANT #6
TOWERLINE RD OFF HOLLAND RD
SAGINAW MI 48601
UNITED STATES

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 053326948 | NET 25TH | CHESTERFIELD TWP MI | 09/29/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/29/05 | 161247 | UNITED PARCEL SERV | 39 | 0 | 39 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 3A09014954 | 261002901 MOTOR BRACKET | 300 PC | 0.465500 | $139.65 |

e hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended,
d of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

GOODS TO BE RETURNED WITHOUT OUR WRITTEN PERMISSION.
RCHASER SHALL BE DEEMED TO HAVE ACCEPTED THE GOODS SHIPPED HEREUNDER IN ACCORDANCE WITH THE TERMS HEREOF UNLESS ST CLAIR PLASTICS IS
TIFIED IN WRITING OF ANY DEFECTS, SHORTAGES, ERRORS OR ANY CLAIMS WHATSOEVER.

| | |
|---|---|
| SUBTOTAL | $139.65 |
| SALES TAX | $0.00 |
| FREIGHT CHARGES | $0.00 |
| INVOICE TOTAL | $139.65 |
| SC AVAILABLE | $0.00 |
| FNDS: USD | |

Stratail Intofflesco.
**DAILY SHIPMENT DETAIL REPORT**
09/29/05 03:49 PM

Pickup Date: 09/29/05
Pickup Record No.: 7695129 64 3

UPS Account No.: 453861
Sorted By: Order of Shipment

| Na'   \ddress | Shipment Detail | | Options | Reference Rate Charges | |
|---|---|---|---|---|---|
| Ship To: RECEIVING INSPECTION SAGINAW STEERING DIV-GMC PLANT 6 TOWERLINE RD OFF HOLLAND RD SAGINAW MI 48601 | Service Type: Total Packages: Hundredweight: Billable Wt.: Billing Option: | UPS GROUND 3 No 39.0 Freight Collect | Shipment Service Charge: | $ | 15.99 |
| | Tracking No.: Package Type: Weight: | 1Z4538610344666294 Package 13.0 | Package Service Charge: | $ | 5.33 |
| | Tracking No.: Package Type: Weight: | 1Z4538610344144900 Package 13.0 | Package Service Charge: | $ | 5.33 |
| | Tracking No.: Package Type: Weight: | 1Z4538610344500711 Package 13.0 | Package Service Charge: Receiver Amt: (458483) **UPS Total Charge:** | $ $ $ | 5.33 15.99 **15.99** |
| Ship To: PLANT 12 DELPHI STEERING 499 EAST COUNTY ROAD 300 SO NEW CASTLE IN 47362-8707 | Service Type: Total Packages: Hundredweight: Billable Wt.: Billing Option: | UPS GROUND 1 No 8.0 Freight Collect | Shipment Service Charge: | $ | 4.77 |
| | Tracking No.: Package Type: Weight: | 1Z4538610344299931 Package 8.0 | Package Service Charge: Receiver Amt: (V95348) **UPS Total Charge:** | $ $ $ | 4.77 4.77 **4.77** |
| Ship To: PLANT 12 DELPHI STEERING 49'   3T COUNTY ROAD 300 SO NEV  _ASTLE IN 47362-8707 **VOID** | Service Type: Total Packages: Hundredweight: Billable Wt.: Billing Option: | UPS GROUND 1 No 3.0 Freight Collect | Shipment Service Charge: | $ | 4.07 |
| | Tracking No.: Package Type: Weight: | 1Z4538610344877726 Package 3.0 | Package Service Charge: Receiver Amt: (V95348) **UPS Total Charge:** | $ $ $ | 4.07 4.07 **4.07** |

**Summary Totals:**

| Shipment Option | Shpts Pkgs Ref Charges | | Billing Option | Shpts | Pkgs | Ref Charges |
|---|---|---|---|---|---|---|
| | | | Freight Collect | 2 | 4 | $    20.76 |
| Package Option | Pkgs  Ref Charges | | **TOTAL CHARGES** | | | $    20.76 |

**2 Shipment(s)**        1 Voided Shipment(s)
**4 Package(s)**          1 Voided Package(s)

UPS OnLine WorldShip 6.0.27 winspool 24



# ST. CLAIR PLASTICS CO.

30855 TETON PLACE · CHESTERFIELD TWP, MI 48047
PHONE (586) 598-9930 · DUNS 05-332-6948
FAX (586) 598-7057

| INVOICE NUMBER |
|---|
| 161273 |

**SOLD TO:**
00557
SAGINAW STEERING
ACCOUNTS PAYABLE
AUTO COMP-DISBURSEMNT ANALYSIS
P O BOX 1550
FLINT MI 48501-1550
UNITED STATES

**SHIP TO:**
00557
SAGINAW STEERING GEAR DIV

GEN MTRS CORP/PLANT #6
TOWERLINE RD OFF HOLLAND RD
SAGINAW MI 48601
UNITED STATES

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 53326948 | NET 25TH | CHESTERFIELD TWP MI | 09/30/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 9/30/05 | 161273 | UNITED PARCEL SERV | 26 | 0 | 26 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| AG9014956 | 26102801 MOTOR BRACKET | 200 PC | 0.465500 | $93.10 |

I hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

GOODS TO BE RETURNED WITHOUT OUR WRITTEN PERMISSION.
PURCHASER SHALL BE DEEMED TO HAVE ACCEPTED THE GOODS SHIPPED HEREUNDER IN ACCORDANCE WITH THE TERMS HEREOF UNLESS ST CLAIR PLASTICS IS
NOTIFIED IN WRITING OF ANY DEFECTS, SHORTAGES, ERRORS OR ANY CLAIMS WHATSOEVER.

| | |
|---|---|
| SUBTOTAL | $93.10 |
| SALES TAX | $0.00 |
| FREIGHT CHARGES | $0.00 |
| INVOICE TOTAL | $93.10 |
| DISC AVAILABLE | $0.00 |
| FNDS: USD | |

St. Paul Brass & Alum. Co.
DAILY SHIPMENT DETAIL REPORT
09/30/05 03:39 PM

Pickup Date: 09/30/05
Pickup Record No.: 7695129 65 4

UPS Account No.: 453861
Sorted By: Order of Shipment

| Name/Address | Shipment Detail | Options | Reference Rate Charges |
|---|---|---|---|
| Ship To: RECEIVING INSPECTION SAGINAW STEERING DIV-GMC PLANT 6 TOWERLINE RD OFF HOLLAND RD SAGINAW MI 48601 | Service Type: UPS GROUND<br>Total Packages: 2<br>Hundredweight: No<br>Billable Wt.: 26.0<br>Billing Option: Freight Collect | Shipment Service Charge: | $      10.66 |
| | Tracking No.: 1Z4538610344271344<br>Package Type: Package<br>Weight: 13.0 | Package Service Charge: | $       5.33 |
| | Tracking No.: 1Z4538610344375956<br>Package Type: Package<br>Weight: 13.0 | Package Service Charge:<br>Receiver Amt: (458483)<br>UPS Total Charge: | $       5.33<br>$      10.66<br>$      10.66 |
| Ship To: BEN DANKERT& BRIAN KING WEBASTO 2200 INNOVATION DR. LEXINGTON KY 40511 | Service Type: UPS NEXT DAY AIR<br>Total Packages: 1<br>Hundredweight: No<br>Billable Wt.: 3.0<br>Billing Option: Freight Collect<br>Package Ref No.1: 022038 | Shipment Service Charge: | $      21.00 |
| | Tracking No.: 1Z4538610144877766<br>Package Type: Package<br>Weight: 3.0<br>Package Ref No.1: 022038 | Package Service Charge:<br><br>Receiver Amt: (4Y21E1)<br>UPS Total Charge: | $      21.00<br><br>$      21.00<br>$      21.00 |
| Ship To: CTS CAR TOP SYSTEMS N.A. BG LLC 275 MITCH MCCONNEL WAY BOWLING GREEN KY 42101-7516 | Service Type: UPS GROUND<br>Total Packages: 1<br>Hundredweight: No<br>Billable Wt.: 8.0<br>Billing Option: Freight Collect | Shipment Service Charge: | $       5.33 |
| | Tracking No.: 1Z4538610344320773<br>Package Type: Package<br>Weight: 8.0 | Package Service Charge:<br>Receiver Amt: (8Y81F7)<br>UPS Total Charge: | $       5.33<br>$       5.33<br>$       5.33 |

**Summary Totals:**

| Shipment Option | Shpts | Pkgs | Ref Charges |
|---|---|---|---|
| Package Option | | Pkgs | Ref Charges |

| Billing Option | Shpts | Pkgs | Ref Charges |
|---|---|---|---|
| Freight Collect | 3 | 4 | $      36.99 |
| **TOTAL CHARGES** | | | $      36.99 |

3 Shipment(s)
4 Package(s)

UPS OnLine WorldShip 6.0.27 winspool 24

# ST. CLAIR PLASTICS CO.

30855 TETON PLACE • CHESTERFIELD TWP., MI 48047
PHONE (586) 598-9930 • DUNS 05-332-6948
FAX (586) 598-7057

INVOICE NUMBER

161287

| S O L D  T O | 00557 SAGINAW STEERING ACCOUNTS PAYABLE AUTO COMP-DISBURSEMNT ANALYSIS P O BOX 1550 FLINT MI 48501-1550 UNITED STATES | S H I P  T O | 00557 SAGINAW STEERING GEAR DIV GEN MTRS CORP/PLANT #6 TOWERLINE RD OFF HOLLAND RD SAGINAW MI 48601 UNITED STATES |
|---|---|---|---|

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 53326948 | NET 25TH | CHESTERFIELD TWP MI | 10/03/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 0/03/05 | 161287 | UNITED PARCEL SERV | 39 | 0 | 39 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| AG9014956 | 26102801 MOTOR BRACKET | 300 PC | 0.465500 | $139.65 |

i hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act,
of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

GOODS TO BE RETURNED WITHOUT OUR WRITTEN PERMISSION.
RCHASER SHALL BE DEEMED TO HAVE ACCEPTED THE GOODS SHIPPED HEREUNDER IN ACCORDANCE WITH THE TERMS HEREOF UNLESS ST. CLAIR PLASTICS IS
TIFIED IN WRITING OF ANY DEFECTS, SHORTAGES, ERRORS OR ANY CLAIMS WHATSOEVER.

| | |
|---|---|
| SUBTOTAL | $139.65 |
| SALES TAX | $0.00 |
| FREIGHT CHARGES | $0.00 |
| INVOICE TOTAL | $139.65 |
| DISC AVAILABLE | $0.00 |
| NDS: USD | |

Stop Philadelphia Co.
**DAILY SHIPMENT DETAIL REPORT**
10/03/05 03:27 PM

Pickup Date: 10/03/05
Pickup Record No.: 7695129 66 5

UPS Account No.: 453861
Sorted By: Order of Shipment

| Nar    ddress | Shipment Detail | Options | Reference Rate Charges |
|---|---|---|---|
| Ship To: RECEIVING INSPECTION SAGINAW STEERING DIV-GMC PLANT 6 TOWERLINE RD OFF HOLLAND RD SAGINAW MI 48601 | Service Type:           UPS GROUND<br>Total Packages:       3<br>Hundredweight:      No<br>Billable Wt.:           39.0<br>Billing Option:       Freight Collect | Shipment Service Charge: | $      15.99 |
| | Tracking No.:        1Z4538610344128982<br>Package Type:       Package<br>Weight:                 13.0 | Package Service Charge: | $      5.33 |
| | Tracking No.:        1Z4538610344206398<br>Package Type:       Package<br>Weight:                 13.0 | Package Service Charge: | $      5.33 |
| | Tracking No.:        1Z4538610344537003<br>Package Type:       Package<br>Weight:                 13.0 | Package Service Charge:<br>**Receiver Amt: (458483)**<br>**UPS Total Charge:** | $      5.33<br>$      15.99<br>$      15.99 |
| Ship To: MANTEX 611 INDUSTRIAL PARKWAY IMLAY CITY MI 48444 | Service Type:           UPS GROUND<br>Total Packages:       3<br>Hundredweight:      No<br>Billable Wt.:           45.0<br>Billing Option:       Freight Collect | Shipment Service Charge: | $      20.49 |
| | Tracking No.:        1Z4538610344784817<br>Package Type:       Package<br>Weight:                 15.0 | Package Service Charge: | $      6.83 |
| | Tracking No.:        1Z4538610344893824<br>Package Type:       Package<br>Weight:                 15.0 | Package Service Charge: | $      6.83 |
| | Tracking No.:        1Z4538610344688038<br>Package Type:       Package<br>Weight:                 15.0 | Package Service Charge:<br>**Receiver Amt: (500EW8)**<br>**UPS Total Charge:** | $      6.83<br>$      20.49<br>$      20.49 |

Summary Totals:

| Shipment Option | Shpts | Pkgs | Ref Charges | | Billing Option | Shpts | Pkgs | Ref Charges |
|---|---|---|---|---|---|---|---|---|
| | | | | | Freight Collect | 2 | 6 | $      36.48 |
| Package Option | | Pkgs | Ref Charges | | **TOTAL CHARGES** | | | $      36.48 |

2 Shipment(s)
6 Package(s)

UPS OnLine WorldShip 6.0.27 winspool 24

# SCP ST. CLAIR PLASTICS CO.

30855 TETON PLACE · CHESTERFIELD TWP, MI 48047
PHONE (586) 598-9930 · DUNS 05-332-6948
FAX (586) 598-7057

| INVOICE NUMBER |
|---|
| 161307 |

**SOLD TO:**
00557
SAGINAW STEERING
ACCOUNTS PAYABLE
AUTO COMP-DISBURSEMNT ANALYSIS
P O BOX 1550
FLINT MI 48501-1550
UNITED STATES

**SHIP TO:**
00557
SAGINAW STEERING GEAR DIV

GEN MTRS CORP/PLANT #6
TOWERLINE RD OFF HOLLAND RD
SAGINAW MI 48601
UNITED STATES

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 053326948 | NET 25TH | CHESTERFIELD TWP MI | 10/04/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 10/04/05 | 161307 | UNITED PARCEL SERV | 26 | 0 | 26 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| AG9014934 | 26102801 MOTOR BRACKET | 200 PC | 0.465500 | $93.10 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14 hereof."

GOODS TO BE RETURNED WITHOUT OUR WRITTEN PERMISSION.
PURCHASER SHALL BE DEEMED TO HAVE ACCEPTED THE GOODS SHIPPED HEREUNDER IN ACCORDANCE WITH THE TERMS HEREOF UNLESS OTHERWISE NOTIFIED IN WRITING OF ANY DEFECTS, SHORTAGES, ERRORS OR ANY CLAIMS WHATSOEVER.

| | |
|---|---|
| SUBTOTAL | $93.10 |
| SALES TAX | $0.00 |
| FREIGHT CHARGES | $0.00 |
| INVOICE TOTAL | $93.10 |
| DISC AVAILABLE | $0.00 |
| FUNDS: USD | |

St. Clair Plastics Co.
**DAILY SHIPMENT DETAIL REPORT**
10/04/05 03:46 PM

Pickup Date: 10/04/05
Pickup Record No.: 7695129 67 6

UPS Account No.: 453861
Sorted By:Order of Shipment

| Na    ddress | Shipment Detail | Options | Reference Rate Charges |
|---|---|---|---|
| Ship To: RECEIVING INSPECTION SAGINAW STEERING DIV-GMC PLANT 6 TOWERLINE RD OFF HOLLAND RD SAGINAW MI 48601 | Service Type: UPS GROUND<br>Total Packages: 2<br>Hundredweight: No<br>Billable Wt.: 26.0<br>Billing Option: Freight Collect | Shipment Service Charge: | $    10.66 |
| | Tracking No.: 1Z4538610344471440<br>Package Type: Package<br>Weight: 13.0 | Package Service Charge: | $    5.33 |
| | Tracking No.: 1Z4538610344628058<br>Package Type: Package<br>Weight: 13.0 | Package Service Charge:<br>Receiver Amt: (458483)<br>UPS Total Charge: | $    5.33<br>$    10.66<br>$    10.66 |
| Ship To:<br>MANTEX<br>611 INDUSTRIAL PARKWAY<br>IMLAY CITY MI 48444 | Service Type: UPS GROUND<br>Total Packages: 4<br>Hundredweight: No<br>Billable Wt.: 60.0<br>Billing Option: Freight Collect | Shipment Service Charge: | $    27.32 |
| | Tracking No.: 1Z4538610344221862<br>Package Type: Package<br>Weight: 15.0 | Package Service Charge: | $    6.83 |
| | Tracking No.: 1Z4538610344596879<br>Package Type: Package<br>Weight: 15.0 | Package Service Charge: | $    6.83 |
| | Tracking No.: 1Z4538610344977083<br>Package Type: Package<br>Weight: 15.0 | Package Service Charge: | $    6.83 |
| | Tracking No.: 1Z4538610344066496<br>Package Type: Package<br>Weight: 15.0 | Package Service Charge:<br>Receiver Amt: (500EW8)<br>UPS Total Charge: | $    6.83<br>$    27.32<br>$    27.32 |

Summary Totals:

| Shipment Option | Shpts | Pkgs | Ref Charges | | Billing Option | Shpts | Pkgs | Ref Charges |
|---|---|---|---|---|---|---|---|---|
| | | | | | Freight Collect | 2 | 6 | $    37.98 |
| Package Option | | Pkgs | Ref Charges | | TOTAL CHARGES | | | $    37.98 |

**2 Shipment(s)**
**6 Package(s)**

UPS OnLine WorldShip 6.0.27 winspool 24

# SCP ST. CLAIR PLASTICS CO.

30855 TETON PLACE • CHESTERFIELD TWP, MI 48047
PHONE (586) 598-9930 • DUNS 05-332-6948
FAX (586) 598-7057

| INVOICE NUMBER |
|---|
| 161323 |

**SOLD TO**
00557
SAGINAW STEERING
ACCOUNTS PAYABLE
AUTO COMP-DISBURSEMNT ANALYSIS
P O BOX 1550
FLINT MI 48501-1550
UNITED STATES

**SHIP TO**
00557
SAGINAW STEERING GEAR DIV
GEN MTRS CORP/PLANT #6
TOWERLINE RD OFF HOLLAND RD
SAGINAW MI 48601
UNITED STATES

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 53326948 | NET 25TH | CHESTERFIELD TWP MI | 10/05/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 0/05/05 | 161323 | UNITED PARCEL SERV | 39 | 0 | 39 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| AG9014956 | 26102801 MOTOR BRACKET | 300 PC | 0.465500 | $139.65 |

e hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended,
of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

GOODS TO BE RETURNED WITHOUT OUR WRITTEN PERMISSION.
RCHASER SHALL BE DEEMED TO HAVE ACCEPTED THE GOODS SHIPPED HEREUNDER IN ACCORDANCE WITH THE TERMS HEREOF UNLESS PURCHASER IS HAS NOTIFIED
TIFIED IN WRITING OF ANY DEFECTS, SHORTAGES, ERRORS OR ANY CLAIMS WHATSOEVER.

| | |
|---|---|
| SUBTOTAL | $139.65 |
| SALES TAX | $0.00 |
| FREIGHT CHARGES | $0.00 |
| INVOICE TOTAL | $139.65 |
| ISC AVAILABLE | $0.00 |
| NDS: USD | |

**DAILY SHIPMENT DETAIL REPORT**
10/05/05 03:46 PM

Pickup Date: 10/05/05
Pickup Record No.: 7695129 68 0

UPS Account No.: 453861
Sorted By:Order of Shipment

| Name Address | Shipment Detail | | Options | Reference Rate Charges | |
|---|---|---|---|---|---|
| Ship To: RECEIVING INSPECTION SAGINAW STEERING DIV-GMC PLANT 6 TOWERLINE RD OFF HOLLAND RD SAGINAW MI 48601 | Service Type: Total Packages: Hundredweight: Billable Wt.: Billing Option: | UPS GROUND 3 No 39.0 Freight Collect | Shipment Service Charge: | $ | 15.99 |
| | Tracking No.: Package Type: Weight: | 1Z4538610344649106 Package 13.0 | Package Service Charge: | $ | 5.33 |
| | Tracking No.: Package Type: Weight: | 1Z4538610344188917 Package 13.0 | Package Service Charge: | $ | 5.33 |
| | Tracking No.: Package Type: Weight: | 1Z4538610344429924 Package 13.0 | Package Service Charge: Receiver Amt: (458483) UPS Total Charge: | $ $ $ | 5.33 15.99 15.99 |

**Summary Totals:**

| Shipment Option | Shpts | Pkgs | Ref Charges | | Billing Option | Shpts | Pkgs | Ref Charges |
|---|---|---|---|---|---|---|---|---|
| | | | | | Freight Collect | 1 | 3 | $ 15.99 |
| Package Option | | Pkgs | Ref Charges | | TOTAL CHARGES | | | $ 15.99 |

1 Shipment(s)
3 Package(s)

UPS OnLine WorldShip 6.0.27 winspool 24



# ST. CLAIR PLASTICS CO.

| | INVOICE NUMBER |
|---|---|
| | 161347 |

30855 TETON PLACE · CHESTERFIELD TWP, MI 48047
PHONE (586) 598-9930 · DUNS 05-332-6948
FAX (586) 598-7057

| S O L D  T O | S H I P  T O |
|---|---|
| 00557 SAGINAW STEERING ACCOUNTS PAYABLE AUTO COMP-DISBURSEMNT ANALYSIS P O BOX 1550 FLINT MI 48501-1550 UNITED STATES | 00557 SAGINAW STEERING GEAR DIV GEN MTRS CORP/PLANT #6 TOWERLINE RD OFF HOLLAND RD SAGINAW MI 48601 UNITED STATES |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 53326948 | NET 25TH | CHESTERFIELD TWP MI | 10/06/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 0/06/05 | 161347 | UNITED PARCEL SERV | 39 | 0 | 39 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| AG9014956 | 26102801 MOTOR BRACKET | 300 PC | 0.465500 | $139.65 |

hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

GOODS TO BE RETURNED WITHOUT OUR WRITTEN PERMISSION.
CHASER SHALL BE DEEMED TO HAVE ACCEPTED THE GOODS SHIPPED HEREUNDER IN ACCORDANCE WITH-I THE TERMS HEREOF UNLESS PURCHASER NOTIFIES
FIED IN WRITING OF ANY DEFECTS, SHORTAGES, ERRORS OR ANY CLAIMS WHATSOEVER.

| | |
|---|---|
| SUBTOTAL | $139.65 |
| SALES TAX | $0.00 |
| FREIGHT CHARGES | $0.00 |
| INVOICE TOTAL | $139.65 |
| DISC AVAILABLE | $0.00 |
| NDS: USD | |

St. Regis Plastics Co.
**DAILY SHIPMENT DETAIL REPORT**
10/06/05 03:52 PM

Pickup Date: 10/06/05
Pickup Record No.: 7695129 70 2

UPS Account No.: 453861
Sorted By:Order of Shipment

| Name/Address | Shipment Detail | Options | Reference Rate Charges |
|---|---|---|---|
| **Ship To:**<br>DUR AUTOMOTIVE SYSTEMS INC<br>DOOR MODULE OPERATIONS GROUP<br>9444 FLORDIA MINING BLVD.<br>JACKSONVILLE FL 32257 | Service Type:        UPS GROUND<br>Total Packages:     2<br>Hundredweight:     No<br>Billable Wt.:          41.0<br>Billing Option:       Freight Collect | Shipment Service Charge: | $        16.91 |
|  | Tracking No.:        1Z4538610344991549<br>Package Type:       Package<br>Weight:                 19.0 | Package Service Charge: | $          7.93 |
|  | Tracking No.:        1Z4538610344600158<br>Package Type:       Package<br>Weight:                 22.0 | Package Service Charge:<br>Receiver Amt: (233YF9)<br>UPS Total Charge: | $          8.98<br>$        16.91<br>$        16.91 |
| **Ship To:** LINDA BROWN<br>SIMCO AUTOMOTIVE<br>51362 QUADRATE DRIVE<br>MACOMB MI 48042-4055 | Service Type:        UPS GROUND<br>Total Packages:     1<br>Hundredweight:     No<br>Billable Wt.:          1.0<br>Billing Option:       Prepaid<br>Package Ref No.1: 022052<br>Package Ref No.2: PAT G.    Q.C. | Shipment Service Charge: | $          3.62 |
|  | Tracking No.:        1Z4538610344685960<br>Package Type:       Package<br>Weight:                 1.0<br>Package Ref No.1: 022052<br>Package Ref No.2: PAT G.    Q.C. | Package Service Charge:<br><br>Shipper Amt:<br>UPS Total Charge: | $          3.62<br><br>$          3.62<br>$          3.62 |
| **Ship To:**<br>CAR-PAK MFG.<br>14    XTEL<br>TRU    MI 48099 | Service Type:        UPS GROUND<br>Total Packages:     3<br>Hundredweight:     No<br>Billable Wt.:          81.0<br>Billing Option:       Freight Collect | Shipment Service Charge: | $        21.57 |
|  | Tracking No.:        1Z4538610344392973<br>Package Type:       Package<br>Weight:                 27.0 | Package Service Charge: | $          7.19 |
|  | Tracking No.:        1Z4538610344745181<br>Package Type:       Package<br>Weight:                 27.0 | Package Service Charge: | $          7.19 |
|  | Tracking No.:        1Z4538610344246596<br>Package Type:       Package<br>Weight:                 27.0 | Package Service Charge:<br>Receiver Amt: (455764)<br>UPS Total Charge: | $          7.19<br>$        21.57<br>$        21.57 |
| **Ship To:** RECEIVING INSPECTION<br>SAGINAW STEERING DIV-GMC<br>PLANT 6<br>TOWERLINE RD OFF HOLLAND RD<br>SAGINAW MI 48601 | Service Type:        UPS GROUND<br>Total Packages:     3<br>Hundredweight:     No<br>Billable Wt.:          39.0<br>Billing Option:       Freight Collect | Shipment Service Charge: | $        15.99 |
|  | Tracking No.:        1Z4538610344481206<br>Package Type:       Package<br>Weight:                 13.0 | Package Service Charge: | $          5.33 |
|  | Tracking No.:        1Z4538610344713018<br>Package Type:       Package<br>Weight:                 13.0 | Package Service Charge: | $          5.33 |
|  | Tracking No.:        1Z4538610344486023<br>Package Type:       Package<br>Weight:                 13.0 | Package Service Charge:<br>Receiver Amt: (458483)<br>UPS Total Charge: | $          5.33<br>$        15.99<br>$        15.99 |

UPS OnLine WorldShip 6.0.27 winspool 24



# ST. CLAIR PLASTICS CO.

30855 TETON PLACE • CHESTERFIELD TWP, MI 48047
PHONE (586) 598-9930 • DUNS 05-332-6948
FAX (586) 598-7057

| INVOICE NUMBER |
| --- |
| 161367 |

**SOLD TO:**
00557
SAGINAW STEERING
ACCOUNTS PAYABLE
AUTO COMP-DISBURSEMNT ANALYSIS
P O BOX 1550
FLINT MI 48501-1550
UNITED STATES

**SHIP TO:**
00557
SAGINAW STEERING GEAR DIV

GEN MTRS CORP/PLANT #6
TOWERLINE RD OFF HOLLAND RD
SAGINAW MI 48601
UNITED STATES

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
| --- | --- | --- | --- |
| 53326948 | NET 25TH | CHESTERFIELD TWP MI | 10/07/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 0/07/05 | 161367 | UNITED PARCEL SERV | 52 | 0 | 52 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| A09014956 | 26102801 MOTOR BRACKET | 400 PC | 0.465500 | $186.20 |

hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended
of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

GOODS TO BE RETURNED WITHOUT OUR WRITTEN PERMISSION.
ICHASER SHALL BE DEEMED TO HAVE ACCEPTED THE GOODS SHIPPED HEREUNDER IN ACCORDANCE WITH THE TERMS HEREOF UNLESS RETURNED WISHED
IFIED IN WRITING OF ANY DEFECTS, SHORTAGES, ERRORS OR ANY CLAIMS WHATSOEVER.

| SUBTOTAL | $186.20 |
| --- | --- |
| SALES TAX | $0.00 |
| FREIGHT CHARGES | $0.00 |
| INVOICE TOTAL | $186.20 |
| ISC AVAILABLE | $0.00 |
| UNDS: USD | |

St. Clair Plastics Co.
DAILY SHIPMENT DETAIL REPORT
10/07/05 03:40 PM

Pickup Date: 10/07/05
Pickup Record No.: 7695129 71 3

UPS Account No.: 453861
Sorted By: Order of Shipment

| Name/Address | Shipment Detail | | Options | Reference Rate Charges | |
|---|---|---|---|---|---|
| Ship To:<br>ARVIN MERITOR<br>210 LOWMAN STREET<br>MULLINS SC 29574 | Service Type:<br>Total Packages:<br>Hundredweight:<br>Billable Wt.:<br>Billing Option: | UPS 2ND DAY AIR<br>4<br>No<br>60.0<br>Prepaid | Shipment Service Charge: | $ | 89.00 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z4538610244709070<br>Package<br>15.0 | Package Service Charge: | $ | 22.25 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z4538610244433288<br>Package<br>15.0 | Package Service Charge: | $ | 22.25 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z4538610244746691<br>Package<br>15.0 | Package Service Charge: | $ | 22.25 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z4538610244033308<br>Package<br>15.0 | Package Service Charge:<br>**Shipper Amt:**<br>**UPS Total Charge:** | $<br>$<br>$ | 22.25<br>**89.00**<br>**89.00** |
| Ship To: RECEIVING INSPECTION<br>SAGINAW STEERING DIV-GMC<br>PLANT 6<br>TOWERLINE RD OFF HOLLAND RD<br>SAGINAW MI 48601 | Service Type:<br>Total Packages:<br>Hundredweight:<br>Billable Wt.:<br>Billing Option: | UPS GROUND<br>4<br>No<br>52.0<br>Freight Collect | Shipment Service Charge: | $ | 21.32 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z4538610344357118<br>Package<br>13.0 | Package Service Charge: | $ | 5.33 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z4538610344062123<br>Package<br>13.0 | Package Service Charge: | $ | 5.33 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z4538610344372333<br>Package<br>13.0 | Package Service Charge: | $ | 5.33 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z4538610344991745<br>Package<br>13.0 | Package Service Charge:<br>**Receiver Amt: (458483)**<br>**UPS Total Charge:** | $<br>$<br>$ | 5.33<br>**21.32**<br>**21.32** |
| Ship To: JOE MARTINEY<br>ACCURATE ELASTOMER<br>4370 FUTLAND DRIVE<br>SAN DIEGO CA 92117 | Service Type:<br>Total Packages:<br>Hundredweight:<br>Billable Wt.:<br>Billing Option: | UPS GROUND<br>1<br>No<br>1.0<br>Freight Collect | Shipment Service Charge: | $ | 4.36 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z4538610344704359<br>Package<br>1.0 | Package Service Charge:<br>**Receiver Amt: (920060)**<br>**UPS Total Charge:** | $<br>$<br>$ | 4.36<br>**4.36**<br>**4.36** |
| Ship To: PAMELA MELISH<br>WREN INDUSTRIES INC.<br>265 LIGHTNER RD.<br>TIPP CITY OH 45371-9228 | Service Type:<br>Total Packages:<br>Hundredweight:<br>Billable Wt.:<br>Billing Option: | UPS GROUND<br>1<br>No<br>15.0<br>Freight Collect | Shipment Service Charge: | $ | 5.89 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z4538610344974166<br>Package<br>15.0 | Package Service Charge:<br>**Receiver Amt: (4E5691)**<br>**UPS Total Charge:** | $<br>$<br>$ | 5.89<br>**5.89**<br>**5.89** |

UPS OnLine WorldShip 6.0.27 winspool 24

 **ST. CLAIR PLASTICS CO.**

| INVOICE NUMBER |
| --- |
| 161324 |

30855 TETON PLACE • CHESTERFIELD TWP., MI 48047
PHONE (586) 598-9930 • DUNS 05-332-6948
FAX (586) 598-7057

| SOLD TO | SHIP TO |
| --- | --- |
| 00557<br>SAGINAW STEERING<br>ACCOUNTS PAYABLE<br>AUTO COMP-DISBURSEMNT ANALYSIS<br>P O BOX 1550<br>FLINT MI 48501-1550<br>UNITED STATES | 00557<br>SAGINAW STEERING GEAR DIV<br><br>GEN MTRS CORP/PLANT #6<br>TOWERLINE RD OFF HOLLAND RD<br>SAGINAW MI 48601<br>UNITED STATES |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
| --- | --- | --- | --- |
| 53326948 | NET 25TH | CHESTERFIELD TWP MI | 10/05/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 10/05/05 | 161324 | ALVAN MOTOR FREIGHT | 360 | 0 | 360 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| G90I5031 | 26104895<br>LEVER, TELESCOPING | 768<br>PC | 1.612000 | $1238.02 |

nereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended,
of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

GOODS TO BE RETURNED WITHOUT OUR WRITTEN PERMISSION.
CHASER SHALL BE DEEMED TO HAVE ACCEPTED THE GOODS SHIPPED HEREUNDER IN ACCORDANCE WITH THE TERMS HEREOF UNLESS ST. CLAIR PLASTICS IS
IFIED IN WRITING OF ANY DEFECTS, SHORTAGES, ERRORS OR ANY CLAIMS WHATSOEVER.

| | |
| --- | --- |
| SUBTOTAL | $1238.02 |
| SALES TAX | $0.00 |
| FREIGHT CHARGES | $0.00 |
| INVOICE TOTAL | $1238.02 |
| DISC AVAILABLE | $0.00 |
| UNDS: USD | |

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of the issue of this Original Bill of Lading.

| | | SID/SHIPPER NO. | DATE |
|---|---|---|---|
| | | 161324 | 10/05/05 |

**FROM ST. CLAIR PLASTICS CO.**  AT CHESTERFIELD TWP., MICHIGAN 48047  DUNS NO. 05-332-6948

Truck Number 161324

This is to certify that the below-named articles are property classified, described, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.*

† Shipper's imprints in lieu of stamp not a part of Bill of Lading approved by the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.  SIGNATURE: _____  TITLE: _____

53189

† The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of the Uniform Freight Classification and of the National Motor Freight Classification.

**CARRIER'S NO.**
**CAR OR VEHICLE INITIALS & NO.**

**CONSIGNEE AND DESTINATION (SHIPPER LOAD AND/OR CONSIGNEE UNLOAD)**
**(MAIL OR STREET ADDRESS OF CONSIGNEE - FOR PURPOSES OF NOTIFICATION ONLY)**

SAGINAW STEERING GEAR DIV

The property below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and the accepted for himself and his assigns.

GEN MTRS CORP/PLANT H6
TOWERLINE RD OFF HOLLAND RD
SAGINAW MI 48601
UNITED STATES

| CONTROL SOURCE | CARRIER (SHIP VIA) | SUPPLIER CODE | FREIGHT | | | F.O.B. | | DOCK NO. | AETC. NO. |
|---|---|---|---|---|---|---|---|---|---|
| | | | COL. | PPD. IN | PPD. | | | | |
| 0557 | AL VAN MOTOR FREIGHT | 053326948 | X | | | CHESTERFIELD TWP MI | 06 | | |

| P.O. NUMBER ENG. LEVEL | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | U.O.M. DOCK CODE | CONT. I.D. TOTAL CONT. | PALLETS LOOSE CONT. | PRIOR ACCU TOTAL ACCU |
|---|---|---|---|---|---|---|
| A69015051 B | 26104895 LEVER, TELESCOPING | 768 | PC 06 | CTN 24 | 1 0 | 46841 47616 |



Total Items Shipped:          1

10-5-05

| CONT. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | CLASS RATE | CK | TOTAL GROSS | TOTAL TARE | TOTAL NET |
|---|---|---|---|---|---|---|---|
| 4 | PLASTIC AUTO PARTS N01 DENSITY, 10# PCF OR MORE | 560 | | | 560 | 0 | 560 |
| | | | | | REMIT C.O.D. TO: (ADDRESS) | | |
| 4 | TOTAL | 560 | | | 560 | | 560 |

Subject to Section 7 of Conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor.)

Received $ _____
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)
Charges Advanced $ _____

C.O.D. CHARGES TO BE PAID
Shipper ☐   Consignee
C.O.D. AMOUNT
$ _____

THIS SHIPMENT IS CORREC DESCRIBED. CORRECT WEI IS

If charges are to be prepaid, wr stamp here, "To be Prepaid

**CLAIR PLASTICS CO.**
manent post-office address of shipper:

The _____ of declared value of the prop _____ ereby specifically stated by the shipp _____ be not exceeding

Shipper _____

Agent _____

1

# SCP ST. CLAIR PLASTICS CO.

30855 TETON PLACE • CHESTERFIELD TWP, MI 48047
PHONE (586) 598-9930 • DUNS 05-332-6948
FAX (586) 598-7057

| INVOICE NUMBER |
|---|
| 161366 |

| | | | | |
|---|---|---|---|---|
| **S O L D T O** | 00557<br>SAGINAW STEERING<br>ACCOUNTS PAYABLE<br>AUTO COMP-DISBURSEMNT ANALYSIS<br>P O BOX 1550<br>FLINT MI 48501-1550<br>UNITED STATES | | **S H I P T O** | 00557<br>SAGINAW STEERING GEAR DIV<br>GEN MTRS CORP/PLANT #6<br>TOWERLINE RD OFF HOLLAND RD<br>SAGINAW MI 48601<br>UNITED STATES |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 053326948 | NET 25TH | CHESTERFIELD TWP MI | 10/07/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 10/07/05 | 161366 | ALVAN MOTOR FREIGHT | 360 | 0 | 360 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| AG9015031 | 26104895<br>LEVER, TELESCOPING | 768<br>PC | 1.612000 | $1238.02 |

e hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended
l of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

GOODS TO BE RETURNED WITHOUT OUR WRITTEN PERMISSION.
RCHASER SHALL BE DEEMED TO HAVE ACCEPTED THE GOODS SHIPPED HEREUNDER IN ACCORDANCE WITH THE TERMS HEREOF UNLESS SELLER IS NOTIFIED IN WRITING OF ANY DEFECTS, SHORTAGES, ERRORS OR ANY CLAIMS WHATSOEVER.

| | |
|---|---|
| SUBTOTAL | $1238.02 |
| SALES TAX | $0.00 |
| FREIGHT CHARGES | $0.00 |
| INVOICE TOTAL | $1238.02 |
| DISC AVAILABLE | $0.00 |
| FUNDS: USD | |

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of the issue of this Original Bill of Lading.

FROM **ST. CLAIR PLASTICS CO.** AT CHESTERFIELD TWP., MICHIGAN 48047  DUNS NO. 05-332-6948  Truck Number 161366

| | 161366 | 10/07/05 |
|---|---|---|

This is to certify that the below-named articles are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. "If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight."

† Shipper's imprints in lieu of stamp not a part of Bill of Lading approved by the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. SIGNATURE: 53/64  TITLE:

† "The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of the Uniform Freight Classification."

CARRIER'S NO.
CAR OR VEHICLE INITIALS & NO.

CONSIGNEE AND DESTINATION / SHIPPER LOAD AND/OR CONSIGNEE UNLOAD
(MAIL OR STREET ADDRESS OF CONSIGNEE - FOR PURPOSES OF NOTIFICATION ONLY)

SAGINAW STEERING GEAR DIV

GEN MTRS CORP/PLANT #6
TOWERLINE RD OFF HOLLAND RD
SAGINAW MI 48601
UNITED STATES

The property below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each service of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any part of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| CONTROL SOURCE | CARRIER (SHIP VIA) | SUPPLIER CODE | FREIGHT | | | F.O.B. | | DOCK NO. | AETC. NO. |
|---|---|---|---|---|---|---|---|---|---|
| | | | COL. | PPD. IN | PPD. | | | | |
| 00557 | ALVAN MOTOR FREIGHT | 053326948 | X | | | CHESTERFIELD TWP MI | 06 | | |

| P.O. NUMBER ENG. LEVEL | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | U.O.M. DOCK CODE | CONT. I.D. TOTAL CONT. | PALLETS LOOSE CONT. | PRIOR ACCUM TOTAL ACCUM |
|---|---|---|---|---|---|---|
| 3A69015031 | 26104895 | 768 | PC | CTN | 1 | 4761 |
| 5B | LEVER, TELESCOPING | 06 | 24 | 0 | 4838 |



DT269500 6

| Loose PCS (A) | Skids (B) | PCS On Skids | Skids STC | Ttl. Handling Units (A+B) | SLC |
|---|---|---|---|---|---|
| | | | | | |

10-7-05

**Total Items Shipped:** 1

| QTY. CONT. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | CLASS RATE | CK | TOTAL GROSS | TOTAL TARE | TOTAL NET |
|---|---|---|---|---|---|---|---|
| 24 | PLASTIC AUTO PARTS NOI, DENSITY, 10# PCF OR MORE | 360 | | | 360 | 0 | 360 |
| | | | | | REMIT C.O.D. TO: (ADDRESS) | | |

Subject to Section 7 of Conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____
Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)
Charges Advanced $ _____

C.O.D. CHARGES TO BE PAID Shipper ☐ Consignee ☐
C.O.D. AMOUNT $ _____

THIS SHIPMENT IS CORRECTLY DESCRIBED, CORRECT WEIGHT IS

If charges are to be prepaid, write or stamp here, "To be Prepaid."

| 24 | **TOTAL** | 360 | | | | | |

**ST. CLAIR PLASTICS CO.**
Permanent post-office address of shipper:

This is the agreed or declared value of the property, the agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Shipper _____

(Signature of Consignor.)

Agent _____

1

# SCP ST. CLAIR PLASTICS CO.

| INVOICE NUMBER |
|----------------|
| 161253 |

30855 TETON PLACE • CHESTERFIELD TWP, MI 48047
PHONE (586) 598-9930 • DUNS 05-332-6948
FAX (586) 598-7057

**SOLD TO:**
00557
SAGINAW STEERING
ACCOUNTS PAYABLE
AUTO COMP-DISBURSEMNT ANALYSIS
P O BOX 1550
FLINT MI 48501-1550
UNITED STATES

**SHIP TO:**
44068
DELPHI STEERING

PLANT 12
499 EAST COUNTY ROAD 300 SO
NEW CASTLE IN 47362
UNITED STATES

| SUPPLIER CODE | TERMS | F.O.B | INVOICE DATE |
|---------------|-------|-------|--------------|
| 53326948 | NET 25TH | CHESTERFIELD TWP MI | 09/29/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|-----------|-------------|-------------|-------|------|-----|
| 9/29/05 | 141253 | UNITED PARCEL SERV | 3 | 0 | 3 |

| P.O. NUMBER | CUSTOMER PART NUMBER / DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|-------------|-----------------------------------|------------------|------------|--------|
| A09010349 | 26106886 PARK INHIBITOR CONNECTOR | 500 PC | 0.427600 | $213.80 |

hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended,
of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

GOODS TO BE RETURNED WITHOUT OUR WRITTEN PERMISSION.
CHASER SHALL BE DEEMED TO HAVE ACCEPTED THE GOODS SHIPPED HEREUNDER IN ACCORDANCE WITH THE TERMS HEREOF UNLESS
IFIED IN WRITING OF ANY DEFECTS, SHORTAGES, ERRORS OR ANY CLAIMS WHATSOEVER.

| | |
|---|---|
| SUBTOTAL | $213.80 |
| SALES TAX | $0.00 |
| FREIGHT CHARGES | $0.00 |
| INVOICE TOTAL | $213.80 |
| ISC AVAILABLE | $0.00 |
| UNDS: USD | |

St. Clair Plastics Co.
**DAILY SHIPMENT DETAIL REPORT**
09/29/05 03:49 PM

Pickup Date: 09/29/05
Pickup Record No.: 7695129 64 3

UPS Account No.: 453861
Sorted By:Order of Shipment

| Name Address | Shipment Detail | | Options | Reference Rate Charges | |
|---|---|---|---|---|---|
| Ship To: RECEIVING INSPECTION SAGINAW STEERING DIV-GMC PLANT 6 TOWERLINE RD OFF HOLLAND RD SAGINAW MI 48601 | Service Type: Total Packages: Hundredweight: Billable Wt.: Billing Option: | UPS GROUND 3 No 39.0 Freight Collect | Shipment Service Charge: | $ | 15.99 |
| | Tracking No.: Package Type: Weight: | 1Z4538610344666294 Package 13.0 | Package Service Charge: | $ | 5.33 |
| | Tracking No.: Package Type: Weight: | 1Z4538610344144900 Package 13.0 | Package Service Charge: | $ | 5.33 |
| | Tracking No.: Package Type: Weight: | 1Z4538610344500711 Package 13.0 | Package Service Charge: Receiver Amt: (458483) UPS Total Charge: | $ $ $ | 5.33 15.99 15.99 |
| Ship To: PLANT 12 DELPHI STEERING 499 EAST COUNTY ROAD 300 SO NEW CASTLE IN 47362-8707 | Service Type: Total Packages: Hundredweight: Billable Wt.: Billing Option: | UPS GROUND 1 No 8.0 Freight Collect | Shipment Service Charge: | $ | 4.77 |
| | Tracking No.: Package Type: Weight: | 1Z4538610344299931 Package 8.0 | Package Service Charge: Receiver Amt: (V95348) UPS Total Charge: | $ $ $ | 4.77 4.77 4.77 |
| Ship To: PLANT 12 DELPHI STEERING 49  ST COUNTY ROAD 300 SO NE   ASTLE IN 47362-8707 VOID | Service Type: Total Packages: Hundredweight: Billable Wt.: Billing Option: | UPS GROUND 1 No 3.0 Freight Collect | Shipment Service Charge: | $ | 4.07 |
| | Tracking No.: Package Type: Weight: | 1Z4538610344877726 Package 3.0 | Package Service Charge: Receiver Amt: (V95348) UPS Total Charge: | $ $ $ | 4.07 4.07 4.07 |

**Summary Totals:**

| Shipment Option | Shpts | Pkgs | Ref Charges | | Billing Option | Shpts | Pkgs | Ref Charges |
|---|---|---|---|---|---|---|---|---|
| | | | | | Freight Collect | 2 | 4 | $  20.76 |
| Package Option | | Pkgs | Ref Charges | | **TOTAL CHARGES** | | | $  20.76 |

**2 Shipment(s)**      1 Voided Shipment(s)
**4 Package(s)**       1 Voided Package(s)

UPS OnLine WorldShip 6.0.27 winspool 24

```
10/13/05                              St. Clair Plastics - 11                              Page 1
9:51 am                    Sales Analysis by Customer/Destination/Item                 (SHSALR92.P)

        From:      To
Date:   09/28/05   10/28/05     Converted to Base Currency:  No        Subtotal by Customer    : Yes
Customer: 36701    36701        Page Break on Currency    :  No        Subtotal by Destination: Yes
Currency: First    Last         Subtotal by Currency      :  No        Subtotal by Item       : Yes
        ------------------------
Currency: USD
-----------------------------------------------------------------------------------------------------
Customer/Name          Destination  Item Number        Invoice    Invoice                              Sales Amount
                                                        Date       Number    Line  Quantity Sold
-----------------------------------------------------------------------------------------------------
36701   DELPHI  S & I RIMIR       dary      1125000005   10/03/05  161281  002   3600              382.32

                                            Total For Item: 1125000005     3600              382.32

                                  1126000005  10/03/05  161281  001   3600              685.08

                                            Total For Item: 1126000005     3600              685.08

                                            Total For Destination: dary    7200            1,067.40

                            RH01  1225000005  09/28/05  161225  001   1404            1,703.47

                                             09/29/05  161250  001   1248            1,514.20

                                            Total For Item: 1225000005     2652            3,217.67

                                            Total For Destination: RH01    2652            3,217.67

                                            Total For Customer: 36701      9852            4,285.07

                                                           Report Total:   9852            4,285.07
```

# ST. CLAIR PLASTICS CO.

30855 TETON PLACE • CHESTERFIELD TWP., MI 48047
PHONE (586) 598-9930 • DUNS 05-332-6948
FAX (586) 598-7057

| INVOICE NUMBER |
| --- |
| SID161281 |

**SOLD TO:**
36701
DELPHI S & I RIMIR

1900 BILLY MITCHELL BLVD
BROWNSVILLE TX 78523
UNITED STATES

**SHIP TO:**
dary
DELPHI RIMIR

702 JOAQUIN CAVAZOS RD
LOS INDIOS TX 78567
UNITED STATES

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
| --- | --- | --- | --- |
| 053326948 | NET 30 | CHESTERFIELD TWP MI | 10/03/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 10/03/05 | 161281 | FJAX | 214 | 0 | 214 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| 0550063167 | 16869084 SHAPE MAINTAINER | 3600 PC | 0.190300 | $685.08 |
| 0550063167 | 16869576 RETAINER SUPPORT | 3600 PC | 0.106200 | $382.32 |

hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14 thereof.

GOODS TO BE RETURNED WITHOUT OUR WRITTEN PERMISSION.
RCHASER SHALL BE DEEMED TO HAVE ACCEPTED THE GOODS SHIPPED HEREUNDER IN ACCORDANCE WITH THE TERMS HEREOF UNLESS ST. CLAIR PLASTICS IS TIFIED IN WRITING OF ANY DEFECTS, SHORTAGES, ERRORS OR ANY CLAIMS WHATSOEVER.

| | |
| --- | --- |
| SUBTOTAL | $1067.40 |
| SALES TAX | $0.00 |
| FREIGHT CHARGES | $0.00 |
| INVOICE TOTAL | $1067.40 |
| DISC AVAILABLE | $0.00 |
| FUNDS: USD | |

STRAIGHT BILL OF LADING – SHORT FORM – Original – Not Negotiable.

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of the issue of this Original Bill of Lading.

| | | | SID/SHIPPER NO. | DATE |
|---|---|---|---|---|
| FROM **ST. CLAIR PLASTICS CO.** AT CHESTERFIELD TWP., MICHIGAN 48047 DUNS NO. 05-332-6948 | Truck Number 161281 | | SID161281 | 10/03/05 |

This is to certify that the below-named articles are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.*

† Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Department of Transportation.

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.    SIGNATURE: _____    TITLE: _____

† The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of the Uniform Freight Classification and of the National Motor Freight Classification.*

CARRIER'S NO.
CAR OR VEHICLE INITIALS & NO. DELPHI C & T DEMIR

the property below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any portion of said route to destination, and as to each party at any time interested in all or any part of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNEE AND DESTINATION / SHIPPER LOAD AND/OR CONSIGNEE UNLOAD
(MAIL OR STREET ADDRESS OF CONSIGNEE - FOR PURPOSES OF NOTIFICATION ONLY)
DELPHI RIMIR

DELPHI RIMIR – DARY
702 JUAQUIN CAVAZOS RD
LOS INDIOS TX 78567
UNITED STATES

| CONTROL SOURCE | CARRIER (SHIP VIA) | SUPPLIER CODE | FREIGHT | | | F.O.B. | | DOCK NO. | AETC. NO. |
|---|---|---|---|---|---|---|---|---|---|
| | | | COL. | PPD. INT. | PPD. | | | | |
| 0213 | PJAX | 053326948 | X | | | CHESTERFIELD TWP MI | | | |

| P.O. NUMBER ENG. LEVEL | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | U.O.M. DOCK CODE | CONT. I.D. TOTAL CONT. | PALLETS LOOSE CONT. | PRIOR ACCU TOTAL ACCU |
|---|---|---|---|---|---|---|
| 550063167 2 | 16869084 SHAPE MAINTAINER | 3600 | PC DARY | CTN 6 | 1 0 | 31690 35290 |
| 550063167 02 | 16869576 RETAINER SUPPORT | 3600 | PC DARY | CTN 5 | 0 5 | 165600 169200 |

**PJAX**
*FREIGHT SYSTEM*    12126056 6
PJ [X]    SHIPPERS COPY

Total Items Shipped:    1

| QTY. CONT. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | CLASS RATE | CK | TOTAL GROSS | TOTAL TARE | TOTAL NET |
|---|---|---|---|---|---|---|---|
| 2 | PLASTIC AUTO PARTS NO1 DENSITY, 108 PCF OR MORE | 216 | | | 216 | 0 | 216 |
| | | | | | REMIT C.O.D. TO: (ADDRESS) | | |
| | | | | | | | |
| **TOTAL** | | 216 | | | | | |

Subject to Section 7 of Conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor.)

Received $ _____
to apply in prepayment of the charges on the property described hereon.

_____
Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)
Charges Advanced
$ _____

C.O.D. CHARGES TO BE PAID
Shipper ☐    Consignee
C.O.D. AMOUNT
$ _____

THIS SHIPMENT IS CORRECT DESCRIBED. CORRECT WEIG
$ _____

If charges are to be prepaid, write stamp here, "To be Prepaid."

**CLAIR PLASTICS CO.**
anent post-office address of shipper:    Shipper    Agent

# ST. CLAIR PLASTICS CO.

30855 TETON PLACE • CHESTERFIELD TWP. MI 48047
PHONE (586) 598-9930 • DUNS 05-332-6948
FAX (586) 598-7057

| SOLD TO | SHIP TO |
|---|---|
| 36701<br>DELPHI S & I RIMIR<br><br>1900 BILLY MITCHELL BLVD<br>BROWNSVILLE TX 78523<br>UNITED STATES | RH01<br>DELPHI CMM-VALLEY WH5E-RH01<br><br>3301 NAFTA PARKWAY-SUITE B<br>BROWNSVILLE TX 78521<br>UNITED STATES |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 053326948 | NET 30 | CHESTERFIELD TWP MI | 09/28/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/28/05 | 161225 | BAX GLOBAL | 270 | 0 | 270 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 5500025156 | 16844663<br>INTERRUPTER | 1404<br>PC | 1.213500 | $1703.47 |

"I hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

GOODS TO BE RETURNED WITHOUT OUR WRITTEN PERMISSION.
CHASER SHALL BE DEEMED TO HAVE ACCEPTED THE GOODS SHIPPED HEREUNDER IN ACCORDANCE WITH THE TERMS HEREOF UNLESS ST. CLAIR PLASTICS IS
NOTIFIED IN WRITING OF ANY DEFECTS, SHORTAGES, ERRORS OR ANY CLAIMS WHATSOEVER.

| | |
|---|---|
| SUBTOTAL | $1703.47 |
| SALES TAX | $0.00 |
| FREIGHT CHARGES | $0.00 |
| INVOICE TOTAL | $1703.47 |
| TSC AVAILABLE | $0.00 |
| CURR: USD | |

**BAX GLOBAL**
CORPORATE SUPPORT GROUP
440 EXCHANGE
IRVINE, CA 92602

TERMS AND CONDITIONS

AIRBILL NUMBER **701 834 033**

1-800-CALL-BAX
FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

| DATE | ORIGIN | DESTINATION |
|------|--------|-------------|
| 09/28/05 | DTW | |

SHIPPER'S REFERENCE NO. **161225**
SHIPPER'S ACCOUNT NO. **449769798**

CONSIGNEE'S REFERENCE NO.
CONSIGNEE'S ACCOUNT NO. **152 653 804**

COMPANY **ST CLAIR PLASTICS**
DEPT/FLOOR

COMPANY **DELPHI CMM-VALLEY WHSE-RH01**
DEPT/FLOOR

TO (YOUR NAME) **PATRICIA ALLOR**   PHONE NO. **(586) 598-9930 X103**

TO (CONSIGNEE NAME) **ESTHER CANTU**   PHONE NO. **(956) 228-1406**

STREET ADDRESS **30855 TEJON PL**

ACCURATE STREET ADDRESS BAX CANNOT DELIVER TO A P.O. BOX
**3301 NAFTA PARKWAY SUITE B**

| CITY | STATE | ZIP REQUIRED |
|------|-------|--------------|
| CHESTERFIELD TOWNS | MI | 48047 |

| CITY | STATE | ZIP REQUIRED |
|------|-------|--------------|
| BROWNSVILLE | TX | 78521 |

**BILLING INFORMATION**

PREPAID (SHIPPER)
COLLECT (CONSIGNEE)
3RD PARTY

RATE QUOTE NUMBER

ACCOUNT NO.

**TRANSPORTATION INFORMATION**

DECLARED VALUE $ **100**

AIRBILL NUMBER **701 834 033**

RECEIVED BY BAX GLOBAL DRIVER / AGENT

Pick Up Driver No.

(IN ORDER TO EXPEDITE, SHIPMENT MAY BE DIVERTED TO MOTOR OR OTHER CARRIER AS PER TARIFF RULE UNLESS SHIPPER GIVES OTHER INSTRUCTIONS)
NON-NEGOTIABLE AIRBILL SUBJECT TO TERMS AND CONDITIONS OF CONTRACT ON REVERSE SIDE.

**SHIPPER COPY**

 **ST. CLAIR PLASTICS CO.**

| INVOICE NUMBER |
| --- |
| 161250 |

30855 TETON PLACE • CHESTERFIELD TWP., MI 48047
PHONE (586) 598-9930 • DUNS 05-332-6948
FAX (586) 598-7057

S O L D   T O:
36701
DELPHI S & I RIMIR

1900 BILLY MITCHELL BLVD
BROWNSVILLE TX 78523
UNITED STATES

S H I P   T O:
RH01
DELPHI CMM-VALLEY WHSE-RH01

3301 NAFTA PARKWAY-SUITE B
BROWNSVILLE TX 78521
UNITED STATES

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
| --- | --- | --- | --- |
| 53326248 | NET 30 | CHESTERFIELD TWP MI | 09/29/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 9/29/05 | 161250 | BAX GLOBAL | 260 | 20 | 240 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| 550025154 | 14644643 INTERRUPTER | 1248 PC | 1.213300 | $1514.20 |

hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act,
of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

GOODS TO BE RETURNED WITHOUT OUR WRITTEN PERMISSION.
CHASER SHALL BE DEEMED TO HAVE ACCEPTED THE GOODS SHIPPED HEREUNDER IN ACCORDANCE WITH THE TERMS HEREOF UNLESS ST. CLAIR PLASTICS IS
IFIED IN WRITING OF ANY DEFECTS, SHORTAGES, ERRORS OR ANY CLAIMS WHATSOEVER.

| | |
| --- | --- |
| SUBTOTAL | $1514.20 |
| SALES TAX | $0.00 |
| FREIGHT CHARGES | $0.00 |
| INVOICE TOTAL | $1514.20 |
| TSC AVAILABLE | $0.00 |

**BAX GLOBAL**
CORPORATE SUPPORT GROUP
440 EXCHANGE
IRVINE, CA 92602

1-800-CALL-BAX
FOR INFORMATION OR THE
BAX OFFICE NEAREST YOU

| DATE | ORIGIN | DESTINATION |
|---|---|---|
| 09/29/05 | DTW | |

AIRBILL NUMBER: **701 834 044**

| SHIPPER'S REFERENCE NO. | SHIPPER'S ACCOUNT NO. |
|---|---|
| 161250 | 4437767782 |

COMPANY: ST CLAIR PLASTICS

(YOUR NAME) PATRICIA ALLOR   PHONE NO. (586) 598-9930 X103

STREET ADDRESS: 30855 TETON PL

CITY: CHESTERFIELD TOWNS   STATE: MI   ZIP: 48047

CONSIGNEE'S REFERENCE NO.: 152 653 804

COMPANY: DELPHI CHM-VALLEY WHSE-RH01

TO (CONSIGNEE NAME): ESTHER CANTU   PHONE NO: (956) 228-1406

ACCURATE STREET ADDRESS (BAX CANNOT DELIVER TO A P.O. BOX): 1301 NAFTA PARKWAY, SUITE

CITY: BROWNSVILLE   STATE: TX   ZIP: 78521

**BILLING INFORMATION**

- [ ] PREPAID (SHIPPER) $
- [X] COLLECT (CONSIGNEE)
- [ ] THIRD PARTY

RATE QUOTE NUMBER:

ACCOUNT NO.: 152 653 804

COMPANY NAME: DELPHI

[ ] C.O.D.

| NO. OF PCS | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| 1 | 100/150 | 260 | 48 | 45 | 30 | PLASTIC AUTO PARTS |

AIRBILL NUMBER: 701 834 044

SHIPPER'S REPRESENTATIVE SIGNATURE OR NAME: PATRICIA ALLOR   DATE: /28/05

RECEIVED BY BAX AT

NON-NEGOTIABLE AIRBILL SUBJECT TO TERMS AND CONDITIONS OF CONTRACT ON REVERSE SIDE.

(IN ORDER TO EXPEDITE, SHIPMENT MAY BE DIVERTED TO MOTOR OR OTHER CARRIER AS PER TARIFF RULE UNLESS SHIPPER GIVES OTHER INSTRUCTIONS HEREON.)

**SHIPPER COPY**

St. Clair Plastics - 11
Sales Analysis by Customer/Destination/Item

```
         From                          Converted to Base Currency:    No        Subtotal by Customer     : Yes
Date:    09/28/05                      Page Break on Currency     :    No        Subtotal by Destination: Yes
Customer: 36121                        Subtotal by Currency       :    No        Subtotal by Item         : Yes
Currency: First                                                                                          : Yes
         To                            
         10/08/05                      
         36121                         
         Last                          
```

Currency: USD

| Customer/Name | Destination | Item Number | Invoice Date | Invoice Number | Line | Quantity Sold | Sales Amount |
|---|---|---|---|---|---|---|---|
| 36121 | | | | | | | |
| DELPHI AUTOMOTIVE-COLUMBUS | DK10 | | | | | | |
| | | 0889200005 | 10/05/05 | 161330 | 001 | 48 | 168.79 |
| | | Total For Item: 0889200005 | | | | 48 | 168.79 |
| | | 0891200005 | 09/29/05 | 161246 | 001 | 48 | 87.65 |
| | | Total For Item: 0891200005 | | | | 48 | 87.65 |
| | | 0893000005 | 10/05/05 | 161330 | 002 | 80 | 84.70 |
| | | Total For Item: 0893000005 | | | | 80 | 84.70 |
| | | 0894200005 | 10/05/05 | 161330 | 003 | 60 | 72.12 |
| | | Total For Item: 0894200005 | | | | 60 | 72.12 |
| | | 1025300005 | 09/29/05 | 161246 | 004 | 15 | 91.44 |
| | | Total For Item: 1025300005 | | | | 15 | 91.44 |
| | | 1026000005 | 09/29/05 | 161246 | 002 | 24 | 53.23 |
| | | Total For Item: 1026000005 | | | | 24 | 53.23 |
| | | 1027000005 | 10/05/05 | 161330 | 004 | 100 | 179.72 |
| | | Total For Item: 1027000005 | | | | 100 | 179.72 |
| | | 1028000005 | 09/29/05 | 161246 | 003 | 40 | 52.96 |
| | | Total For Item: 1028000005 | | | | 40 | 52.96 |
| | | 1080000015 | 09/28/05 | 161224 | 007 | 264 | 340.24 |
| | | | 09/29/05 | 161246 | 010 | 176 | 226.83 |
| | | | 09/30/05 | 161271 | 006 | 220 | 283.54 |

St. Clair Plastics - 11
Sales Analysis by Customer/Destination/Item

Page 2
(SHSALP92.P)

| | | | |
|---|---|---|---|
| | 10/03/05 161286 | 007 | 176 | 226.83 |
| | 10/04/05 161306 | 007 | 176 | 226.83 |
| | 10/05/05 161330 | 008 | 176 | 226.83 |
| | 10/06/05 161346 | 004 | 176 | 226.83 |
| | 10/07/05 161362 | 004 | 176 | 226.83 |
| Total For Item: 108000015 | | | 1540 | 1,984.76 |
| 1081000015 | 09/28/05 161224 | 006 | 275 | 347.08 |
| | 09/29/05 161246 | 009 | 220 | 277.66 |
| | 09/30/05 161271 | 005 | 165 | 208.25 |
| | 10/03/05 161286 | 006 | 165 | 208.25 |
| | 10/04/05 161306 | 006 | 220 | 277.66 |
| | 10/05/05 161330 | 007 | 110 | 138.83 |
| | 10/06/05 161346 | 003 | 220 | 277.66 |
| | 10/07/05 161362 | 003 | 165 | 208.25 |
| Total For Item: 1081000015 | | | 1540 | 1,943.64 |
| 1092000005 | 09/28/05 161224 | 001 | 2000 | 285.44 |
| | 10/05/05 161330 | 005 | 2000 | 285.44 |
| Total For Item: 1092000005 | | | 4000 | 570.88 |
| 1150000015 | 09/28/05 161224 | 009 | 990 | 1,196.02 |
| | 09/29/05 161246 | 012 | 660 | 797.35 |
| | 09/30/05 161271 | 008 | 825 | 996.68 |
| | 10/03/05 161286 | 008 | 770 | 930.24 |
| | 10/04/05 161306 | 008 | 715 | 863.79 |
| | 10/06/05 161346 | 006 | 385 | 465.12 |
| | 10/07/05 161362 | 006 | 660 | 797.35 |
| Total For Item: 1150000015 | | | 5005 | 6,046.55 |

St. Clair Plastics - 11
Sales Analysis by Customer/Destination/Item

Page 3
(SHSALR92.P)

| Date | Invoice | Item | Qty | Amount |
|---|---|---|---|---|
| **1151300015** | | | | |
| 09/28/05 | 161224 | 008 | 264 | 358.09 |
| 09/29/05 | 161246 | 011 | 616 | 835.54 |
| 09/30/05 | 161271 | 007 | 836 | 1,133.35 |
| 10/03/05 | 161286 | 003 | 792 | 1,074.27 |
| 10/04/05 | 161306 | 003 | 704 | 954.91 |
| 10/06/05 | 161346 | 005 | 396 | 537.13 |
| 10/07/05 | 161362 | 005 | 660 | 895.22 |
| **Total For Item: 1151300015** | | | 4268 | 5,789.11 |
| **1165000005** | | | | |
| 09/28/05 | 161224 | 005 | 252 | 207.65 |
| 09/29/05 | 161246 | 008 | 630 | 519.12 |
| 09/30/05 | 161271 | 004 | 840 | 692.16 |
| 10/03/05 | 161286 | 005 | 798 | 657.55 |
| 10/04/05 | 161306 | 005 | 714 | 588.34 |
| | | 009 | 78 | 64.27 |
| 10/06/05 | 161346 | 002 | 378 | 311.47 |
| 10/07/05 | 161362 | 002 | 672 | 553.73 |
| **Total For Item: 1165000005** | | | 4362 | 3,594.29 |
| **1166200005** | | | | |
| 09/28/05 | 161224 | 004 | 80 | 256.47 |
| 09/29/05 | 161246 | 007 | 400 | 1,282.34 |
| 09/30/05 | 161271 | 003 | 360 | 1,154.11 |
| 10/03/05 | 161286 | 002 | 420 | 1,346.46 |
| 10/04/05 | 161306 | 002 | 480 | 1,538.81 |
| 10/05/05 | 161330 | 006 | 160 | 512.94 |
| 10/06/05 | 161346 | 001 | 440 | 1,410.57 |
| 10/07/05 | 161362 | 001 | 380 | 1,218.22 |
| **Total For Item: 1166200005** | | | 2720 | 8,719.92 |

St. Clair Plastics - 11
Sales Analysis by Customer/Destination/Item

| Item | Date | Doc | | Qty | Amount |
|---|---|---|---|---|---|
| **116810005** | | | | | |
| | 09/28/05 | 161224 | 003 | 120 | 287.28 |
| | 09/29/05 | 161246 | 006 | 460 | 1,101.22 |
| | 09/30/05 | 161271 | 002 | 420 | 1,005.46 |
| | 10/03/05 | 161286 | 001 | 240 | 574.55 |
| | 10/04/05 | 161306 | 001 | 320 | 766.07 |
| Total For Item: 116810005 | | | | 1560 | 3,734.58 |
| **1225000005** | | | | | |
| | 09/28/05 | 161224 | 002 | 126 | 130.50 |
| | 09/29/05 | 161246 | 010 | 78 | 80.78 |
| | 09/29/05 | 161246 | 005 | 168 | 174.00 |
| | 09/30/05 | 161271 | 001 | 252 | 261.00 |
| | 10/03/05 | 161286 | 004 | 126 | 130.50 |
| | 10/04/05 | 161306 | 004 | 252 | 261.00 |
| Total For Item: 1225000005 | | | | 1002 | 1,037.78 |
| Total For Destination: DXIO | | | | 26412 | 34,212.12 |
| **SATD** | | | | | |
| **0859312000** | | | | | |
| | 09/29/05 | 161245 | 004 | 1250 | 106.11 |
| | 10/07/05 | 161360 | 005 | 2500 | 212.23 |
| Total For Item: 0859312000 | | | | 3750 | 318.34 |
| **0859322000** | | | | | |
| | 10/07/05 | 161360 | 004 | 2500 | 212.23 |
| Total For Item: 0859322000 | | | | 2500 | 212.23 |
| **0887312006** | | | | | |
| | 10/06/05 | 161345 | 003 | 3000 | 223.92 |
| Total For Item: 0887312006 | | | | 3000 | 223.92 |
| **0887322006** | | | | | |
| | 09/29/05 | 161245 | 003 | 3000 | 223.92 |
| | 10/07/05 | 161360 | | 1500 | 111.96 |
| Total For Item: 0887322006 | | | | 4500 | 335.88 |

St. Clair Plastics - 11
Sales Analysis by Customer/Destination/Item

Page 5
(SHSALR92.D)

| | | | |
|---|---|---|---|
| 1000310000 | | | |
| 09/28/05 161222 | 002 | 6000 | 1,587.65 |
| 09/29/05 161245 | 002 | 3000 | 793.83 |
| 09/30/05 161270 | 002 | 2000 | 529.22 |
| 10/03/05 161285 | 002 | 2000 | 529.22 |
| 10/04/05 161305 | 002 | 4000 | 1,058.44 |
| 10/05/05 161328 | 002 | 8000 | 2,116.89 |
| 10/06/05 161345 | 002 | 4000 | 1,058.44 |
| 10/07/05 161360 | 002 | 5000 | 1,323.05 |
| Total For Item: 1000310000 | | 34000 | 8,996.74 |
| 1000320000 | | | |
| 09/28/05 161222 | 001 | 7000 | 1,852.27 |
| 09/29/05 161245 | 001 | 3000 | 793.83 |
| 09/30/05 161270 | 001 | 5000 | 1,323.05 |
| 10/03/05 161285 | 001 | 2000 | 529.22 |
| 10/04/05 161305 | 001 | 6000 | 1,587.66 |
| 10/05/05 161328 | 001 | 8000 | 2,116.88 |
| 10/06/05 161345 | 001 | 1000 | 264.61 |
| 10/07/05 161360 | 001 | 3000 | 793.83 |
| Total For Item: 1000320000 | | 35000 | 9,261.35 |
| Total For Destination: 1000320000 | | 82750 | 19,348.46 |
| Total For Customer: 36121 | | 109162 | 53,560.58 |
| Report Total: | | 109162 | 53,560.58 |

# SCP ST. CLAIR PLASTICS CO.

30855 TETON PLACE • CHESTERFIELD TWP., MI 48047
PHONE (586) 598-9930 • DUNS 05-332-6948
FAX (586) 598-7057

INVOICE NUMBER

161330

| | | |
|---|---|---|
| S O L D T O | 36121<br>DELPHI AUTOMOTIVE-COLUMBUS<br>ACCTS PAYABLE<br>COLUMBUS PLANT<br>200 GEORGESVILLE RD<br>COLUMBUS OH 43228<br>UNITED STATES | S H I P T O | DK10<br>Delphi Columbus Dock 10<br><br>DK10<br>200 GEORGESVILLE RD<br>COLUMBUS OH 43228-0151<br>UNITED STATES |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 53326948 | NET 25TH | CHESTERFIELD TWP MI | 10/05/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 0/05/05 | 161330 | MARTIN TRANSPORTATION SYST | 437 | 0 | 437 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 350023576 | 16634966<br>HOUSING - BLACK | 48<br>PC | 3.516440 | $168.79 |
| 350023575 | 16634996<br>GEAR | 80<br>EA | 1.058690 | $84.70 |
| 350023575 | 16635162<br>DRUM - BLACK | 60<br>EA | 1.201970 | $72.12 |
| 350023576 | 16640243<br>FRONT DRUM | 100<br>EA | 1.797220 | $179.72 |
| 350023576 | 16643773<br>END CAP CLOSEOUT | 2000<br>EA | 0.142720 | $285.44 |
| 350053173 | 16644812<br>HOUSING, RH DRIVE UNIT | 160<br>PC | 3.205850 | $512.94 |
| 350022990 | 16644944<br>DRUM - FRONT | 110<br>PC | 1.262100 | $138.83 |
| 350022990 | 16644945<br>DRUM - REAR | 176<br>PC | 1.288800 | $226.83 |

hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended
of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

GOODS TO BE RETURNED WITHOUT OUR WRITTEN PERMISSION.
CHASER SHALL BE DEEMED TO HAVE ACCEPTED THE GOODS SHIPPED HEREUNDER IN ACCORDANCE WITH THE TERMS HEREOF UNLESS ST. CLAIR PLASTICS IS
IFIED IN WRITING OF ANY DEFECTS, SHORTAGES, ERRORS OR ANY CLAIMS WHATSOEVER.

| | |
|---|---|
| SUBTOTAL | $1,669.37 |
| SALES TAX | $0.00 |
| FREIGHT CHARGES | $0.00 |
| INVOICE TOTAL | $1,669.37 |
| DISC AVAILABLE | $0.00 |
| FUNDS: USD | |

**STRAIGHT BILL OF LADING – SHORT FORM – Original – Not Negotiable.**

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of the issue of this Original Bill of Lading.

FROM **ST. CLAIR PLASTICS CO.**  AT CHESTERFIELD TWP., MICHIGAN 48047  DUNS NO, 05-332-6948

This is to certify that the below named articles are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. "If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight."
† Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Department of Transportation.
NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
† "The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of the Uniform Freight Classification and of the National Motor Freight Classification."

| SID/SHIPPER NO. | DATE |
|---|---|
|  |  |

TITLE: _____

CARRIER'S NO. _____
CAR OR VEHICLE INITIALS & NO. _____

**CONSIGNEE AND DESTINATION / SHIPPER LOAD AND/OR CONSIGNEE UNLOAD**
(MAIL OR STREET ADDRESS OF CONSIGNEE - FOR PURPOSES OF NOTIFICATION ONLY)

the property below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any said property over all or any portion of said route to destination, and as to each party at any time interested in all or any part of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns;

| CONTROL SOURCE | CARRIER (SHIP VIA) | SUPPLIER CODE | FREIGHT | | | F.O.B. | DOCK NO. | AETC. NO. |
|---|---|---|---|---|---|---|---|---|
|  |  |  | COL. | PPD. IN | PPD. |  |  |  |
|  |  |  |  |  |  |  |  |  |

| P.O. NUMBER ENG. LEVEL | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | U.O.M. DOCK CODE | CONT. I.D. TOTAL CONT. | PALLETS LOOSE CONT. | PRIOR ACCU TOTAL ACCU |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

| QTY. CONT. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | CLASS RATE | CK. | TOTAL GROSS | TOTAL TARE | TOTAL NET |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

REMIT C.O.D. TO: (ADDRESS)

Subject to Section 7 of Conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor.)

Received $ _____
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier _____

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced
$ _____

C.O.D. CHARGES TO BE PA
Shipper ☐   Consign
C.O.D. AMOUNT
$ _____

THIS SHIPMENT IS CORRE
DESCRIBED, CORRECT WE
IS

If charges are to be prepaid, w
stamp here. "To be Prepai

**TOTAL**

ST. CLAIR PLASTICS CO.

 **ST. CLAIR PLASTICS CO.**

30855 TETON PLACE • CHESTERFIELD TWP, MI 48047
PHONE (586) 598-9930 • DUNS 05-332-6948
FAX (586) 598-7057

| | |
|---|---|
| **INVOICE NUMBER** | 161246 |

| | | | |
|---|---|---|---|
| **SOLD TO** | 36121<br>DELPHI AUTOMOTIVE-COLUMBUS<br>ACCTS PAYABLE<br>COLUMBUS PLANT<br>200 GEORGESVILLE RD<br>COLUMBUS OH 43228<br>UNITED STATES | **SHIP TO** | DK10<br>Delphi Columbus Dock 10<br><br>DK10<br>200 GEORGESVILLE RD<br>COLUMBUS OH 43228-0151<br>UNITED STATES |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 53526948 | NET 25TH | CHESTERFIELD TWP MI | 09/29/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 9/29/05 | 141246 | MARTIN TRANSPORTATION SYST | 1,729 | 0 | 1,729 |

| P.O. NUMBER | CUSTOMER PART NUMBER<br>DESCRIPTION | QUANTITY<br>SHIPPED | UNIT<br>PRICE | AMOUNT |
|---|---|---|---|---|
| 50023578 | 16434948<br>COVER - BLACK | 48<br>EA | 1.826130 | $87.43 |
| 50023576 | 16440255<br>DRIVE UNIT HOUSING | 24<br>EA | 2.217790 | $53.23 |
| 50023576 | 16440264<br>REAR DRUM | 48<br>EA | 1.323950 | $82.74 |
| 50023576 | 16440249<br>COVER ASM | 15<br>EA | 6.096220 | $91.44 |
| 50053173 | 16644663<br>INTERRUPTER | 168<br>PC | 1.035700 | $174.00 |
| 50053173 | 16644809<br>HOUSING, LH DRIVE UNIT | 460<br>PC | 2.393960 | $1101.22 |
| 50053173 | 16644812<br>HOUSING, RH DRIVE UNIT | 400<br>PC | 3.205850 | $1282.34 |
| 50053173 | 16644846<br>INTERRUPTER | 630<br>PC | 0.824000 | $519.12 |
| 50022990 | 16644944<br>DRUM - FRONT | 220<br>PC | 1.262100 | $277.66 |
| 50022990 | 16644945<br>DRUM - REAR | 176<br>PC | 1.288800 | $226.83 |

hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended
of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

GOODS TO BE RETURNED WITHOUT OUR WRITTEN PERMISSION.
CHASER SHALL BE DEEMED TO HAVE ACCEPTED THE GOODS SHIPPED HEREUNDER IN ACCORDANCE WITH THE TERMS HEREOF UNLESS ST. CLAIR PLASTICS IS
FIED IN WRITING OF ANY DEFECTS, SHORTAGES, ERRORS OR ANY CLAIMS WHATSOEVER.



# ST. CLAIR PLASTICS CO.

30855 TETON PLACE • CHESTERFIELD TWP, MI 48047
PHONE (586) 598-9930 • DUNS 05-332-6948
FAX (586) 598-7057

| INVOICE NUMBER |
|---|
| 161246 |

**SOLD TO:**
36121
DELPHI AUTOMOTIVE-COLUMBUS
ACCTS PAYABLE
COLUMBUS PLANT
200 GEORGESVILLE RD
COLUMBUS OH 43228
UNITED STATES

**SHIP TO:**
DK10
Delphi Columbus Dock 10

DK10
200 GEORGESVILLE RD
COLUMBUS OH 43228-0151
UNITED STATES

| SUPPLIER CODE | TERMS | | F.O.B. | INVOICE DATE |
|---|---|---|---|---|
| 053326948 | NET 25TH | | CHESTERFIELD TWP MI | 09/29/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/29/05 | 161246 | MARTIN TRANSPORTATION SYST | 1,729 | 0 | 1,729 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| X500053173 | 16914537 DRUM REAR | 612 PC | 1.395400 | $853.9 |
| X500053173 | 16914540 DRUM FRONT | 660 PC | 1.206100 | $797.5 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended of regulations and orders of the United States Department of Labor issued under Section 14 thereof.

NO GOODS TO BE RETURNED WITHOUT OUR WRITTEN PERMISSION.
PURCHASER SHALL BE DEEMED TO HAVE ACCEPTED THE GOODS SHIPPED HEREUNDER IN ACCORDANCE WITH THE TERMS HEREOF UNLESS ST. CLAIR PLASTICS IS NOTIFIED IN WRITING OF ANY DEFECTS, SHORTAGES, ERRORS OR ANY CLAIMS WHATSOEVER.

| | |
|---|---|
| SUBTOTAL | $5499.3 |
| SALES TAX | $0.0 |
| FREIGHT CHARGES | $0.0 |
| INVOICE TOTAL | $5499.3 |
| DISC AVAILABLE | $0.0 |

# STRAIGHT BILL OF LADING — SHORT FORM — Original—Not Negotiable.

Pg 46 of 78

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of the issue of this Original Bill of Lading.

| | SID/SHIPPER NO. | DATE |
|---|---|---|

FROM **ST. CLAIR PLASTICS CO.**   AT CHESTERFIELD TWP., MICHIGAN 48047   DUNS NO. 05-332-6948   161246

Truck Number
161246

| | |
|---|---|
| 161246 | 09/29/05 |

This is to certify that the below-named articles are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.*

† Shipper's imprints in lieu of stamp not a part of Bill of Lading approved by the Department of Transportation.

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.   SIGNATURE: _____   TITLE: _____

† The five containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of the Uniform Freight Classification and of the National Motor Freight Classification.*

CARRIER'S NO. _____
CAR OR VEHICLE INITIALS & NO. _____
DELPHI AUTOMOTIVE COLUMBUS

CONSIGNEE AND DESTINATION (SHIPPER LOAD AND/OR CONSIGNEE UNLOAD
(MAIL OR STREET ADDRESS OF CONSIGNEE - FOR PURPOSES OF NOTIFICATION ONLY)
Delphi Columbus Dock 10

the property below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed, as to each carrier of all or any said property over all or any portion of said route to destination, and as to each party at any time interested in all or any part of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper is shipper to the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

DK10
200 GEORGESVILLE RD
COLUMBUS OH 43228-0151
UNITED STATES

| CONTROL SOURCE | CARRIER (SHIP VIA) | SUPPLIER CODE | FREIGHT | | | F.O.B. | DOCK NO. | AETC. NO. |
|---|---|---|---|---|---|---|---|---|
| | | | COL. | PPD. IN. | PPD. | | | |
| 1805 | MARTIN TRANSPORTATIO | 053326948 | X | | | CHESTERFIELD TWP MI | | |

| P.O. NUMBER ENG. LEVEL | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | U.O.M. DOCK CODE | CONT. I.D. TOTAL CONT. | PALLETS LOOSE CONT. | PRIOR ACC TOTAL ACC |
|---|---|---|---|---|---|---|
| 550023575 08 | 16634968 COVER - BLACK | 48 | EA RD01DK1 | CTN 1 | 0 1 | 8 9 |
| 550023576 | 16640235 DRIVE UNIT HOUSING | 24 | EA RD01DK1 | CTN 1 | 0 1 | 6 6 |
| 550023576 | 16640244 REAR DRUM | 40 | EA RD01DK1 | CTN 1 | 0 1 | 8 9 |
| 550023576 | 16640249 COVER ASM KANBANH: 4 | 15 | EA RD01DK1 | CTN 1 | 0 1 | 6 7 |
| 550053173 | 16644663 INTERRUPTER | 168 | PC RD01DK1 | CTN 4 | 0 4 | 44 46 |
| 550053173 1 | 16644809 HOUSING, LH DRIVE UNIT | 460 | PC RD01DK1 | CTN 23 | 0 23 | 580 584 |
| 550053173 7 | 16644812 HOUSING, RH DRIVE UNIT | 400 | PC RD01DK1 | CTN 40 | 0 40 | 980 984 |
| 550053173 | 16644846 INTERRUPTER | 630 | PC RD01DK1 | CTN 15 | 0 15 | 1592 1598 |
| 550022990 | 16644944 DRUM - FRONT | 220 | PC RD01DK1 | CTN 4 | 0 4 | 239 241 |
| 550022990 | 16644945 DRUM - REAR | 176 | PC RD01DK1 | CTN 4 | 0 4 | 221 223 |

| QTY. F CONT. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | CLASS RATE | CK | TOTAL GROSS | TOTAL TARE | TOTAL NE |
|---|---|---|---|---|---|---|---|
| | * Continued * | | | | | | |

REMIT C.O.D. TO: (ADDRESS)

Subject to Section 7 of Conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor.)

Received $ _____
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)
Charges Advanced $ _____

C.O.D. CHARGES TO BE
Shipper ☐   Con
C.O.D. AMOU
$ _____
THIS SHIPMENT IS COF
DESCRIBED, CORRECT
IS

If charges are to be prepa
stamp here, "To be Pre

TOTAL

ST. CLAIR PLASTICS CO.

**FRAIGHT BILL OF LADING – SHORT FORM – Original – Not Negotiable.**

9ECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of the issue of this Original Bill of Lading.

| | SID/SHIPPER NO. | DATE |
|---|---|---|
| | 161246 | 09/29/05 |

OM **ST. CLAIR PLASTICS CO.**   AT CHESTERFIELD TWP., MICHIGAN 48047   DUNS NO. 05-332-6948
**Truck Number**
161246

s to certify that the below-named articles are properly classified, described, packaged, marked, and labeled, and are in proper condition for
ortation according to the applicable regulations of the Department of Transportation. "If the shipment moves between two ports by a carrier by
that law requires that the bill of lading shall state whether it is carrier's or shipper's weight."
ipper's imprints in lieu of stamp not a part of Bill of Lading approved by the Department of Transportation.
- Where the rate is dependant on value, shippers are required to state specifically in writing the agreed or declared value of the property.   SIGNATURE:_____   TITLE:_____
le fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of the Uniform Freight Classification and of the National Motor Freight Classification."

RBIER'S NO.
RTOR VEHICLE INITIALS & NO.
DELPHI CHESTERFIELD — COLUMBUS

CONSIGNEE AND DESTINATION, SHIPPER LOAD AND/OR CONSIGNEE UNLOAD
(MAIL OR STREET ADDRESS OF CONSIGNEE - FOR PURPOSES OF NOTIFICATION ONLY)
**Delphi Columbus Dock 10**

property below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined
    as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of
property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on
the route to said destination. It is mutually agreed as to each carrier of all or any said property over all or any portion of said route to destination, and as
ch party at any time interested in all or any part of said property, that every service to be performed hereunder shall be subject to all the terms and
bject to the terms and conditions of the said bill of lading, set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the
thereof, if this is a rail or water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
(hereby certifies that he is familiar with the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the
sification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and
pt on his own or his shipper's behalf.

**DK10**
**200 GEORGESVILLE RD**
**COLUMBUS OH 43228-0151**
**UNITED STATES**

| ROL SOURCE | CARRIER (SHIP VIA) | SUPPLIER CODE | FREIGHT | | | F.O.B. | | DOCK NO. | AETC. NO. |
|---|---|---|---|---|---|---|---|---|---|
| | | | COL. | PPD. IN | PPD. | | | | |
| 305 | MARTIN TRANSPORTATIO | 053326948 | X | | | CHESTERFIELD TWP MI | | | |

| P.O. NUMBER ENG. LEVEL | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | U.O.M. DOCK CODE | CONT. I.D. TOTAL CONT. | PALLETS LOOSE CONT. | PRIOR ACCUM. TOTAL ACCUM. |
|---|---|---|---|---|---|---|
| 50053173 | 16914639 | 616 | PC | CTN | 0 | 155320 |
| 9 | DRUM REAR | | RD01DK1 | 14 | 14 | 155936 |
| 50053173 | 16914640 | 660 | PC | CTN | 0 | 158015 |
| | DRUM FRONT | | RD01DK1 | 12 | 12 | 158675 |

**Total Items Shipped:     8**

| ONT. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | CLASS RATE | CK | TOTAL GROSS | TOTAL TARE | TOTAL NET |
|---|---|---|---|---|---|---|---|
| 0 | PLASTIC AUTO PARTS N01 DENSITY, 10# PCF OR MORE | 1,729 | | | 1,729 | 0 | 1,729 |

REMIT C.O.D. TO: (ADDRESS)

Subject to Section 7 of
Conditions, if this shipment is to
be delivered to the consignee
without recourse on the
consignor, the consignor shall
sign the following statement:
    The carrier shall not make
delivery of this shipment without
payment of freight and all other
lawful charges.

Per _____
(Signature of Consignor.)

Received $_____
to apply in prepayment of the
charges on the property described
hereon.

S _____

Agent or Cashier

Per _____
(The signature here acknowledges
only the amount prepaid.)
Charges Advanced
$_____

C.O.D. CHARGES TO BE PAID B\
    Shipper [ ]   Consignee [
    C.O.D. AMOUNT
S _____

THIS SHIPMENT IS CORRECTL\
DESCRIBED, CORRECT WEIGH
IS

Per _____ LB
d charges are to be prepaid, write-
stamp here, 'To be Prepaid.'

| | TOTAL | 1,729 | | | | | |

CLAIR PLASTICS CO.



# ST. CLAIR PLASTICS CO.

30855 TETON PLACE • CHESTERFIELD TWP, MI 48047
PHONE (586) 598-9930 • DUNS 05-332-6948
FAX (586) 598-7057

| INVOICE NUMBER |
|---|
| 161224 |

**SOLD TO:**
36121
DELPHI AUTOMOTIVE-COLUMBUS
ACCTS PAYABLE
COLUMBUS PLANT
200 GEORGESVILLE RD
COLUMBUS OH 43228
UNITED STATES

**SHIP TO:**
DK10
Delphi Columbus Dock 10

DK10
200 GEORGESVILLE RD
COLUMBUS OH 43228-0151
UNITED STATES

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 05332694B | NET 25TH | CHESTERFIELD TWP MI | 09/28/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 9/28/05 | 161224 | MARTIN TRANSPORTATION SYST | 881 | 0 | 881 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 550023576 | 16645773 END CAP CLOSEOUT | 2000 EA | 0.142720 | $285.44 |
| 550053173 | 16644643 INTERRUPTER | 126 PC | 1.035700 | $130.50 |
| 550053173 | 16644909 HOUSING, LH DRIVE UNIT | 120 PC | 2.393960 | $287.28 |
| 550053173 | 16644812 HOUSING, RH DRIVE UNIT | 80 PC | 3.205850 | $256.47 |
| 550053173 | 16644846 INTERRUPTER | 252 PC | 0.824000 | $207.65 |
| 550022990 | 16644944 DRUM - FRONT | 275 PC | 1.262100 | $347.08 |
| 550022990 | 16644945 DRUM - REAR | 264 PC | 1.288800 | $340.24 |
| 550053173 | 16914639 DRUM REAR | 264 PC | 1.356400 | $358.09 |
| 550053173 | 16914640 DRUM FRONT | 990 PC | 1.208100 | $1196.02 |
| 550053173 | 16644663 INTERRUPTER | 78 PC | 1.035700 | $80.78 |

e hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended
d of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

) GOODS TO BE RETURNED WITHOUT OUR WRITTEN PERMISSION.
RCHASER SHALL BE DEEMED TO HAVE ACCEPTED THE GOODS SHIPPED HEREUNDER IN ACCORDANCE WITH THE TERMS HEREOF UNLESS ST. CLAIR PLASTICS IS
TIFIED IN WRITING OF ANY DEFECTS, SHORTAGES, ERRORS OR ANY CLAIMS WHATSOEVER.

# ST. CLAIR PLASTICS CO.

| INVOICE NUMBER |
|---|
| 161224 |

30855 TETON PLACE • CHESTERFIELD TWP, MI 48047
PHONE (586) 598-9930 • DUNS 05-332-6948
FAX (586) 598-7057

| S O L D T O | 36121<br>DELPHI AUTOMOTIVE-COLUMBUS<br>ACCTS PAYABLE<br>COLUMBUS PLANT<br>200 GEORGESVILLE RD<br>COLUMBUS OH 43228<br>UNITED STATES | S H I P T O | DK10<br>Delphi Columbus Dock 10<br><br>DK10<br>200 GEORGESVILLE RD<br>COLUMBUS OH 43228-0151<br>UNITED STATES |
|---|---|---|---|

| SUPPLIER CODE | TERMS | | | F.O.B. | INVOICE DATE |
|---|---|---|---|---|---|
| 053326948 | NET 25TH | | | CHESTERFIELD TWP MI | 09/28/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/28/05 | 161224 | MARTIN TRANSPORTATION SYST | 881 | 0 | 881 |

| P.O. NUMBER | CUSTOMER PART NUMBER<br>DESCRIPTION | QUANTITY<br>SHIPPED | UNIT<br>PRICE | AMOUNT |
|---|---|---|---|---|
| | SAMPLE PACKAGING FOR 16644665 (78 PCS) | | | |

"We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

NO GOODS TO BE RETURNED WITHOUT OUR WRITTEN PERMISSION.
PURCHASER SHALL BE DEEMED TO HAVE ACCEPTED THE GOODS SHIPPED HEREUNDER IN ACCORDANCE WITH THE TERMS HEREOF UNLESS
NOTIFIED IN WRITING OF ANY DEFECTS, SHORTAGES, ERRORS OR ANY CLAIMS WHATSOEVER.

| | |
|---|---|
| SUBTOTAL | $3489.5 |
| SALES TAX | $0.0 |
| FREIGHT CHARGES | $0.0 |
| INVOICE TOTAL | $3489.5 |
| SC AVAILABLE | $0.0 |

STRAIGHT BILL OF LADING – SHORT FORM – Original – Not Negotiable.

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of the issue of this Original Bill of Lading.

| | SID/SHIPPER NO. | DATE |
|---|---|---|
| | 161224 | 09/28/05 |

FROM **ST. CLAIR PLASTICS CO.**   AT CHESTERFIELD TWP., MICHIGAN 48047   DUNS NO. 05-832-6948

This is to certify that the below-named articles are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.*

† Shipper's imprints in lieu of stamp not a part of Bill of Lading approved by the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.   SIGNATURE: _____   TITLE: _____

† The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of the Uniform Freight Classification and of the National Motor Freight Classification.*

CARRIER'S NO.

CAR OR VEHICLE INITIALS AND NO.

CONSIGNEE AND DESTINATION SHIPPER LOAD AND/OR CONSIGNEE UNLOAD

(MAIL OR STREET ADDRESS OF CONSIGNEE – FOR PURPOSES OF NOTIFICATION ONLY)

Delphi Columbus DNP - (V)

DK10
200 GEORGESVILLE RD
COLUMBUS OH 43228-0151
UNITED STATES

the property below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| CONTROL SOURCE | CARRIER (SHIP VIA) | SUPPLIER CODE | FREIGHT | | | F.O.B. | | DOCK NO. | AETC. NO. |
|---|---|---|---|---|---|---|---|---|---|
| | | | COL. | PPD. IN | PPD. | | | | |
| 1805 | MARTIN TRANSPORTATIO | 053326948 | X | | | CHESTERFIELD TWP MI | | | |

| P.O. NUMBER ENG. LEVEL | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | U.O.M. DOCK CODE | CONT. I.D. TOTAL CONT. | PALLETS LOOSE CONT. | PRIOR ACCU TOTAL ACCU |
|---|---|---|---|---|---|---|
| 550023576 | 16643773 END CAP CLOSEOUT | 2000 | EA RDO1DK1 | CTN 2 | 0 2 | 40000 42000 |
| 550053173 | 16644663 INTERRUPTER | 126 | PC RDO1DK1 | CTN 3 | 0 3 | 4234 4563 |
| 550053173 1 | 16644809 HOUSING, LH DRIVE UNIT | 120 | PC RDO1DK1 | CTN 6 | 0 6 | 5791 5803 |
| 550053173 7 | 16644812 HOUSING, RH DRIVE UNIT | 80 | PC RDO1DK1 | CTN 8 | 0 8 | 9798 9806 |
| 550053173 | 16644846 INTERRUPTER | 252 | PC RDO1DK1 | CTN 6 | 0 6 | 15901 15926 |
| 550022990 | 16644944 DRUM - FRONT | 275 | PC RDO1DK1 | CTN 5 | 0 5 | 2365 2392 |
| 550022990 | 16644945 DRUM - REAR | 264 | PC RDO1DK1 | CTN 6 | 0 6 | 2191 2217 |
| 550053173 1A | 16914639 DRUM REAR | 264 | PC RDO1DK1 | CTN 6 | 0 6 | 15505 15532 |
| 550053173 1 | 16914640 DRUM FRONT | 990 | PC RDO1DK1 | CTN 18 | 0 18 | 15702 15801 |
| 550053173 | 16644663 INTERRUPTER | 78 | PC RDO1DK1 | CTN 1 | 0 1 | 423 431 |

| QTY CONT. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | CLASS RATE | CK | TOTAL GROSS | TOTAL TARE | TOTAL NET |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

REMIT C.O.D. TO: (ADDRESS)

Subject to Section 7 of Conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor.)

Received $ _____
to apply in prepayment of the charges on the property described hereon.

_____
Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)
Charges Advanced
$ _____

C.O.D. CHARGES TO BE PAID
Shipper ☐   Consignee ☐
C.O.D. AMOUNT
$ _____

THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS _____

If charges are to be prepaid, stamp here, "To be Prepaid."

**TOTAL**

ST. CLAIR PLASTICS CO.

STRAIGHT BILL OF LADING – SHORT FORM – Original – Not Negotiable.

| | SID/SHIPPER NO. | DATE |
|---|---|---|

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of the issue of this Original Bill of Lading.

FROM **ST. CLAIR PLASTICS CO.**   AT CHESTERFIELD TWP., MICHIGAN 48047   **Truck Number**   DUNS NO. 005-332-6948

| | |
|---|---|
| 161224 | 09/28/05 |

This is to certify that the below named articles are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. "If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight."

† Shipper's imprints in lieu of stamp not a part of Bill of Lading approved by the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.   SIGNATURE: _____   TITLE: _____

† "The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of the Uniform Freight Classification and of the National Motor Freight Classification."

CARRIER'S NO.

CAR OR VEHICLE INITIALS AND NO.

CAR DELIVERS AUTOMOTIVE-COLUMBUS

CONSIGNEE AND DESTINATION SHIPPER LOAD AND/OR CONSIGNEE UNLOAD
(MAIL OR STREET ADDRESS OF CONSIGNEE—FOR PURPOSES OF NOTIFICATION ONLY)

REMIT CERTIFIED BACK TO

DELPHI AUTOMOTIVE-COLUMBUS

DK10
200 GEORGESVILLE RD
COLUMBUS OH 43228-0151
UNITED STATES

| CONTROL SOURCE | CARRIER (SHIP VIA) | SUPPLIER CODE | FREIGHT | | | F.O.B. | DOCK NO. | AETC. NO. |
|---|---|---|---|---|---|---|---|---|
| | | | COL. | PPD. IN | PPD. | | | |
| 1805 | MARTIN TRANSPORTATIO | 053326948 | X | | | CHESTERFIELD TWP MI | | |

| P.O. NUMBER ENG. LEVEL | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | U.O.M. DOCK CODE | CONT. I.D. TOTAL CONT. | PALLETS LOOSE CONT. | PRIOR ACC TOTAL ACC |
|---|---|---|---|---|---|---|
| | SAMPLE PACKAGING FOR 16644665 (78 PCS) | | | | | |

Total Items Shipped:   4

| QTY. CONT. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | CLASS RATE | CK | TOTAL GROSS | TOTAL TARE | TOTAL NET |
|---|---|---|---|---|---|---|---|
| 04 | PLASTIC AUTO PARTS NOI DENSITY, 10# PCF OR MORE | 881 | | | 881 | 0 | 881 |

REMIT C.O.D. TO: (ADDRESS)

Subject to Section 7 of Conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor.)

Received $_____
to apply in prepayment of the charges on the property described hereon.

$_____
Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)
Charges Advanced
$_____

C.O.D. CHARGES TO BE PA
Shipper ☐   Consig
C.O.D. AMOUNT
$_____

THIS SHIPMENT IS CORRE
DESCRIBED, CORRECT W
IS

If charges are to be prepaid, stamp here, "To be Prepa

| | | |
|---|---|---|
| 01 **TOTAL** | | 881 |

. CLAIR PLASTICS CO.

The [   ] or declared value of the pro[   ] hereby specifically stated by the   Shipper ( )   Agent M IS

 **ST. CLAIR PLASTICS CO.**

| INVOICE NUMBER |
|---|
| 161271 |

30855 TETON PLACE · CHESTERFIELD TWP., MI 48047
PHONE (586) 598-9930 · DUNS 05-332-6948
FAX (586) 598-7057

**SOLD TO**
36121
DELPHI AUTOMOTIVE-COLUMBUS
ACCTS PAYABLE
COLUMBUS PLANT
200 GEORGESVILLE RD
COLUMBUS OH 43228
UNITED STATES

**SHIP TO**
DK10
Delphi Columbus Dock 10

DK10
200 GEORGESVILLE RD
COLUMBUS OH 43228-0151
UNITED STATES

| SUPPLIER CODE | TERMS | | F.O.B. | INVOICE DATE |
|---|---|---|---|---|
| 53326948 | NET 25TH | | CHESTERFIELD TWP MI | 09/30/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 9/30/05 | 161271 | MARTIN TRANSPORTATION SYST | 1,822 | 0 | 1,822 |

| P.O. NUMBER | CUSTOMER PART NUMBER / DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 550053173 | 16644645 INTERRUPTER | 252 PC | 1.035700 | $261.00 |
| 550053173 | 16644809 HOUSING, LH DRIVE UNIT | 420 PC | 2.393960 | $1005.46 |
| 550053173 | 16644812 HOUSING, RH DRIVE UNIT | 360 PC | 3.205850 | $1154.11 |
| 550053173 | 16644846 INTERRUPTER | 840 PC | 0.824000 | $692.16 |
| 550022990 | 16644944 DRUM - FRONT | 165 PC | 1.262100 | $208.25 |
| 550022990 | 16644945 DRUM - REAR | 220 PC | 1.288800 | $283.54 |
| 550053173 | 16914639 DRUM REAR | 836 PC | 1.356400 | $1133.95 |
| 550053173 | 16914640 DRUM FRONT | 825 PC | 1.208100 | $996.68 |

e hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act,
d of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

GOODS TO BE RETURNED WITHOUT OUR WRITTEN PERMISSION.
RCHASER SHALL BE DEEMED TO HAVE ACCEPTED THE GOODS SHIPPED HEREUNDER IN ACCORDANCE WITH THE TERMS HEREOF UNLESS
TIFIED IN WRITING OF ANY DEFECTS, SHORTAGES, ERRORS OR ANY CLAIMS WHATSOEVER.

| | |
|---|---|
| SUBTOTAL | $5735.15 |
| SALES TAX | $0.00 |
| FREIGHT CHARGES | $0.00 |
| INVOICE TOTAL | $5735.15 |
| DISC AVAILABLE | $0.00 |

# STRAIGHT BILL OF LADING – SHORT FORM – Original Not Negotiable.

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of the issue of this Original Bill of Lading.

| | | SID/SHIPPER NO. | DATE |
|---|---|---|---|
| FROM **ST. CLAIR PLASTICS CO.** AT CHESTERFIELD TWP., MICHIGAN 48047 | DUNS NO. 05-352-6948 | 161271 | 09/30/05 |

Truck Number 161271

This is to certify that the below named articles are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. *If the shipment moves between two ports by a carrier by water, the law requires that on bill of lading shall state whether it is carrier's or shipper's weight."
† Shipper's imprint in lieu of stamp not a part of Bill of Lading, acknowledgment of the Department of Transportation.
NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.    SIGNATURE: _____    TITLE: _____
† The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of the Uniform Freight Classification and of the National Motor Freight Classification."

CARRIER'S NO.
CAR OR VEHICLE INITIALS & NO.

CONSIGNEE AND DESTINATION ( SHIPPER LOAD AND/OR CONSIGNEE UNLOAD
(MAIL OR STREET ADDRESS OF CONSIGNEE - FOR PURPOSES OF NOTIFICATION ONLY)

Delphi Columbus Dock 10

the property below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any part of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

DK10
200 GEORGESVILLE RD
COLUMBUS OH 43228-0151
UNITED STATES

| CONTROL SOURCE | CARRIER (SHIP VIA) | SUPPLIER CODE | FREIGHT | | | F.O.B. | | DOCK NO. | AETC. NO. |
|---|---|---|---|---|---|---|---|---|---|
| | | | COL. | PPD. IN | PPD. | | | | |
| 1805 | MARTIN TRANSPORTATIO | 053326948 | X | | | CHESTERFIELD TWP MI | | | |

| P.O. NUMBER ENG. LEVEL | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | U.O.M. DOCK CODE | CONT. I.D. TOTAL CONT. | PALLETS LOOSE CONT. | PRIOR ACCU TOTAL ACCU |
|---|---|---|---|---|---|---|
| 550053173 | 16644663 INTERRUPTER | 252 | PC RD01DK1 | CTN 6 | 0 6 | 4601 4861 |
| 550053173 1 | 16644809 HOUSING, LH DRIVE UNIT | 420 | PC RD01DK1 | CTN 21 | 0 21 | 5849 5891 |
| 550053173 7 | 16644812 HOUSING, RH DRIVE UNIT | 360 | PC RD01DK1 | CTN 36 | 0 36 | 9846 9882 |
| 550053173 | 16644846 INTERRUPTER | 840 | PC RD01DK1 | CTN 20 | 0 20 | 15989 16073 |
| 550022990 | 16644944 DRUM - FRONT | 165 | PC RD01DK1 | CTN 3 | 0 3 | 2414 2431 |
| 550022990 | 16644945 DRUM - REAR | 220 | PC RD01DK1 | CTN 5 | 0 5 | 2235 2257 |
| 550053173 1A | 16914639 DRUM REAR | 836 | PC RD01DK1 | CTN 19 | 0 19 | 15593 15677 |
| 550053173 1 | 16914640 DRUM FRONT | 825 | PC RD01DK1 | CTN 15 | 0 15 | 15867 15950 |

Total Items Shipped:    6

| QTY CONT. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | CLASS RATE | CK | TOTAL GROSS | TOTAL TARE | TOTAL NET |
|---|---|---|---|---|---|---|---|
| 25 | PLASTIC AUTO PARTS N01 DENSITY, 10# PCF OR MORE | 1,822 | | | 1,822 | 0 | 1,822 |

REMIT C.O.D. TO: (ADDRESS)

Subject to Section 7 of Conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor.)

Received $ _____
to apply in prepayment of the charges on the property described hereon.

_____
Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)
Charges Advanced
$ _____

C.O.D. CHARGES TO BE P/
Shipper ☐    Consig
C.O.D. AMOUNT
$ _____

THIS SHIPMENT IS CORRE
DESCRIBED. CORRECT W
IS

If charges are to be prepaid,
stamp here, "To be Prep

| | TOTAL | 1,822 | | | | | |
|---|---|---|---|---|---|---|---|

ST. CLAIR PLASTICS CO.    The ___ or declared value of the

 **ST. CLAIR PLASTICS CO.**

30855 TETON PLACE • CHESTERFIELD TWP., MI 48047
PHONE (586) 598-9930 • DUNS 05-332-6948
FAX (586) 598-7057

| INVOICE NUMBER |
| --- |
| 161286 |

| S O L D T O | 36121 DELPHI AUTOMOTIVE-COLUMBUS ACCTS PAYABLE COLUMBUS PLANT 200 GEORGESVILLE RD COLUMBUS OH 43228 UNITED STATES | S H I P T O | DK10 Delphi Columbus Dock 10 DK10 200 GEORGESVILLE RD COLUMBUS OH 43228-0151 UNITED STATES |
| --- | --- | --- | --- |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
| --- | --- | --- | --- |
| 553326948 | NET 25TH | CHESTERFIELD TWP MI | 10/03/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 0/03/05 | 161286 | MARTIN TRANSPORTATION SYST | 1,682 | 0 | 1,682 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| 550053173 | 16644809 HOUSING, LH DRIVE UNIT | 240 PC | 2.393960 | $574.55 |
| 550053173 | 16644812 HOUSING, RH DRIVE UNIT | 420 PC | 3.205850 | $1346.46 |
| 550053173 | 16914639 DRUM REAR | 792 PC | 1.356400 | $1074.27 |
| 550053173 | 16644663 INTERRUPTER | 126 PC | 1.035700 | $130.50 |
| 550053173 | 16644846 INTERRUPTER | 798 PC | 0.824000 | $657.55 |
| 550022990 | 16644944 DRUM -- FRONT | 165 PC | 1.262100 | $208.25 |
| 550022990 | 16644945 DRUM -- REAR | 176 PC | 1.288800 | $226.83 |
| 550053173 | 16914640 DRUM FRONT | 770 PC | 1.208100 | $930.24 |

Je hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended,
id of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

D GOODS TO BE RETURNED WITHOUT OUR WRITTEN PERMISSION.
JRCHASER SHALL BE DEEMED TO HAVE ACCEPTED THE GOODS SHIPPED HEREUNDER IN ACCORDANCE WITH THE TERMS HEREOF UNLESS ST. CLAIR PLASTICS IS
OTIFIED IN WRITING OF ANY DEFECTS, SHORTAGES, ERRORS OR ANY CLAIMS WHATSOEVER.

| SUBTOTAL | $5148.6! |
| --- | --- |
| SALES TAX | $0.0 |
| FREIGHT CHARGES | $0.0 |
| INVOICE TOTAL | $5148.6! |
| DISC AVAILABLE | $0.0 |

# STRAIGHT BILL OF LADING – SHORT FORM – Original – Not Negotiable.

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of the issue of this Original Bill of Lading.

| | SID/SHIPPER NO. | DATE |
|---|---|---|

FROM **ST. CLAIR PLASTICS CO.**   AT CHESTERFIELD TWP., MICHIGAN 48047   DUNS NO. 05-332-6948

This is to certify that the below-named articles are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carriers or shippers weight."

† Shipper's ispmenti is lieu of stamp not a part of Bill of Lading approved by the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

† The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of the Uniform Freight Classification and of the National Motor Freight Classification."

SIGNATURE: _____   TITLE: _____

CARRIER'S NO.

CAR OR VEHICLE INITIALS & NO.

CONSIGNEE AND DESTINATION / SHIPPER LOAD AND/OR CONSIGNEE UNLOAD
(MAIL OR STREET ADDRESS OF CONSIGNEE - FOR PURPOSES OF NOTIFICATION ONLY)

The property below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any said property over all or any portion of said route to destination, and as to each party at any time interested in all or any part of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| CONTROL SOURCE | CARRIER (SHIP VIA) | SUPPLIER CODE | FREIGHT COL. PPD. IN PPD. | F.O.B. | DOCK NO. | AETC. NO. |
|---|---|---|---|---|---|---|
| | MARTIN TRANSPORTATION | | | CHESTERFIELD TWP MI | | |

| P.O. NUMBER ENG. LEVEL | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | U.O.M. DOCK CODE | CONT. I.D. TOTAL CONT. | PALLETS LOOSE CONT. | PRIOR ACCU TOTAL ACCU |
|---|---|---|---|---|---|---|
| | 16644905  HOUSING IN DRIVE UNIT | 240 | PC  R0010E1 | CTN | | |
| | 16644910  HOUSING IN DRIVE UNIT | 400 | PC  R0010E1 | CTN | | |
| | 16914627  DRUM REAR | 792 | PC  R0010E1 | CTN | | |
| | 16644665  INTERRUPTER | 126 | PC  R0010E1 | CTN | | |
| | 16644846  INTERRUPTER | 798 | PC  R0010E1 | CTN | | |
| | 16644944  DRUM - FRONT | 165 | PC  R0010E1 | CTN | | |
| | 16644945  DRUM - REAR | 176 | PC  R0010E1 | CTN | | |
| | 16914630  DRUM FRONT | 720 | PC  R0010E1 | CTN | | |

| TY. CONT. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | CLASS RATE | CK | TOTAL GROSS | TOTAL TARE | TOTAL NET |
|---|---|---|---|---|---|---|---|

REMIT C.O.D. TO: (ADDRESS)

Subject to Section 7 of Conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor.)

Received $ _____
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced
$ _____

C.O.D. CHARGES TO BE PAID
Shipper ☐   Consignee
C.O.D. AMOUNT
$ _____

THIS SHIPMENT IS CORRECT
DESCRIBED. CORRECT WE
IS

If charges are to be prepaid, w
stamp here, "To be Prepaid

| | TOTAL | | | | | | |

**. CLAIR PLASTICS CO.**

The ___ or declared value of the prop___ hereby specifically stated by the

Shipper _____   Agent M.I.C.

# ST. CLAIR PLASTICS CO.

30855 TETON PLACE • CHESTERFIELD TWP., MI 48047
PHONE (586) 598-9930 • DUNS 05-332-6948
FAX (586) 598-7057

| INVOICE NUMBER |
| --- |
| 161306 |

**S O L D T O**
36121
DELPHI AUTOMOTIVE-COLUMBUS
ACCTS PAYABLE
COLUMBUS PLANT
200 GEORGESVILLE RD
COLUMBUS OH 43228
UNITED STATES

**S H I P T O**
DK10
Delphi Columbus Dock 10

DK10
200 GEORGESVILLE RD
COLUMBUS OH 43228-0151
UNITED STATES

| SUPPLIER CODE | TERMS | | F.O.B. | INVOICE DATE |
| --- | --- | --- | --- | --- |
| 53326948 | NET 25TH | | CHESTERFIELD TWP MI | 10/04/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 0/04/05 | 161306 | MARTIN TRANSPORTATION SYST | 1,781 | 0 | 1,781 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| 550053173 | 16644809 HOUSING, LH DRIVE UNIT | 320 PC | 2.393960 | $766.07 |
| 550053173 | 16644812 HOUSING, RH DRIVE UNIT | 480 PC | 3.205850 | $1538.81 |
| 550053173 | 16914639 DRUM REAR | 704 PC | 1.356400 | $954.91 |
| 550053173 | 16644663 INTERRUPTER | 252 PC | 1.035700 | $261.00 |
| 550053173 | 16644846 INTERRUPTER | 714 PC | 0.824000 | $588.34 |
| 550022990 | 16644944 DRUM - FRONT | 220 PC | 1.262100 | $277.66 |
| 550022990 | 16644945 DRUM - REAR | 176 PC | 1.288800 | $226.83 |
| 550053173 | 16914640 DRUM FRONT | 715 PC | 1.208100 | $863.75 |
| 550053173 | 16644846 INTERRUPTER | 78 PC | 0.824000 | $64.27 |
| | SPECIAL PACKAGING FOR 16644846 | | | |

hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

GOODS TO BE RETURNED WITHOUT OUR WRITTEN PERMISSION.
RCHASER SHALL BE DEEMED TO HAVE ACCEPTED THE GOODS SHIPPED HEREUNDER IN ACCORDANCE WITH THE TERMS HEREOF UNLESS ST CLAIR PLASTICS IS TIFIED IN WRITING OF ANY DEFECTS, SHORTAGES, ERRORS OR ANY CLAIMS WHATSOEVER.

| | |
| --- | --- |
| SUBTOTAL | $5541.68 |
| SALES TAX | $0.00 |
| FREIGHT CHARGES | $0.00 |
| INVOICE TOTAL | $5541.68 |
| MISC AVAILABLE | $0.00 |

**STRAIGHT BILL OF LADING — SHORT FORM — Original** ~~Pg 57 of 78~~ **Not Negotiable.**

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of the issue of this Original Bill of Lading.

| SID/SHIPPER NO. | DATE |
|---|---|
| | |

**FROM  ST. CLAIR PLASTICS CO.**   AT CHESTERFIELD TWP., MICHIGAN 48047   DUNS NO. 05-332-6948

This is to certify that the below-named articles are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. "If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight."

† Shipper's imprints in lieu of stamp not a part of Bill of Lading approved by the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.   SIGNATURE: _____   TITLE: _____

† The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of the Uniform Freight Classification and of the National Motor Freight Classification."

**CARRIER'S NO.**
**CAR OR VEHICLE INITIALS & NO.**

**CONSIGNEE AND DESTINATION / SHIPPER UNLOAD AND/OR CONSIGNEE UNLOAD**
**(MAIL OR STREET ADDRESS OF CONSIGNEE - FOR PURPOSES OF NOTIFICATION ONLY)**

the property below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any said property over all or any portion of said route to destination, and as to each party at any time interested in all or any part of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| CONTROL SOURCE | CARRIER (SHIP VIA) | SUPPLIER CODE | FREIGHT COL. PPD. IN. PPD. | F.O.B. | DOCK NO. | AETC. NO. |
|---|---|---|---|---|---|---|
| | NORTON TRANSPORTATION | 053326948 | X | CHESTERFIELD TWP MI | | |

| P.O. NUMBER ENG. LEVEL | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | U.O.M. DOCK CODE | CONT. I.D. TOTAL CONT. | PALLETS LOOSE CONT. | PRIOR ACCU TOTAL ACCU |
|---|---|---|---|---|---|---|
| | 16648809 HOUSING, FD DRIVE UNIT | 520 | PC RDG LDR 1 | CTN 12 | | |
| | 16648812 HOUSING, FH DRIVE UNIT | 480 | PC RDG LDR 1 | CTN 6 | | |
| | 16214634 DRUM REAR | 704 | PC RDG LDR 1 | CTN | | |
| | 16648842 INTERRUPTER | 850 | PC RDG LDR 1 | CTN | | |
| | 16648846 INTERRUPTER | 714 | PC RDG LDR 1 | CTN 17 | | |
| | 16648934 DRUM + FRONT | 990 | PC RDG LDR 1 | CTN | | |
| | 16648935 DRUM + REAR | 176 | PC RDG LDR 1 | CTN | | |
| | 16214640 DRUM FRONT | 715 | PC L DUTDS | CTN | | |
| | 16648846 INTERRUPTER | 48 | PC RDG LDR 1 | CTN | | |

| QTY CONT. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | CLASS RATE | CK | TOTAL GROSS | TOTAL TARE | TOTAL NET |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

REMIT C.O.D. TO: (ADDRESS)

Subject to Section 7 of Conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor.)

Received $_____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)
Charges Advanced $_____

C.O.D. CHARGES TO BE PA
Shipper [ ] Consign
C.O.D. AMOUNT
$_____
ThiS SHIPMENT IS CORRE
DESCRIBED, CORRECT WE
IS

If charges are to be prepaid, v
stamp here, "To to Prepa

**TOTAL**

ST. CLAIR PLASTICS CO.

# ST. CLAIR PLASTICS CO.

30855 TETON PLACE • CHESTERFIELD TWP., MI 48047
PHONE (586) 598-9930 • DUNS 05-332-6948
FAX (586) 598-7057

| INVOICE NUMBER |
|---|
| 161346 |

| SOLD TO | | SHIP TO | |
|---|---|---|---|
| 36121 | | dk10 | |
| DELPHI AUTOMOTIVE-COLUMBUS | | Delphi Columbus Dock 10 | |
| ACCTS PAYABLE | | | |
| COLUMBUS PLANT | | DK10 | |
| 200 GEORGESVILLE RD | | 200 GEORGESVILLE RD | |
| COLUMBUS OH 43228 | | COLUMBUS OH 43228-0151 | |
| UNITED STATES | | UNITED STATES | |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 53326948 | NET 25TH | CHESTERFIELD TWP MI | 10/06/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 0/06/05 | 161346 | MARTIN TRANSPORTATION SYST | 1,006 | 0 | 1,006 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 550053173 | 16644812 HOUSING, RH DRIVE UNIT | 440 PC | 3.205850 | $1410.57 |
| 550053173 | 16644846 INTERRUPTER | 378 PC | 0.824000 | $311.47 |
| 550022990 | 16644944 DRUM - FRONT | 220 PC | 1.262100 | $277.66 |
| 550022990 | 16644945 DRUM - REAR | 176 PC | 1.288800 | $226.83 |
| 550053173 | 16914639 DRUM REAR | 396 PC | 1.356400 | $537.13 |
| 550053173 | 16914640 DRUM FRONT | 385 PC | 1.208100 | $465.12 |

hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

GOODS TO BE RETURNED WITHOUT OUR WRITTEN PERMISSION.
RCHASER SHALL BE DEEMED TO HAVE ACCEPTED THE GOODS SHIPPED HEREUNDER IN ACCORDANCE WITH THE TERMS HEREOF UNLESS ST CLAIR PLASTICS IS
TIFIED IN WRITING OF ANY DEFECTS, SHORTAGES, ERRORS OR ANY CLAIMS WHATSOEVER.

| | |
|---|---|
| SUBTOTAL | $3228.78 |
| SALES TAX | $0.00 |
| FREIGHT CHARGES | $0.00 |
| INVOICE TOTAL | $3228.78 |
| MISC AVAILABLE | $0.00 |

# SCP ST. CLAIR PLASTICS CO.

30855 TETON PLACE • CHESTERFIELD TWP., MI 48047
PHONE (586) 598-9930 • DUNS 05-332-6948
FAX (586) 598-7057

| INVOICE NUMBER |
| --- |
| 161360 |

| S O L D T O | 36121 DELPHI AUTOMOTIVE--COLUMBUS ACCTS PAYABLE COLUMBUS PLANT 200 GEORGESVILLE RD COLUMBUS OH 43228 UNITED STATES | S H I P T O | SATD Delphi Columbus SATD SATD 200 GEORGESVILLE RD COLUMBUS OH 43228-0151 UNITED STATES |
| --- | --- | --- | --- |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
| --- | --- | --- | --- |
| 053326948 | NET 25TH | CHESTERFIELD TWP MI | 10/07/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 10/07/05 | 161360 | MARTIN TRANSPORTATION SYST | 240 | 0 | 240 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| 0550023676 | 16640714 LEVER - RH CHILD SEC. | 3000 EA | 0.264610 | $793.83 |
| 0550023676 | 16640715 LEVER - LH CHILD SEC. | 5000 EA | 0.264610 | $1323.05 |
| 0550023145 | 16873286 LEVER INSIDE HANDLE ASM | 1500 PC | 0.074640 | $111.96 |
| 0550023145 | 16873288 INSIDE LOCKING LEVER RH | 2500 PC | 0.084890 | $212.23 |
| 0550023145 | 16873289 INSIDE LOCKING LEVER LH | 2500 PC | 0.084890 | $212.23 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended
and of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

NO GOODS TO BE RETURNED WITHOUT OUR WRITTEN PERMISSION.
PURCHASER SHALL BE DEEMED TO HAVE ACCEPTED THE GOODS SHIPPED HEREUNDER IN ACCORDANCE WITH THE TERMS HEREOF UNLESS SELLER IS
NOTIFIED IN WRITING OF ANY DEFECTS, SHORTAGES, ERRORS OR ANY CLAIMS WHATSOEVER.

| | |
| --- | --- |
| SUBTOTAL | $2653.30 |
| SALES TAX | $0.00 |
| FREIGHT CHARGES | $0.00 |
| INVOICE TOTAL | $2653.30 |
| DISC AVAILABLE | $0.00 |
| FUNDS: USD | |

**STRAIGHT BILL OF LADING – SHORT FORM – Original – Not Negotiable.**

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of the issue of this Original Bill of Lading.

| | SID/SHIPPER NO. | DATE |
|---|---|---|
| | 161245 | 09/29/05 |

**FROM ST. CLAIR PLASTICS CO.**   AT CHESTERFIELD TWP., MICHIGAN 48047   Truck Number   DUNS NO. 05-332-6948   161245

This is to certify that the below-named articles are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.* ...

† Shipper's imprint in lieu of stamp not a part of Bill of Lading Approved by the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.  SIGNATURE: _____  TITLE: _____

*The containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of the Uniform Freight Classification and of the National Motor Freight Classification.*

**CARRIER'S NO.**

**CAR OR VEHICLE INITIALS & NO.**

DELPHI AUTOMOTIVE COLUMBUS

the property below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination if on its route. It is mutually agreed, as to each carrier of all or any said property over all or any portion of said route to destination, and as to each party at any time interested in all or any part of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepts for himself and his assigns.

**CONSIGNEE AND DESTINATION ( SHIPPER LOAD AND/OR CONSIGNEE UNLOAD**
**(MAIL OR STREET ADDRESS OF CONSIGNEE - FOR PURPOSES OF NOTIFICATION ONLY)**
Delphi Columbus SATD

SATD
200 GEORGESVILLE RD
COLUMBUS OH 43228-0151
UNITED STATES

| CONTROL SOURCE | CARRIER (SHIP VIA) | SUPPLIER CODE | FREIGHT | | | F.O.B. | | DOCK NO. | AETC. NO. |
|---|---|---|---|---|---|---|---|---|---|
| | | | COL. | PPO. IN | PPD. | | | | |
| 1805 | MARTIN TRANSPORTATIO | 053326948 | X | | | CHESTERFIELD TWP MI | | | |

| P.O. NUMBER ENG. LEVEL | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | U.O.M. DOCK CODE | CONT. I.D. TOTAL CONT. | PALLETS LOOSE CONT. | PRIOR ACCU TOTAL ACCU |
|---|---|---|---|---|---|---|
| 550023676 | 16640714 LEVER - RH CHILD SEC. KANBAN#: 0000005, 0000011  0000022 | 3000 | EA  RD018AT | CTN  3 | 0  3 | 577000  580000 |
| 550023676 | 16640715 LEVER - LH CHILD SEC. KANBAN#: 0000010, 0000013  0000019 | 3000 | EA  RD018AT | CTN  3 | 0  3 | 583000  586000 |
| 550023145 | 16873286 LEVER INSIDE HANDLE ASM KANBAN#: 0000002, 0000003 | 3000 | PC  RD018AT | CTN  2 | 0  2 | 3150  3450 |
| 550023145 | 16873289 INSIDE LOCKING LEVER LH KANBAN#: 0000003 | 1250 | PC  RD018AT | CTN  1 | 0  1 | 4625  4750 |

Total Items Shipped:                 1

| QTY CONT. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | CLASS RATE | CK | TOTAL GROSS | TOTAL TARE | TOTAL NET |
|---|---|---|---|---|---|---|---|
| 9 | PLASTIC AUTO PARTS NOI DENSITY, 10# PCF OR MORE | 172 | | | 172 | 0 | 172 |

REMIT C.O.D. TO: (ADDRESS)

Subject to Section 7 of Conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Received $_____ to apply in prepayment of the charges on the property described hereon.

_____ Agent or Cashier

Per _____ (The signature here acknowledges only the amount prepaid.)  Charges Advanced $_____

Per _____ (Signature of Consignor.)

C.O.D. CHARGES TO BE PAID Shipper ☐  Consignee
C.O.D. AMOUNT $_____

THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT W... IS

If charges are to be prepaid, stamp here, "To be Prepaid."

| | TOTAL | 172 | | | | | |
|---|---|---|---|---|---|---|---|

ST. CLAIR PLASTICS CO.

The _____ or declared value of the

 **ST. CLAIR PLASTICS CO.**

30855 TETON PLACE • CHESTERFIELD TWP., MI 48047
PHONE (586) 598-9930 • DUNS 05-332-6948
FAX (586) 598-7057

| INVOICE NUMBER |
|---|
| 161245 |

| SOLD TO | SHIP TO |
|---|---|
| 36121<br>DELPHI AUTOMOTIVE-COLUMBUS<br>ACCTS PAYABLE<br>COLUMBUS PLANT<br>200 GEORGESVILLE RD<br>COLUMBUS OH 43228<br>UNITED STATES | SATD<br>Delphi Columbus SATD<br><br>SATD<br>200 GEORGESVILLE RD<br>COLUMBUS OH 43228-0151<br>UNITED STATES |

| SUPPLIER CODE | TERMS | | F.O.B. | INVOICE DATE |
|---|---|---|---|---|
| 53326948 | NET 25TH | | CHESTERFIELD TWP MI | 09/29/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 9/29/05 | 161245 | MARTIN TRANSPORTATION SYST | 172 | 0 | 172 |

| P.O. NUMBER | CUSTOMER PART NUMBER<br>DESCRIPTION | QUANTITY<br>SHIPPED | UNIT<br>PRICE | AMOUNT |
|---|---|---|---|---|
| 550023676 | 16640714<br>LEVER - RH CHILD SEC. | 3000<br>EA | 0.264610 | $793.83 |
| 550023676 | 16640715<br>LEVER - LH CHILD SEC. | 3000<br>EA | 0.264610 | $793.83 |
| 550023145 | 16875286<br>LEVER INSIDE HANDLE ASM | 3000<br>PC | 0.074640 | $223.92 |
| 550023145 | 16875289<br>INSIDE LOCKING LEVER LH | 1250<br>PC | 0.084890 | $106.11 |

hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended and of regulations and orders of the United States Department of Labor issued under Section 14 thereof.⁴

GOODS TO BE RETURNED WITHOUT OUR WRITTEN PERMISSION.
PURCHASER SHALL BE DEEMED TO HAVE ACCEPTED THE GOODS SHIPPED HEREUNDER IN ACCORDANCE WITH THE TERMS HEREOF UNLESS ST. CLAIR PLASTICS IS NOTIFIED IN WRITING OF ANY DEFECTS, SHORTAGES, ERRORS OR ANY CLAIMS WHATSOEVER.

| | |
|---|---|
| SUBTOTAL | $1917.69 |
| SALES TAX | $0.00 |
| FREIGHT CHARGES | $0.00 |
| INVOICE TOTAL | $1917.69 |
| ISC AVAILABLE | $0.00 |

STRAIGHT BILL OF LADING – SHORT FORM – Original – Not Negotiable.

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of the issue of this Original Bill of Lading.

| SID/SHIPPER NO. | DATE |
|---|---|
| | |

FROM **ST. CLAIR PLASTICS CO.**    AT CHESTERFIELD TWP., MICHIGAN 48047    DUNS NO. 05-332-6948

This is to certify that the below-named articles are property classified, described, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. "If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight."

† Shipper's imprints in lieu of stamp not a part of Bill of Lading approved by the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.    SIGNATURE: _____    TITLE: _____

† The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of the Uniform Freight Classification and of the National Motor Freight Classification."

CARRIER'S NO.
CAR OR VEHICLE INITIALS & NO.

CONSIGNEE AND DESTINATION / SHIPPER LOAD AND/OR CONSIGNEE UNLOAD
(MAIL OR STREET ADDRESS OF CONSIGNEE - FOR PURPOSES OF NOTIFICATION ONLY)

the property below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any said property over all or any portion of said route to destination, as to each party at any time interested in all or any part of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns:

| CONTROL SOURCE | CARRIER (SHIP VIA) | SUPPLIER CODE | FREIGHT | | | F.O.B. | DOCK NO. | AETC. NO. |
|---|---|---|---|---|---|---|---|---|
| | | | COL. | PPD. IN. | PPD. | | | |
| | | | | | | | | |

| P.O. NUMBER ENG. LEVEL | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | U.O.M. DOCK CODE | CONT. I.D. TOTAL CONT. | PALLETS LOOSE CONT. | PRIOR ACCU TOTAL ACCU |
|---|---|---|---|---|---|---|
| | 16849352 | 750 | PC RD01DC1 | | | |
| | 17495545 | 422 | PC RD01DC1 | | | |
| | 16644244 | 365 | PC RD01DC1 | | | |
| | 16644945 | 126 | PC RD01DC1 | | | |
| | 16914459 | 660 | PC RD01DC1 | | | |
| | 16914460 | 660 | PC RD01DC1 | | | |

| QTY. CONT. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | CLASS RATE | CK. | TOTAL GROSS | TOTAL TARE | TOTAL NET |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | REMIT C.O.D. TO: (ADDRESS) | | |
| | | | | | | | |
| **TOTAL** | | | | | | | |

Subject to Section 7 of Conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor.)

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)
Charges Advanced $ _____

C.O.D. CHARGES TO BE PA
Shipper ☐    Consign
C.O.D. AMOUNT
$ _____

THIS SHIPMENT IS CORRE
DESCRIBED. CORRECT WE
IS

Charges are to be prepaid, start here, "To be Prepa

T. CLAIR PLASTICS CO.

 **ST. CLAIR PLASTICS CO.**

30855 TETON PLACE • CHESTERFIELD TWP., MI 48047
PHONE (586) 598-9930 • DUNS 05-332-6948
FAX (586) 598-7057

| INVOICE NUMBER |
|---|
| 161362 |

| S O L D T O | 36121 DELPHI AUTOMOTIVE-COLUMBUS ACCTS PAYABLE COLUMBUS PLANT 200 GEORGESVILLE RD COLUMBUS OH 43228 UNITED STATES | S H I P T O | DK10 Delphi Columbus Dock 10 DK10 200 GEORGESVILLE RD COLUMBUS OH 43228-0151 UNITED STATES |
|---|---|---|---|

| SUPPLIER CODE | TERMS | | F.O.B. | INVOICE DATE |
|---|---|---|---|---|
| 053326948 | NET 25TH | | CHESTERFIELD TWP MI | 10/07/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 10/07/05 | 161362 | MARTIN TRANSPORTATION SYST | 1,292 | 0 | 1,292 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 0550053173 | 16644812 HOUSING, RH DRIVE UNIT | 380 PC | 3.205850 | $1218.22 |
| 0550053173 | 16644846 INTERRUPTER | 672 PC | 0.824000 | $553.73 |
| 0550022990 | 16644944 DRUM - FRONT | 165 PC | 1.262100 | $208.25 |
| 0550022990 | 16644945 DRUM -- REAR | 176 PC | 1.288800 | $226.83 |
| 0550053173 | 16914639 DRUM REAR | 660 PC | 1.356400 | $895.22 |
| 0550053173 | 16914640 DRUM FRONT | 660 PC | 1.208100 | $797.35 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended and of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

NO GOODS TO BE RETURNED WITHOUT OUR WRITTEN PERMISSION.
PURCHASER SHALL BE DEEMED TO HAVE ACCEPTED THE GOODS SHIPPED HEREUNDER IN ACCORDANCE WITH THE TERMS HEREOF UNLESS SELLER IS NOTIFIED IN WRITING OF ANY DEFECTS, SHORTAGES, ERRORS OR ANY CLAIMS WHATSOEVER.

| | |
|---|---|
| SUBTOTAL | $3899.6 |
| SALES TAX | $0.0 |
| SPECIAL CHARGES | $0.0 |
| INVOICE TOTAL | $3899.6 |
| DISC AVAILABLE | $0.0 |

STRAIGHT BILL OF LADING – SHORT FORM – Original - Not negotiable.
Pg 64 of 78

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of the issue of this Original Bill of Lading.

FROM **ST. CLAIR PLASTICS CO.**   AT CHESTERFIELD TWP., MICHIGAN 48047   DUNS NO. 05-332-6948

This is to certify that the below-named articles are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. "If this shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight."
† Shipper's imprints in lieu of stamp not a part of Bill of Lading approved by the Department of Transportation.
NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.   SIGNATURE:_____   TITLE: _____
† The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of the Uniform Freight Classification and of the National Motor Freight Classification."

| SID/SHIPPER NO. | DATE |
|---|---|
|  |  |

CARRIER'S NO.
CAR OR VEHICLE INITIALS & NO.

CONSIGNEE AND DESTINATION / SHIPPER LOAD AND/OR CONSIGNEE UNLOAD
(MAIL OR STREET ADDRESS OF CONSIGNEE - FOR PURPOSES OF NOTIFICATION ONLY)

the property below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any said property over all or any portion of said route to destination, and as to each party at any time interested in all or any part of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all of the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| CONTROL SOURCE | CARRIER (SHIP VIA) | SUPPLIER CODE | FREIGHT | | | F.O.B. | DOCK NO. | AETC. NO. |
|---|---|---|---|---|---|---|---|---|
| | | | COL. | PPD. IN. | PPD. | | | |
| | | | | X | | | | |

| P.O. NUMBER ENG. LEVEL | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | U.O.M. DOCK CODE | CONT. I.D. TOTAL CONT. | PALLETS LOOSE CONT. | PRIOR ACCU TOTAL ACCU |
|---|---|---|---|---|---|---|
| | 16649831 | 448 | PC | | | |
| | | | | | | |
| | 16649847 | 348 | PC | | | |
| | | | | | | |
| | 16644954 | 120 | PC | | | |
| | DRUM - FRONT | | RDO1D | | | |
| | 16644955 | 124 | PC | | | |
| | DRUM - REAR | | RDO1D | | | |
| C5000 5175 | 16914649 | 396 | PC | | | |
| | DRUM REAR | | RDO1D | | | |
| | 16914640 | 288 | PC | | | |
| | DRUM FRONT | | RDO1D | | | |

| DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | CLASS RATE | CK | TOTAL GROSS | TOTAL TARE | TOTAL NET |
|---|---|---|---|---|---|---|
| | | | | | | |

REMIT C.O.D. TO: (ADDRESS)

Subject to Section 7 of Conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor.)

Received $_____
to apply in prepayment of the charges on the property described hereon.

_____
Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)
Charges Advanced
$_____

C.O.D. CHARGES TO BE PAID
Shipper ☐   Consignee ☐
C.O.D. AMOUNT
$_____

THIS SHIPMENT IS CORRECT DESCRIBED. CORRECT WEIG IS

If charges are to be prepaid, write or stamp here, "To be Prepaid.

**TOTAL**

**CLAIR PLASTICS CO.**

STRAIGHT BILL OF LADING – SHORT FORM – Original–Not Negotiable.

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of the issue of this Original Bill of Lading.

| | SID/SHIPPER NO. | DATE |
|---|---|---|
| | | |

FROM **ST. CLAIR PLASTICS CO.**   AT CHESTERFIELD TWP., MICHIGAN 48047   DUNS NO. 05-332-6948

This is to certify that the below-named articles are property classified, described, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.*

† Shipper's imprints in lieu of stamp not a part of Bill of Lading approved by the Department of Transportation.   SIGNATURE: _____   TITLE: _____

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

†† The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of the Uniform Freight Classification and of the National Motor Freight Classification.

**CARRIER'S NO.**
**CAR OR VEHICLE INITIALS & NO.**

**CONSIGNEE AND DESTINATION / SHIPPER LOAD AND/OR CONSIGNEE UNLOAD**
**(MAIL OR STREET ADDRESS OF CONSIGNEE - FOR PURPOSES OF NOTIFICATION ONLY)**

the property below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any said property over all or any portion of said route to destination, and as to each party at any time interested in all or any part of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| CONTROL SOURCE | CARRIER (SHIP VIA) | SUPPLIER CODE | FREIGHT COL. | PPD. INT | PPD. | F.O.B. | DOCK NO. | AETC. NO. |
|---|---|---|---|---|---|---|---|---|
| | TRANSPORTATION 05-332-6948 | | X | | | CHESTERFIELD TWP. | | |

| P.O. NUMBER ENG. LEVEL | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | U.O.M. DOCK CODE | CONT. I.D. TOTAL CONT. | PALLETS LOOSE CONT. | PRIOR ACC TOTAL ACC |
|---|---|---|---|---|---|---|
| | 16440714 LEVER III CHILD SEC KANBAN: 0000005, 0000003 0000003 | 3000 | EA RX01SA1 | | | |
| | Kanban numbers: 0000001, 0000003, 0000013 | | | | | |
| | 16440715 LEVER III CHILD SEC KANBAN: 0000004, 0000004 0000009, 0000014 0000010 | 5000 | EA RX01SA1 | | | |
| | Kanban numbers: 0000006, 0000009, 0000014, 0000015, 0000010 | | | | | |
| | 16072296 LEVER INSIDE HANDLE ASM KANBAN: 0000001 | 1500 | PC RX01SA1 | | | |
| | Kanban numbers: 0000001 | | | | | |
| | 16072293 INSIDE CUSTOM LEVER RH KANBAN: 0000001, 0000002 | 2400 | PC RX01SA1 | | | |
| | Kanban numbers: 0000001, 0000002 | | | | | |

| QTY. OF CONT. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | CLASS RATE | CK | TOTAL GROSS | TOTAL TARE | TOTAL NET |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | REMIT C.O.D. TO: (ADDRESS) | | |
| | **TOTAL** | | | | | | |

Subject to Section 7 of Conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____ (Signature of Consignor.)

Received $_____ to apply in prepayment of the charges on the property described hereon.

_____ Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)
Charges Advanced $_____

C.O.D. CHARGES TO BE
Shipper ☐   Cons
C.O.D. AMOUN
$_____
THIS SHIPMENT IS CORR
DESCRIBED, CORRECT
IS

If charges are to be prepaid
stamp here, "To be Pre

**ST. CLAIR PLASTICS CO.**

**STRAIGHT BILL OF LADING – SHORT FORM – Original – Not Negotiable.**

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of the issue of this Original Bill of Lading.

| | SID/SHIPPER NO. | DATE |
|---|---|---|

**FROM  ST. CLAIR PLASTICS CO.**   AT CHESTERFIELD TWP., MICHIGAN 48047   DUNS NO. 05-332-6948

This is to certify that the below-named articles are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. "If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight."

† Sh pper's imprints in lieu of stamp not a part of Bill of Lading.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.  SIGNATURE _____  TITLE: _____

† - "The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of the Uniform Freight Classification and of the National Motor Freight Classification."

**CARRIER'S NO.**

**CAR OR VEHICLE INITIALS & NO.**

**CONSIGNEE AND DESTINATION / SHIPPER LOAD AND/OR CONSIGNEE UNLOAD**
**(MAIL OR STREET ADDRESS OF CONSIGNEE - FOR PURPOSES OF NOTIFICATION ONLY)**

the property below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any said property over all or any portion of said route to destination, and as to each party at any time interested in all or any part of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Delphi Customer Serv.

BATH
200 GEORGESVILLE RD
COLUMBUS OH 4 3 1 3 0 0 0 0 0
UNITED STATES

| CONTROL SOURCE | CARRIER (SHIP VIA) | SUPPLIER CODE | FREIGHT | | | F.O.B. | | DOCK NO. | AETC. NO. |
|---|---|---|---|---|---|---|---|---|---|
| | | | COL. | PPD. IN | PPD. | | | | |
| | MASTER TRANSPORTATIO | 053529400 | X | | | CHESTERFIELD MT M | | | |

| P.O. NUMBER<br>ENG. LEVEL | CUSTOMER PART NUMBER<br>DESCRIPTION | QUANTITY<br>SHIPPED | U.O.M.<br>DOCK CODE | CONT. I.D.<br>TOTAL CONT. | PALLETS<br>LOOSE CONT. | PRIOR ACCU<br>TOTAL ACCU |
|---|---|---|---|---|---|---|
| | Kanban trailer #  900000, 000000 | | | | | |

| QTY.<br>CONT. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | CLASS<br>RATE | CK | TOTAL GROSS | TOTAL TARE | TOTAL NET |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | REMIT C.O.D. TO: (ADDRESS) | | |

Subject to Section 7 of Conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor.)

Received $ _____
to apply in prepayment of the charges on the property described hereon.

_____
Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)
Charges Advanced
$ _____

C.O.D. CHARGES TO BE PA
Shipper ☐   Consigne
C.O.D. AMOUNT
$ _____
THIS SHIPMENT IS CORRE
DESCRIBED CORRECT WI
IS

d charges are to be prepaid,
stamp here, "To be Prepa

| | | | | | | TOTAL | | |

T. CLAIR PLASTICS CO.

# SCP ST. CLAIR PLASTICS CO.

30855 TETON PLACE • CHESTERFIELD TWP., MI 48047
PHONE (586) 598-9930 • DUNS 05-332-6948
FAX (586) 598-7057

| SOLD TO | SHIP TO |
|---|---|
| 36121<br>DELPHI AUTOMOTIVE-COLUMBUS<br>ACCTS PAYABLE<br>COLUMBUS PLANT<br>200 GEORGESVILLE RD<br>COLUMBUS OH 43228<br>UNITED STATES | satd<br>Delphi Columbus SATD<br><br>SATD<br>200 GEORGESVILLE RD<br>COLUMBUS OH 43228-0151<br>UNITED STATES |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 53326948 | NET 25TH | CHESTERFIELD TWP MI | 10/06/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 0/06/05 | 161345 | MARTIN TRANSPORTATION SYST | 136 | 0 | 136 |

| P.O. NUMBER | CUSTOMER PART NUMBER / DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 550023676 | 16640714<br>LEVER - RH CHILD SEC. | 1000<br>EA | 0.264610 | $264.61 |
| 550023676 | 16640715<br>LEVER - LH CHILD SEC. | 4000<br>EA | 0.264610 | $1058.44 |
| 550023145 | 16873287<br>LEVER INSIDE HANDLE ASM | 3000<br>PC | 0.074640 | $223.92 |

hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended,
of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

GOODS TO BE RETURNED WITHOUT OUR WRITTEN PERMISSION.
CHASER SHALL BE DEEMED TO HAVE ACCEPTED THE GOODS SHIPPED HEREUNDER IN ACCORDANCE WITH THE TERMS HEREOF UNLESS SELLER IS NOTIFIED
IFIED IN WRITING OF ANY DEFECTS, SHORTAGES, ERRORS OR ANY CLAIMS WHATSOEVER.

| | |
|---|---|
| SUBTOTAL | $1546.97 |
| SALES TAX | $0.00 |
| MISC CHARGES | $0.00 |
| INVOICE TOTAL | $1546.97 |
| MISC AVAILABLE | $0.00 |
| FUNDS: USD | |

**STRAIGHT BILL OF LADING – SHORT FORM – Original – Not Negotiable.**

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of the issue of this Original Bill of Lading.

| SID/SHIPPER NO. | DATE |
|---|---|
| | |

**FROM  ST. CLAIR PLASTICS CO.**      AT CHESTERFIELD TWP., MICHIGAN 48047      DUNS NO. 05-332-6948

This is to certify that the below-named articles are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. "If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight."

† Shipper's imprints in lieu of stamp not a part of Bill of Lading approved by the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required in writing the agreed or declared value of the property.

† "The labe containers used for this shipment conforms to the specifications set forth in the box maker's certificate thereon, and all other requirements of the Uniform Freight Classification and of the National Motor Freight Classification."

SIGNATURE: _____   TITLE: ____

**CARRIER'S NO.**
**CAR OR VEHICLE INITIALS & NO.**

**CONSIGNEE AND DESTINATION / SHIPPER LOAD AND/OR CONSIGNEE UNLOAD**
**(MAIL OR STREET ADDRESS OF CONSIGNEE - FOR PURPOSES OF NOTIFICATION ONLY)**

The property below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any said property over all or any portion of said route to destination, and as to each party at any time interested in all or any part of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns:

| ONTROL SOURCE | CARRIER (SHIP VIA) | SUPPLIER CODE | FREIGHT | | | F.O.B. | DOCK NO. | AETC. NO. |
|---|---|---|---|---|---|---|---|---|
| | | | COL. | PPD. IN | PPD. | | | |

| P.O. NUMBER ENG. LEVEL | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | U.O.M. DOCK CODE | CONT. I.D. TOTAL CONT. | PALLETS LOOSE CONT. | PRIOR ACCU TOTAL ACCU |
|---|---|---|---|---|---|---|
| | | | | | | |

| Y. ONT. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | CLASS RATE | CK | TOTAL GROSS | TOTAL TARE | TOTAL NET |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

REMIT C.O.D. TO: (ADDRESS)

Subject to Section 7 of Conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor.)

Received $_____
to apply in prepayment of the charges on the property described hereon.

_____
Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)
Charges Advanced
$

C.O.D. CHARGES TO BE PAI
Shipper ☐      Consigne
C.O.D. AMOUNT
$

THIS SHIPMENT IS CORREC
DESCRIBED. CORRECT WE
IS

If charges are to be prepaid, wr
stamp here, 'To be Prepaid

**TOTAL**

**CLAIR PLASTICS CO.**



# ST. CLAIR PLASTICS CO.

30855 TETON PLACE · CHESTERFIELD TWP, MI 48047
PHONE (586) 598-9930 · DUNS 05-332-6948
FAX (586) 598-7057

**INVOICE NUMBER**
161222

| SOLD TO | SHIP TO |
|---|---|
| 36121 DELPHI AUTOMOTIVE—COLUMBUS ACCTS PAYABLE COLUMBUS PLANT 200 GEORGESVILLE RD COLUMBUS OH 43228 UNITED STATES | SATD Delphi Columbus SATD SATD 200 GEORGESVILLE RD COLUMBUS OH 43228-0151 UNITED STATES |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 53326948 | NET 25TH | CHESTERFIELD TWP MI | 09/28/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 9/28/05 | 161222 | MARTIN TRANSPORTATION SYST | 280 | 0 | 280 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 5500023676 | 16640714 LEVER - RH CHILD SEC. | 7000 EA | 0.264610 | $1852.27 |
| 5500023674 | 16640715 LEVER - LH CHILD SEC. | 6000 EA | 0.264610 | $1587.66 |

hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

GOODS TO BE RETURNED WITHOUT OUR WRITTEN PERMISSION.
CHASER SHALL BE DEEMED TO HAVE ACCEPTED THE GOODS SHIPPED HEREUNDER IN ACCORDANCE WITH THE TERMS HEREOF UNLESS ST. CLAIR PLASTICS IS
FIED IN WRITING OF ANY DEFECTS, SHORTAGES, ERRORS OR ANY CLAIMS WHATSOEVER.

| | |
|---|---|
| SUBTOTAL | $3439.93 |
| SALES TAX | $0.00 |
| FREIGHT CHARGES | $0.00 |
| INVOICE TOTAL | $3439.93 |
| ISC AVAILABLE | $0.00 |
| FUNDS: USD | |

STRAIGHT BILL OF LADING — SHORT FORM — Original—Not Negotiable.

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of the issue of this Original Bill of Lading.

| | SID/SHIPPER NO. | DATE |
|---|---|---|
| | 161222 | 09/28/05 |

FROM **ST. CLAIR PLASTICS CO.**   AT CHESTERFIELD TWP., MICHIGAN 48047   DUNS NO: 09-382-6948   Truck Number

This is to certify that the below named articles are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

† Shipper's imprints in lieu of stamp not a part of Bill of Lading approved by the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.   SIGNATURE: _____   TITLE: _____
† *The here containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of the Uniform Freight Classification and of the National Motor Freight Classification.*

CARRIER'S NO.
CAR OR VEHICLE INITIALS & NO. **AUTOMOTIVE-COLUMBUS**

CONSIGNEE AND DESTINATION/SHIPPER LOAD AND/OR CONSIGNEE UNLOAD
(MAIL OR STREET ADDRESS OF CONSIGNEE—FOR PURPOSES OF NOTIFICATION ONLY)

The property below in apparent good order except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to the destination. It is mutually agreed, as to each carrier of all or any said property over all or any portion of said route to destination, and as to each party at any time interested in all or any part of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SATD
200 GEORGESVILLE RD
COLUMBUS OH 43228-0151
UNITED STATES

| CONTROL SOURCE | CARRIER (SHIP VIA) | SUPPLIER CODE | FREIGHT | | | F.O.B. | DOCK NO. | AETC. NO. |
|---|---|---|---|---|---|---|---|---|
| | | | COL | PPD. IN | PPD. | | | |
| 1805 | MARTIN TRANSPORTATIO | 053326948 | X | | | CHESTERFIELD TWP MI | | |

| P.O. NUMBER ENG. LEVEL | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | U.O.M. DOCK CODE | CONT. I.D. TOTAL CONT. | PALLETS LOOSE CONT. | PRIOR ACC TOTAL ACC |
|---|---|---|---|---|---|---|
| 550023676 | 16640714 LEVER - RH CHILD SEC. KANBAN#: 0000001, 0000003 0000006, 0000008 0000010, 0000021 0000026 | 7000 | EA RD01SAT | CTN 7 | 0 7 | 57000 57700 |
| | Kanban numbers: 0000001, 0000003, 0000006, 0000008, 0000010, 0000021, 0000026 | | | | | |
| 550023676 | 16640715 LEVER - LH CHILD SEC. KANBAN#: 0000012, 0000017 0000021, 0000024 0000030, 0000031 | 6000 | EA RD01SAT | CTN 6 | 0 6 | 57700 58300 |
| | Kanban numbers: 0000031, 0000012, 0000017, 0000021, 0000024, 0000030 | | | | | |

Total Items Shipped:                    1

| QTY. ? CONT. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | CLASS RATE | CK | TOTAL GROSS | TOTAL TARE | TOTAL NET |
|---|---|---|---|---|---|---|---|
| 13 | PLASTIC AUTO PARTS N01 DENSITY, 10# PCF OR MORE | 260 | | | 260 | 0 | 260 |

REMIT C.O.D. TO: (ADDRESS)

Subject to Section 7 of Conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor.)

Received $_____ to apply in prepayment of the charges on the property described hereon.

$_____
Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)
Charges Advanced $_____

C.O.D. CHARGES TO BE P
Shipper ☐   Consig
C.O.D. AMOUN
$_____

THIS SHIPMENT IS CORR
DESCRIBED, CORRECT W
IS

If charges are to be prepaid,
stamp here, "To be Prep

| | TOTAL | 260 |
|---|---|---|

ST. CLAIR PLASTICS CO.



# ST. CLAIR PLASTICS CO.

30855 TETON PLACE · CHESTERFIELD TWP., MI 48047
PHONE (586) 598-9930 · DUNS 05-332-6948
FAX (586) 598-7057

| INVOICE NUMBER |
| --- |
| 161270 |

**SOLD TO:**
36121
DELPHI AUTOMOTIVE-COLUMBUS
ACCTS PAYABLE
COLUMBUS PLANT
200 GEORGESVILLE RD
COLUMBUS OH 43228
UNITED STATES

**SHIP TO:**
SATD
Delphi Columbus SATD

SATD
200 GEORGESVILLE RD
COLUMBUS OH 43228-0151
UNITED STATES

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
| --- | --- | --- | --- |
| 053326948 | NET 25TH | CHESTERFIELD TWP MI | 09/30/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 09/30/05 | 161270 | MARTIN TRANSPORTATION SYST | 140 | 0 | 140 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| 6550023676 | 16640714 LEVER - RH CHILD SEC. | 5000 EA | 0.264610 | $1323.05 |
| 6550023676 | 16640715 LEVER - LH CHILD SEC. | 2000 EA | 0.264610 | $529.22 |

i hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

GOODS TO BE RETURNED WITHOUT OUR WRITTEN PERMISSION.
PURCHASER SHALL BE DEEMED TO HAVE ACCEPTED THE GOODS SHIPPED HEREUNDER IN ACCORDANCE WITH THE TERMS HEREOF UNLESS ST CLAIR PLASTICS IS
NOTIFIED IN WRITING OF ANY DEFECTS, SHORTAGES, ERRORS OR ANY CLAIMS WHATSOEVER.

| | |
| --- | --- |
| SUBTOTAL | $1852.27 |
| SALES TAX | $0.00 |
| FREIGHT CHARGES | $0.00 |
| INVOICE TOTAL | $1852.27 |
| DISC AVAILABLE | $0.00 |

**STRAIGHT BILL OF LADING — SHORT FORM — Original — Not Negotiable.**

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of the issue of this Original Bill of Lading.

FROM **ST. CLAIR PLASTICS CO.**  AT CHESTERFIELD TWP., MICHIGAN 48047

| | |
|---|---|
| | Truck Number |
| DUNS NO. 05-332-6948 | 161270 |

| SID/SHIPPER NO. | DATE |
|---|---|
| 161270 | 09/30/05 |

This is to certify that the below-named articles are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight."

† Shipper's imprints in lieu of stamp not a part of Bill of Lading approved by the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.  SIGNATURE: _____ TITLE: _____

† "The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of the Uniform Freight Classification and of the National Motor Freight Classification."

CARRIER'S NO.
CAR OR VEHICLE INITIALS & NO.

CONSIGNEE AND DESTINATION / SHIPPER LOAD AND/OR CONSIGNEE UNLOAD
(MAIL OR STREET ADDRESS OF CONSIGNEE - FOR PURPOSES OF NOTIFICATION ONLY)

Delphi Columbus SATD

the property below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any said property over all or any portion of said route to destination, and as to each party at any time interested in all or any part of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepts for himself and his assigns.

SATD
200 GEORGESVILLE RD
COLUMBUS OH 43228-0151
UNITED STATES

| CONTROL SOURCE | CARRIER (SHIP VIA) | SUPPLIER CODE | FREIGHT | | | F.O.B. | DOCK NO. | AETC. NO. |
|---|---|---|---|---|---|---|---|---|
| | | | COL. | PPD. | INT. PPD. | | | |
| 1805 | MARTIN TRANSPORTATIO | 053326948 | X | | | CHESTERFIELD TWP MI | | |

| P.O. NUMBER ENG. LEVEL | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | U.O.M. DOCK CODE | CONT. I.D. TOTAL CONT. | PALLETS LOOSE CONT. | PRIOR ACCU TOTAL ACCU |
|---|---|---|---|---|---|---|
| 550023676 | 16640714 LEVER - RH CHILD SEC. KANBAN#: 0000004, 0000007  0000017, 0000020  0000023  Kanban numbers: 0000004, 0000007, 0000017, 0000020, 0000023 | 5000 | EA R001SAT | CTN 5 | 0 5 | 580000 585000 |
| 550023676 | 16640715 LEVER - LH CHILD SEC. KANBAN#: 0000006, 0000014  Kanban numbers: 0000006, 0000014 | 2000 | EA R001SAT | CTN 2 | 0 2 | 586000 588000 |

Total Items Shipped:

| T.ONT. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | CLASS RATE | CK | TOTAL GROSS | TOTAL TARE | TOTAL NET |
|---|---|---|---|---|---|---|---|
| 2 | PLASTIC AUTO PARTS NOI DENSITY, 10# PCF OR MORE | 140 | | | 140 | 0 | 140 |
| | | | | | REMIT C.O.D. TO: (ADDRESS) | | |
| | TOTAL | 140 | | | | | |

Subject to Section 7 of Conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor.)

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)
Charges Advanced $ _____

C.O.D. CHARGES TO BE PAID
Shipper ☐  Consignee ☐
C.O.D. AMOUNT
$ _____

THIS SHIPMENT IS CORRECT DESCRIBED. CORRECT WEIG IS

If charges are to be prepaid, write or stamp here, "To be Prepaid."

CLAIR PLASTICS CO.
Permanent post-office address of shipper:

Shipper _____   Agent _____

 **ST. CLAIR PLASTICS CO.**

30855 TETON PLACE • CHESTERFIELD TWP., MI 48047
PHONE (586) 598-9930 • DUNS 05-332-6948
FAX (586) 598-7057

| INVOICE NUMBER |
| --- |
| 161285 |

**SOLD TO**
36121
DELPHI AUTOMOTIVE-COLUMBUS
ACCTS PAYABLE
COLUMBUS PLANT
200 GEORGESVILLE RD
COLUMBUS OH 43228
UNITED STATES

**SHIP TO**
SATD
Delphi Columbus SATD

SATD
200 GEORGESVILLE RD
COLUMBUS OH 43228-0151
UNITED STATES

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
| --- | --- | --- | --- |
| 053326948 | NET 25TH | CHESTERFIELD TWP MI | 10/03/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 10/03/05 | 161285 | MARTIN TRANSPORTATION SYST | 80 | 0 | 80 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| 0550023676 | 16640714 LEVER - RH CHILD SEC. | 2000 EA | 0.264610 | $529.22 |
| 0550023676 | 16640715 LEVER - LH CHILD SEC. | 2000 EA | 0.264610 | $529.22 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended,
d of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

D GOODS TO BE RETURNED WITHOUT OUR WRITTEN PERMISSION.
JRCHASER SHALL BE DEEMED TO HAVE ACCEPTED THE GOODS SHIPPED HEREUNDER IN ACCORDANCE WITH THE TERMS HEREOF UNLESS ST. CLAIR PLASTICS IS
OTIFIED IN WRITING OF ANY DEFECTS, SHORTAGES, ERRORS OR ANY CLAIMS WHATSOEVER.

| SUBTOTAL | $1058.4 |
| --- | --- |
| SALES TAX | $0.0 |
| FREIGHT CHARGES | $0.0 |
| INVOICE TOTAL | $1058.4 |
| DISC AVAILABLE | $0.0 |
| FUNDS: USD | |

**STRAIGHT BILL OF LADING – SHORT FORM – Original – Not Negotiable.**

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of the issue of this Original Bill of Lading.

| SID/SHIPPER NO. | DATE |
|---|---|
| | |

**FROM  ST. CLAIR PLASTICS CO.**     AT CHESTERFIELD TWP., MICHIGAN 48047     DUNS NO. 05-332-6948

This is to certify that the below-named articles are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. "If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight."
† Shipper's imprints in lieu of stamp not a part of Bill of Lading approved by the Department of Transportation.
NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
‡ The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of the Uniform Freight Classification and of the National Motor Freight Classification."

SIGNATURE: _____     TITLE: _____

**CARRIER'S NO.**
**CAR OR VEHICLE INITIALS & NO.**

The property below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any said property over all or any portion of said route to destination, and as to each party at any time interested in all or any part of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**CONSIGNEE AND DESTINATION / SHIPPER LOAD AND/OR CONSIGNEE UNLOAD**
**(MAIL OR STREET ADDRESS OF CONSIGNEE - FOR PURPOSES OF NOTIFICATION ONLY)**

| ONTROL SOURCE | CARRIER (SHIP VIA) | SUPPLIER CODE | | FREIGHT | | F.O.B. | DOCK NO. | AETC. NO. |
|---|---|---|---|---|---|---|---|---|
| | | | COL. | PPD. IN | PPD. | | | |
| | MARTIN TRANSPORTATIO | 0553264 | X | | | CHESTERFIELD TWP 48 | | |

| P.O. NUMBER ENG. LEVEL | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | U.O.M. DOCK CODE | CONT. I.D. TOTAL CONT. | PALLETS LOOSE CONT. | PRIOR ACCU TOTAL ACCU |
|---|---|---|---|---|---|---|
| | 1244071 LEVER - LH CHILD SFT. CAMBANI: 0000009, 0000013 RADIAN numbers: 0000009, 0000015 | 2000 | EA REVISED | 0 IN | 40 | |
| | 1244071 LEVER - LH CHILD SEC. CAMBANI: 0000009, 0000013 RADIAN numbers: 0000009, 0000015 | 2040 | EA REVISED | 102 | 40 | |

| NT. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | CLASS RATE | CK | TOTAL GROSS | TOTAL TARE | TOTAL NET |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

REMIT C.O.D. TO: (ADDRESS)

Subject to Section 7 of Conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor.)

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)
Charges Advanced
$ _____

C.O.D. CHARGES TO BE PAID
Shipper ☐   Consignee ☐
C.O.D. AMOUNT
$ _____

THIS SHIPMENT IS CORRECT DESCRIBED, CORRECT WEIG
$ _____

If charges are to be prepaid, writ stamp here, "To Be Prepaid"

**TOTAL**

**CLAIR PLASTICS CO.**
nanent post-office address of shipper:

 **ST. CLAIR PLASTICS CO.**

| INVOICE NUMBER |
|---|
| 161305 |

30855 TETON PLACE · CHESTERFIELD TWP., MI 48047
PHONE (586) 598-9930 · DUNS 05-332-6948
FAX (586) 598-7057

| | |
|---|---|
| **S O L D  T O** | 36121<br>DELPHI AUTOMOTIVE-COLUMBUS<br>ACCTS PAYABLE<br>COLUMBUS PLANT<br>200 GEORGESVILLE RD<br>COLUMBUS OH 43228<br>UNITED STATES |
| **S H I P  T O** | SATD<br>Delphi Columbus SATD<br><br>SATD<br>200 GEORGESVILLE RD<br>COLUMBUS OH 43228-0151<br>UNITED STATES |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 053326948 | NET 25TH | CHESTERFIELD TWP MI | 10/04/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 10/04/05 | 161305 | MARTIN TRANSPORTATION SYST | 200 | 0 | 200 |

| P.O. NUMBER | CUSTOMER PART NUMBER / DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 0550023676 | 16640714<br>LEVER - RH CHILD SEC. | 6000<br>EA | 0.264610 | $1587.6 |
| 0550023676 | 16640715<br>LEVER - LH CHILD SEC. | 4000<br>EA | 0.264610 | $1058.4 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14 thereof.*

O GOODS TO BE RETURNED WITHOUT OUR WRITTEN PERMISSION.
JRCHASER SHALL BE DEEMED TO HAVE ACCEPTED THE GOODS SHIPPED HEREUNDER IN ACCORDANCE WITH THE TERMS HEREOF UNLESS ST. CLAIR PLASTICS CO. IS OTIFIED IN WRITING OF ANY DEFECTS, SHORTAGES, ERRORS OR ANY CLAIMS WHATSOEVER.

| | |
|---|---|
| SUBTOTAL | $2646.1 |
| SALES TAX | $0.0 |
| FREIGHT CHARGES | $0.0 |
| INVOICE TOTAL | $2646.1 |
| SC AVAILABLE | $0.0 |

# STRAIGHT BILL OF LADING – SHORT FORM – Original – Not Negotiable.

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of the issue of this Original Bill of Lading.

| SID/SHIPPER NO. | DATE |
|---|---|
| | |

FROM  **ST. CLAIR PLASTICS CO.**          AT CHESTERFIELD TWP., MICHIGAN 48047          DUNS NO, 05-332-6948

This is to certify that the below-named articles are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. "If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight."
† Shipper's imprints in lieu of stamp not a part of Bill of Lading approved by the Department of Transportation.
NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.   SIGNATURE:_____  TITLE:_____
‡ "The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of the Uniform Freight Classification and of the National Motor Freight Classification."

CARRIER'S NO.
CAR OR VEHICLE INITIALS & NO.

CONSIGNEE AND DESTINATION / SHIPPER LOAD AND/OR CONSIGNEE UNLOAD
(MAIL OR STREET ADDRESS OF CONSIGNEE - FOR PURPOSES OF NOTIFICATION ONLY)

the property below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any said property over all or any portion of said route to destination, and as to each party at any time interested in all or any part of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| CONTROL SOURCE | CARRIER (SHIP VIA) | SUPPLIER CODE | FREIGHT | | | F.O.B. | DOCK NO. | AETC. NO. |
|---|---|---|---|---|---|---|---|---|
| | | | COL. | PPD. IN | PPD. | | | |
| 1805 | MARTIN TRANSPORTATION | 05330040 | X | | | CHESTERFIELD TWP MI | | |

| P.O. NUMBER ENG. LEVEL | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | U.O.M. DOCK CODE | CONT. I.D. TOTAL CONT. | PALLETS LOOSE CONT. | PRIOR ACCU TOTAL ACCU |
|---|---|---|---|---|---|---|
| 5500053674 | 16640214 LEVER - RH CHILD SEC. KANBANS: 0000002, 0000015 0000018, 0000024 Kanban numbers: 0000002, 0000015, 0000018, 0000015, 0000018, 0000024 | 6000 | EA R00156A | CTN 6 | | 187000 93000 |
| 5500053674 | 16640215 LEVER - LH CHILD SEC. KANBANS: 0000002, 0000005 0000015, 0000020 Kanban numbers: 0000002, 0000005, 0000015, 0000020 | 4000 | EA R00156T | CTN 4 | 4 | 59000 59400 |

Printed Blanks Shipments

| QTY CONT. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | CLASS RATE | CK | TOTAL GROSS | TOTAL TARE | TOTAL NET |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | REMIT C.O.D. TO: (ADDRESS) | | |
| | | | | Subject to Section 7 of Conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Per _____ (Signature of Consignor.) | Received $_____ to apply in prepayment of the charges on the property described hereon. $_____ Agent or Cashier Per _____ (The signature here acknowledges only the amount prepaid.) Charges Advanced $_____ | C.O.D. CHARGES TO BE PAID Shipper ☐   Consignee C.O.D. AMOUNT $_____ THIS SHIPMENT IS CORRECT DESCRIBED, CORRECT WEI IS If charges are to be prepaid, stamp here, "To be Prepaid |
| **TOTAL** | | | | | | | |

ST. CLAIR PLASTICS CO.
permanent post-office address of shipper:

 **ST. CLAIR PLASTICS CO.**

30855 TETON PLACE • CHESTERFIELD TWP., MI 48047
PHONE (586) 598-9930 • DUNS 05-332-6948
FAX (586) 598-7057

| INVOICE NUMBER |
|---|
| 161328 |

| SOLD TO | SHIP TO |
|---|---|
| 36121<br>DELPHI AUTOMOTIVE--COLUMBUS<br>ACCTS PAYABLE<br>COLUMBUS PLANT<br>200 GEORGESVILLE RD<br>COLUMBUS OH 43228<br>UNITED STATES | SATD<br>Delphi Columbus SATD<br><br>SATD<br>200 GEORGESVILLE RD<br>COLUMBUS OH 43228-0151<br>UNITED STATES |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 053326948 | NET 25TH | CHESTERFIELD TWP MI | 10/05/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 0/05/05 | 161328 | MARTIN TRANSPORTATION SYST | 320 | 0 | 320 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 550023676 | 16640714<br>LEVER - RH CHILD SEC. | 8000<br>EA | 0.264610 | $2116.88 |
| 550023676 | 16640715<br>LEVER - LH CHILD SEC. | 8000<br>EA | 0.264610 | $2116.88 |

hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended
of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

GOODS TO BE RETURNED WITHOUT OUR WRITTEN PERMISSION.
CHASER SHALL BE DEEMED TO HAVE ACCEPTED THE GOODS SHIPPED HEREUNDER IN ACCORDANCE WITH THE TERMS HEREOF UNLESS ST CLAIR PLASTICS IS
IFIED IN WRITING OF ANY DEFECTS, SHORTAGES, ERRORS OR ANY CLAIMS WHATSOEVER.

| | |
|---|---|
| SUBTOTAL | $4233.76 |
| SALES TAX | $0.00 |
| FREIGHT CHARGES | $0.00 |
| INVOICE TOTAL | $4233.76 |
| DISC AVAILABLE | $0.00 |
| FUNDS: USD | |

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of the issue of this Original Bill of Lading.

| SID/SHIPPER NO. | DATE |
|---|---|
| | |

**FROM  ST. CLAIR PLASTICS CO.**   AT CHESTERFIELD TWP., MICHIGAN 48047   DUNS NO. 05-332-6948

This is to certify that the below-named articles are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. "If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight."

† Shipper's imprints in lieu of stamp not a part of Bill of Lading approved by the Department of Transportation.

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.  SIGNATURE: _____

*"The fare containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of the Uniform Freight Classification and of the National Motor Freight Classification."   TITLE: _____

CARRIER'S NO.
CAR OR VEHICLE INITIALS & NO.

CONSIGNEE AND DESTINATION / SHIPPER LOAD AND/OR CONSIGNEE UNLOAD
(MAIL OR STREET ADDRESS OF CONSIGNEE - FOR PURPOSES OF NOTIFICATION ONLY)

The property below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any portion of said route to destination, and as to each party at any time interested in all or any part of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| CONTROL SOURCE | CARRIER (SHIP VIA) | SUPPLIER CODE | FREIGHT | | | F.O.B. | DOCK NO. | AETC. NO. |
|---|---|---|---|---|---|---|---|---|
| | | | COL. | PPD. IN | PPD. | | | |
| | | | | | | | | |

| P.O. NUMBER ENG. LEVEL | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | U.O.M. DOCK CODE | CONT. I.D. TOTAL CONT. | PALLETS LOOSE CONT. | PRIOR ACCU TOTAL ACCU |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | 8000 | | | | |

| QTY. CONT. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | CLASS RATE | CK | TOTAL GROSS | TOTAL TARE | TOTAL NET |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

REMIT C.O.D. TO: (ADDRESS)

Subject to Section 7 of Conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor.)

Received $_____ to apply in prepayment of the charges on the property described hereon.

_____
Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)
Charges Advanced $_____

C.O.D. CHARGES TO BE PAID
Shipper ☐  Consignee ☐
C.O.D. AMOUNT
$_____

THIS SHIPMENT IS CORRECT DESCRIBED. CORRECT WEIG IS

If charges are to be prepaid, write or stamp here, "To Be Prepaid"

**TOTAL**

. CLAIR PLASTICS CO.
manent post-office address of shipper:

Shipper