

# GREEN & SEIFTER
## Attorneys, PLLC

110 WEST FAYETTE STREET
ONE LINCOLN CENTER
SUITE 900
SYRACUSE, NEW YORK 13202
315-422-1391
315-422-3549 FAX
www.GSLaw.com

LEE ALCOTT
MICHAEL J. BALANOFF
LAURENCE G. BOUSQUET
PHILIP S. BOUSQUET
DAVID A. HOLSTEIN †
VIRGINIA A. HOVEMAN *
TIMOTHY M. LYNN
KEVIN R. MCAULIFFE **
SHARON A. MCAULIFFE
STEVEN A. PAQUETTE
PAUL M. PREDMORE
LOWELL A. SEIFTER ‡
JOHN L. VALENTINO
ROBERT K. WEILER
HARRISON V. WILLIAMS, JR.
DOUGLAS H. ZAMELIS
KIMBERLY M. ZIMMER ††

----

OF COUNSEL:
JAMES E. DWYER
DANIEL J. FRENCH
EDWARD S. GREEN ‡
GARY J. LAVINE ***
SIDNEY L. MANES
THOMAS E. TAYLOR ***

JASON J. CENTOLELLA
ANTHONY J. D'ELIA
CHRISTINE W. DETTOR
KATHLEEN M. FAULKNHAM
SHARON E. FELLOWS
KIM V. HEYMAN †††
DAFNI S. KIRITSIS
FREDERICK W. MARTY
LAWRENCE M. ORDWAY, JR.

----

ROBERT D. MCAULIFFE
1993-1995

DAVID A. YAFFEE
1986-2004

* ALSO ADMITTED TO IL. BAR
** ALSO ADMITTED TO N.C. BAR
*** ALSO ADMITTED TO D.C. BAR
† ALSO ADMITTED TO FL. & PA. BAR
†† ALSO ADMITTED TO MA. BAR
††† ALSO ADMITTED TO PA. BAR
‡ ALSO CERTIFIED PUBLIC ACCOUNTANT
§ NOT FOR SERVICE OF PROCESS

October 17, 2005

Clerk
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

**VIA FEDERAL EXPRESS**

Re: **Delphi Corporation**
**Case No. 05-44481 (RDD)**

Dear Sir/Madam:

      Pursuant to a telephone conversation my assistant, Lenore Ellis, had with Juanita at the HELP Desk of the United States Bankruptcy Court for the Southern District of New York at 4:00 p.m. this afternoon, we have been advised that the CM/ECF system will be down until at least Wednesday, October 19, 2005 and that no documents may be filed electronically with the Court until at least that time. We were instructed by Juanita to file the attached Notice of Reclamation Demand by Carlisle Engineered Products, Inc. by forwarding the documents to the Court via Federal Express today. We will also electronically file the documents as soon as we are able to access the CM/ECF system on Wednesday.

      Therefore, enclosed are an original and one copy of a Notice of Reclamation Demand by Carlisle Engineered Products, Inc. along with a Certificate of Service. Please file the originals, time-stamp the copies and return the time-stamped copies to me in the enclosed self-addressed, stamped envelope.

      Thank you.

Very truly yours,

GREEN & SEIFTER, ATTORNEYS, PLLC

Robert K. Weiler

RKW/lce
Enc.
cc: Hon. Robert D. Drain (w/enc., via Federal Express)
350992_1.DOC/C0207L-00040



RECEIVED
OCT 18 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

Robert K. Weiler, Esq. (RW6497)
Green & Seifter, Attorneys, PLLC
OFFICE AND POST OFFICE ADDRESS
One Lincoln Center, Suite 900
Syracuse, NY 13202
Telephone: (315) 422-1391
Fax: (315) 423-2870

Attorneys for Carlisle Engineered Products, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------
In re                                              Chapter 11

DELPHI CORPORATION, et al.,                        Case No. 05-44481(RDD)
                                                   (Jointly Administered)
                          Debtors.
---------------------------------------------------------------

## NOTICE OF RECLAMATION DEMAND BY
## CARLISLE ENGINEERED PRODUCTS, INC.

Carlisle Engineered Products, Inc. ("Carlisle"), by and through its attorneys, Green & Seifter, Attorneys, PLLC, hereby gives notice that on October 17, 2005, Carlisle served a written demand for reclamation, a true and exact copy of which is attached hereto as Exhibit "A" (the "Reclamation Notice"). The goods subject to Carlisle's Reclamation Notice are described in the Reclamation Notice and accompanying Schedule "A".

Dated: October 17, 2005            GREEN & SEIFTER, ATTORNEYS, PLLC

                                   By: _____
                                       Robert K. Weiler (RW6497)

350733_1.DOC/C0207L-00040

RECEIVED
OCT 18 2005
U.S. BANKRUPTCY COURT



# GREEN & SEIFTER
## Attorneys, PLLC

110 WEST FAYETTE STREET
ONE LINCOLN CENTER
SUITE 900
SYRACUSE, NEW YORK 13202
315-422-1391
315-422-3549 FAX
www.GSLaw.com

LEE ALCOTT
MICHAEL J. BALANOFF
SARAH LEWIS BELCHER
LAURENCE G. BOUSQUET
PHILIP S. BOUSQUET
DAVID A. HOLSTEIN †
VIRGINIA A. HOVEMAN*
TIMOTHY M. LYNN
KEVIN R. MCAULIFFE**
SHARON A. MCAULIFFE
STEVEN A. PAQUETTE
PAUL M. PREDMORE
LOWELL A. SEIFTER ‡
JOHN L. VALENTINO
ROBERT K. WEILER
HARRISON V. WILLIAMS, JR.
DOUGLAS H. ZAMELIS
KIMBERLY M. ZIMMER ††

OF COUNSEL:
JAMES F. DWYER
DANIEL J. FRENCH
EDWARD S. GREEN ‡
GARY J. LAVINE***
SIDNEY L. MANES
THOMAS E. TAYLOR***

ANTHONY J. D'ELIA
CHRISTINE W. DETTOR
KATHLEEN M. FAULKNHAM
SHARON E. FELLOWS
KIM V. HEYMAN †††
DAFNI S. KIRITSIS
FREDERICK W. MARTY
LAWRENCE M. ORDWAY, JR.

ROBERT D. MCAULIFFE
1993-1995
DAVID A. YAFFEE
1986-2004

* ALSO ADMITTED TO IL. BAR
** ALSO ADMITTED TO N.C. BAR
*** ALSO ADMITTED TO D.C. BAR
† ALSO ADMITTED TO FL. & PA. BAR
†† ALSO ADMITTED TO MA. BAR
††† ALSO ADMITTED TO PA. BAR
‡ ALSO CERTIFIED PUBLIC ACCOUNTANT
‡‡NOT FOR SERVICE OF PROCESS

October 17, 2005

**FEDERAL EXPRESS**

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
**(and Via Fax (312) 407-0411)**

Kayalyn A. Marafioti, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Alicia M. Leonhard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Delphi Harrison Thermal Systems
200 Upper Mile Road
Lockport, NY 14094

Delphi Automotive Systems LLC
c/o Delphi Packard
P. O. Box 431
Warren, OH 44486
**(Via Express Mail)**

**Re:    Delphi Corporation**
**Case No. 05-55581 (RDD)**
**Reclamation Notice on behalf of Carlisle Engineered Products, Inc.**

Ladies and Gentlemen:

Our firm is counsel to Carlisle Engineered Products, Inc. ("Carlisle") and has been authorized to send this reclamation notice (the "Reclamation Notice") to Delphi Corporation and related entities ("Delphi") on Carlisle's behalf. Pursuant to Section 546 of the United States Bankruptcy Code and Section 2-702 of the Uniform Commercial Code, Carlisle hereby demands reclamation of all goods delivered by Carlisle and received by Delphi within the period permitted for reclamation pursuant to Bankruptcy Code, Section 546(c), including, without limitation, the goods described in the Carlisle Invoices to Delphi referenced on the spreadsheet attached as Schedule A (the "Spreadsheet") or the Delphi Purchase Orders referenced on the Spreadsheet and received by Delphi within 10 days prior to the date of Delphi's Chapter 11 petition. The column on the Spreadsheet designated "Receipt Date" references the date the



EXHIBIT A



John Wm. Butler, Jr., Esq.
Page 2
October 17, 2005

goods were received by Delphi. Because the Carlisle Invoices and Delphi Purchase Orders are voluminous, they are not attached, but will be provided upon request. The aggregate value of these goods referenced on the Spreadsheet is $624,301.61.

Carlisle reserves the right to further amend or supplement this Reclamation Notice, including, without limitation, filing additional evidence in support of this Reclamation Notice.

This Reclamation Notice is not to be construed as: (1) an election of remedy; (2) a waiver of any past, present or future defaults; (3) a waiver or limitation of any right to assert that any of the goods that are the subject of this Reclamation Notice were delivered to entities that were related to or affiliates of Delphi but are not debtors and are independently responsible for payment; or (4) a waiver or any limitation of Carlisle's rights.

Nothing in this Reclamation Notice constitutes an admission of any kind or is a consent to jurisdiction of the United States Bankruptcy Court, Southern District of New York.

Very truly yours,

GREEN & SEIFTER, ATTORNEYS, PLLC

Robert K. Weiler (RW 6497)

RKW/lce
Enc.
cc:  Steven J. Ford, Esq.
     Chuck Siczek

350766_1.DOC/C0202L-00040

## Schedule A

## DELPHI RECLAMATION SUMMARY

| Delphi Document # | Receipt Date | Total Amount | Currency Code | Carlisle Invoice # | Delphi Purchase Order # |
|---|---|---|---|---|---|
| '5203721008001 | 9/28/2005 | $771.09 | USD | 636432 | D0550028660 |
| '5203721008002 | 9/28/2005 | $963.53 | USD | 636432 | D0550048529 |
| '5203719794001 | 9/28/2005 | $6,161.80 | USD | 636495 | D0550070660 |
| '5203719794002 | 9/28/2005 | $273.36 | USD | 636495 | D0550070661 |
| '5203722441001 | 9/28/2005 | $771.09 | USD | 636497 | D0550028660 |
| '5203722441002 | 9/28/2005 | $1,720.22 | USD | 636497 | D0550048149 |
| '5203722441003 | 9/28/2005 | $963.53 | USD | 636497 | D0550048529 |
| '5203720738001 | 9/28/2005 | $6,643.35 | USD | 636516 | D0550057377 |
| '5203720738002 | 9/28/2005 | $6,759.13 | USD | 636516 | D0550057378 |
| '5203719782001 | 9/28/2005 | $2,899.67 | USD | 636522 | D0550070660 |
| '5203719782002 | 9/28/2005 | $364.48 | USD | 636522 | D0550070661 |
| '5203719685001 | 9/28/2005 | $113.34 | USD | 636557 | D0550028144 |
| '5203719685002 | 9/28/2005 | $717.47 | USD | 636557 | D0550057689 |
| '5203719632001 | 9/28/2005 | $113.34 | USD | 636559 | D0550028144 |
| '5203719632002 | 9/28/2005 | $717.47 | USD | 636559 | D0550057689 |
| '5203719801001 | 9/28/2005 | $201.01 | USD | 636560 | D0550028116 |
| '5203719801002 | 9/28/2005 | $1,358.46 | USD | 636560 | D0550028117 |
| '5203719801003 | 9/28/2005 | $882.21 | USD | 636560 | D0550028118 |
| '5203719801004 | 9/28/2005 | $3,260.13 | USD | 636560 | D0550028124 |
| '5203719801005 | 9/28/2005 | $2,717.62 | USD | 636560 | D0550028127 |
| '5203719801006 | 9/28/2005 | $2,643.26 | USD | 636560 | D0550028128 |
| '5203719801007 | 9/28/2005 | $450.19 | USD | 636560 | D0550028129 |
| '5203719801008 | 9/28/2005 | $1,732.40 | USD | 636560 | D0550054530 |
| '5203719801009 | 9/28/2005 | $1,220.17 | USD | 636560 | D0550055862 |
| '5203719801010 | 9/28/2005 | $1,151.54 | USD | 636560 | D0550055865 |
| '5203719797001 | 9/28/2005 | $2,264.09 | USD | 636562 | D0550028117 |
| '5203719797002 | 9/28/2005 | $452.94 | USD | 636562 | D0550028127 |
| '5203719797003 | 9/28/2005 | $433.10 | USD | 636562 | D0550054530 |
| 'WE6204700050928 | 9/28/2005 | $4,300.14 | USD | 636563 | PEDP4710148 |
| '090301100050928 | 9/28/2005 | $437.41 | USD | 636564 | PEDP4710148 |
| '090301000050928 | 9/28/2005 | $310.96 | USD | 636565 | PEDP4710148 |
| '5203720404001 | 9/28/2005 | $549.19 | USD | 636574 | D0550028141 |
| '5203720404002 | 9/28/2005 | $2,072.95 | USD | 636574 | D0550028142 |
| '5203720404003 | 9/28/2005 | $629.42 | USD | 636574 | D0550028302 |
| '5203720404004 | 9/28/2005 | $5,305.82 | USD | 636574 | D0550028308 |
| '5203720404005 | 9/28/2005 | $1,815.45 | USD | 636574 | D0550028310 |
| '5203720404006 | 9/28/2005 | $7,550.40 | USD | 636574 | D0550048150 |
| '5203720404007 | 9/28/2005 | $724.54 | USD | 636574 | D0550048236 |
| '5203720404008 | 9/28/2005 | $3,094.27 | USD | 636574 | D0550048527 |
| '5203720404009 | 9/28/2005 | $1,924.56 | USD | 636574 | D0550048790 |
| '5203720404010 | 9/28/2005 | $2,740.75 | USD | 636574 | D0550048796 |
| '5203720404011 | 9/28/2005 | $1,207.01 | USD | 636574 | D0550048799 |
| '5203720404012 | 9/28/2005 | $2,130.84 | USD | 636574 | D0550052236 |
| '5203720404013 | 9/28/2005 | $4,101.84 | USD | 636574 | D0550055706 |
| '5203722517001 | 9/28/2005 | $1,190.28 | USD | 636575 | D0550035858 |

350767v1                                                                1

| Delphi Document # | Receipt Date | Total Amount | Currency Code | Carlisle Invoice # | Delphi Purchase Order # |
|---|---|---|---|---|---|
| '5203722517002 | 9/28/2005 | $1,732.40 | USD | 636575 | D0550054530 |
| '5203722517003 | 9/28/2005 | $1,689.47 | USD | 636575 | D0550055862 |
| '5203722517004 | 9/28/2005 | $1,871.25 | USD | 636575 | D0550055865 |
| '5203721759001 | 9/28/2005 | $1,565.04 | USD | 636577 | D0550028310 |
| '5203721759002 | 9/28/2005 | $603.50 | USD | 636577 | D0550048799 |
| '5203722516001 | 9/28/2005 | $588.90 | USD | 636575A | D0550028114 |
| '5203722516002 | 9/28/2005 | $402.02 | USD | 636575A | D0550028116 |
| '5203722516003 | 9/28/2005 | $2,328.66 | USD | 636575A | D0550028124 |
| '5203722516004 | 9/28/2005 | $2,717.62 | USD | 636575A | D0550028127 |
| '5203722516005 | 9/28/2005 | $2,643.26 | USD | 636575A | D0550028128 |
| '5203722516006 | 9/28/2005 | $376.97 | USD | 636575A | D0550053049 |
| '5203731479001 | 9/29/2005 | $1,720.22 | USD | 636478 | D0550048149 |
| '5203731479002 | 9/29/2005 | $344.80 | USD | 636478 | D0550048151 |
| '5203731479003 | 9/29/2005 | $963.53 | USD | 636478 | D0550048529 |
| '5203729446001 | 9/29/2005 | $113.34 | USD | 636570 | D0550028144 |
| '5203729446002 | 9/29/2005 | $717.47 | USD | 636570 | D0550057689 |
| '5203729418001 | 9/29/2005 | $1,739.86 | USD | 636576 | D0550028139 |
| '5203729418002 | 9/29/2005 | $113.34 | USD | 636576 | D0550028144 |
| '5203729418003 | 9/29/2005 | $597.89 | USD | 636576 | D0550057689 |
| 'WE6209900050929 | 9/29/2005 | $3,731.51 | USD | 636578 | PEDP4710148 |
| '5203727735001 | 9/29/2005 | $549.19 | USD | 636595 | D0550028141 |
| '5203727735002 | 9/29/2005 | $2,072.95 | USD | 636595 | D0550028142 |
| '5203727735003 | 9/29/2005 | $1,645.20 | USD | 636595 | D0550038880 |
| '5203727735004 | 9/29/2005 | $7,550.40 | USD | 636595 | D0550048150 |
| '5203727735005 | 9/29/2005 | $724.54 | USD | 636595 | D0550048236 |
| '5203727735006 | 9/29/2005 | $3,094.27 | USD | 636595 | D0550048527 |
| '5203727735007 | 9/29/2005 | $1,924.56 | USD | 636595 | D0550048790 |
| '5203727735008 | 9/29/2005 | $2,740.75 | USD | 636595 | D0550048796 |
| '5203727735009 | 9/29/2005 | $1,207.01 | USD | 636595 | D0550048799 |
| '5203727735010 | 9/29/2005 | $4,101.84 | USD | 636595 | D0550055706 |
| '5203730808001 | 9/29/2005 | $782.52 | USD | 636598 | D0550028310 |
| '5203730808002 | 9/29/2005 | $1,031.42 | USD | 636598 | D0550048527 |
| '5203730808003 | 9/29/2005 | $641.52 | USD | 636598 | D0550048790 |
| '5203730808004 | 9/29/2005 | $51.75 | USD | 636598 | D0550055240 |
| '5203738281001 | 9/30/2005 | $414.25 | USD | 636585 | D0550028139 |
| '5203738281002 | 9/30/2005 | $113.34 | USD | 636585 | D0550028144 |
| '5203738281003 | 9/30/2005 | $597.89 | USD | 636585 | D0550057689 |
| '5203736690001 | 9/30/2005 | $588.90 | USD | 636596 | D0550028114 |
| '5203736690002 | 9/30/2005 | $804.05 | USD | 636596 | D0550028116 |
| '5203736690003 | 9/30/2005 | $914.54 | USD | 636596 | D0550028123 |
| '5203736690004 | 9/30/2005 | $1,884.29 | USD | 636596 | D0550028126 |
| '5203736690005 | 9/30/2005 | $2,202.72 | USD | 636596 | D0550028128 |
| '5203736690006 | 9/30/2005 | $1,100.38 | USD | 636596 | D0550053047 |
| '5203736690007 | 9/30/2005 | $753.95 | USD | 636596 | D0550053049 |
| '5203736690008 | 9/30/2005 | $1,871.25 | USD | 636596 | D0550055865 |
| '5203738283001 | 9/30/2005 | $497.10 | USD | 636597 | D0550028139 |
| '5203738283002 | 9/30/2005 | $113.34 | USD | 636597 | D0550028144 |
| '5203738283003 | 9/30/2005 | $597.89 | USD | 636597 | D0550057689 |
| '5203736607001 | 9/30/2005 | $538.56 | USD | 636602 | D0550037177 |
| 'WE6218500050930 | 9/30/2005 | $1,554.80 | USD | 636604 | PEDP4710148 |

350767v1                                    2

| Delphi Document # | Receipt Date | Total Amount | Currency Code | Carlisle Invoice # | Delphi Purchase Order # |
|---|---|---|---|---|---|
| '5203738282001 | 9/30/2005 | $248.55 | USD | 636606 | D0550028139 |
| '5203738282002 | 9/30/2005 | $170.02 | USD | 636606 | D0550028144 |
| '5203738282003 | 9/30/2005 | $717.47 | USD | 636606 | D0550057689 |
| '5203740422001 | 9/30/2005 | $588.90 | USD | 636608 | D0550028114 |
| '5203740422002 | 9/30/2005 | $201.01 | USD | 636608 | D0550028116 |
| '5203740422003 | 9/30/2005 | $882.21 | USD | 636608 | D0550028118 |
| '5203740422004 | 9/30/2005 | $609.70 | USD | 636608 | D0550028123 |
| '5203740422005 | 9/30/2005 | $4,899.15 | USD | 636608 | D0550028126 |
| '5203740422006 | 9/30/2005 | $2,202.72 | USD | 636608 | D0550028128 |
| '5203740422007 | 9/30/2005 | $1,350.58 | USD | 636608 | D0550028129 |
| '5203740422008 | 9/30/2005 | $1,100.38 | USD | 636608 | D0550053047 |
| '5203740422009 | 9/30/2005 | $2,815.78 | USD | 636608 | D0550055862 |
| '5203740422010 | 9/30/2005 | $1,247.50 | USD | 636608 | D0550055865 |
| '5203740322001 | 9/30/2005 | $1,028.16 | USD | 636609 | D0550037194 |
| '5203739200001 | 9/30/2005 | $4,183.40 | USD | 636610 | D0550038877 |
| '5203739200002 | 9/30/2005 | $7,550.40 | USD | 636610 | D0550048150 |
| '5203739200003 | 9/30/2005 | $3,094.27 | USD | 636610 | D0550048527 |
| '5203739200004 | 9/30/2005 | $2,740.75 | USD | 636610 | D0550048796 |
| '5203739200005 | 9/30/2005 | $4,224.53 | USD | 636610 | D0550048799 |
| '5203739200006 | 9/30/2005 | $4,101.84 | USD | 636610 | D0550055706 |
| '5203740117001 | 9/30/2005 | $549.19 | USD | 636611 | D0550028141 |
| '5203740117002 | 9/30/2005 | $2,087.35 | USD | 636611 | D0550028142 |
| '5203740117003 | 9/30/2005 | $2,347.56 | USD | 636611 | D0550028310 |
| '5203740117004 | 9/30/2005 | $822.60 | USD | 636611 | D0550038880 |
| '5203740117005 | 9/30/2005 | $1,924.56 | USD | 636611 | D0550048790 |
| '5203740117006 | 9/30/2005 | $1,207.01 | USD | 636611 | D0550048799 |
| '5203740117007 | 9/30/2005 | $1,380.33 | USD | 636611 | D0550052199 |
| '5203736643001 | 9/30/2005 | $2,328.66 | USD | 636596A | D0550028124 |
| '5203736643002 | 9/30/2005 | $2,264.68 | USD | 636596A | D0550028127 |
| '5203736643003 | 9/30/2005 | $2,380.55 | USD | 636596A | D0550035858 |
| '5203736643004 | 9/30/2005 | $3,031.71 | USD | 636596A | D0550054530 |
| '5203740417001 | 9/30/2005 | $2,794.40 | USD | 636608A | D0550028124 |
| '5203740417002 | 9/30/2005 | $2,264.68 | USD | 636608A | D0550028127 |
| '5203740417003 | 9/30/2005 | $3,570.83 | USD | 636608A | D0550035858 |
| '5203740417004 | 9/30/2005 | $2,598.61 | USD | 636608A | D0550054530 |
| '5203746769001 | 10/2/2005 | $6,643.35 | USD | 636554 | D0550057377 |
| '5203746769002 | 10/2/2005 | $6,759.13 | USD | 636554 | D0550057378 |
| '5203752462001 | 10/3/2005 | $771.09 | USD | 636520 | D0550028660 |
| '5203752462002 | 10/3/2005 | $1,720.22 | USD | 636520 | D0550048149 |
| '5203752462003 | 10/3/2005 | $963.53 | USD | 636520 | D0550048529 |
| '5203752463001 | 10/3/2005 | $771.09 | USD | 636541 | D0550028660 |
| '5203752463002 | 10/3/2005 | $1,720.22 | USD | 636541 | D0550048149 |
| '5203752463003 | 10/3/2005 | $963.53 | USD | 636541 | D0550048529 |
| '5203752185001 | 10/3/2005 | $165.70 | USD | 636607 | D0550028139 |
| '5203752185002 | 10/3/2005 | $170.02 | USD | 636607 | D0550028144 |
| '5203752185003 | 10/3/2005 | $717.47 | USD | 636607 | D0550057689 |
| 'WB0475700051003 | 10/3/2005 | $580.46 | USD | 636612 | PEDP4710037 |
| '5203750513001 | 10/3/2005 | $549.19 | USD | 636618 | D0550028141 |
| '5203750513002 | 10/3/2005 | $2,072.95 | USD | 636618 | D0550028142 |
| '5203750513003 | 10/3/2005 | $3,979.37 | USD | 636618 | D0550028308 |

350767v1                                    3

| Delphi Document # | Receipt Date | Total Amount | Currency Code | Carlisle Invoice # | Delphi Purchase Order # |
|---|---|---|---|---|---|
| '5203776284001 | 10/6/2005 | $248.55 | USD | 636643 | D0550028139 |
| '5203776284002 | 10/6/2005 | $170.02 | USD | 636643 | D0550028144 |
| '5203776284003 | 10/6/2005 | $717.47 | USD | 636643 | D0550057689 |
| '5203776205001 | 10/6/2005 | $2,975.69 | USD | 636647 | D0550035858 |
| 'WE6247300051006 | 10/6/2005 | $2,487.67 | USD | 636651 | PEDP4710148 |
| 'WB0478100051006 | 10/6/2005 | $290.23 | USD | 636652 | PEDP4710037 |
| '090332700051006 | 10/6/2005 | $161.92 | USD | 636653 | PEDP4710148 |
| '090333000051006 | 10/6/2005 | $932.88 | USD | 636654 | PEDP4710148 |
| '090332800051006 | 10/6/2005 | $200.69 | USD | 636655 | PEDP4710149 |
| '5203776070001 | 10/6/2005 | $1,862.93 | USD | 636656 | D0550028124 |
| '5203776070002 | 10/6/2005 | $1,732.40 | USD | 636656 | D0550054530 |
| '5203780372001 | 10/6/2005 | $549.19 | USD | 636658 | D0550028141 |
| '5203780372002 | 10/6/2005 | $2,072.95 | USD | 636658 | D0550028142 |
| '5203780372003 | 10/6/2005 | $629.42 | USD | 636658 | D0550028302 |
| '5203780372004 | 10/6/2005 | $5,305.82 | USD | 636658 | D0550028308 |
| '5203780372005 | 10/6/2005 | $3,130.08 | USD | 636658 | D0550028310 |
| '5203780372006 | 10/6/2005 | $7,550.40 | USD | 636658 | D0550048150 |
| '5203780372007 | 10/6/2005 | $2,173.61 | USD | 636658 | D0550048236 |
| '5203780372008 | 10/6/2005 | $4,125.70 | USD | 636658 | D0550048527 |
| '5203780372009 | 10/6/2005 | $3,849.12 | USD | 636658 | D0550048790 |
| '5203780372010 | 10/6/2005 | $2,349.22 | USD | 636658 | D0550048796 |
| '5203780372011 | 10/6/2005 | $6,035.04 | USD | 636658 | D0550048799 |
| '5203780372012 | 10/6/2005 | $4,140.99 | USD | 636658 | D0550052199 |
| '5203780372013 | 10/6/2005 | $12,785.04 | USD | 636658 | D0550052236 |
| '5203780372014 | 10/6/2005 | $923.18 | USD | 636658 | D0550055436 |
| '5203780372015 | 10/6/2005 | $1,709.10 | USD | 636658 | D0550055706 |
| '5203776067001 | 10/6/2005 | $931.47 | USD | 636659 | D0550028124 |
| '5203776067002 | 10/6/2005 | $866.20 | USD | 636659 | D0550054530 |
| '5203778147001 | 10/6/2005 | $588.90 | USD | 636660 | D0550028114 |
| '5203778147002 | 10/6/2005 | $1,005.06 | USD | 636660 | D0550028116 |
| '5203778147003 | 10/6/2005 | $882.21 | USD | 636660 | D0550028118 |
| '5203778147004 | 10/6/2005 | $1,524.24 | USD | 636660 | D0550028123 |
| '5203778147005 | 10/6/2005 | $2,638.00 | USD | 636660 | D0550028126 |
| '5203778147006 | 10/6/2005 | $1,762.18 | USD | 636660 | D0550028128 |
| '5203778147007 | 10/6/2005 | $450.19 | USD | 636660 | D0550028129 |
| '5203778147008 | 10/6/2005 | $771.12 | USD | 636660 | D0550037194 |
| '5203778147009 | 10/6/2005 | $753.95 | USD | 636660 | D0550053049 |
| '5203778147010 | 10/6/2005 | $623.75 | USD | 636660 | D0550055865 |
| '5203777559001 | 10/6/2005 | $629.42 | USD | 636662 | D0550028302 |
| '5203777559002 | 10/6/2005 | $10,973.10 | USD | 636662 | D0550028307 |
| '5203777559003 | 10/6/2005 | $10,611.65 | USD | 636662 | D0550028308 |
| '5203777559004 | 10/6/2005 | $1,565.04 | USD | 636662 | D0550028310 |
| '5203777559005 | 10/6/2005 | $6,040.32 | USD | 636662 | D0550048150 |
| '5203777559006 | 10/6/2005 | $3,867.84 | USD | 636662 | D0550048527 |
| '5203777559007 | 10/6/2005 | $6,392.52 | USD | 636662 | D0550052236 |
| '5203777559008 | 10/6/2005 | $2,392.74 | USD | 636662 | D0550055706 |
| '5203778148001 | 10/6/2005 | $1,397.20 | USD | 636667 | D0550028124 |
| '5203778148002 | 10/6/2005 | $433.10 | USD | 636667 | D0550054530 |
| '5203776200001 | 10/6/2005 | $588.90 | USD | 636647A | D0550028114 |
| '5203776200002 | 10/6/2005 | $201.01 | USD | 636647A | D0550028116 |

350767v1                                            6

| Delphi Document # | Receipt Date | Total Amount | Currency Code | Carlisle Invoice # | Delphi Purchase Order # |
|---|---|---|---|---|---|
| '5203776200003 | 10/6/2005 | $452.82 | USD | 636647A | D0550028117 |
| '5203776200004 | 10/6/2005 | $2,638.00 | USD | 636647A | D0550028126 |
| '5203776200005 | 10/6/2005 | $3,170.55 | USD | 636647A | D0550028127 |
| '5203776200006 | 10/6/2005 | $3,964.90 | USD | 636647A | D0550028128 |
| '5203776200007 | 10/6/2005 | $257.04 | USD | 636647A | D0550037194 |
| '5203776200008 | 10/6/2005 | $1,100.38 | USD | 636647A | D0550053047 |
| '5203776200009 | 10/6/2005 | $753.95 | USD | 636647A | D0550053049 |
| '5203778107001 | 10/6/2005 | $905.64 | USD | 636660A | D0550028117 |
| '5203778107002 | 10/6/2005 | $905.87 | USD | 636660A | D0550028127 |
| '5203778107003 | 10/6/2005 | $2,380.55 | USD | 636660A | D0550035858 |
| '5203778107004 | 10/6/2005 | $456.60 | USD | 636660A | D0550060412 |
| '5203786432001 | 10/7/2005 | $771.09 | USD | 636600 | D0550028660 |
| '5203786432002 | 10/7/2005 | $1,720.22 | USD | 636600 | D0550048149 |
| '5203786432003 | 10/7/2005 | $1,927.07 | USD | 636600 | D0550048529 |
| '5203785774001 | 10/7/2005 | $248.55 | USD | 636657 | D0550028139 |
| '5203785774002 | 10/7/2005 | $170.02 | USD | 636657 | D0550028144 |
| '5203785774003 | 10/7/2005 | $717.47 | USD | 636657 | D0550057689 |
| '5203785691001 | 10/7/2005 | $248.55 | USD | 636661 | D0550028139 |
| '5203785691002 | 10/7/2005 | $170.02 | USD | 636661 | D0550028144 |
| '5203785691003 | 10/7/2005 | $717.47 | USD | 636661 | D0550057689 |
| 'WB0479200051007 | 10/7/2005 | $725.58 | USD | 636665 | PEDP4710037 |
| 'WE6253900051007 | 10/7/2005 | $2,487.67 | USD | 636666 | PEDP4710148 |
| '5203783597001 | 10/7/2005 | $931.47 | USD | 636673 | D0550028124 |
| '5203783597002 | 10/7/2005 | $1,299.30 | USD | 636673 | D0550054530 |
| '5203783554001 | 10/7/2005 | $931.47 | USD | 636674 | D0550028124 |
| '5203784254001 | 10/7/2005 | $549.19 | USD | 636675 | D0550028141 |
| '5203784254002 | 10/7/2005 | $1,943.39 | USD | 636675 | D0550028142 |
| '5203784254003 | 10/7/2005 | $1,258.85 | USD | 636675 | D0550028302 |
| '5203784254004 | 10/7/2005 | $2,743.28 | USD | 636675 | D0550028307 |
| '5203784254005 | 10/7/2005 | $3,979.37 | USD | 636675 | D0550028308 |
| '5203784254006 | 10/7/2005 | $1,032.93 | USD | 636675 | D0550028310 |
| '5203784254007 | 10/7/2005 | $6,040.32 | USD | 636675 | D0550048150 |
| '5203784254008 | 10/7/2005 | $724.54 | USD | 636675 | D0550048236 |
| '5203784254009 | 10/7/2005 | $4,383.55 | USD | 636675 | D0550048527 |
| '5203784254010 | 10/7/2005 | $1,283.04 | USD | 636675 | D0550048790 |
| '5203784254011 | 10/7/2005 | $2,740.75 | USD | 636675 | D0550048796 |
| '5203784254012 | 10/7/2005 | $603.50 | USD | 636675 | D0550048799 |
| '5203784254013 | 10/7/2005 | $4,261.68 | USD | 636675 | D0550052236 |
| '5203784254014 | 10/7/2005 | $4,101.84 | USD | 636675 | D0550055706 |
| '5203783551001 | 10/7/2005 | $1,862.93 | USD | 636676 | D0550028124 |
| '5203785465001 | 10/7/2005 | $931.47 | USD | 636677 | D0550028124 |
| '5203785319001 | 10/7/2005 | $2,347.56 | USD | 636680 | D0550028310 |
| '5203785319002 | 10/7/2005 | $1,510.08 | USD | 636680 | D0550048150 |
|  |  | $624,301.61 |  |  |  |

350767v1

7

Robert K. Weiler, Esq. (RW6497)
Green & Seifter, Attorneys, PLLC
OFFICE AND POST OFFICE ADDRESS
One Lincoln Center, Suite 900
Syracuse, NY 13202
Telephone: (315) 422-1391
Fax: (315) 423-2870

Attorneys for Carlisle Engineered Products, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

In re                                                                Chapter 11

DELPHI CORPORATION, et al.,                          Case No. 05-44481(RDD)
                                                                         (Jointly Administered)
                                    Debtors.

-----------------------------------------------------------

### CERTIFICATE OF SERVICE

       I hereby certify that on October 17, 2005, I have caused a true and complete copy of the NOTICE OF RECLAMATION DEMAND BY CARLISLE ENGINEERED PRODUCTS, INC. to be served on the parties listed below by mailing a true copy of said document via Federal Express to the following parties:

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Kayalyn A. Marafioti, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Alicia M. Leonhard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Delphi Harrison Thermal Systems
200 Upper Mile Road
Lockport, NY 14094



RECEIVED OCT 18 2005 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

and

       I further certify that service of the NOTICE OF RECLAMATION DEMAND BY CARLISLE ENGINEERED PRODUCTS, INC. was made on October 17, 2005, on the party listed below by mailing a true copy of said document via Express Mail to the following party:

Delphi Automotive Systems LLC
c/o Delphi Packard
P. O. Box 431
Warren, OH  44486

and

       I further certify that service of the NOTICE OF RECLAMATION DEMAND BY CARLISLE ENGINEERED PRODUCTS, INC. was made on October 17, 2005, on the party listed below by sending a copy of said document via facsimile transmission to the following party at the number listed:

John Wm. Butler, Jr., Esq. (Fax No. (312) 407-0411)
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL  60606

Dated: October 17, 2005

                             */s/ Lenore C. Ellis*
                             Lenore C. Ellis
                             Green & Seifter, Attorneys, PLLC
                             One Lincoln Center, Suite 900
                             Syracuse, NY 13202
                             (315) 422-1391

350988_1.DOC/C0207L-00040