HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
(303) 871-7000
Elizabeth K. Flaagan (CO #22604)

Attorneys for CoorsTek, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 11 |
| DELPHI CORPORATION, et al., | ) ) ) | Case Nos. 05-44481 |
| Debtors. | ) ) ) | (Jointly Administered) |

## COORSTEK, INC.'S NOTICE OF DEMAND FOR RECLAMATION

PLEASE TAKE NOTICE that on October 10, 2005, pursuant to 11 U.S.C. §546(c), CoorsTek, Inc. ("CoorsTek"), served its written demand for reclamation of goods upon Delphi Corporation and its affiliated debtors. A copy of the written demand for reclamation, together with proof of service thereof, is attached hereto as Exhibit A.

Dated this 17th day of October, 2005.

By: /s/ Elizabeth K. Flaagan
Elizabeth K. Flaagan (#22604)
HOLME ROBERTS & OWEN LLP
1700 Lincoln, Suite 4100
Denver, Colorado 80203
(303) 861-7000
Fax: (303) 866-0200
E-Mail: elizabeth.flaagan@hro.com

Attorneys for CoorsTek, Inc.

[RECEIVED STAMP: OCT 18 2005 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK]

#1118174 v1

HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
(303) 871-7000
Elizabeth K. Flaagan (CO #22604)

Attorneys for CoorsTek, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case Nos. 05-44481 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on October __17__, 2005, a true and correct copy of the foregoing **COORSTEK, INC.'S NOTICE OF DEMAND FOR RECLAMATION** was placed in the United States Mail, postage pre-paid, addressed to the following:

Alicia M. Leonhard
Office of the US Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004

John William Butler, Jr., Esq.
Skadden Arps Slate, Meagher
  & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Kayalyn a. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden Arps Slate, Meagher
  & Flom, LLP
Four Times Square
New York, NY 10036

2

#1118174 v1

Stephen H. Gross, Esq.
Hodgson Russ LLP
152 West 57th Street
35th Floor
New York, NY 10019

Cheryl R. Storie, Esq.
Hodgson Russ LLP
One M&T Plaza, Suite 2000
Buffalo, NY 14203

*[signature]*
Elizabeth K. Flaagan (#22604)
HOLME ROBERTS & OWEN LLP
1700 Lincoln, Suite 4100
Denver, Colorado 80203
(303) 861-7000
Fax: (303) 866-0200
E-Mail: elizabeth.flaagan@hro.com

3

#1118174 v1



# Holme Roberts & Owen LLP
*Attorneys at Law*

DENVER

October 10, 2005

BOULDER

**VIA FACSIMILE (312-407-0411)**

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, IL  60606

COLORADO SPRINGS

LONDON

**VIA FACSIMILE (212-735-2000)**

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, NY  10036

LOS ANGELES

MUNICH

Re:  In re Delphi Corporation, et al. (the "Debtors"),
     Jointly Administered under Case No. 05-44481,
     United States Bankruptcy Court for the Southern District of New York

Dear Sirs and Madam:

SALT LAKE CITY

Please be advised that our client Coorstek ("Coorstek") intends to exercise its reclamation rights pursuant to 11 U.S.C. §546(c) and under Section 2-702 of the Uniform Commercial Code, as enacted under applicable state law, in various shipments of ceramic substrates referenced by invoice date, order number, invoice number and price as fully set forth on Exhibit A attached hereto.  It is Coorstek's belief that all of the shipments referenced by order and invoice numbers on the attached Exhibit A were received by the Debtors within the reclamation period set forth in 11 U.S.C. §546(c) and Section 2-702 of the Uniform Commercial Code.  Please consider this Coorstek's written notice of its reclamation claim in the amount of $72,996.00 with respect to those shipments.  Please cease and desist any use of the goods referenced herein and notify Coorstek's with instructions for picking up such goods.

SAN FRANCISCO

Elizabeth K. Flaagan  303.866.0299  elizabeth.flaagan@hro.com
1700 Lincoln Street, Suite 4100  Denver, Colorado 80203-4541  *tel* 303.861.7000  *fax* 303.866.0200


EXHIBIT A

## Holme Roberts & Owen LLP
*Attorneys at Law*

October 10, 2005
Page 2

Please contact me at your earliest convenience to discuss this matter.

Sincerely,

*Elizabeth K.*

Elizabeth K. Flaagan

cc: Dane Bartlett, Esq.

## EXHIBIT A

| Order | Invoice | Ln | Item Number | Site | Qty Invoiced | Inv Date | Price |
|---|---|---|---|---|---|---|---|
| 459005 | 1619701 | 67 | 232685 | 5 | 7,200.00 | 10/5/2005 | 1.09 |
| 459008 | 1619304 | 56 | 231603 | 5 | 7,200.00 | 10/4/2005 | 0.88 |
| 593782XF | 1619305 | 14 | 230000 | 5 | 3,600.00 | 10/4/2005 | 1.03 |
| 459017 | 1619306 | 56 | 108404 | 5 | 3,600.00 | 10/4/2005 | 0.89 |
| 631334C | 1615102C | 500 | 221884 | 5 | -400 | 10/3/2005 | 3.2 |
| 478898XF | 1617567 | 53 | 231604 | 5 | 7,200.00 | 9/29/2005 | 1.33 |
| 631068 | 1617568 | 1 | 230005 | 5 | 9,600.00 | 9/29/2005 | 1.03 |
| 459005 | 1617200 | 66 | 232685 | 5 | 7,200.00 | 9/28/2005 | 1.09 |
| 459008 | 1617202 | 55 | 231603 | 5 | 7,200.00 | 9/28/2005 | 0.88 |
| 459009 | 1617387 | 57 | 230885 | 5 | 3,600.00 | 9/28/2005 | 1.48 |
| 459017 | 1616662 | 55 | 108404 | 5 | 3,600.00 | 9/27/2005 | 0.89 |
| 458991 | 1616663 | 79 | 109447 | 5 | 10,800.00 | 9/27/2005 | 0.9 |

```
*******************
***   TX REPORT   ***
*******************

TRANSMISSION OK

TX/RX NO              0861
CONNECTION TEL        18937#00000#13124070411#
CONNECTION ID
ST. TIME              10/10 16:39
USAGE T               01'12
PGS. SENT             4
RESULT                OK
```



## Holme Roberts & Owen LLP
*Attorneys at Law*

1700 Lincoln Street, Suite 4100
Denver, Colorado 80203-4541
*tel* 303.861.7000
*fax* 303.866.0200
www.hro.com

# FACSIMILE

| Name / Company: | Fax: | Phone: |
|---|---|---|
| **John Wm Butler, Jr., Esq.** <br> **John K. Lyons, Esq.** <br> **Ron E. Meisler, Esq.** <br> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | 312.407.0411 | |

Date: October 10, 2005

Billing: 18937-00000

From: Elizabeth Flaagan

Atty / User #: 3097

**NUMBER OF PAGES FOLLOWING THIS COVER SHEET:** 3

If the top of this fax shows that it was transmitted from 303-866-0200, please call our Copy Center at 303-866-0362 if there are any transmission problems. *If you do not call the Copy Center within 15 minutes, they will assume you have received the pages satisfactorily and will return the originals to the sender.* Otherwise, please contact **Sharon Stevenson**, at the following number: **303.866.0356**.

**BRIEF DESCRIPTION OR MESSAGE:**

Please see attached.



# Holme Roberts & Owen LLP
*Attorneys at Law*

1700 Lincoln Street, Suite 4100
Denver, Colorado 80203-4541
tel 303.861.7000
fax 303.866.0200
www.hro.com

# FACSIMILE

| | | |
|---|---|---|
| Name / Company: | Fax: | Phone: |
| **John Wm Butler, Jr., Esq.** <br> **John K. Lyons, Esq.** <br> **Ron E. Meisler, Esq.** <br> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | 312.407.0411 | |

Date: October 10, 2005

Billing: 18937-00000

From: Elizabeth Flaagan      Atty / User #: 3097

NUMBER OF PAGES FOLLOWING THIS COVER SHEET: 3

If the top of this fax shows that it was transmitted from 303-866-0200, please call our Copy Center at 303-866-0362 if there are any transmission problems. *If you do not call the Copy Center within 15 minutes, they will assume you have received the pages satisfactorily and will return the originals to the sender.* Otherwise, please contact **Sharon Stevenson**, at the following number: 303.866.0356.

BRIEF DESCRIPTION OR MESSAGE:

Please see attached.

**CONFIDENTIALITY NOTE:** The information contained in this facsimile transmittal sheet and in any document(s) that follow is for the exclusive use of the addressee and may contain confidential, privileged and nondisclosable information. If the recipient of this facsimile is not the addressee, or a person responsible for delivering this facsimile to the addressee, such recipient is strictly prohibited from reading, photocopying, distributing or otherwise using this facsimile transmission or its contents in any way. If the recipient has received this facsimile transmission in error, please call us immediately and return the facsimile transmission to us via the postal service. Thank you.

DENVER    BOULDER    COLORADO SPRINGS    LONDON

LOS ANGELES    MUNICH    SALT LAKE CITY    SAN FRANCISCO