BROUSE McDOWELL, LPA
Alan M. Koschik
1001 Lakeside Avenue, Suite 1600
Cleveland, Ohio 44114-1151
Telephone: (216) 830-6830
Facsimile: (216) 253-8601

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |
| DELPHI CORPORATION, *et al.*, | |
| | Chapter 11 |
| Debtors. | |
| | Judge Robert D. Drain |

## MOTION FOR ADMISSION TO PRACTICE *Pro Hac Vice*

I, Alan M. Koschik, a member in good standing of the bar in the State of Ohio, and admitted to the U.S. District Court for the Northern District of Ohio, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent The Goodyear Tire & Rubber Company and Goodyear Canada Inc., creditors in the above-referenced case.

My address information is:

Alan M. Koschik
Brouse McDowell, LPA
1001 Lakeside Avenue, Suite 1600
Cleveland, Ohio 44114-1151
(216) 830-6830 (phone)
(216) 830-6807 (facsimile)
akoschik@brouse.com

Brouse McDowell agrees to pay the fee of $25.00 upon entry of an order admitting Alan M. Koschik to practice *pro hac vice*.

DATED: October 17, 2005

Respectfully submitted,

BROUSE McDOWELL

_____
Alan M. Koschik (Ohio Bar #0065891)
1001 Lakeside Avenue, Suite 1600
Cleveland, Ohio 44114-1151
Telephone: (216) 830-6830
Facsimile: (216) 253-8601
akoschik@brouse.com

Attorneys for The Goodyear Tire & Rubber Company

[625352.1]

2