BROUSE McDOWELL, LPA
Alan M. Koschik
1001 Lakeside Avenue, Suite 1600
Cleveland, Ohio  44114-1151
Telephone:  (216) 830-6830
Facsimile:  (216) 253-8601

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |
| DELPHI CORPORATION, *et al.*, | |
| | Chapter 11 |
| Debtors. | |
| | Judge Robert D. Drain |

## NOTICE OF RECLAMATION DEMAND
## OF THE GOODYEAR TIRE & RUBBER COMPANY

PLEASE TAKE NOTICE that a written reclamation demand (the "Goodyear Demand") was served on October 11, 2005, by The Goodyear Tire & Rubber Company, through counsel on the captioned debtors and their counsel. A copy of the Goodyear Demand is attached hereto as Exhibit A and is incorporated herein by reference:

DATED:  October 17, 2005

Respectfully submitted,

BROUSE McDOWELL

*/s/ Alan M. Koschik*

Alan M. Koschik (Ohio Bar #0065891)
1001 Lakeside Avenue, Suite 1600
Cleveland, Ohio  44114-1151
Telephone:  (216) 830-6830
Facsimile:  (216) 253-8601
akoschik@brouse.com

Attorneys for The Goodyear Tire & Rubber Company

[625355.1]



A LEGAL PROFESSIONAL ASSOCIATION

Alan M. Koschik
Attorney at Law
akoschik@brouse.com

October 11, 2005

1001 Lakeside Avenue
Suite 1600
Cleveland, OH 44114-1151
Office: 216.830.6830
Fax: 216.830.6807

388 S. Main Street
Suite 500
Akron, OH 44311-4407
Office: 330.535.5711
Fax: 330.253.8601

www.brouse.com

**VIA FEDERAL EXPRESS**

Delphi Corporation
Attn: J.T. Battenberg, III, Chief Executive Officer
5725 Delphi Drive
Troy, Michigan 48098

      Re:    *In re Delphi Corporation*, Case No. 05-44481 (Bankr. S.D.N.Y.);
            Reclamation Claim of The Goodyear Tire & Rubber Company

Dear Mr. Battenberg:

      I represent The Goodyear Tire & Rubber Company ("Goodyear"). Goodyear is a creditor of Delphi Corporation (the "Debtor"), which filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, Title 11 of the United States Code (the "Bankruptcy Code") on Saturday, October 8, 2005.

      Pursuant to Section 546(c)(1) of the Bankruptcy Code and the under relevant provisions of Article 2 of the Uniform Commercial Code, Goodyear hereby demands reclamation and return of all goods received by the Debtor on or after September 28, 2005, including, but not limited to, the goods delivered pursuant to the invoices identified in the spreadsheet attached hereto, which total $634,311.06. This demand is premised upon your receipt of these goods while insolvent.

      The attached spreadsheet includes all invoices issued by Goodyear to the Debtor on or after September 21, 2005, so as to include all shipments delivered to the Debtor on or after September 28. Goodyear will supplement this request with copies of the invoices and proofs of delivery as soon as they are available. If those documents show that any of the claimed shipments were delivered outside the reclamation period, Goodyear will adjust its reclamation demand accordingly.

EXHIBIT A



J.T. Battenberg, III, Chief Executive Officer
October 11, 2005
Page 2

      Any correspondence regarding this notice should be sent to the undersigned. Please notify me if further correspondence to you, including further documents supporting Goodyear's reclamation claim, should be directed to a different office.

Very truly yours,

*Alan M. Koschik*

Alan M. Koschik

cc:    John Wm. Butler, Jr., Esq.  (via Facsimile and Federal Express)
       Skadden, Arps, Slate, Meagher & Flom, LLP
       333 West Wacker Drive
       Chicago, Illinois 60606-1285

       Nat Leonard
       Marsha Fears
       James King, Esq.
       Bertram Bell, Esq.

Enclosures
624796.1

### THE GOODYEAR TIRE & RUBBER COMPANY
### DELPHI SHIPMENTS SEPT 21 THRU OCT 8

| B/L | DELIVERY | INVOICE | Invoice date | Amount |
|---|---|---|---|---|
| 3905834917 | 42795384 | 94000859 | 9/21/2005 | $21,109.87 |
| 3909836368 | 42798443 | 94003203 | 9/21/2005 | 34.80 |
| 3909838127 | 42799401 | 94001635 | 9/21/2005 | 11,920.83 |
| 3909838128 | 42799402 | 94001639 | 9/21/2005 | 2,217.35 |
| 3909838128 | 42799402 | 94001638 | 9/21/2005 | 2,301.00 |
| 3909838128 | 42799402 | 94001637 | 9/21/2005 | 701.89 |
| 3909838128 | 42799402 | 94001636 | 9/21/2005 | 3,261.30 |
| 3909838953 | 42796498 | 94001689 | 9/21/2005 | 1,049.40 |
| 3909838953 | 42796497 | 94001688 | 9/21/2005 | 1,006.69 |
| 3909838965 | 42799415 | 94001777 | 9/21/2005 | 2,894.28 |
| 3909838966 | 42799404 | 94001776 | 9/21/2005 | 1,447.14 |
| 3915837738 | 42798510 | 94003611 | 9/21/2005 | 8,859.39 |
| 9944838593 | 42799790 | 94000984 | 9/21/2005 | 7,126.20 |
| 3909840892 | 42802131 | 94004548 | 9/22/2005 | 2,006.17 |
| 3909840892 | 42802131 | 94004547 | 9/22/2005 | 2,301.00 |
| 3909840892 | 42802132 | 94004546 | 9/22/2005 | 467.92 |
| 3909840892 | 42802130 | 94004545 | 9/22/2005 | 3,028.35 |
| 3909840893 | 42802124 | 94004544 | 9/22/2005 | 10,217.85 |
| 3909840894 | 42799421 | 94004614 | 9/22/2005 | 874.50 |
| 3909840894 | 42799420 | 94004613 | 9/22/2005 | 1,006.69 |
| 3909840895 | 42802133 | 94004748 | 9/22/2005 | 1,447.14 |
| 3909840966 | 42802135 | 94005408 | 9/22/2005 | 3.48 |
| 3909840967 | 42802136 | 94005409 | 9/22/2005 | 3.36 |
| 3909841531 | 42802134 | 94004747 | 9/22/2005 | 1,687.68 |
| 9944839984 | 42802363 | 94003855 | 9/22/2005 | 4,694.40 |
| 3905841448 | 42802421 | 94005784 | 9/23/2005 | 29,613.03 |
| 3909843152 | 42803116 | 94006600 | 9/23/2005 | 11,920.83 |
| 3909843154 | 42803128 | 94006602 | 9/23/2005 | 701.89 |
| 3909843154 | 42803128 | 94006601 | 9/23/2005 | 3,261.30 |
| 3909843154 | 42803128 | 94006603 | 9/23/2005 | 2,444.81 |
| 3909843154 | 42803129 | 94006604 | 9/23/2005 | 2,322.94 |
| 3909843155 | 42802123 | 94006671 | 9/23/2005 | 874.50 |
| 3909843155 | 42802121 | 94006670 | 9/23/2005 | 1,006.69 |
| 3909843165 | 42803121 | 94006704 | 9/23/2005 | 2,171.36 |
| 3909843166 | 42803122 | 94006706 | 9/23/2005 | 1,687.68 |
| 3909843179 | 42803127 | 94006707 | 9/23/2005 | 1,688.98 |
| 3909843180 | 42803123 | 94006705 | 9/23/2005 | 2,170.06 |
| 9944842868 | 42804548 | 94005990 | 9/23/2005 | 4,003.56 |
| 3909845593 | 42806890 | 94009527 | 9/26/2005 | 8,514.88 |
| 3909845594 | 42806893 | 94009531 | 9/26/2005 | 1,478.23 |
| 3909845594 | 42806893 | 94009530 | 9/26/2005 | 1,581.94 |
| 3909845594 | 42806893 | 94009529 | 9/26/2005 | 233.96 |
| 3909845594 | 42806893 | 94009528 | 9/26/2005 | 2,562.45 |
| 3909845595 | 42804450 | 94009579 | 9/26/2005 | 1,049.40 |
| 3909845595 | 42804449 | 94009578 | 9/26/2005 | 1,006.69 |

| | | | | |
|---|---|---|---|---|
| 3909846228 | 42806908 | 94009612 | 9/26/2005 | 964.76 |
| 3909846231 | 42806907 | 94009711 | 9/26/2005 | 482.38 |
| 9944845540 | 42807251 | 94008768 | 9/26/2005 | 12,738.60 |
| 3909847867 | 42808436 | 94014187 | 9/27/2005 | 29.50 |
| 3909848723 | 42806926 | 94012978 | 9/27/2005 | 1,006.69 |
| 3909848723 | 42806927 | 94012979 | 9/27/2005 | 874.50 |
| 3909848726 | 42809550 | 94012926 | 9/27/2005 | 10,217.85 |
| 3909848727 | 42809559 | 94012930 | 9/27/2005 | 3,028.35 |
| 3909848727 | 42809557 | 94012929 | 9/27/2005 | 2,006.17 |
| 3909848727 | 42809557 | 94012928 | 9/27/2005 | 2,157.19 |
| 3909848727 | 42809557 | 94012927 | 9/27/2005 | 467.93 |
| 3909848730 | 42809553 | 94013086 | 9/27/2005 | 1,929.52 |
| 3909848775 | 42809551 | 94013087 | 9/27/2005 | 1,447.14 |
| 9944848448 | 42809616 | 94012240 | 9/27/2005 | 4,367.52 |
| 3905845844 | 42806932 | 94014590 | 9/28/2005 | 20,295.86 |
| 3909849970 | 42812149 | 94016610 | 9/28/2005 | 68.70 |
| 3909850284 | 42812035 | 94015541 | 9/28/2005 | 2,111.76 |
| 3909850284 | 42812034 | 94015540 | 9/28/2005 | 2,301.00 |
| 3909850284 | 42812034 | 94015539 | 9/28/2005 | 467.93 |
| 3909850284 | 42812033 | 94015538 | 9/28/2005 | 3,261.30 |
| 3909850285 | 42810940 | 94015537 | 9/28/2005 | 10,217.85 |
| 3909850290 | 42810927 | 94015655 | 9/28/2005 | 874.50 |
| 3909850290 | 42810925 | 94015654 | 9/28/2005 | 1,006.69 |
| 3909850291 | 42810934 | 94015733 | 9/28/2005 | 1,929.52 |
| 3909850292 | 42810938 | 94015676 | 9/28/2005 | 1,687.68 |
| 3909850293 | 42808440 | 94015536 | 9/28/2005 | 2,137.70 |
| 3909850293 | 42808440 | 94015535 | 9/28/2005 | 10,542.54 |
| 3915845950 | 42807028 | 94015810 | 9/28/2005 | 8,985.60 |
| 9944849988 | 42812168 | 94014992 | 9/28/2005 | 4,367.52 |
| 3905849971 | 42812150 | 94020027 | 9/29/2005 | 27,913.32 |
| 3909853491 | 42814795 | 94017995 | 9/29/2005 | 11,920.83 |
| 3909853494 | 42814800 | 94017999 | 9/29/2005 | 467.93 |
| 3909853494 | 42814800 | 94017998 | 9/29/2005 | 3,494.25 |
| 3909853494 | 42814799 | 94017997 | 9/29/2005 | 2,217.35 |
| 3909853494 | 42814799 | 94017996 | 9/29/2005 | 2,444.81 |
| 3909853495 | 42810929 | 94018024 | 9/29/2005 | 1,006.69 |
| 3909853495 | 42810931 | 94018025 | 9/29/2005 | 874.50 |
| 3909853496 | 42814804 | 94018042 | 9/29/2005 | 1,447.14 |
| 3909854029 | 42814801 | 94018093 | 9/29/2005 | 2,170.06 |
| 9944853407 | 42815045 | 94017544 | 9/29/2005 | 4,367.52 |
| 3909855000 | 42815826 | 94021194 | 9/30/2005 | 11,920.83 |
| 3909856001 | 42816974 | 94021198 | 9/30/2005 | 2,217.35 |
| 3909856001 | 42816974 | 94021197 | 9/30/2005 | 2,444.81 |
| 3909856001 | 42816974 | 94021196 | 9/30/2005 | 467.93 |
| 3909856001 | 42816974 | 94021195 | 9/30/2005 | 3,261.30 |
| 3909856015 | 42814284 | 94021244 | 9/30/2005 | 1,049.40 |
| 3909856015 | 42814283 | 94021243 | 9/30/2005 | 1,006.69 |
| 3909856022 | 42816977 | 94021369 | 9/30/2005 | 1,447.14 |
| 3909856023 | 42815827 | 94021368 | 9/30/2005 | 1,929.52 |
| 9944855527 | 42817005 | 94021437 | 9/30/2005 | 4,272.48 |
| 3909856299 | 42816982 | 94023449 | 10/1/2005 | 3,261.30 |
| 3909856299 | 42816982 | 94023450 | 10/1/2005 | 701.89 |

**Reclamation Claim of The Goodyear Tire Rubber Company**
*In re Delphi Corporation,* Case No. 05-44481

| | | | | |
|---|---|---|---|---:|
| 3909856299 | 42816982 | 94023452 | 10/1/2005 | 2,217.35 |
| 3909856299 | 42816982 | 94023451 | 10/1/2005 | 2,301.00 |
| 3909856300 | 42816981 | 94023448 | 10/1/2005 | 11,920.83 |
| 3909858243 | 42819738 | 94024526 | 10/3/2005 | 2,217.35 |
| 3909858243 | 42819733 | 94024525 | 10/3/2005 | 2,588.63 |
| 3909858243 | 42819733 | 94024524 | 10/3/2005 | 467.93 |
| 3909858243 | 42819733 | 94024523 | 10/3/2005 | 3,494.25 |
| 3909858254 | 42819730 | 94024522 | 10/3/2005 | 11,920.83 |
| 3909858264 | 42819725 | 94024630 | 10/3/2005 | 1,006.69 |
| 3909858264 | 42819725 | 94024629 | 10/3/2005 | 874.50 |
| 3909858298 | 42819735 | 94024746 | 10/3/2005 | 3,376.66 |
| 3909858299 | 42819737 | 94024747 | 10/3/2005 | 1,447.14 |
| 3915855549 | 42817027 | 94024704 | 10/3/2005 | 24,710.40 |
| 9944858093 | 42819708 | 94024705 | 10/3/2005 | 13,007.52 |
| 3905858636 | 42820151 | 94029902 | 10/4/2005 | 18,287.73 |
| 3909860297 | 42821025 | 94028505 | 10/4/2005 | 1,447.14 |
| 3909860298 | 42821023 | 94028330 | 10/4/2005 | 11,920.83 |
| 3909860300 | 42821036 | 94028332 | 10/4/2005 | 3,494.25 |
| 3909860300 | 42821034 | 94028331 | 10/4/2005 | 467.93 |
| 3909860300 | 42821036 | 94028333 | 10/4/2005 | 2,301.00 |
| 3909860300 | 42821036 | 94028334 | 10/4/2005 | 2,217.35 |
| 3909860704 | 42822451 | 94028336 | 10/4/2005 | 1,457.52 |
| 3909860704 | 42822451 | 94028335 | 10/4/2005 | 11,360.50 |
| 3909861002 | 42821024 | 94028504 | 10/4/2005 | 2,170.06 |
| 3909861013 | 42819728 | 94028419 | 10/4/2005 | 874.50 |
| 3909861013 | 42819727 | 94028418 | 10/4/2005 | 1,150.50 |
| 9944860532 | 42822212 | 94027412 | 10/4/2005 | 4,367.52 |
| 3909862639 | 42824578 | 94030923 | 10/5/2005 | 163.63 |
| 3909862850 | 42824564 | 94030928 | 10/5/2005 | 1,447.14 |
| 3909862851 | 42824560 | 94030927 | 10/5/2005 | 1,929.52 |
| 3909862852 | 42824558 | 94030185 | 10/5/2005 | 10,217.85 |
| 3909862853 | 42824573 | 94030189 | 10/5/2005 | 2,111.76 |
| 3909862853 | 42824573 | 94030188 | 10/5/2005 | 2,301.00 |
| 3909862853 | 42824573 | 94030187 | 10/5/2005 | 3,028.35 |
| 3909862853 | 42824566 | 94030186 | 10/5/2005 | 467.93 |
| 3909862869 | 42822519 | 94030861 | 10/5/2005 | 862.88 |
| 3909862869 | 42822520 | 94030862 | 10/5/2005 | 874.50 |
| 9944862807 | 42823904 | 94030297 | 10/5/2005 | 4,367.52 |
| 3909865345 | 42826235 | 94033376 | 10/6/2005 | 2,411.90 |
| 3909865346 | 42826236 | 94033377 | 10/6/2005 | 1,687.68 |
| 3909865347 | 42826234 | 94033289 | 10/6/2005 | 2,956.46 |
| 3909865347 | 42826234 | 94033288 | 10/6/2005 | 3,163.88 |
| 3909865347 | 42826234 | 94033287 | 10/6/2005 | 4,891.95 |
| 3909865347 | 42826233 | 94033286 | 10/6/2005 | 467.93 |
| 3909865348 | 42826232 | 94033285 | 10/6/2005 | 15,326.78 |
| 3909865353 | 42826241 | 94033319 | 10/6/2005 | 1,049.40 |
| 3909865353 | 42826240 | 94033318 | 10/6/2005 | 1,150.50 |
| 9944864799 | 42826432 | 94032681 | 10/6/2005 | 4,367.52 |
| 3905864569 | 42826238 | 94034650 | 10/7/2005 | 27,433.83 |
| 3909867044 | 42828869 | 94035417 | 10/7/2005 | 6,811.90 |
| 3909867045 | 42828870 | 94035418 | 10/7/2005 | 2,329.50 |
| 3909867045 | 42828870 | 94035421 | 10/7/2005 | 1,478.23 |

| | | | | |
|---|---|---|---|---:|
| 3909867045 | 42828870 | 94035420 | 10/7/2005 | 1,725.75 |
| 3909867045 | 42828870 | 94035419 | 10/7/2005 | 233.96 |
| 3909867612 | 42826643 | 94035449 | 10/7/2005 | 874.50 |
| 3909867612 | 42826242 | 94035448 | 10/7/2005 | 1,006.69 |
| 3909867618 | 42828872 | 94035547 | 10/7/2005 | 1,447.14 |
| 3909867620 | 42828871 | 94035546 | 10/7/2005 | 1,929.52 |
| 9944867064 | 42828887 | 94034789 | 10/7/2005 | 4,483.44 |
| | | | | $634,311.60 |