BROUSE McDOWELL, LPA
Alan M. Koschik
1001 Lakeside Avenue, Suite 1600
Cleveland, Ohio 44114-1151
Telephone: (216) 830-6830
Facsimile: (216) 253-8601

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |
| DELPHI CORPORATION, *et al.*, | |
| | Chapter 11 |
| Debtors. | |
| | Judge Robert D. Drain |

### NOTICE OF RECLAMATION DEMAND OF GOODYEAR CANADA INC.

PLEASE TAKE NOTICE that a written reclamation demand (the "Goodyear Canada Demand") was served on October 11, 2005, by Goodyear Canada Inc., through counsel on the captioned debtors and their counsel. A copy of the Goodyear Canada Demand is attached hereto as Exhibit A and is incorporated herein by reference:

DATED: October 17, 2005

Respectfully submitted,

BROUSE McDOWELL

*/s/ Alan M. Koschik*
Alan M. Koschik (Ohio Bar #0065891)
1001 Lakeside Avenue, Suite 1600
Cleveland, Ohio 44114-1151
Telephone: (216) 830-6830
Facsimile: (216) 253-8601
akoschik@brouse.com

Attorneys for Goodyear Canada Inc.

[625356.1]



## BROUSE McDOWELL
A LEGAL PROFESSIONAL ASSOCIATION

**Alan M. Koschik**
Attorney at Law
akoschik@brouse.com

October 11, 2005

1001 Lakeside Avenue
Suite 1600
Cleveland, OH 44114-1151
Office: 216.830.6830
Fax: 216.830.6807

388 S. Main Street
Suite 500
Akron, OH 44311-4407
Office: 330.535.5711
Fax: 330.253.8601

www.brouse.com

**VIA FEDERAL EXPRESS**

Delphi Corporation
Attn: J.T. Battenberg, III, Chief Executive Officer
5725 Delphi Drive
Troy, Michigan 48098

    Re:   *In re Delphi Corporation*, Case No. 05-44481 (Bankr. S.D.N.Y.);
           Reclamation Claim of Goodyear Canada, Inc.

Dear Mr. Battenberg:

    I represent Goodyear Canada, Inc. ("Goodyear"). Goodyear is a creditor of Delphi Corporation (the "Debtor"), which filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, Title 11 of the United States Code (the "Bankruptcy Code") on Saturday, October 8, 2005.

    Pursuant to Section 546(c)(1) of the Bankruptcy Code and the under relevant provisions of Article 2 of the Uniform Commercial Code, Goodyear hereby demands reclamation and return of all goods received by the Debtors on or after September 28, 2005, including, but not limited to, the goods delivered pursuant to the spreadsheet and invoices attached hereto, which total $183,691.26 (U.S.). This demand is premised upon your receipt of these goods while insolvent.

    The attached spreadsheet and set of invoices include all invoices issued by Goodyear to the Debtor on or after September 21, 2005, so as to include all shipments delivered to the Debtor on or after September 28. Goodyear will supplement this request with copies of the proofs of delivery as soon as they are available. If those documents show that any of the claimed shipments were delivered outside the reclamation period, Goodyear will adjust its reclamation demand accordingly.

**EXHIBIT A**

**BROUSE McDOWELL**
A LEGAL PROFESSIONAL ASSOCIATION

J.T. Battenberg, III, Chief Executive Officer
October 11, 2005
Page 2

      Any correspondence regarding this notice should be sent to the undersigned. Please notify me if further correspondence to you, including further documents supporting Goodyear's reclamation claim, should be directed to a different office.

                                    Very truly yours,

                                    Alan M. Koschik

cc:    John Wm. Butler, Jr., Esq. (via Facsimile and Federal Express)
        Skadden, Arps, Slate, Meagher & Flom, LLP
        333 West Wacker Drive
        Chicago, Illinois 60606-1285

        Nat Leonard
        Michael Rosebrugh
        Marsha Fears
        James King, Esq.
        Bertram Bell, Esq.

Enclosures
624808.1

## GOODYEAR CANADA INC.
### DELPHI SHIPMENTS SEPT 21 THRU OCT 8

| INVOICE DATE | BILL OF LADING NUMBER | DELIVERY NUMBER | INVOICE NUMBER | AMOUNT |
|---|---|---|---|---|
| 09/21/2005 | 0071837471 | 0042794686 | 94001259 | $117.50 |
| 09/21/2005 | 0071837471 | 0042794710 | 94001260 | 2,092.90 |
| 09/21/2005 | 0071837471 | 0042794712 | 94001261 | 296.05 |
| 09/21/2005 | 0071837471 | 0042794713 | 94001262 | 961.44 |
| 09/21/2005 | 0071837471 | 0042794714 | 94001263 | 107.33 |
| 09/21/2005 | 0071837471 | 0042794715 | 94001264 | 156.75 |
| 09/21/2005 | 0071837471 | 0042794716 | 94001265 | 144.49 |
| 09/21/2005 | 0071837471 | 0042794717 | 94001266 | 245.63 |
| 09/21/2005 | 0071837471 | 0042794718 | 94001267 | 359.44 |
| 09/21/2005 | 0071837471 | 0042794719 | 94001268 | 3,930.00 |
| 09/21/2005 | 0071837471 | 0042794720 | 94001269 | 129.44 |
| 09/21/2005 | 0071837471 | 0042794722 | 94001270 | 455.65 |
| 09/21/2005 | 0071837471 | 0042794724 | 94001271 | 112.70 |
| 09/21/2005 | 0071837471 | 0042797103 | 94001272 | 56.35 |
| 09/21/2005 | 0071837471 | 0042798495 | 94001273 | 143.44 |
| 09/21/2005 | 0071836779 | 0042797741 | 94001315 | 1,827.66 |
| 09/21/2005 | 0071836765 | 0042797728 | 94002480 | 496.00 |
| 09/22/2005 | 0071839768 | 0042797664 | 94003915 | 2,541.38 |
| 09/22/2005 | 0071839768 | 0042797665 | 94003916 | 444.07 |
| 09/22/2005 | 0071839768 | 0042797667 | 94003917 | 1,136.25 |
| 09/22/2005 | 0071839768 | 0042797684 | 94003918 | 107.33 |
| 09/22/2005 | 0071839768 | 0042797685 | 94003919 | 359.44 |
| 09/22/2005 | 0071839768 | 0042797687 | 94003920 | 5,403.75 |
| 09/22/2005 | 0071839768 | 0042797688 | 94003921 | 455.65 |
| 09/22/2005 | 0071839427 | 0042800386 | 94003924 | 951.59 |
| 09/22/2005 | 0071839428 | 0042800387 | 94003925 | 4,313.84 |
| 09/22/2005 | 0071838667 | 0042799713 | 94003938 | 744.00 |
| 09/23/2005 | 0071842045 | 0042800371 | 94005910 | 2,391.89 |
| 09/23/2005 | 0071842045 | 0042800372 | 94005911 | 296.05 |
| 09/23/2005 | 0071842045 | 0042800374 | 94005912 | 1,048.85 |
| 09/23/2005 | 0071842045 | 0042800376 | 94005913 | 107.33 |
| 09/23/2005 | 0071842045 | 0042800377 | 94005914 | 239.62 |
| 09/23/2005 | 0071842045 | 0042800378 | 94005915 | 4,912.50 |
| 09/23/2005 | 0071842045 | 0042800379 | 94005916 | 379.71 |
| 09/23/2005 | 0071841157 | 0042802298 | 94006141 | 1,240.00 |
| 09/23/2005 | 0071841180 | 0042802320 | 94007302 | 2,375.21 |
| 09/26/2005 | 0071845112 | 0042802328 | 94008640 | 85.60 |
| 09/26/2005 | 0071845112 | 0042802329 | 94008641 | 2,391.89 |
| 09/26/2005 | 0071845112 | 0042802330 | 94008642 | 148.02 |
| 09/26/2005 | 0071845112 | 0042802331 | 94008643 | 1,048.85 |
| 09/26/2005 | 0071845112 | 0042802332 | 94008644 | 56.35 |
| 09/26/2005 | 0071845112 | 0042802333 | 94008645 | 144.49 |
| 09/26/2005 | 0071845112 | 0042802334 | 94008646 | 359.44 |
| 09/26/2005 | 0071845112 | 0042802335 | 94008647 | 4,421.25 |

Reclamation Claim of Goodyear Canada Inc.
*In re Delphi Corporation*, Case No. 05-44481

| Date | | | | Amount |
|---|---|---|---|---|
| 09/21/2005 | 0071837471 | 0042794686 | 94001259 | $117.50 |
| 09/26/2005 | 0071845112 | 0042802336 | 94008648 | 379.71 |
| 09/26/2005 | 0071845112 | 0042802337 | 94008649 | 107.33 |
| 09/26/2005 | 0071844467 | 0042805502 | 94008861 | 2,932.92 |
| 09/26/2005 | 0071844719 | 0042805676 | 94008862 | 248.00 |
| 09/26/2005 | 0071844892 | 0042806964 | 94010168 | 609.23 |
| 09/27/2005 | 0071846595 | 0042805983 | 94012291 | 148.02 |
| 09/27/2005 | 0071846595 | 0042805990 | 94012292 | 117.50 |
| 09/27/2005 | 0071846595 | 0042805991 | 94012293 | 2,391.89 |
| 09/27/2005 | 0071846595 | 0042805992 | 94012294 | 296.05 |
| 09/27/2005 | 0071846595 | 0042805993 | 94012295 | 1,048.85 |
| 09/27/2005 | 0071846595 | 0042805994 | 94012296 | 107.33 |
| 09/27/2005 | 0071846595 | 0042805995 | 94012297 | 112.70 |
| 09/27/2005 | 0071846595 | 0042805996 | 94012298 | 125.94 |
| 09/27/2005 | 0071846595 | 0042805999 | 94012299 | 239.62 |
| 09/27/2005 | 0071846595 | 0042806000 | 94012300 | 4,912.50 |
| 09/27/2005 | 0071846595 | 0042806009 | 94012301 | 129.44 |
| 09/27/2005 | 0071846595 | 0042806010 | 94012302 | 379.71 |
| 09/27/2005 | 0071846520 | 0042807939 | 94012315 | 2,250.26 |
| 09/27/2005 | 0071845985 | 0042807905 | 94012316 | 496.00 |
| 09/28/2005 | 0071850214 | 0042805998 | 94014680 | 137.38 |
| 09/28/2005 | 0071850214 | 0042806011 | 94014681 | 2,242.40 |
| 09/28/2005 | 0071850214 | 0042806012 | 94014682 | 296.05 |
| 09/28/2005 | 0071850214 | 0042806013 | 94014683 | 961.44 |
| 09/28/2005 | 0071850214 | 0042806014 | 94014684 | 107.33 |
| 09/28/2005 | 0071850214 | 0042806016 | 94014685 | 359.44 |
| 09/28/2005 | 0071850214 | 0042806017 | 94014686 | 4,421.25 |
| 09/28/2005 | 0071850214 | 0042806018 | 94014687 | 303.77 |
| 09/28/2005 | 0071849371 | 0042811000 | 94015101 | 2,372.14 |
| 09/28/2005 | 0071849372 | 0042811001 | 94015102 | 951.59 |
| 09/28/2005 | 0071849330 | 0042810966 | 94015127 | 496.00 |
| 09/28/2005 | 0071850724 | 0042812274 | 94016187 | 1,218.45 |
| 09/29/2005 | 0071852662 | 0042812335 | 94017637 | 2,092.90 |
| 09/29/2005 | 0071852662 | 0042812336 | 94017638 | 296.05 |
| 09/29/2005 | 0071852662 | 0042812337 | 94017639 | 874.04 |
| 09/29/2005 | 0071852662 | 0042812340 | 94017640 | 107.33 |
| 09/29/2005 | 0071852662 | 0042813046 | 94017641 | 239.62 |
| 09/29/2005 | 0071852662 | 0042813048 | 94017642 | 4,912.50 |
| 09/29/2005 | 0071852662 | 0042813049 | 94017643 | 379.71 |
| 09/29/2005 | 0071851664 | 0042813846 | 94017661 | 1,689.15 |
| 09/29/2005 | 0071851654 | 0042813136 | 94017662 | 496.00 |
| 09/29/2005 | 0071844097 | 0042805952 | 94018472 | 16.00 |
| 09/30/2005 | 0071853799 | 0042813050 | 94020481 | 2,541.38 |
| 09/30/2005 | 0071853799 | 0042813873 | 94020482 | 148.02 |
| 09/30/2005 | 0071853799 | 0042813874 | 94020483 | 1,136.25 |
| 09/30/2005 | 0071853799 | 0042813875 | 94020484 | 107.33 |
| 09/30/2005 | 0071853799 | 0042813876 | 94020485 | 239.62 |
| 09/30/2005 | 0071853799 | 0042813877 | 94020486 | 4,912.50 |
| 09/30/2005 | 0071853799 | 0042813878 | 94020487 | 303.77 |
| 09/30/2005 | 0071853803 | 0042815003 | 94020531 | 2,679.07 |
| 09/30/2005 | 0071852888 | 0042814988 | 94020532 | 1,240.00 |

| Date | | | | |
|---|---|---|---|---|
| 09/21/2005 | 0071837471 | 0042794686 | 94001259 | $117.50 |
| 09/30/2005 | 0071855911 | 0042816811 | 94021952 | 232.29 |
| 10/01/2005 | 0071853845 | 0042815040 | 94023477 | 2,371.35 |
| 10/03/2005 | 0071857901 | 0042813928 | 94023802 | 98.92 |
| 10/03/2005 | 0071857901 | 0042813929 | 94023803 | 85.60 |
| 10/03/2005 | 0071857901 | 0042813932 | 94023804 | 2,242.40 |
| 10/03/2005 | 0071857901 | 0042813933 | 94023805 | 296.05 |
| 10/03/2005 | 0071857901 | 0042813934 | 94023806 | 1,048.85 |
| 10/03/2005 | 0071857901 | 0042813935 | 94023807 | 107.33 |
| 10/03/2005 | 0071857901 | 0042813936 | 94023808 | 239.62 |
| 10/03/2005 | 0071857901 | 0042813937 | 94023809 | 4,421.25 |
| 10/03/2005 | 0071857901 | 0042813938 | 94023810 | 303.77 |
| 10/03/2005 | 0071857989 | 0042817511 | 94023816 | 1,349.99 |
| 10/03/2005 | 0071857989 | 0042818484 | 94023817 | 96.08 |
| 10/03/2005 | 0071856338 | 0042817510 | 94025139 | 951.59 |
| 10/03/2005 | 0071859363 | 0042819705 | 94025140 | 1,923.25 |
| 10/03/2005 | 0071859363 | 0042819706 | 94025141 | 1,305.77 |
| 10/03/2005 | 0071855956 | 0042818062 | 94025202 | 203.08 |
| 10/03/2005 | 0071855992 | 0042818096 | 94025205 | 248.00 |
| 10/04/2005 | 0071858782 | 0042816823 | 94027176 | 85.60 |
| 10/04/2005 | 0071858782 | 0042816824 | 94027177 | 117.50 |
| 10/04/2005 | 0071858782 | 0042816825 | 94027178 | 2,242.40 |
| 10/04/2005 | 0071858782 | 0042816826 | 94027179 | 1,184.18 |
| 10/04/2005 | 0071858782 | 0042816827 | 94027180 | 961.44 |
| 10/04/2005 | 0071858782 | 0042816828 | 94027181 | 53.67 |
| 10/04/2005 | 0071858782 | 0042816829 | 94027182 | 144.49 |
| 10/04/2005 | 0071858782 | 0042816830 | 94027183 | 239.62 |
| 10/04/2005 | 0071858782 | 0042816832 | 94027184 | 4,912.50 |
| 10/04/2005 | 0071858782 | 0042816833 | 94027185 | 303.77 |
| 10/04/2005 | 0071858782 | 0042816834 | 94027186 | 149.49 |
| 10/04/2005 | 0071858782 | 0042816835 | 94027187 | 156.75 |
| 10/04/2005 | 0071859044 | 0042820868 | 94027463 | 1,770.93 |
| 10/04/2005 | 0071859039 | 0042820863 | 94027465 | 496.00 |
| 10/04/2005 | 0071859019 | 0042820846 | 94028856 | 203.08 |
| 10/05/2005 | 0071860958 | 0042794660 | 94029971 | 98.92 |
| 10/05/2005 | 0071860958 | 0042794662 | 94029972 | 85.60 |
| 10/05/2005 | 0071860958 | 0042818515 | 94029973 | 2,391.89 |
| 10/05/2005 | 0071860958 | 0042818516 | 94029974 | 296.05 |
| 10/05/2005 | 0071860958 | 0042818517 | 94029975 | 1,048.85 |
| 10/05/2005 | 0071860958 | 0042818518 | 94029976 | 161.00 |
| 10/05/2005 | 0071860958 | 0042818519 | 94029977 | 239.62 |
| 10/05/2005 | 0071860958 | 0042818521 | 94029978 | 4,912.50 |
| 10/05/2005 | 0071860958 | 0042818522 | 94029979 | 379.71 |
| 10/05/2005 | 0071861352 | 0042822990 | 94030304 | 1,796.90 |
| 10/05/2005 | 0071861329 | 0042822967 | 94030305 | 496.00 |
| 10/05/2005 | 0071863028 | 0042825055 | 94031344 | 611.88 |
| 10/06/2005 | 0071863821 | 0042816836 | 94032736 | 143.44 |
| 10/06/2005 | 0071863821 | 0042821930 | 94032737 | 2,092.90 |
| 10/06/2005 | 0071863821 | 0042821931 | 94032738 | 444.07 |
| 10/06/2005 | 0071863821 | 0042821932 | 94032739 | 961.44 |
| 10/06/2005 | 0071863821 | 0042821933 | 94032740 | 268.34 |

Reclamation Claim of Goodyear Canada Inc.
*In re Delphi Corporation*, Case No. 05-44481

| | | | | |
|---|---|---|---|---|
| 09/21/2005 | 0071837471 | 0042794686 | 94001259 | $117.50 |
| 10/06/2005 | 0071863821 | 0042821934 | 94032741 | 239.62 |
| 10/06/2005 | 0071863821 | 0042821935 | 94032742 | 4,421.25 |
| 10/06/2005 | 0071863821 | 0042821936 | 94032743 | 303.77 |
| 10/06/2005 | 0071863726 | 0042825655 | 94032746 | 2,693.70 |
| 10/06/2005 | 0071863044 | 0042825077 | 94032747 | 496.00 |
| 10/06/2005 | 0071865189 | 0042818525 | 94033663 | 35.20 |
| 10/06/2005 | 0071865189 | 0042818526 | 94033664 | 39.40 |
| 10/06/2005 | 0071865189 | 0042818528 | 94033665 | 48.03 |
| 10/07/2005 | 0071866514 | 0042824517 | 94034875 | 2,242.40 |
| 10/07/2005 | 0071866514 | 0042824518 | 94034876 | 444.07 |
| 10/07/2005 | 0071866514 | 0042824519 | 94034877 | 161.00 |
| 10/07/2005 | 0071866514 | 0042824520 | 94034878 | 4,912.50 |
| 10/07/2005 | 0071866514 | 0042824521 | 94034879 | 303.77 |
| 10/07/2005 | 0071866514 | 0042824537 | 94034880 | 961.44 |
| 10/07/2005 | 0071866514 | 0042824538 | 94034881 | 359.44 |
| 10/07/2005 | 0071866519 | 0042825541 | 94034882 | 444.07 |
| 10/07/2005 | 0071866519 | 0042825542 | 94034883 | 2,242.40 |
| 10/07/2005 | 0071866514 | 0042826544 | 94034884 | 161.00 |
| 10/07/2005 | 0071866514 | 0042826545 | 94034885 | 156.75 |
| 10/07/2005 | 0071866519 | 0042826546 | 94034886 | 129.44 |
| 10/07/2005 | 0071866519 | 0042826548 | 94034887 | 4,912.50 |
| 10/07/2005 | 0071866519 | 0042826553 | 94034888 | 961.44 |
| 10/07/2005 | 0071866519 | 0042826554 | 94034889 | 143.44 |
| 10/07/2005 | 0071866519 | 0042826555 | 94034890 | 479.25 |
| 10/07/2005 | 0071866519 | 0042826557 | 94034891 | 379.71 |
| 10/07/2005 | 0071865906 | 0042827200 | 94034895 | 2,755.35 |
| 10/07/2005 | 0071865169 | 0042827165 | 94034896 | 1,240.00 |
| | | | | **$183,691.26** |

Reclamation Claim of Goodyear Canada Inc.
*In re Delphi Corporation*, Case No. 05-44481