UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- x
                                                   :
In re                                              :    Chapter 11
                                                   :
DELPHI CORPORATION, et al.,                        :    Case No. 05-44481
                                                   :
                    Debtors.                       :    (Jointly Administered)
-------------------------------------------------- x

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Alex Pirogovsky, a member in good standing of the Bar of the State of Illinois and the Bar of the United States District Court for the Northern District of Illinois, request admission, **pro hac vice**, before the Honorable Arthur J. Gonzalez, to represent Tricon Industries, Inc., a creditor in the above-captioned case.

| | |
|---|---|
| Mailing Address: | Alex Pirogovsky |
| | Ungaretti & Harris LLP |
| | 3500 Three First National Plaza |
| | Chicago, Illinois  60602 |
| E-mail: | apirogovsky@uhlaw.com |
| Telephone: | (312) 977-4400 |

I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: October 17, 2004

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Alex Pirogovsky
　　　　　　　　　　　　　　　　　　　　　　　　　　　Alex Pirogovsky
　　　　　　　　　　　　　　　　　　　　　　　　　　　Ungaretti & Harris LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　3500 Three First National Plaza
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois  60602

## ORDER

**ORDERED,** that Alex Pirogovsky, Esq., is admitted to practice, **pro hac vice**, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

DATED:_____
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

716066-1