SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
    In re                                                   :    Chapter 11
                                                            :
DELPHI CORPORATION, et al.,                                 :    Case No. 05-44481 (RDD)
                                                            :
                        Debtors.                            :    (Jointly Administered)
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

REVISED NOTICE OF HEARING
ON FIRST DAY MOTIONS

PLEASE TAKE NOTICE THAT the hearing scheduled for October 17, 2005 at 4:00 pm. (Prevailing Eastern Time) to hear the first day motions of Delphi Furukawa Wiring Systems LLC, MobileAria, Inc., and Delphi Receivables LLC has been changed to **October 18, 2005 at 4:00 p.m.** (Prevailing Eastern Time) before the Honorable Robert D. Drain, United States Bankruptcy Judge for the Southern District of New York, Room 610, One Bowling Green, New York, New York 10004.

Dated:  New York, New York
        October 17, 2005

        SKADDEN, ARPS, SLATE, MEAGHER
          & FLOM LLP

        By: *s/ John Wm. Butler, Jr*
          John Wm. Butler, Jr. (JB 4711)
          John K. Lyons (JL 4951)
          Ron E. Meisler (RM 3026)
        333 West Wacker Drive, Suite 2100
        Chicago, Illinois  60606
        (312) 407-0700

        - and -

        By: *s/ Thomas J. Matz*
          Kayalyn A. Marafioti (KM 9632)
          Thomas J. Matz (TM 5986)
        Four Times Square
        New York, New York 10036
        (212) 735-3000

        Attorneys for Delphi Corporation, et al.,
          Debtors and Debtors-in-Possession