UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x
                                                       :
In re                                                  :    Chapter 11
                                                       :
DELPHI CORPORATION, et al.,                            :    Case No. 05-44481
                                                       :
                           Debtors.                    :    (Jointly Administered)
------------------------------------------------------ x

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

      I, Gregg E. Szilagyi, a member in good standing of the Bar of the State of Illinois and the Bar of the United States District Court for the Northern District of Illinois, request admission, **pro hac vice**, before the Honorable Arthur J. Gonzalez, to represent Tricon Industries, Inc., a creditor in the above-captioned case.

| | |
|---|---|
| Mailing Address: | Gregg E. Szilagyi<br>Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>Chicago, Illinois  60602 |
| E-mail: | geszilagyi@uhlaw.com |
| Telephone: | (312) 977-4400 |

I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice *pro hac vice*.

Dated:  October 18, 2005

                                                                               /s/ Gregg E. Szilagyi
                                                                               Gregg E. Szilagyi
                                                                               Ungaretti & Harris LLP
                                                                               3500 Three First National Plaza
                                                                               Chicago, Illinois  60602

## ORDER

**ORDERED,**
that Gregg E. Szilagyi, Esq., is admitted to practice, **pro hac vice**, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

DATED:_____
        New York, New York

                                                              /s/_____
                                                              UNITED STATES BANKRUPTCY JUDGE

716065-1