BARNES & THORNBURG LLP
Attorneys for Priority Health
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, Michigan 49503
Telephone: (616) 742-3930
Facsimile: (616) 742-3999

John T. Gregg, Esq.
Telephone: (616) 742-3930
Email: john.gregg@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 Case |
| | ) | |
| DELPHI CORPORATION, *et al.* | ) | No. 05-44481 |
| | ) | |
| Debtors. | ) | |

## AMENDED NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

To:  Kathleen Farrell  
     Clerk of the Court  
     United States Bankruptcy Court  
     One Bowling Green, Sixth Floor  
     New York, NY 10004-1408  

     John William Butler, Esq.  
     Skadden, Arps, Slate, Meagher & Flom, LLP  
     333 W. Wacker Drive, Suite 2100  
     Chicago, IL 60606  

     Alicia M. Leonhard, Esq.  
     Office of the U.S. Trustee  
     33 Whitehall Street  
     New York, NY 10004  

     Kayalyn A. Marafioti, Esq.  
     Skadden, Arps, Slate, Meagher & Flom, LLP  
     Four Times Square  
     New York, NY 10036  

PLEASE TAKE NOTICE, that the undersigned counsel hereby files its Notice of Appearance as counsel to Priority Health with an address of 1231 East Beltline, N.E., Grand Rapids, Michigan 49505, in the above-captioned Chapter 11 case. Pursuant to Rules 2002 and 9010(b) of the Rules of Bankruptcy Procedure, we request that all notices given or required to be

given in the above Chapter 11 case be given to and served upon the undersigned at the office, address, and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, or demands transmitted or conveyed by mail delivery, telephone, telegraph, telex, or otherwise which affect the above-captioned debtor or its property.

PLEASE TAKE FURTHER NOTICE that the submission and filing of this notice and demand constitutes a "special appearance" and is not intended to be, nor shall it be deemed a consent to, or a waiver of, the right to challenge jurisdiction of this Court to adjudicate noncore matters, which right Priority Health expressly reserve without prejudice.

| | |
|---|---|
| Dated: October 18, 2005 | BARNES & THORNBURG LLP<br>Counsel to Priority Health<br><br>By:  /s/John T. Gregg<br>        John T. Gregg<br>Business Address:<br>300 Ottawa Avenue, NW<br>Suite 500<br>Grand Rapids, Michigan  49503<br>Telephone:(616) 742-3930<br>Facsimile: (616) 742-3999<br>john.gregg@btlaw.com |

GRDS01 JGREGG 323965v1