# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| ABN AMRO Bank N.V.<br>ABN AMRO Inc. | ABN AMRO | 1) Various RINC affiliates have pitched a transaction in which ABN Amro is listed as a possible participant and/or interested party<br>2) Client of a RINC affiliate – there are currently two (2) ongoing mandates |
| | AAR | RINC and ABN Amro are participants in AAR, a joint venture between the two firms that is engaged in the business of securities underwriting.  The joint venture does not have any connections to the Debtors or these cases. |
| | ABN Amro Supervisory Board | A Managing Director of a Rothschild affiliate serves on the Supervisory Board of ABN Amro. |
| Advest Inc. | Advest | RINC Vendor |
| AIG Excess Casualty N.A.;<br>AIG Worldsource | AIG | 1) Client pitch by RINC;<br>2) RINC was mandated on a transaction in which AIG was listed as a possible participant and/or interested party – the mandate has been completed<br>3) Client pitch by a RINC affiliate. |
| Air Liquide Industrial US LP | Air Liquide | Client pitch by RINC affiliate. |
| Alcan Inc. | Alcan | 1) Client of a RINC affiliate – there is currently one ongoing mandate<br>2) Client pitches by a RINC affiliate – pitches were subsequently abandoned. |
| Allianz | Allianz | 1) Client pitches by RINC affiliate.<br>2) Client of a RINC affiliate – there are currently no ongoing mandates |
| Amerada Hess Corporation | Amerada Hess | Client pitch by a RINC affiliate – pitch was subsequently abandoned. |

Exhibit 3 to DLR Declaration.DOC
237511_2.DOC

# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| American Axle & Mfg. Holding Inc. | American Axle | Former client of a RINC affiliate- there are currently no ongoing mandates |
| Amphenol Corp | Amphenol Corp | A RINC affiliate was mandated on a transaction in which Amphenol was listed as a possible participant and/or interested party. The transaction has been completed. |
| APC & Sundram | APC Holdings | Client pitch by a RINC affiliate – pitch was subsequently abandoned. |
| Apollo Distressed Investment Fund<br>Apollo Distressed Investment Offshore | Apollo Advisors; Apollo Investments; Apollo Management_ | 1) Client pitch by RINC – pitch was subsequently abandoned<br>2) Client pitch by a RINC affiliate.<br>3) Client pitch by RINC and a RINC affiliate– the pitch was subsequently abandoned. |
| AT&T Corp | AT&T | RINC and a RINC affiliate were mandated on a transaction in which AT&T was listed as an interested party and/or potential participant. The mandate has been completed. |
| Atlas Capital Funding Ltd. | Atlas Capital | Client pitch by a RINC affiliate. |
| Avaya | Avaya | 1) Client pitch by RINC – pitch was subsequently abandoned<br>2) Client pitch by a RINC affiliate. |
| Bank of China Luxembourg SA | Bank of China | Client of a RINC affiliate – there is currently one ongoing mandate |
| Bank of NY | Bank of NY | Client pitch by a RINC affiliate – the pitch was subsequently abandoned. |
| Bank of Nova Scotia | Bank of Nova Scotia | Client of RINC & RINC affiliate – there is currently one ongoing mandate unrelated to the Debtors' Chapter 11 cases. |

Exhibit 3 to DLR Declaration.DOC
237511_2.DOC

# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| Barclays Bank | Barclays Bank<br>Barclays | 1) Client of a RINC affiliate – there are currently no ongoing mandates.<br>2) Client pitches by a RINC affiliate.<br>3) A RINC affiliate has been mandated on a transaction in which Barclays is listed as a possible participant and/or interested party. |
| Bax Global | Bax Global | A RINC affiliate has pitched a transaction in which Bax Global is listed as a possible participant and/or interested party |
| Bear Stearns; Bear Stearns Inv. Products | Bear Stearns Merchant Banking | RINC Client – there is currently one open mandate. |
| | Bear Stearns | RINC Vendor |
| Bell South | Bell South | 1) Client pitch by a RINC affiliate – the pitch was subsequently abandoned;<br>2) A RINC affiliate pitched a transaction in which Bell South was listed as an interested party and/or potential participant – the pitch was subsequently abandoned<br>3) Former client of a RINC affiliate – there are currently no open mandates. |
| Best Buy | Best Buy | Client pitch by RINC. |
| Blackstone Capital Partners LLP | Blackstone Group | 1) Client pitch by RINC.<br>2) RINC was mandated on a transaction in which Blackstone Group was listed as a possible participant and/or interested party. The mandate was subsequently abandoned. |
| | Blackstone | Client pitches by various RINC affiliates. |
| Blue Square Funding Ltd Series 3 | Blue Square | A RINC affiliate was mandated by Blue Square for two separate transactions. Both transactions |

Exhibit 3 to DLR Declaration.DOC
237511_2.DOC

# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | have been abandoned. |
| BNP Paribas | BNP Paribas | Client of a RINC affiliate – there is currently one ongoing mandate |
| Bosch; Bosch Braking Systems Corp | Bosch | 1) Client pitch by RINC – pitch was subsequently abandoned.<br>2) Client pitch by a RINC affiliate – pitch was subsequently abandoned;<br>3) A RINC affiliate was mandated on a transaction in which Bosch was listed as a possible participant and/or interested party. The mandate was subsequently abandoned. |
| British Vita PLC | British Vita | 1) Client pitch by a RINC affiliate – the pitch was subsequently abandoned;<br>2) A RINC affiliate has been mandated on two separate transactions in which British Vita is listed as a potential participant and/or interested party. |
| BSI Americas Inc.; BSI Management Systems | BSI | A RINC affiliate has pitched a transaction in which BSI is listed as a possible participant and/or interested party. |
| Cardinal Health | Cardinal Health | Client of a RINC affiliate- there is currently one ongoing mandate. |
| Cargill Financial Services Int'l | Cargill | 1) Client of a RINC affiliate – there are currently two ongoing mandates<br>2) Two RINC affiliates have pitched a transaction in which Cargill is listed as a possible participant and/or interested party. |
| Caterpillar | Caterpillar | Client pitch by RINC – pitch was subsequently |

Exhibit 3 to DLR Declaration.DOC
237511_2.DOC

# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
|  |  | abandoned. |
| CEI Co. Ltd | CEI | Client pitch by a RINC affiliate. |
| Chubb Custom Insurance | Chubb | 1) RINC vendor<br>2) Client pitches by a RINC affiliate – pitches were subsequently abandoned. |
| Cinergy PSI In | Cinergy Corp | Client pitch by RINC. |
| CIT Communications Finance Corporation; CIT Technologies Corporation; CIT Technologies d/b/a CIT Systems Leasing | CIT<br>CIT Group | 1) Client of a RINC affiliate – there is currently one ongoing mandate.<br>2) RINC client – there is currently one ongoing mandate unrelated to the Debtors' Chapter 11 cases. |
| Citibank; Citibank NA | Citibank | Citibank mandated a RINC affiliate for a possible transaction. The mandate was subsequently abandoned. |
| Citigroup Global Markets Inc. | Citigroup | Citigroup mandated a RINC affiliate for a possible transaction. The mandate was subsequently abandoned. |
| Colonial Funding LLC | Colonial | Client of a RINC affiliate – there are no open mandates; one open client pitch. |
| Commerzbank Aktiengesellschaft | Commerzbank | 1) Client pitches by a RINC affiliate – pitches were subsequently abandoned.<br>2) A RINC affiliate was mandated for two separate transactions in which Commerzbank was listed as a possible participant and/or interested party – the mandates were subsequently abandoned. |
| Compaq Financial Services Corp | Compaq Services | Client pitch by a RINC affiliate. |

Exhibit 3 to DLR Declaration.DOC
237511_2.DOC

# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| Cores LP; Cores SEC / LP | Cores L.P. | RINC and a RINC affiliate have separately pitched a transaction in which Cores is listed as a possible participant and/or interested party. |
| Credit Lyonnais | Credit Lyonnais | A RINC affiliate is currently mandated on a transaction in which Credit Lyonnais is listed as a possible participant and/or interested party. |
| Credit Suisse First Boston | CSFB | 1) Former client of RINC a affiliate<br>2) Client pitch by a RINC affiliate<br>3) Client pitch by RINC |
|  | Various CSFB Private Equity Funds | Former employees of CSFB that are now employed by RINC hold limited partnership interests in various private equity funds offered by CSFB. |
| CSA Financial Corp | CSA Holding; CSA<br>CSA | A RINC affiliate has pitched a transaction in which CSA is listed as a possible participant and/or interested party. |
| CSM Worldwide | CSM | Client pitch by a RINC affiliate. |
| CTS Corp | CTS | Client pitch by a RINC affiliate. |
| Daewoo; Daewoo Automotive Corporation; Daewoo Heavy Industry; America Corporation; Daewoo Motor Company | Daewoo Corporation;<br>Daewoo Motors<br>Daewoo Motors Inc. | 1) Client pitch by RINC – pitch was subsequently abandoned.<br>2) Client of a RINC affiliate – there is currently one open mandate |
| Daimler Chrysler | Daimler Chrysler<br>Daimler Chrysler | 1) Client a RINC affiliate – there is currently one open mandate<br>2) Client pitch by RINC – pitch was subsequently abandoned. |

Exhibit 3 to DLR Declaration.DOC
237511_2.DOC

# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| Dana Corp. | Dana Corp. | 1) Client pitch by RINC – pitch was subsequently abandoned.<br>2) A RINC affiliate is currently mandated on a transaction in which Dana Corp. is listed as a possible participant and/or interested party. |
| Delta | Delta Airlines, Delta Airways | 1) Client pitch to Delta Airways by a RINC affiliate – pitch was subsequently abandoned;<br>2) RINC has been mandated on a transaction pursuant to an engagement letter that Contemplates RINC's possible future involvement in a transaction involving Delta Air Lines. Two members of the Delphi deal team are members of the team that would provide services relating to Delta. RINC's potential involvement in the Delta matter would be unrelated to the Debtors' chapter 11 cases. |
| Deutsche Bank AG; Deutsche Bank Securities Inc.; Deutsche Bank Trust Company America | Deutsche Bank AG | 1) Client pitch by a RINC affiliate<br>2) A RINC affiliate was mandated on a transaction in which Deutsche Bank was listed as a possible participant and/or interested party. The mandate was subsequently abandoned. |
| DMC2 Canada Corporation<br>Draka Holdings NV | DMC2 | A RINC affiliate was mandated by DMC2 for a possible transaction. The mandate was subsequently abandoned. |
| | Draka Holdings | Draka mandated a RINC affiliate for a possible transaction. The mandate was subsequently abandoned |

Exhibit 3 to DLR Declaration.DOC
237511_2.DOC

# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| E.On AG. | E.ON AG | 1) RINC client. There are currently no ongoing mandates.<br>2) A RINC affiliate is currently mandated on a transaction in which E.On is listed as a possible participant and/or interested party. |
|  | E.ON Group | Client pitch by RINC. |
| EDS | EDS | Client pitch by a RINC affiliate. |
| Ernst & Young | Ernst & Young | RINC Vendor |
| Entergy (MS Power & Light) | Entergy Corp | A RINC affiliate pitched a transaction in which Entergy was listed as an interested party and/or potential participant – the pitch was subsequently abandoned. |
|  | Entergy Power Corp | Former client of a RINC affiliate – there are currently no ongoing mandates. |
| Ericsson | Ericsson | Former client of a RINC affiliate – there are currently no ongoing mandates; one open pitch. |
| Fanar | Fanar SA | Client pitch by a RINC affiliate. |
| Federal Express Corp; Fedex | Federal Express; Fedex | RINC Vendor |
| Federal Insurance. Co. | Federal Insurance Co.. | RINC Vendor |
| Federal Mogul | Federal Mogul | Former RINC client. |
| Fiat Group; Fiat Automotive S.A. | Fiat | Former client of a RINC affiliate. |
| Fifth Third Bank | Fifth Third Bank | Client pitch by a RINC affiliate – pitch was subsequently abandoned. |

Exhibit 3 to DLR Declaration.DOC
237511_2.DOC

# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | Fifth Third Bancorp | Client pitch by RINC – pitch was subsequently abandoned. |
| Ford; Ford Group<br>Ford Motor Land Development Corporation | Ford Motor Company | RINC is currently mandated on a transaction in which Ford Motor is listed as a possible participant and/or interested party. |
| Fortis Bank SA. NV., Cayman Island Branch | Fortis | 1) Client of a RINC affiliate – there are currently two open mandates;<br>2) RINC was mandated on a transaction in which Fortis was listed as a possible participant and/or interested party – the mandate was subsequently abandoned. |
| Freescale Semiconductor | Freescale Semiconductor | RINC pitched a transaction in which Freescale was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |
| Freudenberg & Co Kg | Freudenberg | Client pitches by a RINC affiliate – pitches were subsequently abandoned. |
| Galaxy CLO 2003-1, Ltd; Galaxy III, IV, V, CLO Ltd. | Galaxy | 1) Client pitch by RINC affiliate – the pitch was subsequently abandoned;<br>2) A RINC affiliate has been mandated on a transaction in which Galaxy is listed as a possible participant and/or interested party. |
| General Electric Capital Corporation | GECC | 1) Client pitch by RINC<br>2) RINC pitched a transaction in which GECC was listed as a possible participant and/or interested party – the pitch was subsequently abandoned.<br>3) Client of a RINC affiliate – there are currently two ongoing mandates. |
| General Motors Company; General Motors Dae Woo Auto & Technology. | General Motors | Client pitch by a RINC affiliate |

Exhibit 3 to DLR Declaration.DOC
237511_2.DOC

# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| GKN Plc | GKN | Client pitch by a RINC affiliate |
| Goldman Sachs | Goldman Sachs | Client pitch by a RINC affiliate |
| Hella Kgaa Hueck & Co. | Hella | Client pitch by a RINC affiliate |
| Henkel Kg AA. | Henkel | 1) Client of RINC and RINC affiliate – there are currently no ongoing mandates. <br> 2) Client pitches by RINC affiliate |
| Hewlett Packard | Hewlett Packard | Client pitches by a RINC affiliate – pitches were subsequently abandoned. |
| Hitachi Credit America Corp. | Hitachi Credit | 1) Client pitch by a RINC affiliate – pitch was subsequently abandoned <br> 2) A RINC affiliate has pitched a transaction in which Hitachi is listed as a possible participant and/or interested party. |
| Honeywell | Honeywell | 1) A RINC affiliate was mandated on a transaction in which Honeywell was listed as an interested party and/or potential participant- the mandate was subsequently abandoned. <br> 2) Client pitch by RINC– the pitch was subsequently abandoned. |
| HPI | HPI | 1) A RINC affiliate has pitched a transaction in which HPI is listed as a possible participant and/or interested party. <br> 2) Client pitch by a RINC affiliate – pitch was subsequently abandoned. |
| HSBC Bank USA, National Association; HSBC Securities (USA) Inc. | HSBC | 1) A RINC affiliate is currently mandated on a transaction in which HSBC is listed as a possible participant and/or interested party. |

Exhibit 3 to DLR Declaration.DOC
237511_2.DOC

# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | 2) Client pitch by a RINC affiliate |
| HSS LLC | HSS | A RINC affiliate was mandated on a transaction in which HSS was listed as a possible participant and/or interested party. |
| IBM | IBM | Two RINC affiliates have been mandated on two separate transactions in which IBM is listed as a possible participant and/or interested party. |
| ICG | ICG | Client pitch by a RINC affiliate |
| Illinois Tool Works | Illinois Tool Works | A RINC affiliate was mandated on a transaction in which Illinois Tool Works was listed as a possible participant and/or interested party. The mandate was subsequently abandoned. |
| ING Capital LLC; ING Investment Mgmt CLO I, Ltd; ING Prime Rate Trust | ING | 1) Client pitch by RINC affiliate.<br>2) A RINC affiliate has been mandated on a transaction in which ING is listed as a possible participant and/or interested party. |
| Infineon Technologies AG | Infineon | Client pitch by a RINC affiliate |
| Intermet | Intermet | Client pitch by RINC |
| Invensys | Invensys | 1) A RINC affiliate was mandated on a transaction in which Invensys was listed as a possible participant and/or interested party. The mandate was subsequently abandoned;<br>2) A RINC affiliate pitched a transaction in which Invensys was listed as a possible participant and/or interested party. The pitch was subsequently abandoned. |

Exhibit 3 to DLR Declaration.DOC
237511_2.DOC

# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| IRI | IRI RAI | IRI RAI mandated a RINC affiliate for a possible transaction.  The mandate was subsequently abandoned. |
| JPMorgan Chase | JPMorgan Chase & Co. | Client of a RINC affiliate – there is currently one ongoing mandate. |
| JPMorgan Chase Bank | JPMorgan Chase Bank | 1) Client of a RINC affiliate – there is currently one ongoing mandate<br>2) RINC vendor / service provider |
| JPMorgan | JPMorgan | 1) A RINC affiliate has pitched a transaction in which JP Morgan is listed as a possible participant and/or interested party<br>2) RINC has acting as a Co-Advisor with JPMorgan on a possible transaction. |
| Key Plastics | Key Plastics | Former RINC client |
| KKR Financial CLO 2005-1 Ltd | KKR | 1) Former client of RINC and RINC affiliate – no ongoing mandates;<br>2) RINC was mandated on a transaction in which KKR was listed as a possible participant and/or interested party – the mandate was subsequently abandoned. |
| KPMG | KPMG | 1) Client pitch by RINC affiliate<br>2) RINC Vendor |
| L-3 Communications | L-3 Communications | Former RINC client – there are currently no ongoing mandates.. |
| Lear Corporation | Lear | 1) A RINC affiliate pitched a transaction in which Leon was listed as a possible participant and/or interested party.  The pitch was subsequently abandoned. |

Exhibit 3 to DLR Declaration.DOC
237511_2.DOC