## EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | 2) A RINC affiliate was mandated on a transaction in which Lear was listed as a possible participant and/or interested party. The mandate has been completed. |
| Lee Hecht Harrison | Lee Hecht Harrison | RINC Vendor |
| Lehman Brothers | Lehman Brothers Corp IV; Lehman Brothers Private Equity Funds | Two RINC employees hold limited partnership interest in private equity fund offered by Lehman Brothers. |
| Linden Capital LP | Linden | Client pitch by a RINC affiliate – the pitch was subsequently abandoned. |
| Lloyds of London | Lloyds of London | Client pitch by a RINC affiliate |
| Marsh USA Inc.; Marsh & McLennan | Marsh & McLennan | RINC vendor |
| MCI Telecommunications Corp | MCI | A RINC affiliate pitched a transaction in which MCI was listed as an interested party and/or potential participant – the pitch was subsequently abandoned. |
| Medical Simulation Corp | Medical Simulation | Medical Simulation mandated RINC for a transaction that was subsequently abandoned. |
| Merrill Lynch | Merrill Lynch | 1) A RINC affiliate was mandated on a transaction in which Lear was listed as a possible participant and/or interested party. The mandate has been completed. 2) Client pitch by a RINC affiliate – the pitch was subsequently abandoned. |
| Met Life | Metropolitan Life | 1) Client pitches by a RINC affiliate. 2) A RINC affiliate was mandated by Metropolitan Life for a possible transaction. |

Exhibit 3 to DLR Declaration.DOC
237511_2.DOC

—

## EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | The mandate was subsequently abandoned. <br> 3)  RINC Vendor |
| Microsoft Services | Microsoft | A RINC affiliate was mandated on a transaction in which Microsoft was listed as a possible participant and/or interested party.  The mandate was subsequently abandoned. |
| Miller Engineering Services Inc. | Miller Group | Client pitch by a RINC affiliate – the pitch was subsequently abandoned. |
| Mitsubishi | Mitsubishi Materials Corp. | Former RINC client. |
| | Mitsubishi Corp. | 1) Client pitch by RINC – pitch was subsequently abandoned. <br> 2) Client of a RINC affiliate – there is currently one ongoing mandate. |
| Molex Cost Recovery Disputes | Molex Inc. | A RINC affiliate was mandated on a transaction in which Molex was listed as a possible participant and/or interested party.  The mandate has been completed. |
| Morgan Stanley & Co., Inc. | Morgan Stanley Dean Witter; Morgan Stanley Private Equity | 1) Client pitch by a RINC affiliate <br> 2) A RINC affiliate was mandated by Morgan Stanley for a possible transaction.  The mandate was subsequently abandoned. |
| Motorola Inc. | Motorola Inc. | 1) Client pitch by RINC – pitch was subsequently abandoned. <br> 2) RINC pitched a transaction in which Motorola was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. <br> 3) Client pitches by a RINC affiliate. |
| Navistar International | Navistar Financial | Navistar mandated RINC for a possible |

Exhibit 3 to DLR Declaration.DOC
237511_2.DOC

## EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | transaction.  The mandate was subsequently abandoned. |
| Nextel | Nextel | 1)  Client pitch by RINC.<br>2)  RINC was mandated on a transaction in which Nextel was listed as a potential participant and/or interested party – the mandate was subsequently abandoned. |
| Niagara Mohawk | Niagara Mohawk | RINC and a RINC affiliate were mandated on a transaction in which Niagara Mohawk was listed as a possible participant and/or interested party – the mandate has been completed. |
| Nissan | Nissan | Client pitch by a RINC affiliate – pitch was subsequently abandoned. |
| Nissho Iwai American Corp. | Nissho Iwai American Corp. | Client pitch by RINC – pitch was subsequently abandoned. |
| Nokia Corporation | Nokia | Client pitch made by a RINC affiliate. |
| Noranda | Noranda Inc. | 1) Client pitch by a RINC affiliate – the pitch was subsequently abandoned;<br>2) A RINC affiliate has pitched two separate transactions in which Noranda is listed as a possible participant and/or interested party. |
| Norsk Hydro ASA | Norsk Hydro | 1) Client pitches by a RINC affiliate<br>2) A RINC affiliate is currently mandated on a transaction in which Norsk Hydro is listed as a possible participant and/or interested party. |
| Oak Hill Securities Fund II, LP; Oak Hill Securities Fund LP | Oak Hill Securities Partnership II | A RINC employee holds a limited partnership interest in the partnership. |

Exhibit 3 to DLR Declaration.DOC
237511_2.DOC

**EXHIBIT 3 TO RESNICK DECLARATION**

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| Onex Corp. | Onex Corp. | 1) RINC affiliate is currently mandated on a transaction in which Onex is listed as a possible participant and/or interested party.<br>2) Client pitches by a RINCaffiliate |
| ORIX Warren LLC | ORIX | Client pitches by a RINC affiliate. |
| Pacific Group Ltd. | Pacific Group Limited | Client pitches by a RINC affiliate |
| Panalpina Inc. | Panalpina | 1) Client pitch by RINC affiliate<br>2) A RINC affiliate has pitched a transaction in which Panalpina is listed as a possible participant and/or interested party. |
| Paragon | Paragon | A RINC affiliate has pitched a transaction in which Paragon listed as a possible participant and/or interested party |
| | Paragon Group of Companies | 1) Client pitch by a RINC affiliate<br>2) A RINC affiliate was mandated on a transaction in which Paragon was listed as a possible participant and/or interested party. The mandate was subsequently abandoned. |
| Parsons | Parsons | RINC pitched a transaction in which Parsons was listed as a potential participant and/or interested party – the pitch was subsequently abandoned. |
| Philips Semiconductors | Philips | 1) Client pitch by a RINC affiliate.<br>2) Client pitch by RINC – pitch was subsequently abandoned. |
| Praxair | Praxair | 1) Client pitch by RINC – pitch was subsequently abandoned. |

Exhibit 3 to DLR Declaration.DOC
237511_2.DOC

## EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | 2) Client pitches by various RINC affiliates– pitches were subsequently abandoned. |
| Pressac | Pressac | 1) Client pitches by a RINC affiliate; <br> 2) A RINC affiliate has pitched two transactions in which Pressac is listed as a possible participant and/or interested party. |
| PriceWaterhouseCoopers | PriceWaterhouseCoopers | Former RINC vendor. |
| PSA Group | PSA | Client pitch by a RINC affiliate |
| Quadrangle Master Funding Ltd. | Quadrangle Group | RINC was mandated on a transaction in which Quadrangle Group was listed as a possible participant and/or interested party – the mandate has been completed. |
| Raytheon Company | Raytheon Co. | RINC was mandated on a transaction in which Raytheon was listed as a possible participant and/or interested party. – the mandate was subsequently abandoned. |
| RCA | RCA | A RINC affiliate was mandated by RCA for a possible transaction.  The mandate was subsequently abandoned |
| Republic Engineered Products | Republic Engineered Products | Client pitch by RINC – pitch was subsequently abandoned. |
| Rhodia Patent Assertion | Rhodia | 1) Client pitch by RINC <br> 2) Various RINC affiliates were mandated by Rhodia for possible transactions.  The mandates were subsequently abandoned. <br> 3) Client pitch by a RINC affiliate. |
| Royal Bank of Scotland | Royal Bank of Scotland | 1) Former Client of a RINC. <br> 2) A RINC affiliate was mandated on a |

Exhibit 3 to DLR Declaration.DOC
237511_2.DOC