# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | transaction in which Royal Bank of Scotland was listed as a possible participant and/or interested party. The mandate was subsequently abandoned. |
| Salomon Smith Barney | Salomon Smith Barney | A RINC affiliate was mandated by Salomon for a possible transaction. The mandate was subsequently abandoned. |
| SAP Consulting | SAP | Client pitches by a RINC affiliate – the pitches were subsequently abandoned. |
| SAS Comte | SAS | A RINC affiliate pitched a transaction in which SAS was listed as a possible participant and/or interested party. The pitch was subsequently abandoned. |
| SBC | SBC Communications | Client pitch by RINC – pitch was subsequently abandoned. |
| Schulte & Co. GmbH | Schulte | A RINC affiliate has been mandated on a transaction in which Schulte is listed as a possible participant and/or interested party. |
| Securitas Security | Securitas | A RINC affiliate pitched a transaction in which Securitas was listed as a possible participant and/or interested party. The pitch was subsequently abandoned. |
| Sedgwick Claims; Sedgwick Claims Mgmt. Services Inc. | Sedgwick Group | Former client of a RINC affiliate. |
| SGS Controll Co MBH | SGS | Client pitch by a RINC affiliate. |
| SGS Thomson | SGS | Client pitch by a RINC affiliate |
| Siemens Automotive Ltd.; Siemens Gen III; Siemens VDO Automotive | Siemens | 1) Client pitch by a RINC affiliate<br>2) A RINC affiliate was mandated on a transaction in which Siemens was listed as a possible participant and/or interested party. |

Exhibit 3 to DLR Declaration.DOC
237511_2.DOC

## EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | The mandate was subsequently abandoned.<br>3) RINC has pitched a transaction in which Siemens is listed as a possible participant and/or interested party. |
| Sigma Learning LLC | Sigma | Client pitch by a RINC affiliate – pitch was subsequently abandoned. |
| Sirva Relocation | SIRVA | A RINC affiliate has pitched a transaction in which SIRVA is listed as a possible participant and/or interested party. |
| Societé Generale | Societé Generale | 1) Client of a RINC affiliate – there is currently one ongoing mandate<br>2) A RINC affiliate is currently mandated on a transaction in which Societe Generale is listed as a possible participant and/or interested party. |
| Spartech Corp. | Spartech Corp. | Client pitch by RINC – pitch was subsequently abandoned. |
| Spirax Sarco | Spirax Sarco Engineering PLC | Client pitch by a RINC affiliate. |
| Sprint; Sprint Spectrum L.P. | Sprint | Client pitch by a RINC affiliate. |
| Spirent PLC | Spirent | Client of a RINC affiliate – there are currently five open mandates. |
| St. Paul (Bermuda) Ltd.; St. Paul/Bermuda; St. Paul Fire and Marine Insurance Company; St. Paul Mercury; St. Paul Surplus liens, Ins. Co. | St. Paul Companies | A RINC affiliate pitched a transaction in which St. Paul was listed as a possible participant and/or interested party. The pitch was subsequently abandoned. |
| State Street Boulevard Trust Co. | State Street | Client pitch by a RINC affiliate – pitch was subsequently abandoned. |
| STMicroelectronics Holding NV; STMicroelectronics NV | STMircroelectronics | 1) Client pitch by RINC – pitch was subsequently abandoned. |

Exhibit 3 to DLR Declaration.DOC
237511_2.DOC

# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | 2) A RINC affiliate was mandated on a transaction in which STMicroelectronics was listed as a possible participant and/or interested party. The mandate has been completed. |
| Sun Trust Bank Atlanta | Sun Trust | 1) RINC was mandated on a transaction in which Sun Trust was listed as a possible participant and/or interested party. The mandate has been completed;<br>2) RINC has been mandated on a transaction in which Sun Trust is listed as a possible participant and/or interested party – the mandate is ongoing. |
| The Swatch Group | Swatch | Client pitch made by a RINC affiliate – the pitch was subsequently abandoned. |
| Swiss Re Insurance Company | Swiss Re | Client pitch by a RINC affiliate |
| Tennessee Valley Authority | Tennessee Valley Authority | RINC client. There is currently one ongoing mandate unrelated to the Debtors' Chapter 11 cases. |
| Textron Inc. | Textron Inc. | 1) RINC client. There are currently no ongoing mandates.<br>2) Client pitches by RINC |
| Thyssenkrupp AG | Thyssenkrupp AG | 1) Client pitch by RINC – pitch was subsequently abandoned.<br>2) A RINC affiliate is currently mandated on a transaction in which Thyssenkrupp is listed as a possible participant and/or interested party. |

Exhibit 3 to DLR Declaration.DOC
237511_2.DOC

# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| Tomkins PLC | Tomkins PLC | Client pitches by a RINC affiliate. |
| Toronto Dominion Bank | Toronto Dominion | 1) Client pitch by RINC.<br>2) Client pitches made by a RINC affiliate – pitches were subsequently abandoned. |
| Total SA | Total | Client pitches made by a RINC affiliate – pitches were subsequently abandoned. |
| TPI | TPI | Client pitches by a RINC affiliate. |
| Trelleborg AB | Trelleborg | Client pitch by a RINC affiliate – pitch was subsequently abandoned. |
| TRW | TRW | A RINC affiliate was mandated on a transaction in which TRW was listed as a possible participant and/or interested party. The mandate was subsequently abandoned. |
| TT Electronics | TT Electronics | 1) A RINC affiliate was mandated on a transaction in which TT Electronics was listed as a possible participant and/or interested party. The mandate was subsequently abandoned.<br>2) A RINC affiliate has pitched a transaction in which TT Electronics is listed as a possible participant and/or interested party. |
| Tyco Electronics Corp; Tyco International Ltd | Tyco | 1) Client pitch by RINC – pitch was subsequently abandoned.<br>2) A RINC affiliate was mandated by Tyco for a possible transaction. The mandate was subsequently abandoned. |

Exhibit 3 to DLR Declaration.DOC
237511_2.DOC

**EXHIBIT 3 TO RESNICK DECLARATION**

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| UBS | UBS Warburg | Client of a RINC affiliate – there is currently one ongoing mandate. |
| UGC | UGC | Former client of a RINC affiliate – there are no ongoing mandates; one open pitch. |
| Umicore | Umicore | Client of a RINC affiliate – there is currently one ongoing mandate |
| Valeo; Valeo North American Corporate | Valeo | Client of a RINC affiliate – there is currently one ongoing mandate |
|  | Valeo S.A. | A RINC employee serves as a Director of Valeo S.A. |
| Verizon | Verizon | 1) RINC client pitch – pitches were subsequently abandoned.<br>2) A RINC affiliate pitched various transactions in which Verizon was listed as a possible participant and/or interested party – the pitches were subsequently abandoned. |
| Verizon Wireless | Verizon Wireless | RINC Vendor. |
| Viasystems Group Inc. | Viasystems Group Inc. | RINC client – there is currently one ongoing mandate unrelated to the Debtors' Chapter 11 cases. |
| Visteon | Visteon Corp. | RINC client – there is currently one ongoing mandate unrelated to the Debtors' Chapter 11 cases. RINC's engagement by Visteon is substantially completed. |
| Volkswagen AG | Volkswagen | A RINC affiliate has pitched a transaction in which Volkswagen is listed as a possible participant and/or interested party. |

Exhibit 3 to DLR Declaration.DOC
237511_2.DOC

# EXHIBIT 3 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| Volvo | Volvo | Client pitch by a RINC affiliate. |
| Wells Fargo Bank N.W. | Wells Fargo | Client pitch by RINC – pitch was subsequently abandoned. |
| WHX Corp. | WHX Corp. | RINC was mandated on a transaction in which WHX was listed as a possible participant and/or interested party. The mandate has been completed. |
| Zurich | Zurich | A RINC affiliate conducted pitches for various transactions in which Zurich was listed as a possible participant and/or interested party. The pitches were subsequently abandoned. |

Exhibit 3 to DLR Declaration.DOC
237511_2.DOC