**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, et al.,<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

### NOTICE OF RECLAMATION CLAIM AND DEMAND OF "SEMICONDUCTOR CONDUCTOR COMPONENTS INDUSTRIES, L.L.C" PURSUANT TO BANKRUPTCY CODE SECTION 546(C).

**PLEASE TAKE NOTICE** that the written reclamation claim and demand (the "Reclamation Claim") of Semiconductor Conductor Components Industries, L.L.C., a subsidiary of ON Semiconductor Corporation, ("Vendor") in the amount of at least $1,648,599.77 was served upon the above-captioned debtors (separately and collectively, the "Debtor") and counsel for the Debtors on October 17, 2005 in the form and manner set forth in the attached Certificate of Service. A copy of the Reclamation Claim is attached as Exhibit "A" and is incorporated herein by this reference. Vendor reserves the right to amend, supplement, or restate the Reclamation Claim for any purpose or reason permissible under the Bankruptcy Code and applicable law.

/ / /

/ / /

/ / /

QBPHX\999999.99999\1964186.1

Respectfully submitted,

Dated: this _17_ day of October, 2005

Quarles & Brady Streich Lang LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
602.229.5200
John J. Dawson, New York Bar No. 478197
John A. Harris, Arizona Bar No. 014459
Scott Goldberg, Arizona Bar No. 015082

By: /s/
Attorneys for Semiconductor Conductor Components Industries, L.L.C., a subsidiary of ON Semiconductor Corporation

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing Notice of Reclamation Claim and Demand of "On Semiconductors" Pursuant to Bankruptcy Code Section 546(c) was filed electronically this 17th day of October, 2005. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. In addition, on October 17, 2005, the foregoing was sent by overnight mail, e-mail and by First Class Mail to the following parties:

Delphi Corporation
5725 Delphi Drive
Troy MI 48098
**Via UPS Overnight Mail**

Kayalyn A. Marafioti, Esq.
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036
**Via email kmarafio@skaden.com**

John Wm. Butler, Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
**Via e-mail jbutler@skadden.com**

**Via First Class Mail**

Delphi Mechatronics Systems
Mail Station PL072
P.O. Box 9005
Kokomo, IN 46904-9005

Delphi Mechatronic Systems
Suite A, Gabriela Orta
615 Elca Lane
Brownsville, TX 78521-5737



One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Tel 602.229.5200
Fax 602.229.5690
www.quarles.com

*Attorneys at Law in:*
*Phoenix and Tucson, Arizona*
*Naples and Boca Raton, Florida*
*Chicago, Illinois*
*Milwaukee and Madison, Wisconsin*

Writer's Direct Dial: 602.229.5407
Writer's Fax: 602.417.2904
E-Mail: sgoldber@quarles.com

October 17, 2005

**VIA EMAIL**
Kayalyn A. Marafioti, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

**VIA EMAIL**
John William Butler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, Illinois 60606

**VIA UPS OVERNIGHT DELIVERY**
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

   RE: *In Re Delphi Corporation et al, Case No. 05-44481 et al (separately and collectively, the "Debtor")*

Dear Counsel:

  This firm is counsel to Semiconductor Conductor Components Industries, L.L.C., a subsidiary of ON Semiconductor Corporation ("Vendor"). Pursuant to Section 2-702 of the Uniform Commercial Code as codified under applicable state law, and any similar statutory or other legal provision, and pursuant to Bankruptcy Code Section 546(c), and without waiving any other rights and remedies, Vendor hereby provides notice of reclamation (the "Notice"), and hereby demands the return of all goods received by the Debtor on or after October 28, 2005 (the "Reclaimed Goods"). For your convenience, the Reclaimed Goods are in the amount of at least $1,648,599.77 plus accruing interest, fees, and costs, and are specifically identified on the attached Exhibit. This Notice applies to every debtor whose bankruptcy case is being administered under the Bankruptcy Case Number 05-44481. Vendor reserves all rights to amend, modify, or supplement this Notice. This Notice shall not be construed as an election of remedies, a waiver of any past, present or future default, or a waiver of any of Vendor's rights

QBPHX\99999.99999\1964474.1

Kayalyn A. Marafioti, Esq.
John William Butler, Esq.
Delphi Corporation
October 17, 2005
Page 2

against the Debtor or any other entity that may be obligated for payment of the Reclaimed Goods. If you have any questions about this matter, your phone call is welcome.

                                        Sincerely,

                                        QUARLES & BRADY STREICH LANG LLP

                                        Scott Goldberg

SRG/cg
Enclosures