BARNES & THORNBURG LLP
Attorneys for Armada Rubber
Manufacturing Company
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, Michigan 49503
Telephone: (616) 742-3930
Facsimile: (616) 742-3999

Patrick E. Mears (PM-6473)
Telephone: (616) 742-3936
Email: pmears@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 Case |
| DELPHI CORPORATION, *et al*. | ) | No. 05-44481 |
| Debtors. | ) |  |

## AMENDED
## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

To:  Kathleen Farrell                    John William Butler, Esq.
     Clerk of the Court                   Skadden, Arps, Slate, Meagher &
     United States Bankruptcy Court       Flom, LLP
     One Bowling Green, Sixth Floor       333 W. Wacker Drive, Suite 2100
     New York, NY 10004-1408              Chicago, IL 60606

     Alicia M. Leonhard, Esq.             Kayalyn A. Marafioti, Esq.
     Office of the U.S. Trustee           Skadden, Arps, Slate, Meagher &
     33 Whitehall Street                  Flom, LLP
     New York, NY 10004                   Four Times Square
                                          New York, NY 10036

PLEASE TAKE NOTICE, that the undersigned counsel hereby files its Notice of Appearance as counsel to Armada Rubber Manufacturing Company with offices at 24586 Armada Ridge Road, Armada, Michigan 48005-0579, in the above-captioned jointly administered Chapter 11 cases. Pursuant to Rules 2002 and 9010(b) of the Rules of Bankruptcy

Procedure, we request that all notices given or required to be given in the above Chapter 11 cases be given to and served upon the undersigned at the office, address, and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, or demands transmitted or conveyed by mail delivery, telephone, telegraph, telex, or otherwise which affect the above-captioned debtors or their respective properties.

PLEASE TAKE FURTHER NOTICE that the submission and filing of this notice and demand constitutes a "special appearance" and is not intended to be, nor shall it be deemed a consent to, or a waiver of, the right to challenge jurisdiction of this Court to adjudicate noncore matters, which right Armada Rubber Manufacturing Company expressly reserves without prejudice.

| | |
|---|---|
| Dated:  October 18, 2005<br>          Grand Rapids, Michigan | BARNES & THORNBURG LLP<br>Counsel to Armada Rubber Manufacturing Company<br><br>By:     /s/Patrick E. Mears          <br>          Patrick E. Mears (PM-6473)<br>Business Address:<br>300 Ottawa Avenue, NW<br>Suite 500<br>Grand Rapids, Michigan  49503<br>Telephone:  (616) 742-3936<br>Facsimile:  (616) 742-3999<br>Email:  pmears@btlaw.com |