IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re                                  :        Chapter 11
:
DELPHI CORPORATION et al.,       :        Case No. 05-44481 (rdd)
:
Debtors.   :        (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### AFFIDAVIT OF SERVICE

I, Amber M. Cerveny, being duly sworn according to law, deposes and says that I am employed by Kurtzman Carson Consultants, LLC, proposed claims and noticing agent for the Debtors in the above-captioned cases.

On October 12, 2005, I caused to be served, via facsimile and via first class US mail the document listed in Section 1 on the parties attached hereto as Exhibit A:

***Section 1***

I.  Notice of (A) Notification Procedures Applicable to Substantial Holders of Claims and Equity Securities and (B) Notification and Hearing Procedures for Trading in Claims and Equity Securities **(Docket No. 126) [Attached hereto as Exhibit B]**

Dated: October 17, 2005

                                                  */s/ Amber M. Cerveny*
                                                  Amber M. Cerveny

Sworn to and subscribed before
me on October 17, 2005

    */s/ Evan J. Gershbein*
Notary Public

My Commission Expires:    1/19/07

# EXHIBIT A

Master Service List

| Contact | Company | Address 1 | Address 2 | City | State | Zip | Country | Fax |
|---|---|---|---|---|---|---|---|---|
| Akihiko Imaya Group | Sharp Electronics Corp | Deputy General Manager | 26131 Chinomoto Cho Tenri | Nara | | 632-8567 | Japan | 81-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 |
| Albert Togut | Togut Segal & Segal LLP | One Penn Plaza | Suite 3335 | New York | NY | 10119 | US | 212-967-4258 |
| Alps Automotive Inc | Muneki Mitch Ishida | 1500 Atlantic Blvd | | Auburn Hills | MI | 48326 | US | 248-391-1564 |
| Ann Wagoner | Applied Bio Systems | 850 Lincoln Centre Dr | | Foster City | CA | 94404 | US | 650-638-5998 |
| Attn Insolvency Department | Internal Revenue Service | 290 Broadway | 5th Floor | New York | NY | 10007 | US | |
| Attorney General Eliot Spitzer | Office of New York State | 120 Broadway | | New York City | NY | 10271 | US | |
| Barry Perry | Engelhard Corporation | 101 Wood Ave | | Iselin | NJ | 08830 | US | 732-906-0337 |
| Bill Staron | Dmc 2 Canada Corporation | 2347 Commercial Dr | | Auburn Hills | MI | 48326 | US | 248-340-2471 |
| Bjoern Goeke | Victory Packaging | 3555 Timmons Lane | Suite 1440 | Houston | TX | 77027 | US | 713-961-3824 |
| Brad Countryman Salesman | Isi Of Indiana Inc | 1212 East Michigan St | | Indianapolis | IN | 46202 | US | 317-631-7981 |
| Brent Mewhinney | Texas Instruments Inc | 12900 North Meridian St | Suite 175 Ms 4070 | Carmel | IN | 46032 | US | 317-573-6410 |
| Brian Mcgowan Sales Manager | Corus Lp | 496 Highway 35 Rr2 | | Pontypool | ON | LOA 1KO | Canada | 705-277-9742 |
| Brian Ruel | Timken Company | 31100 Telegraph Rd Ste 270 | | Bingham Farms | MI | 48025 | US | 248-433-2253 |
| Bruce A Fassett | Carlisle Engineered Prods | 100 Seventh Ave Ste 100 | | Chardon | OH | 44024 | US | 734-367-1431 |
| Burr & Forman LLP | Michael Leo Hal | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | US | |
| Chet Korzeniewski | Fujitsu Ten Corporation | 46029 Five Mile Rd | | Plymouth | MI | 48170 | US | 734-414-6660 |
| Clifford Trapani | JPMorgan Chase Bank NA | Loan and Agency Services Group | 1111 Fannin 10th Floor | Houston | TX | 77002 | US | 713-750-2948 |
| Darrell Seitz Senior Acct Mgr | Hitachi Automotive | 955 Warwick Rd | | Harrodsburg | KY | 40330 | US | 248-474-5097 |
| David Bader | Hss Llc | 5446 Dixie Highway | | Saginaw | MI | 48601 | US | 989-777-4818 |
| David L Resnick | Rothchild Inc | 1251 Avenue of the Americas | | New York | NY | 10020 | US | 212-403-5454 |
| David M Mcginnis | Murata Electronics North | 2200 Lake Park Dr | | Smyrna | GA | 30080 | US | 678-842-6625 |
| Deirdre A Martini | United States Trustee | 33 Whitehall Street | Suite 2100 | New York | NY | 10004 | US | 212-668-2256 |
| Devin Denner Sales Manager | Olin Corp | 427 N Shamrock St | | East Alton | IL | 62024 | US | 618-258-3481 |
| Don Duda President | Methode Electronics Inc | 7401 W Wilson | | Chicago | IL | 60706 | US | 708-867-3288 |
| Donald Bernstein | Davis Polk & Wardwell | 450 Lexington Avenue | | New York | NY | 10017 | US | 212-450-3092 |
| Douglas Bartner Jill Frizzley | Shearman & Sterling LLP | 599 Lexington Avenue | | New York | NY | 10022 | US | 212-848-7179 |
| Dr Jurgen W Gromer | Tyco Electronics Corp | PO Box 3608 | | Harrisburg | PA | 17105 | US | 717-592-7555 |
| Dr Jurgen W Gromer | Tyco Electronics Corp | PO Box 3608 | | Harrisburg | PA | 17105-3608 | US | 717-592-7555 |
| Dr Jurgen W Gromer | Tyco Electronics Corp | Amperestrabe 1214 | | Bensheim | | D-64625 | Germany | 49-0-62-51-133-1-548 |
| Ed Mike Sales Manager | Solectron De Mexico Sa De Cv | Solectron Invotronics | 26525 American Dr | Southfield | MI | 48034 | US | 248-263-8701 |
| Frank H Avant President | Tdk Corporation Of America | 1221 Business Center Dr | | Mount Prospect | IL | 60056 | US | 847-803-1125 |
| Gary Thoe Chairman | Waupaca Foundry Inc | 311 S Tower Rd | | Waupaca | WI | 54981 | US | 715-258-1712 |
| Gordon Diag | Pbr Automotive Usa Pacific Group | 140 Ellen Dr | | Orion Township | MI | 48359 | US | 248-377-4939 |
| Harold M Stratton | Strattec Security Corp | 3333 West Good Hope Rd | | Milwaukee | WI | 53209 | US | 414-247-3329 |
| Hironobu Ono | Cataler North America Corp | 7800 Chihama | | Kakegawa-City Shizuoka | | | Japan | 81-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 |
| Hitachi Automotive | | 34500 Grand River Ave | | Farmington Hills | MI | 48335 | US | 248-474-5097 |
| Hitachi Chemical Asia Pacific | Hitachi Chemical Asia Pacific | Bedok Plant 20 | Bedock South Rd | Singapore | | 469277 | Singapore | 656-444-6002 |
| Infineon Technologies | | StMartinStrasse 53 | | Munich | | 81669 | Germany | 49-0-89-234-8-52-02 |
| James D Clark | IUE Comm Workers of America | 501 3rd St NW 6th Floor | | Washington | DC | 20001 | US | 202-434-1343 |
| James Le | Kurtzman Carson Consultants | 12910 Culver Blvd | Suite I | Los Angeles | CA | 90066 | US | 310-751-1561 |
| Jeffrey Cohen | Pension Benefit Guaranty Corporation | 1200 K Street NW | Suite 340 | Washington | DC | 20005 | US | 202-326-4112 |
| Jeffrey Cohen | Pension Benefit Guaranty Corp | 1200 K St NW | | Washington | DC | 20005 | US | 202-326-4112 |
| Jim Offer | Pechiney Rolled Products | 39111 W Six Mile Rd | | Livonia | MI | 48152 | US | 734-632-8483 |
| Jim Trent | Nec Electronics Inc | Three Galleria Tower | 13155 Noel Rd Ste 1100 | Dallas | TX | 75240 | US | 972-655-5133 |
| Joe M Dorris President | Futaba Corp Of America | 2865 Wall Triana Hwy | | Huntsville | AL | 35824 | US | 256-461-7741 |
| Joe Minville | Flextronics Intl Asia Pacific | 2 Robbins Rd | | Westford | MA | 01886 | US | 978-392-3011 |
| Joel Robinson President Bob Finn | American Axle & Mfg Inc | One Dauch Dr | | Detroit | MI | 48211 | US | 313-974-2870 |
| John Devine | General Motors Corporation | 300 Renaissance Center | PO Box 300 | Detroit | MI | 48265 | US | 517-272-3709 |
| John Devine | General Motors Corporation | 300 Renaissance Center | PO Box 300 | Detroit | MI | 48265 | US | 517-272-3709 |
| John Nielsen Dir Sales | Trw Automotive | 12000 Tech Center Dr | | Livonia | MI | 48150 | US | 734-266-5704 |
| John Wm Butler J Lyons R Meisler | Skadden Arps Slate Meagher & Flom | 333 W Wacker Dr | Suite 2100 | Chicago | IL | 60606 | US | 312-407-0411 |
| Kayalyn A Marafioti Thomas J Matz | Skadden Arps Slate Meagher & Flom | 4 Times Square | | New York | NY | 10036 | US | 212-735-2000 |
| Kenji Ito Vp Larry Khaykin | Aw Transmission Eng Aisin Seiki Co | Metro West Industrial Park | 14933 Keel St | Plymouth | MI | 48170 | US | 734-416-3844 |
| Kenneth S Ziman Robert H Trust | Simpson Thatcher & Bartlett LLP | 425 Lexington Avenue | | New York | NY | 10017 | US | 212-455-2502 |
| Khuyen Ta | JPMorgan Chase Bank NA | Agent Bank Services Group | 1111 Fannin 10th Floor | Houston | TX | 77002 | US | 713-750-2938 |
| Lance Williams Director Of Sales | Semiconductor Components | 2000 S County Trail | | East Greenwich | RI | 02818 | US | 734-953-6860 |
| Leo W Gerard | United Steel Workers | 5 Gateway Center | | Pittsburgh | PA | 15222 | US | 412-562-2484 |
| Linda Lynch | Robert Bosch Corporation | 38000 Hills Tech Dr | | Farmington Hills | MI | 48331 | US | 248-848-6505 |
| Lonie A Hassel | Groom Law Group | 1701 Pennsylvania Avenue NW | | Washington | DC | 20006 | US | 202-659-4503 |
| Martin J Bienenstock | Weil Gotshal & Manges LLP | 767 Fifth Avenue | | New York | NY | 10153 | US | 212-310-8007 |
| Michael Rudnicki | Niles Usa Inc | 41129 Jo Dr | | Novi | MI | 48375 | US | 248-427-9701 |
| Patrick Healy | Law Debenture Trust Company of NY | 780 Third Ave 31st Fl | | New York | NY | 10017 | US | 212-750-1361 |
| Paul Grimme | Freescale Semiconductor Inc | 6501 William Cannon Dr West | | Austin | TX | 78735 | US | 512-895-8746 |
| Peter Bauer EVP | Infineon Technologies | PO Box 80 09 49 | | Munich | | 81609 | Germany | 49-0-89-234-8-52-02 |
| Peter Bauer, EVP | Infineon Technologies | PO Box 80 09 49 | | Munich | | 81609 | Germany | 49-0-89-234-8-52-02 |
| Peter H Huizinga | Siemens Automotive Ltd | 2400 Executive Hill Blvd | | Auburn Hills | MI | 48326 | US | 248-209-7877 |
| Pioneer Indl Comp | Auto Electr Sales Inc | Kevin M Martin SVP | 22630 Haggerty Rd | Farmington | MI | 48335 | US | 248-449-1940 |
| Ralph Seibt Sales Manager | Westwood Associates Inc | 612 Willers Farm Rd | | Milford | CT | 06460 | US | 203-283-3100 |
| Randall S Eisenberg | FTI Consulting Inc | 3 Times Square | 11th Floor | New York | NY | 10036 | US | 212-841-9350 |

Master Service List

| Contact | Company | Address 1 | Address 2 | City | State | Zip | Country | Fax |
|---|---|---|---|---|---|---|---|---|
| Reorganization Branch | Securities and Exchange Commission | 233 Broadway | | New York | NY | 10279 | US | |
| Richard Shoemaker | United Auto Workers | 8000 E Jefferson | | Detroit | MI | 48214 | US | 313-823-6016 |
| Robert Caruso | FTI Consulting Inc | 333 West Wacker Drive | Suite 600 | Chicago | IL | 60606 | US | 312-759-8119 |
| Robert Siegel | O'Melveny & Meyer LLP | 400 South Hope Street | | Los Angeles | CA | 90071 | US | 213-430-6407 |
| Ron Schubel | Molex Inc | 222 Wellington Court | | Lisle | IL | 60532 | US | 630-813-5888 |
| Russ Pollack Director Of Sales | Traxle Mfg Ltd | 25300 Telegraph Rd Ste 450 | Raleigh Office Center | Southfield | MI | 48034 | US | 248-355-3558 |
| Sam L Trency | Philips Semiconductors | 1817 Dogwood Dr | | Kokomo | IN | 46902 | US | 765-452-9915 |
| Scott Dekoker | Autocam Corporation | East Paris Ave | | Kentwood | MI | 49512 | US | 616-698-6876 |
| Scott King | FTI Consulting Inc | Park One Center | 6100 Oaktree Blvd Suite 200 | Cleveland | OH | 44131 | US | 216-986-2749 |
| Scott Shilling Sales Director | Sgs Thompson | Victor Park West | 19575 Victor Parkway | Livonia | MI | 48152 | US | 734-462-4034 |
| Sean Corcoran Karen Craft | Delphi Corporation | 5725 Delphi Drive | | Troy | MI | 48098 | US | 248-813-2670 |
| Steven M Cimalore | Wilmington Trust Company | 1100 N Market St | Rodney Square N | Wilmington | DE | 19890 | US | 302-636-4143 |
| Ted B Opie | General Electric Company | Two Towne Square | | Southfield | MI | 48076 | US | 248-262-2663 |
| Thomas F Maher R Duker G Russello | JPMorgan Chase Bank NA | 270 Park Avenue | | New York | NY | 10017 | US | 212-270-0430 |
| Tim Kuppler Vice President | Ti Group Automotive System | 12345 E Nine Mile | | Warren | MI | 48090 | US | 586-427-3175 |
| Tom A Jerman Rachel Janger | O'Melveny & Meyer LLP | 1625 Eye Street NW | | Washington | DC | 20006 | US | 202-383-5414 |
| Tracy Delcampo | Calsonic N America Inc | 27000 Hills Tech Court | | Farmington Hills | MI | 48331 | US | 248-848-4850 |
| Vilma Francis | JPMorgan Chase Bank NA | 270 Park Avenue | | New York | NY | 10017 | US | 212-270-5484 |
| Vince Sarrecchia | Panasonic Automotive | 26455 American Dr | | Southfield | MI | 48034 | US | 248-447-7008 |
| Y Yokoya | Hitachi Chemical Asia Pacific | Loyang Plant 32 | Loyang Way | Singapore | | 508730 | Singapore | 656-546-2842 |

In re Delphi Corporation, et al.
Top 200

| Company | Contact | Address 1 | Address 2 | City | State | Zip | Country | Fax |
|---|---|---|---|---|---|---|---|---|
| Ab Automotive Inc | Steve Weddle Vp | 2500 Business Hwy 70 East | PO Box 2240 | Smithfield | NC | 27577 | US | 919-934-5186 |
| Abc Group | Clemente Lavie General Manager | Avenue Norte 4 No 7 | | San Juan Del Rio | | 76809 | Mx | 52-427-272-1831 |
| Advanced Micro Devices | Wolgang Schmitz | Rosenheimer Strabe 143b | | Munchen | | 81671 | De | |
| Afx Industries Llc | Jdavid Sommerville | 522 Michigan St | | Port Huron | MI | 48060 | US | 810-966-9522 |
| Alba Lamps Inc | Dan Savocchia | 5230 N Wesley Ct | | Des Plaines | IL | 60018 | US | 847-574-5881 |
| Allegro Microsystems Inc | Deb Mund | 2529 Commerce Dr | Ste G | Kokomo | IN | 46902 | US | 765-854-2262 |
| Alpine Electronics Of America Inc | Richard Fradette | 421 Emmerson Ave | | Greenwood | IN | 46143 | US | 260-461-4516 |
| Alps Automotive Inc | Muneki Mitch Ishida | 1500 Atlantic Blvd | | Auburn Hills | MI | 48326 | US | 248-391-1564 |
| Aluminum Co Of America | Jeff Lindsey | 36555 Corporate Dr | Ste 185 Md2w | Farmington Hills | MI | 48331 | US | 248-489-4345 |
| American Axle & Mfg Inc | Joel Robinson President Bob Finn | One Dauch Dr | | Detroit | MI | 48211 | US | 313-974-2870 |
| Analog Devices Inc | James F Graves North American Auto | 5128 Wrentham Cove | | Fort Wayne | IN | 46813 | US | 260-434-1520 |
| Android Industries | Gary Caldwell | 50777 Varsity Court | | Wixom | MI | 48393 | US | 810-720-4849 |
| Applied Bio Systems | Ann Wagoner | 850 Lincoln Centre Dr | | Foster City | CA | 94404 | US | 650-638-5998 |
| Ashimori Industry Co Ltd | Akihiko Imaya Group Deputy Gm | 1018 Schrome | | Kitachome Nishiku | OSAKA | 550-0014 | Jn | 81-6-6533-9290 |
| Ats Automation Tooling Sys | John Leulo | 17515 West Nine Mile Rd | | Southfield | MI | 48075 | US | 248-443-9974 |
| Autocam Corporation | Scott Dekoker | East Paris Ave | | Kentwood | MI | 49512 | US | 616-698-6876 |
| Aw Transmission Eng Aisin Seiki Co | Kenji Ito Vp Larry Khaykin | Metro West Industrial Park | 14933 Keel St | Plymouth | MI | 48170 | US | 734-416-3844 |
| Balzers Inc | Kent Connell | 495 Commerce Dr | | Amherst | NY | 14228 | US | 602-284-5409 |
| Bax Global Inc | Joey Carnes Ceo | 440 Exchange | | Irvine | CA | 92602 | US | 714-442-2900 |
| Behr Hella Thermocontrol | Joe Borruso Ceo | 43811 Plymouth Oaks Blvd | | Plymouth | MI | 48170 | US | 734-414-0911 |
| Behr Industries Corp | Jan Hoetzel President | 1020 Seven Mile Rd | | Comstock Pk | MI | 49321 | US | 616-789-9520 |
| Bei Sensors & Systems Co Inc | Attn General Counsel | 2700 Systron Dr | | Concord | CA | 94518 | US | 925-671-6647 |
| Bend All Manufacturing | Ben Babianbuyer | 575 Waydon Dr Rr1 | | Ayr | ON | NOB1EO | Ca | 519-623-4177 |
| Blissfield Mfg Co | Patrick Farver President | 626 Depot St | | Blissfield | MI | 49228 | US | 517-486-2128 |
| Blue Cross Blue Shield Of Michigan | John Fitzpatrick Gm Control Plan Op | 600 Lafayette East | | Detroit | MI | 48226 | US | 313-225-6767 |
| Brazeway Inc | Chris Hill Sales Manager | 2711 Emaumee St | | Adrian | MI | 49221 | US | 517-266-9561 |
| Cadillac Products Automotive Cmpny | John Brinkman | 5800 Crooks Ste 100 | | Troy | MI | 48098 | US | 248-813-8282 |
| Calsonic N America Inc | Tracy Delcampo | 27000 Hills Tech Court | | Farmington Hills | MI | 48331 | US | 248 848 4850 |
| Camoplast Incorporated | Don Zurek Buyer | 2144 Rue King W Ste 110 | | Sherbrook | QC | J1J 2E8 | Ca | (819) 823-8772 |
| Carlisle Engineered Prods | Bruce A Fassett | 100 Seventh Ave Ste 100 | | Chardon | OH | 44024 | US | 734-367-1431 |
| Carolina Forge Company Llc Eft | Tom B Mcginnis Vice President | 15309 Baldwin St Ext | PO Box 459 | Meaville | PA | 16335 | US | 814-332-8275 |
| Cataler North America Corp | Hironobu Ono | 7800 Chihama | | Kakegawa-City Shizuoka | | | JA | 81-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 |
| Centra Inc | Attn General Counsel | 12225 Stephen Rd | | Warren | MI | 48089 | US | 586-755-5607 |
| Cherry Corp The | Mark Weier | 11200 88th Ave | | Pleasant Prairie | WI | 53158 | US | 262-942-6365 |
| Cherry Gmbh | Peter Bauer Executive | Cherrystr 1 | | Auerbach | BAVARIA | | De | 49.9643.18.1262 |
| Clarion Corp Of America | Paul S Lachner Sr VP Auto Sales | 40200 Grand River Ave | Ste 200 | Novi | MI | 48375 | US | 248-991-3101 |
| Cmac Microcircuits Usa Inc | Attn General Counsel | 1601 Hill Ave | | West Palm Beach | FL | 33407 | US | 561-434-6560 |
| Collins & Aikman Corp | Lewis B Campbell | 250 STEPHENSON HIGHWAY | | TROY | MI | 48083 | US | 401-421-2878 |
| Cordaflex Sa De Cv | Don Zurek Buyer | Carr Panamericana Km 2306 | | Corregidora | QA | 76900 | Mx | 442-225-0246 |
| Corning Incorporated | Ron Rogers Regional Sales Manager | 50 W Big Beaver Rd | | Troy | MI | 48084 | US | 248-680-4715 |
| Corus Lp | Brian Mcgowan Sales Manager | 496 Highway 35 Rr2 | | Pontypool | ON | LOA 1KO | CA | 705-277-9742 |
| Cts Corp | Vinod M Khilnani Cfo | 905 West Blvd North | | Elkhart | IN | 46514 | US | 574-293-6146 |
| Cyro Industries | Stephen Fett | 100 Enterprise Dr | PO Box 5055 | Rockaway | NJ | 07866 | US | 973-442-6083 |
| Dae Sung Electric Co Ltd | Sangkyu Kim | 743 5 Wonsidong Ansancity | | Kyunggido Bl 827 | | 425-090 | Sk | (031) 495-4887 |
| Dae Yong Industry Company | Jung Kim Managering Director | Chungwangdong | | Shiheungshi | | 429-850 | Sk | 82-31-499-3549 |
| Datweiler Ag Gummi Kunststoffe | Attn General Counsel | 15500 Wayzeta Blvd Ste 602 | | Wayzeta | MN | 55391 | US | 843-431-9249 |
| Dayco Products Llc | Tim Hartigan | 6120 South Yale Ave | Ste 900 | Tulsa | OK | 74136 | US | 918-481-2363 |
| Denso Sales Of California | Masaaki Max Adachi President | 3900 Via Oro Ave | | Long Beach | CA | 90810 | US | 310-513-7319 |
| Dmc 2 Canada Corporation | Bill Staron | 2347 Commercial Dr | | Auburn Hills | MI | 48326 | US | 248-340-2471 |
| Dura Automotive Systems | Dave Klein | 1016 E 1st St | | Gladwin | MI | 48624 | US | 248-299-7544 |
| E I Dupont De Nemours | Carolann Haznedar Vp Sales Mrktng | 950 Stephenson Hwy | | Troy | MI | 48083 | US | 248-583-8121 |
| Ecobat America Llc | Bob Finn Ceo | 2777 Stemmons Freeway | Ste 1800 | Dallas | TX | 75207 | US | 214-631-4013 |
| Electric Launch Company Inc | Attn General Counsel | 35 South Washington St | | Athens | NY | 12015 | US | 518-945-1504 |
| Engelhard Corporation | Barry Perry | 101 Wood Ave | | Iselin | NJ | 08830 | US | 732-906-0337 |
| Engineered Materials Solutions | Brucene A Lagreca Mrktng Prdct Mngr | 39 Perry Ave | PO Box 2410 | Attleboro | MA | 02703 | US | 508-342-2115 |
| Essex Group Inc | Richard Fradettte Vp Finance | 1601 Wall St | | Fort Wayne | IN | 46801 | US | 260-461-4516 |
| Federal Mogul | Deanna Labudde | 1277 Joe Battle Blvd | | Elpaso | TX | 79936 | US | 877-242-5701 |
| Fischer Holding Gmbh | Mr Peter Trick President | 1084 Doris Rd | | Auburn Hills | MI | 48326 | US | 248-276-1942 |
| Flextronics Intl Asia Pacific | Joe Minville | 2 Robbins Rd | | Westford | MA | 01886 | US | 978-392-3011 |
| Freescale Semiconductor Inc | Paul Grimme | 6501 William Cannon Dr West | | Austin | TX | 78735 | US | 512-895-8746 |
| Fujikoki America Inc | Denis Littwin VP Engineering | 4040 Bronze Way | | Dallas | TX | 75237 | US | 214-330-1015 |

05-44481-rdd    Doc 336    Filed 10/19/05    Entered 10/19/05 11:19:52    Main Document
Pg 6 of 9

In re Delphi Corporation, et al.
Top 200

| Company | Contact | Address 1 | Address 2 | City | State | Zip | Country | Fax |
|---|---|---|---|---|---|---|---|---|
| Fujitsu Ten Corporation | Chet Korzeniewski | 46029 Five Mile Rd | | Plymouth | MI | 48170 | US | 734-414-6660 |
| Furukawa Electric North | Shuzo Mihara Senior Vice President | 47677 Galleon Dr | | Plymouth | MI | 48170 | US | 734-254--9350 |
| Futaba Corp Of America | Joe M Dorris President | 2865 Wall Triana Hwy | | Huntsville | AL | 35824 | US | 256-461-7741 |
| General Electric Company | Ted B Opie | Two Towne Square | | Southfield | MI | 48076 | US | 248-262-2663 |
| General Motors Corporation | John Devine | 300 Renaissance Center | PO Box 300 | Detroit | MI | 48265 | US | 517-272-3709 |
| Goodyear Tire & Rubber Co The | Robert Keegan | 1144 East Market St | | Akron | OH | 44316 | US | 330-796-1145 |
| Grand Rapids Controls Co Llc | Attn General Counsel | 825 Northland Dr | | Rockford | MI | 49341 | US | 616-866-1373 |
| Hdk America Inc | Scott Wilhelm Vice President | 2995b Wall Triana Hwy | | Huntsville | AL | 35824 | US | 256-772-3475 |
| Hitachi Automotive | | 34500 Grand River Ave | | Farmington Hills | MI | 48335 | US | 248-474-5097 |
| Hitachi Automotive | Darrell Seitz Senior Acct Mgr | 955 Warwick Rd | | Harrodsburg | KY | 40330 | US | 248-474-5097 |
| Hitachi Chemical Asia Pacific | Hitachi Chemical Asia Pacific | Bedok Plant 20 | Bedock South Rd | Singapore | | 469277 | SG | 5455 407 |
| Hitachi Chemical Asia Pacific | Y Yokoya | Loyang Plant 32 | Loyang Way | Singapore | | 508730 | SG | 5455 407 |
| Hoover Precision Products Inc | Joe Schmenk Ceo | 500 Jonesborough Rd | | Erwin | TN | 37650 | US | 423 743 8050 |
| Hss Llc | David Bader | 5446 Dixie Highway | | Saginaw | MI | 48601 | US | 989-777-4818 |
| Hydro Aluminum Adrian | T Wayne Yielding | 1607 E Maumee St | PO Box 809 | Adrian | MI | 49221 | US | 517-264-2388 |
| Hyo Seong Electric Co Ltd | General Counsel | 10473 Yongsuri Junkwanmyun | | Pusan | | 10473 | Sk | 82-51-728-3698 |
| Ina Usa Corp | Marc Vachon Vp Of Sales | 1750 East Big Beaver Rd | | Troy | MI | 48083 | US | 248-528-4988 |
| Infineon Technologies | Peter Bauer EVP | PO Box 80 09 49 | | Munich | | 81609 | DE | 49-0-89-234-8-52-02 |
| Infineon Technologies | | StMartinStrasse 53 | | Munich | | 81669 | DE | 49-0-89-234-8-52-02 |
| Intermet Corporate | John Rutherford Vice President | 5445 Corporate Dr | | Troy | MI | 48098 | US | 248-952-2501 |
| Intermetstevensville | Tom Winkle | 2800 Yasdick Dr | | Stevensville | MI | 49127 | US | 248-952-1512 |
| International Rectifier | Janice Frank | 1761 E Lincoln Rd | | Kokomo | IN | 46902 | US | 765-453-5583 |
| International Resistive Co | Attn General Counsel | 4222 South Staples St | | Corpus Christie | TX | 78411 | US | 361-992-3377 |
| Invar Manufacturing Ltd | General Counsel | 1 Parry Dr | | Batawa | ON | KOK 1E0 | C | 519.824.8479 |
| Invensys Precision Die Casting | Steve Larkin | 232 Hopkinsville Rd | | Russelville | KY | 42276 | US | 270-726-0571 |
| Isi Of Indiana Inc | Brad Countryman  Salesman | 1212 East Michigan St | | Indianapolis | IN | 46202 | US | 317-631-7981 |
| Itt Industries Inc | Laura Reuter Buyer | Carretera Intl Km 1969 | Colonia Guadalajara Nogales | Empalme Sonora | SO | 85340 | Mx | 248-836-9720 |
| IUE  Comm Workers of America | James D Clark | 501 3rd St NW 6th Floor | | Washington | DC | 20001 | US | |
| Jabil Circuits | Michael A Czarnota | 3800 Giddings Rd | | Auburn Hills | MI | 48326 | US | 248-292-6920 |
| Jeffrey Cohen | Pension Benefit Guaranty Corporation | 1200 K Street NW | Suite 340 | Washington | DC | 20005 | US | |
| Jiffytite Co Inc | Ronald C Diliddo President | 4437 Warren Ave | | Lancaster | NY | 14086 | US | 716 681 7788 |
| John Devine | General Motors Corporation | 300 Renaissance Center | PO Box 300 | Detroit | MI | 48265 | US | |
| Johnson Electric North | Nick Rossi Vice President Marketing | 47660 Halyard Dr | | Plymouth | MI | 48170 | US | 734-392-1020 |
| Judd Wire Inc Eft | Michael Loughmannn | 124 Turnpike Rd | | Turner Falls | MA | 01376 | US | 413-863-2305 |
| KANE MAGNETICS ACQUISITION | | 700 ELK AVE | | KANE | PA | 16735 | US | |
| Kaumagraph Flint Corp | Hiroshi Tatsukawa | 1935 Davis Ln | | Marietta | GA | 30067 | US | 770-226-9048 |
| Kds America | Mitsuoki Yamada | 10901 Granada Ln | | Overland Pk | KA | 66211 | US | 913-491-6812 |
| Kemet Electronics Corp | David Maguire | 1900 Billy Mitchell Blvd | | Brownsville | TX | 78521 | US | 864-963-6300 |
| Kensington Capital Corporation | Victor Tatum Account Manager | 5725 Forward Ave | Ste 301 | Pittsburg | PA | 15217 | US | 412-422-9617 |
| Koa Speer | Chris Forbes | Bolivar Dr | | Bradford | PA | 16701 | US | 814-362-8883 |
| Koyo Corp Of Usa | Tom Nemoto Ceo | 1006 Northpoint Blvd | | Blythewood | SC | 29016 | US | 440-835-9347 |
| Krah Rwi | | Markische Staße 4 | | Drolshagen | | D-57489 | De | +49 492761701177 |
| Ladd Industries Inc | Melissa Watkins | 4849 Hempstead Station Dr | | Kettering | OH | 45429 | US | 927-428-9755 |
| Law Debenture Trust Company of NY | Patrick Healy | 780 Third Ave 31st Fl | | New York | NY | 10017 | US | 212-750-1361 |
| Lebelier Queretaro Sa De Cv | Ray Abrahamson | Calle 2 No 18 Fracc | | Queretaro | QA | 76120 | Mx | 442-192-7301 |
| Lemforder Sistemas Automotrice | Tom Gorman General Manager | 15811 Centennial Dr | | Northville | MI | 48167 | US | 734-416-8218 |
| Linamar Corporation | Elizabeth Albert | 287 Speedvale Ave | | Guelph | ON | N1H1C1 | Ca | 519.837.6703 |
| Littelfuse Inc | Michael P Sammons General Mgr Auto | 800 E Northwest Hwy | | Des Plaines | IL | 60016 | US | 847-759-0272 |
| Lunt Manufacturing Co Inc | Jon Miller | 601605 Lunt Ave | | Schaumberg | IL | 60193 | US | 847-524-5659 |
| Macauto | Mr Jj Liao President | 80 Excel Dr | | Rochester | NY | 14621 | US | 585-342-2085 |
| Magnesium Products Of America Inc | Attn General Counsel | 2001 Industrial Dr | | Eaton Rapids | MI | 48827 | US | 517-663-2714 |
| Marquardt Gmbh | Peter Cherry Owner | Schlossstrasse 16 | | Rietheimweilheim | BADENWUERTTEMBERG | | | De 49.74.24.99.2399 |
| Meadville Forge Co | | Po Box 459 | | Meadville | PA | 16335 | US | 814-332-8275 |
| Meadwestvaco Corporation | Joe Swetz Buyer | 1 High Ridge Pk | | Stamford | CT | 06905 | US | 203-461-7675 |
| Methode Electronics Inc | Don Duda President | 7401 W Wilson | | Chicago | IL | 60706 | US | 708-867-3288 |
| Micron Semiconductors | Roger Hawkins | 8000 S Federal Way | | Boise | ID | 83716 | US | 208-368-4617 |
| Midwest Tool & Die Corp | Dave Venderley | 327 Ley Rd | | Fort Wayne | IN | 46825 | US | 219-482-7261 |
| Milliken Co | Tom Nevius Jack Richardson | 201 Lukken Industrial Dr West | Mdc M821 | Lagrange | GA | 30240 | US | 706-88-05115 |
| Miniture Precision Components | Jim Brost President | 100 Wisconsin Sterrt | | Walworth | WI | 53184 | US | 262-275-6346 |
| Mitsubishi Electric | Bruce Beyer | 15603 Centennial Dr | | Northville | MI | 48167 | US | 734-453-6211 |

05-44481-rdd   Doc 336   Filed 10/19/05   Entered 10/19/05 11:19:52   Main Document
Pg 7 of 9

In re Delphi Corporation, et al.
Top 200

| Company | Contact | Address 1 | Address 2 | City | State | Zip | Country | Fax |
|---|---|---|---|---|---|---|---|---|
| Mivrag Cold Forming | Mike Richardson | 43902 Woodward Ave | Ste 280 | Bloomfield Hills | MI | 48302 | US | 248-333-1855 |
| Mj Celco Inc | Michael J Cielak President | 3900 Wesley Terrace | | Schiller Pk | IL | 60176 | US | 847 671 1978 |
| Molex Inc | Ron Schubel | 222 Wellington Court | | Lisle | IL | 60532 | US | 630-813-5888 |
| Motorola | Meredith Nickol VP Sales | 37101 Corporate Dr | | Farmington Hills | MI | 48331 | US | 248-324-9442 |
| Mubea Inc | Karl Biecker Gen Mngr Suspension | 6800 Industrial Rd | | Florence | KY | 41042 | US | 859-727-2885 |
| Mueller Brass Co | David Lockhart Director Of Sales | 2199 Lapeer Av | | Port Huron | MI | 48040 | US | 810 364 6340 |
| Murata Electronics North | David M Mcginnis | 2200 Lake Park Dr | | Smyrna | GA | 30080 | US | 678-842-6625 |
| National Logistics Mgt Co Inc | Attn General Counsel | 14320 Joy Rd | | Detroit | MI | 48228 | US | 248-351-9824 |
| National Semiconductor Corp | Jennifer Schmitt | 10333 N Meridian | Ste 400 | Indianapolis | IN | 46290 | US | 317-705-6515 |
| Ndk America Inc | Mark Schutte | 614 E Poplar | | Kokomo | IN | 46902 | US | 765-455-0339 |
| Nec Electronics Inc | Jim Trent | Three Galleria Tower | 13155 Noel Rd Ste 1100 | Dallas | TX | 75240 | US | 972-655-5133 |
| Niles Usa Inc | Michael Rudnicki | 41129 Jo Dr | | Novi | MI | 48375 | US | 248-427-9701 |
| Noma Inc | General Counsel | 245 Drumlin Circle | | Concord | ON | L4K3B9 | Ca | 905.738.4340 |
| Oberg Industries Inc | Eric Oberg | 208 S Mc Kemy | | Chandler | AZ | 85226 | US | 724-295-0395 |
| Ogura Corporation | John Matthews | 631 Ajax Dr | | Madison Heights | MI | 48071 | US | 248-691-2698 |
| Oki Semiconductor | Garland Miller | 1800 S Plate | | Kokomo | IN | 46902 | US | 765-456-1234 |
| Olin Corp | Devin Denner Sales Manager | 427 N Shamrock St | | East Alton | IL | 62024 | US | 618-258-3481 |
| Olson International | Tim Gleason President | 50 W North Ave | | Lombard | IL | 60148 | US | 630-261-9707 |
| Omron Dualtec Auto | Richard Conlin Sr Account Mgr | 29185 Cabot Dr | | Novi | MI | 48377 | US | 248-488-5430 |
| Pam Dedicated Services Inc | Jack Canzonetta Vp Auto Marketing | 1450 N Bailey Rd North | | Jackson | OH | 44451 | US | 330-270-7926 |
| Panasonic Automotive | Vince Sarrecchia | 26455 American Dr | | Southfield | MI | 48034 | US | 248-447-7008 |
| Pbr Automotive Usa Pacific Group | Gordon Diag | 140 Ellen Dr | | Orion Township | MI | 48359 | US | 248-377-4939 |
| Pechiney Rolled Products | Jim Offer | 39111 W Six Mile Rd | | Livonia | MI | 48152 | US | 734-632-8483 |
| Penn Aluminum Intl Inc Eft | Bruce Kasten Sales Manager | 1117 N Second St | | Murphysboro | IL | 62966 | US | 618-684-3866 |
| Pension Benefit Guaranty Corp | Jeffrey Cohen | 1200 K St NW | | Washington | DC | 20005 | US | 202-326-4112 |
| Penske Transport & Logistics Seq | Julie Kinsbury | 501 Kindleberger Rd | | Kansas City | KS | 66115 | US | 913-342-3395 |
| Philips Enabling Technologies Group | General Counsel | Anton Philipsweg 4 | | Lommel | | | Be | 765-452-9915 |
| Philips Optical Storage | Gerard Kleisterlee | Amstelplein 2 Breitner Ctr | PO Box 77900 1070 Mx | Amsterdam | | | Nl | 31-40-273-8900 |
| Philips Semiconductors | Sam L Trency | 1817 Dogwood Dr | | Kokomo | IN | 46902 | US | 31 40 2786657 |
| Phillips Plastics | Bob Cervanka Ceo Owner | 703 Promed Ln | Ste 201 | Carmel | IN | 46032 | US | 317-573-0525 |
| Pioneer Indl Comp | Auto Electr Sales Inc | Kevin M Martin SVP | 22630 Haggerty Rd | Farmington | MI | 48335 | US | 248-449-1940 |
| Pioneer Speakers Inc | Brad Garwood | 8701 Siempre Viva Rd | | San Diego | CA | 92154 | US | 317-573-1463 |
| Robert Bosch Corporation | Linda Lynch | 38000 Hills Tech Dr | | Farmington Hills | MI | 48331 | US | 248-848-6505 |
| Roctel Manufacturing Ltd | Russ Pollack Director Of Sales | 25300 Telegraph Rd Ste 450 | Raleigh Office Ctr | Southfield | MI | 48034 | US | 248-355-3558 |
| Rohm Corp | Tom Scalzo | 3034 Owen Dr | | Antioch | TN | 37013 | US | 765-457-7732 |
| Rsr Corporation | Robert Finn Ceo | 2777 N Stemmons Fwy | Ste 1800 | Dallas | TX | 75207 | US | 214-631-4013 |
| Ryder Intergrated Logistics | Richard Jennings VP Automotive | 37000 W 12 Mile Rd | Ste 115 | Farmington Hills | MI | 48331 | US | 248-553-0167 |
| S & Z Tool & Die Co | Keith Miller Director | 3180 Berea Rd | | Cleveland | OH | 44111 | US | 216-252-7270 |
| Saiaburgess Automotive Inc | Don Van Cott | 303 Gregson Dr | | Cary | NC | 27511 | US | 919-380-2309 |
| Schaeffer Brasil Ltda | Ben Babian Buyer | R Dr Jose Fabiano De Christo Gurjao | | Mogi Mirim | SAO PAULO | 13800000 | Be | 55 19 3805 7432 |
| Semiconductor Components | Lance Williams Director Of Sales | 2000 S County Trail | | East Greenwich | RI | 02818 | US | 734-953-6860 |
| Sensus Precision Die | Steve Larkin President | 232 Hopkinsville Rd | | Russelville | KY | 42276 | US | 270-726-0571 |
| Setech Inc | | Po Box 163 | | West Milton | OH | 45383 | US | 615-216-0936 |
| Sgs Thompson | Scott Shilling Sales Director | Victor Park West | 19575 Victor Parkway | Livonia | MI | 48152 | US | 734-462-4034 |
| Sharp Electronics Corp | Akihiko Imaya Group | Deputy General Manager | 26131 Chinomoto Cho Tenri | Nara | | 632-8567 | JA | 81-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 |
| Siemens Automotive Ltd | Peter H Huizinga | 2400 Executive Hill Blvd | | Auburn Hills | MI | 48326 | US | 248-209-7877 |
| Solectron De Mexico Sa De Cv | Ed Mike Sales Manager | Solectron Invotronics | 26525 American Dr | Southfield | MI | 48034 | US | 248-263-8701 |
| Source Electronics | Dan Baeton | 26 Clinton Dr | | Hollis | NH | 03049 | US | 630-541-0006 |
| SPECIAL DEVICES INC | | 14370 WHITE SAGE RD | | MOORPARK | CA | 93021 | US | |
| Spx Contech | Jim Peters President | 8001 Angling Rd | | Portage | MI | 49024 | US | 269-327-9997 |
| Stanley Electric Sales | John Crego | 2600 Barranca Pkwy | | Irvine | CA | 92606 | US | 714-222-0555 |
| Strattec Security Corp | Harold M Stratton | 3333 West Good Hope Rd | | Milwaukee | WI | 53209 | US | 414-247-3329 |
| Sumitomo Corporation | Masayoshi Morii President | 39555 Orchard Hill Pl | Ste L60 | Novi | MI | 48375 | US | 248 347 9451 |
| Taigene Electric Machinery Co | Joy Chung General Mgr Na | 6001n Adams Rd Ste 125 | Adams Woods Office Plaza | Bloomfield Hills | MI | 48304 | US | 248-593-5749 |
| Tdk Corporation Of America | Frank H Avant President | 1221 Business Center Dr | | Mount Prospect | IL | 60056 | US | 847-803-1125 |
| Tenatronics Limited | General Counsel | 776 Davis Dr E | | Newmarket | ON | L3Y 2R4 | Ca | 905-898-7947 |
| Tesa Ag | General Counsel | Quickbornstr 24 | | Hamburg | | | De | 49-40-4909-2236 |
| Texas Instruments Inc | Brent Mewhinney | 12900 North Meridian St | Suite 175 Ms 4070 | Carmel | IN | 46032 | US | 317-573-6410 |
| Textron Inc | Martin W Schnurr Exec VP Sales | 840 West Long Lake Rd | Ste 450 | Troy | MI | 48098 | US | 248-813-6371 |
| Thyssen Krupp Stahl Company Inc | Attn General Counsel | 111 E Pacific | | Kingsville | MO | 64061 | US | 816-597-3485 |

05-44481-rdd    Doc 336    Filed 10/19/05    Entered 10/19/05 11:19:52    Main Document
Pg 8 of 9

In re Delphi Corporation, et al.
Top 200

| Company | Contact | Address 1 | Address 2 | City | State | Zip | Country | Fax |
|---|---|---|---|---|---|---|---|---|
| Ti Group Automotive System | Tim Kuppler Vice President | 12345 E Nine Mile | | Warren | MI | 48090 | US | 586-427-3175 |
| Timken Company | Brian Ruel | 31100 Telegraph Rd Ste 270 | | Bingham Farms | MI | 48025 | US | 248-433-2253 |
| Tokico Usa Inc | Laura Pederson | 17225 Federal Dr Ste 100 | | Allen Pk | MI | 48101 | US | 313-336-2190 |
| Torrington Co | James W Griffith | 1835 Dueber Ave Sw | | Canton | OH | 44706 | US | 330-471-4388 |
| Trans Tron Ltd Div Of Futaba | Garland Miller | 1800 South Plate | | Kokomo | IN | 46902 | US | 765-456-1234 |
| Transgear Manufacturing Inc | Alfred Napolitano | 400 Massey Rd | | Guelph | ON | N1K 1C4 | Ca | 519.763.5370 |
| Traxle Mfg Ltd | Russ Pollack Director Of Sales | 25300 Telegraph Rd Ste 450 | Raleigh Office Center | Southfield | MI | 48034 | US | 262-472-6310 |
| Trostel Ltd | Ric Habeck | 840 Executive Dr | | Whitewater | WI | 53190 | US | 734-266-5704 |
| Trw Automotive | John Nielsen Dir Sales | 12000 Tech Center Dr | | Livonia | MI | 48150 | US | 717-592-7555 |
| Tyco Electronics Corp | | Po Box 3608 | | Harrisburg | PA | 17105-3608 | US | 717-592-7555 |
| Tyco Electronics Corp | Dr Jurgen W Gromer | Amperestrabe 1214 | | Bensheim | | D-64625 | DE | 717-592-7555 |
| Tyco Electronics Corp | Dr Jurgen W Gromer | PO Box 3608 | | Harrisburg | PA | 17105 | US | 717-592-7555 |
| Tyco Electronics Corp | Dr Jurgen W Gromer | PO Box 3608 | | Harrisburg | PA | 17105-3608 | US | 49-0-62-51-133-1-548 |
| United Auto Workers | Richard Shoemaker | 8000 E Jefferson | | Detroit | MI | 48214 | US | 313-823-6016 |
| United Steel Workers | Leo W Gerard | 5 Gateway Center | | Pittsburgh | PA | 15222 | US | 412-562-2484 |
| Vehcom Mfg | Peter Caulfield | 287 Speedvale Ave West | | Guelph | ON | N1H 1C5 | Ca | (519) 837-6703 |
| Viasystems Canada Inc13 | Richard B Kampf VP Sales Marketing | 101 South Hanley Rd | Ste 400 | St Louis | MS | 63105 | US | 341-746-2233 |
| Victory Packaging | Bjoern Goeke | 3555 Timmons Lane | Suite 1440 | Houston | TX | 77027 | US | 713-961-3824 |
| Vishay Dale Electronics | Attn General Counsel | 1122 23rd St | | Columbus | NE | 06860 | US | 402-563-6418 |
| Vishay General Semiconductor Llc | Ann Taylor | 10 Melville Pk Rd | | Melville | NY | 11747 | US | 765-453-0599 |
| Visteon Automotive Systems | Stephen Mcgarry Gm Customer Bus Gp | 40 West 2070 One Village Dr | | Vanburen Town Ship | MI | 48111 | US | 734-736-5547 |
| Wamco Inc | James Snyder | 2978 Main St | | Buffalo | NY | 14214 | US | 716-833-2926 |
| Waupaca Foundry Inc | Gary Thoe Chairman | 311 S Tower Rd | | Waupaca | WI | 54981 | US | 715-258-1712 |
| Wells Fargo Business Credit Inc | Attn General Counsel | 26677 West 12 Mile Rd | | Southfield | MI | 48034 | US | 248-358-8353 |
| Westwood Associates Inc | Ralph Seibt Sales Manager | 612 Willers Farm Rd | | Milford | CT | 06460 | US | 203-283-3100 |
| Wiegel Tool Works Inc | Chris Beall | 935 North Central Ave | | Wood Dale | IL | 60191 | US | 630- 595-6373 |
| Wilmington Trust Company | Steven M Cimalore | 1100 N Market St | Rodney Square N | Wilmington | DE | 19890 | US | 302-636-4143 |
| Woory Industrial Co Ltd | Jin K Yoo Jason Kim | 5161 YoungduckRi | KiheungEub YonginSi | KyongkiDo | | | Sk | 82-31-204-3199 |

Claims Trading Notice

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Phone | Fax | E-Mail |
|---|---|---|---|---|---|---|---|---|---|---|
| Appaloosa Management LP | | 26 Main St | | Chatham | NJ | 07928 | | 973-701-7000 | 973-701-7309 | |
| Bank of New York | Bennie Lloyd | One Wall St | | New York | NY | 10286 | | 212-495-1784 | 212-815-6471 | |
| Brandes Investment Partners LLC | Theodore Kim | 11988 El Camino Real   500 | | San Diego | CA | 92130-2594 | | 858-755-0239 | 858-755-0916 | ted.kim@brandes.com |
| Capital Research & Management Company | Christopher Buchbinder | 1 Market Pl | Steuart Tower 1800 | San Francisco | CA | 94105-1409 | | 415-421-9360 | 415-263-7923 | czb@capgroup.com |
| Dodge & Cox | Kouji Yamada | 555 California St | 40th Flr | San Francisco | CA | 94104-1503 | | 415-981-1710 | 415-291-8367 | ky@dodgeandcox.com |
| JP Morgan Chase Bank NA Admin Agent | Khuyen Ta | Agent Bank Services Group | 1111 Fannin  10th Flr | Houston | TX | 77002 | | | 313-225-2290 313-225-1730 214-965-2255 | |
| Kirkpatrick & Lockhart Nicholson Graham LL | Edward M Fox Esq | 599 Lexington Av | | New York | NY | 10022 | | 212-536-3900 | 212-536-3901 | efox@klng.com |
| State Street Global Advisors | Mitchell Shames Esq | c/o Global Fundamental Research | 1 Lincoln St | Boston | MA | 02111-2900 | | 617-664-4738 | 617-664-6273 | mitch_shames@ssga.com |
| State Street Global Advisors | Jane Parsons | c/o Global Fundamental Research | 1 Lincoln St | Boston | MA | 02111-2900 | | 617-664-4738 | 617-664-6273 | jane_parsons@ssga.com |
| Wilmington Trust Co as Indenture Trustee | Steven M Cimalore | Rodney Square N | 1100 N Market St | Wilmington | DE | 19890 | | 302-636-6058 | 302-651-8882 | scimalore@wilmingtontrust.com |

In re Interstate Bakeries Corporation et al.
Case No. 04-45814

1 of 1

10/17/20059:07 AM