BARNES & THORNBURG LLP
Attorneys for Bank of America, N.A.
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, Michigan  49503
Telephone:  (616) 742-3930
Facsimile:  (616) 742-3999

Patrick E. Mears (PM-6473)
Telephone:  (616) 742-3936
Email:  pmears@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) ) ) | Chapter 11 Case |
| DELPHI CORPORATION, *et al*. | ) ) ) | No. 05-44481 |
| Debtors. | ) ) | |

## AMENDED
## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

To:  Kathleen Farrell                         John William Butler, Esq.
     Clerk of the Court                       Skadden, Arps, Slate, Meagher &
     United States Bankruptcy Court           Flom, LLP
     One Bowling Green, Sixth Floor           333 W. Wacker Drive, Suite 2100
     New York, NY  10004-1408                 Chicago, IL  60606

     Alicia M. Leonhard, Esq.                 Kayalyn A. Marafioti, Esq.
     Office of the U.S. Trustee               Skadden, Arps, Slate, Meagher &
     33 Whitehall Street                      Flom, LLP
     New York, NY  10004                      Four Times Square
                                              New York, NY  10036

PLEASE TAKE NOTICE, that the undersigned counsel hereby files its Notice of Appearance as counsel to Bank of America, N.A. with offices at 231 S. LaSalle Street, 16th Floor, Chicago, IL  60697, in the above-captioned, jointly administered Chapter 11 cases. Pursuant to Rules 2002 and 9010(b) of the Rules of Bankruptcy Procedure, we request that all

notices given or required to be given in the above Chapter 11 cases be given to and served upon the undersigned at the office, address, and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, or demands transmitted or conveyed by mail delivery, telephone, telegraph, telex, or otherwise which affect the above-captioned debtors or their respective properties.

PLEASE TAKE FURTHER NOTICE that the submission and filing of this notice and demand constitutes a "special appearance" and is not intended to be, nor shall it be deemed a consent to, or a waiver of, the right to challenge jurisdiction of this Court to adjudicate noncore matters, which right Bank of America, N.A. expressly reserves without prejudice.

Dated:  October 18, 2005
       Grand Rapids, Michigan

BARNES & THORNBURG LLP
Counsel to Bank of America, N.A.

By:    /s/Patrick E. Mears
      Patrick E. Mears (PM-6473)
Business Address:
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, Michigan  49503
Telephone:  (616) 742-3936
Facsimile:  (616) 742-3999
Email:  pmears@btlaw.com

GRDS01 PMEARS 323918v1