PEPPER HAMILTON LLP
Francis J. Lawall (FL 0972)
Anne Marie Aaronson (AA 1679)
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
(215) 981-4000

Counsel for Capro Ltd. et al.

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>DELPHI CORPORATION, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case Nos. 05-44481 et seq.<br>(Jointly Administered) |

**ENTRY OF APPEARANCE, REQUEST FOR MATRIX ENTRY
AND REQUEST FOR SERVICE OF NOTICE AND DOCUMENTS**

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), the undersigned appear as counsel for Capro Ltd., Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse ("Capro").

Pursuant to Bankruptcy Rule 2002 (g), the undersigned request that they be added to the official mailing matrix and service lists in this case and request, that copies of all pleadings, motions, notices, and other papers, filed and/or served, in this case or any proceeding therein, be served upon the undersigned at the address listed below:

Francis J. Lawall
Anne Marie Aaronson
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
phone (215) 981-4000
fax    (215) 981-4750
e-mail lawallf@pepperlaw.com
e-mail aaronsoa@pepperlaw.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.

This Entry of Appearance, Request For Matrix Entry and Request For Service of Notice and Documents, by Capro, shall not constitute, nor shall it be deemed to be, a voluntary or involuntary submission to the jurisdiction of the Bankruptcy Court for any purpose.

By: _____
Francis J. Lawall (FL 0972)
Anne Marie Aaronson (AA 1679)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000 phone
(215) 981-4750 fax

Counsel for Capro Ltd., Teleflex
Automotive Manufacturing Corporation and
Teleflex Incorporated d/b/a Teleflex Morse

Dated: October 16, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 18, 2005, a copy of the attached Entry of Appearance, Request for Matrix Entry, and Request for Service of Notice and Documents was served via first class mail, postage prepaid, upon the parties on the attached service list.

By: _____
Francis J. Lawall
Anne Marie Aaronson
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000 phone
(215) 981-4750 fax

Counsel for Capro Ltd., Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse

Dated: October 18, 2005

PHLEGAL: #1809255 v1 (12S1301!.DOC)

Delphi Corporation
c/o John Wm. Butler, Jr, Esquire
Skadden Arps Slate Meagher & Flom
333 West Wacker Drive
Chicago, IL 60606-1285

Kayalyn A. Marafioti, Esquire
Thomas J. Matz, Esquire
Skadden Arps Slate Meagher & Flom
Four Times Square
New York, NY 10036

Robert N. Michaelson, Esquire
Kirkpatrick & Lockhart, LLP
599 Lexington Avenue
New York, NY 10022

Alicia M. Leonhard, Esquire
Office of the U. S. Trustee
Southern District of NY
33 Whitehall Street
Suite 2100
New York, NY 10004

PHLEGAL: #1809235 v1 (12S0J01!.DOC)