Rhett G. Campbell
State Bar No. 03714500
THOMPSON & KNIGHT
333 Clay Street, Suite 3300
Houston, TX 77002
(713) 654.8111
Fax (713) 654.1871

Aaron R. Cahn
Carter Ledyard & Milburn LLP
2 Wall St.
New York, New York 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____x
                                        :
In Re                                   :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :    Case No. 05-44481 (RDD)
                                        :
              Debtors.                  :    (Jointly Administered)
                                        :
_____x

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Rule 9010 of the Bankruptcy Rules, the undersigned hereby appear as counsel for STMicroelectronics, Inc.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

> Thompson & Knight
> 333 Clay Street, Suite 3300
> Houston, TX 77002
> Telephone: (713) 654.8111
> Facsimile: (713) 654.1871
> Attn: Rhett G. Campbell

1338988.1

- and -

Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005
Attention: Aaron R. Cahn
Telephone: (212) 732-3200
Facsimile: (212) 732-3232

Dated: New York, New York
October 19, 2005

        CARTER LEDYARD & MILBURN LLP

        By: /s/ Aaron R. Cahn
           Aaron R. Cahn
           Carter Ledyard & Milburn LLP
           2 Wall Street
           New York, New York 10005
           Telephone: (212) 732-3200
           Facsimile: (212) 732-3232

1338988.1