UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
: 
In Re                                             :    Chapter 11
                                                  :
DELPHI CORPORATION, et al.,                       :    Case No. 05-44481 (RDD)
                                                  :
            Debtors.                              :    (Jointly Administered)
                                                  :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

I am over the age of eighteen years, am not party to this proceeding and am employed as an Assistant Managing Clerk with the law firm of Carter Ledyard & Milburn LLP. I hereby certify that on the 19th day of October, 2005, I caused true and correct copies of the Notice of Appearance and Request for Notices filed by Carter Ledyard & Milburn LLP and Thompson & Knight on behalf of STMicroelectronics, Inc. to be served upon:

> John Wm. Butler, Jr.
> John K Lyons
> Ron E. Meisler
> Skadden, Arps, Slate, Meagher & Flom LLP
> 333 West Wacker Drive
> Chicago, Illinois 60606
>
> Kayalyn A Marafioti
> Thomas J. Matz
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
>
> Kurtzman, Carson Consultants
> 12910 Culver Blvd., Suite 1
> Los Angeles, California 90066

*Antonio Malaspina*

1339408.1                                 -1-