# National City®

## Commercial Capital

Jacqueline S. Nelson
Bankruptcy Paralegal
Telephone: (513) 455-2390
             800-443-1763
Facsimile: (866) 298-4481
Jacqueline.Nelson@nationalcity.com

October 10, 2005

Clerk
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

   RE: Delphi Corporation, Case No. 05-44481

Dear Clerk:

National City Commercial Capital Corporation, formerly known as Information Leasing Corporation, a creditor in the above referenced bankruptcy, requests a change of address from 1023 West Eighth Street, Cincinnati, OH 45203 to:

   Lisa M. Moore, Esq.
   Vice President & Sr. Corporate Counsel
   995 Dalton Avenue
   Cincinnati, OH 45203

Please send copies of all future bankruptcy matters to this address.

Thank you for your attention to this matter.

Very truly yours,

Jacqueline S. Nelson
Bankruptcy Paralegal

JSN/bms

Cc: John W. Butler, Jr., Esq.
    Kurtzman Carson Consultants

RECEIVED
OCT 14 2005
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

995 Dalton Avenue
Cincinnati, Ohio 45203