A ThyssenKrupp Automotive Company

**ThyssenKrupp Waupaca**

Page 1 

# THYSSENKRUPP WAUPACA INC
# RECLAMATION DEMAND

October 13, 2005

**VIA UPS OVERNIGHT COURIER**
Delphi World Headquarters
5725 Delphi Drive
Troy, MI 48098-2815

Attn: Christina Cattell

Re: Delphi Corporation, et al, Debtors: Consolidated Case No. 05-44481;
**RECLAMATION DEMAND**

You are hereby notified that pursuant to Section 2-702 of the Uniform Commercial Code and Section 546(c) of the U.S. Bankruptcy Code, THYSSENKRUPP WAUPACA, INC. and subsidiaries ("Creditor") hereby demands the return to Creditor of all goods sold on credit to and received by Delphi Automotive Systems, LLC, Delphi Corporation and subsidiaries ("Debtor") from Creditor within the TWENTY FIVE days (or such other statutory period as is applicable) prior to the date of this letter, which goods are more particularly described on Schedule 1 attached hereto.

This reclamation demand applies not only to the goods listed on the attached schedule but also to any other such goods received.

Creditor's assertion of its reclamation rights herein is without prejudice to its other rights as a creditor of Debtor's bankruptcy estate including, without limitation, its right to file, and seek allowance of, a claim including with respect to the Goods.

Very truly yours,

THYSSENKRUPP WAUPACA INC

By: /s/ Gary Prell
Name: Gary Prell
Title: Credit Manager
Telephone: (715) 258-6644

ThyssenKrupp Waupaca Inc.
P.O. Box 249, Waupaca, WI 54981
311 Tower Road, Waupaca, WI 54981
Telephone: 715-258-6611, Fax: 715-258-9268

# THYSSENKRUPP WAUPACA INC
# RECLAMATION DEMAND

cc: John K. Lyons
Allison Herriot
Skadden, Arps, Slate, Meager & Flom
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Phone: 312-407-0700

Brian Jarmain
SPCP Group LLC
2 Greenwich Plaza
Greenwich, CT 06830
Phone: 203-542-4032

Tom Ioanes
Delphi Automotive Systems LLC
Delphi Corporation
2000 Forrer Blvd
Dayton, OH 45401
Phone: 937-455-9128

**SCHEDULE 1**
Summary Totals

# THYSSENKRUPP WAUPACA INC
## RECLAMATION DEMAND

Re: Delphi Corporation, et al, Debtors: Consolidated Case No. 05-44481

| | | |
|---|---|---|
| **DELPHI ENERGY & CHASSIS SYSTEMS**<br>5820 DELPHI DRIVE<br>TROY MI 48098 | | $ 2,803,095.80 |
| **DELPHI ENERGY & CHASSIS SYSTEMS**<br>DELIVER TO: DELPHI SISTERNAS DE ENERGIA S.A. DE<br>C/O Centec<br>CARRETERA SALTILLO- PIEDRAS, KM 8.54<br>RARNOS ARIZPE<br>MEXICO | | $ 368,497.08 |
| **DELPHI SAGINAW STEERING SYSTEMS**<br>DELPHI CORPORATION<br>3900 E HOLLAND ROAD<br>SAGINAW MI 48601-9494 | | $ 280,260.63 |
| | Total | $ 3,451,853.51 |

SCHEDULE 1
Detailed Listing

**DELPHI ENERGY & CHASSIS SYSTEMS**
**5820 DELPHI DRIVE**
**TROY MI 48098**

| INVOICE NUMBER | PACKING SLIP NUMBER | DATE | AMOUNT DUE |
|---|---|---|---|
| 24127601 | 241276 | 9/18/2005 | $ 12,345.00 |
| 24129101 | 241291 | 9/18/2005 | $ 12,345.00 |
| 24129901 | 241299 | 9/19/2005 | $ 13,927.20 |
| 24131101 | 241311 | 9/19/2005 | $ 12,402.72 |
| 24133001 | 241330 | 9/19/2005 | $ 12,402.72 |
| 24135101 | 241351 | 9/19/2005 | $ 13,054.50 |
| 24137801 | 241378 | 9/19/2005 | $ 12,402.72 |
| 24139201 | 241392 | 9/19/2005 | $ 12,402.72 |
| 24141501 | 241415 | 9/19/2005 | $ 12,402.72 |
| 24143701 | 241437 | 9/19/2005 | $ 12,402.72 |
| 24146101 | 241461 | 9/19/2005 | $ 12,742.40 |
| 24148601 | 241486 | 9/19/2005 | $ 12,402.72 |
| 24149801 | 241498 | 9/19/2005 | $ 10,782.72 |
| 24154501 | 241545 | 9/19/2005 | $ 12,642.00 |
| 24154801 | 241548 | 9/19/2005 | $ 13,927.20 |
| 24158301 | 241583 | 9/19/2005 | $ 12,345.00 |
| 24159001 | 241590 | 9/19/2005 | $ 12,402.72 |
| 24159501 | 241595 | 9/19/2005 | $ 12,402.72 |
| 24162601 | 241626 | 9/19/2005 | $ 13,927.20 |
| 24163301 | 241633 | 9/19/2005 | $ 11,974.80 |
| 24163601 | 241636 | 9/19/2005 | $ 12,402.72 |
| 24164801 | 241648 | 9/19/2005 | $ 12,345.00 |
| 24166001 | 241660 | 9/20/2005 | $ 10,915.20 |
| 24166101 | 241661 | 9/20/2005 | $ 12,402.72 |
| 24167601 | 241676 | 9/20/2005 | $ 10,915.20 |
| 24170201 | 241702 | 9/20/2005 | $ 10,915.20 |
| 24171201 | 241712 | 9/20/2005 | $ 12,402.72 |
| 24173501 | 241735 | 9/20/2005 | $ 12,345.00 |
| 24175801 | 241758 | 9/20/2005 | $ 12,402.72 |
| 24176601 | 241766 | 9/20/2005 | $ 12,345.00 |
| 24183901 | 241839 | 9/20/2005 | $ 12,402.72 |
| 24184501 | 241845 | 9/20/2005 | $ 12,345.00 |
| 24187701 | 241877 | 9/20/2005 | $ 10,915.20 |
| 24190401 | 241904 | 9/20/2005 | $ 13,737.60 |
| 24191001 | 241910 | 9/20/2005 | $ 12,642.00 |
| 24192501 | 241925 | 9/20/2005 | $ 12,402.72 |
| 24194101 | 241941 | 9/20/2005 | $ 12,402.72 |
| 24194701 | 241947 | 9/20/2005 | $ 10,782.72 |
| 24196101 | 241961 | 9/20/2005 | $ 11,974.80 |
| 24197301 | 241973 | 9/20/2005 | $ 12,402.72 |
| 24197601 | 241976 | 9/20/2005 | $ 12,402.72 |
| 24198501 | 241985 | 9/20/2005 | $ 10,782.72 |
| 24199201 | 241992 | 9/20/2005 | $ 12,345.00 |
| 24200001 | 242000 | 9/21/2005 | $ 10,782.72 |
| 24200301 | 242003 | 9/21/2005 | $ 13,927.20 |

| | | | | |
|---|---|---|---|---:|
| 24200901 | 242009 | 9/21/2005 | $ | 12,402.72 |
| 24203701 | 242037 | 9/21/2005 | $ | 12,402.72 |
| 24205501 | 242055 | 9/21/2005 | $ | 10,782.72 |
| 24208301 | 242083 | 9/21/2005 | $ | 13,927.20 |
| 24208501 | 242085 | 9/21/2005 | $ | 12,402.72 |
| 24209101 | 242091 | 9/21/2005 | $ | 17,295.40 |
| 24217101 | 242171 | 9/21/2005 | $ | 12,402.72 |
| 24222301 | 242223 | 9/21/2005 | $ | 10,915.20 |
| 24222501 | 242225 | 9/21/2005 | $ | 12,642.00 |
| 24222701 | 242227 | 9/21/2005 | $ | 10,915.20 |
| 24223401 | 242234 | 9/21/2005 | $ | 13,054.50 |
| 24228101 | 242281 | 9/21/2005 | $ | 11,974.80 |
| 24233901 | 242339 | 9/21/2005 | $ | 12,402.72 |
| 24234401 | 242344 | 9/22/2005 | $ | 12,402.72 |
| 24234501 | 242345 | 9/22/2005 | $ | 12,402.72 |
| 24235001 | 242350 | 9/22/2005 | $ | 10,915.20 |
| 24240901 | 242409 | 9/22/2005 | $ | 10,915.20 |
| 24242101 | 242421 | 9/22/2005 | $ | 12,345.00 |
| 24242201 | 242422 | 9/22/2005 | $ | 12,345.00 |
| 24243101 | 242431 | 9/22/2005 | $ | 10,915.20 |
| 24259301 | 242593 | 9/22/2005 | $ | 10,782.72 |
| 24259501 | 242595 | 9/22/2005 | $ | 12,402.72 |
| 24263101 | 242631 | 9/22/2005 | $ | 8,428.00 |
| 24262901 | 242629 | 9/22/2005 | $ | 13,737.60 |
| 24266801 | 242668 | 9/22/2005 | $ | 12,402.72 |
| 24267001 | 242670 | 9/22/2005 | $ | 13,737.60 |
| 24267201 | 242672 | 9/22/2005 | $ | 12,345.00 |
| 24293501 | 242935 | 9/23/2005 | $ | 16,856.00 |
| 24295301 | 242953 | 9/23/2005 | $ | 12,345.00 |
| 24297301 | 242973 | 9/23/2005 | $ | 12,402.72 |
| 24298701 | 242987 | 9/23/2005 | $ | 11,974.80 |
| 24298801 | 242988 | 9/23/2005 | $ | 12,924.00 |
| 24299501 | 242995 | 9/23/2005 | $ | 10,915.20 |
| 24305501 | 243055 | 9/24/2005 | $ | 10,915.20 |
| 24306201 | 243062 | 9/24/2005 | $ | 10,915.20 |
| 24306801 | 243068 | 9/24/2005 | $ | 12,402.72 |
| 24307301 | 243073 | 9/24/2005 | $ | 10,915.20 |
| 24310701 | 243107 | 9/25/2005 | $ | 11,452.80 |
| 24312001 | 243120 | 9/25/2005 | $ | 10,782.72 |
| 24312101 | 243121 | 9/25/2005 | $ | 10,782.72 |
| 24313501 | 243135 | 9/25/2005 | $ | 11,974.80 |
| 24313901 | 243139 | 9/25/2005 | $ | 10,915.20 |
| 24314601 | 243146 | 9/26/2005 | $ | 12,402.72 |
| 24317701 | 243177 | 9/26/2005 | $ | 11,452.80 |
| 24320401 | 243204 | 9/26/2005 | $ | 10,915.20 |
| 24320501 | 243205 | 9/26/2005 | $ | 12,402.72 |
| 24324801 | 243248 | 9/26/2005 | $ | 12,345.00 |
| 24334601 | 243346 | 9/26/2005 | $ | 12,345.00 |
| 24335401 | 243354 | 9/26/2005 | $ | 13,054.50 |
| 24336601 | 243366 | 9/26/2005 | $ | 12,345.00 |
| 24341301 | 243413 | 9/26/2005 | $ | 12,402.72 |
| 24342001 | 243420 | 9/26/2005 | $ | 12,642.00 |

| | | | | |
|---|---|---|---|---|
| 24345001 | 243450 | 9/26/2005 | $ | 12,345.00 |
| 24345101 | 243451 | 9/26/2005 | $ | 12,402.72 |
| 24346901 | 243469 | 9/26/2005 | $ | 10,782.72 |
| 24349701 | 243497 | 9/27/2005 | $ | 12,402.72 |
| 24351101 | 243511 | 9/27/2005 | $ | 12,402.72 |
| 24351501 | 243515 | 9/27/2005 | $ | 12,402.72 |
| 24357701 | 243577 | 9/27/2005 | $ | 12,402.72 |
| 24365301 | 243653 | 9/27/2005 | $ | 10,915.20 |
| 24368701 | 243687 | 9/27/2005 | $ | 10,915.20 |
| 24375201 | 243752 | 9/27/2005 | $ | 10,782.72 |
| 24381301 | 243813 | 9/27/2005 | $ | 10,915.20 |
| 24384101 | 243841 | 9/27/2005 | $ | 10,782.72 |
| 24384401 | 243844 | 9/27/2005 | $ | 10,915.20 |
| 24386501 | 243865 | 9/27/2005 | $ | 11,974.80 |
| 24387301 | 243873 | 9/27/2005 | $ | 12,402.72 |
| 24388601 | 243886 | 9/28/2005 | $ | 12,402.72 |
| 24396701 | 243967 | 9/28/2005 | $ | 12,402.72 |
| 24400801 | 244008 | 9/28/2005 | $ | 10,782.72 |
| 24410001 | 244100 | 9/28/2005 | $ | 17,096.60 |
| 24415601 | 244156 | 9/28/2005 | $ | 10,915.20 |
| 24416801 | 244168 | 9/28/2005 | $ | 13,737.60 |
| 24418101 | 244181 | 9/28/2005 | $ | 10,782.72 |
| 24418201 | 244182 | 9/28/2005 | $ | 10,915.20 |
| 24421801 | 244218 | 9/29/2005 | $ | 12,402.72 |
| 24422301 | 244223 | 9/29/2005 | $ | 13,927.20 |
| 24431101 | 244311 | 9/29/2005 | $ | 13,927.20 |
| 24432101 | 244321 | 9/29/2005 | $ | 12,345.00 |
| 24437501 | 244375 | 9/29/2005 | $ | 12,402.72 |
| 24447401 | 244474 | 9/29/2005 | $ | 12,402.72 |
| 24449401 | 244494 | 9/29/2005 | $ | 12,345.00 |
| 24450301 | 244503 | 9/29/2005 | $ | 12,642.00 |
| 24450601 | 244506 | 9/29/2005 | $ | 12,345.00 |
| 24453001 | 244530 | 9/29/2005 | $ | 10,915.20 |
| 24454601 | 244546 | 9/29/2005 | $ | 12,402.72 |
| 24454901 | 244549 | 9/29/2005 | $ | 11,974.80 |
| 24455501 | 244555 | 9/29/2005 | $ | 11,974.80 |
| 24455901 | 244559 | 9/29/2005 | $ | 10,782.72 |
| 24457301 | 244573 | 9/30/2005 | $ | 10,915.20 |
| 24459201 | 244592 | 9/30/2005 | $ | 10,782.72 |
| 24465301 | 244653 | 9/30/2005 | $ | 12,402.72 |
| 24467301 | 244673 | 9/30/2005 | $ | 12,402.72 |
| 24476901 | 244769 | 9/30/2005 | $ | 12,345.00 |
| 24480501 | 244805 | 9/30/2005 | $ | 13,630.00 |
| 24481201 | 244812 | 9/30/2005 | $ | 12,642.00 |
| 24482201 | 244822 | 9/30/2005 | $ | 10,915.20 |
| 24484101 | 244841 | 9/30/2005 | $ | 10,915.20 |
| 24485401 | 244854 | 9/30/2005 | $ | 10,915.20 |
| 24493701 | 244937 | 10/3/2005 | $ | 12,402.72 |
| 24494601 | 244946 | 10/3/2005 | $ | 12,402.72 |
| 24495001 | 244950 | 10/3/2005 | $ | 12,402.72 |
| 24499201 | 244992 | 10/3/2005 | $ | 10,782.72 |
| 24503601 | 245036 | 10/3/2005 | $ | 12,402.72 |

| | | | | |
|---|---|---|---|---|
| 24504201 | 245042 | 10/3/2005 | $ | 10,915.20 |
| 24513801 | 245138 | 10/3/2005 | $ | 16,906.40 |
| 24514101 | 245141 | 10/3/2005 | $ | 10,915.20 |
| 24519201 | 245192 | 10/3/2005 | $ | 11,452.80 |
| 24520401 | 245204 | 10/3/2005 | $ | 10,782.72 |
| 24522201 | 245222 | 10/3/2005 | $ | 16,254.00 |
| 24522401 | 245224 | 10/3/2005 | $ | 14,081.04 |
| 24525001 | 245250 | 10/3/2005 | $ | 12,402.72 |
| 24527401 | 245274 | 10/3/2005 | $ | 10,915.20 |
| 24529401 | 245294 | 10/3/2005 | $ | 10,915.20 |
| 24529601 | 245296 | 10/3/2005 | $ | 11,974.80 |
| 24530501 | 245305 | 10/3/2005 | $ | 12,402.72 |
| 24531501 | 245315 | 10/3/2005 | $ | 12,345.00 |
| 24532401 | 245324 | 10/4/2005 | $ | 12,402.72 |
| 24532601 | 245326 | 10/4/2005 | $ | 12,402.72 |
| 24539101 | 245391 | 10/4/2005 | $ | 12,402.72 |
| 24539501 | 245395 | 10/4/2005 | $ | 10,782.72 |
| 24540901 | 245409 | 10/4/2005 | $ | 10,915.20 |
| 24550601 | 245506 | 10/4/2005 | $ | 12,345.00 |
| 24555001 | 245550 | 10/4/2005 | $ | 17,458.00 |
| 24556201 | 245562 | 10/4/2005 | $ | 10,915.20 |
| 24560401 | 245604 | 10/4/2005 | $ | 12,402.72 |
| 24560501 | 245605 | 10/4/2005 | $ | 13,927.20 |
| 24560901 | 245609 | 10/4/2005 | $ | 10,915.20 |
| 24563601 | 245636 | 10/4/2005 | $ | 10,915.20 |
| 24568101 | 245681 | 10/4/2005 | $ | 12,345.00 |
| 24571601 | 245716 | 10/5/2005 | $ | 10,915.20 |
| 24572501 | 245725 | 10/5/2005 | $ | 10,782.72 |
| 24576001 | 245760 | 10/5/2005 | $ | 12,402.72 |
| 24581101 | 245811 | 10/5/2005 | $ | 13,900.80 |
| 24590101 | 245901 | 10/5/2005 | $ | 10,915.20 |
| 24590401 | 245904 | 10/5/2005 | $ | 10,915.20 |
| 24591301 | 245913 | 10/5/2005 | $ | 10,782.72 |
| 24592501 | 245925 | 10/5/2005 | $ | 7,407.00 |
| 24592701 | 245927 | 10/5/2005 | $ | 12,398.40 |
| 24597501 | 245975 | 10/5/2005 | $ | 16,856.00 |
| 24598901 | 245989 | 10/5/2005 | $ | 12,402.72 |
| 24599501 | 245995 | 10/5/2005 | $ | 13,927.20 |
| 24599701 | 245997 | 10/5/2005 | $ | 10,782.72 |
| 24602301 | 246023 | 10/5/2005 | $ | 12,345.00 |
| 24604101 | 246041 | 10/5/2005 | $ | 10,915.20 |
| 24604901 | 246049 | 10/6/2005 | $ | 10,915.20 |
| 24605401 | 246054 | 10/6/2005 | $ | 10,915.20 |
| 24607701 | 246077 | 10/6/2005 | $ | 11,110.50 |
| 24608501 | 246085 | 10/6/2005 | $ | 10,782.72 |
| 24611101 | 246111 | 10/6/2005 | $ | 12,402.72 |
| 24613201 | 246132 | 10/6/2005 | $ | 10,782.72 |
| 24613601 | 246136 | 10/6/2005 | $ | 11,974.80 |
| 24624701 | 246247 | 10/6/2005 | $ | 12,402.72 |
| 24627301 | 246273 | 10/6/2005 | $ | 7,407.00 |
| 24627801 | 246278 | 10/6/2005 | $ | 12,486.24 |
| 24629601 | 246296 | 10/6/2005 | $ | 12,402.72 |

| | | | | |
|---|---|---|---|---:|
| 24631401 | 246314 | 10/6/2005 | $ | 13,737.60 |
| 24636201 | 246362 | 10/6/2005 | $ | 16,856.00 |
| 24636901 | 246369 | 10/6/2005 | $ | 11,452.80 |
| 24639501 | 246395 | 10/6/2005 | $ | 11,974.80 |
| 24640201 | 246402 | 10/6/2005 | $ | 13,737.60 |
| 24642201 | 246422 | 10/6/2005 | $ | 12,345.00 |
| 24642401 | 246424 | 10/6/2005 | $ | 12,402.72 |
| 24642601 | 246426 | 10/6/2005 | $ | 12,402.72 |
| 24644901 | 246449 | 10/7/2005 | $ | 12,402.72 |
| 24645801 | 246458 | 10/7/2005 | $ | 12,402.72 |
| 24647901 | 246479 | 10/7/2005 | $ | 7,407.00 |
| 24652301 | 246523 | 10/7/2005 | $ | 10,915.20 |
| 24655701 | 246557 | 10/7/2005 | $ | 12,670.40 |
| 24653301 | 246533 | 10/7/2005 | $ | 10,915.20 |
| 24654601 | 246546 | 10/7/2005 | $ | 10,782.72 |
| 24663201 | 246632 | 10/7/2005 | $ | 11,974.80 |
| 24668001 | 246680 | 10/7/2005 | $ | 10,782.72 |
| 24668701 | 246687 | 10/7/2005 | $ | 11,452.80 |
| 24671401 | 246714 | 10/7/2005 | $ | 16,856.00 |
| 24671501 | 246715 | 10/7/2005 | $ | 10,915.20 |
| 24672101 | 246721 | 10/7/2005 | $ | 10,915.20 |
| 24674001 | 246740 | 10/7/2005 | $ | 12,402.72 |
| 24674201 | 246742 | 10/7/2005 | $ | 12,345.00 |
| 24678401 | 246784 | 10/7/2005 | $ | 13,737.60 |
| 24680201 | 246802 | 10/8/2005 | $ | 12,345.00 |
| 24682501 | 246825 | 10/8/2005 | $ | 12,345.00 |
| 24684801 | 246848 | 10/8/2005 | $ | 13,927.20 |
| 24685201 | 246852 | 10/8/2005 | $ | 13,737.60 |
| 24685501 | 246855 | 10/8/2005 | $ | 10,915.20 |
| 24686001 | 246860 | 10/8/2005 | $ | 13,927.20 |
| | | | **$** | **2,803,095.80** |

SCHEDULE 1
Detailed Listing

**DELPHI SAGINAW STEERING SYSTEMS**
**DELPHI CORPORATION**
**3900 E HOLLAND ROAD**
**SAGINAW MI 48601-9494**

| INVOICE NUMBER | PACKING SLIP NUMBER | DATE | AMOUNT DUE |
|---|---|---|---|
| 24131201 | 241312 | 9/19/2005 | $ 3,344.22 |
| 24131301 | 241313 | 9/19/2005 | $ 4,009.50 |
| 24165001 | 241650 | 9/19/2005 | $ 9,355.50 |
| 24165101 | 241651 | 9/19/2005 | $ 13,365.00 |
| 24195601 | 241956 | 9/20/2005 | $ 8,019.00 |
| 24195701 | 241957 | 9/20/2005 | $ 9,355.50 |
| 24229901 | 242299 | 9/21/2005 | $ 9,355.50 |
| 24230001 | 242300 | 9/21/2005 | $ 10,692.00 |
| 24265601 | 242656 | 9/22/2005 | $ 8,019.00 |
| 24265701 | 242657 | 9/22/2005 | $ 9,355.50 |
| 24321501 | 243215 | 9/26/2005 | $ 8,019.00 |
| 24321601 | 243216 | 9/26/2005 | $ 9,355.50 |
| 24347701 | 243477 | 9/26/2005 | $ 9,355.50 |
| 24347801 | 243478 | 9/26/2005 | $ 9,355.50 |
| 24384701 | 243847 | 9/27/2005 | $ 9,355.50 |
| 24384801 | 243848 | 9/27/2005 | $ 9,355.50 |
| 24419301 | 244193 | 9/28/2005 | $ 9,355.50 |
| 24419401 | 244194 | 9/28/2005 | $ 9,355.50 |
| 24454401 | 244544 | 9/29/2005 | $ 9,355.50 |
| 24454501 | 244545 | 9/29/2005 | $ 9,355.50 |
| 24498301 | 244983 | 10/3/2005 | $ 5,346.00 |
| 24498401 | 244984 | 10/3/2005 | $ 5,132.16 |
| 24531601 | 245316 | 10/4/2005 | $ 8,019.00 |
| 24540001 | 245400 | 10/4/2005 | $ 9,355.50 |
| 24540101 | 245401 | 10/4/2005 | $ 9,355.50 |
| 24564601 | 245646 | 10/4/2005 | $ 9,355.50 |
| 24564701 | 245647 | 10/4/2005 | $ 9,355.50 |
| 24600301 | 246003 | 10/5/2005 | $ 9,355.50 |
| 24600401 | 246004 | 10/5/2005 | $ 9,355.50 |
| 24640701 | 246407 | 10/6/2005 | $ 9,830.25 |
| 24640801 | 246408 | 10/6/2005 | $ 18,711.00 |
| | | | **$ 280,260.63** |