

**PORT**

**CITY**

**GROUP**

**Port City Group**
1985 E. Laketon Avenue
Muskegon, Michigan 49442
Phone (231) 777-3941
Fax (231) 773-3416

**Port City Castings Corp.**
711 E. Porter Road
Muskegon, Michigan 49441
Phone (231) 777-3941
Fax (231) 798-4261

**Port City Metal Products**
2350 Black Creek Road
Muskegon, Michigan 49444
Phone (231) 777-5615
Fax (231) 777-5911

**Muskegon Castings Corporation**
2325 S. Sheridan Street
Muskegon, Michigan 49442
Phone (231) 773-4491
Fax (231) 773-4919

**PCMP Specialty Division**
2385 S. Sheridan Street
Muskegon, MI 49442
Phone (231) 777-5809
Fax (231) 777-8750

**Mirror Image Tool**
1985 E. Laketon Avenue
Muskegon, Michigan 49442
Phone (231) 777-3941
Fax (231) 773-3416

**Port City Custom Plastics**
1879 S. Wolf Lake Road
Muskegon, Michigan 49442
Phone (231) 777-3941
Fax (231) 788-1814



October 12, 2005

**By certified mail:**    Delphi World Headquarters
Reclamation Center
5725 Delphi Drive
Troy, MI  48098
Mailing Code: 483.400.216

**By fax:**              248-813-2499

**Re:  Delphi Corporation, et al., Debtors; Chapter 11 Case Number 05-44481
Notice of Intent to Reclaim Goods Sold**

To Whom It May Concern:

The two enclosed notices of intent to reclaim goods sold were faxed to the
indicated respective Delphi plants yesterday, as well as to Tom Ioanes at Delphi
Automotive Systems Global Purchasing.  No responses were received.

When calling the Flint location this morning to arrange pickup, we were referred
to the supplier support telephone number.  Upon calling that number we were
referred to the central reclamation center, of which we were previously unaware.
We accept no responsibility for the reclamation delays caused by your system,
and we expect that our reclamation claims will be honored in full.

Please refer to the enclosed documents and contact me directly at 231-777-8704
or dkeyser@portcitygroup.com regarding arrangements to retrieve our parts.

Sincerely,
PORT CITY GROUP

Dale Keyser
CFO

cc: Bcky Court, SD NY

enc





# PORT
# CITY
# GROUP

**Port City Group**
1985 E. Laketon Avenue
Muskegon, Michigan 49442
Phone (231) 777-3941
Fax (231) 773-3416

**Port City Castings Corp.**
711 E. Porter Road
Muskegon, Michigan 49441
Phone (231) 777-5615
Fax (231) 798-4261

**Port City Metal Products**
2350 Black Creek Road
Muskegon, Michigan 49444
Phone (231) 777-5615
Fax (231) 777-5911

**Muskegon Castings
Corporation**
2325 S. Sheridan Street
Muskegon, Michigan 49442
Phone (231) 773-4491
Fax (231) 773-4919

**PCMP Specialty Division**
2385 S. Sheridan Street
Muskegon, MI 49442
Phone (231) 777-5809
Fax (231) 777-8750

**Mirror Image Tool**
1985 E. Laketon Avenue
Muskegon, Michigan 49442
Phone (231) 777-3941
Fax (231) 773-3416

**Port City Custom Plastics**
1879 S. Wolf Lake Road
Muskegon, Michigan 49442
Phone (231) 777-3941
Fax (231) 788-1814



October 11, 2005

**By Fax:**       Delphi Thermal & Interior
                  Gadsden Facility
                  4605 Airport Rd.
                  Gadsen, AL  35904-8219
                  256-413-4069

                  Thomas Ioanes
                  Delphi Automotive Systems
                  Global Purchasing
                  937-455-9133

**By Certified US Mail:** Bkcy Court, SD NY

**Re:    Delphi Corporation, et al., Debtors; Chapter 11 Case Number 05-44481
         Notice of Intent to Reclaim Goods Sold**

To whom it may concern:

Please be advised that during the 10-day period leading up to the October 8 bankruptcy filing, Port City Castings Corporation shipped manufactured parts to the Debtors' facility, located in Gadsden, Alabama, on credit terms in the ordinary course of business. The attached statement, individual invoices, and related documents which set forth descriptions, quantities, dates, and dollar amounts, identify these goods.

Port City Castings Corporation has not been paid for these goods and believes that these goods were sold to the Debtors at a time when the Debtors were insolvent, without knowledge by Port City Castings Corporation. of the insolvency. Port City Castings Corporation. timely demands the return of these goods pursuant to Section 2-702 of the Uniform Commercial Code, and the applicable provisions of the Bankruptcy Code. To the extent that the Debtors are in possession of these goods, the Debtors are obligated to hold the goods and not unilaterally sell or use them to avoid Port City Castings Corporation's claim.

Port City Castings Corporation wishes to pick up these parts as soon as possible. We will call each plant today to make those arrangements. If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

PORT CITY CASTINGS CORPORATION

Dale Keyser, CFO
*Direct Telephone:* 231.777.8704.
*Fax:* 231.773.3416
*DKeyser@PortCityGroup.com*
enc.



**DELPHI RECLAMATION CLAIM**
Port City Group/Muskegon Castings Corp./Port City Castings Corporation

**DELPHI THERMAL & INTERIOR**

| Shipper/Claimant: |
|---|
| Port City Castings Corporation<br>1985 E. Laketon Ave.<br>Muskegon, MI 49442 |

| Return product to: |
|---|
| Port City Castings Corporation<br>711 E. Porter Rd.<br>Muskegon, MI 49441 |

| Shipped to: |
|---|
| Delphi Thermal & Interior<br>Gadsden Facility<br>4605 Airport Rd.<br>Gadsen, AL 35904-8219 |

| Bill to: |
|---|
| Delphi Thermal & Interior<br>Gadsden Facility<br>4605 Airport Rd.<br>Gadsen, AL 35904-8219 |

**Products Delivered Within 10 Days of Bankruptcy Filing:**

| Order No. | PO No. | Invoice No. | Item Description | Quantity | Unit Price | Invoice Total | Delivery Date | Delphi Receipt Advice Ref. No. |
|---|---|---|---|---|---|---|---|---|
| 842 | 0550055772 | 10333 | 327 16876016 Lu Bracket | 1,196 | 7.5658 | $ 9,048.70 | 9/27/2005 | 0185001924 |
| 842 | 0550055772 | 10360 | 327 16876016 Lu Bracket | 1,023 | 7.5658 | 7,739.81 | 9/29/2005 | 0185018260 |
| 842 | 0550055772 | 10409 | 327 16876016 Lu Bracket | 1,300 | 7.4959 | 9,744.67 | 10/6/2005 | 0185040617 |
| 842 | 0550055772 | 10434 | 327 16876016 Lu Bracket | 377 | 7.4959 | 2,825.95 | 10/6/2005 | |
| 842 | 0550055772 | 10447 | 327 16876016 Lu Bracket | 936 | 7.4959 | 7,016.16 | 10/7/2005 | |
| | | | | 4,832 | | $ 36,375.29 | | |

Total claim - this location

# INVOICE

PORT CITY CASTINGS CORPORATION
711 E. PORTER RD
MUSKEGON, MI 49441
231-777-3941

| INVOICE NO. | PAGE |
|---|---|
| 10333 | 1 |
| INVOICE DATE | |
| 09/27/05 | |

REMIT TO:
**1985 E. LAKETON AVENUE**
**MUSKEGON, MICHIGAN 49442**

DELPHI THERMAL & INTERIOR
GADSDEN FACILITY
4605 AIRPORT RD.
GADSDEN,, AL 35904-8219
US

DELPHI THERMAL & INTERIOR
GADSDEN FACILITY
4605 AIRPORT RD.
GADSDEN,, AL 35904-8219
US

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC | SLSPRSN | PURCHASE ORDER NO. | PACKING SLIP | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 00842 | 07/20/05 | DELPHI | DC | 017 | 0550055772 | 9282 | HOLLAND MOTORS | Ppd |

| QUANTITY ORDER/B.O. | QUANTITY SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 1196.0000 | 1196.0000 | 327<br>16876016<br>LU BRACKET | 7.565800 | EA | 9,048.70 |

| COMMENTS | SALE AMOUNT | 9,048.70 |
|---|---|---|
| | MISC. CHARGES | .00 |
| | FREIGHT | .00 |
| | SALES TAX | .00 |
| | TOTAL | 9,048.70 |
| TERMS 2ND DAY 2ND MON | AMOUNT RECEIVED | .00 |
| | BALANCE DUE | 9,048.70 |

PG NO.       1
ORDER NO.      842
DATE: 07/20/05

PORT CITY CASTINGS CORPORATION
711 E. PORTER RD
MUSKEGON, MI 49441

231-777-3941

CUST. P/O #0550055772

SID #   |||||||||||||||||||||||||||||||||||||||||||

SHIP TO:
DELPHI THERMAL & INTERIOR
GADSDEN FACILITY
4605 AIRPORT RD.
GADSDEN,, AL 35904-8219
US

BILL TO:
DELPHI THERMAL & INTERIOR
GADSDEN FACILITY
4605 AIRPORT RD.
GADSDEN,, AL 35904-8219
US

SHIPPING INSTRUCTIONS

| CUSTOMER NO. | SHIP DATE | SHIP VIA | RELEASE # 463 | | |
|---|---|---|---|---|---|
| DELPHI | 09/27/05 | HOLLAND MOTORS | | | |

||||||||||||||||||||||||||||||||||||||||||
UM      QTY PACKED

| QTY ORDERED | QTY TO SHIP | ITEM NO./DESCRIPTION | EA | |
|---|---|---|---|---|
| 1,196.00 | 1,196.00 | 327 16876016 LU BRACKET | . . . . . . . . . . . . | |

TOTAL
QTY PACKED
1,196.00

TOTAL
QTY ORDERED
1,196.00

Name of Carrier: Holland

Carrier's No.

Date 9/27/04

FROM Shipper: New City Casting

711 Entry Baxter

Musshmi-49722

Emergency Response Phone No.

Vehicle No. 7

TO Consignee:

Street: 405 Simpat Rd

Destination: Dadeam AL Zip Code: 35904

Route:

| No. Shipping Units | HM | Kind of Package, Description of Articles, Special Marks and Exceptions | *Weight (Sub. to Cor.) | RATE | CHARGES |
|---|---|---|---|---|---|
| 8 Skid | | 108-7-016 Iron Bracket | 327.0937 | | |
| | | Iron Bracket | | | |
| | | Class 60 | 9282 | | |
| | | | | | |

PERMIT

C.O.D. TO:
ADDRESS

C.O.D. FEE:
PREPAID ☐ $
COLLECT ☐

TOTAL CHARGES: $

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
$_____ per _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____ (Signature of Consignor)

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper, Per: _____

+ Mark with "X" to designate Hazardous Material as defined in Title 49 of Federal Regulations. For further details on TRANSPORTING HAZARDOUS MATERIALS see Federal Regulations 49 CFR, Part 172.

Agent, Per: NSF _____

FREIGHT CHARGES
Check Appropriate Box.

☒ Freight prepaid   ☐ Collect


TOPS FORM No. 3841
Printed in the U.S.A.

3

1

# DELPHI VEGA

### *RECEIPT ADVICE*

REF # `0185001924`

| DATE/TIME | | DATE |
|---|---|---|
| 137 | Document/message date/time | 20050929 |

SHIPPER ID #   `00009282`

ACTUAL SHIP NOTICE DATE   `20050927`

BILL OF LADING #

CUSTOMER REFERENCE #   `0185001924`

GOODS RECEIPT   `632`

| PARTY TYPE | | PARTY ID |
|---|---|---|
| SU | Supplier | `0001014957` |

RESPONSIBLE AGENCY CODE   `92`   `Assigned By Buyer`

| PARTY TYPE | | PARTY ID |
|---|---|---|
| ST | Ship to | `R401` |

RESPONSIBLE AGENCY CODE   `92`   `Assigned By Buyer`

## ===== *CONSIGNMENT PACKING SEQUENCE* =====

NO PACKAGING HIERARCHY   `4`

## ===== *LINE ITEM* =====

DELPHI ASSIGNED PART #   `16876016`

QTY DIFFERENCE   `0`

QTY TYPE   `119`   `Short shipped`

DELPHI SCHEDULE AGREEMENT #   `0550055772`

| QTY TYPE | | QTY |
|---|---|---|
| 12 | Despatch quantity | `1196` |

| QTY TYPE | | QTY |
|---|---|---|
| 48 | Received quantity | `1196` |

# INVOICE

PORT CITY CASTINGS CORPORATION
711 E. PORTER RD
MUSKEGON, MI 49441
231-777-3941



| INVOICE NO. | PAGE |
|---|---|
| 10360 1 | |
| INVOICE DATE | |
| 09/29/05 | |

REMIT TO:

**1985 E. LAKETON AVENUE**
**MUSKEGON, MICHIGAN 49442**

DELPHI THERMAL & INTERIOR
GADSDEN FACILITY
4605 AIRPORT RD.
GADSDEN,, AL 35904-8219
US

DELPHI THERMAL & INTERIOR
GADSDEN FACILITY
4605 AIRPORT RD.
GADSDEN,, AL 35904-8219
US

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC | SLSPRSN | PURCHASE ORDER NO. | PACKING SLIP | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 00842 | 07/20/05 | DELPHI | DC | 017 | 0550055772 | 9298 | HOLLAND MOTORS | Ppd |

| QUANTITY ORDER/B.O. | QUANTITY SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 1023.0000 | 1023.0000 | 327 16876016 LU BRACKET | 7.565800 | EA | 7,739.81 |

| COMMENTS | | SALE AMOUNT | 7,739.81 |
|---|---|---|---|
| | | MISC CHARGES | .00 |
| | | FREIGHT | .00 |
| | | SALES TAX | .00 |
| | | TOTAL | 7,739.81 |
| TERMS 2ND DAY 2ND MON | | AMOUNT RECEIVED | |

PACKING LIST                                            00009298

PORT CITY CASTINGS CORPORATION                    PG NO.        1
711 E. PORTER RD                               ORDER NO.      842
MUSKEGON, MI 49441                                DATE:07/20/05
                                        CUST. P/O #0550055772

231-777-3941                            SID #   |||||||||||||||||||||||||||||||||||||||||||||||||

BILL TO:                                SHIP TO:
DELPHI THERMAL & INTERIOR               DELPHI THERMAL & INTERIOR
GADSDEN FACILITY                        GADSDEN FACILITY
4605 AIRPORT RD.                        4605 AIRPORT RD.
GADSDEN,, AL 35904-8219                 GADSDEN,, AL 35904-8219
US                                      US

CUSTOMER NO.   SHIP DATE    SHIP VIA        SHIPPING INSTRUCTIONS
DELPHI         09/29/05  HOLLAND MOTORS
                                        RELEASE # 469

                                        |||||||||||||||||||||||||||||||||||||||||||||||||

QTY ORDERED   QTY TO SHIP    ITEM NO./DESCRIPTION     UM    QTY PACKED

    1,023.00      1,023.00 327                        EA
                           16876016                   . . . . . . . . . . . . . . .
                           LU BRACKET

                    TOTAL                          TOTAL
                 QTY ORDERED                    QTY PACKED
                    1,023.00                      1,023.00

Name of Carrier: Holland

Carrier's No. 1-8/29/05-9298

TO Consignee: D O A

FROM Shipper: Fort City Coatings

Street: 4065 Airport

711 E 4th

Destination: Anniston AL    Zip Code 35904    Muscle Shoals AL    Vehicle No.

Route:

Emergency Response Phone No.

| HM | No of Packages, description of articles, special marks and exceptions | | |
|---|---|---|---|
| 75kill | 1687606 | Alum Brachet | 327 #2496 |
| | | Aluminum Castings | |
| | | Class 60 | |

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$_____ per _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____ (Signature of Consignor)

USF
126-0179581  0

FREIGHT CHARGES
Check Appropriate Box:
Freight prepaid ☐ Collect

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

Shipper, Per _____    Agent, Per _____ USF Agent Holland

† Mark with "X" to designate Hazardous Material as defined in Title 49 of Federal Regulations.
Permanent post office address of shipper _____ for further details on TRANSPORTING HAZARDOUS MATERIALS see Federal Regulations 49 CFR, Part 172.

FORM No. 3841
Printed in the U.S.A.

1

# DELPHI VEGA

## RECEIPT ADVICE

REF #    `0185018260`

| DATE TYPE | | DATE |
|---|---|---|
| 137 | Document/message date/time | 20051003 |

SHIPPER ID #    `00009298`

ACTUAL SHIP NOTICE DATE    `20050929`

BILL OF LADING #

CUSTOMER REFERENCE #    `0185018260`

GOODS RECEIPT    `632`

| PARTY TYPE | | PARTY ID |
|---|---|---|
| SU | Supplier | 0001014957 |
| | RESPONSIBLE AGENCY CODE | 92    Assigned By Buyer |

| PARTY TYPE | | PARTY ID |
|---|---|---|
| ST | Ship to | R401 |
| | RESPONSIBLE AGENCY CODE | 92    Assigned By Buyer |

## ===== CONSIGNMENT PACKING SEQUENCE =====

NO PACKAGING HIERARCHY    `4`

## ===== LINE ITEM =====

DELPHI ASSIGNED PART #    `16876016`

| QTY DIFFERENCE | QTY TYPE |
|---|---|
| 0 | 119    Short shipped |

DELPHI SCHEDULE AGREEMENT #    `0550055772`

| QTY TYPE | QTY |
|---|---|
| 12    Despatch quantity | 1023 |

| QTY TYPE | QTY |
|---|---|
| 48    Received quantity | 1023 |

**INVOICE**

9343

| INVOICE NO. | PAGE |
|---|---|
| 10409 | 1 |
| INVOICE DATE | |
| 10/04/05 | |

PORT CITY CASTINGS CORPORATION
711 E. PORTER RD
MUSKEGON, MI 49441
231-777-3941

REMIT TO:

**1985 E. LAKETON AVENUE**
**MUSKEGON, MICHIGAN 49442**

DELPHI THERMAL & INTERIOR
GADSDEN FACILITY
4605 AIRPORT RD.
GADSDEN,, AL 35904-8219
US

DELPHI THERMAL & INTERIOR
GADSDEN FACILITY
4605 AIRPORT RD.
GADSDEN,, AL 35904-8219
US

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSPRSN | PURCHASE ORDER NO. | PACKING SLIP | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 00842 | 07/20/05 | DELPHI | DC | 017 | 0550055772 | | HOLLAND MOTORS | Ppd |

| QUANTITY ORDER/B.O. | QUANTITY SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 1300.0000 | | 327<br>16876016<br>LU BRACKET | 7.495900 | EA | 9,744.67 |

| COMMENTS | | |
|---|---|---|
| | SALE AMOUNT | 9,744.67 |
| | | .00 |
| | MISC. CHARGES | .00 |
| | FREIGHT | .00 |
| | SALES TAX | 9,744.67 |
| | TOTAL | .00 |
| TERMS 2ND DAY 2ND MON | AMOUNT RECEIVED | 9,744.67 |
| | BALANCE DUE | |

PORT CITY CASTINGS CORPORATION
711 E. PORTER RD
MUSKEGON, MI 49441

231-777-3941

PG NO.        1
ORDER NO.      842
DATE:07/20/05

CUST. P/O #0550055772

SID #   |||||| ||||||| ||| |||||||| ||||| |||| |||| ||||| |||| |||| ||| |||

BILL TO:
DELPHI THERMAL & INTERIOR
GADSDEN FACILITY
4605 AIRPORT RD.
GADSDEN,, AL 35904-8219
US

SHIP TO:
DELPHI THERMAL & INTERIOR
GADSDEN FACILITY
4605 AIRPORT RD.
GADSDEN,, AL 35904-8219
US

| CUSTOMER NO. | SHIP DATE | SHIP VIA | SHIPPING INSTRUCTIONS |
|---|---|---|---|
| DELPHI | 10/04/05 | HOLLAND MOTORS | RELEASE # 474 |

|||||| ||||||| ||| |||| |||| |||| |||| ||| ||||| |||| ||||| ||| |||

| QTY ORDERED | QTY TO SHIP | ITEM NO./DESCRIPTION | UM | QTY PACKED |
|---|---|---|---|---|
| 1,300.00 | 1,300.00 | 327
16876016
LU BRACKET | EA | . . . . . . . . . . . . . . . |

TOTAL
QTY ORDERED
1,300.00

TOTAL
QTY PACKED
1,300.00

Name of Carrier: Hallburn C

Carrier's No. ___   Date 10/4/05   Shipper No. 17313

TO Consignee: Cal   FROM Shipper: Deca City Castings

Street: 4065 Aaron   711 E Penton

Destination: Dearborn MI   Zip Code: 35704 Muscle m IN 49441   Vehicle No. ___   Emergency Response Phone No.

Route: ___

| No. Shipping Units | HM | Kind of Package, Description of Articles, Special Marks and Exceptions | *Weight (Sub. to Corr.) | RATE | CHARGES |
|---|---|---|---|---|---|
| 9 Sub/168760/6 | | LiBracket | | ✓ | |
| | | Aluminum Castings COAB | | | |
| | | Aluminum Castings COAB | 37 3/28 | | |
| | | | | | |
| | | | | | |

PERMIT
C.O.D. TO:
ADDRESS

C.O.D.
AMT: $

C.O.D. FEE:
PREPAID ☐ $
COLLECT ☐

TOTAL
CHARGES: $

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$_____ per _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____ (Signature of Consignor)

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Shipper, Per _____   Agent, Per _____

+ Mark with "X" to designate Hazardous Materials as defined in Title 49 of Federal Regulations.
For further details on TRANSPORTING HAZARDOUS MATERIALS see Federal Regulations 49 CFR, Part 172.

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

FREIGHT CHARGES
Check Appropriate Box:
☐ Freight prepaid   ☐ Collect

Tops FORM No. 3841
Printed in the U.S.A.

# DELPHI VEGA

*RECEIPT ADVICE*

REF # | 0185040617

| DATE/TIME/PERIOD | | DATE |
|---|---|---|
| 137 | Document/message date/time | 20051006 |

SHIPPER ID #

00009343

ACTUAL SHIP NOTICE DATE

20051004

BILL OF LADING #

CUSTOMER REFERENCE #

0185040617

GOODS RECEIPT | 632

| PARTY TYPE | | PARTY ID |
|---|---|---|
| SU | Supplier | 0001014957 |
| | RESPONSIBLE AGENCY CODE | 92 | Assigned By Buyer |

| PARTY TYPE | | PARTY ID |
|---|---|---|
| ST | Ship to | R401 |
| | RESPONSIBLE AGENCY CODE | 92 | Assigned By Buyer |

## ===== *CONSIGNMENT PACKING SEQUENCE* =====

NO PACKAGING HIERARCHY | 4

## ===== *LINE ITEM* =====

DELPHI ASSIGNED PART # | 16876016

| QTY DIFFERENCE | QTY TYPE |
|---|---|
| 0 | 119 | Short shipped |

DELPHI SCHEDULE AGREEMENT # | 0550055772

| QTY TYPE | QTY |
|---|---|
| 12 | Despatch quantity | 1300 |

| QTY TYPE | QTY |
|---|---|
| 48 | Received quantity | 1300 |

# INVOICE

PORT CITY CASTINGS CORPORATION
711 E. PORTER RD
MUSKEGON, MI 49441
231-777-3941



| INVOICE NO. | PAGE |
|---|---|
| 10434 | 1 |
| INVOICE DATE | |
| 10/06/05 | |

**REMIT TO:**
**1985 E. LAKETON AVENUE**
**MUSKEGON, MICHIGAN 49442**

DELPHI THERMAL & INTERIOR
GADSDEN FACILITY
4605 AIRPORT RD.
GADSDEN,, AL 35904-8219
US

DELPHI THERMAL & INTERIOR
GADSDEN FACILITY
4605 AIRPORT RD.
GADSDEN,, AL 35904-8219
US

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSPRSN | PURCHASE ORDER NO. | PACKING SLIP | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 00842 | 07/20/05 | DELPHI | DC | 017 | 0550055772 | 9371 | HOLLAND MOTORS | Ppd |

| QUANTITY ORDER/B.O. | QUANTITY SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 1664.0000 | .0000 | 327 | 7.495900 | EA | |
| 1287.0000 | .0000 | 16876016 | | | 2,825.95 |
| | | LU BRACKET | | | |

| COMMENTS | | SALE AMOUNT | 2,825.95 |
|---|---|---|---|
| | | MISC. CHARGES | .00 |
| | | FREIGHT | .00 |
| | | SALES TAX | .00 |
| | | TOTAL | 2,825.95 |
| TERMS  2ND DAY 2ND MON | | AMOUNT RECEIVED | .00 |
| | | BALANCE DUE | 2,825.95 |

PORT CITY CASTINGS CORPORATION
711 E. PORTER RD
MUSKEGON, MI 49441

231-777-3941

```
                          PG NO.      1
                          ORDER NO.    842
                          DATE:07/20/05
             CUST. P/O #0550055772

             SID #    ||||||||||||||||||||||||||||||||||||||||||
```

BILL TO:
DELPHI THERMAL & INTERIOR
GADSDEN FACILITY
4605 AIRPORT RD.
GADSDEN,, AL 35904-8219
US

SHIP TO:
DELPHI THERMAL & INTERIOR
GADSDEN FACILITY
4605 AIRPORT RD.
GADSDEN,, AL 35904-8219
US

| CUSTOMER NO. | SHIP DATE | SHIP VIA | SHIPPING INSTRUCTIONS |
|---|---|---|---|
| DELPHI | 10/06/05 | HOLLAND MOTORS | |

RELEASE # 476

||||||||||||||||||||||||||||||||||||||||||

| QTY ORDERED | QTY TO SHIP | ITEM NO./DESCRIPTION | UM | QTY PACKED |
|---|---|---|---|---|
| 1,664.00 | 377.00 | 327 | EA | |
| | | 16876016 | | . . . . . . . . . . . . . . . . |
| | | LU BRACKET | | |

```
        TOTAL                    TOTAL
     QTY ORDERED              QTY PACKED
       1,664.00                 377.00
```

Name of Carrier: Holland   Carrier's No.   Date 10-6-05   9371

TO Consignee: Delphi

FROM Shipper: Port City Castings
711 E Porter
Muskn MI 49447

Street 4065 Airport

Destination Gadsden, AL   Zip Code 35904

Emergency Response Phone N

Route:   Vehicle No.

| SHIPPED | HM | DESCRIPTION | | | | CHARGES |
|---|---|---|---|---|---|---|
| 3 Skids | | 16876016 LH Bracket 327 # 902 | | | | |
| | | Alum Castings Class 60 | | | | |

USF   126-0464132 5

Unless otherwise agreed to in writing, driver signature acknowledges receipt of freight only and
the terms and conditions of USF 100 Rules Tariff and NMF 100 Series apply to all shipments.

REMIT ADDRESS

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$_____ per _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

(Signature of Consignor)

FREIGHT CHARGES
Check Appropriate Box:

[X] Freight prepaid   [ ] Collect

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of receipt of the property described in the Original Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

PCCC   Shipper, Per   Agent, Per   10-6-05

Permanent post office address of shipper   + Mark with "X" to designate Hazardous Material as defined in Title 49 of Federal Regulations.

TOPS. FORM No. 3841
Printed in the U.S.A.

For further details on TRANSPORTING HAZARDOUS MATERIALS see Federal Regulations 49 CFR, Part 172.

1

**INVOICE**

9398

PORT CITY CASTINGS CORPORATION
711 E. PORTER RD
MUSKEGON, MI 49441
231-777-3941

| INVOICE NO. | PAGE |
|---|---|
| 10447 | 1 |
| INVOICE DATE | |
| 10/07/05 | |

REMIT TO:
**1985 E. LAKETON AVENUE**
**MUSKEGON, MICHIGAN 49442**

DELPHI THERMAL & INTERIOR
GADSDEN FACILITY
4605 AIRPORT RD.
GADSDEN,, AL 35904-8219
US

DELPHI THERMAL & INTERIOR
GADSDEN FACILITY
4605 AIRPORT RD.
GADSDEN,, AL 35904-8219
US

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSPRSN | PURCHASE ORDER NO. | PACKING SLIP | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 00842 | 07/20/05 | DELPHI | DC | 017 | 0550055772 | | HOLLAND MOTORS | Ppd |

| QUANTITY ORDER/B.O. | QUANTITY SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 1287.0000 | 351.0000 | 327 16876016 LU BRACKET | 7.495900 | EA | 7,016.16 |

| COMMENTS | | |
|---|---|---|
| | SALE AMOUNT | 7,016.16 |
| | MISC CHARGES | .00 |
| | FREIGHT | .00 |
| | SALES TAX | .00 |
| | TOTAL | 7,016.16 |
| TERMS 2ND DAY 2ND MON | AMOUNT RECEIVED | .00 |
| | BALANCE DUE | 7,016.16 |

W 009 REV B 3/03

PACKING LIST                                                    00009398

PORT CITY CASTINGS CORPORATION                    PG NO.      1
711 E. PORTER RD                                  ORDER NO.    842
MUSKEGON, MI 49441                                       DATE:07/20/05
                                          CUST. P/O #0550055772

231-777-3941                              SID #    |||||||||||||||||||||||||||||||||||||||||||||||

BILL TO:                                  SHIP TO:
DELPHI THERMAL & INTERIOR                 DELPHI THERMAL & INTERIOR
GADSDEN FACILITY                          GADSDEN FACILITY
4605 AIRPORT RD.                          4605 AIRPORT RD.
GADSDEN,, AL 35904-8219                   GADSDEN,, AL 35904-8219
US                                        US


CUSTOMER NO.   SHIP DATE    SHIP VIA          SHIPPING INSTRUCTIONS
DELPHI         10/06/05   HOLLAND MOTORS
                                          RELEASE # 477

                                          |||||||||||||||||||||||||||||||||||||||||||||
QTY ORDERED    QTY TO SHIP     ITEM NO./DESCRIPTION      UM     QTY PACKED

    1,287.00        936.00 327                           EA
                          16876016                       . . . . . . . . . . . . . .
                          LU BRACKET


                    TOTAL                        TOTAL
                 QTY ORDERED                  QTY PACKED
                    1,287.00                     936.00

Date: 10-7-05

**TO Consignee:** Delphi
Street: 4065 Airport
Destination: Gadsden AL Zip Code 35904

**FROM Shipper:** Port City Castings
711 E Porter
Musk MI 49441

Emergency Response Phone No

Route:

Vehicle No.

| No. Shipping Units | HM | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight (Sub. to Corr.) | RATE | ✓ | CHARGES |
|---|---|---|---|---|---|---|
| 6 Skids | | 16876016 LW Bracket 327 | #2346 | | | |
| | | Alum Castings | | | | |
| | | Class 60 | | | | |

REMIT C.O.D. TO: ADDRESS

C.O.D. AMT:

C.O.D. FEE: PREPAID ☐ COLLECT ☐ $

TOTAL CHARGES: $

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is 'carrier's or shipper's weight.

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$_____ per _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____
(Signature of Consignor)

FREIGHT CHARGES
Check Appropriate Box:

☒ Freight prepaid ☐ Collect

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of receipt by the carrier of the property described in the Original Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

Shipper, Per _____

UBF Scott 10-7-05
Agent, Per 6 Skids

+ Mark with "X" to designate Hazardous Material as defined in Title 49 of Federal Regulations.
For further details on TRANSPORTING HAZARDOUS MATERIALS see Federal Regulations 49 CFR, Part 172.

TOPS FORM No. 3841
Printed in the U.S.A.

3



# PORT
# CITY
# GROUP

**Port City Group**
1985 E. Laketon Avenue
Muskegon, Michigan 49442
Phone (231) 777-3941
Fax (231) 773-3416

**Port City Castings Corp.**
711 E. Porter Road
Muskegon, Michigan 49441
Phone (231) 777-3941
Fax (231) 798-4261

**Port City Metal Products**
2350 Black Creek Road
Muskegon, Michigan 49444
Phone (231) 777-5615
Fax (231) 777-5911

**Muskegon Castings
Corporation**
2325 S. Sheridan Street
Muskegon, Michigan 49442
Phone (231) 773-4491
Fax (231) 773-4919

**PCMP Specialty Division**
2385 S. Sheridan Street
Muskegon, MI 49442
Phone (231) 777-5809
Fax (231) 777-8750

**Mirror Image Tool**
1985 E. Laketon Avenue
Muskegon, Michigan 49442
Phone (231) 777-3941
Fax (231) 773-3416

**Port City Custom Plastics**
1879 S. Wolf Lake Road
Muskegon, Michigan 49442
Phone (231) 777-3941
Fax (231) 788-1814



October 11, 2005

**By Fax:**          Delphi Automotive Systems
                     Rec. Area 603
                     1101 North Center Rd.
                     Flint, MI 48556
                     810-257-6861

                     Thomas Ioanes
                     Delphi Automotive Systems
                     Global Purchasing
                     937-455-9133

**By Certified US Mail:** Bkcy Court, SD NY

**Re:   Delphi Corporation, et al., Debtors; Chapter 11 Case Number 05-44481
         Notice of Intent to Reclaim Goods Sold**

To whom it may concern:

Please be advised that during the 10-day period leading up to the October 8 bankruptcy filing, Muskegon Castings Corp. shipped manufactured parts to the Debtors' facility, located in Flint, MI on credit terms in the ordinary course of business. The attached statement, individual invoices, and related documents which set forth descriptions, quantities, dates, and dollar amounts, identify these goods.

Muskegon Castings Corp. has not been paid for these goods and believes that these goods were sold to the Debtors at a time when the Debtors were insolvent, without knowledge by Muskegon Castings Corp. of the insolvency. Muskegon Castings Corp. timely demands the return of these goods pursuant to Section 2-702 of the Uniform Commercial Code, and the applicable provisions of the Bankruptcy Code. To the extent that the Debtors are in possession of these goods, the Debtors are obligated to hold the goods and not unilaterally sell or use them to avoid Muskegon Castings Corp.'s claim.

Muskegon Castings Corp. wishes to pick up these parts as soon as possible. We will call the plant today to make those arrangements. If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

MUSKEGON CASTINGS, CORP.

Dale Keyser, CFO
*Direct Telephone: 231.777.8704.*
*Fax: 231.773.3416*
*DKeyser@PortCityGroup.com*
enc.



RECEIVED
OCT 1 8 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

**DELPHI RECLAMATION CLAIM**
Port City Group/Muskegon Castings Corp./Port City Castings Corporation

**DELPHI AUTOMOTIVE SYSTEMS**

| Shipper/Claimant: | Return product to: | Shipped to: | Bill to: |
|---|---|---|---|
| Port City Group<br>Muskegon Castings Corp.<br>1985 E. Laketon Ave.<br>Muskegon, MI 49442 | Muskegon Castings Corp.<br>2325 South Sheridan<br>Muskegon, MI 49442 | Delphi Automotive Systems<br>Rec. Area 603<br>1101 North Center Rd.<br>Flint, MI 48556 | Delphi Automotive Systems<br>Disbursements Analysis Dept.<br>P.O. Box 436040<br>Pontiac, MI 48343-6040 |

**Products Delivered Within 10 Days of Bankruptcy Filing:**

| Order No. | PO No. | Invoice No. | Item Description | Quantity | Unit Price | Invoice Total | Delivery Date | Delphi Receipt Advice Ref. No. |
|---|---|---|---|---|---|---|---|---|
| 1151 | 550014386 | 51465 320 25160808 | 67mm diffuser | 1,800 | 2.04924 | $ 3,688.63 | 9/26/2005 | 0184762712 |
| 1151 | 550014386 | 51487 320 25160808 | 67mm diffuser | 2,700 | 2.04924 | 5,532.95 | 9/28/2005 | 0184778356 |
| 1151 | 550014386 | 51539 320 25160808 | 67mm diffuser | 900 | 2.06549 | 1,858.94 | 10/5/2005 | 0185039219 |
| | | | | 5,400 | | 11,080.52 | | |
| 1152 | 550014388 | 51540 321 25008251 | 67mm flow body | 4,500 | 2.08092 | 9,364.14 | 10/5/2005 | 0185035418 |
| Total claim - this location | | | | | | $20,444.66 | | |

# INVOICE

11012

| INVOICE NO. | PAGE |
|---|---|
| 51465 | 1 |
| INVOICE DATE | |
| 09/23/05 | |

PORT CITY GROUP
MUSKEGON CASTINGS D# 879941326
1985 E. LAKETON AVE.
231-777-3941  MUSKEGON,

REMIT TO:
**1985 E. LAKETON AVENUE**
**MUSKEGON, MICHIGAN 49442**

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENTS ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48343-6040

DELPHI AUTOMOTIVE SYSTEMS
REC. AREA 603
1101 NORTH CENTER RD.
FLINT, MI 48556

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSPRSN | PURCHASE ORDER NO. | PACKING SLIP | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 01151 | 04/12/05 | ACSPAR | MC | 001 | 550014386 | | CUTOMER PICK UP | |

| QUANTITY ORDER/B.O. | QUANTITY SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 1800.0000 | | 320 25160808 67mm diffuser | 2.049240 | | 3,688.63 |

COMMENTS

| | |
|---|---|
| SALE AMOUNT | 3,688.63 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 3,688.63 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 3,688.63 |

TERMS  NET 30 DAYS

V 003 REV B 3/03

PORT CITY GROUP
MUSKEGON CASTINGS D# 879941326
1985 E. LAKETON AVE.
MUSKEGON, MI.  49442
231-777-3941

PG NO.     1
ORDER NO.    1151
DATE: 04/12/0
CUST. P/O # 5500143

SID #

BILL TO:
DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENTS ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48343-6040

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
REC. AREA 603
1101 NORTH CENTER RD.
FLINT, MI 48556

| CUSTOMER NO. | SHIP DATE | SHIP VIA | SHIPPING INSTRUCTIONS |
|---|---|---|---|
| ACSPAR | 09/23/05 | CUTOMER PICK UP | |

| QTY ORDERED | QTY TO SHIP | ITEM NO./DESCRIPTION | UM | QTY PACKED |
|---|---|---|---|---|
| 1,800.00 | 1,800.00 | 320 25160808 67mm diffuser | EA | . . . . . . . . . . . . . |

| TOTAL QTY ORDERED | TOTAL QTY PACKED |
|---|---|
| 1,800.00 | 1,800.00 |

TO Consignee: **Delphi**

Street: **1101 North Center**

Destination: **Flint MI**    Zip Code **48556**

FROM Shipper: **MUSKEGON CASTING CORP.**

**2325 S. Sheridan**

**Muskegon, MI 49442**

Route: _____    Vehicle No. _____

| NO. PKGS | HM | KIND OF PACKAGES, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT | CLASS OR RATE | CHARGES |
|---|---|---|---|---|---|
| 2 |  | 25160808 - 1800 | 1248 |  |  |
|  |  |  |  |  |  |
|  |  |  | 9-23-05 |  |  |
|  |  | Gary Gossett | TB# 905 |  |  |

\* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$_____ per _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

**Darlene Kelly**
(Signature of Consignor)

FREIGHT CHARGES
Check Appropriate Box:

☐ Freight prepaid   ☑ Collect

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of receipt by the carrier of the property described in the Original Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.
"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation."

**MCC** _____ Shipper, Per **Darlene Kelly** _____ Agent, Per _____

Permanent post office address of shipper + Mark with "X" to designate Hazardous Material as defined in Title 49 of Federal Regulations.

**TOPS** FORM No. 3841
Printed in the U.S.A.

For further details on TRANSPORTING HAZARDOUS MATERIALS see Federal Regulations 49 CFR, Part 172.

1

1

# DELPHI VEGA

*RECEIPT ADVICE*

REF #   | 0184762712 |

| DATE TYPE | | DATE |
|---|---|---|
| 137 | Document/message date/time | 20050926 |

SHIPPER ID #                           ACTUAL SHIP NOTICE DATE

| 11012 |                               | 20050923 |

BILL OF LADING #                       CUSTOMER REFERENCE #

| 0184762712 |

GOODS RECEIPT   | 632 |

| PARTY TYPE | | PARTY ID |
|---|---|---|
| SU | Supplier | 0001006678 |

RESPONSIBLE AGENCY CODE   | 92 | Assigned By Buyer |

| PARTY TYPE | | PARTY ID |
|---|---|---|
| ST | Ship to | E101 |

RESPONSIBLE AGENCY CODE   | 92 | Assigned By Buyer |

## ===== *CONSIGNMENT PACKING SEQUENCE* =====

NO PACKAGING HIERARCHY   | 4 |

## ===== *LINE ITEM* =====

DELPHI ASSIGNED PART #   | 25160808 |

QTY DIFFERENCE                QTY TYPE

| 0 |                          | 119 | Short shipped |

DELPHI SCHEDULE AGREEMENT #   | 0550014386 |

| **QTY TYPE** | | QTY |
|---|---|---|
| 12 | Despatch quantity | 1800 |

| **QTY TYPE** | | QTY |
|---|---|---|
| 48 | Received quantity | 1800 |

# INVOICE

PORT CITY GROUP
MUSKEGON CASTINGS D# 879941326
1985 E. LAKETON AVE.
231-777-3941  MUSKEGON,

| 1 | 103 |

| INVOICE NO. | PAGE |
|---|---|
| 51487 | 1 |
| INVOICE DATE | |
| 09/27/05 | |

REMIT TO:
1985 E. LAKETON AVENUE
MUSKEGON, MICHIGAN 49442

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENTS ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48343-6040

DELPHI AUTOMOTIVE SYSTEMS
REC. AREA 603
1101 NORTH CENTER RD.
FLINT, MI 48556

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC | SLSPRSN | PURCHASE ORDER NO. | PACKING SLIP | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 01151 | 04/12/05 | ACSPAR | MC | 001 | 550014386 | | CUTOMER PICK UP | |

| QUANTITY ORDER/B.O. | QUANTITY SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 7200.0000 | 4500.0000 | 320 | 2.049240 | EA | |
| 4500.0000 | | 25160808 | | | 5,532.95 |
| | | 67mm diffuser | | | |

COMMENTS

| | |
|---|---|
| SALE AMOUNT | 5,532.95 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 5,532.95 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 5,532.95 |

TERMS  NET 30 DAYS

X03 REV B 3/03

*Dahlline*

9-27-05   11031

TO Consignee: *Delphi*

FROM SHIPPER **MUSKEGON CASTING CORP**
**2325 S. Sheridan**
**Muskegon, MI 49442**

Street: *1101 North Center Rd*

Destination: *Flint MI*   Zip Code *48556*

Emergency Response Phone No.

Route:

Vehicle No.

| No. Packages | HM | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Rate | Charges |
|---|---|---|---|---|---|
| 3 | | 25160808 - 2700 pcs | 1872 | | |
| | | 9-27-05 | | TR# 405 | |
| | | *Gary Dossett* | | | |

REMIT C.O.D. TO:
ADDRESS

C.O.D. AMT

COD FEE:
PREPAID □
COLLECT □

TOTAL CHARGES

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is 'carrier's or shipper's weight'.

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$_____ per _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

*Darlene Kelly*
(Signature of Consignor)

FREIGHT CHARGES
Check Appropriate Box:

□ Freight prepaid   ☒ Collect

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of receipt by the carrier of the property described in the Original Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

*MCC* _____ Shipper, Per *Darlene Kelly* _____   Agent, Per _____

Permanent post office address of shipper   + Mark with "X" to designate Hazardous Material as defined in Title 49 of Federal Regulations.

**TOPS** FORM No. 3841
Printed in the U.S.A.

For further details on TRANSPORTING HAZARDOUS MATERIALS see Federal Regulations 49 CFR, Part 172.

1

```
                                                              PG NO.      1
PORT CITY GROUP                                         ORDER NO.     1151
MUSKEGON CASTINGS D# 879941326                              DATE:  04/12/0
1985 E. LAKETON AVE.                              CUST. P/O # 5500143
MUSKEGON, MI.   49442
231-777-3941                              SID #
```

BILL TO:                              SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS             DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENTS ANALYSIS DEPT.          REC. AREA 603
P.O. BOX 436040                       1101 NORTH CENTER RD.
PONTIAC, MI 48343-6040                FLINT, MI 48556


| CUSTOMER NO. | SHIP DATE | SHIP VIA | SHIPPING INSTRUCTIONS |
|---|---|---|---|
| ACSPAR | 09/27/05 | CUTOMER PICK UP | |


| QTY ORDERED | QTY TO SHIP | ITEM NO./DESCRIPTION | UM | QTY PACKED |
|---|---|---|---|---|
| 7,200.00 | 2,700.00 | 320 | EA | |
| | | 25160808 | | . . . . . . . . . . . . |
| | | 67mm diffuser | | |


```
            TOTAL                          TOTAL
        QTY ORDERED                    QTY PACKED
          7,200.00                       2,700.00
```

1

# DELPHI VEGA

## *RECEIPT ADVICE*

REF #    `0184778356`

| DATE/TIME | | DATE |
|---|---|---|
| 137 | Document/message date/time | 20050928 |

SHIPPER ID #

`11031`

ACTUAL SHIP NOTICE DATE

`20050927`

BILL OF LADING #

CUSTOMER REFERENCE #

`0184778356`

GOODS RECEIPT    `632`

| PARTY TYPE | | PARTY ID |
|---|---|---|
| SU | Supplier | `0001006678` |
| | RESPONSIBLE AGENCY CODE | 92 | Assigned By Buyer |

| PARTY TYPE | | PARTY ID |
|---|---|---|
| ST | Ship to | `E101` |
| | RESPONSIBLE AGENCY CODE | 92 | Assigned By Buyer |

## ===== *CONSIGNMENT PACKING SEQUENCE* =====

NO PACKAGING HIERARCHY    `4`

## ===== *LINE ITEM* =====

DELPHI ASSIGNED PART #    `25160808`

QTY DIFFERENCE

`0`

QTY TYPE

`119`    Short shipped

DELPHI SCHEDULE AGREEMENT #    `0550014386`

**QTY TYPE**    QTY

`12`    Despatch quantity    `2700`

**QTY TYPE**    QTY

`48`    Received quantity    `2700`

# INVOICE

11079

PORT CITY GROUP
MUSKEGON CASTINGS D# 879941326
1985 E. LAKETON AVE.
231-777-3941  MUSKEGON,

| INVOICE NO. | PAGE |
|---|---|
| 51539 | 1 |
| INVOICE DATE | |
| 10/04/05 | |

REMIT TO·

**1985 E. LAKETON AVENUE**
**MUSKEGON, MICHIGAN 49442**

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENTS ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48343-6040

DELPHI AUTOMOTIVE SYSTEMS
REC. AREA 603
1101 NORTH CENTER RD.
FLINT, MI 48556

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC | SLSPRSN | PURCHASE ORDER NO. | PACKING SLIP | SHIP VIA | COL/PPL |
|---|---|---|---|---|---|---|---|---|
| 01151 | 04/12/05 | ACSPAR | MC | 001 | 550014386 | | CUTOMER PICK UP | |

| QUANTITY ORDER/B.O. | QUANTITY SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 4500.0000 | | 320 | 2.065490 | | |
| 3600.0000 | | 25160808 | | | 1,858.94 |
| | | 67mm diffuser | | | |

COMMENTS

| | |
|---|---|
| SALE AMOUNT | 1,858.94 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 1,858.94 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 1,858.94 |

TERMS  NET 30 DAYS

INV 003 REV B 3/03

```
                                          PG NO.      1
PORT CITY GROUP                          ORDER NO.   1151
MUSKEGON CASTINGS D# 879941326            DATE:  04/12/C
1985 E. LAKETON AVE.                     CUST. P/O # 5500143
MUSKEGON, MI.  49442
231-777-3941                      SID #
```

BILL TO:                        SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS        DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENTS ANALYSIS DEPT.     REC. AREA 603
P.O. BOX 436040                  1101 NORTH CENTER RD.
PONTIAC, MI 48343-6040           FLINT, MI 48556


CUSTOMER NO.   SHIP DATE    SHIP VIA              SHIPPING INSTRUCTIONS
ACSPAR         10/04/05  CUTOMER PICK UP


| QTY ORDERED | QTY TO SHIP | ITEM NO./DESCRIPTION | UM | QTY PACKED |
|---|---|---|---|---|
| 4,500.00 | 900.00 | 320 | EA | . . . . . . . . . . . . |
| | | 25160808 | | |
| | | 67mm diffuser | | |


```
                TOTAL                  TOTAL
             QTY ORDERED            QTY PACKED
              4,500.00                900.00
```

1

# DELPHI VEGA

*RECEIPT ADVICE*

REF #    0185039219

| DATE TYPE | | DATE |
|---|---|---|
| 137 | Document/message date/time | 20051005 |

SHIPPER ID #
00011075

ACTUAL SHIP NOTICE DATE
20051005

BILL OF LADING #

CUSTOMER REFERENCE #
0185039219

GOODS RECEIPT    632

| PARTY TYPE | | PARTY ID |
|---|---|---|
| SU | Supplier | 0001006678 |
| | RESPONSIBLE AGENCY CODE | 92 | Assigned By Buyer |

| PARTY TYPE | | PARTY ID |
|---|---|---|
| ST | Ship to | E101 |
| | RESPONSIBLE AGENCY CODE | 92 | Assigned By Buyer |

## ===== *CONSIGNMENT PACKING SEQUENCE* =====

NO PACKAGING HIERARCHY    4

## ===== *LINE ITEM* =====

DELPHI ASSIGNED PART #    25160808

QTY DIFFERENCE
0

QTY TYPE
119    Short shipped

DELPHI SCHEDULE AGREEMENT #    0550014386

| QTY TYPE | | QTY |
|---|---|---|
| 12 | Despatch quantity | 900 |

| QTY TYPE | | QTY |
|---|---|---|
| 48 | Received quantity | 900 |

# INVOICE



PORT CITY GROUP
MUSKEGON CASTINGS D# 879941326
1985 E. LAKETON AVE.
231-777-3941  MUSKEGON,

| INVOICE NO. | PAGE |
|---|---|
| 51540 | 1 |
| INVOICE DATE | |
| 10/04/05 | |

REMIT TO:
1985 E. LAKETON AVENUE
MUSKEGON, MICHIGAN 49442

DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENTS ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48343-6040

DELPHI AUTOMOTIVE SYSTEMS
REC. AREA 603
1101 NORTH CENTER RD.
FLINT, MI 48556

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC | SLS.PRSN | PURCHASE ORDER NO. | PACKING SLIP | SHIP VIA | COU/PPI |
|---|---|---|---|---|---|---|---|---|
| 01152 | 06/10/04 | ACSPAR | MC | 001 | 550014388 | | CUTOMER PICK UP | |

| QUANTITY ORDER/B.O. | QUANTITY SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 1800.0000 | 1800.0000 | 321<br>25008251<br>67MM FLOW BODY | 2.080920 | EA | 9,364.14 |

| COMMENTS | | |
|---|---|---|
| | SALE AMOUNT | 9,364.14 |
| | MISC. CHARGES | .00 |
| | FREIGHT | .00 |
| | SALES TAX | .00 |
| | TOTAL | 9,364.14 |
| TERMS NET 30 DAYS | AMOUNT RECEIVED | .00 |
| | BALANCE DUE | 9,364.14 |

INV 003 REV B 3/03

PORT CITY GROUP
MUSKEGON CASTINGS D# 879941326
1985 E. LAKETON AVE.
MUSKEGON, MI.   49442
231-777-3941

PG NO.       1
ORDER NO.    1152
DATE: 06/10/0
CUST. P/O # 5500143

SID #

BILL TO:
DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENTS ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48343-6040

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
REC. AREA 603
1101 NORTH CENTER RD.
FLINT, MI 48556

CUSTOMER NO.   SHIP DATE    SHIP VIA              SHIPPING INSTRUCTIONS
ACSPAR         10/04/05   CUTOMER PICK UP

| QTY ORDERED | QTY TO SHIP | ITEM NO./DESCRIPTION | UM | QTY PACKED |
|---|---|---|---|---|
| 1,800.00 | 4,500.00 | 321 | EA | . . . . . . . . . . . . |
| | | 25008251 | | |
| | | 67MM FLOW BODY | | |

TOTAL
QTY ORDERED
1,800.00

TOTAL
QTY PACKED
4,500.00

# DELPHI VEGA

*RECEIPT ADVICE*

REF #    | 0185035418 |

| 137 | Document/message date/time | 20051005 |

SHIPPER ID #    | 11080 |

ACTUAL SHIP NOTICE DATE    | 20051004 |

BILL OF LADING #

CUSTOMER REFERENCE #    | 0185035418 |

GOODS RECEIPT    | 632 |

**PARTY TYPE**    | SU | Supplier |

**PARTY ID**    | 0001006678 |

RESPONSIBLE AGENCY CODE    | 92 | Assigned By Buyer |

**PARTY TYPE**    | ST | Ship to |

**PARTY ID**    | E101 |

RESPONSIBLE AGENCY CODE    | 92 | Assigned By Buyer |

## ===== *CONSIGNMENT PACKING SEQUENCE* =====

NO PACKAGING HIERARCHY    | 4 |

## ===== *LINE ITEM* =====

DELPHI ASSIGNED PART #    | 25008251 |

QTY DIFFERENCE    | 0 |

QTY TYPE    | 119 | Short shipped |

DELPHI SCHEDULE AGREEMENT #    | 0550014388 |

**QTY TYPE**    | 12 | Despatch quantity |

**QTY**    | 4500 |

**QTY TYPE**    | 48 | Received quantity |

**QTY**    | 4500 |

TO Consignee: _Subterrine_

_Biloh_

Street _Rec Area 1003_

Destination                    Zip Code

_101 N. Center Rd_

Route: _Flint, MI. 48556_

FROM Shipper:

**MUSKEGON CASTING CORP.**

**2325 S. Sheridan**

**Muskegon, MI 49442**

Emergency Response Phone N

Vehicle No.

| | HM | | | | | | CHARGES |
|---|---|---|---|---|---|---|---|
| 1 | | 25160XD8 - 900 | | 3744 | | | |
| 5/ | | 25008251 - 4500 | | | | | |
| 6 | | | | 10-4-05 | | | |
| | | | | | | | TR#307 |
| | | | _Gary Gosalt_ | | | | |

REMIT C.O.D. TO ADDRESS:

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$_____ per _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____ (Signature of Consignor)

TOTAL CHARGES:

FREIGHT CHARGES
Check Appropriate Box:

☐ Freight prepaid   ☑ Collect

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of receipt by the carrier of the property described in the Original Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.
This is to certify that the above named materials are property classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

_____ Shipper, Per _____                    _____ Agent, Per _____

Permanent post office address of shipper  + Mark with "X" to designate Hazardous Material as defined in Title 49 of Federal Regulations.

**TOPS** FORM No. 3841
Printed in the U.S.A.

For further details on TRANSPORTING HAZARDOUS MATERIALS see Federal Regulations 49 CFR, Part 172.

**1**