# ■AFRCT
### ATTORNEYS

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
tel: 626.535.1900
fax: 626.577.7764
www.afrct.com

MARK T. FLEWELLING
Email: mtf@afrct.com

October 12, 2005

Clerk of the Court
United States District Court
Southern District of New York
One Bowling Green
New York, NY 10004

    Re:   *In re Delphi Corporation, et al.*
           *Chapter 11 Case No. 05-44481-rdd*

Dear Clerk:

    Enclosed please find the original, face page, Chambers Copy and U.S. Trustee copy of Reclamation Demand Pursuant to 11 U.S.C. 546(c). Please file the document and return the conformed face page in the self-addressed stamped envelope provided.

    If you have any questions, please do not hesitate to contact me.

                         Very truly yours,

                         ANGLIN, FLEWELLING, RASMUSSEN,
                           CAMPBELL & TRYTTEN LLP

                        Lygeia Gerard, Secretary to
                        Mark T. Flewelling

MTF:ldj
Enclosures



RECEIVED
OCT 18 2005
U.S. BANKRUPTCY COURT
SO. DIST OF NEW YORK

J:\Docs\Delphi\Clerk Ltr 10.12.05-111713.DOC

Mark T. Flewelling (CA State Bar 96465)
ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, CA 91101
(626) 535-1900

Attorneys for Creditor
Stanley Electric Sales of America, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ X
                               :
In re                          :    Chapter 11
                               :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481-rdd
                               :
                               :    (Jointly Administered)
                    Debtors.   :
                               :
                               :
------------------------------ x

RECLAMATION DEMAND PURSUANT TO 11 U.S.C. 546(c)

TO DEBTOR, ITS COUNSEL OF RECORD, AND THE UNITED STATES TRUSTEE:

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. section 546(c), Stanley Electric Sales of America, Inc. ("Stanley") hereby reclaims the goods described as light emitting diodes (LEDs) that it sold to Debtor pursuant to the invoices listed on the ledger attached as Exhibit 1. Grounds for the reclamation claim, inter alia, are that Debtor received the goods within the time prescribed by 11 U.S.C. section 546(c)(1)(A) and 11 U.S.C. § 546(c)(1)(B), that the goods were sold in the ordinary course of business, and the Debtor received such goods while insolvent.



RECEIVED
OCT 18 2005
U.S BANKRUPTCY COURT
SO. DIST. OF NEW YORK

J:\Docs\Delphi\Reclamation Demand-111659.doc

Stanley will furnish copies of the invoices and other documents memorializing the sales on

Debtor's request.

DATED: October 11, 2005

ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP

By: _____
Mark T. Flewelling
Attorneys for Creditor Stanley Electric Sales of
America, Inc.

**EXHIBIT 1**

Delphi Accounts Receivable

| Customer Number | Invoice Amount | Invoice Date | Invoice Number | | |
|---|---|---|---|---|---|
| AD1000 | $ 2,000.00 | 9/22/2005 | 211007-01 | $ | 2,000.00 |
| AD1580 | $ 532.00 | 9/20/2005 | 1922084-32 | | |
| | $ 532.00 | 9/19/2005 | 1922084-31 | | |
| | $ 2,128.00 | 9/21/2005 | 1922084-33 | | |
| | $ 532.00 | 9/22/2005 | 1922084-34 | | |
| | $ 1,064.00 | 9/23/2005 | 1922084-35 | | |
| | $ 532.00 | 9/26/2005 | 1922084-36 | | |
| | $ 1,064.00 | 9/27/2005 | 1922084-37 | | |
| | $ 532.00 | 9/28/2005 | 1922084-38 | | |
| | $ 532.00 | 9/29/2005 | 1922084-39 | | |
| | $ 1,064.00 | 9/30/2005 | 1922084-40 | | |
| | $ 532.00 | 10/3/2005 | 1922084-41 | | |
| | $ 532.00 | 10/4/2005 | 1922084-42 | | |
| | $ 1,064.00 | 10/7/2005 | 1922084-43 | | |
| | $ 145.00 | 9/21/2005 | 200489-20 | | |
| | $ 2,128.00 | 9/19/2005 | 2004901-56 | | |
| | $ 2,660.00 | 9/20/2005 | 2004901-57 | | |
| | $ 3,724.00 | 9/21/2005 | 2004901-58 | | |
| | $ 532.00 | 9/23/2005 | 2004901-59 | | |
| | $ 3,192.00 | 9/26/2005 | 2004901-60 | | |
| | $ 2,660.00 | 9/27/2005 | 2004901-61 | | |
| | $ 2,128.00 | 9/28/2005 | 2004901-62 | | |
| | $ 1,596.00 | 9/29/2005 | 2004901-63 | | |
| | $ 2,660.00 | 9/30/2005 | 2004901-64 | | |
| | $ 2,128.00 | 10/3/2005 | 2004901-65 | | |
| | $ 2,128.00 | 10/4/2005 | 2004901-66 | | |
| | $ 6,804.00 | 9/19/2005 | 2004923-55 | | |
| | $ 6,720.00 | 9/20/2005 | 2004923-56 | | |
| | $ 6,888.00 | 9/21/2005 | 2004923-57 | | |
| | $ 7,980.00 | 9/22/2005 | 2004923-58 | | |
| | $ 6,888.00 | 9/23/2005 | 2004923-59 | | |
| | $ 6,888.00 | 9/26/2005 | 2004923-60 | | |
| | $ 6,888.00 | 9/27/2005 | 2004923-61 | | |
| | $ 6,720.00 | 9/28/2005 | 2004923-62 | | |
| | $ 6,468.00 | 9/29/2005 | 2004923-63 | | |
| | $ 6,468.00 | 9/30/2005 | 2004923-64 | | |
| | $ 6,804.00 | 10/3/2005 | 2004923-65 | | |
| | $ 6,552.00 | 10/4/2005 | 2004923-66 | | |
| | $ 6,468.00 | 10/5/2005 | 2004923-67 | | |
| | $ 10,752.00 | 10/6/2005 | 2004923-68 | | |
| | $ 6,804.00 | 10/7/2005 | 2004923-69 | | |
| | $ 2,184.00 | 9/19/2005 | 2004933-46 | | |
| | $ 2,184.00 | 9/20/2005 | 2004933-47 | | |
| | $ 1,512.00 | 9/21/2005 | 2004933-48 | | |
| | $ 1,764.00 | 9/22/2005 | 2004933-49 | | |

# EXHIBIT 1

|  |  |  |  |  |
|---|---|---|---|---|
|  | $ | 2,352.00 | 9/23/2005 2004933-50 |  |
|  | $ | 2,268.00 | 9/26/2005 2004933-51 |  |
|  | $ | 2,352.00 | 9/27/2005 2004933-52 |  |
|  | $ | 2,352.00 | 9/28/2005 2004933-53 |  |
|  | $ | 1,092.00 | 9/29/2005 2004933-54 |  |
|  | $ | 2,184.00 | 9/30/2005 2004933-55 |  |
|  | $ | 2,100.00 | 10/3/2005 2004933-56 |  |
|  | $ | 2,016.00 | 10/4/2005 2004933-57 |  |
|  | $ | 2,604.00 | 10/5/2005 2004933-58 |  |
|  | $ | 3,108.00 | 10/6/2005 2004933-59 |  |
|  | $ | 2,268.00 | 10/7/2005 2004933-60 |  |
|  | $ | 8,316.00 | 9/20/2005 210948-01 |  |
|  | $ | 10,108.00 | 9/20/2005 210950-01 |  |
|  | $ | 10,108.00 | 9/23/2005 211040-01 |  |
|  | $ | 2,436.00 | 9/23/2005 211041-01 |  |
|  | $ | 8,316.00 | 9/23/2005 211042-01 |  |
|  | $ | 3,360.00 | 9/27/2005 211087-01 |  |
|  | $ | 3,724.00 | 9/27/2005 211088-01 | $ 221,121.00 |
| AD1796 | $ | 372.00 | 9/19/2005 1873534-41 |  |
|  | $ | 248.00 | 9/20/2005 1873534-42 |  |
|  | $ | 248.00 | 9/21/2005 1873534-43 |  |
|  | $ | 372.00 | 9/22/2005 1873534-44 |  |
|  | $ | 372.00 | 9/26/2005 1873534-45 |  |
|  | $ | 372.00 | 9/27/2005 1873534-46 |  |
|  | $ | 372.00 | 9/28/2005 1873534-47 |  |
|  | $ | 372.00 | 9/29/2005 1873534-48 |  |
|  | $ | 248.00 | 9/30/2005 1873534-49 |  |
|  | $ | 372.00 | 10/3/2005 1873534-50 |  |
|  | $ | 372.00 | 10/4/2005 1873534-51 |  |
|  | $ | 372.00 | 10/5/2005 1873534-52 |  |
|  | $ | 148.00 | 9/21/2005 1895481-77 |  |
|  | $ | 148.00 | 9/27/2005 1895481-78 |  |
|  | $ | 148.00 | 9/30/2005 1895481-79 |  |
|  | $ | 296.00 | 10/3/2005 1895481-80 |  |
|  | $ | 104.00 | 10/3/2005 1968542-28 |  |
|  | $ | 209.00 | 9/19/2005 2004942-58 |  |
|  | $ | 418.00 | 9/20/2005 2004942-59 |  |
|  | $ | 836.00 | 9/21/2005 2004942-60 |  |
|  | $ | 418.00 | 9/22/2005 2004942-61 |  |
|  | $ | 418.00 | 9/23/2005 2004942-62 |  |
|  | $ | 627.00 | 9/27/2005 2004942-64 |  |
|  | $ | 836.00 | 9/28/2005 2004942-65 |  |
|  | $ | 627.00 | 9/29/2005 2004942-66 |  |
|  | $ | 627.00 | 9/30/2005 2004942-67 |  |
|  | $ | 209.00 | 10/3/2005 2004942-68 |  |
|  | $ | 627.00 | 10/4/2005 2004942-69 |  |
|  | $ | 627.00 | 10/06/05 2004942-70 |  |
|  | $ | 627.00 | 10/7/2005 2004942-71 |  |
|  | $ | 324.00 | 9/19/2005 2004971-66 |  |
|  | $ | 324.00 | 9/20/2005 2004971-67 |  |
|  | $ | 324.00 | 9/22/2005 2004971-68 |  |

**EXHIBIT 1**

|  | | | | |
|---|---:|---|---|---:|
|  | $ 324.00 | 9/27/2005 | 2004971-69 | |
|  | $ 324.00 | 9/29/2005 | 2004971-70 | |
|  | $ 324.00 | 10/3/2005 | 2004971-71 | |
|  | $ 324.00 | 10/5/2005 | 2004971-72 | |
|  | $ 101.00 | 9/20/2005 | 205093-30 | |
|  | $ 101.00 | 9/22/2005 | 205093-31 | |
|  | $ 101.00 | 9/28/2005 | 205093-32 | |
|  | $ 202.00 | 9/29/2005 | 205093-33 | |
|  | $ 101.00 | 10/3/2005 | 205093-34 | |
|  | $ 47.00 | 9/20/2005 | 205094-31 | |
|  | $ 47.00 | 9/26/2005 | 205094-32 | |
|  | $ 141.00 | 9/28/2005 | 205094-33 | |
|  | $ 47.00 | 9/29/2005 | 205094-37 | |
|  | $ 47.00 | 10/4/2005 | 205094-35 | |
|  | $ 288.00 | 9/23/2005 | 208990-03 | |
|  | $ 49.00 | 10/4/2005 | 210233-03 | |
|  | $ 324.00 | 9/19/2005 | 210936-01 | |
|  | $ 209.00 | 9/20/2005 | 210951-01 | |
|  | $ 620.00 | 9/20/2005 | 210952-01 | |
|  | $ 744.00 | 9/26/2005 | 211074-01 | |
|  | $ 324.00 | 9/27/2005 | 211092-01 | |
|  | $ 296.00 | 9/27/2005 | 211108-01 | |
|  | $ 744.00 | 9/28/2005 | 211114-01 | |
|  | $ 744.00 | 10/3/2005 | 211214-01 | |
|  | $ 47.00 | 10/4/2005 | 211252-01 | |
|  | $ 372.00 | 10/5/2005 | 211335-01 | |
|  | $ 544.00 | 10/6/2005 | 211360-01 | $ 20,550.00 |
| AD1797 | $ 84.00 | 9/20/2005 | 2004882-44 | |
|  | $ 168.00 | 9/27/2005 | 2004882-45 | |
|  | $ 252.00 | 10/4/2005 | 2004882-46 | |
|  | $ 252.00 | 10/5/2005 | 2004882-47 | |
|  | $ 84.00 | 10/6/2005 | 2004882-48 | |
|  | $ 336.00 | 10/7/2005 | 2004882-49 | |
|  | $ 82.50 | 9/20/2005 | 200502-76 | |
|  | $ 82.50 | 9/26/2005 | 200502-77 | |
|  | $ 82.50 | 9/29/2005 | 200502-78 | |
|  | $ 82.50 | 10/7/2005 | 200502-79 | |
|  | $ 145.00 | 9/19/2005 | 2005033-09 | |
|  | $ 145.00 | 9/20/2005 | 2005033-10 | |
|  | $ 72.50 | 9/23/2005 | 2005033-11 | |
|  | $ 145.00 | 9/23/2005 | 2005033-12 | |
|  | $ 145.00 | 9/26/2005 | 2005033-13 | |
|  | $ 145.00 | 9/27/2005 | 2005033-14 | |
|  | $ 145.00 | 9/29/2005 | 2005033-15 | |
|  | $ 145.00 | 9/30/2005 | 2005033-16 | |
|  | $ 145.00 | 10/3/2005 | 2005033-17 | |
|  | $ 145.00 | 10/4/2005 | 2005033-18 | |
|  | $ 84.00 | 9/20/2005 | 200504-42 | |
|  | $ 145.00 | 9/20/2005 | 210949-01 | |
|  | $ 435.00 | 9/27/2005 | 211089-01 | |
|  | $ 168.00 | 10/4/2005 | 211238-01 | $ 3,715.50 |

**EXHIBIT 1**

| | | | | |
|---|---|---|---|---|
| AD1803 | $ 84.00 | 9/21/2005 | 201950-41 | |
| | $ 84.00 | 9/28/2005 | 201950-42 | |
| | $ 84.00 | 10/4/2005 | 201950-43 | $ 252.00 |
| AD1900 | $ 364.00 | 9/21/2005 | 1852562-69 | |
| | $ 624.00 | 9/27/2005 | 1852562-70 | |
| | $ 364.00 | 10/4/2005 | 1852562-71 | |
| | $ 122.00 | 9/26/2005 | 185257-98 | |
| | $ 47.00 | 9/19/2005 | 1852591-37 | |
| | $ 47.00 | 9/26/2005 | 1852591-38 | |
| | $ 47.00 | 10/3/2005 | 1852591-39 | |
| | $ 14,579.20 | 9/21/2005 | 1852603-78 | |
| | $ 12,542.40 | 9/27/2005 | 1852603-79 | |
| | $ 857.60 | 10/3/2005 | 1852603-80 | |
| | $ 15,820.00 | 9/21/2005 | 1852613-70 | |
| | $ 21,809.00 | 9/28/2005 | 1852613-71 | |
| | $ 6,441.00 | 10/5/2005 | 1852613-72 | |
| | $ 2,730.00 | 9/21/2005 | 202015-68 | |
| | $ 3,315.00 | 9/28/2005 | 202015-69 | |
| | $ 1,365.00 | 10/4/2005 | 202015-70 | |
| | $ 600.00 | 9/20/2005 | 205525-20 | |
| | $ 450.00 | 9/27/2005 | 205525-21 | |
| | $ 1,050.00 | 10/3/2005 | 205525-22 | |
| | $ 906.00 | 9/29/2005 | 211127-01 | $ 84,080.20 |
| AD2005 | $ 105.00 | 9/26/2005 | 1879922-47 | |
| | $ 105.00 | 10/3/2005 | 1879922-48 | |
| | $ 105.00 | 10/6/2005 | 1879922-49 | |
| | $ 128.00 | 9/19/2005 | 1881006-75 | |
| | $ 8,928.00 | 9/19/2005 | 1919704-17 | |
| | $ 8,680.00 | 9/20/2005 | 1919704-18 | |
| | $ 7,936.00 | 9/21/2005 | 1919704-19 | |
| | $ 8,804.00 | 9/22/2005 | 1919704-20 | |
| | $ 8,928.00 | 9/23/2005 | 1919704-21 | |
| | $ 8,928.00 | 9/26/2005 | 1919704-22 | |
| | $ 8,680.00 | 9/27/2005 | 1919704-23 | |
| | $ 9,424.00 | 9/28/2005 | 1919704-24 | |
| | $ 8,804.00 | 9/29/2005 | 1919704-25 | |
| | $ 9,052.00 | 9/30/2005 | 1919704-26 | |
| | $ 8,308.00 | 10/3/2005 | 191704-27 | |
| | $ 8,928.00 | 10/4/2005 | 1919704-28 | |
| | $ 10,540.00 | 10/5/2005 | 1919704-29 | |
| | $ 9,920.00 | 10/6/2005 | 1919704-30 | |
| | $ 8,432.00 | 10/7/2005 | 1919704-31 | |
| | $ 392.00 | 9/19/2005 | 1945814-82 | |
| | $ 686.00 | 9/21/2005 | 1945814-83 | |
| | $ 980.00 | 9/22/2005 | 1945814-84 | |
| | $ 1,078.00 | 9/23/2005 | 1945814-85 | |
| | $ 588.00 | 9/26/2005 | 1945814-86 | |
| | $ 588.00 | 9/27/2005 | 1945814-87 | |
| | $ 588.00 | 9/28/2005 | 1945814-88 | |

# EXHIBIT 1

|   | | | | |
|---|---:|---|---|---:|
|   | $ | 490.00 | 9/29/2005 1945814-89 | |
|   | $ | 588.00 | 9/30/2005 1945814-90 | |
|   | $ | 392.00 | 10/3/2005 1945814-91 | |
|   | $ | 392.00 | 10/4/2005 1945814-92 | |
|   | $ | 490.00 | 10/5/2005 1945814-93 | |
|   | $ | 294.00 | 10/6/2005 1945814-94 | |
|   | $ | 392.00 | 10/7/2005 1945814-95 | |
|   | $ | 72.50 | 9/22/2005 200499-74 | |
|   | $ | 72.50 | 9/27/2005 200499-75 | |
|   | $ | 408.00 | 9/19/2005 210500-11 | |
|   | $ | 408.00 | 9/20/2005 210500-12 | |
|   | $ | 680.00 | 9/21/2005 210500-13 | |
|   | $ | 1,088.00 | 9/22/2005 210500-14 | |
|   | $ | 816.00 | 9/23/2005 210500-15 | |
|   | $ | 680.00 | 9/26/2005 210500-16 | |
|   | $ | 544.00 | 9/27/2005 210500-17 | |
|   | $ | 136.00 | 10/6/2005 210500-18 | |
|   | $ | 1,768.00 | 9/20/2005 210953-01 | |
|   | $ | 96.00 | 9/20/2005 210957-01 | |
|   | $ | 288.00 | 9/21/2005 210957-02 | |
|   | $ | 288.00 | 9/22/2005 210957-03 | |
|   | $ | 224.00 | 9/24/2005 210957-04 | |
|   | $ | 192.00 | 9/26/2005 210957-05 | |
|   | $ | 192.00 | 9/27/2005 210957-06 | |
|   | $ | 96.00 | 10/3/2005 210957-07 | |
|   | $ | 96.00 | 10/4/2005 210957-08 | |
|   | $ | 160.00 | 9/20/2005 210959-01 | |
|   | $ | 2,976.00 | 9/27/2005 211090-01 | |
|   | $ | 1,364.00 | 10/4/2005 211239-01 | $ 155,318.00 |
| AD5050 | $ | 588.00 | 9/28/2005 211038-01 | |
|   | $ | 4,256.00 | 9/28/2005 211039-01 | |
|   | $ | 1,188.00 | 9/28/2005 211115-01 | |
|   | $ | 1,188.00 | 10/7/2005 211333-03 | $ 7,220.00 |
|   | $494,256.70 | | | $494,256.70 |

Mark T. Flewelling (CA State Bar 96465)
ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, CA 91101
(626) 535-1900

Attorneys for Creditor
Stanley Electric Sales of America, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481-rdd |
| | (Jointly Administered) |
| Debtors. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

Document Served: - **RECLAMATION DEMAND PURSUANT TO 11 U.S.C. 546(c)**

The undersigned certifies that a copy of the documents listed above were served upon the parties listed in the attached Exhibit A at their respective addresses by either electronic notice or overnight delivery, delivery fees pre-paid, by placing the envelope in the overnight delivery drop box on the date indicated below.

Date of Service: October 11, 2005

I declare that the statement above is true to the best of my information, knowledge and belief.

*/s/ Malinda Sinclair*
Malinda Sinclair
Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP

## EXHIBIT A

*Debtor*
**Delphi Corporation**
5725 Delphi Drive
Troy, MI 48098
Tax ID: 38-3430473

*Debtors Counsel*
**John Wm. Butler, Jr.**
Skadden Arps Slate Meagher & Flom (IL)
333 West Wacker Drive
Chicago, IL 60606-1285
Phone: (312) 407-0730
Fax: (312) 407-0411
Email: jbutler@skadden.com

**Kayalayn A. Marafioti**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Phone (212) 735-3000
Fax: (212) 735-2000
Email: kmarafio@skadden.com

**Thomas J. Matz**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522
Phone (212) 735-3000
Fax: (917) 735-2000
Email: tmatz@skadden.com

*U.S. Trustee*
**United States Trustee**
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500

*Counsel for Trustee*
**Alicia M. Leonhard**
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
(212) 510-0508
Fax: (212) 668-2255