# Decatur Plastic Products, Inc.
## P.O. Box 1079
## 3250 North State Hwy. 7
## North Vernon, IN 47265

October 17, 2005

| | |
|---|---|
| Delphi Corporation<br>Attn: Joyce Luker, Plant Manager<br>4605 Airport Road<br>Gadsden, AL 35904 | VIA FACSIMILE to (256)413-4053 (with Exhibit A) |
| Delphi Corporation<br>Attn: Saundra Marion, Plant Manager<br>1105 Ed Stephens Rd<br>Cottondale, AL 35453-2516 | VIA FACSIMILE to (205) 554-3401 (with Exhibit A) |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: John K. Lyons, Esq.<br>Attn: Allison Verderber Herriott, Esq.<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606 | VIA FACSIMILE to (312) 407-0411(with Exhibit A), and e-mail to jlyonsch@skadden.com (with Exhibit A) |
| Delphi Corporation<br>World Headquarters<br>5725 Delphi Drive<br>Troy, Michigan 48098-2815 | VIA FACSIMILE to (248) 813-2670 (with Exhibit A)<br>And to (248) 813-2499 (with Exhibit A) |

RE:   **Reclamation Demand by Decatur Plastic Products, Inc.**
       Bankruptcy Petition filed by Delphi Corporation, et al., Case No.05-44481 (AJG),
       Southern District of New York

Dear Sir/Madame:

    It has come to our attention that the above-referenced debtors (the "Debtor") have filed for protection under Title 11 of the United States Code. Pursuant to Section 2-702 of the Uniform Commercial Code, and in accordance with Section 546(c) of the United States Bankruptcy Code, Decatur Plastic Products, Inc. ("Decatur") hereby demands reclamation of the goods received by the Debtor from September 27, 2005 to October 7, 2005.

    The demand specifically includes but is not limited to goods identified on the records annexed hereto. The records annexed hereto reflect unpaid invoices **totaling $219,053.60.** In light of your recent bankruptcy filing, you are further notified that all goods subject to our right of reclamation must be protected and segregated by you and shall not be used for any purpose whatsoever except those specifically authorized following notice and a hearing by the bankruptcy court.

    Decatur further reserves the right to amend and supplement this Reclamation Notice (including filing additional evidence in support of this Reclamation Notice) or to file additional reclamation notices or claims; including without limitation, all other claims at law or in equity. Decatur also reserves all rights accruing to it, and the filing of this Reclamation Notice is not intended to be and shall not be construed as:

641910, v.4, last revised 10/17 (12212-1)

(1) an election of remedy; (2) a waiver of any past, present, or future defaults or events of default; or (3) a waiver or limitation of any rights of Decatur.

Please acknowledge receipt of Decatur's reclamation and payment demand by signing and dating this letter where indicated below and returning it to me by telecopier, **(812) 346-5210.** My telephone number is (812) 346-5159 ext.222 .

Thank you for your anticipated cooperation.

                Sincerely,

                _____
                Ms. Becky Gillenwater
                Chief Financial Officer, Decatur Plastic Products, Inc.

-------------------------------------------------------------------------

**PLEASE SIGN AND FAX TO (812) 346-5210**

Receipt acknowledged this _____ day of _____, 2005, at _____ ___.m.

        Name: _____

        Printed: _____

        Title: _____

Page Two of Two

Reclamation Demand Letter Dated October 17, 2005
to Delphi Corporation LLC et al.

641910, v.4, last revised 10/17 (12212-1)

## Reclamation Demand by Decatur Plastic Products, Inc.

Bankruptcy Petition filed by Delphi Corporation, et al., Case No.05-44481 (AJG), Southern District of New York

| Shipment ID # | Receipt Date | Invoice # | Invoice Amount | Notes |
|---|---|---|---|---|
| 773-4 | 9/27/2005 | 855-856 | 1,992.78 | |
| 776-7 | 9/27/2005 | 859-860 | 11,728.24 | |
| 778 | 9/27/2005 | 861 | 1,821.87 | |
| 779-780 | 9/27/2005 | 865-866 | 8,353.86 | |
| 781-2 | 9/28/2005 | 867-870 | 5,969.04 | |
| 784-5 | 9/28/2005 | 871-872 | 1,879.61 | |
| 225 | 9/29/2005 | 873,874,1013 | 6,794.14 | |
| 227A | 9/30/2005 | 875-876 | 10,813.88 | |
| 228 | 9/30/2005 | 877-878 | 15,822.78 | |
| 794-6 | 9/30/2005 | 879-883 | 9,698.81 | |
| 226A | 9/29/2005 | 884,885,1006 | 12,356.33 | |
| 800-801 | 9/30/2005 | 886-887 | 5,650.78 | |
| 229 | 10/1/2005 | 892-893 | 1,021.24 | |
| 230CARA | 10/3/2005 | 894 | 1,036.00 | |
| 231 | 10/4/2005 | 895-896 | 7,583.38 | |
| 232 | 10/3/2005 | 897-898 | 4,513.13 | |
| 233 | 10/4/2005 | 899 | 414.40 | |
| 234 | 10/3/2005 | 900-901 | 3,413.20 | |
| 236 | 10/3/2005 | 902-903 | 2,855.02 | |
| 237 | 10/4/2005 | 904-905 | 1,351.20 | |
| 238 | 10/5/2005 | 906-907 | 4,112.52 | |
| 239 | 10/4/2005 | 908-909 | 2,119.62 | |
| 240 | 10/4/2005 | 910,911,1007,1008 | 10,450.53 | |
| 822-823 | 10/5/2005 | 912,913,1009 | 9,084.21 | |
| 826-7 | 10/5/2005 | 921,923,1010,1011 | 8,696.57 | |
| 828-9 | 10/7/2005 | 922,924,925,927 | 8,232.80 | |
| 831-832 | 10/6/2005 | 926,928 | 1,181.49 | |
| 833-834 | 10/7/2005 | 929-930 | 11,722.32 | |
| 835-836 | 10/7/2005 | 931,932,1012 | 6,986.39 | |
| 839-840 | 10/7/2005 | 935-936 | 14,091.53 | |
| 841-2 | 10/7/2005 | 937-938 | 9,039.54 | |
| 837-8 | 10/7/2005 | 933-934 | 4,077.36 | Not able to verify receipt date |
| 844-5 | 10/8/2005 | 940-941 | 6,934.30 | Not able to verify receipt date |
| 846-7 | 10/8/2005 | 942-943 | 7,254.73 | Not able to verify receipt date |
| Total | | | 219,053.60 | |