# MURTHA CULLINA LLP

A T T O R N E Y S   A T   L A W

CITYPLACE 1
185 ASYLUM STREET
HARTFORD, CONNECTICUT 06103-3469

TELEPHONE (860) 240-6000
FACSIMILE (860) 240-6150
www.murthalaw.com

ROBERT A. WHITE
(860) 240-6031
RWHITE@MURTHALAW.COM

October 18, 2002

**VIA UPS OVERNIGHT**

Office of the Clerk
United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

    Re:   In re: Delphi Corporation, et al.
            Case No. 05-44481

Dear Sir or Madam:

    Regarding the above-referenced case, enclosed please find: (a) a Notice of Demand for Reclamation on behalf of Lydall Thermal/Acoustical Sales Co. LLC; and (b) a Notice of Demand for Reclamation on behalf of Oxford Industries of CT, Inc. d/b/a Oxford Polymers.

    Pursuant to the notice posted on the Court's website, we are filing these paper notices with your office rather than electronically because the Court's ECF system is unavailable. Kindly time-stamp one copy of each notice, and return the time-stamped copies to this office in the enclosed envelope.

    Please contact me with any questions.

                                        Very truly yours,

                                        Robert A. White

Enclosures

840190



RECEIVED
OCT 19 2005
U.S BANKRUPTCY COURT
SO DIST. OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
                                                      :
    In re                                             :    CHAPTER 11
                                                      :
DELPHI CORPORATION, et al.,                           :    CASE NO. 05-44481
                                                      :
                    Debtors.                          :    (Jointly Administered)
                                                      :
------------------------------------------------------x

### LYDALL THERMAL/ACOUSTICAL SALES CO. LLC'S
### NOTICE OF DEMAND FOR RECLAMATION

PLEASE TAKE NOTICE, that on October 17, 2005, pursuant to 11 U.S.C. § 546(c), Lydall Thermal/Acoustical Sales Co. LLC served a written Demand for Reclamation upon debtors Delphi Corporation and Delphi Automotive Systems, LLC and their counsel. A true and accurate copy of that Demand for Reclamation is attached hereto at Exhibit A.

                                        LYDALL THERMAL/ACOUSTICAL SALES CO.
                                        LLC

                                        By _____
                                        Robert A. White (RW 8229)

                                        Murtha Cullina LLP
                                        CityPlace I-185 Asylum Street
                                        Hartford, Connecticut 06103
                                        Telephone: (860) 240-6000
                                        Facsimile: (860) 240-6150
                                        Attorneys for Lydall Thermal/Acoustical Sales Co. LLC

Dated: October 18, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Lydall Thermal/Acoustical Sales Co. LLC's Notice of Demand for Reclamation was served via facsimile and UPS Overnight on this 18th day of October, 2005 to:

John Wm. Butler, Jr, Esq.
Skadden, Arps, Slat, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, Il 60606
Fax: (312) 407-0477

Kayalyn A. Maragioti, Esq.
Skadden, Arps, Slat, Meagher & Flom, LLP
Four Times Square
New York, NY 10036
Fax: (212) 735-2000

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Fax: (212) 668-2255

_____
Robert A. White

839594

# MURTHA CULLINA LLP

A T T O R N E Y S   A T   L A W

CITYPLACE 1
185 ASYLUM STREET
HARTFORD, CONNECTICUT 06103-3469

TELEPHONE (860) 240-6000
FACSIMILE (860) 240-6150
www.murthalaw.com

ROBERT A. WHITE
(860) 240-6031
RWHITE@MURTHALAW.COM

October 17, 2005

**VIA FACSIMILE and UPS OVERNIGHT**

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Fax: (248) 813-2670

Delphi Automotive Systems, LLC
Energy & Chassis Divisions
PO Box 431
Warren, OH 44486
Fax: (330) 373-7393

John Wm. Butler, Jr, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Fax: (312) 407-0477
(Counsel for Debtor(s))

Kayalyn A. Maragioti, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036
Fax: (212) 735-2000
(Counsel for Debtor(s))

Re:   Demand for Reclamation

This firm represents Lydall Thermal/Acoustical Sales Co. LLC ("Lydall"). Pursuant to 11 U.S.C. § 546(c) and Uniform Commercial Code § 2-702, Lydall hereby demands reclamation of the following goods (the "Goods"): (a) 500 pcs GMT900 engine mount heat shields (Part #22216462PA) (Invoice # 79025); and (b) 20 pcs of the GMT345 engine mount heat shields (Part # 22236719DA) (Invoice #79024).

These Goods were sold on credit by Lydall to Delphi Automotive Systems, LLC, and the Goods were delivered to and received by Delphi Automotive Systems, LLC on or after September 27, 2005. The amount due and owing is $3,050.00, exclusive of fees, costs and interest (if applicable). This is a timely Demand for Reclamation.

Lydall reserves its right to amend, modify and/or supplement this Demand for Reclamation. Further, by making this demand, Lydall has not, and should not be deemed to have, waived any rights, remedies and/or claims, and all such rights, remedies and/or claims are hereby reserved.

Very truly yours,

Robert A. White

BOSTON      HARTFORD      NEW HAVEN