**BLANK ROME LLP**
Attorneys for Alpine Electronics of America, Inc.
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Craig A. Damast, Esquire
Jaime R. Prince, Esquire
Telephone:  (212) 885-5000

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, <u>et al.</u>, | : | Case No.  05-44481 (RDD) |
| | : | |
| | : | |
| Debtors. | : | |
| | : | |

**NOTICE OF RECLAMATION DEMAND OF
<u>ALPINE ELECTRONICS OF AMERICA, INC.</u>**

Please be advised that a Reclamation Demand on behalf of Alpine Electronics of

America, Inc. was served on October 10, 2005, upon the above-captioned Debtors and their

attorneys of record, John Wm. Butler, Jr., and Kayalyn A. Marafioti, Skadden, Arps, Slate

Meagher & Flom LLP.  A true and correct copy of the Reclamation Demand is attached hereto as

Exhibit "A" and incorporated herein by reference for all purposes.

Dated: October 18, 2005　　　　　　　　**BLANK ROME LLP**

　　　　　　　　　　　　　　　　　　/s/ Craig A. Damast
　　　　　　　　　　　　　　　　　　Craig A. Damast, Esquire
　　　　　　　　　　　　　　　　　　Jaime R. Prince, Esquire
　　　　　　　　　　　　　　　　　　The Chrysler Building
　　　　　　　　　　　　　　　　　　405 Lexington Avenue
　　　　　　　　　　　　　　　　　　New York, NY 10174
　　　　　　　　　　　　　　　　　　Telephone:  (212) 885-5000
　　　　　　　　　　　　　　　　　　Facsimile:  (212) 885-5001

　　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　Michael D. DeBaecke (DE No. 3186)
　　　　　　　　　　　　　　　　　　**BLANK ROME LLP**
　　　　　　　　　　　　　　　　　　Chase Manhattan Centre
　　　　　　　　　　　　　　　　　　1201 Market Street, Suite 800
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　Telephone:  (302) 425-6400
　　　　　　　　　　　　　　　　　　Facsimile:  (302) 425-6464

　　　　　　　　　　　　　　　　　　Counsel for Alpine Electronics of America, Inc.

# EXHIBIT A

900200.00001/40157346v.1



**ALPINE ELECTRONICS OF AMERICA, INC.**
www.alpine-usa.com
19145 Gramercy Place, Torrance, CA 90501-1162
Phone: (310) 326-8000 Fax: (310) 533-0369

October 10, 2005

Financial Services Dept
Delphi Corporation
Delphi Safety & Interior Systems
1401 Crooks Road
Troy MI 48084

Subject: Reclamation Demand by Alpine Electronics of America, Inc – $908,412.00

Delphi Financial Services

Demand is hereby made upon Delphi Corporation and its' Subsidiaries and Affiliates (collectively "Delphi"). Pursuant to section 2-702 of the Uniform Commercial Code, and section 546© of the United States Bankruptcy Code, for goods received during the reclamation period for the return of goods that Alpine Electronics of America, Inc had sold to "Delphi", which goods were received by "Delphi", during the reclamation period. This demand specifically includes, but is not limited to all goods described in the attached invoices hereto.

Kindly contact the undersigned for instructions for the immediate return of the goods. You are further notified that all goods subject to our rights of reclamation should be protected by "Delphi", and are not to be used for any purpose.

Alpine does not waive and expressly reserves the right to modify, amend, and/or supplement this reclamation demand. This demand is made without prejudice to any other rights or claims possessed by Alpine under applicable law or equity, all of which are expressly reserved.

Regards,

*[signature]*

Greg Giacone
Corporate Credit Mgr.
Alpine Electronic of America, Inc.
19145 Gramercy Place
Torrance, Ca 90501
310/783/7069


Skaffen, Arts, Slate, Meagher & Flom LLP
333 West Wacker Dr, Suite 2100
Chicago, IL. 60606

Kayalyn A. Marafioti(KM 9632)
Thomas J. Matz (TM 5986)
Four Times Square

# ALPINE

**ALPINE ELECTRONICS OF AMERICA, INC.**
421 N. EMERSON AVE.
GREENWOOD IN 46142
(317)881-7700

REMIT TO: Alpine Electronics of Americ
PO Box 504167
St Louis MO 63150-4167

Page 1 of 1

# INVOICE

**Bill To:**
DELPHI
S & I HEADQUARTERS
1401 CROOKS RD
TROY MI 48084

**Ship To address**
DELPHI
SAFTEY & INTERIORS SYSTEMS
11005 ED STEPHENS RD
COTTONDALE AL 35453

| | |
|---|---|
| Invoice No. | 90252155 |
| Currency | USD |
| Invoice Date | 09/26/2005 |
| Due Date | 10/26/2005 |
| Payment Terms | Net 30 Days |
| Purchase Order | 20050926 |
| PO Date | 09/25/2005 |
| Sales Order No. | 173056 |
| Salesperson 820000 | AOAM Not Applicable |
| Freight Terms | COL |
| Bill of Lading No | |
| Shipment Id No | 80212851 |
| Date Of Shipment | 09/26/2005 |
| Waybill No. | |

BILL TO CUSTOMER : 308223   SHIP TO CUSTOMER : 306986

| Item | Product Number / Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 0010 | TRAILER NUMBER<br>53527<br>ORDERING PLANT CODE<br>618059844<br>CONTACT INFO<br>MCCAULLA, M.<br>205-554-3186<br>REFERENCE #<br>229<br>16878605<br>Net before Freight | 240 | 178.12 | 42,748.80<br>42,748.80 |
| | | | Total | $ 42,748.80 |

CLAIMS: ALL CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIPT OF GOODS. IF DAMAGED, CLAIMS MUST BE MADE WITH CARRIER.

PLEASE PAY BY INVOICE
STATEMENT AVAILABLE UPON REQUEST
RETAIN THIS COPY FOR YOUR RECORDS

RETURNS: DO NOT RETURN MERCHANDISE WITHOUT PRIOR AUTHORIZATION FROM OUR OFFICE.

OCT. 11. 2005   9:09AM    ALPINE ELECTRONIC                              NO. 177    P. 4

# //////ALPINE.

# INVOICE

Page 1 of 1

ALPINE ELECTRONICS OF AMERICA, INC.
421 N. EMERSON AVE.
GREENWOOD IN 46142
(317)881-7700

**REMIT TO:** *Alpine Electronics of America*
PO Box 504167
St Louis MO 63150-4167

**Bill To:**
DELPHI
S & I HEADQUARTERS
1401 CROOKS RD
TROY MI 48084

**Ship To address**
DELPHI
SAFTEY & INTERIORS SYSTEMS
11005 ED STEPHENS RD
COTTONDALE AL 35453

| | |
|---|---|
| Invoice No. | 90282877 |
| Currency | USD |
| Invoice Date | 09/27/2005 |
| Due Date | 10/27/2005 |
| Payment Terms | Net 30 Days |
| Purchase Order | 20050927 |
| PO Date | 09/27/2005 |
| Sales Order No. | 177023 |
| Salesperson 820000 | AOAM Not Applicable |
| Freight Terms | COL |
| Bill of Lading No | |
| Shipment Id No | 80213367 |
| Date Of Shipment | 09/27/2005 |
| Waybill No. | |

BILL TO CUSTOMER : 308223    SHIP TO CUSTOMER : 306986

| Item | Product Number / Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 0010 | **TRAILER NUMBER**<br>53522<br>**ORDERING PLANT CODE**<br>618059844<br>**CONTACT INFO**<br>MCCAULLA, M.<br>205-554-3186<br>**REFERENCE #**<br>231<br>16878605<br>Net before Freight | 490 | 178.12 | 87,278.80<br>87,278.80 |
| | | | Total | $ 87,278.80 |

CLAIMS: ALL CLAIMS MUST BE MADE
WITHIN 5 DAYS AFTER RECEIPT OF GOODS.
IF DAMAGED, CLAIMS MUST BE MADE WITH
CARRIER.

PLEASE PAY BY INVOICE
STATEMENT AVAILABLE UPON REQUEST
RETAIN THIS COPY FOR YOUR RECORDS

RETURNS: DO NOT RETURN MERCHANDISE
WITHOUT PRIOR AUTHORIZATION FROM
OUR OFFICE.

OCT. 11. 2005  9:09AM    ALPINE ELECTRONIC                              NO. 177    P. 5

# //////ALPINE®

**ALPINE ELECTRONICS OF AMERICA, INC.**
421 N. EMERSON AVE.
GREENWOOD IN  46142
(317)881-7700

Page 1 of 1

# INVOICE

**REMIT TO:** Alpine Electronics of America
PO Box 504167
St Louis MO  63150-4167

DELPHI
S & I HEADQUARTERS
1401 CROOKS RD
TROY MI  48084

**Ship To address**
DELPHI
SAFTEY & INTERIORS SYSTEMS
11005 ED STEPHENS RD
COTTONDALE AL  35453

| | |
|---|---|
| Invoice No. | 90253319           Currency   USD |
| Invoice Date | 09/28/2005 .................. Due Date   10/28/2005 |
| Payment Terms | Net 30 Days |
| Purchase Order | 20050928 |
| PO Date | 09/28/2005 |
| Sales Order No. | 174974 |
| Salesperson 920000 | AOAM Not Applicable |
| Freight Terms | COL |
| Bill of Lading No | |
| Shipment Id No | 80214377 |
| Date Of Shipment | 09/28/2005 |
| Waybill No. | |

BILL TO CUSTOMER : 308223    SHIP TO CUSTOMER : 306988

| Item | Product Number / Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| | **TRAILER NUMBER** <br> 16045 <br> **ORDERING PLANT CODE** <br> 618059844 <br> **CONTACT INFO** <br> MCCAULLA, M. <br> 205-554-3186 <br> **REFERENCE #** <br> 292 | | | |
| 0010 | 16878605 <br> Net before Freight | 550 | 178.12 | 97,966.00 <br> 97,966.00 |
| | | | Total | $ 97,966.00 |

CLAIMS: ALL CLAIMS MUST BE MADE        PLEASE PAY BY INVOICE            RETURNS: DO NOT RETURN MERCHANDISE
WITHIN 6 DAYS AFTER RECEIPT OF GOODS.   STATEMENT AVAILABLE UPON REQUEST   WITHOUT PRIOR AUTHORIZATION FROM
IF DAMAGED, CLAIMS MUST BE MADE WITH    RETAIN THIS COPY FOR YOUR RECORDS  OUR OFFICE.
CARRIER.

OCT. 11. 2005  9:09AM    ALPINE ELECTRONIC                                    NO. 177    P. 6

Page 1 of 1

# //////ALPINE. 

# INVOICE

ALPINE ELECTRONICS OF AMERICA, INC.
421 N. EMERSON AVE.
GREENWOOD IN 46142
(317)881-7700

REMIT TO:   *Alpine Electronics of Americ*
*PO Box 504167*
*St Louis MO  63150-4167*

**BILL TO:**
DELPHI
S & I HEADQUARTERS
1401 CROOKS RD
TROY MI 48084

| | |
|---|---|
| Invoice No. | 80255356 |
| Invoice Date | 09/30/2005 ............... Due Date 10/30/2005 |
| Payment Terms | Net 30 Days |
| Purchase Order | 20050929 |
| PO Date | 09/29/2005 |
| Sales Order No. | 177030 |
| Salesperson 820000 | AOAM Not Applicable |
| Freight Terms | COL |
| Bill of Lading No | |
| Shipment Id No | 80215067 |
| Date Of Shipment | 09/29/2005 |
| Waybill No. | |

Currency  USD

**Ship To address**
DELPHI
SAFTEY & INTERIORS SYSTEMS
11005 ED STEPHENS RD
COTTONDALE AL 35453

BILL TO CUSTOMER : 306223    SHIP TO CUSTOMER : 306986

| Item | Product Number / Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| | TRAILER NUMBER<br>40088<br>ORDERING PLANT CODE<br>618059844<br>CONTACT INFO<br>MCCAULLA, M,<br>205-554-3186<br>REFERENCE #<br>233 | | | |
| 0010 | 16878605<br>Net before Freight | 560 | 178.12 | 99,747.20<br>99,747.20 |
| | | | Total | $ 99,747.20 |

CLAIMS: ALL CLAIMS MUST BE MADE     PLEASE PAY BY INVOICE     RETURNS: DO NOT RETURN MERCHANDISE
WITHIN 5 DAYS AFTER RECEIPT OF GOODS.  STATEMENT AVAILABLE UPON REQUEST   WITHOUT PRIOR AUTHORIZATION FROM
IF DAMAGED, CLAIMS MUST BE MADE WITH  RETAIN THIS COPY FOR YOUR RECORDS   OUR OFFICE.
CARRIER.

OCT. 11. 2005   9:09AM    ALPINE ELECTRONIC                                NO. 177    P. 7



Page 1 of 1

# INVOICE

ALPINE ELECTRONICS OF AMERICA, INC.
421 N. EMERSON AVE.
GREENWOOD IN 46142
(317)881-7700

**REMIT TO:** Alpine Electronics of America
PO Box 504167
St Louis MO 63150-4167

| | |
|---|---|
| Invoice No. | 80255357 |
| Currency | USD |
| Invoice Date | 09/30/2005 |
| Due Date | 10/30/2005 |
| Payment Terms | Net 30 Days |
| Purchase Order | 20050930 |
| PO Date | 09/30/2005 |
| Sales Order No. | 177031 |
| Salesperson 820000 | AOAM Not Applicable |
| Freight Terms | COL |
| Bill of Lading No | |
| Shipment Id No | 80216029 |
| Date Of Shipment | 09/30/2005 |
| Waybill No. | |

**Bill To:**
DELPHI
S & I HEADQUARTERS
1401 CROOKS RD
TROY MI 48084

**Ship To address**
DELPHI
SAFTEY & INTERIORS SYSTEMS
11005 ED STEPHENS RD
COTTONDALE AL 35453

BILL TO CUSTOMER : 805223    SHIP TO CUSTOMER : 306996

| Item | Product Number / Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| | TRAILER NUMBER<br>40088<br>ORDERING PLANT CODE<br>615059844<br>CONTACT INFO<br>MCCAULLA, M.<br>205-554-3186<br>REFERENCE #<br>234 | | | |
| 0010 | 16878605<br>Net before Freight | 500 | 178.12 | 89,060.00<br>89,060.00 |
| | | | Total | $ 89,060.00 |

CLAIMS: ALL CLAIMS MUST BE MADE
WITHIN 5 DAYS AFTER RECEIPT OF GOODS.
IF DAMAGED, CLAIMS MUST BE MADE WITH
CARRIER.

PLEASE PAY BY INVOICE
STATEMENT AVAILABLE UPON REQUEST
RETAIN THIS COPY FOR YOUR RECORDS

RETURNS: DO NOT RETURN MERCHANDISE
WITHOUT PRIOR AUTHORIZATION FROM
OUR OFFICE.

# //////ALPINE®

Page 1 of 1

# INVOICE

ALPINE ELECTRONICS OF AMERICA, INC.
421 N. EMERSON AVE.
GREENWOOD IN  46142
(317)881-7700

**REMIT TO:**    Alpine Electronics of Americ
PO Box 504167
St Louis MO  63150-4167

**Bill To**
DELPHI
S & I HEADQUARTERS
1401 CROOKS RD
TROY MI  48084

**Ship To address**
DELPHI
SAFTEY & INTERIORS SYSTEMS
11005 ED STEPHENS RD
COTTONDALE AL  35453

| | |
|---|---|
| Invoice No. | 90256446    Currency   USD |
| Invoice Date | 10/03/2005 .................. Due Date   11/02/2005 |
| Payment Terms | Net 30 Days |
| Purchase Order | 20051003 |
| PO Date | 10/03/2005 |
| Sales Order No. | 175099 |
| Salesperson 920000 | AOAM Not Applicable |
| Freight Terms | COL |
| Bill of Lading No | |
| Shipment Id No | 80216151 |
| Date Of Shipment | 10/03/2005 |
| Waybill No. | |

BILL TO CUSTOMER : 308223     SHIP TO CUSTOMER : 306986

## Invoice Details

| Item | Product Number / Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| | TRAILER NUMBER<br>45457<br>ORDERING PLANT CODE<br>618059544<br>CONTACT INFO<br>MCCAULLA, M.<br>205-554-3186<br>REFERENCE #<br>237 | | | |
| 0010 | 16878505<br>Net before Freight | 460 | 178.12 | 81,935.20<br>81,935.20 |
| | | | Total | $ 81,935.20 |

CLAIMS: ALL CLAIMS MUST BE MADE       PLEASE PAY BY INVOICE              RETURNS: DO NOT RETURN MERCHANDISE
WITHIN 5 DAYS AFTER RECEIPT OF GOODS.  STATEMENT AVAILABLE UPON REQUEST     WITHOUT PRIOR AUTHORIZATION FROM
IF DAMAGED, CLAIMS MUST BE MADE WITH   RETAIN THIS COPY FOR YOUR RECORDS                         OUR OFFICE.
CARRIER.

OCT. 11. 2005  9:10AM    ALPINE ELECTRONIC                                NO. 177   P. 9

# //////ALPINE®

Page 1 of 1

# INVOICE

ALPINE ELECTRONICS OF AMERICA, INC.
421 N. EMERSON AVE.
GREENWOOD IN  46142
(317)881-7700

**REMIT TO:**  Alpine Electronics of Americ
PO Box 504167
St Louis MO  63150-4167

**SOLD TO:**
DELPHI
S & I HEADQUARTERS
1401 CROOKS RD
TROY MI  48084

| | |
|---|---|
| Invoice No. | 90256692 |
| Currency | USD |
| Invoice Date | 10/04/2005 |
| Due Date | 11/03/2005 |
| Payment Terms | Net 30 Days |
| Purchase Order | 20051004 |
| PO Date | 10/04/2005 |
| Sales Order No. | 177032 |
| Salesperson 820000 | AOAM Not Applicable |
| Freight Terms | COL |
| Bill of Lading No | |
| Shipment Id No | 80216337 |
| Date Of Shipment | 10/04/2005 |
| Waybill No. | |

**Ship To address**
DELPHI
SAFTEY & INTERIORS SYSTEMS
11005 ED STEPHENS RD
COTTONDALE AL  35453

BILL TO CUSTOMER : 309223       SHIP TO CUSTOMER : 306968

| Item | Product Number / Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 0010 | TRAILER NUMBER<br>53531<br>ORDERING PLANT CODE<br>618059844<br>CONTACT INFO<br>MCCAULLA, M.<br>205-554-3186<br>REFERENCE #<br>238<br>16878605<br>Net before Freight | 600 | 178.12 | 106,872.00<br>106,872.00 |
| | | | Total | $ 106,872.00 |

CLAIMS: ALL CLAIMS MUST BE MADE
WITHIN 5 DAYS AFTER RECEIPT OF GOODS.
IF DAMAGED, CLAIMS MUST BE MADE WITH
CARRIER.

PLEASE PAY BY INVOICE
STATEMENT AVAILABLE UPON REQUEST
RETAIN THIS COPY FOR YOUR RECORDS

RETURNS: DO NOT RETURN MERCHANDISE
WITHOUT PRIOR AUTHORIZATION FROM
OUR OFFICE.

OCT. 11. 2005  9:11AM    ALPINE ELECTRONIC                                    NO. 177    P. 10

# //////ALPINE®

Page 1 of 1

# INVOICE

ALPINE ELECTRONICS OF AMERICA, INC.
421 N. EMERSON AVE.
GREENWOOD IN  46142
(317)881-7700

REMIT TO: *Alpine Electronics of Americ*
*PO Box 504167*
*St Louis MO  63150-4167*

**Bill To:**
DELPHI
S & I HEADQUARTERS
1401 CROOKS RD
TROY MI  48084

Ship To address
DELPHI
SAFTEY & INTERIORS SYSTEMS
11005 ED STEPHENS RD
COTTONDALE AL  35453

| | |
|---|---|
| Invoice No. | 80257528             Currency   USD |
| Invoice Date | 10/06/2005............... Due Date  11/05/2005 |
| Payment Terms | Net 30 Days |
| Purchase Order | 20051005 |
| PO Date | 10/05/2005 |
| Sales Order No. | 175827 |
| Salesperson 920000 | AOAM Not Applicable |
| Freight Terms | COL |
| Bill of Lading No | |
| Shipment Id No | 80216710 |
| Date Of Shipment | 10/06/2005 |
| Waybill No. | |

BILL TO CUSTOMER : 308223    SHIP TO CUSTOMER : 306986

| Item | Product Number / Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| | TRAILER NUMBER<br>40088<br>ORDERING PLANT CODE<br>618059844<br>CONTACT INFO<br>MCCAULLA, M.<br>205-554-3186<br>REFERENCE #<br>239 | | | |
| 0010 | 16878606<br>Net before Freight | 740 | 178.12 | 131,808.80<br>131,808.80 |
| | | | Total | $ 131,808.80 |

CLAIMS: ALL CLAIMS MUST BE MADE          PLEASE PAY BY INVOICE           RETURNS: DO NOT RETURN MERCHANDISE
WITHIN 5 DAYS AFTER RECEIPT OF GOODS.   STATEMENT AVAILABLE UPON REQUEST   WITHOUT PRIOR AUTHORIZATION FROM
IF DAMAGED, CLAIMS MUST BE MADE WITH    RETAIN THIS COPY FOR YOUR RECORDS                OUR OFFICE.
CARRIER.

OCT. 11. 2005  9:11AM    ALPINE ELECTRONIC                              NO. 177    P. 11

# //////ALPINE

Page 1 of 1

# INVOICE

ALPINE ELECTRONICS OF AMERICA, INC.
471 N. EMERSON AVE

**REMIT TO:** PO Box 504167
St Louis MO  63150-4167

**Bill To:**
DELPHI
S & I HEADQUARTERS
1401 CROOKS RD
TROY MI  48084

| | |
|---|---|
| Invoice Date | 10/06/2005 ........... Due Date  11/05/2005 |
| Payment Terms | Net 30 Days |
| Purchase Order | 20051006 |
| PO Date | 10/06/2005 |
| Sales Order No. | 177033 |
| Salesperson 820000 | AOAM Not Applicable |
| Freight Terms | COL |
| Bill of Lading No | |
| Shipment Id No | 80217013 |
| Date Of Shipment | 10/06/2005 |
| Waybill No. | |

**Ship To address**
DELPHI
SAFTEY & INTERIORS SYSTEMS
11005 ED STEPHENS RD
COTTONDALE AL  35453

BILL TO CUSTOMER : 308223       SHIP TO CUSTOMER : 306988

| Item | Product Number / Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| | TRAILER NUMBER | | | |
| | tr# 53522 | | | |
| | ORDERING PLANT CODE | | | |
| | 618059844 | | | |
| | CONTACT INFO | | | |
| | MCCAULLA, M. | | | |
| | 205-554-3186 | | | |
| | REFERENCE # | | | |
| | 240 | | | |
| 0010 | 16878605 | 480 | 178.12 | 85,497.60 |
| | Net before Freight | | | 85,497.60 |
| | | | Total | $ 85,497.60 |

CLAIMS: ALL CLAIMS MUST BE MADE
WITHIN 5 DAYS AFTER RECEIPT OF GOODS.
IF DAMAGED, CLAIMS MUST BE MADE WITH
CARRIER.

PLEASE PAY BY INVOICE
STATEMENT AVAILABLE UPON REQUEST
RETAIN THIS COPY FOR YOUR RECORDS

RETURNS: DO NOT RETURN MERCHANDISE
WITHOUT PRIOR AUTHORIZATION FROM
OUR OFFICE.

OCT. 11. 2005  9:12AM    ALPINE ELECTRONIC                                    NO. 177   P. 12

# //////ALPINE®

**ALPINE ELECTRONICS OF AMERICA, INC.**
421 N. EMERSON AVE.
GREENWOOD IN  46142
(317)881-7700

**REMIT TO:** Alpine Electronics of Americ
PO Box 504167
St Louis MO  63150-4167

Page 1 of 1

# INVOICE

DELPHI
S & I HEADQUARTERS
1401 CROOKS RD
TROY MI  48084

| | |
|---|---|
| Invoice No. | 90258127 |
| Currency | USD |
| Invoice Date | 10/07/2005 |
| Payment Terms | Payable immediately Due net |
| Purchase Order | 20051007 |
| PO Date | 10/07/2005 |
| Sales Order No. | 177035 |
| Salesperson 820000 | AOAM Not Applicable |
| Freight Terms | COL |
| Bill of Lading No | |
| Shipment Id No | 80217539 |
| Date Of Shipment | 10/07/2005 |
| Waybill No. | |

**Ship To address**
DELPHI
SAFTEY & INTERIORS SYSTEMS
11005 ED STEPHENS RD
COTTONDALE AL  35453

BILL TO CUSTOMER : 308223      SHIP TO CUSTOMER : 306986

## Invoice Details

| Item | Product Number / Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| | TRAILER NUMBER<br>tlr#w45457<br>ORDERING PLANT CODE<br>618059844<br>CONTACT INFO<br>MCCAULLA, M.<br>205-554-3186<br>REFERENCE #<br>241 | | | |
| 0010 | 16878605<br>Net before Freight | 480 | 178.12 | 85,497.60<br>85,497.60 |
| | | | Total | $ 85,497.60 |

CLAIMS: ALL CLAIMS MUST BE MADE        PLEASE PAY BY INVOICE            RETURNS: DO NOT RETURN MERCHANDISE
WITHIN 5 DAYS AFTER RECEIPT OF GOODS.   STATEMENT AVAILABLE UPON REQUEST   WITHOUT PRIOR AUTHORIZATION FROM
IF DAMAGED, CLAIMS MUST BE MADE WITH    RETAIN THIS COPY FOR YOUR RECORDS             OUR OFFICE.
CARRIER.

# **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing instrument was served on October 18, 2005 by hand, facsimile, and/or Federal Express on the following:

**BY HAND DELIVERY**
Kayalyn A. Marafioti, Esquire
Thomas J. Matz, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

**BY FACSIMILE AND FEDERAL EXPRESS**
John Wm. Butler, Jr., Esquire
John K. Lyons, Esquire
Ron E. Meisler, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

**BY FEDERAL EXPRRESS**
Financial Services Department
Delphi Corporation
Delphi Safety & Interior Systems
1401 Crooks Road
Troy, MI 48084

/s/ Craig A. Damast
Craig A. Damast

4