UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x
:
In re                                           :      CHAPTER 11
:
DELPHI CORPORATION, et al.,                     :      CASE NO. 05-44481
:
                                    Debtors.    :      (Jointly Administered)
:
-----------------------------------------------------x

### OXFORD INDUSTRIES OF CT, INC. D/B/A OXFORD POLYMERS' NOTICE OF DEMAND FOR RECLAMATION

PLEASE TAKE NOTICE, that on October 17, 2005, pursuant to 11 U.S.C. § 546(c), Oxford Industries of CT, Inc. d/b/a Oxford Polymers served a written Demand for Reclamation upon debtors Delphi Corporation and Delphi Automotive Systems, LLC and their counsel. A true and accurate copy of that Demand for Reclamation is attached hereto at Exhibit A.

OXFORD INDUSTRIES OF CT, INC. d/b/a
OXFORD POLYMERS

By _____
Robert A. White (RW 8229)

Murtha Cullina LLP
CityPlace I-185 Asylum Street
Hartford, Connecticut 06103
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Attorneys for Oxford Industries of CT, Inc. d/b/a
Oxford Polymers

Dated: October 18, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Oxford Industries of CT, Inc. d/b/a Oxford Polymers' Notice of Demand for Reclamation was served via facsimile and UPS Overnight on this 18th day of October, 2005 to:

John Wm. Butler, Jr, Esq.
Skadden, Arps, Slat, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, Il 60606
Fax: (312) 407-0477

Kayalyn A. Maragioti, Esq.
Skadden, Arps, Slat, Meagher & Flom, LLP
Four Times Square
New York, NY 10036
Fax: (212) 735-2000

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Fax: (212) 668-2255

_____
Robert A. White

839509

# MURTHA CULLINA LLP
### ATTORNEYS AT LAW

CITYPLACE I
185 ASYLUM STREET
HARTFORD, CONNECTICUT 06103-3469

TELEPHONE (860) 240-6000
FACSIMILE (860) 240-6150
www.murthalaw.com

ROBERT A. WHITE
(860) 240-6031
RWHITE@MURTHALAW.COM

October 17, 2005

**VIA FACSIMILE and UPS OVERNIGHT**

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Fax: (248) 813-2670

Delphi Automotive Systems, LLC
C/O Delphi Packard
PO Box 431
Warren, OH 44486
Fax: (330) 373-7393

John Wm. Butler, Jr, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Fax: (312) 407-0477
(Counsel for Debtor(s))

Kayalyn A. Maragioti, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036
Fax: (212) 735-2000
(Counsel for Debtor(s))

Re:   Demand for Reclamation

This firm represents Oxford Industries of CT, Inc. d/b/a Oxford Polymers ("Oxford Polymers"). Pursuant to 11 U.S.C. § 546(c) and Uniform Commercial Code § 2-702, Oxford Polymers demands reclamation of the goods described on the enclosed summary (the "Goods"). The enclosed summary is incorporated herein by reference.

The Goods were sold by Oxford Polymers to Delphi Automotive Systems, LLC on credit. The Goods were delivered to, and received by, Delphi Automotive Systems, LLC on or after September 27, 2005. The amount due and owing is $153,384.00, exclusive of fees, costs and interest (if applicable). This is a timely Demand for Reclamation.

Oxford Polymers reserves its right to amend, modify and/or supplement this Demand for Reclamation. Further, by making this demand, Oxford Polymers has not, and should not be deemed to have, waived any rights, remedies and/or claims, and all such rights, remedies and/or claims are hereby reserved.

Very truly yours,

*[signature]*

Robert A. White

Enclosure

BOSTON          HARTFORD          NEW HAVEN

# EXHIBIT A

## OXFORD POLOYMERS DEMAND FOR RECLAMATION

### Oxford Polymers Delphi Shipping Log

| Date | Customer | Delphi Receipt | Material | Lot# | WEIGHT | PO# | Invoice# | Inv amount | Central TransPRO# | CITY |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/19/05 | Delphi(TX) | | PC10GF-EZ-R-701 BK | A11636 | 8,400 | PEDP5030024 | 12951 | $ 9,408.00 | 064-590167-3 | San Antonio, TX |
| 09/19/05 | Delphi(OH) | | PC10GF-EZ-R-701 BK | A11636 | 6,000 | PEDP4030110001 | 12953 | $ 6,720.00 | 064-590166-5 | Warren, OH |
| 09/20/05 | Delphi(MS) | | PC10GF-EZ-R-701 BK | A11636 | 6,000 | PEDP4030111001 | 12955 | $ 6,720.00 | 064-590168-1 | Brookhaven, MS |
| 09/22/05 | Delphi(MS) | | PC10GF-EZ-R-701 BK | A11636 | 16,800 | PEDP4030111001 | 12967 | $ 18,816.00 | 064-590129-3 | Brookhaven, MS |
| 09/23/05 | Delphi(TX) | 9/29/05 | PC10GF-EZ-R-701 BK | A11636 | 8,400 | PEDP4030111001 | 12971 | $ 9,408.00 | 064-590136-8 | San Antonio, TX |
| 09/26/05 | Delphi(OH) | 10/7/05 | PC10GF-EZ-R-701 BK | A11636 | 9,600 | PEDP5030024 | 12980 | $ 10,752.00 | 064-590139-2 | Warren, OH |
| 09/29/05 | Delphi(MS) | 10/4/05 | PC10GF-EZ-R-701 BK | A11636 | 18,000 | PEDP5030024 | 12981 | $ 19,620.00 | 064-590348-9 | Brookhaven, MS |
| 09/29/05 | Delphi(TX) | 10/3/05 | PC10GF-EZ-R-701 BK | A11636 | 16,800 | PEDP4030111001 | 12994 | $ 18,312.00 | 064-590349-7 | San Antonio, TX |
| 09/30/05 | Delphi(MS) | 10/6/05 | PC10GF-EZ-R-701 BK | A11694 | 9,600 | PEDP4030110001 | 12998 | $ 10,464.00 | 064-583436-1 | Brookhaven, MS |
| 10/03/05 | Delphi(MS) | 10/13/05 | PC10GF-EZ-R-701 BK | A11694 | 8,400 | PEDP4030111001 | 13003 | $ 9,156.00 | 064-583444-5 | Brookhaven, MS |
| 10/04/05 | Delphi(TX) | 10/10/05 | PC10GF-EZ-R-701 BK | A11694 | 12,000 | PEDP4030111001 | 13013 | $ 13,080.00 | 064-591927-3 | Brookhaven, MS |
| 10/10/05 | Delphi(MS) | | PC10GF-EZ-R-701 BK | A11694 | 8,400 | PEDP4030111001 | 13034 | $ 9,156.00 | 064-591950-1 | Warren, OH |
| 10/10/05 | Delphi(OH) | 10/12/05 | PC10GF-EZ-R-701 BK | A11694 | 10,800 | PEDP4030110001 | 13033 | $ 11,772.00 | 064-591951-9 | |
| | | | | | | | Total Outstanding Balance | $ 153,384.00 | NO ADVANCE PAYMENTS APPLIED | |

8397934.1