DATED: October 17, 2005

*VIA FACSIMILE TRANSMISSION: 248/813-2670*
*(HARD COPY TO FOLLOW VIA FEDERAL EXPRESS/NEXT DAY)*

**Delphi Corporation, et. al.**　　　　　**Matrix Tool, Inc.**
**5725 Delphi Drive**　　　　　　　　　**4976 Franklin Avenue**
**Troy, MI  48098-2815**　　　　　　　**Fairview, PA  16415**

### NOTICE OF DEMAND FOR RECLAMATION

　　　　Pursuant to the provisions of Section 2-702 of the Uniform Commercial Code, Matrix Tool, Inc. ("Seller") does hereby make formal demand for the return of all goods of any kind of character sold by Seller and/or any subsidiary or affiliate of Seller which were received by Delphi Corporation, Inc., its subsidiaries or affiliates ("Buyer"), on or after September 27, 2005, and for which payment was not made by Buyer prior to October 8, 2005.

　　　　The word "goods" as used above, shall include, but shall not be limited to, any and all parts, related accessories, etc. which were sold by Seller to Buyer on credit and received by Buyer on or after September 27, 2005. A summary of shipments is attached hereto. Seller estimates the value of these shipments to be $110,079.75.

　　　　Please supply us with a correct inventory of all such goods on hand. Please contact Mark G. Claypool, Esquire, to make arrangements for return of goods in question. Attorney Claypool can be reached by telephone at (814) 459-2800 and at the following address: Knox McLaughlin Gornall & Sennett, P.C., 120 West Tenth Street, Erie, Pennsylvania 16501-1461. Additional information or detail may be obtained from the undersigned. We appreciate your prompt attention and cooperation in this matter.

　　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　　KNOX McLAUGHLIN GORNALL &
　　　　　　　　　　　　　　　　　　　　　　　SENNETT, P.C.

RECEIVED
OCT 19 2005
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

　　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　Mark G. Claypool, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　120 West Tenth Street
　　　　　　　　　　　　　　　　　　　　　　　　　Erie, PA  16501-1461
　　　　　　　　　　　　　　　　　　　　　　　　　(814) 459-2800

cc:　　Matrix Tool, Inc.
　　　　United States Bankruptcy Court for the Southern District of New York (Manhattan)
　　　　John William Butler, Jr., Esquire (Attorney for Debtor) (via Federal Express/Next Day)
　　　　Kayalyn A. Marafioti, Esquire (Attorney for Debtor) (via Federal Express/Next Day)

# 638453

Matrix Tool, Inc.

## Accounts Receivable Aging -Detail

10/10/2005 2:47:25PM
Page: 1

Criteria: ( TrimRight({ARCUSTO.CUSTNO}) >= 'DEL1006P' and TrimRight({ARCUSTO.CUSTNO}) <= 'DEL1006T' ) AND
( DTSToDate({V_CASHREC_DETAIL_ARINVOICE_DATE}) >= Date(2005, 9, 27) and
DTSToDate({V_CASHREC_DETAIL_ARINVOICE_DATE}) <= Date( 2006, 10, 8)

| Invoice Number | Invoice Date | Discount Date | Due Date | Invoice Total | Balance Due | Current | 1-30 | 31-60 | 61-90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|---|
| Currency: | United States Dollar | | | | | | | | | |
| DEL1006P DELPHI | | | | | | | | | | |
| 142152 | 9/27/2005 | 9/27/2005 | 10/27/2005 | 229.24 | 229.24 | 229.24 | | | | |
| 142153 | 9/27/2005 | 9/27/2005 | 10/27/2005 | 799.00 | 799.00 | 799.00 | | | | |
| 142154 | 9/27/2005 | 9/27/2005 | 10/27/2005 | 887.69 | 887.69 | 887.69 | | | | |
| 142155 | 9/27/2005 | 9/27/2005 | 10/27/2005 | 725.87 | 725.87 | 725.87 | | | | |
| 142156 | 9/27/2005 | 9/27/2005 | 10/27/2005 | 160.19 | 160.19 | 160.19 | | | | |
| 142157 | 9/27/2005 | 9/27/2005 | 10/27/2005 | 237.69 | 237.69 | 237.69 | | | | |
| 142158 | 9/27/2005 | 9/27/2005 | 10/27/2005 | 636.41 | 636.41 | 636.41 | | | | |
| 142159 | 9/27/2005 | 9/27/2005 | 10/27/2005 | 373.13 | 373.13 | 373.13 | | | | |
| 142160 | 9/27/2005 | 9/27/2005 | 10/27/2005 | 141.43 | 141.43 | 141.43 | | | | |
| 142161 | 9/27/2005 | 9/27/2005 | 10/27/2005 | 1,697.10 | 1,697.10 | 1,697.10 | | | | |
| 142172 | 9/28/2005 | 9/28/2005 | 10/28/2005 | 1,598.00 | 1,598.00 | 1,598.00 | | | | |
| 142173 | 9/28/2005 | 9/28/2005 | 10/28/2005 | 22.21 | 22.21 | 22.21 | | | | |
| 142174 | 9/28/2005 | 9/28/2005 | 10/28/2005 | 70.71 | 70.71 | 70.71 | | | | |
| 142175 | 9/28/2005 | 9/28/2005 | 10/28/2005 | 117.42 | 117.42 | 117.42 | | | | |
| 142176 | 9/28/2005 | 9/28/2005 | 10/28/2005 | 76.21 | 76.21 | 76.21 | | | | |
| 142177 | 9/28/2005 | 9/28/2005 | 10/28/2005 | 35.60 | 35.60 | 35.60 | | | | |
| 142178 | 9/28/2005 | 9/28/2005 | 10/28/2005 | 120.70 | 120.70 | 120.70 | | | | |
| 142179 | 9/28/2005 | 9/28/2005 | 10/28/2005 | 51.60 | 51.60 | 51.60 | | | | |
| 142180 | 9/28/2005 | 9/28/2005 | 10/28/2005 | 550.42 | 550.42 | 550.42 | | | | |
| 142181 | 9/28/2005 | 9/28/2005 | 10/28/2005 | 356.59 | 356.59 | 356.59 | | | | |
| 142182 | 9/28/2005 | 9/28/2005 | 10/28/2005 | 231.57 | 231.57 | 231.57 | | | | |
| 142183 | 9/28/2005 | 9/28/2005 | 10/28/2005 | 957.82 | 957.82 | 957.82 | | | | |
| 142184 | 9/28/2005 | 9/28/2005 | 10/28/2005 | 628.64 | 628.64 | 628.64 | | | | |
| 142185 | 9/28/2005 | 9/28/2005 | 10/28/2005 | 1,498.64 | 1,498.64 | 1,498.64 | | | | |
| 142186 | 9/28/2005 | 9/28/2005 | 10/28/2005 | 117.42 | 117.42 | 117.42 | | | | |
| 142187 | 9/28/2005 | 9/28/2005 | 10/28/2005 | 97.38 | 97.38 | 97.38 | | | | |
| 142188 | 9/28/2005 | 9/28/2005 | 10/28/2005 | 475.38 | 475.38 | 475.38 | | | | |
| 142189 | 9/28/2005 | 9/28/2005 | 10/28/2005 | 237.69 | 237.69 | 237.69 | | | | |
| 142190 | 9/28/2005 | 9/28/2005 | 10/28/2005 | 113.20 | 113.20 | 113.20 | | | | |
| 142191 | 9/28/2005 | 9/28/2005 | 10/28/2005 | 237.69 | 237.69 | 237.69 | | | | |

M:\QWin32\Reports\Arageotl.rpt

## Accounts Receivable Aging -Detail

10/10/2005 2:47:25PM
Page 2

Criteria: ( TrimRight(AR.CUSTO.CUSTNO)) >= 'DEL1006P' and TrimRight(AR.CUSTO.CUSTNO)) <= 'DEL1006T' ) AND
( DTSToDate({V_CASHREC_DETAIL_AR.INVOICE.INVOICE_DATE}) >= Date(2005, 9, 27) and
DTSToDate({V_CASHREC_DETAIL_AR.INVOICE.INVOICE_DATE}) <= Date( 2008, 10, 8) )

| Invoice Number | Invoice Date | Discount Date | Due Date | Invoice Total | Balance Due | Current | 1-30 | 31-60 | 61-90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|---|
| 142192 | 9/28/2005 | 9/28/2005 | 10/28/2005 | 424.28 | 424.28 | 424.28 | | | | |
| 142193 | 9/28/2005 | 9/28/2005 | 10/28/2005 | 158.77 | 158.77 | 158.77 | | | | |
| 142194 | 9/28/2005 | 9/28/2005 | 10/28/2005 | 212.14 | 212.14 | 212.14 | | | | |
| 142195 | 9/28/2005 | 9/28/2005 | 10/28/2005 | 2,375.33 | 2,375.33 | 2,375.33 | | | | |
| 142204 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 237.69 | 237.69 | 237.69 | | | | |
| 142205 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 961.13 | 961.13 | 961.13 | | | | |
| 142206 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 764.13 | 764.13 | 764.13 | | | | |
| 142207 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 141.43 | 141.43 | 141.43 | | | | |
| 142208 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 84.40 | 84.40 | 84.40 | | | | |
| 142209 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 70.71 | 70.71 | 70.71 | | | | |
| 142210 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 271.57 | 271.57 | 271.57 | | | | |
| 142211 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 183.48 | 183.48 | 183.48 | | | | |
| 142212 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 346.95 | 346.95 | 346.95 | | | | |
| 142213 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 231.57 | 231.57 | 231.57 | | | | |
| 142214 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 1,244.70 | 1,244.70 | 1,244.70 | | | | |
| 142215 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 4,090.32 | 4,090.32 | 4,090.32 | | | | |
| 142216 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 1,165.61 | 1,165.61 | 1,165.61 | | | | |
| 142217 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 237.69 | 237.69 | 237.69 | | | | |
| 142218 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 1,598.00 | 1,598.00 | 1,598.00 | | | | |
| 142219 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 160.19 | 160.19 | 160.19 | | | | |
| 142220 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 237.69 | 237.69 | 237.69 | | | | |
| 142221 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 950.76 | 950.76 | 950.76 | | | | |
| 142222 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 113.20 | 113.20 | 113.20 | | | | |
| 142223 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 237.69 | 237.69 | 237.69 | | | | |
| 142224 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 141.43 | 141.43 | 141.43 | | | | |
| 142225 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 79.38 | 79.38 | 79.38 | | | | |
| 142226 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 212.14 | 212.14 | 212.14 | | | | |
| 142227 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 38.83 | 38.83 | 38.83 | | | | |
| 142228 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 337.58 | 337.58 | 337.58 | | | | |
| 142229 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 413.10 | 413.10 | 413.10 | | | | |
| 142230 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 38.83 | 38.83 | 38.83 | | | | |
| 142231 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 147.87 | 147.87 | 147.87 | | | | |
| 142232 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 259.69 | 259.69 | 259.69 | | | | |
| 142233 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 141.43 | 141.43 | 141.43 | | | | |
| 142234 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 35.50 | 35.50 | 35.50 | | | | |

M:\UCWin32\Reports\Aragedtl.rpt

## Accounts Receivable Aging - Detail

10/10/2005 2:47:25PM
Page 3

Criteria: {TrimRight({ARCUSTO.CUSTNO}) >= 'DEL1005P' and TrimRight({ARCUSTO.CUSTNO}) <= 'DEL1006T' } AND
( DTSToDate({V_C_ASHREC_DETAIL_AR.INVOICE.INVOICE_DATE}) >= Date(2005, 9, 27) and
DTSToDate({V_CASHREC_DETAIL_AR.INVOICE.INVOICE_DATE}) <= Date( 2005, 10, 8) )

| Invoice Number | Invoice Date | Discount Date | Due Date | Invoice Total | Balance Due | Current | 1-30 | 31-60 | 61-90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|---|
| 142235 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 128.52 | 128.52 | 128.52 | | | | |
| 142236 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 809.55 | 809.55 | 809.55 | | | | |
| 142237 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 764.13 | 764.13 | 764.13 | | | | |
| 142238 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 582.81 | 582.81 | 582.81 | | | | |
| 142239 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 475.38 | 475.38 | 475.38 | | | | |
| 142240 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 32.46 | 32.46 | 32.46 | | | | |
| 142241 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 475.38 | 475.38 | 475.38 | | | | |
| 142242 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 237.69 | 237.69 | 237.69 | | | | |
| 142243 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 919.26 | 919.26 | 919.26 | | | | |
| 142244 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 158.77 | 158.77 | 158.77 | | | | |
| 142245 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 282.85 | 282.85 | 282.85 | | | | |
| 142246 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 32.46 | 32.46 | 32.46 | | | | |
| 142247 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 95.58 | 95.58 | 95.58 | | | | |
| 142272 | 10/3/2005 | 10/3/2005 | 11/2/2005 | 475.38 | 475.38 | 475.38 | | | | |
| 142273 | 10/3/2005 | 10/3/2005 | 11/2/2005 | 961.13 | 961.13 | 961.13 | | | | |
| 142274 | 10/3/2005 | 10/3/2005 | 11/2/2005 | 212.14 | 212.14 | 212.14 | | | | |
| 142275 | 10/3/2005 | 10/3/2005 | 11/2/2005 | 212.14 | 212.14 | 212.14 | | | | |
| 142276 | 10/3/2005 | 10/3/2005 | 11/2/2005 | 284.02 | 284.02 | 284.02 | | | | |
| 142277 | 10/3/2005 | 10/3/2005 | 11/2/2005 | 273.14 | 273.14 | 273.14 | | | | |
| 142278 | 10/3/2005 | 10/3/2005 | 11/2/2005 | 305.79 | 305.79 | 305.79 | | | | |
| 142280 | 10/3/2005 | 10/3/2005 | 11/2/2005 | 1,891.16 | 1,891.16 | 1,891.16 | | | | |
| 142281 | 10/3/2005 | 10/3/2005 | 11/2/2005 | 414.90 | 414.90 | 414.90 | | | | |
| 142282 | 10/3/2005 | 10/3/2005 | 11/2/2005 | 1,090.75 | 1,090.75 | 1,090.75 | | | | |
| 142283 | 10/3/2005 | 10/3/2005 | 11/2/2005 | 1,837.57 | 1,837.57 | 1,837.57 | | | | |
| 142284 | 10/3/2005 | 10/3/2005 | 11/2/2005 | 2,622.63 | 2,622.63 | 2,622.63 | | | | |
| 142285 | 10/3/2005 | 10/3/2005 | 11/2/2005 | 475.38 | 475.38 | 475.38 | | | | |
| 142286 | 10/3/2005 | 10/3/2005 | 11/2/2005 | 320.38 | 320.38 | 320.38 | | | | |
| 142287 | 10/3/2005 | 10/3/2005 | 11/2/2005 | 237.69 | 237.69 | 237.69 | | | | |
| 142288 | 10/3/2005 | 10/3/2005 | 11/2/2005 | 117.42 | 117.42 | 117.42 | | | | |
| 142289 | 10/3/2005 | 10/3/2005 | 11/2/2005 | 950.76 | 950.76 | 950.76 | | | | |
| 142290 | 10/3/2005 | 10/3/2005 | 11/2/2005 | 237.69 | 237.69 | 237.69 | | | | |
| 142291 | 10/3/2005 | 10/3/2005 | 11/2/2005 | 113.20 | 113.20 | 113.20 | | | | |
| 142292 | 10/3/2005 | 10/3/2005 | 11/2/2005 | 237.69 | 237.69 | 237.69 | | | | |
| 142293 | 10/3/2005 | 10/3/2005 | 11/2/2005 | 424.28 | 424.28 | 424.28 | | | | |
| 142294 | 10/3/2005 | 10/3/2005 | 11/2/2005 | 158.77 | 158.77 | 158.77 | | | | |

M:\IQM\a32\Reports\Araged0.rpt

## Accounts Receivable Aging - Detail

10/10/2005 2:47:25PM
Page: 4

Criteria: { TrimRight({ARCUSTO.CUSTNO}) >= 'DEL1006P' and TrimRight({ARCUSTO.CUSTNO}) <= 'DEL1006T' } AND
{ DTSToDate({V_C_ASHREC_DETAIL_ARINVOICE.INVOICE_DATE}) >= Date(2005, 9, 27) and
DTSToDate({V_CASHREC_DETAIL_ARINVOICE.INVOICE_DATE}) <= Date( 2005, 10, 8) }

| Invoice Number | Invoice Date | Discount Date | Due Date | Invoice Total | Balance Due | Current | 1-30 | 31-60 | 61-90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|---|
| 142295 | 10/3/2005 | 10/3/2005 | 11/2/2005 | 424.28 | 424.28 | 424.28 | | | | |
| 142316 | 10/4/2005 | 10/4/2005 | 11/3/2005 | 1,966.05 | 1,966.05 | 1,966.05 | | | | |
| 142317 | 10/4/2005 | 10/4/2005 | 11/3/2005 | 35.50 | 35.50 | 35.50 | | | | |
| 142318 | 10/4/2005 | 10/4/2005 | 11/3/2005 | 364.19 | 364.19 | 364.19 | | | | |
| 142319 | 10/4/2005 | 10/4/2005 | 11/3/2005 | 305.76 | 305.76 | 305.76 | | | | |
| 142320 | 10/4/2005 | 10/4/2005 | 11/3/2005 | 347.36 | 347.36 | 347.36 | | | | |
| 142321 | 10/4/2005 | 10/4/2005 | 11/3/2005 | 241.96 | 241.96 | 241.96 | | | | |
| 142322 | 10/4/2005 | 10/4/2005 | 11/3/2005 | 68.17 | 68.17 | 68.17 | | | | |
| 142323 | 10/4/2005 | 10/4/2005 | 11/3/2005 | 48.36 | 48.36 | 48.36 | | | | |
| 142324 | 10/4/2005 | 10/4/2005 | 11/3/2005 | 480.56 | 480.56 | 480.56 | | | | |
| 142325 | 10/4/2005 | 10/4/2005 | 11/3/2005 | 494.99 | 494.99 | 494.99 | | | | |
| 142326 | 10/4/2005 | 10/4/2005 | 11/3/2005 | 373.13 | 373.13 | 373.13 | | | | |
| 142327 | 10/4/2005 | 10/4/2005 | 11/3/2005 | 212.14 | 212.14 | 212.14 | | | | |
| 142328 | 10/4/2005 | 10/4/2005 | 11/3/2005 | 124.08 | 124.08 | 124.08 | | | | |
| 142335 | 10/5/2005 | 10/5/2005 | 11/4/2005 | 1,343.54 | 1,343.54 | 1,343.54 | | | | |
| 142336 | 10/5/2005 | 10/5/2005 | 11/4/2005 | 1,092.56 | 1,092.56 | 1,092.56 | | | | |
| 142337 | 10/5/2005 | 10/5/2005 | 11/4/2005 | 61.16 | 61.16 | 61.16 | | | | |
| 142338 | 10/5/2005 | 10/5/2005 | 11/4/2005 | 280.18 | 280.18 | 280.18 | | | | |
| 142339 | 10/5/2005 | 10/5/2005 | 11/4/2005 | 849.09 | 849.09 | 849.09 | | | | |
| 142340 | 10/5/2005 | 10/5/2005 | 11/4/2005 | 241.96 | 241.96 | 241.96 | | | | |
| 142341 | 10/5/2005 | 10/5/2005 | 11/4/2005 | 818.06 | 818.06 | 818.06 | | | | |
| 142342 | 10/5/2005 | 10/5/2005 | 11/4/2005 | 249.77 | 249.77 | 249.77 | | | | |
| 142343 | 10/5/2005 | 10/5/2005 | 11/4/2005 | 237.65 | 237.65 | 237.65 | | | | |
| 142344 | 10/5/2005 | 10/5/2005 | 11/4/2005 | 64.92 | 64.92 | 64.92 | | | | |
| 142345 | 10/5/2005 | 10/5/2005 | 11/4/2005 | 475.38 | 475.38 | 475.38 | | | | |
| 142346 | 10/5/2005 | 10/5/2005 | 11/4/2005 | 70.71 | 70.71 | 70.71 | | | | |
| 142347 | 10/5/2005 | 10/5/2005 | 11/4/2005 | 237.65 | 237.65 | 237.65 | | | | |
| 142348 | 10/5/2005 | 10/5/2005 | 11/4/2005 | 237.65 | 237.65 | 237.65 | | | | |
| 142349 | 10/5/2005 | 10/5/2005 | 11/4/2005 | 494.99 | 494.99 | 494.99 | | | | |
| 142369 | 10/5/2005 | 10/5/2005 | 11/4/2005 | 146.78 | 146.78 | 146.78 | | | | |
| 142376 | 10/6/2005 | 10/6/2005 | 11/5/2005 | 237.65 | 237.65 | 237.65 | | | | |
| 142377 | 10/6/2005 | 10/6/2005 | 11/5/2005 | 44.41 | 44.41 | 44.41 | | | | |
| 142378 | 10/6/2005 | 10/6/2005 | 11/5/2005 | 76.21 | 76.21 | 76.21 | | | | |
| 142379 | 10/6/2005 | 10/6/2005 | 11/5/2005 | 141.43 | 141.43 | 141.43 | | | | |
| 142380 | 10/6/2005 | 10/6/2005 | 11/5/2005 | 672.74 | 672.74 | 672.74 | | | | |

M:\IQ\Win32\Reports\Aragedti.rpt

## Accounts Receivable Aging -Detail

10/10/2005 2:47:25PM
Page 5

Criteria: { TrimRight((ARCUSTO.CUSTNO)) >= "DEL1006P" and TrimRight((ARCUSTO.CUSTNO)) <= "DEL1006T" ) AND
{ DTSToDate((V_CASHREC_DETAIL_ARINVOICE.INVOICE_DATE)) >= Date(2005, 9, 27) and
DTSToDate((V_CASHREC_DETAIL_ARINVOICE.INVOICE_DATE)) <= Date( 2005, 10, 8) }

| Invoice Number | Invoice Date | Discount Date | Due Date | Invoice Total | Balance Due | Current | 1-30 | 31-60 | 61-90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|---|
| 142381 | 10/6/2005 | 10/6/2005 | 11/5/2005 | 578.25 | 578.25 | 578.25 | | | | |
| 142382 | 10/6/2005 | 10/6/2005 | 11/5/2005 | 25.47 | 25.47 | 25.47 | | | | |
| 142383 | 10/6/2005 | 10/6/2005 | 11/5/2005 | 1,080.66 | 1,080.66 | 1,080.66 | | | | |
| 142384 | 10/6/2005 | 10/6/2005 | 11/5/2005 | 483.91 | 483.91 | 483.91 | | | | |
| 142385 | 10/6/2005 | 10/6/2005 | 11/5/2005 | 1,567.96 | 1,567.96 | 1,567.96 | | | | |
| 142386 | 10/6/2005 | 10/6/2005 | 11/5/2005 | 237.69 | 237.69 | 237.69 | | | | |
| 142387 | 10/6/2005 | 10/6/2005 | 11/5/2005 | 117.42 | 117.42 | 117.42 | | | | |
| 142388 | 10/6/2005 | 10/6/2005 | 11/5/2005 | 475.38 | 475.38 | 475.38 | | | | |
| 142389 | 10/6/2005 | 10/6/2005 | 11/5/2005 | 70.71 | 70.71 | 70.71 | | | | |
| 142390 | 10/6/2005 | 10/6/2005 | 11/5/2005 | 237.69 | 237.69 | 237.69 | | | | |
| 142391 | 10/6/2005 | 10/6/2005 | 11/5/2005 | 113.20 | 113.20 | 113.20 | | | | |
| 142392 | 10/6/2005 | 10/6/2005 | 11/5/2005 | 237.69 | 237.69 | 237.69 | | | | |
| 142393 | 10/6/2005 | 10/6/2005 | 11/5/2005 | 141.43 | 141.43 | 141.43 | | | | |
| 142394 | 10/6/2005 | 10/6/2005 | 11/5/2005 | 74.63 | 74.63 | 74.63 | | | | |
| 142395 | 10/6/2005 | 10/6/2005 | 11/5/2005 | 32.46 | 32.46 | 32.46 | | | | |
| 142411 | 10/7/2005 | 10/7/2005 | 11/6/2005 | 640.75 | 640.75 | 640.75 | | | | |
| 142412 | 10/7/2005 | 10/7/2005 | 11/6/2005 | 29.57 | 29.57 | 29.57 | | | | |
| 142413 | 10/7/2005 | 10/7/2005 | 11/6/2005 | 213.01 | 213.01 | 213.01 | | | | |
| 142414 | 10/7/2005 | 10/7/2005 | 11/6/2005 | 1,593.32 | 1,593.32 | 1,593.32 | | | | |
| 142415 | 10/7/2005 | 10/7/2005 | 11/6/2005 | 366.95 | 366.95 | 366.95 | | | | |
| 142416 | 10/7/2005 | 10/7/2005 | 11/6/2005 | 1,273.64 | 1,273.64 | 1,273.64 | | | | |
| 142417 | 10/7/2005 | 10/7/2005 | 11/6/2005 | 2,177.60 | 2,177.60 | 2,177.60 | | | | |
| 142418 | 10/7/2005 | 10/7/2005 | 11/6/2005 | 624.44 | 624.44 | 624.44 | | | | |
| 142419 | 10/7/2005 | 10/7/2005 | 11/6/2005 | 1,040.85 | 1,040.85 | 1,040.85 | | | | |
| 142420 | 10/7/2005 | 10/7/2005 | 11/6/2005 | 713.07 | 713.07 | 713.07 | | | | |
| 142421 | 10/7/2005 | 10/7/2005 | 11/6/2005 | 480.56 | 480.56 | 480.56 | | | | |
| 142422 | 10/7/2005 | 10/7/2005 | 11/6/2005 | 117.42 | 117.42 | 117.42 | | | | |
| 142423 | 10/7/2005 | 10/7/2005 | 11/6/2005 | 32.46 | 32.46 | 32.46 | | | | |
| 142424 | 10/7/2005 | 10/7/2005 | 11/6/2005 | 1,188.45 | 1,188.45 | 1,188.45 | | | | |
| 142425 | 10/7/2005 | 10/7/2005 | 11/6/2005 | 237.69 | 237.69 | 237.69 | | | | |
| 142426 | 10/7/2005 | 10/7/2005 | 11/6/2005 | 636.41 | 636.41 | 636.41 | | | | |
| 142427 | 10/7/2005 | 10/7/2005 | 11/6/2005 | 212.14 | 212.14 | 212.14 | | | | |
| 142428 | 10/7/2005 | 10/7/2005 | 11/6/2005 | 2,765.07 | 2,765.07 | 2,765.07 | | | | |
| 142429 | 10/7/2005 | 10/7/2005 | 11/6/2005 | 1,032.75 | 1,032.75 | 1,032.75 | | | | |
| 142430 | 10/7/2005 | 10/7/2005 | 11/6/2005 | 59.15 | 59.15 | 59.15 | | | | |

M:\QMn32\Reports\Arageo5.rpt

## Accounts Receivable Aging - Detail

10/10/2005  2:47:25PM
Page: 6

Criteria: ( TrimRight({ARCUSTO.CUSTNO}) >= "DEL1006P" and TrimRight({ARCUSTO.CUSTNO}) <= "DEL1006T" ) AND
( DTSToDate({V_CASHREC_DETAIL_ARINVOICE.INVOICE_DATE}) >= Date(2005, 9, 27) and
DTSToDate({V_CASHREC_DETAIL_ARINVOICE.INVOICE_DATE}) <= Date( 2005, 10, 8) )

| Invoice Number | Invoice Date | Discount Date | Due Date | Invoice Total | Balance Due | Current | 1-30 | 31-60 | 61-90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|---|
| 142431 | 10/7/2005 | 10/7/2005 | 11/6/2005 | 117.42 | 117.42 | 117.42 | | | | |
| 142432 | 10/7/2005 | 10/7/2005 | 11/6/2005 | 24.66 | 24.66 | 24.66 | | | | |
| | | | | 85,319.75 | 85,319.75 | 85,319.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| **DEL1006T DELPHI** | | | | | | | | | | |
| 142150 | 9/27/2005 | 9/27/2005 | 10/27/2005 | 1,935.00 | 1,935.00 | 1,935.00 | | | | |
| 142151 | 9/27/2005 | 9/27/2005 | 10/27/2005 | 3,825.00 | 3,825.00 | 3,825.00 | | | | |
| 142310 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 9,500.00 | 9,500.00 | 9,500.00 | | | | |
| 142311 | 9/30/2005 | 9/30/2005 | 10/30/2005 | 9,500.00 | 9,500.00 | 9,500.00 | | | | |
| | | | | 24,760.00 | 24,760.00 | 24,760.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total For: United States Dolla | | | 110,079.75 | 110,079.75 | 110,079.75 | 0.00 | 0.00 | 0.00 | 0.00 |

| Aged Receivables Total For 10/10/2005 | Current | 1-30 | 31-60 | 61-90 | Over 90 | Total | Historical Total |
|---|---|---|---|---|---|---|---|
| | 110,079.75 | 0.00 | 0.00 | 0.00 | 0.00 | 110,079.75 | 110,079.75 |
| Percent of Total | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |

M:\VGWin32\Reports\Aragedtl.rpt

FedEx | Ship Manager | Label 7901 9002 1452

From: Origin ID: (814)459-2800
Mark Claypool, Esquire
KNOX MCLAUGHLIN GORNALL
120 WEST 10TH STREET

ERIE, PA 16501


FedEx Express
E
CLS###########

Ship Date: 17OCT05
ActWgt: 1 LB
System#: 5312264/INET2300
Account#: S ********

REF: mgc/matrix #53832.0



Delivery Address Bar Code

SHIP TO: (212)668-2870      BILL SENDER
**United States Bankruptcy Court
Southern District of New York
One Bowling Green**

**New York, NY 10004**



PRIORITY OVERNIGHT                          TUE
                                            Deliver By:
TRK# 7901 9002 1452   FORM 0201             18OCT05
                                            EWR   A1
10004   -NY-US
                              Z1 SXYA

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



RECEIVED
OCT 19 2005
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

https://www.fedex.com/cgi-bin/ship_it/unity/0HeZz3AhRx6FhSu6AiSr7IgUt8HaXv4Cj...    10/17/2005