DATED: October 17, 2005

*VIA FACSIMILE TRANSMISSION: 248/813-2670*
*(HARD COPY TO FOLLOW VIA FEDERAL EXPRESS/NEXT DAY)*

**Delphi Corporation, et. al.**           **Munot Plastics, Inc.**
5725 Delphi Drive                          Attn: Robert J. Rees, General Manager
Troy, MI 48098-2815                        2935 West 17th Street
                                           Erie, PA 16505

## NOTICE OF DEMAND FOR RECLAMATION

Pursuant to the provisions of Section 2-702 of the Uniform Commercial Code, Munot Plastics, Inc. ("Seller") does hereby make formal demand for the return of all goods of any kind of character sold by Seller and/or any subsidiary or affiliate of Seller which were received by Delphi Corporation, Inc., its subsidiaries or affiliates ("Buyer"), on or after September 27, 2005, and for which payment was not made by Buyer prior to October 8, 2005.

The word "goods" as used above, shall include, but shall not be limited to, any and all parts, related accessories, etc. which were sold by Seller to Buyer on credit and received by Buyer on or after September 27, 2005. A summary of shipments is attached hereto. Seller estimates the value of these shipments to be $12,212.94

Please supply us with a correct inventory of all such goods on hand. Please contact Mark G. Claypool, Esquire, to make arrangements for return of goods in question. Attorney Claypool can be reached by telephone at (814) 459-2800 and at the following address: Knox McLaughlin Gornall & Sennett, P.C., 120 West Tenth Street, Erie, Pennsylvania 16501-1461. Additional information or detail may be obtained from the undersigned. We appreciate your prompt attention and cooperation in this matter.

Very truly yours,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.

By: _____
Mark G. Claypool, Esquire
120 West Tenth Street
Erie, PA 16501-1461
(814) 459-2800

RECEIVED OCT 19 2005 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

cc:    Munot Plastics, Inc.
       ✓ United States Bankruptcy Court for the Southern District of New York (Manhattan)
       John William Butler, Jr., Esquire (Attorney for Debtor) (via Federal Express/Next Day)
       Kayalyn A. Marafioti, Esquire (Attorney for Debtor) (via Federal Express/Next Day)

# 638463



| DATE | PART | QUANTITY | DOLLARS |
|---|---|---|---|
| 9/30/2005 | 10297 | 1485 | $2,272.05 |
| | 11595 | 4740 | $2,891.40 |
| | 9401 | 75 | $52.50 |
| | 9278 | 60 | $55.80 |
| | 9401 | 75 | $52.50 |
| | 11595 | 240 | $146.40 |
| | 10323 | 190 | $149.15 |
| | 10324 | 95 | $74.58 |
| | 8985 | 480 | $374.40 |
| | 9053 | 560 | $403.20 |
| | | | $6,471.98 |
| 10/3/2005 | 10323 | 285 | $223.73 |
| | 10324 | 475 | $372.88 |
| | 5604 | 1560 | $1,102.92 |
| | 8985 | 480 | $374.40 |
| | 9096 | 100 | $49.00 |
| | 9278 | 60 | $55.80 |
| | 9401 | 150 | $105.00 |
| | | | $2,283.72 |
| 10/4/2005 | 5604 | 780 | $551.46 |
| | 10323 | 190 | $149.15 |
| | 10324 | 190 | $149.15 |
| | 9278 | 120 | $111.50 |
| | 9401 | 75 | $52.50 |
| | 9402 | 50 | $43.00 |
| | | | $1,056.76 |
| 10/5/2005 | 9278 | 60 | $55.80 |
| | 5604 | 780 | $551.46 |
| | 10323 | 285 | $223.73 |
| | 10324 | 95 | $74.58 |
| | 9401 | 150 | $105.00 |
| | 9402 | 50 | $43.00 |
| | | | $1,053.56 |
| 10/6/2005 | 10324 | 95 | $74.58 |
| | 8985 | 480 | $374.40 |
| | 11621 | 65 | $66.95 |
| | 9278 | 60 | $55.80 |
| | | | $571.73 |
| 10/7/2005 | 5604 | 780 | $551.46 |
| | 10323 | 95 | $74.58 |

| | | |
|---|---|---|
| 10324 | 190 | $149.15 |
| | | $775.19 |

**TOTAL** $12,212.94

RECEIVED TIME OCT. 11. 9:43AM

From: Origin ID: (814)459-2800
Mark Claypool, Esquire
KNOX MCLAUGHLIN GORNALL
120 WEST 10TH STREET

ERIE, PA 16501


FedEx Express
E
CLS012045...

Ship Date: 17OCT05
ActWgt: 1 LB
System#: 5312264/INET2300
Account#: S *********

REF: mgc/munot #35763.2



Delivery Address Bar Code

SHIP TO: (212)668-2870    BILL SENDER
**United States Bankruptcy Court**
**Southern District of New York**
**One Bowling Green**

**New York, NY 10004**





**PRIORITY OVERNIGHT**    **TUE**
Deliver By:
TRK# 7906 8124 8236    FORM 0201    18OCT05

EWR    A1

10004    -NY-US    **Z1 SXYA**

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/cgi-bin/ship_it/unity/2FcRs1IgWu5CdTy3EeYv8IaVr2EbTq6Ih...    10/17/2005