October 16, 2005

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: John K. Lyons, Esq.<br>Attn: Allison Verderber Herriott, Esq.<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606 | VIA FACSIMILE to (312) 407-0411 with Exhibit A and<br><br>e-mail to jlyonsch@skadden.com with Exhibits A and B |
| Delphi Corporation<br>World Headquarters<br>5725 Delphi Drive<br>Troy, Michigan 48098-2815 | VIA FACSIMILE to (248) 813-2499) with Exhibit A |

    RE:    Reclamation Demand by **L and S Tools, Inc.** (the "Reclamation Notice")
Bankruptcy Petition filed by Delphi Corporation, et al., Case No.05-44481 (AJG),
Southern District of New York

Dear Sir/Madame:

    It has come to our attention that the above-referenced debtors (the "Debtor") have filed for protection under Title 11 of the United States Code. Pursuant to Section 2-702 of the Uniform Commercial Code, and in accordance with Section 546(c) of the United States Bankruptcy Code, L and S Tools, Inc. ("L and S") hereby demands reclamation of the goods received by the Debtor during the statutory reclamation period.

    The demand specifically includes but is not limited to goods identified on the records annexed hereto. The records annexed hereto reflect unpaid invoices **totaling $201,080.63.** In light of your recent bankruptcy filing, you are further notified that all goods subject to our right of reclamation must be protected and segregated by you and shall not be used for any purpose whatsoever except those specifically authorized following notice and a hearing by the bankruptcy court.

    L and S further reserves the right to amend and supplement this Reclamation Notice (including filing additional evidence in support of this Reclamation Notice) or to file additional reclamation notices or claims; including without limitation, all other claims at law or in equity. L and S also reserves all rights accruing to it, and the filing of this Reclamation Notice is not intended to be and shall not be construed as: (1) an election of remedy; (2) a waiver of any past, present, or future defaults or events of default; or (3) a waiver or limitation of any rights of L and S.

Please acknowledge receipt of L and S's reclamation and payment demand by signing and dating this letter where indicated below and returning it to me by telecopier, **(765) 452-7940.** My telephone number is (765) 452-4425.

Thank you for your anticipated cooperation.

Sincerely,

*[signature]*

Mr. Leonard Lorentson, President
L and S Tools, Inc.

........................................................

**PLEASE SIGN AND FAX TO (765) 452-7940.**

Receipt acknowledged this _____ day of _____, 2005, at _____ ___.m.

Name: _____

Printed: _____

Title: _____

Page Two of Two

Reclamation Demand Letter Dated October 16, 2005
to Delphi Corporation LLC et al.

656044, v.1, Lorentson Mississippi

# MEMORY TRANSMISSION REPORT

```
TIME        : OCT-17-2005  05:09PM
TEL NUMBER  : +3176845173
NAME        : BOSE McKINNEY EVANS
```

| | | |
|---|---|---|
| FILE NUMBER | : | 430 |
| DATE | : | OCT-17 05:07PM |
| TO | : | 877#1#10#13124070411# |
| DOCUMENT PAGES | : | 004 |
| START TIME | : | OCT-17 05:07PM |
| END TIME | : | OCT-17 05:09PM |
| SENT PAGES | : | 004 |
| STATUS | : | OK |
| FILE NUMBER | : 430 | |

\*\*\* SUCCESSFUL TX NOTICE \*\*\*

**BOSE McKINNEY & EVANS LLP**
ATTORNEYS AT LAW

Jeannette Eisan Hinshaw
Downtown Office
Direct Dial (317) 684-5296
Direct Fax (317) 223-0296
E-Mail: JHinshaw@boselaw.com

## FAX COVER SHEET

Date: 10/17/05                                    Time: _____

From: Jeannette Eisan Hinshaw                     Phone: (317) 684-5296

To: Skadden Arps Slate Meagher & Flom LLP         Facsimile: (312) 407-0411

User No. 877      Client/Matter No. L&S/Delphi    Return to JEH

No. of pages transmitted (including cover sheet): ____    Operator's initials _____

**MESSAGE:**

If you experience any problems in receiving any of these pages, please call the Copy Center as soon as possible at 317-684-5144. Thank you.

856596

Downtown • 2700 First Indiana Plaza • 135 North Pennsylvania Street • Indianapolis, Indiana 46204 • (317) 684-5000 • Fax (317) 684-5173
North Office • 600 East 96th Street • Suite 500 • Indianapolis, Indiana 46240 • (317) 684-5300 • Fax (317) 684-5316
Washington Office • 700 North One Lafayette Centre • 1120 20th Street, N.W. • Washington, D.C. 20036 • (202) 973-1229 • Fax (202) 973-1212
www.boselaw.com

## MEMORY TRANSMISSION REPORT

```
TIME        : OCT-17-2005  05:35PM
TEL NUMBER  : +3176845173
NAME        : BOSE McKINNEY EVANS
```

| | | |
|---|---|---|
| FILE NUMBER | : | 433 |
| DATE | : | OCT-17 05:28PM |
| TO | : | 877#1#10#12488132499# |
| DOCUMENT PAGES | : | 004 |
| START TIME | : | OCT-17 05:28PM |
| END TIME | : | OCT-17 05:35PM |
| SENT PAGES | : | 004 |
| STATUS | : | OK |
| FILE NUMBER | : 433 | |

\*\*\* SUCCESSFUL TX NOTICE \*\*\*

**BOSE McKINNEY & EVANS LLP**
ATTORNEYS AT LAW

Jeannette Eisan Hinshaw
Downtown Office
Direct Dial (317) 684-5296
Direct Fax (317) 223-0296
E-Mail: JHinshaw@boselaw.com

### FAX COVER SHEET

Date: __10/17/05__  Time: ____

From: __Jeannette Eisan Hinshaw__  Phone: __(317) 684-5296__

To: __Delphi Corporation__  Facsimile: __(248) 813-2499__

User No. __877__  Client/Matter No. __L&S/Delphi__  Return to __JEH__

No. of pages transmitted (including cover sheet): ____  Operator's initials ____

**MESSAGE:**

If you experience any problems in receiving any of these pages, please call the Copy Center as soon as possible at 317-684-5144. Thank you.

656627

Downtown  •  2700 First Indiana Plaza  •  135 North Pennsylvania Street  •  Indianapolis, Indiana 46204  •  (317) 684-5000  •  Fax (317) 684-5173
North Office  •  600 East 96th Street  •  Suite 500  •  Indianapolis, Indiana 46240  •  (317) 684-5300  •  Fax (317) 684-5316
Washington Office  •  700 North One Lafayette Centre  •  1120 20th Street, N.W.  •  Washington, D.C. 20036  •  (202) 973-1229  •  Fax (202) 973-1212
www.boselaw.com

**EXHIBIT A**

L & S TOOLS, INC.    Page __1__ of __1__

DELPHI PACKARD ELECTRIC

| Invoice # | Date Inv. | Invoice total |
|-----------|-----------|---------------|
| 1655 | 10-4-05 | $ 92,776.75 |
| 1656 | 10-4-05 | 60,948.50 |
| 1657 | 10-4-05 | 47,355.38 |
| L & S TOOLS, INC. TOTAL | | $ 201,080.63 |

# Invoice

**L & S TOOL**
1002 Sawmill Lane
Brookhaven, MS 39601

Customer No.: DELPHI
Invoice No.: 1655

Bill To: **DELPHI PACKARD ELECTRIC**
1001 INDUSTRIAL DRIVE
CLINTON, MS 39056

Ship To: **DELPHI PACKARD ELECTRIC**
PLANT 23
BROOKHAVEN IND.PARK
BROOKHAVEN, MS 39601

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 10/04/05 | | | 2nd Month 2nd Day |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|---|---|---|---|
| P2B01746 | 10/04/05 | | Sept.2005 |

| Quantity Required | Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| | | | | Labor and Material Charges for Sept.2005 | | |
| 1 | 1 | | 1 | SER1228 Premo Mold Material | 1502.23 | 1502.23 |
| 704.47 | 704.47 | | 2 | SER1229 Service, Apprentice | 33.957 | 23921.69 |
| 659.24 | 659.24 | | 3 | SER1230 Service, Supervisor | 48.51 | 31979.73 |
| 857.8 | 857.8 | | 4 | SER1231 Service, Journeyman | 41.237 | 35373.10 |
| | | | | Invoice subtotal | | 92776.75 |
| | | | | Invoice total | | 92776.75 |

Thank You

# Invoice

**L & S TOOL**
1002 Sawmill Lane
Brookhaven, MS  39601

Customer No.: DELPHI
Invoice No.: 1656

| Bill To: | DELPHI PACKARD ELECTRIC<br>1001 INDUSTRIAL DRIVE<br>CLINTON, MS  39056 | Ship To: | DELPHI PACKARD ELECTRIC<br>PLANT 23<br>BROOKHAVEN IND. PARK<br>BROOKHAVEN, MS  39601 |
|---|---|---|---|

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 10/04/05 | | | 2nd Month 2nd Day |
| Purchase Order Number | Order Date | Sales Person | Our Order Number |
| P2B01746 | 10/04/05 | | Sept. 2005 |

| Quantity Required | Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| | | | | Labor and Material Charges for Sept. 2005 | | |
| 1 | 1 | | 01 | SER1228 Insert Mold/Bussed Electrical Molding Material | 2898.91 | 2898.91 |
| 225.26 | 225.26 | | 02 | SER1229 Service, Apprentice | 33.957 | 7649.15 |
| 477.88 | 477.88 | | 03 | SER1230 Service, Supervisor | 48.51 | 23181.96 |
| 660.05 | 660.05 | | 04 | SER1231 Service, Journeyman | 41.237 | 27218.48 |
| | | | | Invoice subtotal | | 60948.50 |
| | | | | Invoice total | | 60948.50 |

Thank You

**L & S TOOL**
1002 Sawmill Lane
Brookhaven, MS 39601

# Invoice

Customer No.: DELPHI
Invoice No.: 1657

Bill To: **DELPHI PACKARD ELECTRIC**
1001 INDUSTRIAL DRIVE
CLINTON, MS 39056

Ship To: **DELPHI PACKARD ELECTRIC**
PLANT 23
BROOKHAVEN IND.PARK
BROOKHAVEN, MS 39601

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 10/04/05 | | | 2nd Month 2nd Day |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|---|---|---|---|
| P2B01746 | 10/04/05 | | Sept.2005 |

| Quantity Required | Quantity Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| | | | | Labor and Material Charges for Sept.2005 | | |
| 1 | 1 | | 001 | SER1228 LSR Molding Material | 4381.84 | 4381.84 |
| 724.01 | 724.01 | | 002 | SER1229 Service, Apprentice | 33.957 | 24585.21 |
| 206.26 | 206.26 | | 003 | SER1230 Service, Supervisor | 48.51 | 10005.67 |
| 203.28 | 203.28 | | 004 | SER1231 Service, Journeyman | 41.237 | 8382.66 |
| | | | | Invoice subtotal | | 47355.38 |
| | | | | Invoice total | | 47355.38 |

**Thank You**