**DIEMOLDING CORPORATION**

October 17, 2005

Ms. Kathleen Farrell
Clerk of the Court
United States Bankruptcy Court
One Bowling Green, Sixth Floor
New York, NY 10004-1408

Re: Delphi Corporation

Dear Ms. Farrell:

Enclosed please find our NOTICE OF RECLAMATION, OR ALTERNATIVELY, FOR A PRIORITY CLAIM OR LIEN in the matter of Delphi Corporation, Chapter 11 Case No. 05-44481.

I have also enclosed a copy of our claim and a postage-paid return envelope. Please return to me a date-stamped copy as proof of filing.

Please contact me should you have any questions regarding this claim.

Sincerely,

Brian J Simchik
CFO

Cc: 

RECEIVED
OCT 19 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

125 Rasbach Street
Canastota, New York 13032
(315) 697-2221
FAX (315) 697-8083

Donelle Mills
Senior Buyer
Delphi
2000 Forrer Blvd.
PO Box 1042
Dayton, OH 45401-1042

Debra Hartfelder
Senior Buyer
Delphi Energy & Chassis Systems
M/C 480-405-120
5820 Delphi Drive
Troy, MI 48098-2815

John William Butler, Esq.
Skadden, Arpps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Kayalyn A. Marafioti, Esq.
Skadden, Arpps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Alicia M. Leonhard, Esq.
Office of U.S. Trustee
33 Whitehall Street
New York, New York 10004

Charles J. Sullivan
Bond, Schoeneck & King, PLLC
1 Lincoln Center
Syracuse, New York 13202

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

In Re:

DELPHI CORPORATION, *et al.*

Debtors,

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

-------------------------------------------------------------

### NOTICE OF RECLAMATION, OR ALTERNATIVELY, FOR A PRIORITY CLAIM OR LIEN

Diemolding Corporation serves its Notice of Reclamation, or alternatively, for a Priority Claim or Lien (the "Notice") and respectfully states as follows:

1. On October 8, 2005, (the "Petition Date"), Delphi Corporation and certain of its subsidiaries (the "Debtor") filed a voluntary petition under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"). Upon information and belief no trustee or examiner has been appointed and the Debtor is operating as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107 and 1108.

2. Prior to the Petition Date, Diemolding Corporation provided the Debtor with certain goods and services which included phenolic brake pistons and related products. Diemolding Corporation provided some of these products to the Debtor within ten (10) days of the Petition Date.

3. Diemolding Corporation hereby makes a demand to the Debtor for reclamation pursuant to 11 U.S.C. § 546(c). In the alternative, Diemolding Corporation seeks a



1115110.1 10/14/2005

priority claim or lien for products provided to the Debtor during the ten (10) days preceding the Petition Date.

4. Pursuant to § 546(c) of the Bankruptcy Code, a seller may make written demand of reclamation of goods before ten (10) days after receipt by the Debtor or, if the 10-day period expires after the commencement of the case, before 20 days after the Debtor receives the goods. 11 U.S.C. § 546(c)(1). If a court denies a seller's claim for reclamation, it must grant the seller an administrative expense priority or secure the seller's claim with a lien. *See* 11 U.S.C. § 546(c)(2)(A) and (B); 11 U.S.C. § 503(b), 507(a)(1).

5. Pursuant to § 2-702 of the New York Uniform Commercial Code, Diemolding Corporation may reclaim the goods that it provided the Debtors upon demand made within 10 days after the Debtors received the goods. Diemolding Corporation hereby makes demand of reclamation for the following products delivered to the Debtors:

### INVOICES AND DELIVERIES

| Invoice Number | Shipment I.D. Number | Amount | Delivery Date |
| --- | --- | --- | --- |
| 364243 | 364243 | $13,952.16 | 09/28/05 |
| 364294 | 364294 | 13,952.16 | 09/30/05 |
| 364305 | 364305 | 18,602.88 | 10/03/05 |
| 364362 | 364362 | 13,952.16 | 10/05/05 |
| 364412 | 364412 | 18,602.88 | 10/10/05 |
| 364479 | 364479 | 13,952.16 | 10/12/05 |
| 364525 | 364525 | 18,602.88 | 10/14/05 |
| 364306 | 364306 | 3,487.54 | 09/28/05 |
| 364320 | 364320 | 3,487.54 | 09/29/05 |
| 364361 | 364361 | 3,487.54 | 09/30/05 |
| 364376 | 364376 | 3,487.54 | 10/03/05 |

| Invoice Number | Shipment I.D. Number | Amount | Delivery Date |
|---|---|---|---|
| 364243 | 364243 | $13,952.16 | 09/28/05 |
| 364411 | 364411 | 3,487.54 | 10/05/05 |
| 364438 | 364438 | 1,743.77 | 10/06/05 |
| 364507 | 364507 | 3,487.54 | 10/08/05 |
| 364528 | 364528 | 3,487.54 | 10/10/05 |
| 364347 | 364347 | 1,908.00 | 09/28/05 |
| 364434 | 364434 | 1,908.00 | 10/03/05 |
|  |  | (Total) $ 141,589.83 |  |

6. The above-referenced goods were sold in the ordinary course of Diemolding Corporation's Business.

7. Upon information and belief the Debtor was insolvent when it received the goods.

8. This Notice constitutes timely written demand for reclamation upon the Debtor.

9. Accordingly, Diemolding Corporation has satisfied the requirements of § 546(c) of the Bankruptcy Code. In the alternative to reclamation, Diemolding Corporation will seek a priority claim or lien in its favor in the amount of $_141,589.83_____.

Diemolding Corporation

By:_____
Brian J. Simchik, CFO

-3-

1115110.1 10/14/2005

TO:
Donelle Mills
Senior Buyer
Delphi
2000 Forrer Blvd.
PO Box 1042
Dayton, OH 45401-1042

Debra Hartfelder
Senior Buyer
Delphi Energy & Chassis Systems
M/C 480-405-120
5820 Delphi Drive
Troy, MI 48098-2815

John William Butler, Esq.
Skadden, Arpps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Kayalyn A. Marafioti, Esq.
Skadden, Arpps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Kathleen Farrell
Clerk of the Court
United States Bankruptcy Court
One Bowling Green, Sixth Floor
New York, NY 10004-1408

Alicia M. Leonhard, Esq.
Office of U.S. Trustee
33 Whitehall Street
New York, New York 10004