IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | § § § § § § § § | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | | Case No. 05-44481 (RDD) |
| Debtors. | | (Jointly Administered) |

## NOTICE OF RECLAMATION FILED BY AMTEK ENGINEERING LIMITED, ET AL.

Amtek Engineering, Limited ("Amtek Engineering") and its affiliates, Amtek Mexico S.A. de C.V. ("Amtek Mexico"), and Amtek (Suzhou) Precision Engineering Ltd. ("Amtek Suzhou," and collectively with Amtek Engineering and Amtek Mexico, "Amtek") file this Notice of Reclamation (the "Notice") and respectfully state as follows:

1. On October 8, 2005, (the "Petition Date"), Delphi Corporation and certain of its domestic subsidiaries and affiliates (collectively, the "Debtors") filed petitions for relief under title 11 of chapter 11 of the United States Code (the "Bankruptcy Code"). On October 13, 2005, the Court entered an Order Under 11 U.S.C. §§ 362, 503, and 546 and Fed. R. Bankr. P. 9019 Establishing Procedures for the Treatment of Reclamation Claims (the "Reclamation Order").

2. Prior to the Petition Date, Amtek provided the Debtors with certain stamped metal parts (the "Goods") in the aggregate amount of $139,850.22 within ten (10) days of the Petition Date. These Goods were delivered to the Debtors pursuant to the invoices described in detail in the exhibits attached hereto.[1] Amtek Engineering provided Goods in the amount of $17,073.60 to the Debtors pursuant to the invoices described in Exhibit A. Amtek Mexico provided Goods in the amount of $80,672.15 to the Debtors pursuant to the invoices described in Exhibit B. Amtek Suzhou

---

[1] The invoices are too voluminous to attach, but are available to the Debtors upon request.

575247_1.DOC

1

provided Goods in the amount of $42,104.47 to the Debtors pursuant to the invoices described in Exhibit C.

3. Amtek hereby makes a demand for reclamation of the Goods in the aggregate amount of $139,850.22 pursuant to section 546(c) of the Bankruptcy Code and the Reclamation Order.

4. Pursuant to section 546(c), a seller may make written demand in accordance with statutory law for reclamation of goods before ten (10) days after the debtor's receipt of goods, or, if the 10-day period expires after the commencement of the case, before twenty (20) days after the debtor received the goods. 11 U.S.C. § 546(c)(1). If a court denies a seller reclamation, it must grant the seller administrative expense priority on its claim or secure the seller's claim with a lien. *See* 11 U.S.C. § 546(c)(2)(A), (B); *see also* 11 U.S.C. §§ 503(b), 507(a)(1).

5. The Goods were sold in the ordinary course of Amtek's business. On information and belief, the relevant Debtors were insolvent when they received the Goods. Amtek has timely made written demand for reclamation upon the Debtors. Accordingly, Amtek has satisfied the requirements of the Bankruptcy Code section 546(c) to reclaim the Goods.

Respectfully submitted this 18th day of October, 2005.

                        **HAYNES AND BOONE, LLP**

                        By: *Judith Elkin, with permission*
                            Judith Elkin
                            JE-4112
                            153 East 53rd Street, Suite 4900
                            New York, NY 10022
                            Telephone:   (212) 659-7300
                            Facsimile:    (212) 918-8989

                            -and-

                            Blaine F. Bates
                            Texas Bar No. 24029979
                            Brooks Hamilton
                            Texas Bar No. 24046015
                            1221 McKinney Street, Suite 2100
                            Houston, Texas 77010
                            Telephone:   (713) 547-2000
                            Facsimile:    (713) 547-2600

                            **COUNSEL FOR AMTEK ENGINEERING LIMITED, ET AL.**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Notice of Reclamation was served on the party listed below via first class U.S. mail, postage pre-paid and properly addressed, on this 18th day of October, 2005.

                                        /s/ Brooks Hamilton
                                        Brooks Hamilton

Skadden, Arps, Slate, Meager & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Attn: John K. Lyons, Esq.
      Allison Verderber Herriott, Esq.

575247_1.DOC                         4

## Amtek Engineering Ltd

Customer : Delphi Automative Systems
10 days invoice up to 8 Oct 2005

| BillingDoc | Invoice no. | d/o no. | Billing Date | PO No. | Net value | Curr. | External d |
|---|---|---|---|---|---|---|---|
| 84061393 | 90619929 | 80620791 | 29.09.2005 | 550044412 | 1,082.40 | USD | DUNS#:595132200 |
| 84061394 | 90619930 | 80620792 | 29.09.2005 | 550044412 | 1,382.40 | USD | DUNS#:595132200 |
| 84061531 | 90621711 | 80622294 | 05.10.2005 | 550044412 | 1,082.40 | USD | DUNS#:595132200 |
| 84061532 | 90621712 | 80622297 | 05.10.2005 | 550044412 | 3,317.76 | USD | DUNS#:595132200 |
| 84061570 | 90622654 | 80622788 | 08.10.2005 | 550077843 | 3,030.72 | USD | DUNS#:595132200 |
| 84061571 | 90622655 | 80622789 | 08.10.2005 | 550077843 | 2,211.84 | USD | DUNS#:595132200 |
| 84061627 | 90623252 | 80623448 | 12.10.2005 | 550044412 | 3,030.72 | USD | DUNS#:595132200 |
| 84061628 | 90623253 | 80623449 | 12.10.2005 | 550044412 | 1,935.36 | USD | DUNS#:595132200 |
|  |  |  |  |  | 17,073.60 |  |  |

## Amtek Mexico S.A. de C.V.
Deliveries to Delphi from 28 Sep 05 to 7 Oct 05

| Invoice # | Date | Customer | Sales Order # | P.O. # | D.O. # | Part # | Qty | Unit Price | Invoice Amt |
|---|---|---|---|---|---|---|---|---|---|
| 16325 | 28-Sep-05 | DELPHI DELCO | 2248 | 550043775 | 14971 | DELPHI-12235957_E | 192 | 4.5186 | 867.57 |
| 16326 | 28-Sep-05 | DELPHI DELCO | 2348 | 550049120 | 14953 | DELPHI-12235963_B | 400 | 0.2368 | 94.72 |
| 16327 | 28-Sep-05 | DELPHI DELCO | 2251 | 550049120 | 14954 | DELPHI-12235966_B | 400 | 0.3147 | 125.88 |
| 16328 | 28-Sep-05 | DELPHI DELCO | 2253 | 550049120 | 14955 | delphi-12235968_B | 900 | 0.1769 | 159.21 |
| 16329 | 28-Sep-05 | DELPHI DELCO | 2255 | 550052130 | 14956 | DELPHI-12236274_A | 480 | 0.2396 | 115.01 |
| 16330 | 28-Sep-05 | DELPHI DELCO | 2247 | 550049120 | 14957 | DELPHI-12236275_E | 96 | 4.7307 | 454.15 |
| 16331 | 28-Sep-05 | DELPHI DELCO | 2254 | 550043775 | 14958 | DELPHI-12236280_C | 72 | 0.7884 | 56.76 |
| 16332 | 28-Sep-05 | DELPHI DELCO | 2301 | 550069225 | 14959 | DELPHI-21004045_A | 84 | 0.4269 | 35.86 |
| 16333 | 28-Sep-05 | DELPHI DELCO | 2264 | 550047144 | 14937 | DELPHI-12224385_A | 480 | 0.6217 | 298.42 |
| 16335 | 28-Sep-05 | DELPHI DELCO | 2242 | 550042541 | 14939 | DELPHI-12231280_C | 216 | 1.5823 | 341.78 |
| 16336 | 28-Sep-05 | DELPHI DELCO | 2244 | 550042541 | 14940 | DELPHI-12231286_B | 200 | 0.2697 | 53.94 |
| 16337 | 28-Sep-05 | DELPHI DELCO | 2248 | 550043775 | 14941 | DELPHI-12235957_E | 192 | 4.5186 | 867.57 |
| 16338 | 28-Sep-05 | DELPHI DELCO | 2248 | 550043775 | 14942 | DELPHI-12235957_E | 192 | 4.5186 | 867.57 |
| 16339 | 28-Sep-05 | DELPHI DELCO | 2248 | 550043775 | 14968 | DELPHI-12235957_E | 192 | 4.5186 | 867.57 |
| 16340 | 28-Sep-05 | DELPHI DELCO | 2248 | 550043775 | 14969 | DELPHI-12235957_E | 192 | 4.5186 | 867.57 |
| 16341 | 28-Sep-05 | DELPHI DELCO | 2248 | 550043775 | 14970 | DELPHI-12235957_E | 32 | 4.5186 | 144.60 |
| 16342 | 28-Sep-05 | DELPHI DELCO | 2348 | 550049120 | 14943 | DELPHI-12235963_B | 1100 | 0.2368 | 260.48 |
| 16343 | 28-Sep-05 | DELPHI DELCO | 2250 | 550049120 | 14944 | DELPHI-28033702_A | 700 | 0.3356 | 234.92 |
| 16344 | 28-Sep-05 | DELPHI DELCO | 2251 | 550049120 | 14945 | DELPHI-12235966_B | 800 | 0.3147 | 251.76 |
| 16345 | 28-Sep-05 | DELPHI DELCO | 2252 | 550049120 | 14946 | DELPHI-12235967_B | 540 | 0.7218 | 389.77 |
| 16346 | 28-Sep-05 | DELPHI DELCO | 2253 | 550049120 | 14947 | delphi-12235968_B | 900 | 0.1769 | 159.21 |
| 16347 | 28-Sep-05 | DELPHI DELCO | 2247 | 550049120 | 14948 | DELPHI-12236275_E | 192 | 4.7307 | 908.29 |
| 16348 | 28-Sep-05 | DELPHI DELCO | 2247 | 550049120 | 14949 | DELPHI-12236275_E | 144 | 4.7307 | 681.22 |
| 16349 | 28-Sep-05 | DELPHI DELCO | 2254 | 550043775 | 14950 | DELPHI-12236280_C | 324 | 0.7884 | 255.44 |
| 16350 | 28-Sep-05 | DELPHI DELCO | 2269 | 550049926 | 14951 | DELPHI-21000544_A | 360 | 0.3057 | 110.05 |
| 16351 | 28-Sep-05 | DELPHI DELCO | 2268 | 550051961 | 14952 | DELPHI-21004035_A | 360 | 0.3163 | 113.87 |
| 16386 | 29-Sep-05 | DELPHI DELCO | 2236 | 550040497 | 15008 | DELPHI-16260537_J | 400 | 0.1079 | 43.16 |
| 16387 | 29-Sep-05 | DELPHI DELCO | 2301 | 550069225 | 15007 | DELPHI-21004045_A | 140 | 0.4269 | 59.77 |
| 16390 | 29-Sep-05 | DELPHI DELCO | 2254 | 550043775 | 15006 | DELPHI-12236280_C | 180 | 0.7884 | 141.91 |
| 16391 | 29-Sep-05 | DELPHI DELCO | 2247 | 550049120 | 15005 | DELPHI-12236275_E | 192 | 4.7307 | 908.29 |
| 16392 | 29-Sep-05 | DELPHI DELCO | 2251 | 550049120 | 15004 | DELPHI-12235966_B | 400 | 0.3147 | 125.88 |
| 16393 | 29-Sep-05 | DELPHI DELCO | 2348 | 550049120 | 15003 | DELPHI-12235963_B | 400 | 0.2368 | 94.72 |
| 16394 | 29-Sep-05 | DELPHI DELCO | 2248 | 550043775 | 15002 | DELPHI-12235957_E | 192 | 4.5186 | 867.57 |
| 16395 | 29-Sep-05 | DELPHI DELCO | 2253 | 550049120 | 15001 | delphi-12235968_B | 900 | 0.1769 | 159.21 |
| 16396 | 29-Sep-05 | DELPHI DELCO | 2235 | 550039409 | 15000 | DELPHI-16260536_M | 1200 | 0.1079 | 129.48 |
| 16397 | 29-Sep-05 | DELPHI DELCO | 2254 | 550043775 | 14999 | DELPHI-12236280_C | 324 | 0.7884 | 255.44 |
| 16398 | 29-Sep-05 | DELPHI DELCO | 2247 | 550049120 | 14998 | DELPHI-12236275_E | 144 | 4.7307 | 681.22 |
| 16399 | 29-Sep-05 | DELPHI DELCO | 2247 | 550049120 | 14997 | DELPHI-12236275_E | 192 | 4.7307 | 908.29 |
| 16400 | 29-Sep-05 | DELPHI DELCO | 2252 | 550049120 | 14996 | DELPHI-12235967_B | 540 | 0.7218 | 389.77 |
| 16401 | 29-Sep-05 | DELPHI DELCO | 2251 | 550049120 | 14995 | DELPHI-12235966_B | 800 | 0.3147 | 251.76 |
| 16402 | 29-Sep-05 | DELPHI DELCO | 2250 | 550049120 | 14994 | DELPHI-28033702_A | 900 | 0.3356 | 302.04 |
| 16403 | 29-Sep-05 | DELPHI DELCO | 2348 | 550049120 | 14993 | DELPHI-12235963_B | 500 | 0.2368 | 118.40 |
| 16404 | 29-Sep-05 | DELPHI DELCO | 2248 | 550043775 | 14992 | DELPHI-12235957_E | 128 | 4.5186 | 578.38 |
| 16405 | 29-Sep-05 | DELPHI DELCO | 2248 | 550043775 | 14991 | DELPHI-12235957_E | 192 | 4.5186 | 867.57 |
| 16406 | 29-Sep-05 | DELPHI DELCO | 2248 | 550043775 | 14990 | DELPHI-12235957_E | 192 | 4.5186 | 867.57 |
| 16407 | 29-Sep-05 | DELPHI DELCO | 2246 | 550042541 | 14989 | DELPHI-12231292_B | 600 | 0.1425 | 85.50 |
| 16408 | 29-Sep-05 | DELPHI DELCO | 2244 | 550042541 | 14988 | DELPHI-12231286_B | 300 | 0.2697 | 80.91 |
| 16409 | 29-Sep-05 | DELPHI DELCO | 2243 | 550042541 | 14987 | DELPHI-12231285_E | 300 | 0.2707 | 81.21 |
| 16410 | 29-Sep-05 | DELPHI DELCO | 2242 | 550042541 | 14986 | DELPHI-12231280_C | 72 | 1.5823 | 113.93 |
| 16411 | 29-Sep-05 | DELPHI DELCO | 2263 | 550047240 | 14985 | DELPHI-12227415_A | 720 | 0.0912 | 65.66 |
| 16412 | 29-Sep-05 | DELPHI DELCO | 2266 | 550047144 | 14984 | DELPHI-12224553_B | 330 | 0.4855 | 160.22 |
| 16413 | 29-Sep-05 | DELPHI DELCO | 2266 | 550047144 | 14983 | DELPHI-12224553_B | 600 | 0.4855 | 291.30 |
| 16414 | 29-Sep-05 | DELPHI DELCO | 2264 | 550047144 | 14982 | DELPHI-12224385_A | 420 | 0.6217 | 261.11 |
| 16415 | 29-Sep-05 | DELPHI DELCO | 2264 | 550047144 | 14981 | DELPHI-12224385_A | 600 | 0.6217 | 373.02 |
| 16430 | 30-Sep-05 | DELPHI DELCO | 2406 | 550047388 | 15022 | DELPHI-12227413_B | 3500 | 0.0726 | 254.10 |
| 16432 | 30-Sep-05 | DELPHI DELCO | 2264 | 550047144 | 15020 | DELPHI-12224385_A | 600 | 0.6217 | 373.02 |
| 16433 | 30-Sep-05 | DELPHI DELCO | 2264 | 550047144 | 15021 | DELPHI-12224385_A | 390 | 0.6217 | 242.46 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 16434 | 30-Sep-05 | DELPHI DELCO | 2266 | 550047144 | 15023 | DELPHI-12224553_B | 600 | 0.4855 | 291.30 |
| 16435 | 30-Sep-05 | DELPHI DELCO | 2266 | 550047144 | 15024 | DELPHI-12224553_B | 270 | 0.4855 | 131.09 |
| 16436 | 30-Sep-05 | DELPHI DELCO | 2406 | 550047388 | 15025 | DELPHI-12227413_B | 500 | 0.0726 | 36.30 |
| 16438 | 30-Sep-05 | DELPHI DELCO | 2243 | 550042541 | 15027 | DELPHI-12231285_E | 400 | 0.2707 | 108.28 |
| 16439 | 30-Sep-05 | DELPHI DELCO | 2244 | 550042541 | 15028 | DELPHI-12231286_B | 200 | 0.2697 | 53.94 |
| 16440 | 30-Sep-05 | DELPHI DELCO | 2245 | 550042541 | 15029 | DELPHI-12231287_C | 1520 | 0.3606 | 548.11 |
| 16442 | 30-Sep-05 | DELPHI DELCO | 2248 | 550043775 | 15031 | DELPHI-12235957_E | 192 | 4.5186 | 867.57 |
| 16443 | 30-Sep-05 | DELPHI DELCO | 2248 | 550043775 | 15032 | DELPHI-12235957_E | 192 | 4.5186 | 867.57 |
| 16444 | 30-Sep-05 | DELPHI DELCO | 2348 | 550049120 | 15033 | DELPHI-12235963_B | 1000 | 0.2368 | 236.80 |
| 16445 | 30-Sep-05 | DELPHI DELCO | 2250 | 550049120 | 15034 | DELPHI-28033702_A | 900 | 0.3356 | 302.04 |
| 16446 | 30-Sep-05 | DELPHI DELCO | 2251 | 550049120 | 15035 | DELPHI-12235966_B | 1000 | 0.3147 | 314.70 |
| 16447 | 30-Sep-05 | DELPHI DELCO | 2252 | 550049120 | 15036 | DELPHI-12235967_B | 540 | 0.7218 | 389.77 |
| 16448 | 30-Sep-05 | DELPHI DELCO | 2253 | 550049120 | 15037 | delphi-12235968_B | 900 | 0.1769 | 159.21 |
| 16449 | 30-Sep-05 | DELPHI DELCO | 2255 | 550052130 | 15038 | DELPHI-12236274_A | 480 | 0.2396 | 115.01 |
| 16450 | 30-Sep-05 | DELPHI DELCO | 2247 | 550049120 | 15039 | DELPHI-12236275_E | 48 | 4.7307 | 227.07 |
| 16451 | 30-Sep-05 | DELPHI DELCO | 2254 | 550043775 | 15040 | DELPHI-12236280_C | 216 | 0.7884 | 170.29 |
| 16452 | 30-Sep-05 | DELPHI DELCO | 2235 | 550039409 | 15041 | DELPHI-16260536_M | 400 | 0.1079 | 43.16 |
| 16453 | 30-Sep-05 | DELPHI DELCO | 2236 | 550040497 | 15042 | DELPHI-16260537_J | 400 | 0.1079 | 43.16 |
| 16454 | 30-Sep-05 | DELPHI DELCO | 2240 | 550040497 | 15043 | DELPHI-09383441_D | 60 | 0.4756 | 28.54 |
| 16455 | 30-Sep-05 | DELPHI DELCO | 2248 | 550043775 | 15044 | DELPHI-12235957_E | 192 | 4.5186 | 867.57 |
| 16456 | 30-Sep-05 | DELPHI DELCO | 2348 | 550049120 | 15045 | DELPHI-12235963_B | 400 | 0.2368 | 94.72 |
| 16457 | 30-Sep-05 | DELPHI DELCO | 2251 | 550049120 | 15046 | DELPHI-12235966_B | 400 | 0.3147 | 125.88 |
| 16458 | 30-Sep-05 | DELPHI DELCO | 2252 | 550049120 | 15047 | DELPHI-12235967_B | 720 | 0.7218 | 519.70 |
| 16459 | 30-Sep-05 | DELPHI DELCO | 2252 | 550049120 | 15048 | DELPHI-12235967_B | 180 | 0.7218 | 129.92 |
| 16460 | 30-Sep-05 | DELPHI DELCO | 2255 | 550052130 | 15049 | DELPHI-12236274_A | 480 | 0.2396 | 115.01 |
| 16461 | 30-Sep-05 | DELPHI DELCO | 2247 | 550049120 | 15050 | DELPHI-12236275_E | 192 | 4.7307 | 908.29 |
| 16462 | 30-Sep-05 | DELPHI DELCO | 2254 | 550043775 | 15051 | DELPHI-12236280_C | 180 | 0.7884 | 141.91 |
| 16464 | 30-Sep-05 | DELPHI DELCO | 2270 | 550053704 | 15053 | DELPHI-21001491_B | 648 | 0.5673 | 367.61 |
| 16465 | 30-Sep-05 | DELPHI DELCO | 2276 | 55006403 | 15054 | DELPHI- | 3640 | 0.3069 | 1,117.12 |
| 16466 | 3-Oct-05 | DELPHI DELCO | 2272 | 550046222 | 15056 | DELPHI-12223057_C | 2800 | 0.0703 | 196.84 |
| 16467 | 3-Oct-05 | DELPHI DELCO | 2264 | 550047144 | 15057 | DELPHI-12224385_A | 600 | 0.6217 | 373.02 |
| 16468 | 3-Oct-05 | DELPHI DELCO | 2264 | 550047144 | 15058 | DELPHI-12224385_A | 450 | 0.6217 | 279.77 |
| 16469 | 3-Oct-05 | DELPHI DELCO | 2266 | 550047144 | 15059 | DELPHI-12224553_B | 600 | 0.4855 | 291.30 |
| 16470 | 3-Oct-05 | DELPHI DELCO | 2266 | 550047144 | 15060 | DELPHI-12224553_B | 330 | 0.4855 | 160.22 |
| 16471 | 3-Oct-05 | DELPHI DELCO | 2273 | 550047114 | 15061 | DELPHI-12225796_C | 324 | 0.1114 | 36.09 |
| 16472 | 3-Oct-05 | DELPHI DELCO | 2263 | 550047240 | 15062 | DELPHI-12227415_A | 720 | 0.0912 | 65.66 |
| 16473 | 3-Oct-05 | DELPHI DELCO | 2242 | 550042541 | 15063 | DELPHI-12231280_C | 360 | 1.5823 | 569.63 |
| 16474 | 3-Oct-05 | DELPHI DELCO | 2243 | 550042541 | 15064 | DELPHI-12231285_E | 300 | 0.2707 | 81.21 |
| 16475 | 3-Oct-05 | DELPHI DELCO | 2244 | 550042541 | 15065 | DELPHI-12231286_B | 200 | 0.2697 | 53.94 |
| 16476 | 3-Oct-05 | DELPHI DELCO | 2245 | 550042541 | 15066 | DELPHI-12231287_C | 240 | 0.3606 | 86.54 |
| 16477 | 3-Oct-05 | DELPHI DELCO | 2246 | 550042541 | 15067 | DELPHI-12231292_B | 600 | 0.1425 | 85.50 |
| 16478 | 3-Oct-05 | DELPHI DELCO | 2248 | 550043775 | 15068 | DELPHI-12235957_E | 192 | 4.5186 | 867.57 |
| 16479 | 3-Oct-05 | DELPHI DELCO | 2248 | 550043775 | 15069 | DELPHI-12235957_E | 192 | 4.5186 | 867.57 |
| 16480 | 3-Oct-05 | DELPHI DELCO | 2248 | 550043775 | 15070 | DELPHI-12235957_E | 112 | 4.5186 | 506.08 |
| 16481 | 3-Oct-05 | DELPHI DELCO | 2348 | 550049120 | 15071 | DELPHI-12235963_B | 1000 | 0.2368 | 236.80 |
| 16482 | 3-Oct-05 | DELPHI DELCO | 2240 | 550040497 | 15072 | DELPHI-09383441_D | 60 | 0.4756 | 28.54 |
| 16483 | 3-Oct-05 | DELPHI DELCO | 2250 | 550049120 | 15073 | DELPHI-28033702_A | 100 | 0.3356 | 33.56 |
| 16484 | 3-Oct-05 | DELPHI DELCO | 2251 | 550049120 | 15074 | DELPHI-12235966_B | 700 | 0.3147 | 220.29 |
| 16485 | 3-Oct-05 | DELPHI DELCO | 2252 | 550049120 | 15075 | DELPHI-12235967_B | 540 | 0.7218 | 389.77 |
| 16486 | 3-Oct-05 | DELPHI DELCO | 2255 | 550052130 | 15077 | DELPHI-12236274_A | 480 | 0.2396 | 115.01 |
| 16487 | 3-Oct-05 | DELPHI DELCO | 2248 | 550043775 | 15078 | DELPHI-12235957_E | 16 | 4.5186 | 72.30 |
| 16488 | 3-Oct-05 | DELPHI DELCO | 2247 | 550049120 | 15079 | DELPHI-12236275_E | 192 | 4.7307 | 908.29 |
| 16489 | 3-Oct-05 | DELPHI DELCO | 2348 | 550049120 | 15080 | DELPHI-12235963_B | 400 | 0.2368 | 94.72 |
| 16490 | 3-Oct-05 | DELPHI DELCO | 2251 | 550049120 | 15081 | DELPHI-12235966_B | 400 | 0.3147 | 125.88 |
| 16491 | 3-Oct-05 | DELPHI DELCO | 2247 | 550049120 | 15082 | DELPHI-12236275_E | 80 | 4.7307 | 378.46 |
| 16492 | 3-Oct-05 | DELPHI DELCO | 2252 | 550049120 | 15083 | DELPHI-12235967_B | 108 | 0.7218 | 77.95 |
| 16493 | 3-Oct-05 | DELPHI DELCO | 2254 | 550043775 | 15084 | DELPHI-12236280_C | 180 | 0.7884 | 141.91 |
| 16494 | 3-Oct-05 | DELPHI DELCO | 2247 | 550049120 | 15085 | DELPHI-12236275_E | 192 | 4.7307 | 908.29 |
| 16495 | 3-Oct-05 | DELPHI DELCO | 2247 | 550049120 | 15086 | DELPHI-12236275_E | 16 | 4.7307 | 75.69 |
| 16496 | 3-Oct-05 | DELPHI DELCO | 2235 | 550039409 | 15087 | DELPHI-16260536_M | 800 | 0.1079 | 86.32 |
| 16497 | 3-Oct-05 | DELPHI DELCO | 2254 | 550043775 | 15088 | DELPHI-12236280_C | 216 | 0.7884 | 170.29 |
| 16498 | 3-Oct-05 | DELPHI DELCO | 2236 | 550040497 | 15089 | DELPHI-16260537_J | 400 | 0.1079 | 43.16 |
| 16499 | 3-Oct-05 | DELPHI DELCO | 2299 | 550064687 | 15090 | DELPHI-28003731_C | 140 | 0.5209 | 72.93 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 16500 | 3-Oct-05 | DELPHI DELCO | | 2300 | 550064687 | 15091 | DELPHI-28003732_C | 140 | 0.5449 | 76.29 |
| 16501 | 3-Oct-05 | DELPHI DELCO | | 2269 | 550049926 | 15092 | DELPHI-21000544_A | 360 | 0.3057 | 110.05 |
| 16502 | 3-Oct-05 | DELPHI DELCO | | 2253 | 550049120 | 15093 | delphi-12235968_B | 900 | 0.1769 | 159.21 |
| 16503 | 3-Oct-05 | DELPHI DELCO | | 2301 | 550069225 | 15094 | DELPHI-21004045_A | 84 | 0.4269 | 35.86 |
| 16504 | 3-Oct-05 | DELPHI DELCO | | 2276 | 55006403 | 15095 | DELPHI- | 7560 | 0.3069 | 2,320.16 |
| 16505 | 3-Oct-05 | DELPHI DELCO | | 2248 | 550043775 | 15096 | DELPHI-12235957_E | 192 | 4.5186 | 867.57 |
| 16519 | 5-Oct-05 | DELPHI DELCO | | 2266 | 550047144 | 14938 | DELPHI-12224553_B | 150 | 0.4855 | 72.83 |
| 16520 | 5-Oct-05 | DELPHI DELCO | | 2301 | 550069225 | 15052 | DELPHI-21004045_A | 56 | 0.4269 | 23.91 |
| 16521 | 5-Oct-05 | DELPHI DELCO | | 2248 | 550043775 | 15030 | DELPHI-12235957_E | 192 | 4.5186 | 867.57 |
| 16522 | 5-Oct-05 | DELPHI DELCO | | 2242 | 550042541 | 15026 | DELPHI-12231280_C | 360 | 1.5823 | 569.63 |
| 16523 | 5-Oct-05 | DELPHI DELCO | | 2272 | 550046222 | 15110 | DELPHI-12223057_C | 4000 | 0.0703 | 281.20 |
| 16524 | 5-Oct-05 | DELPHI DELCO | | 2264 | 550047144 | 15111 | DELPHI-12224385_A | 600 | 0.6217 | 373.02 |
| 16525 | 5-Oct-05 | DELPHI DELCO | | 2264 | 550047144 | 15112 | DELPHI-12224385_A | 390 | 0.6217 | 242.46 |
| 16526 | 5-Oct-05 | DELPHI DELCO | | 2266 | 550047144 | 15113 | DELPHI-12224553_B | 600 | 0.4855 | 291.30 |
| 16527 | 5-Oct-05 | DELPHI DELCO | | 2266 | 550047144 | 15114 | DELPHI-12224553_B | 300 | 0.4855 | 145.65 |
| 16528 | 5-Oct-05 | DELPHI DELCO | | 2263 | 550047240 | 15115 | DELPHI-12227415_A | 720 | 0.0912 | 65.66 |
| 16529 | 5-Oct-05 | DELPHI DELCO | | 2242 | 550042541 | 15116 | DELPHI-12231280_C | 108 | 1.5823 | 170.89 |
| 16530 | 5-Oct-05 | DELPHI DELCO | | 2243 | 550042541 | 15117 | DELPHI-12231285_E | 400 | 0.2707 | 108.28 |
| 16531 | 5-Oct-05 | DELPHI DELCO | | 2244 | 550042541 | 15118 | DELPHI-12231286_B | 300 | 0.2697 | 80.91 |
| 16532 | 5-Oct-05 | DELPHI DELCO | | 2245 | 550042541 | 15119 | DELPHI-12231287_C | 400 | 0.3606 | 144.24 |
| 16533 | 5-Oct-05 | DELPHI DELCO | | 2248 | 550043775 | 15120 | DELPHI-12235957_E | 192 | 4.5186 | 867.57 |
| 16534 | 5-Oct-05 | DELPHI DELCO | | 2248 | 550043775 | 15121 | DELPHI-12235957_E | 192 | 4.5186 | 867.57 |
| 16535 | 5-Oct-05 | DELPHI DELCO | | 2248 | 550043775 | 15122 | DELPHI-12235957_E | 48 | 4.5186 | 216.89 |
| 16536 | 5-Oct-05 | DELPHI DELCO | | 2348 | 550049120 | 15123 | DELPHI-12235963_B | 700 | 0.2368 | 165.76 |
| 16537 | 5-Oct-05 | DELPHI DELCO | | 2251 | 550049120 | 15124 | DELPHI-12235966_B | 800 | 0.3147 | 251.76 |
| 16538 | 5-Oct-05 | DELPHI DELCO | | 2252 | 550049120 | 15125 | DELPHI-12235967_B | 180 | 0.7218 | 129.92 |
| 16539 | 5-Oct-05 | DELPHI DELCO | | 2253 | 550049120 | 15126 | delphi-12235968_B | 900 | 0.1769 | 159.21 |
| 16540 | 5-Oct-05 | DELPHI DELCO | | 2247 | 550049120 | 15127 | DELPHI-12236275_E | 192 | 4.7307 | 908.29 |
| 16541 | 5-Oct-05 | DELPHI DELCO | | 2247 | 550049120 | 15128 | DELPHI-12236275_E | 96 | 4.7307 | 454.15 |
| 16542 | 5-Oct-05 | DELPHI DELCO | | 2254 | 550043775 | 15129 | DELPHI-12236280_C | 288 | 0.7884 | 227.06 |
| 16543 | 5-Oct-05 | DELPHI DELCO | | 2235 | 550039409 | 15130 | DELPHI-16260536_M | 400 | 0.1079 | 43.16 |
| 16544 | 5-Oct-05 | DELPHI DELCO | | 2236 | 550040497 | 15131 | DELPHI-16260537_J | 400 | 0.1079 | 43.16 |
| 16545 | 5-Oct-05 | DELPHI DELCO | | 2269 | 550049926 | 15132 | DELPHI-21000544_A | 720 | 0.3057 | 220.10 |
| 16546 | 5-Oct-05 | DELPHI DELCO | | 2270 | 550053704 | 15133 | DELPHI-21001491_B | 648 | 0.5673 | 367.61 |
| 16547 | 5-Oct-05 | DELPHI DELCO | | 2268 | 550051961 | 15134 | DELPHI-21004035_A | 1080 | 0.3163 | 341.60 |
| 16548 | 5-Oct-05 | DELPHI DELCO | | 2248 | 550043775 | 15135 | DELPHI-12235957_E | 192 | 4.5186 | 867.57 |
| 16549 | 5-Oct-05 | DELPHI DELCO | | 2248 | 550043775 | 15136 | DELPHI-12235957_E | 16 | 4.5186 | 72.30 |
| 16550 | 5-Oct-05 | DELPHI DELCO | | 2348 | 550049120 | 15137 | DELPHI-12235963_B | 400 | 0.2368 | 94.72 |
| 16551 | 5-Oct-05 | DELPHI DELCO | | 2251 | 550049120 | 15138 | DELPHI-12235966_B | 400 | 0.3147 | 125.88 |
| 16552 | 5-Oct-05 | DELPHI DELCO | | 2253 | 550049120 | 15139 | delphi-12235968_B | 900 | 0.1769 | 159.21 |
| 16553 | 5-Oct-05 | DELPHI DELCO | | 2255 | 550052130 | 15140 | DELPHI-12236274_A | 480 | 0.2381 | 114.29 |
| 16554 | 5-Oct-05 | DELPHI DELCO | | 2247 | 550049120 | 15141 | DELPHI-12236275_E | 192 | 4.7307 | 908.29 |
| 16555 | 5-Oct-05 | DELPHI DELCO | | 2247 | 550049120 | 15142 | DELPHI-12236275_E | 16 | 4.7307 | 75.69 |
| 16556 | 5-Oct-05 | DELPHI DELCO | | 2254 | 550043775 | 15143 | DELPHI-12236280_C | 216 | 0.7884 | 170.29 |
| 16557 | 5-Oct-05 | DELPHI DELCO | | 2301 | 550069225 | 15144 | DELPHI-21004045_A | 84 | 0.4269 | 35.86 |
| 16562 | 6-Oct-05 | DELPHI DELCO | | 2272 | 550046222 | 15158 | DELPHI-12223057_C | 1600 | 0.0703 | 112.48 |
| 16563 | 6-Oct-05 | DELPHI DELCO | | 2266 | 550047144 | 15159 | DELPHI-12224553_B | 300 | 0.4855 | 145.65 |
| 16564 | 6-Oct-05 | DELPHI DELCO | | 2244 | 550042541 | 15160 | DELPHI-12231286_B | 100 | 0.2697 | 26.97 |
| 16565 | 6-Oct-05 | DELPHI DELCO | | 2248 | 550043775 | 15161 | DELPHI-12235957_E | 192 | 4.5186 | 867.57 |
| 16566 | 6-Oct-05 | DELPHI DELCO | | 2248 | 550043775 | 15162 | DELPHI-12235957_E | 144 | 4.5186 | 650.68 |
| 16567 | 6-Oct-05 | DELPHI DELCO | | 2348 | 550049120 | 15163 | DELPHI-12235963_B | 800 | 0.2368 | 189.44 |
| 16568 | 6-Oct-05 | DELPHI DELCO | | 2251 | 550049120 | 15164 | DELPHI-12235966_B | 200 | 0.3147 | 62.94 |
| 16580 | 6-Oct-05 | DELPHI DELCO | | 2247 | 550049120 | 15166 | DELPHI-12236275_E | 32 | 4.7307 | 151.38 |
| 16581 | 6-Oct-05 | DELPHI DELCO | | 2254 | 550043775 | 15167 | DELPHI-12236280_C | 108 | 0.7884 | 85.15 |
| 16582 | 6-Oct-05 | DELPHI DELCO | | 2235 | 550039409 | 15168 | DELPHI-16260536_M | 400 | 0.1079 | 43.16 |
| 16583 | 6-Oct-05 | DELPHI DELCO | | 2252 | 550049120 | 15169 | DELPHI-12235967_B | 720 | 0.7218 | 519.70 |
| 16584 | 6-Oct-05 | DELPHI DELCO | | 2276 | 55006403 | 15170 | DELPHI- | 7280 | 0.3069 | 2,234.23 |
| 16585 | 6-Oct-05 | DELPHI DELCO | | 2248 | 550043775 | 15172 | DELPHI-12235957_E | 192 | 4.5186 | 867.57 |
| 16586 | 6-Oct-05 | DELPHI DELCO | | 2301 | 550069225 | 15173 | DELPHI-21004045_A | 28 | 0.4269 | 11.95 |
| 16587 | 6-Oct-05 | DELPHI DELCO | | 2276 | 55006403 | 15186 | DELPHI- | 4200 | 0.3069 | 1,288.98 |
| 16588 | 6-Oct-05 | DELPHI DELCO | | 2276 | 55006403 | 15187 | DELPHI- | 4760 | 0.3069 | 1,460.84 |
| 16589 | 6-Oct-05 | DELPHI DELCO | | 2247 | 550049120 | 15165 | DELPHI-12236275_E | 192 | 4.7307 | 908.29 |
| 16591 | 6-Oct-05 | DELPHI DELCO | | 2252 | 550049120 | 15198 | DELPHI-12235967_B | 720 | 0.7218 | 519.70 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 16592 | 6-Oct-05 | DELPHI DELCO | 2252 | 550049120 | 15199 | DELPHI-12235967_B | 720 | 0.7218 | 519.70 |
| 16593 | 6-Oct-05 | DELPHI DELCO | 2252 | 550049120 | 15200 | DELPHI-12235967_B | 720 | 0.7218 | 519.70 |
| 16594 | 6-Oct-05 | DELPHI DELCO | 2252 | 550049120 | 15201 | DELPHI-12235967_B | 48 | 0.7218 | 34.65 |
| 16595 | 6-Oct-05 | DELPHI DELCO | 2272 | 550046222 | 15202 | DELPHI-12223057_C | 2800 | 0.0703 | 196.84 |
| 16596 | 6-Oct-05 | DELPHI DELCO | 2242 | 550042541 | 15204 | DELPHI-12231280_C | 108 | 1.5823 | 170.89 |
| 16597 | 6-Oct-05 | DELPHI DELCO | 2244 | 550042541 | 15205 | DELPHI-12231286_B | 300 | 0.2697 | 80.91 |
| 16598 | 6-Oct-05 | DELPHI DELCO | 2245 | 550042541 | 15206 | DELPHI-12231287_C | 320 | 0.3606 | 115.39 |
| 16599 | 6-Oct-05 | DELPHI DELCO | 2246 | 550042541 | 15207 | DELPHI-12231292_B | 600 | 0.1425 | 85.50 |
| 16600 | 6-Oct-05 | DELPHI DELCO | 2250 | 550049120 | 15208 | DELPHI-28033702_A | 2000 | 0.3356 | 671.20 |
| 16601 | 6-Oct-05 | DELPHI DELCO | 2250 | 550049120 | 15209 | DELPHI-28033702_A | 2000 | 0.3356 | 671.20 |
| 16602 | 6-Oct-05 | DELPHI DELCO | 2250 | 550049120 | 15210 | DELPHI-28033702_A | 1400 | 0.3356 | 469.84 |
| 16603 | 6-Oct-05 | DELPHI DELCO | 2253 | 550049120 | 15211 | delphi-12235968_B | 900 | 0.1769 | 159.21 |
| 16604 | 6-Oct-05 | DELPHI DELCO | 2247 | 550049120 | 15212 | DELPHI-12236275_E | 144 | 4.7307 | 681.22 |
| 16605 | 6-Oct-05 | DELPHI DELCO | 2254 | 550043775 | 15213 | DELPHI-12236280_C | 288 | 0.7884 | 227.06 |
| 16606 | 6-Oct-05 | DELPHI DELCO | 2248 | 550043775 | 15218 | DELPHI-12235957_E | 192 | 4.5186 | 867.57 |
| 16607 | 6-Oct-05 | DELPHI DELCO | 2248 | 550043775 | 15219 | DELPHI-12235957_E | 192 | 4.5186 | 867.57 |
| 16608 | 6-Oct-05 | DELPHI DELCO | 2248 | 550043775 | 15220 | DELPHI-12235957_E | 192 | 4.5186 | 867.57 |
| 16609 | 6-Oct-05 | DELPHI DELCO | 2248 | 550043775 | 15221 | DELPHI-12235957_E | 80 | 4.5186 | 361.49 |
| 16610 | 6-Oct-05 | DELPHI DELCO | 2348 | 550049120 | 15222 | DELPHI-12235963_B | 800 | 0.2368 | 189.44 |
| 16611 | 6-Oct-05 | DELPHI DELCO | 2248 | 550043775 | 15223 | DELPHI-12235957_E | 192 | 4.5186 | 867.57 |
| 16612 | 6-Oct-05 | DELPHI DELCO | 2406 | 550047388 | 15203 | DELPHI-12227413_B | 1500 | 0.0726 | 108.90 |
| 16613 | 6-Oct-05 | DELPHI DELCO | 2236 | 550040497 | 15214 | DELPHI-16260537_J | 400 | 0.1079 | 43.16 |
| 16614 | 6-Oct-05 | DELPHI DELCO | 2252 | 550049120 | 15215 | DELPHI-12235967_B | 180 | 0.7218 | 129.92 |
| 16615 | 6-Oct-05 | DELPHI DELCO | 2301 | 550069225 | 15216 | DELPHI-21004045_A | 112 | 0.4269 | 47.81 |
| 16616 | 6-Oct-05 | DELPHI DELCO | 2270 | 550053704 | 15217 | DELPHI-21001491_B | 648 | 0.5673 | 367.61 |
| 16639 | 7-Oct-05 | DELPHI DELCO | 2348 | 550049120 | 15251 | DELPHI-12235963_B | 400 | 0.2368 | 94.72 |
| 16640 | 7-Oct-05 | DELPHI DELCO | 2251 | 550049120 | 15252 | DELPHI-12235966_B | 900 | 0.3147 | 283.23 |
| 16641 | 7-Oct-05 | DELPHI DELCO | 2252 | 550049120 | 15253 | DELPHI-12235967_B | 144 | 0.7218 | 103.94 |
| 16642 | 7-Oct-05 | DELPHI DELCO | 2253 | 550049120 | 15254 | delphi-12235968_B | 900 | 0.1769 | 159.21 |
| 16644 | 7-Oct-05 | DELPHI DELCO | 2247 | 550049120 | 15255 | DELPHI-12236275_E | 16 | 4.7307 | 75.69 |
| 16645 | 7-Oct-05 | DELPHI DELCO | 2302 | 550075169 | 15257 | DELPHI-28000384_A | 144 | 0.296 | 42.62 |
| 16646 | 7-Oct-05 | DELPHI DELCO | 2254 | 550043775 | 15256 | DELPHI-12236280_C | 36 | 0.7884 | 28.38 |
| 16647 | 7-Oct-05 | DELPHI DELCO | 2301 | 550069225 | 15258 | DELPHI-21004045_A | 196 | 0.4269 | 83.67 |
| 16648 | 7-Oct-05 | DELPHI DELCO | 2248 | 550043775 | 15263 | DELPHI-12235957_E | 192 | 4.5186 | 867.57 |
| 16649 | 7-Oct-05 | DELPHI DELCO | 2272 | 550046222 | 15235 | DELPHI-12223057_C | 3600 | 0.0703 | 253.08 |
| 16650 | 7-Oct-05 | DELPHI DELCO | 2273 | 550047114 | 15236 | DELPHI-12225796_C | 324 | 0.1114 | 36.09 |
| 16651 | 7-Oct-05 | DELPHI DELCO | 2242 | 550042541 | 15237 | DELPHI-12231280_C | 288 | 1.5823 | 455.70 |
| 16652 | 7-Oct-05 | DELPHI DELCO | 2243 | 550042541 | 15238 | DELPHI-12231285_E | 100 | 0.2707 | 27.07 |
| 16653 | 7-Oct-05 | DELPHI DELCO | 2244 | 550042541 | 15239 | DELPHI-12231286_B | 100 | 0.2697 | 26.97 |
| 16654 | 7-Oct-05 | DELPHI DELCO | 2245 | 550042541 | 15240 | DELPHI-12231287_C | 240 | 0.3606 | 86.54 |
| 16655 | 7-Oct-05 | DELPHI DELCO | 2248 | 550043775 | 15241 | DELPHI-12235957_E | 192 | 4.5186 | 867.57 |
| 16656 | 7-Oct-05 | DELPHI DELCO | 2348 | 550049120 | 15242 | DELPHI-12235963_B | 400 | 0.2368 | 94.72 |
| 16657 | 7-Oct-05 | DELPHI DELCO | 2250 | 550049120 | 15243 | DELPHI-28033702_A | 1000 | 0.3356 | 335.60 |
| 16658 | 7-Oct-05 | DELPHI DELCO | 2251 | 550049120 | 15244 | DELPHI-12235966_B | 1800 | 0.3147 | 566.46 |
| 16659 | 7-Oct-05 | DELPHI DELCO | 2252 | 550049120 | 15245 | DELPHI-12235967_B | 648 | 0.7218 | 467.73 |
| 16660 | 7-Oct-05 | DELPHI DELCO | 2253 | 550049120 | 15246 | delphi-12235968_B | 900 | 0.1769 | 159.21 |
| 16661 | 7-Oct-05 | DELPHI DELCO | 2247 | 550049120 | 15247 | DELPHI-12236275_E | 128 | 4.7307 | 605.53 |
| 16662 | 7-Oct-05 | DELPHI DELCO | 2254 | 550043775 | 15248 | DELPHI-12236280_C | 288 | 0.7884 | 227.06 |
| 16663 | 7-Oct-05 | DELPHI DELCO | 2235 | 550039409 | 15249 | DELPHI-16260536_M | 400 | 0.1079 | 43.16 |
| 16664 | 7-Oct-05 | DELPHI DELCO | 2267 | 550051961 | 15250 | DELPHI-21000152_B | 800 | 0.5552 | 444.16 |
| 16665 | 7-Oct-05 | DELPHI DELCO | 2269 | 550049926 | 15259 | DELPHI-21000544_A | 360 | 0.3057 | 110.05 |
| 16666 | 7-Oct-05 | DELPHI DELCO | 2248 | 550043775 | 15260 | DELPHI-12235957_E | 192 | 4.5186 | 867.57 |
| 16667 | 7-Oct-05 | DELPHI DELCO | 2248 | 550043775 | 15261 | DELPHI-12235957_E | 192 | 4.5186 | 867.57 |
| 16668 | 7-Oct-05 | DELPHI DELCO | 2248 | 550043775 | 15262 | DELPHI-12235957_E | 64 | 4.5186 | 289.19 |
| | | | | | | | | | 80,672.15 |

Amtek (Suzhou) Precision Engineering Ltd.
36 Xing Ming St., CSS Industrial Park, Suzhou, Jiangsu Province P. R. China 215021
Tel: 86-512-67630088-1109          Fax: 86-512-67614655
DELPHI DELCO ELECTRONICS                      Closing Date:2005.10.08

| Delivery No. | Invoice No. | Parts No. | C/O No. | U/Price | Quantity | USD | Date |
|---|---|---|---|---|---|---|---|
| B0509-263 | 01302376 | DK230119 | 450120684 | 63 | 55.00 | 3,465.00 | 30/Sep/05 |
| B0509-263 | 01302376 | DK230119 | 450120684 | 51 | 100.00 | 5,100.00 | 30/Sep/05 |
| B0509-263 | 01302376 | DK230142 | 450120684 | 56.33 | 200.00 | 11,266.00 | 30/Sep/05 |
| B0509-263 | 01302376 | DK230160 | 450120684 | 13 | 200.00 | 2,600.00 | 30/Sep/05 |
| B0509-263 | 01302376 | DK230143 | 450120684 | 28.9 | 150.00 | 4,335.00 | 30/Sep/05 |
| B0509-263 | 01302376 | DK230140 | 450120684 | 5.7 | 200.00 | 1,140.00 | 30/Sep/05 |
| B0509-263 | 01302376 | DK230141 | 450120684 | 5.9 | 200.00 | 1,180.00 | 30/Sep/05 |
| B0509-263 | 01302376 | DK230118 | 450120684 | 6.2 | 150.00 | 930.00 | 30/Sep/05 |
| B0509-263 | 01302376 | DK230149 | 450120684 | 5.5 | 340.00 | 1,870.00 | 30/Sep/05 |
| | **01302376 Total** | | | | | 31,886.00 | |
| | 01044162 | DK223486 | 450086611 | 12 | 95.00 | 1,140.00 | 07/Oct/05 |
| | 01044162 | DK223486 | 450086611 | 17.8 | 95.00 | 1,691.00 | 07/Oct/05 |
| | **01044162 Total** | | | | | 2,831.00 | |
| | 01044163 | DK224218 | 450087126 | 1.99 | 95.00 | 189.05 | 07/Oct/05 |
| | 01044163 | DK224220 | 450087126 | 0.48 | 95.00 | 45.60 | 07/Oct/05 |
| | 01044163 | DK224221 | 450087126 | 0.46 | 95.00 | 43.70 | 07/Oct/05 |
| | 01044163 | DK224092 | 450087126 | 0.07 | 315.00 | 22.05 | 07/Oct/05 |
| | 01044163 | DK224173 | 450087126 | 0.52 | 105.00 | 54.60 | 07/Oct/05 |
| | **01044163 Total** | | | | | 355.00 | |
| | 01302432 | PR465976 | 450109854 | 7.26 | 35.00 | 254.10 | 07/Oct/05 |
| | 01302432 | PR465976 | 450109854 | 7.26 | 35.00 | 254.10 | 07/Oct/05 |
| | **01302432 Total** | | | | | 508.20 | |
| | 01302431 | PR446702 | 450109853 | 1184 | 1.00 | 1,184.00 | 07/Oct/05 |
| | **01302431 Total** | | | | | 1,184.00 | |
| | 01302430 | DK224092 | 450104283 | 0.07 | 360.00 | 25.20 | 07/Oct/05 |
| | 01302430 | DK224173 | 450106837 | 0.4496 | 120.00 | 53.95 | 07/Oct/05 |
| | **01302430 Total** | | | | | 79.15 | |
| | 01302429 | DK224218 | 450104282 | 1.99 | 120.00 | 238.80 | 07/Oct/05 |
| | 01302429 | DK224223 | 450104282 | 0.27 | 120.00 | 32.40 | 07/Oct/05 |
| | 01302429 | DK224220 | 450104282 | 0.48 | 120.00 | 57.60 | 07/Oct/05 |
| | 01302429 | DK224221 | 450104282 | 0.46 | 120.00 | 55.20 | 07/Oct/05 |
| | 01302429 | 28003460 | 450104282 | 0.49 | 120.00 | 58.80 | 07/Oct/05 |
| | 01302429 | 28003464 | 450104282 | 0.12 | 120.00 | 14.40 | 07/Oct/05 |
| | **01302429 Total** | | | | | 457.20 | |
| | 01302428 | 28002871 | 450108445 | 0.0881 | 125.00 | 11.01 | 07/Oct/05 |
| | 01302428 | 28002862 | 450108445 | 0.87429 | 125.00 | 109.29 | 07/Oct/05 |
| | 01302428 | 28002876 | 450108445 | 0.21478 | 125.00 | 26.85 | 07/Oct/05 |
| | 01302428 | 28002878 | 450108445 | 0.62421 | 125.00 | 78.03 | 07/Oct/05 |
| | 01302428 | 28002879 | 450108445 | 0.66763 | 125.00 | 83.45 | 07/Oct/05 |
| | 01302428 | 28006780 | 450108445 | 0.20537 | 125.00 | 25.67 | 07/Oct/05 |
| | 01302428 | 28002877 | 450108445 | 0.1952 | 125.00 | 24.40 | 07/Oct/05 |
| | **01302428 Total** | | | | | 358.70 | |
| | 01302427 | DK228131 | 450108052 | 16.4 | 125.00 | 2,050.00 | 07/Oct/05 |
| | 01302427 | DK228138 | 450108052 | 15.8 | 125.00 | 1,975.00 | 07/Oct/05 |

Page 1

Amtek (Suzhou) Precision Engineering Ltd.
36 Xing Ming St., CSS Industrial Park, Suzhou, Jiangsu Province P. R. China 215021
Tel: 86-512-67630088-1109          Fax: 86-512-67614655
DELPHI DELCO ELECTRONICS                    Closing Date:2005.10.08

| Delivery No. | Invoice No. | Parts No. | C/O No. | U/Price | Quantity | USD | Date |
|---|---|---|---|---|---|---|---|
| B0509-263 | 01302376 | DK230119 | 450120684 | 63 | 55.00 | 3,465.00 | 30/Sep/05 |
| B0509-263 | 01302376 | DK230119 | 450120684 | 51 | 100.00 | 5,100.00 | 30/Sep/05 |
|  | **01302427 Total** |  |  |  |  | 4,025.00 |  |
|  | 01302426 | 28002862 | 450094300 | 0.874 | 120.00 | 104.88 | 07/Oct/05 |
|  | 01302426 | 28006780 | 450094300 | 0.2053 | 120.00 | 24.64 | 07/Oct/05 |
|  | 01302426 | 28002876 | 450094300 | 0.4334 | 120.00 | 52.01 | 07/Oct/05 |
|  | 01302426 | 28002877 | 450094300 | 0.1952 | 120.00 | 23.42 | 07/Oct/05 |
|  | 01302426 | 28002878 | 450094300 | 0.6299 | 120.00 | 75.59 | 07/Oct/05 |
|  | 01302426 | 28002879 | 450094300 | 0.6674 | 120.00 | 80.09 | 07/Oct/05 |
|  | 01302426 | 28006774 | 450094300 | 0.1389 | 120.00 | 16.67 | 07/Oct/05 |
|  | 01302426 | 28006775 | 450094300 | 0.1179 | 120.00 | 14.15 | 07/Oct/05 |
|  | 01302426 | 28006776 | 450094300 | 0.0564 | 120.00 | 6.77 | 07/Oct/05 |
|  | 01302426 | 28006777 | 450094300 | 0.0215 | 120.00 | 2.58 | 07/Oct/05 |
|  | **01302426 Total** |  |  |  |  | 400.80 |  |
|  | 01302434 | 28030926 | 450106038 | 0.0555 | 350.00 | 19.43 | 07/Oct/05 |
|  | **01302434 Total** |  |  |  |  | 19.43 |  |
|  | **Grand Total** |  |  |  |  | 42,104.47 |  |