### BIALSON, BERGEN & SCHWAB
ATTORNEYS AT LAW
A PARTNERSHIP OF
PROFESSIONAL CORPORATIONS
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CALIFORNIA 94306

Email: clee@bbslaw.com

TELEPHONE
(650) 857-9500

FACSIMILE
(650) 494-2738

E-MAIL· atty@bbslaw.com

SEYMOUR BERGEN
(1923-2003)

October 18, 2005

Clerk of Court
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

Re:    **In re Delphi Corporation, et al**
       **Case No. 05-44481 (RDD) (Jointly Administered)**

Dear Clerk:

Enclosed please find an original and one copy of **NOTICE OF SUPPLEMENTAL RECLAMATION DEMAND OF SOLECTRON CORPORATION**. Please file the original and return a filed-stamped copy to our office in the enclosed self-addressed, stamped envelope.

Thank you for your kind assistance.

Sincerely,

BIALSON, BERGEN & SCHWAB

Catherine Lee, Paralegal

RECEIVED
OCT 1 9 2005
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

:cwl
W:\S0383\072\ltr\101805Court-Supplemental Notice of Reclamation.wpd

Lawrence M. Schwab, Esq. (Calif. Bar No. 085600)
Patrick M. Costello, Esq. (Calif. Bar No. 117205)
BIALSON, BERGEN & SCHWAB
2600 El Camino Real, Suite 300
Palo Alto, California 94306
Telephone: (650) 857-9500
Facsimile: (650) 494-2738

Counsel for Creditor
Solectron Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x
                                                         :
**In re:**                                               :    **Chapter 11 Case No.**
                                                         :
**DELPHI CORPORATION, et al.,**                          :    **05-44481**
                                                         :
            **Debtors.**                                 :    **(Jointly Administered)**
                                                         :
-------------------------------------------------------- x

**NOTICE OF SUPPLEMENTAL RECLAMATION DEMAND**
**OF SOLECTRON CORPORATION**

**PLEASE TAKE NOTICE** that a written reclamation demand (the "Solectron

Demands") were served on October 18, 2005 by Solectron Corporation and various of its subsidiary

and affiliated entities (collectively "Solectron"), through counsel on the Debtors in the above

consolidated cases and their counsel. A copy of the supplemental Solectron Demand is attached

hereto as Exhibit "A" and incorporated herein by this reference.

Dated: October 18, 2005
       Palo Alto, California

                              BIALSON, BERGEN & SCHWAB

                              By:  _____

                              Patrick M. Costello, Esq. (Calif. Bar No. 117205)
                              2600 El Camino Real, Suite 300
                              Palo Alto, California 94306
                              Telephone: (650) 857-9500
                              Facsimile: (650) 494-2738
                              Email: pcostello@bbslaw.com

                              Counsel for Creditor
                              Solectron Corporation

RECEIVED
OCT 1 9 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

### BIALSON, BERGEN & SCHWAB
ATTORNEYS AT LAW
A PARTNERSHIP OF
PROFESSIONAL CORPORATIONS
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CALIFORNIA 94306

TELEPHONE
(650) 857-9500

FACSIMILE
(650) 494-2738

E-MAIL: atty@bbslaw.com

SEYMOUR BERGEN
(1923-2003)

October 18, 2005

**Via FedEx and Fax (248) 813-2670**
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098-2815

**Via First-Class U.S. Mail**
Delphi Delco Electronics Systems
Attn. Manual Receipts
Processing MS A241
PO Box 9005
Kokomo, IN 46904-9005

**Via FedEx and Fax (312) 407-0411 and (212) 735-2000**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn.     John Wm. Butler, Esq.
          Kayalyn A. Marafioti, Esq.

Re:     **In re Delphi Corporation et. al., Case No. 05-44481 (RDD) (Jointly Administered)**

Dear Gentlemen:

This firm is counsel to Solectron Corporation, Solectron Manufactura De Mexico S. De R.L. De C.V. and various of their subsidiary and affiliated entities (collectively "Solectron"). Pursuant to Section 2-702 of the Uniform Commercial Code as codified under applicable state law and 11 U.S.C. Section 546(c), and without waiving any other rights, remedies or claims, Solectron hereby demands for the return of all goods ("Goods") of any kind or character received by Delphi Corporation, Delphi Delco Electronics Systems, Delphi Delco Electronics DE Mexico SA DE CV Brecha and/or any of their subsidiary, affiliated and other related entities (collectively "Delphi") from Solectron including, without limitation, those Goods shipped, delivered and received by Delphi as set forth in the Solectron invoices attached hereto for your convenience.

By this letter you are instructed to immediately inventory the Goods and keep the Goods segregated from all other inventory, machinery and equipment. Further, you are not permitted to use, sell, encumber or transfer the Goods to any other party.

Please contact the undersigned to arrange for the immediate return of the Goods.

Very truly yours,

BIALSON, BERGEN & SCHWAB

Patrick M. Costello

W:\S0383\072\ltr\101405MexDemandReclamation3.wpd

 **SOLECTRON**®

SOLECTRON MANUFACTURA DE MEXICO S. DE RL DE CV
PROLONGACIÓN LÓPEZ MATEOS SUR
KM. 6.5 NO.2014 COL. LA TIJERA
TLAJOMULCO DE Z                  JALISCO
C.P. 45640                       (33) 3770-4200
SMM-840603-FQ4



INVOICE

CUSTOMER NO:  343 -
CUSTOMER PH:  765-451-5480

YOUR ORDER NO:  550074818-
OUR ORDER NO:  550074818-S

BILL TO:

**DELPHI DELCO ELECTRONICS**
**SYSTEMS ATTN MANUAL RECEIPTS**
**PROCESSING MS A241 PO BOX 9005**
**KOKOMO                    IN**
**USA                       46904-9005**

SHIP TO:

**DELPHI DELCO ELECTRONICS DE**
**MEXICO SA DE CV BRECHA E99 S/N**
**PARQUE IND REYNOSA PTA DA-24**
**REYNOSA               TAMAULIPAS**
**MEXICO                88780**

| TERMS: | DAYS 1: 0 | DISC 1: 0 | SHIPPED: 09/15/2005 |
| | DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 10770 |
| NET DUE DATE: 11/24/2005 | | | INCOTERM: EX WORKS |
| | | | SHIPMENT NO: 162070       REF: |
| OUR CUSTOMER REP IS: LAF | | | PRO NO: R-431 |

| 432 | 108 | 0 | DPH28009905 | | 43.18 | 4663.44 |

YOUR PART NUMBER: 28009905
GMT 800 2006 CASE ASSY 6 MAN
PRINTED CIRCUIT
TABLERO DE INSTRUMENTOS PARA CAMIONETA
-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5, Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005PEDIMENTO DE EXPORTACIÓN NO. 05 48 3033-5011097
PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGOREGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563OPERACIÓN DE MAQUILADORA  CONTROLADORA DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTERGENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MEXICO, S.A. DE C.V.CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. EQVISSSTE CHAMIZAL.
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804EXP 310/4000, EMPRESA CERTIFICADA
CON OFICIO
AGACE-10001, PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                                          ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.           ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT
WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 90 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within
90 days of the date of invoice.

• Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200







**SOLECTRON**®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z                        JALISCO
C.P. 45640                             (33) 3770-4200
RMM-840503-FQ4

CUSTOMER NO:   343 -
CUSTOMER PH:   765-451-5480

YOUR ORDER NO:  550074818-
OUR ORDER NO:   550074818-S

BILL TO:

DELPHI DELCO ELECTRONICS
SYSTEMS ATTN MANUAL RECEIPTS
PROCESSING MS A241 PO BOX 9005
KOKOMO                    IN
USA                       46904-9005

SHIP TO:

DELPHI DELCO ELECTRONICS DE
MEXICO SA DE CV BRECHA E99 S/N
PARQUE IND REYNOSA PTA DA-24
REYNOSA              TAMAULIPAS
MEXICO               88780

| TERMS: DAYS 1: 0 | DISC 1: 0 | SHIPPED: 09/15/2005 | |
|---|---|---|---|
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 10767 | |
| NET DUE DATE: 11/24/2005 | | INCOTERM: EX WORKS | |
| | | SHIPMENT NO: 162079 | REF: |
| OUR CUSTOMER REP IS:  LAF | | PRO NO: | |

| | | | | | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 864 | 432 | 0 | DPH28009906 | | 46.08 | 19906.56 |

YOUR PART NUMBER: 28009906
GMT 800 2006 CASE ASSY 6 AUTO
PRINTED CIRCUIT BOARD
TABLERO DE INSTRUMENTOS PARA CAMIONETA

| 1007 | 108 | 899 | DPH28009906 | | 46.08 | 4976.64 |

YOUR PART NUMBER: 28009906
GMT 800 2006 CASE ASSY 6 AUTO
PRINTED CIRCUIT BOARD
TABLERO DE INSTRUMENTOS PARA CAMIONETA

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

* Cualquier discrepancia en precio y/o cantidad deberá ser
  reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
  hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
  departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within
  30 days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
  on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
  011-52-(33) 3770-4200







SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIERRA
TLAJOMULCO DE Z        JALISCO
C.P. 45640             (33) 3770-4200
SNM-840803-JY4

**CUSTOMER NO:** 343 -
**CUSTOMER PH:** 765-451-5480

**YOUR ORDER NO:** 550074818-
**OUR ORDER NO:** 550074818-S

**BILL TO:**
DELPHI DELCO ELECTRONICS
SYSTEMS ATTN MANUAL RECEIPTS
PROCESSING MS A241 PO BOX 9005
KOKOMO                IN
USA                   46904-9005

**SHIP TO:**
DELPHI DELCO ELECTRONICS DE
MEXICO SA DE CV BRECHA E99 S/N
PARQUE IND REYNOSA PTA DA-24
REYNOSA               TAMAULIPAS
MEXICO                88780

| TERMS: DAYS 1: 0 | DISC 1: 0 | SHIPPED: 09/15/2005 | |
| --- | --- | --- | --- |
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 10767 | |
| NET DUE DATE: 11/24/2005 | | INCOTERM: EX WORKS | |
| | | SHIPMENT NO: 162079 | REF: |
| OUR CUSTOMER REP IS: LAF | | PRO NO: | |

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.23.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO. 05 48
3033-5011097 PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183
PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563 OPERACIÓN DE MAQUILADORA  CONTROLADORA DE
EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V. CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL.
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804 EXP 310/4000, EMPRESA
CERTIFICADA CON OFICIO
AGACE-1000L, PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                          ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.        ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT
WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 50 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor ca reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within
50 days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200



 **SOLECTRON**®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2515 COL LA TIJERA
TLAJOMULCO DE Z              JALISCO
C.P. 45640                   (33) 3770-4200
SMM-840603-PQ4



CUSTOMER NO:   343 -
CUSTOMER PH:   765-451-5480

YOUR ORDER NO:   550074821-
OUR ORDER NO:    550074821-H

BILL TO:

DELPHI DELCO ELECTRONICS
SYSTEMS ATTN MANUAL RECEIPTS
PROCESSING MS A241 PO BOX 9005
KOKOMO                  IN
USA                     46904-9005

SHIP TO:

DELPHI DELCO ELECTRONICS DE
MEXICO SA DE CV BRECHA E99 S/N
PARQUE IND REYNOSA PTA DA-24
REYNOSA            TAMAULIPAS
MEXICO             88780

| TERMS:   DAYS 1: 0 | DISC 1: 0 | SHIPPED: 09/15/2005 | |
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 10765 | |
| NET DUE DATE: 11/24/2005 | | INCOTERM: EX WORKS | |
| | | SHIPMENT NO: 162087 | REF: |
| OUR CUSTOMER REP IS: LAF | | PRO NO: | |

| 671 | 119 | 0 DPH28026551 | 35.77 | 4256.63 |

YOUR PART NUMBER: 28026551
ASM-CMP MAIN SW
PRINTED CIRCUIT BOARD ASY
CUADRO DE MANDO
-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO. 05 48
3033-5011097 PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-863 OPERACIÓN DE MAQUILADORA  CONTROLADORA DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V. CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804 EXP 310/4000, EMPRESA CERTIFICADA
CON OFICIO
AGACE-10001, PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                              ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.    ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT
WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.
* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.
* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200
* Any discrepancies of price or quantity must be reported within
30 days of the date of invoice.
* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.
* For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200







# SOLECTRON ®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 4.5 NO.2815 COL. LA TIJERA
TLAJOMULCO DE Z.            JALISCO
C.P. 45640                  (33) 3770-4200
SMM-840503-FQ4

CUSTOMER NO:   343 -
CUSTOMER PH:   765-451-5480

YOUR ORDER NO:  550074821-
OUR ORDER NO:   550074821-H

BILL TO:

**DELPHI DELCO ELECTRONICS
SYSTEMS ATTN MANUAL RECEIPTS
PROCESSING MS A241 PO BOX 9005
KOKOMO                          IN
USA                             46904-9005**

SHIP TO:

**DELPHI DELCO ELECTRONICS DE
MEXICO SA DE CV BRECHA E99 S/N
PARQUE IND REYNOSA PTA DA-24
REYNOSA            TAMAULIPAS
MEXICO             88780**

| TERMS:  DAYS 1:  0 | DISC 1:  0 | SHIPPED:  09/15/2005 | |
|---|---|---|---|
| DAYS 2:  0 | DISC 2:  0 | SHIPPED VIA:  10769 | |
| NET DUE DATE:  11/24/2005 | | INCOTERM:  EX WORKS | |
| | | SHIPMENT NO:  162116 | REF: |
| OUR CUSTOMER REP IS:  LAF | | PRO NO: | |

| 528 | 72 | 456  DPH28026551 | 35.77 | 2575.44 |
|---|---|---|---|---|

**YOUR PART NUMBER: 28026551**
ASM-CMP MAIN SW
PRINTED CIRCUIT BOARD ASY
CUADRO DE MANDO
-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO. 05 48
3033-5011097 PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 38 6012-S002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563 OPERACIÓN DE MAQUILADORA  CONTROLADORA DE
EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V. CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804 EXP 310/4000, EMPRESA
CERTIFICADA CON OFICIO

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                                ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.   ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within
30 days of the date of invoice.

• Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200






# SOLECTRON®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2916 COL LA TIJERA
TLAJOMULCO DE Z                    JALISCO
C.P. 45640                         (33) 3770-4200
SM04-840563-FQ4





CUSTOMER NO:  343 -
CUSTOMER PH:   765-451-5480

YOUR ORDER NO:  550074826-
OUR ORDER NO:   550074826-H

BILL TO:

**DELPHI DELCO ELECTRONICS**
**SYSTEMS ATTN MANUAL RECEIPTS**
**PROCESSING MS A241 PO BOX 9005**
**KOKOMO**          **IN**
**USA**             **46904-9005**

SHIP TO:

**DELPHI DELCO ELECTRONICS DE**
**MEXICO SA DE CV BRECHA E99 S/N**
**PARQUE IND REYNOSA PTA DA-24**
**REYNOSA**          **TAMAULIPAS**
**MEXICO**           **88780**

| TERMS:  DAYS 1:  0 | DISC 1:  0 | SHIPPED:  09/15/2005 | |
|---|---|---|---|
| DAYS 2:  0 | DISC 2:  0 | SHIPPED VIA:  10768 | |
| NET DUE DATE:  11/24/2005 | | INCOTERM:  EX WORKS | |
| | | SHIPMENT NO:  162078 | REF: |
| OUR CUSTOMER REP IS:  LAF | | PRO NO:  R-431 | |

| 744 | 144 | 600 | DPH28024912 | 72.99 | 10510.56 |
|---|---|---|---|---|---|

YOUR PART NUMBER: 28024912
MUSTANG 2006 CASE ASM RPO MK
CASE
TABLERO DE INSTRUMENTOS PARA CAMIONETA

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005PEDIMENTO DE EXPORTACIÓN NO. 05 48 3033-5011097
PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGOREGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563OPERACIÓN DE MAQUILADORA  CONTROLADORA DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTERGENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V.CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310.EN CIUDAD JUAREZ, CHIHUAHUA OFICIO 326-SAT-64804EXP 310/4000, EMPRESA CERTIFICADA
CON OFICIO
AGACE-10001, PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                          ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.   ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY, ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within
30 days of the date of invoice.

• Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200





# SOLECTRON®



SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z                    JALISCO
C.P. 45640                         (33) 3770-4200
SMM-S40503-FQ4



| CUSTOMER NO: | 343 - | | YOUR ORDER NO: | 550074826- |
| CUSTOMER PH: | 765-451-5480 | | OUR ORDER NO: | 550074826-H |



**BILL TO:**

DELPHI DELCO ELECTRONICS
SYSTEMS ATTN MANUAL RECEIPTS
PROCESSING MS A241 PO BOX 9005
KOKOMO                         IN
USA                            46904-9005

**SHIP TO:**

DELPHI DELCO ELECTRONICS DE
MEXICO SA DE CV BRECHA E99 S/N
PARQUE IND REYNOSA PTA DA-24
REYNOSA                   TAMAULIPAS
MEXICO                    88780

| TERMS: DAYS 1: 0 | DISC 1: 0 | SHIPPED: 09/15/2005 | |
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 10771 | |
| NET DUE DATE: 11/24/2005 | | INCOTERM: EX WORKS | |
| | | SHIPMENT NO: 162084 | REF: |
| OUR CUSTOMER REP IS: LAF | | PRO NO: | |

| 744 | 168 | 432 DPH28024912 | | 72.99 | 12262.32 |

YOUR PART NUMBER: 28024912
MUSTANG 2006 CASE ASM RPO MK
CASE
TABLERO DE INSTRUMENTOS PARA CAMIONETA
-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005PEDIMENTO DE EXPORTACIÓN NO. 05 48 3033-5011097
PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGOREGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-5630PERACIÓN DE MAQUILADORA  CONTROLADORA DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTERGENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6. Y 5.2.8. MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V.CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL.
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804EXP 310/4000, EMPRESA CERTIFICADA
CON OFICIO
AGACE-10001, PROGRAMA DE MAQUILA 2004-315.

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                          ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.   ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 90 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within
90 days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200



  **SOLECTRON** ®   

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZMATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z          JALISCO
C.P. 45640               (33) 3770-4200
SMM-860503-JQ4

CUSTOMER NO:  343 -
CUSTOMER PH:  765-451-5480

YOUR ORDER NO: 550074826-
OUR ORDER NO: 550074826-H

BILL TO:

| | |
|---|---|
| **DELPHI DELCO ELECTRONICS** | SHIP TO: |
| **SYSTEMS ATTN MANUAL RECEIPTS** | **DELPHI DELCO ELECTRONICS DE** |
| **PROCESSING MS A241 PO BOX 9005** | **MEXICO SA DE CV BRECHA E99 S/N** |
| **KOKOMO            IN** | **PARQUE IND REYNOSA PTA DA-24** |
| **USA               46904-9005** | **REYNOSA            TAMAULIPAS** |
| | **MEXICO             88780** |

TERMS:  DAYS 1:  0          DISC 1:  0
        DAYS 2:  0          DISC 2:  0
NET DUE DATE:  11/24/2005

SHIPPED:  09/15/2005
SHIPPED VIA:  10772
INCOTERM:  EX WORKS
SHIPMENT NO:  162085          REF:
PRO NO:

OUR CUSTOMER REP IS:  LAF

| 744 | 144 | 288 | DPH28024912 | 72.99 | 10510.56 |
|---|---|---|---|---|---|

YOUR PART NUMBER: 28024912
MUSTANG 2006 CASE ASM RPO MK
CASE
TABLERO DE INSTRUMENTOS PARA CAMIONETA
-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.5., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO. 05 48
3033-5011097 PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-5630 OPERACIÓN DE MAQUILADORA  CONTROLADORA DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V. CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804 EXP 310/4000, EMPRESA CERTIFICADA
CON OFICIO
AGACE-10001, PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                           ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.    ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser
  reportada en los 30 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá
  hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
  departamento de Contabilidad al: 011-52-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within
  30 days of the date of invoice.

• Any debits taken against this invoice must reference the RMA #
  on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
  011-52-(33) 3770-4200



 **SOLECTRON** ®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL. LA TIJERA
TLAJOMULCO DE Z                     JALISCO
C.P. 45640                          (33) 3770-4200
SMM-860903-3Q4





CUSTOMER NO:  343 -
CUSTOMER PH:  765-451-5480

YOUR ORDER NO: 550074826-
OUR ORDER NO: 550074826-H

BILL TO:

DELPHI DELCO ELECTRONICS
SYSTEMS ATTN MANUAL RECEIPTS
PROCESSING MS A241 PO BOX 9005
KOKOMO                          IN
USA                             46904-9005

SHIP TO:

DELPHI DELCO ELECTRONICS DE
MEXICO SA DE CV BRECHA E99 S/N
PARQUE IND REYNOSA PTA DA-24
REYNOSA              TAMAULIPAS
MEXICO               88780

| TERMS: DAYS 1: 0 | DISC 1: 0 | SHIPPED: 09/15/2005 |
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 10766 |
| NET DUE DATE: 11/24/2005 | | INCOTERM: EX WORKS |
| | | SHIPMENT NO: 162086   REF: |
| OUR CUSTOMER REP IS: LAF | | PRO NO: |

| 60 | 60 | 0 | DPH28024913 | | 73.35 | 4401.00 |

YOUR PART NUMBER: 28024913
MUSTANG 2006 CASE ASM RPO KM
CASE
TABLERO DE INSTRUMENTOS PARA CAMIONETA

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8, 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005PEDIMENTO DE EXPORTACIÓN NO: 05 48
3033-5011097 PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGOREGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563OPERACIÓN DE MAQUILADORA  CONTROLADORA DE
EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTERGENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V.CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804EXP 310/4000; EMPRESA
CERTIFICADA CON OFICIO

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                              ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.    ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al 011-52-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within
30 days of the date of invoice.

• Any debits taken against this invoice must reference the RMA #
on the stock remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200



 **SOLECTRON** ®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2515 COL LA TIJERA
TLAJOMULCO DE Z          JALISCO
C.P. 45640              (33) 3770-4200
SMM-940503-FQ4



**INVOICE**

CUSTOMER NO:  343 -
CUSTOMER PH:  765-451-5480

YOUR ORDER NO:  550074821-
OUR ORDER NO:  550074821-H

BILL TO:

**DELPHI DELCO ELECTRONICS
SYSTEMS ATTN MANUAL RECEIPTS
PROCESSING MS A241 PO BOX 9005
KOKOMO              IN
USA              46904-9005**

SHIP TO:

**DELPHI DELCO ELECTRONICS DE
MEXICO SA DE CV BRECHA E99 S/N
PARQUE IND REYNOSA PTA DA-24
REYNOSA          TAMAULIPAS
MEXICO          88780**

| TERMS: | DAYS 1: 0 | DISC 1: 0 | SHIPPED: 09/12/2005 |
| | DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 10728 |
| NET DUE DATE: 11/21/2005 | | | INCOTERM: **EX WORKS** |
| | | | SHIPMENT NO: 161739      REF: |
| OUR CUSTOMER REP IS:  LAF | | | PRO NO: |

| 671 | 24 | 431 DPH28026551 | 35.77 | 858.48 |

YOUR PART NUMBER: 28026551
ASM-CMP MAIN SW
PRINTED CIRCUIT BOARD ASY
CUADRO DE MANDO
-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO. 05 48 3033-5011097
PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563 OPERACIÓN DE MAQUILADORA: CONTROLADORA DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE COMERCIO
EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V. CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804 EXP 310/4000, EMPRESA CERTIFICADA
CON OFICIO
AGACE-10001, PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                        ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.        ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 90 días siguientes a la fecha de facturación.

• Cualquier cargo que haya hable contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within
90 days of the date of invoice.

• Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200







# SOLECTRON®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.3915 COL LA TIJERA
TLAJOMULCO DE Z           JALISCO
C.P. 45640               (33) 3770-4200
RMM-840503-NQ4

**CUSTOMER NO:** 343 -
**CUSTOMER PH:** 765-451-5480

**YOUR ORDER NO:** 550074815-
**OUR ORDER NO:** 550074815-H

**BILL TO:**

DELPHI DELCO ELECTRONICS
SYSTEMS ATTN MANUAL RECEIPTS
PROCESSING MS A241 PO BOX 9005
KOKOMO               IN
USA                  46904-9005

**SHIP TO:**

DELPHI DELCO ELECTRONICS DE
MEXICO SA DE CV BRECHA E99 S/N
PARQUE IND REYNOSA PTA DA-24
REYNOSA           TAMAULIPAS
MEXICO            88780

| TERMS: DAYS 1: 0 | DISC 1: 0 | SHIPPED: 09/13/2005 |
|---|---|---|
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 100132 |
| NET DUE DATE: 11/22/2005 | | INCOTERM: EX WORKS |
| | | SHIPMENT NO: 161822   REF: |
| OUR CUSTOMER REP IS: LAF | | PRO NO: |

| | 1800 | 1800 | 0 DPH09390856 | 9.92 | 17856.00 |
|---|---|---|---|---|---|

YOUR PART NUMBER: 09390856 CIRCUIT BOARD ASSEMBLY
CIRCUIT BOARD ASSY CD 09390856
PRINTED CIRCUIT BOARD ASSEMBLY
CIRCUITO MODULAR PARA REPRODUCTOR DE CD

| | 1300 | 1300 | 0 DPH09390856 | 9.92 | 12896.00 |
|---|---|---|---|---|---|

YOUR PART NUMBER: 09390856 CIRCUIT BOARD ASSEMBLY
CIRCUIT BOARD ASSY CD 09390856
PRINTED CIRCUIT BOARD ASSEMBLY
CIRCUITO MODULAR PARA REPRODUCTOR DE CD

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

• Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al 011-62-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within
30 days of the date of invoice.

• Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
011-62-(32) 3770-4200





# SOLECTRON®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZMATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z                    JALISCO
C.P. 45640                         (33) 3770-4200
SMM-840603-PQ4



CUSTOMER NO:  343 -
CUSTOMER PH:   765-451-5480

YOUR ORDER NO: 550074815-
OUR ORDER NO: 550074815-H

BILL TO:

**DELPHI DELCO ELECTRONICS
SYSTEMS ATTN MANUAL RECEIPTS
PROCESSING MS A241 PO BOX 9005
KOKOMO                    IN
USA                       46904-9005**

SHIP TO:

**DELPHI DELCO ELECTRONICS DE
MEXICO SA DE CV BRECHA E99 S/N
PARQUE IND REYNOSA PTA DA-24
REYNOSA                TAMAULIPAS
MEXICO                 88780**

| | | | |
|---|---|---|---|
| TERMS:  DAYS 1: **0** | DISC 1: **0** | SHIPPED: **09/13/2005** | |
| DAYS 2: **0** | DISC 2: **0** | SHIPPED VIA: **100132** | |
| NET DUE DATE: **11/22/2005** | | INCOTERM: **EX WORKS** | |
| | | SHIPMENT NO: **161822** | REF: |
| OUR CUSTOMER REP IS: **LAF** | | PRO NO: | |

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE
CARÁCTER GENERAL 3.3.8, 5.2.5, Y 5.2.8
EN MATERIA DE COMERCIO EXTERIOR PARA 2005PEDIMENTO DE EXPORTACIÓN NO. 05 48
3033-5011097 PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183
PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGOREGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563OPERACIÓN DE MAQUILADORA  CONTROLADORA DE
EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTERGENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V.CON DIRECCIÓN
HERMANOS ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804EXP 310/4000, EMPRESA
CERTIFICADA CON OFICIO
AGACE-10001, PROGRAMA DE MAQUILA 2004-315.

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: **SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.**
BANK NAME: CITIBANK NA                              ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.    ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT
WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al 011-52-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within
30 days of the date of invoice.

• Any debts taken against this invoice must reference the RMA #
on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200







SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z                    JALISCO
C.P. 45640                         (33) 3770-4200
SMM-840503-FQ4

CUSTOMER NO:  343 -
CUSTOMER PH:  765-451-5480

YOUR ORDER NO:  550074815-
OUR ORDER NO:  550074815-H

**BILL TO:**

**DELPHI DELCO ELECTRONICS**
**SYSTEMS ATTN MANUAL RECEIPTS**
**PROCESSING MS A241 PO BOX 9005**
**KOKOMO**                    **IN**
**USA**                       **46904-9005**

**SHIP TO:**

**DELPHI DELCO ELECTRONICS DE**
**MEXICO SA DE CV BRECHA E99 S/N**
**PARQUE IND REYNOSA PTA DA-24**
**REYNOSA**                   **TAMAULIPAS**
**MEXICO**                    **88780**

| | | |
|---|---|---|
| TERMS:  DAYS 1: 0 | DISC 1: 0 | SHIPPED:  09/13/2005 |
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA:  100132 |
| NET DUE DATE: 11/22/2005 | | INCOTERM:  EX WORKS |
| | | SHIPMENT NO: 161823          REF: |
| OUR CUSTOMER REP IS:  LAF | | PRO NO: |

| ORDERED | SHIPPED | | | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|
| 2200 | 2200 | 0 | DPH09390871 | 9.70 | 21340.00 |

YOUR PART NUMBER: 09390871  CIRCUIT BOARD ASSEMBLY
CIRCUIT BOARD ASSY CD 09390871
PRINTED CIRCUIT BOARD ASSEMBLY
CIRCUITO MODULAR PARA REPRODUCTOR DE CD

| 1500 | 1500 | 0 | DPH09390871 | 9.70 | 14550.00 |

YOUR PART NUMBER: 09390871  CIRCUIT BOARD ASSEMBLY
CIRCUIT BOARD ASSY CD 09390871
PRINTED CIRCUIT BOARD ASSEMBLY
CIRCUITO MODULAR PARA REPRODUCTOR DE CD

-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO





* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within
30 days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200

 **SOLECTRON**®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z            JALISCO
C.P. 45640                (33) 3770-4200
SMM-340503-FQ4



CUSTOMER NO:   343 -
CUSTOMER PH:   765-451-5480

YOUR ORDER NO: 550074815-
OUR ORDER NO: 550074815-H

BILL TO:

DELPHI DELCO ELECTRONICS
SYSTEMS ATTN MANUAL RECEIPTS
PROCESSING MS A241 PO BOX 9005
KOKOMO                    IN
USA                       46904-9005

SHIP TO:

DELPHI DELCO ELECTRONICS DE
MEXICO SA DE CV BRECHA E99 S/N
PARQUE IND REYNOSA PTA DA-24
REYNOSA                   TAMAULIPAS
MEXICO                    88780

| TERMS:   DAYS 1:   0 | DISC 1:  0 | SHIPPED:  09/13/2005 |
| DAYS 2:   0 | DISC 2:  0 | SHIPPED VIA:  100132 |
| NET DUE DATE:  11/22/2005 | | INCOTERM:  EX WORKS |
| | | SHIPMENT NO:  161823        REF: |
| OUR CUSTOMER REP IS:  LAF | | PRO NO: |

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE
CARÁCTER GENERAL 3.3.8., 5.2.5, Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO.  05
48 3033-5011097 PROMOVIDO
POR EDUARDO A. GARZA ROBLES, PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183
PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563 OPERACIÓN DE MAQUILADORA  CONTROLADORA
DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA
DE COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V. CON DIRECCIÓN
HERMANOS ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 324-SAT-64804 EXP 310/4000, EMPRESA
CERTIFICADA CON OFICIO
AGACE-10001, PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                         ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.      ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT
WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al 011-52-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within
30 days of the date of invoice.

• Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200




 **SOLECTRON**®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 4.5 NO.3915 COL. LA TIJERA
TLAJOMULCO DE Z            JALISCO
C.P. 45640                      (33) 3770-4200
SMM-560503-FQ4





CUSTOMER NO:  343 -
CUSTOMER PH:  765-451-5480

YOUR ORDER NO:  550074816-
OUR ORDER NO:  550074816-H

BILL TO:

**DELPHI DELCO ELECTRONICS**
**SYSTEMS ATTN MANUAL RECEIPTS**
**PROCESSING MS A241 PO BOX 9005**
**KOKOMO**                          **IN**
**USA**                             **46904-9005**

SHIP TO:

**DELPHI DELCO ELECTRONICS DE**
**MEXICO SA DE CV BRECHA E99 S/N**
**PARQUE IND REYNOSA PTA DA-24**
**REYNOSA**               **TAMAULIPAS**
**MEXICO**                **88780**

| TERMS: DAYS 1: 0 | DISC 1: 0 | SHIPPED:  09/13/2005 | |
|---|---|---|---|
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA:  233 | |
| NET DUE DATE:  11/22/2005 | | INCOTERM:  EX WORKS | |
| | | SHIPMENT NO:  161814 | REF: |
| OUR CUSTOMER REP IS:  LAF | | PRO NO:  R-416 | |

| 1560 | 1560 | 0 | DPH12228052 | 9.36 | 14601.60 |
|---|---|---|---|---|---|

**YOUR PART NUMBER: 12228052**
CLARION CD CIR-BD ASM DA4.5 8052
PRINTED CIRCUIT BOARD ASSEMBLY
CIRCUITO MODULAR PARA REPRODUCTOR DE CD

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO. 05 48
3033-5011097 PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTINEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-5630 OPERACIÓN DE MAQUILADORA. CONTROLADORA DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V. CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL.
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804 EXP. 310/4000, EMPRESA CERTIFICADA
CON OFICIO
AGACE-10001, PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                          ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.        ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY, ACCOUNT TYPE: CHECKING ACCOUNT
WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within
30 days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200



 **SOLECTRON**®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2515 COL LA TIJERA
TLAJOMULCO DE Z                JALISCO
C.P. 45640                (33) 3770-4200
SMM-840503-FQ4



**INVOICE**

CUSTOMER NO:  343 -
CUSTOMER PH:  765-451-5480

YOUR ORDER NO: 550074816-
OUR ORDER NO: 550074816-H

BILL TO:

**DELPHI DELCO ELECTRONICS**
**SYSTEMS ATTN MANUAL RECEIPTS**
**PROCESSING MS A241 PO BOX 9005**
**KOKOMO              IN**
**USA                  46904-9005**

SHIP TO:

**DELPHI DELCO ELECTRONICS DE**
**MEXICO SA DE CV BRECHA E99 S/N**
**PARQUE IND REYNOSA PTA DA-24**
**REYNOSA              TAMAULIPAS**
**MEXICO               88780**

| TERMS: DAYS 1: 0      DISC 1: 0 | SHIPPED: 09/13/2005 |
| DAYS 2: 0      DISC 2: 0 | SHIPPED VIA: 234 |
| NET DUE DATE: 11/22/2005 | INCOTERM: **EX WORKS** |
| | SHIPMENT NO: 161825          REF: |
| OUR CUSTOMER REP IS: LAF | PRO NO: |

| QTY ORDERED | QTY SHIPPED | B/O | PART NUMBER | UNIT PRICE USD | EXT PRICE USD |
|---|---|---|---|---|---|
| 2880 | 2880 | 0 | DPH12228054 | 9.33 | 26870.40 |

YOUR PART NUMBER: 12228054
CLARION CD CIR-BD ASM DA4.5 8054
PRINTED CIRCUIT BOARD ASSEMBLY
CIRCUITO MODULAR PARA REPRODUCTOR DE CD

| 2880 | 2880 | 0 | DPH12228054 | 9.33 | 26870.40 |

YOUR PART NUMBER: 12228054
CLARION CD CIR-BD ASM DA4.5 8054
PRINTED CIRCUIT BOARD ASSEMBLY
CIRCUITO MODULAR PARA REPRODUCTOR DE CD

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within
30 days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200



 

# SOLECTRON®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZMATOS SUR
KM. 6.5 NO.3919 COL LA TIJERA
TLAJOMULCO DE Z                    JALISCO
C.P. 45640                         (33) 3770-4200
SM04-840503-FQ4

CUSTOMER NO:  343 -
CUSTOMER PH:  765-451-5480

YOUR ORDER NO: 550074816-
OUR ORDER NO: 550074816-H

**BILL TO:**
DELPHI DELCO ELECTRONICS
SYSTEMS ATTN MANUAL RECEIPTS
PROCESSING MS A241 PO BOX 9005
KOKOMO                IN
USA                   46904-9005

**SHIP TO:**
DELPHI DELCO ELECTRONICS DE
MEXICO SA DE CV BRECHA E99 S/N
PARQUE IND REYNOSA PTA DA-24
REYNOSA               TAMAULIPAS
MEXICO                88780

TERMS:  DAYS 1:  **0**      DISC 1:  **0**
        DAYS 2:  **0**      DISC 2:  **0**
NET DUE DATE: 11/22/2005

OUR CUSTOMER REP IS:  LAF

SHIPPED:  09/13/2005
SHIPPED VIA:  234
INCOTERM:  EX WORKS
SHIPMENT NO: 161825           REF:
PRO NO:

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005PEDIMENTO DE EXPORTACIÓN NO.  05 48
3033-5011097 PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183
PROMOVIDO
POR FERNANDO C. MARTINEZ BORREGOREGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-5630OPERACIÓN DE MAQUILADORA  CONTROLADORA DE
EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTERGENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V.CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804EXP 310/4000, EMPRESA
CERTIFICADA CON OFICIO
AGACE-10001, PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                           ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.      ACCOUNT NO : 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT
WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of prices or quantity must be reported within
30 days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200



 **SOLECTRON®**

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.3915 COL LA TIJERA
TLAJOMULCO DE Z          JALISCO
C.P. 45640              (33) 3770-4200
SM04-640503-FQ4



**INVOICE**

| | |
|---|---|
| CUSTOMER NO:  343 - | YOUR ORDER NO: 550074818- |
| CUSTOMER PH:  765-451-5480 | OUR ORDER NO: 550074818-S |

BILL TO:

DELPHI DELCO ELECTRONICS
SYSTEMS ATTN MANUAL RECEIPTS
PROCESSING MS A241 PO BOX 9005
KOKOMO          IN
USA              46904-9005

SHIP TO:

DELPHI DELCO ELECTRONICS DE
MEXICO SA DE CV BRECHA E99 S/N
PARQUE IND REYNOSA PTA DA-24
REYNOSA          TAMAULIPAS
MEXICO           88780

| | | |
|---|---|---|
| TERMS:  DAYS 1:  0 | DISC 1:  0 | SHIPPED:  09/13/2005 |
| DAYS 2:  0 | DISC 2:  0 | SHIPPED VIA:  10748 |
| NET DUE DATE:  11/22/2005 | | INCOTERM:  EX WORKS |
| | | SHIPMENT NO:  161824          REF: |
| OUR CUSTOMER REP IS:  LAF | | PRO NO: |

| 432 | 324 | 108 | DPH28009905 | 43.18 | 13990.32 |
|---|---|---|---|---|---|

YOUR PART NUMBER: 28009905
GMT 800 2006 CASE ASSY 6 MAN
PRINTED CIRCUIT
TABLERO DE INSTRUMENTOS PARA CAMIONETA
-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO. 05 48 3033-5011097
PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563 OPERACIÓN DE MAQUILADORA  CONTROLADORA DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V. CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL.
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804 EXP 310/4000, EMPRESA CERTIFICADA
CON OFICIO
AGACE-10001, PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                                    ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.     ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION



• Cualquier discrepancia en precio y/o cantidad deberá ser
  reportada en los 30 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá
  hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
  departamento de Contabilidad al 011-52-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within
  30 days of the date of invoice.

• Any debits taken against this invoice must reference the RMA #
  on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
  011-52-(33) 3770-4200







**SOLECTRON**
SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z          JALISCO
C.P. 45640              (33) 3770-4200

CUSTOMER NO:   343 -
CUSTOMER PH:   765-451-5480

YOUR ORDER NO:   550074818-
OUR ORDER NO:   550074818-S

BILL TO:

**DELPHI DELCO ELECTRONICS**
**SYSTEMS ATTN MANUAL RECEIPTS**
**PROCESSING MS A241 PO BOX 9005**
**KOKOMO**                    **IN**
**USA**                       **46904-9005**

SHIP TO:

**DELPHI DELCO ELECTRONICS DE**
**MEXICO SA DE CV BRECHA E99 S/N**
**PARQUE IND REYNOSA PTA DA-24**
**REYNOSA**          **TAMAULIPAS**
**MEXICO**           **88780**

| TERMS: | DAYS 1: 0 | DISC 1: 0 | SHIPPED: 09/13/2005 |
| | DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 10742 |
| NET DUE DATE: 11/22/2005 | | | INCOTERM: EX WORKS |
| | | | SHIPMENT NO: 161826     REF: |
| OUR CUSTOMER REP IS: LAF | | | PRO NO: |

| 864 | 540 | 0 | DPH28009906 | 46.08 | 24883.20 |

YOUR PART NUMBER: 28009906
GMT 800 2006 CASE ASSY 6 AUTO
PRINTED CIRCUIT BOARD
TABLERO DE INSTRUMENTOS PARA CAMIONETA
-

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO. 05 48
3033-5011097 PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563 OPERACIÓN DE MAQUILADORA  CONTROLADORA DE
EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V. CON DIRECCIÓN HERMANOS
ESCOBAR 5786, COL. FOVISSSTE CHAMIZAL.
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-648045XP 310/4000, EMPRESA
CERTIFICADA CON OFICIO

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                    ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.    ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT
WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser
  reportada en los 30 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá
  hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
  capartamento de Contabilidad al: 011-52-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within
  30 days of the date of invoice.

• Any debits taken against this invoice must reference the RMA #
  on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
  011-52-(33) 3770-4200



 

# SOLECTRON®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z          JALISCO
C.P. 45640                    (33) 3770-4200
SMM-540503-FQ4

**INVOICE**

CUSTOMER NO:   343 -
CUSTOMER PH:   765-451-5480

YOUR ORDER NO:   550074818-
OUR ORDER NO:   550074818-S

BILL TO:

DELPHI DELCO ELECTRONICS
SYSTEMS ATTN MANUAL RECEIPTS
PROCESSING MS A241 PO BOX 9005
KOKOMO                    IN
USA                          46904-9005

SHIP TO:

DELPHI DELCO ELECTRONICS DE
MEXICO SA DE CV BRECHA E99 S/N
PARQUE IND REYNOSA PTA DA-24
REYNOSA          TAMAULIPAS
MEXICO          88780

| TERMS: DAYS 1: 0 | DISC 1: 0 | SHIPPED: 09/13/2005 | |
|---|---|---|---|
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 10743 | |
| NET DUE DATE: 11/22/2005 | | INCOTERM: EX WORKS | |
| | | SHIPMENT NO: 161827 | REF: |
| OUR CUSTOMER REP IS: LAF | | PRO NO: | |

| 648 | 108 | 540 DPH28009906 | 46.08 | 4976.64 |
|---|---|---|---|---|

YOUR PART NUMBER: 28009906
GMT 800 2006 CASE ASSY 6 AUTO
PRINTED CIRCUIT BOARD
TABLERO DE INSTRUMENTOS PARA CAMIONETA

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO. 05 48
3033-5011097 PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563 OPERACIÓN DE MAQUILADORA  CONTROLADORA DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V. CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804 EXP 310/4000, EMPRESA CERTIFICADA
CON OFICIO
AGACE-10001, PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA          ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.          ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT
WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

• Cualquier cargo que se haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within
30 days of the date of invoice.

• Any debit taken against this invoice must reference the RMA #
on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200





# SOLECTRON®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z            JALISCO
C.P. 45640                      (33) 3770-4200
SNM-840543-F Q4



**CUSTOMER NO:** 343 -
**CUSTOMER PH:** 765-451-5480

**YOUR ORDER NO:** 550074818-
**OUR ORDER NO:** 550074818-S

**BILL TO:**

DELPHI DELCO ELECTRONICS
SYSTEMS ATTN MANUAL RECEIPTS
PROCESSING MS A241 PO BOX 9005
KOKOMO                IN
USA                        46904-9005

**SHIP TO:**

DELPHI DELCO ELECTRONICS DE
MEXICO SA DE CV BRECHA E99 S/N
PARQUE IND REYNOSA PTA DA-24
REYNOSA              TAMAULIPAS
MEXICO              88780

| TERMS: DAYS 1: 0 | DISC 1: 0 | SHIPPED: 09/13/2005 | |
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 10747 | |
| NET DUE DATE: 11/22/2005 | | INCOTERM: EX WORKS | |
| | | SHIPMENT NO: 161830 | REF: |
| OUR CUSTOMER REP IS: LAF | | PRO NO: | |

| 648 | 108 | 432 | DPH28009906 | 46.08 | 4976.64 |

**YOUR PART NUMBER:** 28009906
GMT 800 2006 CASE ASSY 6 AUTO
PRINTED CIRCUIT BOARD
TABLERO DE INSTRUMENTOS PARA CAMIONETA

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO. 05 48 3033-5011097
PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTINEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563 OPERACIÓN DE MAQUILADORA CONTROLADORA DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V. CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32316 EN CIUDAD JUÁREZ, CHIHUAHUA. OFICIO 326-SAT-64804 EXP 310/4000, EMPRESA CERTIFICADA
CON OFICIO
AGACE-10001, PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                              ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.      ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT
WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya hecho contra esta factura, deberá
hacer referencia con el No. de FMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within
30 days of the date of invoice. .

* Any debits taken against this invoice must reference the FMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200



 **SOLECTRON** 

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZMATEOS SUR
KM. 6.5 NO.3915 COL LA TIJERA
TLAJOMULCO DE Z          JALISCO
C.P. 45640                         (33) 3770-4200
SMM-840503-FQ4

**INVOICE**

CUSTOMER NO:  343 -
CUSTOMER PH:  765-451-5480

YOUR ORDER NO:  550074818-
OUR ORDER NO:  550074818-S

BILL TO:

**DELPHI DELCO ELECTRONICS
SYSTEMS ATTN MANUAL RECEIPTS
PROCESSING MS A241 PO BOX 9005
KOKOMO                    IN
USA                             46904-9005**

SHIP TO:

**DELPHI DELCO ELECTRONICS DE
MEXICO SA DE CV BRECHA E99 S/N
PARQUE IND REYNOSA PTA DA-24
REYNOSA               TAMAULIPAS
MEXICO                  88780**

| TERMS: DAYS 1: 0 | DISC 1: 0 | SHIPPED: 09/13/2005 |
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 10749 |
| NET DUE DATE: 11/22/2005 | | INCOTERM: EX WORKS |
| | | SHIPMENT NO: 161832    REF: |
| OUR CUSTOMER REP IS: LAF | | PRO NO: |

| | | | | | EXT. PRICE USD |
|---|---|---|---|---|---|
| 648 | 108 | 324 | DPH28009906 | 46.08 | 4976.64 |

YOUR PART NUMBER: 28009906
GMT 800 2006 CASE ASSY 6 AUTO
PRINTED CIRCUIT BOARD
TABLERO DE INSTRUMENTOS PARA CAMIONETA

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005PEDIMENTO DE EXPORTACIÓN NO. 05 48
3033-5011097 PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGOREGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563OPERACIÓN DE MAQUILADORA  CONTROLADORA DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTERGENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V. CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804EXP 310/4000, EMPRESA
CERTIFICADA CON OFICIO
AGACE-10001, PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                               ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.     ACCOUNT NO : 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT
WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de mayor información, favor de reportarse al
departamento de Contabilidad al 011-52-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within
30 days of the date of invoice.

• Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200



 **SOLECTRON** ®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2515 COL LA TIJERA
TLAJOMULCO DE Z          JALISCO
C.P. 45640                    (33) 3770-4200
SMM-840503-FQ4



CUSTOMER NO:  343 -
CUSTOMER PH:  765-451-5480

YOUR ORDER NO:  550074818-
OUR ORDER NO:  550074818-S

BILL TO:

DELPHI DELCO ELECTRONICS
SYSTEMS ATTN MANUAL RECEIPTS
PROCESSING MS A241 PO BOX 9005
KOKOMO                                    IN
USA                                          46904-9005

SHIP TO:

DELPHI DELCO ELECTRONICS DE
MEXICO SA DE CV BRECHA E99 S/N
PARQUE IND REYNOSA PTA DA-24
REYNOSA                    TAMAULIPAS
MEXICO                      88780

| TERMS: | DAYS 1: 0 | DISC 1: 0 | SHIPPED: 09/13/2005 | |
|---|---|---|---|---|
| | DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 10750 | |
| NET DUE DATE: 11/22/2005 | | | INCOTERM: EX WORKS | |
| | | | SHIPMENT NO: 161833 | REF: |
| OUR CUSTOMER REP IS: LAF | | | PRO NO: | |

| 324 | 108 | 108 | DPH28009907 | | 47.10 | 5086.80 |
|---|---|---|---|---|---|---|

YOUR PART NUMBER: 28009907
GMT 800 2006 CASE ASSY 7 AUTO
PRINTED CIRCUIT BOARD
TABLERO DE INSTRUMENTOS PARA CAMIONETA

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO. 05 48 3033-5011097
PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-5630 OPERACIÓN DE MAQUILADORA  CONTROLADORA DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V. CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804 EXP 310/4000, EMPRESA CERTIFICADA
CON OFICIO
AGACE-10001; PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                                              ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.        ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT
WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within
30 days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200



 **SOLECTRON**®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.395 COL LA TUERA
TLAJOMULCO DE Z                    JALISCO
C.P. 45640                              (33) 3770-4200
SM34-840593-3Q4



**INVOICE**

CUSTOMER NO:   343 -
CUSTOMER PH:   765-451-5480

YOUR ORDER NO:  550074821-
OUR ORDER NO:  550074821-H

BILL TO:

**DELPHI DELCO ELECTRONICS**
**SYSTEMS ATTN MANUAL RECEIPTS**
**PROCESSING MS A241 PO BOX 9005**
**KOKOMO**                      **IN**
**USA**                            **46904-9005**

SHIP TO:

**DELPHI DELCO ELECTRONICS DE**
**MEXICO SA DE CV BRECHA E99 S/N**
**PARQUE IND REYNOSA PTA DA-24**
**REYNOSA**              **TAMAULIPAS**
**MEXICO**                    **88780**

| TERMS:   DAYS 1:  0 | DISC 1:  0 |
|---|---|
| DAYS 2:  0 | DISC 2:  0 |
| NET DUE DATE:  11/22/2005 | |

SHIPPED:  09/13/2005
SHIPPED VIA:  10744
INCOTERM:  EX WORKS
SHIPMENT NO:  161860        REF:

OUR CUSTOMER REP IS:  LAF

PRO NO:

| 141 | 72 | 2 | DPH28026549 | 34.78 | 2504.16 |
|---|---|---|---|---|---|

YOUR PART NUMBER:  28026549
ASM-CMP MAIN SW
PRINTED CIRCUIT BOARD ASSY
CUADRO DE MANDO

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO.  05 48 3033-5011097
PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563 OPERACIÓN DE MAQUILADORA: CONTROLADORA DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V. CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUAREZ, CHIHUAHUA OFICIO 326-SAT-64804EXP 310/4000, EMPRESA CERTIFICADA
CON OFICIO
AGACE-10001, PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                                  ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.        ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT
WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser
  reportada en los 30 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá
  hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
  departamento de Contabilidad al: 011-52-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within
  30 days of this date of invoice.

• Any debits taken against this invoice must reference the RMA #
  on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
  011-52-(33) 3770-4200





# SOLECTRON®

SOLECTRON MANUFACTURA DE MEXICO S DE EL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z        JALISCO
C.P. 45640                    (33) 3770-4200
SMM-340543-FQ4



CUSTOMER NO:   343 -
CUSTOMER PH:   765-451-5480

YOUR ORDER NO: 550074821-
OUR ORDER NO: 550074821-H

BILL TO:

**DELPHI DELCO ELECTRONICS**
**SYSTEMS ATTN MANUAL RECEIPTS**
**PROCESSING MS A241 PO BOX 9005**
**KOKOMO**                **IN**
**USA**                      **46904-9005**

SHIP TO:

**DELPHI DELCO ELECTRONICS DE**
**MEXICO SA DE CV BRECHA E99 S/N**
**PARQUE IND REYNOSA PTA DA-24**
**REYNOSA**            **TAMAULIPAS**
**MEXICO**               **88780**

| TERMS: DAYS 1: 0 | DISC 1: 0 | SHIPPED: 09/13/2005 | |
|---|---|---|---|
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 10736 | |
| NET DUE DATE: 11/22/2005 | | INCOTERM: EX WORKS | |
| | | SHIPMENT NO: 161861 | REF: |
| OUR CUSTOMER REP IS:  LAF | | PRO NO: | |

| 671 | 96 | 335 | DPH28026551 | 35.77 | 3433.92 |
|---|---|---|---|---|---|

YOUR PART NUMBER: 28026551
ASM-CMP MAIN SW
PRINTED CIRCUIT BOARD ASY
CUADRO DE MANDO

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO. 05 48
3033-5011097 PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563 OPERACIÓN DE MAQUILADORA  CONTROLADORA DE
EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V. CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804 EXP 310/4000, EMPRESA
CERTIFICADA CON OFICIO

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                              ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.   ACCOUNT NO : 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT
WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al 011-52-(33) 3770-4200

* Any discrepancy of price or quantity must be reported within
30 days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200



 **SOLECTRON** ®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z            JALISCO
C.P. 45640                       (33) 3776-4200
SMM-840583-PQ4



CUSTOMER NO:  343 -
CUSTOMER PH:  765-451-5480

YOUR ORDER NO:  550074821-
OUR ORDER NO:  550074821-H

BILL TO:

**DELPHI DELCO ELECTRONICS**
**SYSTEMS ATTN MANUAL RECEIPTS**
**PROCESSING MS A241 PO BOX 9005**
**KOKOMO**                      **IN**
**USA**                            **46904-9005**

SHIP TO:

**DELPHI DELCO ELECTRONICS DE**
**MEXICO SA DE CV BRECHA E99 S/N**
**PARQUE IND REYNOSA PTA DA-24**
**REYNOSA**                   **TAMAULIPAS**
**MEXICO**                      **88780**

| | | |
|---|---|---|
| TERMS:  DAYS 1:  0 | DISC 1:  0 | SHIPPED:  09/13/2005 |
| DAYS 2:  0 | DISC 2:  0 | SHIPPED VIA:  10740 |
| NET DUE DATE:  11/22/2005 | | INCOTERM:  EX WORKS |
| | | SHIPMENT NO:  161863           REF: |
| OUR CUSTOMER REP IS:  LAF | | PRO NO: |

| 671 | 96 | 239  DPH28026551 | | 35.77 | 3433.92 |
|---|---|---|---|---|---|

**YOUR PART NUMBER: 28026551**
ASM-CMP MAIN SW
PRINTED CIRCUIT BOARD ASY
CUADRO DE MANDO

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO. 05 48 3033-5011097
PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563 OPERACIÓN DE MAQUILADORA  CONTROLADORA DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V. CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-648043 EXP 310/4000, EMPRESA CERTIFICADA
CON OFICIO
AGACE-10001, PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                                    ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.     ACCOUNT NO: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT
WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION



* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within
30 days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200





# SOLECTRON®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2912 COL LA TIJERA
TLAJOMULCO DE Z            JALISCO
C.P. 45640                 (33) 3770-4200
SMM-840503-FQ4



**INVOICE**

CUSTOMER NO:   343 -                     YOUR ORDER NO:  550074826-
CUSTOMER PH:   765-451-5480              OUR ORDER NO:   550074826-H

BILL TO:                                 SHIP TO:

DELPHI DELCO ELECTRONICS                 DELPHI DELCO ELECTRONICS DE
SYSTEMS ATTN MANUAL RECEIPTS             MEXICO SA DE CV BRECHA E99 S/N
PROCESSING MS A241 PO BOX 9005           PARQUE IND REYNOSA PTA DA-24
KOKOMO                  IN               REYNOSA            TAMAULIPAS
USA                     46904-9005       MEXICO             88780

| TERMS: | DAYS 1: 0 | DISC 1: 0 | SHIPPED: 09/13/2005 |
| --- | --- | --- | --- |
| | DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 10739 |
| NET DUE DATE: 11/22/2005 | | | INCOTERM: EX WORKS |
| | | | SHIPMENT NO: 161846      REF: |
| OUR CUSTOMER REP IS: LAF | | | PRO NO: |

| ORDER | | SHIP | PART NUMBER | | UNIT PRICE | EXTENDED COST |
| --- | --- | --- | --- | --- | --- | --- |
| 240 | 144 | 96 | DPH28024909 | | 49.14 | 7076.16 |

YOUR PART NUMBER: 28024909
MUSTANG 2006 CASE ASM BASE MK
CASE
TABLERO DE INSTRUMENTOS PARA CAMIONETA
-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.3., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO. 05 48 3033-5011097
PROMOVIDO
POR EDUARDO A. GARZA ROBLES, PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563 OPERACIÓN DE MAQUILADORA CONTROLADORA DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V. CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. ROVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUAREZ, CHIHUAHUA OFICIO 326-SAT-64804 EXP 310/4000, EMPRESA CERTIFICADA
CON OFICIO
AGACE-10001, PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                          ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORE, N.Y., U.S.A.    ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT
WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION



- Cualquier discrepancia en precio y/o cantidad deberá ser
  reportada en los 50 días siguientes a la fecha de facturación.

- Cualquier cargo que haya habido contra esta factura, deberá
  hacer referencia con el No. de RMA que se haya proporcionado.

- En caso de requerir mayor información, favor de reportarse al
  departamento de Contabilidad al: 011-62-(33) 3770-4200

- Any discrepancies of price or quantity must be reported within
  50 days of the date of invoice.

- Any debts taken against this invoice must reference the RMA #
  on the check remittance advice.

- For all inquiries please call the Accounts Receivable Dept. at
  011-62-(33) 3770-4200





# SOLECTRON®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z            JALISCO
C.P. 45640                 (33) 3770-4200
SMM-840503-FQ4



CUSTOMER NO:   343 -
CUSTOMER PH:   765-451-5480

YOUR ORDER NO:  550074826-
OUR ORDER NO:   550074826-H

BILL TO:

**DELPHI DELCO ELECTRONICS**
**SYSTEMS ATTN MANUAL RECEIPTS**
**PROCESSING MS A241 PO BOX 9005**
**KOKOMO                IN**
**USA                   46904-9005**

SHIP TO:

**DELPHI DELCO ELECTRONICS DE**
**MEXICO SA DE CV BRECHA E99 S/N**
**PARQUE IND REYNOSA PTA DA-24**
**REYNOSA               TAMAULIPAS**
**MEXICO                88780**

| TERMS: DAYS 1: 0 | DISC 1: 0 | SHIPPED: 09/13/2005 | |
|---|---|---|---|
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 10746 | |
| NET DUE DATE: 11/22/2005 | | INCOTERM: EX WORKS | |
| | | SHIPMENT NO: 161849 | REF: |
| OUR CUSTOMER REP IS: LAF | | PRO NO: | |

| 240 | 96 | 0 | DPH28024909 | 49.14 | 4717.44 |
|---|---|---|---|---|---|

YOUR PART NUMBER: 28024909
MUSTANG 2006 CASE ASM BASE MK
CASE
TABLERO DE INSTRUMENTOS PARA CAMIONETA

| 288 | 48 | 240 | DPH28024909 | 49.14 | 2358.72 |
|---|---|---|---|---|---|

YOUR PART NUMBER: 28024909
MUSTANG 2006 CASE ASM BASE MK
CASE
TABLERO DE INSTRUMENTOS PARA CAMIONETA

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

* Cualquier descrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within
30 days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200





# SOLECTRON®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.3915 COL LA TIERRA
TLAJOMULCO DE Z                    JALISCO
C.P. 45640                    (33) 3770-4200
SMM-840563-FQ4



| | |
|---|---|
| CUSTOMER NO: 343 - | YOUR ORDER NO: 550074826- |
| CUSTOMER PH: 765-451-5480 | OUR ORDER NO: 550074826-H |

**BILL TO:**
DELPHI DELCO ELECTRONICS
SYSTEMS ATTN MANUAL RECEIPTS
PROCESSING MS A241 PO BOX 9005
KOKOMO            IN
USA               46904-9005

**SHIP TO:**
DELPHI DELCO ELECTRONICS DE
MEXICO SA DE CV BRECHA E99 S/N
PARQUE IND REYNOSA PTA DA-24
REYNOSA            TAMAULIPAS
MEXICO            88780

| | | | |
|---|---|---|---|
| TERMS: DAYS 1: 0 | DISC 1: 0 | SHIPPED: 09/13/2005 | |
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 10746 | |
| NET DUE DATE: 11/22/2005 | | INCOTERM: EX WORKS | |
| | | SHIPMENT NO: 161849 | REF: |
| OUR CUSTOMER REP IS: LAF | | PRO NO: | |

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8, 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO.  05 48
3033-5011097 PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183
PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563 OPERACIÓN DE MAQUILADORA  CONTROLADORA DE
EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V. CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804 EXP 310/4000, EMPRESA
CERTIFICADA CON OFICIO
AGACE-10001, PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                              ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.      ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

• Cualquier cargo que se haya hecho contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-62-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within
30 days of the date of invoice.

• Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
011-62-(33) 3770-4200







# SOLECTRON®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.1915 COL LA TIJERA
TLAJOMULCO DE Z          JALISCO
C.P. 45640                          (33) 3770-4200
SMM-840563-FQ4



| CUSTOMER NO:  343 - | YOUR ORDER NO:  550074826- |
| CUSTOMER PH:  765-451-5480 | OUR ORDER NO:  550074826-H |

BILL TO:

SHIP TO:

**DELPHI DELCO ELECTRONICS**
**SYSTEMS ATTN MANUAL RECEIPTS**
**PROCESSING MS A241 PO BOX 9005**
**KOKOMO**                  **IN**
**USA**                          **46904-9005**

**DELPHI DELCO ELECTRONICS DE**
**MEXICO SA DE CV BRECHA E99 S/N**
**PARQUE IND REYNOSA PTA DA-24**
**REYNOSA**              **TAMAULIPAS**
**MEXICO**                **88780**

| TERMS:  DAYS 1:  0 | DISC 1:  0 | SHIPPED:  09/13/2005 |
| DAYS 2:  0 | DISC 2:  0 | SHIPPED VIA:  10735 |
| NET DUE DATE:  11/22/2005 | | INCOTERM:  EX WORKS |
| | | SHIPMENT NO:  161856       REF: |
| OUR CUSTOMER REP IS:  LAF | | PRO NO: |

| 696 | 432 | 120 | DPH28024912 | 72.99 | 31531.68 |

**YOUR PART NUMBER: 28024912**
MUSTANG 2006 CASE ASM RPO MK
CASE
TABLERO DE INSTRUMENTOS PARA CAMIONETA
-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO. 05 48
3033-5013097 PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTINEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563 OPERACIÓN DE MAQUILADORA. CONTROLADORA DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MEXICO, S.A. DE C.V. CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL.
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804 EXP 310/4000, EMPRESA CERTIFICADA
CON OFICIO
AGACE-10601, PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: **SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.**
BANK NAME: CITIBANK NA                          ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.          ACCOUNT NO: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT
WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser
   reportada en los 30 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá
   hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
   departamento de Contabilidad al 011-52-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within
   30 days of the date of invoice.

• Any debits taken against this invoice must reference the RMA #
   on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
   011-52-(33) 3770-4200



 **SOLECTRON**®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z              JALISCO
C.P. 45640                   (33) 3770-4200
SMM-840503-2Q4



 INVOICE

CUSTOMER NO:   343 -
CUSTOMER PH:   765-451-5480

YOUR ORDER NO:  550074826-
OUR ORDER NO:   550074826-H

BILL TO:

DELPHI DELCO ELECTRONICS
SYSTEMS ATTN MANUAL RECEIPTS
PROCESSING MS A241 PO BOX 9005
KOKOMO                IN
USA                   46904-9005

SHIP TO:

DELPHI DELCO ELECTRONICS DE
MEXICO SA DE CV BRECHA E99 S/N
PARQUE IND REYNOSA PTA DA-24
REYNOSA          TAMAULIPAS
MEXICO           88780

| TERMS:  DAYS 1:  0 | DISC 1:  0 | SHIPPED:  09/13/2005 | |
| --- | --- | --- | --- |
| DAYS 2:  0 | DISC 2:  0 | SHIPPED VIA:  10737 | |
| NET DUE DATE:  11/22/2005 | | INCOTERM:  EX WORKS | |
| OUR CUSTOMER REP IS:  LAF | | SHIPMENT NO:  161853 | REF: |
| | | PRO NO: | |

| 144 | 144 | 0 | DPH28024913 | | 73.35 | 10562.40 |
| --- | --- | --- | --- | --- | --- | --- |

YOUR PART NUMBER: 28024913
MUSTANG 2006 CASE ASM RPO KM
CASE
TABLERO DE INSTRUMENTOS PARA CAMIONETA

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO. 05 48
3033-5011097 PROMOVIDO
POR EDUARDO A. GARZA ROBLES, PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-5630 OPERACIÓN DE MAQUILADORA  CONTROLADORA DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V. CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804 EXP 310/4000, EMPRESA CERTIFICADA
CON OFICIO
AGACE-10001, PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                                ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.      ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY, ACCOUNT TYPE: CHECKING ACCOUNT
WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser
reportarsе en los 90 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within
90 days of the date of invoice.

• Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200





# SOLECTRON®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIERA
TLAJOMULCO DE Z          JALISCO
C.P. 45640                      (33) 3770-4200
SMM-840593-FQ4



PAGE NO:
INVOICE NO: 217247
DATE: 09/13/2005



INVOICE

CUSTOMER NO:  343 -
CUSTOMER PH:  765-451-5480

YOUR ORDER NO:  550074889-
OUR ORDER NO:  550074889-H

BILL TO:

**DELPHI DELCO ELECTRONICS**
**SYSTEMS ATTN MANUAL RECEIPTS**
**PROCESSING MS A241 PO BOX 9005**
**KOKOMO                    IN**
**USA                          46904-9005**

SHIP TO:

**DELPHI DELCO ELECTRONICS DE**
**MEXICO SA DE CV BRECHA E99 S/N**
**PARQUE IND REYNOSA PTA DA-24**
**REYNOSA                TAMAULIPAS**
**MEXICO                  88780**

| TERMS:  DAYS 1:  0 | DISC 1:  0 | SHIPPED:  09/13/2005 | |
|---|---|---|---|
| DAYS 2:  0 | DISC 2:  0 | SHIPPED VIA:  10734 | |
| NET DUE DATE:  11/22/2005 | | INCOTERM:  EX WORKS | |
| | | SHIPMENT NO:  161835 | REF: |
| OUR CUSTOMER REP IS:  LAF | | PRO NO: | |

| ORDERED | QTY | | | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|
| 480 | 60 | 360 | DPH28012591 | 26.87 | 1612.20 |

YOUR PART NUMBER: 28012591
ASM - CMP MAIN SWITCH
PRINTED CIRCUIT BOARD ASSY
CUADRO DE MANDO

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO. 05 48
3033-5011097 PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563 OPERACIÓN DE MAQUILADORA  CONTROLADORA DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V. CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUAREZ, CHIHUAHUA OFICIO 326-SAT-64804 EXP 310/4000, EMPRESA CERTIFICADA
CON OFICIO
AGACE-1000L PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                              ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.      ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT
WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 90 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within
90 days of the date of Invoice.

• Any debits taken against this Invoice must reference the RMA #
on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
011-52-(30) 3770-4200



# SOLECTRON ®



SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z                JALISCO
C.P. 45640                     (33) 3770-4200
SMM-840503-PQ4

CUSTOMER NO:  343 -
CUSTOMER PH:  765-451-5480

YOUR ORDER NO:  550074889-
OUR ORDER NO:  550074889-H

BILL TO:

**DELPHI DELCO ELECTRONICS**
**SYSTEMS ATTN MANUAL RECEIPTS**
**PROCESSING MS A241 PO BOX 9005**
**KOKOMO                        IN**
**USA                           46904-9005**

SHIP TO:

**DELPHI DELCO ELECTRONICS DE**
**MEXICO SA DE CV BRECHA E99 S/N**
**PARQUE IND REYNOSA PTA DA-24**
**REYNOSA                 TAMAULIPAS**
**MEXICO                  88780**

| TERMS: | DAYS 1: 0 | DISC 1: 0 |
| | DAYS 2: 0 | DISC 2: 0 |
| NET DUE DATE: 11/22/2005 | | |
| OUR CUSTOMER REP IS:  LAF | | |

SHIPPED:  09/13/2005
SHIPPED VIA:  10738
INCOTERM:  EX WORKS
SHIPMENT NO:  161838        REF:
PRO NO:

| 480 | 60 | 300 | DPH28012591 | | 26.87 | 1612.20 |

**YOUR PART NUMBER: 28012591**
ASM - CMP MAIN SWITCH
PRINTED CIRCUIT BOARD ASSY
CUADRO DE MANDO
-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8, 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005PEDIMENTO DE EXPORTACIÓN NO. 05 48
3033-5011097 PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGOREGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563OPERACIÓN DE MAQUILADORA  CONTROLADORA DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTERGENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V.CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804EXP 310/4000, EMPRESA CERTIFICADA
CON OFICIO
AGACE-10001, PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                          ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.          ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT
WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within
30 days of the date of invoice.

• Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200



 **SOLECTRON** ®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIERRA
TLAJOMULCO DE Z            JALISCO
C.P. 45640            (33) 3770-4200
S.M.M-840563-FQ4



CUSTOMER NO:  343 -
CUSTOMER PH:  765-451-5480

YOUR ORDER NO:  550074889-
OUR ORDER NO:  550074889-H

BILL TO:

DELPHI DELCO ELECTRONICS
SYSTEMS ATTN MANUAL RECEIPTS
PROCESSING MS A241 PO BOX 9005
KOKOMO            IN
USA            46904-9005

SHIP TO:

DELPHI DELCO ELECTRONICS DE
MEXICO SA DE CV BRECHA E99 S/N
PARQUE IND REYNOSA PTA DA-24
REYNOSA            TAMAULIPAS
MEXICO            88780

| TERMS: DAYS 1: 0 | | SHIPPED: 09/13/2005 | |
| --- | --- | --- | --- |
| DAYS 2: 0 | DISC 1: 0 | SHIPPED VIA: 10741 | |
| | DISC 2: 0 | INCOTERM: EX WORKS | |
| NET DUE DATE: 11/22/2005 | | SHIPMENT NO: 161840 | REF: |
| OUR CUSTOMER REP IS: LAF | | PRO NO: | |

| 480 | 60 | 240 DPH28012591 | 26.87 | 1612.20 |
| --- | --- | --- | --- | --- |

YOUR PART NUMBER: 28012591
ASM - CMP MAIN SWITCH
PRINTED CIRCUIT BOARD ASSY
CUADRO DE MANDO

-

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.3.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO. 05 48
3033-5011097 PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTINEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001L-563 OPERACIÓN DE MAQUILADORA CONTROLADORA DE
EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V. CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUAREZ, CHIHUAHUA OFICIO 326-SAT-64804 EXP 310/4000, EMPRESA
CERTIFICADA CON OFICIO

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA            ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.            ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

* Cualquier discrepancia en precio y/o cantidad deberá ser
reportarse en los 30 dias siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within
30 days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200



 **SOLECTRON**®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z                    JALISCO
C.P. 45640                         (33) 3770-4200
SMM-840603-FQ4



CUSTOMER NO:   343 -
CUSTOMER PH:   765-451-5480

YOUR ORDER NO: 550074889-
OUR ORDER NO: 550074889-H

BILL TO:

**DELPHI DELCO ELECTRONICS
SYSTEMS ATTN MANUAL RECEIPTS
PROCESSING MS A241 PO BOX 9005
KOKOMO                          IN
USA                             46904-9005**

SHIP TO:

**DELPHI DELCO ELECTRONICS DE
MEXICO SA DE CV BRECHA E99 S/N
PARQUE IND REYNOSA PTA DA-24
REYNOSA                TAMAULIPAS
MEXICO                 88780**

| TERMS: DAYS 1: 0 | DISC 1: 0 | SHIPPED: 09/13/2005 |
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 10745 |
| NET DUE DATE: 11/22/2005 | | INCOTERM: EX WORKS |
| | | SHIPMENT NO: 161842     REF: |
| OUR CUSTOMER REP IS: LAF | | PRO NO: |

| 480 | 140 | 100 DPH28012591 | 26.87 | 3761.80 |

**YOUR PART NUMBER: 28012591**
ASM - CMP MAIN SWITCH
PRINTED CIRCUIT BOARD ASSY
CUADRO DE MANDO

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO. 05 48 3033-5011097
PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTINEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563 OPERACIÓN DE MAQUILADORA  CONTROLADORA DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MEXICO, S.A. DE C.V. CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUAREZ, CHIHUAHUA OFICIO 326-SAT-64804 EXP 310/4000, EMPRESA CERTIFICADA
CON OFICIO
AGACE-10001, PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                              ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.     ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT
WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

* Cualquier discrepancia en precio y/o cantidad deberá ser
  reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
  hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
  departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within
  30 days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
  on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
  011-52-(33) 3770-4200





# SOLECTRON®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z          JALISCO
C.P. 45640              (33) 3770-4200
SMM-540503-FQ4





CUSTOMER NO:  343 -
CUSTOMER PH:  765-451-5480

YOUR ORDER NO:  550050612-
OUR ORDER NO:  550050612-H

BILL TO:

**DELPHI DELCO ELECTRONICS**
**SYSTEMS ATTN MANUAL RECEIPTS**
**PROCESSING MS A241 PO BOX 9005**
**KOKOMO                  IN**
**USA                     46904-9005**

SHIP TO:

**DELPHI DELCO ELECTRONICS DE**
**MEXICO SA DE CV BRECHA E99 S/N**
**PARQUE IND REYNOSA PTA DA-24**
**REYNOSA            TAMAULIPAS**
**MEXICO                88780**

| TERMS:  DAYS 1:  0 | DISC 1:  0 | SHIPPED:  09/14/2005 |
|---|---|---|
| DAYS 2:  0 | DISC 2:  0 | SHIPPED VIA:  10759 |
| NET DUE DATE:  11/23/2005 | | INCOTERM:  EX WORKS |
| | | SHIPMENT NO:  161947       REF: |
| OUR CUSTOMER REP IS:  LAF | | PRO NO: |

| 540 | 108 | 0 DPH21001315 | 47.21 | 5098.68 |
|---|---|---|---|---|

**YOUR PART NUMBER: 21001315  CASE ASM - 7 GAGE AUTOMATIC**
CASE ASM - 7 GAGE AUTOMATIC
CASE
TABLERO DE INSTRUMENTOS PARA CAMIONETA
-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO.  05 48 3033-5011097
PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTINEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563 OPERACIÓN DE MAQUILADORA  CONTROLADORA DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V. CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUAREZ, CHIHUAHUA OFICIO 326-SAT-64804EXP 310/4000, EMPRESA CERTIFICADA
CON OFICIO
AGACE-10001, PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                          ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.     ACCOUNT NO: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY, ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser
  reportada en los 90 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá
  hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
  departamento de Contabilidad al: 011-52-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within
  90 days of the date of invoice.

• Any debits taken against this invoice must reference the RMA #
  on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
  011-52-(33) 3770-4200



# SOLECTRON®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL. LA TIJERA
TLAJOMULCO DE Z                    JALISCO
C.P. 45640                         (33) 3770-4200
S3M4-840593-3 Q4



CUSTOMER NO:  343 -
CUSTOMER PH:  765-451-5480

YOUR ORDER NO:  550074818-
OUR ORDER NO:  550074818-S

BILL TO:                                   SHIP TO:

**DELPHI DELCO ELECTRONICS**            **DELPHI DELCO ELECTRONICS DE**
**SYSTEMS ATTN MANUAL RECEIPTS**        **MEXICO SA DE CV BRECHA E99 S/N**
**PROCESSING MS A241 PO BOX 9005**      **PARQUE IND REYNOSA PTA DA-24**
**KOKOMO              IN**              **REYNOSA           TAMAULIPAS**
**USA                 46904-9005**     **MEXICO            88780**

| TERMS: DAYS 1: 0 | DISC 1: 0 | SHIPPED: 09/14/2005 | |
|---|---|---|---|
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 10760 | |
| NET DUE DATE: 11/23/2005 | | INCOTERM: EX WORKS | |
| | | SHIPMENT NO: 161981 | REF: |
| OUR CUSTOMER REP IS:  LAF | | PRO NO: | |

| 648 | 324 | 0 DPH28009906 | 46.08 | 14929.92 |
|---|---|---|---|---|

YOUR PART NUMBER: 28009906
GMT 800 2006 CASE ASSY 6 AUTO
PRINTED CIRCUIT BOARD
TABLERO DE INSTRUMENTOS PARA CAMIONETA

| 216 | 216 | 0 DPH28009906 | 46.08 | 9953.28 |
|---|---|---|---|---|

YOUR PART NUMBER: 28009906
GMT 800 2006 CASE ASSY 6 AUTO
PRINTED CIRCUIT BOARD
TABLERO DE INSTRUMENTOS PARA CAMIONETA

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within
30 days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200






# SOLECTRON®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.201.5 COL. LA TIJERA
TLAJOMULCO DE Z                    JALISCO
C.P. 45640                         (33) 3770-4200
SMM-840503-YQ4



CUSTOMER NO:   343 -
CUSTOMER PH:   765-451-5480

YOUR ORDER NO:   550074818-
OUR ORDER NO:   550074818-S

BILL TO:
DELPHI DELCO ELECTRONICS
SYSTEMS ATTN MANUAL RECEIPTS
PROCESSING MS A241 PO BOX 9005
KOKOMO                    IN
USA                       46904-9005

SHIP TO:
DELPHI DELCO ELECTRONICS DE
MEXICO SA DE CV BRECHA E99 S/N
PARQUE IND REYNOSA PTA DA-24
REYNOSA          TAMAULIPAS
MEXICO           88780

| TERMS: | DAYS 1: 0 | DISC 1: 0 |
|---|---|---|
| | DAYS 2: 0 | DISC 2: 0 |
| NET DUE DATE: | 11/23/2005 | |

SHIPPED:   09/14/2005
SHIPPED VIA:   10760
INCOTERM:   EX WORKS
SHIPMENT NO:   161981          REF:
PRO NO:

OUR CUSTOMER REP IS:   LAF

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO. 05 48
3033-5011097 PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563 OPERACIÓN DE MAQUILADORA CONTROLADORA DE
EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.5 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V. CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804 EXP 310/4000, EMPRESA
CERTIFICADA CON OFICIO
AGACE-10001, PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                                    ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.     ACCOUNT NO: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 50 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within
50 days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200







SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z          JALISCO
C.P. 45640                    (33) 3770-4200
S4M-840503-FQ4

CUSTOMER NO:   343 -
CUSTOMER PH:   765-451-5480

YOUR ORDER NO:  550074818-
OUR ORDER NO:   550074818-S

BILL TO:

**DELPHI DELCO ELECTRONICS
SYSTEMS ATTN MANUAL RECEIPTS
PROCESSING MS A241 PO BOX 9005
KOKOMO                    IN
USA                       46904-9005**

SHIP TO:

**DELPHI DELCO ELECTRONICS DE
MEXICO SA DE CV BRECHA E99 S/N
PARQUE IND REYNOSA PTA DA-24
REYNOSA          TAMAULIPAS
MEXICO           88780**

| TERMS: DAYS 1: 0 | DISC 1: 0 | SHIPPED: 09/14/2005 | |
|---|---|---|---|
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 10761 | |
| NET DUE DATE: 11/23/2005 | | INCOTERM: EX WORKS | |
| | | SHIPMENT NO: 161982 | REF: |
| OUR CUSTOMER REP IS: LAF | | PRO NO: | |

| 864 | 108 | 756 DPH28009906 | 46.08 | 4976.64 |
|---|---|---|---|---|

YOUR PART NUMBER: 28009906
GMT 800 2006 CASE ASSY 6 AUTO
PRINTED CIRCUIT BOARD
TABLERO DE INSTRUMENTOS PARA CAMIONETA
-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5., Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO. 05 48
3033-5011097 PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTINEZ BORREGOREGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563 OPERACIÓN DE MAQUILADORA CONTROLADORA DE
EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V. CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804EXP 310/4000, EMPRESA
CERTIFICADA CON OFICIO

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                                    ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.     ACCOUNT NO: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser
  reportada en los 30 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá
  hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información favor de reportarse al
  departamento de Contabilidad al: 011-52-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within
  30 days of the date of invoice.

• Any debits taken against this invoice must reference the RMA #
  on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
  011-52-(33) 3770-4200





# SOLECTRON®

SOLECTRON MANIFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z          JALISCO
C.P. 45640                        (33) 3770-4200
SNM-840693-FQ4



**INVOICE**

CUSTOMER NO:   343 -
CUSTOMER PH:   765-451-5480

YOUR ORDER NO:  550074818-
OUR ORDER NO:  550074818-S

BILL TO:
DELPHI DELCO ELECTRONICS
SYSTEMS ATTN MANUAL RECEIPTS
PROCESSING MS A241 PO BOX 9005
KOKOMO                          IN
USA                             46904-9005

SHIP TO:
DELPHI DELCO ELECTRONICS DE
MEXICO SA DE CV BRECHA E99 S/N
PARQUE IND REYNOSA PTA DA-24
REYNOSA              TAMAULIPAS
MEXICO               88780

| TERMS: DAYS 1: 0 | DISC 1: 0 | SHIPPED:  09/14/2005 | |
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 10763 | |
| NET DUE DATE: 11/23/2005 | | INCOTERM: EX WORKS | |
| | | SHIPMENT NO: 161984 | REF: |
| OUR CUSTOMER REP IS: LAF | | PRO NO: | |

| 864 | 324 | 432 DPH28009906 | 46.08 | 14929.92 |
|---|---|---|---|---|

YOUR PART NUMBER: 28009906
GMT 800 2006 CASE ASSY 6 AUTO
PRINTED CIRCUIT BOARD
TABLERO DE INSTRUMENTOS PARA CAMIONETA

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO.  05 48
3033-5011097 PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTINEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-5630 OPERACIÓN DE MAQUILADORA  CONTROLADORA DE
EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V. CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUAREZ, CHIHUAHUA OFICIO 326-SAT-64804 EXP 310/4000, EMPRESA
CERTIFICADA CON OFICIO

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                                    ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.     ACCOUNT NO: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT
WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-62-(33) 3776-4200

• Any discrepancies of price or quantity must be reported within
30 days of the date of invoice.

• Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3776-4200





 **SOLECTRON**®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.291 COL LA TIERRA
TLAJOMULCO DE Z                    JALISCO
C.P. 45640                          (33) 3770-4200
SXM-840503-FQ4



**INVOICE**

CUSTOMER NO: **343 -**                           YOUR ORDER NO: **550074818-**
CUSTOMER PH: **765-451-5480**                    OUR ORDER NO: **550074818-S**

BILL TO:                                          SHIP TO:

**DELPHI DELCO ELECTRONICS**                      **DELPHI DELCO ELECTRONICS DE**
**SYSTEMS ATTN MANUAL RECEIPTS**                  **MEXICO SA DE CV BRECHA E99 S/N**
**PROCESSING MS A241 PO BOX 9005**                **PARQUE IND REYNOSA PTA DA-24**
**KOKOMO              IN**                         **REYNOSA           TAMAULIPAS**
**USA                 46904-9005**                 **MEXICO            88780**

| TERMS: DAYS 1: 0 | DISC 1: 0 | SHIPPED: 09/14/2005 |
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 10751 |
| NET DUE DATE: 11/23/2005 | | INCOTERM: EX WORKS |
| | | SHIPMENT NO: 161985        REF: |
| OUR CUSTOMER REP IS: LAF | | PRO NO: |

| 324 | 108 | 0 | DPH28009907 | | 47.10 | 5086.80 |

**YOUR PART NUMBER: 28009907**
GMT 800 2006 CASE ASSY 7 AUTO
PRINTED CIRCUIT BOARD
TABLERO DE INSTRUMENTOS PARA CAMIONETA

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005PEDIMENTO DE EXPORTACIÓN NO. 05 48
3033-5011097 PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGOREGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563OPERACIÓN DE MAQUILADORA  CONTROLADORA DE
EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTERGENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MEXICO, S.A. DE C.V.CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804EXP 310/4000, EMPRESA
CERTIFICADA CON OFICIO

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: **SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.**
BANK NAME: CITIBANK NA                             ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.   ACCOUNT NO: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT
WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

* Cualquier discrepancia en precio y/o cantidad deberá ser
  reportada en los 50 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
  hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
  departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within
  50 days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
  on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
  011-52-(33) 3770-4200






# SOLECTRON®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZMATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z          JALISCO
C.P. 45640                       (33) 3770-4200
SMM-840503-FQ4



**INVOICE**

CUSTOMER NO:   343 -
CUSTOMER PH:   765-451-5480

YOUR ORDER NO: 550074818-
OUR ORDER NO: 550074818-S

BILL TO:

**DELPHI DELCO ELECTRONICS
SYSTEMS ATTN MANUAL RECEIPTS
PROCESSING MS A241 PO BOX 9005
KOKOMO            IN
USA               46904-9005**

SHIP TO:

**DELPHI DELCO ELECTRONICS DE
MEXICO SA DE CV BRECHA E99 S/N
PARQUE IND REYNOSA PTA DA-24
REYNOSA           TAMAULIPAS
MEXICO            88780**

| | | |
|---|---|---|
| TERMS:  DAYS 1: 0 | DISC 1: 0 | SHIPPED: 09/14/2005 |
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 10764 |
| NET DUE DATE: 11/23/2005 | | INCOTERM: EX WORKS |
| | | SHIPMENT NO: 161987        REF: |
| OUR CUSTOMER REP IS: LAF | | PRO NO: |

| 243 | 216 | 27 | DPH28009907 | 47.10 | 10173.60 |
|---|---|---|---|---|---|

YOUR PART NUMBER: 28009907
GMT 800 2006 CASE ASSY 7 AUTO
PRINTED CIRCUIT BOARD
TABLERO DE INSTRUMENTOS PARA CAMIONETA
-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8, 5.2.5, Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO. 05 48
3033-5013097 PROMOVIDO
POR EDUARDO A. GARZA ROBLES, PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563 OPERACIÓN DE MAQUILADORA  CONTROLADORA DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V. CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. KOVISSSTE CHAMIZAL.
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804 EXP 310/4000, EMPRESA
CERTIFICADA CON OFICIO
AGACE-10001, PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                           ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.        ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

* Cualquier discrepancia en precio y/o cantidad deberá ser
  reportada en los 90 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
  hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
  departamento de Contabilidad al: 011-68-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within
  90 days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
  on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
  011-52-(33) 3770-4200



 **SOLECTRON**®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.5915 COL LA TIJERA
TLAJOMULCO DE Z          JALISCO
C.P. 45640          (33) 3770-4200
S.M.M: 840933-FQ4

 

| | |
|---|---|
| CUSTOMER NO:  343 - | YOUR ORDER NO:  550074821- |
| CUSTOMER PH:  765-451-5480 | OUR ORDER NO:  550074821-H |

BILL TO:
DELPHI DELCO ELECTRONICS
SYSTEMS ATTN MANUAL RECEIPTS
PROCESSING MS A241 PO BOX 9005
KOKOMO          IN
USA          46904-9005

SHIP TO:
DELPHI DELCO ELECTRONICS DE
MEXICO SA DE CV BRECHA E99 S/N
PARQUE IND REYNOSA PTA DA-24
REYNOSA          TAMAULIPAS
MEXICO          88780

| | | |
|---|---|---|
| TERMS:  DAYS 1:  0 | DISC 1:  0 | SHIPPED:  09/14/2005 |
| DAYS 2:  0 | DISC 2:  0 | SHIPPED VIA:  10756 |
| NET DUE DATE:  11/23/2005 | | INCOTERM:  EX WORKS |
| | | SHIPMENT NO:  162002          REF: |
| OUR CUSTOMER REP IS:  LAF | | PRO NO: |

| 671 | 48 | 191 DPH28026551 | 35.77 | 1716.96 |
|---|---|---|---|---|

YOUR PART NUMBER: 28026551
ASM-CMP MAIN SW
PRINTED CIRCUIT BOARD ASY
CUADRO DE MANDO
-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.3.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO.  05 48
3033-5011097 PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563 OPERACIÓN DE MAQUILADORA  CONTROLADORA DE
EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V. CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804 EXP 310/4000, EMPRESA
CERTIFICADA CON OFICIO

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA          ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.          ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT
WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser
  reportada en los 30 días siguientes a la fecha de facturación.

• Cualquier cargo que se haya hecho contra esta factura, deberá
  hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
  departamento de Contabilidad al 011-52-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within
  30 days of the date of invoice.

• Any debits taken against this invoice must reference the RMA #
  on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
  011-52-(33) 3770-4200



 **SOLECTRON**®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.1915 COL LA TIJERA
TLAJOMULCO DE Z               JALISCO
C.P. 45640                    (33) 3770-4200
RMM-540593-FQ4



CUSTOMER NO:   343 -
CUSTOMER PH:   765-451-5480

YOUR ORDER NO:  550074821-
OUR ORDER NO:   550074821-H

BILL TO:

**DELPHI DELCO ELECTRONICS**
**SYSTEMS ATTN MANUAL RECEIPTS**
**PROCESSING MS A241 PO BOX 9005**
**KOKOMO                      IN**
**USA                         46904-9005**

SHIP TO:

**DELPHI DELCO ELECTRONICS DE**
**MEXICO SA DE CV BRECHA E99 S/N**
**PARQUE IND REYNOSA PTA DA-24**
**REYNOSA            TAMAULIPAS**
**MEXICO             88780**

| TERMS:  DAYS 1:  0 | DISC 1:  0 | SHIPPED:  09/14/2005 |
| DAYS 2:  0 | DISC 2:  0 | SHIPPED VIA:  10758 |
| NET DUE DATE:  11/23/2005 | | INCOTERM:  EX WORKS |
| | | SHIPMENT NO:  162004          REF: |
| OUR CUSTOMER REP IS:  LAF | | PRO NO: |

| 671 | 72 | 119  DPH28026551 | 35.77 | 2575.44 |

**YOUR PART NUMBER: 28026551**
ASM-CMP MAIN SW
PRINTED CIRCUIT BOARD ASY
CUADRO DE MANDO

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO.  05 48
3033-5011097 PROMOVIDO
POR EDUARDO A. GARZA ROBLES, PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563 OPERACIÓN DE MAQUILADORA  CONTROLADORA DE
EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V. CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL.
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804 EXP 310/4000, EMPRESA
CERTIFICADA CON OFICIO

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: **SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.**
BANK NAME: CITIBANK NA                                   ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.     ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

* Cualquier discrepancia en precio y/o cantidad deberá ser
  reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
  hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
  departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within
  30 days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
  on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
  011-52-(33) 3770-4200







# SOLECTRON®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL. LA TIJERA
TLAJOMULCO DE Z                    JALISCO
C.P. 45640                         (33) 3770-4200
SMM-840503-FQ4

**CUSTOMER NO:** 343 -
**CUSTOMER PH:** 765-451-5480

**YOUR ORDER NO:** 550074826-
**OUR ORDER NO:** 550074826-H

**BILL TO:**

DELPHI DELCO ELECTRONICS
SYSTEMS ATTN MANUAL RECEIPTS
PROCESSING MS A241 PO BOX 9005
KOKOMO                           IN
USA                              46904-9005

**SHIP TO:**

DELPHI DELCO ELECTRONICS DE
MEXICO SA DE CV BRECHA E99 S/N
PARQUE IND REYNOSA PTA DA-24
REYNOSA              TAMAULIPAS
MEXICO               88780

| TERMS: DAYS 1: 0 | DISC 1: 0 |
| DAYS 2: 0 | DISC 2: 0 |
| NET DUE DATE: 11/23/2005 | |

SHIPPED: 09/14/2005
SHIPPED VIA: 10762
INCOTERM: EX WORKS
SHIPMENT NO: 161994          REF:
PRO NO:

**OUR CUSTOMER REP IS:** LAF

| 288 | 240 | 0 | DPH28024909 | 49.14 | 11793.60 |

**YOUR PART NUMBER:** 28024909
MUSTANG 2006 CASE ASM BASE MK
CASE
TABLERO DE INSTRUMENTOS PARA CAMIONETA
-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO
OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.3., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005PEDIMENTO DE EXPORTACIÓN NO. 05 48
3033-5011097 PROMOVIDO
POR EDUARDO A. GARZA ROBLES, PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGOREGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-5630OPERACIÓN DE MAQUILADORA  CONTROLADORA DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTERGENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V.CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL.
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804EXP 310/4000, EMPRESA CERTIFICADA
CON OFICIO
AGACE-10001, PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                                    ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.      ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY, ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within
30 days of the date of invoice.

• Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200

 **SOLECTRON**®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z        JALISCO
C.P. 45640              (33) 3770-4200
SMM-840503-PQ4



**CUSTOMER NO:** 343 -
**CUSTOMER PH:** 765-451-5480

**YOUR ORDER NO:** 550074826-
**OUR ORDER NO:** 550074826-H

**BILL TO:**
DELPHI DELCO ELECTRONICS
SYSTEMS ATTN MANUAL RECEIPTS
PROCESSING MS A241 PO BOX 9005
KOKOMO                IN
USA                   46904-9005

**SHIP TO:**
DELPHI DELCO ELECTRONICS DE
MEXICO SA DE CV BRECHA E99 S/N
PARQUE IND REYNOSA PTA DA-24
REYNOSA               TAMAULIPAS
MEXICO                88780

| TERMS: DAYS 1: 0 | DISC 1: 0 | SHIPPED: 09/14/2005 |
|---|---|---|
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 10753 |
| NET DUE DATE: 11/23/2005 | | INCOTERM: EX WORKS |
| | | SHIPMENT NO: 161995   REF: |
| OUR CUSTOMER REP IS: LAF | | PRO NO: |

| | | | | | |
|---|---|---|---|---|---|
| 696 | 120 | 0 | DPH28024912 | 72.99 | 8758.80 |

YOUR PART NUMBER: 28024912
MUSTANG 2006 CASE ASM RPO MK
CASE
TABLERO DE INSTRUMENTOS PARA CAMIONETA

| | | | | | |
|---|---|---|---|---|---|
| 144 | 24 | 120 | DPH28024912 | 72.99 | 1751.76 |

YOUR PART NUMBER: 28024912
MUSTANG 2006 CASE ASM RPO MK
CASE
TABLERO DE INSTRUMENTOS PARA CAMIONETA
-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO



* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-62-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within
30 days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
011-62-(33) 3770-4200





**SOLECTRON**

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z                JALISCO
C.P. 45640                     (33) 3770-4200
SMM-840503-FQ4

CUSTOMER NO:  343 -
CUSTOMER PH:  765-451-5480

YOUR ORDER NO:  550074826-
OUR ORDER NO:  550074826-H

BILL TO:

DELPHI DELCO ELECTRONICS
SYSTEMS ATTN MANUAL RECEIPTS
PROCESSING MS A241 PO BOX 9005
KOKOMO                    IN
USA                       46904-9005

SHIP TO:

DELPHI DELCO ELECTRONICS DE
MEXICO SA DE CV BRECHA E99 S/N
PARQUE IND REYNOSA PTA DA-24
REYNOSA              TAMAULIPAS
MEXICO               88780

| TERMS: | DAYS 1: 0 | DISC 1: 0 | SHIPPED: 09/14/2005 |
|--------|-----------|-----------|---------------------|
|        | DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 10753  |
| NET DUE DATE: 11/23/2005 | | | INCOTERM:  EX WORKS |
|        |           |           | SHIPMENT NO: 161995       REF: |
| OUR CUSTOMER REP IS:  LAF | | | PRO NO: |

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE
CARÁCTER GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO. 05
48 3033-5011097 PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183
PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563 OPERACIÓN DE MAQUILADORA  CONTROLADORA
DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA
DE COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V. CON DIRECCIÓN
HERMANOS ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-648804EXP 310/4000, EMPRESA
CERTIFICADA CON OFICIO
AGACE-10001, PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                          ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.      ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT
WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 90 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al 011-52-(33) 3770-4200

• Any discrepancy of price or quantity must be reported within
90 days of the date of invoice.

• Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200



 

**SOLECTRON**®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z                JALISCO
C.P. 45640
SMM-840503-FQ4                (33) 3770-4200

**INVOICE**

| | |
|---|---|
| CUSTOMER NO:  343 - | YOUR ORDER NO:  550074826- |
| CUSTOMER PH:  765-451-5480 | OUR ORDER NO:  550074826-H |

BILL TO:

DELPHI DELCO ELECTRONICS
SYSTEMS ATTN MANUAL RECEIPTS
PROCESSING MS A241 PO BOX 9005
KOKOMO                    IN
USA                       46904-9005

SHIP TO:

DELPHI DELCO ELECTRONICS DE
MEXICO SA DE CV BRECHA E99 S/N
PARQUE IND REYNOSA PTA DA-24
REYNOSA                   TAMAULIPAS
MEXICO                    88780

| | | |
|---|---|---|
| TERMS:  DAYS 1:  0 | DISC 1:  0 | SHIPPED:  09/14/2005 |
| DAYS 2:  0 | DISC 2:  0 | SHIPPED VIA:  10755 |
| NET DUE DATE:  11/23/2005 | | INCOTERM:  EX WORKS |
| | | SHIPMENT NO:  161997           REF: |
| OUR CUSTOMER REP IS:  LAF | | PRO NO: |

| ORDERED | SHIPPED | B/O | PART NUMBER | UNIT PRICE | EXTD PRICE |
|---|---|---|---|---|---|
| 144 | 120 | 0 | DPH28024912 | 72.99 | 8758.80 |

YOUR PART NUMBER: 28024912
MUSTANG 2006 CASE ASM RPO MK
CASE
TABLERO DE INSTRUMENTOS PARA CAMIONETA

| ORDERED | SHIPPED | B/O | PART NUMBER | UNIT PRICE | EXTD PRICE |
|---|---|---|---|---|---|
| 432 | 168 | 264 | DPH28024912 | 72.99 | 12262.32 |

YOUR PART NUMBER: 28024912
MUSTANG 2006 CASE ASM RPO MK
CASE
TABLERO DE INSTRUMENTOS PARA CAMIONETA
-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requeir mayor información, favor de reportarse al
departamento de Contabilidad al 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within
30 days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200



 **SOLECTRON**®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z          JALISCO
C.P. 45640                (33) 3770-4200
SMM-840503-FQ4



CUSTOMER NO:  343 -                          YOUR ORDER NO: 550074826-
CUSTOMER PH:  765-451-5480                   OUR ORDER NO: 550074826-H

BILL TO:                                     SHIP TO:

DELPHI DELCO ELECTRONICS            DELPHI DELCO ELECTRONICS DE
SYSTEMS ATTN MANUAL RECEIPTS        MEXICO SA DE CV BRECHA E99 S/N
PROCESSING MS A241 PO BOX 9005      PARQUE IND REYNOSA PTA DA-24
KOKOMO              IN              REYNOSA            TAMAULIPAS
USA                 46904-9005      MEXICO             88780

| TERMS: DAYS 1: 0 | DISC 1: 0 | SHIPPED: 09/14/2005 |
|---|---|---|
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 10755 |
| NET DUE DATE: 11/23/2005 | | INCOTERM: EX WORKS |
| | | SHIPMENT NO: 161997    REF: |
| OUR CUSTOMER REP IS: LAF | | PRO NO: |

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE
CARÁCTER GENERAL 3.3.8, 5.2.5, Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO. 05 48
3033-5011097 PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183
PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-5630 OPERACIÓN DE MAQUILADORA  CONTROLADORA DE
EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V. CON DIRECCIÓN
HERMANOS ESCOBAR 5756, COL. BOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804 EXP 310/4000, EMPRESA
CERTIFICADA CON OFICIO
AGACE-10001, PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                              ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.     ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT
WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within
30 days of the date of invoice.

• Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200





# SOLECTRON®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z                    JALISCO
C.P. 45640                         (33) 3770-4200
SMM-840593-FQ4



CUSTOMER NO:   343 -                        YOUR ORDER NO:  550074826-
CUSTOMER PH:   765-451-5480                 OUR ORDER NO:   550074826-H

BILL TO:                                    SHIP TO:

**DELPHI DELCO ELECTRONICS**                **DELPHI DELCO ELECTRONICS DE**
**SYSTEMS ATTN MANUAL RECEIPTS**            **MEXICO SA DE CV BRECHA E99 S/N**
**PROCESSING MS A241 PO BOX 9005**          **PARQUE IND REYNOSA PTA DA-24**
**KOKOMO                IN**                **REYNOSA            TAMAULIPAS**
**USA                   46904-9005**        **MEXICO             88780**

| TERMS: DAYS 1: 0 | DISC 1: 0 | SHIPPED: 09/14/2005 | |
|---|---|---|---|
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 10757 | |
| NET DUE DATE: 11/23/2005 | | INCOTERM: **EX WORKS** | |
| | | SHIPMENT NO: 161998 | REF: |
| OUR CUSTOMER REP IS:  LAF | | PRO NO: | |

| 432 | 264 | 0 | DPH28024912 | 72.99 | 19269.36 |
|---|---|---|---|---|---|

YOUR PART NUMBER: 28024912
MUSTANG 2006 CASE ASM RPO MK
CASE
TABLERO DE INSTRUMENTOS PARA CAMIONETA

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO.: 05 48
3033-5011097 PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-863 OPERACIÓN DE MAQUILADORA  CONTROLADORA DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V. CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804 EXP 310/4000, EMPRESA CERTIFICADA
CON OFICIO
AGACE-10001, PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                          ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.    ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT
WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

- Cualquier discrepancia en precio y/o cantidad deberá ser
  reportada en los los 30 días siguientes a la fecha de facturación.

- Cualquier cargo que haya hebido contra esta factura, deberá
  hacer referencia con el No. de RMA que se haya proporcionado.

- En caso de requerir mayor información, favor de reportarse al
  departamento de Contabilidad al 011-52-(33) 3770-4200

- Any discrepancies of price or quantity must be reported within
  90 days of the date of invoice.

- Any debits taken against this invoice must reference the RMA #
  on the check remittance advice.

- For all inquiries please call the Accounts Receivable Dept. at
  011-52-(33) 3770-4200





# SOLECTRON®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2515 COL LA TIJERA
TLAJOMULCO DE Z                    JALISCO
C.P. 45640                         (33) 3770-4200
SMM-840503-FQ4



**INVOICE**

CUSTOMER NO:  343 -
CUSTOMER PH:  765-451-5480

YOUR ORDER NO:  550074826-
OUR ORDER NO:  550074826-H

BILL TO:

DELPHI DELCO ELECTRONICS
SYSTEMS ATTN MANUAL RECEIPTS
PROCESSING MS A241 PO BOX 9005
KOKOMO                    IN
USA                       46904-9005

SHIP TO:

DELPHI DELCO ELECTRONICS DE
MEXICO SA DE CV BRECHA E99 S/N
PARQUE IND REYNOSA PTA DA-24
REYNOSA                   TAMAULIPAS
MEXICO                    88780

| TERMS:  DAYS 1:  0 | DISC 1:  0 | SHIPPED:  09/14/2005 | |
|---|---|---|---|
| DAYS 2:  0 | DISC 2:  0 | SHIPPED VIA:  10754 | |
| NET DUE DATE:  11/23/2005 | | INCOTERM:  EX WORKS | |
| | | SHIPMENT NO:  162000 | REF: |
| OUR CUSTOMER REP IS:  LAF | | PRO NO: | |

| 144 | 144 | 0 | DPH28024913 | | 73.35 | 10562.40 |
|---|---|---|---|---|---|---|

YOUR PART NUMBER:  28024913
MUSTANG 2006 CASE ASM RPO KM
CASE
TABLERO DE INSTRUMENTOS PARA CAMIONETA
-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO.  05 48
3033-5011097 PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563 OPERACIÓN DE MAQUILADORA  CONTROLADORA DE
EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V. CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804 EXP 310/4000, EMPRESA
CERTIFICADA CON OFICIO

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                                      ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.       ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY, ACCOUNT TYPE: CHECKING ACCOUNT
WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser
  reportada en los 30 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá
  hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
  departamento de Contabilidad al: 011-52-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within
  30 days of the date of invoice.

• Any debits taken against this invoice must reference the RMA #
  on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
  011-52-(33) 3770-4200




**SOLECTRON**

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2515 COL LA TIJERA
TLAJOMULCO DE Z                    JALISCO
C.P. 45640                         (33) 3770-4200
SMM-840563-FQ4



**INVOICE**

CUSTOMER NO:  343 -
CUSTOMER PH:  765-451-5480

YOUR ORDER NO:  550074889-
OUR ORDER NO:  550074889-H

**BILL TO:**

DELPHI DELCO ELECTRONICS
SYSTEMS ATTN MANUAL RECEIPTS
PROCESSING MS A241 PO BOX 9005
KOKOMO                     IN
USA                        46904-9005

**SHIP TO:**

DELPHI DELCO ELECTRONICS DE
MEXICO SA DE CV BRECHA E99 S/N
PARQUE IND REYNOSA PTA DA-24
REYNOSA                 TAMAULIPAS
MEXICO                  88780

| TERMS: DAYS 1: 0 | DISC 1: 0 | SHIPPED: 09/14/2005 | |
|---|---|---|---|
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 10752 | |
| NET DUE DATE: 11/23/2005 | | INCOTERM: EX WORKS | |
| | | SHIPMENT NO: 161988 | REF: |
| OUR CUSTOMER REP IS: LAF | | PRO NO: | |

| 480 | 100 | 0 | DPH28012591 | 26.87 | 2687.00 |
|---|---|---|---|---|---|

YOUR PART NUMBER: 28012591
ASM - CMP MAIN SWITCH
PRINTED CIRCUIT BOARD ASSY
CUADRO DE MANDO

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO. 05 48
3033-5011097 PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002183 PROMOVIDO
POR FERNANDO C. MARTINEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563 OPERACIÓN DE MAQUILADORA  CONTROLADORA DE
EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V. CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804 EXP 310/4000, EMPRESA
CERTIFICADA CON OFICIO

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                                ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.      ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser
  reportada en los 30 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá
  hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
  departamento de Contabilidad al: 011-52-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within
  30 days of the date of invoice.

• Any debits taken against this invoice must reference the RMA #
  on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
  011-52-(33) 3770-4200





# SOLECTRON®



SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z          JALISCO
C.P. 45640                        (33) 3770-4200
SMM-840563-3Q4

CUSTOMER NO: 343 -
CUSTOMER PH: 765-451-5480

YOUR ORDER NO: 550074815-
OUR ORDER NO: 550074815-H

BILL TO:

**DELPHI DELCO ELECTRONICS**
**SYSTEMS ATTN MANUAL RECEIPTS**
**PROCESSING MS A241 PO BOX 9005**
**KOKOMO            IN**
**USA                46904-9005**

SHIP TO:

**DELPHI DELCO ELECTRONICS DE**
**MEXICO SA DE CV BRECHA E99 S/N**
**PARQUE IND REYNOSA PTA DA-24**
**REYNOSA          TAMAULIPAS**
**MEXICO            88780**

| TERMS: | DAYS 1: 0 | DISC 1: 0 | SHIPPED: 10/04/2005 |
| | DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 100140 |
| NET DUB DATE: 12/13/2005 | | | INCOTERM: EX WORKS |
| | | | SHIPMENT NO: 163772    REF: |
| OUR CUSTOMER REP IS: LAF | | | PRO NO: |

| 1550 | 1550 | 0 | DPH09390856 | 9.92 | 15376.00 |

**YOUR PART NUMBER: 09390856  CIRCUIT BOARD ASSEMBLY**
CIRCUIT BOARD ASSY CD 09390856
PRINTED CIRCUIT BOARD ASSEMBLY
CIRCUITO MODULAR PARA REPRODUCTOR DE CD
-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005PEDIMENTO DE EXPORTACIÓN NO. 05 48
3033-5012359PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002333 PROMOVIDO
POR FERNANDO C. MARTINEZ BORREGOREGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563OPERACIÓN DE MAQUILADORA  CONTROLADORA DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTERGENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V.CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804EXP 310/4000, EMPRESA CERTIFICADA
CON OFICIO
AGACE-10001, PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                          ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.        ACCOUNT NO: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within
30 days of the date of invoice.

• Any debit taken against this invoice must reference the RMA #
on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200



 **SOLECTRON** ®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z                    JALISCO
C.P. 45640                         (33) 3770-4200
SMM-860503-2Q4



### INVOICE

CUSTOMER NO:   343 -                          YOUR ORDER NO: 550074815-
CUSTOMER PH:   765-451-5480                   OUR ORDER NO: 550074815-H

BILL TO:                                      SHIP TO:

DELPHI DELCO ELECTRONICS                      DELPHI DELCO ELECTRONICS DE
SYSTEMS ATTN MANUAL RECEIPTS                  MEXICO SA DE CV BRECHA E99 S/N
PROCESSING MS A241 PO BOX 9005                PARQUE IND REYNOSA PTA DA-24
KOKOMO              IN                        REYNOSA            TAMAULIPAS
USA                 46904-9005                MEXICO             88780

| | | | | |
|---|---|---|---|---|
| TERMS:  DAYS 1: 0 | DISC 1: 0 | SHIPPED: 10/04/2005 | | |
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 100140 | | |
| NET DUE DATE: 12/13/2005 | | INCOTERM: EX WORKS | | |
| | | SHIPMENT NO: 163773 | REF: | |
| OUR CUSTOMER REP IS: LAF | | PRO NO: | | |

| 1550 | 1550 | 0 | DPH09390871 | 9.70 | 15035.00 |
|---|---|---|---|---|---|

**YOUR PART NUMBER:** 09390871 CIRCUIT BOARD ASSEMBLY
CIRCUIT BOARD ASSY CD 09390871
PRINTED CIRCUIT BOARD ASSEMBLY
CIRCUITO MODULAR PARA REPRODUCTOR DE CD

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO. 05 48
3033-5012359 PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002333 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563 OPERACIÓN DE MAQUILADORA CONTROLADORA DE
EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MEXICO, S.A. DE C.V. CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL.
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804EXP 310/4000, EMPRESA
CERTIFICADA CON OFICIO

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                          ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.      ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY, ACCOUNT TYPE: CHECKING ACCOUNT
WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within
30 days of the date of invoice.

• Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200





# SOLECTRON®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2015 COL LA TIERRA
TLAJOMULCO DE Z            JALISCO
C.P. 45640            (33) 3770-4200
SMM-840603-FQ4



| | |
|---|---|
| CUSTOMER NO:  343 - | YOUR ORDER NO:  550074816- |
| CUSTOMER PH:  765-451-5480 | OUR ORDER NO:  550074816-H |

BILL TO:

**DELPHI DELCO ELECTRONICS
SYSTEMS ATTN MANUAL RECEIPTS
PROCESSING MS A241 PO BOX 9005
KOKOMO                IN
USA                   46904-9005**

SHIP TO:

**DELPHI DELCO ELECTRONICS DE
MEXICO SA DE CV BRECHA E99 S/N
PARQUE IND REYNOSA PTA DA-24
REYNOSA            TAMAULIPAS
MEXICO             88780**

| | |
|---|---|
| TERMS:  DAYS 1: 0 | DISC 1: 0 | SHIPPED: 10/04/2005 |
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA:  244 |
| NET DUE DATE:  12/13/2005 | | INCOTERM:  EX WORKS |
| | | SHIPMENT NO:  163778        REF: |
| OUR CUSTOMER REP IS:  LAF | | PRO NO: |

| 1920 | 1920 | 0 | DPH12228054 | | 9.33 | 17913.60 |
|---|---|---|---|---|---|---|

**YOUR PART NUMBER: 12228054**
CLARION CD CIR-BD ASM DA4.5 8054
PRINTED CIRCUIT BOARD ASSEMBLY
CIRCUITO MODULAR PARA REPRODUCTOR DE CD

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005PEDIMENTO DE EXPORTACIÓN NO. 05 48
3033-5012359PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002333 PROMOVIDO
POR FERNANDO C. MARTINEZ BORREGOREGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563OPERACIÓN DE MAQUILADORA. CONTROLADORA DE
EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE LAS DE CARÁCTERGENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6. Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V.CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804EXP 310/4000, EMPRESA
CERTIFICADA CON OFICIO

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                    ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.        ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT
WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION



* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within
30 days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200



# SOLECTRON®

SOLECTRON MANUFACTURA DE MEXICO S DE R.L DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z          JALISCO
C.P. 45640                    (33) 3770-4200
SMM-840563-PQ4



**INVOICE**

CUSTOMER NO:  343 -
CUSTOMER PH:  765-451-5480

YOUR ORDER NO:  550074816-
OUR ORDER NO:  550074816-H

BILL TO:

**DELPHI DELCO ELECTRONICS
SYSTEMS ATTN MANUAL RECEIPTS
PROCESSING MS A241 PO BOX 9005
KOKOMO             IN
USA                46904-9005**

SHIP TO:

**DELPHI DELCO ELECTRONICS DE
MEXICO SA DE CV BRECHA E99 S/N
PARQUE IND REYNOSA PTA DA-24
REYNOSA            TAMAULIPAS
MEXICO             88780**

| TERMS: DAYS 1: 0 | DISC 1: 0 | SHIPPED: 10/04/2005 | |
|---|---|---|---|
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 245 | |
| NET DUE DATE: 12/13/2005 | | INCOTERM: EX WORKS | |
| | | SHIPMENT NO: 163771 | REF: |
| OUR CUSTOMER REP IS: LAF | | PRO NO: R-436 | |

| 1560 | 1560 | 0 | DPH28035682 | | 9.36 | 14601.60 |
|---|---|---|---|---|---|---|

YOUR PART NUMBER: 28035682 CLARION 2006
CLARION CD CIR BD ASM-CD;DA4
CLARION CD CIR BD ASM-CD;DA4
CIRCUITO MODULAR PARA REPRODUCTOR DE CD

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO. 05 48
3033-5012359 PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002333 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-5630 OPERACIÓN DE MAQUILADORA CONTROLADORA DE
EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V. CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804 EXP 310/4000, EMPRESA
CERTIFICADA CON OFICIO

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                          ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.    ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within
30 days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200



# SOLECTRON®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z          JALISCO
C.P. 45640          (33) 3770-4200
SMM-840503-3FQ4



CUSTOMER NO:  343 -
CUSTOMER PH:  765-451-5480

YOUR ORDER NO:  550074818-
OUR ORDER NO:  550074818-S

BILL TO:

**DELPHI DELCO ELECTRONICS**
**SYSTEMS ATTN MANUAL RECEIPTS**
**PROCESSING MS A241 PO BOX 9005**
**KOKOMO**          **IN**
**USA**          **46904-9005**

SHIP TO:

**DELPHI DELCO ELECTRONICS DE**
**MEXICO SA DE CV BRECHA E99 S/N**
**PARQUE IND REYNOSA PTA DA-24**
**REYNOSA**          **TAMAULIPAS**
**MEXICO**          **88780**

| TERMS: | DAYS 1: 0 | DISC 1: 0 | SHIPPED: 10/04/2005 |
| | DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 10895 |
| NET DUB DATE: 12/13/2005 | | | INCOTERM: EX WORKS |
| | | | SHIPMENT NO: 163800    REF: |
| OUR CUSTOMER REP IS: LAF | | | PRO NO: |

| 324 | 108 | 108 DPH28009906 | | 46.08 | 4976.64 |

**YOUR PART NUMBER: 28009906**
GMT 800 2006 CASE ASSY 6 AUTO
PRINTED CIRCUIT BOARD
TABLERO DE INSTRUMENTOS PARA CAMIONETA
-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005PEDIMENTO DE EXPORTACIÓN NO.  05 48
3033-5012359PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002333 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGOREGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563OPERACIÓN DE MAQUILADORA  CONTROLADORA DE
EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTERGENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V.CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUAREZ, CHIHUAHUA OFICIO 326-SAT-64804EXP 310/4000, EMPRESA
CERTIFICADA CON OFICIO

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA          ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.          ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT
WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

* Cualquier discrepancia en precio y/o cantidad deberá ser reportada en los 30 días siguientes a la fecha de facturación.
* Cualquier cargo que haya habido contra esta factura, deberá hacer referencia con el No. de RMA que se haya proporcionado.
* En caso de requerir mayor información, favor de reportarse al departamento de Contabilidad al: 011-52-(33) 3770-4200
* Any discrepancies of price or quantity must be reported within 30 days of the date of invoice.
* Any debit takial against this invoice must reference the RMA # on the check remittance advice.
* For all inquiries please call the Accounts Receivable Dept. at 011-52-(33) 3770-4200



 **SOLECTRON**®

SOLECTRON MANUFACTURA DE MEXICO S DE EL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 4.5 NO.2915 COL LA TIERRA
TLAJOMULCO DE Z          JALISCO
C.P. 45640              (33) 3770-4200
SMM-840603-3Q4



CUSTOMER NO:   343 -
CUSTOMER PH:   765-451-5480

YOUR ORDER NO:  550074818-
OUR ORDER NO:   550074818-S

BILL TO:

**DELPHI DELCO ELECTRONICS**
**SYSTEMS ATTN MANUAL RECEIPTS**
**PROCESSING MS A241 PO BOX 9005**
**KOKOMO**            **IN**
**USA**               **46904-9005**

SHIP TO:

**DELPHI DELCO ELECTRONICS DE**
**MEXICO SA DE CV BRECHA E99 S/N**
**PARQUE IND REYNOSA PTA DA-24**
**REYNOSA**           **TAMAULIPAS**
**MEXICO**            **88780**

| TERMS:  DAYS 1:  0 | DISC 1:  0 | SHIPPED:  10/04/2005 | |
|---|---|---|---|
| DAYS 2:  0 | DISC 2:  0 | SHIPPED VIA:  10901 | |
| NET DUE DATE:  12/13/2005 | | INCOTERM:  EX WORKS | |
| | | SHIPMENT NO:  163798 | REF: |
| OUR CUSTOMER REP IS:  LAF | | PRO NO: | |

| | | | | | |
|---|---|---|---|---|---|
| 324 | 108 | 0 | DPH28009906 | 46.08 | 4976.64 |

YOUR PART NUMBER:  28009906
GMT 800 2006 CASE ASSY 6 AUTO
PRINTED CIRCUIT BOARD
TABLERO DE INSTRUMENTOS PARA CAMIONETA

| | | | | | |
|---|---|---|---|---|---|
| 1080 | 432 | 648 | DPH28009906 | 46.08 | 19906.56 |

YOUR PART NUMBER:  28009906
GMT 800 2006 CASE ASSY 6 AUTO
PRINTED CIRCUIT BOARD
TABLERO DE INSTRUMENTOS PARA CAMIONETA

-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

• Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-62-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within
90 days of the date of invoice.

• Any debts taken against this invoice must reference the RMA #
on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200





# SOLECTRON®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z               JALISCO
C.P. 45640                    (33) 3770-4200
SM4-840503-FQ4





CUSTOMER NO:   343 -
CUSTOMER PH:   765-451-5480

YOUR ORDER NO: 550074818-
OUR ORDER NO:  550074818-S

BILL TO:

DELPHI DELCO ELECTRONICS
SYSTEMS ATTN MANUAL RECEIPTS
PROCESSING MS A241 PO BOX 9005
KOKOMO                    IN
USA                       46904-9005

SHIP TO:

DELPHI DELCO ELECTRONICS DE
MEXICO SA DE CV BRECHA E99 S/N
PARQUE IND REYNOSA PTA DA-24
REYNOSA          TAMAULIPAS
MEXICO           88780

| TERMS: | DAYS 1: 0 | DISC 1: 0 |
|--------|-----------|-----------|
|        | DAYS 2: 0 | DISC 2: 0 |

NET DUE DATE: 12/13/2005

OUR CUSTOMER REP IS:  LAF

SHIPPED: 10/04/2005
SHIPPED VIA: 10901
INCOTERM: EX WORKS
SHIPMENT NO: 163798          REF:
PRO NO:

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO.  05 48
3033-5012359 PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002333 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563 OPERACIÓN DE MAQUILADORA  CONTROLADORA DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE COMERCIO
EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V. CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804 EXP 310/4000, EMPRESA CERTIFICADA
CON OFICIO
AGACE-10001, PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                      ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.        ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser
  reportada en los 30 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá
  hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
  departamento de Contabilidad al: 011-52-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within
  30 days of the date of invoice.

• Any debits taken against this invoice must reference the RMA #
  on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
  011-52-(33) 3770-4200



 

# SOLECTRON®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZMATEOS SUR
KM. 6.5 NO.3915 COL LA TIJERA
TLAJOMULCO DE Z            JALISCO
C.P. 45640                 (33) 3770-4200
SMM-640503-PQ4

INVOICE

CUSTOMER NO:  343 -                          YOUR ORDER NO:  550074818-
CUSTOMER PH:  765-451-5480                   OUR ORDER NO:  550074818-S

BILL TO:                                     SHIP TO:

**DELPHI DELCO ELECTRONICS**                 **DELPHI DELCO ELECTRONICS DE**
**SYSTEMS ATTN MANUAL RECEIPTS**             **MEXICO SA DE CV BRECHA E99 S/N**
**PROCESSING MS A241 PO BOX 9005**           **PARQUE IND REYNOSA PTA DA-24**
**KOKOMO              IN**                    **REYNOSA           TAMAULIPAS**
**USA                 46904-9005**           **MEXICO            88780**

| TERMS:   DAYS 1:  0 | DISC 1:  0 | SHIPPED:  10/04/2005 | |
|---|---|---|---|
| DAYS 2:  0 | DISC 2:  0 | SHIPPED VIA:  10902 | |
| NET DUE DATE:  12/13/2005 | | INCOTERM:  EX WORKS | |
| | | SHIPMENT NO:  163806 | REF: |
| OUR CUSTOMER REP IS:  LAF | | PRO NO: | |

| 1080 | 432 | 216 DPH28009906 | | 46.08 | | 19906.56 |
|---|---|---|---|---|---|---|

YOUR PART NUMBER: 28009906
GMT 800 2006 CASE ASSY 6 AUTO
PRINTED CIRCUIT BOARD
TABLERO DE INSTRUMENTOS PARA CAMIONETA
-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8, 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005PEDIMENTO DE EXPORTACIÓN NO. 05 48
3035-5012359PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO: 05 30 6012-5002333 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGOREGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-S63OPERACIÓN DE MAQUILADORA  CONTROLADORA DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTERGENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V.CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804EXP 310/4000, EMPRESA CERTIFICADA
CON OFICIO
AGACE-10001, PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                            ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.     ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT
WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
**EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION**

* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within
30 days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200





# SOLECTRON®



SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z                    JALISCO
C.P. 45640                         (33) 3770-4200
SMM-840603-PQ4

| | |
|---|---|
| CUSTOMER NO:  343 - | YOUR ORDER NO: 550074821- |
| CUSTOMER PH:  765-451-5480 | OUR ORDER NO: 550074821-H |

**BILL TO:**                                   **SHIP TO:**

| | | | |
|---|---|---|---|
| DELPHI DELCO ELECTRONICS | | DELPHI DELCO ELECTRONICS DE | |
| SYSTEMS ATTN MANUAL RECEIPTS | | MEXICO SA DE CV BRECHA E99 S/N | |
| PROCESSING MS A241 PO BOX 9005 | | PARQUE IND REYNOSA PTA DA-24 | |
| KOKOMO | IN | REYNOSA | TAMAULIPAS |
| USA | 46904-9005 | MEXICO | 88780 |

| | | |
|---|---|---|
| TERMS:  DAYS 1:  0 | DISC 1:  0 | SHIPPED: 10/04/2005 |
| DAYS 2:  0 | DISC 2:  0 | SHIPPED VIA: 10900 |
| NET DUE DATE: 12/13/2005 | | INCOTERM:  EX WORKS |
| | | SHIPMENT NO: 163814          REF: |
| OUR CUSTOMER REP IS:  LAF | | PRO NO: |

| 312 | 72 | 240 | DPH28026551 | 35.77 | 2575.44 |
|---|---|---|---|---|---|

YOUR PART NUMBER: 28026551
ASM-CMP MAIN SW
PRINTED CIRCUIT BOARD ASY
CUADRO DE MANDO
-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8, 5.2.5, Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005PEDIMENTO DE EXPORTACIÓN NO. 05 48
3033-5012359PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002333 PROMOVIDO
POR FERNANDO C. MARTINEZ BORREGOREGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563OPERACIÓN DE MAQUILADORA  CONTROLADORA DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTERGENRAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.5 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V.CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804EXP 310/4000, EMPRESA CERTIFICADA
CON OFICIO
AGACE-10001, PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                              ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.      ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT
WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al 011-52-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within
30 days of the date of invoice.

• Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200







# SOLECTRON®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.3915 COL LA TIERRA
TLAJOMULCO DE Z                    JALISCO
C.P. 45640                         (33) 3770-4200
SMM-840983-FQ4

**INVOICE**

CUSTOMER NO:  343 -                          YOUR ORDER NO:  550074826-
CUSTOMER PH:  765-451-5480                   OUR ORDER NO:   550074826-H

BILL TO:                                     SHIP TO:

DELPHI DELCO ELECTRONICS                     DELPHI DELCO ELECTRONICS DE
SYSTEMS ATTN MANUAL RECEIPTS                 MEXICO SA DE CV BRECHA E99 S/N
PROCESSING MS A241 PO BOX 9005               PARQUE IND REYNOSA PTA DA-24
KOKOMO              IN                        REYNOSA             TAMAULIPAS
USA                 46904-9005               MEXICO              88780

| TERMS: DAYS 1: 0 | DISC 1: 0 | SHIPPED: 10/04/2005 | |
|---|---|---|---|
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 10896 | |
| NET DUE DATE: 12/13/2005 | | INCOTERM: EX WORKS | |
| | | SHIPMENT NO: 163808 | REF: |
| OUR CUSTOMER REP IS: LAF | | PRO NO: | |

| QTY ORDERED | QTY | QTY | | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|
| 852 | 144 | 564 | DPH28024909 | 49.14 | 7076.16 |

YOUR PART NUMBER: 28024909
MUSTANG 2006 CASE ASM BASE MK
CASE
TABLERO DE INSTRUMENTOS PARA CAMIONETA

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005PEDIMENTO DE EXPORTACIÓN NO.  05 48
3033-5012359PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002333 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGOREGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-5630OPERACIÓN DE MAQUILADORA. CONTROLADORA DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE LAS DE CARÁCTERGENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V.CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL.
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804EXP 310/4000, EMPRESA CERTIFICADA
CON OFICIO
AGACE-10001, PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                           ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.        ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within
30 days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200



 **SOLECTRON**®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.3915 COL LA TIJERA
TLAJOMULCO DE Z              JALISCO
C.P. 45640                  (33) 3770-4200
SMM-846603-FQ4



CUSTOMER NO:  343 -                                  YOUR ORDER NO:  550074826-
CUSTOMER PH:  765-451-5480                           OUR ORDER NO:  550074826-H

BILL TO:                                             SHIP TO:

DELPHI DELCO ELECTRONICS                             DELPHI DELCO ELECTRONICS DE
SYSTEMS ATTN MANUAL RECEIPTS                         MEXICO SA DE CV BRECHA E99 S/N
PROCESSING MS A241 PO BOX 9005                       PARQUE IND REYNOSA PTA DA-24
KOKOMO                      IN                       REYNOSA            TAMAULIPAS
USA                         46904-9005               MEXICO             88780

| TERMS:  DAYS 1:  0 | DISC 1:  0 | SHIPPED:  10/04/2005 | |
| DAYS 2:  0 | DISC 2:  0 | SHIPPED VIA:  10899 | |
| NET DUE DATE:  12/13/2005 | | INCOTERM:  EX WORKS | |
| | | SHIPMENT NO:  163809 | REF: |
| OUR CUSTOMER REP IS:  LAF | | PRO NO: | |

| ORDER | SHIPPED | BAL | YOUR PART NUMBER | UNIT PRICE USD | EXTENDED PRICE USD |
|---|---|---|---|---|---|
| 852 | 144 | 420 | DPH28024909 | 49.14 | 7076.16 |

YOUR PART NUMBER: 28024909
MUSTANG 2006 CASE ASM BASE MK
CASE
TABLERO DE INSTRUMENTOS PARA CAMIONETA
-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO.  05 48
3033-5012359 PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002333 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-863 OPERACIÓN DE MAQUILADORA  CONTROLADORA DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V. CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804 EXP 310/4000, EMPRESA CERTIFICADA
CON OFICIO
AGACE-10001, PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                        ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.      ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT
WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 dias siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4250

* Any discrepancies of price or quantity must be reported within
30 days of the date of invoice.

* Any credits taken against this invoice must reference the RMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200





# SOLECTRON®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z                    JALISCO
C.P. 45640                         (33) 3770-4200
SMM-960603-FQ4



CUSTOMER NO:  343 -                          YOUR ORDER NO:  550074826-
CUSTOMER PH:  765-451-5480                   OUR ORDER NO:  550074826-H

BILL TO:                                     SHIP TO:

**DELPHI DELCO ELECTRONICS**                 **DELPHI DELCO ELECTRONICS DE**
**SYSTEMS ATTN MANUAL RECEIPTS**             **MEXICO SA DE CV BRECHA E99 S/N**
**PROCESSING MS A241 PO BOX 9005**           **PARQUE IND REYNOSA PTA DA-24**
**KOKOMO            IN**                      **REYNOSA          TAMAULIPAS**
**USA               46904-9005**             **MEXICO           88780**

| TERMS:  DAYS 1:  0 | DISC 1:  0 | SHIPPED:  10/04/2005 | |
|---|---|---|---|
| DAYS 2:  0 | DISC 2:  0 | SHIPPED VIA:  10898 | |
| NET DUE DATE:  12/13/2005 | | INCOTERM:  EX WORKS | |
| OUR CUSTOMER REP IS:  LAF | | SHIPMENT NO:  163812 | REF: |
| | | PRO NO: | |

| QTY ORDER | QTY | | PART NUMBER | | PRICE USD | EXT PRICE USD |
|---|---|---|---|---|---|---|
| 432 | 288 | 0 | DPH28024912 | | 72.99 | 21021.12 |

YOUR PART NUMBER: 28024912
MUSTANG 2006 CASE ASM RPO MK
CASE
TABLERO DE INSTRUMENTOS PARA CAMIONETA
-

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.8., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO. 05 48
3033-5012359 PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002333 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563 OPERACIÓN DE MAQUILADORA CONTROLADORA DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MEXICO, S.A. DE C.V.CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804 EXP 310/4000, EMPRESA CERTIFICADA
CON OFICIO
AGACE-10001, PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                       ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.     ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION



* Cualquier discrepancia en precio y/o cantidad deberá ser
  reportarse en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
  hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
  departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within
  30 days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
  on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
  011-52-(33) 3770-4200





# SOLECTRON

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z          JALISCO
C.P. 45640                (33) 3770-4200
SdM-840503-FQ4

INVOICE

CUSTOMER NO:   343 -
CUSTOMER PH:   765-451-5480

YOUR ORDER NO: 550074826-
OUR ORDER NO: 550074826-H

**BILL TO:**

**DELPHI DELCO ELECTRONICS
SYSTEMS ATTN MANUAL RECEIPTS
PROCESSING MS A241 PO BOX 9005
KOKOMO                 IN
USA                    46904-9005**

**SHIP TO:**

**DELPHI DELCO ELECTRONICS DE
MEXICO SA DE CV BRECHA E99 S/N
PARQUE IND REYNOSA PTA DA-24
REYNOSA                TAMAULIPAS
MEXICO                 88780**

| TERMS:  DAYS 1:  0 | DISC 1:  0 | SHIPPED:  10/04/2005 |
|---|---|---|
| DAYS 2:  0 | DISC 2:  0 | SHIPPED VIA:  10894 |
| NET DUE DATE:  12/13/2005 | | INCOTERM:  EX WORKS |
| | | SHIPMENT NO:  163810       REF: |
| OUR CUSTOMER REP IS:  LAF | | PRO NO: |

| 144 | 144 | 0 | DPH28024913 | 73.35 | 10562.40 |
|---|---|---|---|---|---|

YOUR PART NUMBER: 28024913
MUSTANG 2006 CASE ASM RPO KM
CASE
TABLERO DE INSTRUMENTOS PARA CAMIONETA

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER
GENERAL 3.3.3., 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005PEDIMENTO DE EXPORTACIÓN NO. 05-48
3033-5012359PROMOVIDO
POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002333 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGOREGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-363OPERACIÓN DE MAQUILADORA: CONTROLADORA DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTERGENERAL EN MATERIA DE
COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MEXICO, S.A. DE C.V.CON DIRECCIÓN HERMANOS
ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL.
C.P. 32310 EN CIUDAD JUAREZ, CHIHUAHUA OFICIO 326-SAT-64804EXP 310/4000, EMPRESA CERTIFICADA
CON OFICIO
AGACE-10001, PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                                    ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.     ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT
WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya hecho contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within
30 days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200





 **SOLECTRON**®

SOLECTRON MANUFACTURA DE MEXICO S DE RL DE CV
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIERA
TLAJOMULCO DE Z                    JALISCO
C.P. 45640                         (33) 3770-4200
SMM-340503-FQ4



CUSTOMER NO:   343 -
CUSTOMER PH:   765-451-5480

YOUR ORDER NO:   550074889-
OUR ORDER NO:    550074889-H

BILL TO:

**DELPHI DELCO ELECTRONICS**
**SYSTEMS ATTN MANUAL RECEIPTS**
**PROCESSING MS A241 PO BOX 9005**
**KOKOMO**                         **IN**
**USA**                            **46904-9005**

SHIP TO:

**DELPHI DELCO ELECTRONICS DE**
**MEXICO SA DE CV BRECHA E99 S/N**
**PARQUE IND REYNOSA PTA DA-24**
**REYNOSA**              **TAMAULIPAS**
**MEXICO**               **88780**

| | | | |
|---|---|---|---|
| TERMS:  DAYS 1:  0 | DISC 1:  0 | SHIPPED: 10/04/2005 | |
| DAYS 2:  0 | DISC 2:  0 | SHIPPED VIA:  10897 | |
| NET DUE DATE:  12/13/2005 | | INCOTERM:  EX WORKS | |
| | | SHIPMENT NO:  163813 | REF: |
| OUR CUSTOMER REP IS:  LAF | | PRO NO: | |

| QTY ORDERED | QTY SHIPPED | QTY B/O | PART NUMBER | UNIT PRICE | EXT PRICE USD |
|---|---|---|---|---|---|
| 820 | 140 | 280 | DPH28033741 | 26.87 | 3761.80 |

**YOUR PART NUMBER: 28033741**
ASM-CMP MAIN SWITCH
ASM-CMP MAIN SWITCH
CIRCUITO MODULAR PARA TABLERO DE CONTROL

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

**OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA Y REGLAS DE CARÁCTER GENERAL 3.3.8., 5.2.5. Y 5.2.8.**
**EN MATERIA DE COMERCIO EXTERIOR PARA 2005 PEDIMENTO DE EXPORTACIÓN NO. 05 48 3033-5012359 PROMOVIDO**
**POR EDUARDO A. GARZA ROBLES. PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002333 PROMOVIDO POR FERNANDO C. MARTÍNEZ BORREGO REGISTRO SICEX DE SOLECTRON: 2001-2024.**
**REGISTRO SICEX DE DELPHI: 2001-563 OPERACIÓN DE MAQUILADORA CONTROLADORA DE EMPRESAS**
**CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER GENERAL EN MATERIA DE COMERCIO EXTERIOR PARA 2005 Y**
**REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO, S.A. DE C.V.CON DIRECCIÓN HERMANOS ESCOBAR 5756, COL. FOVISSSTE CHAMIZAL**
**C.P. 32310 EN CIUDAD JUÁREZ, CHIHUAHUA OFICIO 326-SAT-64804 EXP 310/4000, EMPRESA CERTIFICADA CON OFICIO**
**AGACE-10001, PROGRAMA DE MAQUILA 2004-315**

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                              ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.     ACCOUNT NO: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY. ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser reportada en los 90 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al departamento de Contabilidad al: 011-52-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within 90 days of the date of invoice.

• Any debits taken against this invoice must reference the RMA # on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at 011-52-(33) 3770-4200



 **SOLECTRON**

PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL. LA TIJERA
TLAJOMULCO DE Z          JALISCO
C.P. 45640               (33) 3770-4200
SMM-840503-FO4



**INVOICE**

| C | 343 - | YOUR ORDER NO: 550050612- |
| C | 765-451-5480 | OUR ORDER NO: 550050612-H |

B

SHIP TO:

| **DELPHI DELCO ELECTRONICS** | **DELPHI DELCO ELECTRONICS DE** |
| SYSTEMS ATTN MANUAL RECEIPTS | MEXICO SA DE CV BRECHA E99 S/N |
| PROCESSING MS A241 PO BOX 9005 | PARQUE IND REYNOSA PTA DA-24 |
| KOKOMO                IN | REYNOSA               TAMAULIPAS |
| USA                46904-9005 | MEXICO                88780 |

| TERMS:  DAYS 1:  **0** | DISC 1:  **0** | SHIPPED:  **10/03/2005** | |
| DAYS 2:  **0** | DISC 2:  **0** | SHIPPED VIA:  **10890** | |
| NET DUE DATE:  **12/12/2005** | | INCOTERM:  **EX WORKS** | |
| | | SHIPMENT NO:  **163669** | REF: |
| OUR CUSTOMER REP IS:  **LAF** | | PRO NO:  **R-333** | |

| QTY ORDERED | QTY SHIP | QTY B/O | PART NUMBER | UNIT PRICE USD | PRICE USD |
|---|---|---|---|---|---|
| 108 | 108 | 0 | DPH21001315 | 47.21 | 5098.68 |

YOUR PART NUMBER: 21001315  CASE ASM - 7 GAGE AUTOMATIC
CASE ASM - 7 GAGE AUTOMATIC
CASE
TABLERO DE INSTRUMENTOS PARA CAMIONETA
-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                          ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.        ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY.    ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within 30
days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200





# SOLECTRON

PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIERA
TLAJOMULCO DE Z          JALISCO
C.P. 45640               (33) 3770-4200
S.M.M-840503-FO4



**INVOICE**

| C | 343 - | | YOUR ORDER NO: 550074816- |
| C | 765-451-5480 | | OUR ORDER NO: 550074816-H |

B

| DELPHI DELCO ELECTRONICS | SHIP TO: |
| SYSTEMS ATTN MANUAL RECEIPTS | DELPHI DELCO ELECTRONICS DE |
| PROCESSING MS A241 PO BOX 9005 | MEXICO SA DE CV BRECHA E99 S/N |
| KOKOMO                IN | PARQUE IND REYNOSA PTA DA-24 |
| USA              46904-9005 | REYNOSA          TAMAULIPAS |
| | MEXICO                  88780 |

| TERMS: DAYS 1: **0** | DISC 1: **0** | SHIPPED: 10/03/2005 |
| DAYS 2: **0** | DISC 2: **0** | SHIPPED VIA: 243 |
| NET DUE DATE: 12/12/2005 | | INCOTERM: EX WORKS |
| | | SHIPMENT NO: 163687          REF: |
| OUR CUSTOMER REP IS: LAF | | PRO NO: |

| QTY ORDERED | QTY SHIPPED | QTY OPEN | ITEM NUMBER | UNIT PRICE | EXTENDED PRICE USD |
|---|---|---|---|---|---|
| 1440 | 1440 | 0 | DPH12228052 | 9.36 | 13478.40 |

YOUR PART NUMBER: 12228052
CLARION CD CIR-BD ASM DA4.5 8052
PRINTED CIRCUIT BOARD ASSEMBLY
CIRCUITO MODULAR PARA REPRODUCTOR DE CD
-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                          ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.          ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY.   ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION



* Cualquier discrepancia en precio y/o cantidad deberá ser reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within 30 days of the date of invoice.

* Any debits taken against this invoice must reference the RMA # on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at 011-52-(33) 3770-4200





PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z          JALISCO
C.P. 45640               (33) 3770-4200
SMM-840593-FO4



| C | 343 - | | YOUR ORDER NO: 550074818- |
| C | 765-451-5480 | | OUR ORDER NO: 550074818-S |

B

| | | SHIP TO: |
| DELPHI DELCO ELECTRONICS | | DELPHI DELCO ELECTRONICS DE |
| SYSTEMS ATTN MANUAL RECEIPTS | | MEXICO SA DE CV BRECHA E99 S/N |
| PROCESSING MS A241 PO BOX 9005 | | PARQUE IND REYNOSA PTA DA-24 |
| KOKOMO            IN | | REYNOSA            TAMAULIPAS |
| USA               46904-9005 | | MEXICO             88780 |

| TERMS:  DAYS 1: 0 | DISC 1: 0 | SHIPPED: 10/03/2005 | |
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 10888 | |
| NET DUE DATE: 12/12/2005 | | INCOTERM: EX WORKS | |
| | | SHIPMENT NO: 163688 | REF: |
| OUR CUSTOMER REP IS: LAF | | PRO NO: | |

| 540 | 540 | 0 DPH28009906 | 46.08 | 24883.20 |

**YOUR PART NUMBER: 28009906**
GMT 800 2006 CASE ASSY 6 AUTO
PRINTED CIRCUIT BOARD
TABLERO DE INSTRUMENTOS PARA CAMIONETA

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S, DE R.L. DE C.V.
BANK NAME: CITIBANK NA                              ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.      ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY.   ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

* Cualquier discrepancia en precio y/o cantidad deberá ser
  reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
  hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
  departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within 30
  days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
  on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
  011-52-(33) 3770-4200





# SOLECTRON

PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z        JALISCO
C.P. 45640             (33) 3770-4200
SMM-840503-FO4



**INVOICE**

| C | 343 - | YOUR ORDER NO:  550074818- |
| C | 765-451-5480 | OUR ORDER NO:  550074818-S |

B

SHIP TO:

| DELPHI DELCO ELECTRONICS | DELPHI DELCO ELECTRONICS DE |
| SYSTEMS ATTN MANUAL RECEIPTS | MEXICO SA DE CV BRECHA E99 S/N |
| PROCESSING MS A241 PO BOX 9005 | PARQUE IND REYNOSA PTA DA-24 |
| KOKOMO                 IN | REYNOSA              TAMAULIPAS |
| USA                    46904-9005 | MEXICO               88780 |

| TERMS:  DAYS 1: **0** | DISC 1: **0** | SHIPPED: 10/03/2005 |
|   DAYS 2: **0** | DISC 2: **0** | SHIPPED VIA: 10889 |
| NET DUE DATE: 12/12/2005 | | INCOTERM: **EX WORKS** |
| | | SHIPMENT NO: 163689      REF: |
| OUR CUSTOMER REP IS: **LAF** | | PRO NO: |

| QTY ORDERED | QTY SHIPPED | PART NUMBER | | UNIT PRICE USD | EXTD PRICE USD |
|---|---|---|---|---|---|
| 540 | 216 | 324 DPH28009906 | | 46.08 | 9953.28 |

**YOUR PART NUMBER: 28009906**
GMT 800 2006 CASE ASSY 6 AUTO
PRINTED CIRCUIT BOARD
TABLERO DE INSTRUMENTOS PARA CAMIONETA
-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                           ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.      ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY.   ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al 011-52-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within 30
days of the date of invoice.

• Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200



 **SOLECTRON** ®
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL. LA TIJERA
TLAJOMULCO DE Z                JALISCO
C.P. 45640                    (33) 3770-4200
SMM-340503-PO4





| C | 343 - | YOUR ORDER NO: 550074818- |
| C | 765-451-5480 | OUR ORDER NO: 550074818-S |

B

| | SHIP TO: |
| DELPHI DELCO ELECTRONICS | DELPHI DELCO ELECTRONICS DE |
| SYSTEMS ATTN MANUAL RECEIPTS | MEXICO SA DE CV BRECHA E99 S/N |
| PROCESSING MS A241 PO BOX 9005 | PARQUE IND REYNOSA PTA DA-24 |
| KOKOMO                 IN | REYNOSA         TAMAULIPAS |
| USA                46904-9005 | MEXICO             88780 |

| TERMS: DAYS 1: **0** | DISC 1: **0** | SHIPPED: **10/03/2005** | |
|      DAYS 2: **0** | DISC 2: **0** | SHIPPED VIA: **10893** | |
| NET DUE DATE: **12/12/2005** | | INCOTERM: **EX WORKS** | |
| | | SHIPMENT NO: **163690** | REF: |
| OUR CUSTOMER REP IS: **LAF** | | PRO NO: | |

| ORDERED | SHIPPED BO MINUS | | PART NUMBER | PRICE USD | EXTD PRICE USD |
|---|---|---|---|---|---|
| 540 | 324 | 0 | DPH28009906 | 46.08 | 14929.92 |
| | | | **YOUR PART NUMBER: 28009906** | | |
| | | | GMT 800 2006 CASE ASSY 6 AUTO | | |
| | | | PRINTED CIRCUIT BOARD | | |
| | | | TABLERO DE INSTRUMENTOS PARA CAMIONETA | | |
| 324 | 108 | 216 | DPH28009906 | 46.08 | 4976.64 |
| | | | **YOUR PART NUMBER: 28009906** | | |
| | | | GMT 800 2006 CASE ASSY 6 AUTO | | |
| | | | PRINTED CIRCUIT BOARD | | |
| | | | TABLERO DE INSTRUMENTOS PARA CAMIONETA | | |

-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA
Y REGLAS DE CARÁCTER GENERAL 3.3.8.; 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005
PEDIMENTO DE EXPORTACIÓN NO. 05 48 3033-5012359 PROMOVIDO
POR EDUARDO A. GARZA ROBLES
PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002333 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO
REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563
OPERACIÓN DE MAQUILADORA CONTROLADORA DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER
GENERAL EN MATERIA DE COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO SA DE CV
CON DIRECCIÓN HERMANOS ESCOBAR 5756; COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUÁREZ; CHIHUAHUA OFICIO 326-SAT-64804

* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 90 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 2770-4200

* Any discrepancies of price or quantity must be reported within 30
days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200







PROLONGACION LOPEZMATEOS SUR
KM. 6.5 NO.2915 COL LA TIERRA
TLAJOMULCO DE Z          JALISCO
C.P. 45640          (33) 3770-4200
SMM-348503-F04



C     343 -

C     765-451-5480

YOUR ORDER NO:  550074818-

OUR ORDER NO:  550074818-S

B

**DELPHI DELCO ELECTRONICS**
**SYSTEMS ATTN MANUAL RECEIPTS**
**PROCESSING MS A241 PO BOX 9005**
**KOKOMO**     **IN**
**USA**     **46904-9005**

SHIP TO:

**DELPHI DELCO ELECTRONICS DE**
**MEXICO SA DE CV BRECHA E99 S/N**
**PARQUE IND REYNOSA PTA DA-24**
**REYNOSA**     **TAMAULIPAS**
**MEXICO**     **88780**

| TERMS: DAYS 1: **0** | DISC 1: **0** | SHIPPED: 10/03/2005 | |
| DAYS 2: **0** | DISC 2: **0** | SHIPPED VIA: 10893 | |
| NET DUE DATE: **12/12/2005** | | INCOTERM: EX WORKS | |
| | | SHIPMENT NO: 163690 | REF: |
| OUR CUSTOMER REP IS: LAF | | PRO NO: | |

EXP 310/4000; EMPRESA CERTIFICADA CON OFICIO
AGACE-10001; PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA     ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.     ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY.     ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al 011-52-(33) 3770-4200

• Any discrepancy of price or quantity must be reported within 30
days of the date of invoice.

• Any debit taken against this invoice must reference the RMA #
on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200



 **SOLECTRON** PROLONGACION LOPEZ MATEOS SUR KM. 6.5 NO.2915 COL LA TIJERA TLAJOMULCO DE Z JALISCO C.P. 45640 (33) 3770-4200 SMM-340502-FO4



INVOICE

C        343 -                          YOUR ORDER NO:  550074821-
C        765-451-5480                   OUR ORDER NO:  550074821-H

B                                       SHIP TO:

DELPHI DELCO ELECTRONICS            DELPHI DELCO ELECTRONICS DE
SYSTEMS ATTN MANUAL RECEIPTS        MEXICO SA DE CV BRECHA E99 S/N
PROCESSING MS A241 PO BOX 9005      PARQUE IND REYNOSA PTA DA-24
KOKOMO               IN             REYNOSA              TAMAULIPAS
USA                  46904-9005     MEXICO               88780

| TERMS:  DAYS 1: **0** | DISC 1: **0** | SHIPPED: **10/03/2005** | |
| DAYS 2: **0** | DISC 2: **0** | SHIPPED VIA: **10883** | |
| NET DUE DATE: **12/12/2005** | | INCOTERM: **EX WORKS** | |
| | | SHIPMENT NO: **163695** | REF: |
| OUR CUSTOMER REP IS:  **LAF** | | PRO NO: | |

| ORDERED | SHIPPED | | NUMBER | UNIT PRICE USD | EXTENDED USD |
|---|---|---|---|---|---|
| 240 | 120 | 120 | DPH28026551 | 35.77 | 4292.40 |

YOUR PART NUMBER: 28026551
ASM-CMP MAIN SW
PRINTED CIRCUIT BOARD ASY
CUADRO DE MANDO

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                                    ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.      ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY.   ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

* Cualquier discrepancia en precio y/o cantidad deberá ser reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al departamento de Contabilidad al:011-62-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within 30 days of the date of invoice.

* Any debits taken against this invoice must reference the RMA # on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at 011-62-(33) 3770-4200







PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z          JALISCO
C.P. 45640               (33) 3770-4200
SMM-840503-FO4

C          343 -
C          765-451-5480                         YOUR ORDER NO: 550074821-
                                                OUR ORDER NO: 550074821-H

B                                       SHIP TO:

DELPHI DELCO ELECTRONICS            DELPHI DELCO ELECTRONICS DE
SYSTEMS ATTN MANUAL RECEIPTS        MEXICO SA DE CV BRECHA E99 S/N
PROCESSING MS A241 PO BOX 9005      PARQUE IND REYNOSA PTA DA-24
KOKOMO              IN              REYNOSA              TAMAULIPAS
USA                 46904-9005      MEXICO               88780

| TERMS: DAYS 1: 0 | DISC 1: 0 | SHIPPED: 10/03/2005 | |
|---|---|---|---|
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 10886 | |
| NET DUE DATE: 12/12/2005 | | INCOTERM: EX WORKS | |
| | | SHIPMENT NO: 163696 | REF: |
| OUR CUSTOMER REP IS: LAF | | PRO NO: | |

| QTY ORDERED | QTY SHIPPED | B/O | PART NUMBER | UNIT PRICE | TOTAL PRICE USD |
|---|---|---|---|---|---|
| 240 | 120 | 0 | DPH28026551 | 35.77 | 4292.40 |

YOUR PART NUMBER: 28026551
ASM-CMP MAIN SW
PRINTED CIRCUIT BOARD ASY
CUADRO DE MANDO

| 72 | 72 | 0 | DPH28026551 | 35.77 | 2575.44 |

YOUR PART NUMBER: 28026551
ASM-CMP MAIN SW
PRINTED CIRCUIT BOARD ASY
CUADRO DE MANDO
-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO
-
OPERACIÓN DE CONFORMIDAD CON EL ART. 112 DE LA LEY ADUANERA
Y REGLAS DE CARÁCTER GENERAL 3.3.8.; 5.2.5. Y 5.2.8.
EN MATERIA DE COMERCIO EXTERIOR PARA 2005
PEDIMENTO DE EXPORTACIÓN NO. 05 48 3033-5012359 PROMOVIDO
POR EDUARDO A. GARZA ROBLES
PEDIMENTO DE IMPORTACIÓN NO. 05 30 6012-5002333 PROMOVIDO
POR FERNANDO C. MARTÍNEZ BORREGO
REGISTRO SICEX DE SOLECTRON: 2001-2024
REGISTRO SICEX DE DELPHI: 2001-563
OPERACIÓN DE MAQUILADORA CONTROLADORA DE EMPRESAS
CONFORME A LA REGLA 2.8.3 NUMERAL 22 DE LAS DE CARÁCTER
GENERAL EN MATERIA DE COMERCIO EXTERIOR PARA 2005 Y
REGLAS 5.2.6 Y 5.2.8 MISMAS REGLAS DELPHI DE MÉXICO SA DE CV
CON DIRECCIÓN HERMANOS ESCOBAR 5756; COL. FOVISSSTE CHAMIZAL
C.P. 32310 EN CIUDAD JUÁREZ; CHIHUAHUA OFICIO 326-SAT-64804

* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within 30
days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200





# SOLECTRON

PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIERRA
TLAJOMULCO DE Z            JALISCO
C.P. 45640                (33) 3770-4200
SMM-840503-PO4



C        343 -                        YOUR ORDER NO: 550074821-
C        765-451-5480                 OUR ORDER NO: 550074821-H

B

| | |
|---|---|
| DELPHI DELCO ELECTRONICS | SHIP TO: |
| SYSTEMS ATTN MANUAL RECEIPTS | DELPHI DELCO ELECTRONICS DE |
| PROCESSING MS A241 PO BOX 9005 | MEXICO SA DE CV BRECHA E99 S/N |
| KOKOMO            IN | PARQUE IND REYNOSA PTA DA-24 |
| USA            46904-9005 | REYNOSA          TAMAULIPAS |
| | MEXICO          88780 |

TERMS: DAYS 1: **0**          DISC 1: **0**          SHIPPED: **10/03/2005**
       DAYS 2: **0**          DISC 2: **0**          SHIPPED.VIA: **10886**
NET DUE DATE: **12/12/2005**                         INCOTERM: **EX WORKS**
                                                     SHIPMENT NO: **163696**          REF:
OUR CUSTOMER REP IS: **LAF**                         PRO NO:

EXP 310/4000; EMPRESA CERTIFICADA CON OFICIO
AGACE-10001; PROGRAMA DE MAQUILA 2004-315

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                              ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.      ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY.    ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within 30
days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
011-52-(88) 3770-4200





# SOLECTRON®

PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIERA
TLAJOMULCO DE Z            JALISCO
C.P. 45640                (33) 3770-4200
SKM-348503-FO4



C          343 -                         YOUR ORDER NO: 550074826-
C          765-451-5480                  OUR ORDER NO: 550074826-H

B

| DELPHI DELCO ELECTRONICS | | SHIP TO: DELPHI DELCO ELECTRONICS DE |
| SYSTEMS ATTN MANUAL RECEIPTS | | MEXICO SA DE CV BRECHA E99 S/N |
| PROCESSING MS A241 PO BOX 9005 | | PARQUE IND REYNOSA PTA DA-24 |
| KOKOMO | IN | REYNOSA | TAMAULIPAS |
| USA | 46904-9005 | MEXICO | 88780 |

TERMS:  DAYS 1:  0        DISC 1:  0        SHIPPED:  10/03/2005
        DAYS 2:  0        DISC 2:  0        SHIPPED VIA:  10891
  NET DUE DATE:  12/12/2005                 INCOTERM:  EX WORKS
                                            SHIPMENT NO:  163691        REF:
OUR CUSTOMER REP IS:  LAF                   PRO NO:

| QTY ORDERED | QTY SHIPPED | | PART NO | | UNIT PRICE (USD) | EXTD PRICE (USD) |
| 852 | 144 | 708 | DPH28024909 | | 49.14 | 7076.16 |

YOUR PART NUMBER: 28024909
MUSTANG 2006 CASE ASM BASE MK
CASE
TABLERO DE INSTRUMENTOS PARA CAMIONETA

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                    ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.    ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY.    ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within 30
days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200



 **SOLECTRON**®
PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL. LA TIERRA
TLAJOMULCO DE Z        JALISCO
C.P. 45640              (33) 3770-4200
SMM-840503-FO4



| | | | | |
|---|---|---|---|---|
| C | 343 - | | YOUR ORDER NO: 550074826- | |
| C | 765-451-5480 | | OUR ORDER NO: 550074826-H | |

B

**DELPHI DELCO ELECTRONICS**
**SYSTEMS ATTN MANUAL RECEIPTS**
**PROCESSING MS A241 PO BOX 9005**

| KOKOMO | IN | |
|---|---|---|
| USA | | 46904-9005 |

SHIP TO:

**DELPHI DELCO ELECTRONICS DE**
**MEXICO SA DE CV BRECHA E99 S/N**
**PARQUE IND REYNOSA PTA DA-24**

| REYNOSA | TAMAULIPAS |
|---|---|
| MEXICO | 88780 |

| TERMS: DAYS 1: 0 | DISC 1: 0 | SHIPPED: 10/03/2005 | |
|---|---|---|---|
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 10882 | |
| NET DUE DATE: 12/12/2005 | | INCOTERM: EX WORKS | |
| | | SHIPMENT NO: 163692 | REF: |
| OUR CUSTOMER REP IS: LAF | | PRO NO: | |

| | | | | | |
|---|---|---|---|---|---|
| 144 | 144 | 0 | DPH28024912 | 72.99 | 10510.56 |

**YOUR PART NUMBER: 28024912**
MUSTANG 2006 CASE ASM RPO MK
CASE
TABLERO DE INSTRUMENTOS PARA CAMIONETA

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                    ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.    ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY.    ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
**EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION**



* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within 30
days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200



# SOLECTRON®

PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIERRA
TLAJOMULCO DE Z        JALISCO
C.P. 45640              (33) 3770-4200
SMM-840503-F04



INVOICE

C        343 -
C        765-451-5480

YOUR ORDER NO: 550074826-
OUR ORDER NO: 550074826-H

B

**DELPHI DELCO ELECTRONICS**
**SYSTEMS ATTN MANUAL RECEIPTS**
**PROCESSING MS A241 PO BOX 9005**
**KOKOMO**                **IN**
**USA**                   **46904-9005**

SHIP TO:

**DELPHI DELCO ELECTRONICS DE**
**MEXICO SA DE CV BRECHA E99 S/N**
**PARQUE IND REYNOSA PTA DA-24**
**REYNOSA**              **TAMAULIPAS**
**MEXICO**               **88780**

| TERMS:  DAYS 1: 0 | DISC 1: 0 | SHIPPED: 10/03/2005 | |
|---|---|---|---|
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 10885 | |
| NET DUE DATE: 12/12/2005 | | INCOTERM: EX WORKS | |
| | | SHIPMENT NO: 163693 | REF: |
| OUR CUSTOMER REP IS:  LAF | | PRO NO: | |

| QUANTITY | SHIPPED | B/O | ITEM | UNIT PRICE (USD) | EXT PRICE (USD) |
|---|---|---|---|---|---|
| 144 | 144 | 0 | DPH28024912 | 72.99 | 10510.56 |

YOUR PART NUMBER: 28024912
MUSTANG 2006 CASE ASM RPO MK
CASE
TABLERO DE INSTRUMENTOS PARA CAMIONETA
-
MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: **SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.**
BANK NAME: **CITIBANK NA**                ABA NUMBER: **021 000 089**
BRANCH/CITY: **NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.**    ACCOUNT NO.: **36797277**
ADDRESS: **111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY.**    ACCOUNT TYPE: **CHECKING ACCOUNT**

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

* Cualquier campo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within 30
days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

* For all invoices please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200



 **SOLECTRON** PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL. LA TIJERA
TLAJOMULCO DE Z          JALISCO
C.P. 45640               (33) 3770-4200
SMM-840503-FO4



C       343 -                                        YOUR ORDER NO: 550074826-
C       765-451-5480                                 OUR ORDER NO:  550074826-H

B
                                                     SHIP TO:
        DELPHI DELCO ELECTRONICS                     DELPHI DELCO ELECTRONICS DE
        SYSTEMS ATTN MANUAL RECEIPTS                 MEXICO SA DE CV BRECHA E99 S/N
        PROCESSING MS A241 PO BOX 9005               PARQUE IND REYNOSA PTA DA-24
        KOKOMO              IN                        REYNOSA           TAMAULIPAS
        USA                46904-9005                 MEXICO            88780

| TERMS: DAYS 1: 0 | DISC 1: 0 | SHIPPED: 10/03/2005 | |
|---|---|---|---|
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 10892 | |
| NET DUE DATE: 12/12/2005 | | INCOTERM: EX WORKS | |
| | | SHIPMENT NO: 163694 | REF: |
| OUR CUSTOMER REP IS: LAF | | PRO NO: | |

| 432 | 144 | 288 | DPH28024912 | 72.99 | 10510.56 |
|---|---|---|---|---|---|

        YOUR PART NUMBER: 28024912
        MUSTANG 2006 CASE ASM RPO MK
        CASE
        TABLERO DE INSTRUMENTOS PARA CAMIONETA
        -
        MANUFACTURED IN MEXICO; STATE: JALISCO
        MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                     ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.      ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY.   ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within 30
days of the date of invoice.

• Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200





**SOLECTRON** PROLONGACION LOPEZ MATEOS SUR
KM.6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z        JALISCO
C.P. 45640                (33) 3770-4200
SMM-840503-FO4

 



| C | 343 - | | YOUR ORDER NO:  550074889- |
| C | 765-451-5480 | | OUR ORDER NO:  550074889-H |

B

| DELPHI DELCO ELECTRONICS | | SHIP TO: | |
| SYSTEMS ATTN MANUAL RECEIPTS | | DELPHI DELCO ELECTRONICS DE | |
| PROCESSING MS A241 PO BOX 9005 | | MEXICO SA DE CV BRECHA E99 S/N | |
| KOKOMO | IN | PARQUE IND REYNOSA PTA DA-24 | |
| USA | 46904-9005 | REYNOSA | TAMAULIPAS |
| | | MEXICO | 88780 |

| TERMS:  DAYS 1: **0** | DISC 1: **0** | SHIPPED: **10/03/2005** | |
| DAYS 2: **0** | DISC 2: **0** | SHIPPED VIA: **10881** | |
| NET DUE DATE: **12/12/2005** | | INCOTERM: **EX WORKS** | |
| | | SHIPMENT NO: **163697** | REF: |
| OUR CUSTOMER REP IS:  **LAF** | | PRO NO: | |



| 820 | 20 | 560  DPH28033741 | 26.87 | 537.40 |

**YOUR PART NUMBER: 28033741**
ASM-CMP MAIN SWITCH
ASM-CMP MAIN SWITCH
CIRCUITO MODULAR PARA TABLERO DE CONTROL

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                                    ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.        ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY.   ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within 30
days of the date of invoice.

• Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200





# SOLECTRON

PROLONGACION LOPEZ MATEOS SUR
KM. 6.5 NO.2915 COL LA TIJERA
TLAJOMULCO DE Z          JALISCO
C.P. 45640              (33) 3770-4200
SMM-840503-FO4





C    343 -                                    YOUR ORDER NO: 550074889-
C    765-451-5480                             OUR ORDER NO: 550074889-H

B                                             SHIP TO:

**DELPHI DELCO ELECTRONICS**               **DELPHI DELCO ELECTRONICS DE**
SYSTEMS ATTN MANUAL RECEIPTS               MEXICO SA DE CV BRECHA E99 S/N
PROCESSING MS A241 PO BOX 9005             PARQUE IND REYNOSA PTA DA-24
KOKOMO              IN                      REYNOSA              TAMAULIPAS
USA                 46904-9005             MEXICO               88780

| TERMS: DAYS 1: 0 | DISC 1: 0 | SHIPPED: 10/03/2005 | |
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 10884 | |
| NET DUE DATE: 12/12/2005 | | INCOTERM: EX WORKS | |
| | | SHIPMENT NO: 163698 | REF: |
| OUR CUSTOMER REP IS: LAF | | PRO NO: | |

| ORDERED | SHIPPED | ITEM NUMBER | UNIT PRICE USD | EXT PRICE USD |
|---|---|---|---|---|
| 820 | 60 | 500 DPH28033741 | 26.87 | 1612.20 |

**YOUR PART NUMBER: 28033741**
ASM-CMP MAIN SWITCH
ASM-CMP MAIN SWITCH
CIRCUITO MODULAR PARA TABLERO DE CONTROL

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA                              ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.    ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY.   ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

• Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 días siguientes a la fecha de facturación.

• Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

• En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

• Any discrepancies of price or quantity must be reported within 30
days of the date of invoice.

• Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

• For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200







**PROLONGACION LOPEZ MATEOS SUR**
KM. 6.5 NO.2915 COL LA TIERA
TLAJOMULCO DE Z          JALISCO
C.P. 45640          (33) 3770-4200
SMM-840503-FO4



C          343 -
C          765-451-5480

YOUR ORDER NO: 550074889-
OUR ORDER NO: 550074889-H

B

| DELPHI DELCO ELECTRONICS | | SHIP TO: | |
|---|---|---|---|
| SYSTEMS ATTN MANUAL RECEIPTS | | DELPHI DELCO ELECTRONICS DE | |
| PROCESSING MS A241 PO BOX 9005 | | MEXICO SA DE CV BRECHA E99 S/N | |
| KOKOMO | IN | PARQUE IND REYNOSA PTA DA-24 | |
| USA | 46904-9005 | REYNOSA | TAMAULIPAS |
| | | MEXICO | 88780 |

| TERMS: DAYS 1: 0 | DISC 1: 0 | SHIPPED: 10/03/2005 | |
|---|---|---|---|
| DAYS 2: 0 | DISC 2: 0 | SHIPPED VIA: 10887 | |
| NET DUB DATE: 12/12/2005 | | INCOTERM: EX WORKS | |
| | | SHIPMENT NO: 163699 | REF: |
| OUR CUSTOMER REP IS: LAF | | PRO NO: | |

| 820 | 80 | 420 DPH28033741 | 26.87 | 2149.60 |
|---|---|---|---|---|

YOUR PART NUMBER: 28033741
ASM-CMP MAIN SWITCH
ASM-CMP MAIN SWITCH
CIRCUITO MODULAR PARA TABLERO DE CONTROL

MANUFACTURED IN MEXICO; STATE: JALISCO
MANUFACTURADO EN MEXICO; ENTIDAD: JALISCO

PLEASE SEND YOUR WIRE TRANSFER TO ACCOUNT NAME: SOLECTRON MANUFACTURA DE MEXICO, S. DE R.L. DE C.V.
BANK NAME: CITIBANK NA          ABA NUMBER: 021 000 089
BRANCH/CITY: NEW YORK AGENCY, NEW YORK, N.Y., U.S.A.          ACCOUNT NO.: 36797277
ADDRESS: 111 WALL STREET 16 th FLOOR ZIP 10045 NEW YORK, NY.    ACCOUNT TYPE: CHECKING ACCOUNT

WE DECLARE UNDER OATH THAT PRICES AND INFORMATION DETAILED IN THIS INVOICE ARE TRUE AND CORRECT
DECLARAMOS BAJO PROTESTA DE DECIR LA VERDAD QUE LOS DATOS CONTENIDOS EN ESTA FACTURA SON CORRECTOS Y VERDADEROS
EL PAGO DE LA CONTRAPRESTACION DE ESTA FACTURA SE HACE EN UNA SOLA EXHIBICION

* Cualquier discrepancia en precio y/o cantidad deberá ser
reportada en los 30 dias siguientes a la fecha de facturación.

* Cualquier cargo que haya habido contra esta factura, deberá
hacer referencia con el No. de RMA que se haya proporcionado.

* En caso de requerir mayor información, favor de reportarse al
departamento de Contabilidad al: 011-52-(33) 3770-4200

* Any discrepancies of price or quantity must be reported within 30
days of the date of invoice.

* Any debits taken against this invoice must reference the RMA #
on the check remittance advice.

* For all inquiries please call the Accounts Receivable Dept. at
011-52-(33) 3770-4200



<u>CERTIFICATE OF SERVICE</u>

I hereby certify that true and correct copies of NOTICE OF SUPPLEMENTAL

RECLAMATION DEMAND OF SOLECTRON CORPORATION were served via first class United

States mail in properly addressed envelopes with sufficient postage affixed thereon to insure delivery

upon the following:

<u>Attorneys for Debtor</u>
John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom
333 West Wacker Drive
Chicago, IL 60606

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036

<u>U.S. Trustee</u>
Alicia M. Leonhard
Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098-2815

Delphi Delco Electronics Systems
Attn. Manual Receipts
Processing MS A241
PO Box 9005
Kokomo, IN 46904-9005

This 18th day of October, 2005.

Catherine Lee
2600 El Camino Real, Suite 300
Palo Alto, California 94306
Telephone: (650) 857-9500
Facsimile: (650) 494-2738

FedEx | Ship Manager | Label 7925 5721 8011

From:   Origin ID:   (650)857-9500
Catherine Lee
BIALSON, BERGEN & SCHWAB
2600 EL CAMINO REAL, SUITE 300

PALO ALTO, CA 94306

**FedEx**
Express

**E**

CLS40200505/16

Ship Date: 18OCT05
ActWgt: 1 LB
System#: 5357084/INET2300
Account#: S ********

REF: S0383-072

Delivery Address Bar Code

SHIP TO:   (212)668-2870         BILL SENDER
**Clerk, S.D of New York**
**U.S. Bankruptcy Court**
**One Bowling Green**
**Alexander Hamilton Custom House**
**New York, NY 10004**



**STANDARD OVERNIGHT**                          **WED**
                                                Deliver By:
TRK#  **7925  5721  8011**    FORM    19OCT05
                              0201
                                      **EWR**      A1

**10004**  -NY-US

**XA SXYA**

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



RECEIVED
OCT 1 9 2005
U.S. BANKRUPTCY COURT
SO. DIST OF NEW YORK