JAFFE & ASHER LLP
Attorneys for Precix
600 Third Avenue
New York, New York 10016
(212) 687-3000
Glenn P. Berger (GPB-5956)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
| In re: | Chapter 11 |
|---|---|
| DELPHI CORPORATION, et al. | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |
| Debtors. | |

------------------------------------------------------------------------x

## NOTICE OF RECLAMATION DEMAND OF PRECIX

**PLEASE TAKE NOTICE** that a written reclamation demand on behalf of Precix was served on October 18, 2005 through counsel, on the captioned Debtors and their counsel. A copy of said reclamation demand (with a summary of the exhibits thereto) is attached hereto as Exhibit A and incorporated herein by reference.

Dated: New York, New York
        October 18, 2005

                        JAFFE & ASHER LLP

                        By: _/s/ Glenn P. Berger_____
                            Glenn P. Berger (GPB-5956)
                            600 Third Avenue, 9th Floor
                            New York, New York 10016
                            (212) 687-3000
                            Attorneys for Precix