Acushnet Rubber Co., Inc Dba Precix
Shipment delivered to Delphi locations
September 28, 2005 - October 7, 2005

Attachment for Reclamation claim

| Customer Name | Location | Inv # | Purchase Order | Transaction Date | Item No | Customer Part Number | Inv Amount | Description |
|---|---|---|---|---|---|---|---|---|
| DELPHI | COOPERSVILLE1 | 301188 | 0550005613 | 09/27/05 | 28592B0 | 25180400 | 2,520.00 | SEAL " BROWN " 12.5 X 1.27 |
| DELPHI | EL PASO | 301156 | 550007384 | 09/27/05 | 902F55S | 10491074 | 85.20 | O-RING, 6.07 X 1.63 |
| DELPHI | ROCHESTER | 301158 | 0550005611 | 09/27/05 | 28594A0 | 25166582 | 522.00 | SEAL RING " BLUE " 12.37 X 2.62 |
| DELPHI | ROCHESTER | 301150 | 0550005611 | 09/27/05 | 28596A0 | 25166433 | 4,590.00 | SEAL RING " BLUE " 20.29 X 2.62 |
| DELPHI | COOPERSVILLE1 | 301319 | 0550005613 | 09/28/05 | 28551A0 | 17108730 | 1,240.00 | SEAL " GREEN "  7.8 X 3.6 32" |
| DELPHI | COOPERSVILLE1 | 301253 | 0550005613 | 09/28/05 | 28592B0 | 25180400 | 840.00 | SEAL " BROWN " 12.5 X 1.27 |
| DELPHI | COOPERSVILLE1 | 301336 | 0550005613 | 09/28/05 | 28592B0 | 25180400 | 1,470.00 | SEAL " BROWN " 12.5 X 1.27 |
| DELPHI | ROCHESTER | 301305 | 0550005612 | 09/28/05 | 28370A0 | 17109059 | 272.00 | O-RING, " ORANGE" |
| DELPHI | ROCHESTER | 301300 | 0550005611 | 09/28/05 | 28594A0 | 25166582 | 2,088.00 | SEAL RING " BLUE " 12.37 X 2.62 |
| DELPHI | ROCHESTER | 301306 | 0550005611 | 09/28/05 | 28596A0 | 25166433 | 2,295.00 | SEAL RING " BLUE " 20.29 X 2.62 |
| DELPHI | COOPERSVILLE1 | 301487 | 0550005613 | 09/29/05 | 28551A0 | 17108730 | 1,240.00 | SEAL " GREEN "  7.8 X 3.6 32" |
| DELPHI | COOPERSVILLE1 | 301484 | 0550005613 | 09/29/05 | 28592B0 | 25180400 | 1,050.00 | SEAL " BROWN " 12.5 X 1.27 |
| DELPHI | EL PASO | 301437 | 550007384 | 09/29/05 | 902F55S | 10491074 | 85.20 | O-RING, 6.07 X 1.63 |
| DELPHI | ROCHESTER | 301441 | 0550005611 | 09/29/05 | 28320A0 | 17108217 | 600.00 | O-RING, " BLACK " 3.5 X 2.35 |
| DELPHI | ROCHESTER | 301440 | 0550005612 | 09/29/05 | 28531A0 | 17122484 | 2,100.00 | SEAL " BLUE " |
| DELPHI | ROCHESTER | 301439 | 0550005611 | 09/29/05 | 28594A0 | 25166582 | 522.00 | SEAL RING " BLUE " 12.37 X 2.62 |
| DELPHI | ROCHESTER | 301417 | 0550005611 | 09/29/05 | 28596A0 | 25166433 | 765.00 | SEAL RING " BLUE " 20.29 X 2.62 |
| DELPHI | ROCHESTER | 301420 | 0550005611 | 09/29/05 | 28596A0 | 25166433 | 1,912.50 | SEAL RING " BLUE " 20.29 X 2.62 |
| DELPHI | ROCHESTER | 301421 | 0550005611 | 09/29/05 | 28596A0 | 25166433 | 4,590.00 | SEAL RING " BLUE " 20.29 X 2.62 |
| DELPHI | ROCHESTER | 301434 | 0550005611 | 09/29/05 | 28596A0 | 25166433 | 2,677.50 | SEAL RING " BLUE " 20.29 X 2.62 |
| DELPHI | ROCHESTER | 301486 | 0550005611 | 09/29/05 | 28596A0 | 25166433 | 3,060.00 | SEAL RING " BLUE " 20.29 X 2.62 |
| DELPHI | ROCHESTER | 301438 | 0550005611 | 09/29/05 | 28627A0 | 25325426 | 921.40 | SEAL RING |
| DELPHI | COOPERSVILLE1 | 301578 | 0550005613 | 09/30/05 | 28592B0 | 25180400 | 1,050.00 | SEAL " BROWN " 12.5 X 1.27 |
| DELPHI | COOPERSVILLE1 | 301667 | 0550005613 | 09/30/05 | 28592B0 | 25180400 | 630.00 | SEAL " BROWN " 12.5 X 1.27 |
| DELPHI | EL PASO | 301624 | 550007384 | 09/30/05 | 902F55S | 10491074 | 85.20 | O-RING, 6.07 X 1.63 |
| DELPHI | El Paso | 301657 | JMS42686 | 09/30/05 | SAMPLE | | 250.00 | |
| DELPHI | ROCHESTER | 301668 | 0550005611 | 09/30/05 | 28596A0 | 25166433 | 2,295.00 | SEAL RING " BLUE " 20.29 X 2.62 |
| DELPHI | COOPERSVILLE1 | 301813 | 0550005613 | 10/03/05 | 28538B0 | 17122769 | 1,454.40 | SEAL "BLACK "  10.46 X 2.18 |
| DELPHI | COOPERSVILLE1 | 301834 | 0550005613 | 10/03/05 | 28592B0 | 25180400 | 1,890.00 | SEAL " BROWN " 12.5 X 1.27 |
| DELPHI | EL PASO | 301811 | 550007389 | 10/03/05 | F40016X | 10490982 | 30.20 | O-RING, 19.46 X 2.03 |
| DELPHI CHASSIS | EL PASO | 301808 | 550004684 | 10/03/05 | 28594A0 | 25166582 | 522.00 | SEAL RING " BLUE " 12.37 X 2.62 |
| DELPHI | ROCHESTER | 301812 | 0550005611 | 10/03/05 | 28587A0 | 25175887 | 399.00 | SEAL "BLACK"  14.52 X 1.7 |
| DELPHI | ROCHESTER | 301807 | 0550005611 | 10/03/05 | 28594A0 | 25166582 | 2,610.00 | SEAL RING " BLUE " 12.37 X 2.62 |
| DELPHI | ROCHESTER | 301810 | 0550005611 | 10/03/05 | 28596A0 | 25166433 | 1,147.50 | SEAL RING " BLUE " 20.29 X 2.62 |
| DELPHI | ROCHESTER | 301837 | 0550005611 | 10/03/05 | 28596A0 | 25166433 | 3,825.00 | SEAL RING " BLUE " 20.29 X 2.62 |
| DELPHI | COOPERSVILLE1 | 302037 | 0550005613 | 10/04/05 | 28592B0 | 25180400 | 2,100.00 | SEAL " BROWN " 12.5 X 1.27 |

Acushnet Rubber Co., Inc Dba Precix
Shipment delivered to Delphi locations
September 28, 2005 - October 7, 2005

Attachment for Reclamation claim

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DELPHI | EL PASO | 301979 | 550007378 | 10/04/05 | 117F09D | 10472926 | 64.86 | O-RING, 20.30 X 2.62 |
| DELPHI | ROCHESTER | 301953 | 0550005612 | 10/04/05 | 28370A0 | 17109059 | 272.00 | O-RING, " ORANGE" |
| DELPHI | ROCHESTER | 301992 | 0550005612 | 10/04/05 | 28370A0 | 17109059 | 272.00 | O-RING, " ORANGE" |
| DELPHI | ROCHESTER | 301952 | 0550005611 | 10/04/05 | 28594A0 | 25166582 | 522.00 | SEAL RING " BLUE " 12.37 X 2.62 |
| DELPHI | ROCHESTER | 301980 | 0550005611 | 10/04/05 | 28594A0 | 25166582 | 1,044.00 | SEAL RING " BLUE " 12.37 X 2.62 |
| DELPHI | ROCHESTER | 302031 | 0550005611 | 10/04/05 | 28596A0 | 25166433 | 4,590.00 | SEAL RING " BLUE " 20.29 X 2.62 |
| DELPHI | COOPERSVILLE1 | 302141 | 0550005613 | 10/05/05 | 28220A0 | 17103017 | 618.00 | O-RING, "BLUE" 20.35 X 1.9 |
| DELPHI | COOPERSVILLE1 | 302093 | 0550005613 | 10/05/05 | 28592B0 | 25180400 | 210.00 | SEAL " BROWN " 12.5 X 1.27 |
| DELPHI | COOPERSVILLE1 | 302180 | 0550005613 | 10/05/05 | 28592B0 | 25180400 | 630.00 | SEAL " BROWN " 12.5 X 1.27 |
| DELPHI | EL PASO | 302140 | 550007388 | 10/05/05 | F75015X | 10490873 | 51.00 | O-RING, 18.9 X 2.77 |
| DELPHI | ROCHESTER | 302143 | 0550005612 | 10/05/05 | 28531A0 | 17122484 | 2,100.00 | SEAL " BLUE " |
| DELPHI | ROCHESTER | 302142 | 0550005611 | 10/05/05 | 28594A0 | 25166582 | 1,044.00 | SEAL RING " BLUE " 12.37 X 2.62 |
| DELPHI | ROCHESTER | 302166 | 0550005611 | 10/05/05 | 28596A0 | 25166433 | 1,912.50 | SEAL RING " BLUE " 20.29 X 2.62 |
| Total | | | | | | | 67,064.46 | |