## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing Notice of Reclamation Demand of Precix was filed with the Court and served on October 18, 2005 by first-class mail on the following:

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Delphi Delco Electronics Systems
One Corporate Center
Attn:  Man. Recpts Proc MS-9A241
P.O. Box 9005
Kokomo, Indiana 46904-9005

Delphi Delco Electronics Systems
601 Joaquin Cavazos Road
Los Indios, Texas, 78567

Delphi Electronics & Safety
P.O. ox 9005
Kokomo, Indiana 46904-9005

Delphi-D Deltronicos PLT
601 Joaquin Cavazos Road
Los Indios, Texas 78567

Delphi E&S
One Corporate Center MS: CTLLM
Kokomo, Indiana 46902
Attn:  Greg Drake

Dated: New York, New York
          October 18, 2005

_/s/ Glenn P. Berger_____
Glenn P. Berger

M:\Litigation\Precix\Delphi\Pleadings\Certificate.of.Service.doc