Lawrence M. Schwab, Esq. (Calif. Bar No. 085600)
Thomas M. Gaa, Esq. (Calif. Bar No. 130720)
BIALSON, BERGEN & SCHWAB
2600 El Camino Real, Suite 300
Palo Alto, California 94306
Telephone: (650) 857-9500
Facsimile: (650) 494-2738

Attorneys for Creditor
VERITAS Software Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------ x
                                         :
In re:                                   :   Chapter 11 Case No.
                                         :
DELPHI CORPORATION, et al.,              :   05-44481 (RDD)
                                         :
          Debtors.                       :   (Jointly Administered)
                                         :
------------------------------------------------------------ x
```

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

 **PLEASE TAKE NOTICE** that Bialson, Bergen & Schwab hereby enters its appearance

on behalf of VERITAS Software Corporation, a creditor in the above-entitled bankruptcy case.

 **PLEASE TAKE FURTHER NOTICE** that Bialson, Bergen & Schwab hereby requests

that all notices, pleadings, documents, and correspondence required to be served on creditors, any

creditors' committees, and any other parties-in-interest pursuant to Bankruptcy Rule 2002, and

otherwise, whether sent by the Court, the debtor, or any other party in the case, be served on

Bialson, Bergen & Schwab, and that the following be added to the Court's master mailing list:

     Lawrence M. Schwab, Esq.
     Thomas M. Gaa, Esq.
     Bialson, Bergen & Schwab
     2600 El Camino Real, Suite 300
     Palo Alto, CA 94306
     Telephone:  (650) 857-9500
     Facsimile:  (650) 494-2738
     Email:
     tgaa@bbslaw.com
     lschwab@bblaw.com

Dated: October 19, 2005
      Palo Alto, California

                         BIALSON, BERGEN & SCHWAB


                    By:  /s/ Thomas M. Gaa
                         _____

                         Thomas M. Gaa, Esq. (TG1041)
                         2600 El Camino Real, Suite 300
                         Palo Alto, California  94306
                         Telephone: (650) 857-9500
                         Facsimile: (650) 494-2738
                         Email: tgaa@bbslaw.com


                         Attorneys for Creditor
                         VERITAS Software Corporation