**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512094255
## Invoice Date: 10/06/2005

Page 1 of 1
10/13/2005
09:45:43

Refer all questions related to payment to:
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550041959 | | 1,500.000 G | 0 | 18488872 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number    Delivery #    Date Shipped<br>Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001<br>TMS320VC5416PGER16    705353076 10/06/2005<br>TMS320VC5416PGE160 144 TQFP tape & reel<br>Commercial Invoice Number:<br>Customer Reference: 10635<br>POItm:                    1 | 1,500 | 7.500 | 11,250.00 USD |

|  | TOTAL | 11,250.00 USD |
|---|---|---|



The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance
of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of
under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse si
parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512094256
## Invoice Date: 10/06/2005

Page 1 of 1
10/13/2005
09:45:52

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |
| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
| 550043221 | | 2,000.000 G | 0 | 18494347 |
| CARRIER | END CUSTOMER | | TAX EXEMPTION NUMBER | |
| CENTRAL TRANSPORT INC | | | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 28005509 / A | | | | | |
| SN74LV4051ATDWRDL | 705353176 | 10/06/2005 | 2,000 | 0 200 | 400 00 USD |
| Delphi -ANALOG MULTIPLEXER/DEMULTIPLEXER | | | | | |
| Commercial Invoice Number: | | | | | |
| Customer Reference: 10639 | | | | | |
| POItm: | 1 | | | | |

|  | **TOTAL** | **400.00  USD** |
|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.



**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph.: (972)995-2011

# INVOICE
# 512094257
## Invoice Date: 10/06/2005

Page 1 of 1
10/13/2005
09:46:00

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| | |
|---|---|
| **BILL TO** | DELPHI DELCO (SPAN/REYN)<br>DELPHI AUTOMOTIVE SYSTEMS<br>REYNOSA CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN  46904-9005<br>USA | **SHIP TO** | 141789<br>DELPHI DELCO ELECTRONICS SYSTEMS<br>C/O SPAN INTERNATIONAL<br>702 JOAQUIN CAVAZOS RD<br>LOS INDIOS TX  78567<br>USA |

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER<br>112197-DELPHI DELCO (SPAN/REYN) | ALT. PAYER<br>111627 | BILL TO<br>112197 | SOLD TO<br>112197-DELPHI DELCO (SPAN/REYN) | | |
|---|---|---|---|---|---|
| PURCHASE ORDER NUMBER<br>550041959 | WAYBILL | | WEIGHT<br>500.000 G | # BOXES<br>0 | SALES ORDER<br>18489703 |
| CARRIER<br>CENTRAL TRANSPORT INC | END CUSTOMER | | TAX EXEMPTION NUMBER | | |

| Customer Part Number / Revision<br>TI Part Number    Delivery #    Date Shipped<br>Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001<br>TMS320VC5416PGER16    705355169 10/06/2005<br>TMS320VC5416PGE160 144 TQFP tape & reel<br>Commercial Invoice Number:<br>Customer Reference: 10638<br>POItm:                     1 | 500 | 7.500 | 3,750.00 USD |

| | | |
|---|---|---|
| | **TOTAL** | **3,750.00 USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.



**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512094258
## Invoice Date: 10/06/2005

Page 1 of 1
10/13/2005
09:46:09

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550040654 | | 3,200.000 G | 0 | 18488873 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| Item Description | | | | | |
| 9395860 | | | | | |
| F16E27PJAR22 | 705355315 | 10/06/2005 | 3,200 | 4 720 | 15,104 00 USD |
| DELCO - TBC2 | | | | | |
| Commercial Invoice Number: | | | | | |
| Customer Reference: 10636 | | | | | |
| POItm: | 1 | | | | |

**TOTAL**    15,104.00  USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div  issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512094259
# Invoice Date: 10/06/2005

Page 1 of 1
10/13/2005
09:46:17

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS IX  78567
USA

| REMIT TO: | For Bank Wire Transfer send to: Texas Instruments, c/o Bank of America 901 Main Street, Dallas, TX 75202 ABA 111000012, Bank Acct 1254802152 | All prices are quoted in USD. **Terms of Delivery** FCA SHIPPING POINT **Terms of Payment** 2nd Day of 2nd Month Up to 12/02/2005 without deduction |
|---|---|---|

| PAYER 112197-DELPHI DELCO (SPAN/REYN) | ALT. PAYER 111627 | BILL TO 112197 | SOLD TO 112197-DELPHI DELCO (SPAN/REYN) | |
|---|---|---|---|---|
| PURCHASE ORDER NUMBER 550045805 | WAYBILL | WEIGHT 1,000.000 G | # BOXES 0 | SALES ORDER 18494348 |
| CARRIER CENTRAL TRANSPORT INC | END CUSTOMER | | TAX EXEMPTION NUMBER | |

| Customer Part Number / Revision TI Part Number         Delivery #    Date Shipped Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001 TMS320VC5416PGER16    705355344 10/06/2005 TMS320VC5416PGE160 144 TQFP tape & reel Commercial Invoice Number: Customer Reference: 10640 POItm:                           1 | 1,000 | 7.500 | 7,500 00 USD |
| **TOTAL** | | | **7,500.00  USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512094260
# Invoice Date: 10/06/2005

Page 1 of 1
10/13/2005
09:46:27

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550040654 | | 1,600.000 G | 0 | 18489702 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 F16E27PJAR22 DELCO - TBC2 Commercial Invoice Number: Customer Reference: 10637 POItm: | 705355527          1 | 10/06/2005 | 1,600 | 4.720 | 7,552.00 USD |

|  |  |  |  | **TOTAL** | **7,552.00 USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

## TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

**INVOICE**
**512094261**
**Invoice Date: 10/06/2005**

Page 1 of 1
10/13/2005
09:38:07

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | 141789 |
|---|---|---|---|
| DELPHI DELCO (SPAN/REYN) | | | DELPHI DELCO ELECTRONICS SYSTEMS |
| DELPHI AUTOMOTIVE SYSTEMS | | | C/O SPAN INTERNATIONAL |
| REYNOSA CONSIGNMENT | | | 702 JOAQUIN CAVAZOS RD |
| PO Box 9005 | | | LOS INDIOS TX  78567 |
| KOKOMO IN  46904-9005 | | | USA |
| USA | | | |

**REMIT TO:**

For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550045805 | | 500.000 G | 0 | 18494826 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number     Delivery #     Date Shipped Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001 | | | |
| TMS320VC5416PGER16    705356838 10/06/2005 | 500 | 7.500 | 3,750.00 USD |
| TMS320VC5416PGE160 144 TQFP tape & reel | | | |
| Commercial Invoice Number: | | | |
| Customer Reference: 10644 | | | |
| POItm:                          1 | | | |
| | | **TOTAL** | **3,750.00  USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 512094262
## Invoice Date: 10/06/2005

Page 1 of 1
10/13/2005
09:38:30

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**   141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER 112197-DELPHI DELCO (SPAN/REYN) | ALT. PAYER 111627 | BILL TO 112197 | SOLD TO 112197-DELPHI DELCO (SPAN/REYN) | | |
|---|---|---|---|---|---|
| PURCHASE ORDER NUMBER 550040654 | WAYBILL | | WEIGHT 3,200.000 G | # BOXES 0 | SALES ORDER 18494349 |
| CARRIER CENTRAL TRANSPORT INC | END CUSTOMER | | | TAX EXEMPTION NUMBER | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 F16E27PJAR22 DELCO - TBC2 Commercial Invoice Number: Customer Reference: 10641 POItm: | 705357016 1 | 10/06/2005 | 3,200 | 4 720 | 15,104 00 USD |

**TOTAL**          **15,104.00  USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512094263
## Invoice Date: 10/06/2005

Page 1 of 1
10/13/2005
09:38:53

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | 141789 |
|---|---|---|---|
| DELPHI DELCO (SPAN/REYN) | | | DELPHI DELCO ELECTRONICS SYSTEMS |
| DELPHI AUTOMOTIVE SYSTEMS | | | C/O SPAN INTERNATIONAL |
| REYNOSA CONSIGNMENT | | | 702 JOAQUIN CAVAZOS RD |
| PO Box 9005 | | | LOS INDIOS TX  78567 |
| KOKOMO IN  46904-9005 | | | USA |
| USA | | | |

| REMIT TO: | For Bank Wire Transfer send to: | All prices are quoted in USD |
|---|---|---|
| | Texas Instruments, c/o Bank of America | **Terms of Delivery** |
| | 901 Main Street,  Dallas, TX 75202 | FCA SHIPPING POINT |
| | ABA 111000012,  Bank Acct 1254802152 | **Terms of Payment** |
| | | 2nd Day of 2nd Month |
| | | Up to 12/02/2005 without deduction |

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550043221 | | 2,000.000 G | 0 | 18492368 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9355022 | | | | | |
| SN104691DBR | 705357734 | 10/06/2005 | 2,000 | 0.610 | 1,220 00 USD |
| DELCO TPIC44L01 | | | | | |
| Commercial Invoice Number: | | | | | |
| Customer Reference: 10643 | | | | | |
| POItm: | 1 | | | | |

| | TOTAL | 1,220.00 USD |
|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 512094264
## Invoice Date: 10/06/2005

Page 1 of 1
10/13/2005
09:39:15

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| | | | |
|---|---|---|---|
| **BILL TO** | DELPHI DELCO (SPAN/REYN)<br>DELPHI AUTOMOTIVE SYSTEMS<br>REYNOSA CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN 46904-9005<br>USA | **SHIP TO** | 141789<br>DELPHI DELCO ELECTRONICS SYSTEMS<br>C/O SPAN INTERNATIONAL<br>702 JOAQUIN CAVAZOS RD<br>LOS INDIOS TX 78567<br>USA |

**REMIT TO:** For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012, Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550040654 | | 3,200.000 G | 0 | 18494633 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860<br>F16E27PJAR22<br>DELCO - TBC2<br>Commercial Invoice Number:<br>Customer Reference: 10645<br>POItm: | 705357763<br><br><br><br><br>1 | 10/06/2005 | 3,200 | 4 720 | 15,104 00 USD |

| | | | | TOTAL | 15,104.00 USD |
|---|---|---|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512096652
## Invoice Date: 10/06/2005

REPRINT
Page 1 of 1
10/13/2005
09:39:39

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| | |
|---|---|
| **BILL TO** | DELPHI DELCO (JIT SERVICES)<br>DELPHI AUTOMOTIVE SYSTEMS<br>JIT CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN  46904-9005<br>USA |

| | |
|---|---|
| **SHIP TO** | 129514<br>JIT SERVICES OF INDIANA INC<br>5150 W 76TH ST<br>INDIANAPOLIS IN  46268<br>USA |

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER<br>147620-DELPHI DELCO (JIT SERVICES) | ALT. PAYER<br>111627 | BILL TO<br>147620 | SOLD TO<br>147620-DELPHI DELCO (JIT SERVICES) | |
|---|---|---|---|---|
| PURCHASE ORDER NUMBER<br>0550045514 | WAYBILL | | WEIGHT<br>4,000.000 G | # BOXES<br>0 | SALES ORDER<br>18492315 |
| CARRIER<br>CENTRAL TRANSPORT INC | END CUSTOMER | | | TAX EXEMPTION NUMBER |

| Customer Part Number / Revision<br>TI Part Number          Delivery #     Date Shipped<br>Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 28010280<br>ULQ2003AIDRQ1         705353174  10/06/2005<br>Darlington Transistor Array Q100<br>Commercial Invoice Number: | 4,000 | 0.100 | 400.00 USD |
| | | | |
| | **TOTAL** | | **400.00 USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512096653
# Invoice Date: 10/06/2005

REPRINT
Page 1 of 1
10/13/2005
09:39:59

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (JIT SERVICES)
DELPHI AUTOMOTIVE SYSTEMS
JIT CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    129514
JIT SERVICES OF INDIANA INC
5150 W 76TH ST
INDIANAPOLIS IN  46268
USA

**REMIT TO:**    For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER 147620-DELPHI DELCO (JIT SERVICES) | ALT. PAYER 111627 | BILL TO 147620 | SOLD TO 147620-DELPHI DELCO (JIT SERVICES) | |
|---|---|---|---|---|
| PURCHASE ORDER NUMBER 0550045531 | WAYBILL | WEIGHT 2,000.000 G | # BOXES 0 | SALES ORDER 18492357 |
| CARRIER CENTRAL TRANSPORT INC | END CUSTOMER | | TAX EXEMPTION NUMBER | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9355022 SN104691DBR DELCO TPIC44L01 Commercial Invoice Number: Customer Reference: J280552 POItm: | 705353600    001 | 10/06/2005 | 2,000 | 0.610 | 1,220.00 USD |

| | | | | TOTAL | 1,220.00  USD |
|---|---|---|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 512096654
## Invoice Date: 10/06/2005

REPRINT
Page 1 of 1
10/13/2005
09:40:20

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (JIT SERVICES)
DELPHI AUTOMOTIVE SYSTEMS
JIT CONSIGNMENT
PO Box 9005
KOKOMO IN 46904-9005
USA

**SHIP TO**
129514
JIT SERVICES OF INDIANA INC
5150 W 76TH ST
INDIANAPOLIS IN 46268
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 147620-DELPHI DELCO (JIT SERVICES) | 111627 | 147620 | 147620-DELPHI DELCO (JIT SERVICES) | |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 0550045531 | | 2,000.000 G | 0 | 18492352 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9355022 SN104691DBR DELCO TPIC44L01 Commercial Invoice Number: Customer Reference: J280403 POItm: | 705355297 001 | 10/06/2005 | 2,000 | 0 610 | 1,220 00 USD |

**TOTAL**      **1,220.00 USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX  75266
USA
Ph : (972)995-2011

# INVOICE
# 512109352
# Invoice Date: 10/07/2005

Page 1 of 1
10/13/2005
09:46:17

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | |
|---|---|---|---|
| DELPHI | | 105150 | |
| ACCOUNTS PAYBABLE DEPT | | DELPHI DELCO ELECTRONICS SYSTEMS | |
| M/S A-241 | | DAIC DELPHI D IC DELCO | |
| PO Box 6129 | | 2150 E LINCOLN | |
| KOKOMO IN  46904-6129 | | KOKOMO IN  46904 | |
| USA | | USA | |

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 111627-DELPHI DELCO ELECTRONICS | | 112396 | 111627-DELPHI DELCO ELECTRONICS |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 0550044755 | 547922723 | 27,201.000 G | 1 | 18492632 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| BURLINGTON AIR EXPRESS INC | | |

| Customer Part Number / Revision
TI Part Number
Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 12207175 / A
SN105079Y
IVR-6 | 705366728 | 10/07/2005 | 27,201 | 1 100 | 29,921 10 USD |

Commercial Invoice Number:    512108752

THE DEVICE ORDERED HEREUNDER IS NOT FULLY QUALIFIED TO TI SPECIFICATIONS. A SIGNED
SPECIFICATION WAIVER FROM THE CUSTOMER IS REQUIRED PRIOR TO SHIPMENT. NOTWITHSTANDING ANY
PROVISION TO THE CONTRARY, TI MAKES NO WARRANTY, EXPRESSED, IMPLIED OR STATUTORY, INCLUDING
ANY IMPLIED WARRANTY OF MERCHANTABLILITY OR FITNESS FOR A SPECIFIC PURPOSE, OF THIS DEVICE
THE DEVICE ORDERED HEREUNDER IS NOT FULLY QUALIFIED TO TI SPECIFICATIONS. A SIGNED
SPECIFICATION WAIVER FROM THE CUSTOMER IS REQUIRED PRIOR TO SHIPMENT. NOTWITHSTANDING ANY
PROVISION TO THE CONTRARY, TI MAKES NO WARRANTY, EXPRESSED, IMPLIED OR STATUTORY, INCLUDING
ANY IMPLIED WARRANTY OF MERCHANTABLILITY OR FITNESS FOR A SPECIFIC PURPOSE, OF THIS DEVICE

**TOTAL**                     **29,921 10  USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements
of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued
under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse hereof) apply unless the
parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512109353
# Invoice Date: 10/06/2005

Page 1 of 1
10/13/2005
09:46:44

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAS I
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | DELPHI DELCO (SPAN/REYN) DELPHI AUTOMOTIVE SYSTEMS REYNOSA CONSIGNMENT PO Box 9005 KOKOMO IN  46904-9005 USA | SHIP TO | 141789 DELPHI DELCO ELECTRONICS SYSTEMS C/O SPAN INTERNATIONAL 702 JOAQUIN CAVAZOS RD LOS INDIOS TX  78567 USA |
|---|---|---|---|

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER 112197-DELPHI DELCO (SPAN/REYN) | ALT. PAYER 111627 | BILL TO 112197 | SOLD TO 112197-DELPHI DELCO (SPAN/REYN) | |
|---|---|---|---|---|
| PURCHASE ORDER NUMBER 550040654 | WAYBILL | | WEIGHT 3,200.000 G | # BOXES 0 / SALES ORDER 18494790 |
| CARRIER CENTRAL TRANSPORT INC | END CUSTOMER | | TAX EXEMPTION NUMBER | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 F16E27PJAR22 DELCO - TBC2 Commercial Invoice Number: Customer Reference: 10648 POItm: | 705356380                          1 | 10/06/2005 | 3,200 | 4 720 | 15,104 00 USD |

| | | | | TOTAL | 15,104.00 USD |
|---|---|---|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse hereof) apply unless the parties have executed an overriding agreement.

## TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph.: (972)995-2011

# INVOICE
# 512109354
## Invoice Date: 10/06/2005

Page 1 of 1
10/13/2005
09:47:08

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |
| **PURCHASE ORDER NUMBER** 550049113 | **WAYBILL** | **WEIGHT** 1,000.000 G | **# BOXES** 0 | **SALES ORDER** 18492407 |
| **CARRIER** CENTRAL TRANSPORT INC | **END CUSTOMER** | | **TAX EXEMPTION NUMBER** | |

| Customer Part Number / Revision TI Part Number          Delivery # Item Description | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|
| 28007570 TMS32VC5509AGHHRAU  705356570 320C5509A - 85C Ambient - C035 Commercial Invoice Number: Customer Reference: 10646 POItm:                          1 | 10/06/2005 | 1,000 | 9 830 | 9,830 00 USD |

**TOTAL**              **9,830.00  USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph.: (972)995-2011

# INVOICE
# 512109355
# Invoice Date: 10/06/2005

Page 1 of 1
10/13/2005
09:47:31

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | SHIP TO |
|---|---|
| DELPHI DELCO (SPAN/REYN) <br> DELPHI AUTOMOTIVE SYSTEMS <br> REYNOSA CONSIGNMENT <br> PO Box 9005 <br> KOKOMO IN  46904-9005 <br> USA | 141789 <br> DELPHI DELCO ELECTRONICS SYSTEMS <br> C/O SPAN INTERNATIONAL <br> 702 JOAQUIN CAVAZOS RD <br> LOS INDIOS TX  78567 <br> USA |

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550045805 | | 500.000 G | 0 | 18492408 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision <br> TI Part Number          Delivery #     Date Shipped <br> Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001 <br> TMS320VC5416PGER16    705359677  10/06/2005 <br> TMS320VC5416PGE160 144 TQFP tape & reel <br> Commercial Invoice Number: <br> Customer Reference: 10647 <br> POItm:                            1 | 500 | 7.500 | 3,750 00 USD |

|  | **TOTAL** | | **3,750.00  USD** |
|---|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 512109356
## Invoice Date: 10/06/2005

Page 1 of 1
10/13/2005
09:47:52

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | |
|---|---|---|---|
| DELPHI DELCO (SPAN/REYN) | | 141789 | |
| DELPHI AUTOMOTIVE SYSTEMS | | DELPHI DELCO ELECTRONICS SYSTEMS | |
| REYNOSA CONSIGNMENT | | C/O SPAN INTERNATIONAL | |
| PO Box 9005 | | 702 JOAQUIN CAVAZOS RD | |
| KOKOMO IN  46904-9005 | | LOS INDIOS TX  78567 | |
| USA | | USA | |

**REMIT TO:**

For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |
| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
| 550040654 | | 400.000 G | 0 | 18494784 |
| CARRIER | END CUSTOMER | | TAX EXEMPTION NUMBER | |
| CENTRAL TRANSPORT INC | | | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9387471 F16E88PJAR11 DELCO - TBC3 Commercial Invoice Number: Customer Reference: 10649 POItm: | 705360489    1 | 10/06/2005 | 400 | 8 040 | 3,216 00 USD |

|  |  |  |  | **TOTAL** | **3,216.00  USD** |
|---|---|---|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 512109357
## Invoice Date: 10/07/2005

Page 1 of 1
10/13/2005
09:48:19

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**   141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |
| **PURCHASE ORDER NUMBER** 550045805 | **WAYBILL** | **WEIGHT** 500.000 G | **# BOXES** 0 | **SALES ORDER** 18496386 |
| **CARRIER** CENTRAL TRANSPORT INC | **END CUSTOMER** | | **TAX EXEMPTION NUMBER** | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9397407001 TMS320VC5416PGER16 TMS320VC5416PGE160 144 TQFP tape & reel Commercial Invoice Number: Customer Reference: 10655 POItm: | 705351892 1 | 10/07/2005 | 500 | 7 500 | 3,750.00 USD |
| | | | **TOTAL** | | **3,750.00 USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 512109358
## Invoice Date: 10/07/2005

Page 1 of 1
10/13/2005
09:48:39

**Refer all questions related to payment to:**

Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | |
|---|---|---|---|
| DELPHI DELCO (SPAN/REYN) | | 141789 | DELPHI DELCO ELECTRONICS SYSTEMS |
| DELPHI AUTOMOTIVE SYSTEMS | | | C/O SPAN INTERNATIONAL |
| REYNOSA CONSIGNMENT | | | 702 JOAQUIN CAVAZOS RD |
| PO Box 9005 | | | LOS INDIOS TX 78567 |
| KOKOMO IN 46904-9005 | | | USA |
| USA | | | |

| REMIT TO: | For Bank Wire Transfer send to: Texas Instruments, c/o Bank of America 901 Main Street, Dallas, TX 75202 ABA 111000012, Bank Acct 1254802152 | All prices are quoted in USD **Terms of Delivery** FCA SHIPPING POINT **Terms of Payment** 2nd Day of 2nd Month Up to 12/02/2005 without deduction |
|---|---|---|

| PAYER 112197-DELPHI DELCO (SPAN/REYN) | ALT. PAYER 111627 | BILL TO 112197 | SOLD TO 112197-DELPHI DELCO (SPAN/REYN) | |
|---|---|---|---|---|
| PURCHASE ORDER NUMBER 550045805 | WAYBILL | WEIGHT 1,000.000 G | # BOXES 0 | SALES ORDER 18495981 |
| CARRIER CENTRAL TRANSPORT INC | END CUSTOMER | | TAX EXEMPTION NUMBER | |

| Customer Part Number / Revision TI Part Number    Delivery #    Date Shipped Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001 TMS320VC5416PGER16    705361070  10/07/2005 TMS320VC5416PGE160 144 TQFP tape & reel Commercial Invoice Number: Customer Reference: 10652 POItm:                              1 | 1,000 | 7 500 | 7,500 00 USD |
| **TOTAL** | | | **7,500.00 USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512109359
## Invoice Date: 10/07/2005

Page 1 of 1
10/13/2005
09:49:02

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**   141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550040654 | | 1,600.000 G | 0 | 18495960 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860<br>F16E27PJAR22<br>DELCO - TBC2<br>Commercial Invoice Number:<br>Customer Reference: 10651<br>POItm: | 705361329<br><br><br><br><br>1 | 10/07/2005 | 1,600 | 4 720 | 7,552 00 USD |

| | | | **TOTAL** | | **7,552.00  USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512109360
# Invoice Date: 10/07/2005

Page 1 of 1
10/13/2005
09:49:22

Refer all questions related to payment to:
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | | |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550041959 | | 500.000 G | 0 | 18495959 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number    Delivery #    Date Shipped Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001 TMS320VC5416PGER16    705361416  10/07/2005 TMS320VC5416PGE160 144 TQFP tape & reel Commercial Invoice Number: Customer Reference: 10650 POItm:                    1 | 500 | 7 500 | 3,750 00 USD |

TOTAL    3,750.00 USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512109361
# Invoice Date: 10/07/2005

Page 1 of 1
10/13/2005
09:49:45

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**
141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |
| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | #BOXES | SALES ORDER |
| 550050569 | | 2,500.000 G | 0 | 18495405 |
| CARRIER | END CUSTOMER | | TAX EXEMPTION NUMBER | |
| CENTRAL TRANSPORT INC | | | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9399765 MLA00269DR LM211QD | 705361790 | 10/07/2005 | 2,500 | 0 210 | 525 00 USD |
| Commercial Invoice Number: | | | | | |
| Customer Reference: 10656 | | | | | |
| POItm: | 1 | | | | |

**TOTAL**                                      **525.00 USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512109362
## Invoice Date: 10/07/2005

Page 1 of 1
10/13/2005
09:50:06

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | 141789 |
|---|---|---|---|
| DELPHI DELCO (SPAN/REYN) | | | DELPHI DELCO ELECTRONICS SYSTEMS |
| DELPHI AUTOMOTIVE SYSTEMS | | | C/O SPAN INTERNATIONAL |
| REYNOSA CONSIGNMENT | | | 702 JOAQUIN CAVAZOS RD |
| PO Box 9005 | | | LOS INDIOS TX 78567 |
| KOKOMO IN 46904-9005 | | | USA |
| USA | | | |

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | | |
| PURCHASE ORDER NUMBER | WAYBILL | | WEIGHT | # BOXES | SALES ORDER |
| 550040654 | | | 3,200.000 G | 0 | 18495399 |
| CARRIER | END CUSTOMER | | | TAX EXEMPTION NUMBER | |
| CENTRAL TRANSPORT INC | | | | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 | | | | | |
| F16E27PJAR22 | 705362487 | 10/07/2005 | 3,200 | 4 720 | 15,104 00 USD |
| DELCO - TBC2 | | | | | |
| Commercial Invoice Number: | | | | | |
| Customer Reference: 10653 | | | | | |
| POItm: | 1 | | | | |

| | TOTAL | 15,104.00 USD |
|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512109363
# Invoice Date: 10/07/2005

Page 1 of 1
10/13/2005
09:50:30

**Refer all questions related to payment to:**

Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | |
|---|---|---|---|
| DELPHI DELCO (SPAN/REYN) | | 141789 | |
| DELPHI AUTOMOTIVE SYSTEMS | | DELPHI DELCO ELECTRONICS SYSTEMS | |
| REYNOSA CONSIGNMENT | | C/O SPAN INTERNATIONAL | |
| PO Box 9005 | | 702 JOAQUIN CAVAZOS RD | |
| KOKOMO IN  46904-9005 | | LOS INDIOS TX  78567 | |
| USA | | USA | |

**REMIT TO:**

For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | | |
| PURCHASE ORDER NUMBER | WAYBILL | | WEIGHT | # BOXES | SALES ORDER |
| 550040654 | | | 1,600.000 G | 0 | 18496040 |
| CARRIER | END CUSTOMER | | | TAX EXEMPTION NUMBER | |
| CENTRAL TRANSPORT INC | | | | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 F16E27PJAR22 DELCO - TBC2 Commercial Invoice Number: Customer Reference: 10654 POItm: | 705363118 | 10/07/2005 | 1,600 | 4.720 | 7,552.00 USD |
| | | | | | |
| | 1 | | | | |

| | TOTAL | 7,552.00 USD |
|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.



**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512109364
## Invoice Date: 10/07/2005

Page 1 of 1
10/13/2005
09:51:35

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**

DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**   141789

DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

| REMIT TO: | For Bank Wire Transfer send to:<br>Texas Instruments, c/o Bank of America<br>901 Main Street,  Dallas, TX 75202<br>ABA 111000012,  Bank Acct 1254802152 | All prices are quoted in USD<br><br>**Terms of Delivery**<br>FCA SHIPPING POINT<br><br>**Terms of Payment**<br>2nd Day of 2nd Month<br>Up to 12/02/2005 without deduction |
| --- | --- | --- |

| PAYER<br>112197-DELPHI DELCO (SPAN/REYN) | ALT. PAYER<br>111627 | BILL TO<br>112197 | SOLD TO<br>112197-DELPHI DELCO (SPAN/REYN) | | |
| --- | --- | --- | --- | --- | --- |
| PURCHASE ORDER NUMBER<br>550045805 | WAYBILL | | WEIGHT<br>500.000 G | # BOXES<br>0 | SALES ORDER<br>18495403 |
| CARRIER<br>CENTRAL TRANSPORT INC | END CUSTOMER | | | TAX EXEMPTION NUMBER | |

| Customer Part Number / Revision<br>TI Part Number    Delivery #    Date Shipped<br>Item Description | Quantity | Unit Price | Extended Amount |
| --- | --- | --- | --- |
| 9397407001<br>TMS320VC5416PGER16    705363424 10/07/2005<br>TMS320VC5416PGE160 144 TQFP tape & reel<br>Commercial Invoice Number:<br>Customer Reference: 10657<br>POItm:                    1 | 500 | 7 500 | 3,750 00 USD |
| **TOTAL** | | | **3,750.00  USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 512109365
## Invoice Date: 10/07/2005

Page 1 of 1
10/13/2005
10:08:23

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |
| **PURCHASE ORDER NUMBER** | **WAYBILL** | **WEIGHT** | **# BOXES** | **SALES ORDER** |
| 550040654 | | 3,200.000 G | 0 | 18498760 |
| **CARRIER** | **END CUSTOMER** | | **TAX EXEMPTION NUMBER** | |
| CENTRAL TRANSPORT INC | | | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 F16E27PJAR22 DELCO - TBC2 Commercial Invoice Number: Customer Reference: 10658 POItm: | 705364756 | 10/07/2005 | 3,200 | 4 720 | 15,104.00 USD |
| | 1 | | | | |

**TOTAL**    15,104.00  USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph.: (972)995-2011

## INVOICE
## 512109366
## Invoice Date: 10/07/2005

Page 1 of 1
10/13/2005
09:52:27

**Refer all questions related to payment to:**

Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**

DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**  141789

DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**  For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550045805 | | 500.000 G | 0 | 18500616 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number    Delivery #    Date Shipped<br>Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001<br>TMS320VC5416PGER16    705366398  10/07/2005<br>TMS320VC5416PGE160 144 TQFP tape & reel<br>Commercial Invoice Number:<br>Customer Reference: 10661<br>POItm:                          1 | 500 | 7 500 | 3,750 00 USD |

|  |  | **TOTAL** | **3,750.00  USD** |
|---|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements
of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued
under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the
parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512109367
# Invoice Date: 10/07/2005

Page 1 of 1
10/13/2005
09:52:52

Refer all questions related to payment to:
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | |
|---|---|---|---|
| DELPHI DELCO (SPAN/REYN) | | 141789 | |
| DELPHI AUTOMOTIVE SYSTEMS | | DELPHI DELCO ELECTRONICS SYSTEMS | |
| REYNOSA CONSIGNMENT | | C/O SPAN INTERNATIONAL | |
| PO Box 9005 | | 702 JOAQUIN CAVAZOS RD | |
| KOKOMO IN  46904-9005 | | LOS INDIOS TX  78567 | |
| USA | | USA | |

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550045805 | | 500.000 G | 0 | 18500233 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number         Delivery #   Date Shipped Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001 | | | |
| TMS320VC5416PGER16    705366465  10/07/2005 | 500 | 7.500 | 3,750 00 USD |
| TMS320VC5416PGE160 144 TQFP tape & reel | | | |
| Commercial Invoice Number: | | | |
| Customer Reference: 10659 | | | |
| POItm:                               1 | | | |
| | | **TOTAL** | **3,750.00 USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

## TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph.: (972)995-2011

# INVOICE
# 512109368
# Invoice Date: 10/07/2005

Page 1 of 1
10/13/2005
09:53:12

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550040654 | | 1,600.000 G | 0 | 18500785 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| Item Description | | | | | |
| 9395860<br>F16E27PJAR22<br>DELCO - TBC2<br>Commercial Invoice Number:<br>Customer Reference: 10662<br>POItm: | 705368519<br><br><br><br><br>1 | 10/07/2005 | 1,600 | 4.720 | 7,552.00 USD |

| | | | TOTAL | | 7,552.00  USD |
|---|---|---|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512109369
# Invoice Date: 10/07/2005

Page 1 of 1
10/13/2005
09:53:32

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**   141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550043221 | | 2,500.000 G | 0 | 18500615 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number   Delivery #   Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| Item Description | | | |
| 9399649 / B | | | |
| MLA00271DR          705369702  10/07/2005 | 2,500 | 1.190 | 2,975 00 USD |
| Low-Pwr BICMOS CUR-MODE PWM | | | |
| Commercial Invoice Number: | | | |
| Customer Reference: 10660 | | | |
| POItm:                     1 | | | |

|  | **TOTAL** | | **2,975.00 USD** |
|---|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512110991
# Invoice Date: 10/06/2005

REPRINT
Page 1 of 1
10/13/2005
09:54:11

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (JIT SERVICES)
DELPHI AUTOMOTIVE SYSTEMS
JIT CONSIGNMENT
PO Box 9005
KOKOMO IN 46904-9005
USA

**SHIP TO**    129514
JIT SERVICES OF INDIANA INC
5150 W 76TH ST
INDIANAPOLIS IN 46268
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012, Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 147620-DELPHI DELCO (JIT SERVICES) | 111627 | 147620 | 147620-DELPHI DELCO (JIT SERVICES) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 0550044541 | | 8,000.000 G | 0 | 18492400 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9387471 F16E88PJAR11 DELCO - TBC3 Commercial Invoice Number: Customer Reference: J280774 POItm: | 705356849 001 | 10/06/2005 | 8,000 | 8 040 | 64,320.00 USD |

| | | | | **TOTAL** | 64,320.00 USD |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 512110992
## Invoice Date: 10/06/2005

REPRINT
Page 1 of 1
10/13/2005
09:54:37

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | DELPHI DELCO (JIT SERVICES)<br>DELPHI AUTOMOTIVE SYSTEMS<br>JIT CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN 46904-9005<br>USA | SHIP TO | 129514<br>JIT SERVICES OF INDIANA INC<br>5150 W 76TH ST<br>INDIANAPOLIS IN 46268<br>USA |
|---|---|---|---|

| REMIT TO: | For Bank Wire Transfer send to:<br>Texas Instruments, c/o Bank of America<br>901 Main Street, Dallas, TX 75202<br>ABA 111000012, Bank Acct 1254802152 | All prices are quoted in USD<br><br>**Terms of Delivery**<br>FCA SHIPPING POINT<br><br>**Terms of Payment**<br>2nd Day of 2nd Month<br>Up to 12/02/2005 without deduction |
|---|---|---|

| PAYER<br>147620-DELPHI DELCO (JIT SERVICES) | ALT. PAYER<br>111627 | BILL TO<br>147620 | SOLD TO<br>147620-DELPHI DELCO (JIT SERVICES) | |
|---|---|---|---|---|
| PURCHASE ORDER NUMBER<br>0550043152 | WAYBILL | | WEIGHT<br>1,600.000 G | # BOXES<br>0 | SALES ORDER<br>18492401 |
| CARRIER<br>CENTRAL TRANSPORT INC | END CUSTOMER | | TAX EXEMPTION NUMBER | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860<br>F16E27PJAR22<br>DELCO - TBC2<br>Commercial Invoice Number:<br>Customer Reference: J280775<br>POItm: | 705359138<br><br><br><br><br>001 | 10/06/2005 | 1,600 | 4 720 | 7,552 00 USD |

**TOTAL**                                   7,552.00  USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 512110993
## Invoice Date: 10/07/2005

REPRINT
Page 1 of 1
10/13/2005
09:55:03

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (JIT SERVICES)
DELPHI AUTOMOTIVE SYSTEMS
JIT CONSIGNMENT
PO Box 9005
KOKOMO IN 46904-9005
USA

**SHIP TO**    129514
JIT SERVICES OF INDIANA INC
5150 W 76TH ST
INDIANAPOLIS IN 46268
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012, Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 147620-DELPHI DELCO (JIT SERVICES) | 111627 | 147620 | 147620-DELPHI DELCO (JIT SERVICES) | |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550044541 | | 1,600.000 G | 0 | 18497297 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9387471 F16E88PJAR11 DELCO - TBC3 Commercial Invoice Number: Customer Reference: J281210 POItm: | 705366478 001 | 10/07/2005 | 1,600 | 8 040 | 12,864 00 USD |

**TOTAL**    12,864.00 USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 512110994
## Invoice Date: 10/07/2005

REPRINT
Page 1 of 1
10/13/2005
09:55:24

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (JIT SERVICES)
DELPHI AUTOMOTIVE SYSTEMS
JIT CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**   129514
JIT SERVICES OF INDIANA INC
5150 W 76TH ST
INDIANAPOLIS IN  46268
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 147620-DELPHI DELCO (JIT SERVICES) | 111627 | 147620 | 147620-DELPHI DELCO (JIT SERVICES) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 0550039061 | | 15,000.000 G | 0 | 18497279 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number    Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|
| Item Description | | | | |
| 16137372 / A | | | | |
| SN103752DR              705366692 | 10/07/2005 | 15,000 | 0 990 | 14,850 00 USD |
| Delphi Mass Air Meter | | | | |
| Commercial Invoice Number: | | | | |
| Customer Reference: J281151 | | | | |
| POItm:              001 | | | | |

**TOTAL**              14,850.00  USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512110995
# Invoice Date: 10/07/2005

REPRINT
Page 1 of 1
10/13/2005
09:55:48

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (JIT SERVICES)
DELPHI AUTOMOTIVE SYSTEMS
JIT CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**   129514
JIT SERVICES OF INDIANA INC
5150 W 76TH ST
INDIANAPOLIS IN  46268
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 147620-DELPHI DELCO (JIT SERVICES) | 111627 | 147620 | 147620-DELPHI DELCO (JIT SERVICES) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 0550045531 | | 2,000.000 G | 0 | 18497278 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9355022 SN104691DBR DELCO TPIC44L01 Commercial Invoice Number: Customer Reference: J281150 POItm:  001 | 705367846 | 10/07/2005 | 2,000 | 0 610 | 1,220.00 USD |

|  |  |  |  | **TOTAL** | **1,220.00 USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 512110996
## Invoice Date: 10/07/2005

REPRINT
Page 1 of 1
10/13/2005
09:56:13

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (JIT SERVICES)
DELPHI AUTOMOTIVE SYSTEMS
JIT CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**   129514
JIT SERVICES OF INDIANA INC
5150 W 76TH ST
INDIANAPOLIS IN  46268
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 147620-DELPHI DELCO (JIT SERVICES) | 111627 | 147620 | 147620-DELPHI DELCO (JIT SERVICES) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 0550045531 | | 2,000.000 G | 0 | 18497277 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9355022 | | | | | |
| SN104691DBR | 705368002 | 10/07/2005 | 2,000 | 0 610 | 1,220 00 USD |
| DELCO TPIC44L01 | | | | | |
| Commercial Invoice Number: | | | | | |
| Customer Reference: J281149 | | | | | |
| POItm: | 001 | | | | |

|  | **TOTAL** | | | | **1,220.00  USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse hereof) apply unless the parties have executed an overriding agreement.

# ⊕ TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 512110997
## Invoice Date: 10/07/2005

REPRINT
Page 1 of 1
10/13/2005
09:56:33

Refer all questions related to payment to:

Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | |
|---|---|---|---|
| | DELPHI DELCO (JIT SERVICES)<br>DELPHI AUTOMOTIVE SYSTEMS<br>JIT CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN  46904-9005<br>USA | | 129514<br>JIT SERVICES OF INDIANA INC<br>5150 W 76TH ST<br>INDIANAPOLIS IN  46268<br>USA |

**REMIT TO:**

For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 147620-DELPHI DELCO (JIT SERVICES) | 111627 | 147620 | 147620-DELPHI DELCO (JIT SERVICES) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 0550045531 | | 2,000.000 G | 0 | 18497276 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9355022<br>SN104691DBR<br>DELCO TPIC44L01<br>Commercial Invoice Number:<br>Customer Reference: J281148<br>POItm: | 705368229<br><br><br><br><br>001 | 10/07/2005 | 2,000 | 0.610 | 1,220.00 USD |
| | | | | **TOTAL** | **1,220.00 USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
## 512110998
## Invoice Date: 10/07/2005

REPRINT
Page 1 of 1
10/13/2005
09:56:59

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph.: 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | |
|---|---|---|---|
| | DELPHI DELCO (JIT SERVICES)<br>DELPHI AUTOMOTIVE SYSTEMS<br>JIT CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN 46904-9005<br>USA | | 129514<br>JIT SERVICES OF INDIANA INC<br>5150 W 76TH ST<br>INDIANAPOLIS IN 46268<br>USA |

| REMIT TO: | | |
|---|---|---|
| | For Bank Wire Transfer send to:<br>Texas Instruments, c/o Bank of America<br>901 Main Street, Dallas, TX 75202<br>ABA 111000012,  Bank Acct 1254802152 | All prices are quoted in USD<br><br>**Terms of Delivery**<br>FCA SHIPPING POINT<br><br>**Terms of Payment**<br>2nd Day of 2nd Month<br>Up to 12/02/2005 without deduction |

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 147620-DELPHI DELCO (JIT SERVICES) | 111627 | 147620 | 147620-DELPHI DELCO (JIT SERVICES) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 0550045531 | | 2,000.000 G | 0 | 18497296 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9355022<br>SN104691DBR<br>DELCO TPIC44L01<br>Commercial Invoice Number:<br>Customer Reference: J281300<br>POItm: | 705368844<br><br><br><br><br>001 | 10/07/2005 | 2,000 | 0 610 | 1,220 00 USD |

|  |  |  | **TOTAL** |  | **1,220.00 USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512119665
# Invoice Date: 10/08/2005

Page 1 of 1
10/13/2005
09:57:23

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550045805 | | 1,000.000 G | 0 | 18503524 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number    Delivery #    Date Shipped    Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001 TMS320VC5416PGER16    705369993  10/08/2005 TMS320VC5416PGE160 144 TQFP tape & reel Commercial Invoice Number: Customer Reference: 10664 POItm:                              1 | 1,000 | 7 500 | 7,500 00 USD |

| | TOTAL | | 7,500.00  USD |
|---|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512119666
# Invoice Date: 10/08/2005

Page 1 of 1
10/13/2005
09:58:07

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | | |
| PURCHASE ORDER NUMBER | WAYBILL | | WEIGHT | # BOXES | SALES ORDER |
| 550040654 | | | 3,200.000 G | 0 | 18502071 |
| CARRIER | END CUSTOMER | | | TAX EXEMPTION NUMBER | |
| CENTRAL TRANSPORT INC | | | | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 F16E27PJAR22 DELCO - TBC2 Commercial Invoice Number: Customer Reference: 10663 POItm: | 705370072 1 | 10/08/2005 | 3,200 | 4.720 | 15,104.00 USD |

| | | | TOTAL | | 15,104.00  USD |
|---|---|---|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512119667
## Invoice Date: 10/08/2005

Page 1 of 1
10/13/2005
09:58:30

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550040654 | | 3,200.000 G | 0 | 18501527 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 F16E27PJAR22 DELCO - TBC2 Commercial Invoice Number: Customer Reference: 10666 POItm: | 705372269  1 | 10/08/2005 | 3,200 | 4 720 | 15,104 00 USD |

**TOTAL**    **15,104.00 USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512119668
# Invoice Date: 10/08/2005

Page 1 of 1
10/13/2005
10:00:30

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | | |
| **PURCHASE ORDER NUMBER** | **WAYBILL** | **WEIGHT** | | **# BOXES** | **SALES ORDER** |
| 550045805 | | 500.000 G | | 0 | 18501529 |
| **CARRIER** | **END CUSTOMER** | | | **TAX EXEMPTION NUMBER** | |
| CENTRAL TRANSPORT INC | | | | | |

| Customer Part Number / Revision TI Part Number   Delivery #   Date Shipped Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001 TMS320VC5416PGER16    705372445 10/08/2005 TMS320VC5416PGE160 144 TQFP tape & reel Commercial Invoice Number: Customer Reference: 10668 POItm:                  1 | 500 | 7 500 | 3,750 00 USD |
| **TOTAL** | | | **3,750.00  USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.



**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512119669
# Invoice Date: 10/08/2005

Page 1 of 1
10/13/2005
10:00:54

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550041959 | | 500.000 G | 0 | 18500638 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9397407001 | | | | | |
| TMS320VC5416PGER16 | 705373129 | 10/08/2005 | 500 | 7 500 | 3,750 00 USD |
| TMS320VC5416PGE160 144 TQFP tape & reel | | | | | |
| Commercial Invoice Number: | | | | | |
| Customer Reference: 10665 | | | | | |
| POItm: | 1 | | | | |

|  |  | **TOTAL** | | | **3,750.00  USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512119670
# Invoice Date: 10/08/2005

Page 1 of 1
10/13/2005
10:01:25

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | 141789 |
|---|---|---|---|
| DELPHI DELCO (SPAN/REYN) | | | DELPHI DELCO ELECTRONICS SYSTEMS |
| DELPHI AUTOMOTIVE SYSTEMS | | | C/O SPAN INTERNATIONAL |
| REYNOSA CONSIGNMENT | | | 702 JOAQUIN CAVAZOS RD |
| PO Box 9005 | | | LOS INDIOS TX 78567 |
| KOKOMO IN 46904-9005 | | | USA |
| USA | | | |

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550045805 | | 500.000 G | 0 | 18504983 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number          Delivery #     Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| Item Description | | | |
| 9397407001 | | | |
| TMS320VC5416PGER16    705373174 10/08/2005 | 500 | 7.500 | 3,750.00 USD |
| TMS320VC5416PGE160 144 TQFP tape & reel | | | |
| Commercial Invoice Number: | | | |
| Customer Reference: 10672 | | | |
| POItm:                   1 | | | |

| | | TOTAL | 3,750.00 USD |
|---|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512119671
# Invoice Date: 10/08/2005

Page 1 of 1
10/13/2005
10:01:52

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550078443 | | 400.000 G | 0 | 18504254 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 12243249002 S11F6014NM HVAC3 2 1 code 14 Commercial Invoice Number: Customer Reference: 10670 POItm: | 705374391          1 | 10/08/2005 | 400 | 8 110 | 3,244 00 USD |

|  |  | **TOTAL** |  |  | **3,244.00 USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX  75266
USA
Ph.: (972)995-2011

# INVOICE
# 512119672
## Invoice Date: 10/08/2005

Page 1 of 1
10/13/2005
10:02:18

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**

DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789

DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**

For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |
| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
| 550050569 | | 2,500.000 G | 0 | 18501528 |
| CARRIER | END CUSTOMER | | TAX EXEMPTION NUMBER | |
| CENTRAL TRANSPORT INC | | | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9399765 MLA00269DR LM211QD Commercial Invoice Number: Customer Reference: 10667 POItm: | 705374425 1 | 10/08/2005 | 2,500 | 0.210 | 525.00 USD |

**TOTAL**    525.00 USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512119673
## Invoice Date: 10/08/2005

Page 1 of 1
10/13/2005
10:02:38

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**

For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550043221 | | 2,000.000 G | 0 | 18504623 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9355022 SN104691DBR DELCO TPIC44L01 Commercial Invoice Number: Customer Reference: 10669 POItm: | 705374561    1 | 10/08/2005 | 2,000 | 0 610 | 1,220 00 USD |

|  |  | | **TOTAL** | | **1,220.00  USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 512119674
## Invoice Date: 10/08/2005

Page 1 of 1
10/13/2005
10:03:00

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | 141789 |
|---|---|---|---|
| DELPHI DELCO (SPAN/REYN) | | | DELPHI DELCO ELECTRONICS SYSTEMS |
| DELPHI AUTOMOTIVE SYSTEMS | | | C/O SPAN INTERNATIONAL |
| REYNOSA CONSIGNMENT | | | 702 JOAQUIN CAVAZOS RD |
| PO Box 9005 | | | LOS INDIOS TX  78567 |
| KOKOMO IN  46904-9005 | | | USA |
| USA | | | |

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550040654 | | 4,800.000 G | 0 | 18500656 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 | | | | | |
| F16E27PJAR22 | 705375460 | 10/08/2005 | 4,800 | 4 720 | 22,656.00 USD |
| DELCO - TBC2 | | | | | |
| Commercial Invoice Number: | | | | | |
| Customer Reference: 10673 | | | | | |
| POItm: | 1 | | | | |

|  | | | | TOTAL | 22,656.00  USD |
|---|---|---|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 512119675
## Invoice Date: 10/08/2005

Page 1 of 1
10/13/2005
10:03:27

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550040654 | | 3,200.000 G | 0 | 18504984 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 F16E27PJAR22 DELCO - TBC2 Commercial Invoice Number: Customer Reference: 10671 POItm: | 705375501 1 | 10/08/2005 | 3,200 | 4 720 | 15,104 00 USD |

**TOTAL**         **15,104.00  USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.