**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512120313
# Invoice Date: 10/07/2005

REPRINT
Page 1 of 1
10/13/2005
10:03:49

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | |
|---|---|---|---|
| DELPHI DELCO (JIT SERVICES) | | 129514 | |
| DELPHI AUTOMOTIVE SYSTEMS | | JIT SERVICES OF INDIANA INC | |
| JIT CONSIGNMENT | | 5150 W 76TH ST | |
| PO Box 9005 | | INDIANAPOLIS IN 46268 | |
| KOKOMO IN 46904-9005 | | USA | |
| USA | | | |

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012, Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER 147620-DELPHI DELCO (JIT SERVICES) | ALT. PAYER 111627 | BILL TO 147620 | SOLD TO 147620-DELPHI DELCO (JIT SERVICES) | |
|---|---|---|---|---|
| PURCHASE ORDER NUMBER 0550043152 | WAYBILL | WEIGHT 1,600.000 G | # BOXES 0 | SALES ORDER 18497306 |
| CARRIER CENTRAL TRANSPORT INC | END CUSTOMER | | TAX EXEMPTION NUMBER | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 F16E27PJAR22 DELCO - TBC2 Commercial Invoice Number: Customer Reference: J281438 POItm: | 705368356 001 | 10/07/2005 | 1,600 | 4.720 | 7,552.00 USD |
| | | | | TOTAL | 7,552.00 USD |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512120314
## Invoice Date: 10/07/2005

REPRINT
Page 1 of 1
10/13/2005
10:04:10

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| | | | |
|---|---|---|---|
| **BILL TO** | DELPHI DELCO (JIT SERVICES)<br>DELPHI AUTOMOTIVE SYSTEMS<br>JIT CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN  46904-9005<br>USA | **SHIP TO** | 129514<br>JIT SERVICES OF INDIANA INC<br>5150 W 76TH ST<br>INDIANAPOLIS IN  46268<br>USA |

| **REMIT TO:** | For Bank Wire Transfer send to:<br>Texas Instruments, c/o Bank of America<br>901 Main Street,  Dallas, TX 75202<br>ABA 111000012,   Bank Acct 1254802152 | All prices are quoted in USD<br><br>**Terms of Delivery**<br>FCA SHIPPING POINT<br><br>**Terms of Payment**<br>2nd Day of 2nd Month<br>Up to 12/02/2005 without deduction |
|---|---|---|

| PAYER<br>147620-DELPHI DELCO (JIT SERVICES) | ALT. PAYER<br>111627 | BILL TO<br>147620 | SOLD TO<br>147620-DELPHI DELCO (JIT SERVICES) | |
|---|---|---|---|---|
| PURCHASE ORDER NUMBER<br>0550044541 | WAYBILL | | WEIGHT<br>8,000.000 G | # BOXES<br>0 | SALES ORDER<br>18497305 |
| CARRIER<br>CENTRAL TRANSPORT INC | END CUSTOMER | | TAX EXEMPTION NUMBER | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9387471<br>F16E88PJAR11<br>DELCO - TBC3<br>Commercial Invoice Number:<br>Customer Reference: J281437<br>POItm: | 705369848<br><br><br><br><br>001 | 10/07/2005 | 8,000 | 8 040 | 64,320 00 USD |
| | | | | **TOTAL** | 64,320.00 USD |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512120315
# Invoice Date: 10/08/2005

REPRINT
Page 1 of 1
10/13/2005
10:04:30

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (JIT SERVICES)
DELPHI AUTOMOTIVE SYSTEMS
JIT CONSIGNMENT
PO Box 9005
KOKOMO IN 46904-9005
USA

**SHIP TO**    129514
JIT SERVICES OF INDIANA INC
5150 W 76TH ST
INDIANAPOLIS IN 46268
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012, Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 147620-DELPHI DELCO (JIT SERVICES) | 111627 | 147620 | 147620-DELPHI DELCO (JIT SERVICES) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 0550045514 | | 4,000.000 G | 0 | 18501524 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 28010280 ULQ2003AIDRQ1 Darlington Transistor Array Q100 Commercial Invoice Number: | 705373125 | 10/08/2005 | 4,000 | 0 100 | 400 00 USD |

**TOTAL**    400.00 USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.



**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512123737
## Invoice Date: 10/08/2005

Page 1 of 1
10/13/2005
10:04:55

Refer all questions related to payment to:
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**   141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550045805 | | 500.000 G | 0 | 18500671 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number    Delivery #    Date Shipped<br>Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001<br>TMS320VC5416PGER16    705374583  10/08/2005<br>TMS320VC5416PGE160 144 TQFP tape & reel<br>Commercial Invoice Number:<br>Customer Reference: 10674<br>POItm:                                 1 | 500 | 7 500 | 3,750 00 USD |

**TOTAL**                                  **3,750.00 USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS
**Sensors & Controls**

REMIT TO:
TEXAS INSTRUMENTS INCORPORATED
P O BOX 100139
ATLANTA GA 30384-0139

Our D-U-N-S Number:  03-005-6709

**Payment questions:**
PO Box 425, Attleboro, MA 02703-0008
Fax: (508) 236-3895

## Invoice

| NUMBER | |
|---|---|
| 2187554 | |

| INVOICE DATE | PAGE |
|---|---|
| 24-SEP-05 | 1 of 1 |

| ULTIMATE DESTINATION | PROD CODE |
|---|---|
| Mexico | |

| PURCHASE ORDER | ORDER NO. |
|---|---|
| 0550024240 | 393339 |

| PACKLIST NUMBER / OUR REFERENCE | |
|---|---|
| 2187554 | |

| FREIGHT TERMS | FOB |
|---|---|
| COLLECT 3RD PAR | ORIGIN |

| BILL OF LADING | CUST. NO. |
|---|---|
| 752-547133-9 | 8905 |

**BILL TO:** Attn: Accounts Payable
DELPHI AUTOMOTIVE SYSTEMS LLC
DELPHI ENERGY  &ENGINE AUTO SYS
32 CELERITY WAGON ST
EL PASO TX 79906

**SHIP TO:** DELPHI AUTOMOIIVE SYSIEMS LLC
*DELPHI E&C JUAREZ MFG(JM01)
CROSS DOCK-CISCO 35021
32 CELERITY WAGON
EL PASO IX 79906

| PAYMENT TERMS | SHIP DATE | CARRIER | SHIP REFERENCE |
|---|---|---|---|
| MSN2 | 24-SEP-05 | CETR-CENTRAL | 752-547133-9 09 |

| ITEM | DESCRIPTION | UOM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 3PP7-1<br>Ref: 22212813 03<br>BRAKE PRESSURE TRANSDUCER<br><br>Country of Origin : Malaysia | EA | 720 | 11.52 | 8,294.40 |
| 2 | 3PP7-1<br>Ref: 22212813 03<br>BRAKE PRESSURE TRANSDUCER<br><br>Country of Origin : Malaysia | EA | 900 | 11.52 | 10,368.00 |

| NUMBER OF BOXES | WEIGHT | | SUBTOTAL |
|---|---|---|---|
| 9 | 163 | | 18,662.40 |

THESE COMMODITIES, TECHNOLOGY OR SOFIWARE WERE EXPORTED FROM
THE UNIIED STATES IN ACCORDANCE WITH EXPORT ADMINISTRATION
REGULATIONS

| TAX | FREIGHT |
|---|---|
| 0.00 | 0.00 |

| TOTAL | |
|---|---|
| 18,662.40 | USD |

Copy

# TEXAS INSTRUMENTS
## Sensors & Controls

REMIT TO:

TEXAS INSTRUMENIS INCORPORATED
P O BOX 100139
ATLANTA GA 30384-0139

Our D-U-N-S Number: 03-005-6709

**Payment questions:**
PO Box 425, Attleboro, MA 02703-0008
Fax: (508) 236-3895

## Invoice

| NUMBER |
|---|
| 2200266 |

| INVOICE DATE | PAGE |
|---|---|
| 08-OCT-05 | 1 of 1 |

| ULTIMATE DESTINATION | PROD CODE |
|---|---|
| Mexico | |

| PURCHASE ORDER | ORDER NO. |
|---|---|
| 0550024240 | 393339 |

| PACKLIST NUMBER / OUR REFERENCE |
|---|
| 2200266 |

| FREIGHT TERMS | FOB |
|---|---|
| COLLECT 3RD PAR | ORIGIN |

| BILL OF LADING | CUST. NO. |
|---|---|
| 7525471362 | 8905 |

**BILL TO:** Attn: Accounts Payable
DELPHI AUTOMOTIVE SYSTEMS LLC
DELPHI ENERGY  &ENGINE AUTO SYS
32 CELERITY WAGON ST
EL PASO TX 79906

**SHIP TO:** DELPHI AUTOMOTIVE SYSTEMS LLC
*DELPHI E&C JUAREZ MFG(JM01)
CROSS DOCK-CISCO 35021
32 CELERITY WAGON
EL PASO TX 79906

| PAYMENT TERMS | SHIP DATE | CARRIER | SHIP REFERENCE |
|---|---|---|---|
| MSN2 | 08-OCT-05 | CETR-CENTRAL | 752-547136-2 05 |

| ITEM | DESCRIPTION | UOM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 3PP7-1<br>Ref: 22212813 03<br>BRAKE PRESSURE TRANSDUCER<br><br>Country of Origin : Malaysia | EA | 900 | 11.52 | 10,368.00 |
| 2 | 3PP7-1<br>Ref: 22212813 03<br>BRAKE PRESSURE TRANSDUCER<br><br>Country of Origin : Malaysia | EA | 1260 | 11.52 | 14,515.20 |

| NUMBER OF BOXES | WEIGHT | SUBTOTAL |
|---|---|---|
| 12 | 230 | 24,883.20 |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM
THE UNITED STATES IN ACCORDANCE WITH EXPORT ADMINISTRATION
REGULATIONS

| TAX | FREIGHT |
|---|---|
| 0.00 | 0.00 |

| TOTAL | |
|---|---|
| 24,883.20 | USD |

Copy

# TEXAS INSTRUMENTS
### Sensors & Controls

Payment questions:
PO Box 425, Attleboro, MA 02703-0008
Fax: (508) 236-3895

REMIT TO:
TEXAS INSTRUMENTS INCORPORATED
P O BOX 100139
ATLANTA GA 30384-0139

Our D-U-N-S Number:  03-005-6709

## Invoice

| NUMBER |
|---|
| 2198059 |

| INVOICE DATE | PAGE |
|---|---|
| 06-OCT-05 | 1 of 1 |

| ULTIMATE DESTINATION | PROD CODE |
|---|---|
| Mexico | |

| PURCHASE ORDER | ORDER NO. |
|---|---|
| 0550024240 | 393339 |

| PACKLIST NUMBER / OUR REFERENCE |
|---|
| 2198059 |

| FREIGHT TERMS | FOB |
|---|---|
| COLLECT | ORIGIN |

| BILL OF LADING | CUST. NO. |
|---|---|
| 687895670 | 8905 |

BILL TO: Attn: Accounts Payable
DELPHI AUTOMOTIVE SYSTEMS LLC
DELPHI ENERGY  &ENGINE AUTO SYS
32 CELERITY WAGON ST
EL PASO TX 79906

SHIP TO: DELPHI AUTOMOTIVE SYSTEMS LLC
*DELPHI E&C JUAREZ MFG(JM01)
CROSS DOCK-CISCO 35021
32 CELERITY WAGON
EL PASO TX 79906

| PAYMENT TERMS | SHIP DATE | CARRIER | SHIP REFERENCE |
|---|---|---|---|
| MSN2 | 06-OCT-05 | BNAF-BAX GLOBAL | 687895670 |

| ITEM | DESCRIPTION | UOM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 3PP7-1<br>Ref: 22212813 03<br>BRAKE PRESSURE TRANSDUCER<br><br>Country of Origin : Malaysia | EA | 360 | 11.52 | 4,147.20 |

| NUMBER OF BOXES | WEIGHT | | SUBTOTAL |
|---|---|---|---|
| 2 | 39 | | 4,147.20 |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM
THE UNITED STATES IN ACCORDANCE WITH EXPORT ADMINISTRATION
REGULATIONS

| TAX | FREIGHT |
|---|---|
| 0.00 | 0.00 |

| TOTAL | |
|---|---|
| 4,147.20 | USD |

Copy

# TEXAS INSTRUMENTS
**Sensors & Controls**

REMIT TO:
TEXAS INSTRUMENTS INCORPORATED
P O BOX 100139
ATLANTA GA 30384-0139

Our D-U-N-S Number:   03-005-6709

Payment questions:
PO Box 425, Attleboro, MA 02703-0008
Fax: (508) 236-3895

| Invoice | |
|---|---|
| **NUMBER** | |
| 2197265 | |
| **INVOICE DATE** | **PAGE** |
| 04-OCT-05 | 1 of 1 |
| **ULTIMATE DESTINATION** | **PROD CODE** |
| United States | |
| **PURCHASE ORDER** | **ORDER NO.** |
| 0550026781 | 295393 |
| **PACKLIST NUMBER / OUR REFERENCE** | |
| 2197265 | |
| **FREIGHT TERMS** | **FOB** |
| COLLECT | ORIGIN |
| **BILL OF LADING** | **CUST. NO.** |
| 1623445456305638 | 6857 |

BILL TO:  Attn: Accounts Payable
DELPHI HARRISON THERMAL SYSTEM
HARRISON RADIATOR DIVISION
200 UPPER MOUNTAIN ROAD
LOCKPORT NY 14094

SHIP TO:  DELPHI HARRISON THERMAL SYSTEM
HARRISON DAYTON OPERATIONS
MAIN RECEIVING
3600 DRYDEN ROAD
MORAINE OH 45439

| PAYMENT TERMS | | SHIP DATE | CARRIER | | SHIP REFERENCE | |
|---|---|---|---|---|---|---|
| MSN2 | | 04-OCT-05 | UPSN-UPS NEXT DAY | | 162344545630563 | |

| ITEM | DESCRIPTION | UOM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 55PSF6-1<br>Ref: 6559906 01<br>PRESSURE SWITCH<br><br>Country of Origin : United States<br><br>Urgent:  Ship UPS Next Day Air EARLY AM<br>Delivery at TI Expense  PP | EA | 400 | 1.52 | 608.00 |

| NUMBER OF BOXES | WEIGHT | | SUBTOTAL |
|---|---|---|---|
| 1 | 17 | | 608.00 |

| | TAX | FREIGHT |
|---|---|---|
| | 0.00 | 0.00 |

| TOTAL | |
|---|---|
| 608.00 | USD |

Copy

# TEXAS INSTRUMENTS
## Sensors & Controls

REMIT TO:
TEXAS INSTRUMENTS INCORPORATED
P O BOX 100139
ATLANTA GA 30384-0139

Our D-U-N-S Number:  03-005-6709

**Payment questions:**
**PO Box 425, Attleboro, MA 02703-0008**
**Fax: (508) 236-3895**

## Invoice

| NUMBER |
|---|
| 2195956 |

| INVOICE DATE | PAGE |
|---|---|
| 03-OCT-05 | 1 of 1 |

| ULTIMATE DESTINATION | PROD CODE |
|---|---|
| Mexico | |

| PURCHASE ORDER | ORDER NO. |
|---|---|
| 0550024240 | 393339 |

| PACKLIST NUMBER / OUR REFERENCE |
|---|
| 2195956 |

| FREIGHT TERMS | FOB |
|---|---|
| COLLECT | ORIGIN |

| BILL OF LADING | CUST. NO. |
|---|---|
| 687895633 | 8905 |

BILL TO: Attn: Accounts Payable
DELPHI AUTOMOTIVE SYSTEMS LLC
DELPHI ENERGY  &ENGINE AUTO SYS
32 CELERITY WAGON ST
EL PASO TX 79906

SHIP TO: DELPHI AUTOMOTIVE SYSTEMS LLC
*DELPHI E&C JUAREZ MFG(JM01)
CROSS DOCK-CISCO 35021
32 CELERITY WAGON
EL PASO TX 79906

| PAYMENT TERMS | SHIP DATE | CARRIER | SHIP REFERENCE |
|---|---|---|---|
| MSN2 | 03-OCT-05 | BNAF-BAX GLOBAL | 687895633 |

| ITEM | DESCRIPTION | UOM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 3PP7-1<br>Ref: 22212813 03<br>BRAKE PRESSURE TRANSDUCER<br><br>Country of Origin : Malaysia | EA | 360 | 11.52 | 4,147.20 |

| NUMBER OF BOXES | WEIGHT | | SUBTOTAL |
|---|---|---|---|
| 2 | 39 | | 4,147.20 |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM
THE UNITED STATES IN ACCORDANCE WITH EXPORT ADMINISTRATION
REGULATIONS

| TAX | FREIGHT |
|---|---|
| 0.00 | 0.00 |

| TOTAL | |
|---|---|
| 4,147.20 | USD |

Copy

# TEXAS INSTRUMENTS
**Sensors & Controls**

REMIT TO:
TEXAS INSTRUMENTS INCORPORATED
P O BOX 100139
AILANTA GA 30384-0139

Our D-U-N-S Number:  03-005-6709

Payment questions:
**PO Box 425, Attleboro, MA 02703-0008**
**Fax: (508) 236-3895**

## Invoice

| NUMBER | |
|---|---|
| 2190547 | |

| INVOICE DATE | PAGE |
|---|---|
| 28-SEP-05 | 1 of 1 |

| ULTIMATE DESTINATION | PROD CODE |
|---|---|
| Mexico | |

| PURCHASE ORDER | ORDER NO. |
|---|---|
| 0550024240 | 393339 |

| PACKLIST NUMBER / OUR REFERENCE | |
|---|---|
| 2190547 | |

| FREIGHT TERMS | FOB |
|---|---|
| COLLECT | ORIGIN |

| BILL OF LADING | CUST. NO. |
|---|---|
| 752-547134-7 10 | 8905 |

BILL TO:
Attn: Accounts Payable
DELPHI AUTOMOTIVE SYSTEMS LLC
DELPHI ENERGY  &ENGINE AUTO SYS
32 CELERITY WAGON ST
EL PASO TX 79906

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS LLC
*DELPHI E&C JUAREZ MFG(JM01)
CROSS DOCK-CISCO 35021
32 CELERITY WAGON
EL PASO IX 79906

| PAYMENT TERMS | SHIP DATE | CARRIER | SHIP REFERENCE |
|---|---|---|---|
| MSN2 | 28-SEP-05 | CETR-CENTRAL | 752-547134-7 10 |

| ITEM | DESCRIPTION | UOM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 3PP7-1<br>Ref: 22212813 03<br>BRAKE PRESSURE TRANSDUCER<br><br>Country of Origin : Malaysia | EA | 720 | 11.52 | 8,294.40 |
| 2 | 3PP7-1<br>Ref: 22212813 03<br>BRAKE PRESSURE TRANSDUCER<br><br>Country of Origin : Malaysia | EA | 900 | 11.52 | 10,368.00 |

| NUMBER OF BOXES | WEIGHT | | SUBTOTAL |
|---|---|---|---|
| 9 | 176 | | 18,662.40 |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM
THE UNITED STATES IN ACCORDANCE WITH EXPORT ADMINISTRATION
REGULATIONS

| TAX | FREIGHT |
|---|---|
| 0.00 | 0.00 |

| TOTAL | |
|---|---|
| 18,662.40 | USD |

Copy

# TEXAS INSTRUMENTS
### Sensors & Controls

REMIT TO:
TEXAS INSTRUMENTS INCORPORATED
P O BOX 100139
ATLANTA GA 30384-0139

Our D-U-N-S Number:  03-005-6709

**Payment questions:**
PO Box 425, Attleboro, MA 02703-0008
Fax: (508) 236-3895

| Invoice | |
|---|---|
| **NUMBER** | |
| 2189281 | |
| **INVOICE DATE** | **PAGE** |
| 27-SEP-05 | 1 of 1 |
| **ULTIMATE DESTINATION** | **PROD CODE** |
| Mexico | |
| **PURCHASE ORDER** | **ORDER NO.** |
| 0550024240 | 393339 |
| **PACKLIST NUMBER / OUR REFERENCE** | |
| 2189281 | |
| **FREIGHT TERMS** | **FOB** |
| COLLECT | ORIGIN |
| **BILL OF LADING** | **CUST. NO.** |
| 687895596 | 8905 |

BILL TO: Attn: Accounts Payable
DELPHI AUTOMOTIVE SYSTEMS LLC
DELPHI ENERGY  &ENGINE AUTO SYS
32 CELERITY WAGON ST
EL PASO TX 79906

SHIP TO: DELPHI AUTOMOTIVE SYSTEMS LLC
*DELPHI E&C JUAREZ MFG(JM01)
CROSS DOCK-CISCO 35021
32 CELERITY WAGON
EL PASO TX 79906

| PAYMENT TERMS | SHIP DATE | CARRIER | SHIP REFERENCE |
|---|---|---|---|
| MSN2 | 27-SEP-05 | BNAF-BAX GLOBAL | 687895596 |

| ITEM | DESCRIPTION | UOM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 3PP7-1<br>Ref: 22212813 03<br>BRAKE PRESSURE TRANSDUCER<br><br>Country of Origin : Malaysia | EA | 900 | 11.52 | 10,368.00 |

| NUMBER OF BOXES | WEIGHT | | SUBTOTAL |
|---|---|---|---|
| 5 | 102 | | 10,368.00 |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM
THE UNITED STATES IN ACCORDANCE WITH EXPORT ADMINISTRATION
REGULATIONS

| TAX | FREIGHT |
|---|---|
| 0.00 | 0.00 |
| **TOTAL** | |
| 10,368.00 | USD |

Copy

# TEXAS INSTRUMENTS
**Sensors & Controls**

REMIT TO:
TEXAS INSTRUMENTS INCORPORATED
P O BOX 100139
ATLANTA GA 30384-0139

Our D-U-N-S Number:  03-005-6709

**Payment questions:**
PO Box 425, Attleboro, MA 02703-0008
Fax: (508) 236-3895

## Invoice

| NUMBER | |
|---|---|
| 2190611 | |

| INVOICE DATE | PAGE |
|---|---|
| 27-SEP-05 | 1 of 1 |

| ULTIMATE DESTINATION | PROD CODE |
|---|---|
| United States | |

| PURCHASE ORDER | ORDER NO. |
|---|---|
| 421508/DCB06580 | 421091 |

| PACKLIST NUMBER / OUR REFERENCE | |
|---|---|
| 2190611 | |

| FREIGHT TERMS | FOB |
|---|---|
| PRE PAY - NO AD | ORIGIN |

| BILL OF LADING | CUST. NO. |
|---|---|
| 1Z0129810143323800 | 9019 |

BILL TO:
Attn: Accounts Payable
DELPHI AUTO SYS CORP
DELPHI CHASSIS SYSTEMS TEST CENIER
2582 E RIVER ROAD
MORAINE OH 45439

SHIP TO:
DELPHI AUTO SYS CORP
DELPHI CHASSIS SYSTEMS TEST CENIER
2582 E RIVER ROAD
MORAINE OH 45439

| PAYMENT TERMS | SHIP DATE | CARRIER | SHIP REFERENCE |
|---|---|---|---|
| NET 30 | 27-SEP-05 | UPSN-UPS NEXT DAY | 1Z0129810143323 |

| ITEM | DESCRIPTION | UOM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | MSG SAMPLE ORDER<br>MSG SAMPLE ORDER, PC05014410<br><br>Sample 113894  PO 421508<br>Customer P/N 15838718A TI P/N 3PP6-13<br>B-level samples Attn Ryan Elking | EA | 20 | 100.00 | 2,000.00 |

| NUMBER OF BOXES | WEIGHT | | | SUBTOTAL |
|---|---|---|---|---|
| 1 | 3 | | | 2,000.00 |

| | TAX | FREIGHT |
|---|---|---|
| | 0.00 | 0.00 |

| TOTAL | |
|---|---|
| 2,000.00 | USD |

Copy

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512067686
# Invoice Date: 10/04/2005

Page 1 of 1
10/13/2005
09:36:36

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | SHIP TO |
|---|---|
| DELPHI DELCO (SPAN/REYN)<br>DELPHI AUTOMOTIVE SYSTEMS<br>REYNOSA CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN 46904-9005<br>USA | 141789<br>DELPHI DELCO ELECTRONICS SYSTEMS<br>C/O SPAN INTERNATIONAL<br>702 JOAQUIN CAVAZOS RD<br>LOS INDIOS TX 78567<br>USA |

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012, Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550040654 | | 400.000 G | 0 | 18474694 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9387471<br>F16E88PJAR11<br>DELCO - TBC3<br>Commercial Invoice Number:<br>Customer Reference: 10602<br>POItm: | 705335397<br><br><br><br><br>1 | 10/04/2005 | 400 | 8.040 | 3,216.00 USD |

| | TOTAL | 3,216.00 USD |
|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512067687
# Invoice Date: 10/04/2005

Page 1 of 1
10/13/2005
09:36:45

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |
| PURCHASE ORDER NUMBER 550041959 | WAYBILL | WEIGHT 500.000 G | # BOXES 0 | SALES ORDER 18474689 |
| CARRIER CENTRAL TRANSPORT INC | END CUSTOMER | | TAX EXEMPTION NUMBER | |

| Customer Part Number / Revision TI Part Number    Delivery #    Date Shipped Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001 TMS320VC5416PGER16    705335986 10/04/2005 TMS320VC5416PGE160 144 TQFP tape & reel Commercial Invoice Number: Customer Reference: 10600 POItm:                1 | 500 | 7.500 | 3,750.00 USD |
| | | TOTAL | 3,750.00 USD |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512067688
# Invoice Date: 10/04/2005

Page 1 of 1
10/13/2005
09:36:55

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**

DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**

141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**

For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550045805 | | 1,000.000 G | 0 | 18480846 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number   Delivery #   Date Shipped Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001 TMS320VC5416PGER16    705336028  10/04/2005 TMS320VC5416PGE160 144 TQFP tape & reel Commercial Invoice Number: Customer Reference: 10604 POItm:                          1 | 1,000 | 7.500 | 7,500.00 USD |
| **TOTAL** | | | **7,500.00 USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.



**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512067689
# Invoice Date: 10/04/2005

Page 1 of 1
10/13/2005
09:37:04

Refer all questions related to payment to:
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | |
|---|---|---|---|
| | DELPHI DELCO (SPAN/REYN)<br>DELPHI AUTOMOTIVE SYSTEMS<br>REYNOSA CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN 46904-9005<br>USA | | 141789<br>DELPHI DELCO ELECTRONICS SYSTEMS<br>C/O SPAN INTERNATIONAL<br>702 JOAQUIN CAVAZOS RD<br>LOS INDIOS TX 78567<br>USA |

| REMIT TO: | For Bank Wire Transfer send to:<br>Texas Instruments, c/o Bank of America<br>901 Main Street, Dallas, TX 75202<br>ABA 111000012,  Bank Acct 1254802152 | All prices are quoted in USD.<br><br>**Terms of Delivery**<br>FCA SHIPPING POINT<br><br>**Terms of Payment**<br>2nd Day of 2nd Month<br>Up to 12/02/2005 without deduction |
|---|---|---|

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550040654 | | 1,600.000 G | 0 | 18480847 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860<br>F16E27PJAR22<br>DELCO - TBC2<br>Commercial Invoice Number:<br>Customer Reference: 10603<br>POItm: | 705336326<br><br><br><br><br>1 | 10/04/2005 | 1,600 | 4 720 | 7,552 00 USD |
| | | | **TOTAL** | | **7,552.00 USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
## 512067690
## Invoice Date: 10/04/2005

Page 1 of 1
10/13/2005
09:37:16

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |
| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
| 550040654 | | 3,200.000 G | 0 | 18474692 |
| CARRIER | END CUSTOMER | | TAX EXEMPTION NUMBER | |
| CENTRAL TRANSPORT INC | | | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 F16E27PJAR22 DELCO - TBC2 Commercial Invoice Number: Customer Reference: 10601 POItm: | 705336919  1 | 10/04/2005 | 3,200 | 4.720 | 15,104.00 USD |

**TOTAL**                    15,104.00 USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse hereof) apply unless the parties have executed an overriding agreement.



**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX  75266
USA
Ph : (972)995-2011

# INVOICE
# 512067691
## Invoice Date: 10/04/2005

Page 1 of 1
10/13/2005
09:37:25

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | | |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550041959 | | 1,000.000 G | 0 | 18480877 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number    Delivery #    Date Shipped Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001 TMS320VC5416PGER16    705337797 10/04/2005 TMS320VC5416PGE160 144 TQFP tape & reel Commercial Invoice Number: Customer Reference: 10605 POItm:    1 | 1,000 | 7.500 | 7,500.00 USD |

**TOTAL**                    7,500.00 USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512067692
## Invoice Date: 10/04/2005

Page 1 of 1
10/13/2005
09:37:34

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN 46904-9005
USA

**SHIP TO**   141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX 78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550040654 | | 1,600.000 G | 0 | 18481721 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 F16E27PJAR22 DELCO - TBC2 Commercial Invoice Number: Customer Reference: 10606 POItm: | 705338227   1 | 10/04/2005 | 1,600 | 4.720 | 7,552.00 USD |

| | TOTAL | 7,552.00 USD |
|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX  75266
USA
Ph : (972)995-2011

## INVOICE
## 512067693
## Invoice Date: 10/04/2005

Page 1 of 1
10/13/2005
09:37:46

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**
141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550045805 | | 500.000 G | 0 | 18482473 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number          Delivery #     Date Shipped<br>Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001<br>TMS320VC5416PGER16    705338543 10/04/2005<br>TMS320VC5416PGE160 144 TQFP tape & reel<br>Commercial Invoice Number:<br>Customer Reference: 10607<br>POItm:                                    1 | 500 | 7.500 | 3,750.00 USD |

**TOTAL**                                3,750.00  USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 512067694
## Invoice Date: 10/04/2005

Page 1 of 1
10/13/2005
09:37:57

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**

DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN 46904-9005
USA

**SHIP TO**    141789

DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX 78567
USA

**REMIT TO:**

For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012, Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550040654 | | 1,600.000 G | 0 | 18482511 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 F16E27PJAR22 DELCO - TBC2 Commercial Invoice Number: Customer Reference: 10608 POItm: | 705339960 1 | 10/04/2005 | 1,600 | 4.720 | 7,552.00 USD |

**TOTAL**    7,552.00 USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.



**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512069217
## Invoice Date: 10/03/2005

REPRINT
Page 1 of 1
10/13/2005
09:38:11

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (JIT SERVICES)
DELPHI AUTOMOTIVE SYSTEMS
JIT CONSIGNMENT
PO Box 9005
KOKOMO IN 46904-9005
USA

**SHIP TO**   129514
JIT SERVICES OF INDIANA INC
5150 W 76TH ST
INDIANAPOLIS IN 46268
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012, Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 147620-DELPHI DELCO (JIT SERVICES) | 111627 | 147620 | 147620-DELPHI DELCO (JIT SERVICES) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 0550044541 | | 3,200.000 G | 0 | 18474042 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9387471 | | | | | |
| F16E88PJAR11 | 705329987 | 10/03/2005 | 3,200 | 8 040 | 25,728 00 USD |
| DELCO - TBC3 | | | | | |
| Commercial Invoice Number: | | | | | |
| Customer Reference: J278887 | | | | | |
| POItm: | 001 | | | | |

**TOTAL**          25,728.00 USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512069218
## Invoice Date: 10/03/2005

REPRINT
Page 1 of 1
10/13/2005
09:38:22

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| | |
|---|---|
| **BILL TO** | DELPHI DELCO (JII SERVICES)<br>DELPHI AUTOMOTIVE SYSTEMS<br>JIT CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN 46904-9005<br>USA | **SHIP TO** 129514<br>JIT SERVICES OF INDIANA INC<br>5150 W 76TH ST<br>INDIANAPOLIS IN 46268<br>USA |

**REMIT TO:**   For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 147620-DELPHI DELCO (JII SERVICES) | 111627 | 147620 | 147620-DELPHI DELCO (JII SERVICES) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 0550043152 | | 3,200.000 G | 0 | 18474043 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860<br>F16E27PJAR22<br>DELCO - TBC2<br>Commercial Invoice Number:<br>Customer Reference: J278888<br>POItm: | 705330337<br><br><br><br><br>001 | 10/03/2005 | 3,200 | 4.720 | 15,104.00 USD |

| | | | | **TOTAL** | **15,104.00 USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 512069219
## Invoice Date: 10/03/2005

REPRINT
Page 1 of 1
10/13/2005
09:38:34

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | |
|---|---|---|---|
| DELPHI DELCO (JIT SERVICES)<br>DELPHI AUTOMOTIVE SYSTEMS<br>JIT CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN 46904-9005<br>USA | | 129514<br>JIT SERVICES OF INDIANA INC<br>5150 W 76TH ST<br>INDIANAPOLIS IN 46268<br>USA | |

**REMIT TO:** For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER<br>147620-DELPHI DELCO (JIT SERVICES) | ALT. PAYER<br>111627 | BILL TO<br>147620 | SOLD TO<br>147620-DELPHI DELCO (JIT SERVICES) | | |
|---|---|---|---|---|---|
| PURCHASE ORDER NUMBER<br>0550043152 | WAYBILL | | WEIGHT<br>800.000 G | # BOXES<br>0 | SALES ORDER<br>18474044 |
| CARRIER<br>CENTRAL TRANSPORT INC | END CUSTOMER | | | TAX EXEMPTION NUMBER | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860<br>F16E27PJAR22<br>DELCO - TBC2<br>Commercial Invoice Number:<br>Customer Reference: J278889<br>POItm: | 705330414<br><br><br><br><br>001 | 10/03/2005 | 800 | 4.720 | 3,776.00 USD |

|  |  | **TOTAL** | **3,776.00 USD** |
|---|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.



**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512069220
## Invoice Date: 10/03/2005

REPRINT
Page 1 of 1
10/13/2005
09:38:45

Refer all questions related to payment to:
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | |
|---|---|---|---|
| | DELPHI DELCO (JII SERVICES)<br>DELPHI AUTOMOTIVE SYSTEMS<br>JIT CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN 46904-9005<br>USA | | 129514<br>JIT SERVICES OF INDIANA INC<br>5150 W 76TH ST<br>INDIANAPOLIS IN 46268<br>USA |

| REMIT TO: | For Bank Wire Transfer send to:<br>Texas Instruments, c/o Bank of America<br>901 Main Street, Dallas, TX 75202<br>ABA 111000012,  Bank Acct 1254802152 | All prices are quoted in USD<br><br>**Terms of Delivery**<br>FCA SHIPPING POINT<br><br>**Terms of Payment**<br>2nd Day of 2nd Month<br>Up to 12/02/2005 without deduction |
|---|---|---|

| PAYER<br>147620-DELPHI DELCO (JII SERVICES) | ALT. PAYER<br>111627 | BILL TO<br>147620 | SOLD TO<br>147620-DELPHI DELCO (JII SERVICES) | |
|---|---|---|---|---|
| PURCHASE ORDER NUMBER<br>0550044541 | WAYBILL | | WEIGHT<br>9,600.000 G | # BOXES<br>0 | SALES ORDER<br>18474041 |
| CARRIER<br>CENTRAL TRANSPORT INC | END CUSTOMER | | TAX EXEMPTION NUMBER | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9387471<br>F16E88PJAR11<br>DELCO - TBC3<br>Commercial Invoice Number:<br>Customer Reference: J278886<br>POItm: | 705330822<br><br><br><br><br>001 | 10/03/2005 | 9,600 | 8.040 | 77,184 00 USD |
| | | | | **TOTAL** | 77,184.00  USD |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
## 512069221
### Invoice Date: 10/04/2005

REPRINT
Page 1 of 1
10/13/2005
09:38:56

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | |
|---|---|---|---|
| DELPHI DELCO (JIT SERVICES) | | 129514 | |
| DELPHI AUTOMOTIVE SYSTEMS | | JIT SERVICES OF INDIANA INC | |
| JIT CONSIGNMENT | | 5150 W 76TH ST | |
| PO Box 9005 | | INDIANAPOLIS IN  46268 | |
| KOKOMO IN  46904-9005 | | USA | |
| USA | | | |

| REMIT TO: | For Bank Wire Transfer send to:<br>Texas Instruments, c/o Bank of America<br>901 Main Street,  Dallas, TX 75202<br>ABA 111000012,  Bank Acct 1254802152 | All prices are quoted in USD.<br><br>**Terms of Delivery**<br>FCA SHIPPING POINT<br><br>**Terms of Payment**<br>2nd Day of 2nd Month<br>Up to 12/02/2005 without deduction |
|---|---|---|

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 147620-DELPHI DELCO (JIT SERVICES) | 111627 | 147620 | 147620-DELPHI DELCO (JIT SERVICES) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550060357 | | 800.000 G | 0 | 18476756 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number          Delivery #    Date Shipped<br>Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9401292 / -<br>OMAP5903PDVR          705337453  10/04/2005<br>OMAP 208 PIN LQFP  Tape and Reel<br>Commercial Invoice Number:<br>Customer Reference: J279050<br>POItm:                           001 | 800 | 5.370 | 4,296 00 USD |

| | TOTAL | 4,296.00  USD |
|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX  75266
USA
Ph : (972)995-2011

# INVOICE
# 512069222
## Invoice Date: 10/04/2005

REPRINT
Page 1 of 1
10/13/2005
09:39:08

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (JII SERVICES)
DELPHI AUTOMOTIVE SYSTEMS
JIT CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    129514
JIT SERVICES OF INDIANA INC
5150 W 76TH ST
INDIANAPOLIS IN  46268
USA

**REMIT TO:**   For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER 147620-DELPHI DELCO (JII SERVICES) | ALT. PAYER 111627 | BILL TO 147620 | SOLD TO 147620-DELPHI DELCO (JII SERVICES) | | |
|---|---|---|---|---|---|
| PURCHASE ORDER NUMBER 0550045531 | WAYBILL | | WEIGHT 2,000.000 G | # BOXES 0 | SALES ORDER 18476755 |
| CARRIER CENTRAL TRANSPORT INC | END CUSTOMER | | | TAX EXEMPTION NUMBER | |

| Customer Part Number / Revision TI Part Number      Delivery #   Date Shipped Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9355022 SN104691DBR          705337614 10/04/2005 DELCO TPIC44L01 Commercial Invoice Number: Customer Reference: J279049 POItm:               001 | 2,000 | 0 610 | 1,220 00 USD |

| | **TOTAL** | | **1,220.00  USD** |
|---|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 512069223
## Invoice Date: 10/04/2005

REPRINT
Page 1 of 1
10/13/2005
09:39:20

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | SHIP TO |
|---|---|
| DELPHI DELCO (JIT SERVICES)<br>DELPHI AUTOMOTIVE SYSTEMS<br>JIT CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN  46904-9005<br>USA | 129514<br>JIT SERVICES OF INDIANA INC<br>5150 W 76TH ST<br>INDIANAPOLIS IN  46268<br>USA |

| REMIT TO: | For Bank Wire Transfer send to:<br>Texas Instruments, c/o Bank of America<br>901 Main Street,  Dallas, TX 75202<br>ABA 111000012,   Bank Acct 1254802152 | All prices are quoted in USD<br><br>**Terms of Delivery**<br>FCA SHIPPING POINT<br><br>**Terms of Payment**<br>2nd Day of 2nd Month<br>Up to 12/02/2005 without deduction |
|---|---|---|

| PAYER<br>147620-DELPHI DELCO (JIT SERVICES) | ALT. PAYER<br>111627 | BILL TO<br>147620 | SOLD TO<br>147620-DELPHI DELCO (JIT SERVICES) | | |
|---|---|---|---|---|---|
| PURCHASE ORDER NUMBER<br>0550045531 | WAYBILL | | WEIGHT<br>2,000.000 G | # BOXES<br>0 | SALES ORDER<br>18481712 |
| CARRIER<br>CENTRAL TRANSPORT INC | END CUSTOMER | | | TAX EXEMPTION NUMBER | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9355022<br>SN104691DBR<br>DELCO TPIC44L01<br>Commercial Invoice Number:<br>Customer Reference: J279175<br>POItm:          001 | 705337624 | 10/04/2005 | 2,000 | 0.610 | 1,220 00 USD |

|  |  | **TOTAL** | **1,220.00 USD** |
|---|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div  issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 512069224
## Invoice Date: 10/04/2005

REPRINT
Page 1 of 1
10/13/2005
09:39:32

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | |
|---|---|---|---|
| | DELPHI DELCO (JII SERVICES)<br>DELPHI AUTOMOTIVE SYSTEMS<br>JIT CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN 46904-9005<br>USA | | 129514<br>JIT SERVICES OF INDIANA INC<br>5150 W 76TH ST<br>INDIANAPOLIS IN 46268<br>USA |

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 147620-DELPHI DELCO (JII SERVICES) | 111627 | 147620 | 147620-DELPHI DELCO (JII SERVICES) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 0550045531 | | 10,000.000 G | 0 | 18481797 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9355022<br>SN104691DBR<br>DELCO TPIC44L01<br>Commercial Invoice Number:<br>Customer Reference: J279305<br>POItm: | 705338434<br><br><br><br><br>001 | 10/04/2005 | 10,000 | 0.610 | 6,100.00 USD |

| | | | **TOTAL** | | **6,100.00  USD** |
|---|---|---|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

**INVOICE
512069225
Invoice Date: 10/04/2005**

REPRINT
Page 1 of 1
10/13/2005
09:39:45

Refer all questions related to payment to:
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (JIT SERVICES)
DELPHI AUTOMOTIVE SYSTEMS
JIT CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    129514
JIT SERVICES OF INDIANA INC
5150 W 76TH ST
INDIANAPOLIS IN  46268
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 147620-DELPHI DELCO (JIT SERVICES) | 111627 | 147620 | 147620-DELPHI DELCO (JIT SERVICES) | |
| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
| 0550044541 | | 9,600.000 G | 0 | 18481802 |
| CARRIER | END CUSTOMER | | TAX EXEMPTION NUMBER | |
| CENTRAL TRANSPORT INC | | | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9387471 F16E88PJAR11 DELCO - TBC3 | 705340026 | 10/04/2005 | 9,600 | 8.040 | 77,184.00 USD |
| Commercial Invoice Number: Customer Reference: J279424 POItm: | 001 | | | | |

| | | |
|---|---|---|
| | **TOTAL** | 77,184.00 USD |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.



**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# CREDIT MEMO
# 512081310
## Invoice Date: 10/05/2005

REPRINT
Page 1 of 1
10/13/2005
09:39:59

| BILL TO | SHIP TO |
|---------|---------|
| DELPHI<br>ACCOUNTS PAYBABLE DEPT<br>M/S A-241<br>PO Box 6129<br>KOKOMO IN  46904-6129<br>USA | 117067<br>DELPHI DELCO ELECTRONICS SYSTEM<br>DA01 PLANT 1,6,7,8,9<br>2033 E BLVD<br>KOKOMO IN  46904<br>USA |

All prices are quoted in USD.

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924
Email: bryson@ti.com

| PAYER<br>111627-DELPHI DELCO ELECTRONICS | ALT PAYER | BILL TO<br>112396 | SOLD TO<br>111627-DELPHI DELCO ELECTRONICS |
|---|---|---|---|
| PURCHASE ORDER NUMBER<br>0450089598 | | LETTER OF CREDIT | SALES ORDER<br>18149090 |
| REFERENCE DOCUMENT<br>42203564 | | END CUSTOMER | TAX EXEMPTION NUMBER |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9352039<br>S1085017NM<br>HVAC / PRISM<br>0450089598<br>re doc# 42203564 dm# not provided-qty-400 | 400 | 6.770 | 2,708 00 USD |
| **TOTAL** | | | **2,708.00  USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div  issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 512081759
## Invoice Date: 10/05/2005

Page 1 of 1
10/13/2005
09:40:11

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI
ACCOUNTS PAYBABLE DEPT
M/S A-241
PO Box 6129
KOKOMO IN 46904-6129
USA

**SHIP TO**    133995
DELPHI DELCO ELECTRONICS SYSTEMS
DAHQ DDE PROTO PARTS JUAREZ PJZ0
BLDG. B, DOCK 87 & 88
48 WALTER JONES BLVD
EL PASO TX 79906
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 111627-DELPHI DELCO ELECTRONICS | | 112396 | 111627-DELPHI DELCO ELECTRONICS |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 0450149289 | 1087657 | 19.000 G | 1 | 18470759 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| BURLINGTON AIR EXPRESS INC | | |

| Customer Part Number / Revision TI Part Number    Delivery #    Date Shipped Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| TMX470PLF111PGEA    705347641 10/05/2005 DRACO - DELPHI | 19 | 7.320 | 139 08 USD |

Commercial Invoice Number:    512081109

THE TEXAS INSTRUMENT P/N LISTED BELOW IS CONSIDERED EXPERIMENTAL/PROTOTYPE PRODUCT. THE CUSTOMER UNDERSTANDS THIS PRODUCT IS EXPERIMENTAL/PROTOTYPE AND THAT THE FOLLOWING DISCLAIMER APPLIES AND WILL BE ON PACK LISTS FOR THIS PRODUCT SHIPPED FROM TEXAS INSTRUMENTS:

"THE ABOVE DEVICES ARE EXPERIMENTAL/PROTOTYPE OR HAVE NOT BEEN FULLY CHARACTERIZED AND SPECIFICATIONS ARE PRELIMINARY & SUBJECT TO CHANGE. NOT WITHSTANDING ANY PROVISIONS TO THE CONTRARY ON THE REVERSE SIDE HEREOF, TI MAKES NO WARRANTY,EITHER EXPRESSED,IMPLIED OR STATUTORY(INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A SPECIFIC PURPOSE)AS TO DEVICES,OR THAT A FINAL PRODUCTION VERSION WILL BE SOLD "

**TOTAL**                           **139.08 USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.



**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512081765
## Invoice Date: 10/04/2005

Page 1 of 1
10/13/2005
09:40:21

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | | |
| PURCHASE ORDER NUMBER | | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
| 550040654 | | | 3,200.000 G | 0 | 18483286 |
| CARRIER | | END CUSTOMER | | TAX EXEMPTION NUMBER | |
| CENTRAL TRANSPORT INC | | | | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 F16E27PJAR22 DELCO - TBC2 Commercial Invoice Number: Customer Reference: 10610 POItm: | 705338576 | 10/04/2005 | 3,200 | 4.720 | 15,104.00 USD |
| | 1 | | | | |

**TOTAL**        15,104.00  USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div  issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse hereof) apply unless the parties have executed an overriding agreement.


**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512081766
# Invoice Date: 10/04/2005

Page 1 of 1
10/13/2005
09:40:29

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | SHIP TO |
|---|---|
| DELPHI DELCO (SPAN/REYN)<br>DELPHI AUTOMOTIVE SYSTEMS<br>REYNOSA CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN  46904-9005<br>USA | 141789<br>DELPHI DELCO ELECTRONICS SYSTEMS<br>C/O SPAN INTERNATIONAL<br>702 JOAQUIN CAVAZOS RD<br>LOS INDIOS TX  78567<br>USA |

| REMIT TO: | For Bank Wire Transfer send to:<br>Texas Instruments, c/o Bank of America<br>901 Main Street, Dallas, TX 75202<br>ABA 111000012,  Bank Acct 1254802152 | All prices are quoted in USD.<br><br>**Terms of Delivery**<br>FCA SHIPPING POINT<br><br>**Terms of Payment**<br>2nd Day of 2nd Month<br>Up to 12/02/2005 without deduction |
|---|---|---|

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550045805 | | 500.000 G | 0 | 18482312 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number          Delivery #     Date Shipped<br>Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001<br>TMS320VC5416PGER16     705339733  10/04/2005<br>TMS320VC5416PGE160 144 TQFP tape & reel<br>Commercial Invoice Number:<br>Customer Reference: 10609<br>POItm:                              1 | 500 | 7 500 | 3,750.00 USD |
| | | **TOTAL** | **3,750.00  USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.



**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512081767
# Invoice Date: 10/04/2005

Page 1 of 1
10/13/2005
09:40:38

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| | |
|---|---|
| **BILL TO** | DELPHI DELCO (SPAN/REYN)<br>DELPHI AUTOMOTIVE SYSTEMS<br>REYNOSA CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN  46904-9005<br>USA |
| **SHIP TO** | 141789<br>DELPHI DELCO ELECTRONICS SYSTEMS<br>C/O SPAN INTERNATIONAL<br>702 JOAQUIN CAVAZOS RD<br>LOS INDIOS TX  78567<br>USA |

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550040654 | | 400.000 G | 0 | 18483285 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9387471<br>F16E88PJAR11<br>DELCO - TBC3<br>Commercial Invoice Number:<br>Customer Reference: 10611<br>POItm: | 705340363<br><br><br><br><br>1 | 10/04/2005 | 400 | 8 040 | 3,216 00 USD |

|  | **TOTAL** | **3,216.00  USD** |
|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512081768
## Invoice Date: 10/04/2005

Page 1 of 1
10/13/2005
09:40:47

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550041959 | | 500.000 G | 0 | 18482808 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number    Delivery #    Date Shipped Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001<br>TMS320VC5416PGER16    705340673 10/04/2005<br>TMS320VC5416PGE160 144 TQFP tape & reel<br>Commercial Invoice Number:<br>Customer Reference: 10612<br>POItm:                   1 | 500 | 7 500 | 3,750.00 USD |

**TOTAL**                                 **3,750.00 USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 512081769
## Invoice Date: 10/05/2005

Page 1 of 1
10/13/2005
09:40:56

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**

DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

| REMIT TO: | For Bank Wire Transfer send to:<br>Texas Instruments, c/o Bank of America<br>901 Main Street,  Dallas, TX 75202<br>ABA 111000012,  Bank Acct 1254802152 | All prices are quoted in USD.<br><br>**Terms of Delivery**<br>FCA SHIPPING POINT<br><br>**Terms of Payment**<br>2nd Day of 2nd Month<br>Up to 12/02/2005 without deduction |
|---|---|---|

| PAYER<br>112197-DELPHI DELCO (SPAN/REYN) | ALT. PAYER<br>111627 | BILL TO<br>112197 | SOLD TO<br>112197-DELPHI DELCO (SPAN/REYN) | |
|---|---|---|---|---|
| PURCHASE ORDER NUMBER<br>550043221 | WAYBILL | | WEIGHT<br>2,000.000 G | # BOXES<br>0 | SALES ORDER<br>18484257 |
| CARRIER<br>CENTRAL TRANSPORT INC | END CUSTOMER | | TAX EXEMPTION NUMBER | |

| Customer Part Number / Revision<br>TI Part Number          Delivery #    Date Shipped<br>Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 28005509 / A<br>SN74LV4051ATDWRDL    705335646 10/05/2005<br>Delphi -ANALOG MULTIPLEXER/DEMULTIPLEXER<br>Commercial Invoice Number:<br>Customer Reference: 10614<br>POItm:                            1 | 2,000 | 0.200 | 400 00 USD |
| **TOTAL** | | | **400.00 USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph.: (972)995-2011

# INVOICE
# 512081770
## Invoice Date: 10/05/2005

Page 1 of 1
10/13/2005
09:41:05

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | | |
| PURCHASE ORDER NUMBER 550045805 | WAYBILL | WEIGHT 1,000.000 G | # BOXES 0 | SALES ORDER 18482336 | |
| CARRIER CENTRAL TRANSPORT INC | END CUSTOMER | | TAX EXEMPTION NUMBER | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9397407001 TMS320VC5416PGER16 TMS320VC5416PGE160 144 TQFP tape & reel Commercial Invoice Number: Customer Reference: 10616 POItm: | 705340465 1 | 10/05/2005 | 1,000 | 7.500 | 7,500.00 USD |

|  |  | **TOTAL** | | | **7,500.00  USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512081771
# Invoice Date: 10/05/2005

Page 1 of 1
10/13/2005
09:41:14

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**   141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012, Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | | |
| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | | # BOXES | SALES ORDER |
| 550043221 | | 2,000.000 G | | 0 | 18484255 |
| CARRIER | END CUSTOMER | | | TAX EXEMPTION NUMBER | |
| CENTRAL TRANSPORT INC | | | | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9355022 SN104691DBR DELCO TPIC44L01 Commercial Invoice Number: Customer Reference: 10613 POItm: | 705340854  1 | 10/05/2005 | 2,000 | 0 610 | 1,220.00 USD |

TOTAL                1,220.00 USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.



**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
## 512081772
## Invoice Date: 10/05/2005

Page 1 of 1
10/13/2005
09:41:22

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550040654 | | 1,600.000 G | 0 | 18484256 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number  Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 | | | | | |
| F16E27PJAR22 | 705342038 | 10/05/2005 | 1,600 | 4.720 | 7,552.00 USD |
| DELCO - TBC2 | | | | | |
| Commercial Invoice Number: | | | | | |
| Customer Reference: 10615 | | | | | |
| POItm: | 1 | | | | |

**TOTAL**                                           7,552.00  USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
## 512081773
## Invoice Date: 10/05/2005

Page 1 of 1
10/13/2005
09:41:30

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**   141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | | |
| PURCHASE ORDER NUMBER<br>550049113 | WAYBILL | | WEIGHT<br>1,000.000 G | # BOXES<br>0 | SALES ORDER<br>18483490 |
| CARRIER<br>CENTRAL TRANSPORT INC | END CUSTOMER | | | TAX EXEMPTION NUMBER | |

| Customer Part Number / Revision<br>TI Part Number         Delivery #<br>Item Description | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|
| 28007570<br>TMS32VC5509AGHHRAU  705342948<br>320C5509A - 85C Ambient - C035<br>Commercial Invoice Number:<br>Customer Reference: 10620<br>POItm:                            1 | 10/05/2005 | 1,000 | 9.830 | 9,830.00 USD |
| | | | **TOTAL** | **9,830.00 USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div  issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512081774
# Invoice Date: 10/05/2005

Page 1 of 1
10/13/2005
09:41:39

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | | |
| PURCHASE ORDER NUMBER | WAYBILL | | WEIGHT | # BOXES | SALES ORDER |
| 550045805 | | | 500.000 G | 0 | 18483491 |
| CARRIER | END CUSTOMER | | | TAX EXEMPTION NUMBER | |
| CENTRAL TRANSPORT INC | | | | | |

| Customer Part Number / Revision TI Part Number        Delivery #     Date Shipped Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001<br>TMS320VC5416PGER16     705342949 10/05/2005<br>TMS320VC5416PGE160 144 TQFP tape & reel<br>Commercial Invoice Number:<br>Customer Reference: 10619<br>POItm:                        1 | 500 | 7.500 | 3,750 00 USD |
| **TOTAL** | | | 3,750.00 USD |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 512081775
## Invoice Date: 10/05/2005

Page 1 of 1
10/13/2005
09:41:48

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | | |
| **PURCHASE ORDER NUMBER** | **WAYBILL** | **WEIGHT** | **# BOXES** | **SALES ORDER** | |
| 550040654 | | 4,800.000 G | 0 | 18483489 | |
| **CARRIER** | **END CUSTOMER** | | **TAX EXEMPTION NUMBER** | | |
| CENTRAL TRANSPORT INC | | | | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 | | | | | |
| F16E27PJAR22 | 705343227 | 10/05/2005 | 4,800 | 4.720 | 22,656 00 USD |
| DELCO - TBC2 | | | | | |
| Commercial Invoice Number: | | | | | |
| Customer Reference: 10618 | | | | | |
| POItm: | 1 | | | | |

**TOTAL**                    22,656.00  USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 512081776
## Invoice Date: 10/05/2005

Page 1 of 1
10/13/2005
09:41:57

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| | |
|---|---|
| **BILL TO** | DELPHI DELCO (SPAN/REYN)<br>DELPHI AUTOMOTIVE SYSTEMS<br>REYNOSA CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN  46904-9005<br>USA | **SHIP TO** | 141789<br>DELPHI DELCO ELECTRONICS SYSTEMS<br>C/O SPAN INTERNATIONAL<br>702 JOAQUIN CAVAZOS RD<br>LOS INDIOS TX  78567<br>USA |

| **REMIT TO:** | For Bank Wire Transfer send to:<br>Texas Instruments, c/o Bank of America<br>901 Main Street, Dallas, TX 75202<br>ABA 111000012,  Bank Acct 1254802152 | All prices are quoted in USD.<br><br>**Terms of Delivery**<br>FCA SHIPPING POINT<br><br>**Terms of Payment**<br>2nd Day of 2nd Month<br>Up to 12/02/2005 without deduction |
|---|---|---|

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550041959 | | 1,000.000 G | 0 | 18483492 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number    Delivery #    Date Shipped<br>Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001<br>TMS320VC5416PGER16    705343460 10/05/2005<br>TMS320VC5416PGE160 144 TQFP tape & reel<br>Commercial Invoice Number:<br>Customer Reference: 10617<br>POItm:                1 | 1,000 | 7.500 | 7,500.00 USD |
| | | **TOTAL** | **7,500.00 USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 512081777
## Invoice Date: 10/05/2005

Page 1 of 1
10/13/2005
09:42:08

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550040654 | | 1,600.000 G | 0 | 18482951 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860<br>F16E27PJAR22<br>DELCO - TBC2<br>Commercial Invoice Number:<br>Customer Reference: 10621<br>POItm: | 705343519<br><br><br><br><br>1 | 10/05/2005 | 1,600 | 4 720 | 7,552 00 USD |

**TOTAL**      7,552.00  USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512081778
## Invoice Date: 10/05/2005

Page 1 of 1
10/13/2005
09:42:16

Refer all questions related to payment to:
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | |
|---|---|---|---|
| DELPHI DELCO (SPAN/REYN)<br>DELPHI AUTOMOTIVE SYSTEMS<br>REYNOSA CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN 46904-9005<br>USA | | 141789<br>DELPHI DELCO ELECTRONICS SYSTEMS<br>C/O SPAN INTERNATIONAL<br>702 JOAQUIN CAVAZOS RD<br>LOS INDIOS TX 78567<br>USA | |

| REMIT TO: | For Bank Wire Transfer send to:<br>Texas Instruments, c/o Bank of America<br>901 Main Street, Dallas, TX 75202<br>ABA 111000012,  Bank Acct 1254802152 | All prices are quoted in USD<br><br>**Terms of Delivery**<br>FCA SHIPPING POINT<br><br>**Terms of Payment**<br>2nd Day of 2nd Month<br>Up to 12/02/2005 without deduction |
|---|---|---|

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550078443 | | 400.000 G | 0 | 18486711 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 12243249002<br>S11F6014NM<br>HVAC3 2 1 code 14<br>Commercial Invoice Number:<br>Customer Reference: 10622<br>POItm: | 705345966<br><br><br><br><br>1 | 10/05/2005 | 400 | 8 110 | 3,244.00 USD |

| | | | TOTAL | | 3,244.00 USD |
|---|---|---|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph.: (972)995-2011

## INVOICE
## 512081779
## Invoice Date: 10/05/2005

Page 1 of 1
10/13/2005
09:42:25

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |
| **PURCHASE ORDER NUMBER** | **WAYBILL** | **WEIGHT** | **# BOXES** | **SALES ORDER** |
| 550040654 | | 1,600.000 G | 0 | 18487573 |
| **CARRIER** | **END CUSTOMER** | | **TAX EXEMPTION NUMBER** | |
| CENTRAL TRANSPORT INC | | | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 F16E27PJAR22 DELCO - TBC2 Commercial Invoice Number: Customer Reference: 10625 POItm: | 705346081      1 | 10/05/2005 | 1,600 | 4 720 | 7,552.00 USD |

| | | | TOTAL | | 7,552.00 USD |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 512081780
## Invoice Date: 10/05/2005

Page 1 of 1
10/13/2005
09:42:36

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | | |
| PURCHASE ORDER NUMBER | WAYBILL | | WEIGHT | # BOXES | SALES ORDER |
| 550040654 | | | 3,200.000 G | 0 | 18487588 |
| CARRIER | | END CUSTOMER | | TAX EXEMPTION NUMBER | |
| CENTRAL TRANSPORT INC | | | | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 F16E27PJAR22 DELCO - TBC2 Commercial Invoice Number: Customer Reference: 10627 POItm: | 705347056       1 | 10/05/2005 | 3,200 | 4.720 | 15,104.00 USD |

**TOTAL**                15,104.00  USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512081781
## Invoice Date: 10/05/2005

Page 1 of 1
10/13/2005
09:42:45

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | 141789 |
|---|---|---|---|
| DELPHI DELCO (SPAN/REYN) | | | DELPHI DELCO ELECTRONICS SYSTEMS |
| DELPHI AUTOMOTIVE SYSTEMS | | | C/O SPAN INTERNATIONAL |
| REYNOSA CONSIGNMENT | | | 702 JOAQUIN CAVAZOS RD |
| PO Box 9005 | | | LOS INDIOS TX 78567 |
| KOKOMO IN 46904-9005 | | | USA |
| USA | | | |

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012, Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | | |
| PURCHASE ORDER NUMBER 550069712 | WAYBILL | | WEIGHT 2,500.000 G | # BOXES 0 | SALES ORDER 18488020 |
| CARRIER CENTRAL TRANSPORT INC | END CUSTOMER | | | TAX EXEMPTION NUMBER | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 28015988 / A | | | | | |
| CD74HC4066MDRDL | 705347146 | 10/05/2005 | 2,500 | 0.080 | 200 00 USD |
| QUAD BILATERAL SWITCHES | | | | | |
| Commercial Invoice Number: | | | | | |
| Customer Reference: 10626 | | | | | |
| POItm: | 1 | | | | |

| | | | | TOTAL | 200.00 USD |
|---|---|---|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512081782
# Invoice Date: 10/05/2005

Page 1 of 1
10/13/2005
09:42:53

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | |
|---|---|---|---|
| DELPHI DELCO (SPAN/REYN) | | 141789 | |
| DELPHI AUTOMOTIVE SYSTEMS | | DELPHI DELCO ELECTRONICS SYSTEMS | |
| REYNOSA CONSIGNMENT | | C/O SPAN INTERNATIONAL | |
| PO Box 9005 | | 702 JOAQUIN CAVAZOS RD | |
| KOKOMO IN 46904-9005 | | LOS INDIOS TX 78567 | |
| USA | | USA | |

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012, Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | | |
| PURCHASE ORDER NUMBER | WAYBILL | | WEIGHT | # BOXES | SALES ORDER |
| 550040654 | | | 400.000 G | 0 | 18487571 |
| CARRIER | END CUSTOMER | | | TAX EXEMPTION NUMBER | |
| CENTRAL TRANSPORT INC | | | | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9387471 | | | | | |
| F16E88PJAR11 | 705347342 | 10/05/2005 | 400 | 8.040 | 3,216 00 USD |
| DELCO - TBC3 | | | | | |
| Commercial Invoice Number: | | | | | |
| Customer Reference: 10624 | | | | | |
| POItm: | 1 | | | | |

**TOTAL**                    **3,216.00  USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.