**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512067679
## Invoice Date: 10/03/2005

Page 1 of 1
10/13/2005
09:35:32

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550045805 | | 500.000 G | 0 | 18474846 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number    Delivery #    Date Shipped<br>Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001<br>TMS320VC5416PGER16    705329059  10/03/2005<br>TMS320VC5416PGE160 144 TQFP tape & reel<br>Commercial Invoice Number:<br>Customer Reference: 10593<br>POItm:                              1 | 500 | 7.500 | 3,750.00 USD |

**TOTAL**                3,750.00  USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512067680
## Invoice Date: 10/03/2005

Page 1 of 1
10/13/2005
09:35:42

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**

DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN 46904-9005
USA

**SHIP TO**  141789

DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX 78567
USA

**REMIT TO:**

For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550078442 | | 400.000 G | 0 | 18474844 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 12239507002 / A | | | | | |
| S11F6013NM | 705330144 | 10/03/2005 | 400 | 8 110 | 3,244.00 USD |
| HVAC 3 (2.1) | | | | | |
| Commercial Invoice Number: | | | | | |
| Customer Reference: 10594 | | | | | |
| POItm: | 1 | | | | |

**TOTAL**          3,244.00  USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.



**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512067681
# Invoice Date: 10/03/2005

Page 1 of 1
10/13/2005
09:35:50

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |
| PURCHASE ORDER NUMBER 550040654 | WAYBILL | WEIGHT 3,200.000 G | # BOXES 0 | SALES ORDER 18476260 |
| CARRIER CENTRAL TRANSPORT INC | END CUSTOMER | | TAX EXEMPTION NUMBER | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 F16E27PJAR22 DELCO - TBC2 Commercial Invoice Number: Customer Reference: 10595 POItm: | 705332019  1 | 10/03/2005 | 3,200 | 4.720 | 15,104 00 USD |

**TOTAL**          15,104.00  USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.



**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512067682
# Invoice Date: 10/04/2005

Page 1 of 1
10/13/2005
09:35:59

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550045805 | | 500.000 G | 0 | 18474163 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number    Delivery #    Date Shipped Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001 | | | |
| TMS320VC5416PGER16    705324793  10/04/2005 | 500 | 7.500 | 3,750.00 USD |
| TMS320VC5416PGE160 144 TQFP tape & reel | | | |
| Commercial Invoice Number: | | | |
| Customer Reference: 10596 | | | |
| POItm:                              1 | | | |

**TOTAL**             **3,750.00  USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
## 512067683
## Invoice Date: 10/04/2005

Page 1 of 1
10/13/2005
09:36:09

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**

DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**

141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**

For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550045805 | | 500.000 G | 0 | 18476280 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number   Delivery #   Date Shipped Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001 | | | |
| TMS320VC5416PGER16   705331596 10/04/2005 | 500 | 7 500 | 3,750 00 USD |
| TMS320VC5416PGE160 144 TQFP tape & reel | | | |
| Commercial Invoice Number: | | | |
| Customer Reference: 10599 | | | |
| POItm:                              1 | | | |
| | | | |
| **TOTAL** | | | **3,750 00 USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.



**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512067684
## Invoice Date: 10/04/2005

Page 1 of 1
10/13/2005
09:36:17

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550040654 | | 1,600.000 G | 0 | 18474160 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 | | | | | |
| F16E27PJAR22 | 705331944 | 10/04/2005 | 1,600 | 4 720 | 7,552 00 USD |
| DELCO - TBC2 | | | | | |
| Commercial Invoice Number: | | | | | |
| Customer Reference: 10598 | | | | | |
| POItm: | 1 | | | | |

**TOTAL**                7,552.00 USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512067685
## Invoice Date: 10/04/2005

Page 1 of 1
10/13/2005
09:36:27

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**
141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 12/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | | |
| PURCHASE ORDER NUMBER | WAYBILL | | WEIGHT | # BOXES | SALES ORDER |
| 550041959 | | | 500.000 G | 0 | 18474162 |
| CARRIER | END CUSTOMER | | | TAX EXEMPTION NUMBER | |
| CENTRAL TRANSPORT INC | | | | | |

| Customer Part Number / Revision TI Part Number     Delivery #     Date Shipped Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001 TMS320VC5416PGER16    705332629 10/04/2005 TMS320VC5416PGE160 144 TQFP tape & reel Commercial Invoice Number: Customer Reference: 10597 POItm:                1 | 500 | 7 500 | 3,750.00 USD |
| | | TOTAL | 3,750.00 USD |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511997200
# Invoice Date: 09/28/2005

Page 1 of 1
10/13/2005
10:13:42

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN 46904-9005
USA

**SHIP TO** 141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX 78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012, Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550040654 | | 4,800.000 G | 0 | 18447484 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 F16E27PJAR22 DELCO - TBC2 Commercial Invoice Number: Customer Reference: 10537 POItm: | 705283502  1 | 09/28/2005 | 4,800 | 4.720 | 22,656.00 USD |

**TOTAL** 22,656.00 USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511997201
# Invoice Date: 09/28/2005

Page 1 of 1
10/13/2005
10:13:51

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN 46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX 78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | | |
| **PURCHASE ORDER NUMBER** 550041959 | **WAYBILL** | **WEIGHT** 1,000.000 G | **# BOXES** 0 | | **SALES ORDER** 18452314 |
| **CARRIER** CENTRAL TRANSPORT INC | **END CUSTOMER** | | **TAX EXEMPTION NUMBER** | | |

| Customer Part Number / Revision TI Part Number    Delivery #    Date Shipped Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001 TMS320VC5416PGER16    705283708 09/28/2005 TMS320VC5416PGE160 144 TQFP tape & reel Commercial Invoice Number: Customer Reference: 10539 POItm:                1 | 1,000 | 7.500 | 7,500.00 USD |
| **TOTAL** | | | **7,500.00  USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof   TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511997202
## Invoice Date: 09/28/2005

Page 1 of 1
10/13/2005
10:13:59

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550043221 | | 2,000.000 G | 0 | 18453225 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9355022 SN104691DBR DELCO TPIC44L01 Commercial Invoice Number: Customer Reference: 10540 POItm: | 705286613  1 | 09/28/2005 | 2,000 | 0.610 | 1,220.00 USD |

**TOTAL**                    **1,220.00 USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 511997203
## Invoice Date: 09/28/2005

Page 1 of 1
10/13/2005
10:14:07

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**
141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550040654 | | 400.000 G | 0 | 18452569 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9387471 F16E88PJAR11 DELCO - TBC3 Commercial Invoice Number: Customer Reference: 10545 POItm:              1 | 705286640 | 09/28/2005 | 400 | 8 040 | 3,216.00 USD |

**TOTAL**        **3,216.00 USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div  issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511997204
# Invoice Date: 09/28/2005

Page 1 of 1
10/13/2005
10:14:13

Refer all questions related to payment to:
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | SHIP TO |
|---|---|
| DELPHI DELCO (SPAN/REYN)<br>DELPHI AUTOMOTIVE SYSTEMS<br>REYNOSA CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN  46904-9005<br>USA | 141789<br>DELPHI DELCO ELECTRONICS SYSTEMS<br>C/O SPAN INTERNATIONAL<br>702 JOAQUIN CAVAZOS RD<br>LOS INDIOS TX  78567<br>USA |

| REMIT TO: | |
|---|---|
| For Bank Wire Transfer send to:<br>Texas Instruments, c/o Bank of America<br>901 Main Street,  Dallas, TX 75202<br>ABA 111000012,   Bank Acct 1254802152 | All prices are quoted in USD.<br><br>**Terms of Delivery**<br>FCA SHIPPING POINT<br><br>**Terms of Payment**<br>2nd Day of 2nd Month<br>Up to 11/02/2005 without deduction |

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550045805 | | 500.000 G | 0 | 18452566 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number          Delivery #      Date Shipped<br>Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001<br>TMS320VC5416PGER16    705286728 09/28/2005<br>TMS320VC5416PGE160 144 TQFP tape & reel<br>Commercial Invoice Number:<br>Customer Reference: 10542<br>POItm:                             1 | 500 | 7.500 | 3,750.00 USD |

|  | **TOTAL** | | **3,750.00  USD** |
|---|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 511997205
## Invoice Date: 09/28/2005

Page 1 of 1
10/13/2005
10:14:21

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550043221 | | 2,500.000 G | 0 | 18452570 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9399649 / B MLA00271DR Low-Pwr BICMOS CUR-MODE PWM Commercial Invoice Number: Customer Reference: 10543 POItm: | 705286763  1 | 09/28/2005 | 2,500 | 1.190 | 2,975.00 USD |

**TOTAL**                    **2,975.00  USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511997206
# Invoice Date: 09/28/2005

Page 1 of 1
10/13/2005
10:14:28

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN 46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX 78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550040654 | | 1,600.000 G | 0 | 18452568 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 F16E27PJAR22 DELCO - TBC2 Commercial Invoice Number: Customer Reference: 10544 POItm: | 705287066 1 | 09/28/2005 | 1,600 | 4.720 | 7,552.00 USD |

**TOTAL**        **7,552.00  USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 511998737
## Invoice Date: 09/28/2005

REPRINT
Page 1 of 1
10/13/2005
09:24:02

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | |
|---|---|---|---|
| DELPHI DELCO (JIT SERVICES)<br>DELPHI AUTOMOTIVE SYSTEMS<br>JIT CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN  46904-9005<br>USA | | 129514<br>JIT SERVICES OF INDIANA INC<br>5150 W 76TH ST<br>INDIANAPOLIS IN  46268<br>USA | |

| REMIT TO: | For Bank Wire Transfer send to:<br>Texas Instruments, c/o Bank of America<br>901 Main Street,  Dallas, TX 75202<br>ABA 111000012,   Bank Acct 1254802152 | All prices are quoted in USD.<br><br>**Terms of Delivery**<br>FCA SHIPPING POINT<br><br>**Terms of Payment**<br>2nd Day of 2nd Month<br>Up to 11/02/2005 without deduction |
|---|---|---|

| PAYER<br>147620-DELPHI DELCO (JIT SERVICES) | ALT. PAYER<br>111627 | BILL TO<br>147620 | SOLD TO<br>147620-DELPHI DELCO (JIT SERVICES) | |
|---|---|---|---|---|
| PURCHASE ORDER NUMBER<br>0550045531 | WAYBILL | | WEIGHT<br>2,000.000 G | # BOXES<br>0 | SALES ORDER<br>18452202 |
| CARRIER<br>CENTRAL TRANSPORT INC | END CUSTOMER | | TAX EXEMPTION NUMBER | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9355022<br>SN104691DBR<br>DELCO TPIC44L01<br>Commercial Invoice Number:<br>Customer Reference: J276456<br>POItm:                                001 | 705283058 | 09/28/2005 | 2,000 | 0.610 | 1,220.00 USD |

|  |  | TOTAL | | | 1,220.00 USD |
|---|---|---|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511998740
## Invoice Date: 09/28/2005

REPRINT
Page 1 of 1
10/13/2005
09:10:16

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| | |
|---|---|
| **BILL TO** | DELPHI DELCO (JIT SERVICES)<br>DELPHI AUTOMOTIVE SYSTEMS<br>JIT CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN 46904-9005<br>USA | **SHIP TO** 129514<br>JIT SERVICES OF INDIANA INC<br>5150 W 76TH ST<br>INDIANAPOLIS IN 46268<br>USA |

| | |
|---|---|
| **REMIT TO:** | For Bank Wire Transfer send to:<br>Texas Instruments, c/o Bank of America<br>901 Main Street, Dallas, TX 75202<br>ABA 111000012,  Bank Acct 1254802152 | All prices are quoted in USD<br><br>**Terms of Delivery**<br>FCA SHIPPING POINT<br><br>**Terms of Payment**<br>2nd Day of 2nd Month<br>Up to 11/02/2005 without deduction |

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 147620-DELPHI DELCO (JIT SERVICES) | 111627 | 147620 | 147620-DELPHI DELCO (JIT SERVICES) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 0550045531 | | 2,000.000 G | 0 | 18453024 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9355022<br>SN104691DBR<br>DELCO TPIC44L01<br>Commercial Invoice Number:<br>Customer Reference: J276664<br>POItm: | 705283284<br><br><br><br><br>001 | 09/28/2005 | 2,000 | 0.610 | 1,220.00 USD |

| | | | | | |
|---|---|---|---|---|---|
| | | | **TOTAL** | | **1,220.00  USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 511998743
## Invoice Date: 09/28/2005

REPRINT
Page 1 of 1
10/13/2005
09:10:33

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (JIT SERVICES)
DELPHI AUTOMOTIVE SYSTEMS
JIT CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    129514
JIT SERVICES OF INDIANA INC
5150 W 76TH ST
INDIANAPOLIS IN  46268
USA

**REMIT TO:**   For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 147620-DELPHI DELCO (JIT SERVICES) | 111627 | 147620 | 147620-DELPHI DELCO (JIT SERVICES) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 0550039061 | | 30,000.000 G | 0 | 18452203 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 16137372 / A SN103752DR Delphi Mass Air Meter Commercial Invoice Number: Customer Reference: J276457 POItm: | 705285031  001 | 09/28/2005 | 30,000 | 0 990 | 29,700 00 USD |

**TOTAL**        **29,700.00 USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
## 511998746
## Invoice Date: 09/28/2005

REPRINT
Page 1 of 1
10/13/2005
09:10:47

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | SHIP TO |
|---|---|
| DELPHI DELCO (JII SERVICES)<br>DELPHI AUTOMOTIVE SYSTEMS<br>JIT CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN 46904-9005<br>USA | 129514<br>JIT SERVICES OF INDIANA INC<br>5150 W 76TH ST<br>INDIANAPOLIS IN 46268<br>USA |

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012, Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 147620-DELPHI DELCO (JII SERVICES) | 111627 | 147620 | 147620-DELPHI DELCO (JIT SERVICES) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 0550044541 | | 14,400.000 G | 0 | 18453458 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9387471<br>F16E88PJAR11<br>DELCO - TBC3<br>Commercial Invoice Number:<br>Customer Reference: J276959<br>POItm: | 705285746<br><br><br><br><br>001 | 09/28/2005 | 14,400 | 8 040 | 115,776.00 USD |

| | TOTAL | 115,776.00 USD |
|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 511998748
## Invoice Date: 09/28/2005

REPRINT
Page 1 of 1
10/13/2005
09:11:00

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (JIT SERVICES)
DELPHI AUTOMOTIVE SYSTEMS
JIT CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**
129514
JIT SERVICES OF INDIANA INC
5150 W 76TH ST
INDIANAPOLIS IN  46268
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 147620-DELPHI DELCO (JIT SERVICES) | 111627 | 147620 | 147620-DELPHI DELCO (JIT SERVICES) | | |
| **PURCHASE ORDER NUMBER** 0550043152 | **WAYBILL** | | **WEIGHT** 6,400.000 G | **# BOXES** 0 | **SALES ORDER** 18453459 |
| **CARRIER** CENTRAL TRANSPORT INC | **END CUSTOMER** | | | **TAX EXEMPTION NUMBER** | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 F16E27PJAR22 DELCO - TBC2 Commercial Invoice Number: Customer Reference: J276960 POItm: | 705287111 <br> <br> <br> <br> 001 | 09/28/2005 | 6,400 | 4.720 | 30,208.00 USD |

| | | | | **TOTAL** | **30,208.00  USD** |
|---|---|---|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511998751
# Invoice Date: 09/28/2005

REPRINT
Page 1 of 1
10/13/2005
09:11:14

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | |
|---|---|---|---|
| DELPHI DELCO (JIT SERVICES) DELPHI AUTOMOTIVE SYSTEMS JIT CONSIGNMENT PO Box 9005 KOKOMO IN 46904-9005 USA | | 129514 JIT SERVICES OF INDIANA INC 5150 W 76TH ST INDIANAPOLIS IN 46268 USA | |

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012, Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 147620-DELPHI DELCO (JIT SERVICES) | 111627 | 147620 | 147620-DELPHI DELCO (JIT SERVICES) | | |
| PURCHASE ORDER NUMBER 0550045531 | WAYBILL | | WEIGHT 2,000.000 G | # BOXES 0 | SALES ORDER 18453451 |
| CARRIER CENTRAL TRANSPORT INC | END CUSTOMER | | | TAX EXEMPTION NUMBER | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9355022 SN104691DBR DELCO TPIC44L01 Commercial Invoice Number: Customer Reference: J276798 POItm: | 705287633    001 | 09/28/2005 | 2,000 | 0.610 | 1,220.00 USD |

|  |  |  |  | **TOTAL** | **1,220.00 USD** |
|---|---|---|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512012482
## Invoice Date: 09/28/2005

Page 1 of 1
10/13/2005
09:11:32

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN 46904-9005
USA

**SHIP TO**   141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX 78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | | |
| **PURCHASE ORDER NUMBER** 550045805 | **WAYBILL** | | **WEIGHT** 500.000 G | **# BOXES** 0 | **SALES ORDER** 18453635 |
| **CARRIER** CENTRAL TRANSPORT INC | **END CUSTOMER** | | | **TAX EXEMPTION NUMBER** | |

| Customer Part Number / Revision TI Part Number    Delivery #   Item Description | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|
| 9394448001 / - TMS320VC5402PGER10    705285859 Tape & Reel Version of 5402PGE100 Commercial Invoice Number: Customer Reference: 10546 POItm:                     1 | 09/28/2005 | 500 | 4.200 | 2,100.00 USD |

**TOTAL**                     **2,100.00 USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512012484
# Invoice Date: 09/28/2005

Page 1 of 1
10/13/2005
09:11:42

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| | | | |
|---|---|---|---|
| **BILL TO** | DELPHI DELCO (SPAN/REYN)<br>DELPHI AUTOMOTIVE SYSTEMS<br>REYNOSA CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN  46904-9005<br>USA | **SHIP TO** | 141789<br>DELPHI DELCO ELECTRONICS SYSTEMS<br>C/O SPAN INTERNATIONAL<br>702 JOAQUIN CAVAZOS RD<br>LOS INDIOS TX  78567<br>USA |

| | | |
|---|---|---|
| **REMIT TO:** | For Bank Wire Transfer send to:<br>Texas Instruments, c/o Bank of America<br>901 Main Street,  Dallas, TX 75202<br>ABA 111000012,   Bank Acct 1254802152 | All prices are quoted in USD<br><br>**Terms of Delivery**<br>FCA SHIPPING POINT<br><br>**Terms of Payment**<br>2nd Day of 2nd Month<br>Up to 11/02/2005 without deduction |

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |
| **PURCHASE ORDER NUMBER** | **WAYBILL** | | **WEIGHT** | **# BOXES** | **SALES ORDER** |
| 550045805 | | | 1,000.000 G | 0 | 18453636 |
| **CARRIER** | **END CUSTOMER** | | | **TAX EXEMPTION NUMBER** | |
| CENTRAL TRANSPORT INC | | | | | |

| Customer Part Number / Revision<br>TI Part Number          Delivery #   Date Shipped<br>Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001<br>TMS320VC5416PGER16    705287707 09/28/2005<br>TMS320VC5416PGE160 144 TQFP tape & reel<br>Commercial Invoice Number:<br>Customer Reference: 10547<br>POItm:                      1 | 1,000 | 7.500 | 7,500.00 USD |
| | **TOTAL** | | **7,500.00 USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
## 512012485
## Invoice Date: 09/28/2005

Page 1 of 1
10/13/2005
09:11:52

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | |
|---|---|---|---|
| DELPHI DELCO (SPAN/REYN) | | 141789 | |
| DELPHI AUTOMOTIVE SYSTEMS | | DELPHI DELCO ELECTRONICS SYSTEMS | |
| REYNOSA CONSIGNMENT | | C/O SPAN INTERNATIONAL | |
| PO Box 9005 | | 702 JOAQUIN CAVAZOS RD | |
| KOKOMO IN 46904-9005 | | LOS INDIOS TX 78567 | |
| USA | | USA | |

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012, Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550040654 | | 3,200.000 G | 0 | 18454707 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 F16E27PJAR22 DELCO - TBC2 Commercial Invoice Number: Customer Reference: 10548 POItm: | 705288490 1 | 09/28/2005 | 3,200 | 4.720 | 15,104.00 USD |

|  |  | **TOTAL** | | | 15,104.00 USD |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512012487
# Invoice Date: 09/29/2005

Page 1 of 1
10/13/2005
09:12:03

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**

DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789

DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**

For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550045805 | | 1,000.000 G | 0 | 18457117 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9397407001 | | | | | |
| TMS320VC5416PGER16 | 705289188 | 09/29/2005 | 1,000 | 7.500 | 7,500 00 USD |
| TMS320VC5416PGE160 144 TQFP tape & reel | | | | | |
| Commercial Invoice Number: | | | | | |
| Customer Reference: 10550 | | | | | |
| POItm: | 1 | | | | |

|  |  | TOTAL | 7,500.00 USD |
|---|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# ❦ TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512012488
## Invoice Date: 09/29/2005

Page 1 of 1
10/13/2005
09:12:12

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN 46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX 78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012, Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |
| **PURCHASE ORDER NUMBER** | **WAYBILL** | **WEIGHT** | **# BOXES** | **SALES ORDER** |
| 550041959 | | 500.000 G | 0 | 18459654 |
| **CARRIER** | **END CUSTOMER** | | **TAX EXEMPTION NUMBER** | |
| CENTRAL TRANSPORT INC | | | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9397407001 | | | | | |
| TMS320VC5416PGER16 | 705290292 | 09/29/2005 | 500 | 7.500 | 3,750 00 USD |
| TMS320VC5416PGE160 144 TQFP tape & reel | | | | | |
| Commercial Invoice Number: | | | | | |
| Customer Reference: 10558 | | | | | |
| POItm:                          1 | | | | | |

**TOTAL**          **3,750.00 USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX  75266
USA
Ph : (972)995-2011

# INVOICE
# 512012489
# Invoice Date: 09/29/2005

Page 1 of 1
10/13/2005
09:12:22

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550040654 | | 1,600.000 G | 0 | 18459590 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 | | | | | |
| F16E27PJAR22 | 705290295 | 09/29/2005 | 1,600 | 4.720 | 7,552.00 USD |
| DELCO - TBC2 | | | | | |
| Commercial Invoice Number: | | | | | |
| Customer Reference: 10560 | | | | | |
| POItm:                          1 | | | | | |

TOTAL                7,552.00  USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
## 512012490
## Invoice Date: 09/29/2005

Page 1 of 1
10/13/2005
09:12:32

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | | |
| **PURCHASE ORDER NUMBER** | **WAYBILL** | **WEIGHT** | **# BOXES** | **SALES ORDER** | |
| 550040654 | | 1,600.000 G | 0 | 18455655 | |
| **CARRIER** | **END CUSTOMER** | | **TAX EXEMPTION NUMBER** | | |
| CENTRAL TRANSPORT INC | | | | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 F16E27PJAR22 DELCO - TBC2 Commercial Invoice Number: Customer Reference: 10549 POItm: | 705290545       1 | 09/29/2005 | 1,600 | 4.720 | 7,552.00 USD |

**TOTAL**    7,552.00  USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512012491
## Invoice Date: 09/29/2005

Page 1 of 1
10/13/2005
09:12:44

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | |
|---|---|---|---|
| | DELPHI DELCO (SPAN/REYN)<br>DELPHI AUTOMOTIVE SYSTEMS<br>REYNOSA CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN 46904-9005<br>USA | 141789 | DELPHI DELCO ELECTRONICS SYSTEMS<br>C/O SPAN INTERNATIONAL<br>702 JOAQUIN CAVAZOS RD<br>LOS INDIOS TX 78567<br>USA |

**REMIT TO:**   For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER<br>112197-DELPHI DELCO (SPAN/REYN) | ALT. PAYER<br>111627 | BILL TO<br>112197 | SOLD TO<br>112197-DELPHI DELCO (SPAN/REYN) | |
|---|---|---|---|---|
| PURCHASE ORDER NUMBER<br>550040654 | WAYBILL | WEIGHT<br>400.000 G | # BOXES<br>0 | SALES ORDER<br>18457127 |
| CARRIER<br>CENTRAL TRANSPORT INC | END CUSTOMER | | TAX EXEMPTION NUMBER | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9387471<br>F16E88PJAR11<br>DELCO - TBC3<br>Commercial Invoice Number:<br>Customer Reference: 10552<br>POItm: | 705292398<br><br><br><br><br>1 | 09/29/2005 | 400 | 8 040 | 3,216 00 USD |

| | | | |
|---|---|---|---|
| | **TOTAL** | | **3,216.00 USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512012492
## Invoice Date: 09/29/2005

Page 1 of 1
10/13/2005
09:12:53

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**   141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550045805 | | 500.000 G | 0 | 18457128 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number          Delivery #   Date Shipped<br>Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001<br>TMS320VC5416PGER16    705292928 09/29/2005<br>TMS320VC5416PGE160 144 TQFP tape & reel<br>Commercial Invoice Number:<br>Customer Reference: 10553<br>POItm:                    1 | 500 | 7.500 | 3,750.00 USD |

**TOTAL**   3,750.00 USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512012493
# Invoice Date: 09/29/2005

Page 1 of 1
10/13/2005
09:13:02

Refer all questions related to payment to:
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**  141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

| REMIT TO: | For Bank Wire Transfer send to:<br>Texas Instruments, c/o Bank of America<br>901 Main Street, Dallas, TX 75202<br>ABA 111000012,  Bank Acct 1254802152 | All prices are quoted in USD.<br><br>**Terms of Delivery**<br>FCA SHIPPING POINT<br><br>**Terms of Payment**<br>2nd Day of 2nd Month<br>Up to 11/02/2005 without deduction |
|---|---|---|

| PAYER<br>112197-DELPHI DELCO (SPAN/REYN) | ALT. PAYER<br>111627 | BILL TO<br>112197 | SOLD TO<br>112197-DELPHI DELCO (SPAN/REYN) | | |
|---|---|---|---|---|---|
| PURCHASE ORDER NUMBER<br>550040654 | WAYBILL | | WEIGHT<br>1,600.000 G | # BOXES<br>0 | SALES ORDER<br>18457603 |
| CARRIER<br>CENTRAL TRANSPORT INC | END CUSTOMER | | | TAX EXEMPTION NUMBER | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860<br>F16E27PJAR22<br>DELCO - TBC2<br>Commercial Invoice Number:<br>Customer Reference: 10556<br>POItm: | 705292967<br><br><br><br><br>1 | 09/29/2005 | 1,600 | 4.720 | 7,552.00 USD |
| | | | | **TOTAL** | **7,552.00 USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
## 512012494
## Invoice Date: 09/29/2005

Page 1 of 1
10/13/2005
09:13:12

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**

DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789

DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**

For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | | |
| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER | |
| 550040654 | | 3,200.000 G | 0 | 18457129 | |
| CARRIER | END CUSTOMER | | TAX EXEMPTION NUMBER | | |
| CENTRAL TRANSPORT INC | | | | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 F16E27PJAR22 DELCO - TBC2 Commercial Invoice Number: Customer Reference: 10554 POItm: | 705293667 | 09/29/2005 | 3,200 | 4.720 | 15,104.00 USD |
| | 1 | | | | |

| | | | | TOTAL | 15,104.00  USD |
|---|---|---|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX  75266
USA
Ph : (972)995-2011

## INVOICE
## 512012495
## Invoice Date: 09/29/2005

Page 1 of 1
10/13/2005
09:13:22

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | SHIP TO |
|---|---|
| DELPHI DELCO (SPAN/REYN)<br>DELPHI AUTOMOTIVE SYSTEMS<br>REYNOSA CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN  46904-9005<br>USA | 141789<br>DELPHI DELCO ELECTRONICS SYSTEMS<br>C/O SPAN INTERNATIONAL<br>702 JOAQUIN CAVAZOS RD<br>LOS INDIOS TX  78567<br>USA |

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | | |
| **PURCHASE ORDER NUMBER**<br>550040654 | **WAYBILL** | **WEIGHT**<br>3,200.000 G | **# BOXES**<br>0 | **SALES ORDER**<br>18457126 | |
| **CARRIER**<br>CENTRAL TRANSPORT INC | **END CUSTOMER** | | **TAX EXEMPTION NUMBER** | | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860<br>F16E27PJAR22<br>DELCO - TBC2<br>Commercial Invoice Number:<br>Customer Reference: 10551<br>POItm: | 705293720<br><br><br><br><br>1 | 09/29/2005 | 3,200 | 4.720 | 15,104.00 USD |

|  | TOTAL | 15,104.00  USD |
|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX  75266
USA
Ph : (972)995-2011

# INVOICE
# 512012496
# Invoice Date: 09/29/2005

Page 1 of 1
10/13/2005
09:13:31

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**

DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789

DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**

For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550041959 | | 1,000.000 G | 0 | 18458022 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number    Delivery #    Date Shipped<br>Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001<br>TMS320VC5416PGER16    705293728  09/29/2005<br>TMS320VC5416PGE160 144 TQFP tape & reel<br>Commercial Invoice Number:<br>Customer Reference: 10555<br>POItm:                              1 | 1,000 | 7.500 | 7,500.00 USD |
| **TOTAL** | | | **7,500.00 USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div  issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512012497
# Invoice Date: 09/29/2005

Page 1 of 1
10/13/2005
09:13:41

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**   141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | | |
| **PURCHASE ORDER NUMBER**<br>550041959 | **WAYBILL** | | **WEIGHT**<br>500.000 G | **# BOXES**<br>0 | **SALES ORDER**<br>18457598 |
| **CARRIER**<br>CENTRAL TRANSPORT INC | **END CUSTOMER** | | | **TAX EXEMPTION NUMBER** | |

| Customer Part Number / Revision<br>TI Part Number          Delivery #   Date Shipped<br>Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001<br>TMS320VC5416PGER16     705294228 09/29/2005<br>TMS320VC5416PGE160 144 TQFP tape & reel<br>Commercial Invoice Number:<br>Customer Reference: 10557<br>POItm:                        1 | 500 | 7.500 | 3,750.00 USD |

**TOTAL**                **3,750.00  USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX  75266
USA
Ph : (972)995-2011

# INVOICE
## 512012498
## Invoice Date: 09/29/2005

Page 1 of 1
10/13/2005
09:13:50

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| | |
|---|---|
| **BILL TO**<br>DELPHI DELCO (SPAN/REYN)<br>DELPHI AUTOMOTIVE SYSTEMS<br>REYNOSA CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN  46904-9005<br>USA | **SHIP TO**  141789<br>DELPHI DELCO ELECTRONICS SYSTEMS<br>C/O SPAN INTERNATIONAL<br>702 JOAQUIN CAVAZOS RD<br>LOS INDIOS TX  78567<br>USA |

| | |
|---|---|
| **REMIT TO:**  For Bank Wire Transfer send to:<br>Texas Instruments, c/o Bank of America<br>901 Main Street,  Dallas, TX 75202<br>ABA 111000012,  Bank Acct 1254802152 | All prices are quoted in USD<br><br>**Terms of Delivery**<br>FCA SHIPPING POINT<br><br>**Terms of Payment**<br>2nd Day of 2nd Month<br>Up to 11/02/2005 without deduction |

| PAYER | ALT. PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | | |
| **PURCHASE ORDER NUMBER**<br>550045805 | **WAYBILL** | | **WEIGHT**<br>1,000.000 G | **# BOXES**<br>0 | **SALES ORDER**<br>18458597 |
| **CARRIER**<br>CENTRAL TRANSPORT INC | **END CUSTOMER** | | | **TAX EXEMPTION NUMBER** | |

| Customer Part Number / Revision<br>TI Part Number          Delivery #    Date Shipped<br>Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001<br>TMS320VC5416PGER16     705296025 09/29/2005<br>TMS320VC5416PGE160 144 TQFP tape & reel<br>Commercial Invoice Number:<br>Customer Reference: 10559<br>POItm:                         1 | 1,000 | 7 500 | 7,500 00 USD |
| | | **TOTAL** | **7,500 00 USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX  75266
USA
Ph : (972)995-2011

## INVOICE
## 512014255
## Invoice Date: 09/29/2005

REPRINT
Page 1 of 1
10/13/2005
09:14:09

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (JII SERVICES)
DELPHI AUTOMOTIVE SYSTEMS
JIT CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**
129514
JIT SERVICES OF INDIANA INC
5150 W 76TH ST
INDIANAPOLIS IN  46268
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 147620-DELPHI DELCO (JII SERVICES) | 111627 | 147620 | 147620-DELPHI DELCO (JII SERVICES) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 0550045531 | | 2,000.000 G | 0 | 18458564 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9355022 | | | | | |
| SN104691DBR | 705294327 | 09/29/2005 | 2,000 | 0.610 | 1,220 00 USD |
| DELCO TPIC44L01 | | | | | |
| Commercial Invoice Number: | | | | | |
| Customer Reference: J277212 | | | | | |
| POItm: | 001 | | | | |
| | | | TOTAL | | 1,220.00 USD |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX  75266
USA
Ph : (972)995-2011

# INVOICE
# 512014256
## Invoice Date: 09/29/2005

REPRINT
Page 1 of 1
10/13/2005
09:14:23

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | |
|---|---|---|---|
| | DELPHI DELCO (JIT SERVICES)<br>DELPHI AUTOMOTIVE SYSTEMS<br>JIT CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN  46904-9005<br>USA | | 129514<br>JIT SERVICES OF INDIANA INC<br>5150 W 76TH ST<br>INDIANAPOLIS IN  46268<br>USA |

| REMIT TO: | For Bank Wire Transfer send to:<br>Texas Instruments, c/o Bank of America<br>901 Main Street,  Dallas, TX 75202<br>ABA 111000012,  Bank Acct 1254802152 | All prices are quoted in USD<br>**Terms of Delivery**<br>FCA SHIPPING POINT<br>**Terms of Payment**<br>2nd Day of 2nd Month<br>Up to 11/02/2005 without deduction |
|---|---|---|

| PAYER<br>147620-DELPHI DELCO (JIT SERVICES) | ALT. PAYER<br>111627 | BILL TO<br>147620 | SOLD TO<br>147620-DELPHI DELCO (JIT SERVICES) | | |
|---|---|---|---|---|---|
| PURCHASE ORDER NUMBER<br>0550045531 | WAYBILL | | WEIGHT<br>2,000.000 G | # BOXES<br>0 | SALES ORDER<br>18458583 |
| CARRIER<br>CENTRAL TRANSPORT INC | END CUSTOMER | | TAX EXEMPTION NUMBER | | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9355022<br>SN104691DBR<br>DELCO TPIC44L01<br>Commercial Invoice Number:<br>Customer Reference: J277350<br>POItm: | 705294576<br><br><br><br><br>001 | 09/29/2005 | 2,000 | 0 610 | 1,220 00 USD |

|  |  |  |  | **TOTAL** | **1,220.00  USD** |
|---|---|---|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512014257
# Invoice Date: 09/29/2005

REPRINT
Page 1 of 1
10/13/2005
09:14:37

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (JIT SERVICES)
DELPHI AUTOMOTIVE SYSTEMS
JIT CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    129514
JIT SERVICES OF INDIANA INC
5150 W 76TH ST
INDIANAPOLIS IN  46268
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 147620-DELPHI DELCO (JIT SERVICES) | 111627 | 147620 | 147620-DELPHI DELCO (JIT SERVICES) | | |
| **PURCHASE ORDER NUMBER** | **WAYBILL** | | **WEIGHT** | **# BOXES** | **SALES ORDER** |
| 0550045531 | | | 2,000.000 G | 0 | 18458601 |
| **CARRIER** | **END CUSTOMER** | | | **TAX EXEMPTION NUMBER** | |
| CENTRAL TRANSPORT INC | | | | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9355022 SN104691DBR DELCO TPIC44L01 Commercial Invoice Number: Customer Reference: J277486 POItm: | 705296026 001 | 09/29/2005 | 2,000 | 0.610 | 1,220.00 USD |

| | | | | **TOTAL** | **1,220.00 USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 512032749
## Invoice Date: 09/29/2005

Page 1 of 1
10/13/2005
09:14:51

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550045805 | | 1,000.000 G | 0 | 18459733 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number    Delivery #    Date Shipped<br>Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001<br>TMS320VC5416PGER16    705296029 09/29/2005<br>TMS320VC5416PGE160 144 TQFP tape & reel<br>Commercial Invoice Number:<br>Customer Reference: 10561<br>POItm:                              1 | 1,000 | 7.500 | 7,500.00 USD |

**TOTAL**    **7,500.00 USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, of and regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse hereof) apply unless the parties have executed an overriding agreement.


**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512032750
# Invoice Date: 09/29/2005

Page 1 of 1
10/13/2005
09:15:01

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550040654 | | 3,200.000 G | 0 | 18460338 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 | | | | | |
| F16E27PJAR22 | 705299532 | 09/29/2005 | 3,200 | 4.720 | 15,104 00 USD |
| DELCO - TBC2 | | | | | |
| Commercial Invoice Number: | | | | | |
| Customer Reference: 10563 | | | | | |
| POItm: | 1 | | | | |

**TOTAL**            **15,104.00 USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512032751
# Invoice Date: 09/29/2005

Page 1 of 1
10/13/2005
09:15:10

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**   141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | | |
| **PURCHASE ORDER NUMBER** 550045805 | **WAYBILL** | **WEIGHT** 500.000 G | **# BOXES** 0 | **SALES ORDER** 18460336 | |
| **CARRIER** CENTRAL TRANSPORT INC | **END CUSTOMER** | | **TAX EXEMPTION NUMBER** | | |

| Customer Part Number / Revision TI Part Number  Delivery #  Date Shipped Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001 TMS320VC5416PGER16   705300113 09/29/2005 TMS320VC5416PGE160 144 TQFP tape & reel Commercial Invoice Number: Customer Reference: 10562 POItm:                    1 | 500 | 7.500 | 3,750 00 USD |
| **TOTAL** | | | **3,750.00  USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512032752
# Invoice Date: 09/30/2005

Page 1 of 1
10/13/2005
09:15:19

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | 141789 |
|---|---|---|---|
| DELPHI DELCO (SPAN/REYN) | | | DELPHI DELCO ELECTRONICS SYSTEMS |
| DELPHI AUTOMOTIVE SYSTEMS | | | C/O SPAN INTERNATIONAL |
| REYNOSA CONSIGNMENT | | | 702 JOAQUIN CAVAZOS RD |
| PO Box 9005 | | | LOS INDIOS TX 78567 |
| KOKOMO IN 46904-9005 | | | USA |
| USA | | | |

| REMIT TO: | For Bank Wire Transfer send to: Texas Instruments, c/o Bank of America 901 Main Street, Dallas, TX 75202 ABA 111000012, Bank Acct 1254802152 | All prices are quoted in USD **Terms of Delivery** FCA SHIPPING POINT **Terms of Payment** 2nd Day of 2nd Month Up to 11/02/2005 without deduction |
|---|---|---|

| PAYER 112197-DELPHI DELCO (SPAN/REYN) | ALT. PAYER 111627 | BILL TO 112197 | SOLD TO 112197-DELPHI DELCO (SPAN/REYN) | |
|---|---|---|---|---|
| PURCHASE ORDER NUMBER 550040654 | WAYBILL | WEIGHT 1,600.000 G | # BOXES 0 | SALES ORDER 18461551 |
| CARRIER CENTRAL TRANSPORT INC | END CUSTOMER | | TAX EXEMPTION NUMBER | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 F16E27PJAR22 DELCO - TBC2 Commercial Invoice Number: Customer Reference: 10564 POItm: | 705300074 1 | 09/30/2005 | 1,600 | 4 720 | 7,552 00 USD |

| | | | **TOTAL** | | **7,552.00 USD** |
|---|---|---|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512032753
# Invoice Date: 09/30/2005

Page 1 of 1
10/13/2005
09:15:28

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | SHIP TO |
|---|---|
| DELPHI DELCO (SPAN/REYN)<br>DELPHI AUTOMOTIVE SYSTEMS<br>REYNOSA CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN 46904-9005<br>USA | 141789<br>DELPHI DELCO ELECTRONICS SYSTEMS<br>C/O SPAN INTERNATIONAL<br>702 JOAQUIN CAVAZOS RD<br>LOS INDIOS TX 78567<br>USA |

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012, Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER<br>112197-DELPHI DELCO (SPAN/REYN) | ALT. PAYER<br>111627 | BILL TO<br>112197 | SOLD TO<br>112197-DELPHI DELCO (SPAN/REYN) | |
|---|---|---|---|---|
| PURCHASE ORDER NUMBER<br>550040654 | WAYBILL | WEIGHT<br>4,800.000 G | # BOXES<br>0 | SALES ORDER<br>18464476 |
| CARRIER<br>CENTRAL TRANSPORT INC | END CUSTOMER | | TAX EXEMPTION NUMBER | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860<br>F16E27PJAR22<br>DELCO - TBC2<br>Commercial Invoice Number:<br>Customer Reference: 10565<br>POItm: | 705301766<br><br><br><br><br>1 | 09/30/2005 | 4,800 | 4.720 | 22,656.00 USD |

| | TOTAL | 22,656.00 USD |
|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 512032754
## Invoice Date: 09/30/2005

Page 1 of 1
10/13/2005
09:15:37

Refer all questions related to payment to:
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**   141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550045805 | | 500.000 G | 0 | 18464475 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number   Delivery #   Date Shipped<br>Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001<br>TMS320VC5416PGER16   705302900 09/30/2005<br>TMS320VC5416PGE160 144 TQFP tape & reel<br>Commercial Invoice Number:<br>Customer Reference: 10566<br>POItm:                 1 | 500 | 7 500 | 3,750 00 USD |

**TOTAL**                3,750.00 USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512032755
# Invoice Date: 09/30/2005

Page 1 of 1
10/13/2005
09:15:47

Refer all questions related to payment to:
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | |
|---|---|---|---|
| DELPHI DELCO (SPAN/REYN) | | 141789 | |
| DELPHI AUTOMOTIVE SYSTEMS | | DELPHI DELCO ELECTRONICS SYSTEMS | |
| REYNOSA CONSIGNMENT | | C/O SPAN INTERNATIONAL | |
| PO Box 9005 | | 702 JOAQUIN CAVAZOS RD | |
| KOKOMO IN  46904-9005 | | LOS INDIOS TX  78567 | |
| USA | | USA | |

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550041959 | | 500.000 G | 0 | 18464181 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number           Delivery #    Date Shipped Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001 TMS320VC5416PGER16    705305305 09/30/2005 TMS320VC5416PGE160 144 TQFP tape & reel Commercial Invoice Number: Customer Reference: 10567 POItm:                            1 | 500 | 7.500 | 3,750.00 USD |
| TOTAL | | | 3,750.00 USD |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph.: (972)995-2011

# INVOICE
# 512034147
## Invoice Date: 09/30/2005

REPRINT
Page 1 of 1
10/13/2005
09:16:02

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | |
|---|---|---|---|
| DELPHI DELCO (JII SERVICES)<br>DELPHI AUTOMOTIVE SYSTEMS<br>JIT CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN 46904-9005<br>USA | | 129514<br>JIT SERVICES OF INDIANA INC<br>5150 W 76TH ST<br>INDIANAPOLIS IN 46268<br>USA | |

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012, Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 147620-DELPHI DELCO (JII SERVICES) | 111627 | 147620 | 147620-DELPHI DELCO (JII SERVICES) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 0550063559 | | 2,500.000 G | 0 | 18465659 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9402848 / A<br>TLC3704IDRDL<br>Quad Voltage Comparator<br>Commercial Invoice Number:<br>Customer Reference: J277820<br>POItm: | 705301279<br><br><br><br><br>001 | 09/30/2005 | 2,500 | 0.350 | 875.00 USD |

| | | | TOTAL | | 875.00 USD |
|---|---|---|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.