**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512034148
# Invoice Date: 09/30/2005

REPRINT
Page 1 of 1
10/13/2005
09:16:16

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | |
|---|---|---|---|
| DELPHI DELCO (JIT SERVICES) DELPHI AUTOMOTIVE SYSTEMS JIT CONSIGNMENT PO Box 9005 KOKOMO IN 46904-9005 USA | | 129514 JIT SERVICES OF INDIANA INC 5150 W 76TH ST INDIANAPOLIS IN 46268 USA | |

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 147620-DELPHI DELCO (JIT SERVICES) | 111627 | 147620 | 147620-DELPHI DELCO (JIT SERVICES) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 0550045531 | | 2,000.000 G | 0 | 18465658 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9355022 SN104691DBR DELCO TPIC44L01 Commercial Invoice Number: Customer Reference: J277819 POItm: | 705305038 001 | 09/30/2005 | 2,000 | 0.610 | 1,220.00 USD |

**TOTAL**          **1,220.00 USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 512034223
## Invoice Date: 09/30/2005

Page 1 of 1
10/13/2005
09:16:28

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**
141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550043221 | | 2,000.000 G | 0 | 18466034 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9355022 SN104691DBR DELCO TPIC44L01 Commercial Invoice Number: Customer Reference: 10568 POItm: | 705302664 | 09/30/2005 | 2,000 | 0.610 | 1,220.00 USD |
| | 1 | | | | |

**TOTAL**        **1,220.00 USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512036797
## Invoice Date: 09/30/2005

Page 1 of 1
10/13/2005
09:16:40

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**

DELPHI
ACCOUNTS PAYBABLE DEPT
M/S A-241
PO Box 6129
KOKOMO IN 46904-6129
USA

**SHIP TO**    114011

DELPHI DELCO ELECTRONICS SYSTEMS
DAHQ DDE PROTO LAB PLANT 10
1800 E LINCOLN RD
KOKOMO IN 46902
USA

| REMIT TO: | For Bank Wire Transfer send to:<br>Texas Instruments, c/o Bank of America<br>901 Main Street,  Dallas, TX 75202<br>ABA 111000012,   Bank Acct 1254802152 | All prices are quoted in USD.<br>**Terms of Delivery**<br>FCA SHIPPING POINT<br>**Terms of Payment**<br>2nd Day of 2nd Month<br>Up to 11/02/2005 without deduction |
|---|---|---|

| PAYER<br>111627-DELPHI DELCO ELECTRONICS | ALT PAYER | BILL TO<br>112396 | SOLD TO<br>111627-DELPHI DELCO ELECTRONICS | | |
|---|---|---|---|---|---|
| PURCHASE ORDER NUMBER<br>0450141406 | WAYBILL<br>1087656 | WEIGHT<br>2,400.000 G | # BOXES<br>1 | SALES ORDER<br>18457964 |
| CARRIER<br>BURLINGTON AIR EXPRESS INC | END CUSTOMER | | TAX EXEMPTION NUMBER | |

| Customer Part Number / Revision<br>TI Part Number    Delivery #    Date Shipped<br>Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| IMDXNVK6415-I        705301288 09/30/2005<br>Network Video Development Kit(standard)<br>Commercial Invoice Number:        512034483 | 4 | 4,495 000 | 17,980 00 USD |

TEXAS INSTRUMENTS SEMICONDUCTOR PRODUCT THAT IS NOT QUALIFIED TO FULL DATA SHEET SPECIFICATION IS CONSIDERED DEVELOPMENTAL PRODUCT. THE BELOW REFERENCE CUSTOMER UNDERSTANDS THAT THE FOLLOWING DISCLAIMER APPLIES AND WILL BE ON PACKING LISTS FOR THIS PRODUCT SHIPPED FROM TEXAS INSTRUMENTS:

THE BELOW REFERENCED CUSTOMER UNDERSTANDS THAT THE FOLLOWING DISCLAIMER APPLIES AND WILL BE ON PACKING LISTS FOR THIS PRODUCT SHIPPED FROM TEXAS INSTRUMENTS:

"DEVELOPMENTAL PRODUCT INTENDED FOR INTERNAL EVALUATION PURPOSES ONLY"

**TOTAL**            **17,980.00 USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512036798
# Invoice Date: 09/30/2005

Page 1 of 1
10/13/2005
09:16:49

Refer all questions related to payment to:
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | |
|---|---|---|---|
| | DELPHI DELCO (SPAN/REYN) DELPHI AUTOMOTIVE SYSTEMS REYNOSA CONSIGNMENT PO Box 9005 KOKOMO IN 46904-9005 USA | 141789 | DELPHI DELCO ELECTRONICS SYSTEMS C/O SPAN INTERNATIONAL 702 JOAQUIN CAVAZOS RD LOS INDIOS TX 78567 USA |

| REMIT TO: | For Bank Wire Transfer send to: Texas Instruments, c/o Bank of America 901 Main Street, Dallas, TX 75202 ABA 111000012, Bank Acct 1254802152 | All prices are quoted in USD **Terms of Delivery** FCA SHIPPING POINT **Terms of Payment** 2nd Day of 2nd Month Up to 11/02/2005 without deduction |
|---|---|---|

| PAYER 112197-DELPHI DELCO (SPAN/REYN) | ALT. PAYER 111627 | BILL TO 112197 | SOLD TO 112197-DELPHI DELCO (SPAN/REYN) | |
|---|---|---|---|---|
| PURCHASE ORDER NUMBER 550041959 | WAYBILL | WEIGHT 500.000 G | # BOXES 0 | SALES ORDER 18465847 |
| CARRIER CENTRAL TRANSPORT INC | END CUSTOMER | | TAX EXEMPTION NUMBER | |

| Customer Part Number / Revision TI Part Number     Delivery #    Date Shipped Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001 TMS320VC5416PGER16    705301845 09/30/2005 TMS320VC5416PGE160 144 TQFP tape & reel Commercial Invoice Number: Customer Reference: 10570 POItm:                              1 | 500 | 7 500 | 3,750 00 USD |
| **TOTAL** | | | **3,750.00 USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 512036799
## Invoice Date: 09/30/2005

Page 1 of 1
10/13/2005
09:17:03

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550040654 | | 1,600.000 G | 0 | 18466057 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 F16E27PJAR22 DELCO - TBC2 Commercial Invoice Number: Customer Reference: 10569 POItm: | 705304572  1 | 09/30/2005 | 1,600 | 4.720 | 7,552.00 USD |

TOTAL    7,552.00  USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512036817
## Invoice Date: 09/30/2005

REPRINT
Page 1 of 1
10/13/2005
10:48:39

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | SHIP TO |
|---|---|
| DELPHI DELCO (JIT SERVICES)<br>DELPHI AUTOMOTIVE SYSTEMS<br>JIT CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN 46904-9005<br>USA | 129514<br>JIT SERVICES OF INDIANA INC<br>5150 W 76TH ST<br>INDIANAPOLIS IN 46268<br>USA |

| REMIT TO: | |
|---|---|
| For Bank Wire Transfer send to:<br>Texas Instruments, c/o Bank of America<br>901 Main Street, Dallas, TX 75202<br>ABA 111000012, Bank Acct 1254802152 | All prices are quoted in USD<br><br>**Terms of Delivery**<br>FCA SHIPPING POINT<br><br>**Terms of Payment**<br>2nd Day of 2nd Month<br>Up to 11/02/2005 without deduction |

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 147620-DELPHI DELCO (JIT SERVICES) | 111627 | 147620 | 147620-DELPHI DELCO (JIT SERVICES) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 0550045531 | | 2,000.000 G | 0 | 18466337 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9355022<br>SN104691DBR<br>DELCO TPIC44L01<br>Commercial Invoice Number:<br>Customer Reference: J277957<br>POItm: | 705306156<br><br><br><br><br>001 | 09/30/2005 | 2,000 | 0.610 | 1,220.00 USD |

|  |  | TOTAL | | | 1,220.00 USD |
|---|---|---|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 512037030
## Invoice Date: 09/30/2005

Page 1 of 1
10/13/2005
09:17:46

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**   141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550041959 | | 500.000 G | 0 | 18466765 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9397407001 | | | | | |
| TMS320VC5416PGER16 | 705302681 | 09/30/2005 | 500 | 7.500 | 3,750.00 USD |
| TMS320VC5416PGE160 144 TQFP tape & reel | | | | | |
| Commercial Invoice Number: | | | | | |
| Customer Reference: 10571 | | | | | |
| POItm:   1 | | | | | |

**TOTAL**   3,750.00 USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512038877
# Invoice Date: 09/30/2005

Page 1 of 1
10/13/2005
09:17:58

Refer all questions related to payment to:
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | SHIP TO |
|---|---|
| DELPHI DELCO (SPAN/REYN)<br>DELPHI AUTOMOTIVE SYSTEMS<br>REYNOSA CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN 46904-9005<br>USA | 141789<br>DELPHI DELCO ELECTRONICS SYSTEMS<br>C/O SPAN INTERNATIONAL<br>702 JOAQUIN CAVAZOS RD<br>LOS INDIOS TX 78567<br>USA |

| REMIT TO: | For Bank Wire Transfer send to:<br>Texas Instruments, c/o Bank of America<br>901 Main Street, Dallas, TX 75202<br>ABA 111000012, Bank Acct 1254802152 | All prices are quoted in USD.<br><br>**Terms of Delivery**<br>FCA SHIPPING POINT<br><br>**Terms of Payment**<br>2nd Day of 2nd Month<br>Up to 11/02/2005 without deduction |
|---|---|---|

| PAYER<br>112197-DELPHI DELCO (SPAN/REYN) | ALT. PAYER<br>111627 | BILL TO<br>112197 | SOLD TO<br>112197-DELPHI DELCO (SPAN/REYN) | |
|---|---|---|---|---|
| PURCHASE ORDER NUMBER<br>550043219 | WAYBILL | | WEIGHT<br>190.000 G | # BOXES<br>0 | SALES ORDER<br>18467029 |
| CARRIER<br>CENTRAL TRANSPORT INC | END CUSTOMER | | | TAX EXEMPTION NUMBER |

| Customer Part Number / Revision<br>TI Part Number    Delivery #    Date Shipped<br>Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 16214447 / B<br>ILC555IDR         705306592 09/30/2005<br>LINCMOS, SINGLE HIGH-SPEED TIMER<br>Commercial Invoice Number:<br>Customer Reference: 10575<br>POItm:                          1 | 2,500 | 0.180 | 450.00 USD |

**TOTAL**    450.00 USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512038878
# Invoice Date: 09/30/2005

Page 1 of 1
10/13/2005
09:18:08

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| | |
|---|---|
| **BILL TO** | DELPHI DELCO (SPAN/REYN)<br>DELPHI AUTOMOTIVE SYSTEMS<br>REYNOSA CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN  46904-9005<br>USA | **SHIP TO** 141789<br>DELPHI DELCO ELECTRONICS SYSTEMS<br>C/O SPAN INTERNATIONAL<br>702 JOAQUIN CAVAZOS RD<br>LOS INDIOS TX  78567<br>USA |

**REMIT TO:**  For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550041959 | | 1,000.000 G | 0 | 18466603 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number          Delivery #    Date Shipped<br>Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001<br>TMS320VC5416PGER16    705306762  09/30/2005<br>TMS320VC5416PGE160 144 TQFP tape & reel<br>Commercial Invoice Number:<br>Customer Reference: 10574<br>POItm:                          1 | 1,000 | 7.500 | 7,500.00 USD |

| | | TOTAL | 7,500.00  USD |
|---|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 512038879
# Invoice Date: 09/30/2005

Page 1 of 1
10/13/2005
09:18:16

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**

DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789

DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**

For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | | |
| **PURCHASE ORDER NUMBER** 550040654 | **WAYBILL** | | **WEIGHT** 3,200.000 G | **# BOXES** 0 | **SALES ORDER** 18453791 |
| **CARRIER** CENTRAL TRANSPORT INC | **END CUSTOMER** | | | **TAX EXEMPTION NUMBER** | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 F16E27PJAR22 DELCO - TBC2 Commercial Invoice Number: Customer Reference: 10572 POItm: | 705307452  1 | 09/30/2005 | 3,200 | 4.720 | 15,104 00 USD |

**TOTAL**                    15,104.00  USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div  issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX  75266
USA
Ph : (972)995-2011

# INVOICE
# 512038880
## Invoice Date: 09/30/2005

Page 1 of 1
10/13/2005
09:18:24

Refer all questions related to payment to:
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| | | | |
|---|---|---|---|
| **BILL TO** | DELPHI DELCO (SPAN/REYN)<br>DELPHI AUTOMOTIVE SYSTEMS<br>REYNOSA CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN  46904-9005<br>USA | **SHIP TO** | 141789<br>DELPHI DELCO ELECTRONICS SYSTEMS<br>C/O SPAN INTERNATIONAL<br>702 JOAQUIN CAVAZOS RD<br>LOS INDIOS TX  78567<br>USA |

| | | |
|---|---|---|
| **REMIT TO:** | For Bank Wire Transfer send to:<br>Texas Instruments, c/o Bank of America<br>901 Main Street,  Dallas, TX 75202<br>ABA 111000012,   Bank Acct 1254802152 | All prices are quoted in USD.<br><br>**Terms of Delivery**<br>FCA SHIPPING POINT<br><br>**Terms of Payment**<br>2nd Day of 2nd Month<br>Up to 11/02/2005 without deduction |

| PAYER | ALT. PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | | |
| **PURCHASE ORDER NUMBER** | **WAYBILL** | **WEIGHT** | | **# BOXES** | **SALES ORDER** |
| 550040654 | | 400.000 G | | 0 | 18453790 |
| **CARRIER** | **END CUSTOMER** | | | **TAX EXEMPTION NUMBER** | |
| CENTRAL TRANSPORT INC | | | | | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9387471<br>F16E88PJAR11<br>DELCO - TBC3<br>Commercial Invoice Number:<br>Customer Reference: 10573<br>POItm: | 705308223<br><br><br><br><br>1 | 09/30/2005 | 400 | 8.040 | 3,216.00 USD |
| | | | **TOTAL** | | **3,216.00  USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 512038881
## Invoice Date: 30.09.2005

REPRINT
Page 1 of 1
13 10 2005
09:18:39

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**

DELPHI DELCO ELECTRNICS SYSTEMS
ADMINISTRATIVE SERVICE CENTER
PO BOX 75 DELPHI HOUSE
LUTON
LU1 3YU
GREAT BRITAIN

**SHIP TO**    118466

DELPHI DELCO ELECTRONICS SYSTEMS
U001 0010
MOORGATE RD, KIRKBY
LIVERPOOL
L33 7XL
GREAT BRITAIN

**REMIT TO:**

For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152
USA

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 02 11 2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 112255-DELPHI | 111627 | 152330 | 112255-DELPHI | | |
| **PURCHASE ORDER NUMBER** | **WAYBILL** | **WEIGHT** | **# BOXES** | **SALES ORDER** | |
| 0550069486 | 920052 | 2,000.000 G | 1 | 18464477 | |
| **CARRIER** | **END CUSTOMER** | | | **TAX EXEMPTION NUMBER** | |
| PANALPINA INC | | | | | |

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9355022 SN104691DBR DELCO TPIC44L01 Commercial Invoice Number: | 705303018 512036785 | 30.09.2005 | 2,000 | 0.610 | 1,220.00 USD |

**TOTAL**                   **1,220.00  USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511955342
# Invoice Date: 09/24/2005

REPRINT
Page 1 of 1
10/13/2005
09:36:58

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | |
|---|---|---|---|
| | DELPHI DELCO (SPAN/REYN)<br>DELPHI AUTOMOTIVE SYSTEMS<br>REYNOSA CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN 46904-9005<br>USA | | 141789<br>DELPHI DELCO ELECTRONICS SYSTEMS<br>C/O SPAN INTERNATIONAL<br>702 JOAQUIN CAVAZOS RD<br>LOS INDIOS TX 78567<br>USA |

| REMIT TO: | For Bank Wire Transfer send to:<br>Texas Instruments, c/o Bank of America<br>901 Main Street, Dallas, TX 75202<br>ABA 111000012, Bank Acct 1254802152 | All prices are quoted in USD<br><br>**Terms of Delivery**<br>FCA SHIPPING POINT<br><br>**Terms of Payment**<br>2nd Day of 2nd Month<br>Up to 11/02/2005 without deduction |
|---|---|---|

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550040654 | | 1,600.000 G | 0 | 18431750 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860<br>F16E27PJAR22<br>DELCO - TBC2<br>Commercial Invoice Number:<br>Customer Reference: 10499<br>POItm: | 705249168<br><br><br><br><br>1 | 09/24/2005 | 1,600 | 4 720 | 7,552 00 USD |

**TOTAL**     **7,552.00 USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

## TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511955343
## Invoice Date: 09/24/2005

REPRINT
Page 1 of 1
10/13/2005
09:37:25

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**
141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

| **REMIT TO:** | For Bank Wire Transfer send to:<br>Texas Instruments, c/o Bank of America<br>901 Main Street, Dallas, TX 75202<br>ABA 111000012,  Bank Acct 1254802152 | All prices are quoted in USD.<br><br>**Terms of Delivery**<br>FCA SHIPPING POINT<br><br>**Terms of Payment**<br>2nd Day of 2nd Month<br>Up to 11/02/2005 without deduction |
|---|---|---|

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550045805 |  | 1,000.000 G | 0 | 18431745 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC |  |  |

| Customer Part Number / Revision<br>TI Part Number   Delivery #   Date Shipped<br>Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001<br>TMS320VC5416PGER16    705249361  09/24/2005<br>TMS320VC5416PGE160 144 TQFP tape & reel<br>Commercial Invoice Number:<br>Customer Reference: 10504<br>POItm:        1 | 1,000 | 7.500 | 7,500.00 USD |
| **TOTAL** | | | **7,500.00 USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX  75266
USA
Ph : (972)995-2011

## INVOICE
## 511955344
## Invoice Date: 09/24/2005

REPRINT
Page 1 of 1
10/13/2005
09:47:45

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**   141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | | |
| **PURCHASE ORDER NUMBER** 550040654 | **WAYBILL** | **WEIGHT** 1,600.000 G | **# BOXES** 0 | **SALES ORDER** 18431744 | |
| **CARRIER** CENTRAL TRANSPORT INC | **END CUSTOMER** | | **TAX EXEMPTION NUMBER** | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 F16E27PJAR22 DELCO - TBC2 Commercial Invoice Number: Customer Reference: 10505 POItm: | 705249886        1 | 09/24/2005 | 1,600 | 4.720 | 7,552.00 USD |
| | | | **TOTAL** | | **7,552.00  USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div  issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511955345
# Invoice Date: 09/24/2005

REPRINT
Page 1 of 1
10/13/2005
09:48:04

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN 46904-9005
USA

**SHIP TO**
141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX 78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |
| **PURCHASE ORDER NUMBER** | **WAYBILL** | **WEIGHT** | **# BOXES** | **SALES ORDER** |
| 550040654 | | 3,200.000 G | 0 | 18431746 |
| **CARRIER** | **END CUSTOMER** | | **TAX EXEMPTION NUMBER** | |
| CENTRAL TRANSPORT INC | | | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 F16E27PJAR22 DELCO - TBC2 Commercial Invoice Number: Customer Reference: 10503 POItm: | 705249887  1 | 09/24/2005 | 3,200 | 4.720 | 15,104.00 USD |

**TOTAL**                 **15,104.00  USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.



**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511955346
# Invoice Date: 09/24/2005

REPRINT
Page 1 of 1
10/13/2005
09:48:19

Refer all questions related to payment to:
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**   141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |
| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
| 550041959 | | 500.000 G | 0 | 18431747 |
| CARRIER | END CUSTOMER | | TAX EXEMPTION NUMBER | |
| CENTRAL TRANSPORT INC | | | | |

| Customer Part Number / Revision TI Part Number      Delivery #     Date Shipped Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001 TMS320VC5416PGER16    705249888 09/24/2005 TMS320VC5416PGE160 144 TQFP tape & reel Commercial Invoice Number: Customer Reference: 10502 POItm:                          1 | 500 | 7.500 | 3,750.00 USD |

|  | **TOTAL** | | **3,750.00  USD** |
|---|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
## 511955347
## Invoice Date: 09/24/2005

REPRINT
Page 1 of 1
10/13/2005
09:48:34

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | |
|---|---|---|---|
| DELPHI DELCO (SPAN/REYN) | | 141789 | |
| DELPHI AUTOMOTIVE SYSTEMS | | DELPHI DELCO ELECTRONICS SYSTEMS | |
| REYNOSA CONSIGNMENT | | C/O SPAN INTERNATIONAL | |
| PO Box 9005 | | 702 JOAQUIN CAVAZOS RD | |
| KOKOMO IN  46904-9005 | | LOS INDIOS TX  78567 | |
| USA | | USA | |

| REMIT TO: | | |
|---|---|---|
| For Bank Wire Transfer send to: | All prices are quoted in USD | |
| Texas Instruments, c/o Bank of America | | |
| 901 Main Street, Dallas, TX 75202 | **Terms of Delivery** | |
| ABA 111000012,  Bank Acct 1254802152 | FCA SHIPPING POINT | |
| | **Terms of Payment** | |
| | 2nd Day of 2nd Month | |
| | Up to 11/02/2005 without deduction | |

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550069712 | | 2,500.000 G | 0 | 18431748 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 28015988 / A CD74HC4066MDRDL QUAD BILATERAL SWITCHES Commercial Invoice Number: Customer Reference: 10501 POItm:                    1 | 705250263 | 09/24/2005 | 2,500 | 0.080 | 200.00 USD |

| | | | | TOTAL | 200.00  USD |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511955349
# Invoice Date: 09/24/2005

REPRINT
Page 1 of 1
10/13/2005
09:48:52

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550041959 | | 1,500.000 G | 0 | 18431751 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number    Delivery #    Item Description | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|
| 9397407001 | | | | |
| TMS320VC5416PGER16    705250264 | 09/24/2005 | 1,500 | 7.500 | 11,250 00 USD |
| TMS320VC5416PGE160 144 TQFP tape & reel | | | | |
| Commercial Invoice Number: | | | | |
| Customer Reference: 10498 | | | | |
| POItm:                        1 | | | | |

**TOTAL**                    **11,250.00  USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph.: (972)995-2011

# INVOICE
# 511955350
# Invoice Date: 09/24/2005

REPRINT
Page 1 of 1
10/13/2005
09:49:19

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN 46904-9005
USA

**SHIP TO**
141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX 78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012, Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |
| **PURCHASE ORDER NUMBER** | **WAYBILL** | **WEIGHT** | **# BOXES** | **SALES ORDER** |
| 550078442 | | 400.000 G | 0 | 18431754 |
| **CARRIER** | **END CUSTOMER** | | **TAX EXEMPTION NUMBER** | |
| CENTRAL TRANSPORT INC | | | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 12239507002 / A S11F6013NM HVAC 3 (2.1) Commercial Invoice Number: Customer Reference: 10495 POItm: | 705250407      1 | 09/24/2005 | 400 | 8.110 | 3,244.00 USD |

| | | | | TOTAL | 3,244.00 USD |
|---|---|---|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 511955351
## Invoice Date: 09/24/2005

REPRINT
Page 1 of 1
10/13/2005
09:49:41

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**   141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112117-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550045805 | | 500.000 G | 0 | 18431477 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number   Delivery #   Date Shipped   Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001 | | | |
| TMS320VC5416PGER16   705250466  09/24/2005 | 500 | 7.500 | 3,750.00 USD |
| TMS320VC5416PGE160 144 TQFP tape & reel | | | |
| Commercial Invoice Number: | | | |
| Customer Reference: 10507 | | | |
| POItm:                    1 | | | |

**TOTAL**            **3,750.00  USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements
of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued
under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the
parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511955353
# Invoice Date: 09/24/2005

REPRINT
Page 1 of 1
10/13/2005
09:50:18

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**   141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550078443 | | 400.000 G | 0 | 18431749 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 12243249002 S11F6014NM HVAC3 2 1 code 14 Commercial Invoice Number: Customer Reference: 10500 POItm: | 705251004         1 | 09/24/2005 | 400 | 8.110 | 3,244.00 USD |

TOTAL   3,244.00  USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511955354
# Invoice Date: 09/24/2005

REPRINT
Page 1 of 1
10/13/2005
09:50:38

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**  141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550045805 | | 500.000 G | 0 | 18431752 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number    Delivery #    Date Shipped Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001 TMS320VC5416PGER16    705251005 09/24/2005 TMS320VC5416PGE160 144 TQFP tape & reel Commercial Invoice Number: Customer Reference: 10497 POItm:                    1 | 500 | 7.500 | 3,750.00 USD |

**TOTAL**                3,750.00  USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 511955355
## Invoice Date: 09/24/2005

REPRINT
Page 1 of 1
10/13/2005
09:51:06

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**   141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550040654 | | 3,200.000 G | 0 | 18431753 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 F16E27PJAR22 DELCO - TBC2 Commercial Invoice Number: Customer Reference: 10496 POItm: | 705251108 | 09/24/2005 | 3,200 | 4.720 | 15,104.00 USD |
| | 1 | | | | |

**TOTAL**          15,104.00 USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div  issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511955356
# Invoice Date: 09/24/2005

REPRINT
Page 1 of 1
10/13/2005
09:51:24

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**
141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550041959 | | 500.000 G | 0 | 18431743 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number      Delivery #     Date Shipped Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001 TMS320VC5416PGER16    705251303 09/24/2005 TMS320VC5416PGE160 144 TQFP tape & reel Commercial Invoice Number: Customer Reference: 10506 POItm:                           1 | 500 | 7.500 | 3,750 00 USD |
| **TOTAL** | | | **3,750.00  USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 511955357
## Invoice Date: 09/24/2005

REPRINT
Page 1 of 1
10/13/2005
09:51:41

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

| REMIT TO: | For Bank Wire Transfer send to:<br>Texas Instruments, c/o Bank of America<br>901 Main Street,  Dallas, TX 75202<br>ABA 111000012,   Bank Acct 1254802152 | All prices are quoted in USD<br><br>**Terms of Delivery**<br>FCA SHIPPING POINT<br><br>**Terms of Payment**<br>2nd Day of 2nd Month<br>Up to 11/02/2005 without deduction |
|---|---|---|

| PAYER<br>112197-DELPHI DELCO (SPAN/REYN) | ALT. PAYER<br>111627 | BILL TO<br>112197 | SOLD TO<br>112197-DELPHI DELCO (SPAN/REYN) | | |
|---|---|---|---|---|---|
| PURCHASE ORDER NUMBER<br>550040654 | WAYBILL | | WEIGHT<br>4,800.000 G | # BOXES<br>0 | SALES ORDER<br>18434619 |
| CARRIER<br>CENTRAL TRANSPORT INC | END CUSTOMER | | | TAX EXEMPTION NUMBER | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860<br>F16E27PJAR22<br>DELCO - TBC2<br>Commercial Invoice Number:<br>Customer Reference: 10508<br>POItm: | 705251618<br><br><br><br><br>1 | 09/24/2005 | 4,800 | 4.720 | 22,656.00 USD |
| | | | **TOTAL** | | **22,656.00  USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511960440
# Invoice Date: 09/24/2005

REPRINT
Page 1 of 1
10/13/2005
09:56:13

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**   141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | | |
| **PURCHASE ORDER NUMBER**  550045805 | **WAYBILL** | **WEIGHT**  500.000 G | **# BOXES**  0 | **SALES ORDER**  18435025 | |
| **CARRIER**  CENTRAL TRANSPORT INC | **END CUSTOMER** | | **TAX EXEMPTION NUMBER** | | |

| Customer Part Number / Revision TI Part Number  Delivery #  Date Shipped Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001 TMS320VC5416PGER16   705248579 09/24/2005 TMS320VC5416PGE160 144 TQFP tape & reel Commercial Invoice Number: Customer Reference: 10511 POItm:                    1 | 500 | 7.500 | 3,750.00 USD |

|  | **TOTAL** | | **3,750.00 USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511960441
# Invoice Date: 09/24/2005

REPRINT
Page 1 of 1
10/13/2005
09:56:32

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | 141789 |
|---|---|---|---|
| | DELPHI DELCO (SPAN/REYN) | | DELPHI DELCO ELECTRONICS SYSTEMS |
| | DELPHI AUTOMOTIVE SYSTEMS | | C/O SPAN INTERNATIONAL |
| | REYNOSA CONSIGNMENT | | 702 JOAQUIN CAVAZOS RD |
| | PO Box 9005 | | LOS INDIOS TX 78567 |
| | KOKOMO IN 46904-9005 | | USA |
| | USA | | |

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550045805 | | 1,000.000 G | 0 | 18434925 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number  Delivery #  Date Shipped<br>Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001<br>TMS320VC5416PGER16    705250178  09/24/2005<br>TMS320VC5416PGE160 144 TQFP tape & reel<br>Commercial Invoice Number:<br>Customer Reference: 10509<br>POItm:                    1 | 1,000 | 7 500 | 7,500.00 USD |
| **TOTAL** | | | **7,500.00 USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div  issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 511960442
## Invoice Date: 09/24/2005

REPRINT
Page 1 of 1
10/13/2005
09:56:49

Refer all questions related to payment to:
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**  141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |
| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
| 550040654 | | 1,600.000 G | 0 | 18431507 |
| CARRIER | END CUSTOMER | | TAX EXEMPTION NUMBER | |
| CENTRAL TRANSPORT INC | | | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 F16E27PJAR22 DELCO - TBC2 Commercial Invoice Number: Customer Reference: 10510 POItm: | 705251356        1 | 09/24/2005 | 1,600 | 4.720 | 7,552.00 USD |

TOTAL    7,552.00 USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 511960443
## Invoice Date: 09/25/2005

REPRINT
Page 1 of 1
10/13/2005
09:57:14

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550045805 | | 1,000.000 G | 0 | 18435153 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number    Delivery #    Date Shipped<br>Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001<br>TMS320VC5416PGER16    705254036  09/25/2005<br>TMS320VC5416PGE160 144 TQFP tape & reel<br>Commercial Invoice Number:<br>Customer Reference: 10512<br>POItm:                              1 | 1,000 | 7.500 | 7,500.00 USD |

**TOTAL**                                                    **7,500.00  USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 511970295
## Invoice Date: 09/26/2005

REPRINT
Page 1 of 1
10/13/2005
09:57:34

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI
ACCOUNTS PAYBABLE DEPT
M/S A-241
PO Box 6129
KOKOMO IN 46904-6129
USA

**SHIP TO**    125528
DELPHI DELCO ELECTRONICS SYSTEMS
DAHQ DDE PROTO PLANT 9 P900
Atn: Jana Royal
2033 E BLVD
KOKOMO IN 46904-9005
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 111627-DELPHI DELCO ELECTRONICS | | 112396 | 111627-DELPHI DELCO ELECTRONICS |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 0450139265 | 547806070 | 2,000.000 G | 1 | 18421574 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| BURLINGTON AIR EXPRESS INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9402485 TPIC8101DWR Knock Sensor Commercial Invoice Number: | 705236937  511969906 | 09/26/2005 | 2,000 | 1.780 | 3,560 00 USD |

|  | | | | TOTAL | 3,560.00 USD |
|---|---|---|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 511970296
## Invoice Date: 09/26/2005

REPRINT
Page 1 of 1
10/13/2005
09:57:52

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI
ACCOUNTS PAYBABLE DEPT
M/S A-241
PO Box 6129
KOKOMO IN  46904-6129
USA

**SHIP TO**    125528
DELPHI DELCO ELECTRONICS SYSTEMS
DAHQ DDE PROTO PLANT 9 P900
Attn: Jana Royal
2033 E BLVD
KOKOMO IN  46904-9005
USA

| REMIT TO: | For Bank Wire Transfer send to:<br>Texas Instruments, c/o Bank of America<br>901 Main Street,  Dallas, TX 75202<br>ABA 111000012,   Bank Acct 1254802152 | All prices are quoted in USD.<br><br>**Terms of Delivery**<br>FCA SHIPPING POINT<br><br>**Terms of Payment**<br>2nd Day of 2nd Month<br>Up to 11/02/2005 without deduction |
|---|---|---|

| PAYER<br>111627-DELPHI DELCO ELECTRONICS | ALT. PAYER | BILL TO<br>112396 | SOLD TO<br>111627-DELPHI DELCO ELECTRONICS | |
|---|---|---|---|---|
| PURCHASE ORDER NUMBER<br>0450121241 | WAYBILL<br>547806070 | WEIGHT<br>118.000 G | # BOXES<br>1 | SALES ORDER<br>18344752 |
| CARRIER<br>BURLINGTON AIR EXPRESS INC | END CUSTOMER | | TAX EXEMPTION NUMBER | |

| Customer Part Number / Revision<br>TI Part Number        Delivery #   Date Shipped<br>Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9401292 / -<br>OMAP5903PDVR        705261062  09/26/2005<br>OMAP 208 PIN LQFP Tape and Reel<br>Commercial Invoice Number:     511969907 | 118 | 5.370 | 633.66 USD |
| | | **TOTAL** | **633.66  USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511970301
# Invoice Date: 09/26/2005

REPRINT
Page 1 of 1
10/13/2005
09:58:10

Refer all questions related to payment to:
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**  141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550040654 | | 4,800.000 G | 0 | 18434678 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 F16E27PJAR22 DELCO - TBC2 Commercial Invoice Number: Customer Reference: 10513 POItm: | 705259331      1 | 09/26/2005 | 4,800 | 4.720 | 22,656.00 USD |

|  | | | | **TOTAL** | **22,656.00 USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.