# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511970302
## Invoice Date: 09/26/2005

REPRINT
Page 1 of 1
10/13/2005
09:58:25

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**  141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550040654 | | 400.000 G | 0 | 18438870 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9387471 F16E88PJAR11 DELCO - TBC3 Commercial Invoice Number: Customer Reference: 10515 POItm: | 705264150 1 | 09/26/2005 | 400 | 8.040 | 3,216.00 USD |

**TOTAL**        3,216.00 USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 511970303
## Invoice Date: 09/26/2005

REPRINT
Page 1 of 1
10/13/2005
10:04:28

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**  141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |
| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
| 550040654 | | 3,200.000 G | 0 | 18438871 |
| CARRIER | END CUSTOMER | | TAX EXEMPTION NUMBER | |
| CENTRAL TRANSPORT INC | | | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 F16E27PJAR22 DELCO - TBC2 Commercial Invoice Number: Customer Reference: 10514 POItm: | 705264632 1 | 09/26/2005 | 3,200 | 4 720 | 15,104.00 USD |

|  |  | **TOTAL** | | **15,104.00  USD** |
|---|---|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511970994
# Invoice Date: 09/26/2005

REPRINT
Page 1 of 1
10/13/2005
10:04:49

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (JIT SERVICES)
DELPHI AUTOMOTIVE SYSTEMS
JIT CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    129514
JIT SERVICES OF INDIANA INC
5150 W 76TH ST
INDIANAPOLIS IN  46268
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 147620-DELPHI DELCO (JIT SERVICES) | 111627 | 147620 | 147620-DELPHI DELCO (JIT SERVICES) | |
| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
| 0550045531 | | 2,000.000 G | 0 | 18437846 |
| CARRIER | END CUSTOMER | | TAX EXEMPTION NUMBER | |
| CENTRAL TRANSPORT INC | | | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9355022 SN104691DBR DELCO TPIC44L01 Commercial Invoice Number: Customer Reference: J275291 POItm: | 705259680 001 | 09/26/2005 | 2,000 | 0.610 | 1,220.00 USD |

**TOTAL**                     **1,220.00 USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph.: (972)995-2011

# INVOICE
# 511970995
# Invoice Date: 09/26/2005

REPRINT
Page 1 of 1
10/13/2005
10:05:09

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (JIT SERVICES)
DELPHI AUTOMOTIVE SYSTEMS
JIT CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    129514
JIT SERVICES OF INDIANA INC
5150 W 76TH ST
INDIANAPOLIS IN  46268
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 147620-DELPHI DELCO (JIT SERVICES) | 111627 | 147620 | 147620-DELPHI DELCO (JIT SERVICES) | | |
| **PURCHASE ORDER NUMBER** 0550045531 | **WAYBILL** | | **WEIGHT** 2,000.000 G | **# BOXES** 0 | **SALES ORDER** 18437896 |
| **CARRIER** CENTRAL TRANSPORT INC | **END CUSTOMER** | | **TAX EXEMPTION NUMBER** | | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9355022<br>SN104691DBR<br>DELCO TPIC44L01<br>Commercial Invoice Number:<br>Customer Reference: J275443<br>POItm: | 705260988<br><br><br><br><br>001 | 09/26/2005 | 2,000 | 0 610 | 1,220 00 USD |

| | | | **TOTAL** | | **1,220.00  USD** |
|---|---|---|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511970996
# Invoice Date: 09/26/2005

REPRINT
Page 1 of 1
10/13/2005
10:05:29

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (JIT SERVICES)
DELPHI AUTOMOTIVE SYSTEMS
JIT CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    129514
JIT SERVICES OF INDIANA INC
5150 W 76TH ST
INDIANAPOLIS IN  46268
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 147620-DELPHI DELCO (JIT SERVICES) | 111627 | 147620 | 147620-DELPHI DELCO (JIT SERVICES) | | |
| **PURCHASE ORDER NUMBER**<br>0550045531 | **WAYBILL** | | **WEIGHT**<br>2,000.000 G | **# BOXES**<br>0 | **SALES ORDER**<br>18439231 |
| **CARRIER**<br>CENTRAL TRANSPORT INC | **END CUSTOMER** | | | **TAX EXEMPTION NUMBER** | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9355022<br>SN104691DBR<br>DELCO TPIC44L01<br>Commercial Invoice Number:<br>Customer Reference: J275573<br>POItm: | 705264145<br><br><br><br><br>001 | 09/26/2005 | 2,000 | 0.610 | 1,220 00 USD |

**TOTAL**                    **1,220.00  USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511970997
# Invoice Date: 09/26/2005

REPRINT
Page 1 of 1
10/13/2005
10:05:46

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (JIT SERVICES)
DELPHI AUTOMOTIVE SYSTEMS
JIT CONSIGNMENT
PO Box 9005
KOKOMO IN 46904-9005
USA

**SHIP TO**    129514
JIT SERVICES OF INDIANA INC
5150 W 76TH ST
INDIANAPOLIS IN 46268
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 147620-DELPHI DELCO (JIT SERVICES) | 111627 | 147620 | 147620-DELPHI DELCO (JIT SERVICES) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 0550044541 | | 11,200.000 G | 0 | 18439233 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9387471<br>F16E88PJAR11<br>DELCO - TBC3<br>Commercial Invoice Number:<br>Customer Reference: J275701<br>POItm: | 705265386<br><br><br><br><br>001 | 09/26/2005 | 11,200 | 8.040 | 90,048.00 USD |

**TOTAL**                        **90,048.00 USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511981568
# Invoice Date: 09/26/2005

REPRINT
Page 1 of 1
10/13/2005
10:06:04

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | | |
| **PURCHASE ORDER NUMBER** | **WAYBILL** | **WEIGHT** | | **# BOXES** | **SALES ORDER** |
| 550045805 | | 500.000 G | | 0 | 18439034 |
| **CARRIER** | **END CUSTOMER** | | | **TAX EXEMPTION NUMBER** | |
| CENTRAL TRANSPORT INC | | | | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9397407001 | | | 500 | 7 500 | 3,750 00 USD |
| TMS320VC5416PGER16    705263790 | | 09/26/2005 | | | |
| TMS320VC5416PGE160 144 TQFP tape & reel | | | | | |
| Commercial Invoice Number: | | | | | |
| Customer Reference: 10516 | | | | | |
| POItm:    1 | | | | | |

**TOTAL**    3,750.00  USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div  issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph.: (972)995-2011

# INVOICE
# 511981569
# Invoice Date: 09/27/2005

REPRINT
Page 1 of 1
10/13/2005
10:06:20

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**
141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | | |
| **PURCHASE ORDER NUMBER** 550045805 | **WAYBILL** | | **WEIGHT** 1,000.000 G | **# BOXES** 0 | **SALES ORDER** 18441466 |
| **CARRIER** CENTRAL TRANSPORT INC | **END CUSTOMER** | | **TAX EXEMPTION NUMBER** | | |

| Customer Part Number / Revision TI Part Number  Delivery #  Date Shipped Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001 TMS320VC5416PGER16   705266870 09/27/2005 TMS320VC5416PGE160 144 TQFP tape & reel Commercial Invoice Number: Customer Reference: 10518 POItm:               1 | 1,000 | 7.500 | 7,500.00 USD |
| **TOTAL** | | | **7,500.00  USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511981570
# Invoice Date: 09/27/2005

REPRINT
Page 1 of 1
10/13/2005
10:06:41

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550040654 | | 8,000.000 G | 0 | 18441470 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 F16E27PJAR22 DELCO - TBC2 Commercial Invoice Number: Customer Reference: 10517 POItm: | 705267478          1 | 09/27/2005 | 8,000 | 4.720 | 37,760 00 USD |

**TOTAL**    37,760.00  USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511981571
## Invoice Date: 09/27/2005

REPRINT
Page 1 of 1
10/13/2005
10:07:00

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN 46904-9005
USA

**SHIP TO**   141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX 78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012, Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550041959 | | 500.000 G | 0 | 18441462 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9397407001 | | | 500 | 7.500 | 3,750.00 USD |
| TMS320VC5416PGER16 | 705267559 | 09/27/2005 | | | |
| TMS320VC5416PGE160 144 TQFP tape & reel | | | | | |
| Commercial Invoice Number: | | | | | |
| Customer Reference: 10519 | | | | | |
| POItm:                              1 | | | | | |

**TOTAL**                                    **3,750.00 USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
## 511981572
## Invoice Date: 09/27/2005

REPRINT
Page 1 of 1
10/13/2005
10:07:18

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | SHIP TO | 141789 |
|---|---|---|
| DELPHI DELCO (SPAN/REYN)<br>DELPHI AUTOMOTIVE SYSTEMS<br>REYNOSA CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN 46904-9005<br>USA | | DELPHI DELCO ELECTRONICS SYSTEMS<br>C/O SPAN INTERNATIONAL<br>702 JOAQUIN CAVAZOS RD<br>LOS INDIOS TX 78567<br>USA |

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550045805 | | 1,000.000 G | 0 | 18443084 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number          Delivery #     Date Shipped<br>Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001<br>TMS320VC5416PGER16    705271181  09/27/2005<br>TMS320VC5416PGE160 144 TQFP tape & reel<br>Commercial Invoice Number:<br>Customer Reference: 10520<br>POItm:                              1 | 1,000 | 7.500 | 7,500 00 USD |

| | TOTAL | 7,500.00 USD |
|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 511981573
## Invoice Date: 09/27/2005

REPRINT
Page 1 of 1
10/13/2005
10:07:36

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**   141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550043221 | | 2,000.000 G | 0 | 18444717 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9355022<br>SN104691DBR<br>DELCO TPIC44L01<br>Commercial Invoice Number:<br>Customer Reference: 10522<br>POItm: | 705271451<br><br><br><br><br>1 | 09/27/2005 | 2,000 | 0 610 | 1,220 00 USD |

**TOTAL**                    **1,220.00  USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
## 511981574
## Invoice Date: 09/27/2005

REPRINT
Page 1 of 1
10/13/2005
10:07:52

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**   141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |
| **PURCHASE ORDER NUMBER**<br>550040654 | **WAYBILL** | **WEIGHT**<br>1,600.000 G | **# BOXES**<br>0 | **SALES ORDER**<br>18445369 |
| **CARRIER**<br>CENTRAL TRANSPORT INC | **END CUSTOMER** | | **TAX EXEMPTION NUMBER** | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860<br>F16E27PJAR22<br>DELCO - TBC2<br>Commercial Invoice Number:<br>Customer Reference: 10523<br>POItm: | 705272023<br><br><br><br><br>1 | 09/27/2005 | 1,600 | 4.720 | 7,552.00 USD |

**TOTAL**    **7,552.00  USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 511981575
## Invoice Date: 09/27/2005

REPRINT
Page 1 of 1
10/13/2005
10:08:07

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| | |
|---|---|
| **BILL TO** | DELPHI DELCO (SPAN/REYN)<br>DELPHI AUTOMOTIVE SYSTEMS<br>REYNOSA CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN  46904-9005<br>USA |

**SHIP TO**  141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

| | |
|---|---|
| **REMIT TO:** | For Bank Wire Transfer send to:<br>Texas Instruments, c/o Bank of America<br>901 Main Street,  Dallas, TX 75202<br>ABA 111000012,   Bank Acct 1254802152 |

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |
| **PURCHASE ORDER NUMBER** | **WAYBILL** | **WEIGHT** | **# BOXES** | **SALES ORDER** |
| 550041959 | | 1,000.000 G | 0 | 18444718 |
| **CARRIER** | **END CUSTOMER** | | **TAX EXEMPTION NUMBER** | |
| CENTRAL TRANSPORT INC | | | | |

| Customer Part Number / Revision<br>TI Part Number          Delivery #    Date Shipped<br>Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001<br>TMS320VC5416PGER16     705272773  09/27/2005<br>TMS320VC5416PGE160 144 TQFP tape & reel<br>Commercial Invoice Number:<br>Customer Reference: 10521<br>POItm:                          1 | 1,000 | 7 500 | 7,500.00 USD |
| | | **TOTAL** | **7,500.00  USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div  issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511981576
# Invoice Date: 09/27/2005

REPRINT
Page 1 of 1
10/13/2005
10:08:22

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550040654 | | 1,600.000 G | 0 | 18445404 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 F16E27PJAR22 DELCO - TBC2 Commercial Invoice Number: Customer Reference: 10524 POItm: | 705273520    1 | 09/27/2005 | 1,600 | 4.720 | 7,552.00 USD |

| | | | | TOTAL | 7,552.00 USD |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph.: (972)995-2011

# INVOICE
# 511983600
# Invoice Date: 09/26/2005

REPRINT
Page 1 of 1
10/13/2005
10:08:45

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | |
|---|---|---|---|
| DELPHI DELCO (JIT SERVICES) | | 129514 | |
| DELPHI AUTOMOTIVE SYSTEMS | | JIT SERVICES OF INDIANA INC | |
| JIT CONSIGNMENT | | 5150 W 76TH ST | |
| PO Box 9005 | | INDIANAPOLIS IN 46268 | |
| KOKOMO IN 46904-9005 | | USA | |
| USA | | | |

**REMIT TO:** For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 147620-DELPHI DELCO (JIT SERVICES) | 111627 | 147620 | 147620-DELPHI DELCO (JIT SERVICES) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550046098 | | 2,000.000 G | 0 | 18439267 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9397416001 | | | | | |
| TMS320LF2406APZAR | 705264800 | 09/26/2005 | 2,000 | 6.550 | 13,100 00 USD |
| CMOS 320LF2406 TQFP | | | | | |
| Commercial Invoice Number: | | | | | |
| Customer Reference: J275768 | | | | | |
| POItm: | 001 | | | | |

|  |  | TOTAL |  |  | 13,100.00 USD |
|---|---|---|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

## TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

**INVOICE
511983601
Invoice Date: 09/27/2005**

REPRINT
Page 1 of 1
10/13/2005
10:09:02

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (JIT SERVICES)
DELPHI AUTOMOTIVE SYSTEMS
JIT CONSIGNMENT
PO Box 9005
KOKOMO IN 46904-9005
USA

**SHIP TO**   129514
JIT SERVICES OF INDIANA INC
5150 W 76TH ST
INDIANAPOLIS IN 46268
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 147620-DELPHI DELCO (JIT SERVICES) | 111627 | 147620 | 147620-DELPHI DELCO (JIT SERVICES) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 0550045531 | | 2,000.000 G | 0 | 18445689 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9355022 SN104691DBR DELCO TPIC44L01 Commercial Invoice Number: Customer Reference: J275867 POItm: | 705273234   001 | 09/27/2005 | 2,000 | 0.610 | 1,220 00 USD |

| | TOTAL | 1,220.00 USD |
|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 511984636
## Invoice Date: 09/27/2005

REPRINT
Page 1 of 1
10/13/2005
10:09:22

Refer all questions related to payment to:
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI
ACCOUNTS PAYBABLE DEPT
M/S A-241
PO Box 6129
KOKOMO IN  46904-6129
USA

**SHIP TO**  105150
DELPHI DELCO ELECTRONICS SYSTEMS
DAIC DELPHI D IC DELCO
2150 E LINCOLN
KOKOMO IN  46904
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT PAYER | BILL TO | SOLD TO | | |
|---|---|---|---|---|---|
| 111627-DELPHI DELCO ELECTRONICS | | 112396 | 111627-DELPHI DELCO ELECTRONICS | | |
| PURCHASE ORDER NUMBER | WAYBILL | | WEIGHT | # BOXES | SALES ORDER |
| 0550044755 | 547820442 | | 27,198.000 G | 1 | 18432334 |
| CARRIER | END CUSTOMER | | | TAX EXEMPTION NUMBER | |
| BURLINGTON AIR EXPRESS INC | | | | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 12207175 / A SN105079Y TVR-6 | 705273458 | 09/27/2005 | 27,198 | 1.100 | 29,917.80 USD |

Commercial Invoice Number:    511984523
THE DEVICE ORDERED HEREUNDER IS NOT FULLY QUALIFIED TO TI SPECIFICATIONS. A SIGNED
SPECIFICATION WAIVER FROM THE CUSTOMER IS REQUIRED PRIOR TO SHIPMENT. NOTWITHSTANDING ANY
PROVISION TO THE CONTRARY, TI MAKES NO WARRANTY, EXPRESSED, IMPLIED OR STATUTORY, INCLUDING
ANY IMPLIED WARRANTY OF MERCHANTABLILITY OR FITNESS FOR A SPECIFIC PURPOSE, OF THIS DEVICE.
THE DEVICE ORDERED HEREUNDER IS NOT FULLY QUALIFIED TO TI SPECIFICATIONS. A SIGNED
SPECIFICATION WAIVER FROM THE CUSTOMER IS REQUIRED PRIOR TO SHIPMENT. NOTWITHSTANDING ANY
PROVISION TO THE CONTRARY, TI MAKES NO WARRANTY, EXPRESSED, IMPLIED OR STATUTORY, INCLUDING
ANY IMPLIED WARRANTY OF MERCHANTABLILITY OR FITNESS FOR A SPECIFIC PURPOSE, OF THIS DEVICE.

**TOTAL**                     **29,917.80  USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511984638
# Invoice Date: 09/27/2005

REPRINT
Page 1 of 1
10/13/2005
10:09:39

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |
| **PURCHASE ORDER NUMBER**<br>550078442 | **WAYBILL** | **WEIGHT**<br>400.000 G | **# BOXES**<br>0 | **SALES ORDER**<br>18446723 |
| **CARRIER**<br>CENTRAL TRANSPORT INC | **END CUSTOMER** | | **TAX EXEMPTION NUMBER** | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 12239507002 / A<br>S11F6013NM<br>HVAC 3 (2.1)<br>Commercial Invoice Number:<br>Customer Reference: 10526<br>POItm: | 705274920<br><br><br><br><br>1 | 09/27/2005 | 400 | 8.110 | 3,244.00 USD |

**TOTAL**    3,244.00  USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511984639
# Invoice Date: 09/27/2005

REPRINT
Page 1 of 1
10/13/2005
10:09:55

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**   141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |
| **PURCHASE ORDER NUMBER** 550078443 | **WAYBILL** | **WEIGHT** 400.000 G | **# BOXES** 0 | **SALES ORDER** 18446722 |
| **CARRIER** CENTRAL TRANSPORT INC | **END CUSTOMER** | | **TAX EXEMPTION NUMBER** | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 12243249002 S11F6014NM HVAC3 2.1 code 14 Commercial Invoice Number: Customer Reference: 10525 POItm: | 705275820 1 | 09/27/2005 | 400 | 8.110 | 3,244 00 USD |

**TOTAL**   3,244.00  USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# ✦ TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511984897
## Invoice Date: 09/27/2005

REPRINT
Page 1 of 1
10/13/2005
10:10:17

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (JIT SERVICES)
DELPHI AUTOMOTIVE SYSTEMS
JIT CONSIGNMENT
PO Box 9005
KOKOMO IN 46904-9005
USA

**SHIP TO**    129514
JIT SERVICES OF INDIANA INC
5150 W 76TH ST
INDIANAPOLIS IN 46268
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 147620-DELPHI DELCO (JIT SERVICES) | 111627 | 147620 | 147620-DELPHI DELCO (JIT SERVICES) | |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 0550045531 | | 2,000.000 G | 0 | 18445707 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9355022 SN104691DBR DELCO TPIC44L01 Commercial Invoice Number: Customer Reference: J275985 POItm: | 705273085 | 09/27/2005 | 2,000 | 0.610 | 1,220.00 USD |
| | 001 | | | | |

TOTAL          1,220.00  USD

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511984898
# Invoice Date: 09/27/2005

REPRINT
Page 1 of 1
10/13/2005
10:10:37

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (JIT SERVICES)
DELPHI AUTOMOTIVE SYSTEMS
JIT CONSIGNMENT
PO Box 9005
KOKOMO IN 46904-9005
USA

**SHIP TO**    129514
JIT SERVICES OF INDIANA INC
5150 W 76TH ST
INDIANAPOLIS IN 46268
USA

| REMIT TO: | For Bank Wire Transfer send to:<br>Texas Instruments, c/o Bank of America<br>901 Main Street, Dallas, TX 75202<br>ABA 111000012,  Bank Acct 1254802152 | All prices are quoted in USD.<br><br>**Terms of Delivery**<br>FCA SHIPPING POINT<br><br>**Terms of Payment**<br>2nd Day of 2nd Month<br>Up to 11/02/2005 without deduction |
|---|---|---|

| PAYER<br>147620-DELPHI DELCO (JIT SERVICES) | ALT. PAYER<br>111627 | BILL TO<br>147620 | SOLD TO<br>147620-DELPHI DELCO (JIT SERVICES) | |
|---|---|---|---|---|
| PURCHASE ORDER NUMBER<br>0550045531 | WAYBILL | | WEIGHT<br>10,000.000 G | # BOXES<br>0 | SALES ORDER<br>18446747 |
| CARRIER<br>CENTRAL TRANSPORT INC | END CUSTOMER | | TAX EXEMPTION NUMBER | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9355022<br>SN104691DBR<br>DELCO TPIC44L01<br>Commercial Invoice Number:<br>Customer Reference: J276130<br>POItm: | 705275425<br><br><br><br><br>001 | 09/27/2005 | 10,000 | 0.610 | 6,100.00 USD |
| | | | **TOTAL** | | **6,100.00 USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511984899
## Invoice Date: 09/27/2005

REPRINT
Page 1 of 1
10/13/2005
10:10:51

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | |
|---|---|---|---|
| DELPHI DELCO (JIT SERVICES) | | 129514 | |
| DELPHI AUTOMOTIVE SYSTEMS | | JIT SERVICES OF INDIANA INC | |
| JIT CONSIGNMENT | | 5150 W 76TH ST | |
| PO Box 9005 | | INDIANAPOLIS IN  46268 | |
| KOKOMO IN  46904-9005 | | USA | |
| USA | | | |

| REMIT TO: | | |
|---|---|---|
| For Bank Wire Transfer send to: | All prices are quoted in USD | |
| Texas Instruments, c/o Bank of America | **Terms of Delivery** | |
| 901 Main Street,  Dallas, TX 75202 | FCA SHIPPING POINT | |
| ABA 111000012,   Bank Acct 1254802152 | **Terms of Payment** | |
| | 2nd Day of 2nd Month | |
| | Up to 11/02/2005 without deduction | |

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 147620-DELPHI DELCO (JIT SERVICES) | 111627 | 147620 | 147620-DELPHI DELCO (JIT SERVICES) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 0550043152 | | 1,600.000 G | 0 | 18446756 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 | | | | | |
| F16E27PJAR22 | 705275549 | 09/27/2005 | 1,600 | 4.720 | 7,552.00 USD |
| DELCO - TBC2 | | | | | |
| Commercial Invoice Number: | | | | | |
| Customer Reference: J276235 | | | | | |
| POItm: | 001 | | | | |

| | | |
|---|---|---|
| | **TOTAL** | **7,552.00  USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 511984900
## Invoice Date: 09/27/2005

REPRINT
Page 1 of 1
10/13/2005
10:11:07

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | 129514 |
|---|---|---|---|
| | DELPHI DELCO (JIT SERVICES)<br>DELPHI AUTOMOTIVE SYSTEMS<br>JIT CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN  46904-9005<br>USA | | JIT SERVICES OF INDIANA INC<br>5150 W 76TH ST<br>INDIANAPOLIS IN  46268<br>USA |

| REMIT TO: | For Bank Wire Transfer send to:<br>Texas Instruments, c/o Bank of America<br>901 Main Street, Dallas, TX 75202<br>ABA 111000012,   Bank Acct 1254802152 | All prices are quoted in USD.<br><br>**Terms of Delivery**<br>FCA SHIPPING POINT<br><br>**Terms of Payment**<br>2nd Day of 2nd Month<br>Up to 11/02/2005 without deduction |
|---|---|---|

| PAYER<br>147620-DELPHI DELCO (JIT SERVICES) | ALT. PAYER<br>111627 | BILL TO<br>147620 | SOLD TO<br>147620-DELPHI DELCO (JIT SERVICES) |
|---|---|---|---|
| PURCHASE ORDER NUMBER<br>0550044541 | WAYBILL | WEIGHT<br>11,200.000 G | # BOXES<br>0 | SALES ORDER<br>18446755 |
| CARRIER<br>CENTRAL TRANSPORT INC | END CUSTOMER | | TAX EXEMPTION NUMBER | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9387471<br>F16E88PJAR11<br>DELCO - TBC3<br>Commercial Invoice Number:<br>Customer Reference: J276234<br>POItm: | 705275928<br><br><br><br><br>001 | 09/27/2005 | 11,200 | 8.040 | 90,048.00 USD |

| | TOTAL | 90,048.00 USD |
|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX  75266
USA
Ph : (972)995-2011

# INVOICE
## 511997188
### Invoice Date: 09/27/2005

REPRINT
Page 1 of 1
10/13/2005
10:11:31

**Refer all questions related to payment to:**

Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| BILL TO | | SHIP TO | |
|---|---|---|---|
| | DELPHI DELCO (SPAN/REYN)<br>DELPHI AUTOMOTIVE SYSTEMS<br>REYNOSA CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN  46904-9005<br>USA | | 141789<br>DELPHI DELCO ELECTRONICS SYSTEMS<br>C/O SPAN INTERNATIONAL<br>702 JOAQUIN CAVAZOS RD<br>LOS INDIOS TX  78567<br>USA |

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550045805 | | 1,000.000 G | 0 | 18447439 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number        Delivery #    Date Shipped<br>Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001<br>TMS320VC5416PGER16    705276086  09/27/2005<br>TMS320VC5416PGE160 144 TQFP tape & reel<br>Commercial Invoice Number:<br>Customer Reference: 10529<br>POItm:                               1 | 1,000 | 7.500 | 7,500.00 USD |

|  | **TOTAL** | **7,500.00  USD** |
|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof   TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
## 511997189
## Invoice Date: 09/27/2005

REPRINT
Page 1 of 1
10/13/2005
10:11:48

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN 46904-9005
USA

**SHIP TO**   141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX 78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012, Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550040654 | | 1,600.000 G | 0 | 18446921 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860<br>F16E27PTAR22<br>DELCO - TBC2<br>Commercial Invoice Number:<br>Customer Reference: 10527<br>POItm: | 705276311<br><br><br><br><br>1 | 09/27/2005 | 1,600 | 4.720 | 7,552.00 USD |

**TOTAL**                          **7,552.00 USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511997190
## Invoice Date: 09/27/2005

REPRINT
Page 1 of 1
10/13/2005
10:12:07

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN 46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX 78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012, Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |
| **PURCHASE ORDER NUMBER**<br>550040654 | **WAYBILL** | **WEIGHT**<br>400.000 G | **# BOXES**<br>0 | **SALES ORDER**<br>18446922 |
| **CARRIER**<br>CENTRAL TRANSPORT INC | **END CUSTOMER** | | **TAX EXEMPTION NUMBER** | |

| Customer Part Number / Revision<br>TI Part Number<br>Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9387471<br>F16E88PJAR11<br>DELCO - TBC3<br>Commercial Invoice Number:<br>Customer Reference: 10528<br>POItm: | 705276722<br><br><br><br><br>1 | 09/27/2005 | 400 | 8 040 | 3,216 00 USD |

**TOTAL**    **3,216.00 USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.



**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511997191
## Invoice Date: 09/27/2005

Page 1 of 1
10/13/2005
10:12:19

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

| | | | |
|---|---|---|---|
| **BILL TO** | DELPHI DELCO (SPAN/REYN)<br>DELPHI AUTOMOTIVE SYSTEMS<br>REYNOSA CONSIGNMENT<br>PO Box 9005<br>KOKOMO IN  46904-9005<br>USA | **SHIP TO** | 141789<br>DELPHI DELCO ELECTRONICS SYSTEMS<br>C/O SPAN INTERNATIONAL<br>702 JOAQUIN CAVAZOS RD<br>LOS INDIOS TX  78567<br>USA |

| | |
|---|---|
| **REMIT TO:** For Bank Wire Transfer send to:<br>Texas Instruments, c/o Bank of America<br>901 Main Street,  Dallas, TX 75202<br>ABA 111000012,  Bank Acct 1254802152 | All prices are quoted in USD<br><br>**Terms of Delivery**<br>FCA SHIPPING POINT<br><br>**Terms of Payment**<br>2nd Day of 2nd Month<br>Up to 11/02/2005 without deduction |

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550040654 | | 3,200.000 G | 0 | 18446935 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number          Delivery #<br>Item Description | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|
| 9395860<br>F16E27PJAR22          705276776 | 09/27/2005 | 3,200 | 4 720 | 15,104.00 USD |
| DELCO - TBC2<br>Commercial Invoice Number:<br>Customer Reference: 10530<br>POItm:                          1 | | | | |
| | | | **TOTAL** | 15,104.00 USD |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

## INVOICE
## 511997192
## Invoice Date: 09/28/2005

Page 1 of 1
10/13/2005
10:12:34

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**  141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |
| PURCHASE ORDER NUMBER | WAYBILL | | WEIGHT | # BOXES | SALES ORDER |
| 550050569 | | | 2,500.000 G | 0 | 18447444 |
| CARRIER | END CUSTOMER | | TAX EXEMPTION NUMBER | |
| CENTRAL TRANSPORT INC | | | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9399765 MLA00269DR LM211QD Commercial Invoice Number: Customer Reference: 10533 POItm: | 705273165      1 | 09/28/2005 | 2,500 | 0.210 | 525.00 USD |

**TOTAL**          **525.00 USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.



**Texas Instruments Incorporated**
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
## 511997193
## Invoice Date: 09/28/2005

Page 1 of 1
10/13/2005
10:12:42

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**   141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |
| **PURCHASE ORDER NUMBER** | **WAYBILL** | **WEIGHT** | **# BOXES** | **SALES ORDER** |
| 550043221 | | 2,000.000 G | 0 | 18447443 |
| **CARRIER** | **END CUSTOMER** | | **TAX EXEMPTION NUMBER** | |
| CENTRAL TRANSPORT INC | | | | |

| Customer Part Number / Revision TI Part Number   Delivery #   Date Shipped Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 28005509 / A SN74LV4051AIDWRDL   705277859 09/28/2005 Delphi -ANALOG MULTIPLEXER/DEMULTIPLEXER Commercial Invoice Number: Customer Reference: 10534 POItm:                          1 | 2,000 | 0.200 | 400.00 USD |
| | | **TOTAL** | **400.00  USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511997194
# Invoice Date: 09/28/2005

Page 1 of 1
10/13/2005
10:12:51

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**
141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO | |
|---|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) | |
| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
| 550045805 | | 500.000 G | 0 | 18447446 |
| CARRIER | END CUSTOMER | | TAX EXEMPTION NUMBER | |
| CENTRAL TRANSPORT INC | | | | |

| Customer Part Number / Revision TI Part Number    Delivery #    Date Shipped Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001 TMS320VC5416PGER16    705277862 09/28/2005 TMS320VC5416PGE160 144 TQFP tape & reel Commercial Invoice Number: Customer Reference: 10531 POItm:                     1 | 500 | 7 500 | 3,750 00 USD |
| | **TOTAL** | | **3,750.00  USD** |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div  issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# TEXAS INSTRUMENTS

# INVOICE
# 511997195
# Invoice Date: 09/28/2005

Page 1 of 1
10/13/2005
10:13:01

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN 46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX 78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550040654 | | 1,600.000 G | 0 | 18447445 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 F16E27PJAR22 DELCO - TBC2 Commercial Invoice Number: Customer Reference: 10532 POItm: | 705278586     1 | 09/28/2005 | 1,600 | 4 720 | 7,552 00 USD |

**TOTAL**                 **7,552.00  USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511997196
# Invoice Date: 09/28/2005

Page 1 of 1
10/13/2005
10:13:08

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**   141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550045805 | | 1,000.000 G | 0 | 18450749 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number   Delivery # Item Description | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|
| 9397407001 | | | | |
| TMS320VC5416PGER16   705279380 | 09/28/2005 | 1,000 | 7.500 | 7,500.00 USD |
| TMS320VC5416PGE160 144 TQFP tape & reel | | | | |
| Commercial Invoice Number: | | | | |
| Customer Reference: 10535 | | | | |
| POItm:                    1 | | | | |

**TOTAL**                              **7,500.00  USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof.  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

**TEXAS INSTRUMENTS**

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511997197
## Invoice Date: 09/28/2005

Page 1 of 1
10/13/2005
10:13:16

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**
141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street,  Dallas, TX 75202
ABA 111000012,   Bank Acct 1254802152

All prices are quoted in USD

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550041959 | | 500.000 G | 0 | 18447486 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision<br>TI Part Number         Delivery #      Date Shipped<br>Item Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|
| 9397407001<br>TMS320VC5416PGER16    705281350 09/28/2005<br>TMS320VC5416PGE160 144 TQFP tape & reel<br>Commercial Invoice Number:<br>Customer Reference: 10536<br>POItm:                          1 | 500 | 7.500 | 3,750.00 USD |

|  | **TOTAL** | | **3,750.00  USD** |
|---|---|---|---|

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof. TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.

# TEXAS INSTRUMENTS

Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511997198
# Invoice Date: 09/28/2005

Page 1 of 1
10/13/2005
10:13:23

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**    141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550040654 | | 1,600.000 G | 0 | 18446984 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 9395860 F16E27PJAR22 DELCO - TBC2 Commercial Invoice Number: Customer Reference: 10538 POItm: | 705282957  1 | 09/28/2005 | 1,600 | 4.720 | 7,552.00 USD |

**TOTAL**     **7,552.00  USD**

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.



Texas Instruments Incorporated
Semiconductor
PO Box 660199
DALLAS TX 75266
USA
Ph : (972)995-2011

# INVOICE
# 511997199
## Invoice Date: 09/28/2005

Page 1 of 1
10/13/2005
10:13:30

**Refer all questions related to payment to:**
Credit Territory: 911-NORTH-EAST
Credit Manager: Bryson Price
Ph : 972-917-1941
Fax: 972-917-2924

**BILL TO**
DELPHI DELCO (SPAN/REYN)
DELPHI AUTOMOTIVE SYSTEMS
REYNOSA CONSIGNMENT
PO Box 9005
KOKOMO IN  46904-9005
USA

**SHIP TO**   141789
DELPHI DELCO ELECTRONICS SYSTEMS
C/O SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**REMIT TO:**
For Bank Wire Transfer send to:
Texas Instruments, c/o Bank of America
901 Main Street, Dallas, TX 75202
ABA 111000012,  Bank Acct 1254802152

All prices are quoted in USD.

**Terms of Delivery**
FCA SHIPPING POINT

**Terms of Payment**
2nd Day of 2nd Month
Up to 11/02/2005 without deduction

| PAYER | ALT. PAYER | BILL TO | SOLD TO |
|---|---|---|---|
| 112197-DELPHI DELCO (SPAN/REYN) | 111627 | 112197 | 112197-DELPHI DELCO (SPAN/REYN) |

| PURCHASE ORDER NUMBER | WAYBILL | WEIGHT | # BOXES | SALES ORDER |
|---|---|---|---|---|
| 550078443 | | 400.000 G | 0 | 18452367 |

| CARRIER | END CUSTOMER | TAX EXEMPTION NUMBER |
|---|---|---|
| CENTRAL TRANSPORT INC | | |

| Customer Part Number / Revision TI Part Number Item Description | Delivery # | Date Shipped | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 12243249002 S11F6014NM HVAC3 2 1 code 14 Commercial Invoice Number: Customer Reference: 10541 POItm: | 705283091  1 | 09/28/2005 | 400 | 8 110 | 3,244 00 USD |

|  |  |  |  | TOTAL | 3,244.00 USD |

The above bill is correct and just and that payment thereof has not been received and that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Div. issued under Section 14 thereof  TI's standard Terms and Conditions (available from your TI Sales Office and appearing on the reverse side hereof) apply unless the parties have executed an overriding agreement.