UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

DELPHI CORPORATION, et al.,

      Debtors.

Case No. 05-44481-RDD
Chapter 11

Hon. Richard D. Drain

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE
OF PAPERS AND REQUEST FOR ADDITION TO MATRIX**

TO:    CLERK OF THE COURT
          United States Bankruptcy Court
          Southern District of New York
          One Bowling Green
          New York, NY 10004-1408

**PLEASE TAKE NOTICE** that Miller, Canfield, Paddock and Stone, P.L.C. appears on behalf of Creditors, Niles USA, Inc., Techcentral, LLC, The Bartech Group, Inc., and Fischer Automotive Systems, and pursuant to Bankruptcy Rules 2002, 9007 and 9010 demand that all notices given or required to be given and all pleadings, motions or papers served or required to be served in this case be given to and served upon Miller, Canfield, Paddock and Stone, P.L.C. as follows:

          Timothy A. Fusco, Esq.
          Miller, Canfield, Paddock and Stone, P.L.C.
          Counsel for Creditors Niles USA, Inc.
          Techcentral, LLC, The Bartech Group, Inc.,
          and Fischer Automotive Systems
          150 W. Jefferson Avenue, Suite 2500
          Detroit, MI 48226
          (313) 496-8435
          fusco@millercanfield.com

Counsel also requests that all ECF/electronic notices be sent to fusco@millercanfield.com.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes the notice of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal,

whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise or made with regard to the referenced case and proceedings herein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the rights of Debtor (i) to have final orders in noncore matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) of any other rights, claims, actions, setoffs, or recoupments to which Debtor may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

    Respectfully submitted,

    MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

    By: \s\ Timothy A. Fusco
        Timothy A. Fusco (P13768)
    Attorneys for Creditors Niles USA, Inc.
    Techcentral, LLC, The Bartech Group, Inc.,
    and Fischer Automotive Systems
    150 West Jefferson, Suite 2500
    Detroit, MI  48226
    (313) 963-6420
    fusco@millercanfield.com

Dated:  October 19, 2005

DELIB:2670506.1\129141-00001