UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>DELPHI CORPORATION, <u>et al</u>.,<br><br>　　　　Plaintiff. | Chapter 11<br><br>Case No. 05-44481 |

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Timothy A. Fusco, a member in good standing of the bar in the State of Michigan, or of the bar of the U.S. District Court for the Eastern District of Michigan, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Niles USA, Inc., and/or other creditors in the above referenced case. My address is Miller, Canfield, Paddock and Stone, P.L.C., 150 W. Jefferson Avenue, Suite 2500, Detroit, Michigan 48226; e-mail address is fusco@millercanfield.com; and telephone number is (313) 496-8435. I agree to pay the fee of $25 upon approval by this Court admitting me to practice ***pro hac vice***.

　　　　　　　　Respectfully submitted,

　　　　　　　　MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.


　　　　　　　　By: \s\ Timothy A. Fusco
　　　　　　　　　　　Timothy A. Fusco (P13768)
　　　　　　　　Attorneys for Creditor Niles USA, Inc.
　　　　　　　　150 West Jefferson, Suite 2500
　　　　　　　　Detroit, MI  48226
　　　　　　　　(313) 963-8435

Dated: October 18, 2005

# ORDER

**ORDERED**,

that Timothy A. Fusco, Esq. is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____

                                                    _____
                                                  UNITED STATES BANKRUPTCY JUDGE

DELIB:2669819.1\129141-00001