UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In RE:<br><br>DELPHI CORPORATION, et al.,<br><br>        Debtors. | Case No. 05-44481-RDD<br><br>In proceedings under<br>Chapter 11<br><br>Hon. Richard D. Drain |

## **CERTIFICATE OF SERVICE**

STATE OF MICHIGAN          )
                                              )SS.
COUNTY OF WAYNE          )

RONDA L. HARRIS, being first duly sworn, deposes and says that she is employed by Miller, Canfield, Paddock and Stone, P.L.C. and that she served a copy of the Motion for Admission to Practice, *Pro Hac Vice*, upon the following non-ECF participants as listed on the attached Exhibit A, via the U.S. Postal Service on October 19, 2005.


                    \s\ Ronda L. Harris
                    Ronda L. Harris, Administrative Assistant
                    Miller, Canfield, Paddock and Stone, P.L.C.


Dated:  October 19, 2005


DELIB:2670530.1\129141-00001

In Re:  Delphi Corporation, et al.
Case No. 05-44481-RDD

## EXHIBIT A – Non-ECF Participants

Mark I Bane
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Glenn P. Berger
Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016

Patrick M. Costello
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palto Alto, CA 94306

Gary H. Cunningham
Kramer Mellen, P.C.
3000 Town Center, Ste. 1700
Southfield, MI 48075-1277

Gary H. Cunningham
Strobl Cunningham & Sharp, P.C.
300 E. Long Lake Road
Suite 200
Bloomfield Hills, MI Suite 200

Craig Alan Damast
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174

Elizabeth K. Flaagan
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203

Mark T. Flewelling
Anglin, Flewelling, Rasmussen, Campbell
& Trytten LLP
199 South Los Robles Avenue
Suite 600
Pasadena, CA 91101

Ira P. Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Ira P. Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

Scott R. Goldberg
Quarles & Brady Streich Lang, LLP
One Renaissance Sq.
2 N. Central Avenue
Phoenix, AZ 85004-2391

Stephen H. Gross
Hodgson Russ LLP
Carnegie Hall Tower
152 West 57th Street, 35th Floor
New York, NY 10019

Thomas H. Keyse
1700 Lincoln Street
Suite 4000
Denver, CO 80203

Steve Kieselstein
Kieselstein LawFirm, PLLC
43 British American Boulevard
Latham, NY 12110

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Jill Levi
Todd & Levi, LLP
444 Madison Avenue
New York, NY 10022

Timothy S. McFadden
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, IL 60603

Sandra A. Reimer
666 Fifth Avenue
New York, NY 10103

Harold Ritvo
Harold Ritvo, P.C.
One University Plaza
Hackensack, NJ 07601

Lawrence M. Schwab
BIALSON, BERGEN & SCHWAB, Esq.
2600 El Camino Real
Suite 300
Palto Alto, CA 94306

Bryan I. Schwartz
Levenfeld Pearlstein LLC
2 North LaSalle Street
Suite 1300
Chicago, IL 60602

Robert J. Sidman
Vorys, Sater, Seymour and Pease, LLP
52 East Gay Street
Columbus, OH 43216-1008

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.