## Hinshaw, Jeannette

| | |
|---|---|
| **From:** | Hinshaw, Jeannette |
| **Sent:** | Monday, October 17, 2005 7:18 PM |
| **To:** | 'John K. Lyons Esq. (jlyonsch@skadden.com)' |
| **Subject:** | DELPHI-LORENTSON TOOLING-1 of 1-reclamation demand letter |
| **Attachments:** | Lorentson Tooling.pdf |

Please find attached the following:

- Reclamation demand letter from Lorentson Tooling, Inc. ("Lorentson"), demanding reclamation in the amount of $23,900.00
- Exhibit A, summarizing attachments
- Evidence of facsimile transmission to Delphi headquarters and Skadden Arps
- Exhibit B

I have entered an appearance on behalf of Lorentson. in the Delphi case. Should you have questions, I am available per the contact information below.

Regards, Jeannette Hinshaw

Jeannette Eisan Hinshaw, Esq.
Bose McKinney & Evans LLP
135 N. Pennsylvania St., Suite 2700
Indianapolis, Indiana  46204
  direct telephone:317-684-5296
  direct fax:        317-223-0296
  copy center fax: 317-684-5173
email: jhinshaw@boselaw.com

Visit our website at www.boselaw.com
To view biographies click on "Our People"

-----Original Message-----
From: sharescan25
Sent: Monday, October 17, 2005 6:55 PM
To: Hinshaw, Jeannette
Subject: DELPHI-LORENTSON TOOLING-1 of 1-reclamation demand letter


This PDF file was created using the eCopy Suite of products. For more information about how you can eCopy paper

Lorentson
ooling.pdf (237 KB).

documents and distribute them by email please visit http://www.ecopy.com

1

October 16, 2005

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: John K. Lyons, Esq.<br>Attn: Allison Verderber Herriott, Esq.<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606 | VIA FACSIMILE to (312) 407-0411with Exhibit A and<br><br>e-mail to jlyonsch@skadden.com with Exhibits A and B |
| Delphi Corporation<br>World Headquarters<br>5725 Delphi Drive<br>Troy, Michigan 48098-2815 | VIA FACSIMILE to (248) 813-2499) with Exhibit A |

RE:    Reclamation Demand by **Lorentson Tooling, Inc.** (the "Reclamation Notice")
       Bankruptcy Petition filed by Delphi Corporation, et al., Case No.05-44481 (AJG),
       Southern District of New York

Dear Sir/Madame:

   It has come to our attention that the above-referenced debtors (the "Debtor") have filed for protection under Title 11 of the United States Code. Pursuant to Section 2-702 of the Uniform Commercial Code, and in accordance with Section 546(c) of the United States Bankruptcy Code, Lorentson Tooling, Inc. ("Lorentson") hereby demands reclamation of the goods received by the Debtor during the statutory reclamation period.

   The demand specifically includes but is not limited to goods identified on the records annexed hereto. The records annexed hereto reflect unpaid invoices **totaling $23,900.00.** In light of your recent bankruptcy filing, you are further notified that all goods subject to our right of reclamation must be protected and segregated by you and shall not be used for any purpose whatsoever except those specifically authorized following notice and a hearing by the bankruptcy court.

   Lorentson further reserves the right to amend and supplement this Reclamation Notice (including filing additional evidence in support of this Reclamation Notice) or to file additional reclamation notices or claims; including without limitation, all other claims at law or in equity. Lorentson also reserves all rights accruing to it, and the filing of this Reclamation Notice is not intended to be and shall not be construed as: (1) an election of remedy; (2) a waiver of any past, present, or future defaults or events of default; or (3) a waiver or limitation of any rights of Lorentson.

656071, v.1, Lorentson Tooling, Inc.

Please acknowledge receipt of Lorentson's reclamation and payment demand by signing and dating this letter where indicated below and returning it to me by telecopier, **(765) 452-7940.** My telephone number is (765) 452-4425.

Thank you for your anticipated cooperation.

Sincerely,

*[signature]*

Mr. Leonard Lorentson, President
Lorentson Tooling, Inc.

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

**PLEASE SIGN AND FAX TO (765) 452-7940.**

Receipt acknowledged this _____ day of _____, 2005, at _____ ___.m.

Name: _____

Printed: _____

Title: _____

Page Two of Two

Reclamation Demand Letter Dated October 16, 2005
to Delphi Corporation LLC et al.

656071, v.1, Lorentson Tooling, Inc.

## MEMORY TRANSMISSION REPORT

```
TIME       : 2005-OCT-17   04:51PM
TEL NUMBER : +13176845173
NAME       : BOSE McKINNEY EVANS
```

| | | |
|---|---|---|
| FILE NUMBER | : | 453 |
| DATE | : | OCT-17 04:50PM |
| TO | : | 877#1#10#13124070411# |
| DOCUMENT PAGES | : | 004 |
| START TIME | : | OCT-17 04:50PM |
| END TIME | : | OCT-17 04:51PM |
| SENT PAGES | : | 004 |
| STATUS | : | OK |
| FILE NUMBER | : 453 | \*\*\* SUCCESSFUL TX NOTICE \*\*\* |

## BOSE McKINNEY & EVANS LLP
ATTORNEYS AT LAW

Jeannette Eisan Hinshaw
Downtown Office
Direct Dial (317) 684-5296
Direct Fax (317) 223-0296
E-Mail: JHinshaw@boselaw.com

### FAX COVER SHEET

Date: __10/17/05__                                                        Time: ____

From: __Jeannette Eisan Hinshaw__                                        Phone: __(317) 684-5296__

To: __Skadden Arps Slate Meagher & Flom LLP__    Facsimile: __(312) 407-0411__

User No. __877__    Client/Matter No. __Lorentson/Delphi__    Return to __JEH__

No. of pages transmitted (including cover sheet): ____    Operator's initials ____

**MESSAGE:**

If you experience any problems in receiving any of these pages, please call the Copy Center as soon as possible at 317-684-5144. Thank you.

656596

Downtown · 2700 First Indiana Plaza · 135 North Pennsylvania Street · Indianapolis, Indiana 46204 · (317) 684-5000 · Fax (317) 684-5173
North Office · 600 East 96th Street · Suite 500 · Indianapolis, Indiana 46240 · (317) 684-5300 · Fax (317) 684-5316
Washington Office · 700 North One Lafayette Centre · 1120 20th Street, N.W. · Washington, D.C. 20036 · (202) 973-1229 · Fax (202) 973-1212
www.boselaw.com

# MEMORY TRANSMISSION REPORT

```
                              TIME       : 2005-OCT-17  04:20PM
                              TEL NUMBER : +13176845173
                              NAME       : BOSE McKINNEY EVANS
```

| | | |
|---|---|---|
| FILE NUMBER | : | 449 |
| DATE | : | OCT-17 04:17PM |
| TO | : | 877#1#10#12488132499# |
| DOCUMENT PAGES | : | 004 |
| START TIME | : | OCT-17 04:17PM |
| END TIME | : | OCT-17 04:19PM |
| SENT PAGES | : | 004 |
| STATUS | : | OK |
| FILE NUMBER | : | 449 |

\*\*\* SUCCESSFUL TX NOTICE \*\*\*

---

**BOSE McKINNEY & EVANS LLP**
ATTORNEYS AT LAW

Jeannette Eisan Hinshaw
Downtown Office
Direct Dial (317) 684-5296
Direct Fax (317) 223-0296
E-Mail: JHinshaw@boselaw.com

## FAX COVER SHEET

Date: _____10/17/05_____                                Time: _____

From: _Jeannette Eisan Hinshaw_____                       Phone: (317) 684-5296

**To:** *Delphi Corporation*                                Facsimile: (248) 813-2499

User No. **877**    Client/Matter No. Lorentson/Delphi      Return to   JEH

No. of pages transmitted (including cover sheet): ____      Operator's initials _____

**MESSAGE:**




If you experience any problems in receiving any of these pages, please call the Copy Center as soon as possible at 317-684-5144. Thank you.

656627

---

Downtown • 2700 First Indiana Plaza • 135 North Pennsylvania Street • Indianapolis, Indiana 46204 • (317) 684-5000 • Fax (317) 684-5173
North Office • 600 East 96th Street • Suite 500 • Indianapolis, Indiana 46240 • (317) 684-5300 • Fax (317) 684-5316
Washington Office • 700 North One Lafayette Centre • 1120 20th Street, N.W. • Washington, D.C. 20036 • (202) 973-1229 • Fax (202) 973-1212
www.boselaw.com

EXHIBIT A

Page _1_ of _1_

LORENTSON TOOLING, INC.

DELPHI DELCO ELECTRONICS SYSTEM

| Invoice # | Date Inv. | Invoice total |
|---|---|---|
| 5540 | 10-06-05 | $ 1,200.00 |
| 5541 | 10-06-05 | 15,500.00 |
|  |  | $ 16,700.00 |

DELPHI DELCO ELECTRONICS DE MEXICO

| Invoice # | Date Inv. | Invoice total |
|---|---|---|
| 5542 | 10-06-05 | $ 2,325.00 |
| 5543 | 10-06-05 | 4,875.00 |
|  |  | $ 7,200.00 |

LORENTSON TOOLING, INC. TOTAL          $ 23,900.00

**Lorentson Mfg. Co. Southwest, Inc.**
**Lorentson Tooling, Inc.**
2101 Amistad
San Benito, Texas 78586
(956) 399-8902

Invoice No **5540**
Terms: Net 15th & 30th
P.O. No.: 450140954
Duns No.: 61-868-7842

DESIGNERS & BUILDERS
PLASTIC MOLDS        TOOL & DIES
CUSTOM MOLDING

REMIT TO: **Lorentson Mfg. Co, Inc.**
P.O. Box 932
Kokomo, IN 46901

**BILL TO:**

Delphi Delco Electronics System
ATTN: Manual Receipts Processing
MS-9A241
P.O. Box 9005
Kokomo, IN 46904-9005

**SHIP TO:**

Delphi Delco Electronics De Mexico
601 Joaquin Cavazos Road
Los Indios, Texas 78567

| Job # | 9043 | Date Shipped: | 9/29/2005 | Invoice Date: | 10/06/05 |
|---|---|---|---|---|---|

| Description | QTY | Price Unit | Amount |
|---|---|---|---|
| Item No. 00010<br>Material No. / Item identifier No Description PR10226978 00010<br>Service: 60 Parts Molded out of Cycology LG9000 (Black)<br>Ordered: Dwight Schwarz (915) 612-6655 | 1 | | $600.00 |
| Item No. 00020<br>Material No. / Item Identifier No. Description PR10226978 00020<br>Service: 60 Parts Molded out of Cycoloy MC8002 (Black)<br>Ordered: Dwight Schwarz (919) 612-6655 | 1 | | $600.00 |
| | | Sub-Total | $1,200.00 |
| | | Tax | |
| | | Freight | |
| | | Total Price | $1,200.00 |

All goods on this invoice have been produced in compliance with the fair standards act of 1938 as amended.

**Lorentson Mfg. Co. Southwest, Inc.**
**Lorentson Tooling, Inc.**
2101 Amistad
San Benito, Texas 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS        TOOL & DIES
CUSTOM MOLDING

Invoice No    **5541**
Terms:    Net 15th & 30th
P.O. No.:    450117900
Duns No.: 61-868-7842

REMIT TO:    **Lorentson Mfg. Co, Inc.**
P.O. Box 932
Kokomo, IN 46901

BILL TO:
Delphi Delco Electronic System
ATTN: Manual Receipts Processing
P.O. Box 9005
Kokomo, IN 46904-9005

SHIP TO:
Delphi Delco Electronics De Mexico
S.A. DE C.V. (Deltronicos)
702 Joaquin Cavazos Road
Los Indios, Texas 78567

Job #    8972    Date Shipped:    09/22/05    Invoice Date:    10/06/05

| Description | QTY | Unit Price | Amount |
|---|---|---|---|
| Item No. 00010<br>Material No. / Item Identifier No Description PR10187796 00010<br>Service: Manufactured 2 Faceplate Gages<br><br>Ordered: Juan Carlos Esquivel (956) 228-6579  PR462234 | 1 | | $15,500.00 |
| | | Sub-Total | $15,500.00 |
| | | Tax | |
| | | Freight | |
| | | Total Price | $15,500.00 |

All goods on this invoice have
been produced in compliance
with the fair standards act
of 1938 as amended.

**Lorentson Mfg. Co. Southwest, Inc.**
**Lorentson Tooling, Inc.**
2101 Amistad
San Benito, Texas 78586
(956) 399-8902

Invoice No    **5542**
Terms:    Net 15th & 30th
P.O. No.:    59S01045
Duns No.:    61-868-7842

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS        TOOL & DIES**
**CUSTOM MOLDING**

REMIT TO:    **Lorentson Mfg. Co, Inc.**
P.O. Box 932
Kokomo, IN 46901

**BILL TO:**
Delphi Delco Electronics De Mexico
S.A. DE C.V. (Deltronicos)
P.O. Box 981012
El Paso, TX 79998-1012

**SHIP TO:**
Delphi Delco Electronics De Mexico
S.A. DE C.V. (Deltronicos)
702 Joaquin Cavazos Road
Los Indios, Texas 78567

| Job # 9020 | Date Shipped: 9/22/2005 | Invoice Date: 10/06/05 | | |
|---|---|---|---|---|
| Description | | QTY | Unit Price | Amount |
| Description: Touch-Up Polish, Strip and Nickel Plate. | | | | |
| MOLD:    09359862-MH-B2 | | | | |
| HOURS::   15 hrs. | | | $50.00 | $750.00 |
| MATERIAL Touch-Up polish, strip and nickel plate. | | | | $1,575.00 |
| SHIPPER:    00341 | | | | |
| All goods on this invoice have been produced in compliance with the fair standards act of 1938 as amended. | | | | |
| | | | Sub-Total | $2,325.00 |
| | | | Tax | |
| | | | Freight | |
| | | | Total Price | $2,325.00 |

## Lorentson Mfg. Co. Southwest, Inc.
### Lorentson Tooling, Inc.
2101 Amistad
San Benito, Texas 78586
(956) 399-8902

Invoice No  **5543**
Terms:  Net 15th & 30th
P.O. No.:  59S01045
Duns No.:  61-868-7842

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS        TOOL & DIES**
**CUSTOM MOLDING**

REMIT TO:  **Lorentson Mfg. Co, Inc.**
P.O. Box 932
Kokomo, IN  46901

**BILL TO:**
Delphi Delco Electronics De Mexico
S.A. DE C.V. (Deltronicos)
P.O. Box 981012
El Paso, TX  79998-1012

**SHIP TO:**
Delphi Delco Electronics De Mexico
S.A. DE C.V. (Deltronicos)
702 Joaquin Cavazos Road
Los Indios, Texas 78567

| Job #  9017 | Date Shipped: 9/27/2005 | Invoice Date: 10/06/05 | | |
|---|---|---|---|---|
| **Description** | | QTY | Unit Price | Amount |
| Description: Touch-Up Polish, Strip and Nickel Plate. | | | | |
| MOLD:  09354782-MH-B2 | | | $50.00 | $1,750.00 |
| HOURS::  35 | | | | $3,125.00 |
| MATERIAL  Touch-Up polish, strip and nickel plate. | | | | |
| SHIPPER:  00339 | | | | |
| All goods on this invoice have been produced in compliance with the fair standards act of 1938 as amended. | | | Sub-Total | $4,875.00 |
| | | | Tax | |
| | | | Freight | |
| | | | Total Price | $4,875.00 |