UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                            : Chapter 11
                                                                  :
                                                                  : Case No. 05-44481 (RDD)
DELPHI CORP., *et al.*,                                           : (Jointly Administered)
                                                                  :
                    Debtors.                                      :
                                                                  :
------------------------------------------------------------X

## NOTICE OF RECLAMATION DEMAND OF
## HITACHI AUTOMOTIVE PRODUCTS (USA), INC.

**PLEASE TAKE NOTICE** that a written reclamation demand (the "Hitachi Demand") was delivered on October 18, 2005 by Hitachi Automotive Products (USA), Inc., through counsel, on the captioned debtors and their counsel. A copy of the Hitachi Demand is attached as Exhibit 1 and incorporated herein by reference.

                                        SPECTOR & EHRENWORTH, P.C.
                                        Attorneys for Hitachi Automotive Products (USA), Inc.

                                        By: _____
                                              Brian D. Spector (BS/7343)

Dated: October 18, 2005

Page 1 of 1

Case No. 05-44481(RDD)
K:\H105.0001\PLDG\Reclamation Demand Notice.001.wpd
Our File No. H105.0001.0002




**SPECTOR & EHRENWORTH, P.C.**
*Attorneys at Law*

EXHIBIT 1

30 Columbia Turnpike, Florham Park, New Jersey 07932-2261    973.593.4800    Fax: 973.593.4848
Writer's E-mail: bspector@selawfirm.com

October 18, 2005

ALL PARTIES ON ATTACHED SERVICE LIST

Re:    **Delphi Corp., et al., Debtors**
       **Case No. 05-44481(RDD)**
       **Our File No. H105.0001.0001**

Dear Sir/Madam:

This law firm represents Hitachi Automotive Products (USA), Inc. ("HAP"). It has come to our attention that Delphi Corporation and its United States subsidiaries or affiliates (collectively, "Delphi") filed voluntary petitions commencing cases under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). Within the last 20 days, HAP delivered goods and supplies to Delphi, which were sold to Delphi on credit and received by Delphi at a time when we now believe Delphi was insolvent.

Demand is hereby made on behalf of HAP pursuant to Section 2-702 of the Uniform Commercial Code and Section 546(c) of the Bankruptcy Code, and/or other applicable law, for the return to HAP of all goods and supplies sold on credit to and received by Delphi from HAP on or after September 28, 2005 for which payment has not been made. Some or all of such goods and supplies are more particularly identified on Schedule 1 attached hereto. This reclamation demand is made without prejudice to HAP's right to make one or more subsequent such demands for the return to HAP of any goods and supplies not identified on the attached Schedule 1 that were sold on credit to and received by Delphi for which payment has not been made.

This letter serves as notice to Delphi that HAP asserts its demand to reclaim the aforementioned goods and supplies.

Such goods and supplies should be returned to HAP and should not be used or disposed of in any way.

Please contact the undersigned with any questions.

Very truly yours,

*Brian D. Spector* /kd

Brian D. Spector

BDS/kd

K:\H105.0001\LTR\H105.0001Ltr.WPD



**SPECTOR & EHRENWORTH, P.C.**
*Attorneys at Law*

cc: U.S. Bankruptcy Court Clerk    (FedEx #850762921132)
 Tillie Lim, Esq.    (First-Class Mail)

K:\H105.0001\LTR\H105.0001Ltr.WPD

10/18/2005 16:42 FAX

## SCHEDULE I

| SHIP TO LOCATION | INVOICE # | DELPHI PART # | HAP PRODUCT CODE | Date Shipped | DUE DATE | QTY | UNIT PRICE | Amount |
|---|---|---|---|---|---|---|---|---|
| ROCHESTER, NY E&C | 0119638 | 25341848 | 890921 | 09/23/05 | 11/2/05 | 4968 | 28.53 | 141,737.04 |
| ROCHESTER, NY E&C | 0119638 | 25357547 | 892137 | 09/23/05 | 11/2/05 | 648 | 26.97 | 17,476.56 |
| ROCHESTER, NY E&C | 0119702 | 25341848 | 890921 | 09/23/05 | 11/2/05 | 5184 | 28.53 | 147,899.52 |
| ROCHESTER, NY E&C | 0119702 | 25357547 | 892137 | 09/23/05 | 11/2/05 | 432 | 26.97 | 11,651.04 |
| ROCHESTER, NY E&C | 0119742 | 25341848 | 890921 | 09/27/05 | 11/2/05 | 3888 | 28.53 | 110,924.64 |
| ROCHESTER, NY E&C | 0119742 | 25357547 | 892137 | 09/27/05 | 11/2/05 | 324 | 26.97 | 8,738.28 |
| ROCHESTER, NY E&C | 0119785 | 25341848 | 890921 | 09/28/05 | 11/2/05 | 4536 | 28.53 | 129,412.08 |
| ROCHESTER, NY E&C | 0119785 | 25357547 | 892137 | 09/28/05 | 11/2/05 | 324 | 26.97 | 8,738.28 |
| ROCHESTER, NY E&C | 0119832 | 25341848 | 890921 | 09/29/05 | 12/2/05 | 5184 | 28.53 | 147,899.52 |
| ROCHESTER, NY E&C | 0119876 | 25341848 | 890921 | 10/03/05 | 12/2/05 | 5616 | 28.53 | 160,224.48 |
| ROCHESTER, NY E&C | 0119926 | 25341848 | 890921 | 10/03/05 | 12/2/05 | 5616 | 28.53 | 160,224.48 |
| ROCHESTER, NY E&C | 0119926 | 25357547 | 892137 | 10/03/05 | 12/2/05 | 432 | 26.97 | 11,651.04 |
| ROCHESTER, NY E&C | 0119978 | 25341848 | 890921 | 10/03/05 | 12/2/05 | 5616 | 28.53 | 160,224.48 |
| ROCHESTER, NY E&C | 0119978 | 25357547 | 892137 | 10/03/05 | 12/2/05 | 432 | 26.97 | 11,651.04 |
| ROCHESTER, NY E&C | 0120028 | 25341848 | 890921 | 10/05/05 | 12/2/05 | 5184 | 28.53 | 147,899.52 |
| ROCHESTER, NY E&C | 0120028 | 25357547 | 892137 | 10/05/05 | 12/2/05 | 648 | 26.97 | 17,476.56 |
| ROCHESTER, NY E&C | 0120074 | 25341848 | 890921 | 10/06/05 | 12/2/05 | 5184 | 28.53 | 147,899.52 |
| ROCHESTER, NY E&C | 0120074 | 25357547 | 892137 | 10/06/05 | 12/2/05 | 648 | 26.97 | 17,476.56 |
| ROCHESTER, NY E&C | 0120122 | 25341848 | 890921 | 10/07/05 | 12/2/05 | 5616 | 28.53 | 160,224.48 |
| ROCHESTER, NY E&C | 0120122 | 25357547 | 892137 | 10/07/05 | 12/2/05 | 324 | 26.97 | 8,738.28 |
| ROCHESTER, NY E&C | 0120176 | 25341848 | 890921 | 10/07/05 | 12/2/05 | 5184 | 28.53 | 147,899.52 |
| CHIHUAHUA, MX | 0119571 | 25341848 | 890921 | 09/22/05 | 11/2/05 | 864 | 28.53 | 24,649.92 |
| CHIHUAHUA, MX | 0119709 | 25341848 | 890921 | 09/27/05 | 11/2/05 | 432 | 28.53 | 12,324.96 |
| CHIHUAHUA, MX | 0119790 | 25341848 | 890921 | 09/28/05 | 11/2/05 | 2052 | 28.53 | 58,543.56 |
| CHIHUAHUA, MX | 0119825 | 25341848 | 890921 | 09/29/05 | 11/2/05 | 324 | 28.53 | 9,243.72 |
| CHIHUAHUA, MX | 0119943 | 25341848 | 890921 | 10/04/05 | 12/2/05 | 756 | 28.53 | 21,568.68 |
| CHIHUAHUA, MX | 0120024 | 25341848 | 890921 | 10/05/05 | 12/2/05 | 756 | 28.53 | 21,568.68 |
| CHIHUAHUA, MX | 0120071 | 25341848 | 890921 | 10/06/05 | 12/2/05 | 864 | 28.53 | 24,649.92 |
| CHIHUAHUA, MX | 0120119 | 25341848 | 890921 | 10/07/05 | 12/2/05 | 648 | 28.53 | 18,487.44 |
| CHIHUAHUA, MX | 0120169 | 25341848 | 890921 | 10/07/05 | 12/2/05 | 1080 | 28.53 | 30,812.40 |
| FLINT, MI | 0119635 | 25322254 | 892058 | 09/23/05 | 11/2/05 | 800 | 17.09 | 13,672.00 |
| FLINT, MI | 0119635 | 25365003 | 891094 | 09/23/05 | 11/2/05 | 288 | 14.78 | 4,256.64 |

@002

| Location | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FLINT, MI | 0119694 | 25322254 | 891094 | 09/26/05 | 11/2/05 | 144 | 14.78 | 2,128.32 |
| FLINT, MI | 0119694 | 25330896 | 891210 | 09/26/05 | 11/2/05 | 320 | 14.78 | 4,729.60 |
| FLINT, MI | 0119694 | 25365003 | 892058 | 09/26/05 | 11/2/05 | 800 | 17.09 | 13,672.00 |
| FLINT, MI | 0119738 | 25322254 | 891094 | 09/27/05 | 11/2/05 | 1008 | 14.78 | 14,898.24 |
| FLINT, MI | 0119738 | 25365003 | 892058 | 09/27/05 | 11/2/05 | 1600 | 17.09 | 27,344.00 |
| FLINT, MI | 0119791 | 25322254 | 892058 | 09/28/05 | 11/2/05 | 800 | 17.09 | 13,672.00 |
| FLINT, MI | 0119824 | 25322254 | 891210 | 09/29/05 | 11/2/05 | 400 | 14.78 | 5,912.00 |
| FLINT, MI | 0119824 | 25330896 | 892058 | 09/29/05 | 11/2/05 | 960 | 17.09 | 16,406.40 |
| FLINT, MI | 0119868 | 25322254 | 891094 | 10/03/05 | 12/2/05 | 144 | 14.78 | 2,128.32 |
| FLINT, MI | 0119868 | 25330896 | 891210 | 10/03/05 | 12/2/05 | 560 | 14.78 | 8,276.80 |
| FLINT, MI | 0119868 | 25365003 | 892058 | 10/03/05 | 12/2/05 | 1600 | 17.09 | 27,344.00 |
| FLINT, MI | 0119944 | 25365003 | 891094 | 10/04/05 | 12/2/05 | 720 | 14.78 | 10,641.60 |
| FLINT, MI | 0120025 | 25330896 | 891094 | 10/05/05 | 12/2/05 | 288 | 14.78 | 4,256.64 |
| FLINT, MI | 0120025 | 25365003 | 891210 | 10/05/05 | 12/2/05 | 640 | 14.78 | 9,459.20 |
| FLINT, MI | 0120082 | 25322254 | 891094 | 10/07/05 | 12/2/05 | 1296 | 14.78 | 19,154.88 |
| FLINT, MI | 0120082 | 25330896 | 891210 | 10/07/05 | 12/2/05 | 640 | 14.78 | 9,459.20 |
| FLINT, MI | 0120082 | 25365003 | 892058 | 10/07/05 | 12/2/05 | 800 | 17.09 | 13,672.00 |
| FLINT, MI | 0120170 | 25322254 | 892058 | 10/07/05 | 12/2/05 | 800 | 17.09 | 13,672.00 |
| REYNOSA, MX | 0119597 | 28010085 | 28010085 | 09/23/05 | 11/2/05 | 270 | 364.77 | 98,487.90 |
| REYNOSA, MX | 0119703 | 12221593 | 12221593 | 09/28/05 | 11/2/05 | 10 | 313.00 | 3,130.00 |
| REYNOSA, MX | 0119883 | 28010085 | 28010085 | 10/04/05 | 12/2/05 | 180 | 364.77 | 65,658.60 |
| REYNOSA, MX | 0120051 | 28010085 | 28010085 | 10/07/05 | 12/2/05 | 30 | 364.77 | 10,943.10 |
| REYNOSA, MX | 0120109 | 28010085 | 28010085 | 10/07/05 | 12/2/05 | 60 | 364.77 | 21,886.20 |
| ROCHESTER, NY CORE | 0003309 | 25376558 | 12595829 | 09/23/05 | 11/2/05 | 6 | 25.47 | 152.82 |
| ROCHESTER, NY CORE | 0003315 | 12595829BB | 12595829BB | 10/05/05 | 12/2/05 | 1 | 1,000.00 | 1,000.00 |

**Total**     **2,533,930.66**

## SERVICE LIST

Delphi Corp.  **VIA FACSIMILE & FEDEX NO. 850762921121**
5725 Delphi Drive
Troy, MI 48098-2815

Delphi  **FIRST CLASS MAIL**
Electronics & Safety
P.O. Box 9005
Kokomo, IN 46904-9005

Jan Marrah  **VIA FACSIMILE & FEDEX NO. 850762921176**
Delphi Delco Electronics Systems
One Corporate Center
MS: CTLLM
Kokomo, IN 46902

Troy Zerbe  **FEDEX NO. 850762921187**
Delphi Automotive Systems
Energy & Chassis Systems
Mail Code 483-400-101
5725 Delphi Drive
Troy, MI 48098-2815

John Wm. Butler, Jr., Esq.  **VIA FACSIMILE, E-MAIL & FEDEX NO. 850762921143**
Skadden, Arps, Slate, Meagher & Flom, LLP
333 W. Wacker Drive
Chicago, Illinois 60606

Kayalyn A. Marafioti, Esq.  **VIA FACSIMILE, E-MAIL & FEDEX NO. 850762921154**
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, New York 10036