Quarles & Brady Streich Lang LLP
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
(602) 229-5200
John A. Harris, Esq. (AZ Bar No. 014459)
Scott R. Goldberg, Esq. (AZ Bar No. 015082)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Scott R. Goldberg, a member in good standing of the bar in the State of Arizona, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent SEMICONDUCTOR COMPONENTS INDUSTRIES, INC., a subsidiary of ON SEMICONDUCTOR CORPORATION, a creditor in the above-referenced ☒ cases ☐ adversary proceeding.

My address is : Quarles & Brady Streich Lang LLP, Renaissance One, Two North Central Avenue, Phoenix, AZ 85004-2391, 602-229-5407 (phone), 602-229-5690 (fax), sgoldber@quarles.com (e-mail).

I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: October 19, 2005     QUARLES & BRADY STREICH LANG LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391


By  /s/ Scott R. Goldberg
    Scott R. Goldberg

Attorneys for SEMICONDUCTOR COMPONENTS INDUSTRIES, INC., a subsidiary of ON SEMICONDUCTOR CORPORATION

QBPHX\1964228.1

-2-

## ORDER

**ORDERED**,

that Scott R. Goldberg, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced bankruptcy proceedings in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:
    New York, New York

                                      _____
                                      UNITED STATES BANKRUPTCY JUDGE

QBPHX\1964228.1