R. Michael Farquhar – NY Bar # 4202826; SDNY # RF 6508
Phillip L. Lamberson – TX Bar # 00794134
**WINSTEAD SECHREST & MINICK P.C.**
5400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Phone: (214) 745-5400
Fax:    (214) 745-5390

**Counsel for GCi Technologies**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X
                                                         :
       In re:                                            :
                                                         :       **Chapter 11**
DELPHI CORPORATION, et al.,                              :
                                                         :       **Case No. 05-44481**
                                       Debtors           :
---------------------------------------------------------X

## DEMAND OF GCi TECHNOLOGIES FOR RECLAMATION OF GOODS

TO:   *Via Federal Express*                    *Via Federal Express*
      Delphi Corporation                       Delphi Automotive Systems
      5725 Delphi Drive                        c/o Delphi Corporation
      Troy, Michigan  48908-2815               5725 Delphi Drive
                                               Troy, Michigan  48908-2815

      *Via Federal Express*                    *Via Facsimile: 1-312-407-0411*
      Delphi Delco Electronics Systems         John William Butler, Jr.
      1 Corporate Center                       Skadden, Arps, Slate, Meagher & Flom, LLP
      Kokomo, Indiana 46904                    333 West Wacker Drive, Suite 2100
                                               Chicago, Illinois  60606-1285

      *Via Facsimile: 1-212-735-3000*
      Kayalyn A. Marafioti
      Skadden, Arps, Slate, Meagher & Flom, LLP
      Four Times Square
      New York, New York  10036

GCi Technologies located at 1301 Precision Drive, Plano, Texas 75074 hereby demands reclamation of those goods received by the Debtors on and after September 28, 2005, as more particularly described on the chart attached hereto as **Exhibit A**. Copies of the invoices listed on **Exhibit A** will be provided upon request to counsel below. This reclamation demand is made pursuant to 11 U.S.C. § 546(c) and all applicable non-bankruptcy law, including U.C.C. § 2-702 as enacted in all applicable jurisdictions.

Dated: October 18, 2005

_____
R. Michael Farquhar– NY Bar # 4202826; SDNY # RF 6508
Phillip L. Lamberson – TX Bar # 00794134
**WINSTEAD SECHREST & MINICK P.C.**
5400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Phone: (214) 745-5400
Fax:   (214) 745-5390

**Counsel for GCi Technologies**

GCi Technologies - Delphi Shipment Record
Listed by Date of Receipt: September 28 - October 7, 2005

| Shipped | Received | Shipper | Bill of Lading # | Purchase Order # | GCi Invoice # | Item # / Description | Quantity Shipped | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| **To:** | **Delphi Delco Electronics Syst, Los Indio, TX** | | | | | | | |
| 9/26/2005 | 9/28/2005 | ProTrans Int'l | 1250920 | 05500041454 | 56317 | 16254868 / Transformer | 14080 | 7,011.84 |
| | | | | 05500041664 | 56318 | 9390175 / Transformer G995154 | 4400 | 2,191.20 |
| | | | | 05500077673 | 56319 | 9397169 / Transformer G005179 | 3520 | 2,428.80 |
| | | | | 05500041664 | 56320 | 28023620 / Transformer G043552 | 600 | 137.40 |
| | | | | 05500040925 | 56321 | 9402065 / Transformer G035519 | 420 | 163.38 |
| | | | | 05500040925 | 56322 | 9400534 / Transformer G025134 | 1008 | 1,713.60 |
| **To:** | **Delphi D Milwaukee - DA 64, Oak Creek, WI** | | | | | | | |
| 9/26/2005 | 9/28/2005 | Bax Global | 698 624 894 | 05500051930 | 56326 | 9399559 / Transformer G025124 | 4480 | 824.32 |
| | | | | 05500051930 | 56327 | 9399560 / Inductor G025114 | 4480 | 824.32 |
| **To:** | **Delphi Delnosa Plant 5-6, Los Indios, TX** | | | | | | | |
| 9/27/2005 | 9/29/2005 | ProTrans Int'l | 1252170 | 05500077673 | 56339 | 9397169 / Transformer G005179 | 1760 | 1,214.40 |
| | | | | 05500041664 | 56340 | 28023620 / Coil Assembly G043552 | 1200 | 274.80 |
| | | | | 05500041664 | 56341 | 9390175 / Transformer G995154 | 880 | 438.24 |
| | | | | 05500041420 | 56342 | 9402484 / Inductor G035517 | 600 | 228.00 |
| | | | | 05500041422 | 56343 | 9364183 / Air Coil G015390 | 2000 | 92.00 |
| | | | | 05500041454 | 56346 | 16254868 / Transformer | 6160 | 3,067.68 |
| **To:** | **Delphi Kokomo Plant 6,7,8,9, Kokomo, IN** | | | | | | | |
| 9/26/2005 | 9/29/2005 | Bax Global | 698 624 905 | 05500039524 | 56323 | 9399559 / Transformer G025124 | 560 | 103.04 |
| | | | | | 56324 | 9399560 / Inductor G025114 | 560 | 103.04 |
| | | | | | 56325 | 9398286 / Inductor G015368 | 2100 | 455.70 |
| **To:** | **Delphi Milwaukee - DA 64, Oak Creek, WI** | | | | | | | |
| 9/27/2005 | 9/30/2005 | Bax Global | 698 624 883 | 05500051930 | 56347 | 9399560 / Inductor G025114 | 6720 | 1,236.48 |
| | | | | | | **SUB TOTAL** | | **22,508.24** |

Page 1 of 4


EXHIBIT A

| Shipped | Received | Shipper | Bill of Lading # | Purchase Order # | GCi Invoice # | Item # / Description | Quantity Shipped | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| **To:** | **Delphi Delnosa Plant 5-6, Los Indios, TX** | | | | | | | |
| 9/28/2005 | 9/30/2005 | ProTrans Int'l | 1253064 | 0550041454 | 56351 | 16254868 / Transformer | 6160 | 3,067.68 |
| | | | | 0550077673 | 56352 | 9397169 / Transformer G005179 | 3520 | 2,428.80 |
| | | | | 0550041664 | 56353 | 28023620 / Coil Assembly G043552 | 1800 | 412.20 |
| | | | | 0550041664 | 56354 | 9390175 / Transformer G995154 | 5280 | 2,629.44 |
| | | | | 0550041420 | 56355 | 9402484 / Inductor G035517 | 600 | 228.00 |
| | | | | 0550040925 | 56356 | 9400534 / Transformer G025134 | 1008 | 1,713.60 |
| **To:** | **Delphi - Combined Warehouses, El Paso, TX** | | | | | | | |
| 9/28/2005 | 9/30/2005 | UPS | 1Z 757 239 03 4481 146 8 | PEDP4420105 | 53670 | 15486372 / Transformer G035563 | 11520 | 3,456.00 |
| | | | 1Z 757 239 03 4514 867 5 | | | | | |
| | | | 1Z 757 239 03 4569 648 5 | | | | | |
| | | | 1Z 757 239 03 4517 089 1 | | | | | |
| | | | 1Z 757 239 03 4504 790 8 | | | | | |
| | | | 1Z 757 239 03 4416 351 6 | | | | | |
| | | | 1Z 757 239 03 4531 372 7 | | | | | |
| | | | 1Z 757 239 03 4685 453 4 | | | | | |
| | | | 1Z 757 239 03 4630 194 3 | | | | | |
| **To:** | **Delphi Milwaukee - DA 64, Oak Creek, WI** | | | | | | | |
| 9/28/2005 | 10/3/2005 | Bax Global | 698 624 861 | 550051930 | 56357 | 9399559 / Transformer G025124 | 1120 | 206.08 |
| | | | | | 56358 | 9399560 / Inductor G025114 | 2240 | 412.16 |
| **To:** | **Delphi Kokomo Plant 6, 7, 8, 9, Kokomo, IN** | | | | | | | |
| 9/28/2005 | 10/3/2005 | Bax Global | 698 624 872 | 550039524 | 56359 | 9398286 / Inductor G015368 | 1400 | 303.80 |
| | | | | | 56360 | 9399559 / Transformer G025124 | 560 | 103.04 |
| | | | | | 56361 | 9399560 / Inductor G025114 | 560 | 103.04 |
| **To:** | **Delphi Delnosa Plant 5-6, Los Indios, TX** | | | | | | | |
| 9/29/2005 | 10/3/2005 | ProTrans | 1254209 | 5500041454 | 56381 | 16254868 / Transformer | 5280 | 2,629.44 |
| | | | | 5500077673 | 56382 | 9397169 / Transformer G005179 | 3520 | 2,428.80 |
| | | | | 550041664 | 56383 | 28023620 / Coil Assembly G043552 | 720 | 164.88 |
| | | | | 5500041664 | 56384 | 9390175 / Transformer G995154 | 5280 | 2,629.44 |
| | | | | 5500040925 | 56385 | 9359517 / Transformer Buick | 672 | 219.48 |
| | | | | 5500040925 | 56386 | 9402065 / Transformer G035519 | 70 | 27.23 |
| | | | | | | **SUB TOTAL** | | **23,163.11** |

Page 2 of 4

| Shipped | Received | Shipper | Bill of Lading # | Purchase Order # | GCi Invoice # | Item # / Description | Quantity Shipped | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| **To:** | **Delphi Milwaukee-DA 64, Oak Creek, WI** | | | | | | | |
| 9/29/2005 | 10/3/2005 | Bax Global | 698 624 846 | 5500051930 | 56387 | 9399560 / Inductor G025114 | 6720 | 1,236.48 |
| | | | | 5500051930 | 56388 | 9399559 / Transformer G025124 | 4480 | 824.32 |
| **To:** | **Delphi Kokomo Plant 6, 7, 8, 9, Kokomo, IN** | | | | | | | |
| 9/29/2005 | 10/3/2005 | Bax Global | 698 624 850 | 5500039524 | 56389 | 9398286 / Inductor G015368 | 11200 | 2,430.40 |
| | | | | 5500039524 | 56390 | 9399559 / Transformer G025124 | 2240 | 412.16 |
| | | | | 5500039524 | 56391 | 9399560 / Inductor G025114 | 4480 | 824.32 |
| **To:** | **Delphi Milwaukee-DA 64, Oak Creek, WI** | | | | | | | |
| 9/30/2005 | 10/4/2005 | Bax Global | 698 624 824 | 5500051930 | 56397 | 9399559 / Transformer G025124 | 1120 | 206.08 |
| | | | | 5500051930 | 56398 | 9399560 / Inductor G025114 | 4480 | 824.32 |
| **To:** | **Delphi Kokomo Plant 6, 7, 8, 9, Kokomo, IN** | | | | | | | |
| 9/30/2005 | 10/4/2005 | Bax Global | 698 624 835 | 5500039524 | 56399 | 9398286 / Inductor G015368 | 2800 | 607.60 |
| **To:** | **Delphi Delnosa Plant 5-6, Los Indios, TX** | | | | | | | |
| 9/30/2005 | 10/4/2005 | ProTrans | 1255296 | 5500041454 | 56400 | 16254868 / Transformer | 5280 | 2,629.44 |
| | | | | 5500077673 | 56401 | 9397169 / Transformer G005179 | 3520 | 2,428.80 |
| | | | | 5500041664 | 56402 | 9390175 / Transformer G995154 | 5280 | 2,629.44 |
| | | | | 5500041420 | 56403 | 9402484 / Transformer G035517 | 600 | 228.00 |
| | | | | 5500040925 | 56404 | 9400534 / Transformer G025134 | 672 | 1,142.40 |
| | | | | 5500040925 | 56405 | 9400434 / Transformer G025193 | 320 | 288.00 |
| | | | | 5500045767 | 56406 | 9398349 / Transformer G015423 | 560 | 560.00 |
| **To:** | **Delphi Delnosa Plant 5-6, Los Indios, TX** | | | | | | | |
| 10/3/2005 | 10/5/2005 | ProTrans | 1256368 | 5500077673 | 56413 | 9397169 / Transformer G005179 | 3520 | 2,428.80 |
| | | | | 5500040925 | 56414 | 9400534 / Transformer G025134 | 1008 | 1,713.60 |
| | | | | 5500040925 | 56415 | 9400434 / Transformer G025193 | 320 | 288.00 |
| **To:** | **Delphi Milwaukee-DA 64, Oak Creek, WI** | | | | | | | |
| 10/3/2005 | 10/5/2005 | Bax Global | 698 624 813 | 5500051930 | 56416 | 9399559 / Transformer G025124 | 4480 | 824.32 |
| | | | | 5500051930 | 56417 | 9399560 / Inductor G025114 | 6720 | 1,236.48 |
| | | | | | | **SUB TOTAL** | | **23,762.96** |

| Shipped | Received | Shipper | Bill of Lading # | Purchase Order # | GCi Invoice # | Item # / Description | Quantity Shipped | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| **To:** | **Delphi Kokomo Plant 6, 7, 8, 9, Kokomo, IN** | | | | | | | |
| 10/3/2005 | 10/5/2005 | Bax Global | 698 624 802 | 550039524 | 56418 | 9398286 / Inductor G015368 | 11200 | 2,430.40 |
| | | | | 550039524 | 56419 | 9399560 / Inductor G025114 | 560 | 103.04 |
| | | | | 550039524 | 56420 | 9399559 / Transformer G025124 | 560 | 103.04 |
| **To:** | **Delphi Flint, Flint, MI** | | | | | | | |
| 10/3/2005 | 10/5/2005 | Bax Global | 698 624 791 | 550045502 | 56421 | 9359517 / Transformer Buick | 2080 | 679.33 |
| **To:** | **Delphi - Combined Warehouses, El Paso, TX** | | | | | | | |
| 10/3/2005 | 10/5/2005 | UPS | 1Z 757 239 03 4647 614 9 | PEDP4420105 | 56424 | 15486372 / Transformer G035563 | 3840 | 1,152.00 |
| | | | 1Z 757 239 03 4411 815 5 | | | | | |
| | | | 1Z 757 239 03 4489 876 9 | | | | | |
| **To:** | **Delphi Delnosa Plant 5-6, Los Indios, TX** | | | | | | | |
| 10/4/2005 | 10/6/2005 | ProTrans | 1257380 | 5500077673 | 56439 | 9397169 / Transformer G005179 | 3520 | 2,428.80 |
| | | | | 550041420 | 56440 | 9402484 / Inductor G035517 | 1200 | 456.00 |
| | | | | 550040925 | 56441 | 9400534 / Transformer G025134 | 1008 | 1,713.60 |
| | | | | 550040925 | 56442 | 9400434 / Transformer G025193 | 640 | 576.00 |
| **To:** | **Delphi D Flint - DA43, Flint, MI** | | | | | | | |
| 10/4/2005 | 10/6/2005 | Bax Global | 698 624 776 | 550045502 | 56443 | 9359517 / Transformer Buick | 2080 | 679.33 |
| **To:** | **Delphi Milwaukee-DA 64, Oak Creek, WI** | | | | | | | |
| 10/4/2005 | 10/6/2005 | Bax Global | 698 624 780 | 550051930 | 56444 | 9399559 / Transformer G025124 | 2240 | 412.16 |
| **To:** | **Delphi Delnosa Plant 5-6, Los Indios, TX** | | | | | | | |
| 10/5/2005 | 10/7/2005 | ProTrans | 1258262 | 5500077673 | 56461 | 9397169 / Transformer G005179 | 3520 | 2,428.80 |
| | | | | 550040925 | 56462 | 9400534 / Transformer G025134 | 1008 | 1,713.60 |
| | | | | 550040925 | 56463 | 9400434 / Transformer G025193 | 320 | 288.00 |
| **To:** | **Delphi Milwaukee-DA 64, Oak Creek, WI** | | | | | | | |
| 10/5/2005 | 10/7/2005 | Bax Global | 698 624 754 | 550051930 | 56464 | 9399560 / Inductor G025114 | 6720 | 1,236.48 |
| | | | | | 56465 | 9399559 / Transformer G025124 | 4480 | 824.32 |
| **To:** | **Delphi Kokomo Plant 6, 7, 8, 9, Kokomo, IN** | | | | | | | |
| 10/5/2005 | 10/7/2005 | Bax Global | 698 642 765 | 550039524 | 56466 | 9398286 / Inductor G015368 | 1400 | 303.80 |
| | | | | | | **SUB TOTAL** | | **17,528.70** |
| | | | | | | **GRAND TOTAL** | | **$86,963.01** |