SWIDLER BERLIN LLP
The Washington Harbour
3000 K Street, N.W., Suite 300
Washington, DC 20007
Telephone: (202) 424-7500
Facsimile: (202) 424-7645
Jonathan P. Guy (Bar No. JG 2634)
Roger Frankel
Matthew W. Cheney
*Attorneys for Sanders Lead Co., Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **DELPHI CORPORATION, et al.,** | : | **Case No. 05-44481 (RDD)** |
| **Debtors.** | : | **(Jointly Administered)** |

**NOTICE OF RECLAMATION DEMAND**

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 546(c) and Section 2-702 of the Uniform Commercial Code, and in accordance with the Reclamation Order [Doc. No. 230] signed on October 13, 2005, the reclamation demand attached hereto as Exhibit A was served on behalf of Sanders Lead Co., Inc. on the Debtors and their counsel on October 18, 2005.

SWIDLER BERLIN LLP

Dated: October 18, 2005
Washington, DC

By: /S/ Jonathan P. Guy
Jonathan P. Guy (JG 2634)
Roger Frankel
Matthew W. Cheney
The Washington Harbour
3000 K Street, N.W., Suite 300
Washington, DC 20007
Telephone: (202) 424-7500
Facsimile: (202) 424-7645

*Attorneys for Sanders Lead Co., Inc.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 18th day of October, 2005, I caused a true and correct copy of the foregoing Notice of Reclamation Demand to be served via first class mail, postage prepaid, on the following:

John William Butler, Jr., Esquire
John K. Lyons, Esquire
Ron E. Meisler, Esquire
Allison Verderber Herriott, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
*Counsel to the Debtors*

Kayalyn A. Marafioti, Esquire
Thomas J. Matz, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
*Counsel to the Debtors*

Alicia M. Leonhard, Esquire
Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004

/S/ Debra O. Fullem
Debra O. Fullem, Senior Legal Assistant
Swidler Berlin LLP

# EXHIBIT A

# RECLAMATION DEMAND OF SANDERS LEAD CO., INC.

SWIDLER BERLIN LLP

Matthew W. Cheney
Phone 202.295.8432
Fax 202.424.7643
mwcheney@swidlaw.com

The Washington Harbour
3000 K Street, N.W., Suite 300
Washington, D.C. 20007-5116
Phone 202.424.7500
Fax 202.424.7647
www.swidlaw.com

**BY FACSIMILE AND FEDERAL EXPRESS**

October 18, 2005

Robert S. Miller, Jr., Chairman and CEO
Delphi Corporation and Its Affiliates
North American Headquarters
5725 Delphi Drive
Troy, MI 48098-2815
Ph: 248-813-2000
Fax: 248-813-2670

John D. Sheehan, Vice President
Delphi Automotive Systems
5725 Delphi Drive
Troy, MI 48098-2815
Ph: 248-813-2000
Fax: 248-813-2670

Re: *Notice of Demand for Reclamation*
*In re Delphi Corp., et al., Case No. 05-44481*

Dear Sirs:

We represent Sanders Lead Co., Inc. ("Sanders") with respect to shipments of goods, specifically refined lead alloy, to Delphi Corporation and its debtor-affiliates and subsidiaries in the above-captioned jointly administered bankruptcy proceedings, including, without limitation, Delphi Automotive Systems (collectively, "Delphi"), at Fitzgerald, Georgia, for the period of September 28, 2005 through October 7, 2005.

Pursuant to 11 U.S.C. § 546(c) and Section 2-702 of the Uniform Commercial Code, as applicable in each jurisdiction, and in accordance with the Reclamation Order [Doc. No. 230] signed on October 13, 2005 by the Bankruptcy Court, Sanders makes formal demand on Delphi for the return of goods supplied by Sanders to Delphi for which proper payment has not been made to Sanders by Delphi. The goods that Sanders demands that Delphi return are identified on the attached schedule and invoices.

Please assemble these goods at the Fitzgerald plant and Sanders will reclaim the goods at that location. Please contact Roy Bray at 334-566-1563 to arrange for the immediate return of the goods. In the interim, please inventory and segregate the goods and provide us with written confirmation that the goods are on your premises.

Sanders expressly reserves all of its rights, powers, remedies, claims and defenses now or hereafter existing at law, in equity or by statute. The exercise or non-exercise of any such right, power, remedy, claim or defense is not a waiver of the right to exercise, and will not preclude the

simultaneous or later exercise by Sanders of, any or all such rights, powers, remedies, claims or defenses.

I appreciate your cooperation. If there are any questions, do not hesitate to contact me.

Very truly yours,

Matthew W. Cheney

Matthew W. Cheney

Enclosures

cc: **Via Facsimile and Federal Express with enclosures**:
John Wm. Butler, Jr., Esquire
John K. Lyons, Esquire
Allison Verderber Herriott, Esquire
Skadden, Arps, Slate, Meagher and Flom LLP
Suite 2100
333 West Wacker Drive
Chicago, IL 60606
Ph: 312-407-0700
Fax: 312-407-0411

Roger Frankel, Esquire
N. Kenneth Campbell (via facsimile)
Roy Bray (via facsimile)

Shipments for 10 days prior to Oct. 8, 2005

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEFI | DELPHI ENERGY | FITZGERALD | GA | 0779650 | 9/28/05 | 46,595 | $ 7,627.60 | $ 11,439.07 | 9595 ANTIMONIAL LEAD | 53780 | FS98-002 | 0751897 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| DEFI | DELPHI ENERGY | FITZGERALD | GA | 0780166 | 9/29/05 | 45,405 | $ 7,432.80 | $ 11,146.93 | 9595 ANTIMONIAL LEAD | 53523 | FS98-002 | 0752328 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| DEFI | DELPHI ENERGY | FITZGERALD | GA | 0780864 | 10/2/05 | 51,140 | $ 8,371.62 | $ 12,554.87 | 9595 ANTIMONIAL LEAD | 53500 | FS98-002 | 0752833 |
| DEFI | DELPHI ENERGY | FITZGERALD | GA | 0781181 | 10/3/05 | 45,505 | $ 7,449.17 | $ 11,171.48 | 9595 ANTIMONIAL LEAD | 53587 | FS98-002 | 0753338 |
| DEFI | DELPHI ENERGY | FITZGERALD | GA | 0781724 | 10/4/05 | 44,760 | $ 7,327.21 | $ 10,988.58 | 9595 ANTIMONIAL LEAD | 53584 | FS98-002 | 0753758 |
| DEFI | DELPHI ENERGY | FITZGERALD | GA | 0782265 | 10/5/05 | 41,215 | $ 6,746.90 | $ 10,118.28 | 9595 ANTIMONIAL LEAD | 53549 | FS98-002 | 0754167 |
| DEFI | DELPHI ENERGY | FITZGERALD | GA | 0782734 | 10/6/05 | 45,710 | $ 7,482.73 | $ 11,221.81 | 9595 ANTIMONIAL LEAD | 53523 | FS98-002 | 0754691 |
| | | | | | | 228,330 | $ 37,377.62 | $ 78,641.02 | | | | |




P.O. DRAWER 707
TROY, ALABAMA 36081-0707
334-566-1563

INVOICE# 0754167-1

DATE 10/05/05

SOLD TO
DEFI
DELPHI ENERGY
342 PERRY HOUSE RD
FITZGERALD GA 31750

Scale Ticket# 48924

SHIPPED TO
DELPHI ENERGY
342 PERRY HOUSE RD
FITZGERALD GA 3175

| PURCHASE ORDER NO. | TYPE | TERMS | TRUCK NO. | PPD OR CC |
|---|---|---|---|---|
| FS98-002 | HSS | CONVERS | 53549 | PPD |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 41,215 | 9595 ANTIMONIAL LEAD | .1637 | 6746.90 |
| 4,265 | TARE | | |
| | 20 BUNDLES LOT 433-9595; 700 PIGS | | |
| | 17 EMPTY CONTAINERS 18743 | | |

SANDERS

RECEIVED BY ____________

DATE ____________

*Please Remit To:*
**SANDERS LEAD CO., INC.**
**P.O. DRAWER 707**
**TROY, ALABAMA 36081-0707**

REMITTANCE ADVICE .00

TOTAL INVOICE $6,746.90



P.O. DRAWER 707
TROY, ALABAMA 36081-0707
334-566-1563

INVOICE# 0753758-1

DATE 10/04/05

Scale Ticket# 48868

SOLD TO
DEFI
DELPHI ENERGY
342 PERRY HOUSE RD
FITZGERALD GA 31750

SHIPPED TO
DELPHI ENERGY
342 PERRY HOUSE RD
FITZGERALD GA 3175

| PURCHASE ORDER NO. | TYPE | TERMS | TRUCK NO. | PPD OR CC |
|---|---|---|---|---|
| FS98-002 | HSS | CONVERS | 53584 | PPD |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 44,760 | 9595 ANTIMONIAL LEAD<br>22 BUNDLES LOT 433-9595; 770 PIGS<br>18733 | .1637 | 7327.21 |



RECEIVED BY ______________
DATE ______________

*Please Remit To:*
**SANDERS LEAD CO., INC.**
**P.O. DRAWER 707**
**TROY, ALABAMA 36081-0707**

REMITTANCE ADVICE 0

TOTAL INVOICE $7,327.21



SLC-LIFHS-20040

P.O. DRAWER 707
TROY, ALABAMA 36081-0707
334-566-1563

INVOICE# 0753338-1

DATE 10/03/05

Scale Ticket# 48800

SOLD TO
DEFI
DELPHI ENERGY
342 PERRY HOUSE RD
FITZGERALD GA 31750

SHIPPED TO
DELPHI ENERGY
342 PERRY HOUSE RD
FITZGERALD GA 3175(

| PURCHASE ORDER NO. | TYPE | TERMS | TRUCK NO. | PPD OR CC |
|---|---|---|---|---|
| FS98-002 | HSS | CONVERS | 53587 | PPD |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 45,505 | 9595 ANTIMONIAL LEAD | .1637 | 7449.17 |
| 1,455 | TARE | | |
| | 9 BUNDLES LOT 412-9595 | | |
| | 13 BUNDLES LOT 433-9595 | | |
| | 22 BUNDLES TOTAL; 769 PIGS | | |
| | 18716 | | |

SANDERS

RECEIVED BY ________________
DATE ________________

*Please Remit To:*
**SANDERS LEAD CO., INC.**
**P.O. DRAWER 707**
**TROY, ALABAMA 36081-0707**

REMITTANCE ADVICE 0

TOTAL INVOICE $7,449.17

SLC-LIFHS-20040

**Sanders**

P.O. DRAWER 707
TROY, ALABAMA 36081-0707
334-566-1563

INVOICE# 0752833-1

DATE 10/02/05

Scale Ticket# 48769

SOLD TO
DEFI
DELPHI ENERGY
342 PERRY HOUSE RD
FITZGERALD GA 31750

SHIPPED TO
DELPHI ENERGY
342 PERRY HOUSE RD
FITZGERALD GA 3175

| PURCHASE ORDER NO. | TYPE | TERMS | TRUCK NO. | PPD OR CC |
|---|---|---|---|---|
| FS98-002 | HSS | CONVERS | 53500 | PPD |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 51,140 | 9595 ANTIMONIAL LEAD<br>25 BUNDLES LOT 412-9595; 875 PIGS<br>18701 | .1637 | 8371.62 |

SANDERS

RECEIVED BY ______________
DATE ______________

*Please Remit To:*
**SANDERS LEAD CO., INC.**
**P.O. DRAWER 707**
**TROY, ALABAMA 36081-0707**

TOTAL INVOICE $8,371.62

REMITTANCE ADVICE 51,140

Sanders
P.O. DRAWER 707
TROY, ALABAMA 36081-0707
334-566-1563

SLC-LIPHS-20040

INVOICE# 0752328-1

DATE 9/29/05

SOLD TO
DEFI
DELPHI ENERGY
342 PERRY HOUSE RD
FITZGERALD GA 31750

Scale Ticket# 48689

SHIPPED TO
DELPHI ENERGY
342 PERRY HOUSE RD
FITZGERALD GA 3175[illegible]

| PURCHASE ORDER NO. | TYPE | TERMS | TRUCK NO. | PPD OR CC |
|---|---|---|---|---|
| FS98-002 | HSS | CONVERS | 53523 | PPD |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 45,405 | 9595 ANTIMONIAL LEAD | .1637 | 7432.80 |
| 935 | TARE | | |
| | 23 BUNDLES LOT 412-9595; 805 PIGS | | |
| | 8 EMPTY CONTAINERS 10680 | | |

SANDERS

RECEIVED BY ____________
DATE ____________

*Please Remit To:*
**SANDERS LEAD CO., INC.**
**P.O. DRAWER 707**
**TROY, ALABAMA 36081-0707**

REMITTANCE ADVICE 0

TOTAL INVOICE $7,432.80

Sanders

P.O. DRAWER 707
TROY, ALABAMA 36081-0707
334-566-1563

SLC-LIPHS-20040

INVOICE# 0751897-1

DATE 9/28/05

SOLD TO
DEFI
DELPHI ENERGY
342 PERRY HOUSE RD
FITZGERALD GA 31750

Scale Ticket# 48606

SHIPPED TO
DELPHI ENERGY
342 PERRY HOUSE RD
FITZGERALD GA 3175

| PURCHASE ORDER NO. | TYPE | TERMS | TRUCK NO. | PPD OR CC |
|---|---|---|---|---|
| FS98-002 | HSS | CONVERS | 53780 | PPD |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 46,595 | 9595 ANTIMONIAL LEAD | .1637 | 7627.60 |
| 1,185 | TARE | | |
| | 23 BUNDLES LOT 412-9595; 805 PIGS | | |
| | 10 EMPTY CONTAINERS 18674 | | |

SANDERS

RECEIVED BY ______________

DATE ______________

*Please Remit To:*
**SANDERS LEAD CO., INC.**
**P.O. DRAWER 707**
**TROY, ALABAMA 36081-0707**

REMITTANCE ADVICE 60

TOTAL INVOICE $7,627.60



P.O. DRAWER 707
TROY, ALABAMA 36081-0707
334-566-1563

INVOICE# 0754691-1

DATE 10/06/05

Scale Ticket# 48982

SOLD TO
DEFI
DELPHI ENERGY
342 PERRY HOUSE RD
FITZGERALD GA 31750

SHIPPED TO
DELPHI ENERGY
342 PERRY HOUSE RD
FITZGERALD GA 31750

| PURCHASE ORDER NO. | TYPE | TERMS | TRUCK NO. | PPD OR COL |
|---|---|---|---|---|
| FS98-002 | HSS | CONVERS | 53523 | PPD |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 45,710 | 9595 ANTIMONIAL LEAD | .1637 | 7482.73 |
| 1,430 | TARE | | |
| | 22 BUNDLES LOT 433-9595; 770 PIGS | | |
| | 12 EMPTY CONTAINERS 18756 | | |

SANDERS

RECEIVED BY ____________

DATE ____________

*Please Remit To:*
**SANDERS LEAD CO., INC.**
**P.O. DRAWER 707**
**TROY, ALABAMA 36081-0707**

REMITTANCE ADVICE 45,140

TOTAL INVOICE $7,482.73

TOTAL P.09