# Panasonic

**Panasonic Electric Works Corporation of America**
*formerly Aromat Corporation*

629 Central Avenue, New Providence, NJ 07974-1526
Tel: (908) 464-3550   Fax: (908) 771-5658
http://pewa.panasonic.com

October 18, 2005

| **VIA Facsimile & FedEx** | **VIA Facsimile & FedEx** | **VIA Facsimile & FedEx** |
|---|---|---|
| (248) 813-4588 | (212) 735-7000 | (312) 407-0411 |
| Robert T. Andary | Kayalyn A. Marafioti | John Wm. Butler, Jr. |
| Delphi Corporation | Skadden, Arps, et al., LLP | Skadden, Arps, et al, LLP |
| 5820 Delphi Drive | Four times Square | 333 West Wacker Dr., Ste. 2100 |
| Troy, MI 48098-2815 | New York, NY 10036 | Chicago, IL 60606 |

RE:  Delphi Corporation, et al. Chapter 11 Case No. 05-44481-rdd
      NOTICE OF RECLAMATION

Dear Sir or Madam,

THIS IS A NOTICE OF RECLAMATION in accordance with UCC Section 2-702 (2), 11 U.S.C. Section 546(c), and the October 13, 2005 Court Order, "Establishing Procedures for the Treatment of Reclamation Claims," in connection with the above Chapter 11 case filed on October 8, 2005.

Panasonic Electric Works Corporation of America ("PEWA") (previously known as Aromat Corporation) hereby exercises its right to reclaim goods received by Delphi within the time period permitted for such reclamation (the "Reclaimed Goods"), in the amount of $79,965.00. Attached is a summary indicating the invoice numbers, order numbers, packing slip numbers, invoice dates and amounts billed for the Reclaimed Goods. Copies of the invoices listed are attached as well.

PEWA hereby demands the immediate return of the Reclaimed Goods, along with any other goods that may be subject to reclamation. Please contact the undersigned to make arrangements for their return. All of PEWA's rights are expressly reserved, including the right to modify any claims asserted herein.

Very truly yours,

PANASONIC ELECTRIC WORKS
CORPORATION OF AMERICA

Masayuki Nagata
Chief Finacial Officer

Enclosures

Cc: Clerk of the Bankruptcy Court (w/encl)

**Delphi Delco Electronics Billing History**

| Invoice Number | Order Number | Packing Slip No. | Purchase Order No. | Invoice Date | Amount Billed |
|---|---|---|---|---|---|
| 1402624 | 716497 | 1517714 | 550045267 | 28-Sep-05 | 5,670.00 |
| 1402700 | 717564 | 1517716 | 550042815 | 28-Sep-05 | 4,500.00 |
| 1403055 | 716497 | 1519369 | 550045267 | 29-Sep-05 | 5,670.00 |
| 1403375 | 716497 | 1521119 | 550045267 | 30-Sep-05 | 5,670.00 |
| 1403707 | 717564 | 1525922 | 550042815 | 4-Oct-05 | 28,800.00 |
| 1403712 | 716497 | 1525214 & 1524388 | 550045267 | 4-Oct-05 | 10,395.00 |
| 1404011 | 716497 | 1526695 | 550045267 | 5-Oct-05 | 5,670.00 |
| 1404306 | 716497 | 1528307 | 550045267 | 6-Oct-05 | 5,670.00 |
| 1404482 | 716497 | 1529499 | 550045267 | 7-Oct-05 | 5,670.00 |
| 1404485 | 717564 | 1529502 | 550042815 | 7-Oct-05 | 2,250.00 |
| | | | | | **79,965.00** |

|  |  |
|---|---|
|  | Invoice 1 of 1 |
|  | Number: 1402624 |
|  | Date: 28-SEP-05 |

Customer PO#: 550045267

P.O.Rev:
Sales Order: 716497

Cust. Num: 3699
Location: KOKOMO BIL

Remit To:
Panasonic Electric Works Corp of America
PO Box 74052
Chicago IL 60690-8052

Bill to:
DELPHI DELCO ELECTRONICS
ACCOUNTS PAYABLE
P.O. BOX 9005
KOKOMO IN 46904-9005
United States

Ship To:
DELPHI DELCO ELECTRONICS
PLANT:   DA64
7929 S HOWELL
DLOC:   0001
OAK CREEK WI 53154
Supplier#:
Sales Rep
USA AUTOMOTIVE-ALL SALES

| Term Name | Term Due Date |
|---|---|
| NET 60 DAYS | 27-NOV-05 |

| Bill To Attn. | Ship Date | Ship Via | Waybill Number |
|---|---|---|---|
|  | 28-SEP-05 | PRO TRANS | 1253195 |

| Line | Invoice Description | Qtyshipped | DM# | Price | Qtyordered | Total |
|---|---|---|---|---|---|---|
| 1 | CP1A-12V-H40/9391268 Special CP Relay for DELPHI/DELCO | 18000 | OEM STAND Delivery#: | 0.315 | 18000 1517714 | 5,670.00 |

| Subtotal | Tax | Freight | Total |
|---|---|---|---|
| 5,670.00 | 0.0 | 0.00 | 5,670.00 |
|  |  |  | Currency: USD |

Tax Registration Number:   22-2041374

Comments:

Spl Instructions:

```
                                                               1 of 1
                                                      Invoice
                                             Number:          1402700
                                             Date:          28-SEP-05

Remit To:                                    Customer PO#:550042815
Panasonic Electric Works Corp of America
PO Box 74052
Chicago IL 60690-8052                        P.O.Rev:
                                             Sales Order:     717564

                                             Cust. Num:          3699
Bill to:                                     Location:     KOKOMO BIL
DELPHI DELCO ELECTRONICS
ACCOUNTS PAYABLE                             Ship To:
P.O. BOX 9005                                DELPHI DELCO ELECTRONICS
KOKOMO IN 46904-9005                         PLANT :    DA24
United States                                702 JOAQUIN CAVAZOS
                                             DLOC:   0002
                                             LOS INDIOS TX 78567
                                             Supplier#:
Term Name              Term Due Date         Sales Rep
NET 60 DAYS            27-NOV-05             USA AUTOMOTIVE-ALL SALES

  Bill To Attn.   Ship Date    Ship Via      Waybill Number
                  28-SEP-05    PRO TRANS     1253194

Line Invoice Description    Qtyshipped    DM#     Price  Qtyordered    Total
  1  CP1-12V-H43G/9394212004              OEM STAND         12000
     Special CP Relay for DELCO-DELPHI       Delivery#: 1517716
                                    12000           0.375          4,500.00




                       Subtotal      Tax          Freight             Total
                       4,500.00         0.0         0.00           4,500.00
                                                                Currency: USD
Tax Registration Number:    22-2041374
Comments:

Spl Instructions:
```

```
                                                                    1 of 1
                                                           Invoice
                                                 Number:              1403055
                                                 Date:              29-SEP-05

Remit To:                                        Customer PO#:550045267
Panasonic Electric Works Corp of America
PO Box 74052
Chicago IL 60690-8052                            P.O.Rev:
                                                 Sales Order:          716497

                                                 Cust. Num:               3699
Bill to:                                         Location:         KOKOMO BIL
DELPHI DELCO ELECTRONICS
ACCOUNTS PAYABLE                                 Ship To:
P.O. BOX 9005                                    DELPHI DELCO ELECTRONICS
KOKOMO IN 46904-9005                             PLANT:    DA64
United States                                    7929 S HOWELL
                                                 DLOC:    0001
                                                 OAK CREEK WI 53154
                                                 Supplier#:
Term Name          Term Due Date                 Sales Rep
NET 60 DAYS        28-NOV-05                     USA AUTOMOTIVE-ALL SALES

  Bill To Attn.   Ship Date    Ship Via          Waybill Number
                  29-SEP-05    PRO TRANS         1254597

Line Invoice Description       Qtyshipped    DM#    Price    Qtyordered    Total
  1  CP1A-12V-H40/9391268                     OEM STAND           18000
     Special CP Relay for DELPHI/DELCO             Delivery#: 1519369
                                     18000            0.315              5,670.00




                                     Subtotal        Tax          Freight              Total
                                     5,670.00         0.0           0.00            5,670.00
                                                                                 Currency: USD
Tax Registration Number:     22-2041374
Comments:

Spl Instructions:
```

```
                                                                    1 of 1
                                                            Invoice
                                                Number:              1403375
                                                Date:              30-SEP-05

Remit To:                                       Customer PO#:550045267
Panasonic Electric Works Corp of America
PO Box 74052
Chicago IL 60690-8052                           P.O.Rev:
                                                Sales Order:          716497

                                                Cust. Num:              3699
Bill to:                                        Location:          KOKOMO BIL
DELPHI DELCO ELECTRONICS
ACCOUNTS PAYABLE                                Ship To:
P.O. BOX 9005                                   DELPHI DELCO ELECTRONICS
KOKOMO IN 46904-9005                            PLANT:    DA64
United States                                   7929 S HOWELL
                                                DLOC:    0001
                                                OAK CREEK WI 53154
                                                Supplier#:
Term Name              Term Due Date            Sales Rep
NET 60 DAYS            29-NOV-05                USA AUTOMOTIVE-ALL SALES

  Bill To Attn.   Ship Date     Ship Via        Waybill Number
                  30-SEP-05     PRO TRANS       1255559

Line  Invoice Description       Qtyshipped    DM#    Price    Qtyordered    Total
  1   CP1A-12V-H40/9391268                    OEM STAND           18000
      Special CP Relay for DELPHI/DELCO              Delivery#: 1521119
                                     18000           0.315                 5,670.00




                     Subtotal          Tax           Freight               Total
                     5,670.00          0.0            0.00                 5,670.00
                                                                   Currency: USD
Tax Registration Number:   22-2041374
Comments:

Spl Instructions:
```

```
                                                                 1 of 1
                                                        Invoice
                                                Number:        1403707
                                                Date:         04-OCT-05

Remit To:                                       Customer PO#:550042815
Panasonic Electric Works Corp of America
PO Box 74052                                    P.O.Rev:
Chicago IL 60690-8052                           Sales Order:    717564

                                                Cust. Num:        3699
Bill to:                                        Location:   KOKOMO BIL
DELPHI DELCO ELECTRONICS
ACCOUNTS PAYABLE                                Ship To:
P.O. BOX 9005                                   DELPHI DELCO ELECTRONICS
KOKOMO IN 46904-9005                            PLANT :   DA24
United States                                   702 JOAQUIN CAVAZOS
                                                DLOC:    0002
                                                LOS INDIOS TX 78567
                                                Supplier#:
Term Name             Term Due Date             Sales Rep
NET 60 DAYS           03-DEC-05                 USA AUTOMOTIVE-ALL SALES

  Bill To Attn.   Ship Date      Ship Via       Waybill Number
                  04-OCT-05      PRO TRANS      1257737

Line Invoice Description      Qtyshipped    DM#      Price    Qtyordered    Total

  1  CP1-12V-H43G/9394212004                OEM STAND            18000
     Special CP Relay for DELCO-DELPHI           Delivery#:    1525922
                                18000                 0.375              6,750.00
  2  CP1-12V-H43G/9394212004                OEM STAND            18000
     Special CP Relay for DELCO-DELPHI           Delivery#:    1525922
                                18000                 0.375              6,750.00
  3  CP1-12V-H43G/9394212004                OEM STAND             6000
     Special CP Relay for DELCO-DELPHI           Delivery#:    1525922
                                 6000                 0.375              2,250.00
  4  CP1-12V-H43G/9394212004                OEM STAND            16800
     Special CP Relay for DELCO-DELPHI           Delivery#:    1525922
                                16800                 0.375              6,300.00
  5  CP1-12V-H43G/9394212004                OEM STAND            18000
     Special CP Relay for DELCO-DELPHI           Delivery#:    1525922
                                18000                 0.375              6,750.00
                  Subtotal           Tax              Freight             Total
                  28,800.00          0.0              0.00             28,800.00
                                                                  Currency: USD
Tax Registration Number:    22-2041374

Comments:

Spl Instructions:
```

```
                                                            1 of 1
                                                          Invoice
                                          Number:         1403712
                                          Date:           04-OCT-05

                                          Customer PO#:550045267
Remit To:
Panasonic Electric Works Corp of America
PO Box 74052                              P.O.Rev:
Chicago IL 60690-8052                     Sales Order:    716497

                                          Cust. Num:             3699
Bill to:                                  Location:       KOKOMO BIL
DELPHI DELCO ELECTRONICS
ACCOUNTS PAYABLE                          Ship To:
P.O. BOX 9005                             DELPHI DELCO ELECTRONICS
KOKOMO IN 46904-9005                      PLANT:     DA64
United States                             7929 S HOWELL
                                          DLOC:     0001
                                          OAK CREEK WI 53154
                                          Supplier#:
Term Name              Term Due Date      Sales Rep
NET 60 DAYS            03-DEC-05          USA AUTOMOTIVE-ALL SALES

 Bill To Attn.   Ship Date    Ship Via         Waybill Number
                 04-OCT-05    PRO TRANS        1257740
Line Invoice Description      Qtyshipped   DM#      Price   Qtyordered     Total
  1  CP1A-12V-H40/9391268                  OEM STAND          18000
     Special CP Relay for DELPHI/DELCO        Delivery#: 1525214
                               18000                 0.315              5,670.00
  2  CP1A-12V-H40/9391268                  OEM STAND          15000
     Special CP Relay for DELPHI/DELCO        Delivery#: 1524388
                               15000                 0.315              4,725.00




              Subtotal        Tax              Freight                 Total
              10,395.00          0.0              0.00             10,395.00
                                                                Currency: USD
Tax Registration Number:     22-2041374

Comments:

Spl Instructions:
```

```
                                                                      1 of 1
                                                             Invoice
                                                  Number:            1404011
                                                  Date:             05-OCT-05

                                                  Customer PO#:550045267
Remit To:
Panasonic Electric Works Corp of America
PO Box 74052                                      P.O.Rev:
Chicago IL 60690-8052                             Sales Order:        716497

                                                  Cust. Num:            3699
                                                  Location:       KOKOMO BIL
Bill to:
DELPHI DELCO ELECTRONICS
ACCOUNTS PAYABLE                                  Ship To:
P.O. BOX 9005                                     DELPHI DELCO ELECTRONICS
KOKOMO IN 46904-9005                              PLANT:    DA64
United States                                     7929 S HOWELL
                                                  DLOC:     0001
                                                  OAK CREEK WI 53154
                                                  Supplier#:
Term Name              Term Due Date              Sales Rep
NET 60 DAYS            04-DEC-05                  USA AUTOMOTIVE-ALL SALES

Bill To Attn.   Ship Date     Ship Via            Waybill Number
                05-OCT-05     PRO TRANS           1258618

Line Invoice Description    Qtyshipped    DM#     Price    Qtyordered    Total
  1  CP1A-12V-H40/9391268                 OEM STAND        18000
     Special CP Relay for DELPHI/DELCO    Delivery#: 1526695
                               18000               0.315                 5,670.00




                    Subtotal       Tax            Freight                Total
                    5,670.00       0.0            0.00                5,670.00
                                                                  Currency: USD
Tax Registration Number:   22-2041374

Comments:

Spl Instructions:
```

```
                                                                    1 of 1
                                                           Invoice
                                              Number:           1404306
                                              Date:           06-OCT-05

                                           Customer PO#:550045267
Remit To:
Panasonic Electric Works Corp of America
PO Box 74052                               P.O.Rev:
Chicago IL 60690-8052                      Sales Order:        716497

                                           Cust. Num:              3699
Bill to:                                   Location:        KOKOMO BIL
DELPHI DELCO ELECTRONICS
ACCOUNTS PAYABLE
P.O. BOX 9005                              Ship To:
KOKOMO IN 46904-9005                       DELPHI DELCO ELECTRONICS
United States                              PLANT:    DA64
                                           7929 S HOWELL
                                           DLOC:    0001
                                           OAK CREEK WI 53154
                                           Supplier#:
Term Name          Term Due Date           Sales Rep
NET 60 DAYS        05-DEC-05               USA AUTOMOTIVE-ALL SALES

Bill To Attn.  Ship Date    Ship Via          Waybill Number
               06-OCT-05    PRO TRANS          1259726
Line Invoice Description    Qtyshipped   DM#     Price   Qtyordered    Total
  1  CP1A-12V-H40/9391268                 OEM STAND         18000
     Special CP Relay for DELPHI/DELCO        Delivery#: 1528307
                           18000                0.315              5,670.00




                  Subtotal       Tax            Freight                Total
                  5,670.00         0.0            0.00              5,670.00
                                                             Currency: USD
Tax Registration Number:   22-2041374
Comments:

Spl Instructions:
```

```
                                                                    1 of 1
                                                            Invoice

                                                 Number:           1404482
                                                 Date:            07-OCT-05

    Remit To:                                   Customer PO#:550045267
    Panasonic Electric Works Corp of America
    PO Box 74052                                P.O.Rev:
    Chicago IL 60690-8052                       Sales Order:       716497

                                                 Cust. Num:            3699
    Bill to:                                     Location:       KOKOMO BIL
    DELPHI DELCO ELECTRONICS
    ACCOUNTS PAYABLE                            Ship To:
    P.O. BOX 9005                               DELPHI DELCO ELECTRONICS
    KOKOMO IN 46904-9005                        PLANT:    DA64
    United States                               7929 S HOWELL
                                                DLOC:    0001
                                                OAK CREEK WI 53154
                                                Supplier#:
    Term Name            Term Due Date          Sales Rep
    NET 60 DAYS          06-DEC-05              USA AUTOMOTIVE-ALL SALES

    Bill To Attn.   Ship Date    Ship Via       Waybill Number
                    07-OCT-05    PRO TRANS      1260529

    Line Invoice Description    Qtyshipped  DM#    Price    Qtyordered   Total
      1  CP1A-12V-H40/9391268                OEM STAND           18000
         Special CP Relay for DELPHI/DELCO       Delivery#: 1529499
                                 18000                   0.315        5,670.00




                         Subtotal       Tax            Freight              Total
                         5,670.00          0.0           0.00            5,670.00
                                                                  Currency: USD
    Tax Registration Number:    22-2041374
    Comments:

    Spl Instructions:
```

Invoice 1 of 1

Number: 1404485
Date: 07-OCT-05

Remit To:
Panasonic Electric Works Corp of America
PO Box 74052
Chicago IL 60690-8052

Customer PO#: 550042815

P.O.Rev:
Sales Order: 717564

Cust. Num: 3699
Location: KOKOMO BIL

Bill to:
DELPHI DELCO ELECTRONICS
ACCOUNTS PAYABLE
P.O. BOX 9005
KOKOMO IN 46904-9005
United States

Ship To:
DELPHI DELCO ELECTRONICS
PLANT : DA24
702 JOAQUIN CAVAZOS
DLOC: 0002
LOS INDIOS TX 78567
Supplier#:

Term Name           Term Due Date       Sales Rep
NET 60 DAYS         06-DEC-05           USA AUTOMOTIVE-ALL SALES

Bill To Attn.   Ship Date    Ship Via        Waybill Number
                07-OCT-05    PRO TRANS       1260766

| Line | Invoice Description | Qtyshipped | DM# | Price | Qtyordered | Total |
|------|---------------------|------------|-----|-------|------------|-------|
| 1 | CP1-12V-H43G/9394212004 Special CP Relay for DELCO-DELPHI | 6000 | OEM STAND Delivery#: 1529502 | 0.375 | 6000 | 2,250.00 |

Subtotal      Tax         Freight              Total
2,250.00      0.0         0.00                 2,250.00
                                               Currency: USD

Tax Registration Number:   22-2041374

Comments:

Spl Instructions: