| Company/Customer Name | Bill To | Ship To | Invoice Number | Amount | Ship Date |
|---|---|---|---|---|---|
| Hastech M. Delphi Chassis Sys. | 1195 | 1189 SI | 49447 | 71391.95 | 9/28/2005 |
| Hastech M. Delphi Chassis Sys. | 1195 | 1189 SI | 49469 | 19456.10 | 9/29/2005 |
| Hastech M. Delphi Chassis Sys. | 1195 | 1189 SI | 49488 | 17064.04 | 9/30/2005 |
| Hastech M. Delphi Chassis Sys. | 1195 | 1189 SI | 49547 | 53504.81 | 10/4/2005 |
| Hastech M. Delphi Chassis Sys. | 1195 | 1189 SI | 49564 | 8080.79 | 10/5/2005 |
| Hastech M. Delphi Chassis Sys. | 1195 | 1189 SI | 49594 | 14513.25 | 10/7/2005 |
| Hastech M. Delphi Chassis Sys. | 1195 | 1189 SI | 49620 | 14513.25 | 10/11/2005 |
| Hastech M. Delphi Chassis Sys. | 1195 | 1197 SI | 49548 | 6432.46 | 10/4/2005 |
| | | | | 204956.65 | |
| Lintool MF Delphi E&C Systems | Delphi | DelphiP1 SI | 143532 | 6202.88 | 9/29/2005 |
| | | | | 6202.88 | |
| Traxle (BR) Delphi Chassis Systems | 1141 | 1148 SI | 39272 | 13566.18 | 9/28/2005 |
| Traxle (BR) Delphi Chassis Systems | 1141 | 1148 SI | 39278 | 19841.47 | 9/28/2005 |
| Traxle (BR) Delphi Chassis Systems | 1141 | 1148 SI | 39289 | 9920.73 | 9/29/2005 |
| Traxle (BR) Delphi Chassis Systems | 1141 | 1148 SI | 39303 | 6698.46 | 9/30/2005 |
| Traxle (BR) Delphi Chassis Systems | 1141 | 1148 SI | 39346 | 13227.65 | 10/3/2005 |
| Traxle (BR) Delphi Chassis Systems | 1141 | 1148 SI | 39351 | 13227.64 | 10/4/2005 |
| Traxle (BR) Delphi Chassis Systems | 1141 | 1148 SI | 39367 | 26317.06 | 10/5/2005 |
| Traxle (BR) Delphi Chassis Systems | 1141 | 1148 SI | 39384 | 3249.02 | 10/6/2005 |
| Traxle (BR) Delphi Chassis Systems | 1141 | 1148 SI | 39396 | 12996.10 | 10/7/2005 |
| | | | | 119044.31 | |
| Vehcom MA Delphi Corporation | 180 | DM | 85450 | 2062.97 | 10/4/2005 |
| Vehcom MA Delphi Corporation | 180 | 1800 SI | 57839 | 20011.20 | 9/28/2005 |
| Vehcom MA Delphi Corporation | 180 | 1800 SI | 57846 | 20154 | 9/28/2005 |
| Vehcom MA Delphi Corporation | 180 | 1800 SI | 57863 | 20154 | 9/28/2005 |
| Vehcom MA Delphi Corporation | 180 | 1800 SI | 57869 | 20011.20 | 9/29/2005 |
| Vehcom MA Delphi Corporation | 180 | 1800 SI | 57879 | 20154 | 9/29/2005 |
| Vehcom MA Delphi Corporation | 180 | 1800 SI | 57888 | 20154 | 9/29/2005 |
| Vehcom MA Delphi Corporation | 180 | 1800 SI | 57894 | 20011.20 | 9/30/2005 |

| | | | | | |
|---|---|---|---|---|---|
| Vehcom MA Delphi Corporation | 180 | 1800 SI | 57926 | 20154 | 10/2/2005 |
| Vehcom MA Delphi Corporation | 180 | 1800 SI | 57931 | 20011.20 | 10/3/2005 |
| Vehcom MA Delphi Corporation | 180 | 1800 SI | 57939 | 20154 | 10/3/2005 |
| Vehcom MA Delphi Corporation | 180 | 1800 SI | 57960 | 24856.56 | 10/3/2005 |
| Vehcom MA Delphi Corporation | 180 | 1800 SI | 57968 | 20011.20 | 10/4/2005 |
| Vehcom MA Delphi Corporation | 180 | 1800 SI | 57976 | 20154 | 10/4/2005 |
| Vehcom MA Delphi Corporation | 180 | 1800 SI | 57998 | 30719.88 | 10/4/2005 |
| Vehcom MA Delphi Corporation | 180 | 1800 SI | 58004 | 20011.20 | 10/5/2005 |
| Vehcom MA Delphi Corporation | 180 | 1800 SI | 58012 | 20154 | 10/5/2005 |
| Vehcom MA Delphi Corporation | 180 | 1800 SI | 58028 | 20154 | 10/5/2005 |
| Vehcom MA Delphi Corporation | 180 | 1800 SI | 58031 | 21011.76 | 10/6/2005 |
| Vehcom MA Delphi Corporation | 180 | 1800 SI | 58037 | 20154 | 10/6/2005 |
| Vehcom MA Delphi Corporation | 180 | 1800 SI | 58050 | 23750.22 | 10/6/2005 |
| Vehcom MA Delphi Corporation | 180 | 1800 SI | 58056 | 20445.60 | 10/7/2005 |
| | | | | 444454.19 | |