# DELPHI

Energy & Chassis Systems

Page 1 of 3

**Buyer:**
DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098
UNITED STATES

**Deliver to:**
DELPHI E & C JUAREZ
AVE.ANOTONIO J BERMUDEZ NO.1230
32742
MEXICO

LINAMAR CORP
HASTECH MFG DIV
301 MASSY RD
GUELPH-ONTARIO ON N1K 1B2
CANADA

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550064550 | 12/13/2004 |
| Version | |
| 03/24/2005 17:05:37 | |

Vendor No: 1016175
DUNS No: 253626592

**Payment Terms:** ZMN2   **Currency:** USD
Payment settled on 2nd, 2nd Month

**Incoterms:** FOB- Freight Collect

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 18044568 | JM01 DELPHI E & C JUAREZ |
| | BODY-BRK CTRL  (FROM 1804498DA) | |
| | ***THIS AMENDMENT CHANGES ITEM*** | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 09/15/2003 | 06/30/2004 | USD | 12,599.80 | 1,000 | PC |
| 07/01/2004 | 07/31/2004 | USD | 12,492.80 | 1,000 | PC |
| 08/01/2004 | 08/31/2004 | USD | 12,547.40 | 1,000 | PC |
| 09/01/2004 | 09/30/2004 | USD | 12,579.30 | 1,000 | PC |
| 10/01/2004 | 10/31/2004 | USD | 12,556.50 | 1,000 | PC |
| 11/01/2004 | 11/30/2004 | USD | 12,588.40 | 1,000 | PC |
| 12/01/2004 | 08/01/2005 | USD | 12,699.90 | 1,000 | PC |
| 08/02/2005 | 08/01/2006 | USD | 11,839.00 | 1,000 | PC |
| 08/02/2006 | 08/01/2007 | USD | 11,601.20 | 1,000 | PC |
| 08/02/2007 | 08/01/2008 | USD | 11,369.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

Purchasing Contact: Warner, Jill

Phone: 937-455-9100

Fax: 937-455-9133

Contact Address:
DELPHI ENERGY & CHASSIS SYSTEMS
2000 FORRER BLVD.
KETTERING OH 45420

Date and Time Printed:   03/24/2005 17:05:37



Energy & Chassis Systems

Page 2 of 3

```
LINAMAR CORP
HASTECH MFG DIV
301 MASSY RD
GUELPH-ONTARIO ON N1K 1B2
CANADA
```

### Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550064550 | 12/13/2004 |
| Version | |
| 03/24/2005 17:05:37 | |

| Item No. | Material No. Description | | | Plant | | |
|---|---|---|---|---|---|---|
| 00030 | 18044971 | | | JM01 DELPHI E & C JUAREZ | | |

BODY-BRK CTRL   (FROM 18045093DA)
***THIS AMENDMENT CHANGES ITEM***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 09/15/2003 | 06/30/2004 | USD | 15,826.00 | 1,000 | PC |
| 07/01/2004 | 07/31/2004 | USD | 15,699.30 | 1,000 | PC |
| 08/01/2004 | 08/31/2004 | USD | 15,764.00 | 1,000 | PC |
| 09/01/2004 | 09/30/2004 | USD | 15,801.70 | 1,000 | PC |
| 10/01/2004 | 10/31/2004 | USD | 15,774.80 | 1,000 | PC |
| 11/01/2004 | 11/30/2004 | USD | 15,812.50 | 1,000 | PC |
| 12/01/2004 | 08/01/2005 | USD | 15,944.50 | 1,000 | PC |
| 08/02/2005 | 08/01/2006 | USD | 14,972.50 | 1,000 | PC |
| 08/02/2006 | 08/01/2007 | USD | 14,673.10 | 1,000 | PC |
| 08/02/2007 | 08/01/2008 | USD | 14,379.60 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00040 | 18045958 | | | JM01 DELPHI E & C JUAREZ | | |
|---|---|---|---|---|---|---|

BODY-BRK CTRL   (FROM 18045093DA)
***THIS AMENDMENT CHANGES ITEM***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 09/15/2003 | 06/30/2004 | USD | 15,826.00 | 1,000 | PC |
| 07/01/2004 | 07/31/2004 | USD | 15,699.30 | 1,000 | PC |
| 08/01/2004 | 08/31/2004 | USD | 15,764.00 | 1,000 | PC |
| 09/01/2004 | 09/30/2004 | USD | 15,801.70 | 1,000 | PC |
| 10/01/2004 | 10/31/2004 | USD | 15,774.50 | 1,000 | PC |
| 11/01/2004 | 11/30/2004 | USD | 15,812.50 | 1,000 | PC |
| 12/01/2004 | 08/01/2005 | USD | 15,944.50 | 1,000 | PC |
| 08/02/2005 | 08/01/2006 | USD | 14,972.50 | 1,000 | PC |
| 08/02/2006 | 08/01/2007 | USD | 14,673.10 | 1,000 | PC |
| 08/02/2007 | 08/01/2008 | USD | 14,379.60 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00020 | 18077361 | | | JM01 DELPHI E & C JUAREZ | | |
|---|---|---|---|---|---|---|

BODY-BRK CTRL   (FROM 18044968)
***THIS AMENDMENT CHANGES ITEM***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 09/15/2003 | 06/30/2004 | USD | 12,754.80 | 1,000 | PC |
| 07/01/2004 | 07/31/2004 | USD | 12,647.80 | 1,000 | PC |
| 08/01/2004 | 08/31/2004 | USD | 12,702.40 | 1,000 | PC |
| 09/01/2004 | 09/30/2004 | USD | 12,734.30 | 1,000 | PC |
| 10/01/2004 | 10/31/2004 | USD | 12,711.50 | 1,000 | PC |
| 11/01/2004 | 11/30/2004 | USD | 12,743.40 | 1,000 | PC |
| 12/01/2004 | 08/01/2005 | USD | 12,854.90 | 1,000 | PC |
| 08/02/2005 | 08/01/2006 | USD | 11,993.00 | 1,000 | PC |

# DELPHI

Energy & Chassis Systems

Page 3 of 3

LINAMAR CORP
HASTECH MFG DIV
301 MASSY RD
GUELPH-ONTARIO ON N1K 1B2
CANADA

**Requirements Contract**

PO Number: 550064550
Date Issued: 12/13/2004
Version: 03/24/2005 17:05:37

| Item No. | Material No. Description | | Plant | | | |
|---|---|---|---|---|---|---|
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 08/02/2006 | 08/01/2007 | USD | 11,656.20 | 1,000 | PC |
| | 08/02/2007 | 08/01/2008 | USD | 11,524.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**
This Contract replaces previous contract # --.
*********************

*********************
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at 800-805-9433. Failure to follow these instructions could result in a charge back to your company

*********************

*********************
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
*********************

*********************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*********************

*********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*********************
03/24/05 - Alteration to change buyer code from (019) John Strieter to (013) Jill Warner. cap

# DELPHI

Energy & Chassis Systems

Page 1 of 2

RECEIVED APR 18 2005

HASTECH MFG

**Buyer:**
DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098
UNITED STATES

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550064445 | 12/10/2004 |
| Version | |
| 03/24/2005 17:07:32 | |

**Deliver to:**
ITOCHU INTL-TOKYO
AUTOMOBILE DEPT NO 2
2-CHOME MINATO-KU
TOKYO
JAPAN 999-9999

LINAMAR CORP
HASTECH MFG DIV
301 MASSY RD
GUELPH-ONTARIO ON N1K 1B2
CANADA

Vendor No: 1016175
DUNS No: 253626592

**Payment Terms:** ZMN2    **Currency:** USD
Payment settled on 2nd, 2nd Month

**Incoterms:** FOB- Freight Collect

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 18084035 BODY-BRAKE CONTROL, F/R, ABS | JM01 DELPHI E & C JUAREZ |

***THIS AMENDMENT CHANGES ITEM***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 09/15/2003 | 11/30/2004 | USD | 12,579.30 | 1,000 | PC |
| 12/01/2004 | 08/01/2005 | USD | 12,699.90 | 1,000 | PC |
| 08/02/2005 | 08/01/2006 | USD | 11,838.00 | 1,000 | PC |
| 08/02/2006 | 08/01/2007 | USD | 11,601.20 | 1,000 | PC |
| 08/02/2007 | 08/01/2008 | USD | 11,369.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**
This Contract replaces previous contract # --.
***********************

Purchasing Contact: Warner, Jill

Phone: 937-455-9100

Fax: 937-455-9133

Contact Address:
DELPHI ENERGY & CHASSIS SYSTEMS
2000 FORRER BLVD.
KETTERING OH 45420

Date and Time Printed: 03/24/2005 17:07:32

**DELPHI** _____ Energy & Chassis Systems

Page 2 of 2

```
LINAMAR CORP
HASTECH MFG DIV
301 MASSY RD
GUELPH-ONTARIO ON N1K 1B2
CANADA
```

**Requirements Contract**

PO Number: 550064445
Version: 03/24/2005 17:07:32
Date Issued: 12/10/2004

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes Continued:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

As a supplier to Delphi Energy & Chassis you must use a Delphi approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at 800-805-9433. Failure to follow these instructions could result in a charge back to your company

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

03/24/05 - Alteration to change buyer code from (019) John Strieter to (013) Jill Warner. cap

02/03/2005 10:39 FAX 937 455 9133          DELPHI E&C KET                                    ☒001

# DELPHI

| Post-it® Fax Note | 7671 | Date 2/3/05 | # of pages ▶ 5 |
|---|---|---|---|
| To Mong Enish | | From Brigitte Shepherd | |
| Co./Dept. Hastech | | Co. Delphi | |
| Phone # | | Phone # 939-455-9180 | |
| Fax # 519-836-5353 | | Fax # | |

**Buyer:**
DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098
UNITED STATES

**Deliver to:**
DELPHI E & C JUAREZ
AVE. ANOTONIO J BERMUDEZ NO.1230
32742
MEXICO

LINAMAR CORP
HASTECH MFG DIV
301 MASSY RD
GUELPH-ONTARIO ON N1K 1B2
CANADA

PO Number: 550064548
Version
02/03/2005 09:48:45
Date Issued: 12/13/2004

Vendor No: 1016175
DUNS No: 253626592

**Payment Terms:** ZMN2          **Currency:** USD
Payment settled on 2nd, 2nd Month

**Incoterms:** FOB- Freight Collect

| Item No. | Material No. Description | | Plant | | | |
|---|---|---|---|---|---|---|
| 00010 | 18084882 BODY-BRK CTRL, ABS | | JM01 DELPHI E & C JUAREZ | | | |
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 09/15/2003 | 06/30/2004 | USD | 12,599.80 | 1,000 | PC |
| | 07/01/2004 | 07/31/2004 | USD | 12,492.80 | 1,000 | PC |
| | 08/01/2004 | 08/31/2004 | USD | 12,547.40 | 1,000 | PC |
| | 09/01/2004 | 09/30/2004 | USD | 12,579.30 | 1,000 | PC |
| | 10/01/2004 | 10/31/2004 | USD | 12,556.50 | 1,000 | PC |
| | 11/01/2004 | 11/30/2004 | USD | 12,588.40 | 1,000 | PC |
| | 12/01/2004 | 08/01/2005 | USD | 12,699.90 | 1,000 | PC |
| | 08/02/2005 | 08/01/2006 | USD | 11,838.00 | 1,000 | PC |
| | 08/02/2006 | 08/01/2007 | USD | 11,601.20 | 1,000 | PC |
| | 08/02/2007 | 08/01/2008 | USD | 11,369.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

Notes:

Purchasing Contact: Strieter, John

Phone: 937-455-7697

Fax: 937-455-9133

Contact Address:
DELPHI ENERGY & CHASSIS SYSTEMS
2000 FORRER BLVD,
KETTERING OH 45420

Date and Time Printed:    02/03/2005 09:48:45

10:39 FAX 937 455 9133          DELPHI E&C KET                                        ☒002



DELPHI _____ Energy & Chassis Systems

Page 2 of 2

```
LINAMAR CORP
HASTECH MFG DIV
301 MASSY RD
GUELPH-ONTARIO  ON  N1K 1B2
CANADA
```

**Requirements Contract**

PO Number                          Date Issued
550064548                          12/13/2004
Version
02/03/2005 09:48:45

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes Continued:**

This Contract replaces previous contract # --.
********************

********************
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company

********************

********************
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information
through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to
become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing
productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier
providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
********************

********************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release,
requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written
form -- -- by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively
referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website,
delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or
commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms
and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General
Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals
in writing
********************

********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
********************

# DELPHI
_____ Energy & Chassis Systems

Page 1 of 3

| Buyer: |
|---|
| DELPHI<br>ENERGY & CHASSIS SYSTEMS<br>5820 DELPHI DR<br>TROY MI 48098<br>UNITED STATES |

| Requirements Contract | |
|---|---|
| PO Number<br>550050719<br>Version<br>10/15/2004 16:04:03 | Date Issued<br>01/15/2004 |

| Deliver to: |
|---|
| DELPHI E & C - SAGINAW<br>2328 E. GENESEE DR.<br>SAGINAW MI 48601<br>UNITED STATES |

TO REQU...  ...CONTRACT

| LINTOOL MFG LTD<br>381 MASSEY RD<br>GUELPH ON N1K 1B2<br>CANADA |
|---|

| Vendor No: 1006299 | |
|---|---|
| DUNS No: 259741684 | |
| Payment Terms: ZMN2 | Currency: USD |
| Payment settled on 2nd, 2nd Month | |
| Incoterms: FOB- Freight Collect | |

| Item No. | Material No.<br>Description | Plant | | | | |
|---|---|---|---|---|---|---|
| 00010 | 15981298 | HE01 DELPHI E & C SAGINAW | | | | |
| | KNUCKLE & SPINDLE ASSM-94 C/G 10/20 LH | | | | | |
| | ***THIS AMENDMENT EXTENDS ITEM*** | | | | | |
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 01/01/2004 | 12/31/2005 | USD | 48,460.00 | 1,000 | PC |
| | This Requirement Contract is for 100% unless otherwise specified. | | | | | |
| 00020 | 15981299 | HE01 DELPHI E & C SAGINAW | | | | |
| | KNUCKLE & SPINDLE ASSM-94 C/G 10/20 RH | | | | | |
| | ***THIS AMENDMENT EXTENDS ITEM*** | | | | | |
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 01/01/2004 | 12/31/2005 | USD | 48,460.00 | 1,000 | PC |
| | This Requirement Contract is for 100% unless otherwise specified. | | | | | |
| 00030 | 15981300 | HE01 DELPHI E & C SAGINAW | | | | |
| | KNUCKLE & SPINDLE ASSM-94 G30 LH | | | | | |
| | ***THIS AMENDMENT EXTENDS ITEM*** | | | | | |
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 01/01/2004 | 06/27/2004 | USD | 51,650.00 | 1,000 | PC |

P.T.O.

OK  XI/11/04

| Purchasing Contact: Smith, Aaron | Contact Address: |
|---|---|
| Phone: 248-813-4363 | DELPHI ENERGY & CHASSIS SYSTEMS<br>5725 Delphi Drive,<br>TROY MI 48098-2815 |
| Fax: 248-813-4599 | |

Date and Time Printed:  10/15/2004 16:04:03

# DELPHI
_____ Energy & Chassis Systems

Page 2 of 3

| LINTOOL MFG LTD |
| --- |
| 381 MASSEY RD |
| GUELPH ON N1K 1B2 |
| CANADA |

**Requirements Contract**

| PO Number | Date Issued |
| --- | --- |
| 550050719 | 01/15/2004 |
| Version | |
| 10/15/2004 16:04:03 | |

| Item No. | Material No. Description | | Plant | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 06/22/2004 | 06/30/2004 | USD | 37,840.00 | 1,000 | PC |
| | 07/01/2004 | 12/31/2005 | USD | 51,650.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00040 | 15981301 | | | HE01 DELPHI E & C  SAGINAW | | |
| --- | --- | --- | --- | --- | --- | --- |
| | KNUCKLE & SPINDLE ASSM-94 G30 RH | | | | | |
| | ***THIS AMENDMENT EXTENDS ITEM*** | | | | | |
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 01/01/2004 | 06/21/2004 | USD | 51,650.00 | 1,000 | PC |
| | 06/22/2004 | 06/30/2004 | USD | 37,840.00 | 1,000 | PC |
| | 07/01/2004 | 12/31/2005 | USD | 51,650.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**
This Contract replaces previous contract # —.
*********************

*********************
As a supplier to Delphi Energy & Chassis you must use a Delphi approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at 800-805-9433. Failure to follow these instructions could result in a charge back to your company

*********************

*********************
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
*********************

*********************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals

# DELPHI

Energy & Chassis Systems

Page 3 of 3

LINTOOL MFG LTD
381 MASSEY RD
GUELPH ON N1K 1B2
CANADA

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550050719 | 01/15/2004 |
| Version | |
| 10/15/2004 16:04:03 | |

| Item No. | Material No. | Plant |
|---|---|---|
| | Description | |

**Notes Continued:**
in writing.
************************

************************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
************************
06/24/04 - Alteration to change price and price validity on Material 15981300 (Item 30) and 15981301 (Item 40). dmp

10/15/04 - Alteration to extend REQUIREMENTS CONTRACT. dmp