# DELPHI

Energy & Chassis Systems

Page 1 of 11

| Buyer: | Requirements Contract | |
|---|---|---|
| DELPHI<br>ENERGY & CHASSIS SYSTEMS<br>5820 DELPHI DR<br>TROY MI 48098<br>UNITED STATES | PO Number<br>550001233<br>Version<br>07-Sep-2005 13:17:53 | Date Issued<br>02-Jun-1999 |



RECEIVED OCT - 6 2005 TRAXLE MFG. LTD.

| | |
|---|---|
| TRAXLE MANUFACTURING LTD<br>280 SPEEDVALE AVE W<br>GUELPH ON N1H 1C4<br>CANADA | Vendor No: 1000123<br>DUNS No: 249267170 |
| | **Payment Terms:** ZMN2    **Currency:** CAD |
| | Payment settled on 2nd, 2nd Month |
| | **Incoterms:** FOB- Freight Collect |

| Item No. | Material No.<br>Description | Plant | | | |
|---|---|---|---|---|---|
| 00010 | 18025853<br>BRK DISC BRK OBS R7775A 1204 RB 18046070<br>BRACKET<br>***ITEM DELETED***<br>Replaced by 18046070 (Item 40) | HA02 DELPHI E & C   NEEDMORE | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 15-Nov-1998 | 30-Jun-1999 | CAD | 14,826.00 | 1,000 | PC |
| 01-Jul-1999 | 27-Feb-2000 | CAD | 13,934.00 | 1,000 | PC |
| 28-Feb-2000 | 29-Feb-2000 | CAD | 13,977.00 | 1,000 | PC |
| 01-Mar-2000 | 30-Apr-2000 | CAD | 13,948.00 | 1,000 | PC |
| 01-May-2000 | 30-Jun-2000 | CAD | 13,908.00 | 1,000 | PC |
| 01-Jul-2000 | 31-Aug-2000 | CAD | 13,829.00 | 1,000 | PC |
| 01-Sep-2000 | 31-Oct-2000 | CAD | 13,820.00 | 1,000 | PC |
| 01-Nov-2000 | 31-Dec-2000 | CAD | 13,766.00 | 1,000 | PC |
| 01-Jan-2001 | 28-Feb-2001 | CAD | 13,662.00 | 1,000 | PC |
| 01-Mar-2001 | 30-Apr-2001 | CAD | 13,694.00 | 1,000 | PC |
| 01-May-2001 | 30-Jun-2001 | CAD | 13,704.00 | 1,000 | PC |
| 01-Jul-2001 | 31-Aug-2001 | CAD | 13,672.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00020 | 18027843<br>BRKT,FRT  OBS R7899A 12/00 R/B 18046067 | HA02 DELPHI E & C   NEEDMORE |
|---|---|---|

| Purchasing Contact: Reuter, Laura<br>Phone: 937-455-7854<br>Fax:   937-455-9133 | Contact Address:<br>DELPHI ENERGY & CHASSIS SYSTEMS<br>2000 FORRER BLVD,<br>KETTERING OH 45420 |
|---|---|

Date and Time Printed:  07-Sep-2005 13:17:53

# DELPHI

Energy & Chassis System

Page 2 of 11

TRAXLE MANUFACTURING LTD
280 SPEEDVALE AVE W
GUELPH ON N1H 1C4
CANADA

## Requirements Contract

PO Number: 550001233
Date Issued: 02-Jun-1999
Version
07-Sep-2005 13:17:53

| Item No. | Material No. Description | | | Plant | |
|---|---|---|---|---|---|

BRACKET
***ITEM DELETED***
Replaced by 18046067 (Item 50)

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 15-Nov-1998 | 30-Jun-1999 | CAD | 14,919.00 | 1,000 | PC |
| 01-Jul-1999 | 27-Feb-2000 | CAD | 14,113.00 | 1,000 | PC |
| 28-Feb-2000 | 29-Feb-2000 | CAD | 14,156.00 | 1,000 | PC |
| 01-Mar-2000 | 30-Apr-2000 | CAD | 14,127.00 | 1,000 | PC |
| 01-May-2000 | 30-Jun-2000 | CAD | 14,098.00 | 1,000 | PC |
| 01-Jul-2000 | 31-Aug-2000 | CAD | 14,018.00 | 1,000 | PC |
| 01-Sep-2000 | 31-Oct-2000 | CAD | 14,008.00 | 1,000 | PC |
| 01-Nov-2000 | 31-Dec-2000 | CAD | 13,953.00 | 1,000 | PC |
| 01-Jan-2001 | 28-Feb-2001 | CAD | 13,846.00 | 1,000 | PC |
| 01-Mar-2001 | 30-Apr-2001 | CAD | 13,879.00 | 1,000 | PC |
| 01-May-2001 | 30-Jun-2001 | CAD | 13,890.00 | 1,000 | PC |
| 01-Jul-2001 | 31-Aug-2001 | CAD | 13,858.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

00030    18027844                                HA02 DELPHI E & C    NEEDMORE
BRKT,FRT OBS R7899A 12/00 R/B 18046068
BRACKET
***ITEM DELETED***
Replaced by 18046068 (Item 60)

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 15-Nov-1998 | 30-Jun-1999 | CAD | 14,919.00 | 1,000 | PC |
| 01-Jul-1999 | 27-Feb-2000 | CAD | 14,113.00 | 1,000 | PC |
| 28-Feb-2000 | 29-Feb-2000 | CAD | 14,156.00 | 1,000 | PC |
| 01-Mar-2000 | 30-Apr-2000 | CAD | 14,127.00 | 1,000 | PC |
| 01-May-2000 | 30-Jun-2000 | CAD | 14,098.00 | 1,000 | PC |
| 01-Jul-2000 | 31-Aug-2000 | CAD | 14,018.00 | 1,000 | PC |
| 01-Sep-2000 | 31-Oct-2000 | CAD | 14,008.00 | 1,000 | PC |
| 01-Nov-2000 | 31-Dec-2000 | CAD | 13,953.00 | 1,000 | PC |
| 01-Jan-2001 | 28-Feb-2001 | CAD | 13,846.00 | 1,000 | PC |
| 01-Mar-2001 | 30-Apr-2001 | CAD | 13,879.00 | 1,000 | PC |
| 01-May-2001 | 30-Jun-2001 | CAD | 13,890.00 | 1,000 | PC |
| 01-Jul-2001 | 31-Aug-2001 | CAD | 13,858.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

00050    18046067                                HA02 DELPHI E & C    NEEDMORE
BRACKET-FRT DISC BRAKE (CTD
BRACKET
1% Red Eff. 08/01/03 & 08/01/04
***THIS AMENDMENT CHANGES PRICE***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 02-Jun-1999 | 31-Oct-2000 | CAD | 14,008.00 | 1,000 | PC |
| 01-Nov-2000 | 31-Dec-2000 | CAD | 13,953.00 | 1,000 | PC |
| 01-Jan-2001 | 28-Feb-2001 | CAD | 13,846.00 | 1,000 | PC |
| 01-Mar-2001 | 30-Apr-2001 | CAD | 13,879.00 | 1,000 | PC |

# DELPHI

Energy & Chassis Systems

Page 3 of 11

TRAXLE MANUFACTURING LTD
280 SPEEDVALE AVE W
GUELPH ON N1H 1C4
CANADA

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550001233 | 02-Jun-1999 |
| Version | |
| 07-Sep-2005 13:17:53 | |

| Item No. | Material No. Description | | Plant | | |
|---|---|---|---|---|---|
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 01-May-2001 | 30-Jun-2001 | CAD | 13,890.00 | 1,000 | PC |
| | 01-Jul-2001 | 31-Aug-2001 | CAD | 13,805.00 | 1,000 | PC |
| | 01-Sep-2001 | 31-Dec-2001 | CAD | 13,799.00 | 1,000 | PC |
| | 01-Jan-2002 | 28-Feb-2002 | CAD | 13,619.60 | 1,000 | PC |
| | 01-Mar-2002 | 30-Apr-2002 | CAD | 13,668.00 | 1,000 | PC |
| | 01-May-2002 | 30-Jun-2002 | CAD | 13,724.00 | 1,000 | PC |
| | 01-Jul-2002 | 31-Jul-2002 | CAD | 13,731.00 | 1,000 | PC |
| | 01-Aug-2002 | 31-Aug-2002 | CAD | 13,455.02 | 1,000 | PC |
| | 01-Sep-2002 | 31-Oct-2002 | CAD | 13,450.62 | 1,000 | PC |
| | 01-Nov-2002 | 31-Dec-2002 | CAD | 13,441.92 | 1,000 | PC |
| | 01-Jan-2003 | 28-Feb-2003 | CAD | 13,410.32 | 1,000 | PC |
| | 01-Mar-2003 | 30-Apr-2003 | CAD | 13,488.00 | 1,000 | PC |
| | 01-May-2003 | 30-Jun-2003 | CAD | 13,556.00 | 1,000 | PC |
| | 01-Jul-2003 | 31-Aug-2003 | CAD | 13,353.45 | 1,000 | PC |
| | 01-Sep-2003 | 31-Oct-2003 | CAD | 13,440.30 | 1,000 | PC |
| | 01-Nov-2003 | 31-Dec-2003 | CAD | 13,469.91 | 1,000 | PC |
| | 01-Jan-2004 | 29-Feb-2004 | CAD | 13,634.00 | 1,000 | PC |
| | 01-Mar-2004 | 30-Apr-2004 | CAD | 13,930.10 | 1,000 | PC |
| | 01-May-2004 | 30-Jun-2004 | CAD | 13,882.50 | 1,000 | PC |
| | 01-Jul-2004 | 31-Jul-2004 | CAD | 13,693.20 | 1,000 | PC |
| | 01-Aug-2004 | 31-Aug-2004 | CAD | 13,559.70 | 1,000 | PC |
| | 01-Sep-2004 | 30-Oct-2004 | CAD | 13,874.40 | 1,000 | PC |
| | 01-Nov-2004 | 31-Dec-2004 | CAD | 13,835.60 | 1,000 | PC |
| | 01-Jan-2005 | 31-Jan-2005 | CAD | 17,357.00 | 1,000 | PC |
| | 01-Feb-2005 | 28-Feb-2005 | CAD | 17,223.50 | 1,000 | PC |
| | 01-Mar-2005 | 31-Mar-2005 | CAD | 17,041.40 | 1,000 | PC |
| | 01-Apr-2005 | 30-Apr-2005 | CAD | 16,920.00 | 1,000 | PC |
| | 01-May-2005 | 31-May-2005 | CAD | 16,920.00 | 1,000 | PC |
| | 01-Jun-2005 | 30-Jun-2005 | CAD | 16,725.80 | 1,000 | PC |
| | 01-Jul-2005 | 31-Dec-2005 | CAD | 16,232.80 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00060 | 18046068 | | HA02 DELPHI E & C | NEEDMORE |
| | BRACKET-FRT DISC BRAKE (CTD) |
| | BRACKET |
| | 1% Red Eff. 08/01/03 & 08/01/04 |
| | ***THIS AMENDMENT CHANGES PRICE*** |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 02-Jun-1999 | 31-Oct-2000 | CAD | 14,008.00 | 1,000 | PC |
| 01-Nov-2000 | 31-Dec-2000 | CAD | 13,953.00 | 1,000 | PC |
| 01-Jan-2001 | 28-Feb-2001 | CAD | 13,846.00 | 1,000 | PC |
| 01-Mar-2001 | 30-Apr-2001 | CAD | 13,879.00 | 1,000 | PC |
| 01-May-2001 | 30-Jun-2001 | CAD | 13,890.00 | 1,000 | PC |
| 01-Jul-2001 | 31-Aug-2001 | CAD | 13,805.00 | 1,000 | PC |
| 01-Sep-2001 | 31-Dec-2001 | CAD | 13,799.00 | 1,000 | PC |
| 01-Jan-2002 | 28-Feb-2002 | CAD | 13,619.60 | 1,000 | PC |

# DELPHI

Energy & Chassis Systems

Page 4 of 11

TRAXLE MANUFACTURING LTD
280 SPEEDVALE AVE W
GUELPH ON N1H 1C4
CANADA

## Requirements Contract

PO Number: 550001233
Date Issued: 02-Jun-1999
Version: 07-Sep-2005 13:17:53

| Item No. | Material No. Description | Plant | | | |
|---|---|---|---|---|---|
| Valid From | Valid To | Currency | Price | Price Unit | UOM |
| 01-Mar-2002 | 30-Apr-2002 | CAD | 13,668.00 | 1,000 | PC |
| 01-May-2002 | 30-Jun-2002 | CAD | 13,724.00 | 1,000 | PC |
| 01-Jul-2002 | 31-Jul-2002 | CAD | 13,731.00 | 1,000 | PC |
| 01-Aug-2002 | 31-Aug-2002 | CAD | 13,455.02 | 1,000 | PC |
| 01-Sep-2002 | 31-Oct-2002 | CAD | 13,450.62 | 1,000 | PC |
| 01-Nov-2002 | 31-Dec-2002 | CAD | 13,441.92 | 1,000 | PC |
| 01-Jan-2003 | 28-Feb-2003 | CAD | 13,410.32 | 1,000 | PC |
| 01-Mar-2003 | 30-Apr-2003 | CAD | 13,488.00 | 1,000 | PC |
| 01-May-2003 | 30-Jun-2003 | CAD | 13,556.00 | 1,000 | PC |
| 01-Jul-2003 | 31-Aug-2003 | CAD | 13,353.45 | 1,000 | PC |
| 01-Sep-2003 | 31-Oct-2003 | CAD | 13,440.30 | 1,000 | PC |
| 01-Nov-2003 | 31-Dec-2003 | CAD | 13,469.91 | 1,000 | PC |
| 01-Jan-2004 | 29-Feb-2004 | CAD | 13,634.00 | 1,000 | PC |
| 01-Mar-2004 | 30-Apr-2004 | CAD | 13,930.10 | 1,000 | PC |
| 01-May-2004 | 30-Jun-2004 | CAD | 13,882.50 | 1,000 | PC |
| 01-Jul-2004 | 31-Jul-2004 | CAD | 13,693.20 | 1,000 | PC |
| 01-Aug-2004 | 31-Aug-2004 | CAD | 13,559.70 | 1,000 | PC |
| 01-Sep-2004 | 30-Oct-2004 | CAD | 13,874.40 | 1,000 | PC |
| 01-Nov-2004 | 31-Dec-2004 | CAD | 13,835.60 | 1,000 | PC |
| 01-Jan-2005 | 31-Jan-2005 | CAD | 17,357.00 | 1,000 | PC |
| 01-Feb-2005 | 28-Feb-2005 | CAD | 17,223.50 | 1,000 | PC |
| 01-Mar-2005 | 31-Mar-2005 | CAD | 17,041.40 | 1,000 | PC |
| 01-Apr-2005 | 30-Apr-2005 | CAD | 16,920.00 | 1,000 | PC |
| 01-May-2005 | 31-May-2005 | CAD | 16,920.00 | 1,000 | PC |
| 01-Jun-2005 | 30-Jun-2005 | CAD | 16,725.80 | 1,000 | PC |
| 01-Jul-2005 | 31-Dec-2005 | CAD | 16,232.80 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

00040    18046070                                    HA02 DELPHI E & C    NEEDMORE
BRACKET-RR DISC BRAKE (CTD)
RR - BRACKET
1% Red Eff. 08/01/03 & 08/01/04
***THIS AMENDMENT CHANGES PRICE***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 02-Jun-1999 | 31-Oct-2000 | CAD | 13,820.00 | 1,000 | PC |
| 01-Nov-2000 | 31-Dec-2000 | CAD | 13,766.00 | 1,000 | PC |
| 01-Jan-2001 | 28-Feb-2001 | CAD | 13,662.00 | 1,000 | PC |
| 01-Mar-2001 | 30-Apr-2001 | CAD | 13,694.00 | 1,000 | PC |
| 01-May-2001 | 30-Jun-2001 | CAD | 13,704.00 | 1,000 | PC |
| 01-Jul-2001 | 31-Aug-2001 | CAD | 13,617.00 | 1,000 | PC |
| 01-Sep-2001 | 31-Dec-2001 | CAD | 13,611.00 | 1,000 | PC |
| 01-Jan-2002 | 28-Feb-2002 | CAD | 13,438.00 | 1,000 | PC |
| 01-Mar-2002 | 30-Apr-2002 | CAD | 13,485.00 | 1,000 | PC |
| 01-May-2002 | 30-Jun-2002 | CAD | 13,540.00 | 1,000 | PC |
| 01-Jul-2002 | 31-Jul-2002 | CAD | 13,545.00 | 1,000 | PC |
| 01-Aug-2002 | 31-Aug-2002 | CAD | 13,272.80 | 1,000 | PC |

# DELPHI

Energy & Chassis Systems

TRAXLE MANUFACTURING LTD
280 SPEEDVALE AVE W
GUELPH ON N1H 1C4
CANADA

**Requirements Contract**

PO Number: 550001233
Version: 07-Sep-2005 13:17:53
Date Issued: 02-Jun-1999

| Item No. | Material No. Description | | Plant | | |
|---|---|---|---|---|---|
| Valid From | Valid To | Currency | Price | Price Unit | UOM |
| 01-Sep-2002 | 31-Oct-2002 | CAD | 13,268.50 | 1,000 | PC |
| 01-Nov-2002 | 31-Dec-2002 | CAD | 13,259.90 | 1,000 | PC |
| 01-Jan-2003 | 28-Feb-2003 | CAD | 13,228.80 | 1,000 | PC |
| 01-Mar-2003 | 30-Apr-2003 | CAD | 13,305.40 | 1,000 | PC |
| 01-May-2003 | 30-Jun-2003 | CAD | 13,372.50 | 1,000 | PC |
| 01-Jul-2003 | 31-Aug-2003 | CAD | 13,172.67 | 1,000 | PC |
| 01-Sep-2003 | 31-Oct-2003 | CAD | 13,258.40 | 1,000 | PC |
| 01-Nov-2003 | 31-Dec-2003 | CAD | 13,287.62 | 1,000 | PC |
| 01-Jan-2004 | 29-Feb-2004 | CAD | 13,449.51 | 1,000 | PC |
| 01-Mar-2004 | 30-Apr-2004 | CAD | 13,741.70 | 1,000 | PC |
| 01-May-2004 | 30-Jun-2004 | CAD | 13,694.80 | 1,000 | PC |
| 01-Jul-2004 | 31-Jul-2004 | CAD | 13,508.00 | 1,000 | PC |
| 01-Aug-2004 | 31-Aug-2004 | CAD | 13,376.30 | 1,000 | PC |
| 01-Sep-2004 | 30-Oct-2004 | CAD | 13,686.80 | 1,000 | PC |
| 01-Nov-2004 | 31-Dec-2004 | CAD | 13,648.50 | 1,000 | PC |
| 01-Jan-2005 | 31-Jan-2005 | CAD | 17,776.00 | 1,000 | PC |
| 01-Feb-2005 | 28-Feb-2005 | CAD | 17,664.30 | 1,000 | PC |
| 01-Mar-2005 | 31-Mar-2005 | CAD | 17,464.70 | 1,000 | PC |
| 01-Apr-2005 | 30-Apr-2005 | CAD | 17,344.90 | 1,000 | PC |
| 01-May-2005 | 31-May-2005 | CAD | 17,344.90 | 1,000 | PC |
| 01-Jun-2005 | 30-Jun-2005 | CAD | 17,153.30 | 1,000 | PC |
| 01-Jul-2005 | 31-Dec-2005 | CAD | 16,666.80 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**

This Contract replaces previous contract # 1611127.
********************

********************
As a supplier to Delphi Energy & Chassis you must use a Delphi approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at 800-805-9433. Failure to follow these instructions could result in a charge back to your company

********************

********************
The term of this contract is for the period(s) of purchase indicated in the line item notes on the face of this contract.

"Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce Seller's costs of supplying each Product. Buyer and Seller agree that the pricing of each Product will be reduced (in addition to any scheduled price reductions) by an amount equal to fifty percent (50%) of any net cost savings achieved by Seller with respect to such Product (i.e., savings after recovery by Seller of a pro rata portion, based on the remaining term of this Contract, of the reasonable and documented costs to achieve such cost savings), provided, however, that the pricing of each Product will be reduced (in addition to any scheduled price reductions) by an amount equal to one hundred percent (100%) of any savings resulting from reduction on the content of the such Product

```
TRAXLE MANUFACTURING LTD
280 SPEEDVALE AVE W
GUELPH ON N1H 1C4
CANADA
```

**Requirements Contract**

PO Number: 550001233
Version: 07-Sep-2005 13:17:53
Date Issued: 02-Jun-1999

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes Continued:**

No price increases (including any decrease of the scheduled price reductions) will be made on account of (i) Seller's failure to achieve any expected cost savings or productivity improvements or (ii) any increases in Seller's labor, materials, overhead and other costs. In the event that Buyer agrees to any price increases (or a decrease of any scheduled price reductions) with respect to any Product, then, notwithstanding anything to the contrary set forth in this Contract, the pricing of each Products will be reduced (in addition to any scheduled price reductions) by an amount equal to one hundred percent (100%) of any subsequent net cost savings achieved by Seller with respect to such Product until aggregate price reductions on account of Seller's cost savings equal any price increases previously agreed to by Buyer."

"Right to Purchase from Others

During the entire term of this Contract, Seller will assure that each Product remains competitive in terms of technology, design, service and quality with any similar product available to Buyer. Following 12 months from contract issuance date Seller will also assure that each Product remains competitive in terms of price with any similar product available to Buyer. If, in the reasonable opinion of Buyer, a Product does not remain competitive, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which a similar product is more competitive. If, within ninety (90) days, Seller does not agree to immediately sell any Product with comparable technology, design, quality, or, if applicable, price, Buyer may elect to purchase any similar products available to Buyer without any liability to Seller under this Contract."

Buyer's right to "terminate for convenience" under the General Terms and Conditions will be inapplicable to this Contract until 12 months from contract issuance date.
**************************

**********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
**********************

**********************
The term of this contract is for the period(s) of purchase indicated in the line item notes on the face of this contract.

"Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce Seller's costs of supplying each Product. Buyer and Seller agree that the pricing of each Product will be reduced (in addition to any scheduled price reductions) by an amount equal to fifty percent (50%) of any net cost savings achieved by Seller with respect to such Product (i.e., savings after recovery by Seller of a pro rata portion, based on the remaining term of this Contract, of the reasonable and documented costs to achieve such cost savings), provided, however, that the pricing of each Product will be reduced (in addition to any scheduled price reductions) by an amount equal to one hundred percent (100%) of any savings resulting from reduction on the content of the such Product

No price increases (including any decrease of the scheduled price reductions) will be made on account of (i) Seller's failure to achieve any expected cost savings or productivity improvements or (ii) any increases in Seller's labor, materials, overhead and other costs. In the event that Buyer agrees to any price increases (or a decrease of any scheduled price reductions) with respect to any Product, then, notwithstanding anything to the contrary set forth in this Contract, the pricing of each Products will be reduced (in addition to any scheduled price reductions) by an amount equal to one hundred percent (100%) of any subsequent net cost savings achieved by Seller with respect to such Product until aggregate price reductions on account of Seller's cost savings equal any price increases previously agreed to by Buyer."

# DELPHI

Energy & Chassis Systems

TRAXLE MANUFACTURING LTD
280 SPEEDVALE AVE W
GUELPH ON N1H 1C4
CANADA

**Requirements Contract**

PO Number: 550001233
Date Issued: 02-Jun-1999
Version: 07-Sep-2005 13:17:53

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes Continued:**

"Right to Purchase from Others

During the entire term of this Contract, Seller will assure that each Product remains competitive in terms of technology, design, service and quality with any similar product available to Buyer. Following 12 months from contract issuance date Seller will also assure that each Product remains competitive in terms of price with any similar product available to Buyer. If, in the reasonable opinion of Buyer, a Product does not remain competitive, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which a similar product is more competitive. If, within ninety (90) days, Seller does not agree to immediately sell any Product with comparable technology, design, quality, or, if applicable, price, Buyer may elect to purchase any similar products available to Buyer without any liability to Seller under this Contract."

Buyer's right to "terminate for convenience" under the General Terms and Conditions will be inapplicable to this Contract until 12 months from contract issuance date.
**************************

SELLER HAS EXECUTED, OR AGREES TO EXECUTE, AN AGREEMENT WITH
DELPHI CHASSIS TO FACILITATE ELECTRONIC FUNDS TRANSFER (EFT) FOR
DELPHI CHASSIS' PAYMENTS UNDER THIS ORDER, AND AGREES THAT
ALL PAYMENTS BY DELPHI CHASSIS UNDER THIS ORDER MAY BE MADE BY
EFT TO THE ACCOUNT DESIGNATED BY SELLER IN SUCH AGREEMENT.
UNTIL SUCH AGREEMENT HAS BEEN FINALIZED, SELLER EXPRESSLY
ACKNOWLEDGES AND AGREES THAT DELPHI CHASSIS MAY OFFER
MAKING PAYMENT TO (PAPER) CHECKS DURING ANY RECOGNIZED
DELPHI CHASSIS HOLIDAY UNTIL THE NEXT DELPHI CHASSIS BUSINESS DAY,
AND SHALL NOT BE IN DEFAULT HEREUNDER NOR LOSE ANY CASH
DISCOUNT PRIVILEGES.

THIS AGREEMENT AND ALL TRANSACTIONS CONTEMPLATED HEREUNDER
SHALL BE GOVERNED, CONSTRUED AND ENFORCED IN ACCORDANCE WITH
THE LAWS OF THE STATE OF MICHIGAN, UNITED STATES OF AMERICA, BUT
NOT INCLUDING THE UNITED NATIONS CONVENTION OF CONTRACTS
FOR INTERNATIONAL SALES OF GOODS. ANY DISPUTES ARISING UNDER
THIS AGREEMENT SHALL BE SUBJECT TO THE EXCLUSIVE JURISDICTION
OF THE FEDERAL OR STATE COURTS LOCATED IN THE STATE OF MICHIGAN.

DELPHI AUTOMOTIVE SYSTEMS REQUIRES SUPPLIERS OF PRODUCTIVE
MATERIAL BE CAPABLE OF COMMUNICATING MATERIAL FORECASTS,
MATERIAL SCHEDULES, SHIPPING NOTICES AND ASSOCIATED INFORMATION
THROUGH ELECTRONIC DATA INTERCHANGE (EDI). TO INSURE THAT
EDI COMMUNICATIONS ARE ACCURATE AND EFFECTIVE, EACH PRODUCTIVE
MATERIAL SUPPLIER WILL BE REQUIRED TO BECOME EDI CERTIFIED BY
EXHIBITING THEIR ABILITY TO SEND AND/OR RECEIVE THE APPROPRIATE
EDI MESSAGES IN ACCORDANCE WITH APPLICABLE STANDARDS
PRIOR TO PROVIDING PRODUCTIVE MATERIAL. EDI CERTIFICATION WILL
BE CONDUCTED AND COORDINATED BY THE EDI COMPETENCY ORGANIZATION.

AN INTERNET ELECTRONIC FORM ALTERNATIVE SOLUTION IS INTENDED TO
PROVIDE RELIEF IN SITUATIONS WHERE ESTABLISHING AN IN-HOUSE EDI

# DELPHI

Energy & Chassis Systems

Page 8 of 11

TRAXLE MANUFACTURING LTD
280 SPEEDVALE AVE W
GUELPH ON N1H 1C4
CANADA

**Requirements Contract**

PO Number: 550001233
Version: 07-Sep-2005 13:17:53
Date Issued: 02-Jun-1999

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes Continued:**
CAPABILITY IS A HARDSHIP FOR A SUPPLIER PROVIDING LIMITED MATERIAL.

PLEASE REFER TO DELPHI'S WEBSITE: www.delphiauto.com THEN SUPPLIERS/ PROJECT VEGA/SUPPLIER REQUIREMENTS, FOR ADDITIONAL INFORMATION.

THE ATTACHED TERMS AND CONDITIONS DATED 6/24/99 APPLY TO THIS DOCUMENT.
IF THEY ARE NOT ATTACHED, CONTACT THE BUYER.

*********************
Delphi Aluminum Escalation/De-Escalation Policy applies to this contract.
*********************

07/08/99 ALTERATION TO CHANGE PRICES ON MATERIAL #S 18025853 18027843
AND 18027844 EFFECTIVE 07/01/99

07/12/99 ALTERATION TO ADD CONTRACT COMMENT:
PRICES BASED ON INTERMET CASTING AT 4.96 (853) AND 5.17 (843 & 4)
MULTI-YEAR PRICING AGREEMENT YEAR 2 13.879 & 14.060 YEAR 3 -
13.825 & 14.007 YEAR 4 13.771 & 13.955 (CRACK DETECTION
ELIMINATED)

08/31/99 - ALTERATION TO CHANGE CURRENCY TO PAYABLE IN
CANADIAN FUNDS.

03/01/00 - Alteration to change price on material 18025853(10),
18027843(20) and 18027844(30)

03/07/00 - Alteration to change price on material 18025853(10),
18027843(20) and 18027844(30)

03/23/00 - Attached is a complete reprint of your existing
Requirement Contract. Please note the TERMS &
CONDITIONS date has been revised (content has
not been changed) and copy is enclosed.

05/19/00 - Alteration to change price on Material Nos. 18025853
(Item 10), 18027843 (Item 20), and 18027844 (Item 30).

08/03/00 - Alteration to extend Requirements Contract.

08/25/00 - Alteration to change price on Material Nos. 18025853
(Item 10), 18027843 (Item 20), and 18027844 (Item 30).

09/18/00 - Alteration to change price on Material Nos. 18025853
(Item 10), 18027843 (Item 20), and 18027844 (Item 30).

11/01/00 - Alteration to add Material No. 18046070 (Item 40).

**DELPHI** _____ Energy & Chassis Systems

Page 9 of 11

TRAXLE MANUFACTURING LTD
280 SPEEDVALE AVE W
GUELPH ON N1H 1C4
CANADA

### Requirements Contract

PO Number: 550001233
Version: 07-Sep-2005 13:17:53
Date Issued: 02-Jun-1999

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes Continued:**

11/16/00 - Alteration to add Material No. 18046067 (Item 50), and 18046068 (Item 60).

11/27/00 - Alteration to change price on Material Nos. 18025853 (Item 10), 18027843 (Item 20), 18027844 (Item 30), and 18046070 (Item 40).

12/05/00 - Alteration to change price on Material Nos. 18046067 (Item 50) and 18046068 (Item 60).

02/01/01 - Alteration to change price on Material Nos. 18025853 (Item 10), 18027843 (Item 20), 18027844 (Item 30), 18046070 (Item 40), 18046067 (Item 50), and 18046068 (Item 60).

03/21/01 - Alteration to change price on Material Nos. 18025853 (Item 10), 18027843 (Item 20), 18027844 (Item 30), 18046070 (Item 40), 18046067 (Item 50), and 18046068 (Item 60).

07/25/01 - Alteration to change price on Material Nos. 18025853 (Item 10), 18027843 (Item 20), 18027844 (Item 30), 18046070 (Item 40), 18046067 (Item 50), and 18046068 (Item 60).

08/01/01 - Alteration to change price on Material Nos. 18025853 (Item 10), 18027843 (Item 20), 18027844 (Item 30), 18046070 (Item 40), 18046067 (Item 50), and 18046068 (Item 60).

08/20/01 - Alteration to extend Requirements Contract.

11/12/01 - Alteration to delete Material Nos. 18025853 (Item 10), 18027843 (Item 20), 18027844 (Item 30) and change price on Material Nos. 18046070 (Item 40), 18046067 (Item 50), 18046068 (Item 60).

02/05/02 - Alteration to change price on Material Nos. 18046070 (Item 40), 18046067 (Item 50), and 18046068 (Item 60).

02/27/02 - Alteration to change price on Material Nos. 18046070 (Item 40), 18046067 (Item 50), and 18046068 (Item 60). Extend Requirements Contract and add "Long Term Clause".

05/14/02 - Alteration to change price on Material Nos. 18046070 (Item 40), 18046067 (Item 50), and 18046068 (Item 60).

# DELPHI

Energy & Chassis Systems

Page 10 of 11

TRAXLE MANUFACTURING LTD
280 SPEEDVALE AVE W
GUELPH ON N1H 1C4
CANADA

**Requirements Contract**

PO Number: 550001233
Version: 07-Sep-2005 13:17:53
Date Issued: 02-Jun-1999

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes Continued:**

Add "Delphi Aluminum Escalation/De-Escalation Policy applies to this contract."

06/04/02 - Alteration to change price on Material Nos. 18046070 (Item 40), 18046067 (Item 50), and 18046068 (Item 60).

************************
Delphi Steel Scrap Metal Escalation/De-Escalation Policy applies to this contract.
************************

08/19/02 - Alteration to change price on Material Nos. 18046070 (Item 40), 18046067 (Item 50), and 18046068 (Item 60). slh

10/16/02 - Alteration to change price on Material Nos. 18046070 (Item 40), 18046067 (Item 50), and 18046068 (Item 60). slh

11/21/02 - Alteration to change price on Material Nos. 18046070 (Item 40), 18046067 (Item 50), and 18046068 (Item 60). (Escalation/De-escalation) dmp

12/12/02 - Alteration to change price on Material Nos. 18046070 (Item 40), 18046067 (Item 50), & 18046068 (Item 60). dmp

01/31/03 - Alteration to change price on Material Nos. 18046070 (Item 40), 18046067 (Item 50), & 18046068 (Item 60). dmp

04/04/03 - Alteration to extend Requirments Contract and change price on Material Nos. 18046070 (Item 40), 18046067 (Item 50), and 18046068 (Item 60). kam

04/16/03 - Alteration to change price on Material Nos. 18046070 (Item 40), 18046067 (Item 50), and 18046068 (Item 60). (Metal Escalation/De-escalation) dmp

05/20/03 - Alteration to change price on Material Nos. 18046070 (Item 40), 18046067 (Item 50), and 18046068 (Item 60). (Metal Escalation/De-escalation) dmp

07/18/03 - Alteration to change price on Material Nos. 18046070 (Item 40), 18046067 (Item 50), and 18046068 (Item 60). (Metal Escalation/De-escalation) dmp

08/19/03 - Alteration to change price on Material Nos. 18046070 (Item 40), 18046067 (Item 50), and 18046068 (Item 60). (Metal Escalation/De-escalation) dmp

10/02/03 - Alteration to change price on Material Nos. 18046070 (Item 40), 18046067 (Item 50), and 18046068 (Item 60). (Metal Escalation/De-escalation) dmp

01/15/04 - Alteration to change price on Material Nos. 18046070 (Item 40), 18046067 (Item 50), and 18046068 (Item 60). (Metal Escalation/De-escalation) dmp

01/28/04 - Alteration to change price on Material Nos. 18046070 (Item 40), 18046067 (Item 50), and 18046068 (Item 60). (Metal Escalation/De-escalation) dmp

03/25/04 - Alteration to change price on Material Nos. 18046070 (Item 40), 18046067 (Item 50), and 18046068 (Item 60). (Metal Escalation/De-escalation) dmp

05/25/04 - Alteration to change price and price validity on Material Nos. 18046070 (Item 40), 18046067 (Item 50), and 18046068 (Item 60). (Metal Escalation/De-escalation) dmp

07/23/04 - Alteration to change price and price validity on Material Nos. 18046070 (Item 40), 18046067 (Item 50), and 18046068 (Item 60). (Metal Escalation/De-escalation) dmp

09/14/04 - Alteration to change price and price validity on Material Nos. 18046070 (Item 40), 18046067 (Item 50), and 18046068 (Item 60). (Metal

# DELPHI

Energy & Chassis Systems

Page 11 of 11

| | |
|---|---|
| TRAXLE MANUFACTURING LTD<br>280 SPEEDVALE AVE W<br>GUELPH ON N1H 1C4<br>CANADA | **Requirements Contract**<br>PO Number: 550001233<br>Version: 07-Sep-2005 13:17:53<br>Date Issued: 02-Jun-1999 |

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes Continued:**

Escalation/De-escalation) dmp

11/24/04 - Alteration to change price and price validity on Material Nos. 18046070 (Item 40), 18046067 (Item 50), and 18046068 (Item 60). (Metal Escalation/De-escalation) dmp

01/25/05 - Alteration to change price and price validity on Material Nos. 18046070 (Item 40), 18046067 (Item 50), and 18046068 (Item 60). (Metal Escalation/De-escalation) dmp

02/21/05 - Alteration to change price and price validity on Material Nos. 18046070 (Item 40), 18046067 (Item 50), and 18046068 (Item 60). (Metal Escalation/De-escalation). cap

03/09/05 - Alteration to change price and price validity on Material Nos. 18046070 (Item 40), 18046067 (Item 50), and 18046068 (Item 60). (Metal Escalation/De-escalation). cap

04/04/05 - Alteration to change price and price validity on Material Nos. 18046070 (Item 40), 18046067 (Item 50), and 18046068 (Item 60). (Metal Escalation/De-escalation). cap

04/25/05 - Alteration to change price and price validity on Material Nos. 18046070 (Item 40), 18046067 (Item 50), and 18046068 (Item 60). (Metal Escalation/De-escalation). cap

08/10/05 - Alteration to change price and price validity on Material Nos. 18046070 (Item 40), 18046067 (Item 50), and 18046068 (Item 60). (Metal Escalation/De-escalation). cap

08/31/05 - Alteration to change price on Material 18046070 (Item 40), 18046067 (Item 50), and 18046068 (Item 60). (Metal Escalation/De-escalation). dmp

# DELPHI

**ORIGINAL COPY**

| PURCHASING LOCATION | PURCHASE ORDER | SAG90I4152 |
|---|---|---|
| DELPHI SAGINAW STEERING SYSTEMS<br>DELPHI CORPORATION<br>3900 E HOLLAND RD.<br>SAGINAW, MI  48601-9494 | | ALTERATION 27435 |

ORDER ISSUE DATE: 02/21/00
AUGUST 24, 2005

VENDOR 545602    DUNS 025999009

INVOICE TO
ATTN: ACCOUNTS PAYABLE
SHIP TO

VEHCOM MFG % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                48034

Entered 10/06/05 JB

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES BAR |
|---|---|---|---|---|
| | | | | KA |

| F.O.B. | | VIA |
|---|---|---|

STATE & LOCAL SALES, USE TAX CODES: 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | THIS ORDER IS EFFECTIVE  2/01/00<br>AND EXPIRES 12/31/05. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ********* | |
| PC | 26066542 | HOUSING, STEERING GEAR, 2WD<br>TO BLUEPRINT REV. 07A DATED  5/15/03<br>PER CHART       REV. 07A DTD  5/15/03<br>ACTIVE<br><br>ACT 2400  75000                TAX 4B<br>WEEKLY CAP       3000     MIN LOT SIZE<br>PERCENT OF BUSINESS       100% | 16.613 | PC |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ********* | |
| PC | 26067263 | HOUSING, STEERING GEAR, 4WD<br>TO BLUEPRINT REV. 07A DATED  5/15/03<br>PER CHART       REV. 07A DTD  5/15/03<br>ACTIVE<br><br>ACT 2400  75000                TAX 4B<br>WEEKLY CAP       6200     MIN LOT SIZE<br>PERCENT OF BUSINESS       100% | 16.613 | PC |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ********* | |

CONTINUED ON PAGE    2

THIS CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
BUYER
PHONE (989) 757-9178 EXT: 91
FAX (989) 757-5094    PAGE

# DELPHI

| PURCHASING LOCATION | PURCHASE ORDER | SAG9OI4152 |
|---|---|---|
| DELPHI SAGINAW STEERING SYSTEMS<br>DELPHI CORPORATION<br>3900 E HOLLAND RD.<br>SAGINAW, MI  48601-9494 | | ALTERATION 27435 |

ORDER ISSUE DATE: 02/21/00
AUGUST 24, 2005

**INVOICE TO**

VENDOR 545602    DUNS 025999009

ATTN:    ACCOUNTS PAYABLE

**SHIP TO**

VEHCOM MFG % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                    48034

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | TCODES IAR |
|---|---|---|---|---|
| | | | | KA |

| F.O.B. | VIA |
|---|---|
| | |

STATE & LOCAL SALES, USE TAX CODES: 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| PC | 26078707 | HOUSING STEERING GEAR<br>PURCHASE COMPLETE<br>TO BLUEPRINT REV. 08G DATED 4/25/03<br>PER CHART       REV. 08G DTD 4/25/03<br>ACTIVE<br><br>ACT 2400  75000                    TAX 4B<br>WEEKLY CAP        2600     MIN LOT SIZE<br>PERCENT OF BUSINESS        100%<br><br>JULY & AUGUST METAL MKT ADJ | 14.69 | PC ✓ |
| ********* | | THE FOLLOWING PRICE EFFECTIVE   9/01/05 | ********* | |
| PC | 26078718 | HOUSING, STEERING GEAR<br>PURCHASE COMPLETE<br>TO BLUEPRINT REV. 12F DATED 5/09/03<br>PER CHART       REV. 12F DTD 5/09/03<br>ACTIVE<br><br>ACT 2400  75000                    TAX 4B<br>WEEKLY CAP       19905    MIN LOT SIZE<br>PERCENT OF BUSINESS        100%<br><br>JULY & AUGUST METAL MKT ADJ | 1.3815 | PC<br>*wrong price* |
| ********* | | THE FOLLOWING PRICE EFFECTIVE   9/01/05 | ********* | |
| | 26078722 | HOUSING, STEERING GEAR | 13.939 | PC ✓ |

CONTINUED ON PAGE 3

THIS CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
PHONE BUYER
(989) 757-9178 EXT: 9178
FAX (989) 757-5094    PAGE  2

# DELPHI

| PURCHASE ORDER | SAG9014152 |
|---|---|
| | ALTERATION 27435 |

**ORIGINAL COPY**

PURCHASING LOCATION
DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 02/21/00
AUGUST 24, 2005

VENDOR 545602    DUNS 025999009

VEHCOM MFG % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                48034

INVOICE TO
ATTN:   ACCOUNTS PAYABLE
SHIP TO

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | KA |

F.O.B.                                                                    VIA

STATE & LOCAL SALES, USE TAX CODES: 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| PC | | REQUIREMENTS CONTRACT<br>PURCHASE COMPLETE<br>TO BLUEPRINT REV. 08G DATED 4/24/03<br>PER CHART        REV. 08G DTD 4/24/03<br>ACTIVE<br><br>ACT 2400  75000              TAX 4B<br>WEEKLY CAP      12550    MIN LOT SIZE<br>PERCENT OF BUSINESS      100%<br><br>JULY & AUGUST METAL MKT ADJ | | |
| PC | ********<br>26078755 | THE FOLLOWING PRICE EFFECTIVE 9/01/05<br>HOUSING STEERING GEAR<br>PURCHASE COMPLETE<br>TO BLUEPRINT REV. 08E DATED 5/09/03<br>PER CHART        REV. 08E DTD 5/09/03<br>ACTIVE<br><br>ACT 2400  75000              TAX 4B<br>WEEKLY CAP       440    MIN LOT SIZE<br>PERCENT OF BUSINESS      100% | ********<br>19.968 ✓ | PC |
| PC | ********<br>26078771 | THE FOLLOWING PRICE EFFECTIVE 9/01/05<br>HOUSING STEERING GEAR<br>PURCHASE COMPLETE<br>TO BLUEPRINT REV. 06G DATED 4/24/03<br>PER CHART        REV. 06G DTD 4/24/03 | ********<br>20.024 ✓ | PC |

CONTINUED ON PAGE 4

THIS CHANGES OR AMENDS
  PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
PHONE BUYER
     (989) 757-9178 EXT: 9178
FAX (989) 757-5094   PAGE 3

**DELPHI**

| PURCHASING LOCATION | PURCHASE ORDER | SAG9OI4152 |
|---|---|---|
| DELPHI SAGINAW STEERING SYSTEMS<br>DELPHI CORPORATION<br>3900 E HOLLAND RD.<br>SAGINAW, MI  48601-9494 | | ALTERATION 27435 |

Exhibit B-2
ORIGINAL COPY

ORDER ISSUE DATE: 02/21/00
AUGUST 24, 2005

VENDOR 545602   DUNS 025999009

INVOICE TO
ATTN:  ACCOUNTS PAYABLE
SHIP TO

VEHCOM MFG % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                48034

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | KA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES   4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT<br>ACTIVE<br><br>ACT 2400  75000                       TAX 4B<br>WEEKLY CAP        450    MIN LOT SIZE<br>PERCENT OF BUSINESS        100%<br><br>JULY & AUGUST METAL MKT ADJ<br><br>********   THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ******** | |
| PC | 26078779 | HOUSING STEERING GEAR<br>PURCHASE COMPLETE<br>TO BLUEPRINT REV. 07F DATED  5/09/03<br>PER CHART          REV. 07F DTD  5/09/03<br>ACTIVE<br><br>ACT 2400  75000                       TAX 4B<br>WEEKLY CAP        150    MIN LOT SIZE<br>PERCENT OF BUSINESS        100%<br><br>JULY & AUGUST METAL MKT ADJ<br><br>********   THE FOLLOWING PRICE EFFECTIVE  9/01/05 | 19.979 PC ✓ | |
| PC | 26078781 | HOUSING STEERING GEAR<br>PURCHASE COMPLETE<br>TO BLUEPRINT REV. 07A DATED  5/13/03<br>PER CHART          REV. 07A DTD  5/13/03<br>ACTIVE | 19.979 PC ✓ | |

CONTINUED ON PAGE   5

THIS CHANGES OR AMENDS
  PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
PHONE BUYER
         (989) 757-9178 EXT: 9171
    FAX  (989) 757-5094  PAGE
                                    4

10/11/2005 14:31 FAX  
05-44481-rdd   Doc 3721-3   Filed 10/19/05   Entered 10/19/05 14:46:15   Exhibit B-2  
Pg 16 of 18
VEHCOM MFG  
@006/008  
Exhibit B-2  
ORIGINAL COPY

# DELPHI

| PURCHASING LOCATION | PURCHASE ORDER | SAG90I4152 |
|---|---|---|
| DELPHI SAGINAW STEERING SYSTEMS<br>DELPHI CORPORATION<br>3900 E HOLLAND RD.<br>SAGINAW, MI  48601-9494 | | ALTERATION 27435 |

ORDER ISSUE DATE: 02/21/00  
AUGUST 24, 2005

**INVOICE TO**

VENDOR 545602    DUNS 025999009

ATTN:    ACCOUNTS PAYABLE

VEHCOM MFG % LINAMAR SALES  
25300 TELEGRAPH RD STE 450  
SOUTHFIELD MI                48034

**SHIP TO**

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES<br>IAR<br>KA |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES: 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.  
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT<br><br>ACT 2400  75000                      TAX 4B<br>WEEKLY CAP         100      MIN LOT<br>PERCENT OF BUSINESS     100%<br><br>JULY & AUGUST METAL MKT ADJ<br><br>*********   THE FOLLOWING PRICE EFFECTIVE   9/01/05   ********* | | |
| PC | 26088052 | HOUSING, STEERING GEAR<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 17B DATED 11/18/04<br>PER CHART        REV. 17B DTD 11/18/04<br>ACTIVE<br><br>ACT 2400  75000                      TAX 4B<br>WEEKLY CAP        5400     MIN LOT SIZE<br>PERCENT OF BUSINESS      100%<br><br>PRICE CHANGE<br>SELLER ACKNOWLEDGES AND AGREES THAT<br>BUYER'S GENERAL TERMS AND CONDITIONS AND<br>CUSTOMER SPECIFIC REQUIREMENTS ARE IN-<br>CORPORATED IN, AND A PART OF, THIS CON-<br>TRACT AND EACH PURCHASE ORDER, RELEASE,<br>REQUISITION, WORK ORDER, SHIPPING IN-<br>STRUCTION, SPECIFICATION AND OTHER<br>DOCUMENT ISSUED BY BUYER OR ACCEPTED IN | 17.038 | PC |

CONTINUED ON PAGE   6

THIS CHANGES OR AMENDS  
PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,  
BUYER  
PHONE (989) 757-9178 EXT: 9178  
FAX (989) 757-5094

PAGE 5

# DELPHI

**ORIGINAL COPY**

| PURCHASING LOCATION | PURCHASE ORDER | SAG90I4152 |
|---|---|---|
| DELPHI SAGINAW STEERING SYSTEMS<br>DELPHI CORPORATION<br>3900 E HOLLAND RD.<br>SAGINAW, MI 48601-9494 | | ALTERATION 27435 |

ORDER ISSUE DATE: 02/21/00
AUGUST 24, 2005

VENDOR 545602   DUNS 025999009

INVOICE TO
ATTN: ACCOUNTS PAYABLE

VEHCOM MFG % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                           48034

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR KA |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES: 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT<br>WRITING BY BUYER, WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC DATA IN-TERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER PURSUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS ARE AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE,WWW.DELPHI.COM. SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS. IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS IN THEIR ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS) WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER | | |

CONTINUED ON PAGE 7

THIS CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
BUYER
PHONE (989) 757-9178 EXT: 9178
FAX (989) 757-5094   PAGE 6

**DELPHI**

ORIGINAL COPY

| PURCHASING LOCATION | PURCHASE ORDER | SAG9014152 |
|---|---|---|
| DELPHI SAGINAW STEERING SYSTEMS<br>DELPHI CORPORATION<br>3900 E HOLLAND RD.<br>SAGINAW, MI 48601-9494 | | ALTERATION 27435 |

ORDER ISSUE DATE: 02/21/00
AUGUST 24, 2005

INVOICE TO

VENDOR 545602    DUNS 025999009

ATTN:  ACCOUNTS PAYABLE

SHIP TO

VEHCOM MFG % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                 48034

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | KA |

| F.O.B. | VIA |
|---|---|
| | |

STATE & LOCAL SALES, USE TAX CODES: 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT<br>EXCEPT TO THE EXTENT THAT BUYER EXPRESS-<br>LY AGREES TO ACCEPT ANY SUCH PROPOSALS<br>IN WRITING.<br>DIRECTIONS TO FIND DELPHI'S GENERAL<br>TERMS AND CONDITIONS ON THE INTERNET.<br>1) GO TO DELPHI'S INTERNET WEB SITE<br>WWW.DELPHI.COM<br>2) CLICK ON SUPPLIERS<br>3) CLICK ON DELPHI SUPPLIER COMMUNITY<br>PORTAL<br>4) CLICK ON GENERAL TERMS AND CONDITIONS<br>5) CLICK ON YOUR PERFERRED LANGUAGE<br>VERSION OF THE GENERAL TERMS AND<br>CONDITIONS<br><br>DIRECTIONS TO FIND DELPHI'S CUSTOMER<br>SPECIFIC REQUIREMENTS ON THE INTERNET<br>1) GO TO DELPHI'S INTERNET WEB SITE<br>WWW.DELPHI.COM<br>2) CLICK ON SUPPLIER'S<br>3) CLICK ON DELPHI'S SUPPLIER COMMUNITY<br>PORTAL<br>4) CLICK ON SUPPLIER STANDARDS<br>5) CLICK ON DELPHI CUSTOMER SPECIFIC<br>REQUIREMENTS | | |

THIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
PHONE BUYER
           (989) 757-9178 EXT: 9178
    FAX (989) 757-5094  PAGE
7