**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE:

DELPHI CORPORATION, et al.                    Case No. 05-44481 (RDD)
                                              Chapter 11 - Jointly Administered)
           Debtors-in-Possession.             Hon. Robert D. Drain

_____/

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 18, 2005, I electronically filed the foregoing Notice of Reclamation Demand by Linamar Corporation and Proof of Service with the Clerk of the Court using the ECF system and on October 18, 2005, I sent an Appearance, Notice of Reclamation Demand by Linamar Corporation and Proof of Service to the following:

jbutler@skadden.com

and I hereby certify that I have mailed by United States Postal Service the Appearance, Notice of Reclamation Demand by Linamar Corporation and Proof of Service to the following non-ECF participants on October 18, 2005:

Alicia M. Leonhard, Esq. (Via Regular Mail and Facsimile to (212) 668-2255)
Office of the U.S. Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004

John Wm. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom LLP
333 Wet Wacker Drive
Chicago, IL 60606-1285

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden Arps Slate Meagher & Flom LLP
Fur Times Square
New York, NY 10036

                                      LAMBERT, LESER, ISACKSON,
                                      COOK & GIUNTA, P.C.

Dated: 10/18/05              By:   /s/ Susan M. Cook
                                        SUSAN M. COOK (P31514)
                                        Attorneys for Creditor Linamar Corporation
                                        916 Washington Avenue, Suite 309
                                        P.O. Box 835
                                        Bay City, Michigan 48707
                                        Telephone: (989) 893-3518, Fax: (989) 894-2232
                                        scook@lambertleser.com