**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DELPHI CORPORATION., *et al*., | : | Bankruptcy Case No.: 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------x

## NOTICE OF RECLAMATION DEMAND OF TESA AG

**PLEASE TAKE NOTICE** that Tesa AG, through counsel, served a written reclamation demand on one or more of the above-captioned Debtors pursuant to Section 546(c) of the United States Bankruptcy Code, Section 2-702 of the Uniform Commercial Code (e.g., Section 440.2702 of the Michigan Compiled Law Service), and the common law on October 18, 2005 (the "Tesa AG Demand"). A true and correct copy of the Tesa AG Demand is attached to this notice and is fully incorporated herein.

Dated:    October 18, 2005
         New York, New York

                                                                  Respectfully submitted,

                                                                 LOVELLS

                                                                 By:    /s/ Karen Ostad
                                                                         Karen Ostad, Esq. (KO - 5596)
                                                                         900 Third Avenue
                                                                         New York, NY 10022
                                                                         Tel:  (212) 909-0605
                                                                         Fax:  (212) 909-0666