# Lovells

900 Third Avenue
New York NY 10022
Tel: +1 212 909 0600
Fax: +1 212 909 0666

October 18, 2005

Direct line (212) 909-0605
karen.ostad@lovells.com
Direct fax (212) 909-0666

Our ref NYJJD/91431.1
Matter ref R3455/00163

<u>BY E-MAIL</u> (darrell.blackburn@delphi.com)
J. Darrell Blackburn - Commodity Director Chemical
5725 Delphi Drive
Troy, MI 48098-2815

<u>BY E-MAIL</u> (jonathan.t.fetter@delphi.com)
Jon Fetter - Commodity Manager
408 Dana Street
P.O. Box 431
Warren, OH 44486, USA

<u>BY E-MAIL</u> (javier.sebastian@delphi.com)
Javier Sebastian
Global Harness Covering Team Leader
Poligono Landaben, calle A
31012 Pamplona, Spain

<u>BY E-MAIL</u>    (jbutler@skadden.com)
(kmarafio@skadden.com)

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

RE:    **RECLAMATION DEMAND OF TESA AG**
*In re Delphi Corp., et al.*
**Chapter 11 Bankruptcy Case No. 05-44481**
<u>United States Bankruptcy Court -- Southern District of New York</u>

Ladies and Gentlemen:

We are counsel to Tesa AG ("Tesa"), a creditor in the above-mentioned bankruptcy cases. This is to advise you that, pursuant to Section 546(c) of the United States Bankruptcy Code, Section 2-702 of the Uniform Commercial Code (e.g., Section 440.2702 of the Michigan Compiled Law Service), and the common law, Tesa hereby requests reclamation of all goods (the "Goods") received by, sold and/or delivered to any of the above-mentioned debtors, including without limitation, Delphi Corp. and Delphi Automotive Systems (collectively, "Delphi"), on or within ten (10) days prior to the date of Delphi's bankruptcy filing (October 8, 2005), or such other longer period that may apply.

As required by the Order under 11 U.S.C. §§ 362, 503, and 546 and Fed. R. Bankr. P. 9019 Establishing Procedures for the Treatment of Reclamation Claims, dated October 13, 2005, we intend to set forth which Goods are specifically subject to reclamation in the near future, as the relevant information is not in Tesa's possession, but in the possession of Delphi or third parties. Nevertheless, at this time Tesa estimates that the value of the Goods subject to reclamation is no less than €250,000 (subject to conversion to U.S. dollars at the appropriate exchange rate(s)).

In addition to reclaiming the Goods, we demand that you immediately segregate the Goods reclaimed by Tesa, that you do not commingle the Goods with any other similar product, that you do not combine the Goods with any other substance and that you do not sell the Goods.

Alicante  Amsterdam  Beijing  Berlin  Brussels  Chicago  Dusseldorf  Frankfurt  Hamburg  Ho Chi Minh City  Hong Kong  London  Madrid  Milan
Moscow  Munich  New York  Paris  Prague  Rome  Shanghai  Singapore  Tokyo  Warsaw   Associated offices: Budapest  Zagreb

Lawyers (USA) Solicitors Rechtsanwälte Avocats Advocaten Notarissen Avvocati Abogados

October 18, 2005

This reclamation demand letter shall not constitute a waiver of any rights, interests, claims, causes of actions or interests under any agreement, at common law, by statute, or in equity, to which Delphi or Tesa are or may be subject.

Furthermore, this reclamation demand letter is without prejudice to Tesa's right to claim that Goods not delivered to Delphi's plant are owed by Tesa.  Delphi may not deny Tesa's reclamation claim unless the Bankruptcy Court grants Tesa, in respect of the total value of the Goods, a claim with administrative priority under Section 503(b) of the Bankruptcy Code, or a claim secured by a lien.

If you have questions with respect to the foregoing, please contact me at (212) 909-0605.  You can also reach me by e-mail at karen.ostad@lovells.com.

Best regards,

Karen Ostad

Encl.

cc:    Karsten Krahwinkel (By E-Mail:  Karsten.Krahwinkel@tesa.com)
       Viktoria Petzold (By E-Mail:  Viktoria.Petzold@tesa.com)