UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DELPHI CORPORATION, *et al.*,

Debtors.

Case No. 05-44481 (RDD)
(Jointly Administered)

Chapter 11

Judge Robert D. Drain

### NOTICE OF RECLAMATION DEMAND OF P & R INDUSTRIES, INC.

PLEASE TAKE NOTICE that a written reclamation demand ("Reclamation Demand") was served on October 17, 2005 by P & R Industries, Inc. through counsel on Delphi Automotive Systems and its counsel by overnight mail. A copy of the Reclamation Demand is attached hereto as Exhibit A.

Dated: October 19, 2005
Rochester, New York

Respectfully submitted,

**HARTER, SECREST & EMERY LLP**
*Attorneys for P & R Industries, Inc.*

  *s/ Joseph E. Simpson*
Joseph E. Simpson, Esq. (JS-9502)
1600 Bausch & Lomb Place
Rochester, New York 14604-2711
Tel:  (585) 232-6500
Fax:  (585) 232-2152



HARTER·SECREST&EMERY·LLP
ATTORNEYS AND COUNSELORS
WWW.HSELAW.COM

October 17, 2005

VIA: UPS - NEXT DAY AIR

Delphi Automotive Systems
Global Purchasing
5500 West Henrietta Road
Rochester, New York 14608

Delphi Automotive Systems
Attn: Corine Vallo
1000 Lexington Avenue
Rochester, New York 14606

Re: Reclamation demand

Dear Sir or Madam:

Pursuant to UCC Section 2-702 and 11 U.S.C. § 546(c), P&R Industries, Inc. ("P&R Industries") hereby exercises its right of reclamation and demands that Delphi Automotive Systems ("Delphi") return to it all goods purchased from it on credit and received by Delphi in the ten (10) days prior to your Chapter 11 filing date. The goods to be returned include but are not limited to the goods covered by the attached invoices. P&R Industries demands an immediate inventory from you of goods and other items subject to reclamation pursuant to this notice.

Very truly yours,

Joseph E. Simpson
Associate
DIRECT DIAL: 585-231-1408
E-MAIL: JSIMPSON@HSELAW.COM

Enclosure

cc: John Wm. Butler, Jr., Esq., Debtors' attorney
    Chief Financial Officer, Delphi Automotive
    Charles Sheelar, P&R Industries, Inc.

HONORED TO BE RATED #1 IN ROCHESTER BY CORPORATE BOARD MEMBER MAGAZINE, 2002, 2003 AND 2004

1600 BAUSCH & LOMB PLACE   ROCHESTER, NEW YORK   14604-2711   PHONE: 585.232.6500   FAX: 585.232.2152

ROCHESTER, NEW YORK · BUFFALO, NEW YORK · ALBANY, NEW YORK · NAPLES, FLORIDA



**P&R Industries, Inc.**
1524 Clinton Ave North
Rochester, NY 14621
Phone # 585-266-8735
Fax # 585-266-0075
Sales@pandrindustries.com

Invoice No 010140

Customer 000334

Bill to:

DELPHI AUTOMOTIVE SYSTEMS
GLOBAL PURCHASING
5500 WEST HENRIETTA RD
P.O. BOX 20366
ROCHESTER NY 14608-0366

Sold to:

DELPHI AUTOMOTIVE SYSTEMS
GLOBAL PURCHASING
5500 WEST HENRIETTA RD
P.O. BOX 20366
ROCHESTER NY 14608-0366

*To: Justin Simpson*
*From: Charles Sheelar*

Phone (800) 805-9433

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Salesperson |
|---|---|---|---|---|---|
| 450123178 | 10/07/2005 | NET 30 | | | |

| Item | Part / Rev / Description / Details | Quantity | Unit Price | Discount | Extended Price |
|---|---|---|---|---|---|
| 000001 | PRI10262 003    Rev NS    U/M EA<br>PR218270 RIVETED ROLLER<br>Sales Order No:    005493<br>Customer PO No:    450123178 | 56.0000 | 74.0000 | 0.00 | 4,144.00 |
| 000002 | PRI10262 004    Rev NS    U/M EA<br>RP219221 PRESS FIT ROLLER<br>Sales Order No:    005493<br>Customer PO No:    450123178 | 216.0000 | 47.5000 | 0.00 | 10,260.00 |

Total Item Price     14,404.00
Shipping              0.00
Sales Tax             0.00
Total Inv Price   $ 14,404.00

SHIP TO ADDRESS
DELPHI E&C
210 BURLINGAME SW

GRAND RAPIDS MI 49509

Please pay balance due by Sunday November 6, 2005.

ACCOUNTING COPY

Page 1                                       Authorized Signature




P&R Industries, Inc.
1524 Clinton Ave North
Rochester, NY 14621
Phone # 585-266-6725
Fax # 585-266-0075
Sales@pandrindustries.com

Invoice No 010119

Customer   000334

Bill to :

DELPHI AUTOMOTIVE SYSTEMS
GLOBAL PURCHASING
5500 WEST HENRIETTA RD
P.O. BOX 20366
ROCHESTER NY 14608-0366

Sold to :

DELPHI AUTOMOTIVE SYSTEMS
GLOBAL PURCHASING
5500 WEST HENRIETTA RD
P.O. BOX 20366
ROCHESTER NY 14608-0366

Phone (800) 805-9433

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Salesperson |
|---|---|---|---|---|---|
| 450123178/AIS49446 | 09/28/2005 | NET 30 | | | |

| Item | Part / Rev / Description / Details | Quantity | Unit Price | Discount | Extended Price |
|---|---|---|---|---|---|
| 000001 | PRI10262 001    Rev NS    U/M EA | 110.0000 | 12.0000 | 0.00 | 1,320.00 |
| | RP218577 LOCKING PIN | | | | |
| | Sales Order No:    005493 | | | | |
| | Customer PO No:    450123178 | | | | |
| 000002 | PRI10262 002    Rev NS    U/M EA | 105.0000 | 8.6500 | 0.00 | 908.25 |
| | RP220280 PLUG | | | | |
| | Sales Order No:    005493 | | | | |
| | Customer PO No:    450123178 | | | | |

Total Item Price    2,228.25
Shipping    0.00
Sales Tax    0.00
Total Inv Price    $ 2,228.25

SHIP TO ADDRESS
DELPHI E&C
210 BURLINGAME SW

GRAND RAPIDS MI 49509

5896

Please pay balance due by Friday October 28, 2005.

ACCOUNTING COPY

 

P&R Industries, Inc.
1524 Clinton Ave North
Rochester, NY 14621
Phone # 585-256-6725
Fax # 585-288-0075
Sales@pandrindustries.com

Invoice No 010134

Customer   000001

Bill to :

DELPHI AUTOMOTIVE SYSTEMS
NAO DISBURSEMENT CENTER
P.O. BOX 1550
FLINT MI 48501-1550

Sold to :

DELPHI AUTOMOTIVE SYSTEMS
1000 LEXINGTON AVE.
ROCHESTER NY 14606

Phone (716) 647-4666

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Salesperson |
|---|---|---|---|---|---|
| 450129608 | 09/30/2005 | NET 30 | | | LC |

| Item | Part / Rev / Description / Details | Quantity | Unit Price | Discount | Extended Price |
|---|---|---|---|---|---|
| 000001 | PR059744 005   Rev NS   U/M EA<br>NEW ROBOT PROGRAMMING<br>Sales Order No:   005391<br>Customer PO No:   450129608 | 1.0000 | 8,500.0000 | 0.00 | 8,500.00 |
| | | | Total Item Price | | 8,500.00 |
| | | | Shipping | | 0.00 |
| | SHIP TO ADDRESS<br>DELPHI AUTOMOTIVE<br>1000 LEXINGTON AVE.<br>ROCHESTER NY 14606 | | Sales Tax | | 0.00 |
| | | | Total Inv Price | | $ 8,500.00 |

Please pay balance due by Sunday October 30, 2005.

5796

*ACCOUNTING COPY*

Page 1

 

P&R Industries, Inc.
1524 Clinton Ave North
Rochester, NY 14621
Phone # 585-266-6725
Fax # 585-266-0075
Sales@pandrindustries.com

Invoice No 010139

Customer   000001

Bill to :

DELPHI AUTOMOTIVE SYSTEMS
NAO DISBURSEMENT CENTER
P.O. BOX 1550
FLINT  MI 48501-1550

Sold to :

DELPHI AUTOMOTIVE SYSTEMS
1000 LEXINGTON AVE.
ROCHESTER  NY 14606

Phone (716) 647-4666

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Salesperson |
|---|---|---|---|---|---|
| 450129608 | 10/05/2005 | NET 30 | | PICK UP | LC |

| Item | Part / Rev / Description / Details | Quantity | Unit Price | Discount | Extended Price |
|---|---|---|---|---|---|
| 000001 | PR089742 004      Rev NS      U/M EA<br>CELL CONTROL NETWORK<br>Sales Order No:       005391<br>Customer PO No:    450129608 | 1.0000 | 2,700.0000 | 0.00 | 2,700.00 |
| 000002 | PR089743 001      Rev NS      U/M EA<br>FINAL PART CHECK STATION FOR DIESEL EGR<br>Sales Order No:       005391<br>Customer PO No:    450129608 | 1.0000 | 83,700.0000 | 0.00 | 83,700.00 |

|  |  |
|---|---|
| Total Item Price | 86,400.00 |
| Shipping | 0.00 |
| Sales Tax | 0.00 |
| Total Inv Price | $ 86,400.00 |

SHIP TO ADDRESS
DELPHI AUTOMOTIVE
1000 LEXINGTON AVE.
ROCHESTER  NY 14606

Please pay balance due by Friday November 4, 2005.

*ACCOUNTING COPY*

Page 1                               Authorized Signature