BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
Telephone (317) 236-1313
Facsimile (317) 231-7433
Michael K. McCrory, Esq. (MKM 1287)
Wendy D. Brewer, Esq. (WDB 1158)
Counsel for Gibbs Die Casting Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) |
|  | ) Case No. 05-44481 |
| DELPHI CORPORATION, *et al.*, | ) |
|  | ) Chapter 11 |
| Debtors. | ) |
|  | ) Jointly Administered |

## CERTIFICATE OF SERVICE
### *DOCKET No. 266*

The undersigned hereby certifies that a copy of the Notice of Service of Demand for Reclamation for Gibbs Die Casting Corporation (*Docket No. 266*) was served to the parties on the attached service list by electronic mail on October 14, 2005.

/s/ Wendy D. Brewer
Michael K. McCrory (*pro hac vice pending*)
Wendy D. Brewer (*pro hac vice pending*)
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204

**Electronic Service:**

David B. Aaronson, david.aaronson@dbr.com

Elizabeth Adelmasieh, eabdelmasieh@nmmlaw.com

Jason R. Adams, jadams@torys.com

Jennifer L. Adamy, bankruptcy@goodwin.com

David S. Barritt, barritt@chapman.com

W. Robinson Beard, jkirk@stites.com

Jeffrey Bernstein, jb@carpben.com, ssolazzo@carpben.com

Charles E. Boulbol, rtrack@msn.com

Timothy W. Brink, tbrink@lordbissell.com

James L. Bromley, maofiling@cgsh.com

John Wm. Butler,     jbutler@skadden.com

Madison L. Cashman, nashvillebankruptcyfilings@stites.com

Maria E. Chavez-Ruark, maria.ruark@dlapiper.com, richard.kremen@dlapiper.com

Michael G. Cruse, mcruse@wnj.com

Jeffrey A. Davis, jeffdavis@graycary.com

Gerard DiConza, gdiconza@dlawpc.com

Robert W. Dremluk, rdremluk@seyfarth.com, rlauter@seyfarth.com, etrybantelser@cityofchicago.org, pbaisier@seyfarth.com

Alyssa Englund, aenglund@orrick.com

Charles J. Filardi, cfilardi@pepehazard.com

Edward M. Fox, efox@klng.com

Yann Geron, nybkfilings@foxrothschild.com, ygeron@foxrothschild.com

Robert C. Goodrich, nashvillebankruptcyfilings@stites.com

Warren R. Graham, wrg@dmlegal.com,ak@dmlegal.com, cfs@dmlegal.com

John T. Gregg, jgregg@btlaw.com

Michael Leo Hall, mhall@burr.com

Alan D. Halperin, ahalperin@halperinlaw.net, cbattaglia@halperinlaw.net, eganc@halperinlaw.net, cmitchell@halperinlaw.net

Brian W. Harvey, bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

William Heuer, wheuer@morganlewisi.com

Jeannette Eisan Hinshaw    jhinshaw@boselaw.com, pdidandeh@boselaw.com

Shannon E. Hoff, shoff@burr.com

Hilary Jewett, hjewett@foley.com

Andrew C. Kassner, andrew.kassner@dbr.com

Lawrence J. Kotler, ljkotler@duanemorris.com

Darryl S. Laddin, bkfilings@agg.com

David E. Lemke, david.lemke@wallerlaw.com, cathy.thomas@wallerlaw.com, chris.cronk@wallerlaw.com, robert.welhoelter@wallerlaw.com, wallerbankruptcy

Jeffrey M. Levinson    jml@ml-legal.com,

John S. Mairo, jsmairo@pbnlaw.com

Kayalyn A. Marafioti    kmarafio@skadden.com, jharring@skadden.com

Thomas J. Matz    tmatz@skadden.com

Patrick E. Mears    patrick.mears@btlaw.com

Austin L. McMullen, amcmulle@bccb.com

Derek F. Meek, dmeek@burr.com

Robert N. Michaelson, rmichaelson@kl.com

Kathleen M. Miller    kmm@skfdelaware.com, tlc@skfdelaware.com

- 4 -

Joseph Thomas Moldovan     bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com

Brian F. Moore, bmoore@mccarter.com

Alisa Mumola, alisa@contrariancapital.com

Lowell Peterson, lpeterson@msek.com

Constantine Pourakis, cp@stevenslee.com

Steven j. Reisman, sreisman@cm-p.com, athau@cm-p.com, jdecristofaro@cm-p.com, jbarucha@cm-p.com, webmaster@docketware.com, mharwood@cm-p.com, kparker@cm-p.com

Craig Philip Rieders     crieders@gjb-law.com;gisabelle@gjb-law.com, gisabelle@gjb-law.com;bamron@gjb-law.com

Sandra A. Riemer, sriemer@phillipsnizer.com, mfay@phillipsnizer.com

Scott D. Rosen, srosen@cb-shea.com

Robert B. Rubin, brubin@burr.com

Diane W. San

INDS01 SSPRUNGER 797538v1