SECURITY PLASTICS DIVISION / NMC, LLC

14427 NW 60th Avenue
Miami Lakes, FL 33014

October 18, 2005

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098-2815

> **Re:**   **Delphi Corporation, et al.**
> **Chapter 11 Case No.: 05-44481-ajg**

Dear Sir/Madam:

This letter constitutes a notice of demand for the return of certain goods purchased by the above-captioned debtor ("Debtor") from Security Plastics Division/NMC, LLC (the "Seller"). Please take notice that pursuant to New York Commercial Code § 2-702, 11 U.S.C. § 546(c), and by virtue of the Debtor's insolvency, the Seller hereby demands the segregation and return of all the automotive parts, goods and equipment (the "Goods") more particularly described at Exhibit "A" hereto, currently in your possession and delivered to you on or after September 28, 2005 and prior to October 8, 2005 pursuant to the invoices, dated September 28, 2005 through and including October 7, 2005, more particularly described at Exhibit "A" hereto. Unless you authorize the return of the Goods immediately, further appropriate measures will be taken.

Please contact the undersigned immediately to make arrangements to allow the Seller to reclaim the Goods. I look forward to hearing from you shortly.

Sincerely,

SECURITY PLASTICS DIVISION/NMC, LLC

By:    Lambert Jacobs

COO / CFO

SECURITY PLASTICS DIVISION / NMC, LLC

14427 NW 60th Avenue
Miami Lakes, FL 33014

October 18, 2005

Delphi Automotive Systems
Disbursement Services
PO Box 62530
Phoenix, AZ 85082-2530

Re:     Delphi Corporation, et al.
        Chapter 11 Case No.: 05-44481-ajg

Dear Sir/Madam:

This letter constitutes a notice of demand for the return of certain goods purchased by the above-captioned debtor ("Debtor") from Security Plastics Division/NMC, LLC (the "Seller"). Please take notice that pursuant to New York Commercial Code § 2-702, 11 U.S.C. § 546(c), and by virtue of the Debtor's insolvency, the Seller hereby demands the segregation and return of all the automotive parts, goods and equipment (the "Goods") more particularly described at Exhibit "A" hereto, currently in your possession and delivered to you on or after September 28, 2005 and prior to October 8, 2005 pursuant to the invoices, dated September 28, 2005 through and including October 7, 2005, more particularly described at Exhibit "A" hereto. Unless you authorize the return of the Goods immediately, further appropriate measures will be taken.

Please contact the undersigned immediately to make arrangements to allow the Seller to reclaim the Goods. I look forward to hearing from you shortly.

Sincerely,

SECURITY PLASTICS DIVISION/NMC, LLC

By:     Lambert Jacobs

COO / CFO

10/08/05)

| Ref # | Invoice Date | Type | Debit | Credit | Inv Bal | Security's P/N | Delphi's P/N | P/N Description | DELPHI PO# | QTY | Packing Slip # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4007922 | 9/28/2005 | | 125.70 | | 125.70 | 505828.QQ | 10488660 | CAP | 550009636 | 6,000 | 114062 |
| 4007922 | 9/29/2005 | | 251.40 | | 251.40 | 505828.QQ | 10488660 | CAP | 550009636 | 12,000 | 114111 |
| 4007922 | 9/30/2005 | | 125.70 | | 125.70 | 505828.QQ | 10488660 | CAP | 550009636 | 6,000 | 114138 |
| 4007922 | 10/3/2005 | | 125.70 | | 125.70 | 505828.QQ | 10488660 | CAP | 550009636 | 6,000 | 114161 |
| 4007922 | 10/3/2005 | | 125.70 | | 125.70 | 505828.QQ | 10488660 | CAP | 550009636 | 6,000 | 114161 |
| 4007922 | 10/4/2005 | | 125.70 | | 125.70 | 505828.QQ | 10488660 | CAP | 550009636 | 6,000 | 114218 |
| 5000020 | 10/4/2005 | | 289.68 | | 289.68 | 820012 T60BLK | 10492349 | CAP | 550009636 | 6,800 | 114218 |
| 4007922 | 10/5/2005 | | 125.70 | | 125.70 | 505828.QQ | 10488660 | CAP | 550009636 | 6,000 | 114265 |
| 4007922 | 10/5/2005 | | 125.70 | | 125.70 | 505828.QQ | 10488660 | CAP | 550009636 | 6,000 | 114265 |
| 4007922 | 10/6/2005 | | 125.70 | | 125.70 | 505828.QQ | 10488660 | CAP | 550009636 | 6,000 | 114290 |
| 4007922 | 10/7/2005 | | 125.70 | | 125.70 | 505828.QQ | 10488660 | CAP | 550009636 | 6,000 | 114336 |
| 5000011 | 9/28/2005 | | 194.00 | | 194.00 | 430256.2 | 16638951 | CLIP-KEY CYLINDER | 550023183 | 2,000 | 114085 |
| 5004829 | 9/29/2005 | | 114.30 | | 114.30 | 751184.1 | 16889080 | BEARING, ACT. SCRE W | 550023183 | 22,500 | 114096 |
| 5005695 | 9/30/2005 | | 91.98 | | 91.98 | 751190.PP | 16887701 | LEVER, OUTSIDE L- LH | 550023183 | 6,300 | 114154 |
| 5005835 | 9/30/2005 | | 86.50 | | 86.50 | 751228.1 | 16889079 | KNOB, CHILD SEC.- LH | 550023183 | 5,000 | 114154 |
| 5000011 | 10/5/2005 | | 194.00 | | 194.00 | 430256.2 | 16638951 | CLIP-KEY CYLINDER | 550023183 | 2,000 | 114266 |
| 5004826 | 10/5/2005 | | 145.80 | | 145.80 | 750928.K03 | 16642795 | LEVER-DOOR OPEN SW .LH | 550023183 | 5,000 | 114266 |
| 5000011 | 10/6/2005 | | 194.00 | | 194.00 | 430256.2 | 16638951 | CLIP-KEY CYLINDER | 550023183 | 2,000 | 114316 |
| 5004822 | 10/6/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023183 | 2,500 | 114291 |
| 5000006 | 9/28/2005 | | 154.10 | | 154.10 | 431225.2 | 26043522 | SPRING GUIDE | SAG90I4961 | 2,300 | 114063 |
| 5000009 | 9/28/2005 | | 54.31 | | 54.31 | 750945.QQ | 26091223 | RELEASE, FOLLOWER | SAG90I4961 | 700 | 114063 |
| 5000009 | 9/28/2005 | | 54.31 | | 54.31 | 750945.QQ | 26091223 | RELEASE, FOLLOWER | SAG90I4961 | 700 | 114063 |
| 5000009 | 9/28/2005 | | 54.31 | | 54.31 | 750945.QQ | 26091223 | RELEASE, FOLLOWER | SAG90I4961 | 700 | 114063 |
| 5002171 | 9/28/2005 | | 57.63 | | 57.63 | 750947.QQ | 26082451 | RETAINER, E/A STRA P | SAG90I4960 | 500 | 114063 |
| 5000007 | 9/29/2005 | | 197.12 | | 197.12 | 431378.2 | 26057152 | BUSHING, ACTUATOR | SAG90I4961 | 2,800 | 114097 |
| 5000009 | 9/29/2005 | | 54.31 | | 54.31 | 750945.QQ | 26091223 | RELEASE, FOLLOWER | SAG90I4961 | 700 | 114097 |
| 5000010 | 9/29/2005 | | 47.92 | | 47.92 | 750946.QQ | 26091638 | RETAINER, BOLT | SAG90I4961 | 700 | 114097 |
| 5002171 | 9/30/2005 | | 57.63 | | 57.63 | 750947.QQ | 26082451 | RETAINER, E/A STRA P | SAG90I4960 | 500 | 114144 |
| 5000006 | 10/3/2005 | | 154.10 | | 154.10 | 431225.2 | 26043522 | SPRING GUIDE | SAG90I4961 | 2,300 | 114162 |
| 5000007 | 10/3/2005 | | 197.12 | | 197.12 | 431378.2 | 26057152 | BUSHING, ACTUATOR | SAG90I4961 | 2,800 | 114162 |
| 5000010 | 10/3/2005 | | 47.92 | | 47.92 | 750946.QQ | 26091638 | RETAINER, BOLT | SAG90I4961 | 700 | 114162 |
| 5002171 | 10/3/2005 | | 57.63 | | 57.63 | 750947.QQ | 26082451 | RETAINER, E/A STRA P | SAG90I4960 | 500 | 114162 |
| 5000009 | 10/4/2005 | | 54.31 | | 54.31 | 750945.QQ | 26091223 | RELEASE, FOLLOWER | SAG90I4961 | 700 | 114219 |
| 5000007 | 10/5/2005 | | 197.12 | | 197.12 | 431378.2 | 26057152 | BUSHING, ACTUATOR | SAG90I4961 | 2,800 | 114267 |
| 5000006 | 10/7/2005 | | 154.10 | | 154.10 | 431225.2 | 26043522 | SPRING GUIDE | SAG90I4961 | 2,300 | 114337 |
| 5000007 | 10/7/2005 | | 197.12 | | 197.12 | 431378.2 | 26057152 | BUSHING, ACTUATOR | SAG90I4961 | 2,800 | 114337 |
| 4007971 | 9/28/2005 | | 434.28 | | 434.28 | 750921.NN | 16642829 | LEVER,ACTUATING | 550023577 | 14,000 | 114059 |
| 4007972 | 9/28/2005 | | 250.25 | | 250.25 | 750922.K01 | 16642830 | LEVER, BYPASS | 550023577 | 7,000 | 114059 |
| 4007927 | 9/28/2005 | | 204.12 | | 204.12 | 750925.K01 | 16642792 | LEVER DOOR AJAR RH | 550023577 | 7,000 | 114059 |
| 4007926 | 9/28/2005 | | 204.12 | | 204.12 | 750926.K03 | 16642793 | LEVER-DOOR AJAR LH | 550023577 | 7,000 | 114059 |
| 4007924 | 9/28/2005 | | 145.80 | | 145.80 | 750928.K03 | 16642795 | LEVER-DOOR OPEN SW .LH | 550023577 | 5,000 | 114059 |
| 4007923 | 9/28/2005 | | 20.15 | | 20.15 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 500 | 114060 |
| 4007923 | 9/28/2005 | | 60.45 | | 60.45 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 1,500 | 114071 |
| 4007923 | 9/28/2005 | | 100.75 | | 100.75 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 2,500 | 114060 |
| 4007923 | 9/28/2005 | | 100.75 | | 100.75 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 2,500 | 114076 |
| 4007923 | 9/28/2005 | | 100.75 | | 100.75 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 2,500 | 114060 |
| 4007923 | 9/28/2005 | | 100.75 | | 100.75 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 2,500 | 114060 |
| 4007923 | 9/28/2005 | | 100.75 | | 100.75 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 2,500 | 114060 |
| 4007923 | 9/28/2005 | | 100.75 | | 100.75 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 2,500 | 114060 |
| 4007923 | 9/28/2005 | | 100.75 | | 100.75 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 2,500 | 114076 |
| 4007923 | 9/28/2005 | | 100.75 | | 100.75 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 2,500 | 114076 |
| 4007923 | 9/28/2005 | | 100.75 | | 100.75 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 2,500 | 114076 |
| 4007923 | 9/28/2005 | | 120.90 | | 120.90 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 3,000 | 114060 |
| 4007923 | 9/28/2005 | | 201.50 | | 201.50 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 5,000 | 114060 |
| 4007970 | 9/28/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114068 |
| 4007970 | 9/28/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114068 |
| 4007970 | 9/28/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114068 |
| 4007970 | 9/28/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114068 |

| Ref # | Invoice Date | Type | Debit | Credit | Inv Bal | Security's P/N | Delphi P/N | Pt's Description | DELPHI PO# | QTY | Packing Slip # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4007970 | 9/28/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114068 |
| 4007970 | 9/28/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114068 |
| 4007970 | 9/28/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114076 |
| 4007970 | 9/28/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114076 |
| 4007970 | 9/28/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114076 |
| 4007970 | 9/28/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114076 |
| 4007970 | 9/28/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114076 |
| 4007970 | 9/28/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114076 |
| 4007970 | 9/28/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114076 |
| 4007970 | 9/28/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114076 |
| 4007970 | 9/28/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114076 |
| 4007970 | 9/28/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114076 |
| 4007970 | 9/28/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114076 |
| 4007970 | 9/28/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114076 |
| 4007970 | 9/28/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114076 |
| 5006011 | 9/28/2005 | | 157.98 | | 157.98 | 751054.1*GRN | 16873545 | LEVER,SPACER | 550023577 | 6,000 | 114073 |
| 5006011 | 9/28/2005 | | 157.98 | | 157.98 | 751054.1*GRN | 16873545 | LEVER,SPACER | 550023577 | 6,000 | 114073 |
| 5006011 | 9/28/2005 | | 157.98 | | 157.98 | 751054.1*GRN | 16873545 | LEVER,SPACER | 550023577 | 6,000 | 114073 |
| 5004936 | 9/28/2005 | | 36.82 | | 36.82 | 751187.NN | 16888030 | LEVER,INSIDE L.,RR | 550023184 | 1,000 | 114059 |
| 5004936 | 9/28/2005 | | 36.82 | | 36.82 | 751187.NN | 16888030 | LEVER,INSIDE L.,RR | 550023184 | 1,000 | 114076 |
| 5004936 | 9/28/2005 | | 36.82 | | 36.82 | 751187.NN | 16888030 | LEVER,INSIDE L.,RR | 550023184 | 1,000 | 114076 |
| 5004515 | 9/28/2005 | | 33.14 | | 33.14 | 751188.QQ | 16888031 | LEVER,INSIDE L.,RR | 550023184 | 900 | 114076 |
| 5004515 | 9/28/2005 | | 33.14 | | 33.14 | 751188.QQ | 16888031 | LEVER,INSIDE L.,RR | 550023184 | 900 | 114076 |
| 5004515 | 9/28/2005 | | 33.14 | | 33.14 | 751188.QQ | 16888031 | LEVER,INSIDE L.,RR | 550023184 | 900 | 114076 |
| 5004515 | 9/28/2005 | | 66.28 | | 66.28 | 751188.QQ | 16888031 | LEVER,INSIDE L.,RR | 550023184 | 1,800 | 114068 |
| 5002889 | 9/28/2005 | | 93.80 | | 93.80 | 751204.K03 | 16889081 | LEVER, BELLCRANK | 550023184 | 7,000 | 114076 |
| 5002889 | 9/28/2005 | | 93.80 | | 93.80 | 751204.K03 | 16889081 | LEVER, BELLCRANK | 550023184 | 7,000 | 114076 |
| 5002889 | 9/28/2005 | | 93.80 | | 93.80 | 751204.K03 | 16889081 | LEVER, BELLCRANK | 550023184 | 7,000 | 114076 |
| 5002889 | 9/28/2005 | | 281.40 | | 281.40 | 751204.K03 | 16889081 | LEVER, BELLCRANK | 550023184 | 21,000 | 114060 |
| 5002644 | 9/28/2005 | | 177.66 | | 177.66 | 751256.1 | 16889250 | CAM-FORKBOLT SWIT. RH | 550023184 | 7,000 | 114059 |
| 5002645 | 9/28/2005 | | 126.90 | | 126.90 | 751257.PP | 16889251 | CAM-FORKBOLT SWIT. LH | 550023184 | 5,000 | 114059 |
| 5002645 | 9/28/2005 | | 126.90 | | 126.90 | 751257.PP | 16889251 | CAM-FORKBOLT SWIT. LH | 550023184 | 5,000 | 114059 |
| 4007971 | 9/29/2005 | | 434.28 | | 434.28 | 750921.NN | 16642829 | LEVER,ACTUATING | 550023577 | 14,000 | 114122 |
| 4007972 | 9/29/2005 | | 250.25 | | 250.25 | 750922.K01 | 16642830 | LEVER, BYPASS | 550023577 | 7,000 | 114119 |
| 4007972 | 9/29/2005 | | 250.25 | | 250.25 | 750922.K01 | 16642830 | LEVER, BYPASS | 550023577 | 7,000 | 114119 |
| 4007927 | 9/29/2005 | | 204.12 | | 204.12 | 750925.K01 | 16642792 | LEVER DOOR AJAR RH | 550023577 | 7,000 | 114119 |
| 4007927 | 9/29/2005 | | 204.12 | | 204.12 | 750925.K01 | 16642792 | LEVER DOOR AJAR RH | 550023577 | 7,000 | 114119 |
| 4007926 | 9/29/2005 | | 204.12 | | 204.12 | 750926.K03 | 16642793 | LEVER-DOOR AJAR LH | 550023577 | 7,000 | 114119 |
| 4007926 | 9/29/2005 | | 204.12 | | 204.12 | 750926.K03 | 16642793 | LEVER-DOOR AJAR LH | 550023577 | 7,000 | 114119 |
| 4007925 | 9/29/2005 | | 145.80 | | 145.80 | 750927.K01 | 16642794 | LEVER-DOOR OPEN SW .RH | 550023577 | 5,000 | 114119 |
| 4007925 | 9/29/2005 | | 145.80 | | 145.80 | 750927.K01 | 16642794 | LEVER-DOOR OPEN SW .RH | 550023577 | 5,000 | 114119 |
| 4007925 | 9/29/2005 | | 145.80 | | 145.80 | 750927.K01 | 16642794 | LEVER-DOOR OPEN SW .RH | 550023577 | 5,000 | 114119 |
| 4007924 | 9/29/2005 | | 437.40 | | 437.40 | 750928.K03 | 16642795 | LEVER-DOOR OPEN SW .LH | 550023577 | 15,000 | 114119 |
| 4007923 | 9/29/2005 | | 100.75 | | 100.75 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 2,500 | 114122 |
| 4007923 | 9/29/2005 | | 100.75 | | 100.75 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 2,500 | 114122 |
| 4007923 | 9/29/2005 | | 100.75 | | 100.75 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 2,500 | 114128 |
| 4007923 | 9/29/2005 | | 100.75 | | 100.75 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 2,500 | 114128 |
| 4007923 | 9/29/2005 | | 100.75 | | 100.75 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 2,500 | 114128 |
| 4007923 | 9/29/2005 | | 201.50 | | 201.50 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 5,000 | 114122 |
| 4007970 | 9/29/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114122 |
| 4007970 | 9/29/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114122 |
| 4007970 | 9/29/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114122 |
| 4007970 | 9/29/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114128 |
| 4007970 | 9/29/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114128 |
| 4007970 | 9/29/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114128 |
| 4007970 | 9/29/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114128 |
| 5006011 | 9/29/2005 | | 157.98 | | 157.98 | 751054.1*GRN | 16873545 | LEVER,SPACER | 550023577 | 6,000 | 114122 |
| 5006011 | 9/29/2005 | | 315.96 | | 315.96 | 751054.1*GRN | 16873545 | LEVER,SPACER | 550023577 | 12,000 | 114122 |
| 5006019 | 9/29/2005 | | 44.84 | | 44.84 | 751183.QQ | 16887699 | LEVER, KEY CYL. -L H | 550023184 | 1,300 | 114115 |
| 5005038 | 9/29/2005 | | 114.30 | | 114.30 | 751184.1 | 16889080 | BEARING, ACT. SCRE W | 550023184 | 22,500 | 114128 |
| 5005038 | 9/29/2005 | | 228.60 | | 228.60 | 751184.1 | 16889080 | BEARING, ACT. SCRE W | 550023184 | 45,000 | 114128 |

| Ref # | Invoice Date | Type | Debit | Credit | Inv Bal | Security's P/N | Delphi's P/N | Description | DELPHI PO# | QTY | Packing Slip # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5004936 | 9/29/2005 | | 36.82 | | 36.82 | 751187.NN | 16888030 | LEVER,INSIDE L ,RR | 550023184 | 1,000 | 114119 |
| 5004515 | 9/29/2005 | | 33.14 | | 33.14 | 751188.QQ | 16888031 | LEVER,INSIDE L ,RR | 550023184 | 900 | 114122 |
| 5004515 | 9/29/2005 | | 33.14 | | 33.14 | 751188.QQ | 16888031 | LEVER,INSIDE L ,RR | 550023184 | 900 | 114128 |
| 5004515 | 9/29/2005 | | 33.14 | | 33.14 | 751188.QQ | 16888031 | LEVER,INSIDE L ,RR | 550023184 | 900 | 114128 |
| 5004515 | 9/29/2005 | | 33.14 | | 33.14 | 751188.QQ | 16888031 | LEVER,INSIDE L ,RR | 550023184 | 900 | 114128 |
| 5002889 | 9/29/2005 | | 93.80 | | 93.80 | 751204.K03 | 16889081 | LEVER, BELLCRANK | 550023184 | 7,000 | 114122 |
| 5002889 | 9/29/2005 | | 93.80 | | 93.80 | 751204.K03 | 16889081 | LEVER, BELLCRANK | 550023184 | 7,000 | 114122 |
| 5002889 | 9/29/2005 | | 93.80 | | 93.80 | 751204.K03 | 16889081 | LEVER, BELLCRANK | 550023184 | 7,000 | 114122 |
| 5002889 | 9/29/2005 | | 93.80 | | 93.80 | 751204.K03 | 16889081 | LEVER, BELLCRANK | 550023184 | 7,000 | 114128 |
| 5002889 | 9/29/2005 | | 93.80 | | 93.80 | 751204.K03 | 16889081 | LEVER, BELLCRANK | 550023184 | 7,000 | 114128 |
| 5002889 | 9/29/2005 | | 93.80 | | 93.80 | 751204.K03 | 16889081 | LEVER, BELLCRANK | 550023184 | 7,000 | 114128 |
| 5002889 | 9/29/2005 | | 93.80 | | 93.80 | 751204.K03 | 16889081 | LEVER, BELLCRANK | 550023184 | 7,000 | 114128 |
| 5002644 | 9/29/2005 | | 177.66 | | 177.66 | 751256.1 | 16889250 | CAM-FORKBOLT SWIT. RH | 550023184 | 7,000 | 114119 |
| 5002644 | 9/29/2005 | | 177.66 | | 177.66 | 751256.1 | 16889250 | CAM-FORKBOLT SWIT. RH | 550023184 | 7,000 | 114119 |
| 5002644 | 9/29/2005 | | 177.66 | | 177.66 | 751256.1 | 16889250 | CAM-FORKBOLT SWIT. RH | 550023184 | 7,000 | 114119 |
| 5002645 | 9/29/2005 | | 126.90 | | 126.90 | 751257.PP | 16889251 | CAM-FORKBOLT SWIT. LH | 550023184 | 5,000 | 114128 |
| 5002645 | 9/29/2005 | | 126.90 | | 126.90 | 751257.PP | 16889251 | CAM-FORKBOLT SWIT. LH | 550023184 | 5,000 | 114128 |
| 5002645 | 9/29/2005 | | 126.90 | | 126.90 | 751257.PP | 16889251 | CAM-FORKBOLT SWIT. LH | 550023184 | 5,000 | 114128 |
| 5002645 | 9/29/2005 | | 126.90 | | 126.90 | 751257.PP | 16889251 | CAM-FORKBOLT SWIT. LH | 550023184 | 5,000 | 114129 |
| 4007971 | 9/30/2005 | | 434.28 | | 434.28 | 750921.NN | 16642829 | LEVER.ACTUATING | 550023577 | 14,000 | 114157 |
| 4007971 | 9/30/2005 | | 434.28 | | 434.28 | 750921.NN | 16642829 | LEVER.ACTUATING | 550023577 | 14,000 | 114158 |
| 4007972 | 9/30/2005 | | 250.25 | | 250.25 | 750922.K01 | 16642830 | LEVER, BYPASS | 550023577 | 7,000 | 114158 |
| 4007972 | 9/30/2005 | | 250.25 | | 250.25 | 750922.K01 | 16642830 | LEVER, BYPASS | 550023577 | 7,000 | 114158 |
| 4007972 | 9/30/2005 | | 250.25 | | 250.25 | 750922.K01 | 16642830 | LEVER, BYPASS | 550023577 | 7,000 | 114158 |
| 5000012 | 9/30/2005 | | 196.48 | | 196.48 | 750923.NN | 16642786 | LEVER-DBL LOCK RH | 550023577 | 4,000 | 114158 |
| 4007927 | 9/30/2005 | | 408.24 | | 408.24 | 750925.K01 | 16642792 | LEVER DOOR AJAR RH | 550023577 | 14,000 | 114158 |
| 4007926 | 9/30/2005 | | 204.12 | | 204.12 | 750926.K03 | 16642793 | LEVER-DOOR AJAR LH | 550023577 | 7,000 | 114158 |
| 4007926 | 9/30/2005 | | 204.12 | | 204.12 | 750926.K03 | 16642793 | LEVER-DOOR AJAR LH | 550023577 | 7,000 | 114158 |
| 4007925 | 9/30/2005 | | 58.32 | | 58.32 | 750927.K01 | 16642794 | LEVER-DOOR OPEN SW .RH | 550023577 | 2,000 | 114159 |
| 4007925 | 9/30/2005 | | 87.48 | | 87.48 | 750927.K01 | 16642794 | LEVER-DOOR OPEN SW .RH | 550023577 | 3,000 | 114159 |
| 4007925 | 9/30/2005 | | 145.80 | | 145.80 | 750927.K01 | 16642794 | LEVER-DOOR OPEN SW .RH | 550023577 | 5,000 | 114158 |
| 4007924 | 9/30/2005 | | 145.80 | | 145.80 | 750928.K03 | 16642795 | LEVER-DOOR OPEN SW .LH | 550023577 | 5,000 | 114158 |
| 4007924 | 9/30/2005 | | 291.60 | | 291.60 | 750928.K03 | 16642795 | LEVER-DOOR OPEN SW .LH | 550023577 | 10,000 | 114158 |
| 4007923 | 9/30/2005 | | 100.75 | | 100.75 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 2,500 | 114157 |
| 4007923 | 9/30/2005 | | 100.75 | | 100.75 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 2,500 | 114157 |
| 4007923 | 9/30/2005 | | 100.75 | | 100.75 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 2,500 | 114158 |
| 4007923 | 9/30/2005 | | 100.75 | | 100.75 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 2,500 | 114158 |
| 4007923 | 9/30/2005 | | 100.75 | | 100.75 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 2,500 | 114158 |
| 4007923 | 9/30/2005 | | 100.75 | | 100.75 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 2,500 | 114157 |
| 4007923 | 9/30/2005 | | 201.50 | | 201.50 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 5,000 | 114157 |
| 4007970 | 9/30/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114158 |
| 4007970 | 9/30/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114158 |
| 4007970 | 9/30/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114158 |
| 4007970 | 9/30/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114158 |
| 4007970 | 9/30/2005 | | 201.50 | | 201.50 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 5,000 | 114158 |
| 5006011 | 9/30/2005 | | 157.98 | | 157.98 | 751054.1*GRN | 16873545 | LEVER,SPACER | 550023577 | 6,000 | 114158 |
| 5006011 | 9/30/2005 | | 157.98 | | 157.98 | 751054.1*GRN | 16873545 | LEVER,SPACER | 550023577 | 6,000 | 114157 |
| 5006011 | 9/30/2005 | | 315.96 | | 315.96 | 751054.1*GRN | 16873545 | LEVER,SPACER | 550023577 | 12,000 | 114158 |
| 5006011 | 9/30/2005 | | 315.96 | | 315.96 | 751054.1*GRN | 16873545 | LEVER,SPACER | 550023577 | 12,000 | 114157 |
| 5005038 | 9/30/2005 | | 114.30 | | 114.30 | 751184.1 | 16889080 | BEARING, ACT. SCRE W | 550023184 | 22,500 | 114158 |
| 5005038 | 9/30/2005 | | 228.60 | | 228.60 | 751184.1 | 16889080 | BEARING, ACT. SCRE W | 550023184 | 45,000 | 114158 |
| 5004936 | 9/30/2005 | | 36.82 | | 36.82 | 751187.NN | 16888030 | LEVER,INSIDE L ,RR | 550023184 | 1,000 | 114158 |
| 5004515 | 9/30/2005 | | 33.14 | | 33.14 | 751188.QQ | 16888031 | LEVER,INSIDE L ,RR | 550023184 | 900 | 114159 |
| 5004515 | 9/30/2005 | | 33.14 | | 33.14 | 751188.QQ | 16888031 | LEVER,INSIDE L ,RR | 550023184 | 900 | 114159 |
| 5002889 | 9/30/2005 | | 93.80 | | 93.80 | 751204.K03 | 16889081 | LEVER, BELLCRANK | 550023184 | 7,000 | 114159 |
| 5002889 | 9/30/2005 | | 93.80 | | 93.80 | 751204.K03 | 16889081 | LEVER, BELLCRANK | 550023184 | 7,000 | 114159 |
| 5002889 | 9/30/2005 | | 93.80 | | 93.80 | 751204.K03 | 16889081 | LEVER, BELLCRANK | 550023184 | 7,000 | 114159 |
| 5002889 | 9/30/2005 | | 93.80 | | 93.80 | 751204.K03 | 16889081 | LEVER, BELLCRANK | 550023184 | 7,000 | 114159 |
| 5002644 | 9/30/2005 | | 177.66 | | 177.66 | 751256.1 | 16889250 | CAM-FORKBOLT SWIT. RH | 550023184 | 7,000 | 114158 |
| 5002644 | 9/30/2005 | | 177.66 | | 177.66 | 751256.1 | 16889250 | CAM-FORKBOLT SWIT. RH | 550023184 | 7,000 | 114158 |
| 5002644 | 9/30/2005 | | 177.66 | | 177.66 | 751256.1 | 16889250 | CAM-FORKBOLT SWIT. RH | 550023184 | 7,000 | 114158 |
| 5002645 | 9/30/2005 | | 126.90 | | 126.90 | 751257.PP | 16889251 | CAM-FORKBOLT SWIT. LH | 550023184 | 5,000 | 114158 |
| 5002645 | 9/30/2005 | | 126.90 | | 126.90 | 751257.PP | 16889251 | CAM-FORKBOLT SWIT. LH | 550023184 | 5,000 | 114158 |

| Ref # | Invoice Date | Type | Debit | Credit | Inv Bal | Security's P/N | Delphi's P/N | Parts Description | DELPHI PO# | QTY | Packing Slip # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5002645 | 9/30/2005 | | 126.90 | | 126.90 | 751257.PP | 16889251 | CAM-FORKBOLT SWIT. LH | 550023184 | 5,000 | 114158 |
| 5002645 | 9/30/2005 | | 126.90 | | 126.90 | 751257.PP | 16889251 | CAM-FORKBOLT SWIT. LH | 550023184 | 5,000 | 114158 |
| 5002645 | 9/30/2005 | | 126.90 | | 126.90 | 751257.PP | 16889251 | CAM-FORKBOLT SWIT. LH | 550023184 | 5,000 | 114158 |
| 4007971 | 10/3/2005 | | 434.28 | | 434.28 | 750921.NN | 16642829 | LEVER,ACTUATING | 550023577 | 14,000 | 114190 |
| 4007971 | 10/3/2005 | | 434.28 | | 434.28 | 750921.NN | 16642829 | LEVER,ACTUATING | 550023577 | 14,000 | 114192 |
| 4007972 | 10/3/2005 | | 250.25 | | 250.25 | 750922.K01 | 16642830 | LEVER, BYPASS | 550023577 | 7,000 | 114189 |
| 4007972 | 10/3/2005 | | 250.25 | | 250.25 | 750922.K01 | 16642830 | LEVER, BYPASS | 550023577 | 7,000 | 114189 |
| 5000012 | 10/3/2005 | | 196.48 | | 196.48 | 750923.NN | 16642786 | LEVER-DBL LOCK RH | 550023577 | 4,000 | 114190 |
| 4007927 | 10/3/2005 | | 204.12 | | 204.12 | 750925.K01 | 16642792 | LEVER DOOR AJAR RH | 550023577 | 7,000 | 114189 |
| 4007927 | 10/3/2005 | | 204.12 | | 204.12 | 750925.K01 | 16642792 | LEVER DOOR AJAR RH | 550023577 | 7,000 | 114190 |
| 4007927 | 10/3/2005 | | 204.12 | | 204.12 | 750925.K01 | 16642792 | LEVER DOOR AJAR RH | 550023577 | 7,000 | 114190 |
| 4007926 | 10/3/2005 | | 204.12 | | 204.12 | 750926.K03 | 16642793 | LEVER-DOOR AJAR LH | 550023577 | 7,000 | 114189 |
| 4007926 | 10/3/2005 | | 204.12 | | 204.12 | 750926.K03 | 16642793 | LEVER-DOOR AJAR LH | 550023577 | 7,000 | 114190 |
| 4007926 | 10/3/2005 | | 204.12 | | 204.12 | 750926.K03 | 16642793 | LEVER-DOOR AJAR LH | 550023577 | 7,000 | 114190 |
| 4007925 | 10/3/2005 | | 145.80 | | 145.80 | 750927.K01 | 16642794 | LEVER-DOOR OPEN SW .RH | 550023577 | 5,000 | 114189 |
| 4007925 | 10/3/2005 | | 145.80 | | 145.80 | 750927.K01 | 16642794 | LEVER-DOOR OPEN SW .RH | 550023577 | 5,000 | 114189 |
| 4007925 | 10/3/2005 | | 145.80 | | 145.80 | 750927.K01 | 16642794 | LEVER-DOOR OPEN SW .RH | 550023577 | 5,000 | 114189 |
| 4007924 | 10/3/2005 | | 145.80 | | 145.80 | 750928.K03 | 16642795 | LEVER-DOOR OPEN SW .LH | 550023577 | 5,000 | 114192 |
| 4007924 | 10/3/2005 | | 291.60 | | 291.60 | 750928.K03 | 16642795 | LEVER-DOOR OPEN SW .LH | 550023577 | 10,000 | 114190 |
| 4007923 | 10/3/2005 | | 100.75 | | 100.75 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 2,500 | 114189 |
| 4007923 | 10/3/2005 | | 100.75 | | 100.75 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 2,500 | 114189 |
| 4007923 | 10/3/2005 | | 100.75 | | 100.75 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 2,500 | 114192 |
| 4007923 | 10/3/2005 | | 100.75 | | 100.75 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 2,500 | 114189 |
| 4007970 | 10/3/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114190 |
| 4007970 | 10/3/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114190 |
| 4007970 | 10/3/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114190 |
| 4007970 | 10/3/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114192 |
| 4007970 | 10/3/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114192 |
| 4007970 | 10/3/2005 | | 201.50 | | 201.50 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 5,000 | 114190 |
| 4007929 | 10/3/2005 | | 157.98 | | 157.98 | 751054.1*GRN | 16873545 | LEVER,SPACER | 550023577 | 6,000 | 114190 |
| 4007929 | 10/3/2005 | | 315.96 | | 315.96 | 751054.1*GRN | 16873545 | LEVER,SPACER | 550023577 | 12,000 | 114190 |
| 5005038 | 10/3/2005 | | 114.30 | | 114.30 | 751184.1 | 16889080 | BEARING, ACT. SCRE W | 550023184 | 22,500 | 114192 |
| 5004936 | 10/3/2005 | | 36.82 | | 36.82 | 751187.NN | 16888030 | LEVER,INSIDE L.,RR | 550023184 | 1,000 | 114190 |
| 5004936 | 10/3/2005 | | 36.82 | | 36.82 | 751187.NN | 16888030 | LEVER,INSIDE L.,RR | 550023184 | 1,000 | 114190 |
| 5004515 | 10/3/2005 | | 33.14 | | 33.14 | 751188.QQ | 16888031 | LEVER,INSIDE L.,RR | 550023184 | 900 | 114192 |
| 5004515 | 10/3/2005 | | 66.28 | | 66.28 | 751188.QQ | 16888031 | LEVER,INSIDE L.,RR | 550023184 | 1,800 | 114190 |
| 5006020 | 10/3/2005 | | 91.98 | | 91.98 | 751190.PP | 16887701 | LEVER, OUTSIDE L.- LH | 550023184 | 6,300 | 114190 |
| 5002644 | 10/3/2005 | | 177.66 | | 177.66 | 751256.1 | 16889250 | CAM-FORKBOLT SWIT. RH | 550023184 | 7,000 | 114189 |
| 5002644 | 10/3/2005 | | 177.66 | | 177.66 | 751256.1 | 16889250 | CAM-FORKBOLT SWIT. RH | 550023184 | 7,000 | 114189 |
| 5002644 | 10/3/2005 | | 177.66 | | 177.66 | 751256.1 | 16889250 | CAM-FORKBOLT SWIT. RH | 550023184 | 7,000 | 114189 |
| 5002645 | 10/3/2005 | | 126.90 | | 126.90 | 751257.PP | 16889251 | CAM-FORKBOLT SWIT. LH | 550023184 | 5,000 | 114189 |
| 5002645 | 10/3/2005 | | 126.90 | | 126.90 | 751257.PP | 16889251 | CAM-FORKBOLT SWIT. LH | 550023184 | 5,000 | 114189 |
| 5002645 | 10/3/2005 | | 126.90 | | 126.90 | 751257.PP | 16889251 | CAM-FORKBOLT SWIT. LH | 550023184 | 5,000 | 114189 |
| 5000012 | 10/4/2005 | | 196.48 | | 196.48 | 750923.NN | 16642786 | LEVER-DBL LOCK RH | 550023577 | 4,000 | 114242 |
| 4007927 | 10/4/2005 | | 204.12 | | 204.12 | 750925.K01 | 16642792 | LEVER DOOR AJAR RH | 550023577 | 7,000 | 114242 |
| 4007927 | 10/4/2005 | | 204.12 | | 204.12 | 750925.K01 | 16642792 | LEVER DOOR AJAR RH | 550023577 | 7,000 | 114240 |
| 4007927 | 10/4/2005 | | 204.12 | | 204.12 | 750925.K01 | 16642792 | LEVER DOOR AJAR RH | 550023577 | 7,000 | 114240 |
| 4007926 | 10/4/2005 | | 204.12 | | 204.12 | 750926.K03 | 16642793 | LEVER-DOOR AJAR LH | 550023577 | 7,000 | 114242 |
| 4007925 | 10/4/2005 | | 145.80 | | 145.80 | 750927.K01 | 16642794 | LEVER-DOOR OPEN SW .RH | 550023577 | 5,000 | 114242 |
| 4007925 | 10/4/2005 | | 145.80 | | 145.80 | 750927.K01 | 16642794 | LEVER-DOOR OPEN SW .RH | 550023577 | 5,000 | 114242 |
| 4007925 | 10/4/2005 | | 145.80 | | 145.80 | 750927.K01 | 16642794 | LEVER-DOOR OPEN SW .RH | 550023577 | 5,000 | 114242 |
| 4007924 | 10/4/2005 | | 291.60 | | 291.60 | 750928.K03 | 16642795 | LEVER-DOOR OPEN SW .LH | 550023577 | 10,000 | 114242 |
| 4007924 | 10/4/2005 | | 291.60 | | 291.60 | 750928.K03 | 16642795 | LEVER-DOOR OPEN SW .LH | 550023577 | 10,000 | 114242 |
| 4007929 | 10/4/2005 | | 157.98 | | 157.98 | 751054.1*GRN | 16873545 | LEVER,SPACER | 550023577 | 6,000 | 114240 |
| 4007929 | 10/4/2005 | | 157.98 | | 157.98 | 751054.1*GRN | 16873545 | LEVER,SPACER | 550023577 | 6,000 | 114243 |
| 5004936 | 10/4/2005 | | 36.82 | | 36.82 | 751187.NN | 16888030 | LEVER,INSIDE L.,RR | 550023184 | 1,000 | 114242 |
| 5004515 | 10/4/2005 | | 33.14 | | 33.14 | 751188.QQ | 16888031 | LEVER,INSIDE L.,RR | 550023184 | 900 | 114242 |
| 5002889 | 10/4/2005 | | 93.80 | | 93.80 | 751204.K03 | 16889081 | LEVER, BELLCRANK | 550023184 | 7,000 | 114242 |
| 5002889 | 10/4/2005 | | 93.80 | | 93.80 | 751204.K03 | 16889081 | LEVER, BELLCRANK | 550023184 | 7,000 | 114242 |
| 5002889 | 10/4/2005 | | 187.60 | | 187.60 | 751204.K03 | 16889081 | LEVER, BELLCRANK | 550023184 | 14,000 | 114242 |
| 4007971 | 10/5/2005 | | 434.28 | | 434.28 | 750921.NN | 16642829 | LEVER,ACTUATING | 550023577 | 14,000 | 114279 |
| 4007972 | 10/5/2005 | | 250.25 | | 250.25 | 750922.K01 | 16642830 | LEVER, BYPASS | 550023577 | 7,000 | 114280 |
| 4007972 | 10/5/2005 | | 250.25 | | 250.25 | 750922.K01 | 16642830 | LEVER, BYPASS | 550023577 | 7,000 | 114280 |
| 4007972 | 10/5/2005 | | 250.25 | | 250.25 | 750922.K01 | 16642830 | LEVER, BYPASS | 550023577 | 7,000 | 114280 |

| Ref # | Invoice Date | Type | Debit | Credit | Inv Bal | Security's P/N | Delphi's P/N | Product Description | DELPHI PO# | QTY | Packing Slip # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4007923 | 10/5/2005 | | 100.75 | | 100.75 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 2,500 | 114281 |
| 4007923 | 10/5/2005 | | 100.75 | | 100.75 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 2,500 | 114281 |
| 4007923 | 10/5/2005 | | 100.75 | | 100.75 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 2,500 | 114281 |
| 4007923 | 10/5/2005 | | 100.75 | | 100.75 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 2,500 | 114281 |
| 4007923 | 10/5/2005 | | 100.75 | | 100.75 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 2,500 | 114280 |
| 4007970 | 10/5/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114281 |
| 4007929 | 10/5/2005 | | 157.98 | | 157.98 | 751054.1*GRN | 16873545 | LEVER,SPACER | 550023577 | 6,000 | 114278 |
| 4007929 | 10/5/2005 | | 157.98 | | 157.98 | 751054.1*GRN | 16873545 | LEVER,SPACER | 550023577 | 6,000 | 114278 |
| 4007929 | 10/5/2005 | | 157.98 | | 157.98 | 751054.1*GRN | 16873545 | LEVER,SPACER | 550023577 | 6,000 | 114278 |
| 4007929 | 10/5/2005 | | 157.98 | | 157.98 | 751054.1*GRN | 16873545 | LEVER,SPACER | 550023577 | 6,000 | 114263 |
| 5004936 | 10/5/2005 | | 36.82 | | 36.82 | 751187.NN | 16888030 | LEVER,INSIDE L.,RR | 550023184 | 1,000 | 114280 |
| 5002889 | 10/5/2005 | | 93.80 | | 93.80 | 751204.K03 | 16889081 | LEVER, BELLCRANK | 550023184 | 7,000 | 114280 |
| 5002644 | 10/5/2005 | | 177.66 | | 177.66 | 751256.1 | 16889250 | CAM-FORKBOLT SWIT. RH | 550023184 | 7,000 | 114280 |
| 5002644 | 10/5/2005 | | 177.66 | | 177.66 | 751256.1 | 16889250 | CAM-FORKBOLT SWIT. RH | 550023184 | 7,000 | 114280 |
| 5002645 | 10/5/2005 | | 126.90 | | 126.90 | 751257.PP | 16889251 | CAM-FORKBOLT SWIT. LH | 550023184 | 5,000 | 114280 |
| 4007971 | 10/6/2005 | | 434.28 | | 434.28 | 750921.NN | 16642829 | LEVER,ACTUATING | 550023577 | 14,000 | 114318 |
| 4007972 | 10/6/2005 | | 250.25 | | 250.25 | 750922.K01 | 16642830 | LEVER, BYPASS | 550023577 | 7,000 | 114318 |
| 4007972 | 10/6/2005 | | 250.25 | | 250.25 | 750922.K01 | 16642830 | LEVER, BYPASS | 550023577 | 7,000 | 114318 |
| 4007923 | 10/6/2005 | | 100.75 | | 100.75 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 2,500 | 114318 |
| 4007923 | 10/6/2005 | | 100.75 | | 100.75 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 2,500 | 114318 |
| 4007923 | 10/6/2005 | | 100.75 | | 100.75 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 2,500 | 114318 |
| 4007923 | 10/6/2005 | | 100.75 | | 100.75 | 750929.NN | 16642800 | LEVER,INTERMITTENT RH | 550023184 | 2,500 | 114319 |
| 4007970 | 10/6/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114318 |
| 4007970 | 10/6/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114318 |
| 4007970 | 10/6/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114318 |
| 4007970 | 10/6/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114318 |
| 4007970 | 10/6/2005 | | 100.75 | | 100.75 | 750930.QQ | 16642801 | LEVER,INTERMITTENT LH | 550023577 | 2,500 | 114320 |
| 4007929 | 10/6/2005 | | 157.98 | | 157.98 | 751054.1*GRN | 16873545 | LEVER,SPACER | 550023577 | 6,000 | 114314 |
| 4007929 | 10/6/2005 | | 157.98 | | 157.98 | 751054.1*GRN | 16873545 | LEVER,SPACER | 550023577 | 6,000 | 114314 |
| 5005038 | 10/6/2005 | | 228.60 | | 228.60 | 751184.1 | 16889080 | BEARING, ACT. SCRE W | 550023184 | 45,000 | 114318 |
| 5004936 | 10/6/2005 | | 36.82 | | 36.82 | 751187.NN | 16888030 | LEVER,INSIDE L.,RR | 550023184 | 1,000 | 114318 |
| 5002889 | 10/6/2005 | | 93.80 | | 93.80 | 751204.K03 | 16889081 | LEVER, BELLCRANK | 550023184 | 7,000 | 114318 |
| 5002889 | 10/6/2005 | | 93.80 | | 93.80 | 751204.K03 | 16889081 | LEVER, BELLCRANK | 550023184 | 7,000 | 114318 |
| 5002889 | 10/6/2005 | | 93.80 | | 93.80 | 751204.K03 | 16889081 | LEVER, BELLCRANK | 550023184 | 7,000 | 114318 |
| 5002889 | 10/6/2005 | | 93.80 | | 93.80 | 751204.K03 | 16889081 | LEVER, BELLCRANK | 550023184 | 7,000 | 114318 |
| 5002644 | 10/6/2005 | | 177.66 | | 177.66 | 751256.1 | 16889250 | CAM-FORKBOLT SWIT. RH | 550023184 | 7,000 | 114318 |
| 5002644 | 10/6/2005 | | 177.66 | | 177.66 | 751256.1 | 16889250 | CAM-FORKBOLT SWIT. RH | 550023184 | 7,000 | 114318 |
| 5002645 | 10/6/2005 | | 126.90 | | 126.90 | 751257.PP | 16889251 | CAM-FORKBOLT SWIT. LH | 550023184 | 5,000 | 114318 |
| 5002645 | 10/6/2005 | | 126.90 | | 126.90 | 751257.PP | 16889251 | CAM-FORKBOLT SWIT. LH | 550023184 | 5,000 | 114318 |
| 5002645 | 10/6/2005 | | 126.90 | | 126.90 | 751257.PP | 16889251 | CAM-FORKBOLT SWIT. LH | 550023184 | 5,000 | 114318 |
| 4007929 | 10/7/2005 | | 157.98 | | 157.98 | 751054.1*GRN | 16873545 | LEVER,SPACER | 550023577 | 6,000 | 114338 |
| 4007929 | 10/7/2005 | | 315.96 | | 315.96 | 751054.1*GRN | 16873545 | LEVER,SPACER | 550023577 | 12,000 | 114338 |
| 5001406 | 9/28/2005 | | 57.63 | | 57.63 | 750947.QQ | 26082451 | RETAINER, E/A STRA P | SAG90I4960 | 500 | 114064 |
| 4008243 | 9/28/2005 | | 54.31 | | 54.31 | 750945.QQ | 26091223 | RELEASE, FOLLOWER | SAG90I5001 | 700 | 114065 |
| 4008243 | 9/28/2005 | | 108.61 | | 108.61 | 750945.QQ | 26091223 | RELEASE, FOLLOWER | SAG90I5001 | 1,400 | 114065 |
| 4008244 | 9/28/2005 | | 47.92 | | 47.92 | 750946.QQ | 26091638 | RETAINER, BOLT | SAG90I5001 | 700 | 114065 |
| 4008244 | 9/28/2005 | | 47.92 | | 47.92 | 750946.QQ | 26091638 | RETAINER, BOLT | SAG90I5001 | 700 | 114065 |
| 4008244 | 9/28/2005 | | 47.92 | | 47.92 | 750946.QQ | 26091638 | RETAINER, BOLT | SAG90I5001 | 700 | 114065 |
| 4008242 | 9/28/2005 | | 57.63 | | 57.63 | 750947.QQ | 26082451 | RETAINER, E/A STRA P | SAG90I4960 | 500 | 114066 |
| 4008242 | 9/28/2005 | | 57.63 | | 57.63 | 750947.QQ | 26082451 | RETAINER, E/A STRA P | SAG90I4960 | 500 | 114066 |
| 4008242 | 9/28/2005 | | 57.63 | | 57.63 | 750947.QQ | 26082451 | RETAINER, E/A STRA P | SAG90I4960 | 500 | 114066 |
| 4008242 | 9/28/2005 | | 230.50 | | 230.50 | 750947.QQ | 26082451 | RETAINER, E/A STRA P | SAG90I4960 | 2,000 | 114066 |
| 4008243 | 9/29/2005 | | 162.92 | | 162.92 | 750945.QQ | 26091223 | RELEASE, FOLLOWER | SAG90I5001 | 2,100 | 114098 |
| 4008244 | 9/29/2005 | | 47.92 | | 47.92 | 750946.QQ | 26091638 | RETAINER, BOLT | SAG90I5001 | 700 | 114098 |
| 4008244 | 9/29/2005 | | 95.83 | | 95.83 | 750946.QQ | 26091638 | RETAINER, BOLT | SAG90I5001 | 1,400 | 114098 |
| 4008242 | 9/29/2005 | | 806.75 | | 806.75 | 750947.QQ | 26082451 | RETAINER, E/A STRA P | SAG90I4960 | 7,000 | 114098 |
| 4008243 | 9/30/2005 | | 54.31 | | 54.31 | 750945.QQ | 26091223 | RELEASE, FOLLOWER | SAG90I5001 | 700 | 114148 |
| 4008243 | 9/30/2005 | | 108.61 | | 108.61 | 750945.QQ | 26091223 | RELEASE, FOLLOWER | SAG90I5001 | 1,400 | 114148 |
| 4008244 | 9/30/2005 | | 143.75 | | 143.75 | 750946.QQ | 26091638 | RETAINER, BOLT | SAG90I5001 | 2,100 | 114148 |
| 4008242 | 9/30/2005 | | 115.25 | | 115.25 | 750947.QQ | 26082451 | RETAINER, E/A STRA P | SAG90I4960 | 1,000 | 114148 |
| 4008242 | 9/30/2005 | | 115.25 | | 115.25 | 750947.QQ | 26082451 | RETAINER, E/A STRA P | SAG90I4960 | 1,000 | 114148 |
| 4008242 | 9/30/2005 | | 172.88 | | 172.88 | 750947.QQ | 26082451 | RETAINER, E/A STRA P | SAG90I4960 | 1,500 | 114148 |
| 4008243 | 10/3/2005 | | 54.31 | | 54.31 | 750945.QQ | 26091223 | RELEASE, FOLLOWER | SAG90I5001 | 700 | 114163 |

| Ref # | Invoice Date | Type | Debit | Credit | Inv Bal | Security's P/N | Delphi's P/N | P/N Description | DELPHI PO# | QTY | Packing Slip # |
|-------|------|------|-------|--------|---------|----------------|--------------|-----------------|------------|-----|----------------|
| 4008243 | 10/3/2005 | | 108.61 | | 108.61 | 750945.QQ | 26091223 | RELEASE, FOLLOWER | SAG90I5001 | 1,400 | 114163 |
| 4008244 | 10/3/2005 | | 47.92 | | 47.92 | 750946.QQ | 26091638 | RETAINER, BOLT | SAG90I5001 | 700 | 114163 |
| 4008244 | 10/3/2005 | | 95.83 | | 95.83 | 750946.QQ | 26091638 | RETAINER, BOLT | SAG90I5001 | 1,400 | 114163 |
| 4008242 | 10/3/2005 | | 115.25 | | 115.25 | 750947.QQ | 26082451 | RETAINER, E/A STRA P | SAG90I4960 | 1,000 | 114163 |
| 4008242 | 10/3/2005 | | 115.25 | | 115.25 | 750947.QQ | 26082451 | RETAINER, E/A STRA P | SAG90I4960 | 1,000 | 114163 |
| 4008242 | 10/3/2005 | | 172.88 | | 172.88 | 750947.QQ | 26082451 | RETAINER, E/A STRA P | SAG90I4960 | 1,500 | 114163 |
| 4008243 | 10/4/2005 | | 54.31 | | 54.31 | 750945.QQ | 26091223 | RELEASE, FOLLOWER | SAG90I5001 | 700 | 114220 |
| 4008243 | 10/4/2005 | | 54.31 | | 54.31 | 750945.QQ | 26091223 | RELEASE, FOLLOWER | SAG90I5001 | 700 | 114220 |
| 4008244 | 10/4/2005 | | 47.92 | | 47.92 | 750946.QQ | 26091638 | RETAINER, BOLT | SAG90I5001 | 700 | 114220 |
| 4008244 | 10/4/2005 | | 47.92 | | 47.92 | 750946.QQ | 26091638 | RETAINER, BOLT | SAG90I5001 | 700 | 114220 |
| 4008242 | 10/4/2005 | | 345.75 | | 345.75 | 750947.QQ | 26082451 | RETAINER, E/A STRA P | SAG90I4960 | 3,000 | 114221 |
| 4008243 | 10/5/2005 | | 108.61 | | 108.61 | 750945.QQ | 26091223 | RELEASE, FOLLOWER | SAG90I5001 | 1,400 | 114268 |
| 4008244 | 10/5/2005 | | 47.92 | | 47.92 | 750946.QQ | 26091638 | RETAINER, BOLT | SAG90I5001 | 700 | 114268 |
| 4008244 | 10/5/2005 | | 47.92 | | 47.92 | 750946.QQ | 26091638 | RETAINER, BOLT | SAG90I5001 | 700 | 114268 |
| 4008242 | 10/5/2005 | | 345.75 | | 345.75 | 750947.QQ | 26082451 | RETAINER, E/A STRA P | SAG90I4960 | 3,000 | 114268 |
| 5000008 | 9/29/2005 | | 113.21 | | 113.21 | 751100.K01 | 26104660 | BUMPER TILT | SAG90I4960 | 1,500 | 114099 |
| 5000008 | 10/3/2005 | | 113.21 | | 113.21 | 751100.K01 | 26104660 | BUMPER TILT | SAG90I4961 | 1,500 | 114184 |
| | | | $ 48,567.76 | | $ 48,567.76 | Total | | | | 1,713,100 | |