**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE:

DELPHI CORPORATION, et al.                                  Case No. 05-44481 (RDD)
                                                            Chapter 11 - Jointly Administered)
              Debtors-in-Possession.                         Honorable Robert D. Drain

_____/

**NOTICE OF RECLAMATION DEMAND BY LINAMAR HOLDINGS, INC.**

Linamar Holdings, Inc. ("Linamar Holdings"), by its undersigned counsel, hereby makes this Reclamation Demand pursuant to 11 U.S.C. §546(c)(1); MCLA 440.2702(2)(the Michigan Uniform Commercial Code) and procedures established by Order of the United States Bankruptcy Court for the Southern District of New York, dated October 13, 2005 and entered on October 14, 2005.

Linamar Holding's reclamation claim is for all inventory, products, equipment, parts, accessions and related materials (collectively the "Goods") which were shipped pursuant to the invoices on the shipment dates and in the amounts set forth in the schedules attached hereto as Exhibit A. All Goods were delivered between the time period of September 28, 2005 through October 8, 2005. Purchase orders describing the Goods are attached hereto as Exhibit B.

To the extent that the Debtors fail and/or refuse to return the Goods, Linamar Holdings asserts an administrative priority claim relating to the Goods in the amount of $1,629,157.12, the invoice price. Linamar Holdings expressly reserves any and all other rights and remedies it may possess against the Debtors, including those with respect to the Goods or its claim for the Goods, and any right to amend this reclamation claim at a later date.

                                        Respectfully submitted,

                                        LAMBERT, LESER, ISACKSON,
                                        COOK & GIUNTA, P.C.


Dated: 10/18/05           By:    /s/ Susan M. Cook
                                 SUSAN M. COOK (P31514)
                                 Attorneys for Creditor Linamar Holdings
                                 916 Washington Avenue, Suite 309
                                 P.O. Box 835
                                 Bay City, Michigan 48707
                                 Telephone: (989) 893-3518, Fax (989) 894-2232
                                 scook@lambertleser.com