| Company/Customer Name | Bill To | Ship To | Invoice Number | Amount | Ship Date |
|---|---|---|---|---|---|
| Transgear Delphi Automotive Sys. | 19-A | DELPHI-A SI | 28270 | 21390.00 | 9/28/2005 |
| Transgear Delphi Automotive Sys. | 19-A | DELPHI-A SI | 28291 | 22080.00 | 9/29/2005 |
| Transgear Delphi Automotive Sys. | 19-A | DELPHI-A SI | 28302 | 23977.50 | 9/30/2005 |
| Transgear Delphi Automotive Sys. | 19-A | DELPHI-A SI | 28308 | 10350.00 | 10/1/2005 |
| Transgear Delphi Automotive Sys. | 19-A | DELPHI-A SI | 28311 | 30670.50 | 10/3/2005 |
| Transgear Delphi Automotive Sys. | 19-A | DELPHI-A SI | 28328 | 23287.50 | 10/4/2005 |
| Transgear Delphi Automotive Sys. | 19-A | DELPHI-A SI | 28338 | 23287.50 | 10/5/2005 |
| Transgear Delphi Automotive Sys. | 19-A | DELPHI-A SI | 28351 | 25875.00 | 10/6/2005 |
| Transgear Delphi Automotive Sys. | 19-A | DELPHI-A SI | 28360 | 23287.50 | 10/7/2005 |
| Transgear Delphi Automotive Sys. | 19-A | DELPHI-A SI | 28370 | 10350.00 | 10/8/2005 |
| Transgear Delphi Automotive Sys. | 011US | 011US SI | 28290 | 23167.20 | 9/29/2005 |
| Transgear Delphi Automotive Sys. | 011US | 011US SI | 28300 | 88035.36 | 9/30/2005 |
| Transgear Delphi Automotive Sys. | 011US | 011US SI | 28325 | 88035.36 | 10/4/2005 |
| Transgear Delphi Automotive Sys. | 011US | 011US SI | 28354 | 88035.36 | 10/6/2005 |
| | | | | 501828.78 | |
| Roctel MA Delphi Sag. Steering Sys. | 100 | DM | 85399 | 216.32 | 10/4/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-M SI | 85566 | 292.77 | 9/30/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-M SI | 85594 | 439.14 | 9/30/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-M SI | 85638 | 289.33 | 9/30/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86395 | 11697.38 | 9/28/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86397 | 8257.25 | 9/28/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86398 | 3845.76 | 9/28/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86399 | 5641.50 | 9/28/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86400 | 9229.82 | 9/28/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86401 | 5768.64 | 9/29/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-M SI | 86402 | 6807.55 | 9/29/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-M SI | 86403 | 10599.94 | 9/29/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-M SI | 86404 | 4555.98 | 9/29/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86411 | 8257.25 | 9/29/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86412 | 3749.62 | 9/29/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86413 | 11701.44 | 9/29/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-21 SI | 86415 | 20823.12 | 9/28/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-3 SI | 86416 | 5428.75 | 9/29/2005 |

| Vendor | Qty | Part | Invoice | Amount | Date |
|---|---|---|---|---|---|
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86417 | 9229.82 | 9/29/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86418 | 5768.64 | 9/30/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86424 | 12385.87 | 9/30/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86425 | 1073.61 | 9/30/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86427 | 7313.40 | 9/30/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-21 SI | 86433 | 23787.00 | 9/29/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-21 SI | 86438 | 18159.84 | 9/30/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86441 | 23074.56 | 10/2/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86445 | 12385.87 | 10/3/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86446 | 3605.40 | 10/3/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86447 | 7313.40 | 10/3/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86455 | 5768.64 | 10/3/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86456 | 10383.55 | 10/3/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86457 | 5768.64 | 10/3/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-M SI | 86459 | 10599.94 | 10/4/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86460 | 8257.25 | 10/4/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86461 | 5850.72 | 10/4/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86462 | 4230.34 | 10/4/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86488 | 9229.82 | 10/4/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86490 | 5768.64 | 10/4/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86507 | 5850.72 | 10/5/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86508 | 3052.39 | 10/5/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86510 | 5768.64 | 10/5/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86511 | 12385.87 | 10/5/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-21 SI | 86512 | 22802.85 | 10/3/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-3 SI | 86513 | 5428.75 | 10/3/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-21 SI | 86514 | 31213.26 | 10/4/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86518 | 1789.93 | 10/5/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86519 | 4128.62 | 10/5/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86520 | 9229.82 | 10/5/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86522 | 2884.32 | 10/6/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86526 | 5850.72 | 10/6/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-21 SI | 86527 | 36424.32 | 10/5/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-M SI | 86530 | 4550.04 | 10/6/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-M SI | 86531 | 15899.90 | 10/6/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86532 | 407.43 | 10/6/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86533 | 5768.64 | 10/6/2005 |

| | | | | | |
|---|---|---|---|---|---|
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86534 | 4128.62 | 10/6/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86538 | 11537.28 | 10/6/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86540 | 5384.06 | 10/7/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86545 | 5850.72 | 10/7/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86546 | 5866.99 | 10/7/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 3000-3PI SI | 86547 | 1797.75 | 10/7/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | 100-7 SI | 86551 | 5768.64 | 10/7/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | DM | 443319 | 24753.78 | 10/4/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | DM | 443341 | 7530.54 | 10/4/2005 |
| Roctel MA Delphi Sag. Steering Sys. | 100 | DM | 443387 | 8299.51 | 10/4/2005 |
| | | | | 561910.62 | |
| Invar Manufacturing | | | | | |
| 246666929 | | | 26249 | 13393.51 | 9/28/2005 |
| 246666929 | | | 26241 | 7493.90 | 9/28/2005 |
| 246666929 | | | 26253 | 7673.69 | 9/28/2005 |
| 246666929 | | | 26252 | 11179.08 | 9/28/2005 |
| 246666929 | | | 26254 | 9070.00 | 9/28/2005 |
| 246666929 | | | 26262 | 13889.57 | 9/29/2005 |
| 246666929 | | | 26263 | 9729.72 | 9/29/2005 |
| 246666929 | | | 26264 | 6224.33 | 9/29/2005 |
| 246666929 | | | 26255 | 6224.33 | 9/29/2005 |
| 246666929 | | | 26265 | 10561.94 | 9/29/2005 |
| 246666929 | | | 26256 | 5062.18 | 9/29/2005 |
| 246666929 | | | 26254 | 1449.36 | 9/30/2005 |
| 246666929 | | | 26275 | 13889.57 | 9/30/2005 |
| 246666929 | | | 26277 | 8763.48 | 9/30/2005 |
| 246666929 | | | 26274 | 2415.60 | 9/30/2005 |
| 246666929 | | | 26292 | 15873.79 | 10/3/2005 |
| 246666929 | | | 26277A/26283 | 28900.11 | 10/3/2005 |
| 246666929 | | | 26293 | 22562.69 | 10/3/2005 |
| 246666929 | | | 26277B/26284 | 8022.79 | 10/3/2005 |
| 246666929 | | | 26295 | 14598.49 | 10/3/2005 |
| 246666929 | | | 26294 | 3864.96 | 10/3/2005 |
| 246666929 | | | 26256A/26287 | 5062.18 | 10/3/2005 |
| 246666929 | | | 26296/091105 | 47320.32 | 10/3/2005 |

| | | | |
|---|---|---|---|
| 246666929 | 26297/091505 | 88725.60 | 10/3/2005 |
| 246666929 | 26304 | 15377.74 | 10/4/2005 |
| 246666929 | 26306 | 18068.04 | 10/4/2005 |
| 246666929 | 26309 | 15157.13 | 10/4/2005 |
| 246666929 | 26308 | 7246.80 | 10/4/2005 |
| 246666929 | 26307 | 4499.71 | 10/4/2005 |
| 246666929 | 26316 | 28841.74 | 10/5/2005 |
| 246666929 | 26319 | 14608.68 | 10/5/2005 |
| 246666929 | 26310 | 4831.20 | 10/5/2005 |
| 246666929 | 26320 | 2415.60 | 10/5/2005 |
| 246666929 | 26321 | 15917.62 | 10/6/2005 |
| 246666929 | 26334 | 15377.74 | 10/6/2005 |
| 246666929 | 26332 | 1211.80 | 10/6/2005 |
| 246666929 | 26335 | 11404.90 | 10/6/2006 |
| 246666929 | 26336 | 3864.96 | 10/6/2005 |
| 246666929 | 26324 | 4831.20 | 10/6/2005 |
| 246666929 | 26342 | 15377.74 | 10/7/2005 |
| 246666929 | 26339 | 16377.72 | 10/7/2005 |
| 246666929 | 26351 | 8056.27 | 10/7/2005 |
| | | 565417.78 | |