# DELPHI
Energy & Chassis Systems

Page 1 of 2

**Buyer:**
DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098
UNITED STATES

**Deliver to:**
DELPHI E & C - SANDUSKY
2509 HAYES AVE.
SANDUSKY OH 44870
UNITED STATES

1600725 ONTARIO INC
TRANSGEAR MANUFACTURING DIV
400 MASSEY RD
GUELPH-ONTARIO ON N1K 1C4
CANADA

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550059816 | 09/20/2004 |
| Version | |
| 01/11/2005 08:34:46 | |

Vendor No: 1015252
DUNS No: 205534667

Payment Terms: 2MN2   Currency: USD
Payment settled on 2nd, 2nd Month
Incoterms: FOB-Freight Collect

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 5606011 | HC01 DELPHI E & C SANDUSKY |

MACHINING SUPPORT 5606011
FINISHED MACHINED 1-2 SUPPORT
CASTING FOR 4T60E TRANSMISSION
***THIS AMENDMENT CHANGES PRICE***
***THIS AMENDMENT CHANGES VALIDITY***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01/01/2004 | 12/31/2004 | USD | 8,290.00 | 1,000 | PC |
| 01/01/2005 | 06/30/2005 | USD | 9,850.00 ✓ | 1,000 | PC |
| 07/01/2005 | 06/30/2006 | USD | 9,653.00 | 1,000 | PC |
| 07/01/2006 | 06/30/2007 | USD | 9,459.94 | 1,000 | PC |
| 07/01/2007 | 12/31/2007 | USD | 9,270.74 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**
This Contract replaces previous contract # 550052355.

RECEIVED FEB 04 2005

Purchasing Contact: Smith, Aaron
Phone: 248-813-4363
Fax: 248-813-4599

Contact Address:
DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

Date and Time Printed: 01/11/2005 08:34:46

**TRANSGEAR** Manufacturing
A Division of Linamar Holdings Inc.
A Member of the Linamar Group of Companies

400 Massey Road, Guelph, Ontario, Canada N1K 1C4
Tel: 519.763.5370  Fax: 519.763.8840
www.linamar.com

**FAX**

Date:  
To: Tracy  
Company:  
Fax Number:  

Pages: (Including Cover) 3  
From: Dorothy  
Subject:  

☐ URGENT      ☐ FOR REVIEW      ☐ PLEASE COMMENT      ☐ PLEASE REPLY

Hi Tracy,

Here are 2 P.O.s for our 2 Delphi product lines. The payment we received last week is now applied, so the ∆5400 is current.

Dorothy

The information in this fax transmission is privileged and confidential. It is intended only for use of the addressee named above. If you are not the intended addressee, any disclosure, copying, or distribution of the information, or the taking of action in reliance on it, is strictly prohibited. If you have received this fax in error, please notify us immediately and destroy the same, without making a copy. Thank you for your assistance.



**DELPHI** ──────────────────────────────── Harrison Thermal Systems

Page 1 of 3

Buyer:
DELPHI
THERMAL & INTERIOR SYSTEMS
200 UPPER MOUNTAIN RD
LOCKPORT NY 14094
UNITED STATES

Deliver to:
DELPHI THERMAL KETTERING
3535 South Kettering Blvd.
MORAINE OH 45439
UNITED STATES

LINAMAR HOLDINGS INC
TRANSGEAR MANUFACTURING
287 SPEEDVALE AVE W
GUELPH-ONTARIO ON N1H 1C5
CANADA

Requirements Contract

PO Number: 550057090
Date Issued: 08-Jul-2004
Version: 29-Aug-2005 15:02:30

Vendor No: 1015252
DUNS No: 205534667
Payment Terms: ZMN2   Currency: USD
Payment settled on 2nd, 2nd Month
Incoterms: FOB-FREIGHT COLLECT

\*\*\* Condition record changed
\*\*\* Text changed

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 6582036 Shaft & Driver Hub Asm | J301 DELPHI T & I KETTERING |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jul-2004 | 14-Sep-2004 | USD | 4,723.60 | 1,000 | PC |
| 15-Sep-2004 | 31-Dec-2004 | USD | 4,745.20 | 1,000 | PC |
| 01-Jan-2005 | 31-Mar-2005 | USD | 6,610.00 | 1,000 | PC |
| 01-Apr-2005 | 31-Dec-2006 | USD | 5,750.00 | 1,000 | PC |
| 01-Jan-2007 | 31-Dec-2007 | USD | 5,563.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* Condition record added
\*\*\* Condition record changed
\*\*\* Net price changed

Notes:

Purchasing Contact: McLean, D. L.
Phone: 716-439-2480
Fax: 716-439-2216

Contact Address:

Date and Time Printed: 29-Aug-2005 15:02:30

TOTAL P.03

**DELPHI** — Harrison Thermal Systems

Page 1 of 3

**Buyer:**
DELPHI
THERMAL & INTERIOR SYSTEMS
200 UPPER MOUNTAIN RD
LOCKPORT NY 14094
UNITED STATES

**Deliver to:**
DELPHI THERMAL KETTERING
3535 South Kettering Blvd.
MORAINE OH 45439
UNITED STATES

LINAMAR HOLDINGS INC
TRANSGEAR MANUFACTURING
287 SPEEDVALE AVE W
GUELPH-ONTARIO ON N1H 1C5
CANADA

**Requirements Contract**

PO Number: 550057090
Date Issued: 08-Jul-2004
Version: 29-Aug-2005 15:02:30

Vendor No: 1015252
DUNS No: 205534667

**Payment Terms:** ZMN2    **Currency:** USD
Payment settled on 2nd, 2nd Month

**Incoterms:** FOB-FREIGHT COLLECT

*new*

\*\*\* Condition record changed
\*\*\* Text changed

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 6582036  Shaft & Driver Hub Ass | J301 DELPHI T & I KETTERING |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jul-2004 | 14-Sep-2004 | USD | 4,723.60 | 1,000 | PC |
| 15-Sep-2004 | 31-Dec-2004 | USD | 4,745.20 | 1,000 | PC |
| 01-Jan-2005 | 31-Mar-2005 | USD | 6,610.00 | 1,000 | PC |
| 01-Apr-2005 | 31-Dec-2006 | USD | 5,750.00 | 1,000 | PC |
| 01-Jan-2007 | 31-Dec-2007 | USD | 5,563.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* Condition record added
\*\*\* Condition record changed
\*\*\* Net price changed

6.61 − 5.75 = 86¢/piece U.S.
× 235,800 pieces = $202,788 U.S.

**Notes:**

Purchasing Contact: McLean, D. L.
Phone: 716-439-2480
Fax: 716-439-2216

Contact Address:

Date and Time Printed: 29-Aug-2005 15:02:30

# DELPHI
———————————————————— Harrison Thermal Systems

Page 1 of 2

RECEIVED SEP 0 8 2005

**Buyer:**
DELPHI
THERMAL & INTERIOR SYSTEMS
200 UPPER MOUNTAIN RD
LOCKPORT NY 14094
UNITED STATES

**Requirements Contract**

PO Number: 550057090
Date Issued: 08-Jul-2004
Version: 25-Aug-2005 08:58:25

**Deliver to:**
DELPHI THERMAL KETTERING
3535 South Kettering Blvd.
MORAINE OH 45439
UNITED STATES

LINAMAR HOLDINGS INC
TRANSGEAR MANUFACTURING
287 SPEEDVALE AVE W
GUELPH-ONTARIO ON N1H 1C5
CANADA

Vendor No: 1015252
DUNS No: 205534667

**Payment Terms:** ZMN2   **Currency:** USD
Payment settled on 2nd, 2nd Month

**Incoterms:** FOB-FREIGHT COLLECT

*Original*

\*\*\* Incoterms changed
\*\*\* Text changed

| Item No. | Material No. / Description | Plant |
|---|---|---|
| 00010 | 6582036 Shaft & Driver Hub Assm | J301 DELPHI T & I KETTERING |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jul-2004 | 14-Sep-2004 | USD | 4,723.60 | 1,000 | PC |
| 15-Sep-2004 | 31-Dec-2004 | USD | 4,745.20 | 1,000 | PC |
| 01-Jan-2005 | 31-Dec-2007 | USD | 5,750.00 | 1,000 | PC |

*reg wlmp n/c*

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* Condition record changed

**Notes:**
Validity date extended to 12/31/2007 per Doug McLean 8/25/05
Validity date extended to 12/31/2005 per Doug McLean 5/2/05

Purchasing Contact: McLean, D. L.
Phone: 716-439-2480
Fax: 716-439-2216

Contact Address:

Date and Time Printed: 25-Aug-2005 08:58:25

TOTAL P.03

**TRANSGEAR** Manufacturing
A Division of Linamar Holdings Inc.
A Member of the Linamar Group of Companies

400 Massey Road, Guelph, Ontario, Canada N1K 1C4
Tel: 519.763.5370  Fax: 519.763.8840
www.linamar.com

FAX

Date:
To: Tracy Tait
Company:
Fax Number:

Pages: (Including Cover)
From: Dorothy
Subject:

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY

Hi Tracy,
Here's the back-up for the misc. U.S. charge. Please call me if you have any questions.

Thanks!
Dorothy

The information in this fax transmission is privileged and confidential. It is intended only for use of the addressee named above. If you are not the intended addressee, any disclosure, copying, or distribution of the information, or the taking of action in reliance on it, is strictly prohibited. If you have received this fax in error, please notify us immediately and destroy the same, without making a copy. Thank you for your assistance.

# DELPHI

Energy & Chassis Systems

Page 1 of 2

**Buyer:**
DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098
UNITED STATES

**Deliver to:**
DELPHI E & C - SANDUSKY
2509 HAYES AVE.
SANDUSKY OH 44870
UNITED STATES

1600725 ONTARIO INC
TRANSGEAR MANUFACTURING DIV
400 MASSEY RD
GUELPH-ONTARIO ON N1K 1C4
CANADA

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550059816 | 09/20/2004 |

Version
01/11/2005 08:34:46

Vendor No: 1015252
DUNS No: 205534667

**Payment Terms:** ZMN2    **Currency:** USD
Payment settled on 2nd, 2nd Month

**Incoterms:** FOB- Freight Collect

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 5606011 MACHINING SUPPORT    5606011 FINISHED MACHINED 1-2 SUPPORT CASTING FOR 4T60E TRANSMISSION ***THIS AMENDMENT CHANGES PRICE*** ***THIS AMENDMENT CHANGES VALIDITY*** | HC01 DELPHI E & C SANDUSKY |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01/01/2004 | 12/31/2004 | USD | 8,290.00 | 1,000 | PC |
| 01/01/2005 | 06/30/2005 | USD | 9,850.00 ✓ | 1,000 | PC |
| 07/01/2005 | 06/30/2006 | USD | 9,653.00 | 1,000 | PC |
| 07/01/2006 | 06/30/2007 | USD | 9,459.94 | 1,000 | PC |
| 07/01/2007 | 12/31/2007 | USD | 9,270.74 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**
This Contract replaces previous contract # 550052355.

RECEIVED FEB 0 4 2005

Purchasing Contact: Smith, Aaron

Phone: 248-813-4363

Fax: 248-813-4599

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

Date and Time Printed: 01/11/2005 08:34:46

# DELPHI
_Energy & Chassis Systems_

Page 2 of 2

```
1600725 ONTARIO INC
TRANSGEAR MANUFACTURING DIV
400 MASSEY RD
GUELPH-ONTARIO ON N1K 1C4
CANADA
```

**Requirements Contract**

PO Number: 550059816
Version: 01/11/2005 08:34:46
Date Issued: 09/20/2004

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes Continued:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
As a supplier to Delphi Energy & Chassis you must use a Delphi approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at 800-805-9433. Failure to follow these instructions could result in a charge back to your company

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
01/11/05 - Alteration to change price and price validity on Material 5606011 (Item 10). dmp

# DELPHI

Harrison Thermal Systems

Page 1 of 3

**Buyer:**
DELPHI
THERMAL & INTERIOR SYSTEMS
200 UPPER MOUNTAIN RD
LOCKPORT NY 14094
UNITED STATES

**Deliver to:**
DELPHI THERMAL KETTERING
3535 South Kettering Blvd.
MORAINE OH 45439
UNITED STATES

LINAMAR HOLDINGS INC
TRANSGEAR MANUFACTURING
287 SPEEDVALE AVE W
GUELPH-ONTARIO ON N1H 1C5
CANADA

**Requirements Contract**

PO Number: 550057090
Date Issued: 08-Jul-2004
Version: 29-Aug-2005 15:02:30

Vendor No: 1015252
DUNS No: 205534667

**Payment Terms:** ZMN2    **Currency:** USD
Payment settled on 2nd, 2nd Month

**Incoterms:** FOB- FREIGHT COLLECT

\*\*\* Condition record changed
\*\*\* Text changed

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 6582036 Shaft & Driver Hub Asm | J301 DELPHI T & I KETTERING |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jul-2004 | 14-Sep-2004 | USD | 4,723.60 | 1,000 | PC |
| 15-Sep-2004 | 31-Dec-2004 | USD | 4,745.20 | 1,000 | PC |
| 01-Jan-2005 | 31-Mar-2005 | USD | 6,610.00 | 1,000 | PC |
| 01-Apr-2005 | 31-Dec-2006 | USD | 5,750.00 | 1,000 | PC |
| 01-Jan-2007 | 31-Dec-2007 | USD | 5,563.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* Condition record added
\*\*\* Condition record changed
\*\*\* Net price changed

Notes:

Purchasing Contact: McLean, D. L.
Phone: 716-439-2480
Fax: 716-439-2216

Contact Address:

Date and Time Printed: 29-Aug-2005 15:02:30

# DELPHI

Harrison Thermal Systems

Page 2 of 3

LINAMAR HOLDINGS INC
TRANSGEAR MANUFACTURING
287 SPEEDVALE AVE W
GUELPH-ONTARIO ON N1H 1C5
CANADA

**Requirements Contract**

PO Number
550057090

Date Issued
08-Jul-2004

Version
29-Aug-2005 15:02:30

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes Continued:**

Validity dates changing & pricing adjustments made per D. McLean 8/29/05

**********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
**********************

**********************************************************************
Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

**********************************************************************
Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

**********************************************************************
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

**********************************************************************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept

**DELPHI** ──────────────────────────── Harrison Thermal Systems

Page 3 of 3

| LINAMAR HOLDINGS INC<br>TRANSGEAR MANUFACTURING<br>287 SPEEDVALE AVE W<br>GUELPH-ONTARIO ON N1H 1C5<br>CANADA | **Requirements Contract**<br>PO Number — 550057090<br>Version<br>29-Aug-2005 15:02:30 | Date Issued<br>08-Jul-2004 |

**Item No.   Material No.                                          Plant**
            **Description**

**Notes Continued:**
any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*