ORIGINAL COPY

PURCHASING LOCATION

# DELPHI

PURCHASE ORDER    SAG9014248

ALTERATION 27433

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 05/25/00
AUGUST 24, 2005

VENDOR 480913    DUNS 025999009

INVOICE TO

ATTN    ACCOUNTS PAYABLE

ROCTEL MFG % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI            48034

SHIP TO

Sept 20 05

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR KA |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | THIS ORDER IS EFFECTIVE  5/24/00 AND EXPIRES 12/31/05. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| PC | ********* 26055745 | THE FOLLOWING PRICE EFFECTIVE  9/01/05 HOUSING BLANK, HYD PUMP TO BLUEPRINT REV. 16B DATED  1/07/05 PER CHART        REV. 16B DTD  1/07/05 ACTIVE | ********* 12.658 | PC |
| | | ACT 2400  75000          TAX 4B WEEKLY CAP      15000   MIN LOT SIZE PERCENT OF BUSINESS    100% | | |
| | | REPLACES SERVICE PART #26100716 | | |
| PC | ********* 26060791 | THE FOLLOWING PRICE EFFECTIVE  9/01/05 HOUSING, VALVE PURCHASED COMPLETE TO BLUEPRINT REV. 010 DATED  6/15/00 PER CHART        REV. 010 DTD  6/15/00 INACTIVE | ********* 14.287 | PC |
| | | ACT 2400  75000          TAX 4B | | |

CONTINUED ON PAGE    2

THIS CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
BUYER
PHONE  (989) 757-9178 EXT: 9178
FAX (989) 757-5094 PAGE

1

ORIGINAL COPY

# DELPHI

**PURCHASING LOCATION**

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI 48601-9494

| PURCHASE ORDER | SAG9014248 |

ALTERATION 27433

ORDER ISSUE DATE: 05/25/00
AUGUST 24, 2005

VENDOR 480913    DUNS 025999009

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

ROCTEL MFG % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI              48034

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR KA |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES. USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | WEEKLY CAP    999999    MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS    100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ********* | |
| PC | 26062930 | HOUSING, VALVE | 14.405 PC | |
| | | PURCHASED COMPLETE | | |
| | | TO BLUEPRINT REV. 010 DATED  3/29/01 | | |
| | | PER CHART          REV. 010 DTD  3/29/01 | | |
| | | INACTIVE | | |
| | | ACT 2400  75000          TAX 4B | | |
| | | WEEKLY CAP    100    MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS    100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ********* | |
| PC | 26063342 | HOUSING, VALVE | 14.537 PC | |
| | | PURCHASED COMPLETE | | |
| | | TO BLUEPRINT REV. 011 DATED  8/27/04 | | |
| | | PER CHART          REV. 011 DTD  8/27/04 | | |
| | | OBSOLETE | | |
| | | ACT 2400  75000          TAX 4B | | |
| | | WEEKLY CAP    999999    MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS    100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ********* | |
| | 26064162 | VALVE HOUSING | 11.352 PC | |

CONTINUED ON PAGE    3

THIS CHANGES OR AMENDS
  PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
BUYER
PHONE (989) 757-9178 EXT: 9178
FAX (989) 757-5094    PAGE

2

ORIGINAL COPY

PURCHASING LOCATION

# DELPHI

| PURCHASE ORDER | SAG9014248

ALTERATION 27433

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 05/25/00
AUGUST 24, 2005

INVOICE TO

VENDOR 480913   DUNS 025999009

ATTN:   ACCOUNTS PAYABLE

SHIP TO

ROCTEL MFG % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                  48034

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| | | | | | KA |
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| PC | | REQUIREMENTS CONTRACT<br>TO BLUEPRINT REV. 16A DATED  8/14/00<br>PER CHART         REV. 16A DTD  8/14/00<br>ACTIVE<br><br>ACT 2400  75000              TAX 4B<br>WEEKLY CAP      999999    MIN LOT SIZE<br>PERCENT OF BUSINESS      100%<br><br>ANNUAL REDUCTION | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ********* | |
| PC | 26065066 | HOUSING, VALVE<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 13A DATED  8/14/00<br>PER CHART         REV. 13A DTD  8/14/00<br>ACTIVE<br><br>ACT 2400  75000              TAX 4B<br>WEEKLY CAP      8758     MIN LOT SIZE<br>PERCENT OF BUSINESS      100%<br><br>ANNUAL REDUCTION | 9.056 PC | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ********* | |
| PC | 26068433 | HOUSING, VALVE<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 01B DATED 12/17/02 | 4.743 PC | |

CONTINUED ON PAGE   4

THIS CHANGES OR AMENDS
    PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO.
PHONE BUYER
       (989) 757-9178 EXT: 9178
FAX (989) 757-5094 PAGE

3

ORIGINAL COPY

# DELPHI

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

[PURCHASE ORDER]  SAG90I4248
ALTERATION 27433

ORDER ISSUE DATE: 05/25/00
AUGUST 24, 2005

VENDOR 480913   DUNS 025999009

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

ROCTEL MFG % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI          48034

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES BAR |
|---|---|---|---|---|
| | | | | KA |

F.O.B.                                        VIA

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | PER CHART         REV. 01B DTD 12/17/02 | | |
| | | ACTIVE | | |
| | | | | |
| | | ACT 2400  75000              TAX 4B | | |
| | | WEEKLY CAP     10761    MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS     100% | | |
| | | | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ********* | |
| PC | 26072144 | HOUSING, VALVE LH | 8.587 | PC |
| | | TO BLUEPRINT REV. 008 DATED  4/01/99 | | |
| | | PER CHART         REV. 008 DTD  4/01/99 | | |
| | | ACTIVE | | |
| | | | | |
| | | ACT 2400  75000              TAX 4B | | |
| | | WEEKLY CAP      2000    MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS     100% | | |
| | | | | |
| | | ANNUAL REDUCTION | | |
| | | | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ********* | |
| PC | 26082733 | HOUSING VALVE | 11.352 | PC |
| | | PURCHASE COMPLETE | | |
| | | TO BLUEPRINT REV. 01A DATED 11/18/99 | | |
| | | PER CHART         REV. 01A DTD 11/18/99 | | |
| | | ACTIVE | | |
| | | | | |
| | | ACT 2400  75000              TAX 4B | | |

CONTINUED ON PAGE  5

THIS CHANGES OR AMENDS
  PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
BUYER
PHONE
(989) 757-9178 EXT: 9178
FAX (989) 757-5094  PAGE

4

ORIGINAL COPY

**DELPHI**

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I4248 |

ALTERATION 27433

ORDER ISSUE DATE: 05/25/00
AUGUST 24, 2005

VENDOR 480913   DUNS 025999009

INVOICE TO

ATTN:   ACCOUNTS PAYABLE
SHIP TO

ROCTEL MFG % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI              48034

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | KA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES:
USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | WEEKLY CAP     8060    MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS     100% | | |
| | | | | |
| | | RETRO PRICING- | | |
| | | PRICES      EFFECTIVE DATE | | |
| | | 8.329      070100 | | |
| | | 8.323      090100 | | |
| | | 8.311      110100 | | |
| | | 8.170      010301 | | |
| | | 8.176      030101 | | |
| | | 8.179      050101 | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ********* | |
| PC | 26086082 | HOUSING, VALVE | 13.88 | PC |
| | | PURCHASED COMPLETE | | |
| | | TO BLUEPRINT REV. 02A DATED  3/14/02 | | |
| | | PER CHART        REV. 02A DTD  3/14/02 | | |
| | | INACTIVE | | |
| | | | | |
| | | ACT 2400  75000            TAX 4B | | |
| | | WEEKLY CAP       845    MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS     100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ********* | |
| PC | 26100498 | HOUSING, VALVE | 8.767 | PC |
| | | TO BLUEPRINT REV. 01A DATED  3/14/02 | | |
| | | PER CHART        REV. 01A DTD  3/14/02 | | |

CONTINUED ON PAGE  6

THIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
PHONE BUYER
        (989) 757-9178 EXT: 9178
FAX (989) 757-5094 PAGE

ORIGINAL COPY

# DELPHI

| PURCHASING LOCATION | | PURCHASE ORDER | SAG90I4248 |
|---|---|---|---|

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 27433

ORDER ISSUE DATE: 05/25/00
AUGUST 24, 2005

INVOICE TO

VENDOR 480913   DUNS 025999009

ATTN:    ACCOUNTS PAYABLE

SHIP TO

ROCTEL MFG % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI          48034

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | KA |

| F.O.B. | | VIA | |
|---|---|---|---|

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | ACTIVE | | |
| | | | | |
| | | ACT 2400  75000              TAX 4B | | |
| | | WEEKLY CAP        985   MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS       100% | | |
| | | | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ********* | |
| | | | | |
| PC | 26100639 | HOUSING BLANK, HYD PUMP | 16.154 | PC |
| | | PURCHASED COMPLETE | | |
| | | TO BLUEPRINT REV. 02A DATED  1/04/05 | | |
| | | PER CHART         REV. 02A DTD  1/04/05 | | |
| | | INACTIVE | | |
| | | | | |
| | | ACT 2400  75000              TAX 4B | | |
| | | PERCENT OF BUSINESS       100% | | |
| | | | | |
| | | NEW PART #'S REFLECT A | | |
| | | NOT FULLY MACHINED PUMP HSG. | | |
| | | | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ********* | |
| | | | | |
| PC | 26100712 | HOUSING BLANK, HYD PUMP | 16.154 | PC |
| | | PURCHASED COMPLETE | | |
| | | TO BLUEPRINT REV. 02D DATED  1/07/05 | | |
| | | PER CHART         REV. 02D DTD  1/07/05 | | |
| | | ACTIVE | | |
| | | | | |
| | | ACT 2400  75000              TAX 4B | | |

CONTINUED ON PAGE    7

THIS CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
PHONE BUYER
(989) 757-9178 EXT; 9178
FAX (989) 757-5094 PAGE

ORIGINAL COPY

# DELPHI

| PURCHASING LOCATION | PURCHASE ORDER | SAG9014248 |
|---|---|---|

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 27433

ORDER ISSUE DATE: 05/25/00
AUGUST 24, 2005

INVOICE TO

ATTN:   ACCOUNTS PAYABLE

VENDOR 480913   DUNS 025999009

SHIP TO

ROCTEL MFG % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                48034

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES LAR |
|---|---|---|---|---|
| | | | | KA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES. 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | PERCENT OF BUSINESS     100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ********* | |
| PC | 26100713 | HOUSING BLANK, HYD PUMP | 16.154 | PC |
| | | TO BLUEPRINT REV. 02A DATED  1/04/05 | | |
| | | PER CHART          REV. 02A DTD  1/04/05 | | |
| | | INACTIVE | | |
| | | ACT 2400  75000          TAX 4B | | |
| | | PERCENT OF BUSINESS     100% | | |
| | | NEW PART #'S REFLECT A | | |
| | | NOT FULLY MACHINED PUMP HSG. | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ********* | |
| PC | 26100715 | HOUSING BLANK, HYD PUMP | 16.154 | PC |
| | | PURCHASED COMPLETE | | |
| | | TO BLUEPRINT REV. 02D DATED  1/07/05 | | |
| | | PER CHART          REV. 02D DTD  1/07/05 | | |
| | | ACTIVE | | |
| | | ACT 2400  75000          TAX 4B | | |
| | | PERCENT OF BUSINESS     100% | | |
| | | NEW PART #'S REFLECT A | | |
| | | NOT FULLY MACHINED PUMP HSG. | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ********* | |

CONTINUED ON PAGE    8

THIS CHANGES OR AMENDS
    PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
PHONE BUYER
    (989) 757-9178 EXT: 9178
FAX (989) 757-5094 PAGE

ORIGINAL COPY

PURCHASING LOCATION

# DELPHI

| PURCHASE ORDER | SAG90I4248 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 27433

ORDER ISSUE DATE: 05/25/00
AUGUST 24, 2005

INVOICE TO

VENDOR 480913    DUNS 025999009

ATTN:    ACCOUNTS PAYABLE
SHIP TO

ROCTEL MFG % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI              48034

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES LAR |
|---|---|---|---|---|
| | | | | KA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| PC | 26100716 | HOUSING BLANK, HYD PUMP<br>PURCHASED COMPLETE<br>TO BLUEPRINT  DATED  9/26/01<br>PER CHART         DTD  9/26/01<br>X-INACTIVE | 16.154 PC | |
| | | ACT 2400  75120          TAX 4B | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  9/01/05 ********* | | |
| PC | 26100717 | HOUSING BLANK, HYD PUMP<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 02D DATED  1/07/05<br>PER CHART       REV. 02D DTD  1/07/05<br>ACTIVE | 16.154 PC | |
| | | ACT 2400  75000          TAX 4B<br>WEEKLY CAP       16    MIN LOT SIZE<br>PERCENT OF BUSINESS      100% | | |
| | | NEW PART #'S REFLECT A<br>NOT FULLY MACHINED PUMP HSG. | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  9/01/05 ********* | | |
| PC | 26101962 | HOUSING, VALVE<br>TO BLUEPRINT REV. 02A DATED 11/05/04<br>PER CHART       REV. 02A DTD 11/05/04<br>INACTIVE | 9.015 PC | |

CONTINUED ON PAGE   9

THIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
PHONE BUYER
     (989) 757-9178 EXT: 9178
FAX (989) 757-5094 PAGE

# DELPHI

| PURCHASE ORDER |
| --- |

SAG90I4248        ALTERATION 27433
ORIGINAL COPY

PURCHASING LOCATION
DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI 48601-9494

ORDER ISSUE DATE: 05/25/00
AUGUST 24, 2005

VENDOR 480913   DUNS 025999009

ROCTEL MFG % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                48034

INVOICE TO
ATTN:  ACCOUNTS PAYABLE
SHIP TO

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODE? TAX |
| --- | --- | --- | --- | --- |
|  |  |  |  | KA |

VIA

F.O.B.

STATE & LOCAL SALES... 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
USE TAX CODES
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

## REQUIREMENTS CONTRACT

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNT MEAS. |
| --- | --- | --- | --- | --- |
|  |  | ACT 2400  75000 |  |  |
|  |  | TAX 4B |  |  |
|  |  | WEEKLY CAP   3985   MIN LOT SIZE |  |  |
|  |  | PERCENT OF BUSINESS   100% |  |  |
|  |  | ENG. CHANGE TO ADD PAINT ID MARK |  |  |
|  |  | CR. D-81113 SR. 10556 |  |  |
|  |  | ********** THE FOLLOWING PRICE EFFECTIVE 9/01/05 ********** |  |  |
|  | 2611447S | HOUSING, VALVE |  | PC |
|  |  | PURCHASED COMPLETE |  |  |
|  |  | TO BLUEPRINT REV. 03K DATED 10/07/04 |  |  |
|  |  | PER CHART |  |  |
|  |  | ACTIVE |  |  |
|  |  | REV. 03K DTD 10/07/04 |  |  |
|  |  | ACT 2400  75000 |  |  |
|  |  | TAX 4B |  |  |
|  |  | WEEKLY CAP   425   MIN LOT SIZE |  |  |
|  |  | PERCENT OF BUSINESS   100% |  |  |
|  |  | PRICE CHANGE |  |  |
|  |  | THIS IS NOTIFICATION FOR AWARD OF |  |  |
|  |  | BUSINESS FOR PART NUMBERS NOT SHOWN AS |  |  |
|  |  | (ACTIVE). SHIPMENT OF THOSE PARTS |  |  |
|  |  | AGAINST THIS ORDER IS PROHIBITED UNTIL |  |  |
|  |  | AN ALTERATION WITH CURRENT BLUE PRINT |  |  |
|  |  | DATE AND REVISION IS ISSUED, UNLESS |  |  |
|  |  | OTHERWISE STATED IN THIS ORDER. |  |  |

*(handwritten: per MMS / 5/16 5.80 / 5.785 PC)*

CONTINUED ON PAGE 10

THIS CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

BUYER
S. ZELINKO,
PHONE: (989) 757-9178 EXT: 9178
FAX (989) 757-5094  PAGE

ORIGINAL COPY

PURCHASING LOCATION

# DELPHI

| PURCHASE ORDER | SAG90I4248 |

ALTERATION 27433

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 05/25/00
AUGUST 24, 2005

INVOICE TO

VENDOR 480913    DUNS 025999009

ATTN:  ACCOUNTS PAYABLE

SHIP TO

ROCTEL MFG % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                    48034

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| | | | | | KA |
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS ARE IN-CORPORATED IN, AND A PART OF, THIS CON-TRACT AND EACH PURCHASE ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING IN-STRUCTION, SPECIFICATION AND OTHER DOCUMENT ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER, WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC DATA IN-TERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER PUR-SUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPE-CIFIC REQUIREMENTS ARE AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE,WWW.DELPHI. COM. SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS AND CUS-TOMER SPECIFIC REQUIREMENTS. IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COM-MENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS | | |

CONTINUED ON PAGE  11

THIS CHANGES OR AMENDS
    PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
PHONE BUYER
     (989) 757-9178 EXT: 9178
FAX (989) 757-5094 PAGE

10

ORIGINAL COPY

# DELPHI

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI   48601-9494

| PURCHASE ORDER | SAG9014243 |

ALTERATION 27433

ORDER ISSUE DATE: 05/25/00
AUGUST 24, 2005

VENDOR 480913   DUNS 025999009

INVOICE TO

ATTN:   ACCOUNTS PAYABLE

SHIP TO

ROCTEL MFG % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI            48034

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES VAR |
|---|---|---|---|---|
| | | | | K A |

F.O.B.                                                    VIA

STATE & LOCAL SALES, USE TAX CODES   4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC RE-QUIREMENTS IN THEIR ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPE-CIFIC REQUIREMENTS)WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESS-LY AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING. DIRECTIONS TO FIND DELPHI'S GENERAL TERMS AND CONDITIONS ON THE INTERNET. 1) GO TO DELPHI'S INTERNET WEB SITE WWW.DELPHI.COM 2) CLICK ON SUPPLIERS 3) CLICK ON DELPHI SUPPLIER COMMUNITY PORTAL 4) CLICK ON GENERAL TERMS AND CONDITIONS 5) CLICK ON YOUR PERFERRED LANGUAGE VERSION OF THE GENERAL TERMS AND CONDITIONS<br><br>DIRECTIONS TO FIND DELPHI'S CUSTOMER SPECIFIC REQUIREMENTS ON THE INTERNET 1) GO TO DELPHI'S INTERNET WEB SITE WWW.DELPHI.COM | | |

CONTINUED ON PAGE  12

THIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
BUYER
PHONE  (989) 757-9178 EXT: 9178
FAX (989) 757-5094 PAGE

ORIGINAL COPY

# DELPHI

| PURCHASING LOCATION | PURCHASE ORDER | SAG90I4248 |
|---|---|---|

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 27433

ORDER ISSUE DATE: 05/25/00
AUGUST 24, 2005

INVOICE TO

VENDOR 480913   DUNS 025999009

ATTN:   ACCOUNTS PAYABLE

ROCTEL MFG % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                    4B034

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | KA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES   4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | 2) CLICK ON SUPPLIER'S | | |
| | | 3) CLICK ON DELPHI'S SUPPLIER COMMUNITY PORTAL | | |
| | | 4) CLICK ON SUPPLIER STANDARDS | | |
| | | 5) CLICK ON DELPHI CUSTOMER SPECIFIC REQUIREMENTS | | |

THIS CHANGES OR AMENDS
  PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
BUYER
PHONE (989) 757-9178 EXT: 917£
FAX (989) 757-5094 PAGE
12

# DELPHI

| | | ORIGINAL COPY |
|---|---|---|
| PURCHASING LOCATION | PURCHASE ORDER | SAG9014248 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 27432

ORDER ISSUE DATE: 05/25/00
AUGUST 24, 2005

VENDOR 480913   DUNS 025999009

INVOICE TO

ATTN:   ACCOUNTS PAYABLE

ROCTEL MFG % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI            48034

SHIP TO

Sept 15/05
Zona

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES TAX |
|---|---|---|---|---|
| | | | | KA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES   4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | THIS ORDER IS EFFECTIVE  5/24/00 AND EXPIRES 12/31/05. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ********* | |
| PCS | 26028256 | HOUSING, HYD PUMP PURCHASED COMPLETE TO BLUEPRINT REV. 23A DATED  7/12/04 PER CHART       REV. 23A DTD  7/12/04 ACTIVE | 8.221 | PCS |
| | | ACT 2400  75000            TAX 4B WEEKLY CAP     13950    MIN LOT SIZE PERCENT OF BUSINESS      100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ********* | |
| PC | 26029447 | HOUSING, VALVE PURCHASED COMPLETE TO BLUEPRINT REV. 006 DATED  6/15/00 PER CHART       REV. 006 DTD  6/15/00 INACTIVE | 7.994 | PC |
| | | ACT 2400  75000            TAX 4B WEEKLY CAP      999999    MIN LOT SIZE | | |

CONTINUED ON PAGE    2

THIS CHANGES OR AMENDS
  PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
BUYER
PHONE   (989) 757-9178 EXT: 9178
FAX (989) 757-5094 PAGE

ORIGINAL COPY

PURCHASING LOCATION

# DELPHI

| PURCHASE ORDER | SAG9014248
ALTERATION 27432

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 05/25/00
AUGUST 24, 2005

VENDOR 480913    DUNS 025999009

INVOICE TO

ATTN:        ACCOUNTS PAYABLE

ROCTEL MFG % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                    48034

SHIP TO

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES LAR |
|---|---|---|---|---|
| | | | | KA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES. 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
USE TAX CODES
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | PERCENT OF BUSINESS      100% | | |
| | ******** | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ******** | |
| PC | 26033753 | HOUSING, VALVE | 3.619 PC | |
| | | PURCHASE COMPLETE | | |
| | | TO BLUEPRINT REV. 011 DATED  4/01/99 | | |
| | | PER CHART            REV. 011 DTD  4/01/99 | | |
| | | ACTIVE | | |
| | | ACT 2400  75000            TAX 4B | | |
| | | WEEKLY CAP      1100    MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS      100% | | |
| | ******** | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ******** | |
| PC | 26033777 | HOUSING, VALVE | 3.878 PC | |
| | | PURCHASE COMPLETE | | |
| | | TO BLUEPRINT REV. 010 DATED  4/01/99 | | |
| | | PER CHART            REV. 010 DTD  4/01/99 | | |
| | | ACTIVE | | |
| | | ACT 2400  75000            TAX 4B | | |
| | | WEEKLY CAP       465    MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS      100% | | |
| | ******** | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ******** | |
| | 26040956 | HOUSING, VALVE | 3.48  PC | |

CONTINUED ON PAGE    3

THIS CHANGES OR AMENDS
    PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
PHONE BUYER
        (989) 757-9178 EXT: 9178
FAX (989) 757-5094 PAGE

ORIGINAL COPY

# DELPHI

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG9014248 |
|---|---|

ALTERATION 27432

ORDER ISSUE DATE: 05/25/00
AUGUST 24, 2005

VENDOR 480913    DUNS 025999009

ROCTEL MFG % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                48034

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | I KA |

| F.O.B. | | | VIA | |
|---|---|---|---|---|

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| PC | | REQUIREMENTS CONTRACT | | |
| | | PURCHASE COMPLETE | | |
| | | TO BLUEPRINT REV. 007 DATED  6/15/00 | | |
| | | PER CHART          REV. 007 DTD  6/15/00 | | |
| | | INACTIVE | | |
| | | | | |
| | | ACT 2400  75000          TAX 4B | | |
| | | WEEKLY CAP    999999    MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS      100% | | |
| | | ********    THE FOLLOWING PRICE EFFECTIVE  9/01/05   ********* | | |
| PC | ✓ 26051759 | HOUSING, VALVE | 14.137 | PC |
| | | TO BLUEPRINT REV. 012 DATED  6/15/00 | | |
| | | PER CHART          REV. 012 DTD  6/15/00 | | |
| | | INACTIVE | | |
| | | | | |
| | | ACT 2400  75000          TAX 4B | | |
| | | WEEKLY CAP      5380    MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS      100% | | |
| | | ********    THE FOLLOWING PRICE EFFECTIVE  9/01/05   ********* | | |
| PC | ✓ 26053343 | HOUSING VALVE | 8.573 | PC |
| | | TO BLUEPRINT REV. 008 DATED  4/01/99 | | |
| | | PER CHART          REV. 008 DTD  4/01/99 | | |
| | | ACTIVE | | |
| | | | | |
| | | ACT 2400  75000          TAX 4B | | |

CONTINUED ON PAGE    4

HIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
BUYER

PHONE  (989) 757-9178 EXT: 9178
FAX (989) 757-5094  PAGE

ORIGINAL COPY

**DELPHI**

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI   48601-9494

| PURCHASE ORDER | SAG90I4248 |

ALTERATION 27432

ORDER ISSUE DATE: 05/25/00
AUGUST 24, 2005

VENDOR 480913   DUNS 025999009

INVOICE TO

ATTN:   ACCOUNTS PAYABLE

ROCTEL MFG % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI               48034

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES JAR |
|---|---|---|---|---|
| | | | | KA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES   4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | WEEKLY CAP    5000    MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS    100% | | |
| | | | | |
| | | ANNUAL REDUCTION | | |
| | ******** | THE FOLLOWING PRICE EFFECTIVE   9/01/05 | ******** | |
| PC | ⁄ 26057083 | VALVE HOUSING | 8.975 | PC |
| | | TO BLUEPRINT REV. 014 DATED  4/01/99 | | |
| | | PER CHART        REV. 014 DTD  4/01/99 | | |
| | | ACTIVE | | |
| | | | | |
| | | ACT 2400  75000         TAX 4B | | |
| | | WEEKLY CAP    6000    MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS    100% | | |
| | | | | |
| | | ANNUAL REDUCTION | | |
| | ******** | THE FOLLOWING PRICE EFFECTIVE   9/01/05 | ******** | |
| PC | ⁄ 26059903 | HOUSING, VALVE | 4.063 | PC |
| | | TO BLUEPRINT REV. 20B DATED 12/02/99 | | |
| | | PER CHART        REV. 20B DTD 12/02/99 | | |
| | | ACTIVE | | |
| | | | | |
| | | ACT 2400  75000         TAX 4B | | |
| | | WEEKLY CAP    9000    MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS    100% | | |
| | | | | |
| | | ANNUAL REDUCTION | | |

CONTINUED ON PAGE   5

HIS CHANGES OR AMENDS
    PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
PHONE BUYER
        (989) 757-9178 EXT: 9178
FAX (989) 757-5094 PAGE

ORIGINAL COPY

PURCHASING LOCATION

# DELPHI

| PURCHASE ORDER | SAG90I4248 |

ALTERATION 27432

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 05/25/00
AUGUST 24, 2005

INVOICE TO

VENDOR 480913    DUNS 025999009

ATTN:    ACCOUNTS PAYABLE

SHIP TO

ROCTEL MFG % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                    48034

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES TAR |
|---|---|---|---|---|
| | | | | KA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ********* | |
| PC | 26064890 | VALVE HOUSING<br>TO BLUEPRINT REV. 008 DATED  4/01/99<br>PER CHART        REV. 008 DTD  4/01/99<br>ACTIVE | 4.22 | PC |
| | | ACT 2400  75000                TAX 4B<br>WEEKLY CAP        9000    MIN LOT SIZE<br>PERCENT OF BUSINESS        100% | | |
| | | ANNUAL REDUCTION | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ********* | |
| PC | 26064965 | VALVE HOUSING<br>TO BLUEPRINT REV. 003 DATED  4/01/99<br>PER CHART        REV. 003 DTD  4/01/99<br>ACTIVE | 14.123 | PC |
| | | ACT 2400  75000                TAX 4B<br>WEEKLY CAP        500    MIN LOT SIZE<br>PERCENT OF BUSINESS        100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ********* | |
| PC | 26064973 | VALVE HOUSING<br>TO BLUEPRINT REV. 03B DATED  8/14/00 | 4.395 | PC |

CONTINUED ON PAGE    6

THIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
PHONE BUYER
      (989) 757-9178 EXT: 9178
FAX (989) 757-5094 PAGE

ORIGINAL COPY

# DELPHI

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI    48601-9494

| PURCHASE ORDER | SAG90I4248 |

ALTERATION 27432

ORDER ISSUE DATE: 05/25/00
AUGUST 24, 2005

VENDOR 480913    DUNS 025999009

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

ROCTEL MFG % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                48034

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | K A |

| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES   4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | PER CHART        REV. 03B DTD  8/14/00 | | |
| | | ACTIVE | | |
| | | | | |
| | | ACT 2400  75000           TAX 4B | | |
| | | WEEKLY CAP       5400    MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS       100% | | |
| | | | | |
| | | ANNUAL REDUCTION | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ********* | |
| PC | 26065042 | HOUSING, VALVE | 3.863 | PC |
| | | PURCHASED COMPLETE | | |
| | | TO BLUEPRINT REV. 002 DATED  4/01/99 | | |
| | | PER CHART        REV. 002 DTD  4/01/99 | | |
| | | ACTIVE | | |
| | | | | |
| | | ACT 2400  75000           TAX 4B | | |
| | | WEEKLY CAP       36000   MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS       100% | | |
| | | | | |
| | | ANNUAL REDUCTION | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ********* | |
| PC | 26065067 | HOUSING, VALVE | 3.362 | PC |
| | | TO BLUEPRINT REV. 07B DATED  8/14/00 | | |
| | | PER CHART        REV. 07B DTD  8/14/00 | | |
| | | ACTIVE | | |

CONTINUED ON PAGE    7

THIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
PHONE BUYER
      (989) 757-9178 EXT: 9178
FAX (989) 757-5094 PAGE

# DELPHI

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | ORIGINAL COPY |
| --- | --- |
| | SAG9014248 |
| | ALTERATION 27432 |

ORDER ISSUE DATE: 05/25/00
AUGUST 24, 2005

VENDOR 480913   DUNS 025999009

INVOICE TO

ATTN.    ACCOUNTS PAYABLE

ROCTEL MFG % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI            48034

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
| --- | --- | --- | --- | --- |
| | | | | KA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES. USE TAX CODES   4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
| --- | --- | --- | --- | --- |
| | | REQUIREMENTS CONTRACT | | |
| | | ACT 2400  75000              TAX 4B | | |
| | | WEEKLY CAP    21600    MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS    100% | | |
| | | ANNUAL REDUCTION | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ********* | |
| PC | 26065448 | VALVE HOUSING | 3.511 PC | |
| | 1999 | TO BLUEPRINT REV. 03B DATED  8/14/00 | | |
| | SAMB | PER CHART        REV. 03B DTD  8/14/00 | | |
| | | ACTIVE | | |
| | | ACT 2400  75000              TAX 4B | | |
| | | WEEKLY CAP    999999   MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS    100% | | |
| | | ANNUAL REDUCTION | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ********* | |
| PC | 26071821 | HOUSING, VALVE | 8.845 PC | |
| | | PURCHASED COMPLETE | | |
| | | TO BLUEPRINT REV. 009 DATED  4/01/99 | | |
| | | PER CHART        REV. 009 DTD  4/01/99 | | |
| | | ACTIVE | | |
| | | ACT 2400  75000              TAX 4B | | |

CONTINUED ON PAGE   8

HIS CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
PHONE BUYER
(989) 757-9178 EXT: 9178
FAX (989) 757-5094 PAGE

ORIGINAL COPY

# DELPHI

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG9014248 |

ALTERATION 27432

ORDER ISSUE DATE: 05/25/00
AUGUST 24, 2005

INVOICE TO

VENDOR 480913   DUNS 025999009

ATTN:   ACCOUNTS PAYABLE
SHIP TO

ROCTEL MFG % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                 48034

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| | | | | | KA |
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES. USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | WEEKLY CAP   999999   MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS   100% | | |
| | | | | |
| | | ANNUAL REDUCTION | | |
| | | | | |
| | | PRICE CHANGE | | |
| | | THIS IS NOTIFICATION FOR AWARD OF | | |
| | | BUSINESS FOR PART NUMBERS NOT SHOWN AS | | |
| | | (ACTIVE).  SHIPMENT OF THOSE PARTS | | |
| | | AGAINST THIS ORDER IS PROHIBITED UNTIL | | |
| | | AN ALTERATION WITH CURRENT BLUE PRINT | | |
| | | DATE AND REVISION IS ISSUED, UNLESS | | |
| | | OTHERWISE STATED IN THIS ORDER. | | |
| | | | | |
| | | SELLER ACKNOWLEDGES AND AGREES THAT | | |
| | | BUYER'S GENERAL TERMS AND CONDITIONS AND | | |
| | | CUSTOMER SPECIFIC REQUIREMENTS ARE IN- | | |
| | | CORPORATED IN, AND A PART OF, THIS CON- | | |
| | | TRACT AND EACH PURCHASE ORDER, RELEASE, | | |
| | | REQUISITION, WORK ORDER, SHIPPING IN- | | |
| | | STRUCTION, SPECIFICATION AND OTHER | | |
| | | DOCUMENT ISSUED BY BUYER OR ACCEPTED IN | | |
| | | WRITING BY BUYER, WHETHER EXPRESSED IN | | |
| | | WRITTEN FORM OR BY ELECTRONIC DATA IN- | | |
| | | TERCHANGE, RELATING TO THE GOODS AND/OR | | |
| | | SERVICES TO BE PROVIDED BY SELLER PUR- | | |
| | | SUANT TO THIS CONTRACT (SUCH DOCUMENTS | | |
| | | ARE COLLECTIVELY REFERRED TO AS THIS | | |

CONTINUED ON PAGE    9

HIS CHANGES OR AMENDS
  PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
BUYER
PHONE  (989) 757-9178 EXT: 9178
FAX (989) 757-5094 PAGE

PURCHASING LOCATION    **DELPHI**    [ PURCHASE ORDER ]    ORIGINAL COPY
SAG9OI4248
DELPHI SAGINAW STEERING SYSTEMS    ALTERATION 27432
DELPHI CORPORATION
3900 E HOLLAND RD.    ORDER ISSUE DATE: 05/25/00
SAGINAW, MI  48601-9494    AUGUST 24, 2005

INVOICE TO

VENDOR 480913    DUNS 025999009

ATTN.    ACCOUNTS PAYABLE
ROCTEL MFG % LINAMAR SALES    SHIP TO
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI    48034

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| | | | | | KA |
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS ARE AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE,WWW.DELPHI.COM. SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS. IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS IN THEIR ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS)WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESSLY AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING. DIRECTIONS TO FIND DELPHI'S GENERAL TERMS AND CONDITIONS ON THE INTERNET. 1) GO TO DELPHI'S INTERNET WEB SITE | | |

CONTINUED ON PAGE  10

HIS CHANGES OR AMENDS
  PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
PHONE BUYER
        (989) 757-9178 EXT: 9178
  FAX (989) 757-5094 PAGE

# DELPHI

ORIGINAL COPY

| PURCHASE ORDER | SAG90I4248 |

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 27432

ORDER ISSUE DATE: 05/25/00
AUGUST 24, 2005

VENDOR 480913   DUNS 025999009

INVOICE TO

ATTN:   ACCOUNTS PAYABLE

ROCTEL MFG % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI            48034

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES JAR |
|---|---|---|---|---|
| | | | | KA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | WWW.DELPHI.COM | | |
| | | 2) CLICK ON SUPPLIERS | | |
| | | 3) CLICK ON DELPHI SUPPLIER COMMUNITY PORTAL | | |
| | | 4) CLICK ON GENERAL TERMS AND CONDITIONS | | |
| | | 5) CLICK ON YOUR PERFERRED LANGUAGE VERSION OF THE GENERAL TERMS AND CONDITIONS | | |
| | | | | |
| | | DIRECTIONS TO FIND DELPHI'S CUSTOMER SPECIFIC REQUIREMENTS ON THE INTERNET | | |
| | | 1) GO TO DELPHI'S INTERNET WEB SITE WWW.DELPHI.COM | | |
| | | 2) CLICK ON SUPPLIER'S | | |
| | | 3) CLICK ON DELPHI'S SUPPLIER COMMUNITY PORTAL | | |
| | | 4) CLICK ON SUPPLIER STANDARDS | | |
| | | 5) CLICK ON DELPHI CUSTOMER SPECIFIC REQUIREMENTS | | |

THIS CHANGES OR AMENDS
    PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
PHONE BUYER
       (989) 757-9178 EXT: 9178
FAX (989) 757-5094 PAGE

**DELPHI**

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

1095113

ORIGINAL COPY

PURCHASE ORDER                SAG90I4248
                              ALTERATION 27431

ORDER ISSUE DATE: 05/25/00
                  AUGUST 24, 2005

VENDOR 480913   DUNS 025999009

ROCTEL MFG % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI              48034

INVOICE TO

ATTN:       ACCOUNTS PAYABLE

SHIP TO

RECEIVED
Depts/05
Okn A

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| | | | | | KA |
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES   4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | THIS ORDER IS EFFECTIVE  5/24/00 AND EXPIRES 12/31/05. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ********* | |
| PC | ✓ 26018223 | HOUSING VALVE PURCHASED COMPLETE TO BLUEPRINT REV. 09B DATED  5/16/03 PER CHART        REV. 09B DTD  5/16/03 REINSTATED | 3.338 | PC |
| | | ACT 2400  75000            TAX 4B WEEKLY CAP       13000   MIN LOT SIZE PERCENT OF BUSINESS      100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ********* | |
| PC | ╱ 26018226 | HOUSING VALVE PURCHASED COMPLETE TO BLUEPRINT REV. 006 DATED  4/01/99 PER CHART        REV. 006 DTD  4/01/99 ACTIVE | 8.044 | PC |
| | | ACT 2400  75000            TAX 4B WEEKLY CAP      999999   MIN LOT SIZE | | |

CONTINUED ON PAGE    2

THIS CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
BUYER
PHONE  (989) 757-9178 EXT: 9178
FAX (989) 757-5094 PAGE
                                      1

ORIGINAL COPY

# DELPHI

| PURCHASING LOCATION | | PURCHASE ORDER | SAG9014248 |
|---|---|---|---|

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI   48601-9494

ALTERATION 27431

ORDER ISSUE DATE: 05/25/00
AUGUST 24, 2005

VENDOR 480913   DUNS 025999009

INVOICE TO
ATTN:   ACCOUNTS PAYABLE

ROCTEL MFG % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI          48034

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | KA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES   4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | PERCENT OF BUSINESS   100% | | |
| | | | | |
| | | ANNUAL REDUCTION | | |
| | | | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ********* | |
| | | | | |
| PC | 26018227 | HOUSING VALVE | 8.154 | PC |
| | | PURCHASED COMPLETE | | |
| | | TO BLUEPRINT REV. 007 DATED  4/01/99 | | |
| | | PER CHART          REV. 007 DTD  4/01/99 | | |
| | | ACTIVE | | |
| | | | | |
| | | ACT 2400  75000            TAX 4B | | |
| | | WEEKLY CAP    999999   MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS    100% | | |
| | | | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ********* | |
| | | | | |
| PC | 26022845 | HOUSING, VALVE | 9.627 | PC |
| | | PURCHASED COMPLETE | | |
| | | TO BLUEPRINT REV. 11B DATED  5/16/03 | | |
| | | PER CHART          REV. 11B DTD  5/16/03 | | |
| | | REINSTATED | | |
| | | | | |
| | | ACT 2400  75000            TAX 4B | | |
| | | WEEKLY CAP    999999   MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS    100% | | |
| | | | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ********* | |

CONTINUED ON PAGE   3

THIS CHANGES OR AMENDS
  PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
BUYER
PHONE   (989) 757-9178 EXT: 9178
FAX (989) 757-5094

PAGE
2

ORIGINAL COPY

# DELPHI

| PURCHASING LOCATION | | PURCHASE ORDER | SAG90I4248 |
|---|---|---|---|

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI 48601-9494

ALTERATION 27431

ORDER ISSUE DATE: 05/25/00
AUGUST 24, 2005

INVOICE TO

VENDOR 480913 DUNS 025999009

ATTN: ACCOUNTS PAYABLE

SHIP TO

ROCTEL MFG % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                    48034

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES TAR |
|---|---|---|---|---|
| | | | | K A |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS |
|---|---|---|---|---|
| PC | ✓ 26026126 | REQUIREMENTS CONTRACT HOUSING, VALVE PURCHASED COMPLETE TO BLUEPRINT REV. 006 DATED 8/27/04 PER CHART      REV. 006 DTD 8/27/04 OBSOLETE | 3.015 | PC |

ACT 2400 75000                    TAX 4B
WEEKLY CAP    999999    MIN LOT SIZE
PERCENT OF BUSINESS      100%

PRICE CHANGE
THIS IS NOTIFICATION FOR AWARD OF
BUSINESS FOR PART NUMBERS NOT SHOWN AS
(ACTIVE). SHIPMENT OF THOSE PARTS
AGAINST THIS ORDER IS PROHIBITED UNTIL
AN ALTERATION WITH CURRENT BLUE PRINT
DATE AND REVISION IS ISSUED, UNLESS
OTHERWISE STATED IN THIS ORDER.

SELLER ACKNOWLEDGES AND AGREES THAT
BUYER'S GENERAL TERMS AND CONDITIONS AND
CUSTOMER SPECIFIC REQUIREMENTS ARE IN-
CORPORATED IN, AND A PART OF, THIS CON-
TRACT AND EACH PURCHASE ORDER, RELEASE,
REQUISITION, WORK ORDER, SHIPPING IN-
STRUCTION, SPECIFICATION AND OTHER
DOCUMENT ISSUED BY BUYER OR ACCEPTED IN
WRITING BY BUYER, WHETHER EXPRESSED IN

CONTINUED ON PAGE   4

THIS CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
BUYER
PHONE (989) 757-9178 EXT: 9178
FAX (989) 757-5094 PAGE

ORIGINAL COPY

# DELPHI

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI 48601-9494

| PURCHASE ORDER | SAG9OI4248 |

ALTERATION 27431

ORDER ISSUE DATE: 05/25/00
AUGUST 24, 2005

VENDOR 480913   DUNS 025999009

INVOICE TO

ATTN  ACCOUNTS PAYABLE

ROCTEL MFG % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI            48034

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | KA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT WRITTEN FORM OR BY ELECTRONIC DATA IN-TERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER PUR-SUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPE-CIFIC REQUIREMENTS ARE AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE, WWW.DELPHI.COM. SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS AND CUS-TOMER SPECIFIC REQUIREMENTS. IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COM-MENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC RE-QUIREMENTS IN THEIR ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPE-CIFIC REQUIREMENTS)WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESS- | | |

CONTINUED ON PAGE   5

THIS CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
PHONE BUYER
(989) 757-9178 EXT: 9178
FAX (989) 757-5094 PAGE

ORIGINAL COPY

PURCHASING LOCATION

# DELPHI

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG9014248 |

ALTERATION 27431

ORDER ISSUE DATE: 05/25/00
AUGUST 24, 2005

VENDOR 480913    DUNS 025999009

INVOICE TO

ATTN:  ACCOUNTS PAYABLE

ROCTEL MFG % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                    48034

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | KA |

| F.O.B. | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | LY AGREES TO ACCEPT ANY SUCH PROPOSALS | | |
| | | IN WRITING. | | |
| | | DIRECTIONS TO FIND DELPHI'S GENERAL | | |
| | | TERMS AND CONDITIONS ON THE INTERNET. | | |
| | | 1) GO TO DELPHI'S INTERNET WEB SITE | | |
| | | WWW.DELPHI.COM | | |
| | | 2) CLICK ON SUPPLIERS | | |
| | | 3) CLICK ON DELPHI SUPPLIER COMMUNITY | | |
| | | PORTAL | | |
| | | 4) CLICK ON GENERAL TERMS AND CONDITIONS | | |
| | | 5) CLICK ON YOUR PERFERRED LANGUAGE | | |
| | | VERSION OF THE GENERAL TERMS AND | | |
| | | CONDITIONS | | |
| | | | | |
| | | DIRECTIONS TO FIND DELPHI'S CUSTOMER | | |
| | | SPECIFIC REQUIREMENTS ON THE INTERNET | | |
| | | 1) GO TO DELPHI'S INTERNET WEB SITE | | |
| | | WWW.DELPHI.COM | | |
| | | 2) CLICK ON SUPPLIER'S | | |
| | | 3) CLICK ON DELPHI'S SUPPLIER COMMUNITY | | |
| | | PORTAL | | |
| | | 4) CLICK ON SUPPLIER STANDARDS | | |
| | | 5) CLICK ON DELPHI CUSTOMER SPECIFIC | | |
| | | REQUIREMENTS | | |

HIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
PHONE BUYER
         (989) 757-9178 EXT: 9178
FAX (989) 757-5094 PAGE

PURCHASING LOCATION

# DELPHI

ORIGINAL COPY

| PURCHASE ORDER | SAG90I4963 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 21611

ORDER ISSUE DATE: 08/27/02
MARCH  4, 2005

INVOICE TO

VENDOR 480913    DUNS 025999009

ATTN:  ACCOUNTS PAYABLE

ROCTEL MFG % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                48034

SHIP TO

March 15/05  thru  may

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR GA |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | THIS ORDER IS EFFECTIVE  8/26/01 AND EXPIRES 12/31/05. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  3/01/05 | ********* | |
| PC | 26058142 | BRG. SEAL & HSG ASM TO BLUEPRINT REV. 029 DATED  7/22/98 PER CHART      REV. 029 DTD  7/22/98 ACTIVE | 10.912 | PC |
| | | ACT 2400  75000          TAX 4B WEEKLY CAP      5500    MIN LOT SIZE PERCENT OF BUSINESS      100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  3/01/05 | ********* | |
| PC | 26058975 | HOUSING ASM, BRG, SEAL & VALVE PURCHASED COMPLETE TO BLUEPRINT REV. 027 DATED  7/22/98 PER CHART      REV. 027 DTD  7/22/98 ACTIVE | 8.012 | PC |
| | | ACT 2400  75000          TAX 4B WEEKLY CAP     15000    MIN LOT SIZE PERCENT OF BUSINESS      100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  3/01/05 | ********* | |

CONTINUED ON PAGE   2

THIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

K. BASKINS,
BUYER
PHONE  (989) 757-3180
FAX (989) 757-5094

PAGE  1

**DELPHI**

ORIGINAL COPY

PURCHASING LOCATION

| PURCHASE ORDER | SAG90I4963 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 21611

ORDER ISSUE DATE: 08/27/02
MARCH  4. 2005

INVOICE TO

VENDOR 480913    DUNS 025999009

ATTN:    ACCOUNTS PAYABLE
SHIP TO

ROCTEL MFG % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                    48034

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS.
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES LAR GA |
| --- | --- | --- | --- | --- | --- |
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS |
| --- | --- | --- | --- | --- |
| PC | 26066540 | REQUIREMENTS CONTRACT<br>HOUSING ASM, BRG, SEAL & VALVE<br>TO BLUEPRINT REV. 011 DATED  7/22/98<br>PER CHART        REV. 011 DTD  7/22/98<br>ACTIVE<br><br>ACT 2400  75000              TAX 4B<br>WEEKLY CAP        5500    MIN LOT SIZE<br>PERCENT OF BUSINESS        100%<br><br>PRICE CHANGE<br>DELPHI CUSTOMER SPECIFIC REQUIREMENTS<br>ARE INCORPORATED, AND MADE PART OF THIS<br>PURCHASE ORDER. THE DELPHI CUSTOMER<br>SPECIFIC REQUIREMENTS MAY BE ACCESSED<br>VIA THE INTERNET ON DELPHI'S WEB SITE,<br>WWW.DELPHI.COM, UNDER THE SUPPLIERS<br>HEADER, AND THEN UNDER SUPPLIER COMMU-<br>NITY PORTAL AND THEN SUPPLIER STANDARDS.<br><br>SELLER ACKNOWLEDGES AND AGREES THAT<br>BUYER'S GENERAL TERMS AND CONDITIONS ARE<br>INCORPORATED IN, AND A PART OF, THIS<br>CONTRACT AND EACH PURCHASE ORDER,<br>RELEASE, REQUISITION, WORK ORDER, SHIP-<br>PING INSTRUCTION, SPECIFICATION AND<br>OTHER DOCUMENTS ISSUED BY BUYER OR<br>ACCEPTED IN WRITING BY BUYER, WHETHER<br>EXPRESSED IN WRITTEN FORM OR BY ELEC- | 8.647 | PC |

CONTINUED ON PAGE    3

THIS CHANGES OR AMENDS
  PURCHASE ORDER NOW IN YOUR POSSESSION.

K. BASKINS,
BUYER
PHONE (989) 757-3180
FAX (989) 757-5094 PAGE    3

PURCHASING LOCATION

# DELPHI

ORIGINAL COPY

| PURCHASE ORDER | SAG9014963
ALTERATION 21611

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 08/27/02
MARCH  4, 2005

| INVOICE TO |

VENDOR 480913    DUNS 025999009

ATTN:    ACCOUNTS PAYABLE
| SHIP TO |

ROCTEL MFG % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                    48034

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES TAR |
|---|---|---|---|---|
| | | | | GA |

F.O.B. | | VIA

STATE & LOCAL SALES, USE TAX CODES: 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT TRONIC DATA INTERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER PURSUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT").  A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS IS AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE, DELPHI.COM (BY CLICKING ON "SUPPLIERS" IN THE HEADER AND THEN "SUPPLIER COMMUNITY PORTAL" THEN CLICK ON "SUPPLIER STANDARDS" THEN "ATTACHMENTS, FORMS, & ADDITIONAL INFOR-MATION", & THEN "DGSM" SUPPLIER GUIDE-LINES ATTACHMENT C GENERAL TERMS & CON-DITIONS"). SELLER ADKNOWLEDGES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS. IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS IN THEIR ENTIRETY WITHOUT MODIFICATION.  ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND | | |

CONTINUED ON PAGE    4

THIS CHANGES OR AMENDS
    PURCHASE ORDER NOW IN YOUR POSSESSION.

K. BASKINS,
PHONE BUYER
            (989) 757-3180
FAX (989) 757-5094 PAGE

ORIGINAL COPY

PURCHASING LOCATION

# DELPHI

| PURCHASE ORDER | SAG9014963 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 21611

ORDER ISSUE DATE: 08/27/02
MARCH  4, 2005

INVOICE TO

VENDOR 480913   DUNS 025999009

ATTN:   ACCOUNTS PAYABLE

SHIP TO

ROCTEL MFG % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                48034

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES BAR |
|---|---|---|---|---|
| | | | | GA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES   4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3B00440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT CONDITIONS) WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESS-LY AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING. | | |

THIS CHANGES OR AMENDS
  PURCHASE ORDER NOW IN YOUR POSSESSION.

K. BASKINS.
PHONE BUYER
       (989) 757-3180
FAX (989) 757-5094 PAGE