S01344

ORIGINAL COPY

# DELPHI

| PURCHASING LOCATION | | PURCHASE ORDER | SAG9014570 |
|---|---|---|---|
DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI 48601-9494

ALTERATION 19791

ORDER ISSUE DATE: 05/11/01
DECEMBER 22, 2004

VENDOR 371376   DUNS 025999009

INVOICE TO

ATTN:   ACCOUNTS PAYABLE

INVAR MANUFACTURING % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                48034

SHIP TO

RECEIVED JAN 0 3 2005

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES (AR SA |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES   4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | THIS ORDER IS EFFECTIVE  3/15/01 AND EXPIRES 12/31/05. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ******** | THE FOLLOWING PRICE EFFECTIVE  1/01/05 | ******** | |
| PC | 15748668 | GEAR ASM, STEERING (POWER) PURCHASED COMPLETE TO BLUEPRINT REV. 03B DATED  5/11/01 PER CHART        REV. 03B DTD  5/11/01 ACTIVE | 492.92 | PC |
| | | ACT 2400  75109              TAX 4B WEEKLY CAP        990    MIN LOT SIZE PERCENT OF BUSINESS    100% | | |
| | | REF: 15748668 PRICE CHANGE THE DELPHI GLOBAL SUPPLIER GUIDELINES, ARE INCORPORATED, AND MADE PART OF THIS PURCHASE ORDER. THE DELPHI GLOBAL SUPPLIER GUIDELINES MAY BE ACCESSED VIA THE INTERNET ON DELPHI'S WEB SITE, WWW. DELPHI.COM, UNDER THE SUPPLIERS HEADER, AND THEN UNDER SUPPLIER COMMU- NITY PORTAL AND THEN SUPPLIER STANDARDS. | | |

ENTERED JAN 0 3 2005

CONTINUED ON PAGE   2

THIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI,
PHONE BUYER
   (989) 757-6009
PAGE   1

THIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI,
PHONE BUYER
   (989) 757-6009
PAGE

SG1470
**ORIGINAL COPY**

# DELPHI

| PURCHASING LOCATION | | PURCHASE ORDER | SAG90I4571 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 19795

ORDER ISSUE DATE: 05/11/01
DECEMBER 22, 2004

VENDOR 371376    DUNS 025999009

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

INVAR MANUFACTURING % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                48034

SHIP TO

RECEIVED JAN 0 3 2005

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR SA |
| --- | --- | --- | --- | --- |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
| --- | --- | --- | --- | --- |
| | | REQUIREMENTS CONTRACT | | |
| | | THIS ORDER IS EFFECTIVE  3/15/01 AND EXPIRES 12/31/05. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  1/01/05 | ********* | |
| PC | 26079336 | GEAR ASM, STEERING (POWER) PURCHASED COMPLETE TO BLUEPRINT REV. 05A DATED  9/13/02 PER CHART        REV. 05A DTD  9/13/02 ACTIVE | 492.92 | PC |
| | | ACT 2400  75109              TAX 4B WEEKLY CAP       10    MIN LOT SIZE PERCENT OF BUSINESS      100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  1/01/05 | ********* | |
| PC | 26079338 | GEAR ASM, STEERING (POWER) PURCHASED COMPLETE TO BLUEPRINT REV. 04B DATED  9/13/02 PER CHART        REV. 04B DTD  9/13/02 ACTIVE | 492.92 | PC |
| | | ACT 2400  75000              TAX 4B WEEKLY CAP       10    MIN LOT SIZE | | |

ENTERED JAN 0 3 2005

CONTINUED ON PAGE    2

THIS CHANGES OR AMENDS
     PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI,
PHONE BUYER
     (989) 757-6009

PAGE

1

# DELPHI

ORIGINAL COPY

| PURCHASE ORDER | SAG90I4571 |

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI 48601-9494

ALTERATION 19795

ORDER ISSUE DATE: 05/11/01
DECEMBER 22, 2004

VENDOR 371376    DUNS 025999009

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

INVAR MANUFACTURING % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                48034

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| | | | | | SA |
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | PERCENT OF BUSINESS    100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  1/01/05 ********* | | |
| PCS | 26079343 | GEAR ASM, STEERING (POWER) | 492.92 | PCS |
| | | TO BLUEPRINT REV. 04B DATED 12/11/01 | | |
| | | PER CHART      REV. 04B DTD 12/11/01 | | |
| | | ACTIVE | | |
| | | ACT 2400  75000      TAX 4F | | |
| | | WEEKLY CAP      10    MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS    100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  1/01/05 ********* | | |
| PC | 26079345 | GEAR ASM, STEERING (POWER) | 492.92 | PC |
| | | PURCHASED COMPLETE | | |
| | | TO BLUEPRINT REV. 04A DATED 12/11/01 | | |
| | | PER CHART      REV. 04A DTD 12/11/01 | | |
| | | ACTIVE | | |
| | | ACT 2400  75000      TAX 4B | | |
| | | WEEKLY CAP      10    MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS    100% | | |
| | | PRICE CHANGES | | |
| | | THE DELPHI GLOBAL SUPPLIER GUIDELINES, | | |
| | | ARE INCORPORATED, AND MADE PART OF THIS | | |

ENTERED JAN 0 3 2005

CONTINUED ON PAGE    3

THIS CHANGES OR AMENDS
    PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI,
PHONE BUYER
    (989) 757-6009

PAGE

ORIGINAL COPY

# DELPHI

| PURCHASING LOCATION | | PURCHASE ORDER | SAG9014571 |
|---|---|---|---|

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 19795

ORDER ISSUE DATE: 05/11/01
DECEMBER 22, 2004

VENDOR 371376   DUNS 025999009

INVOICE TO

ATTN:   ACCOUNTS PAYABLE

INVAR MANUFACTURING % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI          48034

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | SA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT PURCHASE ORDER. THE DELPHI GLOBAL SUPPLIER GUIDELINES MAY BE ACCESSED VIA THE INTERNET ON DELPHI'S WEB SITE, WWW. DELPHI.COM, UNDER THE SUPPLIERS HEADER, AND THEN UNDER SUPPLIER COMMU-NITY PORTAL AND THEN SUPPLIER STANDARDS. SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL TERMS AND CONDITIONS ARE INCORPORATED IN, AND A PART OF, THIS CONTRACT AND EACH PURCHASE ORDER, RELEASE, REQUISITION, WORK ORDER, SHIP-PING INSTRUCTION, SPECIFICATION AND OTHER DOCUMENTS ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER, WHETHER EXPRESSED IN WRITTEN FORM OR BY ELEC-TRONIC DATA INTERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER PURSUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS IS AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE, DELPHI.COM (BY CLICKING ON "SUPPLIERS" IN THE HEADER AND THEN "SUPPLIER COMMUNITY PORTAL" THEN CLICK ON "SUPPLIER STANDARDS" THEN "ATTACHMENTS, FORMS, & ADDITIONAL INFOR- | | |

CONTINUED ON PAGE   4

THIS CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI,
BUYER
PHONE
(989) 757-6009

PAGE

ORIGINAL COPY

# DELPHI

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I4571 |

ALTERATION 19795

ORDER ISSUE DATE: 05/11/01
DECEMBER 22, 2004

INVOICE TO

VENDOR 371376   DUNS 025999009

ATTN:      ACCOUNTS PAYABLE

INVAR MANUFACTURING % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                48034

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES JAR |
|---|---|---|---|---|---|
| | | | | | SA |

| F.O.B. | | VIA | |

STATE & LOCAL SALES, USE TAX CODES   4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT MATION", & THEN "DGSM" SUPPLIER GUIDE-LINES ATTACHMENT C GENERAL TERMS & CON-DITIONS"). SELLER ADKNOWLEDGES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS. IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS IN THEIR ENTIRETY WITHOUT MODIFICATION.  ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS) WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESS-LY AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING. | | |

THIS CHANGES OR AMENDS
     PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI,
PHONE BUYER
     (989) 757-6009

PAGE

S01470

**DELPHI**

ORIGINAL COPY

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I4571 |

ALTERATION 19792

ORDER ISSUE DATE: 05/11/01
DECEMBER 22, 2004

VENDOR 371376    DUNS 025999009

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

INVAR MANUFACTURING % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                  48034

SHIP TO

RECEIVED JAN 0 3 2005
RECEIVED JAN ? 2005

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| | | | | | SA |
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | THIS ORDER IS EFFECTIVE  3/15/01 AND EXPIRES 12/31/05. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  1/01/05 | ********* | |
| PC | 15745390 | GEAR ASM, STEERING (POWER) PURCHASED COMPLETE TO BLUEPRINT REV. 02D DATED  9/19/00 PER CHART      REV. 02D DTD  9/19/00 ACTIVE | 492.92 | PC |
| | | ACT 2400  75109            TAX 4B WEEKLY CAP      225    MIN LOT SIZE PERCENT OF BUSINESS      100% | | |
| | | MAKE NECESSARY CORRECTIONS TO REFLECT PROPER PRICE REDUCTION COMMITMENT | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  1/01/05 | ********* | |
| PC | 26079335 | GEAR ASM, STEERING (POWER) PURCHASED COMPLETE TO BLUEPRINT REV. 05A DATED  9/13/02 PER CHART      REV. 05A DTD  9/13/02 ACTIVE | 492.92 | PC |

ENTERED JAN 0 3 2005

CONTINUED ON PAGE    2

THIS CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI,
PHONE BUYER
(989) 757-6009

PAGE
1

ORIGINAL COPY

PURCHASING LOCATION

# DELPHI

| PURCHASE ORDER | SAG9014571

ALTERATION 19792

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 05/11/01
DECEMBER 22, 2004

INVOICE TO

VENDOR 371376    DUNS 025999009

ATTN:    ACCOUNTS PAYABLE

SHIP TO

INVAR MANUFACTURING % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                    48034

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | SA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | ACT 2400  75109            TAX 4B | | |
| | | WEEKLY CAP        10    MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS      100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  1/01/05 | ********* | |
| PCS | 26079337 | GEAR ASM, STEERING (POWER) | 492.92 | PCS |
| | | TO BLUEPRINT REV. 04A DATED  9/13/02 | | |
| | | PER CHART        REV. 04A DTD  9/13/02 | | |
| | | ACTIVE | | |
| | | ACT 2400  75109            TAX 4F | | |
| | | WEEKLY CAP        400   MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS      100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  1/01/05 | ********* | |
| PC | 26079341 | GEAR ASM, STEERING (POWER) | 492.92 | PC |
| | | PURCHASED COMPLETE | | |
| | | TO BLUEPRINT REV. 03C DATED 12/11/01 | | |
| | | PER CHART        REV. 03C DTD 12/11/01 | | |
| | | ACTIVE | | |
| | | ACT 2400  75109            TAX 4B | | |
| | | WEEKLY CAP        100   MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS      100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  1/01/05 | ********* | |

ENTERED JAN 3 2005

CONTINUED ON PAGE    3

THIS CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI,
PHONE BUYER
(989) 757-6009

PAGE

2

ORIGINAL COPY

PURCHASING LOCATION

# DELPHI

PURCHASE ORDER    SAG9014571
ALTERATION 19792

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 05/11/01
DECEMBER 22, 2004

INVOICE TO

VENDOR 371376    DUNS 025999009

ATTN:    ACCOUNTS PAYABLE

SHIP TO

INVAR MANUFACTURING % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                 48034

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | SA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES    4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| PC | 26079347 | GEAR ASM, STEERING (POWER)<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 03B DATED 12/11/01<br>PER CHART          REV. 03B DTD 12/11/01<br>ACTIVE | 492.92 | PC |
| | | ACT 2400  75109              TAX 4B<br>WEEKLY CAP      10    MIN LOT SIZE<br>PERCENT OF BUSINESS    100% | | |
| | ******** | THE FOLLOWING PRICE EFFECTIVE  1/01/05 ******** | | |
| PC | 26079353 | GEAR ASM, STEERING (POWER)<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 04A DATED  9/13/02<br>PER CHART          REV. 04A DTD  9/13/02<br>ACTIVE | 492.92 | PC |
| | | ACT 2400  75109              TAX 4B<br>WEEKLY CAP        10    MIN LOT SIZE<br>PERCENT OF BUSINESS      100% | | |
| | ******** | THE FOLLOWING PRICE EFFECTIVE  1/01/05 ******** | | |
| PCS | 26079354 | GEAR ASM, STEERING (POWER)<br>TO BLUEPRINT REV. 04A DATED  9/13/02<br>PER CHART          REV. 04A DTD  9/13/02<br>ACTIVE | 492.92 | PCS |

ENTERED JAN 0 3 2005

CONTINUED ON PAGE    4

THIS CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI,
BUYER
PHONE
(989) 757-6009

PAGE
5

ORIGINAL COPY

# DELPHI

| PURCHASING LOCATION | | PURCHASE ORDER | SAG90I4571 |
|---|---|---|---|

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 19792

ORDER ISSUE DATE: 05/11/01
DECEMBER 22, 2004

VENDOR 371376    DUNS 025999009

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

INVAR MANUFACTURING % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                48034

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | SA |

| F.O.B. | | | VIA | |
|---|---|---|---|---|

STATE & LOCAL SALES, USE TAX CODES
4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | | | |
| | | ACT 2400  75000          TAX 4F | | |
| | | WEEKLY CAP      10    MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS      100% | | |
| | | | | |
| | | PRICE CHANGES | | |
| | | THE DELPHI GLOBAL SUPPLIER GUIDELINES, | | |
| | | ARE INCORPORATED, AND MADE PART OF THIS | | |
| | | PURCHASE ORDER. THE DELPHI GLOBAL | | |
| | | SUPPLIER GUIDELINES MAY BE ACCESSED VIA | | |
| | | THE INTERNET ON DELPHI'S WEB SITE, WWW. | | |
| | | DELPHI.COM, UNDER THE SUPPLIERS | | |
| | | HEADER, AND THEN UNDER SUPPLIER COMMU- | | |
| | | NITY PORTAL AND THEN SUPPLIER STANDARDS. | | |
| | | | | |
| | | SELLER ACKNOWLEDGES AND AGREES THAT | | |
| | | BUYER'S GENERAL TERMS AND CONDITIONS ARE | | |
| | | INCORPORATED IN, AND A PART OF, THIS | | |
| | | CONTRACT AND EACH PURCHASE ORDER, | | |
| | | RELEASE, REQUISITION, WORK ORDER, SHIP- | | |
| | | PING INSTRUCTION, SPECIFICATION AND | | |
| | | OTHER DOCUMENTS ISSUED BY BUYER OR | | |
| | | ACCEPTED IN WRITING BY BUYER, WHETHER | | |
| | | EXPRESSED IN WRITTEN FORM OR BY ELEC- | | |
| | | TRONIC DATA INTERCHANGE, RELATING TO THE | | |
| | | GOODS AND/OR SERVICES TO BE PROVIDED BY | | |
| | | SELLER PURSUANT TO THIS CONTRACT (SUCH | | |
| | | DOCUMENTS ARE COLLECTIVELY REFERRED TO | | |

CONTINUED ON PAGE   5

THIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI,
PHONE BUYER
      (989) 757-6009

PAGE

ORIGINAL COPY

# DELPHI

| PURCHASE ORDER |
SAG901457 1
ALTERATION 19792

PURCHASING LOCATION
DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI 48601-9494

ORDER ISSUE DATE: 05/11/01
DECEMBER 22, 2004

VENDOR 371376   DUNS 025999009

INVAR MANUFACTURING % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI
48034

INVOICE TO

ATTN:   ACCOUNTS PAYABLE

SHIP TO

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS.
PACKAGES AND BILLS OF LADING, ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | TERMS | DATE PROMISED | REC. DEPT. NOTIFY | VIA | F.O.B. | BAR CODES SA |
|---|---|---|---|---|---|---|

STATE & LOCAL SALES. USE TAX CODES. 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|

REQUIREMENTS CONTRACT
AS THIS "CONTRACT".). A COPY OF BUYER'S
GENERAL TERMS AND CONDITIONS IS
AVAILABLE UPON WRITTEN REQUEST TO BUYER
OR VIA THE INTERNET AT DELPHI'S WEBSITE,
DELPHI.COM (BY CLICKING ON
"SUPPLIERS" IN THE HEADER AND THEN
"SUPPLIER COMMUNITY PORTAL" THEN
CLICK ON "SUPPLIER STANDARDS" THEN
"ATTACHMENTS, FORMS, & ADDITIONAL INFOR-
MATION", & THEN "DGSM" SUPPLIER GUIDE-
LINES ATTACHMENT C GENERAL TERMS & CON-
DITIONS".). SELLER ADKNOWLEDGES THAT IT
HAS READ AND UNDERSTANDS BUYER'S GENERAL
TERMS AND CONDITIONS.
IF SELLER ACCEPTS THIS CONTRACT IN
WRITING OR COMMENCES ANY OF THE WORK OR
SERVICES WHICH ARE THE SUBJECT OF THIS
CONTRACT, SELLER WILL BE DEEMED TO HAVE
ACCEPTED THIS CONTRACT AND BUYER'S
GENERAL TERMS AND CONDITIONS IN THEIR
ENTIRETY WITHOUT MODIFICATION. ANY
ADDITIONS TO, CHANGES IN, MODIFICATIONS
OF, OR REVISIONS OF THIS CONTRACT
(INCLUDING BUYER'S GENERAL TERMS AND
CONDITIONS) WHICH SELLER PROPOSES WILL
BE DEEMED TO BE REJECTED BY BUYER
EXCEPT TO THE EXTENT THAT BUYER EXPRESS-
LY AGREES TO ACCEPT ANY SUCH PROPOSALS

CONTINUED ON PAGE   9

THIS CHANGES OR AMENDS   PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI,
BUYER   PHONE   (989) 757-6009

PAGE

ORIGINAL COPY

PURCHASING LOCATION

# DELPHI

| PURCHASE ORDER | SAG90I4571 |

ALTERATION 19792

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 05/11/01
DECEMBER 22, 2004

INVOICE TO

VENDOR 371376   DUNS 025999009

ATTN:   ACCOUNTS PAYABLE

SHIP TO

INVAR MANUFACTURING % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                    48034

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | SA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES   4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | IN WRITING. | | |

THIS CHANGES OR AMENDS
    PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI,
PHONE BUYER
    (989) 757-6009

PAGE
6

# DELPHI

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | ORIGINAL COPY |
| --- | --- |
| | SAG90I4613 |

ALTERATION 20400

ORDER ISSUE DATE: 06/15/01
JANUARY 27, 2005

VENDOR 371376    DUNS 025999009

INVOICE TO

ATTN:   ACCOUNTS PAYABLE

INVAR MANUFACTURING % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                    48034

SHIP TO

*Price changed in System*

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
| --- | --- | --- | --- | --- |
| | | | | SA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES   4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
| --- | --- | --- | --- | --- |
| | | REQUIREMENTS CONTRACT | | |
| | | THIS ORDER IS EFFECTIVE  6/18/01 AND EXPIRES 12/31/09. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  2/01/05 | ********* | |
| PC | 26090198 | GEAR BLANK, PITMAN SHAFT PURHCASE COMPLETE TO BLUEPRINT REV. 03M DATED  4/30/01 PER CHART        REV. 03M DTD  4/30/01 ACTIVE | 18.70 | PC |
| | | ACT 2400  75100          TAX 4B WEEKLY CAP      10    MIN LOT SIZE PERCENT OF BUSINESS     100% | | |
| | | REF: 26090198 PRICE CHANGE THE DELPHI GLOBAL SUPPLIER GUIDELINES, ARE INCORPORATED, AND MADE PART OF THIS PURCHASE ORDER. THE DELPHI GLOBAL SUPPLIER GUIDELINES MAY BE ACCESSED VIA THE INTERNET ON DELPHI'S WEB SITE, WWW. DELPHI.COM, UNDER THE SUPPLIERS HEADER, AND THEN UNDER SUPPLIER COMMU- NITY PORTAL AND THEN SUPPLIER STANDARDS. | | |

CONTINUED ON PAGE    2

THIS CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

J. UHL,
PHONE SENIOR BUYER
(989) 757-4085
FAX (989) 757-5094  PAGE

1

ORIGINAL COPY

PURCHASING LOCATION

# DELPHI

PURCHASE ORDER    SAG9014613

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 20400

ORDER ISSUE DATE: 06/15/01
JANUARY 27, 2005

VENDOR 371376   DUNS 025999009

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

INVAR MANUFACTURING % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI              48034

SHIP TO

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| | | | | | SA |
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL TERMS AND CONDITIONS ARE INCORPORATED IN, AND A PART OF, THIS CONTRACT AND EACH PURCHASE ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING INSTRUCTION, SPECIFICATION AND OTHER DOCUMENTS ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER, WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC DATA INTERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER PURSUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT").  A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS IS AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE, DELPHI.COM (BY CLICKING ON "SUPPLIERS" IN THE HEADER AND THEN "SUPPLIER COMMUNITY PORTAL" THEN CLICK ON "SUPPLIER STANDARDS" THEN "ATTACHMENTS, FORMS, & ADDITIONAL INFORMATION", & THEN "DGSM" SUPPLIER GUIDELINES ATTACHMENT C GENERAL TERMS & CONDITIONS").  SELLER ADKNOWLEDGES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS. | | |

CONTINUED ON PAGE   3

THIS CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

J. UHL,
PHONE SENIOR BUYER
(989) 757-4085
FAX (989) 757-5094 PAGE

2

ORIGINAL COPY

# DELPHI

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I4613 |

ALTERATION 20400

ORDER ISSUE DATE: 06/15/01
JANUARY 27, 2005

VENDOR 371376    DUNS 025999009

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

INVAR MANUFACTURING % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                    48034

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | SA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT<br>IF SELLER ACCEPTS THIS CONTRACT IN<br>WRITING OR COMMENCES ANY OF THE WORK OR<br>SERVICES WHICH ARE THE SUBJECT OF THIS<br>CONTRACT, SELLER WILL BE DEEMED TO HAVE<br>ACCEPTED THIS CONTRACT AND BUYER'S<br>GENERAL TERMS AND CONDITIONS IN THEIR<br>ENTIRETY WITHOUT MODIFICATION.  ANY<br>ADDITIONS TO, CHANGES IN, MODIFICATIONS<br>OF, OR REVISIONS OF THIS CONTRACT<br>(INCLUDING BUYER'S GENERAL TERMS AND<br>CONDITIONS) WHICH SELLER PROPOSES WILL<br>BE DEEMED TO BE REJECTED BY BUYER<br>EXCEPT TO THE EXTENT THAT BUYER EXPRESS-<br>LY AGREES TO ACCEPT ANY SUCH PROPOSALS<br>IN WRITING. | | |

THIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

J. UHL,
SENIOR BUYER
PHONE (989) 757-4085
FAX (989) 757-5094 PAGE

ORIGINAL COPY

PURCHASING LOCATION

# DELPHI

PURCHASE ORDER    SAG90I4613
ALTERATION 15377

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 06/15/01
JULY 28, 2004

VENDOR 371376    DUNS 025999009

INVOICE TO

ATTN.    ACCOUNTS PAYABLE

INVAR MANUFACTURING % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                    48034

SHIP TO
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
------------------------------

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| AS RELEASED | | NET    MNS-2 | | SA |

| F.O.B.    BUYER'S PLANT FREIGHT COLLECT | VIA    SEE INSTRUCTIONS BELOW |
|---|---|

STATE & LOCAL SALES,
USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  6/18/01 AND EXPIRES 12/31/09. | | |
| | | ******* THE ABOVE INFORMATION ******* ******* HAS BEEN CHANGED ******* | | |
| | | EXTEND PO THRU 12/31/09 THE DELPHI GLOBAL SUPPLIER GUIDELINES, ARE INCORPORATED, AND MADE PART OF THIS PURCHASE ORDER. THE DELPHI GLOBAL SUPPLIER GUIDELINES MAY BE ACCESSED VIA THE INTERNET ON DELPHI'S WEB SITE, WWW. DELPHI.COM, UNDER THE SUPPLIERS HEADER, AND THEN UNDER SUPPLIER COMMU- NITY PORTAL AND THEN SUPPLIER STANDARDS. | | |
| | | SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL TERMS AND CONDITIONS ARE INCORPORATED IN, AND A PART OF, THIS CONTRACT AND EACH PURCHASE ORDER, RELEASE, REQUISITION, WORK ORDER, SHIP- PING INSTRUCTION, SPECIFICATION AND OTHER DOCUMENTS ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER, WHETHER EXPRESSED IN WRITTEN FORM OR BY ELEC- TRONIC DATA INTERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY | | |

CONTINUED ON PAGE    2

**THIS IS NOT AN ORDER BUT CHANGES OR AMENDS PURCHASE ORDER NOW IN YOUR POSSESSION.**

J. UHL,
SENIOR BUYER
PHONE: (989) 757-4085
FAX (989) 757-5094

PAGE    1

PU182C-1

PH189C-1

# DELPHI

**DELPHI SAGINAW STEERING SYSTEMS**

PURCHASE ORDER

ALTERATION 15377
SAG901A613
ORIGINAL COPY

**PURCHASING LOCATION**
DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI 48601-9494

ORDER ISSUE DATE: 06/15/01
JULY 28, 2004

INVOICE TO

ATTN: ACCOUNTS PAYABLE

VENDOR 371376    DUNS 025999009
INVAR MANUFACTURING % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI    48034

SHIP TO

SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASED).

| DATE REQUIRED | DATE PROMISED | TERMS | REG. DEPT. NOTIFY | CODES |
|---|---|---|---|---|
| AS RELEASED | | NET      MNS-2 | | LAB SA |

F.O.B.  BUYER'S PLANT FREIGHT COLLECT          VIA          SEE INSTRUCTIONS BELOW

USE TAX CODES,
STATE & LOCAL SALES,

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | SELLER PURSUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT").  A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS IS AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE, DELPHI.COM (BY CLICKING ON "SUPPLIERS," IN THE HEADER AND THEN "SUPPLIER COMMUNITY PORTAL," THEN CLICK ON "SUPPLIER STANDARDS," THEN "ATTACHMENTS, FORMS, & ADDITIONAL INFOR-MATION", & THEN "DGSM" SUPPLIER GUIDE-LINES ATTACHMENT C GENERAL TERMS & CON-DITIONS").  SELLER ADKNOWLEDGES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS.<br><br>IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS IN THEIR ENTIRETY WITHOUT MODIFICATION.  ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS) WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER | | |

CONTINUED ON PAGE   3

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

J. UHL,
SENIOR BUYER
PHONE: (989) 757-4085
FAX (989) 757-5094

PAGE 2

02/10/04  12:49 FAX 1 248 373 0047       ROCHESTER SALES        → INVAR        ☒006

ORIGINAL COPY

PURCHASING LOCATION

# DELPHI

| PURCHASE ORDER | SAG90I4613 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 10967

ORDER ISSUE DATE: 06/15/01
FEBRUARY 5, 2004                    H

VENDOR 371376    DUNS 000233734

INVOICE TO

FEB - 9 2004

ATTN:   ACCOUNTS PAYABLE

INVAR % ROCHESTER SALES
1265 DORIS RD
AUBURN HILLS MI          48326

SHIP TO

COPY

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| | | | | | SA |
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES   4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  6/18/01 AND EXPIRES 12/31/04. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  8/01/04 | ********* | |
| PC | 26Q90194 | GEAR BLANK, PITMAN SHAFT PURCHASED COMPLETE TO BLUEPRINT REV. 02K DATED  4/30/01 PER CHART       REV. 02K DTD  4/30/01 ACTIVE | 14.5502 | PC |
| | | ACT 2400  75000          TAX 4B WEEKLY CAP       25    MIN LOT SIZE | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  8/01/04 | ********* | |
| PC | 26090196 | GEAR BLANK, PITMAN SHAFT PURCHASED COMPLETE TO BLUEPRINT REV. 02L DATED  4/30/01 PER CHART       REV. 02L DTD  4/30/01 ACTIVE | 2.0669 | PC |
| | | ACT 2400  75109          TAX 4B WEEKLY CAP       25000   MIN LOT SIZE | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  8/01/04 | ********* | |

CONTINUED ON PAGE   2

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

J. UHL,
SENIOR BUYER
PHONE: (989) 757-4051
FAX (989) 757-5983

PAGE          1

ORIGINAL COPY

# DELPHI

PURCHASING LOCATION

| PURCHASE ORDER | SAG90I4613 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 15377

ORDER ISSUE DATE: 06/15/01
JULY 28, 2004

VENDOR 371376    DUNS 025999009

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

INVAR MANUFACTURING % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                    48034

SHIP TO

SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
- - - - - - - - - - - - - - - - - - - - - - -

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| AS RELEASED | | NET    MNS-2 | | | SA |
| F.O.B.  BUYER'S PLANT FREIGHT COLLECT | | | VIA    SEE INSTRUCTIONS BELOW | | |

STATE & LOCAL SALES,
USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | EXCEPT TO THE EXTENT THAT BUYER EXPRESS-LY AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING. | | |

HIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

J. UHL,
SENIOR BUYER
PHONE: (989) 757-4085
FAX (989) 757-5094

PAGE    3

PU182C-1

02/10/04  12:49 FAX 1 248 373 0047      ROCHESTER SALES          → INVAR          ☒007

ORIGINAL COPY

PURCHASING LOCATION

# DELPHI

| PURCHASE ORDER | SAG9014613 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 10967

ORDER ISSUE DATE: 06/15/01
FEBRUARY 5, 2004                    H

VENDOR 371376   DUNS 000233734

INVOICE TO

ATTN   ACCOUNTS PAYABLE

INVAR % ROCHESTER SALES
1265 DORIS RD
AUBURN HILLS MI          48326

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | SA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS |
|---|---|---|---|---|
| PC | 26090198 | GEAR BLANK, PITMAN SHAFT<br>PURHCASE COMPLETE<br>TO BLUEPRINT REV. 03M DATED  4/30/01<br>PER CHART      REV. 03M DTD  4/30/01<br>ACTIVE<br><br>ACT 2400  75100          TAX 4B<br>WEEKLY CAP      1000    MIN LOT SIZE | 14.5502 | PC |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  8/01/04 | ********* | |
| PC | 26090199 | GEAR BLANK, PITMAN SHAFT<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 02L DATED  4/30/01<br>PER CHART      REV. 02L DTD  4/30/01<br>ACTIVE<br><br>ACT 2400  75109          TAX 4B<br>WEEKLY CAP     25000    MIN LOT SIZE | 2.0669 | PC |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  8/01/04 | ********* | |
| PC | 26090200 | GEAR BLANK, PITMAN SHAFT<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 02H DATED  4/30/01<br>PER CHART      REV. 02H DTD  4/30/01<br>ACTIVE<br><br>ACT 2400  75000          TAX 4B | 2.0669 | PC |

CONTINUED ON PAGE   3

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

J. UHL,
SENIOR BUYER
PHONE: (989) 757-4051
FAX (989) 757-5983

PAGE          2

02/10/04  12:50 FAX 1 248 373 0047   ROCHESTER SALES          → INVAR          ☑008

# DELPHI

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORIGINAL COPY

PURCHASE ORDER    SAG90I4613
ALTERATION 10967

ORDER ISSUE DATE: 06/15/01
FEBRUARY  5, 2004                    H

INVOICE TO

VENDOR 371376   DUNS 000233734

ATTN:    ACCOUNTS PAYABLE

SHIP TO

INVAR % ROCHESTER SALES
1265 DORIS RD
AUBURN HILLS MI              48326

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | SA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | WEEKLY CAP    10    MIN LOT SIZE | | |

PRICE CHANGES
THE DELPHI GLOBAL SUPPLIER GUIDELINES,
ARE INCORPORATED, AND MADE PART OF THIS
PURCHASE ORDER. THE DELPHI GLOBAL
SUPPLIER GUIDELINES MAY BE ACCESSED VIA
THE INTERNET ON DELPHI'S WEB SITE, WWW.
DELPHI.COM, UNDER THE SUPPLIERS
HEADER, AND THEN UNDER SUPPLIER COMMU-
NITY PORTAL AND THEN SUPPLIER STANDARDS.

SELLER ACKNOWLEDGES AND AGREES THAT
BUYER'S GENERAL TERMS AND CONDITIONS ARE
INCORPORATED IN, AND A PART OF, THIS
CONTRACT AND EACH PURCHASE ORDER,
RELEASE, REQUISITION, WORK ORDER, SHIP-
PING INSTRUCTION, SPECIFICATION AND
OTHER DOCUMENTS ISSUED BY BUYER OR
ACCEPTED IN WRITING BY BUYER, WHETHER
EXPRESSED IN WRITTEN FORM OR BY ELEC-
TRONIC DATA INTERCHANGE, RELATING TO THE
GOODS AND/OR SERVICES TO BE PROVIDED BY
SELLER PURSUANT TO THIS CONTRACT (SUCH
DOCUMENTS ARE COLLECTIVELY REFERRED TO
AS THIS "CONTRACT").  A COPY OF BUYER'S
GENERAL TERMS AND CONDITIONS IS
AVAILABLE UPON WRITTEN REQUEST TO BUYER

CONTINUED ON PAGE   4

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

J. UHL,
SENIOR BUYER
PHONE: (989) 757-4051
FAX (989) 757-5983

PAGE

02/10/04  12:50 FAX 1 248 373 0047      ROCHESTER SALES          → INVAR          ☒009

PURCHASING LOCATION
# DELPHI
PURCHASE ORDER | SAG90I4613

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 10967

ORDER ISSUE DATE: 06/15/01
FEBRUARY 5, 2004                          H

INVOICE TO

VENDOR 371376    DUNS 000233734

ATTN:    ACCOUNTS PAYABLE

SHIP TO

INVAR % ROCHESTER SALES
1265 DORIS RD
AUBURN HILLS MI              48326

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR SA |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | OR VIA THE INTERNET AT DELPHI'S WEBSITE, DELPHI.COM (BY CLICKING ON "SUPPLIERS" IN THE HEADER AND THEN "SUPPLIER COMMUNITY PORTAL" THEN CLICK ON "SUPPLIER STANDARDS" THEN "ATTACHMENTS, FORMS, & ADDITIONAL INFOR- MATION", & THEN "DGSM" SUPPLIER GUIDE- LINES ATTACHMENT C GENERAL TERMS & CON- DITIONS"). SELLER ADKNOWLEDGES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS. IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS IN THEIR ENTIRETY WITHOUT MODIFICATION.  ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS) WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESS- LY AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING. | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

J. UHL,
SENIOR BUYER
PHONE: (989) 757-4051
FAX (989) 757-5983

PAGE      4

# DELPHI

| PURCHASING LOCATION | | ORIGINAL COPY |
|---|---|---|
| DELPHI SAGINAW STEERING SYSTEMS | PURCHASE ORDER | SAG90I5036 |
| DELPHI CORPORATION | | ALTERATION 28786 |
| 3900 E HOLLAND RD. | | |
| SAGINAW, MI  48601-9494 | ORDER ISSUE DATE: 12/18/02 | |
| | SEPTEMBER  9, 2005 | H |

VENDOR 371376    DUNS 025999009

INVAR MANUFACTURING,'% LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI'                    48034

INVOICE TO

ATTN    ACCOUNTS PAYABLE

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES |
|---|---|---|---|---|
| | | | | TAR SA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | THIS ORDER IS EFFECTIVE  1/01/03 AND EXPIRES 12/31/05. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ********* | |
| PC | 26094290 | SUPPORT, STRG COL HSG PURCHASED COMPLETE TO BLUEPRINT REV. 55Z DATED  8/22/03 PER CHART      REV. 55Z DTD  8/22/03 ACTIVE | 6.044 | PC |
| | | ACT 2400  75000          TAX 4B WEEKLY CAP      525   MIN LOT SIZE PERCENT OF BUSINESS    100% | | |
| | | REF: 26094290 PRICE CHANGE SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS ARE IN-CORPORATED IN, AND A PART OF, THIS CON-TRACT AND EACH PURCHASE ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING IN-STRUCTION, SPECIFICATION AND OTHER DOCUMENT ISSUED BY BUYER OR ACCEPTED IN | | |

CONTINUED ON PAGE    2

THIS CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
BUYER
PHONE  (989) 757-9178 EXT: 9178
FAX (989) 757-5094 PAGE

1

# DELPHI

**ORIGINAL COPY**

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

RCHASE ORDER       SAG90I5036
ALTERATION 27436

ORDER ISSUE DATE: 12/18/02
AUGUST 24, 2005                    H

VENDOR 371376   DUNS 025999009

INVOICE TO

INVAR MANUFACTURING % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI              48034

ATTN:     ACCOUNTS PAYABLE

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR KA |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES: 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | THIS ORDER IS EFFECTIVE  1/01/03 | | |
| | | AND EXPIRES 12/31/05. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ********* | |
| PC | 26082041 | STEERING COL. HOUSING PURCHASE COMPLETE TO BLUEPRINT REV. 04C DATED  4/22/03 PER CHART      REV. 04C DTD  4/22/03 ACTIVE | 5.038 | PC |
| | | ACT 2400  75000           TAX 4B WEEKLY CAP     16805   MIN LOT SIZE PERCENT OF BUSINESS    100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ********* | |
| PC | 26082056 | STEERING COL. HOUSING PURCHASE COMPLETE TO BLUEPRINT REV. 07A DATED  3/12/03 PER CHART      REV. 07A DTD  3/12/03 ACTIVE | 5.368 | PC |
| | | ACT 2400  75000           TAX 4B WEEKLY CAP     20446   MIN LOT SIZE | | |

CONTINUED ON PAGE   2

THIS CHANGES OR AMENDS
  PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
PHONE BUYER
        (989) 757-9178 EXT: 9178
FAX (989) 757-5094 PAGE

1

# DELPHI

ORIGINAL COPY

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

☐ ᴿCHASE ORDER    SAG90I5036
ALTERATION 27436

ORDER ISSUE DATE: 12/18/02
AUGUST 24, 2005                    H

VENDOR 371376    DUNS 025999009

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

INVAR MANUFACTURING % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                    48034

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR KA |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | PERCENT OF BUSINESS      100% | | |
| | ******** | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ******** | |
| PC | 26086164 | STEERING COL. HOUSING<br>PURCHASE COMPLETE<br>TO BLUEPRINT REV. 85C DATED  1/28/03<br>PER CHART        REV. 85C DTD  1/28/03<br>ACTIVE | 5.716 | PC |
| | | ACT 2400  75000            TAX 4B<br>WEEKLY CAP      2700    MIN LOT SIZE<br>PERCENT OF BUSINESS      100% | | |
| | ******** | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ******** | |
| PC | 26094290 | SUPPORT, STRG COL HSG<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 55Z DATED  8/22/03<br>PER CHART        REV. 55Z DTD  8/22/03<br>ACTIVE | 5.437 | PC |
| | | ACT 2400  75000            TAX 4B<br>WEEKLY CAP        525    MIN LOT SIZE<br>PERCENT OF BUSINESS      100% | | |
| | ******** | THE FOLLOWING PRICE EFFECTIVE  9/01/05 | ******** | |
| | 26096002 | HOUSING, STRG COLUMN (TILT) | 5.672 | PC |

CONTINUED ON PAGE    3

THIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
BUYER
PHONE  (989) 757-9178 EXT: 9178
FAX (989) 757-5094  PAGE

# DELPHI

ORIGINAL COPY

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

[ ] RCHASE ORDER          SAG90I5036
                          ALTERATION 27436

ORDER ISSUE DATE: 12/18/02
AUGUST 24, 2005                        H

VENDOR 371376   DUNS 025999009

INVOICE TO

ATTN:      ACCOUNTS PAYABLE

INVAR MANUFACTURING % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                48034

SHIP TO

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR KA |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| PC | | REQUIREMENTS CONTRACT<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 07B DATED  5/18/05<br>PER CHART        REV. 07B DTD  5/18/05<br>ACTIVE<br><br>ACT 2400  75000              TAX 4B<br>WEEKLY CAP      380    MIN LOT SIZE<br>PERCENT OF BUSINESS      100% | | |
| PC | ********<br><br>26105013 | THE FOLLOWING PRICE EFFECTIVE  9/01/05<br><br>SUPPORT, STRG COL HSG<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 19A DATED  1/29/04<br>PER CHART        REV. 19A DTD  1/29/04<br>ACTIVE<br><br>ACT 2400  75000              TAX 4B<br>WEEKLY CAP      5000   MIN LOT SIZE<br>PERCENT OF BUSINESS      100%<br><br>PRICE CHANGE<br>SELLER ACKNOWLEDGES AND AGREES THAT<br>BUYER'S GENERAL TERMS AND CONDITIONS AND<br>CUSTOMER SPECIFIC REQUIREMENTS ARE IN-<br>CORPORATED IN, AND A PART OF, THIS CON-<br>TRACT AND EACH PURCHASE ORDER, RELEASE,<br>REQUISITION, WORK ORDER, SHIPPING IN- | ******** | |
| | | | 5.235 PC | |

CONTINUED ON PAGE   4

THIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
BUYER
PHONE (989) 757-9178 EXT: 9178
FAX (989) 757-5094  PAGE

ORIGINAL COPY

# DELPHI

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

RCHASE ORDER       SAG90I5036
ALTERATION 27436

ORDER ISSUE DATE: 12/18/02
AUGUST 24, 2005                    H

VENDOR 371376   DUNS 025999009

INVOICE TO

ATTN:   ACCOUNTS PAYABLE

SHIP TO

INVAR MANUFACTURING % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI              48034

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR KA |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT STRUCTION, SPECIFICATION AND OTHER DOCUMENT ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER, WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC DATA IN-TERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER PUR-SUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPE-CIFIC REQUIREMENTS ARE AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE,WWW.DELPHI. COM. SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS AND CUS-TOMER SPECIFIC REQUIREMENTS. IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COM-MENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC RE-QUIREMENTS IN THEIR ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPE- | | |

CONTINUED ON PAGE   5

THIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
PHONE BUYER
      (989) 757-9178 EXT: 9178
FAX (989) 757-5094 PAGE

4

# DELPHI

ORIGINAL COPY

RCHASE ORDER          SAG90I5036
ALTERATION 27436

**PURCHASING LOCATION**

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 12/18/02
AUGUST 24, 2005

VENDOR 371376    DUNS 025999009

INVOICE TO

ATTN:        ACCOUNTS PAYABLE
SHIP TO

INVAR MANUFACTURING % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI              48034

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | KA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |

CIFIC REQUIREMENTS)WHICH SELLER PROPOSES
WILL BE DEEMED TO BE REJECTED BY BUYER
EXCEPT TO THE EXTENT THAT BUYER EXPRESS-
LY AGREES TO ACCEPT ANY SUCH PROPOSALS
IN WRITING.
DIRECTIONS TO FIND DELPHI'S GENERAL
TERMS AND CONDITIONS ON THE INTERNET.
1) GO TO DELPHI'S INTERNET WEB SITE
WWW.DELPHI.COM
2) CLICK ON SUPPLIERS
3) CLICK ON DELPHI SUPPLIER COMMUNITY
PORTAL
4) CLICK ON GENERAL TERMS AND CONDITIONS
5) CLICK ON YOUR PERFERRED LANGUAGE
VERSION OF THE GENERAL TERMS AND
CONDITIONS

DIRECTIONS TO FIND DELPHI'S CUSTOMER
SPECIFIC REQUIREMENTS ON THE INTERNET
1) GO TO DELPHI'S INTERNET WEB SITE
WWW.DELPHI.COM
2) CLICK ON SUPPLIER'S
3) CLICK ON DELPHI'S SUPPLIER COMMUNITY
PORTAL
4) CLICK ON SUPPLIER STANDARDS
5) CLICK ON DELPHI CUSTOMER SPECIFIC
REQUIREMENTS

THIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

S. ZELINKO,
PHONE BUYER
   (989) 757-9178 EXT: 9178
FAX (989) 757-5094 PAGE

5

ORIGINAL COPY

PURCHASING LOCATION

# DELPHI

| PURCHASE ORDER | SAG9014570
ALTERATION 19791

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI 48601-9494

ORDER ISSUE DATE: 05/11/01
DECEMBER 22, 2004

INVOICE TO

VENDOR 371376   DUNS 025999009

ATTN   ACCOUNTS PAYABLE

INVAR MANUFACTURING % LINAMAR SALES
25300 TELEGRAPH RD STE 450
SOUTHFIELD MI                    48034

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES
IAR
SA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES,
USE TAX CODES   4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT
MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT
IF SELLER ACCEPTS THIS CONTRACT IN
WRITING OR COMMENCES ANY OF THE WORK OR
SERVICES WHICH ARE THE SUBJECT OF THIS
CONTRACT, SELLER WILL BE DEEMED TO HAVE
ACCEPTED THIS CONTRACT AND BUYER'S
GENERAL TERMS AND CONDITIONS IN THEIR
ENTIRETY WITHOUT MODIFICATION.  ANY
ADDITIONS TO, CHANGES IN, MODIFICATIONS
OF, OR REVISIONS OF THIS CONTRACT
(INCLUDING BUYER'S GENERAL TERMS AND
CONDITIONS) WHICH SELLER PROPOSES WILL
BE DEEMED TO BE REJECTED BY BUYER
EXCEPT TO THE EXTENT THAT BUYER EXPRESS-
LY AGREES TO ACCEPT ANY SUCH PROPOSALS
IN WRITING. | | |

THIS CHANGES OR AMENDS
    PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI,
PHONE BUYER
    (989) 757-6009

PAGE