PRYOR & MANDELUP, L.L.P.
Kenneth A. Reynolds, Esq.
675 Old Country Road
Westbury, New York 11590
(516) 997-0999
kar@pryormandelup.com
11-3261335
kar3808

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                    :
                                                         :          Chapter 11
DELPHI CORPORATION, *et al.*                             :
                                                         :          Case No. 05-44481 (ajg)
                              Debtor.                    :
-----------------------------------------------------------------x

## NOTICE OF RECLAMATION

**PLEASE TAKE NOTICE,** that on October 19, 2005, National Molding Corp. ("National") served upon Debtor Delphi Corporation ("Delphi") a timely written demand for reclamation of certain goods (i.e. automotive parts, goods and equipment) shipped by National to Delphi with an aggregate value of at least $86,150.48, and as described in greater detail in such written demand. (A copy of this written demand is annexed hereto as Exhibit "A").

National respectfully requests permission, pursuant to 11 U.S.C. § 546(c)(1), to reclaim and recover from Delphi the goods specified in Exhibit "A" and that the Bankruptcy Court direct Delphi to return these goods to National promptly. Alternatively, in the event the Court denied reclamation, National respectfully requests the Court (i) to grant National, pursuant to 11 U.S.C. § 503(b) and 11 U.S.C. § 546(c)(2)(A), and administrative priority claim in the amount of at least $86,150.48, or (ii) to grant National pursuant to 11 U.S.C. § 546(c)(2)(B), a secured claim in the amount of at least $86,150.48, as if National held a validly perfected lien and security interest in such an amount.

I:\CLIENT FILES\National Molding\Not of Reclamation-Molding.wpd

National expressly reserves all of its rights and remedies available under the United States Bankruptcy Code, including but not limited to the right to file an adversary proceeding, and to supplement this Notice.

Dated: Westbury, New York
       October 18, 2005

PRYOR & MANDELUP, LLP
Attorneys for National Molding Corporation

By:   */s/ Kenneth A. Reynolds*
      Kenneth A. Reynolds (KAR3808)
      675 Old Country Road
      Westbury, New York 11590
      Tel.: (516) 997-0999
      Fax.: (516) 333-7333
      Email: kar@pryormandelup.com