

## NATIONAL MOLDING CORPORATION

October 18, 2005

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098-2815

Re:
Delphi Corporation, et al.
Chapter 11 Case No.: 05-44481-ajg

Dear Sir/Madam:

This letter constitutes a notice of demand for the return of certain goods purchased by
the above-captioned debtor ("Debtor") from National Molding Corp. (the "Seller"). Please take notice
that pursuant to New York Commercial Code § 2-702, 11 U.S.C. § 546(c), and by virtue of the
Debtor's
insolvency, the Seller hereby demands the segregation and return of all the automotive parts, goods
and
equipment (the "Goods") more particularly described at Exhibit "A" hereto, currently in your
possession
and delivered to you on or after September 28, 2005 and prior to October 8, 2005 pursuant to the
invoices, dated September 28, 2005 through and including October 7, 2005, more particularly
described
at Exhibit "A" hereto. Unless you authorize the return of the Goods immediately, further appropriate
measures will be taken.

Please contact the undersigned immediately to make arrangements to allow the Seller to
reclaim the Goods. I look forward to hearing from you shortly.

Sincerely,

NATIONAL MOLDING CORP.

By:

*/s/ Mel Mankuta*

Mel Mankuta
Controller

Five Dubon Court, Farmingdale, New York 11735
631-293-8696 / Accounting Fax: 631-293-8575 / www.nationalmolding.com

| A/C # | REF# | INV DATE & SHIP DATE | TYPE | DEBIT | CREDIT | INV BAL | NMC P/N | DELPHI P/N | P/N DESCRIPTION | DELPHI PO # | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **PARTS:** | | | | | | | | | | | |
| 35636 | 621706 | 9/28/2005 | 11 | 228.60 | | 228.60 | 7538 | 16643715 | DOUBLE ROD RTR (3.5MM) REV 03B | 550022639 | 4,500 |
| 35636 | 621708 | 9/28/2005 | 11 | 154.44 | | 154.44 | 5301 | 16625115 | CLIP-ROD RETAINER DOUBLE | 550022638 | 4,400 |
| 35613 | 621749 | 9/28/2005 | 11 | 201.60 | | 201.60 | 4880 | 26020310 | BUSHING, UPPER PINION | SAG90I5007 | 4,000 |
| 35613 | 621750 | 9/28/2005 | 11 | 590.40 | | 590.40 | 7488 | 26080977 | GUIDE, E/A STRIP | SAG90I0734 | 6,000 |
| 35613 | 621751 | 9/28/2005 | 11 | 250.00 | | 250.00 | 7133 | 26075084 | RETAINER, SENSOR | SAG90I0734 | 1,000 |
| 35613 | 621752 | 9/28/2005 | 11 | 76.80 | | 76.80 | 7011 | 26071758 | LOCATOR, SENSOR | SAG90I5573 | 1,500 |
| 35613 | 621753 | 9/28/2005 | 11 | 209.25 | | 209.25 | 5865 | 26041369 | BUSHING, PIVOT PIN | SAG90I0734 | 13,500 |
| 35613 | 621754 | 9/28/2005 | 11 | 69.80 | | 69.80 | 8458 | 26106643 | SPACER, TONE RING(REV 08C) | SAG90I0734 | 2,000 |
| 35613 | 621755 | 9/28/2005 | 11 | 90.02 | | 90.02 | 8434 | 26104551 | CANCEL CAM (REV 10C) | SAG90I0734 | 1,400 |
| 35613 | 621807 | 9/28/2005 | 11 | 708.00 | | 708.00 | 8603 | 26101507 | CLIP RETURN LINE | SAG90I5007 | 12,000 |
| 85690 | 621844 | 9/28/2005 | 11 | 258.00 | | 258.00 | 7656 | 26082804 | CLIP, CONNECTOR | SAG90I5590 | 10,000 |
| 85690 | 621845 | 9/28/2005 | 11 | 1,858.20 | | 1,858.20 | 8448 | 26080344 | CAM ASM,T/SIG CANCEL (REV 001) | SAG90I5590 | 6,000 |
| 35613 | 621846 | 9/28/2005 | 11 | 93.45 | | 93.45 | 3857 | 07837721 | BUSHING, UPPER PINION | SAG90I5549 | 3,500 |
| 35613 | 621847 | 9/28/2005 | 11 | 130.80 | | 130.80 | 6123 | 26044737 | T/S CAM CANCELLING | SAG90I5549 | 1,500 |
| 35613 | 621848 | 9/28/2005 | 11 | 852.00 | | 852.00 | 6329 | 07812051 | CANCELING CAM ASSY (REV 007) | SAG90I5590 | 2,400 |
| 35613 | 621849 | 9/28/2005 | 11 | 265.65 | | 265.65 | 6997 | 26067403 | GUIDE, E/A STRIP (REV. 116) | SAG90I5590 | 3,500 |
| 35613 | 621850 | 9/28/2005 | 11 | 92.07 | | 92.07 | 6998 | 26071158 | RETAINER,BEARING | SAG90I5590 | 900 |
| 35613 | 621851 | 9/28/2005 | 11 | 266.40 | | 266.40 | 7134 | 261154141 | CLIP,BULKHEAD CONN (REV 02A) | SAG90I5590 | 900 |
| 35613 | 621852 | 9/28/2005 | 11 | 545.20 | | 545.20 | 7409 | 26075558 | PIN, BUSHING ASSEMBLY | SAG90I5590 | 4,000 |
| 35613 | 621853 | 9/28/2005 | 11 | 213.25 | | 213.25 | 7548 | 26086060 | CAM,T/SIG CANCEL | SAG90I5590 | 2,500 |
| 35613 | 621854 | 9/28/2005 | 11 | 387.00 | | 387.00 | 7656 | 26082804 | CLIP, CONNECTOR | SAG90I5590 | 15,000 |
| 35613 | 621855 | 9/28/2005 | 11 | 142.11 | | 142.11 | 8315 | 26083836 | RTNR BEARING/SENS0R (REV 35E) | SAG90I5590 | 900 |
| 35613 | 621856 | 9/28/2005 | 11 | 18.60 | | 18.60 | 8403 | 26106094 | STRAP WIRE HARNESS (RV 01A) | SAG90I5590 | 1,500 |
| 35613 | 621857 | 9/28/2005 | 11 | 186.36 | | 186.36 | 8441 | 26109179 | CAM,ASM T/SIG CANCEL (REV01A) | SAG90I5590 | 600 |
| 35613 | 621858 | 9/28/2005 | 11 | 609.10 | | 609.10 | 8506 | 26056110 | CAM ASM, T/S CANCEL(REV 020A) | SAG90I5590 | 1,000 |
| 35613 | 621859 | 9/28/2005 | 11 | 324.30 | | 324.30 | 8023 | 26093183 | INSERT RING (DOC SMR-1-C-3) | SAG90I5549 | 3,000 |
| 35613 | 621860 | 9/28/2005 | 11 | 159.80 | | 159.80 | 8024 | 26102404 | SEAL SENSOR (REV 02C) | SAG90I5549 | 2,000 |
| 35613 | 621861 | 9/28/2005 | 11 | 170.90 | | 170.90 | 8025 | 26093026 | SEAL SENSOR (REV 02C) | SAG90I5549 | 2,000 |
| 35613 | 621862 | 9/28/2005 | 11 | 82.53 | | 82.53 | 7132 | 26069852 | HOUSING, POTENTIOMETER | SAG90I5590 | 1,050 |
| 35613 | 621863 | 9/28/2005 | 11 | 120.24 | | 120.24 | 8178 | 26097073 | CANCEL CAM | SAG90I5549 | 800 |
| 35613 | 622033 | 9/29/2005 | 11 | 69.75 | | 69.75 | 5865 | 26041369 | BUSHING, PIVOT PIN | SAG90I0734 | 4,500 |
| 35613 | 622034 | 9/29/2005 | 11 | 139.50 | | 139.50 | 5865 | 26041369 | BUSHING, PIVOT PIN | SAG90I0734 | 9,000 |
| 35613 | 622035 | 9/29/2005 | 11 | 125.00 | | 125.00 | 7133 | 26075084 | RETAINER, SENSOR | SAG90I0734 | 500 |
| 35613 | 622036 | 9/29/2005 | 11 | 25.60 | | 25.60 | 7011 | 26071758 | LOCATOR, SENSOR | SAG90I5573 | 500 |
| 35613 | 622043 | 9/29/2005 | 11 | 511.80 | | 511.80 | 8600 | 26097138 | INSERT RING (REV 8A) | SAG90I5007 | 3,000 |
| 35613 | 622077 | 9/29/2005 | 11 | 130.80 | | 130.80 | 6123 | 26044737 | T/S CAM CANCELLING | SAG90I5549 | 1,500 |
| 35613 | 622078 | 9/29/2005 | 11 | 177.60 | | 177.60 | 7134 | 26115141 | CLIP,BULKHEAD CONN (REV 02A) | SAG90I5590 | 600 |
| 35613 | 622079 | 9/29/2005 | 11 | 213.25 | | 213.25 | 7548 | 26086060 | CAM,T/SIG CANCEL | SAG90I5590 | 2,500 |
| 35613 | 622080 | 9/29/2005 | 11 | 258.00 | | 258.00 | 7656 | 26082804 | CLIP, CONNECTOR | SAG90I5590 | 10,000 |
| 35613 | 622081 | 9/29/2005 | 11 | 94.74 | | 94.74 | 8315 | 26083836 | RTNR BEARING/SENS0R (REV 35E) | SAG90I5590 | 600 |
| 35613 | 622082 | 9/29/2005 | 11 | 18.60 | | 18.60 | 8403 | 26106094 | STRAP WIRE HARNESS (RV 01A) | SAG90I5590 | 1,500 |
| 35613 | 622083 | 9/29/2005 | 11 | 3,097.00 | | 3,097.00 | 8448 | 26080344 | CAM ASM,T/SIG CANCEL (REV 001) | SAG90I5590 | 10,000 |
| 35613 | 622084 | 9/29/2005 | 11 | 324.30 | | 324.30 | 8023 | 26093183 | INSERT RING (DOC SMR-1-C-3) | SAG90I5549 | 3,000 |
| 35613 | 622085 | 9/29/2005 | 11 | 159.80 | | 159.80 | 8024 | 26102404 | SEAL SENSOR (REV 02C) | SAG90I5549 | 2,000 |
| 35613 | 622086 | 9/29/2005 | 11 | 85.45 | | 85.45 | 8025 | 26093026 | BUSHING RACK (DOC SMR-1-C-4) | SAG90I5549 | 1,000 |
| 35613 | 622087 | 9/29/2005 | 11 | 82.53 | | 82.53 | 7132 | 26069852 | HOUSING, POTENTIOMETER | SAG90I5590 | 1,050 |

| A/C # | REF# | INV DATE & SHIP DATE | TYPE | DEBIT | CREDIT | INV BAL | NMC P/N | DELPHI P/N | P/N DESCRIPTION | DELPHI PO # | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 35613 | 622115 | 9/30/2005 | 11 | 3,097.00 | | 3,097.00 | 8448 | 26080344 | CAM ASM,T/SIG CANCEL (REV 001) | SAG90I5590 | 10,000 |
| 35613 | 622124 | 9/30/2005 | 11 | 69.75 | | 69.75 | 5865 | 26041369 | BUSHING, PIVOT PIN | SAG90I0734 | 4,500 |
| 35613 | 622125 | 9/30/2005 | 11 | 193.18 | | 193.18 | 8513 | 26095080 | BUSHING GUIDE(REV 13A) | SAG90I0734 | 2,600 |
| 35636 | 622138 | 9/30/2005 | 11 | 76.05 | | 76.05 | 4709 | 16609594 | ROD RETAINER, DOUBLE | 550022639 | 4,500 |
| 35636 | 622139 | 9/30/2005 | 11 | 154.44 | | 154.44 | 5301 | 16625115 | CLIP-ROD RETAINER DOUBLE | 550022638 | 4,400 |
| 35613 | 622166 | 9/30/2005 | 11 | 201.60 | | 201.60 | 4880 | 26020310 | BUSHING, UPPER PINION | SAG90I5007 | 4,000 |
| 35613 | 622172 | 9/30/2005 | 11 | 90.02 | | 90.02 | 8434 | 26104551 | CANCEL CAM (REV 10C) | SAG90I0734 | 1,400 |
| 35613 | 622173 | 9/30/2005 | 11 | 177.00 | | 177.00 | 8603 | 26101507 | CLIP RETURN LINE | SAG90I5007 | 3,000 |
| 35613 | 622174 | 9/30/2005 | 11 | 139.50 | | 139.50 | 5865 | 26041369 | BUSHING, PIVOT PIN | SAG90I0734 | 9,000 |
| 35613 | 622175 | 9/30/2005 | 11 | 125.00 | | 125.00 | 7133 | 26075084 | RETAINER, SENSOR | SAG90I0734 | 500 |
| 35613 | 622176 | 9/30/2005 | 11 | 25.60 | | 25.60 | 7011 | 26071758 | LOCATOR, SENSOR | SAG90I5573 | 500 |
| 35613 | 622177 | 9/30/2005 | 11 | 42.00 | | 42.00 | 6602 | 26052095 | BALL, ANTI-ROTATION | SAG90I0734 | 1,200 |
| 35613 | 622212 | 9/30/2005 | 11 | 19.71 | | 19.71 | 5591 | 26039415 | STRAP, WIRE HARNESS | SAG90I5590 | 900 |
| 35613 | 622213 | 9/30/2005 | 11 | 130.80 | | 130.80 | 6123 | 26044737 | T/S CAM CANCELLING | SAG90I5549 | 1,500 |
| 35613 | 622214 | 9/30/2005 | 11 | 192.90 | | 192.90 | 7163 | 26072137 | RETAINER | SAG90I5590 | 3,000 |
| 35613 | 622215 | 9/30/2005 | 11 | 272.60 | | 272.60 | 7409 | 26075558 | PIN, BUSHING ASSEMBLY | SAG90I5590 | 2,000 |
| 35613 | 622216 | 9/30/2005 | 11 | 255.90 | | 255.90 | 7548 | 26086060 | CAM,T/SIG CANCEL | SAG90I5590 | 3,000 |
| 35613 | 622217 | 9/30/2005 | 11 | 129.00 | | 129.00 | 7656 | 26082804 | CLIP, CONNECTOR | SAG90I5590 | 5,000 |
| 35613 | 622218 | 9/30/2005 | 11 | 60.12 | | 60.12 | 8178 | 26097073 | CANCEL CAM | SAG90I5549 | 400 |
| 35613 | 622219 | 9/30/2005 | 11 | 47.37 | | 47.37 | 8315 | 26083836 | RTNR BEARING/SENSOR (REV 35E) | SAG90I5590 | 300 |
| 35613 | 622220 | 9/30/2005 | 11 | 2,942.15 | | 2,942.15 | 8448 | 26080344 | CAM ASM,T/SIG CANCEL (REV 001) | SAG90I5590 | 9,500 |
| 35613 | 622221 | 9/30/2005 | 11 | 324.30 | | 324.30 | 8023 | 26093183 | INSERT RING (DOC SMR-1-C-3) | SAG90I5549 | 3,000 |
| 35613 | 622222 | 9/30/2005 | 11 | 159.80 | | 159.80 | 8024 | 26102404 | SEAL SENSOR (REV 02C) | SAG90I5549 | 2,000 |
| 35613 | 622223 | 9/30/2005 | 11 | 85.45 | | 85.45 | 8025 | 26093026 | BUSHING RACK (DOC SMR-1-C-4) | SAG90I5549 | 1,000 |
| 35613 | 622224 | 9/30/2005 | 11 | 62.00 | | 62.00 | 5733 | 26036206 | CAM BUSHING | SAG90I5590 | 5,000 |
| 35613 | 622225 | 9/30/2005 | 11 | 55.02 | | 55.02 | 7132 | 26069852 | HOUSING, POTENTIOMETER | SAG90I5590 | 700 |
| 35683 | 622273 | 10/3/2005 | 11 | 303.36 | | 303.36 | 8569 | 16874737 | DAMPER BRACKET (REV 106) | 550055833 | 3,200 |
| 35683 | 622274 | 10/3/2005 | 11 | 155.60 | | 155.60 | 8570 | 16874736 | BUSHING BRACKET (REV 101) | 550055833 | 4,000 |
| 35636 | 622275 | 10/3/2005 | 11 | 228.60 | | 228.60 | 7538 | 16643715 | DOUBLE ROD RTR (3.5MM) REV 03B | 550022639 | 4,500 |
| 35613 | 622353 | 10/3/2005 | 11 | 80.25 | | 80.25 | 7131 | 26069850 | SCREW, LEAD | SAG90I5590 | 2,500 |
| 35613 | 622354 | 10/3/2005 | 11 | 125.00 | | 125.00 | 7133 | 26075084 | RETAINER, SENSOR | SAG90I0734 | 500 |
| 35613 | 622355 | 10/3/2005 | 11 | 25.60 | | 25.60 | 7011 | 26071758 | LOCATOR, SENSOR | SAG90I5573 | 500 |
| 35613 | 622356 | 10/3/2005 | 11 | 211.95 | | 211.95 | 5865 | 26041369 | BUSHING, PIVOT PIN | SAG90I0734 | 13,500 |
| 35613 | 622357 | 10/3/2005 | 11 | 90.02 | | 90.02 | 8434 | 26104551 | CANCEL CAM (REV 10C) | SAG90I0734 | 1,400 |
| 35613 | 622364 | 10/3/2005 | 11 | 2,772.00 | | 2,772.00 | 8246 | 26092473 | CLIP RETURN LINE (REV 03A) | SAG90I5007 | 24,000 |
| 35613 | 622442 | 10/3/2005 | 11 | 61.25 | | 61.25 | 5733 | 26036206 | CAM BUSHING | SAG90I5590 | 5,000 |
| 35613 | 622443 | 10/3/2005 | 11 | 93.45 | | 93.45 | 3857 | 07837721 | BUSHING, UPPER PINION | SAG90I5549 | 3,500 |
| 35613 | 622444 | 10/3/2005 | 11 | 130.80 | | 130.80 | 6123 | 26044737 | T/S CAM CANCELLING | SAG90I5549 | 1,500 |
| 35613 | 622445 | 10/3/2005 | 11 | 399.60 | | 399.60 | 7122 | 26069625 | CLIP, EDGE PROTECTION | SAG90I5590 | 9,000 |
| 35613 | 622446 | 10/3/2005 | 11 | 222.00 | | 222.00 | 7134 | 261154141 | CLIP,BULKHEAD CONN (REV 02A) | SAG90I5590 | 750 |
| 35613 | 622447 | 10/3/2005 | 11 | 213.25 | | 213.25 | 7548 | 26086060 | CAM,T/SIG CANCEL | SAG90I5590 | 2,500 |
| 35613 | 622448 | 10/3/2005 | 11 | 258.00 | | 258.00 | 7656 | 26082804 | CLIP, CONNECTOR | SAG90I5590 | 10,000 |
| 35613 | 622449 | 10/3/2005 | 11 | 60.12 | | 60.12 | 8178 | 26097073 | CANCEL CAM | SAG90I5549 | 400 |
| 35613 | 622450 | 10/3/2005 | 11 | 94.74 | | 94.74 | 8315 | 26083836 | RTNR BEARING/SENSOR (REV 35E) | SAG90I5590 | 600 |
| 35613 | 622451 | 10/3/2005 | 11 | 18.60 | | 18.60 | 8403 | 26106094 | STRAP WIRE HARNESS (RV 01A) | SAG90I5590 | 1,500 |
| 35613 | 622452 | 10/3/2005 | 11 | 320.70 | | 320.70 | 8440 | 26044739 | CAM ASM,T/SIG CANCEL(REV 020A) | SAG90I5590 | 1,000 |
| 35613 | 622453 | 10/3/2005 | 11 | 2,942.15 | | 2,942.15 | 8448 | 26080344 | CAM ASM,T/SIG CANCEL (REV 001) | SAG90I5590 | 9,500 |

| A/C # | REF# | INV DATE & SHIP DATE | TYPE | DEBIT | CREDIT | INV BAL | NMC P/N | DELPHI P/N | P/N DESCRIPTION | DELPHI PO # | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 35613 | 622454 | 10/3/2005 | 11 | 335.25 | | 335.25 | 8470 | 26087598 | CAM ASM, T/SIG CANCL (REV 001) | SAG90I5590 | 500 |
| 35613 | 622455 | 10/3/2005 | 11 | 159.80 | | 159.80 | 8024 | 26102404 | SEAL SENSOR (REV 02C) | SAG90I5549 | 2,000 |
| 35613 | 622456 | 10/3/2005 | 11 | 55.02 | | 55.02 | 7132 | 26069852 | HOUSING, POTENTIOMETER | SAG90I5590 | 700 |
| 35613 | 622542 | 10/4/2005 | 11 | 1,488.48 | | 1,488.48 | 8187 | 26101117 | ADAPTOR BEARING (REV 08A) | SAG90I0734 | 16,800 |
| 35613 | 622543 | 10/4/2005 | 11 | 70.65 | | 70.65 | 5865 | 26041369 | BUSHING, PIVOT PIN | SAG90I0734 | 4,500 |
| 35613 | 622544 | 10/4/2005 | 11 | 63.36 | | 63.36 | 8516 | 26108930 | ADAPTOR LOWER BEARING | SAG90I0734 | 600 |
| 35613 | 622551 | 10/4/2005 | 11 | 511.80 | | 511.80 | 8600 | 26097138 | INSERT RING (REV 8A) | SAG90I5007 | 3,000 |
| 35636 | 622563 | 10/4/2005 | 11 | 154.44 | | 154.44 | 5301 | 16625115 | CLIP-ROD RETAINER DOUBLE | 550022638 | 4,400 |
| 35613 | 622564 | 10/4/2005 | 11 | 196.80 | | 196.80 | 7488 | 26080977 | GUIDE, E/A STRIP | SAG90I0734 | 2,000 |
| 35613 | 622565 | 10/4/2005 | 11 | 125.00 | | 125.00 | 7133 | 26075084 | RETAINER, SENSOR | SAG90I0734 | 500 |
| 35613 | 622566 | 10/4/2005 | 11 | 25.60 | | 25.60 | 7011 | 26071758 | LOCATOR, SENSOR | SAG90I5573 | 500 |
| 35613 | 622567 | 10/4/2005 | 11 | 80.25 | | 80.25 | 7131 | 26069850 | SCREW, LEAD | SAG90I5590 | 2,500 |
| 35613 | 622580 | 10/4/2005 | 11 | 211.95 | | 211.95 | 5865 | 26041369 | BUSHING, PIVOT PIN | SAG90I0734 | 13,500 |
| 35613 | 622586 | 10/4/2005 | 11 | 130.80 | | 130.80 | 6123 | 26044737 | T/S CAM CANCELLING | SAG90I5549 | 1,500 |
| 35613 | 622587 | 10/4/2005 | 11 | 92.07 | | 92.07 | 6998 | 26071158 | RETAINER,BEARING | SAG90I5590 | 900 |
| 35613 | 622588 | 10/4/2005 | 11 | 399.60 | | 399.60 | 7122 | 26069625 | CLIP, EDGE PROTECTION | SAG90I5590 | 9,000 |
| 35613 | 622589 | 10/4/2005 | 11 | 177.60 | | 177.60 | 7134 | 26115141 | CLIP,BULKHEAD CONN (REV 02A) | SAG90I5590 | 600 |
| 35613 | 622590 | 10/4/2005 | 11 | 213.25 | | 213.25 | 7548 | 26086060 | CAM,T/SIG CANCEL | SAG90I5590 | 2,500 |
| 35613 | 622591 | 10/4/2005 | 11 | 129.00 | | 129.00 | 7656 | 26082804 | CLIP, CONNECTOR | SAG90I5590 | 5,000 |
| 35613 | 622592 | 10/4/2005 | 11 | 60.12 | | 60.12 | 8178 | 26097073 | CANCEL CAM | SAG90I5549 | 400 |
| 35613 | 622593 | 10/4/2005 | 11 | 94.74 | | 94.74 | 8315 | 26083836 | RTNR BEARING/SENS0R (REV 35E) | SAG90I5590 | 600 |
| 35613 | 622594 | 10/4/2005 | 11 | 2,632.45 | | 2,632.45 | 8448 | 26080344 | CAM ASM,T/SIG CANCEL (REV 001) | SAG90I5590 | 8,500 |
| 35613 | 622595 | 10/4/2005 | 11 | 61.25 | | 61.25 | 5733 | 26036206 | CAM BUSHING | SAG90I5590 | 5,000 |
| 35613 | 622596 | 10/4/2005 | 11 | 1,121.40 | | 1,121.40 | 3857 | 07837721 | BUSHING, UPPER PINION | SAG90I5549 | 42,000 |
| 35636 | 622656 | 10/5/2005 | 11 | 154.44 | | 154.44 | 5301 | 16625115 | CLIP-ROD RETAINER DOUBLE | 550022638 | 4,400 |
| 35636 | 622657 | 10/5/2005 | 11 | 76.05 | | 76.05 | 4709 | 16609594 | ROD RETAINER, DOUBLE | 550022639 | 4,500 |
| 35636 | 622658 | 10/5/2005 | 11 | 228.60 | | 228.60 | 5738 | 16643715 | SPACER | 550022639 | 4,500 |
| 35613 | 622675 | 10/5/2005 | 11 | 51.20 | | 51.20 | 7011 | 26071758 | LOCATOR, SENSOR | SAG90I5573 | 1,000 |
| 35613 | 622676 | 10/5/2005 | 11 | 42.00 | | 42.00 | 6602 | 26052095 | BALL, ANTI-ROTATION | SAG90I0734 | 1,200 |
| 35613 | 622677 | 10/5/2005 | 11 | 141.30 | | 141.30 | 5865 | 26041369 | BUSHING, PIVOT PIN | SAG90I0734 | 9,000 |
| 35613 | 622678 | 10/5/2005 | 11 | 177.00 | | 177.00 | 8603 | 26101507 | CLIP RETURN LINE | SAG90I5007 | 3,000 |
| 35613 | 622679 | 10/5/2005 | 11 | 201.60 | | 201.60 | 4880 | 26020310 | BUSHING, UPPER PINION | SAG90I5007 | 4,000 |
| 85690 | 622761 | 10/5/2005 | 11 | 129.00 | | 129.00 | 7656 | 26082804 | CLIP, CONNECTOR | SAG90I5590 | 5,000 |
| 85690 | 622762 | 10/5/2005 | 11 | 2,013.05 | | 2,013.05 | 8448 | 26080344 | CAM ASM,T/SIG CANCEL (REV 001) | SAG90I5590 | 6,500 |
| 35613 | 622763 | 10/5/2005 | 11 | 93.45 | | 93.45 | 3857 | 07837721 | BUSHING, UPPER PINION | SAG90I5549 | 3,500 |
| 35613 | 622764 | 10/5/2005 | 11 | 19.71 | | 19.71 | 5591 | 26039415 | STRAP, WIRE HARNESS | SAG90I5590 | 900 |
| 35613 | 622765 | 10/5/2005 | 11 | 130.80 | | 130.80 | 6123 | 26044737 | T/S CAM CANCELLING | SAG90I5549 | 1,500 |
| 35613 | 622766 | 10/5/2005 | 11 | 310.80 | | 310.80 | 7134 | 26115141 | CLIP,BULKHEAD CONN (REV 02A) | SAG90I5590 | 1,050 |
| 35613 | 622767 | 10/5/2005 | 11 | 192.90 | | 192.90 | 7163 | 26072137 | RETAINER | SAG90I5590 | 3,000 |
| 35613 | 622768 | 10/5/2005 | 11 | 272.60 | | 272.60 | 7409 | 26075558 | PIN, BUSHING ASSEMBLY | SAG90I5590 | 2,000 |
| 35613 | 622769 | 10/5/2005 | 11 | 85.30 | | 85.30 | 7548 | 26086060 | CAM,T/SIG CANCEL | SAG90I5590 | 1,000 |
| 35613 | 622770 | 10/5/2005 | 11 | 387.00 | | 387.00 | 7656 | 26082804 | CLIP, CONNECTOR | SAG90I5590 | 15,000 |
| 35613 | 622771 | 10/5/2005 | 11 | 120.24 | | 120.24 | 8178 | 26097073 | CANCEL CAM | SAG90I5549 | 800 |
| 35613 | 622772 | 10/5/2005 | 11 | 18.60 | | 18.60 | 8403 | 26106094 | STRAP WIRE HARNESS (RV 01A) | SAG90I5590 | 1,500 |
| 35613 | 622773 | 10/5/2005 | 11 | 335.25 | | 335.25 | 8470 | 26087598 | CAM ASM, T/SIG CANCL (REV 001) | SAG90I5590 | 500 |
| 35613 | 622774 | 10/5/2005 | 11 | 913.65 | | 913.65 | 8506 | 26056110 | CAM ASM, T/S CANCEL(REV 020A) | SAG90I5590 | 1,500 |
| 35613 | 622775 | 10/5/2005 | 11 | 3,558.95 | | 3,558.95 | 8550 | 07849228 | CAM ASSY | SAG90I5590 | 500 |

| A/C # | REF# | INV DATE & SHIP DATE | TYPE | DEBIT | CREDIT | INV BAL | NMC P/N | DELPHI P/N | P/N DESCRIPTION | DELPHI PO # | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 35613 | 622776 | 10/5/2005 | 11 | 727.65 | | 727.65 | 8454 | 07812136 | CAM, ASSY CANCELLING (REV 002) | SAG90I5549 | 1,500 |
| 35613 | 622796 | 10/6/2005 | 11 | 3,251.85 | | 3,251.85 | 8448 | 26080344 | CAM ASM,T/SIG CANCEL (REV 001) | SAG90I5590 | 10,500 |
| 35613 | 622905 | 10/6/2005 | 11 | 70.65 | | 70.65 | 5865 | 26041369 | BUSHING, PIVOT PIN | SAG90I0734 | 4,500 |
| 35613 | 622906 | 10/6/2005 | 11 | 193.18 | | 193.18 | 5813 | 26095080 | LINING FASTENER | SAG90I0734 | 2,600 |
| 35613 | 622907 | 10/6/2005 | 11 | 63.36 | | 63.36 | 8516 | 26108930 | ADAPTOR LOWER BEARING | SAG90I0734 | 600 |
| 35613 | 622908 | 10/6/2005 | 11 | 211.95 | | 211.95 | 5865 | 26041369 | BUSHING, PIVOT PIN | SAG90I0734 | 13,500 |
| 35613 | 622909 | 10/6/2005 | 11 | 196.80 | | 196.80 | 7488 | 26080977 | GUIDE, E/A STRIP | SAG90I0734 | 2,000 |
| 35613 | 622910 | 10/6/2005 | 11 | 125.00 | | 125.00 | 7133 | 26075084 | RETAINER, SENSOR | SAG90I0734 | 500 |
| 35613 | 622911 | 10/6/2005 | 11 | 25.60 | | 25.60 | 7011 | 26071758 | LOCATOR, SENSOR | SAG90I5573 | 500 |
| 35613 | 622963 | 10/7/2005 | 11 | 93.45 | | 93.45 | 3857 | 07837721 | BUSHING, UPPER PINION | SAG90I5549 | 3,500 |
| 35613 | 622964 | 10/7/2005 | 11 | 130.80 | | 130.80 | 6123 | 26044737 | T/S CAM CANCELLING | SAG90I5549 | 1,500 |
| 35613 | 622965 | 10/7/2005 | 11 | 56.00 | | 56.00 | 6267 | 26051322 | BUSHING, BRG RETAINER | SAG90I5590 | 1,000 |
| 35613 | 622966 | 10/7/2005 | 11 | 310.80 | | 310.80 | 7134 | 26115141 | CLIP,BULKHEAD CONN (REV 02A) | SAG90I5590 | 1,050 |
| 35613 | 622967 | 10/7/2005 | 11 | 192.90 | | 192.90 | 7163 | 26072137 | RETAINER | SAG90I5590 | 3,000 |
| 35613 | 622968 | 10/7/2005 | 11 | 272.60 | | 272.60 | 7409 | 26075558 | PIN, BUSHING ASSEMBLY | SAG90I5590 | 2,000 |
| 35613 | 622969 | 10/7/2005 | 11 | 213.25 | | 213.25 | 7548 | 26086060 | CAM,T/SIG CANCEL | SAG90I5590 | 2,500 |
| 35613 | 622970 | 10/7/2005 | 11 | 129.00 | | 129.00 | 7656 | 26082804 | CLIP, CONNECTOR | SAG90I5590 | 5,000 |
| 35613 | 622971 | 10/7/2005 | 11 | 60.12 | | 60.12 | 8178 | 26097073 | CANCEL CAM | SAG90I5549 | 400 |
| 35613 | 622972 | 10/7/2005 | 11 | 47.37 | | 47.37 | 8315 | 26083836 | RTNR BEARING/SENS0R (REV 35E) | SAG90I5590 | 300 |
| 35613 | 622973 | 10/7/2005 | 11 | 2,942.15 | | 2,942.15 | 8448 | 26080344 | CAM ASM,T/SIG CANCEL (REV 001) | SAG90I5590 | 9,500 |
| 35613 | 622974 | 10/7/2005 | 11 | 324.30 | | 324.30 | 8023 | 26093183 | INSERT RING (DOC SMR-1-C-3) | SAG90I5549 | 3,000 |
| 35613 | 622975 | 10/7/2005 | 11 | 341.80 | | 341.80 | 8025 | 26093026 | BUSHING RACK (DOC SMR-1-C-4) | SAG90I5549 | 4,000 |
| 35613 | 623118 | 10/7/2005 | 11 | 177.00 | | 177.00 | 8603 | 26101507 | CLIP RETURN LINE | SAG90I5007 | 3,000 |
| 35636 | 623119 | 10/7/2005 | 11 | 76.05 | | 76.05 | 4709 | 16609594 | ROD RETAINER, DOUBLE | 550022639 | 4,500 |
| 35613 | 623120 | 10/7/2005 | 11 | 201.60 | | 201.60 | 4880 | 26020310 | BUSHING, UPPER PINION | SAG90I5007 | 4,000 |
| 35613 | 623121 | 10/7/2005 | 11 | 141.30 | | 141.30 | 5865 | 26041369 | BUSHING, PIVOT PIN | SAG90I0734 | 9,000 |
| 35613 | 623122 | 10/7/2005 | 11 | 52.48 | | 52.48 | 8310 | 26096491 | ADAPTOR BEARING | SAG90I0734 | 200 |
| 35613 | 623123 | 10/7/2005 | 11 | 125.00 | | 125.00 | 7133 | 26075084 | RETAINER, SENSOR | SAG90I0734 | 500 |
| 35613 | 623124 | 10/7/2005 | 11 | 51.20 | | 51.20 | 7011 | 26071758 | LOCATOR, SENSOR | SAG90I5573 | 1,000 |
| 35613 | 623125 | 10/7/2005 | 11 | 42.00 | | 42.00 | 6602 | 26052095 | BALL, ANTI-ROTATION | SAG90I0734 | 1,200 |
| 35613 | 623126 | 10/7/2005 | 11 | 63.36 | | 63.36 | 8516 | 26108930 | ADAPTOR LOWER BEARING | SAG90I0734 | 600 |
| 35613 | 623143 | 10/7/2005 | 11 | 19.71 | | 19.71 | 5591 | 26039415 | STRAP, WIRE HARNESS | SAG90I5590 | 900 |
| 35613 | 623144 | 10/7/2005 | 11 | 130.80 | | 130.80 | 6123 | 26044737 | T/S CAM CANCELLING | SAG90I5549 | 1,500 |
| 35613 | 623145 | 10/7/2005 | 11 | 222.00 | | 222.00 | 7134 | 26115141 | CLIP,BULKHEAD CONN (REV 02A) | SAG90I5590 | 750 |
| 35613 | 623146 | 10/7/2005 | 11 | 255.90 | | 255.90 | 7548 | 26086060 | CAM,T/SIG CANCEL | SAG90I5590 | 3,000 |
| 35613 | 623147 | 10/7/2005 | 11 | 129.00 | | 129.00 | 7656 | 26082804 | CLIP, CONNECTOR | SAG90I5590 | 5,000 |
| 35613 | 623148 | 10/7/2005 | 11 | 601.20 | | 601.20 | 8178 | 26097073 | CANCEL CAM | SAG90I5549 | 4,000 |
| 35613 | 623149 | 10/7/2005 | 11 | 94.74 | | 94.74 | 8315 | 26083836 | RTNR BEARING/SENS0R (REV 35E) | SAG90I5590 | 600 |
| 35613 | 623150 | 10/7/2005 | 11 | 18.60 | | 18.60 | 8403 | 26106094 | STRAP WIRE HARNESS (RV 01A) | SAG90I5590 | 1,500 |
| 35613 | 623151 | 10/7/2005 | 11 | 320.70 | | 320.70 | 8440 | 26044739 | CAM ASM,T/SIG CANCEL(REV 020A) | SAG90I5590 | 1,000 |
| 35613 | 623152 | 10/7/2005 | 11 | 2,942.15 | | 2,942.15 | 8448 | 26080344 | CAM ASM,T/SIG CANCEL (REV 001) | SAG90I5590 | 9,500 |
| 35613 | 623153 | 10/7/2005 | 11 | 335.25 | | 335.25 | 8470 | 26087598 | CAM ASM, T/SIG CANCL (REV 001) | SAG90I5590 | 500 |
| 35613 | 623154 | 10/7/2005 | 11 | 324.30 | | 324.30 | 8023 | 26093183 | INSERT RING (DOC SMR-1-C-3) | SAG90I5549 | 3,000 |
| 35613 | 623155 | 10/7/2005 | 11 | 79.90 | | 79.90 | 8024 | 26102404 | SEAL SENSOR (REV 02C) | SAG90I5549 | 1,000 |
| 35613 | 623156 | 10/7/2005 | 11 | 256.35 | | 256.35 | 8025 | 26093026 | BUSHING RACK (DOC SMR-1-C-4) | SAG90I5549 | 3,000 |
| 35613 | 623157 | 10/7/2005 | 11 | 61.25 | | 61.25 | 5733 | 26036206 | CAM BUSHING | SAG90I5590 | 5,000 |
| TOTAL PARTS | | | | $67,750.48 | $  - | $67,750.48 | | | | | 687,400 |

| A/C # | REF# | INV DATE & SHIP DATE | TYPE | DEBIT | CREDIT | INV BAL | NMC P/N | DELPHI P/N | P/N DESCRIPTION | DELPHI PO # | QTY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOOLING:** | | | | | | | | | | | | |
| 35683 | 621709 | 9/28/2005 | 12 | 3,800.00 | | 3,800.00 | 8924 | 26122671 | DELETE CAP REV 03C | S2M01628 | 1 | TOOLING CHARGE - TOOL @ NMC |
| 35683 | 621710 | 9/28/2005 | 12 | 14,600.00 | | 14,600.00 | 8924 | 26122671 | DELETE CAP REV 03C | S2M01441 | 1 | TOOLING CHARGE - TOOL @ NMC |
| **TOTAL TOOLING** | | | | $18,400.00 | $ - | $18,400.00 | | | | | | |
| **TOTAL** | | | | $86,150.48 | $ - | $86,150.48 | | | | | | |