## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE:

DELPHI CORPORATION, et al.                             Case No. 05-44481 (RDD)
                                                       Chapter 11 - Jointly Administered)
            Debtors-in-Possession.                     Hon. Robert D. Drain
_____/

## CERTIFICATE OF SERVICE

      I hereby certify that on October 18, 2005, I electronically filed the foregoing Notice of Reclamation Demand by Linamar Holdings, Inc. and Proof of Service with the Clerk of the Court using the ECF system and on October 18, 2005, I sent an Appearance, Notice of Reclamation Demand by Linamar Holdings, Inc. and Proof of Service to the following:

jbutler@skadden.com

and I hereby certify that I have mailed by United States Postal Service the Appearance, Notice of Reclamation Demand by Linamar Holdings, Inc. and Proof of Service to the following non-ECF participants on October 18, 2005:

Alicia M. Leonhard, Esq. (Via Regular Mail and Facsimile to (212) 668-2255)
Office of the U.S. Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004

John Wm. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom LLP
333 Wet Wacker Drive
Chicago, IL 60606-1285

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden Arps Slate Meagher & Flom LLP
Fur Times Square
New York, NY 10036

                                    LAMBERT, LESER, ISACKSON,
                                    COOK & GIUNTA, P.C.

Dated: 10/18/05            By:   /s/ Susan M. Cook
                                    SUSAN M. COOK (P31514)
                                    Attorneys for Creditor Linamar Corporation
                                    916 Washington Avenue, Suite 309
                                    P.O. Box 835
                                    Bay City, Michigan 48707
                                    Telephone: (989) 893-3518, Fax: (989) 894-2232
                                    scook@lambertleser.com