UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Delphi Corporation

                                                    In re: Case No. 05-44481 (RDD)
                                                    Chapter 11
                            Debtor.
-----------------------------------------------------------------x

                            Plaintiff              Adversary Proceeding
                                                        Case No.
              v.

                            Defendant
-----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, John S. Brannon_____, a member in good standing of the bar in the State of
Texas_____, or of the bar of the U.S. District Court for the Southern   District of
Texas_____, request admission, *pro hac vice*, before the Honorable
Robert D. Drain_____, to represent Victory Packaging_____, a
creditor_____ in the above referenced [✓] case [ ] adversary proceeding.
My:   address is Thompson & Knight, LLP, 1700 Pacific Avenue, Suite 3300, Dallas, TX 75201
         e-mail address is John.Brannon@tklaw.c ; telephone number is (214) 969-1505
I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.
Dated: October ___12___, 2005
         New York, New York

## ORDER

**ORDERED,**
that _____, Esq., is admitted to practice, *pro hac vice*, in the above
referenced [ ] case [ ] adversary proceeding, in the United States Bankruptcy
Court, Southern District of New York, subject to payment of the filing fee.
Dated:
         New York, New York    /s/_____
                                            UNITED STATES BANKRUPTCY JUDGE