**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, <u>et</u> <u>al.</u> | ) | Case No. 05-44481-rdd |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

**ORDERED,**

that Roger G. Jones, Esq. is admitted to practice, *pro hac vice*, in the above-referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

IT IS SO ORDERED THIS _____ DAY OF _____, 2005.

_____
UNITED STATES BANKRUPTCY JUDGE

Respectfully submitted,


/s/ Austin L. McMullen
Roger G. Jones
Austin L. McMullen
BOULT, CUMMINGS, CONNERS & BERRY, PLC
1600 Division Street, Suite 700
P. O. Box 340025
Nashville, Tennessee 37203
Phone: (615) 252-2307
Fax: (615) 252-6307

*Attorneys for Calsonic North America, Inc.
and Calsonic Kansei North America, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was forwarded electronically to all parties consenting to service through the Court's electronic filing systems and electronically or by U.S. Mail, postage prepaid, to:

| | |
|---|---|
| John Wm. Butler, Jr. | Alicia M. Leonhard |
| Skadden Arps Slate Meagher & Flom, LLP | Office of the U.S. Trustee |
| 333 West Wacker Drive | 33 Whitehall Street, Suite 2100 |
| Chicago, IL 60606-1285 | New York, NY 10004 |
| | |
| *Counsel for Debtors* | *U.S. Trustee* |

on this the 19th day of October, 2005.

                                                     /s/ Austin L. McMullen
                                                     Austin L. McMullen