**K-C Welding Supply  Inc**     Duns # 017018540
**1309 Main Street**
**Essexville, MI   48732**


Delphi Corporation
3900 Holland Road
Saginaw, MI  48601-9494


"Reclamation Items"

| INVOICE # | DELPHI  PO # | SHIPPER # | DATE SHIPPED | AMOUNT |
|---|---|---|---|---|
| 55716 | SAG90I2516 | 78109 | 9/28/2005 | $742.50 |
| 55736 | SAG90I2516 | 78110 | 9/29/2005 | $742.50 |
| 55749 | SAG90I2516 | 78163 | 10/1/2005 | $742.50 |
| 55761 | SAG90I2516 | 78164 | 10/3/2005 | $742.50 |
| 55770 | SAG90I2516 | 78186 | 10/4/2005 | $742.50 |
| 55783 | A2M1 | 78223 | 10/5/2005 | $418.79 |
| 55790 | SAG90I2516 | 78187 | 10/5/2005 | $247.50 |
| 55813 | SAG90I2516 | 78188 | 10/6/2005 | $742.50 |
| 55824 | SAG90I2516 | 78189 | 10/7/2005 | $742.50 |
|  |  |  | Total amount due | $5863.79 |