# DELPHI

| | |
|---|---|
| PURCHASING LOCATION<br>DELPHI SAGINAW STEERING SYSTEMS<br>DELPHI CORPORATION<br>3900 E HOLLAND RD.<br>SAGINAW, MI 48601-9494 | PAGE 05 ORIGINA<br>PURCHASE ORDER SAG9<br>ALTERATION<br>ORDER ISSUE DATE: 06/25/96<br>JANUARY 21, 2005 |

VENDOR 378176    DUNS 017018540

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

SHIP TO

KC WELDING SUPPLY INC
1309 MAIN ST
ESSEXVILLE MI                         48732

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY |
|---|---|---|---|
| | | | |

| F.O.B. | | VIA |
|---|---|---|
| | | |

STATE & LOCAL SALES, USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE |
|---|---|---|---|
| | | REQUIREMENTS CONTRACT<br>ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS) WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESSLY AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING. | |

THIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

K. BISHOP,
BUYER
PHONE (989) 757-4516
FAX    (989) 757-4527

# DELPHI

| PURCHASING LOCATION | | PURCHASE ORDER | ORIGIN SAG |
|---|---|---|---|
| DELPHI SAGINAW STEERING SYSTEMS<br>DELPHI CORPORATION<br>3900 E HOLLAND RD.<br>SAGINAW, MI  48601-9494 | | | ALTERATIO |

ORDER ISSUE DATE: 06/25/96
JANUARY 21, 2005

INVOICE TO

VENDOR 378176    DUNS 017018540

ATTN:    ACCOUNTS PAYABLE

SHIP TO

KC WELDING SUPPLY INC
1309 MAIN ST
ESSEXVILLE MI                        48732

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY |
|---|---|---|---|
| F.O.B. | | | VIA |
| STATE & LOCAL SALES, USE TAX CODES | | | |

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE |
|---|---|---|---|
| | | REQUIREMENTS CONTRACT<br>PING INSTRUCTION, SPECIFICATION AND<br>OTHER DOCUMENTS ISSUED BY BUYER OR<br>ACCEPTED IN WRITING BY BUYER, WHETHER<br>EXPRESSED IN WRITTEN FORM OR BY ELEC-<br>TRONIC DATA INTERCHANGE, RELATING TO THE<br>GOODS AND/OR SERVICES TO BE PROVIDED BY<br>SELLER PURSUANT TO THIS CONTRACT (SUCH<br>DOCUMENTS ARE COLLECTIVELY REFERRED TO<br>AS THIS "CONTRACT").  A COPY OF BUYER'S<br>GENERAL TERMS AND CONDITIONS IS<br>AVAILABLE UPON WRITTEN REQUEST TO BUYER<br>OR VIA THE INTERNET AT DELPHI'S WEBSITE,<br>DELPHI.COM (BY CLICKING ON<br>"SUPPLIERS" IN THE HEADER AND THEN<br>"SUPPLIER COMMUNITY PORTAL" THEN<br>CLICK ON "SUPPLIER STANDARDS" THEN<br>"ATTACHMENTS, FORMS, & ADDITIONAL INFOR-<br>MATION", & THEN "DGSM" SUPPLIER GUIDE-<br>LINES ATTACHMENT C GENERAL TERMS & CON-<br>DITIONS"). SELLER ADKNOWLEDGES THAT IT<br>HAS READ AND UNDERSTANDS BUYER'S GENERAL<br>TERMS AND CONDITIONS.<br>IF SELLER ACCEPTS THIS CONTRACT IN<br>WRITING OR COMMENCES ANY OF THE WORK OR<br>SERVICES WHICH ARE THE SUBJECT OF THIS<br>CONTRACT, SELLER WILL BE DEEMED TO HAVE<br>ACCEPTED THIS CONTRACT AND BUYER'S<br>GENERAL TERMS AND CONDITIONS IN THEIR | |

CONTINUED ON PAGE   3

THIS CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

K. BISHOP,
BUYER
PHONE (989) 757-4516
FAX (989) 757-4527 PA

# DELPHI

**ORIGINAL COPY**

| PURCHASE ORDER | SAG90I251 |
|---|---|
| | ALTERATION 2031 |

**PURCHASING LOCATION**
DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 06/25/96
JANUARY 21, 2005

**INVOICE TO**

VENDOR 378176    DUNS 017018540

ATTN    ACCOUNTS PAYABLE

**SHIP TO**

KC WELDING SUPPLY INC
1309 MAIN ST
ESSEXVILLE MI                48732

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODE |
|---|---|---|---|---|
| | | | | GA |

F.O.B.                                                    VIA

STATE & LOCAL SALES, USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | THIS ORDER IS EFFECTIVE  6/25/96 AND EXPIRES 12/31/06. | | |
| | | ******** CANCEL THE FOLLOWING ******** ******** ON THE ABOVE ORDER:    ******** | | |
| | 26052068 | | | |
| | 26059286 | | | |
| | 26061683 | | | |
| | | DELETE ITEMS THE DELPHI GLOBAL SUPPLIER GUIDELINES, ARE INCORPORATED, AND MADE PART OF THIS PURCHASE ORDER. THE DELPHI GLOBAL SUPPLIER GUIDELINES MAY BE ACCESSED VIA THE INTERNET ON DELPHI'S WEB SITE, WWW.DELPHI.COM, UNDER THE SUPPLIERS HEADER, AND THEN UNDER SUPPLIER COMMUNITY PORTAL AND THEN SUPPLIER STANDARDS. | | |
| | | SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL TERMS AND CONDITIONS ARE INCORPORATED IN, AND A PART OF, THIS CONTRACT AND EACH PURCHASE ORDER, RELEASE, REQUISITION, WORK ORDER, SHIP- | | |

CONTINUED ON PAGE    2

HIS CHANGES OR AMENDS PURCHASE ORDER NOW IN YOUR POSSESSION.

K. BISHOP, BUYER
PHONE (989) 757-4516
FAX (989) 757-4527

**PURCHASING LOCATION**

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI 48601-9494

**PURCHASE ORDER** SAG90
ALTERATION

ORDER ISSUE DATE: 06/25/96
AUGUST 20, 1999

INVOICE TO

VENDOR 378176    DUNS 017018540

ATTN:    ACCOUNTS PAYABLE
SHIP TO

KC WELDING SUPPLY INC
1309 MAIN ST PO BOX 28
ESSEXVILLE MI                        48732

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY |
|---|---|---|---|
| F.O.B. | | | VIA |

STATE & LOCAL SALES, USE TAX CODES   4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE |
|---|---|---|---|
| PC | ********<br>26069701 | THIS ORDER IS EFFECTIVE 6/25/96<br>AND EXPIRES 12/31/99.<br>THE FOLLOWING HAS BEEN CHANGED TO READ:<br>THE FOLLOWING PRICE EFFECTIVE 8/20/99<br>JACKET ASM<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 025 DATED 10/28/98<br>PER CHART        REV. 025 DTD 10/28/98<br>ACT 2400  75109            TAX 4B<br>REF 26069701<br>PRICE CHANGE<br>EFF 8-20-99 | ********<br>1.65 |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

B. NOVAK,
BUYER
PHONE: (517) 757-4033
FAX (517) 757-5983