BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
Telephone (317) 236-1313
Facsimile (317) 231-7433
Alan K. Mills, Esq. (AKM 1408)
Counsel for Mays Chemical Company

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 05-44481 |
| DELPHI CORPORATION, *et al.*, ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE* OF ALAN K. MILLS

I, Alan K. Mills, a member in good standing of the bar in the State of Indiana and of the bar in the U.S. District Court for the Southern District of Indiana, request admission, ***pro hac vice***, before the Honorable Arthur J. Gonzalez, to represent Mays Chemical Company and/or other creditors in the above referenced bankruptcy case of Delphi Corporation, et al.

My address is Barnes & Thornburg LLP, 11 S. Meridian Street, Indianapolis, IN 46204; my e-mail is alan.mills@btlaw.com; and my telephone number is (317) 231-7239.

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice ***pro hac vice***.

Dated: 10/19/05                                /s/ Alan K. Mills
       Indianapolis, Indiana                   Alan K. Mills
                                               Barnes & Thornburg LLP
                                               11 S. Meridian Street
                                               Indianapolis, IN 46204

## **ORDER**

      **ORDERED**, that Alan K. Mills, Esq., is admitted to practice, ***pro hac vice***, in the above referenced bankruptcy case, in the United States Bankruptcy Court, Southern District of New York, subject to the payment of the filing fee.

Dated:_____

                                            Honorable Arthur J. Gonzalez
                                            United States Bankruptcy Judge