## Hinshaw, Jeannette

| | |
|---|---|
| From: | Hinshaw, Jeannette |
| Sent: | Monday, October 17, 2005 6:44 PM |
| To: | 'John K. Lyons Esq. (jlyonsch@skadden.com)' |
| Cc: | 'EHewitt@hewittmolding.com' |
| Subject: | DELPHI-HEWITT-reclamation demand ltr + exhibits |
| Attachments: | DELPHI-HEWITT-reclamation demand letter; DELPHI-HEWITT-Exhibit A, reclamation demand letter; DELPHI-HEWITT-Ex B, 1 of 3, reclamation demand letter; DELPHI-HEWITT-Ex B, 2 of 3, reclamation demand letter; DELPHI-HEWITT-Ex. B, 3 of 3, reclamation demand letter |

Please find attached the following:

- Reclamation demand letter from Hewitt Tool & Die, Inc., demanding reclamation in the amount of $100,338.35
- Exhibit A, summarizing attachments
- Evidence of facsimile transmission to Delphi headquarters and Skadden Arps
- Exhibit B

I have entered an appearance on behalf of Hewitt Tool & Die, Inc. in the Delphi case. Should you have questions, I am available per the contact information below.

Regards,  Jeannette Hinshaw

Jeannette Eisan Hinshaw, Esq.
Bose McKinney & Evans LLP
135 N. Pennsylvania St., Suite 2700
Indianapolis, Indiana  46204
  direct telephone: 317-684-5296
  direct fax:          317-223-0296
  copy center fax: 317-684-5173
email: jhinshaw@boselaw.com

Visit our website at www.boselaw.com
To view biographies click on "Our People"

10/17/2005

# HEWITT TOOL & DIE, INC.
### P.O. Box 47
### 1138 E. 400 S.
### Oakford, IN 46965-0047

October 17, 2005

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: John K. Lyons, Esq.<br>Attn: Allison Verderber Herriott, Esq.<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606 | VIA FACSIMILE to (312) 407-0411 with Exhibit A<br><br>and e-mail to jlyonsch@skadden.com with Exhibits A and B |
| Delphi Corporation<br>World Headquarters<br>5725 Delphi Drive<br>Troy, Michigan 48098-2815 | VIA FACSIMILE to (248) 813-2499 with Exhibit A |

RE:  **Reclamation Demand by Hewitt Tool & Die, Inc.**
Bankruptcy Petition filed by Delphi Corporation, et al., Case No.05-44481 (AJG), Southern District of New York

Dear Sir/Madame:

It has come to our attention that the above-referenced debtors (the "Debtor") have filed for protection under Title 11 of the United States Code. Pursuant to Section 2-702 of the Uniform Commercial Code, and in accordance with Section 546(c) of the United States Bankruptcy Code, Hewitt Tool & Die, Inc. ("Hewitt") hereby demands reclamation of the goods received by the Debtor during the relevant statutory period.

The demand specifically includes but is not limited to goods identified on the records annexed hereto. The records annexed hereto reflect unpaid invoices **totaling $100,338.35**. In light of your recent bankruptcy filing, you are further notified that all goods subject to our right of reclamation must be protected and segregated by you and shall not be used for any purpose whatsoever except those specifically authorized following notice and a hearing by the bankruptcy court.

Hewitt further reserves the right to amend and supplement this Reclamation Notice (including filing additional evidence in support of this Reclamation Notice) or to file additional reclamation notices or claims; including without limitation, all other claims at law or in equity. Hewitt also reserves all rights accruing to it, and the filing of this Reclamation Notice is not intended to be and shall not be construed as: (1) an election of remedy; (2) a waiver of any past, present, or future defaults or events of default; or (3) a waiver or limitation of any rights of Hewitt.

656176, Hewitt, revised 10/17/05

Please acknowledge receipt of Hewitt's reclamation and payment demand by signing and dating this letter where indicated below and returning it to me by fax, (765) 453-3903. My telephone number is (765) 453-3889.

Thank you for your anticipated cooperation.

Sincerely,

*George E. Hewitt*
George E. Hewitt, President
Hewitt Tool & Die, Inc.

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**PLEASE SIGN AND FAX TO MY FAX NUMBER SET OUT ABOVE**

Receipt acknowledged this _____ day of October, 2005, at ____ ___.m.

Name: _____

Printed: _____

Title: _____

Page Two of Two

Reclamation Demand Letter Dated October 17, 2005
to Delphi Corporation LLC et al.

656176. Hewitt. revised 10/17/05

## MEMORY TRANSMISSION REPORT

```
TIME       : OCT-17-2005  03:21PM
TEL NUMBER : +3176845173
NAME       : BOSE McKINNEY EVANS
```

| | | |
|---|---|---|
| FILE NUMBER | : | 420 |
| DATE | : | OCT-17 03:20PM |
| TO | : | 877#1#10#13124070411# |
| DOCUMENT PAGES | : | 004 |
| START TIME | : | OCT-17 03:20PM |
| END TIME | : | OCT-17 03:21PM |
| SENT PAGES | : | 004 |
| STATUS | : | OK |
| FILE NUMBER | : 420 | |

\*\*\* SUCCESSFUL TX NOTICE \*\*\*

**BOSE McKINNEY & EVANS LLP**
ATTORNEYS AT LAW

Jeannette Eisan Hinshaw
Downtown Office
Direct Dial (317) 684-5296
Direct Fax (317) 223-0296
E-Mail: jHinshaw@boselaw.com

### FAX COVER SHEET

Date: _____10/17/05_____                               Time: _____

From: **Jeannette Eisan Hinshaw**                      Phone: **(317) 684-5296**

To: **Skadden Arps Slate Meagher & Flom LLP**          Facsimile: **(312) 407-0411**

User No. **877**     Client/Matter No. Hewitt/Delphi (New)    Return to   **JEH**

No. of pages transmitted (including cover sheet): _____        Operator's initials _____

MESSAGE:

If you experience any problems in receiving any of these pages, please call the Copy Center as soon as possible at 317-684-5144. Thank you.

656587

Downtown • 2700 First Indiana Plaza • 135 North Pennsylvania Street • Indianapolis, Indiana 46204 • (317) 684-5000 • Fax (317) 684-5173
North Office • 600 East 96th Street • Suite 500 • Indianapolis, Indiana 46240 • (317) 684-5300 • Fax (317) 684-5316
Washington Office • 700 North One Lafayette Centre • 1120 20th Street, N.W. • Washington, D.C. 20036 • (202) 973-1229 • Fax (202) 973-1212
www.boselaw.com

EXHIBIT A

Page __1__ of __1__

## AMOUNT DELPHI **RECEIVED** DURING STATUORY RECLAMATION PERIOD

## HEWITT MOLDING COMPANY

| INVOICE NUMBER | AMOUNT |
|---|---|
| P 22 061 | 781.20 |
| P 22 062 | 284.00 |
| P 22 063 | 525.00 |
| P22 064 | 7,290.00 |
| P 22 085 | 175.00 |
| P 22 088 | 16,167.57 |
| P 22 099 | 175.00 |
| P 22 120 | 4,322.16 |
| P 22 121 | 3,218.60 |
| P 22 122 | 197.82 |
| P 22 123 | 520.80 |
| P 22 147 | 520.80 |
| P 22 155 | 260.40 |
| T 11 271 | 2,200.00 |
| T 11 280 | 1,760.00 |
| T 11 284 | 56,300.00 |
| T 11 287 | 5,640.00 |
| TOTAL>> | 100,338.35 |

656514, Hewitt, created 10/17/05

**Invoice**

EXHIBIT B
Page _1_ of _60_

SID (2S) # P22061

**Hewitt**
Tool & Die    Molding Company
*World-Class Plastic Products - On Time!*
PO Box 47
Oakford, In 46965
(765) 453-3889

Site DUNS Number
04-113-3257

Mfg. Site Code
012210B

| Invoice Number | Invoice Date |
|---|---|
| P22061 | 09/26/2005 |

| | |
|---|---|
| Customer P.O. | 550077256 |
| Release # | 7 |
| Terms | Net MNS-2 |
| F. O. B. | Oakford, Indiana |
| Ship Via | BAX Global |
| Pro Number (BOL) | 700687816 |

**Sold To:**
Delphi Electronics & Safety
Accounts Payable
Mail Sta A241
Kokomo In 46904-6129

**Ship To:**
Delphi D Delnosa Plant 5-6
LIDC Receiving Warehouse
702 Joaquin Cavazos Road
Los Indios TX 78567

*Hewitt Molding Company has a 100% on-time delivery for all products shipped worldwide.*

| QTY (pcs) | ITEM | EC LEVEL | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 168 | 16199273 | L | Housing C-42 | $4.6500 | $781.20 |

| | |
|---|---|
| Subtotal | $781.20 |
| Freight | $0.00 |
| Total | $781.20 |

*Hewitt Molding Company has delivered ZERO DEFECTS on more than 50% of projects shipped in the past five years.*

Country of Origin - Made In The USA

*Hewitt Molding Company is ISO/TS 16949:2002 registered - Of Course!*

10/17/2005 11:20 4533983 HEWITT PAGE 03
05-44481-rdd    Doc 389-1    Filed 10/19/05    Entered 10/19/05 16:14:59    Reclamation Demand Letter Part 1    Pg 7 of 19

EXHIBIT B
Page 2 of 60

**Packing List**

**HEWITT**
Tool & Die    Molding Company
*World-Class Plastic Products - On Time!*
PO Box 47
Oakford, In 46965
(765) 453-3889

SID (2S) # P22061

Site DUNS Number
04-113-3257

Mfg. Site Code
012210B

| Invoice Number | Invoice Date |
|---|---|
| P22061 | 09/26/2005 |

| | |
|---|---|
| Customer P.O. | 550077256 |
| Release # | 7 |
| Terms | Net MNS-2 |
| F. O. B. | Oakford, Indiana |
| Ship Via | BAX Global |
| Pro Number (BOL) | 700687816 |

**Sold To:**
Delphi Electronics & Safety
Accounts Payable
Mail Sta A241
Kokomo In 46904-6129

**Ship To:**
Delphi D Delnosa Plant 5-6
LIDC Receiving Warehouse
702 Joaquin Cavazos Road
Los Indios TX 78567

*Hewitt Molding Company has a 100% on-time delivery for all products shipped worldwide.*

| QTY (pcs) | ITEM | EC LEVEL | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 168 | 16199273 | L | Housing C-42 | | |

*Hewitt Molding Company has delivered ZERO DEFECTS on more than 50% of projects shipped in the past five years.*

Country of Origin - Made In The USA

*Hewitt Molding Company is ISO/TS 16949:2002 registered - Of Course!*

# BAX GLOBAL
CORPORATE SUPPORT GROUP
440 EXCHANGE
IRVINE, CA 92602

Page 3 of 60

AIRBILL NUMBER: 700 687 816

1-800-CALL-BAX
FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

**DATE:** 9-26-05
**ORIGIN:** FWA
**DESTINATION:**

### 1 — SHIPPER
- SHIPPER'S REFERENCE NO.:
- SHIPPER'S ACCOUNT NO.: P92337010
- COMPANY: HEWITT TOOL & DIE
- FROM (YOUR NAME): Mike Gabriel
- PHONE NO.: 765 453-3889
- STREET ADDRESS: 1981 E 400 S
- CITY: Lake (rd)
- STATE: IN
- ZIP: 46965

### 2 — CONSIGNEE
- CONSIGNEE'S REFERENCE NO.:
- CONSIGNEE'S ACCOUNT NO.:
- COMPANY: Delphi D Delnosa Pit. 5-6
- TO (CONSIGNEE NAME):
- PHONE NO.:
- STREET ADDRESS: 702 Joaquin Cavazos Rd.
- CITY: Los Indios
- STATE: TX
- ZIP: 78567

### 3 — SERVICE REQUESTED
**GUARANTEED SERVICES** — CALL YOUR LOCAL BAX STATION
- [ ] Guaranteed First Arrival (EMR 1)
- [ ] Guaranteed Overnight (EMR 2)
- [ ] Guaranteed Airport-to-Airport (EMR 3)
- [ ] Guaranteed 2nd Day (ER2 D)

**STANDARD SERVICES**
- [ ] OVERNIGHT (NEXT BUSINESS DAY)
- [X] SECOND DAY
- [ ] BAX SAVER
- [ ] NEXT FLIGHT AVAILABLE
- [ ] OTHER

### 4 — BILLING INFORMATION
- [ ] PREPAID (SHIPPER) $ _____
- [X] COLLECT (CONSIGNEE)
- [ ] 3RD PARTY (ACCT. NO. REQ'D.)
- ACCOUNT NO.:
- COMPANY/NAME: Delphi

### 5 — HANDLING INFORMATION (*SPECIAL RATE MAY APPLY)
- [ ] HOLD AT BAX
- [ ] DANGEROUS GOODS
- [ ] SATURDAY DELIVERY
- [ ] SPECIAL DELIVERY
- [ ] CONVENTION

SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION:
RMK 1: V/N 16199273
RMK 2: PO# 550077256

| NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| 3 | 45# | 22 | 19 | 10 | Plastic Car. Parts |

TOTAL PCS: 3   TOTAL WGT: 45#

### 6 — C.O.D.
$ _____

**AIRBILL NUMBER:** 700 687 816

**DECLARED VALUE:** $

**RECEIVED BY BAX AT:**
- [ ] SHIPPER'S DOOR
- [ ] BAX TERMINAL
- OUTSIDE CARRIER:

### 7
I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least thirty days.

SHIPPER / REPRESENTATIVE SIGNATURE: [signed]
PRINT NAME: Mike Gabriel
DATE: 9-26-05

**RECEIVED BY BAX GLOBAL DRIVER / AGENT**
Driver Signature: [signed]
Pick Up Date: 9/26/05   Pick Up Time: 15:00

SHIPPER COPY

P22061

10/17/2005 11:20 4533993 HEWITT PAGE 05
05-44481-rdd   Doc 389-1   Filed 10/19/05   Entered 10/19/05 16:14:59   Reclamation
Demand Letter Exhibit B   Pg 9 of 19   Page 1 of 1

EXHIBIT B
Page 4 of 60

## Shipment Tracking Details

**Tracking Information**
Tracking Number: **700687816**
Filtered By: Tracking Number **700687816**
Origin Waybill:

**Shipment Information**
Status: **Delivered**
Signature: **R Perez**
Service Level: **Standard Second Day**
Shipped Date: **26-Sep-2005**
Origin: **Oakford, IN, US**
Destination: **Los Indios, TX, US**

**Package Information**
Pieces: **3**
Weight: **45.0 L** **
Volume Weight: **58.0 L**
View Dimensions: View Dimensions

### References

| Description | Number |
|---|---|
| GOVT BILL OF LADING NUMBER | 16199273 |
| PURCHASE ORDER NUMBER | 550077256 |

### Shipment History

| Date | Time | Pieces | Activity | Location | Remarks |
|---|---|---|---|---|---|
| 28-Sep-2005 | 1220 | 3 | Delivered | Brownsville, TX, US | R PEREZ |
| 28-Sep-2005 | 1311 | 3 | Out for Delivery | Brownsville, TX, US | |
| 28-Sep-2005 | 1056 | 1 | Scanned | Brownsville, TX, US | |
| 28-Sep-2005 | 1019 | 1 | Scanned | Brownsville, TX, US | |
| 28-Sep-2005 | 1008 | 1 | Scanned | Brownsville, TX, US | |
| 28-Sep-2005 | 0950 | 1 | Scanned | Brownsville, TX, US | |
| 28-Sep-2005 | 0900 | 3 | Arrived | Brownsville, TX, US | |
| 28-Sep-2005 | 0704 | 3 | Departed | Memphis, TN, US | |
| 28-Sep-2005 | 0510 | 3 | Arrived | Memphis, TN, US | |
| 27-Sep-2005 | 1701 | 3 | Departed | Toledo, OH, US | |
| 27-Sep-2005 | 1325 | 3 | Scanned | Toledo, OH, US | |
| 27-Sep-2005 | 0130 | 3 | Arrived | Toledo, OH, US | |
| 26-Sep-2005 | 2130 | 3 | Departed | Fort Wayne, IN, US | |
| 26-Sep-2005 | 1905 | 3 | Scanned | Fort Wayne, IN, US | |
| 26-Sep-2005 | 1843 | 3 | Shipment Labeled | Fort Wayne, IN, US | |
| 26-Sep-2005 | 1500 | 3 | Received | Fort Wayne, IN, US | |

Due to FAA security regulations, some shipment details may not be provided. We are sorry for any inconvenience, but must strictly adhere to all government security regulations.

*P27061*

**Invoice**

EXHIBIT B
Page 5 of 60

SID (2S) # P22062

**HEWITT**
*Tool & Die     Molding Company*
*World-Class Plastic Products - On Time!*
PO Box 47
Oakford, In 46965
(765) 453-3889

Site DUNS Number
04-113-3257

Mfg. Site Code
012210B

| Invoice Number | Invoice Date |
|---|---|
| P22062 | 09/27/2005 |

| | |
|---|---|
| Customer P.O. | 550076895 |
| Release # | 4 |
| Terms | Net MNS-2 |
| F. O. B. | Oakford, Indiana |
| Ship Via | BAX Global |
| Pro Number (BOL) | 700687805 |

**Sold To:**
Delphi Electronics & Safety
Accounts Payable
Mail Sta A241
Kokomo In 46904-6129

**Ship To:**
Delphi E & S Delnosa Plant 1-4
LIDC Receiving Warehouse
702 Joaquin Cavazos Road
Los Indios TX 78567

*Hewitt Molding Company has a 100% on-time delivery for all products shipped worldwide.*

| QTY (pcs) | ITEM | EC LEVEL | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 400 | 16268105 | C / 128296 | Auxiliary Housing | $0.7100 | $284.00 |

*Hewitt Molding Company has delivered ZERO DEFECTS on more than 50% of projects shipped in the past five years.*

| | |
|---|---|
| Subtotal | $284.00 |
| Freight | $0.00 |
| Total | $284.00 |

Country of Origin - Made In The USA

*Hewitt Molding Company is ISO/TS 16949:2002 registered - Of Course!*

**Packing List**

EXHIBIT B
Page 6 of 60



**Hewitt**
Tool & Die    Molding Company
World-Class Plastic Products - On Time!
PO Box 47
Oakford, In 46965
(765) 453-3889

Site DUNS Number
04-113-3257

Mfg. Site Code
012210B

SID (2S) # P22062

| Invoice Number | Invoice Date |
|---|---|
| P22062 | 09/27/2005 |

| | |
|---|---|
| Customer P.O. | 550076895 |
| Release # | 4 |
| Terms | Net MNS-2 |
| F. O. B. | Oakford, Indiana |
| Ship Via | BAX Global |
| Pro Number (BOL) | 700687805 |

Sold To:
Delphi Electronics & Safety
Accounts Payable
Mail Sta A241
Kokomo In 46904-6129

Ship To:
Delphi E & S Delnosa Plant 1-4
LIDC Receiving Warehouse
702 Joaquin Cavazos Road
Los Indios TX 78567

*Hewitt Molding Company has a 100% on-time delivery for all products shipped worldwide.*

| QTY (pcs) | ITEM | EC LEVEL | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 400 | 16268105 | C / 128296 | Auxiliary Housing | | |

*Hewitt Molding Company has delivered ZERO DEFECTS on more than 50% of projects shipped in the past five years.*

Country of Origin - Made In The USA

*Hewitt Molding Company is ISO/TS 16949:2002 registered - Of Course!*

**BAX GLOBAL** — Corporate Support Group, 440 Exchange, Irvine, CA 92602

EXHIBIT B

Page 7 of 60

1-800-CALL-BAX
FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

AIRBILL NUMBER: 700 687 805

**DATE:** 9-27-05
**ORIGIN:** FWA
**DESTINATION:**

**1. SHIPPER**
- Shipper's Account No.: 1928357010
- Company: HEWITT (OH. & DG.)
- From (Your Name): Mike Gabriel 765-453-3889
- Street Address: 1100 E 400 S
- City: (GAKFORD)
- State: IN
- Zip: 46951

**2. CONSIGNEE**
- Company: Delphi D Delnosa Plts 1-4 + 5-6
- Street Address: 702 Joaquin Cavazos Rd.
- City: Los Indios
- State: TX
- Zip: 78567

**3. SERVICE REQUESTED**
- GUARANTEED SERVICES (call your local BAX station)
- STANDARD SERVICES: ☒ SECOND DAY

**4. BILLING INFORMATION**
- ☒ COLLECT (CONSIGNEE)

**5. HANDLING INFORMATION**
Special Instructions / Additional Reference Information:
RMK1 / NS 12215250, 16268105
RMK2 / PO#'s 550047044, 550076895

| NO. OF PCS | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| 4 | 36 | 14" | 10" | 10" | Plastic Auto Parts |

TOTAL PCS: 4
TOTAL WT: 36

Company/Name: DELPHI

**AIRBILL NUMBER:** 700 687 805

**7.** I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials...
PRINT NAME X: Mike Gabriel
DATE: 9-27-05

SHIPPER COPY

P22062

10/17/2005 11:20   4533903   HEWITT   PAGE 09
05-44481-rdd   Doc 389-1   Filed 10/19/05   Entered 10/19/05 16:14:59   Reclamation Demand Letter Part B   Pg 13 of 19   Page 1 of 1

EXHIBIT B

Page 8 of 60

# Shipment Tracking Details

### Tracking Information
Tracking Number: **700687805**
Filtered By: Tracking Number **700687805**
Origin Waybill:

### Shipment Information
Status: **Delivered**
Signature: **F. Lopez**
Service Level: **Standard Second Day**
Shipped Date: 27-Sep-2005
Origin: Oakford, IN, US
Destination: Los Indios, TX, US

### Package Information
Pieces: **4**
Weight: **36.0 L **
Volume Weight: **36.0 L**
View Dimensions: View Dimensions

### References

| Description | Number |
|---|---|
| GOVT BILL OF LADING NUMBER | 12215250 |
| PURCHASE ORDER NUMBER | 550047044 |

### Shipment History

| Date | Time | Pieces | Activity | Location | Remarks |
|---|---|---|---|---|---|
| 29-Sep-2005 | 1525 | 4 | Delivered | Brownsville, TX, US | F. LOPEZ |
| 29-Sep-2005 | 1321 | 4 | Out for Delivery | Brownsville, TX, US | |
| 29-Sep-2005 | 1138 | 2 | Scanned | Brownsville, TX, US | |
| 29-Sep-2005 | 1138 | 1 | Scanned | Brownsville, TX, US | |
| 29-Sep-2005 | 1138 | 1 | Scanned | Brownsville, TX, US | |
| 29-Sep-2005 | 1033 | 2 | Scanned | Brownsville, TX, US | |
| 29-Sep-2005 | 1013 | 1 | Scanned | Brownsville, TX, US | |
| 29-Sep-2005 | 0951 | 1 | Scanned | Brownsville, TX, US | |
| 29-Sep-2005 | 0912 | 4 | Arrived | Brownsville, TX, US | |
| 29-Sep-2005 | 0719 | 4 | Departed | Memphis, TN, US | |
| 29-Sep-2005 | 0505 | 4 | Arrived | Memphis, TN, US | |
| 28-Sep-2005 | 1659 | 4 | Departed | Toledo, OH, US | |
| 28-Sep-2005 | 1250 | 4 | Scanned | Toledo, OH, US | |
| 28-Sep-2005 | 0128 | 4 | Arrived | Toledo, OH, US | |
| 27-Sep-2005 | 2130 | 4 | Departed | Fort Wayne, IN, US | |
| 27-Sep-2005 | 1925 | 4 | Scanned | Fort Wayne, IN, US | |
| 27-Sep-2005 | 1900 | 4 | Shipment Labeled | Fort Wayne, IN, US | |
| 27-Sep-2005 | 1150 | 4 | Received | Fort Wayne, IN, US | |

Due to FAA security regulations, some shipment details may not be provided. We are sorry for any inconvenience, but must strictly adhere to all government security regulations.

P22062

**Invoice**

EXHIBIT B
Page 9 of 60

SID (2S) # P22063

**HEWITT**
Tool & Die   Molding Company
*World-Class Plastic Products - On Time!*
PO Box 47
Oakford, In 46965
(765) 453-3889

| Invoice Number | Invoice Date |
|---|---|
| P22063 | 09/27/2005 |

Site DUNS Number: 04-113-3257
Mfg. Site Code: 012210B

Customer P.O.: 550047044
Release #: 89
Terms: Net MNS-2
F.O.B.: Oakford, Indiana
Ship Via: BAX Global
Pro Number (BOL): 700687805

**Sold To:**
Delphi Electronics & Safety
Accounts Payable
Mail Sta A241
Kokomo In 46904-6129

**Ship To:**
Delphi D Delnosa Plant 5-6
LIDC Receiving Warehouse
702 Joaquin Cavazos Road
Los Indios TX 78567

*Hewitt Molding Company has a 100% on-time delivery for all products shipped worldwide.*

| QTY (pcs) | ITEM | EC LEVEL | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 750 | 12215250 | B | Filter-VF | $0.7000 | $525.00 |

*Hewitt Molding Company has delivered ZERO DEFECTS on more than 50% of projects shipped in the past five years.*

| | |
|---|---|
| Subtotal | $525.00 |
| Freight | $0.00 |
| Total | $525.00 |

Country of Origin - Made In The USA

*Hewitt Molding Company is ISO/TS 16949:2002 registered - Of Course!*

**Packing List**



Tool & Die    Molding Company
World-Class Plastic Products - On Time!
PO Box 47
Oakford, In 46965
(765) 453-3889

Site DUNS Number
04-113-3257

Mfg. Site Code
012210B



SID (2S) # P22063

| Invoice Number | Invoice Date |
|---|---|
| P22063 | 09/27/2005 |

| | |
|---|---|
| Customer P.O. | 550047044 |
| Release # | 89 |
| Terms | Net MNS-2 |
| F. O. B. | Oakford, Indiana |
| Ship Via | BAX Global |
| Pro Number (BOL) | 700687805 |

Sold To:
Delphi Electronics & Safety
Accounts Payable
Mail Sta A241
Kokomo In 46904-6129

Ship To:
Delphi D Delnosa Plant 5-6
LIDC Receiving Warehouse
702 Joaquin Cavazos Road
Los Indios TX 78567

*Hewitt Molding Company has a 100% on-time delivery for all products shipped worldwide.*

| QTY (pcs) | ITEM | EC LEVEL | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 750 | 12215250 | B | Filter-VF | | |

*Hewitt Molding Company has delivered ZERO DEFECTS on more than 50% of projects shipped in the past five years.*

Country of Origin - Made In The USA

*Hewitt Molding Company is ISO/TS 16949:2002 registered - Of Course!*

**BAX GLOBAL** — Corporate Support Group, 440 Exchange, Irvine, CA 92602

Page 11 of 60

Airbill Number: 700 687 805

**1** Date: 9-27-05 Origin: EWR

Shipper's Account No.: 197137010

Company: HEWITT MFG. & DC
From (Your Name): Mike Gabriel  Phone: 765-453-3889
Street Address: 1100 E 400 S
City: OAKFORD  State: IN  Zip: 46965

**2** Consignee:
Company: Delphi D Delnosa Pins 1-4 + 5-6
Street Address: 702 Juagua Cuares Rd.
City: Los Indios  State: TX  Zip: 78567

**4** Billing Information: COLLECT (CONSIGNEE)
Account: Delphi

**5** Handling Information — Special Instructions:
RMK 1: INS 1221525D, 16268105
RMK 2: PO #'s 5500476044, 5500 76895

No. of pcs: 4  Weight: 36  Length: 14"  Width: 10"  Height: 10"  Description: Plastic Auto Parts

Total Pcs: 4  Total Wt: 36

Service: SECOND DAY

Airbill Number: 700 687 805

Shipper Signature: [signed]  Print Name: Mike Gabriel  Date: 9-27-05

SHIPPER COPY

P22063

10/17/2005 11:28 4533803 HEWITT PAGE 13
05-44481-rdd Doc 389-1 Filed 10/19/05 Entered 10/19/05 16:14:59 Reclamation Demand Letter Part 1 Pg 17 of 19 Page 1 of 1

EXHIBIT B
Page 12 of 60

# Shipment Tracking Details

**Tracking Information**
Tracking Number: 700687805
Filtered By: Tracking Number 700687805
Origin Waybill:

**Shipment Information**
Status: Delivered
Signature: F. Lopez
Service Level: Standard Second Day
Shipped Date: 27-Sep-2005
Origin: Oakford, IN, US
Destination: Los Indios, TX, US

**Package Information**
Pieces: 4
Weight: 36.0 L **
Volume Weight: 36.0 L
View Dimensions: View Dimensions

## References

| Description | Number |
|---|---|
| GOVT BILL OF LADING NUMBER | 12215250 |
| PURCHASE ORDER NUMBER | 550047044 |

## Shipment History

| Date | Time | Pieces | Activity | Location | Remarks |
|---|---|---|---|---|---|
| 29-Sep-2005 | 1525 | 4 | Delivered | Brownsville, TX, US | F. LOPEZ |
| 29-Sep-2005 | 1321 | 4 | Out for Delivery | Brownsville, TX, US | |
| 29-Sep-2005 | 1138 | 2 | Scanned | Brownsville, TX, US | |
| 29-Sep-2005 | 1138 | 1 | Scanned | Brownsville, TX, US | |
| 29-Sep-2005 | 1138 | 1 | Scanned | Brownsville, TX, US | |
| 29-Sep-2005 | 1033 | 2 | Scanned | Brownsville, TX, US | |
| 29-Sep-2005 | 1013 | 1 | Scanned | Brownsville, TX, US | |
| 29-Sep-2005 | 0951 | 1 | Scanned | Brownsville, TX, US | |
| 29-Sep-2005 | 0912 | 4 | Arrived | Brownsville, TX, US | |
| 29-Sep-2005 | 0719 | 4 | Departed | Memphis, TN, US | |
| 29-Sep-2005 | 0505 | 4 | Arrived | Memphis, TN, US | |
| 28-Sep-2005 | 1659 | 4 | Departed | Toledo, OH, US | |
| 28-Sep-2005 | 1250 | 4 | Scanned | Toledo, OH, US | |
| 28-Sep-2005 | 0128 | 4 | Arrived | Toledo, OH, US | |
| 27-Sep-2005 | 2130 | 4 | Departed | Fort Wayne, IN, US | |
| 27-Sep-2005 | 1925 | 4 | Scanned | Fort Wayne, IN, US | |
| 27-Sep-2005 | 1900 | 4 | Shipment Labeled | Fort Wayne, IN, US | |
| 27-Sep-2005 | 1150 | 4 | Received | Fort Wayne, IN, US | |

Due to FAA security regulations, some shipment details may not be provided. We are sorry for any inconvenience, but must strictly adhere to all government security regulations.

P22063

**Invoice**

EXHIBIT B
Page 13 of 60

SID (2S) # P22064

**Hewitt**
Tool & Die  Molding Company
World-Class Plastic Products - On Time!
PO Box 47
Oakford, In 46965
(765) 453-3889

Site DUNS Number
04-113-3257

Mfg. Site Code
0122108

| Invoice Number | Invoice Date |
|---|---|
| P22064 | 09/27/2005 |

Customer P.O.     550049069
Release #         29
Terms             Net MNS-2
F. O. B.          Oakford, Indiana
Ship Via          Delphi
Pro Number (BOL)  1621

Sold To:
Delphi Electronics & Safety
Accounts Payable
Mail Sta A241
Kokomo In 46904-6129

Ship To:
Delphi D Kokomo Plant 1 6 7 8 9
2033 East Boulevard
Kokomo IN 46904-9005

*Hewitt Molding Company has a 100% on-time delivery for all products shipped worldwide.*

| QTY (pcs) | ITEM | EC LEVEL | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 500 | 16074395 | A | Lightpipe | $14.5800 | $7290.00 |

*Hewitt Molding Company has delivered ZERO DEFECTS on more than 50% of projects shipped in the past five years.*

| | |
|---|---|
| Subtotal | $7290.00 |
| Freight | $0.00 |
| Total | $7290.00 |

Country of Origin - Made In The USA

*Hewitt Molding Company is ISO/TS 16949:2002 registered - Of Course!*

**EXHIBIT B**
Page _14_ of _60_



**Packing List**

**HEWITT**
Tool & Die    Molding Company
*World-Class Plastic Products - On Time!*
PO Box 47
Oakford, In 46965
(765) 453-3889

Site DUNS Number
04-113-3257

Mfg. Site Code
0122108

SID (2S) # P22064

| Invoice Number | Invoice Date |
|---|---|
| P22064 | 09/27/2005 |

Customer P.O.      550049069
Release #              29
Terms              Net MNS-2
F. O. B.           Oakford, Indiana
Ship Via               Delphi
Pro Number (BOL)       1621

| S o l d T o | Delphi Electronics & Safety<br>Accounts Payable<br>Mail Sta A241<br>Kokomo In 46904-6129 | S h i p T o | Delphi D Kokomo Plant 1 6 7 8 9<br>2033 East Boulevard<br>Kokomo IN 46904-9005 |
|---|---|---|---|

*Hewitt Molding Company has a 100% on-time delivery for all products shipped worldwide.*

| QTY (pcs) | ITEM | EC LEVEL | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 500 | 16074395 | A | Lightpipe | | |

*Hewitt Molding Company has delivered ZERO DEFECTS on more than 50% of projects shipped in the past five years.*

Country of Origin - Made In The USA

*Hewitt Molding Company is ISO/TS 16949:2002 registered - Of Course!*