**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable**

Carrier: Delphi Trucking
Car: 1621
at Oxford IN 46965 9-27-2005 from Hewitt Molding Co. 1138 E. 400 S.

Consigned to: Delphi D Kokomo Plant 1,6,7,8,9  2033 E. Boulevard
Destination: Kokomo  State: IN  Zip Code: 46902

| No. Packages | Description | Weight | Class | Check |
|---|---|---|---|---|
| | Misc Plastic Parts | | | |
| 75 | | | | |
| 2 Box | P/N 16074395 | 20# | | |
| | PO # 5500 49069 | | | |
| | ATTN: Buck Baroney | | | |
| | 451-1656 | | | |

Hewitt Molding Co., Shipper, per [signature] 9-27-05
Agent, per [signature] 9-27-05

REDIFORM. 6S695/6P695 Rev. 3/00
6S695 · 250 SETS / 6P695 · 50 SETS
*carbonless*

P22064

# Invoice

EXHIBIT B
Page 16 of 60

SID (2S) # P22085

**HEWITT**
Tool & Die    Molding Company
World-Class Plastic Products - On Time!
PO Box 47
Oakford, In 46965
(765) 453-3889

Site DUNS Number
04-113-3257

Mfg. Site Code
012210B

| Invoice Number | Invoice Date |
|---|---|
| P22085 | 09/28/2005 |

Customer P.O.    550047044
Release #    89
Terms    Net MNS-2
F. O. B.    Oakford, Indiana
Ship Via    BAX Global
Pro Number (BOL)    700687794

**Sold To:**
Delphi Electronics & Safety
Accounts Payable
Mail Sta A241
Kokomo In 46904-6129

**Ship To:**
Delphi D Delnosa Plant 5-6
LIDC Receiving Warehouse
702 Joaquin Cavazos Road
Los Indios TX 78567

*Hewitt Molding Company has a 100% on-time delivery for all products shipped worldwide.*

| QTY (pcs) | ITEM | EC LEVEL | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 250 | 12215250 | B | Filter-VF | $0.7000 | $175.00 |

*Hewitt Molding Company has delivered ZERO DEFECTS on more than 50% of projects shipped in the past five years.*

| | |
|---|---|
| Subtotal | $175.00 |
| Freight | $0.00 |
| Total | $175.00 |

Country of Origin - Made In The USA

*Hewitt Molding Company is ISO/TS 16949:2002 registered - Of Course!*

**Packing List**

EXHIBIT B
Page 17 of 60



*Tool & Die    Molding Company*
*World-Class Plastic Products - On Time!*
PO Box 47
Oakford, In 46965
(765) 453-3889

Site DUNS Number
04-113-3257

Mfg. Site Code
012210B



SID (2S) # P22085

| Invoice Number | Invoice Date |
|---|---|
| P22085 | 09/28/2005 |

| | |
|---|---|
| Customer P.O. | 550047044 |
| Release # | 89 |
| Terms | Net MNS-2 |
| F. O. B. | Oakford, Indiana |
| Ship Via | BAX Global |
| Pro Number (BOL) | 700687794 |

Sold To:
Delphi Electronics & Safety
Accounts Payable
Mail Sta A241
Kokomo In 46904-6129

Ship To:
Delphi D Delnosa Plant 5-6
LIDC Receiving Warehouse
702 Joaquin Cavazos Road
Los Indios TX 78567

*Hewitt Molding Company has a 100% on-time delivery for all products shipped worldwide.*

| QTY (pcs) | ITEM | EC LEVEL | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 250 | 12215250 | B | Filter-VF | | |

*Hewitt Molding Company has delivered ZERO DEFECTS on more than 50% of projects shipped in the past five years.*

Country of Origin - Made In The USA

*Hewitt Molding Company is ISO/TS 16949:2002 registered - Of Course!*

# BAX GLOBAL

CORPORATE SUPPORT GROUP
440 EXCHANGE
IRVINE, CA 92602

1-800-CALL-BAX
FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

EXHIBIT B
Page 18 of 60

AIRBILL NUMBER: 700 687 794

**DATE:** 9-28-05

### 1. SHIPPER
- FROM (YOUR NAME): Mike Gabriel
- PHONE NO.: 765 453-3889

### 2. CONSIGNEE
- COMPANY: Delphi D Delnosa M S-6
- ACCURATE STREET ADDRESS: 702 Joaquin Cavazos Rd
- CITY: Los Indios
- STATE: TX
- ZIP: 78567

### 3. SERVICE REQUESTED
- [x] SECOND DAY

### 4. BILLING INFORMATION
- [x] COLLECT (CONSIGNEE)
- COMPANY/NAME: Delphi

### 5. HANDLING INFORMATION
- SPECIAL INSTRUCTIONS:
  - RMK1: I/N 12215250
  - RMK2: P# 55004701M
- NO. OF PCS: 9
- WEIGHT: 9
- LENGTH: 11"
- WIDTH: 10"
- HEIGHT: 10"
- DESCRIPTION: Plastic Bulk Packs
- TOTAL PCS: 9

AIRBILL NUMBER: 700 687 794

PRINT NAME: Mike Gabriel
DATE: 9-28-05

SHIPPER COPY

P22085

10/17/2005 11:20 4533903 HEWITT PAGE 20
05-44481-rdd    Doc 389-2    Filed 10/19/05    Entered 10/19/05 16:14:59    Reclamation Demand Letter Part 2    Pg 5 of 20
Page 1 of 1

EXHIBIT B
Page 19 of 60

## Shipment Tracking Details

**Tracking Information**
- Tracking Number: 700687794
- Filtered By: Tracking Number 700687794
- Origin Waybill:

**Shipment Information**
- Status: Delivered
- Signature: F Lopez
- Service Level: Standard Second Day
- Shipped Date: 28-Sep-2005
- Origin: Oakford, IN, US
- Destination: Los Indios, TX, US

**Package Information**
- Pieces: 1
- Weight: 9.0 L **
- Volume Weight: 9.0 L
- View Dimensions: View Dimensions

### References

| Description | Number |
|---|---|
| SHIPPER'S REFERENCE | NONE |
| PURCHASE ORDER NUMBER | 550047044 |

### Shipment History

| Date | Time | Pieces | Activity | Location | Remarks |
|---|---|---|---|---|---|
| 30-Sep-2005 | 1100 | 1 | Delivered | Brownsville, TX, US | F LOPEZ |
| 30-Sep-2005 | 1207 | 1 | Out for Delivery | Brownsville, TX, US | |
| 30-Sep-2005 | 1010 | 1 | Scanned | Brownsville, TX, US | |
| 30-Sep-2005 | 0907 | 1 | Scanned | Brownsville, TX, US | |
| 30-Sep-2005 | 0831 | 1 | Arrived | Brownsville, TX, US | |
| 30-Sep-2005 | 0640 | 1 | Departed | Memphis, TN, US | |
| 30-Sep-2005 | 0515 | 1 | Scanned | Memphis, TN, US | |
| 30-Sep-2005 | 0515 | 1 | Arrived | Memphis, TN, US | |
| 29-Sep-2005 | 1704 | 1 | Departed | Toledo, OH, US | |
| 29-Sep-2005 | 1426 | 1 | Scanned | Toledo, OH, US | |
| 29-Sep-2005 | 0130 | 1 | Arrived | Toledo, OH, US | |
| 28-Sep-2005 | 2130 | 1 | Departed | Fort Wayne, IN, US | |
| 28-Sep-2005 | 1918 | 1 | Scanned | Fort Wayne, IN, US | |
| 28-Sep-2005 | 1902 | 1 | Shipment Labeled | Fort Wayne, IN, US | |
| 28-Sep-2005 | 1137 | 1 | Received | Fort Wayne, IN, US | |

Due to FAA security regulations, some shipment details may not be provided. We are sorry for any inconvenience, but must strictly adhere to all government security regulations.

P22085

**Invoice**

**HEWITT**
Tool & Die  Molding Company
*World-Class Plastic Products - On Time!*
PO Box 47
Oakford, In 46965
(765) 453-3889

Site DUNS Number
04-113-3257

Mfg. Site Code
012210B

SID (2S) # P22088

| Invoice Number | Invoice Date |
|---|---|
| P22088 | 09/28/2005 |

| | |
|---|---|
| Customer P.O. | 550061437 |
| Release # | 3 |
| Terms | Net MNS-2 |
| F. O. B. | Oakford, Indiana |
| Ship Via | DHL Danzas |
| Pro Number (BOL) | unknown |

Sold To:
Delphi Automotive Systems S'Pore PTE LTD
501 ANG MO KIO Industrial Park 1
Singapore 569621 Singapore

Ship To:
Delphi DE Singapore
501 ANG MO KIO Industrial Park 1
Singapore 569621 Singapore

*Hewitt Molding Company has a 100% on-time delivery for all products shipped worldwide.*

| QTY (pcs) | ITEM | EC LEVEL | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 3569 | 16010890 | AL | Housing | $4.5300 | $16167.57 |

| | |
|---|---|
| Subtotal | $16167.57 |
| Freight | $0.00 |
| Total | $16167.57 |

*Hewitt Molding Company has delivered ZERO DEFECTS on more than 50% of projects shipped in the past five years.*

Country of Origin - Made In The USA

*Hewitt Molding Company is ISO/TS 16949:2002 registered - Of Course!*

**Packing List**

**EXHIBIT B**
Page 21 of 60



**Hewitt**
Tool & Die   Molding Company
*World-Class Plastic Products - On Time!*
PO Box 47
Oakford, In 46965
(765) 453-3889

Site DUNS Number
04-113-3257

Mfg. Site Code
012210B

SID (2S) # P22088

| Invoice Number | Invoice Date |
|---|---|
| P22088 | 09/28/2005 |

| | |
|---|---|
| Customer P.O. | 550061437 |
| Release # | 3 |
| Terms | Net MNS-2 |
| F. O. B. | Oakford, Indiana |
| Ship Via | DHL Danzas |
| Pro Number (BOL) | unknown |

Sold To:
Delphi Automotive Systems S'Pore PTE LTD
501 ANG MO KIO Industrial Park 1
Singapore 569621 Singapore

Ship To:
Delphi DE Singapore
501 ANG MO KIO Industrial Park 1
Singapore 569621 Singapore

*Hewitt Molding Company has a 100% on-time delivery for all products shipped worldwide.*

| QTY (pcs) | ITEM | EC LEVEL | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 3569 | 16010890 | AL | Housing | | |

*Hewitt Molding Company has delivered ZERO DEFECTS on more than 50% of projects shipped in the past five years.*

Country of Origin - Made In The USA

*Hewitt Molding Company is ISO/TS 16949:2002 registered - Of Course!*

# U.S. SHIPPER'S LETTER OF INSTRUCTIONS

DHL Danzas Air & Ocean
(800) 234-2778 or (800) 426-5962
www.us.danzas.com

*DANZAS AIR & OCEAN*

| Date | Shippers Reference Number |
|---|---|
| September 28, 2005 | 16010890-50 |

**1a. U.S. PRINCIPAL PARTY IN INTEREST (USPPI)** *(Complete name, address & zip code)*

Hewitt Molding Company
1138 East 400 South
Oakford, IN 46965

EXHIBIT B
Page 22 of 60

**Shipper MUST Check Service Requested:**
Check one: ☒ Air  ☐ Ocean  ☐ Ground
Check one: ☒ Consolidated  ☐ Direct
When no box is checked, shipment will move Air, Consolidated

| 1b. USPPI EIN (IRS) NO. or ID NO. | 1c. PARTIES TO TRANSACTION |
|---|---|
| 041133257 | ☐ Related  ☒ Non-Related |

AFFIX OR INSERT DHL Danzas Air & Ocean
WAY BILL NO HERE  **5LFY793**

**2a. ULTIMATE CONSIGNEE** *(Complete name, address & zip code)*

Delphi DE Singapore
501 ANG MO KIO Industrial Park 1
Singapore 569621
Singapore

2b. Consignee Tel # 65-6450-8623
3b. Notify Party Tel#

| 9. Charge | Collect | PPD | PPD & Add | Third Party |
|---|---|---|---|---|
| Inland | ☐ | ☐ | ☐ | ☐ |
| Air/Ocean | ☒ | ☐ | ☐ | ☐ |
| Handling | ☐ | ☐ | ☐ | ☐ |
| Insurance | ☐ | ☐ | ☐ | ☐ |

**3a. NOTIFY PARTY** *(Complete name, address & zip code)*

Delphi Automotive Systems S'Pore PT
501 ANG MO KIO Industrial Park 1
Singapore 569621
Singapore

**10. Shipper must check INCOTERM and insert Named Port/Place:**
☐ EXW  ☐ FOB*  ☐ CPT  ☐ DES*  ☐ DDP
☐ FAS*  ☐ CFR*  ☐ CIP  ☐ DEQ*
☐ FCA  ☐ CIF*  ☐ DAF  ☐ DDU
Named PORT/PLACE: _____  * Ocean only Incoterms

4. Dangerous Goods (DG certificate must be attached) ☒ No  ☐ Yes
5. Perishable / Temperature Controlled  ☒ No  ☐ Yes
6. Maintain Temperature Between "___ and ___" ☐ C* or ☐ F*
7. Routed Export Transaction  ☐ No  ☐ Yes
8. Shipper Requests Insurance  ☐ No  ☐ Yes $

**11. Shipper's CONTACT in case of inability to deliver consignment as assigned**
Name: Mike Gabriel
Phone: 765-453-3889    Email: mgabriel@hewitt

| (12) Marks, Nos., Kinds Of Pkgs. & SLAC | (13) Description Of Commodities | (14) D/F Or M | (15) Schedule B Number | (16) Quantity Schedule B Unit(s) | (17) Shipping Weight (Kilograms) | (18) Value (US Dollars, Omit Cents; Selling Price / Cost If Unsold) |
|---|---|---|---|---|---|---|
| 24 | molded plastic auto parts with metal inserts | D | | 24 | 98.0 | $16,167.57 |

| 19. US Export Control CHECK ONE: ☒ NLR ☐ Exception ☐ License Lic.# & Exp Date | 20. Point (State) Of Origin Or FTZ No. IN  21. Country Of Ultimate Destination Singapore | 22. ECCN (When required) | 23. Payment Terms: ☐ Open Account ☐ Time Draft* ☐ Sight Draft* ☐ Letter of Credit* Bank * Shipper must provide this document to DHL Danzas |
|---|---|---|---|

| 24. SHIPMENT TO ARRIVE BY: | ☐ OTHER Carrier _____ ☒ DHL Danzas Truck | TRUCK LINE NAME | RECEIPT (PRO) NUMBER |
|---|---|---|---|

| 25. DIMENSIONS | PIECES | L | W | H | 26. SPECIAL INSTRUCTIONS: Do Not Drop 27. Document distribution: Send Originals: 1 Send Copies: 5 |  |
|---|---|---|---|---|---|---|
|  | 24 | 12 | 8 | 6 |  | P22088 |

28. Duly authorized officer or employee:  The USPPI authorizes the forwarder named above to act as forwarding agent for export control and customs purposes.

29. I certify that all statements and all information contained herein are true and correct. I also understand that DHL Danzas Air & Ocean will file the Shipper's Export Declaration (SED) electronically with the proper authorities on our behalf. I understand that civil and criminal penalties, including forfeiture and sale, may be imposed for making false or fraudulent statements herein, failing to provide the requested information or for violation of U.S. Laws upon exportation (13 U.S.C. Sec. 305; 22 U.S.C. Sec. 401; 18 U.S.C. Sec.1001; 50 U.S.C. App. 2410). DHL Danzas Air & Ocean will provide the exporter with a hard copy of the SED upon request and payment of a mutually agreed upon processing fee.

Signature: _____
Title: Shipping@Hewitt
Date: September 28, 2005

Confidential – For use solely for official purposes authorized by the Secretary of Commerce (13 U.S.C. 301(g)).
Export shipments are subject to inspection by U.S. Customs & Border Protection and/or Office of Export Enforcement

DHL Danzas: GOODS RECEIVED IN APPARENT GOOD ORDER
Date 9-27-05  Time 1:35 PM
Signed in by: _____ DRAKE

NOTE: The Shipper or his Authorized Agent hereby authorizes the above named Company, in his name and on his behalf, to prepare any export documents, to sign and accept any documents relating to said shipment and forward this shipment in accordance with the conditions of carriage and the tariffs of the carriers employed. The shipper guarantees payment of all collect charges in the event the consignee refuses payment. Hereunder the sole responsibility of the Company is to use reasonable care in the selection of carriers, forwarders, agents and others to whom it may entrust the shipment. These commodities, technology or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited.

To See Terms And Conditions, See "Conditions of Contract" Document

Form No. 2015   Revised: 07/2004   In the On-Line / Electronic form, use 'F1' for Help in any Field   Page 1 of 1

EXHIBIT
Page 23 of 60

www.dhl.com

**DHL**
≡ DANZAS AIR & OCEAN ≡

# Fax

From:  
E-Mail: ICS.IND@dhl.com

To:

cc:

P22088

Page/s: 1/2
Date: Mon, 17 Oct 2005 11:13:10 -0400
Re: JONNATHAN BOWERSOCK - 5LFY793

```
DHL DANZAS AIR & OCEAN: HOUSEBILL CONFIRMATION AND FLIGHT DETAILS

TO:   MIKE GABRIEL                    FROM: JONNATHAN BOWERSOCK
-------------------------------------------------------------------
HAWB NUMBER: 5LFY793      SVC: DA3    FROM: IND    TO: SIN    DATE: 28 SEP 5

CONSIGNEE: 7306DSIN                   SHIPPER: H8294
  REF #: 550061437                      REF #: 16010890-50
  DELPHI DELCO SINGAPORE                HEWITT MOLDING
  DELPHI DELCO ELECTRONICS SYST
  MS 501 INDUSTRIAL PARK 1 ANG          P.O. BOX 47
  MO KIO SINGAPORE 569621               OAKFORD                        IN
                                                         46965
  SINGAPORE                             USA

NOTIFY:
                                      SHIPPERS DECLARED VALUES:
                                       FOR CUSTOMS    FOR CARRIAGE
                                           NVD              M/F

SHIPMENT INFORMATION:                 MOLDED PLASTICS AUTO PARTS
                                      NOT RESTRICTED
                                      ***** COUNTRY OF ORIGIN   U S A *****

----- DIMENSIONS AND WEIGHTS ------------------------------
          DIMS/IN
  PCS  PKG     L     W     H    WT/LBS    WT/KGS
   1   SKID    48    40    20     266     120.7

TTL PCS    VOLUME    TTL CUB WT       TTL GROSS WT
   1       38400     105.0 KGS         120.7 KGS
====== CHARGES =============================================
          PREPAID     COLLECT     WT(KGS)   COMM    WT-RATE    DST
WT CHG:                197.23      121.0    4702     1.63      SIN
HNDLG:                  78.65              TRM  CDE       AMT
                                             C   FSH      60.50
                                             C   SSF      18.15
FU:                     18.10
TOTAL:        0        293.98    USD (CURRENCY)

***** FLIGHT DETAILS ************************************************
ORG MASTERBILL NBR    DST  A/L  FLT  DTD  VIA  ETA DAY AIRLINE NAME
ORD 933 94218010      SIN  KZ   283   29  NRT          NIPPON CARGO AIRLINES
                           KZ   0289   1       410   2 NIPPON CARGO AIRLINES
IND PA1 437767        ORD  PA   RFS   28       800  29 PACE AIR FREIGHT
RECEIVED AT:  700   4 OCT 5  BY: CNEE/DELPHI
```

1

www.dhl.com



# Fax

IF YOU HAVE ANY QUESTIONS, PLEASE FEEL FREE TO CALL ME AT: (317)821-2624

- THANK YOU FOR USING DHL DANZAS AIR & OCEAN -

----

2

Page 25 of 60

## Invoice

**Hewitt**
Tool & Die   Molding Company
*World-Class Plastic Products - On Time!*
PO Box 47
Oakford, In 46965
(765) 453-3889

SID (2S) # P22099

| Invoice Number | Invoice Date |
|---|---|
| P22099 | 09/30/2005 |

**Site DUNS Number**
04-113-3257

**Mfg. Site Code**
012210B

| | |
|---|---|
| Customer P.O. | 550047044 |
| Release # | 89 |
| Terms | Net MNS-2 |
| F. O. B. | Oakford, Indiana |
| Ship Via | BAX Global |
| Pro Number (BOL) | 700687783 |

**Sold To:**
Delphi Electronics & Safety
Accounts Payable
Mail Sta A241
Kokomo In 46904-6129

**Ship To:**
Delphi D Delnosa Plant 5-6
LIDC Receiving Warehouse
702 Joaquin Cavazos Road
Los Indios TX 78567

*Hewitt Molding Company has a 100% on-time delivery for all products shipped worldwide.*

| QTY (pcs) | ITEM | EC LEVEL | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 250 | 12215250 | B | Filter-VF | $0.7000 | $175.00 |

| | |
|---|---|
| Subtotal | $175.00 |
| Freight | $0.00 |
| Total | $175.00 |

*Hewitt Molding Company has delivered ZERO DEFECTS on more than 50% of projects shipped in the past five years.*

**Country of Origin - Made In The USA**

*Hewitt Molding Company is ISO/TS 16949:2002 registered - Of Course!*

**Packing List**

EXHIBIT B
Page 26 of 60

**HEWITT**
*Tool & Die    Molding Company*
*World-Class Plastic Products - On Time!*
PO Box 47
Oakford, In 46965
(765) 453-3889

SID (2S) # P22099

| Invoice Number | Invoice Date |
|---|---|
| P22099 | 09/30/2005 |

Site DUNS Number
04-113-3257

Mfg. Site Code
012210B

| | |
|---|---|
| Customer P.O. | 550047044 |
| Release # | 89 |
| Terms | Net MNS-2 |
| F. O. B. | Oakford, Indiana |
| Ship Via | BAX Global |
| Pro Number (BOL) | 700687783 |

**Sold To:**
Delphi Electronics & Safety
Accounts Payable
Mail Sta A241
Kokomo In 46904-6129

**Ship To:**
Delphi D Delnosa Plant 5-6
LIDC Receiving Warehouse
702 Joaquin Cavazos Road
Los Indios TX 78567

*Hewitt Molding Company has a 100% on-time delivery for all products shipped worldwide.*

| QTY (pcs) | ITEM | EC LEVEL | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 250 | 12215250 | B | Filter-VF | | |

*Hewitt Molding Company has delivered ZERO DEFECTS on more than 50% of projects shipped in the past five years.*

Country of Origin - Made In The USA

*Hewitt Molding Company is ISO/TS 16949:2002 registered - Of Course!*

**BAX GLOBAL** — Corporate Support Group, 440 Exchange, Irvine, CA 92602

EXHIBIT B
Page 27 of 60

1-800-CALL-BAX
FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

AIRBILL NUMBER: 700 687 783

DATE: 9-30-05
ORIGIN: FWA
DESTINATION:

**1. SHIPPER**
Shipper's Reference No.:
Shipper's Account No.: 197337010
Company: HEWITT TOOL & DIE
From (Your Name): Mike Gabriel
Phone: 765 453-3889
Street Address: 13901 400 S
City: OXFORD
State: IN
Zip: 47965

**2. CONSIGNEE**
Consignee's Reference No.:
Consignee's Account No.:
Company: Delphi D Delnosa Pit. S-6
Dept./Floor:
To (Consignee Name): Oscar Mendo
Phone: 956-228-7537
Street Address: 702 Joaquin Cavazos Rd
City: Los Indios
State: TX
Zip: 78567

**3. SERVICE REQUESTED**
GUARANTEED SERVICES — CALL YOUR LOCAL BAX STATION
☐ Guaranteed First Arrival (EMR 1)
☐ Guaranteed Overnight (EMR 2)
☐ Guaranteed Airport-to-Airport (EMR 3)
☐ Guaranteed 2nd Day (EP2 0)

STANDARD SERVICES
☐ Overnight (Next Business Day)
☒ Second Day
☐ BAX Saver
☐ Next Flight Available
☐ Other

**4. BILLING INFORMATION**
☐ Prepaid (Shipper) $
☒ Collect (Consignee)
☐ 3rd Party
Account No.:
Company/Name: Delphi

**5. HANDLING INFORMATION** (*Special Rate May Apply)
☐ Hold at BAX ☐ Dangerous Goods ☐ Saturday Delivery ☐ Special Delivery ☐ Convention

Special Instructions / Additional Reference Information:
RMK1: P/N 12215250
RMK2: PO# 550047040

No. of Pcs: 1
Weight: 9#
Length: 14"
Width: 10"
Height: 10"
Description: Plastic Auto Parts

Total Pcs: 1
Total Wt: 9

**6. C.O.D.**: $

AIRBILL NUMBER: 700 687 783

Shipper/Representative Signature: [signed]
Print Name: Mike Gabriel
Date: 9-30-05

RECEIVED BY BAX GLOBAL DRIVER / AGENT
Driver Signature: [signed]
Pick Up Date: [illegible]
Pick Up Time: 11:25

SHIPPER COPY

P22099

10/17/2005 11:20 4533903 HEWITT PAGE 29
05-44481-rdd    Doc 389-2    Filed 10/19/05    Entered 10/19/05 16:14:59    Reclamation
Demand Letter Part 2    Pg 14 of 20
                                Page 1 of 1

EXHIBIT B
Page 28 of 60

# Shipment Tracking Details

**Tracking Information**
Tracking Number: **700687783**              Origin Waybill:
Filtered By: Tracking Number **700687783**

**Shipment Information**                    **Package Information**
Status: **Delivered**                        Pieces: 1
Signature: **F Lopez**                       Weight: **9.0 L** **
Service Level: **Standard Second Day**       Volume Weight: 9.0 L
Shipped Date: 30-Sep-2005                    View Dimensions: <u>View Dimensions</u>
Origin: Oakford, IN, US
Destination: Los Indios, TX, US

**References**

| Description | Number |
|---|---|
| PURCHASE ORDER NUMBER | 550047044 |

**Shipment History**

| Date | Time | Pieces | Activity | Location | Remarks |
|---|---|---|---|---|---|
| 03-Oct-2005 | 1610 | 1 | Delivered | Brownsville, TX, US | F LOPEZ |
| 03-Oct-2005 | 1502 | 1 | Out for Delivery | Brownsville, TX, US | |
| 03-Oct-2005 | 1408 | 1 | Scanned | Brownsville, TX, US | |
| 03-Oct-2005 | 1244 | 1 | Scanned | Brownsville, TX, US | |
| 03-Oct-2005 | 0700 | 1 | Arrived | Brownsville, TX, US | |
| 01-Oct-2005 | 1844 | 1 | Departed | Toledo, OH, US | |
| 01-Oct-2005 | 1432 | 1 | Scanned | Toledo, OH, US | |
| 01-Oct-2005 | 1416 | 1 | Scanned | Toledo, OH, US | |
| 01-Oct-2005 | 0146 | 1 | Arrived | Toledo, OH, US | |
| 30-Sep-2005 | 2130 | 1 | Departed | Fort Wayne, IN, US | |
| 30-Sep-2005 | 1846 | 1 | Scanned | Fort Wayne, IN, US | |
| 30-Sep-2005 | 1834 | 1 | Shipment Labeled | Fort Wayne, IN, US | |
| 30-Sep-2005 | 1700 | 1 | Received | Indianapolis, IN, US | |

Due to FAA security regulations, some shipment details may not be provided. We are sorry for any inconvenience, but must strictly adhere to all government security regulations.

P 22099

**Invoice**

EXHIBIT B
Page 29 of 60

SID (2S) # P22120

**HEWITT**
Tool & Die    Molding Company
*World-Class Plastic Products - On Time!*
PO Box 47
Oakford, In 46965
(765) 453-3889

Site DUNS Number
04-113-3257

Mfg. Site Code
012210B

| Invoice Number | Invoice Date |
|---|---|
| P22120 | 10/03/2005 |

| | |
|---|---|
| Customer P.O. | 550052042 |
| Release # | 18 |
| Terms | Net MNS-2 |
| F. O. B. | Oakford, Indiana |
| Ship Via | Delphi |
| Pro Number (BOL) | 1629 |

**Sold To:**
Delphi Electronics & Safety
Accounts Payable
Mail Sta A241
Kokomo In 46904-6129

**Ship To:**
Delphi D Kokomo Plant 1 6 7 8 9
2033 East Boulevard
Kokomo IN 46904-9005

*Hewitt Molding Company has a 100% on-time delivery for all products shipped worldwide.*

| QTY (pcs) | ITEM | EC LEVEL | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 2484 | 16156762 | F | Lightpipe | $1.7400 | $4322.16 |

| | |
|---|---|
| Subtotal | $4322.16 |
| Freight | $0.00 |
| Total | $4322.16 |

*Hewitt Molding Company has delivered ZERO DEFECTS on more than 50% of projects shipped in the past five years.*

Country of Origin - Made In The USA

*Hewitt Molding Company is ISO/TS 16949:2002 registered - Of Course!*

**Packing List**

EXHIBIT B
Page 30 of 60



**HEWITT**
Tool & Die    Molding Company
World-Class Plastic Products - On Time!
PO Box 47
Oakford, In 46965
(765) 453-3889

Site DUNS Number
04-113-3257

Mfg. Site Code
012210B

SID (2S) # P22120

| Invoice Number | Invoice Date |
|---|---|
| P22120 | 10/03/2005 |

Customer P.O.           550052042
Release #               18
Terms                   Net MNS-2
F.O.B.                  Oakford, Indiana
Ship Via                Delphi
Pro Number (BOL)        1629

Sold To:
Delphi Electronics & Safety
Accounts Payable
Mail Sta A241
Kokomo In 46904-6129

Ship To:
Delphi D Kokomo Plant 1 6 7 8 9
2033 East Boulevard
Kokomo IN 46904-9005

*Hewitt Molding Company has a 100% on-time delivery for all products shipped worldwide.*

| QTY (pcs) | ITEM | EC LEVEL | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 2484 | 16156762 | F | Lightpipe | | |

*Hewitt Molding Company has delivered ZERO DEFECTS on more than 50% of projects shipped in the past five years.*

Country of Origin - Made In The USA

*Hewitt Molding Company is ISO/TS 16949:2002 registered - Of Course!*

**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable**

Carrier: Delphi Trucking  1629

at Oxford IN 46965 10-3 2005 from Hewitt Molding Co. 1138 E. 460 S.

Consigned to: Delphi P. Kokomo Ph. 1,4,789  2033 E. Boulevard
Destination: Kokomo    State: IN    Zip Code: 46902

| No. Packages | Description | Weight | Class or Rate | Check Column |
|---|---|---|---|---|
| | Misc. Plastic Parts | | | |
| 1 skid | 1 @ 34 cns | 4507 | | |
| | P/N's 16156762 | | | |
| | 16152128 | | | |
| | ATTN: Buck Beroney | | | |

S. Wilkins, Agent or Cashier

Hewitt Molding Co., Shipper, per [signature] 10-3-05 Agent, per

REDIFORM 6S695/6P695 Rev. 3/00
6S695 • 250 SETS / 6P695 • 50 SETS    carbonless

P22120

10/17/2005 11:20 4533903 HEWITT PAGE 33
05-44481-rdd    Doc 389-2    Filed 10/19/05    Entered 10/19/05 16:14:59    Reclamation Demand Letter Part 2 B    Pg 18 of 20

EXHIBIT B
Page 32 of 60

**Invoice**

SID (2S) # P22121

**HEWITT**
Tool & Die    Molding Company
World-Class Plastic Products - On Time!
PO Box 47
Oakford, In 46965
(765) 453-3889

| Invoice Number | Invoice Date |
|---|---|
| P22121 | 10/03/2005 |

Site DUNS Number: 04-113-3257
Mfg. Site Code: 012210B

Customer P.O.: 550055066
Release #: 37
Terms: Net MNS-2
F. O. B.: Oakford, Indiana
Ship Via: Delphi
Pro Number (BOL): 1629

Sold To:
Delphi Electronics & Safety
Accounts Payable
Mail Sta A241
Kokomo In 46904-6129

Ship To:
Delphi D Kokomo Plant 1 6 7 8 9
2033 East Boulevard
Kokomo IN 46904-9005

*Hewitt Molding Company has a 100% on-time delivery for all products shipped worldwide.*

| QTY (pcs) | ITEM | EC LEVEL | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 770 | 16152128 | | Housing | $4.1800 | $3218.60 |

| | |
|---|---|
| Subtotal | $3218.60 |
| Freight | $0.00 |
| Total | $3218.60 |

*Hewitt Molding Company has delivered ZERO DEFECTS on more than 50% of projects shipped in the past five years.*

Country of Origin - Made In The USA

*Hewitt Molding Company is ISO/TS 16949:2002 registered - Of Course!*

**Packing List**

**HEWITT**
Tool & Die    Molding Company
*World-Class Plastic Products - On Time!*
PO Box 47
Oakford, In 46965
(765) 453-3889

Site DUNS Number
04-113-3257

Mfg. Site Code
012210B

SID (2S) # P22121

| Invoice Number | Invoice Date |
|---|---|
| P22121 | 10/03/2005 |

| | |
|---|---|
| Customer P.O. | 550055066 |
| Release # | 37 |
| Terms | Net MNS-2 |
| F. O. B. | Oakford, Indiana |
| Ship Via | Delphi |
| Pro Number (BOL) | 1629 |

**Sold To:**
Delphi Electronics & Safety
Accounts Payable
Mail Sta A241
Kokomo In 46904-6129

**Ship To:**
Delphi D Kokomo Plant 1 6 7 8 9
2033 East Boulevard
Kokomo IN 46904-9005

*Hewitt Molding Company has a 100% on-time delivery for all products shipped worldwide.*

| QTY (pcs) | ITEM | EC LEVEL | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 770 | 16152128 | | Housing | | |

*Hewitt Molding Company has delivered ZERO DEFECTS on more than 50% of projects shipped in the past five years.*

Country of Origin - Made In The USA

*Hewitt Molding Company is ISO/TS 16949:2002 registered - Of Course!*

**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable**

Carrier's Pro No. _____
Shipper's Bill of Lading No. _____
Consignee's Reference/PO No. _____

Delphi Trucking   Carrier 1 6 2 9   Carrier's Code (SCAC) _____

at Oxford IN 46965 10-3 20 05 from Hewitt Molding Co. 1138 E. 4805.

Consigned to Delphi P Kokomo Ph. 1,789 2033 E. Boulevard
Destination Kokomo   State IN   Zip Code 46902   County _____

Delivery Address ★ _____

Route _____
Delivering Carrier _____   Car or Vehicle Initials _____   No. _____

| No. Packages | Description | *Weight (Sub. to Cor.) | Class of Rate | Check Column |
|---|---|---|---|---|
| | Misc. Plastic Parts | | | |
| Skid | 1 @ 34 cm³ | 4507# | | |
| | P/N's 16156762 | | | |
| | 16152128 | | | |
| | ATTN: Buck Beroney | | | |

S. Wilkins — Agent or Cashier

Hewitt Molding Co.   Shipper, per _____ 10-3-05 Agent, per _____

REDIFORM. 6S695/6P695 Rev. 3/00
6S695 • 250 SETS / 6P695 • 50 SETS   carbonless

p22121