**Invoice**

**HEWITT**
Tool & Die    Molding Company
*World-Class Plastic Products - On Time!*
PO Box 47
Oakford, In 46965
(765) 453-3889

Site DUNS Number
04-113-3257

Mfg. Site Code
012210B

SID (2S) # P22122

| Invoice Number | Invoice Date |
|---|---|
| P22122 | 10/04/2005 |

| | |
|---|---|
| Customer P.O. | 550077249 |
| Release # | 4 |
| Terms | Net MNS-2 |
| F. O. B. | Oakford, Indiana |
| Ship Via | BAX Global |
| Pro Number (BOL) | 700687772 |

Sold To:
Delphi Electronics & Safety
Accounts Payable
Mail Sta A241
Kokomo In 46904-6129

Ship To:
Delphi D Delnosa Plant 5-6
LIDC Receiving Warehouse
702 Joaquin Cavazos Road
Los Indios TX 78567

*Hewitt Molding Company has a 100% on-time delivery for all products shipped worldwide.*

| QTY (pcs) | ITEM | EC LEVEL | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 140 | 16167576 | D | Housing | $1.4130 | $197.82 |

| | |
|---|---|
| Subtotal | $197.82 |
| Freight | $0.00 |
| Total | $197.82 |

*Hewitt Molding Company has delivered ZERO DEFECTS on more than 50% of projects shipped in the past five years.*

Country of Origin - Made In The USA

*Hewitt Molding Company is ISO/TS 16949:2002 registered - Of Course!*

**Packing List**

EXHIBIT B
Page 36 of 60



SID (2S) # P22122

| Invoice Number | Invoice Date |
|---|---|
| P22122 | 10/04/2005 |

**HEWITT**
Tool & Die    Molding Company
World-Class Plastic Products - On Time!
PO Box 47
Oakford, In 46965
(765) 453-3889

Site DUNS Number
04-113-3257

Mfg. Site Code
012210B

Customer P.O.          550077249
Release #              4
Terms                  Net MNS-2
F. O. B.               Oakford, Indiana
Ship Via               BAX Global
Pro Number (BOL)       700687772

**Sold To:**
Delphi Electronics & Safety
Accounts Payable
Mail Sta A241
Kokomo In 46904-6129

**Ship To:**
Delphi D Delnosa Plant 5-6
LIDC Receiving Warehouse
702 Joaquin Cavazos Road
Los Indios TX 78567

*Hewitt Molding Company has a 100% on-time delivery for all products shipped worldwide.*

| QTY (pcs) | ITEM | EC LEVEL | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 140 | 16167576 | D | Housing | | |

*Hewitt Molding Company has delivered ZERO DEFECTS on more than 50% of projects shipped in the past five years.*

Country of Origin - Made In The USA

*Hewitt Molding Company is ISO/TS 16949:2002 registered - Of Course!*

# BAX GLOBAL
CORPORATE SUPPORT GROUP
440 EXCHANGE
IRVINE, CA 92602

EXHIBIT B
Page 37 of 60

1-800-CALL-BAX
FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

AIRBILL NUMBER: 700 687 772

**DATE:** 10-4-05
**ORIGIN:** FWA
**DESTINATION:** 

**1. SHIPPER'S REFERENCE NO.:**
**SHIPPER'S ACCOUNT NO.:** PH207010
**COMPANY:** HEWITT TOOL & DIE
**FROM (YOUR NAME):** Mike Gabriel
**PHONE NO.:** 765-453-3889
**STREET ADDRESS:** 1138 E 400 S
**CITY:** Kokomo
**STATE:** IN
**ZIP:** 46901

**2. CONSIGNEE'S REFERENCE NO.:**
**CONSIGNEE'S ACCOUNT NO.:**
**COMPANY:** Delphi DDelnosa Pt. 5-6
**TO (CONSIGNEE NAME):**
**PHONE NO.:**
**ACCURATE STREET ADDRESS:** 702 Joaquin Cavazos Rd.
**CITY:** Los Indios
**STATE:** TX
**ZIP:** 78567

**3. SERVICE REQUESTED:**
- GUARANTEED SERVICES
- [ ] Guaranteed First Arrival (EMR 1)
- [ ] Guaranteed Overnight (EMR 2)
- [ ] Guaranteed Airport-to-Airport (EMR 3)
- [ ] Guaranteed 2nd Day (ER2 0)
- STANDARD SERVICES
- [ ] OVERNIGHT (NEXT BUSINESS DAY)
- [x] SECOND DAY
- [ ] BAX SAVER
- [ ] NEXT FLIGHT AVAILABLE
- [ ] OTHER

**4. BILLING INFORMATION:**
- [ ] PREPAID (SHIPPER)
- [x] COLLECT (CONSIGNEE)
- [ ] 3RD PARTY
**COMPANY NAME:** Delphi

**5. HANDLING INFORMATION:**
- [ ] HOLD AT BAX
- [ ] DANGEROUS GOODS
- [ ] SATURDAY DELIVERY
- [ ] SPECIAL DELIVERY
- [ ] CONVENTION

**SPECIAL INSTRUCTIONS:**
P/N 16167576, 16199273
PO# 550077249, 550077256

| NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| 2 | 16 | 15 | 6 | 10 | Plastic Auto Parts |
| 2 | 30 | 32 | 19 | 17 | QTY |

**TOTAL PCS:** 4
**TOTAL WT:** 46

**AIRBILL NUMBER:** 700 687 772

**RECEIVED BY BAX AT:** OUTSIDE CARRIER

SHIPPER / REPRESENTATIVE SIGNATURE
PRINT NAME: Mike Gabriel
DATE: 10-4-05

**RECEIVED BY BAX GLOBAL DRIVER / AGENT**
Pick Up Date: 10/4/05 Time: 16:55

SHIPPER COPY

p22122

**EXHIBIT B**

Page 38 of 60

# Shipment Tracking Details

### Tracking Information
Tracking Number: **700687772**    Origin Waybill:
Filtered By:    Tracking Number 700687772

### Shipment Information
Status: **Delivered**
Signature: **Zeke Rdz**
Service Level: Standard Second Day
Shipped Date: 04-Oct-2005
Origin: Oakford, IN, US
Destination: Los Indios, TX, US

### Package Information
Pieces: 4
Weight: 46.0 L **
Volume Weight: 57.0 L
View Dimensions: View Dimensions

### References

| Description | Number |
|---|---|
| GOVT BILL OF LADING NUMBER | NONE |
| PURCHASE ORDER NUMBER | 550077249 |
| PURCHASE ORDER NUMBER | 550077256 |

### Shipment History

| Date | Time | Pieces | Activity | Location | Remarks |
|---|---|---|---|---|---|
| 06-Oct-2005 | 1400 | 4 | Delivered | Brownsville, TX, US | ZEKE RDZ |
| 06-Oct-2005 | 1045 | 4 | Out for Delivery | Brownsville, TX, US | |
| 06-Oct-2005 | 1042 | 4 | Scanned | Brownsville, TX, US | |
| 06-Oct-2005 | 0847 | 4 | Scanned | Brownsville, TX, US | |
| 06-Oct-2005 | 0830 | 4 | Arrived | Brownsville, TX, US | |
| 06-Oct-2005 | 0634 | 4 | Departed | Memphis, TN, US | |
| 06-Oct-2005 | 0445 | 4 | Arrived | Memphis, TN, US | |
| 05-Oct-2005 | 1641 | 4 | Departed | Toledo, OH, US | |
| 05-Oct-2005 | 1401 | 4 | Scanned | Toledo, OH, US | |
| 05-Oct-2005 | 0138 | 4 | Arrived | Toledo, OH, US | |
| 04-Oct-2005 | 2130 | 4 | Departed | Fort Wayne, IN, US | |
| 04-Oct-2005 | 2031 | 4 | Scanned | Fort Wayne, IN, US | |
| 04-Oct-2005 | 1949 | 4 | Shipment Labeled | Fort Wayne, IN, US | |
| 04-Oct-2005 | 1155 | 4 | Received | Fort Wayne, IN, US | |

Due to FAA security regulations, some shipment details may not be provided. We are sorry for any inconvenience, but must strictly adhere to all government security regulations.

P22122

## Invoice

**HEWITT**
Tool & Die      Molding Company
*World-Class Plastic Products - On Time!*
PO Box 47
Oakford, In 46965
(765) 453-3889

Site DUNS Number: 04-113-3257

Mfg. Site Code: 012210B

SID (2S) # P22123

| Invoice Number | Invoice Date |
|---|---|
| P22123 | 10/04/2005 |

| | |
|---|---|
| Customer P.O. | 550077256 |
| Release # | 9 |
| Terms | Net MNS-2 |
| F. O. B. | Oakford, Indiana |
| Ship Via | BAX Global |
| Pro Number (BOL) | 700687772 |

**Sold To:**
Delphi Electronics & Safety
Accounts Payable
Mail Sta A241
Kokomo In 46904-6129

**Ship To:**
Delphi D Delnosa Plant 5-6
LIDC Receiving Warehouse
702 Joaquin Cavazos Road
Los Indios TX 78567

*Hewitt Molding Company has a 100% on-time delivery for all products shipped worldwide.*

| QTY (pcs) | ITEM | EC LEVEL | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 112 | 16199273 | L | Housing C-42 | $4.6500 | $520.80 |

| | |
|---|---|
| Subtotal | $520.80 |
| Freight | $0.00 |
| Total | $520.80 |

*Hewitt Molding Company has delivered ZERO DEFECTS on more than 50% of projects shipped in the past five years.*

Country of Origin - Made In The USA

*Hewitt Molding Company is ISO/TS 16949:2002 registered - Of Course!*



**Packing List**

EXHIBIT B
Page 40 of 60



Tool & Die     Molding Company
*World-Class Plastic Products - On Time!*
PO Box 47
Oakford, In 46965
(765) 453-3889

Site DUNS Number
04-113-3257

Mfg. Site Code
012210B

SID (2S) # P22123

| Invoice Number | Invoice Date |
|---|---|
| P22123 | 10/04/2005 |

Customer P.O.    550077256
Release #    9
Terms    Net MNS-2
F. O. B.    Oakford, Indiana
Ship Via    BAX Global
Pro Number (BOL)    700687772

**Sold To:**
Delphi Electronics & Safety
Accounts Payable
Mail Sta A241
Kokomo In 46904-6129

**Ship To:**
Delphi D Delnosa Plant 5-6
LIDC Receiving Warehouse
702 Joaquin Cavazos Road
Los Indios TX 78567

*Hewitt Molding Company has a 100% on-time delivery for all products shipped worldwide.*

| QTY (pcs) | ITEM | EC LEVEL | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 112 | 16199273 | L | Housing C-42 | | |

*Hewitt Molding Company has delivered ZERO DEFECTS on more than 50% of projects shipped in the past five years.*

Country of Origin - Made In The USA

*Hewitt Molding Company is ISO/TS 16949:2002 registered - Of Course!*

**BAX GLOBAL** — CORPORATE SUPPORT GROUP, 440 EXCHANGE, IRVINE, CA 92602

1-800-CALL-BAX
FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

AIRBILL NUMBER: 700 687 772

DATE: 10-4-05
ORIGIN: FWA
DESTINATION:

**1. SHIPPER**
SHIPPER'S ACCOUNT NO.: P9Y937010
COMPANY: HEWITT TOOL & DIE
FROM (YOUR NAME): Mike Gabriel  765-453-3889
STREET ADDRESS: 1148 E 400 S
CITY: Hewitt (?)  STATE: IN  ZIP: 46539

**2. CONSIGNEE**
COMPANY: Delphi DDE Lusa  Plt. 5-6
ACCURATE STREET ADDRESS: 702 Joaquin Cavazos Rd.
CITY: Los Inclios  STATE: TX  ZIP: 78567

**3. SERVICE REQUESTED**
☒ SECOND DAY

**4. BILLING INFORMATION**
☒ COLLECT (CONSIGNEE)
COMPANY/NAME: Delphi

**5. HANDLING INFORMATION**
SPECIAL INSTRUCTIONS: P/N 16167576, 16199273
R# 550077249, 550077256
NO. OF PCS: 2 / 2
WEIGHT: 16 / 30
LENGTH: 22
WIDTH: 14
HEIGHT: 17
DESCRIPTION: Plastic Auto Parts
TOTAL PCS: 4
TOTAL WT: 46

AIRBILL NUMBER: 700 687 772

SHIPPER SIGNATURE X
PRINT NAME: Mike Gabriel
DATE: 10-4-05

**RECEIVED BY BAX GLOBAL DRIVER / AGENT**
Pick Up Date: 10/4/05  Time: 16:55

SHIPPER COPY

P22123

# Shipment Tracking Details

**Tracking Information**

Tracking Number: **700687772**          Origin Waybill:

Filtered By:    Tracking Number **700687772**

**Shipment Information**                 **Package Information**

Status: **Delivered**                    Pieces: **4**
Signature: **Zeke Rdz**                  Weight: **46.0 L** **
Service Level: **Standard Second Day**   Volume Weight: **57.0 L**
Shipped Date: **04-Oct-2005**            View Dimensions: **View Dimensions**
Origin: **Oakford, IN, US**
Destination: **Los Indios, TX, US**

**References**

| Description | Number |
|---|---|
| GOVT BILL OF LADING NUMBER | NONE |
| PURCHASE ORDER NUMBER | 550077249 |
| PURCHASE ORDER NUMBER | 550077256 |

**Shipment History**

| Date | Time | Pieces | Activity | Location | Remarks |
|---|---|---|---|---|---|
| 06-Oct-2005 | 1400 | 4 | Delivered | Brownsville, TX, US | ZEKE RDZ |
| 06-Oct-2005 | 1045 | 4 | Out for Delivery | Brownsville, TX, US | |
| 06-Oct-2005 | 1042 | 4 | Scanned | Brownsville, TX, US | |
| 06-Oct-2005 | 0847 | 4 | Scanned | Brownsville, TX, US | |
| 06-Oct-2005 | 0830 | 4 | Arrived | Brownsville, TX, US | |
| 06-Oct-2005 | 0634 | 4 | Departed | Memphis, TN, US | |
| 06-Oct-2005 | 0445 | 4 | Arrived | Memphis, TN, US | |
| 05-Oct-2005 | 1641 | 4 | Departed | Toledo, OH, US | |
| 05-Oct-2005 | 1401 | 4 | Scanned | Toledo, OH, US | |
| 05-Oct-2005 | 0138 | 4 | Arrived | Toledo, OH, US | |
| 04-Oct-2005 | 2130 | 4 | Departed | Fort Wayne, IN, US | |
| 04-Oct-2005 | 2031 | 4 | Scanned | Fort Wayne, IN, US | |
| 04-Oct-2005 | 1949 | 4 | Shipment Labeled | Fort Wayne, IN, US | |
| 04-Oct-2005 | 1155 | 4 | Received | Fort Wayne, IN, US | |

Due to FAA security regulations, some shipment details may not be provided. We are sorry for any inconvenience, but must strictly adhere to all government security regulations.

P22123

10/17/2005 11:41  4533903  HEWITT  PAGE 02
05-44481-rdd  Doc 389-3  Filed 10/19/05  Entered 10/19/05 16:14:59  Reclamation Demand Letter Part 3  Pg 9 of 20

EXHIBIT B
Page 43 of 60

# Invoice

**HEWITT**
Tool & Die     Molding Company
*World-Class Plastic Products - On Time!*
PO Box 47
Oakford, In 46965
(765) 453-3889

SID (2S) # P22147

| Invoice Number | Invoice Date |
|---|---|
| P22147 | 10/05/2005 |

Site DUNS Number
04-113-3257

Mfg. Site Code
012210B

Customer P.O.: 550077256
Release #: 9
Terms: Net MNS-2
F. O. B.: Oakford, Indiana
Ship Via: BAX Global
Pro Number (BOL): 700687746

**Sold To:**
Delphi Electronics & Safety
Accounts Payable
Mail Sta A241
Kokomo In 46904-6129

**Ship To:**
Delphi D Delnosa Plant 5-6
LIDC Receiving Warehouse
702 Joaquin Cavazos Road
Los Indios TX 78567

*Hewitt Molding Company has a 100% on-time delivery for all products shipped worldwide.*

| QTY (pcs) | ITEM | EC LEVEL | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 112 | 16199273 | L | Housing C-42 | $4.6500 | $520.80 |

*Hewitt Molding Company has delivered ZERO DEFECTS on more than 50% of projects shipped in the past five years.*

| | |
|---|---|
| Subtotal | $520.80 |
| Freight | $0.00 |
| Total | $520.80 |

**Country of Origin - Made In The USA**

*Hewitt Molding Company is ISO/TS 16949:2002 registered - Of Course!*

**Packing List**





Tool & Die    Molding Company
World-Class Plastic Products - On Time!
PO Box 47
Oakford, In 46965
(765) 453-3889

Site DUNS Number
04-113-3257

Mfg. Site Code
012210B

SID (2S) # P22147

| Invoice Number | Invoice Date |
|---|---|
| P22147 | 10/05/2005 |

| | |
|---|---|
| Customer P.O. | 550077256 |
| Release # | 9 |
| Terms | Net MNS-2 |
| F. O. B. | Oakford, Indiana |
| Ship Via | BAX Global |
| Pro Number (BOL) | 700687746 |

Sold To:
Delphi Electronics & Safety
Accounts Payable
Mail Sta A241
Kokomo In 46904-6129

Ship To:
Delphi D Delnosa Plant 5-6
LIDC Receiving Warehouse
702 Joaquin Cavazos Road
Los Indios TX 78567

*Hewitt Molding Company has a 100% on-time delivery for all products shipped worldwide.*

| QTY (pcs) | ITEM | EC LEVEL | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 112 | 16199273 | L | Housing C-42 | | |

*Hewitt Molding Company has delivered ZERO DEFECTS on more than 50% of projects shipped in the past five years.*

Country of Origin - Made In The USA

*Hewitt Molding Company is ISO/TS 16949:2002 registered - Of Course!*

# BAX GLOBAL
CORPORATE SUPPORT GROUP
440 EXCHANGE
IRVINE, CA 92602

1-800-CALL-BAX
FOR INFORMATION OR THE
BAX OFFICE NEAREST YOU

AIRBILL NUMBER: **700 687 746**

| DATE | ORIGIN | DESTINATION |
|---|---|---|
| 10-5-05 | FWA | |

**SHIPPER'S REFERENCE NO.**
**SHIPPER'S ACCOUNT NO.:** 1990010

**COMPANY:** Hewitt Mfr. & Die
**FROM (YOUR NAME):** Mike Gabriel 765-453-3889
**STREET ADDRESS:** 3150 E 400 S
**CITY:** Lake Ord    **STATE:** IN    **ZIP:** 46970

**CONSIGNEE'S REFERENCE NO.**    **CONSIGNEE'S ACCOUNT NO.**
**COMPANY:** Delphi-D Delnosa Plt 5-6
**TO (CONSIGNEE NAME):**
**ACCURATE STREET ADDRESS:** 702 Joaquin Cavazos Rd.
**CITY:** Los Indios    **STATE:** TX    **ZIP:** 78567

### SERVICE REQUESTED
**GUARANTEED SERVICES** - CALL YOUR LOCAL BAX STATION
- [ ] Guaranteed First Arrival (EMR 1)
- [ ] Guaranteed Overnight (EMR 2)
- [ ] Guaranteed Airport-to-Airport (EMR 3)
- [ ] Guaranteed 2nd Day (ER2 D)

**STANDARD SERVICES**
- [ ] OVERNIGHT (NEXT BUSINESS DAY)
- [x] SECOND DAY
- [ ] BAX SAVER
- [ ] NEXT FLIGHT AVAILABLE
- [ ] OTHER

### BILLING INFORMATION
- [ ] PREPAID (SHIPPER)
- [x] COLLECT (CONSIGNEE)
- [ ] 3RD PARTY
**ACCOUNT NO.:**
**COMPANY/NAME:** Delphi D
**C.O.D. $:**

### HANDLING INFORMATION
- [ ] HOLD AT BAX
- [ ] DANGEROUS GOODS
- [ ] SATURDAY DELIVERY
- [ ] SPECIAL DELIVERY
- [ ] CONVENTION

**SPECIAL INSTRUCTIONS:**
RMK 1: P/N 16145273
RMK 2: PO# 4500 77256

| NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| 2 | 30 | 22" | 17" | 10" | Plastic mnts Pn/s |

TOTAL PCS: 2    TOTAL WT: 30

AIRBILL NUMBER: **700 687 746**

---

I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials...

SHIPPER / REPRESENTATIVE SIGNATURE: SIGN NAME X [signature]    PRINT NAME X Mike Gabriel    DATE 10-5-05

### RECEIVED BY BAX GLOBAL DRIVER / AGENT
Driver Signature:
Print Name:
Pick Up Date: 10-5-05    Pick Up Time:    Driver No.:

SHIPPER COPY

p22147

EXHIBIT B
Page 46 of 60

# Shipment Tracking Details

**Tracking Information**
Tracking Number: 700687746
Filtered By: Tracking Number 700687746

Origin Waybill:

**Shipment Information**
Status: **Delivered**
Signature: F. Lopez
Service Level: Standard Second Day
Shipped Date: 05-Oct-2005
Origin: Oakford, IN, US
Destination: Los Indios, TX, US

**Package Information**
Pieces: 2
Weight: 30.0 L **
Volume Weight: 39.0 L
View Dimensions: View Dimensions

**References**

| Description | Number |
|---|---|
| GOVT BILL OF LADING NUMBER | NONE |
| PURCHASE ORDER NUMBER | NONE |

**Shipment History**

| Date | Time | Pieces | Activity | Location | Remarks |
|---|---|---|---|---|---|
| 06-Oct-2005 | 1542 | 2 | Delivered | Brownsville, TX, US | F. LOPEZ |
| 06-Oct-2005 | 1435 | 2 | Out for Delivery | Brownsville, TX, US | |
| 06-Oct-2005 | 1543 | 2 | Exception Scan* | Laredo, TX, US | |
| 06-Oct-2005 | 1223 | 2 | Scanned | Brownsville, TX, US | |
| 06-Oct-2005 | 1153 | 2 | Scanned | Brownsville, TX, US | |
| 06-Oct-2005 | 0949 | 2 | Arrived | Brownsville, TX, US | |
| 06-Oct-2005 | 0735 | 2 | Departed | Toledo, OH, US | |
| 06-Oct-2005 | 0554 | 2 | Scanned | Toledo, OH, US | |
| 06-Oct-2005 | 0126 | 2 | Arrived | Toledo, OH, US | |
| 05-Oct-2005 | 2130 | 2 | Departed | Fort Wayne, IN, US | |
| 05-Oct-2005 | 1919 | 2 | Scanned | Fort Wayne, IN, US | |
| 05-Oct-2005 | 1917 | 2 | Shipment Labeled | Fort Wayne, IN, US | |
| 05-Oct-2005 | 1210 | 2 | Received | Fort Wayne, IN, US | |

Due to FAA security regulations, some shipment details may not be provided. We are sorry for any inconvenience, but must strictly adhere to all government security regulations.

P22147

# Invoice

**HEWITT**
Tool & Die  Molding Company
World-Class Plastic Products - On Time!
PO Box 47
Oakford, In 46965
(765) 453-3889

Site DUNS Number
04-113-3257

Mfg. Site Code
012210B

SID (2S) # P22155

| Invoice Number | Invoice Date |
|---|---|
| P22155 | 10/07/2005 |

Customer P.O.: 550077256
Release #: 9
Terms: Net MNS-2
F. O. B.: Oakford, Indiana
Ship Via: BAX Global
Pro Number (BOL): 700687750

**Sold To:**
Delphi Electronics & Safety
Accounts Payable
Mail Sta A241
Kokomo In 46904-6129

**Ship To:**
Delphi D Delnosa Plant 5-6
LIDC Receiving Warehouse
702 Joaquin Cavazos Road
Los Indios TX 78567

*Hewitt Molding Company has a 100% on-time delivery for all products shipped worldwide.*

| QTY (pcs) | ITEM | EC LEVEL | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 56 | 16199273 | L | Housing C-42 | $4.6500 | $260.40 |

*Hewitt Molding Company has delivered ZERO DEFECTS on more than 50% of projects shipped in the past five years.*

Subtotal: $260.40
Freight: $0.00
Total: $260.40

Country of Origin - Made In The USA

*Hewitt Molding Company is ISO/TS 16949:2002 registered - Of Course!*

**EXHIBIT B**
Page 48 of 60

**Packing List**

SID (2S) # P22155

| Invoice Number | Invoice Date |
|---|---|
| P22155 | 10/07/2005 |

**HEWITT**
Tool & Die    Molding Company
World-Class Plastic Products - On Time!
PO Box 47
Oakford, In 46965
(765) 453-3889

Site DUNS Number
04-113-3257

Mfg. Site Code
012210B

Customer P.O.: 550077256
Release #: 9
Terms: Net MNS-2
F. O. B.: Oakford, Indiana
Ship Via: BAX Global
Pro Number (BOL): 700687750

Sold To:
Delphi Electronics & Safety
Accounts Payable
Mail Sta A241
Kokomo In 46904-6129

Ship To:
Delphi D Delnosa Plant 5-6
LIDC Receiving Warehouse
702 Joaquin Cavazos Road
Los Indios TX 78567

*Hewitt Molding Company has a 100% on-time delivery for all products shipped worldwide.*

| QTY (pcs) | ITEM | EC LEVEL | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 56 | 16199273 | L | Housing C-42 | | |

*Hewitt Molding Company has delivered ZERO DEFECTS on more than 50% of projects shipped in the past five years.*

Country of Origin - Made In The USA

*Hewitt Molding Company is ISO/TS 16949:2002 registered - Of Course!*

# BAX GLOBAL — Airbill

**CORPORATE SUPPORT GROUP**
440 EXCHANGE
IRVINE, CA 92602

EXHIBIT 15
Page 49 of 60

AIRBILL NUMBER: 700 687 750

1-800-CALL-BAX
FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

DATE: 10-7-05
ORIGIN: 
DESTINATION:

**SHIPPER'S REFERENCE NO.** 
**SHIPPER'S ACCOUNT NO.**
**COMPANY:**
**DEPT./FLOOR:**
**FROM (YOUR NAME):** Mike Gabriel
**PHONE NO.:** 714 453 3804
**STREET ADDRESS:**
**CITY:**
**STATE:**
**ZIP (REQUIRED):**

**CONSIGNEE'S REFERENCE NO.**
**CONSIGNEE'S ACCOUNT NO.**
**COMPANY:** Delphi D DelNosa Pln S-6
**DEPT./FLOOR:**
**TO (CONSIGNEE NAME):**
**PHONE NO.:**
**ACCURATE STREET ADDRESS:** 702 Joaquin Auazos Rd.
**CITY:** Los Indios
**STATE:** TX
**ZIP:** 78567

**SERVICE REQUESTED**
GUARANTEED SERVICES — CALL YOUR LOCAL BAX STATION
☐ Guaranteed First Arrival (EMR 1)
☐ Guaranteed Overnight (EMR 2)
☐ Guaranteed Airport-to-Airport (EMR 3)
☐ Guaranteed 2nd Day (ER2 D)

**BILLING INFORMATION**
☐ PREPAID (SHIPPER)
☒ COLLECT (CONSIGNEE)
☐ 3RD PARTY (ACCT. NO. REQ'D.)
ACCOUNT NO.:
COMPANY NAME: Delphi

**HANDLING INFORMATION** (*SPECIAL RATE MAY APPLY*)
☐ HOLD AT BAX ☐ DANGEROUS GOODS ☐ SATURDAY DELIVERY ☐ *SPECIAL DELIVERY ☐ *CONVENTION

SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION:
RMK 1: P/N 16497213
RMK 2: PO # 550073256

NO. OF PCS: 1
WEIGHT: 15
LENGTH: 30
WIDTH: 17
HEIGHT: 10
DESCRIPTION: Plastic water tanks

TOTAL PCS: 1
TOTAL WT: 15

**STANDARD SERVICES**
☐ OVERNIGHT (NEXT BUSINESS DAY)
☒ SECOND DAY
☐ BAX SAVER
☐ NEXT FLIGHT AVAILABLE
☐ OTHER

C.O.D. $

AIRBILL NUMBER: 700 687 750
DECLARED VALUE: $

RECEIVED BY BAX AT:
☐ SHIPPER'S DOOR
☐ BAX TERMINAL
OUTSIDE CARRIER: $
CHARGES ADVANCED: 
PRO NUMBER: 
CARRIER NAME:

I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least thirty days.

SHIPPER / REPRESENTATIVE SIGNATURE: /s/ Mike Gabriel
PRINT NAME: Mike Gabriel
DATE: 10-7-05

**RECEIVED BY BAX GLOBAL DRIVER / AGENT**
Driver Signature:
Print Name:
Pick Up Date: 
Pick Up Time:
Driver No.:

SHIPPER COPY

P22155

# Shipment Tracking Details

**Tracking Information**
Tracking Number: 700687750
Filtered By: Tracking Number 700687750
Origin Waybill:

**Shipment Information**
Status: Delivered
Signature: F Lopez
Service Level: Standard Second Day
Shipped Date: 07-Oct-2005
Origin: Oakford, IN, US
Destination: Los Indios, TX, US

**Package Information**
Pieces: 1
Weight: 15.0 L **
Volume Weight: 20.0 L
View Dimensions: View Dimensions

**References**

| Description | Number |
|---|---|
| GOVT BILL OF LADING NUMBER | 16199273 |
| PURCHASE ORDER NUMBER | 550077256 |

**Shipment History**

| Date | Time | Pieces | Activity | Location | Remarks |
|---|---|---|---|---|---|
| 10-Oct-2005 | 1650 | 1 | Delivered | Brownsville, TX, US | F LOPEZ |
| 10-Oct-2005 | 1502 | 1 | Scanned | Brownsville, TX, US | |
| 10-Oct-2005 | 1325 | 1 | Scanned | Brownsville, TX, US | |
| 10-Oct-2005 | 0515 | 1 | Arrived | Brownsville, TX, US | |
| 08-Oct-2005 | 1715 | 1 | Departed | Toledo, OH, US | |
| 08-Oct-2005 | 1634 | 1 | Scanned | Toledo, OH, US | |
| 08-Oct-2005 | 1629 | 1 | Scanned | Toledo, OH, US | |
| 08-Oct-2005 | 0129 | 1 | Arrived | Toledo, OH, US | |
| 07-Oct-2005 | 2130 | 1 | Departed | Fort Wayne, IN, US | |
| 07-Oct-2005 | 1755 | 1 | Scanned | Fort Wayne, IN, US | |
| 07-Oct-2005 | 1750 | 1 | Shipment Labeled | Fort Wayne, IN, US | |
| 07-Oct-2005 | 1150 | 1 | Received | Fort Wayne, IN, US | |

Due to FAA security regulations, some shipment details may not be provided. We are sorry for any inconvenience, but must strictly adhere to all government security regulations.

P22155

# Invoice

**HEWITT**
Tool & Die  Molding Company
PO Box 47
Oakford, In 46965
(765)453-3889

| Number | Date |
|---|---|
| T11271 | 09/27/2005 |

| Site DUNS Number | Customer P.O. | Release # | Terms |
|---|---|---|---|
| 04-113-3257 | 450121144 | | Net MNS-2 |

| Mfg. Site Code | F. O. B. | Ship Via | Pro Number (BOL) |
|---|---|---|---|
| 12210B | Oakford, Indiana | TT / Lee Flick | |

**Sold To:**
Delco Electronics
Attn: Manual Receipt Processing
One Corporate Center M/S 8241
P.O. Box 9005
Kokomo    IN    46904

**Ship To:**
Delco Electronics
Plant 10 Receiving
1800 E. Lincoln Rd.
Kokomo    IN    46902

| QTY (pcs) | ITEM | EC LEVEL | DESCRIPTION | | PRICE |
|---|---|---|---|---|---|
| 1 | Plaque-Ford ES | | Build Single Cav. Coupon Mold | PR10222752 00010 | $1800.00 |
| 650 | Plaque-Ford ES | | Run Parts | | $400.00 |
| | | | | PR10222752 00020 | |

| | |
|---|---|
| Subtotal | $2200.00 |
| Freight | $0.00 |
| Total | $2200.00 |

09/29/2005 08:53   4533903                    HEWITT                           PAGE 03

**Delco Electronics**
Driver's Systems
Audio & Communications

Tool Engineer: Lee Flick
Buyer: John DiCarlo
Supplier: Hewitt Tool & Die

P.O. Number: 450121144
P.R. Number: 10222752
Line Item Number: 00010
Line Item Description: Build one single cavity coupon mold

Part Number: _____
Part Description: Plaque - Ford 65

Line Item Price: $1800.00
Line Item Completion Date: 9/29/05

Additional Comments:

Authorization for Payment
_____  9/29/05
Tool Engineer           Date

T11271

09/29/2005  08:53    4533903                    HEWITT                            PAGE  02

**Delco Electronics**
Driver's Systems
Audio & Communications

TOOLING SRE REVIEW

Tool Engineer: Lee Hick
Buyer: John DiCarlo
Supplier: Hewitt Tool & Die

P.O. Number: 450121144
P.R. Number: 10272752
Line Item Number: 00020
Line Item Description: Run (50 pcs)

Part Number: _____
Part Description: Plaque - Ford ES

Line Item Price: $400.00
Line Item Completion Date: 9/31/05

Additional Comments:

Authorization for Payment

Tool Engineer                    Date 9/29/05

10/17/2005 11:41    4533903    HEWITT    PAGE 13
05-44481-rdd    Doc 389-3    Filed 10/19/05    Entered 10/19/05 16:14:59    Reclamation
Demand Letter Part 3    Pg 20 of 20

EXHIBIT B
Page 54 of 60

| Invoice | | Number | Date |
|---|---|---|---|
| | | T11280 | 09/29/2005 |

**HEWITT**
Tool & Die    Molding Company
PO Box 47
Oakford, In 46965
(765)453-3889

| Site DUNS Number | Customer P.O. | Release # | Terms |
|---|---|---|---|
| 04-113-3257 | 450141376 | | Net MNS-2 |

| Mfg. Site Code | F. O. B. | Ship Via | Pro Number (BOL) |
|---|---|---|---|
| 12210B | Oakford, Indiana | | |

**Sold To:**
Delco Electronics
Attn: Manual Receipt Processing
One Corporate Center M/S 8241
P.O. Box 9005
Kokomo    IN    46904

**Ship To:**
Delco Electronics
Plant 10 Receiving

1800 E. Lincoln Rd.
Kokomo    IN    46902

| QTY (pcs) | ITEM | EC LEVEL | DESCRIPTION | | PRICE |
|---|---|---|---|---|---|
| 1 | 16135372 | | Mold Repair | PR10193396 00010 | $1760.00 |

| | |
|---|---|
| Subtotal | $1760.00 |
| Freight | $0.00 |
| Total | $1760.00 |