**DELPHI**

EXHIBIT B
Page 55 of 60

Delphi Electronics and Safety

Page 1 of 4

| Buyer: |
|---|
| DELPHI ELECTRONICS & SAFETY<br>P.O. Box 9005<br>KOKOMO IN 46904-9005 |

| PO Number | Date Issued |
|---|---|
| 450141376 | 26-Sep-2005 |
| Version | |
| 27-Sep-2005 02:27:30 EST | |

| Deliver to: |
|---|
| DELPHI DELCO ELECTRONICS CORP<br>ATTN: MANUAL RECEIPTS MS-CTA229<br>No physical shipment<br>KOKOMO IN |

Delivery date: 15-SEP-2005

| HEWITT TOOL & DIE INC<br>P.O. Box 47<br>OAKFORD IN 46965-0047 |
|---|

Vendor No: 1003343
DUNS No: 041133257

Payment settled on 2nd, 2nd Month

P.O. ACCEPTED:
[signature]
DATE: 9-29-05

T11280

| | | | | | |
|---|---|---|---|---|---|
| 00010 | PR10193396 00010 | | 1,760 | DAHQ DELPHI D HEADQUARTERS | |
| MOLD REPAIR FOR PART NUMBER 16135372 | | | | SWANSON, B | |

SWANSON, B 765-451-7224 PR462323

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 15-SEP-2005 | 1,760.000 | 1.00 | 1 | DOL | 1,760.00 |
| | | | | USD | 1,760.00 |
| | | | | USD | 1,760.00 |

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this

| Purchasing Contact: Lackey, Debra<br>Phone: 765-451-0106<br>Fax: 765-451-0265 | Contact Address:<br>DELPHI DELCO ELECTRONICS SYSTEMS<br>ONE CORPORATE CENTER MS:CTLLM,<br>KOKOMO IN 46902 |
|---|---|

Date and Time Printed: 27-Sep-2005 02:27:30 EST

# Invoice

**HEWITT**
Tool & Die   Molding Company
PO Box 47
Oakford, In 46965
(765)453-3889

| Number | Date |
|---|---|
| T11284 | 09/30/2005 |

| Site DUNS Number | Customer P.O. | Release # | Terms |
|---|---|---|---|
| 04-113-3257 | 450121144 | | Net MNS-2 |

| Mfg. Site Code | F. O. B. | Ship Via | Pro Number (BOL) |
|---|---|---|---|
| 12210B | Oakford, Indiana | | |

**Sold To:**
Delco Electronics
Attn: Manual Receipt Processing
One Corporate Center  M/S 8241
P.O. Box 9005
Kokomo           IN      46904

**Ship To:**
Delco Electronics
Plant 10 Receiving
1800 E. Lincoln Rd.
Kokomo           IN      46902

| QTY (pcs) | ITEM | EC LEVEL | DESCRIPTION | | PRICE |
|---|---|---|---|---|---|
| 1 | 28007332 | | LCD Front Build | PR10191367 00020 | $56300.00 |

|  |  |
|---|---|
| Subtotal | $56300.00 |
| Freight | $0.00 |
| Total | $56300.00 |

**Delco Electronics**
Driver's Systems
Audio & Communications

**EXHIBIT B**
Page 57 of 60

TOOLING RECEIVED

Tool Engineer: Lee Flick
Buyer: John DiCarlo
Supplier: Hewitt Tool & Die

P.O. Number: 4501211744
P.R. Number: 10191367
Line Item Number: 00020
Line Item Description: Build

Part Number: 28007332
Part Description: LCD FRONT

Line Item Price: $56,300.00
Line Item Completion Date: 9/30/05

Additional Comments:

Authorization for Payment

_Mitch [signature] /s/ Lee Flick_     6/3/05
Tool Engineer                          Date

T11284

10/17/2005 11:41 4533903 HEWITT PAGE 17
05-44481-rdd Doc 389-4 Filed 10/19/05 Entered 10/19/05 16:14:59 Reclamation Demand Letter Part 4 Pg 4 of 6

EXHIBIT B
Page 58 of 60



**Invoice**

**HEWITT**
Tool & Die Molding Company
PO Box 47
Oakford, In 46965
(765)453-3889

| Number | Date |
|---|---|
| T11287 | 10/07/2005 |

Customer P.O.: 450145548
Release #:
Terms: Net MNS-2

F.O.B.: Oakford, Indiana
Ship Via:
Pro Number (BOL):

**Sold To:**
Delphi Delco Electronics Systems
Manual Receipts Processing
MS-CTA229
PO Box 9005
Kokomo IN 46904-9005

**Ship To:**
Delphi Delco Electronics Systems
Attn: Mike O'Connor (956) 228-7748
702 Joaquin Cavazos Road
Los Indios TX 78567

| QTY (pcs) | ITEM | EC LEVEL | DESCRIPTION | | PRICE |
|---|---|---|---|---|---|
| 1 | 28006392-MH-A1 | | Trimplate | PR10234096 00010 | $5640.00 |

| | |
|---|---|
| Subtotal | $5640.00 |
| Freight | $0.00 |
| Total | $5640.00 |

Update Tool Design
Add Ejector Blades, Polish and Sample 600 parts

**EXHIBIT B**
Page 59 of 60

## Facsimile Transmittal to Delco Electronics

Date: __10-11-05__

To: __Scott Bennett__  From: _____

Company: __Delphi E&S__  Company: __Hewitt Tool & Die__

Phone #: __(765) 451-9490__  PHone #: __765-453-3889__

Fax #: __(765) 451-7085__  Fax #: __765 453-3903__

** DETACH UPPER PORTION HERE **

## Facsimile Transmittal to Tooling Supplier

Date: _____

To: _____  From: _____

Company: _____  Company: _____

Phone #: _____  Phone #: _____

Fax #: _____  Fax #: _____

** DETACH UPPER PORTION HERE **

# DELPHI
Automotive Systems

### TOOLING RECEIVER

Tool Engineer: __Scott Bennett__
Buyer: __John DiCarlo__
Supplier: __Hewitt Tool & Die__
P.O. No.: __450145548__   Part No: __28006392-MH-A1__
P.R. No. __10234096__   Part Desc.: __Trimplate-Outer__
Line Item No: __00010__
Line Item Description: __Update tool design, add ejector blades, polish & sample.__
Line Item Price: __$5,640.00__
Line Item Completion Date: __9-23-05__
Additional Comments: _____

Authorization for Payment

_[signature]_   __10-9-05__
Tool Engineer   Date

T11287

EXHIBIT B
Page _60_ of _60_

## AMOUNT DELPHI **RECEIVED** DURING STATUORY RECLAMATION PERIOD

## HEWITT MOLDING COMPANY

| INVOICE NUMBER | AMOUNT |
|---|---|
| P 22 061 | 781.20 |
| P 22 062 | 284.00 |
| P 22 063 | 525.00 |
| P22 064 | 7,290.00 |
| P 22 085 | 175.00 |
| P 22 088 | 16,167.57 |
| P 22 099 | 175.00 |
| P 22 120 | 4,322.16 |
| P 22 121 | 3,218.60 |
| P 22 122 | 197.82 |
| P 22 123 | 520.80 |
| P 22 147 | 520.80 |
| P 22 155 | 260.40 |
| T 11 271 | 2,200.00 |
| T 11 280 | 1,760.00 |
| T 11 284 | 56,300.00 |
| T 11 287 | 5,640.00 |
| TOTAL>> | 100,417.55 |

656514, Hewitt, created 10/17/05