CLEARY GOTTLIEB STEEN & HAMILTON LLP
Attorneys for Arneses Electricos Automotrices, S.A. de C.V. and
Cordaflex, S.A. de C.V.
One Liberty Plaza
New York, New York 10006
(212) 225-2000
Deborah M. Buell (3562)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors | : | (Jointly Administered) |

------------------------------------------------------------------------ X

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Cleary Gottlieb Steen & Hamilton LLP hereby appears in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to Arneses Electricos Automotrices, S.A. de C.V. and Cordaflex, S.A. de C.V., creditors and parties-in-interest in the above-captioned case, and demands, pursuant to Bankruptcy Rules 2002, 9007, and 9010 and sections 102(1), 342, and 1109(b) of chapter 11, title 11 of the United States Code (the "Bankruptcy Code"), that all notices or papers served or required to be served in this case or related adversarial proceedings be served upon the undersigned at the following office address, telephone numbers and e-mail address:

>  Deborah M. Buell
>  Cleary Gottlieb Steen & Hamilton LLP
>  One Liberty Plaza
>  New York, New York 10006
>  Tel. No.:  (212) 225-2000
>  Fax No.:  (212) 225-3999
>  E-Mail Address:  maofiling@cgsh.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone telegraph, telex, facsimile transmission, e-mail or otherwise, which affect the above-captioned debtor or property of such debtor.

PLEASE TAKE FURTHER NOTICE that, this Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of any rights of the above-named parties-in-interest, including without limitation, any rights, claims, actions, setoffs, or recoupments to which the above-named parties-in-interest are or may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the above-named parties-in-interest expressly reserve.

Dated:  New York, New York
        October 18, 2005

                                        CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                        /s/ Deborah M. Buell
                                        Deborah M. Buell (3562)
                                        One Liberty Plaza
                                        New York, New York 10006
                                        Telephone:  (212) 225-2000
                                        Fax:  (212) 225-3999
                                        Attorneys for Arneses Electricos Automotrices, S.A.
                                        de C.V. and Cordaflex, S.A. de C.V.