STEPHEN L. YONATY (SY-1400)
  Co-Counsel for Jideco of Bardstown, Inc.
HODGSON RUSS LLP
ONE M&T PLAZA, SUITE 2000
BUFFALO, NEW YORK 14203-2391
PHONE: (716) 856-4000


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                           :
In re:                    :
                           :        Chapter 11
DELPHI CORPORATION, *et al.*,     :
                           :        Case Nos. 05-44481 (RDD)
                           :        (Jointly Administered)
             Debtors.      :
                           :
------------------------------------------------------------ x

### NOTICE OF RECLAMATION DEMAND OR, ALTERNATIVELY, REQUEST FOR PRIORITY CLAIM OR LIEN TREATMENT OF JIDECO OF BARDSTOWN, INC.

Jideco of Bardstown, Inc. ("Jideco"), through its undersigned attorneys, submits this Notice of Reclamation Demand, or Alternatively, Request for Priority Claim or Lien Treatment (the "Notice"), and respectfully states as follows:

1.      Delphi Corporation and certain of its affiliates and subsidiaries (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") on October 8, 2005 (the "Petition Date").

2.      Prior to the Petition Date, Jideco supplied certain of the Debtors with goods and products used by the Debtors in their business. Jideco has demanded reclamation of goods and products supplied to the Debtors by letter dated October 14, 2005, a copy of which is attached hereto as Annex 1 (the "Reclamation Demand"). A chart showing the shipment date, bill of lading number and invoice number for each of the invoices subject to this Notice, as well as the total amount for all invoices, is attached to the Reclamation Demand as Exhibit A. Copies of

Jideco's invoices subject to this Notice are attached to the Reclamation Demand as <u>Exhibit B</u>. (Certain confidential or proprietary information has been redacted from <u>Exhibit A</u> and <u>Exhibit B</u>, but was provided to the Debtors and will be made available to the Court upon request.) The amount due under the relevant invoices is $252,452.76. Upon information and belief, the Debtors received all goods shipped by Jideco that are reflected on the attached invoices. Each of the attached invoices identifies, among other things, Jideco's shipment date, invoice number, invoice amount (as redacted), and item number/description of the goods delivered, as well as the appropriate bill of lading and bill of lading number, which identifies the goods Jideco wishes to reclaim.

3.      Applicable law, including Section 2-702(2) of the Uniform Commercial Code, allows a seller of goods, upon discovering that the buyer has received the goods on credit while insolvent, to reclaim the goods upon demand made within ten (10) days after the buyer's receipt of the goods.

4.      Section 546(c) of the Bankruptcy Code permits a seller to make written demand for reclamation of goods before ten (10) days after receipt by the debtor, or if the ten (10) day period expires after the commencement of the case, before twenty (20) days after the debtor receives the goods. <u>See</u> 11 U.S.C. § 546(c)(1).

5.      Moreover, if a court denies a seller's claim for reclamation, such court must grant the seller an administrative priority expense or secure the seller's claim with a lien. <u>See</u> 11 U.S.C. § 546(c)(2)(A) and (B); 11 U.S.C. § 503(b) and § 507(a)(1).

6.      The goods that Jideco sold to the Debtors were sold to the Debtors in the ordinary course of business. Furthermore, upon information and belief, the Debtors were insolvent when the goods were sold and received.

2

7.      Wherefore, having satisfied the requirements of section 546(c) of the Bankruptcy Code and the requirements of section 2-702 of the Uniform Commercial Code, Jideco has demanded reclamation of its goods and products or demands, in the alternative if reclamation is denied, a priority claim or lien in the amount of $252,452.76.

8.      Nothing herein shall be construed or deemed to limit or otherwise preclude Jideco's right to assert any and all rights under any and all other applicable federal, state or foreign statutes or rules regarding the goods subject to this Notice, including, but not limited to, any rights of Jideco under Orders entered by this Court authorizing payment of prepetition claims of Essential Suppliers, as such term is used and defined in the Order under 11 U.S.C. §§ 105(a), 363, 364, 1107, and 1108 and Fed. R. Bankr. P. 6004 and 9019 Authorizing Continuation of Vendor Rescue Program and Payment of Prepetition Claims of Financially-Distressed Sole Source Suppliers and Vendors Without Contracts, which was entered by this Court on October 13, 2005. Jideco hereby reserves any and all such rights.

Dated:   New York, New York
         October 12, 2005

                                    Respectfully submitted,

                                    JIDECO OF BARDSTOWN, INC., Defendant

                                    By their Co-Counsel,
                                    HODGSON RUSS LLP


                                    _____
                                    Stephen L. Yonaty (SY-1400)
                                    One M&T Plaza, Suite 2000
                                    Buffalo, New York 14203-2391
                                    (716) 856-4000

                                           and

3

FROST BROWN TODD LLC
Charles R. Keeton
Sara L. Abner
400 West Market Street, 32nd Floor
(502) 589-5400

*Co-Counsel for Jideco of Bardstown, Inc.*

4

# **Annex 1**

**Jideco of Bardstown, Inc.**
**901 Withrow Court**
**Bardstown, KY 40004**

October 14, 2005

<u>*BY U.P.S. OVERNIGHT*</u>

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: President

Delphi Safety & Interior Systems
250 Northwoods Blvd.
Vandalia, OH 45377

Delphi Safety & Interior Systems
1401 Crooks Road
Troy, MI 48084-7106

Delphi S&I Columbus
Franklin
200 Georgesville Road
Columbus, OH 43228

Delphi Automotive Systems
EAG Disbursement Services
P.O. Box 1550
Flint, MI 48501

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431
Warren, Ohio 44486

Re:    In re Delphi Corporation, et al. Case Nos. 05-44481 (RDD)
       Reclamation Demand of Jideco of Bardstown, Inc.

Dear Ladies and Gentlemen:

It has come to the attention of Jideco of Bardstown, Inc. ("Jideco") that Delphi Corporation and certain of its affiliates and subsidiaries, including, without limitation, Delphi Safety & Interior Systems (Troy, MI), Delphi Automotive Systems (Flint, MI), Delphi Safety & Interior Systems (Vandalia, OH), Delphi S&I Columbus and Delphi Automotive Systems LLC (Warren, OH) (collectively, the "Debtors") filed a petition for relief seeking bankruptcy protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") on October 8, 2005 (the "Petition Date").

In accordance with Section 2-702 of the Uniform Commercial Code and 11 U.S.C. § 546, we are hereby notifying the Debtors of our demand to reclaim the goods which certain of the Debtors purchased from Jideco and received within ten days prior to the Petition Date (the "Reclamation Demand"). The goods that Jideco is hereby reclaiming in this Reclamation Demand are evidenced by invoices totaling $252,452.76. A chart showing the shipment date, bill of lading number, invoice number and invoice

amount for each of the invoices subject to this Reclamation Demand is attached hereto as
Exhibit A. Copies of Jideco's invoices subject to this Reclamation Demand are attached
hereto as Exhibit B. The attached invoices identify, among other things, Jideco's
shipment date, invoice number, invoice amount, and item number/description of the
goods delivered, as well as the appropriate bill of lading and bill of lading number, which
identify the goods Jideco is hereby reclaiming.

In making this Reclamation Demand, Jideco does not waive any other rights it
may have, including rights against third parties for payment for any Jideco product
whether or not the Debtors may have received it within the ten days preceding the
Petition Date.

Furthermore, nothing in this Reclamation Demand shall be construed or deemed
to limit or otherwise preclude Jideco's right to assert any and all rights under any and all
other applicable federal, state or foreign statutes or rules regarding the goods subject to
this Reclamation Demand, including, but not limited to, any rights of Jideco under Orders
entered by the Bankruptcy Court authorizing payment of prepetition claims of Essential
Suppliers, as such term is utilized and defined in the Order under 11 U.S.C. §§ 105(a),
363, 364, 1107, and 1108 and Fed. R. Bankr. P. 6004 and 9019 Authorizing Continuation
of Vendor Rescue Program and Payment of Prepetition Claims of Financially-Distressed
Sole Source Suppliers and Vendors Without Contracts, which was entered by the
Bankruptcy Court on October 13, 2005. Jideco hereby reserves any and all such rights.

Sincerely,

Kenneth W. Shelver
Secretary of Jideco of Bardstown, Inc.

Cc:     John Wm. Butler, Jr., Esq.
        John K. Lyons, Esq.
        Ron E. Meisler, Esq.
        Skadden, Arps, Slate, Meagher & Flom LLP
        333 West Wacker Drive, Suite 2100
        Chicago, Illinois 60606

        Kayalyn A. Marafioti, Esq.
        Thomas J. Matz, Esq.
        Skadden, Arps, Slate, Meagher & Flom LLP
        Four Times Square
        New York, New York 10036

UPS CampusShip: Shipment Receipt



# Shipment Receipt

(Keep this for your records.)

**Transaction Date** 14 Oct 2005

### Address Information

**Ship To:**
DELPHI CORPORATION
PRESIDENT
5725 DELPHI DRIVE
TROY MI 48098-2815

**Shipper:**
Frost Brown Todd LLC - Louisville
Charles R. Keeton
5025895400
400 West Market Street
32nd Floor
Louisville KY 40202-3363

### Shipment Information

**Service:**              UPS Next Day Air
**\*Guaranteed By:**      10:30 AM, Mon. 17 Oct. 2005

### Package Information

**Package 1 of 1**
Tracking Number:                              1ZF4E8510197790346
Package Type:                                 UPS Letter
Actual Weight:                                Letter
Billable Weight:                              Letter
Client Matter Numbers separated by a space:   0000GJK.0110375

### Billing Information

**Payment Method:**       Bill Sender: F4E851
                          All Shipping Charges in USD

\* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

### Responsibility for Loss or Damage

Unless a greater value is recorded in the declared value field as appropriate for the UPS shipping system used, the shipper agrees that the released value of each package covered by this receipt is no greater than $100, which is a reasonable value under the circumstances surrounding the transportation. If additional protection is desired, a shipper may increase UPS's limit of liability by declaring a higher value and paying an additional charge. UPS does not accept for transportation and shipper's requesting service through the internet are prohibited from shipping packages with a value of more than $50,000. The maximum liability per package assumed by UPS shall not exceed $50,000, regardless of value in excess of the maximum. Claims not made within nine months after delivery of the package (sixty days for international shipments), or in the case of failure to make delivery, nine months after a reasonable time for delivery has elapsed (sixty days for international shipments), shall be deemed waived. The entry of a C.O.D. amount is not a declaration of value for carriage purposes. All checks or other negotiable instruments tendered in payment of C.O.D. will be accepted by UPS at shipper's risk. UPS shall not be liable for any special, incidental, or consequential damages. All shipments are subject to the terms and conditions contained in the UPS Tariff and the UPS Terms and Conditions of Service, which can be found at www.ups.com.

UPS CampusShip: Shipment Receipt



# Shipment Receipt

(Keep this for your records.)

**Transaction Date 14 Oct 2005**

### Address Information

**Ship To:**
DELPHI SAFETY & INTERIOR SYSTEMS
1401 CROOKS ROAD
TROY MI 48084-7106

**Shipper:**
Frost Brown Todd LLC – Louisville
Charles R. Keeton
5025895400
400 West Market Street
32nd Floor
Louisville KY 40202-3363

### Shipment Information

**Service:**       UPS Next Day Air
**\*Guaranteed By:**    10:30 AM, Mon. 17 Oct. 2005

### Package Information

**Package 1 of 1**
Tracking Number:                         1ZF4E8510199779758
Package Type:                            UPS Letter
Actual Weight:                           Letter
Billable Weight:                         Letter
Client Matter Numbers separated by a space:   0000GJK.0110375

### Billing Information

**Payment Method:**        Bill Sender: F4E851
                           **All Shipping Charges in USD**

* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

**Responsibility for Loss or Damage**

Unless a greater value is recorded in the declared value field as appropriate for the UPS shipping system used, the shipper agrees that the released value of each package covered by this receipt is no greater than $100, which is a reasonable value under the circumstances surrounding the transportation. If additional protection is desired, a shipper may increase UPS's limit of liability by declaring a higher value and paying an additional charge. UPS does not accept for transportation and shipper's requesting service through the Internet are prohibited from shipping packages with a value of more than $50,000. The maximum liability per package assumed by UPS shall not exceed $50,000, regardless of value in excess of the maximum. Claims not made within nine months after delivery of the package (sixty days for international shipments), or in the case of failure to make delivery, nine months after a reasonable time for delivery has elapsed (sixty days for international shipments), shall be deemed waived. The entry of a C.O.D. amount is not a declaration of value for carriage purposes. All checks or other negotiable instruments tendered in payment of C.O.D. will be accepted by UPS at shipper's risk. UPS shall not be liable for any special, incidental, or consequential damages. All shipments are subject to the terms and conditions contained in the UPS Tariff and the UPS Terms and Conditions of Service, which can be found at www.ups.com.

UPS CampusShip: Shipment Receipt                                                                 Page 1 of 1



# Shipment Receipt

(Keep this for your records.)

**Transaction Date 14 Oct 2005**

### Address Information

**Ship To:**
DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT SERVICES
P.O. BOX 1550
FLINT MI 48501-1550

**Shipper:**
Frost Brown Todd LLC - Louisville
Charles R. Keeton
5025895400
400 West Market Street
32nd Floor
Louisville KY 40202-3363

### Shipment Information

| | |
|---|---|
| **Service:** | UPS Next Day Air |
| ***Guaranteed By:** | 10:30 AM, Mon. 17 Oct. 2005 |

### Package Information

**Package 1 of 1**

| | |
|---|---|
| Tracking Number: | 1ZF4E8510199189761 |
| Package Type: | UPS Letter |
| Actual Weight: | Letter |
| Billable Weight: | Letter |
| Client Matter Numbers separated by a space: | 0000GJK.0110375 |

### Billing Information

| | |
|---|---|
| **Payment Method:** | Bill Sender: F4E851 |
| | **All Shipping Charges in USD** |

* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

**Responsibility for Loss or Damage**

Unless a greater value is recorded in the declared value field as appropriate for the UPS shipping system used, the shipper agrees that the released value of each package covered by this receipt is no greater than $100, which is a reasonable value under the circumstances surrounding the transportation. If additional protection is desired, a shipper may increase UPS's limit of liability by declaring a higher value and paying an additional charge. UPS does not accept for transportation and shipper's requesting service through the Internet are prohibited from shipping packages with a value of more than $50,000. The maximum liability per package assumed by UPS shall not exceed $50,000, regardless of value in excess of the maximum. Claims not made within nine months after delivery of the package (sixty days for international shipments), or in the case of failure to make delivery, nine months after a reasonable time for delivery has elapsed (sixty days for international shipments), shall be deemed waived. The entry of a C.O.D. amount is not a declaration of value for carriage purposes. All checks or other negotiable instruments tendered in payment of C.O.D. will be accepted by UPS at shipper's risk. UPS shall not be liable for any special, incidental, or consequential damages. All shipments are subject to the terms and conditions contained in the UPS Tariff and the UPS Terms and Conditions of Service, which can be found at www.ups.com.

UPS CampusShip: Shipment Receipt                                              Page 1 of 1



# Shipment Receipt

(Keep this for your records.)

**Transaction Date** 14 Oct 2005

### Address Information

**Ship To:**
DELPHI SAFETY & INTERIOR SYSTEMS
250 NORTHWOODS BLVD
VANDALIA OH 45377-9694

**Shipper:**
Frost Brown Todd LLC – Louisville
Charles R. Keeton
5025895400
400 West Market Street
32nd Floor
Louisville KY 40202-3363

### Shipment Information

Service:                    UPS Next Day Air
*Guaranteed By:             10:30 AM, Mon. 17 Oct. 2005

### Package Information

**Package 1 of 1**
Tracking Number:                            1ZF4E8510199216374
Package Type:                               UPS Letter
Actual Weight:                              Letter
Billable Weight:                            Letter
Client Matter Numbers separated by a space: 0000GJK.0110375

### Billing Information

Payment Method:             Bill Sender: F4E851
                            **All Shipping Charges in USD**

* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

**Responsibility for Loss or Damage**

Unless a greater value is recorded in the declared value field as appropriate for the UPS shipping system used, the shipper agrees that the released value of each package covered by this receipt is no greater than $100, which is a reasonable value under the circumstances surrounding the transportation. If additional protection is desired, a shipper may increase UPS's limit of liability by declaring a higher value and paying an additional charge. UPS does not accept for transportation and shipper's requesting service through the Internet are prohibited from shipping packages with a value of more than $50,000. The maximum liability per package assumed by UPS shall not exceed $50,000, regardless of value in excess of the maximum. Claims not made within nine months after delivery of the package (sixty days for international shipments), or in the case of failure to make delivery, nine months after a reasonable time for delivery has elapsed (sixty days for international shipments), shall be deemed waived. The entry of a C.O.D. amount is not a declaration of value for carriage purposes. All checks or other negotiable instruments tendered in payment of C.O.D. will be accepted by UPS at shipper's risk. UPS shall not be liable for any special, incidental, or consequential damages. All shipments are subject to the terms and conditions contained in the UPS Tariff and the UPS Terms and Conditions of Service, which can be found at www.ups.com.

UPS CampusShip: Shipment Receipt                                                                Page 1 of 1



# Shipment Receipt

(Keep this for your records.)

**Transaction Date 14 Oct 2005**

### Address Information

**Ship To:**
DELPHI S&I COLUMBUS
FRANKLIN
200 GEORGESVILLE ROAD
COLUMBUS OH 43228-2020

**Shipper:**
FROST BROWN TODD LLC - LOUISVILLE
CHARLES R. KEETON
5025895400
400 WEST MARKET STREET
32ND FLOOR
LOUISVILLE KY 40202-3363

### Shipment Information

**Service:**                    UPS Next Day Air
**\*Guaranteed By:**            10:30 AM, Mon. 17 Oct. 2005

### Package Information

**Package 1 of 1**
Tracking Number:                            1ZF4E8510198415580
Package Type:                               UPS Letter
Actual Weight:                              Letter
Billable Weight:                            Letter
Client Matter Numbers separated by a space: 0000GJK.0110375

### Billing Information

**Payment Method:**             Bill Sender: F4E851
                                **All Shipping Charges in USD**

\* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative,
call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

**Responsibility for Loss or Damage**

Unless a greater value is recorded in the declared value field as appropriate for the UPS shipping system used, the
shipper agrees that the released value of each package covered by this receipt is no greater than $100, which is a
reasonable value under the circumstances surrounding the transportation. If additional protection is desired, a shipper
may increase UPS's limit of liability by declaring a higher value and paying an additional charge. UPS does not accept
for transportation, and shippers are prohibited from shipping, packages with a value of more than $5,000 when the
package is shipped as a result of a request for service made through the Internet by a shipper who has a UPS Internet
shipping account only. The maximum liability per package assumed by UPS shall not exceed $5,000, regardless of the
value in excess of the maximum. Claims not made within nine months after delivery of the package (sixty days for
international shipments), or in the case of failure to make delivery, nine months after a reasonable time for delivery has
elapsed (sixty days for international shipments), shall be deemed waived. The entry of a C.O.D. amount is not a
declaration of value for carriage purposes. All checks or other negotiable instruments tendered in payment of C.O.D.
will be accepted by UPS at shipper's risk. UPS shall not be liable for any special, incidental, or consequential
damages.All shipments are subject to the terms and conditions contained in the UPS Tariff and the UPS Terms and
Conditions of Service, which can be found at www.ups.com.

UPS CampusShip: Shipment Receipt                                                                          Page 1 of 1



# Shipment Receipt

(Keep this for your records.)

**Transaction Date** 14 Oct 2005

### Address Information

| | |
|---|---|
| **Ship To:** | **Shipper:** |
| DELPHI AUTOMOTIVE SYSTEMS LLC | Frost Brown Todd LLC - Louisville |
| C/O DELPHI PACKARD | Charles R. Keeton |
| P.O. BOX 431 | 5025895400 |
| WARREN OH 44486-0001 | 400 West Market Street |
| | 32nd Floor |
| | Louisville KY 40202-3363 |

### Shipment Information

Service:                          UPS Next Day Air
*Guaranteed By:                   10:30 AM, Mon. 17 Oct. 2005

### Package Information

**Package 1 of 1**
Tracking Number:                          1ZF4E8510198303398
Package Type:                             UPS Letter
Actual Weight:                            Letter
Billable Weight:                          Letter
Client Matter Numbers separated by a space:  0000GJK.0110375

### Billing Information

Payment Method:            Bill Sender: F4E851
                           **All Shipping Charges In USD**

* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

**Responsibility for Loss or Damage**

Unless a greater value is recorded in the declared value field as appropriate for the UPS shipping system used, the shipper agrees that the released value of each package covered by this receipt is no greater than $100, which is a reasonable value under the circumstances surrounding the transportation. If additional protection is desired, a shipper may increase UPS's limit of liability by declaring a higher value and paying an additional charge. UPS does not accept for transportation and shipper's requesting service through the Internet are prohibited from shipping packages with a value of more than $50,000. The maximum liability per package assumed by UPS shall not exceed $50,000, regardless of value in excess of the maximum. Claims not made within nine months after delivery of the package (sixty days for international shipments), or in the case of failure to make delivery, nine months after a reasonable time for delivery has elapsed (sixty days for international shipments), shall be deemed waived. The entry of a C.O.D. amount is not a declaration of value for carriage purposes. All checks or other negotiable instruments tendered in payment of C.O.D. will be accepted by UPS at shipper's risk. UPS shall not be liable for any special, incidental, or consequential damages. All shipments are subject to the terms and conditions contained in the UPS Tariff and the UPS Terms and Conditions of Service, which can be found at www.ups.com.

https://www.campusship.ups.com/cship/create?ActionOriginPair=print___PrinterPage&POPUP_LEVE...    10/14/2005

UPS CampusShip: Shipment Receipt



# Shipment Receipt

(Keep this for your records.)

**Transaction Date 14 Oct 2005**

### Address Information

| | |
|---|---|
| **Ship To:** | **Shipper:** |
| SKADDEN, ARPS, SLATE, MEAGHER & FLO | Frost Brown Todd LLC - Louisville |
| JOHN WM BUTLER, JR., ESQ | Charles R. Keeton |
| 333 WEST WACKER DRIVE | 5025895400 |
| SUITE 2100 | 400 West Market Street |
| CHICAGO IL 60606-1220 | 32nd Floor |
| | Louisville KY 40202-3363 |

### Shipment Information

| | |
|---|---|
| **Service:** | UPS Next Day Air |
| **\*Guaranteed By:** | 10:30 AM, Mon. 17 Oct. 2005 |

### Package Information

**Package 1 of 1**

| | |
|---|---|
| Tracking Number: | 1ZF4E8510196955803 |
| Package Type: | UPS Letter |
| Actual Weight: | Letter |
| Billable Weight: | Letter |
| Client Matter Numbers separated by a space: | 0000GJK.0110375 |

### Billing Information

| | |
|---|---|
| **Payment Method:** | Bill Sender: F4E851 |
| | **All Shipping Charges in USD** |

\* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

**Responsibility for Loss or Damage**

Unless a greater value is recorded in the declared value field as appropriate for the UPS shipping system used, the shipper agrees that the released value of each package covered by this receipt is no greater than $100, which is a reasonable value under the circumstances surrounding the transportation. If additional protection is desired, a shipper may increase UPS's limit of liability by declaring a higher value and paying an additional charge. UPS does not accept for transportation and shipper's requesting service through the Internet are prohibited from shipping packages with a value of more than $50,000. The maximum liability per package assumed by UPS shall not exceed $50,000, regardless of value in excess of the maximum. Claims not made within nine months after delivery of the package (sixty days for international shipments), or in the case of failure to make delivery, nine months after a reasonable time for delivery has elapsed (sixty days for international shipments), shall be deemed waived. The entry of a C.O.D. amount is not a declaration of value for carriage purposes. All checks or other negotiable instruments tendered in payment of C.O.D. will be accepted by UPS at shipper's risk. UPS shall not be liable for any special, incidental, or consequential damages. All shipments are subject to the terms and conditions contained in the UPS Tariff and the UPS Terms and Conditions of Service, which can be found at www.ups.com.

UPS CampusShip: Shipment Receipt                                                                Page 1 of 1



# Shipment Receipt

(Keep this for your records.)

**Transaction Date** 14 Oct 2005

### Address Information

| Ship To: | Shipper: |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLO<br>KAYALYN A. MARAFIOTI, ESQ<br>FOUR TIMES SQUARE<br>NEW YORK NY 10036-6515 | Frost Brown Todd LLC – Louisville<br>Charles R. Keeton<br>5025895400<br>400 West Market Street<br>32nd Floor<br>Louisville KY 40202-3363 |

### Shipment Information

| Service:<br>*Guaranteed By: | UPS Next Day Air<br>10:30 AM, Mon. 17 Oct. 2005 |
|---|---|

### Package Information

**Package 1 of 1**

| | |
|---|---|
| Tracking Number: | 1ZF4E8510198608818 |
| Package Type: | UPS Letter |
| Actual Weight: | Letter |
| Billable Weight: | Letter |
| Client Matter Numbers separated by a space: | 0000GJK.0110375 |

### Billing Information

| Payment Method: | Bill Sender: F4E851 |
|---|---|
| | **All Shipping Charges in USD** |

\* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

**Responsibility for Loss or Damage**

Unless a greater value is recorded in the declared value field as appropriate for the UPS shipping system used, the shipper agrees that the released value of each package covered by this receipt is no greater than $100, which is a reasonable value under the circumstances surrounding the transportation. If additional protection is desired, a shipper may increase UPS's limit of liability by declaring a higher value and paying an additional charge. UPS does not accept for transportation and shipper's requesting service through the Internet are prohibited from shipping packages with a value of more than $50,000. The maximum liability per package assumed by UPS shall not exceed $50,000, regardless of value in excess of the maximum. Claims not made within nine months after delivery of the package (sixty days for international shipments), or in the case of failure to make delivery, nine months after a reasonable time for delivery has elapsed (sixty days for international shipments), shall be deemed waived. The entry of a C.O.D. amount is not a declaration of value for carriage purposes. All checks or other negotiable instruments tendered in payment of C.O.D. will be accepted by UPS at shipper's risk. UPS shall not be liable for any special, incidental, or consequential damages. All shipments are subject to the terms and conditions contained in the UPS Tariff and the UPS Terms and Conditions of Service, which can be found at www.ups.com.

**<u>EXHIBIT A</u>**

**Jideco of Bardstown, Inc.**
**901 Withrow Court**
**Bardstown, KY 40004**

**Delphi invoices shipped from 9/26/05 through 10/7/05:**

| Shipment Date | B/L # | Invoice # | Invoice Amt |
|---|---|---|---|
| 09/26/05 | 92866 | 12878 | |
| 09/27/05 | 92907 | 12958 | |
| 09/27/05 | 92908 | 12959 | |
| 09/27/05 | 92909 | 12960 | |
| 09/28/05 | 92968 | 13016 | |
| 09/28/05 | 92969 | 13017 | |
| 09/29/05 | 92984 | 13056 | |
| 09/29/05 | 92985 | 13057 | |
| 09/30/05 | 93035 | 13101 | |
| 09/30/05 | 93037 | 13102 | |
| 09/30/05 | 93036 | 13152 | |
| 10/03/05 | 93099 | 13202 | |
| 10/03/05 | 93100 | 13203 | |
| 10/04/05 | 93137 | 13232 | |
| 10/04/05 | 93138 | 13233 | |
| 10/05/05 | 93180 | 13277 | |
| 10/05/05 | 93181 | 13325 | |
| 10/06/05 | 93223 | 13335 | |
| 10/06/05 | 93222 | 13348 | |
| 10/06/05 | 93224 | 13349 | |
| 10/07/05 | 93248 | 13354 | |
| 10/07/05 | 93249 | 13355 | |

**TOTAL:    $252,452.76**

LOULibrary 0000GJK.0110375 499637v.1

**EXHIBIT B**

 **JIDECO**

JIDECO OF BARDSTOWN, INC.
901 WITHROW COURT
BARDSTOWN, KY 40004-0816
PHONE        502-348-3100
FAX          502-348-3204

1½% PER MONTH 18% ANNUALLY - WILL BE
ADDED TO PAST DUE AMOUNTS.
Seller agrees that goods covered by this invoice
were produced in compliance with all applicable
requirements of the Fair Labor Standards Act of
1938 as amended.

INVOICE     PAGE
12878        1

SHIP TO
DELPHI S&I COLUMBUS
FRANKLIN
200 GEORGESVILLE RD
COLUMBUS OH 43228
UNITED STATES

DATE     9/26/05
DUE ON 11/02/05

EXPORT
N

CURRENCY
US DOLLARS

SOLD TO
DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT MI 48501
UNITED STATES

TERMS
Two Months Second Day
SELLER ID

| CUSTOMER | ORDER | SLS REP | P.O. NUMBER | P.O. REV. |
|---|---|---|---|---|
| 1   15900 | CO  7118 | 1 | | |

| SHIP NO | SHIP VIA | SHIP DATE | SHIP WEIGHT |
|---|---|---|---|
| 72479 | ARNOLD TRANSPORTATION | 9/26/05 | .000   EA |

| LINE NO. | ITEM NUMBER/DESCRIPTION | U/M | QUANTITY/PRICE | NET SALES AMOUNT |
|---|---|---|---|---|
| | Reference order number 092866 D/S:09/26/05 SUPPLR #154032585 B/L#092866 | | | |
| | 1174036-A POWER LIFT GATE-DELPHI | EA | 252.000 | |
| | P/N#16643034 PO#0550022185 RELEASE#207 | | | |
| | NO TAX ITEMS | | | .00 |

| ISSUE STATUS | FORM NUMBER ACCT FORM M | AUTHORIZATION ACCOUNTING DEPT. HEAD | FORM NAME INVOICE | PAGE 1 OF 3 |
|---|---|---|---|---|
| 1 | | | | |

ET SALES          .00      TRADE DISCOUNT      .00
CHARGES           .00      TERMS DISCOUNT      .00
FREIGHT           .00      CUSTOMER COPY
XES

STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable
RECEIVED, subject to the classification and tariffs in effect on the date of issue on the Original Bill of Lading

**BILL OF LADING**

JIDECO OF BARDSTOWN INC
501 WITHROW CT.

BARDSTOWN KY  40004

DATE: 09/26/05    SID: (28)   092866

PLANT CODE: RD01DK10

| | |
|---|---|
| SHIP TO | DELPHI S&I COLUMBUS<br><br>FRANKLIN<br>200 GEORGESVILLE RD<br>COLUMBUS OH 43228<br>USA |

| SUPPLIER NO. | F.O.B. | CUST. NO.-DEST. NO. | FREIGHT | | | SHIPPER NO. |
|---|---|---|---|---|---|---|
| 154032585 | BARDSTOWN, KY | 15900- 1590001 | PP&INV PPD<br>COL | | X | 092866 |

| RETC NO./REMARKS | SHIP VIA | ROUTING |
|---|---|---|
| | ARNOLD TRANSPORTATION | |
| | | DOCK: RD01DK10 |

| QUANTITY | CUSTOMER PARTNO.-NET WEIGHT | | CONTAINERS | | CUMULATIVE |
|---|---|---|---|---|---|
| SHIPPED | WORK ORDER NO.-CUSTOMER ORDER NO. | | QTY. | TYPE | |
| 252 | 16643034 | 378 | 14 | TUB64 | 38772 |
| | 1174036-A    0550022185 | EA | | | |
| | DL MOTOR | | | | |
| | RHL#: 207 | | | | |
| | #PAL: 1 | | | | |

SHIPPER LOAD AND/OR CONSIGNEE UNLOAD                    -COLLECT-

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS    PL-PALLETS, CT-CARTONS LOOSE, CR-CRATES, O-OTHER

| Commodity Code / Description | TUB64 | | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|---|
| 0801   AUTO PARTS | 14 | | | | 378 | 110 | 488 |
| T O T A L S | 14 | | | | 378 | 110 | 488 |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The consignee shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____ Agent or Cashier

Per _____
(The Signature here acknowledges only the amount prepaid)

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

Charges Advanced
$ _____

If charges are to be prepaid, write or stamp here "To be Prepaid."

Signed for
Cartons: _____
100435

Number/Pallets: [    . 1 ]

7196   9/26/05



**JIDECO OF BARDSTOWN, INC.**
801 WITHROW COURT
BARDSTOWN, KY 40004-0816
PHONE        502-348-3100
FAX          502-348-3204

1½% PER MONTH 18% ANNUALLY • WILL BE
ADDED TO PAST DUE AMOUNTS.
Seller agrees that goods covered by this invoice
were produced in compliance with all applicable
requirements of the Fair Labor Standards Act of
1938 as amended.

| INVOICE | PAGE |
|---------|------|
| 12958   | 1    |

| | | |
|--|--|--|
| SHIP TO | DELPHI S&I COLUMBUS<br>FRANKLIN<br>200 GEORGESVILLE RD<br>COLUMBUS OH 43228.<br>UNITED STATES | DATE        9/27/05<br><br>DUE ON 11/02/05 |

EXPORT
N

CURRENCY

US DOLLARS

| | |
|--|--|
| SOLD TO | DELPHI AUTOMOTIVE SYSTEMS<br>EAG DISBURSEMENT SERVICES<br>PO BOX 1550<br>FLINT MI 48501<br>UNITED STATES |

TERMS
Two Months Second Day

SELLER ID

| CUSTOMER | | ORDER | | SLS REP | P.O. NUMBER | P.O. REV. |
|----------|--|-------|--|---------|-------------|-----------|
| 1   15900 | | CO   7179 | | 1 | | |

| SHIP NO | SHIP VIA | SHIP DATE | SHIP WEIGHT |
|---------|----------|-----------|-------------|
| 72567 | ARNOLD TRANSPORTATION | 9/27/05 | .000   EA |

| LINE NO. | ITEM NUMBER/DESCRIPTION | U/M | QUANTITY/PRICE | NET SALES AMOUNT |
|----------|------------------------|-----|----------------|------------------|
| | Reference order number 092907<br>D/S:09/27/05<br>SUPPLR #154032585<br>B/L#092907 | | | |
| | 1174036-A<br>POWER LIFT GATE-DELPHI | EA | 252.000 ▮▮▮ | ▮▮▮▮ |
| | P/N#16643034<br>PO#0550022185<br>RELEASE#207 | | | |
| | NO TAX ITEMS | | | .00 |

| ISSUE STATUS | FORM NUMBER | AUTHORIZATION | FORM NAME | PAGE |
|--------------|-------------|---------------|-----------|------|
| 1 | ACCT-FORM M ▮▮ | ACCOUNTING DEPT. HEAD | INVOICE | 1 OF 3 |

| | | |
|--|--|--|
| ET SALES | .00 | TRADE DISCOUNT        .00 |
| ISC. CHARGES | .00 | TERMS DISCOUNT |
| REIGHT | .00 | CUSTOMER COPY        ▮▮▮▮ |
| XES | | |

STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable
RECEIVED, subject to the classification and tariffs in effect on the date of issue on this Original Bill of Lading

**BILL OF LADING**

SIDECO OF HARDSTOWN INC
301 NYERROW CT.

HARDSTOWN KY 40004

DATE: 09/27/05    SID: (2S)   092907

PLANT CODE: RD01DK10

SHIP TO:
DELPHI S&I COLUMBUS

FRANKLIN
200 GEORGESVILLE RD
COLUMBUS OH 43228
USA

| SUPPLIER NO. | F.O.B. | CUST. NO.-DEST. NO. | FREIGHT | SHIPPER NO. |
|---|---|---|---|---|
| 154032585 | BARDSTOWN, KY | 15900- 1590001 | PP&INV COL [ ] PPD [x] | 092907 |

| AETC NO./REMARKS | SHIP VIA | ROUTING |
|---|---|---|
| | ARNOLD TRANSPORTATION | DOCK: RD01DK10 |

| QUANTITY SHIPPED | CUSTOMER PART NO. -NET WEIGHT WORK ORDER NO. -CUSTOMER ORDER NO. | CONTAINERS QTY.  TYPE | CUMULATIVE | |
|---|---|---|---|---|
| 252 | 16643034 | 378  14  TUB64 | 39024 | |
| | 1174036-A     0550022185     EA | | | |
| | DL MOTOR | | | |
| | REL#: 207 | | | |
| | #PAL: 1 | | | |

SHIPPER LOAD AND/OR CONSIGNEE UNLOAD          -COLLECT-

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS   PL-PALLETS, CT-CARTONS LOOSE, CR-CRATES, O-OTHER

| Commodity Code / Description | TUB64 | | | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|---|---|
| 0001  AUTO PARTS | 34 | | | | | 378 | 110 | 488 |
| T O T A L S | 14 | | | | | 378 | 110 | 488 |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse to the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

Received $ _____ subject to the classification and tariffs in effect on the date of the issue of this Bill of Lading.

Agent or Cashier

Per _____
(The Signature here acknowledges only the amount prepaid.)

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Charges Advanced.
$

If charges are to be prepaid, write or stamp here "To be Prepaid."

Signed for
Cartons:         _____

330 332

Number/Pallets:        1

७१२१    9/28/05



**JIDECO**

JIDECO OF BARDSTOWN, INC.
901 WITHROW COURT
BARDSTOWN, KY 40004-0816
PHONE        502-348-5100
FAX          502-348-3204

1½% PER MONTH 18% ANNUALLY • WILL BE
ADDED TO PAST DUE AMOUNTS.
Seller agrees that goods covered by this invoice
were produced in compliance with all applicable
requirements of the Fely Labor Standards Act of
1938 as amended.

INVOICE        PAGE
12959          1

| | |
|---|---|
| SHIP TO | DELPHI P, 60502<br>ANAHUAC, NL<br>C/O CINCINNATI DDC %PJAX<br>2789 W CRESCENTVILLE RD<br>WESTCHESTER OH 45069<br>UNITED STATES |

DATE      9/27/05
DUE ON 11/02/05
EXPORT   CURRENCY
N        US DOLLARS

| | |
|---|---|
| SOLD TO | DELPHI AUTOMOTIVE SYSTEMS<br>EAG DISBURSEMENT SERVICES<br>PO BOX 1550<br>FLINT MI 48501<br>UNITED STATES |

TERMS
Two Months Second Day
SELLER ID

| CUSTOMER | | ORDER | | SLS REP | P.O. NUMBER | P.O. REV. |
|---|---|---|---|---|---|---|
| 1 | 15900 | CO | 7187 | 1 | | |

| SHIP NO | SHIP VIA | | SHIP DATE | SHIP WEIGHT | |
|---|---|---|---|---|---|
| 72568 | PJAX | | 9/27/05 | .000 EA | |

| LINE NO. | ITEM NUMBER/DESCRIPTION | U/M | QUANTITY/PRICE | NET SALES AMOUNT |
|---|---|---|---|---|
| | Reference order number 092908<br>D/S:09/27/05<br>SUPPLR #154032585<br>B/L#092908<br><br>2227748-A<br>LIFT GATE HARNESS TUBE-DELPHI<br><br>P/N#15466080<br>PO#P4570015<br><br>NO TAX ITEMS | EA | 800.000 | |

| ISSUE STATUS | FORM NUMBER<br>ACCT-FORM-0 | AUTHORIZATION<br>ACCOUNTING DEPT. HEAD | FORM NAME<br>INVOICE | PAGE<br>1 OF 3 |
|---|---|---|---|---|
| 1 | | | | |

ET SALES
ISC CHARGES           .00
EIGHT                 .00
XES                   .00
TRADE DISCOUNT        .00
TERMS DISCOUNT        .00
CUSTOMER COPY
AMOUNT DUES

STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable

RECEIVED, subject to the classification and tariffs in effect on the date of issue on this Original Bill of Lading

**BILL OF LADING**

JIDNCO OF BARDSTOWN INC
301 WITHROW CT.

BARDSTOWN KY 40004

DATE: 09/27/05    BID: 092908

SHIP TO:

DELPHI F, 60502

ANAHUAC, NL
C/O CINCINNATI DDC %PJAX
2789 E CRESCENTVILLE RD
WESTCHESTER OH 45069
USA

| SUPPLIER NO. | F.O.B. | COST. NO.-DEST. NO. | FREIGHT | SHIPPER NO. |
|---|---|---|---|---|
| 154032585 | BARDSTOWN, KY | 15900- 15900004 | PP&INV □ PPD □<br>COL ☒ | 092908 |

| AETC NO./REMARKS | SHIP VIA | ROUTING |
|---|---|---|
| | PJAX | |
| | | DOCK: 80 |

| QUANTITY SHIPPED | CUSTOMER PARTNO.-NET WEIGHT<br>WORK ORDER NO.-CUSTOMER ORDER NO. | | CONTAINERS | | CUMULATIVE | |
|---|---|---|---|---|---|---|
| | | | QTY. | TYPE | | |
| 800 | 15466080 | 40 | 4 | BOX25 | 11200 | |
| | 2227748-A    P4570015 | NA | | | | |
| | HOSE | | | | | |
| | #PAL: 1 | | | | | |
| | | | | | | |
| | SEND FREIGHT BILL TO- | | | | | |
| | DELPHI F, 60502, ANAHUAC, NL | | | | | |
| | DAYA 2 LOGISTICS | | | | | |
| | PO BOX 9115 | | | | | |
| | NORWOOD, MA  02362 | | | | | |

SHIPPER LOAD AND/OR CONSIGNEE UNLOAD                    -COLLECT-

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS   PL-PALLETS, CT-CARTONS LOOSE, CR-CRATES, O-OTHER

| Commodity Code / Description | BOX25 | | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|---|
| 0001    AUTO PARTS | 4 | | | | 40 | 4 | 44 |

*{Continued on Next Page}*

7187  9/28/05

Page. 1

STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable
RECEIVED, subject to the classifications and tariffs in effect on the date of issue on this Original Bill of Lading

**BILL OF LADING**



JIDECO OF BARDSTOWN INC
901 WITHROW CT.

BARDSTOWN KY 40004

DATE:    09/27/05    BID:    092908

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS    PL-PALLETS, CT-CARTONS LOOSE, CR-CRATES, O-OTHER

| Commodity Code / Description | | | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|---|
| T O T A L S | | | 4 | | 40 | 4 | 44 |

| Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. | Received ◆ to apply in prepayment of the charges on the property described hereon. Agent or Cashier | "If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. 'NOTE-Where the rate is dependent on value, shippers' are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding. | Charge Advance: $ If charges are to be prepaid, write or stamp here "To be Prepaid." |
| (Signature of Consignor) | Per (This signature here acknowledges only the amount prepaid) | Per | |

Signed for
Cartons:

Number/Pallets:    1

 **JIDECO**

JIDECO OF BARDSTOWN, INC.
901 WITHROW COURT
BARDSTOWN, KY 40004-0816
PHONE        502-348-3100
FAX            502-348-3204

1¼% PER MONTH 15% ANNUALLY - WILL BE
ADDED TO PAST DUE AMOUNTS.
Seller agrees that goods covered by this invoice
were produced in compliance with all applicable
requirements of the Fair Labor Standards Act of
1938 as amended.

INVOICE        PAGE
12960            1

SHIP TO
DELPHI SAFETY & INTERIOR
SYSTEMS
250 NORTHWOODS BLVD
POST 3 RECEIVING
VANDALIA OH 45377
UNITED STATES

DATE        9/27/05

DUE ON  11/02/05

EXPORT        CURRENCY
N
US DOLLARS

SOLD TO
DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT MI 48501
UNITED STATES

TERMS
Two Months Second Day

SELLER ID

| CUSTOMER | | ORDER | | SLS REP | P.O. NUMBER | P.O. REV. |
|---|---|---|---|---|---|---|
| 1 | 15900 | CO | 7180 | 1 | | |

| SHIP NO | SHIP VIA | SHIP DATE | SHIP WEIGHT |
|---|---|---|---|
| 72569 | ARNOLD TRANSPORTATION | 9/27/05 | .000    EA |

| LINE NO. | ITEM NUMBER/DESCRIPTION | U/M | QUANTITY/PRICE | NET SALES AMOUNT |
|---|---|---|---|---|
| | Reference order number 092909 | | | |
| | D/S:09/27/05 | | | |
| | SUPPLR #154032585 | | | |
| | B/L#092909 | | | |
| | 1179014-A | EA | 1,080.000 | ▇▇▇▇ |
| | GMT P/W MTR  HEX FREE | | ▇▇▇▇ | |
| | P/N#16914775 | | | |
| | PO#0550025488 | | | |
| | RELEASE#3. | | | |
| | 1179014-B | EA | 3,240.000 | ▇▇▇▇ |
| | GMT P/W MTR  HEX FREE | | ▇▇▇▇ | |
| | P/N#16914774 | | | |
| | PO#0550025488 | | | |
| | RELEASE#3 | | | |
| | NO TAX ITEMS | | | ▇▇▇▇ |

| ISSUE STATUS | FORM NUMBER | AUTHORIZATION | FORM NAME | PAGE |
|---|---|---|---|---|
| 1 | ACCT FORM 04 | ACCOUNTING DEPT. HEAD | INVOICE | 1 OF 3 |

ET SALES                                              .00        TRADE DISCOUNT
SC. CHARGES                                        .00        TERMS DISCOUNT              .00
EIGHT                                                     .00
XES                                                          .00        **CUSTOMER COPY**        AMOUNT DUE      ▇▇▇▇

STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable
RECEIVED, subject to the classification and tariffs in effect on the date of issue on 5% Original Bill of Lading

**BILL OF LADING**

JITECO OF BARDSTOWN INC
901 WITHROW CT.

BARDSTOWN KY 40004

DATE: 09/27/05  BID: (2S)  092909

PLANT CODE: RT01

SHIP TO:
DELPHI SAFETY & INTERIOR
SYSTEMS
250 NORTHWOODS BLVD
POST 3 RECEIVING
VANDALIA OH 45377
USA

| SUPPLIER NO. | F.O.B. | CUST. NO.-DEST. NO. | FREIGHT | SHIPPER NO. |
|---|---|---|---|---|
| 154032585 | BARDSTOWN, KY | 15900- 1590003 | PP&INV □ PPD □ COL ☒ | 092909 |

| ASTC NO./REMARKS | SHIP VIA | ROUTING |
|---|---|---|
|  | ARNOLD TRANSPORTATION |  |
|  |  | DOCK: RT01 |

| QUANTITY SHIPPED | CUSTOMER PARTNO.-NET WEIGHT WORK ORDER NO.-CUSTOMER ORDER NO. | CONTAINERS QTY. TYPE | CUMULATIVE |
|---|---|---|---|
| 3240 | 16914774          3791 | 324    TUB54 | 34560 |
|  | 1179014-B   0550025485   EA |  |  |
|  | GMT 191 D/W MTR ASSY |  |  |
|  | REL#: 3 |  |  |
|  | #PAL: 5 |  |  |
| 1080 | 16914775          1264 | 108    TUB54 | 33480 |
|  | 1179014-A   0550025485   EA |  |  |
|  | GMT 191 D/W MTR ASSY |  |  |
|  | REL#: 3 |  |  |
|  | #PAL: 1 |  |  |

SHIPPER LOAD AND/OR CONSIGNEE UNLOAD            -COLLECT-

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS    PL-PALLETS, CT-CARTONS LOOSE, CR-CRATES, O-OTHER

| Commodity Code / Description | TUB54 |  |  | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|
| 8001  AUTO PARTS |  | 432 |  | 5055 | 931 | 5985 |

*{Continued on Next Page}*

7180  9/21/05

Page 1

STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable
RECEIVED, subject to the classifications and tariffs in effect on the date of issue on this Original Bill of Lading

**BILL OF LADING**



SYDECO OF BARDSTOWN INC
301 WITHROW CT.

BARDSTOWN KY 40004

DATE: 09/27/05   SID: (2S)   092909

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS   PL-PALLETS, CT-CARTONS LOOSE, CR-CRATES, O-OTHER

| Commodity Code / Description | | | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|---|
| T O T A L S | 432 | | | | 5055 | 931 | 5986 |

| Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. | Received $ to apply in prepayment of the charges on the property described hereon. | *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding | Charges Advance: $ |
|  | Agent or Cashier |  | If charges are to be prepaid, write or stamp here "To be Prepaid." |
| (Signature of Consignor) | Per _____ (The signature here acknowledges only the amount prepaid) | per |  |

Signed for
Cartons:

930332

Number/Pallets:   6



**JIDECO OF BARDSTOWN, INC.**
901 WITHROW COURT
BARDSTOWN, KY 40004-0816
PHONE          502-348-3100
FAX              502-348-3204

1¼% PER MONTH 18% ANNUALLY - WILL BE
ADDED TO PAST DUE AMOUNTS.
Seller agrees that goods covered by this invoice
were produced in compliance with all applicable
requirements of the Fair Labor Standards Act of
1938 as amended.

| INVOICE | PAGE |
|---------|------|
| 13016   | 1    |

**SHIP TO**
DELPHI S&I COLUMBUS
FRANKLIN
200 GEORGESVILLE RD
COLUMBUS OH 43228
UNITED STATES

DATE        9/28/05

DUE ON 11/02/05

EXPORT
N

CURRENCY

US DOLLARS

**SOLD TO**
DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT MI 48501
UNITED STATES

TERMS

Two Months Second Day

SELLER ID

| CUSTOMER | ORDER | SLS REP | P.O. NUMBER | P.O. REV. |
|----------|-------|---------|-------------|-----------|
| 1    15900 | CO   7210 | 1 | | |

| SHIP NO | SHIP VIA | SHIP DATE | SHIP WEIGHT |
|---------|----------|-----------|-------------|
| 72626 | ARNOLD TRANSPORTATION | 9/28/05 | .000   EA |

| LINE NO. | ITEM NUMBER/DESCRIPTION | U/M | QUANTITY/PRICE | NET SALES AMOUNT |
|----------|------------------------|-----|----------------|------------------|
| | Reference order number 092968 | | | |
| | D/S:09/28/05 | | | |
| | SUPPLR #154032585 | | | |
| | B/L#092968 | | | |
| | | | | |
| | 1174036-A | EA | 198.000 | ▬▬▬ |
| | POWER LIFT GATE-DELPHI | | | |
| | | | | |
| | P/N#16643034 | | | |
| | PO#0550022185 | | | |
| | RELEASE#208 | | | |
| | | | | |
| | NO TAX ITEMS | | | ▬▬▬ |

| ISSUE STATUS | FORM NUMBER | AUTHORIZATION | FORM NAME | PAGE |
|--------------|-------------|---------------|-----------|------|
| 1 | ACCT-FORM-01 | ACCOUNTING DEPT HEAD | INVOICE | 1 OF 3 |

| | | | |
|---|---|---|---|
| T SALES | | TRADE DISCOUNT | |
| SC CHARGES | .00 | TERMS DISCOUNT | .00 |
| EIGHT | .00 | | |
| XES | .00 | CUSTOMER COPY | |

STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable

**BILL OF LADING**

RECEIVED, subject to the classifications and tariffs in effect on the date of issue on the Original Bill of Lading

JIDECO OF BARDSTOWN INC
901 WITHROW CT.

BARDSTOWN KY 40004

DATE: 09/28/05  SID: (2S)  092968

PLANT CODE: RD01DK10

SHIP TO:

DELPHI S&I COLUMBUS

FRANKLIN

200 GEORGESVILLE RD

COLUMBUS OH 43228

USA

| SUPPLIER NO. | F.O.B. | CUST. NO.-DEST. NO. | FREIGHT | | SHIPPER NO. |
|---|---|---|---|---|---|
| 154032585 | BARDSTOWN, KY | 15900- 1590001 | PP&INV COL ☐ PPD ☒ | | 092968 |

| ABTC NO./REMARKS | SHIP VIA | ROUTING |
|---|---|---|
| | ARNOLD TRANSPORTATION | |
| | | DOCK: RD01DK10 |

| QUANTITY SHIPPED | CUSTOMER PARTNO.-NET WEIGHT WORK ORDER NO.-CUSTOMER ORDER NO. | | CONTAINERS QTY. | TYPE | CUMULATIVE |
|---|---|---|---|---|---|
| 198 | 16643034 | 297 | 11 | TUB64 | 39222 |
| | 1174036-A    0550022185 | EA | | | |
| | DL MOTOR | | | | |
| | REL#: 208 | | | | |
| | #PAL:  1 | | | | |

SHIPPER LOAD AND/OR CONSIGNEE UNLOAD                    -COLLECT-

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS    PL-PALLETS, CT-CARTONS LOOSE, CR-CRATES, O-OTHER

| Commodity Code / Description | | TUB64 | | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|---|---|
| 8801 | AUTO PARTS | | 11 | | | 297 | 102 | 399 |
| | T O T A L S | | 11 | | | 297 | 102 | 399 |

| Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor) | Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The Signature here acknowledges only the amount prepaid) | *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ | Charges Advanced:

$ _____

If charges are to be prepaid, write or stamp here "To be Prepaid." |

Signed for
Cartons: _____    4130242

Number/Pallets: [ 1 ]

7210  9/29/05



**JIDECO OF BARDSTOWN, INC.**
901 WITHROW COURT
BARDSTOWN, KY 40004-0816
PHONE        502-348-3100
FAX          502-348-3204

1½% PER MONTH 18% ANNUALLY • WILL BE
ADDED TO PAST DUE AMOUNTS.
Seller agrees that goods covered by this invoice
were produced in compliance with all applicable
requirements of the Fair Labor Standards Act of
1938 as amended.

INVOICE
13017

PAGE
1

SHIP TO
DELPHI SAFETY & INTERIOR
SYSTEMS
250 NORTHWOODS BLVD
POST 3 RECEIVING
VANDALIA OH 45377
UNITED STATES

DATE        9/28/05

DUE ON 11/02/05

EXPORT
N

CURRENCY

US DOLLARS

SOLD TO
DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT MI 48501
UNITED STATES

TERMS
Two Months Second Day

SELLER ID

| CUSTOMER | ORDER | SLS REP | P.O. NUMBER | P.O. REV. |
|---|---|---|---|---|
| .1   15900 | CO   7211 | 1 | | |

| SHIP NO | SHIP VIA | SHIP DATE | SHIP WEIGHT |
|---|---|---|---|
| 72627 . | ARNOLD TRANSPORTATION | 9/28/05 | .000   EA |

| LINE NO. | ITEM NUMBER/DESCRIPTION | U/M | QUANTITY/PRICE | NET SALES AMOUNT |
|---|---|---|---|---|
| | Reference order number 092969 D/S:09/28/05 SUPPLR #154032585 B/L#092969 | | | |
| | 1179014-A GMT P/W MTR   HEX FREE | EA | 1,080.000 | |
| | P/N#16914775 PO#0550025488 RELEASE#4 | | | |
| | NO TAX ITEMS | | | |

| ISSUE STATUS | FORM NUMBER | AUTHORIZATION | FORM NAME | PAGE |
|---|---|---|---|---|
| 1 | ACCT-FORM-04 | ACCOUNTING DEPT. HEAD | INVOICE | 1 OF 3 |

NET SALES
MISC CHARGES        .00
FREIGHT            .00
TAXES              .00

TRADE DISCOUNT
TERMS DISCOUNT        .00

CUSTOMER COPY

AMOUNT DUE

STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable
RECEIVED, subject to the classification and tariffs in effect on the date of issue on this Original Bill of Lading

JIDECO OF BARDSTOWN INC
301 WITHROW CT.

BARDSTOWN KY 40004

**BILL OF LADING**

**DATE:** 09/28/05   **SID:** (28)   092969

PLANT CODE: RT01

**SHIP TO**

DELPHI SAFETY & INTERIOR

SYSTEMS

250 NORTHWOODS BLVD

POST 3 RECEIVING

VANDALIA OH 45377

USA

| SUPPLIER NO. | F.O.B. | CUST. NO.-DEST. NO. | FREIGHT | SHIPPER NO. |
|---|---|---|---|---|
| 154032585 | BARDSTOWN, KY | 15900-   1590003 | PPD/INV ☐ PPD ☐<br>COD ☒ | 092969 |

| AETC NO./REMARKS | SHIP VIA | ROUTING |
|---|---|---|
| | ARNOLD TRANSPORTATION | |
| | | DOCK: RT01 |

| QUANTITY SHIPPED | CUSTOMER PARTNO.-NET WEIGHT<br>WORK ORDER NO.-CUSTOMER ORDER NO. | CONTAINERS | | CUMULATIVE | |
|---|---|---|---|---|---|
| | | QTY. | TYPE | | |
| 1080 | 16914775 | 1264 | 108 | TUB64 | 37800 |
| | 1179014-A     0550025488     EA | | | | |
| | GMT 191 P/W MTR ASSY | | | | |
| | REL#: 4 | | | | |
| | #PAL: 1 | | | | |

SHIPPER LOAD AND/OR CONSIGNEE UNLOAD                    -COLLECT-

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS   PL-PALLETS, CT-CARTONS LOOSE, CR-CRATES, O-OTHER

| Commodity Code / Description | | | | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|---|---|
| 8001  AUTO PARTS | TUB64 | | | | | | | |
| | 108 | | | | | 1264 | 213 | 1477 |
| **T O T A L S** | 108 | | | | | 1264 | 213 | 1477 |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

Received $_____ in apply in prepayment of the charges on the property described hereon.

_____
Agent or Cashier

Per_____
(The Signature here acknowledges only the amount prepaid)

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier or shipper's weight.
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____.

Charge Advanced $_____

$_____

If charges are to be prepaid, write or stamp here "To be Prepaid."

Signed for Cartons:     _Chk-L_
                        430242

Number/Pallets:   1

7211   9/29/05



**JIDECO OF BARDSTOWN, INC.**
901 WITHROW COURT
BARDSTOWN, KY 40004-0815
PHONE          502-348-3100
FAX            502-348-3204

1% PER MONTH 18% ANNUALLY - WILL BE
ADDED TO PAST DUE AMOUNTS.
Seller agrees that goods covered by this invoice
were produced in compliance with all applicable
requirements of the Fair Labor Standards Act of
1938 as amended.

| INVOICE | PAGE |
|---------|------|
| 13056   | 1    |

| SHIP TO | DELPHI S&I COLUMBUS<br>FRANKLIN<br>200 GEORGESVILLE RD<br>COLUMBUS OH 43228<br>UNITED STATES |
|---------|------|

DATE      9/29/05

DUE ON  11/02/05

EXPORT
N

CURRENCY

US DOLLARS

| SOLD TO | DELPHI AUTOMOTIVE SYSTEMS<br>EAG DISBURSEMENT SERVICES<br>PO BOX 1550<br>FLINT MI 48501<br>UNITED STATES |
|---------|------|

TERMS
Two Months Second Day

SELLER ID

| CUSTOMER | ORDER | SLS REP | P.O. NUMBER | P.O. REV. |
|----------|-------|---------|-------------|-----------|
| 1    15900 | CO   7265 | 1 | | |

| SHIP NO | SHIP VIA | SHIP DATE | SHIP WEIGHT |
|---------|----------|-----------|-------------|
| 72670. | ARNOLD TRANSPORTATION | 9/29/05 | .000   EA |

| LINE NO. | ITEM NUMBER/DESCRIPTION | U/M | QUANTITY/PRICE | NET SALES AMOUNT |
|----------|------------------------|-----|----------------|------------------|
| | Reference order number 092984<br>D/S:09/29/05<br>SUPPLR #154032585<br>B/L#092984 | | | |
| | 1174036-A<br>POWER LIFT GATE-DELPHI | EA | 198.000 | ▬▬▬▬ |
| | P/N#16643034<br>PO#0550022185<br>RELEASE#208 | | | |
| | NO TAX ITEMS | | | ▬▬▬▬ |

| ISSUE STATUS | FORM NUMBER<br>ACCT-FORM-04 | AUTHORIZATION<br>ACCOUNTING DEPT HEAD | FORM NAME<br>INVOICE | PAGE<br>1 OF 3 |
|--------------|------------------------------|----------------------------------------|----------------------|----------------|
| 1 | | | | |

NET SALES                                    .00          TRADE DISCOUNT              .00
MISC CHARGES                                 .00          TERMS DISCOUNT              .00
FREIGHT                                      .00          CUSTOMER COPY
TAXES                                        .00

STRAIGHT BILL OF LADING–SHORT FORM–Original–Not Negotiable
RECEIVED, subject to the classification and tariffs in effect on the date of issue on this Original Bill of Lading

**BILL OF LADING**

JIDECO OF BARDSTOWN INC
901 WITHROW CT.

BARDSTOWN KY 40004

DATE: 09/29/05    SID: (28)    092984

PLANT CODE: RD01DK10

| SHIP TO | DELPHI S&I COLUMBUS<br><br>FRANKLIN<br>200 GEORGESVILLE RD<br>COLUMBUS OH 43228<br>USA |
|---|---|

| SUPPLIER NO. | F.O.B. | CUST. NO.–DEST. NO. | FREIGHT | | SHIPPER NO. |
|---|---|---|---|---|---|
| 154032585 | BARDSTOWN, KY | 15900– 1590001 | PP&INV COL | PPD ☐ [X] | 092984 |

| ABTC NO./REMARKS | SHIP VIA | ROUTING |
|---|---|---|
| | ARNOLD TRANSPORTATION | |
| | | DOCK: RD01DK10 |

| QUANTITY SHIPPED | CUSTOMER PART NO.–NET WEIGHT<br>WORK ORDER NO.–CUSTOMER ORDER NO. | CONTAINERS QTY. TYPE | CUMULATIVE |
|---|---|---|---|
| 198 | 16643034                           297 | 11    TUB64 | 39420 |
| | 1174036-A    0550022185    NA | | |
| | DL MOTOR | | |
| | REL#: 208 | | |
| | #PAL: 1 | | |

SHIPPER LOAD AND/OR CONSIGNEE UNLOAD                    –COLLECT–

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS    PL–PALLETS, CT–CARTONS LOOSE, CR–CRATES, O–OTHER

| Commodity Code / Description | TUB64 | | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|---|
| 0001    AUTO PARTS | 11 | | | | 297 | 102 | 399 |
| T O T A L S | 11 | | | | 297 | 102 | 399 |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____
Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid)

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE–Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be and exceeding.

Per _____

Charges Advanced:

$ _____

If Charges are to be prepaid, write or stamp here "To be Prepaid."

Signed for Cartons: _____
6 00435

Number/Pallets:    1

7265  9/30/05



**JIDECO OF BARDSTOWN, INC.**
901 WITHROW COURT
BARDSTOWN, KY 40004-9815
PHONE        502-348-3100
FAX          502-348-3204

1½% PER MONTH 18% ANNUALLY - WILL BE
ADDED TO PAST DUE AMOUNTS.
Seller agrees that goods covered by this invoice
were produced in compliance with all applicable
requirements of the Fair Labor Standards Act of
1938 as amended.

**INVOICE**
13057

**PAGE**
1

SHIP TO
DELPHI SAFETY & INTERIOR
SYSTEMS
250 NORTHWOODS BLVD
POST 3 RECEIVING
VANDALIA OH 45377
UNITED STATES

DATE    9/29/05

DUE ON  11/02/05

EXPORT
N

CURRENCY

US DOLLARS

SOLD TO
DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT MI 48501
UNITED STATES

TERMS
Two Months Second Day

SELLER ID

| CUSTOMER | ORDER | SLS REP | P.O. NUMBER | P.O. REV. |
|---|---|---|---|---|
| 1   15900 | CO   7266 | 1 | | |

| SHIP NO | SHIP VIA | | SHIP DATE | SHIP WEIGHT |
|---|---|---|---|---|
| 72671 | ARNOLD TRANSPORTATION | | 9/29/05 | .000   EA |

| LINE NO. | ITEM NUMBER/DESCRIPTION | U/M | QUANTITY/PRICE | NET SALES AMOUNT |
|---|---|---|---|---|
| | Reference order number 092985 | | | |
| | D/S:09/29/05 | | | |
| | SUPPLR #154032585 | | | |
| | B/L#092985 | | | |
| | | | | |
| | 1179014-A | EA | 1,080.000 | |
| | GMT P/W MTR  HEX FREE | | ▬▬▬ | ▬▬▬ |
| | | | | |
| | P/N#16914775 | | | |
| | PO#0550025488 | | | |
| | RELEASE#4 | | | |
| | | | | |
| | NO TAX ITEMS | | | ▬▬▬ |

| ISSUE STATUS | FORM NUMBER | AUTHORIZATION | FORM NAME | PAGE |
|---|---|---|---|---|
| 1 | AOCT-FORM-04 | ACCOUNTING DEPT HEAD | INVOICE | 1 OF 3 |

NET SALES                                          .00          TRADE DISCOUNT                    .00
MISC CHARGES                                    .00          TERMS DISCOUNT                    .00
FREIGHT                                               .00          CUSTOMER COPY
TAXES                                                  .00                                        AMOUNT DUE

STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable
RECEIVED, subject to the classification and tariffs in effect on the date of issue on this Original Bill of Lading

JIDECO OF BARDSTOWN INC
901 WITHROW CT.

BARDSTOWN KY 40004

**BILL OF LADING**

DATE: 09/29/05    SID: (28)  092985

PLANT CODE: RT01

SHIP TO:

DELPHI SAFETY & INTERIOR

SYSTEMS
250 NORTHWOODS BLVD
POST 3 RECEIVING
VANDALIA OH 45377
USA

| SUPPLIER NO. | F.O.B. | CUST. NO.~DEST. NO. | FREIGHT | | SHIPPER NO. |
|---|---|---|---|---|---|
| 154032585 | BARDSTOWN, KY | 15900~ 1590003 | PP&INV COL. | PPD | 092985 |

| AETC NO./REMARKS | SHIP VIA | | ROUTING |
|---|---|---|---|
| | ARNOLD TRANSPORTATION | | |
| | | | DOCK: RT01 |

| QUANTITY SHIPPED | CUSTOMER PARTNO.~NET WEIGHT WORK ORDER NO.~CUSTOMER ORDER NO. | | CONTAINERS QTY. TYPE | CUMULATIVE |
|---|---|---|---|---|
| 1080 | 16914775 | 1264 | 108 | TUB64 | 38880 |
| | 1179014-A    0550023488 | EA | | |
| | GMT 191 F/W MTR ASSY | | | |
| | REL#: 4 | | | |
| | #PAL: 1 | | | |

SHIPPER LOAD AND/OR CONSIGNEE UNLOAD        -COLLECT-

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS  PL-PALLETS, CT-CARTONS LOOSE, CR-CRATES, O-OTHER

| Commodity Code / Description | TUB64 | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|
| 0001 RDYO PARTS | 108 | | | 1264 | 213 | 1477 |
| **T O T A L S** | 108 | | | 1264 | 213 | 1477 |

Signed for Cartons:

6 00435

Number/Pallets:  1

Page 1



JIDECO OF BARDSTOWN, INC.
901 WITHROW COURT
BARDSTOWN, KY 40004-0810
PHONE        502-348-3100
FAX          502-348-3204

1½% PER MONTH 18% ANNUALLY - WILL BE
ADDED TO PAST DUE AMOUNTS.
Seller agrees that goods covered by this invoice
were produced in compliance with all applicable
requirements of the Fair Labor Standards Act of
1938 as amended.

INVOICE        PAGE
13101          1

| SHIP TO | DELPHI S&I COLUMBUS<br>FRANKLIN<br>200 GEORGESVILLE RD<br>COLUMBUS OH 43228<br>UNITED STATES |
|---|---|

DATE     9/30/05

DUE ON  11/02/05

| SOLD TO | DELPHI AUTOMOTIVE SYSTEMS<br>EAG DISBURSEMENT SERVICES<br>PO BOX 1550<br>FLINT MI 48501<br>UNITED STATES |
|---|---|

EXPORT       CURRENCY
N
             US DOLLARS

TERMS
Two Months Second Day

SELLER ID

| CUSTOMER | ORDER | SLS REP. | P.O. NUMBER | P.O. REV. |
|---|---|---|---|---|
| 1   15900 | CO   7308 | 1 | | |

| SHIP NO | SHIP VIA | | SHIP DATE | SHIP WEIGHT |
|---|---|---|---|---|
| 72710 | ARNOLD TRANSPORTATION | | 9/30/05 | .000    EA |

| LINE NO. | ITEM NUMBER/DESCRIPTION | U/M | QUANTITY/PRICE | NET SALES AMOUNT |
|---|---|---|---|---|
| | Reference order number 093035<br>D/S:09/30/05<br>SUPPLR #154032585<br>B/L#093035 | | | |
| | 1174036-A<br>POWER LIFT GATE-DELPHI | EA | 198.000 | |
| | P/N#16643034<br>PO#0550022185<br>RELEASE#208 | | | |
| | NO TAX ITEMS | | | |

| ISSUE STATUS | FORM NUMBER<br>ACCT-FORM-04 | AUTHORIZATION<br>ACCOUNTING DEPT. HEAD | FORM NAME<br>INVOICE | PAGE<br>1 OF 3 |
|---|---|---|---|---|
| 1 | | | | |

| | | | | |
|---|---|---|---|---|
| NET SALES | .00 | TRADE DISCOUNT | .00 | |
| MISC CHARGES | .00 | TERMS DISCOUNT | | |
| FREIGHT | .00 | | | |
| TAXES | .00 | CUSTOMER COPY | AMOUNT DUE | |

STRAIGHT BILL OF LADING-SHORT-FORM-Original-Not Negotiable
RECEIVED, subject to the classification and tariffs in effect on the date of issue on this Original Bill of Lading

JIDECO OF BARDSTOWN INC
901 WITHROW CT.

BARDSTOWN KY  40004

**BILL OF LADING**

DATE:  09/30/05   SID:  (28)   093035

PLANT CODE: RD01DK10

| | |
|---|---|
| SHIP TO | DELPHI S&I COLUMBUS<br><br>FRANKLIN<br>200 GEORGESVILLE RD<br>COLUMBUS OH 43228<br>USA |

| SUPPLIER NO. | F.O.B. | CUST. NO.-DEST. NO. | FREIGHT | SHIPPER NO. |
|---|---|---|---|---|
| 154032585 | BARDSTOWN, KY | 15900-  1590001 | PPAINV ☐ PPD ☐<br>COL ☒ | 093035 |

| AETC NO./REMARKS | SHIP VIA | ROUTING |
|---|---|---|
| | ARNOLD TRANSPORTATION | |
| | | DOCK: RD01DK10 |

| QUANTITY | CUSTOMER PARTNO.-NET WEIGHT | CONTAINERS | | CUMULATIVE |
|---|---|---|---|---|
| SHIPPED | WORK ORDER NO.-CUSTOMER ORDER NO. | QTY. | TYPE | |
| 198 | 16643034 | 297 | 11 | TUB64 | 39618 |
| | 1174036-A    0550022185 | EA | | |
| | DL MOTOR | | | |
| | RHL#: 208 | | | |
| | #PAL: 1 | | | |

SHIPPER LOAD AND/OR CONSIGNEE UNLOAD            -COLLECT-

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS   PL-PALLETS, CT-CARTONS LOOSE, CR-CRATES, O-OTHER

| Commodity Code / Description | TUB64 | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|
| 0001   AUTO PARTS | 11 | | | 297 | 102 | .399 |
| T O T A L S | 11 | | | 297 | 102 | 399 |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

Received $_____ to apply in prepayment of the charges on the property described hereon.

_____
Agent or Cashier

Per _____
(The Signature here acknowledges only the amount prepaid)

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE-Where the rate is dependent on value, shipper's are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

Per_____

Charges Advanced
$
If charges are to be prepaid, write or stamp here "To be Prepaid."

Signed for
Cartons:            _____

330732

Number/Pallets: [        1        ]

7208  10/3/05

Page  1



**JIDECO OF BARDSTOWN, INC.**
901 WITHROW COURT
BARDSTOWN, KY 40004-0916
PHONE        502-348-9100
FAX           502-348-3204

1½% PER MONTH 18% ANNUALLY - WILL BE
ADDED TO PAST DUE AMOUNTS.
Seller agrees that goods covered by this invoice
were produced in compliance with all applicable
requirements of the Fair Labor Standards Act of
1938 as amended.

| INVOICE | PAGE |
|---|---|
| 13102 | 1 |

| SHIP TO | DELPHI SAFETY & INTERIOR SYSTEMS<br>250 NORTHWOODS BLVD<br>POST 3 RECEIVING<br>VANDALIA OH 45377<br>UNITED STATES | DATE | 9/30/05 |
|---|---|---|---|

DUE ON 11/02/05

| EXPORT | CURRENCY |
|---|---|
| N | US DOLLARS |

| SOLD TO | DELPHI AUTOMOTIVE SYSTEMS<br>EAG DISBURSEMENT SERVICES<br>PO BOX 1550<br>FLINT MI 48501<br>UNITED STATES |
|---|---|

TERMS
  Two Months Second Day

SELLER ID

| CUSTOMER | ORDER | SLS REP | P.O. NUMBER | P.O. REV. |
|---|---|---|---|---|
| 1   15900 | CO   7309 | 1 | | |

| SHIP NO | SHIP VIA | SHIP DATE | SHIP WEIGHT |
|---|---|---|---|
| 72711 | ARNOLD TRANSPORTATION | 9/30/05 | .000   EA |

| LINE NO. | ITEM NUMBER/DESCRIPTION | U/M | QUANTITY/PRICE | NET SALES AMOUNT |
|---|---|---|---|---|
| | Reference order number 093037<br>D/S:09/30/05<br>SUPPLR #154032585<br>B/L#093037 | | | |
| | 1179014-A<br>GMT P/W MTR  HEX FREE | EA | 2,160.000 | |
| | P/N#16914775<br>PO#0550025488<br>RELEASE#4 | | | |
| | 1179014-B<br>GMT P/W MTR  HEX FREE | EA | 2,160.000 | |
| | P/N#16914774<br>PO#0550025488<br>RELEASE#4 | | | |
| | NO TAX ITEMS | | | |

| ISSUE STATUS | FORM NUMBER | AUTHORIZATION | FORM NAME | PAGE |
|---|---|---|---|---|
| 1 | ACCT-FORM-04 | ACCOUNTING DEPT. HEAD | INVOICE | 1 OF 3 |

| | | | | |
|---|---|---|---|---|
| SALES | .00 | TRADE DISCOUNT | .00 | |
| MISC CHARGES | .00 | TERMS DISCOUNT | | |
| FREIGHT | .00 | | | |
| TAXES | | CUSTOMER COPY | | |

STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable
RECEIVED, subject to the classifications and tariffs in effect on the date of issue on this Original Bill of Lading

**BILL OF LADING**

JIDECO OF BARDSTOWN INC
301 WITHROW CT.

BARDSTOWN KY 40004

DATE: 09/30/05   SID: (2S)   093037

PLANT CODE: RT01

SHIP TO:
DELPHI SAFETY & INTERIOR
SYSTEMS
250 NORTHWOODS BLVD
POST 3 RECEIVING
VANDALIA OH 45377
USA

| SUPPLIER NO. | F.O.B. | COST. NO.-DEST. NO. | FREIGHT | SHIPPER NO. |
|---|---|---|---|---|
| 154032585 | BARDSTOWN, KY | 15900- 1590003 | PPD&INV ☐ PPD ☐ COL ☒ | 093037 |

| ABTC NO./REMARKS | SHIP VIA | ROUTING |
|---|---|---|
| | ARNOLD TRANSPORTATION | |
| | | DOCK: RT01 |

| QUANTITY SHIPPED | CUSTOMER PART NO.-NET WEIGHT WORK ORDER NO.-CUSTOMER ORDER NO. | | CONTAINERS QTY. | TYPE | CUMULATIVE | |
|---|---|---|---|---|---|---|
| 2160 | 16914774 | 2527 | 216 | TUB64 | 41040 | |
| | 1179014-B    0550025488 | EA | | | | |
| | GMT 191 F/W MTR ASSY | | | | | |
| | REL#: 4 | | | | | |
| | #PAL: 3 | | | | | |
| 2160 | 16914775 | 2527 | 216 | TUB64 | 41040 | |
| | 1179014-A    0550025488 | EA | | | | |
| | GMT 191 F/W MTR ASSY | | | | | |
| | REL#: 4 | | | | | |
| | #PAL: 3 | | | | | |

SHIPPER LOAD AND/OR CONSIGNEE UNLOAD                    -COLLECT-

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS   PL-PALLETS, CT-CARTONS LOOSE, CR-CRATES, O-OTHER

| Commodity Code / Description | TUB64 | | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|---|
| 9001 | AUTO PARTS | 432 | | | 5054 | 932 | 5986 |

*{Continued on Next Page}*

7309   10/3/05

Page 1

STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable
RECEIVED, subject to the classification and tariffs in effect on the date of issue on this Original Bill of Lading

**BILL OF LADING**



SIDECO OF BARDSTOWN INC
901 WITHROW CT.

BARDSTOWN KY 40004

DATE: 09/30/05   SID: (2S)   093037

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS    PL-PALLETS, CT-CARTONS LOOSE, CR-CRATES, O-OTHER

| Commodity Code / Description | | | | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|---|---|
| T O T A L S | 432 | | | | | 5036 | 952 | 5988 |

Signed for
Cartons:                330332                                    Number/Pallets:        6



**JIDECO OF BARDSTOWN, INC.**
901 WITHROW COURT
BARDSTOWN, KY 40004-0816
PHONE        502-348-3100
FAX          502-348-3204

1¼% PER MONTH 18% ANNUALLY - WILL BE
ADDED TO PAST DUE AMOUNTS.
Seller agrees that goods covered by this Invoice
were produced in compliance with all applicable
requirements of the Fair Labor Standards Act of
1938 as amended.

| | | |
|---|---|---|
| INVOICE | PAGE |
| 13152 | 1 |

| | |
|---|---|
| SHIP TO | DELPHI P, 60502<br>ANAHUAC, NL<br>C/O CINCINNATI DDC %PJAX<br>2789 E CRESCENTVILLE RD<br>WESTCHESTER OH 45069<br>UNITED STATES |
| SOLD TO | DELPHI AUTOMOTIVE SYSTEMS<br>EAG DISBURSEMENT SERVICES<br>PO BOX 1550<br>FLINT MI 48501<br>UNITED STATES |

DATE      9/30/05

DUE ON  11/02/05

EXPORT        CURRENCY
N
US DOLLARS

TERMS
Two Months Second Day

SELLER ID

| CUSTOMER | ORDER | SLS REP | P.O. NUMBER | P.O. REV. |
|---|---|---|---|---|
| 1    15900 | CO   7323 | 1 | | |

| SHIP NO | SHIP VIA | | SHIP DATE | SHIP WEIGHT |
|---|---|---|---|---|
| 72761 | PJAX | | 9/30/05 | .000   EA |

| LINE NO. | ITEM NUMBER/DESCRIPTION | U/M | QUANTITY/PRICE | NET SALES AMOUNT |
|---|---|---|---|---|
| | Reference order number 093036<br>D/S,09/30/05<br>SUPPLR #154032585<br>B/L#093036 | | | |
| | 2227748-A<br>LIFT GATE HARNESS TUBE-DELPHI | EA | 800.000 ▬▬▬ | ▬▬▬ |
| | P/N#15466080<br>PO#P4570015<br>RELEASE#' | | | |
| | NO TAX ITEMS | | | ▬▬▬ |

| ISSUE STATUS | FORM NUMBER<br>ACCT-FORM-01 | AUTHORIZATION<br>ACCOUNTING DEPT. HEAD | FORM NAME<br>INVOICE | PAGE<br>1 OF 3 |
|---|---|---|---|---|
| 1 | | | | |

| | | |
|---|---|---|
| NET SALES | TRADE DISCOUNT | .00 |
| MISC CHARGES | .00 | TERMS DISCOUNT | .00 |
| FREIGHT | .00 | | |
| TAXES | .00 | CUSTOMER COPY | AMOUNT DUE |

JIDECO OF BARDSTOWN INC
901 WITHROW CT.

**SHIPPER/**
**PKG LIST**

BARDSTOWN KY   40004

DATE:   09/30/05   SID:     093036

| | |
|---|---|
| SOLD TO | DELPHI AUTOMOTIVE SYSTEMS<br>EAG DISBURSEMENT SERVICES<br>PO BOX 1550<br>FLINT MI 48501<br>USA |
| SHIP TO | DELPHI P. 60502<br><br>ANAHUAC, NL<br>C/O CINCINNATI DDC #PJAX<br>2789 E CRESCENTVILLE RD<br>WESTCHESTER OH 45069<br>USA |

| SUPPLIER NO. | F.O.B. | CUST. NO.-DEST. NO. | FREIGHT | | SHIPPER NO. |
|---|---|---|---|---|---|
| 154032585 | BARDSTOWN, KY | 15900- 15900004 | PP&INV ☐ PPD ☐<br>COL ☒ | | 093036 |

| · AETC NO./REMARKS | SHIP VIA | ROUTING |
|---|---|---|
| | PJAX | |
| | | DOCK: 80 |

| QUANTITY | CUSTOMER PARTNO.-NET WEIGHT | | CONTAINERS | | CUMULATIVE |
|---|---|---|---|---|---|
| SHIPPED | WORK ORDER NO.-CUSTOMER ORDER NO. | | QTY. | TYPE | |
| 800 | 15466080 | 40 | 4 | BOX25 | 12000 |
| | 2227748-A    P4570015    EA | | | | |
| | HOSE | | | | |
| | REL#: | | | | |
| | #PAL: 1 | | | | |

SEND FREIGHT BILL TO:
DELPHI P. 60502, ANAHUAC, NL
DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA  02362

SHIPPER LOAD AND/OR CONSIGNEE UNLOAD              -COLLECT-

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS    PL-PALLETS, CT-CARTONS LOOSE, CR-CRATES, O-OTHER

| Commodity Code / Description | BOX25 | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|
| 0001   AUTO PARTS | 4 | | | 40 | 4 | 44 |
| T O T A L S | 4 | | | 40 | 4 | 44 |

Signed for
Cartons: _____

Number/Pallets: | 1 |

Loaded! Mike Thorpen

Page 1

 **JIDECO**

JIDECO OF BARDSTOWN, INC.
901 WITHROW COURT
BARDSTOWN, KY 40004-0816
PHONE      502-348-3100
FAX        502-348-3204

1% PER MONTH 18% ANNUALLY - WILL BE
ADDED TO PAST DUE AMOUNTS.
Seller agrees that goods covered by this invoice
were produced in compliance with all applicable
requirements of the Fair Labor Standards Act of
1938 as amended.

| INVOICE | PAGE |
|---------|------|
| 13202   | 1    |

SHIP TO
DELPHI S&I COLUMBUS
FRANKLIN.
200 GEORGESVILLE RD
COLUMBUS OH 43228
UNITED STATES

DATE    10/03/05

DUE ON 12/02/05

EXPORT
N

CURRENCY
US DOLLARS

SOLD TO
DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT MI 48501
UNITED STATES

TERMS
Two Months Second Day

SELLER ID

| CUSTOMER | ORDER | SLS REP | P.O. NUMBER | P.O. REV. |
|----------|-------|---------|-------------|-----------|
| 1   15900 | CO   7404 | 1 | | |

| SHIP NO | SHIP VIA | SHIP DATE | SHIP WEIGHT |
|---------|----------|-----------|-------------|
| 72813 | ARNOLD TRANSPORTATION | 10/03/05 | .000   EA |

| LINE NO. | ITEM NUMBER/DESCRIPTION | U/M | QUANTITY/PRICE | NET SALES AMOUNT |
|----------|-------------------------|-----|----------------|------------------|
| | Reference order number 093099 | | | |
| | D/S:10/03/05 | | | |
| | SUPPLR #154032585 | | | |
| | B/L#093099 | | | |
| | 1174036-A | EA | 198.000 | ▬▬▬▬ |
| | POWER LIFT GATE-DELPHI | | ▬▬▬▬ | |
| | P/N#16643034 | | | |
| | PO#0550022185 | | | |
| | RELEASE#208 | | | |
| | NO TAX ITEMS | | | ▬▬▬ |

| ISSUE STATUS | FORM NUMBER ACCT-FORM-04 | AUTHORIZATION ACCOUNTING DEPT. HEAD | FORM NAME INVOICE | PAGE 1 OF 3 |
|--------------|--------------------------|-------------------------------------|-------------------|-------------|
| 1 | | | | |

NET SALES
MISC. CHARGES        .00
FREIGHT             .00
TAXES               .00

TRADE DISCOUNT      .00
TERMS DISCOUNT

CUSTOMER COPY       AMOUNT DUE   ▬▬▬▬

**STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**
RECEIVED, subject to the classifications and tariffs in effect on the date of issue on this Original Bill of Lading

JIDECO OF BARDSTOWN INC
301 WITHROW CT.

BARDSTOWN KY 40004

# BILL OF LADING

DATE: 10/03/05   SID: (2S)   093099

PLANT CODE: RD01DK10

SHIP TO:

DELPHI S&I COLUMBUS

FRANKLIN
200 GEORGESVILLE RD
COLUMBUS OH 43228
USA

| SUPPLIER NO. | F.O.B. | CUST. NO.-DEST. NO. | FREIGHT | SHIPPER NO. |
|---|---|---|---|---|
| 154032585 | BARDSTOWN, KY | 15900- 1590001 | PPd/INV PPD COL ☐ / ☒ | 093099 |

| AETC NO./REMARKS | SHIP VIA | ROUTING |
|---|---|---|
| | ARNOLD TRANSPORTATION | |
| | | DOCK: RD01DK10 |

| QUANTITY SHIPPED | CUSTOMER PART NO.-NET WEIGHT / WORK ORDER NO.-CUSTOMER ORDER NO. | CONTAINERS QTY. / TYPE | CUMULATIVE |
|---|---|---|---|
| 198 | 16643034 | 297 | 11 | TUB64 | 39816 |
| | 1176036-A   0550022185   EA | | |
| | DL MOTOR | | |
| | REL#: 208 | | |
| | #PAL: 1 | | |

SHIPPER LOAD AND/OR CONSIGNEE UNLOAD                    -COLLECT-

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS   PL-PALLETS, CT-CARTONS LOOSE, CR-CRATES, O-OTHER

| Commodity Code. / Description | TUB64 | | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|---|
| 0001  AUTO PARTS | 11 | | | | 297 | 102 | 399 |
| **T O T A L S** | 11 | | | | 297 | 102 | 399 |

Signed for Cartons:  *CH Jr*   *430242*

Number/Pallets:   1

*7404' 10/4/05*



**JIDECO OF BARDSTOWN, INC.**
501 WITHROW COURT
BARDSTOWN, KY 40004-0816
PHONE          502-348-3100
FAX              502-348-9204

1½% PER MONTH 18% ANNUALLY - WILL BE
ADDED TO PAST DUE AMOUNTS.
Seller agrees that goods covered by this invoice
were produced in compliance with all applicable
requirements of the Fair Labor Standards Act of
1938 as amended.

| INVOICE | PAGE |
|---------|------|
| 13203 | 1 |

SHIP TO
DELPHI SAFETY & INTERIOR
SYSTEMS
250 NORTHWOODS BLVD
POST 3 RECEIVING
VANDALIA OH 45377
UNITED STATES

SOLD TO
DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT MI 48501
UNITED STATES

DATE    10/03/05

DUE ON 12/02/05

EXPORT
N

CURRENCY
US DOLLARS

TERMS
Two Months Second Day

SELLER ID

| CUSTOMER | | ORDER | | SLS REP | | P.O. NUMBER | | P.O. REV. |
|----------|--|-------|--|---------|--|-------------|--|-----------|
| 1 | 15900 | CO | 7405 | 1 | | | | |

| SHIP NO | SHIP VIA | | SHIP DATE | SHIP WEIGHT | |
|---------|----------|--|-----------|-------------|--|
| 72814 | ARNOLD TRANSPORTATION | | 10/03/05 | .000 | EA |

| LINE NO. | ITEM NUMBER/DESCRIPTION | U/M | QUANTITY/PRICE | NET SALES AMOUNT |
|----------|------------------------|-----|----------------|------------------|
| | Reference order number 093100 | | | |
| | D/S:10/03/05 | | | |
| | SUPPLR #154032585 | | | |
| | B/L#093100 | | | |
| | | | | |
| | 1179014-A | EA | 2,160.000 | |
| | GMT P/W MTR  HEX FREE | | | |
| | | | | |
| | P/N#16914775 | | | |
| | PO#0550025488 | | | |
| | RELEASE#4 | | | |
| | 1179014-B | EA | 2,160.000 | |
| | GMT P/W MTR  HEX FREE | | | |
| | | | | |
| | P/N#16914774 | | | |
| | PO#0550025488 | | | |
| | RELEASE#4 | | | |
| | | | | |
| | NO TAX ITEMS | | | |

| ISSUE STATUS | FORM NUMBER | AUTHORIZATION | FORM NAME | PAGE |
|--------------|-------------|---------------|-----------|------|
| 1 | ACCT-FORM-04 | ACCOUNTING DEPT. HEAD | INVOICE | 1 OF 3 |

| | | |
|---|---|---|
| NET SALES | .00 | TRADE DISCOUNT | .00 |
| MISC CHARGES | .00 | TERMS DISCOUNT | |
| FREIGHT | .00 | | |
| TAXES | .00 | CUSTOMER COPY | |

STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable
RECEIVED, subject to the classification and lawfully in effect on the date of issue on this Original Bill of Lading

**BILL OF LADING**

JIDECO OF BARDSTOWN INC
301 WITHROW CT.

BARDSTOWN KY 40004

DATE: 10/03/05  BID: (2S)  093100

PLANT CODE: RT01

SHIP TO

DELPHI SAFETY & INTERIOR

SYSTEMS
250 NORTHWOODS BLVD
POST 3 RECEIVING
VANDALIA OH 45377
USA

| SUPPLIER NO. | F.O.B. | CUST. NO.-DEST. NO. | FREIGHT | SHIPPER NO. |
|---|---|---|---|---|
| 154032585 | BARDSTOWN, KY | 15900-  1590003 | PPD INV ☐ PPD ☐ COL ☒ | 093100 |

| AETC NO./REMARKS | SHIP VIA | ROUTING |
|---|---|---|
|  | ARNOLD TRANSPORTATION |  |

DOCK: RT01

| QUANTITY SHIPPED | CUSTOMER PARTNO.-NET WEIGHT / WORK ORDER NO.-CUSTOMER ORDER NO. | | CONTAINERS | | CUMULATIVE | |
|---|---|---|---|---|---|---|
| | | | QTY. | TYPE | | |
| 2160 | 16914774 | 2527 | 216 | TUB64 | 43200 | |
| | 1179014-B    0550025488 | EA | | | | |
| | GMT 191 P/W MTR ASSY | | | | | |
| | REL#: 4 | | | | | |
| | #PAL: 2 | | | | | |
| 2160 | 16914775 | 2527 | 216 | TUB64 | 43200 | |
| | 1179014-A    0550025488 | EA | | | | |
| | GMT 191 P/W MTR ASSY | | | | | |
| | REL#: 4 | | | | | |
| | #PAL: 3 | | | | | |

SHIPPER LOAD AND/OR CONSIGNEE UNLOAD                    -COLLECT-

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS    PL-PALLETS, CT-CARTONS LOOSE, CR-CRATES, O-OTHER

| Commodity Code / Description | | | | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|---|---|
| 0001  AUTO PARTS | TUB64 | | | | | 5054 | 893 | 5945 |
| | 432 | | | | | | | |

*{Continued on Next Page}*

7405  10/4/05

STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable
RECEIVED, subject to the classification and tariffs in effect on the date of issue on this Original Bill of Lading

**BILL OF LADING**



JIDECO OF BARDSTOWN INC
901 WITHROW CT.

BARDSTOWN KY  40004

DATE: 10/03/05    SID: (2S)    093100

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS    PL-PALLETS, CT-CARTONS LOOSE, CR-CRATES, O-OTHER

| Commodity Code / Description | | | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|---|
| T O T A L S | 432 | | | | 3054 | 892 | 3946 |

Signed for
Cartons :

430242

Number/Pallets :    5



**JIDECO OF BARDSTOWN, INC.**
901 WITHROW COURT
BARDSTOWN, KY 40004-0816
PHONE        502-348-3100
FAX          502-348-3204

1½% PER MONTH 18% ANNUALLY • WILL BE
ADDED TO PAST DUE AMOUNTS.
Seller agrees that goods covered by this invoice
were produced in compliance with all applicable
requirements of the Fair Labor Standards Act of
1989 as amended.

| INVOICE | PAGE |
|---------|------|
| 13232 | 1 |

SHIP TO

DELPHI S&I COLUMBUS
FRANKLIN
200 GEORGESVILLE RD
COLUMBUS OH 43228
UNITED STATES

DATE    10/04/05

DUE ON  12/02/05

EXPORT
N

CURRENCY

US DOLLARS

SOLD TO

DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT MI 48501
UNITED STATES

TERMS
Two Months Second Day

SELLER ID

| CUSTOMER | ORDER | SLS REP | P.O. NUMBER | P.O. REV. |
|----------|-------|---------|-------------|-----------|
| 1    15900 | CO   7418 | 1 | | |

| SHIP NO | SHIP VIA | SHIP DATE | SHIP WEIGHT |
|---------|----------|-----------|-------------|
| 72843 | ARNOLD TRANSPORTATION | 10/04/05 | .000    EA |

| LINE NO. | ITEM NUMBER/DESCRIPTION | U/M | QUANTITY/PRICE | NET SALES AMOUNT |
|----------|------------------------|-----|----------------|------------------|
| | Reference order number 093137 | | | |
| | D/S:10/04/05 | | | |
| | SUPPLR #154032585 | | | |
| | B/L#093137 | | | |
| | | | | |
| | 1174036-A | EA | 216.000 | |
| | POWER LIFT GATE-DELPHI | | ▬▬▬▬▬ | ▬▬▬▬▬ |
| | | | | |
| | P/N#16643034 | | | |
| | PO#0550022185 | | | |
| | RELEASE#208 | | | |
| | | | | |
| | NO TAX ITEMS | | | ▬▬▬▬▬ |

| ISSUE STATUS | FORM NUMBER ACCT-FORM-04 | AUTHORIZATION ACCOUNTING DEPT. HEAD | FORM NAME INVOICE | PAGE 1 OF 3 |
|--------------|---------------------------|-------------------------------------|-------------------|-------------|
| 1 | | | | |

NET SALES            .00       TRADE DISCOUNT
MISC CHARGES         .00       TERMS DISCOUNT
FREIGHT              .00
TAXES                         CUSTOMER COPY       AMSI INTERNAL

**STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**
RECEIVED, subject to the classification and tariffs in effect on the date of issue on this Original Bill of Lading

**BILL OF LADING**

JIDECO OF BARDSTOWN INC
901 WITHROW CT.

BARDSTOWN KY 40004

DATE: 10/04/05   SID: (2S)  093137

PLANT CODE: RD01DK10

SHIP TO:
DELPHI S&I COLUMBUS

FRANKLIN
200 GEORGESVILLE RD
COLUMBUS OH 43228
USA

| SUPPLIER NO. | F.O.B. | CUST. NO.-DEST. NO. | FREIGHT | SHIPPER NO. |
|---|---|---|---|---|
| 154032585 | BARDSTOWN, KY | 15900-  1590001 | PP&INV☐ PPD☐ COL ☒ | 093137 |

| ARTC NO./REMARKS | SHIP VIA | ROUTING |
|---|---|---|
| | ARNOLD TRANSPORTATION | |
| | | DOCK: RD01DK10 |

| QUANTITY SHIPPED | CUSTOMER PARTNO.-NET WEIGHT / WORK ORDER NO.-CUSTOMER ORDER NO. | CONTAINERS QTY. | TYPE | CUMULATIVE | |
|---|---|---|---|---|---|
| 216 | 15543034                      324 | 12 | TUB64 | | |
| | 1174035-A    0550022185    XA | | | 40032 | |
| | DL MOTOR | | | | |
| | REL#: 208 | | | | |
| | #PAL: 1 | | | | |

SHIPPER LOAD AND/OR CONSIGNEE UNLOAD    -COLLECT-

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS  PL-PALLETS, CT-CARTONS LOOSE, CR-CRATES, O-OTHER

| Commodity Code / Description | TUB64 | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|
| 0001  AUTO PARTS | 12 | | | 324 | 105 | 429 |
| T O T A L S | 12 | | | 324 | 105 | 429 |

Signed for Cartons:  _L00435_

Number/Pallets: 1

7418   10/5/05

Page 1



**JIDECO**

JIDECO OF BARDSTOWN, INC.
901 WITHROW COURT
BARDSTOWN, KY 40004-0616
PHONE      502-348-3100
FAX        502-348-3204

1½% PER MONTH 18% ANNUALLY - WILL BE
ADDED TO PAST DUE AMOUNTS.
Seller agrees that goods covered by this invoice
were produced in compliance with all applicable
requirements of the Fair Labor Standards Act of
1938 as amended.

| INVOICE | PAGE |
|---|---|
| 13233 | 1 |

SHIP TO
DELPHI SAFETY & INTERIOR
SYSTEMS
250 NORTHWOODS BLVD
POST 3 RECEIVING
VANDALIA OH 45377
UNITED STATES

DATE 10/04/05
DUE ON 12/02/05

EXPORT
N

CURRENCY
US DOLLARS

SOLD TO
DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT MI 48501
UNITED STATES

TERMS
Two Months Second Day
SELLER ID

| CUSTOMER | ORDER | SLS REP | P.O. NUMBER | P.O. REV. |
|---|---|---|---|---|
| 1  15900 | CO  7419 | 1 | | |

| SHIP NO | SHIP VIA | SHIP DATE | SHIP WEIGHT |
|---|---|---|---|
| 72844 | ARNOLD TRANSPORTATION | 10/04/05 | .000  EA |

| LINE NO. | ITEM NUMBER/DESCRIPTION | U/M | QUANTITY/PRICE | NET SALES AMOUNT |
|---|---|---|---|---|
| | Reference order number 093138 | | | |
| | D/S:10/04/05 | | | |
| | SUPPLR #154032585 | | | |
| | B/L#093138 | | | |
| | 1179014-A | EA | 2,160.000 | |
| | GMT P/W MTR  HEX FREE | | | |
| | P/N#16914775 | | | |
| | PO#0550025488 | | | |
| | RELEASE#4 | | | |
| | 1179014-B | EA | 2,160.000 | |
| | GMT P/W MTR  HEX FREE | | | |
| | P/N#16914774 | | | |
| | PO#0550025488 | | | |
| | RELEASE#4 | | | |
| | NO TAX ITEMS | | | |

| ISSUE STATUS | FORM NUMBER ACCT-FORM A | AUTHORIZATION ACCOUNTING DEPT. HEAD | FORM NAME INVOICE | PAGE 1 OF 3 |
|---|---|---|---|---|
| 1 | | | | |

SALES      .00      TRADE DISCOUNT      .00
CHARGES    .00      TERMS DISCOUNT
FREIGHT    .00      CUSTOMER COPY

STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable

**BILL OF LADING**

RECEIVED, subject to the classification and tariffs in effect on the date of issue on this Original Bill of Lading

VIDECO OF BARDSTOWN INC

901 WITHROW CT.

BARDSTOWN KY 40004

DATE: 10/04/05   SID: (2S)   093138

PLANT CODE: RT01



SHIP TO

DELPHI SAFETY & INTERIOR

SYSTEMS

250 NORTHWOODS BLVD

POST 3 RECEIVING

VANDALIA OH 45377

USA

| SUPPLIER NO. | F.O.B. | CUST. NO.-DEST. NO. | FREIGHT | | SHIPPER NO. |
|---|---|---|---|---|---|
| 154032585 | BARDSTOWN, KY | 15900- 1590003 | PPD&INV ☐  PPD ☐ COL ☒ | | 093138 |

| ANTC NO./REMARKS | SHIP VIA | ROUTING |
|---|---|---|
| | ARNOLD TRANSPORTATION | |
| | | DOCK: RT01 |

| QUANTITY SHIPPED | CUSTOMER PART NO.-NET WEIGHT WORK ORDER NO.-CUSTOMER ORDER NO. | | CONTAINERS QTY.   TYPE | | CUMULATIVE | |
|---|---|---|---|---|---|---|
| 2160 | 16914774 | 2527 | 216 | TUB64 | 45360 | |
| | 1179014-B    0550025498 | EA | | | | |
| | GMT 191 P/W MTR ASSY | | | | | |
| | REL#: 4 | | | | | |
| | #PAL: 2 | | | | | |
| 2160 | 16914775 | 2527 | 216 | TUB64 | 45360 | |
| | 1179014-A    0550025488 | EA | | | | |
| | GMT 191 P/W MTR ASSY | | | | | |
| | REL#: 4 | | | | | |
| | #PAL: 2 | | | | | |

SHIPPER LOAD AND/OR CONSIGNEE UNLOAD                     -COLLECT-

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS   PL-PALLETS, CT-CARTONS LOOSE, CR-CRATES, O-OTHER

| Commodity Code / Description | TUB64 | | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|---|
| 0001   AUTO PARTS | | 432 | | | 5054 | 252 | 5306 |

{Continued on Next Page}

749  10/5/05

Page 1

STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable

**BILL OF LADING**

RECEIVED, subject to the classification and tariffs in effect on the date of issue to this Original Bill of Lading

OIDECO OF BARDSTOWN INC
901 WITHROW CT.

BARDSTOWN KY  40004

DATE: 10/04/05    SID: (2S)   093138

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS    PL-PALLETS, CT-CARTONS LOOSE, CR-CRATES, O-OTHER

| Commodity Code / Description | | | | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|---|---|
| T O T A L S | 432 | | | | | 5054 | 852 | 5906 |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____ Agent or Cashier

Per _____
(The Signature here acknowledges only the amount prepaid)

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

NOTE-Where the rate is dependent on value, shipper's are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

Per _____

Charges Advanced:
$

If charges are to be prepaid, write or stamp here "To be Prepaid."

Signed for Cartons:    _____    600435

Number/Pallets:    4



**JIDECO OF BARDSTOWN, INC.**
901 WITHROW COURT
BARDSTOWN, KY 40004-0816
PHONE    502-348-3100
FAX      502-348-3204

1¼% PER MONTH 18% ANNUALLY - WILL BE
ADDED TO PAST DUE AMOUNTS.
Seller agrees that goods covered by this invoice
were produced in compliance with all applicable
requirements of the Fair Labor Standards Act of
1938 as amended.

| INVOICE | PAGE |
|---------|------|
| 13277 | 1 |

SHIP
TO

DELPHI S&I COLUMBUS
FRANKLIN
200 GEORGESVILLE RD
COLUMBUS OH 43228
UNITED STATES

SOLD
TO

DELPHI AUTOMOTIVE SYSTEMS
BAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT MI 48501
UNITED STATES

DATE

DUE ON    10/05/05

EXPORT     12/02/05
CURRENCY

N

TERMS     US DOLLARS

Terms 2 Months Second Day

| CUSTOMER | ORDER | SLS REP | P.O. NUMBER | P.O. REV. |
|----------|-------|---------|-------------|-----------|
| SHIP NO  15900 | SHIP VIA CO   7468 | 1 | SHIP DATE | SHIP WEIGHT |

| LINE NO. | ITEM NUMBER/DESCRIPTION | U/M | QUANTITY/PRICE | NET SALES AMOUNT |
|----------|------------------------|-----|----------------|------------------|
| | ABNORM TRANSPORTATION | | 10/05/05 | |
| | Reference order number 093180 | | | |
| | D/S:10/05/05 | | | |
| | SUPPLR #154032585 | | | |
| | B/L#093180 | | | |
| | 1174036-A | EA | 144.000 | |
| | POWER LIFT GATE-DELPHI | | | |
| | P/N#16643034 | | | |
| | PO#0550022185 | | | |
| | RELEASE#209 | | | |
| | NO TAX ITEMS | | | |

| ISSUE STATUS | FORM NUMBER | AUTHORIZATION | FORM NAME | PAGE |
|--------------|-------------|---------------|-----------|------|
| 1 | ACCT-FORM-04 | ACCOUNTING DEPT. HEAD | INVOICE | 1 OF 3 |

T.SALES
SC. CHARGES
FREIGHT
TAXES

TRADE DISCOUNT
TERMS DISCOUNT

CUSTOMER COPY

STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable
RECEIVED, subject to the classification and tariffs in effect on the date of issue on this Original Bill of Lading.

**BILL OF LADING**

JIDECO OF BARDSTOWN INC
301 WITHROW CT.

BARDSTOWN KY 40004

DATE: 10/05/05    SID: (2S)    093180

PLANT CODE: RD01DK10

| | |
|---|---|
| SHIP TO | DELPHI S&I COLUMBUS<br><br>FRANKLIN<br>200 GEORGESVILLE RD<br>COLUMBUS OH 43228<br>USA |

| SUPPLIER NO. | F.O.B. | COST. NO.-DEST. NO. | FREIGHT | | SHIPPER NO. |
|---|---|---|---|---|---|
| 154032585 | BARDSTOWN, KY | 15900- .1590001 | PP&INV [ ] PPD [ ]<br>COL [X] | | 093180 |

| AETC NO./REMARKS | SHIP VIA | ROUTING |
|---|---|---|
| | ARNOLD TRANSPORTATION | DOCK: RD01DK10 |

| QUANTITY | CUSTOMER PART NO.-NET WEIGHT | CONTAINERS | | | |
|---|---|---|---|---|---|
| SHIPPED | WORK ORDER NO.-CUSTOMER ORDER NO. | QTY. | TYPE | CUMULATIVE | |
| 144 | 16643034 | 216 | 8 | TUB64 | 49176 |
| | 1174036-A    0550022185    EA | | | | |
| | DL MOTOR | | | | |
| | RXL#: 209 | | | | |
| | #PAL: 1 | | | | |

SHIPPER LOAD AND/OR CONSIGNEE UNLOAD                    -COLLECT-

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS  PL-PALLETS, CT-CARTONS LOOSE, CR-CRATES, O-OTHER

| Commodity Code / Description | TUB64 | | | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|---|---|
| 0002    AUTO PARTS | | 8 | | | | 216 | 95 | 311 |
| TOTALS | | 8 | | | | 216 | 95 | 311 |

Signed for
Cartons:    330332

Number/Pallets:    1

7460    10/7/05



JIDECO OF BARDSTOWN, INC.
901 WITHROW COURT
BARDSTOWN, KY 40004-0816
PHONE        502-348-3100
FAX          502-348-3204

1½% PER MONTH 18% ANNUALLY - WILL BE
ADDED TO PAST DUE AMOUNTS.
Seller agrees that goods covered by this invoice
were produced in compliance with all applicable
requirements of the Fair Labor Standards Act of
1938 as amended.

INVOICE     PAGE
13325       1

| SHIP TO | DELPHI P, 60502 <br> ANAHUAC, NL <br> C/O CINCINNATI DDC %PJAX <br> 2789 E CRESCENTVILLE RD <br> WESTCHESTER OH 45069 <br> UNITED STATES |
|---|---|

DATE    10/05/05

DUE ON  12/02/05

EXPORT
N

| SOLD TO | DELPHI AUTOMOTIVE SYSTEMS <br> EAG DISBURSEMENT SERVICES <br> PO BOX 1550 <br> FLINT MI 48501 <br> UNITED STATES |
|---|---|

CURRENCY
US DOLLARS

TERMS
Two Months Second Day

SELLER ID

| CUSTOMER | | ORDER | | SLS REP | P.O. NUMBER | | P.O. REV. |
|---|---|---|---|---|---|---|---|
| 1 | 15900 | CO | 7499 | 1 | | | |

| SHIP NO | SHIP VIA | | SHIP DATE | SHIP WEIGHT | |
|---|---|---|---|---|---|
| 72937 | PJAX | | 10/05/05 | .000 | EA |

| LINE NO. | ITEM NUMBER/DESCRIPTION | U/M | QUANTITY/PRICE | NET SALES AMOUNT |
|---|---|---|---|---|
| | Reference order number 093181 <br> D/S:10/05/05 <br> SUPPLR #154032585 <br> B/L#093181 | | | |
| | 2227748-A <br> LIFT GATE HARNESS TUBE-DELPHI | EA | 800.000 | ▬▬▬ |
| | P/N#15466080 <br> PO#P4570015 <br> RELEASE#' | | | |
| | NO TAX ITEMS | | | |

| ISSUE STATUS | FORM NUMBER <br> ACCT-FORM-04 | AUTHORIZATION <br> ACCOUNTING DEPT HEAD | FORM NAME <br> INVOICE | PAGE <br> 1 OF 3 |
|---|---|---|---|---|
| 1 | | | | |

NET SALES
MISC CHARGES
FREIGHT
TAXES

TRADE DISCOUNT        .00
TERMS DISCOUNT        .00
CUSTOMER COPY    AMT INTO DUE

STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable
RECEIVED, subject to the classification and tariffs in effect on the date of issue on this Original Bill of Lading

**BILL OF LADING**

JYZDECO OF BARDSTOWN INC
901 WITHROW CT.

BARDSTOWN KY 40004

DATE: 10/05/05    BID:    093181

| | |
|---|---|
| SHIP TO | DELPHI P, 60502 |
| | ANAHUAC, NL |
| | C/O CINCINNATI DDC 4PJAX |
| | 2789 E CRESCENTVILLE RD |
| | WESTCHESTER OH 45069 |
| | USA |

| SUPPLIER NO. | F.O.B. | CUST. NO.-DEST. NO. | FREIGHT | | SHIPPER NO. |
|---|---|---|---|---|---|
| 154032585 | BARDSTOWN, KY | 15900- 15900004 | PP&INV☐ PPD☐ COL ☒ | | 093181 |

| AETC NO./REMARKS | | SHIP VIA | ROUTING |
|---|---|---|---|
| | PJAX | | |
| | | | DOCK: 80 |

| QUANTITY SHIPPED | CUSTOMER PARTNO.-NET WEIGHT WORK ORDER NO.-CUSTOMER ORDER NO. | | CONTAINERS QTY. | TYPE | CUMULATIVE | |
|---|---|---|---|---|---|---|
| 800 | 15466080 | 40 | 4 | BOX25 | 12800 | |
| | 2227748-A    P4570015 | EA | | | | |
| | HOSE | | | | | |
| | REL#: | | | | | |
| | #PAL: 1 | | | | | |

SEND FREIGHT BILL TO-
DELPHI P, 60502, ANAHUAC, NL
DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA 02362

SHIPPER LOAD AND/OR CONSIGNEE UNLOAD                    -COLLECT-

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS    PL-PALLETS, CT-CARTONS LOOSE, CR-CRATES, O-OTHER

| Commodity Code / Description | BOX25 | | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|---|
| 0001  AUTO PARTS | 4 | | | | 40 | 4 | 44 |

{Continued on Next Page}

7499  10/7/05

Page 1

STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable
RECEIVED, subject to the classification and tariffs in effect on the date of issue on this Original Bill of Lading

**BILL OF LADING**



JIDECO OF BARDSTOWN INC
301 WITHROW CT.

BARDSTOWN KY 40004

DATE: 10/05/05 · SID: 093181

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS   PL-PALLETS, CT-CARTONS LOOSE, CR-CRATES, O-OTHER

| Commodity Code / Description | | | | | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|---|---|---|
| T O T A L S | | 4 | | | | | 40 | 4 | 44 |

Signed for
Cartons:

Number/Pallets:     1

Page  2



**JIDECO OF BARDSTOWN, INC.**
901 WITHROW COURT
BARDSTOWN, KY 40004-0816
PHONE        502-348-3100
FAX          502-348-3204

1¼% PER MONTH 18% ANNUALLY - WILL BE
ADDED TO PAST DUE AMOUNTS.
Seller agrees that goods covered by this invoice
were produced in compliance with all applicable
requirements of the Fair Labor Standards Act of
1938 as amended.

INVOICE     PAGE
13335       1

SHIP TO
DELPHI P,60502, VICTORIA
TAMAULIPAS, TM C/O
CINCINNATI DDC % PJAX
2789 E CRESCENTVILLE RD
WESTCHESTER OH 45069
UNITED STATES

SOLD TO
DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT MI 48501
UNITED STATES

DATE      10/06/05
DUE ON    12/02/05

EXPORT    CURRENCY
N         US DOLLARS

TERMS
Two Months Second Day

SELLER ID

| CUSTOMER | | ORDER | | SLS REP | P.O. NUMBER | | P.O. REV. |
|---|---|---|---|---|---|---|---|
| 1 | 15900 | CO | 7539 | 1 | | | |

| SHIP NO | SHIP VIA | | SHIP DATE | SHIP WEIGHT | |
|---|---|---|---|---|---|
| 72946 | PJAX | | 10/06/05 | .000 | EA |

| LINE NO. | ITEM NUMBER/DESCRIPTION | U/M | QUANTITY/PRICE | NET SALES AMOUNT |
|---|---|---|---|---|
| | Reference order number 093223 | | | |
| | D/S:10/06/05 | | | |
| | SUPPLR #154032585 | | | |
| | B/L#093223 | | | |
| | | | | |
| | 2227747-A | EA | 900.000 | ▮▮▮▮▮ |
| | BODY HARNESS TUBE - DELPHI | | ▮▮▮▮▮ | |
| | | | | |
| | P/N#15466081 | | | |
| | PO#P4570015 | | | |
| | | | | |
| | NO TAX ITEMS | | | ▮▮▮▮ |

| ISSUE STATUS | FORM NUMBER ACCT FOR | AUTHORIZATION ACCOUNTING DEPT HEAD | FORM NAME INVOICE | PAGE 1 OF 3 |
|---|---|---|---|---|
| NET SALES | ▮▮▮ | TRADE DISCOUNT | .00 | |
| MISC CHARGES | .00 | TERMS DISCOUNT | .00 | |
| FREIGHT | .00 | CUSTOMER COPY | AMT DUE | ▮▮▮▮ |
| TAXES | .00 | | | |

STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable
RECEIVED, subject to the classification and tariffs in effect on the date of issue on this Original Bill of Lading

**BILL OF LADING**



JIDECO OF BARDSTOWN INC
501 WITHROW CT.

BARDSTOWN KY  60004

DATE: 10/06/05    SID:    093223



SHIP TO

DELPHI P,60502, VICTORIA

TAMAULIPAS, TM C/O

CINCINNATI DDC ₺ PJAX

2789 E CRESCENTVILLE RD

WESTCHESTER OH 45069

USA

| SUPPLIER NO. | F.O.B. | CUST. NO.-DEST. NO. | FREIGHT | | SHIPPER NO. |
|---|---|---|---|---|---|
| 154032585 | BARDSTOWN, KY | 15900- 15900005 | PPD/INV ☐  PPD ☐<br>COL.      ☒ | | 093223 |

| ABTC NO./REMARKS | SHIP VIA | ROUTING |
|---|---|---|
| | PJAX | |
| | | DOCK: 80 |

| QUANTITY SHIPPED | CUSTOMER PART/NO.-NET WEIGHT<br>WORK ORDER NO.-CUSTOMER ORDER NO. | CONTAINERS<br>QTY.   TYPE | CUMULATIVE | |
|---|---|---|---|---|
| 900 | 15466081                              450<br>2227747-A       P6570015    2A<br>BODY HARNESS HOSE<br>#PAL:  2 | 6   BOX25 | 19250 | |

SEND FREIGHT BILL TO-

DELPHI P,  60502, VICTORIA, TAMAULIPAS, TM

DATA 2 LOGISTICS

PO BOX 9115

NORWOOD, MA  02362

SHIPPER LOAD AND/OR CONSIGNEE UNLOAD              -COLLECT-

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS    PL-PALLETS, CT-CARTONS LOOSE, CR-CRATES, O-OTHER

| Commodity Code / Description | BOX25 | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|
| 0003  AUTO PARTS | 6 | | | 450 | 6 | 456 |

{Continued on Next Page}

9539  10/7/05

Page  1

STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable
RECEIVED, subject to the classification and tariffs in effect on the date of issue on this Original Bill of Lading

JIDECO OF BARDSTOWN INC
901 WITHROW CT.

BARDSTOWN KY 40004

**BILL OF LADING**



DATE: 10/06/05    SID: 093223

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS    PL-PALLETS, CT-CARTONS LOOSE, CR-CRATES, O-OTHER

| Commodity Code / Description | | | | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|---|---|
| T O T A L S | | 5 | | | | 450 | 6 | 456 |

| Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The consignor shall not make delivery of this shipment without payment of freight and all other lawful charges. | Received $ _____ to apply in prepayment of the charges on the property described hereon. | *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE-Where the rate is dependent on value, shipper's are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding. | Charges Advanced: $ _____ |
| | Agent or Cashier | | If charges are to be prepaid, write or stamp here "To be Prepaid." |
| (Signature of Consignor) | Per _____ (The Signature here acknowledges only the amount prepaid) | _____ per _____ | |

Signed for Cartons:  _S. _____                    Number/Pallets:  2



**JIDECO OF BARDSTOWN, INC.**
901 WITHROW COURT
BARDSTOWN, KY 40004-0816
PHONE       502-348-3100
FAX         502-348-3204

1¼% PER MONTH 18% ANNUALLY - WILL BE
ADDED TO PAST DUE AMOUNTS.
Seller agrees that goods covered by this invoice
were produced in compliance with all applicable
requirements of the Fair Labor Standards Act of
1938 as amended.

INVOICE        PAGE
13348          1

| | |
|---|---|
| SHIP TO | DELPHI S&I COLUMBUS<br>FRANKLIN<br>200 GEORGESVILLE RD<br>COLUMBUS OH 43228<br>UNITED STATES |

DATE    10/06/05
DUE ON 12/02/05

EXPORT
N

CURRENCY
US DOLLARS

| | |
|---|---|
| SOLD TO | DELPHI AUTOMOTIVE SYSTEMS<br>EAG DISBURSEMENT SERVICES<br>PO BOX 1550<br>FLINT MI 48501<br>UNITED STATES |

TERMS
Two Months Second Day

SELLER ID

| CUSTOMER | ORDER | SLS REP | P.O. NUMBER | P.O. REV. |
|---|---|---|---|---|
| 1   15900 | GO   7538 | 1 | | |

| SHIP NO | SHIP VIA | SHIP DATE | SHIP WEIGHT |
|---|---|---|---|
| 72959 | ARNOLD TRANSPORTATION | 10/06/05 | .000   EA |

| LINE NO. | ITEM NUMBER/DESCRIPTION | U/M | QUANTITY/PRICE | NET SALES AMOUNT |
|---|---|---|---|---|
| | Reference order number 093222<br>D/S:10/06/05<br>SUPPLR #154032585<br>B/L#093222 | | | |
| | 1174036-A<br>POWER LIFT GATE-DELPHI | EA | 144.000 ▓▓▓▓ | ▓▓▓▓ |
| | P/N#16643034<br>PO#0550022185<br>RELEASE#209 | | | ▓▓▓ |
| | NO TAX ITEMS | | | |

| ISSUE STATUS | FORM NUMBER | AUTHORIZATION | FORM NAME | PAGE |
|---|---|---|---|---|
| 1 | ACCT-FORM-04 | ACCOUNTING DEPT. HEAD | INVOICE | 1 OF 3 |

ET SALES          .00       TRADE DISCOUNT          .00
ISC. CHARGES      .00       TERMS DISCOUNT
EIGHT             .00       CUSTOMER COPY         ▓▓▓▓▓
XES               .00                        AMOUNT DUE

**STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**
* RECEIVED, subject to the classification and tariffs in effect on the date of issue on this Original Bill of Lading

JTDNCO OF BARDSTOWN INC
301 WITHROW CT.

BARDSTOWN KY 40004

**BILL OF LADING**

DATE: 10/06/05    BID: (2S)   093222

PLANT CODE: RD01DK10

SHIP TO:
DELPHI S&I COLUMBUS
FRANKLIN
200 GEORGESVILLE RD
COLUMBUS OH 43228
USA

| SUPPLIER NO. | F.O.B. | CUST. NO.-DEST. NO. | FREIGHT | SHIPPER NO. |
|---|---|---|---|---|
| 154032585 | BARDSTOWN, KY | 15900- 1590001 | PP&INV COL ☐  PPD ☒ | 093222 |

| ASTC NO./REMARKS | SHIP VIA | ROUTING |
|---|---|---|
|  | ARNOLD TRANSPORTATION | |
|  |  | DOCK: RD01DK10 |

| QUANTITY SHIPPED | CUSTOMER PARTNO.-NET WEIGHT WORK ORDER NO. -CUSTOMER ORDER NO. | CONTAINERS QTY.   TYPE | CUMULATIVE |
|---|---|---|---|
| 144 | 16643034 | 216    8    TUB64 | 40320 |
|  | 1174036-A    0550022185    NA | | |
|  | DL MOTOR | | |
|  | REL#: 209 | | |
|  | #PAL: 1 | | |

SHIPPER LOAD AND/OR CONSIGNEE UNLOAD              -COLLECT-

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS   PL-PALLETS, CT-CARTONS LOOSE, CR-CRATES, O-OTHER

| Commodity Code / Description | | | | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|---|---|
| 0001   AUTO PARTS | TUB64 | 8 | | | | 216 | 95 | 311 |
| T O T A L S | | 8 | | | | 216 | 95 | 311 |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

Received $_____ to apply in prepayment of the charges on the property described below.

Agent or Cashier

Per _____
(The Signature here acknowledges only the amount prepaid.)

Charges Advanced:
$

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

Signed for Cartons: _____   430542

Number/Pallets:   1

7538      10/7/05



**JIDECO OF BARDSTOWN, INC.**
901 WITHROW COURT
BARDSTOWN, KY 40004-0816
PHONE        502-348-3100
FAX           502-348-3204

1½% PER MONTH 18% ANNUALLY - WILL BE
ADDED TO PAST DUE AMOUNTS.
Seller agrees that goods covered by this invoice
were produced in compliance with all applicable
requirements of the Fair Labor Standards Act of
1938 as amended.

| INVOICE | PAGE |
|---|---|
| 13349 | 1 |

SHIP TO
DELPHI SAFETY & INTERIOR
SYSTEMS
250 NORTHWOODS BLVD
POST 3 RECEIVING
VANDALIA OH 45377
UNITED STATES

DATE   10/06/05

DUE ON 12/02/05

EXPORT
N

CURRENCY
US DOLLARS

SOLD TO
DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT MI 48501
UNITED STATES

TERMS
Two Months Second Day

SELLER ID

| CUSTOMER | ORDER | SLS REP | PO NUMBER | PO REV |
|---|---|---|---|---|
| 1   15900 | CO   7540 | 1 | | |

| SHIP NO | SHIP VIA | SHIP DATE | SHIP WEIGHT |
|---|---|---|---|
| 72960 | ARNOLD TRANSPORTATION | 10/06/05 | .000   EA |

| LINE NO. | ITEM NUMBER/DESCRIPTION | U/M | QUANTITY/PRICE | NET SALES AMOUNT |
|---|---|---|---|---|
| | Reference order number 093224 | | | |
| | D/S:10/06/05 | | | |
| | SUPPLR #154032585 | | | |
| | B/L#093224 | | | |
| | 1179014-A | EA | 2,150.000 | ███████ |
| | GMT P/W MTR  HEX FREE | | ███████ | |
| | P/N#16914775 | | | |
| | PO#0550025488 | | | |
| | RELEASE#5 | | | |
| | 1179014-B | EA | 2,150.000 | ███████ |
| | GMT P/W MTR  HEX FREE | | ███████ | |
| | P/N#16914774 | | | |
| | PO#0550025488 | | | |
| | RELEASE#5 | | | |
| | NO TAX ITEMS | | | ███████ |

| ISSUE STATUS | FORM NUMBER | AUTHORIZATION | FORM NAME | PAGE |
|---|---|---|---|---|
| 1 | ACCT-FO██████ | ACCOUNTING DEPT HEAD | INVOICE | 1 OF 3 |

ET SALES                                    .00     TRADE DISCOUNT          .00
ISC CHARGES                          .00     TERMS DISCOUNT         .00
REIGHT                                    .00     CUSTOMER PO#
XES                                          .00     AMOUNT DUE   ███████

STRA' HT BILL OF LADING-SHORT FORM-Original-Not Negotiable
— RECEIVE, subject to the classifications and tariffs in effect on the date of issue on this Original Bill of Lading

JIDECO OF BARDSTOWN INC
501 WITHROW CT.

BARDSTOWN KY 40004

**BILL OF LADING**

DATE: 10/06/05   SID: (2S)   093224

PLANT CODE: RT01

SHIP TO:
DELPHI SAFETY & INTERIOR
SYSTEMS
250 NORTHWOODS BLVD
POST 3 RECEIVING
VANDALIA OH 45377
USA

| SUPPLIER NO. | FROM | CUST ORDER. NO. | FREIGHT | | SHIPPER NO. |
|---|---|---|---|---|---|
| 154032585 | BARDSTOWN, KY | 15900- 1590003 | PP&INV COL | PPD [X] | 093224 |

| ABTC NO./REMARKS | SHIP VIA | ROUTING |
|---|---|---|
| | ARNOLD TRANSPORTATION | |
| | | DOCK: RT01 |

| QUANTITY SHIPPED | CUSTOMER PART NO.-NET WEIGHT WORK ORDER NO.-CUSTOMER ORDER NO. | CONTAINERS QTY. | TYPE | CUMULATIVE | |
|---|---|---|---|---|---|
| 2160 | 16914774 | 2527 216 | TUB64 | 47520 | |
| | 1179014-B   0550025488   EA | | | | |
| | GMT 191 P/W MTR ASSY | | | | |
| | REL#: 5 | | | | |
| | #PAL: 2 | | | | |
| 2160 | 16914775 | 2527 216 | TUB64 | 47520 | |
| | 1179014-A   0550025488   EA | | | | |
| | GMT 191 P/W MTR ASSY | | | | |
| | REL#: 5 | | | | |
| | #PAL: 2 | | | | |

SHIPPER LOAD AND/OR CONSIGNEE UNLOAD                    -COLLECT-

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS    PL-PALLETS, CT-CARTONS LOOSE, CR-CRATES, O-OTHER

| Commodity Code / Description | TUB64 | | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|---|
| 0801   AUTO PARTS | 432 | | | | 8054 | 852 | 8906 |

{Continued on Next Page}

7540   10/7/05

STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable
RECEIVE D, subject to the classification and tariffs in effect on the date of issue on this Original Bill of Lading

JIDECO OF BARDSTOWN INC
901 WITHROW CT.

BARDSTOWN KY 40004

# BILL OF LADING



DATE: 10/06/05    SID: (2S)    093224

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS    PL-PALLETS, CT-CARTONS LOOSE, CR-CRATES, O-OTHER

| Commodity Code / Description | | | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|---|
| T O T A L S | 433 | | | | 5054 | 852 | 5906 |

| Subject to Section 7 of conditions of applicable bill of lading, if this shipper is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. | Received $ _____ to apply in prepayment of the charges on the property described hereon. | *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE-Where the rate is dependent on value, shipper are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding. | Charges Advanced: $ If charges are to be prepaid, write or stamp here "To be Prepaid." |
|---|---|---|---|
| _____ (Signature of Consignor) | Agent or Cashier Per _____ (The Signature here acknowledges only the amount prepaid) | Per _____ | |

Signed for
CARTONS

430242

Number/Pallets



**JIDECO OF BARDSTOWN, INC.**
901 WITHROW COURT
BARDSTOWN, KY 40004-0818
PHONE    502-348-3100
FAX      502-348-3204

1½% PER MONTH 18% ANNUALLY · WILL BE
ADDED TO PAST DUE AMOUNTS.
Seller agrees that goods covered by this invoice
were produced in compliance with all applicable
requirements of the Fair Labor Standards Act of
1938 as amended.

INVOICE     PAGE
13354       1

SHIP TO
DELPHI S&I COLUMBUS
FRANKLIN
200 GEORGESVILLE RD
COLUMBUS OH 43228
UNITED STATES

DATE   10/07/05
DUE ON 12/02/05

EXPORT
N

CURRENCY
US DOLLARS

SOLD TO
DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT MI 48501
UNITED STATES

TERMS
Two Months Second Day
SELLER ID

| CUSTOMER | ORDER | SLS REP | P.O. NUMBER | P.O. REV. |
|---|---|---|---|---|
| 1  15900 | CO  7558 | | | |

| SHIP NO | SHIP VIA | SHIP DATE | SHIP WEIGHT |
|---|---|---|---|
| 72966 | ARNOLD TRANSPORTATION | 10/07/05 | .000  EA |

| LINE NO. | ITEM NUMBER/DESCRIPTION | U/M | QUANTITY/PRICE | NET SALES AMOUNT |
|---|---|---|---|---|
| | Reference order number 093248 | | | |
| | D/S:10/07/05 | | | |
| | SUPPLR #154032585 | | | |
| | B/L#093248 | | | |
| | | | | |
| | 1174036-A | EA | 144.000 | ▮▮▮▮ |
| | POWER LIFT GATE-DELPHI | | | |
| | | | | |
| | P/N#16643034 | | | ▮▮▮ |
| | PO#0550022185 | | | |
| | RELEASE#209 | | | |
| | | | | |
| | NO TAX ITEMS | | | |

| ISSUE STATUS | FORM NUMBER ACCT-FORM | AUTHORIZATION ACCOUNTING DEPT. HEAD | FORM NAME INVOICE | PAGE |
|---|---|---|---|---|
| 1 | | | | 1OF3 |

| | | | |
|---|---|---|---|
| NET SALES | .00 | TRADE DISCOUNT | .00 |
| SC. CHARGES | .00 | TERMS DISCOUNT | |
| FREIGHT | .00 | | |
| TAXES | | CUSTOMER COPY | |
| | | AMOUNT DUE | ▮▮▮▮ |

STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable
RECEIVED, subject to the classification and tariffs in effect on the date of issue on this Original Bill of Lading

JIDECO OF BARDSTOWN INC
301 WITHROW CT.

BARDSTOWN KY 40004

# BILL OF LADING

DATE: 10/07/05    SID: (2S)    093248

PLANT CODE: RD01DK10

| | |
|---|---|
| SHIP TO | DELPHI S&I COLUMBUS<br><br>FRANKLIN<br><br>200 GEORGESVILLE RD<br><br>COLUMBUS OH 43228<br><br>USA |

| SUPPLIER NO. | F.O.B. | CUST. NO.-DEST. NO. | FREIGHT | | SHIPPER NO. |
|---|---|---|---|---|---|
| 1S4062585 | BARDSTOWN KY | 159900  T550001 | PPD/INV ☐  PPD ☐<br>COL ☒ | | 093248 |

| AETC NO./REMARKS | SHIP VIA | ROUTING |
|---|---|---|
| | ARNOLD TRANSPORTATION | |
| | | DOCK: RD01DK10 |

| QUANTITY | CUSTOMER PARTNO.-NET WEIGHT | | CONTAINERS | | CUMULATIVE |
|---|---|---|---|---|---|
| SHIPPED | WORK ORDER NO.-CUSTOMER ORDER NO. | | QTY. | TYPE | |
| 144 | 16643034 | 216 | 8 | TUB64 | 40464 |
| | 1174036-A    0550022185 | EA | | | |
| | DL MOTOR | | | | |
| | REL#: 209 | | | | |
| | #PAL: 1 | | | | |

SHIPPER LOAD AND/OR CONSIGNEE UNLOAD                    -COLLECT-

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS    PL-PALLETS, CT-CARTONS LOOSE, CR-CRATES, O-OTHER

| Commodity Code / Description | TUB64 | | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|---|
| 0001  AUTO PARTS | 8 | | | | 216 | 95 | 311 |
| T O T A L S | 8 | | | | 216 | 95 | 311 |

Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____
Agent or Cashier

Per _____
(The Signature here acknowledges only the amount prepaid)

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

per _____

Charges Advanced:
$

If charges are to be prepaid, write or stamp here "To be Prepaid."

Signed for
Cartons:        _____        Number/Pallets:        1
                    600425

                                    9558    10/10/05

                                        Page  1



**JIDECO OF BARDSTOWN, INC.**
901 WITHROW COURT
BARDSTOWN, KY 40004-0816
PHONE        502-348-3100
FAX          502-348-3204

1½% PER MONTH 18% ANNUALLY - WILL BE
ADDED TO PAST DUE AMOUNTS.
Seller agrees that goods covered by this invoice
were produced in compliance with all applicable
requirements of the Fair Labor Standards Act of
1938 as amended.

| INVOICE | PAGE |
|---------|------|
| 13355 | 1 |

SHIP TO
DELPHI SAFETY & INTERIOR
SYSTEMS
250 NORTHWOODS BLVD
POST 3 RECEIVING
VANDALIA OH 45377
UNITED STATES

SOLD TO
DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT MI 48501
UNITED STATES

DATE   10/07/05

DUE ON  12/02/05

EXPORT    CURRENCY
N         US DOLLARS

TERMS
Two Months Second Day

SELLER ID

| CUSTOMER | ORDER | SLS REP | P.O. NUMBER | P.O. REV. |
|----------|-------|---------|-------------|-----------|
| 15900 | CO  7559 | | | |

| SHIP NO | SHIP VIA | SHIP DATE | SHIP WEIGHT |
|---------|----------|-----------|-------------|
| 72967 | ARNOLD TRANSPORTATION | 10/07/05 | .000  EA |

| LINE NO. | ITEM NUMBER/DESCRIPTION | U/M | QUANTITY/PRICE | NET SALES AMOUNT |
|----------|-------------------------|-----|----------------|------------------|
| | Reference order number 093249 | | | |
| | D/S:10/07/05 | | | |
| | SUPPLR #154032585 | | | |
| | B/L#093249 | | | |
| | | | | |
| | 1179014-A | EA | 2,160.000 | ▉▉▉ |
| | GMT P/W MTR  HEX FREE | | ▉▉▉ | |
| | | | | |
| | P/N#16914775 | | | |
| | PO#0550025488 | | | |
| | RELEASE#5 | | | |
| | | | | |
| | 1179014-B | EA | 1,080.000 | ▉▉▉ |
| | GMT P/W MTR  HEX FREE. | | ▉▉▉ | |
| | | | | |
| | P/N#16914774 | | | |
| | PO#0550025488 | | | |
| | RELEASE#5 | | | |
| | | | | |
| | NO TAX ITEMS | | | ▉▉▉ |

| ISSUE STATUS | FORM NUMBER | AUTHORIZATION | FORM NAME | PAGE |
|--------------|-------------|---------------|-----------|------|
| 1 | ACCT-FORM | ACCOUNTING DEPT. HEAD | INVOICE | 1 OF 3 |

NET SALES
MISC. CHARGES        .00        TRADE DISCOUNT
FREIGHT              .00        TERMS DISCOUNT         .00
TAXES                .00     CUSTOMER COPY
                                              AMOUNT DUE      ▉▉▉

STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable
RECEIVED, subject to the classification and tariffs in effect on the date of issue on this Original Bill of Lading

JIDECO OF BARDSTOWN INC
301 WITHROW CT.

BARDSTOWN KY 40004

**BILL OF LADING**

DATE: 10/07/05    SID: (2S)    093249
PLANT CODE: RT01

SHIP TO

DELPHI SAFETY & INTERIOR

SYSTEMS

250 NORTHWOODS BLVD

POST 3 RECEIVING

VANDALIA OH 45377

USA

| SUPPLIER NO. | F.O.B. | CUST. NO.-DEST. NO. | | FREIGHT | | SHIPPER NO. |
|---|---|---|---|---|---|---|
| ES4002365 | BARDSTOWN, KY | 15900 | 1590003 | PREPAY ☐ PPD ☐<br>COL ☒ | | 093249 |

| AHTC NO./REMARKS | SHIP VIA | | ROUTING |
|---|---|---|---|
| | ARNOLD TRANSPORTATION | | |
| | | | DOCK: RT01 |

| QUANTITY SHIPPED | CUSTOMER PARTNO.-NET WEIGHT<br>WORK ORDER NO.-CUSTOMER ORDER NO. | | CONTAINERS | | CUMULATIVE | |
|---|---|---|---|---|---|---|
| | | | QTY. | TYPE | | |
| 1080 | 16914774 | 1264 | 108 | TUB64 | 48600 | |
| | 1179014-B    0550025488 | EA | | | | |
| | GMT 191 P/W MTR ASSY | | | | | |
| | REL#: 5 | | | | | |
| | #PAL: 1 | | | | | |
| 2160 | 16914775 | 2527 | 216 | TUB64 | 49680 | |
| | 1179014-A    0550025488 | EA | | | | |
| | GMT 191 P/W MTR ASSY | | | | | |
| | REL#: 5 | | | | | |
| | #PAL: 2 | | | | | |

SHIPPER LOAD AND/OR CONSIGNEE UNLOAD                    ~COLLECT~

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS    PL-PALLETS, CT-CARTONS, LOOSE, CR-CRATES, O-OTHER

| Commodity Code / Description | TUB64 | | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|---|
| 0001   AUTO PARTS | 324 | | | | 3791 | 638 | 4430 |

*{Continued on Next Page}*

7579    10/10/05

Page 1

STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable
RECEIVED, subject to the classification and tariffs in effect on the date of issue on this Original Bill of Lading

JIDECO OF BARDSTOWN INC
901 WITHROW CT.

BARDSTOWN KY 40004

**BILL OF LADING**



DATE: 10/07/05   SID: (28)   093249

CONTAINER SUMMARY, COMMODITY DESCRIPTION, WEIGHTS   PL-PALLETS, CT-CARTONS LOOSE, CR-CRATES, O-OTHER

| Commodity Code / Description | | | | | Net Wgt | Tare Wgt | Gross Wgt |
|---|---|---|---|---|---|---|---|
| T O T A L S | 324 | | | | 3791 | 639 | 4430 |

| Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without prepayment of freight and all other lawful charges. | Received $ _____ in apply in prepayment of the charges on the property described hereon. | | *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE-Where the rate is dependent on value, shippers' are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding | Charges Advanced: $ If charges are to be prepaid, write or stamp here "To be Prepaid." |
| _(Signature of Consignor)_ | Agent or Cashier | | | |
| | Per _____ (The signature here acknowledged only the amount prepaid) | | _____ $ | |

Signed for
Cartons:

6-00435

Number/Pallets:   3