UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                                                      Chapter 11

DELPHI CORPORATION, et al.,                                     Case Nos. 05-44481 (RDD)
                                                                                            (Jointly Administered)
                                    Debtors.

## CERTIFICATE OF SERVICE

Stephen L. Yonaty hereby certifies as follows:

1. That on October 19, 2005, I caused to be served the foregoing **Notice of Reclamation Demand or, Alternatively, Request for Priority Claim or Lien Treatment of Jideco of Bardstown, Inc.** dated October 17, 2005, by filing same with the Clerk of the Bankruptcy Court using the CM/ECF system which then sent notification of such filing to counsel for the Debtor, Skadden Arps Slate Meagher and Flom, LLP by electronic transmission to John Wm. Butler, Jr., Esq., Kayalyn A. Marafioti, Esq., and Thomas J. Matz, Esq. at their respective email addresses so designated for service; and upon counsel for the Debtor, Kirkpatrick & Lockhart, , by electronic transmission to Robert N. Michaelson, Esq., at his email address so designated for service; and upon the Debtor, Delphi Corporation and its subsidiaries and affiliates, by overnight courier via Federal Express to 5725 Delphi Drive Troy, Michigan 48098-2815.

                                                   /s/ Stephen L. Yonaty
                                                   Stephen L. Yonaty, Counsel for
                                                   Jideco of Bardstown, Inc
                                                   **HODGSON RUSS LLP**
                                                   One M&T Plaza, Suite 2000
                                                   Buffalo, New York  14203
                                                   Telephone:  716-856-4000
                                                   Facsimile:  716-849-0349
                                                   *syonaty@hodgsonruss.com*