BARNES & THORNBURG LLP
Attorney for Mays Chemical Company
11 S. Meridian Street
Indianapolis, IN 46204
(317) 236-1313
Alan K. Mills (AKM 1408)

**United States Bankruptcy Court**
**Southern District of New York**

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 Case |
| DELPHI CORPORATION, *et al.* | ) | No. 05-44481 |
| Debtors. | ) |  |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

To:  Kathleen Farrell                           John William Butler, Esq.
     Clerk of the Court                         Skadden, Arps, Meagher, Slate &
     United States Bankruptcy Court             Flom, LLP
     One Bowling Green, Sixth Floor             333 W. Wacker Drive, Suite 2100
     New York, NY 10004-1408                    Chicago, IL 60606

     Alicia M. Leonhard, Esq.                   Kayalyn A. Marafioti, Esq.
     Office of the U.S. Trustee                 Skadden, Arps, Meagher Slate &
     33 Whitehall Street                        Flom, LLP
     New York, NY 10004                         Four Times Square
                                                New York, NY 10036

PLEASE TAKE NOTICE, that the undersigned counsel hereby files its Notice of Appearance as counsel to Mays Chemical Company ("Mays"), in the above-captioned Chapter 11 case(s). Pursuant to Rules 2002 and 9010(b) of the Rules of Bankruptcy Procedure, we request that all notices given or required to be given in the above Chapter 11 case be given to and served upon the undersigned at the office, address, and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers but also includes, without limitation, orders and notices of any applications,

motions, petitions, pleadings, complaints, or demands transmitted or conveyed by mail delivery, telephone, telegraph, telex, or otherwise which affect the above-captioned debtor or its property.

PLEASE TAKE FURTHER NOTICE that the submission and filing of this notice and demand constitutes a "special appearance" and is not intended to be, nor shall it be deemed a consent to, or a waiver of, the right to challenge jurisdiction of this Court to adjudicate noncore matters, which right Mays Chemical Company expressly reserve without prejudice.

Dated:  October 19, 2005　　　　　　　　BARNES & THORNBURG LLP
　　　　　　　　　　　　　　　　　　　　Counsel to Mays Chemical Company


　　　　　　　　　　　　　　　　By:    /s/ Alan K. Mills
　　　　　　　　　　　　　　　　　　　Alan K. Mills (*pro hac vice pending*)
　　　　　　　　　　　　　　　　　　　Barnes & Thornburg LLP
　　　　　　　　　　　　　　　　　　　11 S. Meridian Street
　　　　　　　　　　　　　　　　　　　Indianapolis, IN 46204
　　　　　　　　　　　　　　　　　　　Telephone (317) 236-1313
　　　　　　　　　　　　　　　　　　　Facsimile (317) 231-7433
　　　　　　　　　　　　　　　　　　　E-Mail:  alan.mills@btlaw.com

INDS01 AKM 797335v1