CLEARY GOTTLIEB STEEN & HAMILTON LLP
Attorneys for Arneses Electricos
Auotomotrices, SA de CV
One Liberty Plaza
New York, NY 10006
Deborah M. Buell (3562)
(212) 225-2770


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------------
X

## NOTICE OF RECLAMATION DEMAND OF
## ARNESES ELECTRICOS AUTOMOTRICES, SA de CV

Please be advised that a Notice of Reclamation Demand on behalf of

Arneses Electricos Automotrices, SA de CV was served on October 18, 2005 on the Debtors and

their attorney of record, Kayalyn A. Marafioti, Skadden, Arps, Slate, Meagher & Flom LLP. A

true and correct copy of the Notice of Reclamation Demand is attached hereto as Exhibit "A"

and incorporated herein by reference for all purposes.

Dated: New York, New York          CLEARY GOTTLIEB STEEN & HAMILTON LLP

October 18, 2005

By: _____
        Deborah M. Buell (3562)
        One Liberty Plaza
        New York, NY 10006
        (212) 225-2770

        Counsel for Arneses Electricos
        Auotomotrices, SA de CV

2

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470

(212) 225-2000

FACSIMILE (212) 225-3999

WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC · PARIS · BRUSSELS
LONDON · MOSCOW · FRANKFURT · COLOGNE
ROME · MILAN · HONG KONG · TOKYO

Writer's Direct Dial (212) 225-2770
E-Mail dbuell@cgsh.com

ROGER W. THOMAS
MARK A. WALKER
LESLIE B. SAMUELS
ALLAN G. SPERLING
MAX GITTER
EVAN A. DAVIS
LAURENT ALPERT
BARRY M. FOX
VICTOR I. LEWKOW
LESLIE N. SILVERMAN
ROBERT L. TORTORIELLO
A. RICHARD SUSKO
STEPHEN H. SHALEN
LEE C. BUCHHEIT
JAMES M. PEASLEE
THOMAS J. MOLONEY
EDWARD D. KLEINBARD
JONATHAN I. BLACKMAN
WILLIAM F. GORIN
MICHAEL L. RYAN
ROBERT P. DAVIS
YARON Z. REICH
RICHARD S. LINCER
JAIME A. EL KOURY
STEVEN G. HOROWITZ
ANDREA G. PODOLSKY
STEVEN M. LOEB
DANIEL S. STERNBERG
DONALD A. STERN
CRAIG B. BROD
SHELDON H. ALSTER
WANDA J. OLSON
MITCHELL A. LOWENTHAL
DEBORAH M. BUELL

EDWARD J. ROSEN
LAWRENCE B. FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
SETH GROSSHANDLER
JANET L. FISHER
DAVID L. SUGERMAN
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
ANA DEMEL
RAYMOND B. CHECK
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
YVETTE P. TEOFAN
STEVEN L. WILNER
ERIKA W. NIJENHUIS
LINDSEE P. GRANFIELD
DAVID C. LOPEZ
CARMEN A. CORRALES
JAMES L. BROMLEY
RICARDO A. ANZALDUA-MONTOYA
PAUL E. GLOTZER
MICHAEL A. GERSTENZANG
LEWIS J. LIMAN
NEIL O. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
JEFFREY A. ROSENTHAL
ETHAN A. KLINGSBERG
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI JR.

JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
DAVID I. GOTTLIEB
SUNG K. KANG
JENNIFER L. KROMAN
SANDRA L. FLOW
FRANCISCO L. CESTERO
DANA G. FLEISCHMAN
FRANCESCA LAVIN
SANG JIN HAN
WILLIAM L. MCRAE
JASON FACTOR
RESIDENT PARTNERS

SANDRA M. ROCKS
ELLEN M. CREEDE
S. DOUGLAS BORISKY
JUDITH KASSEL
DAVID E. WEBB
DEBORAH E. KURTZBERG
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MAURO PREMUTICO
MARY E. ALCOCK
GABRIEL J. MESA
DAVID H. HERRINGTON
MARK A. ADAMS
HEIDE H. ILGENFRITZ
GEOFFREY B. GOLDMAN
DAVID S. BERG
RESIDENT COUNSEL

October 18, 2005

BY FACSIMILE

John Wm. Butler, Esq.                              Kayalyn A. Marafioti, Esq. (By Hand and Fax)
Skadden, Arps, Slate, Meagher & Flom LLP           Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100                  Four Times Square
Chicago, IL 60606                                  New York, NY 10036

John D. Sheehan
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48908

Re:  Reclamation demand by Arneses Electricos Automotrices, S.A. de C.V.

To the above addressees:

Arneses Electricos Automotrices, S.A. de C.V. sold and delivered certain goods to Delphi Corporation and its affiliates (the "Debtor") at the request of the Debtor and in the ordinary course of the Debtor's business prior to the filing of its bankruptcy petition. The goods consist of all of the goods described in the Schedule attached hereto (collectively, the "Goods"). The invoices documenting the sale of the Goods are attached hereto. The Debtor has not paid for any of the Goods as of this time.

All of the Goods were received by the Debtor within twenty days prior to the date of this letter, while the Debtor was insolvent, and we understand that the Goods remain in the possession of the Debtor. Accordingly, Arneses Electricos Automotrices, S.A. de C.V. is entitled to reclaim and recover immediate possession of the Goods pursuant to § 2-702 of the Uniform Commercial Code and § 546 of title 11 of the United States Code (the "Bankruptcy Code") and demands reclamation of the following goods delivered to the Debtor.

Pursuant to § 546(c) of the Bankruptcy Code and Uniform Commercial Code § 2-702, Code Arneses Electricos Automotrices, S.A. de C.V. hereby gives notice of right to reclaim the Goods and demands the return of the Goods. Please inventory and segregate the Goods and provide us with written confirmation that the Goods are on your premises. This notice and demand is intended to give notice of Arneses Electricos Automotrices, S.A. de C.V. right to reclaim goods delivered to the Debtor while the Debtor was insolvent. This notice and demand is not intended to assert rights prohibited or limited by the provisions of the automatic stay imposed by § 362 of the Bankruptcy Code.

Arneses Electricos Automotrices, S.A. de C.V. hereby expressly reserves every right, power, remedy, claim and defense now or hereinafter existing at law, in equity or by statute, and the exercise or non-exercise of any such right, power, remedy, claim or defense shall not be construed as a waiver of the right to exercise, at the same or thereafter, such right, power, remedy, claim or defense.

Please contact me at the above address at your earliest convenience so that we can arrange for the return of the Goods.

Very truly yours,

Deborah M. Buell

Enclosures

cc: José Ramón Nevarez

2

Condumex/Delphi Energy Chassis Sales from September 29, 2005 to October 8, 2005

| Invoice | Invoice Date | Description of Goods (Part Number) | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|
| 101054938 | 9/29/2005 | 13532450/550076426 | 2400 | 4.2 | $10,080.00 |
| 101054938 | 9/29/2005 | 15472329/550071184 | 2400 | 6.16 | $14,784.00 |
| 201014230 | 9/29/2005 | 13513820/550070859 | 360 | 6.551 | $2,358.36 |
| 201014231 | 9/29/2005 | 13513821/550070851 | 720 | 7.333 | $5,279.76 |
| 101054931 | 9/29/2005 | 15423389/550074531 | 2880 | 6.7974 | $19,576.51 |
| 101054932 | 9/29/2005 | 15423389/550074531 | 2880 | 6.7974 | $19,576.51 |
| 101054974 | 9/30/2005 | 15423389/550074531 | 3840 | 6.7974 | $26,102.02 |
| 301001099 | 9/30/2005 | 01 | 1 | 120,143.45 | $120,143.45 |
| 301001102 | 9/30/2005 | 01 | 1 | 731,495.95 | $731,495.95 |
| 201014264 | 10/1/2005 | 13513821/550070851 | 1440 | 7.333 | $10,559.52 |
| 201014265 | 10/1/2005 | 13513820/550070859 | 1440 | 6.551 | $9,433.44 |
| 201014275 | 10/4/2005 | 13513820/550070859 | 1440 | 6.551 | $9,433.44 |
| 201014276 | 10/4/2005 | 13513821/550070851 | 1440 | 7.333 | $10,559.52 |
| 101055072 | 10/5/2005 | 15423389/550074531 | 3840 | 6.7974 | $26,102.02 |
| 201014301 | 10/6/2005 | 13513821/550070851 | 720 | 7.333 | $5,279.76 |
| 201014300 | 10/6/2005 | 13513820/550070859 | 1080 | 6.5510 | $7,075.08 |
| 101055125 | 10/6/2005 | 13532450/550076426 | 2400 | 4.2 | $10,080.00 |
| 101055125 | 10/6/2005 | 15472329/550071184 | 2400 | 6.16 | $14,784.00 |
| 101055151 | 10/7/2005 | 15423389/550074531 | 4320 | 6.7974 | $29,364.77 |
| 201014320 | 10/8/2005 | 13513820/550070859 | 1440 | 6.5510 | $9,433.44 |
| 201014321 | 10/8/2005 | 13513821/550070851 | 1440 | 7.333 | $10,559.52 |
| | | | | | $1,102,061.07 |



| VENDIDO A (SOLD TO) | ENVIAR A (SHIP TO) | CLIENTE (CUSTOMER) | FACTURA (INVOICE) |
|---|---|---|---|
| DELPHI AUTOMOTIVE SYSTEMS HARRISON THERMAL SYSTEMS 200 UPPER MOUNTAIN RD. LOCPORT 14094-1896 NY 14094USA | RAMOS PURCHASE PARTS AUTOLOG RAMOS ARIZPE PARQUE IND. FINSA, LOTE 4 RAMOS ARIZPE, COAH. CP 25900 | DTISU **FECHA (DATE) (MM/DD/AAAA)** 09/29/2005 | 101054938 **PEDIDO (YOUR ORDER)** |

| FOB | ORIGEN | CONDICIONES (CONDITIONS) | REMISION (PACKING LIST/NBR) |
|---|---|---|---|
| | 01, ARELA 1, QUERETARO | 60 DIAS | |

Premio Nacional de Tecnologia 2002

| CODIGO (PART No) | DESCRIPCION (DESCRIPTION) | U.M. (UNIT) | CANTIDAD (QTY) | PRECIO UNIT. (UNIT PRICE) | TOTAL (AMOUNT) |
|---|---|---|---|---|---|
| 13532450 550076426 | NIV. 01  MOD. 2006 WRG ASM COOL FAN JPR | PZ | 2400 | 4.2000 | 10,080.00 |
| 15472329 550071184 | NIV. 09  MOD. 2006 WRG ASM HVAC JUMPER WIRING | PZ | 2400 | 6.1600 | 14,784.00 |

3077 LB.  1397 KG.  PESO BRUTO
  7 TARIMAS DE PLASTICO.  2038 LB.  925 KG.  PESO NETO
120 CONTENEDORES CODIGO 5312
  24 CONTENEDORES CODIGO 222-223E
PAGO EN UNA SOLA EXHIBICION.
(Twenty-Four Thousand Eight Hundred Sixty-Four DOLLARS 00/100 USD)

*(handwritten)*
LINEA — TRANSPORTES MORALES
TALON — 3297
OP — RAUL DIAZ
PLACAS — 870E4S
HORA — 16:30 P.M

## ARNESES ELECTRICOS AUTOMOTRICES, S.A. DE C.V.

| IMPORTE (AMOUNT) | 24,864.00 |
|---|---|
| 0% IVA | 0.00 |
| TOTAL (TOTAL AMOUNT) | 24,864.00 |

**DOMICILIO FISCAL:**
PLANTA 1 QUERETARO
CARRETERA PANAMERICANA KM. 234.5
C.P. 76900 CORREGIDORA, QRO.
TEL. 01 (442) 238-63-00
FAX 01 (442) 213-63-01

**PLANTA SILAO:**
PROLONGACION ALLENDE No. 300
C.P. 36160
APASEO EL GDE., GTO.
TEL. 01 (413) 158-36-24
FAX 01 (413) 158-36-81

**PLANTA SILAO:**
CARR. PANAMERICANA KM. 148.3
TRAMO IRAPUATO - SILAO
C.P. 36100 SILAO, GTO.
TEL. 01 (472) 723-04-09
FAX 01 (472) 723-04-08

**CENTRO DE DISEÑO:**
BOULEVARD B. QUINTANA No. 133
COL. LOMA DORADA
C.P. 76010 QUERETARO, QRO.
TEL. 01 (442) 213-13-02
FAX 01 (442) 213-43-47

ADVERTENCIA: EL AGENTE AUTORIZADO PARA REPARTIR SUS PROPIOS COMPROBANTES

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

**GRUPO CONDUMEX**

| VENDIDO A (SOLD TO) | ENVIAR A (SHIP TO) | CLIENTE (CUSTOMER) | FACTURA (INVOICE) |
|---|---|---|---|
| DELPHI AUTOMOTIVE SYSTEMS<br>DELPHI AUTOMOTIVE SYSTEMS<br>200 UPPER MOUNTAIN ROAD<br>LOCKPORT, NEW YORK | DELPHI DE MEXICO, S.A DE<br>C.V AV. HERMANOS ESCOBAR #5756<br>COL. FOVISSSTE CHAMIZAL<br>CD. JUAREZ CHIHUAHUA CP.32310<br>PROGRAMA DE MAQUILA 2004-315 | 6DAEXU | 201014230 |
| | | FECHA (DATE) (MM/DD/AAAA)<br>09/29/2005 | PEDIDO (YOUR ORDER) |
| F.O.B.<br>TERRESTRE | ORIGEN<br>06, APASEO | CONDICIONES (CONDITIONS)<br>60 DIAS | REMISIÓN (PACKING LIST NBR) |

Premio Nacional de Tecnología 2002

| CÓDIGO (PART. No.) | DESCRIPCIÓN (DESCRIPTION) | U.M. (UNIT) | CANTIDAD (QTY) | PRECIO UNIT. (UNIT. PRICE) | TOTAL (AMOUNT) |
|---|---|---|---|---|---|
| 13513820<br>550070859 | NIV. 00  MOD. 2003<br>ARNES HVAC HARRISON 22 CTOS.<br>Operacion de Maquiladora Controladora de Empresas conforme a la regla 2.8.3 numeral 22 de las<br>De Caracter General en Materia de Comercio Exterior para  2005 y reglas 5.2.6 y 5.2.8 mismas<br>reglas. Oficio 326-SAT-64004 Exp.310/4000. Emp. Certificada con oficio AGAEC-10001<br>Para Entrega a Rio Bravo Electricos, SA de CV Lote 47/50 Mza 4 Parque Ind Fipasi C.P 32550<br>Silao Gto.     Num de Reg Pitex de Arneses Electricos Automotrices, SA de CV 85-007<br>446 LB.   202 KG<br>304 LB.   138 KG.<br>PAGO EN UNA SOLA EXHIBICION<br>(Two Thousand Three Hundred Fifty-Eight DOLLARS 36/100 USD) | PZ | 360 | 6.5510 | 2,358.36 |

JESUS
PLACAS:
TALON.
SALE
CEL 01

MAUJOC LEDO
9856015
00242
08:00 Hres
41310087 98

## ARNESES ELÉCTRICOS AUTOMOTRICES, S.A. DE C.V.

| DOMICILIO FISCAL.<br>PLANTA 1 QUERÉTARO<br>CARRETERA PANAMERICANA KM 250.5<br>C.P. 76500 CORREGIDORA, QRO<br>TEL: 01 (442) 209-63-00<br>FAX 01 (442) 255-05-01 | PLANTA APASEO<br>PROLONGACIÓN ALLENDE No. 390<br>C.P. 38180<br>APASEO EL GDE., GTO.<br>TEL.: 01 (413) 158-24-24<br>FAX. 01(413) 158-24-81 | PLANTA SILAO<br>CARR. PANAMERICANA KM. 146.5<br>TRAMO IRAPUATO-SILAO<br>C.P. 36100 SILAO, GTO.<br>TEL.: 01 (472) 722-04-00<br>FAX: 01(472) 722-04-06 | CENTRO DE DISEÑO<br>BOULEVARD B. QUINTANA No. 139<br>COL. LOMA DORADA<br>C.P. 76060 QUERÉTARO, QRO<br>TEL.: 01 (442) 213-72-02<br>FAX: 01(442) 213-40-67 | IMPORTE (AMOUNT)<br>2,358.36<br>0% IVA<br>0.00<br>TOTAL<br>2,358.36 |

GRUPO CONDUMEX

| VENDIDO A (SOLD TO) | ENVIAR A (SHIP TO) | CLIENTE (CUSTOMER) | FACTURA (INVOICE) | |
|---|---|---|---|---|
| DELPHI AUTOMOTIVE SYSTEMS<br>DELPHI AUTOMOTIVE SYSTEMS<br>200 UPPER MOUNTAIN ROAD<br>LOCKPORT, NEW YORK | DELPHI DE MEXICO, S.A DE<br>C.V AV. HERMANOS ESCOBAR #5756<br>COL. POVISSSTE CHAMIZAL<br>CD. JUAREZ CHIHUAHUA CP.32310<br>PROGRAMA DE MAQUILA 2004-315 | **6DAEXU**<br>FECHA (DATE) (MM/DD/AAAA)<br>**09/29/2005** | **201014231**<br>PEDIDO (YOUR ORDER) | Premio<br>Nacional<br>de Tecnología<br>2 0 0 2 |
| **F.O.B.** | ORIGEN | CONDICIONES (CONDITIONS) | REMISIÓN (PACKING LIST NBR) | |
| TERRESTRE | 06, APASEO | 60 DIAS | | |

| CÓDIGO<br>(PART. No.) | DESCRIPCIÓN<br>(DESCRIPTION) | U.M.<br>(UNIT) | CANTIDAD<br>(QTY) | PRECIO UNIT.<br>(UNIT. PRICE) | TOTAL<br>(AMOUNT) |
|---|---|---|---|---|---|
| 13513821<br>550070851 | NIV. 00 MOD. 2003<br>ARNES HVAC HARRISON 28 CTOS.<br>Operacion de Maquiladora Controladora de Empresas conforme a la regla 2.8.3 numeral 22 de las<br>De Caracter General en Materia de Comercio Exterior para 2005 y reglas 5.2.6 y 5.2.8 mismas<br>reglas. Oficio 326-SAT-64804 Exp.310/4000. Emp. Certificada con oficio AGAEC-10001<br>Para Entrega a Rio Bravo Electricos, SA de CV Lote 47/50 Mza 4 Parque Ind Fipasi C.P 32550<br>Silao Gto.    Num de Reg Pitex de Arneses Electricos Automotrices, SA de CV 85-007<br>864 LB.  392 KG.<br>580 LB.  263 KG.<br>PAGO EN UNA SOLA EXHIBICION<br>(Five Thousand Two Hundred Seventy-Nine DOLLARS 76/100 USD | PZ | 720 | 7.3330 | 5,279.76 |

*Handwritten notes:*
JESUS MUNOZLEDO
PLACAS QB56015
TALON 00242
SALE 08:00 Hrs
CEL 0 4131008793

## ARNESES ELÉCTRICOS AUTOMOTRICES, S.A. DE C.V.

| DOMICILIO FISCAL: | PLANTA APASEO | PLANTA SILAO | CENTRO DE DISEÑO |
|---|---|---|---|
| PLANTA 1 QUERÉTARO | PROLONGACIÓN ALLENDE No. 380 | CARR. PANAMERICANA KM 148.5 | BOULEVARD B. QUINTANA KM. 139 |
| CARRETERA PANAMERICANA KM. 230.5 | C.P. 38160 | TRAMO IRAPUATO-SILAO | COL. LOMA DORADA |
| C.P. 76900 CORREGIDORA, QRO. | APASEO EL GDE., GTO. | C.P. 36100 SILAO, GTO. | C.P. 76090 QUERÉTARO, QRO. |
| TEL.: 01 (442) 209-63-00 | TEL.: 01 (413) 158-24-24 | TEL.: 01 (472) 722-94-00 | TEL.: 01 (442) 213-72-02 |
| FAX: 01 (442) 256-05-01 | FAX: 01 (413) 158-24-81 | FAX: 01 (472) 722-94-06 | FAX: 01 (442) 213-48-67 |

| IMPORTE (AMOUNT) | 5,279.76 |
|---|---|
| 0% IVA | 0.00 |
| TOTAL | 5,279.76 |

GRUPO CONDUMEX



| VENDIDO A (SOLD TO) | ENVIARA (SHIP TO) | CLIENTE (Cus. No.) | FACTURA (INVOICE) |
|---|---|---|---|

**IMPORTER CONSIGNEE:**
ARNESES ELECT. AUTOM. SA DE CV
CARR. PANAMERICANA KM 230.5
CORREGIDORA, QRO.  C.P. 76900
DELPHI ENERGY & CHASIS SYSTEMS
5820 DELPHI DR. TROY, MI. 48098 USA

DELPHI  E&C ROCHESTER
1000 LEXINGTON, AVE.
ROCHESTER, NY. 14606
USA

DECSU

**FECHA** (DATE) (MM-DD/AAAA)
09/29/2005

**F.O.B.**

ORIGEN

03, LOGTEC JUAREZ

101054931

**PEDIDO** (YOUR ORDER)

**CONDICIONES** (CONDITIONS)
30 DIAS

**REMISION** (PACKING LIST ABR.)

Premio
Nacional
de Tecnología
2 0 0 2

| CODIGO (PART N°) | DESCRIPCION (DESCRIPTION) | U.M. (UNIT) | CANTIDAD (QTY) | PRECIO UNIT. (UNIT. PRICE) | TOTAL (AMOUNT) |
|---|---|---|---|---|---|
| 15423389 550074531 | NIV. 06  MOD. 2006 WRG ASM FUEL INYECTOR LX9 3147 LB.  1429 KG.  PESO BRUTO 2880 LB.  1308 KG.  PESO NETO 6 TARIMAS MX 8544.30.0000  CUSTOM ASSIGNED NUMBER:052402-000  47  PAGO EN UNA SOLA EXHIBICION (Nineteen Thousand Five Hundred Seventy-Six DOLLARS 51/100 USD) | PZ | 2880 | 6.7974 | 19,576.51 |

## ARNESES ELECTRICOS AUTOMOTRICES, S.A. DE C.V.

| | | | | |
|---|---|---|---|---|
| **DOMICILIO FISCAL:** | **PLANTA A PAREDO** | **PLANTA SILAO** | **CENTRO DE DISEÑO** | |
| **PLANTA 1 QUERETARO** | **PROLONGACION ALLENDE No. 330** | **CARR. PANAMERICANA KM. 148.5** | **BOULEVARD B. QUINTANA No. 120** | |
| CARRETERA PANAMERICANA KM. 230.5 | C.P. 38160 | TRAMO IRAPUATO SILAO | COL. LOMA DORADA | |
| C.P. 76900 CORREGIDORA, QRO. | APASEO EL GDE., GTO. | C.P. 35140 SILAO, GTO. | C.P. 76140 QUERETARO, QRO. | |
| TEL. 01 (442) 229-63-69 | TEL. 01 (412) 158-26-34 | TEL. 01 (472) 722-04-40 | TEL. 01 (442) 213-72-62 | |
| FAX: 01 (442) 225-05-61 | FAX. 01 (413) 158-24-61 | FAX: 01 (472) 722-04-66 | FAX: 01 (441) 213-48-67 | |

| | |
|---|---|
| **IMPORTE (AMOUNT)** | 19,576.51 |
| **0% IVA** | 0.00 |
| **TOTAL (TOTAL AMOUNT)** | 19,576.51 |

CUM TRIBUTENTE AUTORIZADO PARA IMPRIMIR SUS PROPIOS COMPROBANTES

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

| VENDIDO A (SOLD BY) | ENVIAR A (SHIP TO) | CLIENTE (CLIENT) | FACTURA (INVOICE) |
|---|---|---|---|



**IMPORTER CONSIGNEE:**
ARNESES ELECT. AUTOM. SA DE CV
CARR. PANAMERICANA KM 230.5
CORREGIDORA, QRO.  C.P. 76900
DELPHI ENERGY & CHASIS SYSTEMS
5820 DELPHI DR. TROY, MI. 48098 USA

DELPHI  E&C ROCHESTER
1000 LEXINGTON, AVE.
ROCHESTER, NY. 14606
USA

| | |
|---|---|
| DECSU | |
| **FECHA** (DATE) (M.M/DD/AAAA) | **101054932** |
| 09/29/2005 | **PEDIDO** (YOUR ORDER) |
| **CONDICIONES** (CONDITIONS) | **REMISION** (PACKING LIST Nbr) |
| 30 DIAS | |

**F.O.B.**

**ORDEN**
03, LOGTEC JUAREZ

Premio Nacional de Tecnología 2002

| CODIGO (PART NO.) | DESCRIPCION (DESCRIPTION) | U.M. (UNIT) | CANTIDAD (QTY) | PRECIO UNIT. (UNIT PRICE) | TOTAL (AMOUNT) |
|---|---|---|---|---|---|
| 15423389 550074531 | NIV. 06  MOD. 2006 WRG ASM FUEL INYECTOR LX9 3147 LB.  1429 KG.  PESO BRUTO 2880 LB.  1308 KG.  PESO NETO 6 TARIMAS MX 8544.30.0000<br><br>CUSTOM ASSIGNED NUMBER 052402-000  47<br><br>PAGO EN UNA SOLA EXHIBICION (Nineteen Thousand Five Hundred Seventy-Six DOLLARS 51/100 USD) | PZ | 2880 | 6.7974 | 19,576.51 |

## ARNESES ELECTRICOS AUTOMOTRICES, S.A. DE C.V.

| | |
|---|---|
| **IMPORTE (AMOUNT)** | 19,576.51 |
| 08 IVA | 0.00 |
| **TOTAL (TOTAL AMOUNT)** | 19,576.51 |

**DOMICILIO FISCAL:**
PLANTA 1  QUERETARO
CARRETERA PANAMERICANA KM. 230.5
C.P. 76904 CORREGIDORA, QRO.
TEL. 01 (442) 238-03-06
FAX. 01 (442) 228-09-01

**PLANTA APASEO**
PROLONGACION ALLENDE No. 803
C.P. 31110
APASEO EL GDE., GTO.
TEL. 01 (413) 158-24-34
FAX. 01 (413) 158-24-01

**PLANTA SILAO**
CARR. PANAMERICANA KM. 106.5
TRAMO IRAPUATO - SILAO
C.P. 36100 SILAO, GTO.
TEL. 01 (472) 722-84-04
FAX. 01 (472) 722-04-03

**CENTRO DE DISEÑO**
BOULEVARD B. QUINTANA No. 123
COL. LOMA DORADA
C.P. 76040 QUERETARO, QRO.
TEL. 01 (442) 213-72-43
FAX. 01 (442) 213-43-67

CONTRIBUYENTE AUTORIZADO PARA IMPRIMIR SUS PROPIOS COMPROBANTES

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

**GRUPO CONDUMEX**

ORIGINAL

**DELCO ELECTRONICS SYSTEMS**
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904-9005

01

SERVICIOS DE ING. GSC SEPTIEMBRE 2005

**ENGINEERING SERVICES OF SEPTEMBER 2005**
PAGO EN UNA SOLA EXHIBICION
(Seven Hundred Thirty One Thousand Four Hundred Ninety-Five DOLLARS 95/100 USD)

CONDUMEX
4N106606

**ENVIAR A (SHIP TO)**
CONDL. X, INC.
1184 W. CORPORATE DRIVE,
SUITE E.
ARLINGTON TX. 760006

07, LOMA DORADA

**CLIENT (CUSTOMER)**
7DEL-OU

**FECHA (DATE)**
09/30/2005

**CONDICIONES (CONDITIONS)**
60 DIAS

**FACTURA (INVOICE)**
301001102

| CANT (QUANTITY) | IMPORTE (AMOUNT) | TOTAL (AMOUNT) |
|---|---|---|
| 1 | 731,495.9500 | 731,495.95 |

OTRO (IVA) ... 731,495.95
0% IVA ... 0.00

**ARNESES ELECTRICOS AUTOMOTRICES, S.A. DE C.V.**

GRUPO CONDUMEX

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE, CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

| VENDIDO A (BILLED A) | ENVIAR A (SHIP TO) | CTE (CUSTOMER) | FACTURA (INVOICE) |
|---|---|---|---|
| DELPHI PACKARD ELECTRIC SYSTEMS P.O. BOX 431 0950 STA 13-C WARREN OH. 44486 | CO. JMEX, INC. 1184 W. CORPORATE DRIVE, SUITE, E ARLINGTON TX. 760006 | 7UPARKU | 301001099 |

| | FECHA (DATE) (MM/DD/AAAA) | PEDIDO (YOUR ORDER) |
|---|---|---|
| | 09/30/2005 | P1S15451 |

| RFC | ORIGEN | CONDICIONES (CONDITIONS) | REMISION (PACKING LIST NBR) |
|---|---|---|---|
| | 07,LOMA DORADA | 60 DIAS | |

| CODIGO (PART NO.) | DESCRIPCION (DESCRIPTION) | U.I. (UNIT) | CANTIDAD (QTY) | PRECIO UNIT (UNIT. PRICE) | TOTAL (AMOUNT) |
|---|---|---|---|---|---|
| 01 | ENGINEERING SERVICES OF SEPTEMBER 2005 | | 1 | 120,143.4500 | 120,143.45 |

CAD RESOURCES/SERVICES  SUPPORT TO DELPHI PACKARD
OR ITS SUBSIDIARIES AT "COST+10%" EFFECTIVE 1/1/04 TO
12/31/04 REFERENCE REQ #SG-2-SV-030 PROMOTORA
JOINT VENTURE WITH CONDUMEX AUTOMOTIVE (ARNESES
ELECTRICOS AUTOMOTRICES DIV. OF PROMOTORA)
WHO ORDERED: J. RHINEHART X5189
PAGO EN UNA SOLA EXHIBICION
(One Hundred Twenty Thousand One Hundred Forty-Three DOLLARS 45/100 USD)

ARNESES ELECTRICOS AUTOMOTRICES, S.A. DE C.V.

| | | IMPORTE (AMOUNT) | 120,143.45 |
|---|---|---|---|
| | | 0% IVA | 0.00 |
| | | TOTAL (TOTAL AMOUNT) | 120,143.45 |

| VENDIDO A | ENVIAR A | CLIENTE | FACTURA |
|---|---|---|---|
| IMPORTER CONSIGNEE:<br>ARNESES ELECT. AUTOM. SA DE CV<br>CARR. PANAMERICANA KM 230.5<br>CORREGIDORA, QRO. C.P. 76900<br>DELPHI ENERGY & CHASIS SYSTEMS<br>5820 DELPHI DR. TROY, MI. 48098 USA | DELPHI E&C ROCHESTER<br>1000 LEXINGTON, AVE.<br>ROCHESTER, NY. 14606<br>USA | DECSU | 101054974 |

| | | FECHA | PEDIDO |
|---|---|---|---|
| | | 09/30/2005 | |

| | CONDICIONES | REMISION |
|---|---|---|
| 03, LOGTEC JUAREZ | 30 DIAS | |

Premio
Nacional
de Tecnologia
2 0 0 2

| CODIGO | DESCRIPCION | U.M. | CANTIDAD | PRECIO UNIT. | TOTAL |
|---|---|---|---|---|---|
| 15423389<br>550074531 | NIV. 06 MOD. 2006<br>WRG ASM FUEL INYECTOR LX9<br>4196 LB. 1905 KG. PESO BRUTO<br>3840 LB. 1743 KG. PESO NETO<br>8 TARIMAS<br>MX 8544.30.0000<br><br>CUSTOM ASSIGNED NUMBER 052402-000 47<br><br><br>PAGO EN UNA SOLA EXHIBICION<br>(Twenty-Six Thousand One Hundred Two DOLLARS 02/100 USD) | PZ | 3840 | 6.7974 | 26,102.02 |

## ARNESES ELECTRICOS AUTOMOTRICES, S.A. DE C.V.

| DOMICILIO FISCAL: | PLANTA APASEO | PLANTA SILAO | CENTRO DE DISEÑO |
|---|---|---|---|
| PLANTA 1 QUERETARO | PROLONGACION ALLENDE No. 310 | CARR. PANAMERICANA KM. 148.5 | BOULEVARD B. QUINTANA No. 133 |
| CARRETERA PANAMERICANA KM. 230.5 | C.P. 38160 | TRAMO IRAPUATO - SILAO | COL. LOMADORADA |
| C.P. 76900 CORREGIDORA, QRO. | APASEO EL GDE., GTO. | C.P. 36100 SILAO, GTO. | C.P. 76000 QUERETARO, QRO. |
| TEL. 01 (442) 199-83-00 | TEL. 01 (413) 158-34-24 | TEL. 01 (472) 723-04-09 | TEL. 01 (442) 213-73-02 |
| FAX: 01 (442) 225-85-01 | FAX. 01 (413) 158-34-81 | FAX: 01 (472) 723-04-05 | FAX. 01 (442) 213-48-57 |

| IMPORTE (AMOUNT) | 26,102.02 |
|---|---|
| 0% IVA | 0.00 |
| TOTAL (TOTAL AMOUNT) | 26,102.02 |

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

| VENDIDO A (SOLD TO) | ENVIAR A (SHIP TO) | CLIENTE (CUSTOMER) | FACTURA (INVOICE) |
|---|---|---|---|
| DELPHI AUTOMOTIVE SYSTEMS<br>DELPHI AUTOMOTIVE SYSTEMS<br>200 UPPER MOUNTAIN ROAD<br>LOCKPORT, NEW YORK | DELPHI DE MEXICO, S.A DE<br>C.V AV. HERMANOS ESCOBAR #5756<br>COL. POVISSSTE CHAMIZAL<br>CD. JUAREZ CHIHUAHUA CP.32310<br>PROGRAMA DE MAQUILA 2004-315 | **6DAEXU** | **201014264** |
| | | FECHA (DATE) (MM/DD/AAAA)<br>**10/01/2005** | PEDIDO (YOUR ORDER) |

| F.O.B. | ORIGEN | CONDICIONES (CONDITIONS) | REMISIÓN (PACKING LIST NBR) |
|---|---|---|---|
| TERRESTRE | 06, APASEO | 60 DIAS | |

Premio Nacional de Tecnología 2002

| CÓDIGO<br>(PART. No.) | DESCRIPCIÓN<br>(DESCRIPTION) | U.M.<br>(UNIT) | CANTIDAD<br>(QTY) | PRECIO UNIT.<br>(UNIT. PRICE) | TOTAL<br>(AMOUNT) |
|---|---|---|---|---|---|
| 13513821<br>550070851 | NIV. 00  MOD. 2003<br>ARNES HVAC HARRISON 28 CTOS.<br>Operacion de Maquiladora Controladora de Empresas conforme a la regla 2.8.3 numeral 22 de las<br>De Caracter General en Materia de Comercio Exterior para 2005 y reglas 5.2.6 y 5.2.8 mismas<br>reglas. Oficio 326-SAT-64804 Exp.310/4000. Emp. Certificada con oficio AGABC-10001<br>Para Entrega a Rio Bravo Eléctricos, SA de CV Lote 47/50 Mza 4 Parque Ind Fipasi C.P 32550<br>Silao Gto.    Num de Reg Pitex de Arneses Electricos Automotrices, SA de CV 85-007<br>1727 LB.   784 KG.<br>1159 LB.   526 KG<br>PAGO EN UNA SOLA EXHIBICION<br>(Ten Thousand Five Hundred Fifty-Nine DOLLARS 52/100 USD) | PZ | 1440 | 7.3330 | 10,559.52 |

*Jesus Munozledo*
*PLACAS: GB56015*
*TALON: 00243*
*SALE: 08:15 HRS*
*CEL-01413100 0798*

## ARNESES ELÉCTRICOS AUTOMOTRICES, S.A. DE C.V.

| | | | |
|---|---|---|---|
| **DOMICILIO FISCAL:** | **PLANTA APASEO** | **PLANTA SILAO** | **CENTRO DE DISEÑO** |
| PLANTA 1 QUERETARO | PROLONGACIÓN ALLENDE No. 380 | CARR. PANAMERICANA KM. 146.5 | BOULEVARD B. QUINTANA No. 139 |
| CARRETERA PANAMERICANA KM. 230.5 | C.P. 38160 | TRAMO IRAPUATO-SILAO | COL. LOMA DORADA |
| C.P. 78900 CORREGIDORA, QRO. | APASEO EL GDE., GTO. | C.P. 36100 SILAO, GTO. | C.P. 76000 QUERETARO, QRO |
| TEL.: 01 (442) 209-63-00 | TEL.: 01 (413) 155-24-24 | TEL.: 01 (472) 722-64-00 | TEL.: 01 (442) 213-72-02 |
| FAX: 01 (442) 255-05-01 | FAX: 01(413) 158-24-81 | FAX: 01(472) 722-64-00 | FAX: 01 (442) 213-45-67 |

| IMPORTE (AMOUNT) | 10,559.52 |
|---|---|
| 08 IVA | 0.00 |
| **TOTAL** | 10,559.52 |

GRUPO CONDUMEX



| VENDIDO A (SOLD TO) | ENVIAR A (SHIP TO) | CLIENTE (CUSTOMER) | FACTURA (INVOICE) |
|---|---|---|---|
| DELPHI AUTOMOTIVE SYSTEMS<br>DELPHI AUTOMOTIVE SYSTEMS<br>200 UPPER MOUNTAIN ROAD<br>LOCKPORT, NEW YORK | DELPHI DE MEXICO, S.A DE<br>C.V AV. HERMANOS ESCOBAR #5756<br>COL. FOVISSSTE CHAMIZAL<br>CD. JUAREZ CHIHUAHUA CP.32310<br>PROGRAMA DE MAQUILA 2004-315 | **6DAEXU**<br>FECHA (DATE) (MM/DD/AAAA)<br>10/01/2005 | **201014265**<br>PEDIDO (YOUR ORDER) |

| F.O.B. | ORIGEN | CONDICIONES (CONDITIONS) | REMISION (PACKING LIST NBR) |
|---|---|---|---|
| TERRESTRE | 06, APASEO | 60 DIAS | |

| CÓDIGO (PART. No.) | DESCRIPCIÓN (DESCRIPTION) | U.M. (UNIT) | CANTIDAD (QTY) | PRECIO UNIT. (UNIT. PRICE) | TOTAL (AMOUNT) |
|---|---|---|---|---|---|
| 13513820<br>550070859 | NIV. 00  MOD. 2003<br>ARNES HVAC HARRISON 22 CTOS.<br>Operacion de Maquiladora Controladora de Empresas conforme a la regla 2.8.3 numeral 22 de las<br>De Caracter General en Materia de Comercio Exterior para 2005 y reglas 5.2.6 y 5.2.8 mismas<br>reglas. Oficio 326-SAT-64804 Exp.310/4000. Emp. Certificada con oficio AGAEC-10001<br>Para Entrega a Rio Bravo Electricos, SA de CV Lote 47,50 Mza 4 Parque Ind Fipasi C.P 32550<br>Silao Gto.   Num de Reg Pitex de Arneses Electricos Automotrices, SA de CV 85-007<br>1785 LB.   810 KG.<br>1217 LB.   553 KG<br>PAGO EN UNA SOLA EXHIBICION<br>(Nine Thousand Four Hundred Thirty-Three DOLLARS 44/100 USD) | PZ | 1440 | 6.5510 | 9,433.44 |

Jesus Munozleoo
Placas 6805764
Talon 00244
Sale: 09.00 Hrs
Cel. 014130008798

## ARNESES ELÉCTRICOS AUTOMOTRICES, S.A. DE C.V.

| DOMICILIO FISCAL:<br>PLANTA 1 QUERÉTARO<br>CARRETERA PANAMERICANA KM. 230.5<br>C.P. 76800  CORREGIDORA, QRO.<br>TEL.: 01 (442) 209-63-00<br>FAX: 01 (442) 255-05-01 | PLANTA APASEO<br>PROLONGACIÓN ALLENDE No. 380<br>C.P. 38160<br>APASEO EL GDE., GTO.<br>TEL.: 01 (413) 158-24-24<br>FAX: 01(413) 158-24-81 | PLANTA SILAO<br>CARR. PANAMERICANA KM. 148.5<br>TRAMO IRAPUATO-SILAO<br>C.P. 36100  SILAO, GTO.<br>TEL.: 01 (472) 722-94-00<br>FAX: 01(472) 722-94-08 | CENTRO DE DISEÑO<br>BOULEVARD B. QUINTANA No 139<br>COL. LOMA DORADA<br>C.P. 76060  QUERÉTARO, QRO.<br>TEL.: 01 (442) 213-72-02<br>FAX: 01(442) 213-43-67 |
|---|---|---|---|

| IMPORTE (AMOUNT) | 9,433.44 |
|---|---|
| 0% IVA | 0.00 |
| **TOTAL** | 9,433.44 |



| VENDIDO A (SOLD TO) | ENVIAR A (SHIP TO) | CLIENTE (CUSTOMER) | FACTURA (INVOICE) |
|---|---|---|---|
| DELPHI AUTOMOTIVE SYSTEMS<br>DELPHI AUTOMOTIVE SYSTEMS<br>200 UPPER MOUNTAIN ROAD<br>LOCKPORT, NEW YORK | DELPHI DE MEXICO, S.A DE<br>C.V AV. HERMANOS ESCOBAR #5756<br>COL. FOVISSSTE CHAMIZAL<br>CD. JUAREZ CHIHUAHUA CP.32310<br>PROGRAMA DE MAQUILA 2004-315 | **6DABXU**<br>FECHA (DATE) (MM/DD/AAAA)<br>10/04/2005 | 201014275<br>PEDIDO (YOUR ORDER) |

| F.O.B. | ORIGEN | CONDICIONES (CONDITIONS) | REMISIÓN (PACKING LIST NBR) |
|---|---|---|---|
| TERRESTRE | 06,APASEO | 60 DIAS | |

Premio Nacional de Tecnología 2002

| CÓDIGO (PART. No.) | DESCRIPCIÓN (DESCRIPTION) | U.M. (UNIT) | CANTIDAD (QTY) | PRECIO UNIT. (UNIT. PRICE) | TOTAL (AMOUNT) |
|---|---|---|---|---|---|
| 13513820<br>550070859 | NIV. 00 MOD. 2003<br>ARNES HVAC HARRISON 22 CTOS.<br>Operacion de Maquiladora Controladora de Empresas conforme a la regla 2.8.3 numeral 22 de las<br>De Caracter General en Materia de Comercio Exterior para 2005 y reglas 5.2.6 y 5.2.8 mismas<br>reglas. Oficio 326-SAT-64804 Exp.310/4000. Emp. Certificada con oficio AGAEC-10001<br>Para Entrega a Rio Bravo Electricos, SA de CV Lote 47/50 Mza 4 Parque Ind Fipasi C.P 32550<br>Silao Gto.    Num de Reg Pitex de Arneses Electricos Automotrices, SA de CV 85-007<br>1785 LB.  810 KG.<br> 1217 LB.  553 KG<br>PAGO EN UNA SOLA EXHIBICION<br>(Nine Thousand Four Hundred Thirty-Three DOLLARS 44/100 USD) | PZ | 1440 | 6.5510 | 9,433.44 |

*handwritten:* Jesús Manzaledo Plaos EB05764 Talon #0246 Salida 11:30 EC 01.413.00-37-98

## ARNESES ELÉCTRICOS AUTOMOTRICES, S.A. DE C.V.

| DOMICILIO FISCAL: | PLANTA APASEO | PLANTA SILAO | CENTRO DE DISEÑO |
|---|---|---|---|
| PLANTA 1 QUERÉTARO | PROLONGACIÓN ALLENDE No. 380 | CARR. PANAMERICANA KM. 146.6 | BOULEVARD B. QUINTANA No. 138 |
| CARRETERA PANAMERICANA KM. 210.5 | C.P. 38160 | TRAMO IRAPUATO-SILAO | COL. LOMA DORADA |
| C.P. 76900 CORREGIDORA, QRO. | APASEO EL GDE., GTO | C.P. 36100 SILAO, GTO. | C.P. 76050 QUERÉTARO, QRO |
| TEL.: 01 (442) 209-63-00 | TEL.: 01 (413) 158-24-24 | TEL.: 01 (472) 722-04-00 | TEL.: 01 (442) 213-72-02 |
| FAX: 01 (442) 255-05-01 | FAX: 01(413) 158-24-81 | FAX: 01(472) 722-04-06 | FAX: 01(442) 213-48-67 |

| IMPORTE (AMOUNT) | 9,433.44 |
|---|---|
| 0% IVA | 0.00 |
| TOTAL | 9,433.44 |

**GRUPO CONDUMEX**



| **VENDIDO A (SOLD TO)** | **ENVIAR A (SHIP TO)** | **CLIENTE (CUSTOMER)** | **FACTURA (INVOICE)** |
|---|---|---|---|
| DELPHI AUTOMOTIVE SYSTEMS<br>DELPHI AUTOMOTIVE SYSTEMS<br>200 UPPER MOUNTAIN ROAD<br>LOCKPORT, NEW YORK | DELPHI DE MEXICO, S.A DE<br>C.V AV. HERMANOS ESCOBAR #5756<br>COL. FOVISSSTE CHAMIZAL<br>CD. JUAREZ CHIHUAHUA CP.32310<br>PROGRAMA DE MAQUILA 2004-315 | **6DAEXU**<br>**FECHA (DATE) (MM/DD/AAAA)**<br>10/04/2005 | **201014276**<br>**PEDIDO (YOUR ORDER)** |
| **F.O.B.** | **ORIGEN** | **CONDICIONES (CONDITIONS)** | **REMISIÓN (PACKING LIST NBR)** |
| TERRESTRE | 06,APASEO | 60 DIAS | |

Premio Nacional de Tecnología 2002

| CÓDIGO<br>(PART. No.) | DESCRIPCIÓN<br>(DESCRIPTION) | U.M.<br>(UNIT) | CANTIDAD<br>(QTY) | PRECIO UNIT.<br>(UNIT. PRICE) | TOTAL<br>(AMOUNT) |
|---|---|---|---|---|---|
| 13513021<br>550070851 | NIV. 00  MOD. 2003<br>ARNES HVAC HARRISON 28 CTOS.<br>Operacion de Maquiladora Controladora de Empresas conforme a la regla 2.8.3 numeral 22 de las<br>De Caracter General en Materia de Comercio Exterior para  2005 y reglas 5.2.6 y 5.2.8 mismas<br>reglas. Oficio 326-SAT-64804 Exp.310/4000. Emp. Certificada con oficio AGAEC-10001<br>Para Entrega a Rio Bravo Electricos, SA de CV Lote 47/50 Mza 4 Parque Ind Fipasi C.P 32550<br>Silao Gto.   Num de Rég Pitex de Arneses Electricos Automotrices, SA de CV 85-007<br>1727 LB.  784 KG.<br>1159 LB.  526 KG<br>PAGO EN UNA SOLA EXHIBICIÓN<br>(Ten Thousand Five Hundred Fifty-Nine DOLLARS 52/100 USD) | PZ | 1440 | 7.3330 | 10,559.52 |

*Jesús Muñoz Lido*<br>*Placas CB56015*<br>*Talon #0245*<br>*Salida 11:30*<br>*Cel 01.413 100.8798*

## ARNESES ELÉCTRICOS AUTOMOTRICES, S.A. DE C.V.

| | | | |
|---|---|---|---|
| **DOMICILIO FISCAL:** | **PLANTA APASEO** | **PLANTA SILAO** | **CENTRO DE DISEÑO** |
| PLANTA 1 QUERÉTARO | PROLONGACIÓN ALLENDE No. 380 | CARR. PANAMERICANA KM. 146.5 | BOULEVARD B. QUINTANA, No. 138 |
| CARRETERA PANAMERICANA KM. 230.5 | C.P. 38180 | TRAMO IRAPUATO-SILAO | COL. LOMA DORADA |
| C.P. 76500 CORREGIDORA, QRO. | APASEO EL GDE., GTO. | C.P. 38100 SILAO, GTO. | C.P. 76090 QUERÉTARO, QRO. |
| TEL: 01 (442) 209-63-00 | TEL.: 01 (413) 158-24-24 | TEL.: 01 (472) 722-94-00 | TEL.: 01 (442) 213-72-02 |
| FAX: 01 (442) 255-05-01 | FAX 01(413) 158-24-81 | FAX 01(472) 722-94-08 | FAX: 01(442) 213-48-67 |

| | IMPORTE (AMOUNT) | 10,559.52 |
|---|---|---|
| | 0% IVA | 0.00 |
| | **TOTAL** | 10,559.52 |

| VENDIDO A | ENVIAR A | CLIENTE | FACTURA |
|---|---|---|---|
| IMPORTER CONSIGNEE:<br>ARNESES ELECT. AUTOM. SA DE CV<br>CARR. PANAMERICANA KM 230.5<br>CORREGIDORA, QRO.  C.P. 76900<br>DELPHI ENERGY & CHASIS SYSTEMS<br>5820 DELPHI DR. TROY, MI. 48098 USA | DELPHI  E&C ROCHESTER<br>1000 LEXINGTON, AVE.<br>ROCHESTER, NY. 14606<br>USA | DECSU | 101055072 |

| | | FECHA | PEDIDO |
|---|---|---|---|
| | | 10/05/2005 | |

| | CONDICIONES | REMISION |
|---|---|---|
| 03,LOGTEC JUAREZ | 30 DIAS | |

Premio
Nacional
de Tecnología
2 0 0 2

| CODIGO | DESCRIPCION | U.M. | CANTIDAD | PRECIO UNIT. | TOTAL |
|---|---|---|---|---|---|
| 15423389<br>550074531 | NIV. 06  MOD. 2006<br>WRG ASM FUEL INYECTOR LX9<br>4196 LB.  1905 KG.  PESO BRUTO<br>3840 LB.  1743 KG.  PESO NETO<br>8 TARIMAS<br>MX 8544.30.0000<br><br>CUSTOM ASSIGNED NUMBER 052402-000  47<br><br><br>PAGO EN UNA SOLA EXHIBICION<br>(Twenty-Six Thousand One Hundred Two DOLLARS 02/100 USD) | PZ | 3840 | 6.7974 | 26,102.02 |

## ARNESES ELECTRICOS AUTOMOTRICES, S.A. DE C.V.

| DOMICILIO FISCAL: | PLANTA APASEO | PLANTA SILAO | CENTRO DE DISEÑO |
|---|---|---|---|
| PLANTA 1 QUERETARO | PROLONGACION ALLENDE No. 269 | CARR. PANAMERICANA KM. 166.5 | BOULEVARD B. QUINTANA No. 139 |
| CARRETERA PANAMERICANA KM. 230.5 | C.P. 38140 | TRAMO IRAPUATO - SILAO | COL. LOMA DORADA |
| C.P. 76904 CORREGIDORA, QRO. | APASEO EL GDE., GTO. | C.P. 36100 SILAO, GTO. | C.P. 76060 QUERETARO, QRO. |
| TEL. 01 (442) 209-83-00 | TEL. 01 (413) 154-24-24 | TEL. 01 (472) 722-04-08 | TEL. 01 (442) 213-71-01 |
| FAX: 01 (442) 213-65-81 | FAX. 01 (413) 158-24-91 | FAX: 01 (472) 722-04-05 | FAX: 01 (442) 213-65-47 |

| IMPORTE (AMOUNT) | 26,102.02 |
|---|---|
| 0% IVA | 0.00 |
| TOTAL (TOTAL AMOUNT) | 26,102.02 |

05/27/2004 22:07  FAX 4422389005

LA REPRODUCCION O NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

CONTRIBUYENTE AUTORIZADO PARA IMPRIMIR SUS PROPIOS COMPROBANTES



| VENDIDO A (SOLD TO) | ENVIAR A (SHIP TO) | CLIENTE (CUSTOMER) | FACTURA (INVOICE) | |
|---|---|---|---|---|
| DELPHI AUTOMOTIVE SYSTEMS<br>DELPHI AUTOMOTIVE SYSTEMS<br>200 UPPER MOUNTAIN ROAD<br>LOCKPORT, NEW YORK | DELPHI DE MEXICO, S.A DE<br>C.V AV. HERMANOS ESCOBAR #5756<br>COL.FOVISSSTE CHAMIZAL<br>CD. JUAREZ CHIHUAHUA CP.32310<br>PROGRAMA DE MAQUILA 2004-315 | 6DAEXU<br>FECHA (DATE) (MM/DD/AAAA)<br>10/06/2005 | 201014301<br>PEDIDO (YOUR ORDER) | Premio<br>Nacional<br>de Tecnología<br>2002 |
| **F.O.B.** | **ORIGEN** | **CONDICIONES (CONDITIONS)** | | |
| TERRESTRE | 06,APASEO | 60 DIAS | REMISIÓN (PACKING LIST NBR) | |

| CÓDIGO<br>(PART. No.) | DESCRIPCIÓN<br>(DESCRIPTION) | U.M.<br>(UNIT) | CANTIDAD<br>(QTY) | PRECIO UNIT.<br>(UNIT. PRICE) | TOTAL<br>(AMOUNT) |
|---|---|---|---|---|---|
| 13513821<br>550070851 | NIV. 00  MOD. 2003<br>ARNES HVAC HARRISON 28 CTOS. | PZ | 720 | 7.3330 | 5,279.76 |

Operacion de Maquiladora Controladora de Empresas conforme a la regla 2.8.3 numeral 22 de las
De Caracter General en Materia de Comercio Exterior para 2005 y reglas 5.2.6 y 5.2.8 mismas
reglas. Oficio 326-SAT-64804 Exp.310/4000. Emp. Certificada con oficio AGAEC-10001
Para Entrega a Rio Bravo Electricos, SA de CV Lote 47/50 Mza 4 Parque Ind Fipasi C.P 32550
Silao Gto.      Num de Reg Bitex de Arneses Electricos Automotrices, SA de CV 85-007
864 LB.  392 KG
580 LB.  263 KG.
PAGO EN UNA SOLA EXHIBICION
(Five Thousand Two Hundred Seventy-Nine DOLLARS 76/100 USD)

*fecas Miñas*
*Paso GB 56015*
*telos 247*
*Cel 01413 1008798*
*Sale 15:30 Hrs*

## ARNESES ELÉCTRICOS AUTOMOTRICES, S.A. DE C.V.

| | IMPORTE<br>(AMOUNT) | 5,279.76 |
|---|---|---|
| | 0% IVA | 0.00 |
| | | 5,279.76 |
| | TOTAL<br>(TOTAL AMOUNT) | 5,279.76 |

DOMICILIO FISCAL:
PLANTA 1 QUERÉTARO
CARRETERA PANAMERICANA KM. 230.5
C.P. 76900 CORREGIDORA, QRO.
TEL: 01 (442) 209-03-00
FAX: 01 (442) 255-05-01

PLANTA APASEO
PROLONGACIÓN ALLENDE No. 350
C.P. 38160
APASEO EL GDE., GTO.
TEL: 01 (413) 158-24-24
FAX: 01(413) 158-24-81

PLANTA SILAO
CARR. PANAMERICANA KM. 146.5
TRAMO IRAPUATO-SILAO
C.P. 36100 SILAO, GTO.
TEL: 01 (472) 722-04-00
FAX: 01(472) 722-04-08

CENTRO DE DISEÑO
BOULEVARD B. QUINTANA No. 139
COL. LOMA DORADA
C.P. 76000 QUERÉTARO, QRO.
TEL. 01 (442) 213-72-02
FAX: 01(442) 213-68-67

LA REPRODUCCIÓN NO AUTORIZADA DE ESTE COMPROBANTE, CONSTITUYE UN DELITO EN LOS TÉRMINOS DE LAS DISPOSICIONES FISCALES.

GRUPO CONDUMEX ™

| VENDIDO A (SOLD TO) | ENVIAR A (SHIP TO) | CLIENTE (CUSTOMER) : | FACTURA (INVOICE) |
|---|---|---|---|
| DELPHI AUTOMOTIVE SYSTEMS<br>DELPHI AUTOMOTIVE SYSTEMS<br>200 UPPER MOUNTAIN ROAD<br>LOCKPORT, NEW YORK | DELPHI DE MEXICO, S.A DE<br>C.V AV. HERMANOS ESCOBAR #5756<br>COL.FOVISSSTE CHAMIZAL<br>CD. JUAREZ CHIHUAHUA CP.32310<br>PROGRAMA DE MAQUILA 2004-315 | **6DAEXU**<br><br>FECHA (DATE) (MM/DD/AAAA)<br>10/06/2005 | **201014300**<br><br>PEDIDO (YOUR ORDER) |

| F.O.B. | ORIGEN | CONDICIONES (CONDITIONS) | |
|---|---|---|---|
| TERRESTRE | 06,APASEO | 60 DIAS | REMISIÓN (PACKING LIST NBR) |

Premio
Nacional
de Tecnología
2 0 0 2

| CÓDIGO<br>(PART. No.) | DESCRIPCIÓN<br>(DESCRIPTION) | U.M.<br>(UNIT) | CANTIDAD<br>(QTY) | PRECIO UNIT.<br>(UNIT, PRICE) | TOTAL<br>(AMOUNT) |
|---|---|---|---|---|---|
| 13513820<br>550070859 | NIV. 00  MOD. 2003<br>ARNES HVAC HARRISON 22 CTOS.<br>Operacion de Maquiladora Controladora de Empresas conforme a la regla 2.8.3 numeral 22 de las<br>De Caracter General en Materia de Comercio Exterior para  2005 y reglas 5.2.6 y 5.2.8 mismas<br>reglas. Oficio 326-SAT-64804 Exp.310/4000. Emp. Certificada con oficio AGABC-10001<br>Para Entrega a Rio Bravo Electricos, SA de CV Lote 47/50 Mza 4 Parque Ind Fipasi C.P 32550<br>Silao Gto.   Num de Reg.Pitex de Arneses Electricos Automotrices, SA de CV 85-007<br>1339 LB.  608 KG<br>913 LB.  415 KG.<br>PAGO EN UNA SOLA EXHIBICION<br>(Seven Thousand Seventy-Five DOLLARS 08/100 USD) | PZ | 1080 | 6.5510 | 7,075.08 |

*Jesus Nunez*
*placa G.R 36015*
*Telon 247*
*Cel 01 413 1008798*
*sale 15:30 Hrs.*

**ARNESES ELÉCTRICOS AUTOMOTRICES, S.A. DE C.V.**

| IMPORTE<br>(AMOUNT) | 7,075.08 |
|---|---|
| 0% IVA | 0.00 |
| TOTAL | 7,075.08 |

| DOMICILIO FISCAL: | PLANTA APASEO | PLANTA SILAO | CENTRO DE DISEÑO |
|---|---|---|---|
| PLANTA 1 QUERÉTARO | PROLONGACIÓN ALLENDE No. 380 | CARR. PANAMERICANA KM. 146.5 | BOULEVARD B. QUINTANA No. 139 |
| CARRETERA PANAMERICANA KM. 230.5 | C.P. 38180 | TRAMO IRAPUATO-SILAO | COL. LOMA DORADA |
| C.P. 76900 CORREGIDORA, QRO. | APASEO EL GDE., GTO. | C.P. 36100 SILAO, GTO. | C.P. 76060 QUERÉTARO, QRO. |
| TEL: 01 (442) 209-63-00 | TEL.: 01 (413) 159-24-24 | TEL.: 01 (472) 722-04-00 | TEL.: 01 (442) 213-72-02 |
| FAX: 01 (442) 255-05-01 | FAX: 01(413) 159-24-81 | FAX: 01(472) 722-04-08 | FAX: 01(442) 213-48-67 |

**GRUPO CONDUMEX**



| VENDIDO A | ENVIAR A | CLIENTE | FACTURA |
|---|---|---|---|
| DELPHI AUTOMOTIVE SYSTEMS HARRISON THERMAL SYSTEMS 200 UPPER MOUNTAIN RD. LOCPORT 14094-1896 NY 14094USA | RAMOS PURCHASE PARTS AUTOLOG RAMOS ARIZPE PARQUE IND. FINSA,  LOTE 4 RAMOS ARIZPE, COAH. CP 25900 | DTISU | 101055125 |

| FECHA | PEDIDO |
|---|---|
| 10/06/2005 | |

| | CONDICIONES |
|---|---|
| 01,ARELA 1, QUERETARO | 60 DIAS |

| CODIGO | DESCRIPCION | U.M. | CANTIDAD | PRECIO UNIT. | TOTAL |
|---|---|---|---|---|---|
| 13532450 550076426 | NIV. 01  MOD. 2006 WRG ASM COOL FAN JPR | PZ | 2400 | 4.2000 | 10,080.00 |
| 15472329 550071184 | NIV. 09  MOD. 2006 WRG ASM HVAC JUMPER WIRING | PZ | 2400 | 6.1600 | 14,784.00 |
| | 3082 LB.  1399 KG.  PESO BRUTO 2038 LB.  925 KG.   PESO NETO  144 CONTENEDORES CODIGO 5312 PAGO EN UNA SOLA EXHIBICION (Twenty-Four Thousand Eight Hundred Sixty-Four DOLLARS 00/100 USD) | | | | |

*(handwritten)* OP-Reyes Ruiz
P1QC05-013 EG5
Cinea-morales
Talon-3335
Salida-18:45 Hrs.

## ARNESES ELECTRICOS AUTOMOTRICES, S.A. DE C.V.

| | | | |
|---|---|---|---|
| DOMICILIO FISCAL: | PLANTA APASEO | PLANTA SILAO | CENTRO DE DISEÑO |
| PLANTA 1 QUERETARO | PROLONGACION ALLENDE No. 310 | CARR. PANAMERICANA KM. 146.5 | BOULEVARD B. QUINTANA No. 139 |
| CARRETERA PANAMERICANA KM. 212.8 | C.P. 38160 | TRAMO IRAPUATO - SILAO | COL. LOMA DORADA |
| C.P. 76910 CORREGIDORA, QRO. | APASEO EL GDE., GTO. | C.P. 36140 SILAO, GTO. | C.P. 76090 QUERETARO, QRO. |
| TEL. 01 (442) 209-83-00 | TEL. 01 (413) 158-34-34 | TEL. 01 (478) 723-44-00 | TEL. 01 (442) 213-72-02 |
| FAX. 01 (442) 225-68-97 | FAX. 01 (415) 158-34-61 | FAX. 01 (472) 723-94-01 | FAX. 01 (442) 213-68-67 |

| IMPORTE (AMOUNT) | 24,864.00 |
|---|---|
| 0% IVA | 0.00 |
| TOTAL (TOTAL AMOUNT) | 24,864.00 |

GRUPO CONDUMEX
ORIGINAL

| VENDIDO A | ENVIAR A | CLIENTE | FACTURA |
|---|---|---|---|
| IMPORTER CONSIGNEE:<br>ARNESES ELECT. AUTOM. SA DE CV<br>CARR. PANAMERICANA KM 230.5<br>CORREGIDORA, QRO.  C.P. 76900<br>DELPHI ENERGY & CHASIS SYSTEMS<br>5820 DELPHI DR. TROY, MI. 48098 USA | DELPHI  E&C ROCHESTER<br>1000 LEXINGTON, AVE.<br>ROCHESTER, NY. 14606<br>USA | DECSU | 101055151 |

**FECHA** 10/07/2005  **PEDIDO**

**CONDICIONES** 30 DIAS

**REMISION**

03,LOGTEC JUAREZ

Premio
Nacional
de Tecnología
2 0 0 1

| CODIGO | DESCRIPCION | U.M. | CANTIDAD | PRECIO UNIT. | TOTAL |
|---|---|---|---|---|---|
| 15423389<br>550074531 | NIV. 06  MOD. 2006<br>WRG ASM FUEL INYECTOR LX9<br>4721 LB.  2143 KG.  PESO BRUTO<br>4320 LB.  1961 KG.  PESO NETO<br>9 TARIMAS<br>MX B544.30.0000<br><br>CUSTOM ASSIGNED NUMBER 052402-000  47<br><br><br>PAGO EN UNA SOLA EXHIBICION<br>(Twenty-Nine Thousand Three Hundred Sixty-Four DOLLARS 77/100 USD) | PZ | 4320 | 6.7974 | 29,364.77 |

## ARNESES ELECTRICOS AUTOMOTRICES, S.A. DE C.V.

**DOMICILIO FISCAL:**
PLANTA 1 QUERETARO
CARRETERA PANAMERICANA KM. 230.5
C.P. 76900 CORREGIDORA, QRO.
TEL. 01 (442) 229-83-00
FAX: 01 (442) 225-05-01

**PLANTA APASEO**
PROLONGACION ALLENDE No. 200
C.P. 38160
APASEO EL GDE., GTO.
TEL. 01 (413) 158-24-00
FAX: 01 (413) 158-24-01

**PLANTA SILAO**
CARR. PANAMERICANA KM 144.5
TRAMO IRAPUATO - SILAO
C.P. 36100 SILAO, GTO.
TEL. 01 (472) 722-04-00
FAX: 01 (472) 722-04-01

**CENTRO DE DISEÑO**
BOULEVARD B. QUINTANA No. 130
COL. LOMA DORADA
C.P. 76010 QUERETARO, QRO.
TEL. 01 (442) 213-72-02
FAX: 01 (442) 213-44-07

| IMPORTE (AMOUNT) | 29,364.77 |
|---|---|
| 0% IVA | 0.00 |
| TOTAL (TOTAL AMOUNT) | 29,364.77 |

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

| VENDIDO A (SOLD TO) | ENVIAR A (SHIP TO) | CLIENTE (CUSTOMER) | FACTURA (INVOICE) |
|---|---|---|---|
| DELPHI AUTOMOTIVE SYSTEMS<br>DELPHI AUTOMOTIVE SYSTEMS<br>200 UPPER MOUNTAIN ROAD<br>LOCKPORT, NEW YORK | DELPHI DE MEXICO, S.A DE<br>C.V AV. HERMANOS ESCOBAR #5756<br>COL.FOVISSSTE CHAMIZAL<br>CD. JUAREZ CHIHUAHUA CP.32310<br>PROGRAMA DE MAQUILA 2004-315 | 6DAEXU<br><br>FECHA (DATE) (MM/DD/AAAA)<br>10/08/2005 | 201014320<br><br>PEDIDO (YOUR ORDER) |

| F.O.B. | ORIGEN | CONDICIONES (CONDITIONS) | REMISIÓN (PACKING LIST NBR) |
|---|---|---|---|
| TERRESTRE | 06,APASEO | 60 DIAS | |

Premio Nacional de Tecnología 2002

| CÓDIGO (PART. No.) | DESCRIPCIÓN (DESCRIPTION) | U.M. (UNIT) | CANTIDAD (QTY) | PRECIO UNIT. (UNIT. PRICE) | TOTAL (AMOUNT) |
|---|---|---|---|---|---|
| 13513820<br>550070859 | NIV. 00  MOD. 2003<br>ARNES HVAC HARRISON 22 CTOS. | PZ | 1440 | 6.5510 | 9,433.44 |

Operacion de Maquiladora Controladora de Empresas conforme a la regla 2.8.3 numeral 22 de las
De Caracter General en Materia de Comercio Exterior para  2005 y reglas 5.2.6 y 5.2.8 mismas
reglas. Oficio 326-SAT-64804 Exp.310/4000. Emp. Certificada con oficio AGAEC-10001
Para Entrega a Rio Bravo Electricos, SA de CV Lote 47/50 Mza 4 Parque Ind Fipasi C.P 32550
Silao Gto.    Num de Reg Pitex de Arneses Electricos Automotrices, SA de CV 85-007
1785 LB.  810 KG
1217 LB.  553 KG
PAGO EN UNA SOLA EXHIBICION
(Nine Thousand Four Hundred Thirty-Three DOLLARS 44/100 USD

*Jesus Munozleoo*
*Placas: GBSC015*
*Talon: 00243*
*Sale: 09:00 Hrs*
*Cel. 0143100 8798*

## ARNESES ELÉCTRICOS AUTOMOTRICES, S.A. DE C.V.

| DOMICILIO FISCAL: | PLANTA APASEO | PLANTA SILAO | CENTRO DE DISEÑO |
|---|---|---|---|
| PLANTA 1 QUERÉTARO | PROLONGACIÓN ALLENDE No. 380 | CARR. PANAMERICANA KM. 148.5 | BOULEVARD B. QUINTANA No. 139 |
| CARRETERA PANAMERICANA KM. 230.5 | C.P. 38160 | TRAMO IRAPUATO-SILAO | COL. LOMA DORADA |
| C.P. 76000 CORREGIDORA, QRO. | AFASEO EL GDE., GTO. | C.P. 36100 SILAO, GTO. | C.P. 76060 QUERÉTARO, QRO. |
| TEL. 01 (442) 209-63-00 | TEL.: 01 (413) 158-24-24 | TEL.: 01 (472) 722-04-00 | TEL.: 01 (442) 213-72-02 |
| FAX 01 (442) 256-05-01 | FAX: 01 (413) 158-24-81 | FAX: 01 (472) 722-04-06 | FAX 01 (442) 213-46-67 |

| | IMPORTE (AMOUNT) | 9,433.44 |
|---|---|---|
| | 0% IVA | 0.00 |
| | TOTAL | 9,433.44 |

GRUPO CONDUMEX

| VENDIDO A (SOLD TO) | ENVIAR A (SHIP TO) | CLIENTE (CUSTOMER) | FACTURA (INVOICE) | |
|---|---|---|---|---|
| DELPHI AUTOMOTIVE SYSTEMS<br>DELPHI AUTOMOTIVE SYSTEMS<br>200 UPPER MOUNTAIN ROAD<br>LOCKPORT, NEW YORK | DELPHI DE MEXICO, S.A DE<br>C.V AV. HERMANOS ESCOBAR #5756<br>COL.FOVISSSTE CHAMIZAL<br>CD. JUAREZ CHIHUAHUA CP.32310<br>PROGRAMA DE MAQUILA 2004-315 | **6DAEXU**<br><br>**FECHA (DATE) (MM/DD/AAAA)**<br>**10/08/2005** | **201014321**<br><br>**PEDIDO (YOUR ORDER)** | **Premio Nacional de Tecnología 2 0 0 2** |
| **F.O.B.** | **ORIGEN** | **CONDICIONES (CONDITIONS)** | **REMISIÓN (PACKING LIST NBR)** | |
| TERRESTRE | 06,APASEO | 60 DIAS | | |

| CÓDIGO<br>(PART. No.) | DESCRIPCIÓN<br>(DESCRIPTION) | U.M.<br>(UNIT) | CANTIDAD<br>(QTY) | PRECIO UNIT.<br>(UNIT. PRICE) | TOTAL<br>(AMOUNT) |
|---|---|---|---|---|---|
| 13513821<br>550070851 | NIV. 00  MOD. 2003<br>ARNES HVAC HARRISON 28 CTOS.<br>Operacion de Maquiladora Controladora de Empresas conforme a la regla 2.8.3 numeral 22 de las<br>De Caracter General en Materia de Comercio Exterior para  2005 y reglas 5.2.6 y 5.2.8 mismas<br>reglas. Oficio 326-SAT-64804 Exp.310/4000. Emp. Certificada con oficio AGAEC-10001 96 CONTENEDORES COD<br>Para Entrega a Rio Bravo Electricos, SA de CV Lote 47/50 Mza 4 Parque Ind Fipasi C.P 32550<br>Silao Gto.     Num de Reg Pitex de Arneses Electricos Automotrices, SA de CV 85-007<br>1727 LB.  784 KG.<br>1159 LB.  526 KG<br>PAGO EN UNA SOLA EXHIBICION<br>(Ten Thousand Five Hundred Fifty-Nine DOLLARS 52/100 USD) | PZ | 1440 | 7.3330 | 10,559.52 |

*(handwritten)* Jesus Muñorledo
PLACAS: GB05764
TALON: 00249
SALE: 10,00 Hrs
CEL. 01413100879

## ARNESES ELÉCTRICOS AUTOMOTRICES, S.A. DE C.V.

| | | | | **IMPORTE (AMOUNT)** | 10,559.52 |
|---|---|---|---|---|---|
| **DOMICILIO FISCAL:** | **PLANTA APASEO** | **PLANTA SILAO** | **CENTRO DE DISEÑO** | | |
| **PLANTA I QUERÉTARO** | PROLONGACIÓN ALLENDE No. 380 | CARR. PANAMERICANA KM 148.5 | BOULEVARD B. QUINTANA No. 130 | **0% IVA** | 0.00 |
| CARRETERA PANAMERICANA KM. 230.5 | C.P 38180 | TRAMO IRAPUATO-SILAO | COL. LOMA DORADA | | |
| C.P 76800  CORREGIDORA, QRO. | APASEO EL GDE., GTO. | C.P 38100 SILAO, GTO. | C.P 76050 QUERÉTARO, QRO. | | |
| TEL: 01 (442) 200-63-00 | TEL: 01 (413) 158-24-24 | TEL: 01 (472) 722-94-00 | TEL: 01 (442) 213-72-02 | **TOTAL** | 10,559.52 |
| FAX: 01 (442) 255-05-01 | FAX: 01(412) 158-24-81 | FAX: 01(472) 722-94-06 | FAX: 01(442) 213-48-67 | | |

**GRUPO CONDUMEX**