William J. Barrett
Kimberly J. Robinson
Barack Ferrazzano Kirschbaum
 Perlman & Nagelberg LLP
333 West Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone:      (312) 629-5170
Facsimile:      (312) 984-3150
William.barrett@bfkpn.com
Kim.Robinson@bfkpn.com

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | : |
| | :    Chapter 11 |
| DELPHI CORPORATION, et al., | : |
| | :    Case No. 05-44481 (RDD) |
| Debtors. | : |
| | :    (Jointly Administered) |
| | : |
| | : |

## NOTICE OF RECLAMATION DEMAND OF MOTION INDUSTRIES, INC.

Please be advised that a Notice of Reclamation Demand on behalf of Motion Industries,

Inc. was served on October 18, 2005 on the Debtors and their attorneys of record, John Wm.

Butler, Jr. and Kayalyn A. Marafioti, Skadden, Arps, Slate, Meagher & Flom LLP.  A true and

correct copy of the Notice of Reclamation Demand is attached hereto as Exhibit "A" and

incorporated herein by reference for all purposes.

316205-1

MOTION INDUSTRIES, INC.

Dated: October 19, 2005

By:    /s/ William J. Barrett
William J. Barrett
Kimberly J. Robinson
Barack Ferrazzano Kirschbaum
   Perlman & Nagelberg LLP
333 West Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone:    (312) 629-5170
Facsimile:    (312) 984-3150
William.barrett@bfkpn.com
Kim.Robinson@bfkpn.com

Attorneys for Motion Industries, Inc.

316205-1

## CERTIFICATE OF SERVICE

I hereby certify that the Notice of Reclamation Demand of Motion Industries, Inc., referenced herein as Exhibit A, was duly served on October 18, 2005 as indicated to the parties below:

John Wm. Butler Jr.
John K. Lyons
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
**(served via messenger hand delivery)**

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
**(served via overnight delivery)**

David M. Sherbin, Vice President and General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Facsimile: 248-813-2491
Facsimile: 248-813-2670
**(served via facsimile and overnight delivery)**

_/s/ William J. Barrett_
William J. Barrett

# EXHIBIT A

# BARACK FERRAZZANO KIRSCHBAUM PERLMAN & NAGELBERG LLP

333 WEST WACKER DRIVE, SUITE 2700
CHICAGO, ILLINOIS 60606

Kimberly J. Robinson
(312) 629-5188
Voice Mail Ext. 4588
kim.robinson@bfkpn.com

Telephone (312) 984-3100
Facsimile (312) 984-3150

October 18, 2005

Delphi Corporation – Legal Department
Attn: David M. Sherbin, Vice President
      and General Counsel
5725 Delphi Drive
Troy, MI 48098
Facsimile: 248-813-2491
Facsimile: 248-813-2670
**(served via facsimile and overnight delivery)**

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
**(served via messenger hand delivery)**

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
**(served via overnight delivery)**

Re:   **In re Delphi Corporation, et al, Case No. -5-44481**
      **Reclamation Demand of Motion Industries, Inc.**

Dear Mr. Sherbin and Counsel:

We are counsel to Motion Industries, Inc. ("Motion") and we have been authorized to send this reclamation demand on behalf of Motion. Pursuant to 11 U.S.C. §546(c), Section 2-702(2) of the Uniform Commercial Code, and other applicable law, this letter serves as notice to Delphi Corporation and/or its subsidiaries (the "Debtors") that Motion sold goods to the Debtors in the ordinary course of Motion's business, and that Motion is hereby demanding the return of goods received by the Debtors on or after September 28, 2005. The goods that are the subject of this reclamation demand are included in the invoices listed on the attachments hereto (the "Goods"). Goods that were sold directly to the Debtors are reflected on Exhibit A attached hereto. Goods that were sold to the Debtors, through the Debtors' agent, SETECH, are reflected on Exhibit B attached hereto. The dates of delivery for the invoices reflected on Exhibit B are generally the business day following the invoice date reflected. Copies of invoices and proofs of delivery will be supplied upon request. By this demand, you are instructed to immediately inventory the Goods and keep the Goods segregated from all other inventory, machinery and equipment. Further, you are not permitted to use, sell, encumber or transfer the Goods to any other party.

Please contact the undersigned to make immediate arrangements for the return of the Goods.

Very truly yours,

*[signature]*

Kimberly J. Robinson

cc:   Marvin Walker, Motion Industries, Inc.
      Kathleen Eidbo, Esq., Genuine Parts Company

316239

| **EXHIBIT** |
| --- |
| A |

EXHIBIT "A"

| DELIVERY DATE | INVOICE NUMBER | INVOICE AMOUNT |
|---|---|---|
| **AL03055240** | | |
| 10/6/2005 | AL03405482 | 43.04 |
| 10/6/2005 | AL03405324 | 90.38 |
| 10/6/2005 | AL03405325 | 41.80 |
| 10/3/2005 | AL03405027 | 25.74 |
| 9/30 & 10-1-05 | AL03405031 | 716.08 |
| 9/30/2005 | AL03405032 | 43.06 |
| 9/30/2005 | AL03404920 | 6.20 |
| 9/28/2005 | AL03404664 | 433.20 |
| 9/28/2005 | AL03404666 | 72.60 |
| 9/28/2005 | AL03404758 | 377.52 |
| | | |
| **IN54005615** | | |
| 10/3/2005 | IN54736065 | 1,877.33 |
| 9/30/2005 | IN54735974 | 122.72 |
| 9/30/2005 | IN54735975 | 938.52 |
| 9/30/2005 | IN54735976 | 585.04 |
| 9/30/2005 | IN54735945 | 2,760.00 |
| | | |
| **MI08002999** | | |
| 9/30/2005 | MI08356184 | 30.47 |
| | | |
| **MI30029859** | | |
| 9/28/2005 | MI30778748 | 164.68 |
| 10/6/2005 | MI30779732 | 914.22 |
| 9/30/2005 | MI30779745 | 1.80 |
| 9-30 / 10-3-05 | MI30779748 | 2,103.28 |
| 10/7/2005 | MI30779752 | 1,878.52 |
| 9/30/2005 | MI30779792 | 1,483.00 |
| 10/5/2005 | MI30779653 | 157.32 |
| 10/3/2005 | MI30779350 | 103.19 |
| 9/30/2005 | MI30779067 | 67.14 |
| | | |
| **MI30824457** | | |
| 9/30/2005 | MI30779400 | 45,771.04 |
| 9/30/2005 | MI30779402 | 67,789.26 |
| 9/30/2005 | MI30779403 | 1,619.62 |
| 10/7/2005 | MI30779836 | 15,926.48 |
| 10/7/2005 | MI30779837 | 18,098.96 |
| 10/7/2005 | MI30779872 | 2,557.60 |
| | | |
| **MI30828229** | | |
| 9/30/2005 | MI30779404 | 47,569.04 |
| 9/30/2005 | MI30779405 | 16,587.03 |
| 9/30/2005 | MI30779406 | 8,577.87 |
| 10/7/2005 | MI30779838 | 5,655.29 |
| 10/7/2005 | MI30779839 | 1,435.75 |
| 10/7/2005 | MI30779840 | 215.91 |

|  | 10/7/2005 | MI30779873 | 3,224.95 |
|---|---|---|---|
| **MI30100051** | | | |
|  | 10/3/2005 | MI30779367 | 3,405.15 |
|  | 9/28/2005 | MI30778828 | 9.90 |
| **NY01408609** | | | |
|  | 10/6/2005 | NY01291828 | 680.99 |
|  | 10/4/2005 | NY01291656 | 1,099.04 |
|  | 10/7/2005 | NY01291673 | 115.06 |
|  | 9/29/2005 | NY01291568 | 412.64 |
|  | 9/30/2005 | NY01291428 | 172.10 |
|  | 10/4/2005 | NY01291440 | 55.63 |
| **OH40100042** | | | |
|  | 10/5/2005 | OH40986484 | 572.40 |
|  | 9/30/2005 | OH40986151 | 76.55 |
|  | 9/30/2005 | OH40986154 | 240.00 |
| **WI01048359** | | | |
|  | 10/6/2005 | WI01138987 | 49.98 |
|  | | | 256,955.09 |

A-2

EXHIBIT B

| ACCOUNT NUMBER | INVOICE NUMBER | PURCHASE ORDER | INV DATE | AMOUNT |
|---|---|---|---|---|
| AL03100007 | AL03404685 | 132225 | 09/28/05 | 62.22 |
| AL03100007 | AL03404713 | 132788 | 09/28/05 | 150.16 |
| AL03100007 | AL03404721 | 133057 | 09/28/05 | 165.14 |
| AL03100007 | AL03404803 | 133057 | 09/29/05 | 21.39 |
| AL03100007 | AL03404990 | 133102 | 10/03/05 | 2,866.67 |
| AL03100007 | AL03405009 | 132977 | 10/03/05 | 32.04 |
| AL03100007 | AL03405163 | 133156 | 10/04/05 | 36.25 |
| AL03100007 | AL03405180 | 132960 | 10/04/05 | 159.18 |
| AL03100007 | AL03405232 | 133191 | 10/05/05 | 32.50 |
| AL03100007 | AL03405238 | 133128 | 10/05/05 | 39.14 |
| AL03100007 | AL03405248 | 133211 | 10/05/05 | 644.92 |
| AL03100007 | AL03405298 | 133054 | 10/05/05 | 352.38 |
| AL03100007 | AL03405337 | 133204 | 10/05/05 | 2,062.50 |
| AL03100007 | AL03405506 | 133238 | 10/07/05 | 112.00 |
| AL03100007 | AL03405511 | 133238 | 10/07/05 | 329.84 |
| AL03100007 | AL03405540 | 133187 | 10/07/05 | 159.18 |
| **AL03100007 Total** | | | | **7,225.51** |
| IN53100002 | IN53747484 | 235427/POU: 8793/00C | 09/28/05 | 121.20 |
| IN53100002 | IN53747488 | 235698 | 09/28/05 | 29.75 |
| IN53100002 | IN53747490 | 235718/POU:0894/0D15 | 09/28/05 | 28.68 |
| IN53100002 | IN53747495 | 235848 | 09/28/05 | 31.38 |
| IN53100002 | IN53747510 | 234291 | 09/28/05 | 77.45 |
| IN53100002 | IN53747512 | 235947 | 09/28/05 | 0.54 |
| IN53100002 | IN53747513 | 235965 | 09/28/05 | 2.70 |
| IN53100002 | IN53747514 | 235974 | 09/28/05 | 3.78 |
| IN53100002 | IN53747535 | 235894/POU: 0850/00P | 09/29/05 | 95.78 |
| IN53100002 | IN53747541 | 235893/POU:0850/00P6 | 09/29/05 | 157.86 |
| IN53100002 | IN53747557 | 235445 | 09/29/05 | 19.74 |
| IN53100002 | IN53747558 | 235790/POU: 8593/0F1 | 09/29/05 | 22.53 |
| IN53100002 | IN53747566 | 235270 | 09/29/05 | 164.69 |
| IN53100002 | IN53747576 | 234353/POU: 8293/00J | 09/29/05 | 8.40 |
| IN53100002 | IN53747613 | 235928/POU: 7093/0W2 | 09/30/05 | 13.94 |
| IN53100002 | IN53747614 | 235983/POU:0894/0D15 | 09/30/05 | 656.22 |
| IN53100002 | IN53747616 | 236017 | 09/30/05 | 15.58 |
| IN53100002 | IN53747628 | 234815 | 09/30/05 | 62.56 |
| IN53100002 | IN53747630 | 235672/POU:0873/0G25 | 09/30/05 | 47.52 |
| IN53100002 | IN53747631 | 235671 | 09/30/05 | 43.20 |
| IN53100002 | IN53747632 | 235625 | 09/30/05 | 130.39 |
| IN53100002 | IN53747687 | 236118/POU: 9994/0E1 | 10/03/05 | 174.40 |
| IN53100002 | IN53747688 | 236117/POU: 8593/0F1 | 10/03/05 | 11.28 |
| IN53100002 | IN53747702 | 236169/POU:8294/00R4 | 10/03/05 | 24.00 |
| IN53100002 | IN53747703 | 236076 | 10/03/05 | 2.04 |
| IN53100002 | IN53747706 | 233929 | 10/03/05 | 83.28 |
| IN53100002 | IN53747708 | 235879 | 10/03/05 | 26.32 |
| IN53100002 | IN53747711 | 235657 | 10/03/05 | 35.00 |
| IN53100002 | IN53747772 | 235947 | 10/04/05 | 24.84 |
| IN53100002 | IN53747773 | 236001 | 10/04/05 | 6.58 |
| IN53100002 | IN53747775 | 235129 | 10/04/05 | 96.63 |
| IN53100002 | IN53747805 | 236249/POU: 8327/0G0 | 10/05/05 | 62.70 |
| IN53100002 | IN53747817 | 236072 | 10/05/05 | 23.00 |

| | | | | |
|---|---|---|---|---|
| IN53100002 | IN53747818 | 235433/POU: 8294/00R | 10/05/05 | 26.10 |
| IN53100002 | IN53747833 | 236425/POU: 8293/00J | 10/06/05 | 489.00 |
| IN53100002 | IN53747838 | 236373/POU: 0894/0D1 | 10/06/05 | 224.58 |
| IN53100002 | IN53747839 | 236377 | 10/06/05 | 11.59 |
| IN53100002 | IN53747842 | 236405 | 10/06/05 | 1.44 |
| IN53100002 | IN53747868 | 236391/POU: 8294/00R | 10/06/05 | 18.20 |
| IN53100002 | IN53747875 | 236125 | 10/06/05 | 410.00 |
| IN53100002 | IN53747887 | 236171/POU: 0870/0N1 | 10/06/05 | 739.12 |
| IN53100002 | IN53747919 | 236517/POU: 0898/PAD | 10/07/05 | 177.16 |
| IN53100002 | IN53747921 | 236499 | 10/07/05 | 1.90 |
| IN53100002 | IN53747929 | 236444/POU: 0714/0E1 | 10/07/05 | 30.54 |
| IN53100002 | IN53747934 | 236298 | 10/07/05 | 40.00 |
| IN53100002 | IN53747936 | 236301/POU:0870/0N18 | 10/07/05 | 187.60 |
| IN53100002 | IN53747944 | 235731/POU: 8294/00R | 10/07/05 | 117.03 |
| **IN53100002 Total** | | | | 4,778.22 |
| MI08834431 | MI08001890201 | | 10/04/05 | 61.76 |
| **MI08834431 Total** | | | | 61.76 |
| OH40100002 | OH40983501 | 165003 | 09/30/05 | 57.24 |
| OH40100002 | OH40983509 | 164994 | 09/30/05 | 65.94 |
| OH40100002 | OH40983537 | 164994 | 09/30/05 | 233.75 |
| OH40100002 | OH40983578 | 164818 | 09/30/05 | 15.00 |
| OH40100002 | OH40983625 | 165099 | 09/30/05 | 38.64 |
| OH40100002 | OH40983644 | 165070 | 09/30/05 | 367.14 |
| OH40100002 | OH40983698 | 164833 | 09/30/05 | 4.85 |
| OH40100002 | OH40983760 | 164608 | 09/30/05 | 835.56 |
| OH40100002 | OH40983803 | 161752 | 09/30/05 | 82.60 |
| OH40100002 | OH40983867 | 165030 | 09/30/05 | 27.10 |
| OH40100002 | OH40983889 | 161752 | 09/30/05 | 73.90 |
| OH40100002 | OH40983908 | 165155 | 09/30/05 | 20.30 |
| OH40100002 | OH40983920 | 165155 | 09/30/05 | 35.28 |
| OH40100002 | OH40983923 | 161752 | 09/30/05 | 122.82 |
| OH40100002 | OH40983934 | 165023 | 09/30/05 | 747.50 |
| OH40100002 | OH40983967 | 165030 | 09/30/05 | 107.12 |
| OH40100002 | OH40984027 | 165193 | 09/30/05 | 182.82 |
| OH40100002 | OH40984033 | 165210 | 09/30/05 | 9.00 |
| OH40100002 | OH40984043 | 165230 | 09/30/05 | 33.86 |
| OH40100002 | OH40984096 | 165177 | 09/30/05 | 1,160.97 |
| OH40100002 | OH40984100 | 164551 | 09/30/05 | 1,057.04 |
| OH40100002 | OH40984115 | 165193 | 09/30/05 | 77.01 |
| OH40100002 | OH40984130 | 164612 | 09/30/05 | 176.50 |
| OH40100002 | OH40984139 | 165244 | 09/30/05 | 7,458.00 |
| OH40100002 | OH40984173 | 163030 | 09/30/05 | 135.52 |
| OH40100002 | OH40984260 | 165320 | 09/30/05 | 502.56 |
| OH40100002 | OH40984315 | 161752 | 09/30/05 | 76.06 |
| OH40100002 | OH40984331 | 165192 | 09/30/05 | 6.39 |
| OH40100002 | OH40984366 | 165155 | 09/30/05 | 5.90 |
| OH40100002 | OH40984397 | 164690 | 09/30/05 | 430.16 |
| OH40100002 | OH40984429 | 164994 | 09/30/05 | 55.71 |
| OH40100002 | OH40984473 | 165193 | 09/30/05 | 172.02 |
| OH40100002 | OH40984578 | 165230 | 09/30/05 | 57.84 |
| OH40100002 | OH40984615 | 161752ILL | 09/30/05 | 115.86 |
| OH40100002 | OH40984733 | 165193 | 09/30/05 | 644.52 |

| | | | | |
|---|---|---|---|---|
| OH40100002 | OH40984749 | 165498 | 09/30/05 | 138.40 |
| OH40100002 | OH40984775 | 165310 | 09/30/05 | 3.09 |
| OH40100002 | OH40984777 | 165415 | 09/30/05 | 55.44 |
| OH40100002 | OH40984935 | 165541 | 09/30/05 | 432.52 |
| OH40100002 | OH40985032 | 165525 | 09/30/05 | 139.17 |
| OH40100002 | OH40985059 | 165530 | 09/30/05 | 52.04 |
| OH40100002 | OH40985065 | 165597 | 09/30/05 | 48.70 |
| OH40100002 | OH40985180 | 164213 | 09/30/05 | 991.20 |
| OH40100002 | OH40985195 | 165493 | 09/30/05 | 15.97 |
| OH40100002 | OH40985197 | 165493 | 09/30/05 | 18.06 |
| OH40100002 | OH40985205 | 165612 | 09/30/05 | 48.70 |
| OH40100002 | OH40985230 | 165451 | 09/30/05 | 35.95 |
| OH40100002 | OH40985274 | 165177 | 09/30/05 | 76.40 |
| OH40100002 | OH40985283 | 164700 | 09/30/05 | 5,140.00 |
| OH40100002 | OH40985341 | 165630 | 09/30/05 | 4.08 |
| OH40100002 | OH40985343 | 165678 | 09/30/05 | 89.58 |
| OH40100002 | OH40985430 | 165493 | 09/30/05 | 160.68 |
| OH40100002 | OH40985478 | 164550 | 09/30/05 | 286.39 |
| OH40100002 | OH40985495 | 165747 | 09/30/05 | 294.14 |
| OH40100002 | OH40985522 | 165775 | 09/30/05 | 11.96 |
| OH40100002 | OH40985711 | 165669 | 09/30/05 | 93.35 |
| OH40100002 | OH40985763 | 165815 | 09/30/05 | 2.22 |
| OH40100002 | OH40985764 | 165821 | 09/30/05 | 88.50 |
| OH40100002 | OH40985768 | 165815 | 09/30/05 | 11.90 |
| OH40100002 | OH40985774 | 165834 | 09/30/05 | 98.40 |
| OH40100002 | OH40985780 | 165830 | 09/30/05 | 3.50 |
| OH40100002 | OH40985828 | 165764 | 09/30/05 | 280.00 |
| OH40100002 | OH40985829 | 165834 | 09/30/05 | 100.00 |
| OH40100002 | OH40985836 | 165815 | 09/30/05 | 214.40 |
| OH40100002 | OH40985837 | 165493 | 09/30/05 | 87.30 |
| OH40100002 | OH40985865 | 165857 | 09/30/05 | 57.72 |
| OH40100002 | OH40985893 | 165747 | 09/30/05 | 1.05 |
| OH40100002 | OH40985894 | 165821 | 09/30/05 | 12.52 |
| OH40100002 | OH40985943 | 165767 | 09/30/05 | 538.08 |
| OH40100002 | OH40985992 | 165669 | 09/30/05 | 4.90 |
| OH40100002 | OH40986079 | 165862 | 09/30/05 | 34.48 |
| OH40100002 | OH40986106 | 165879 | 09/30/05 | 362.44 |
| OH40100002 | OH40986191 | 165995 | 09/30/05 | 14.70 |
| OH40100002 | OH40986199 | 165986 | 09/30/05 | 654.48 |
| OH40100002 | OH40986287 | 165669 | 09/30/05 | 28.58 |
| OH40100002 | OH40001896221 | | 10/04/05 | 18.41 |
| **OH40100002 Total** | | | | **25,941.88** |
| OH40100083 | OH40983515 | 211222 | 09/30/05 | 106.04 |
| OH40100083 | OH40983519 | 211111 | 09/30/05 | 68.22 |
| OH40100083 | OH40983549 | 210996 | 09/30/05 | 355.80 |
| OH40100083 | OH40983589 | 211222 | 09/30/05 | 56.72 |
| OH40100083 | OH40983640 | 209833 | 09/30/05 | 504.47 |
| OH40100083 | OH40983651 | 211248 | 09/30/05 | 7.96 |
| OH40100083 | OH40983653 | 211248 | 09/30/05 | 7.96 |
| OH40100083 | OH40983654 | 211167 | 09/30/05 | 97.64 |
| OH40100083 | OH40983656 | 211291 | 09/30/05 | 143.34 |
| OH40100083 | OH40983682 | 210997 | 09/30/05 | 4.14 |

| | | | | |
|---|---|---|---|---|
| OH40100083 | OH40983684 | 211111 | 09/30/05 | 0.88 |
| OH40100083 | OH40983705 | 211286 | 09/30/05 | 365.00 |
| OH40100083 | OH40983710 | 211248 | 09/30/05 | 126.20 |
| OH40100083 | OH40983732 | 211222 | 09/30/05 | 202.65 |
| OH40100083 | OH40983737 | 211359 | 09/30/05 | 8.48 |
| OH40100083 | OH40983758 | 210894 | 09/30/05 | 577.06 |
| OH40100083 | OH40983804 | 211248 | 09/30/05 | 208.60 |
| OH40100083 | OH40983805 | 211265 | 09/30/05 | 528.65 |
| OH40100083 | OH40983806 | 210296 | 09/30/05 | 420.00 |
| OH40100083 | OH40983810 | 211283 | 09/30/05 | 75.68 |
| OH40100083 | OH40983865 | 211222 | 09/30/05 | 36.76 |
| OH40100083 | OH40983866 | 210682 | 09/30/05 | 73.92 |
| OH40100083 | OH40983868 | 211167 | 09/30/05 | 22.59 |
| OH40100083 | OH40983913 | 211343 | 09/30/05 | 481.02 |
| OH40100083 | OH40983959 | 210996 | 09/30/05 | 61.23 |
| OH40100083 | OH40983963 | 211248 | 09/30/05 | 126.20 |
| OH40100083 | OH40983980 | 211346 | 09/30/05 | 485.34 |
| OH40100083 | OH40984002 | 211291 | 09/30/05 | (17.24) |
| OH40100083 | OH40984026 | 211413 | 09/30/05 | 5.94 |
| OH40100083 | OH40984039 | 211291 | 09/30/05 | 17.24 |
| OH40100083 | OH40984042 | 211389 | 09/30/05 | 148.98 |
| OH40100083 | OH40984086 | 210198 | 09/30/05 | 887.50 |
| OH40100083 | OH40984093 | 210362 | 09/30/05 | 366.72 |
| OH40100083 | OH40984125 | 210154 | 09/30/05 | 315.35 |
| OH40100083 | OH40984175 | 210796 | 09/30/05 | 72.16 |
| OH40100083 | OH40984179 | 211328 | 09/30/05 | 98.22 |
| OH40100083 | OH40984185 | 211343 | 09/30/05 | 129.06 |
| OH40100083 | OH40984201 | 211430 | 09/30/05 | 137.45 |
| OH40100083 | OH40984221 | 211167 | 09/30/05 | 59.96 |
| OH40100083 | OH40984317 | 210682 | 09/30/05 | 370.00 |
| OH40100083 | OH40984365 | 211157 | 09/30/05 | 45.30 |
| OH40100083 | OH40984368 | 207647 | 09/30/05 | 111.92 |
| OH40100083 | OH40984403 | 211529 | 09/30/05 | 161.01 |
| OH40100083 | OH40984408 | 206486 | 09/30/05 | 103.50 |
| OH40100083 | OH40984430 | 211640 | 09/30/05 | 138.00 |
| OH40100083 | OH40984444 | 211441 | 09/30/05 | 251.40 |
| OH40100083 | OH40984449 | 211222 | 09/30/05 | 1,094.06 |
| OH40100083 | OH40984567 | 211546 | 09/30/05 | 63.00 |
| OH40100083 | OH40984584 | 211368 | 09/30/05 | 144.20 |
| OH40100083 | OH40984597 | 211548 | 09/30/05 | 352.83 |
| OH40100083 | OH40984598 | 211481 | 09/30/05 | 63.68 |
| OH40100083 | OH40984599 | 211419 | 09/30/05 | 32.82 |
| OH40100083 | OH40984600 | 211361 | 09/30/05 | 117.60 |
| OH40100083 | OH40984608 | 211003 | 09/30/05 | 1,914.35 |
| OH40100083 | OH40984679 | 211656 | 09/30/05 | 234.70 |
| OH40100083 | OH40984707 | 211481 | 09/30/05 | 140.08 |
| OH40100083 | OH40984712 | 211545 | 09/30/05 | 168.70 |
| OH40100083 | OH40984716 | 211037 | 09/30/05 | 161.90 |
| OH40100083 | OH40984726 | 211532 | 09/30/05 | 951.36 |
| OH40100083 | OH40984728 | 211419 | 09/30/05 | 582.36 |
| OH40100083 | OH40984734 | 211548 | 09/30/05 | 37.30 |
| OH40100083 | OH40984791 | 211520 | 09/30/05 | 432.99 |

| | | | | |
|---|---|---|---|---|
| OH40100083 | OH40984839 | 211453 | 09/30/05 | 929.71 |
| OH40100083 | OH40984840 | 211453 | 09/30/05 | 929.71 |
| OH40100083 | OH40984857 | 211651 | 09/30/05 | 582.54 |
| OH40100083 | OH40984877 | 211689 | 09/30/05 | 112.24 |
| OH40100083 | OH40984978 | 211479 | 09/30/05 | 6.21 |
| OH40100083 | OH40984979 | 211548 | 09/30/05 | 18.57 |
| OH40100083 | OH40984980 | 211478 | 09/30/05 | 185.60 |
| OH40100083 | OH40984982 | 210894 | 09/30/05 | 343.36 |
| OH40100083 | OH40984984 | 211690 | 09/30/05 | 1,115.18 |
| OH40100083 | OH40984987 | 211359 | 09/30/05 | 8.48 |
| OH40100083 | OH40984999 | 211689 | 09/30/05 | 1,202.58 |
| OH40100083 | OH40985002 | 211167 | 09/30/05 | 3.58 |
| OH40100083 | OH40985003 | 211654 | 09/30/05 | 2.00 |
| OH40100083 | OH40985079 | 211529 | 09/30/05 | 3,580.54 |
| OH40100083 | OH40985093 | 211689 | 09/30/05 | 207.85 |
| OH40100083 | OH40985117 | 211674 | 09/30/05 | 428.24 |
| OH40100083 | OH40985119 | 211649 | 09/30/05 | 1,425.77 |
| OH40100083 | OH40985129 | 211702 | 09/30/05 | 1,257.00 |
| OH40100083 | OH40985145 | 211689 | 09/30/05 | 25.14 |
| OH40100083 | OH40985160 | 211875 | 09/30/05 | 24.00 |
| OH40100083 | OH40985166 | 211248 | 09/30/05 | (7.96) |
| OH40100083 | OH40985167 | 211248 | 09/30/05 | (126.20) |
| OH40100083 | OH40985188 | 211885 | 09/30/05 | 25.60 |
| OH40100083 | OH40985189 | 211855 | 09/30/05 | 16.90 |
| OH40100083 | OH40985221 | 211735 | 09/30/05 | 90.67 |
| OH40100083 | OH40985242 | 210997 | 09/30/05 | 2.07 |
| OH40100083 | OH40985258 | 211645 | 09/30/05 | 3,839.64 |
| OH40100083 | OH40985389 | 211836 | 09/30/05 | 542.92 |
| OH40100083 | OH40985398 | 211689 | 09/30/05 | 7.96 |
| OH40100083 | OH40985399 | 211865 | 09/30/05 | 257.62 |
| OH40100083 | OH40985412 | 211879 | 09/30/05 | 34.86 |
| OH40100083 | OH40985429 | 211906 | 09/30/05 | 428.71 |
| OH40100083 | OH40985516 | 211520 | 09/30/05 | 83.74 |
| OH40100083 | OH40985574 | 211450 | 09/30/05 | 525.20 |
| OH40100083 | OH40985623 | 211923 | 09/30/05 | 21.27 |
| OH40100083 | OH40985694 | 211291 | 09/30/05 | 81.12 |
| OH40100083 | OH40985712 | 211949 | 09/30/05 | 37.38 |
| OH40100083 | OH40985713 | 211931 | 09/30/05 | 700.97 |
| OH40100083 | OH40985714 | 211919 | 09/30/05 | 524.07 |
| OH40100083 | OH40985736 | 211919 | 09/30/05 | 58.23 |
| OH40100083 | OH40985737 | 211919 | 09/30/05 | (524.07) |
| OH40100083 | OH40985799 | 212051 | 09/30/05 | 40.08 |
| OH40100083 | OH40985832 | 211053 | 09/30/05 | 255.44 |
| OH40100083 | OH40985839 | 211923 | 09/30/05 | 76.84 |
| OH40100083 | OH40985849 | 210682 | 09/30/05 | 3,855.69 |
| OH40100083 | OH40985850 | 211919 | 09/30/05 | 96.88 |
| OH40100083 | OH40985851 | 211919 | 09/30/05 | 144.20 |
| OH40100083 | OH40985864 | 211906 | 09/30/05 | 209.05 |
| OH40100083 | OH40985867 | 212089 | 09/30/05 | 30.54 |
| OH40100083 | OH40985909 | 211520 | 09/30/05 | 83.74 |
| OH40100083 | OH40985924 | 212036 | 09/30/05 | 23.24 |
| OH40100083 | OH40985935 | 212003 | 09/30/05 | 88.32 |

| | | | | |
|---|---|---|---|---|
| OH40100083 | OH40985940 | 212024 | 09/30/05 | 63.68 |
| OH40100083 | OH40985957 | 212011 | 09/30/05 | 137.36 |
| OH40100083 | OH40986042 | 212098 | 09/30/05 | 146.36 |
| OH40100083 | OH40986049 | 211177 | 09/30/05 | 791.52 |
| OH40100083 | OH40986050 | 211167 | 09/30/05 | 715.68 |
| OH40100083 | OH40986067 | 211865 | 09/30/05 | 73.74 |
| OH40100083 | OH40986077 | 212039 | 09/30/05 | 22.00 |
| OH40100083 | OH40986093 | 210680 | 09/30/05 | 36.72 |
| OH40100083 | OH40986105 | 211587 | 09/30/05 | 251.22 |
| OH40100083 | OH40986114 | 212034 | 09/30/05 | 751.24 |
| OH40100083 | OH40986156 | 211919 | 09/30/05 | 676.36 |
| OH40100083 | OH40986229 | 211517 | 09/30/05 | 1,535.94 |
| OH40100083 | OH40986230 | 212085 | 09/30/05 | 0.40 |
| OH40100083 | OH40986236 | 212011 | 09/30/05 | 124.70 |
| OH40100083 | OH40986242 | 212063 | 09/30/05 | 36.76 |
| OH40100083 | OH40986244 | 212081 | 09/30/05 | 2,933.71 |
| OH40100083 | OH40001896230 | | 10/04/05 | 14.53 |
| **OH40100083 Total** | | | | 47,271.89 |
| OH40100084 | OH40969386DCBC | OH40977173 | 09/28/05 | (26.96) |
| OH40100084 | OH40983564 | 64456 | 09/30/05 | 383.70 |
| OH40100084 | OH40983579 | 64964 | 09/30/05 | 125.32 |
| OH40100084 | OH40983661 | 64964 | 09/30/05 | 198.13 |
| OH40100084 | OH40983701 | 65099 | 09/30/05 | 1,454.20 |
| OH40100084 | OH40983702 | 64993 | 09/30/05 | 1,204.20 |
| OH40100084 | OH40983719 | 64657 | 09/30/05 | 9.50 |
| OH40100084 | OH40983801 | 65068 | 09/30/05 | 52.09 |
| OH40100084 | OH40983850 | 65123 | 09/30/05 | 1,486.13 |
| OH40100084 | OH40983864 | 64925 | 09/30/05 | 239.35 |
| OH40100084 | OH40983953 | 65115 | 09/30/05 | 795.27 |
| OH40100084 | OH40983985 | 65152 | 09/30/05 | 597.50 |
| OH40100084 | OH40984098 | 65133 | 09/30/05 | 12.54 |
| OH40100084 | OH40984113 | 65044 | 09/30/05 | 60.40 |
| OH40100084 | OH40984127 | 65044 | 09/30/05 | (26.50) |
| OH40100084 | OH40984200 | 65262 | 09/30/05 | 19.00 |
| OH40100084 | OH40984273 | 65234 | 09/30/05 | 24.64 |
| OH40100084 | OH40984359 | 65044 | 09/30/05 | 159.01 |
| OH40100084 | OH40984410 | 65285 | 09/30/05 | 1,853.32 |
| OH40100084 | OH40984479 | CREDIT CARD | 09/30/05 | 61.03 |
| OH40100084 | OH40984580 | 65234 | 09/30/05 | 19.97 |
| OH40100084 | OH40984635 | 65445 | 09/30/05 | 542.81 |
| OH40100084 | OH40984702 | 64794 | 09/30/05 | 57.26 |
| OH40100084 | OH40984713 | 64693 | 09/30/05 | 30.61 |
| OH40100084 | OH40984743 | 65508 | 09/30/05 | 15.75 |
| OH40100084 | OH40984761 | 65406 | 09/30/05 | 456.06 |
| OH40100084 | OH40984832 | 65068 | 09/30/05 | 345.00 |
| OH40100084 | OH40984844 | 65416 | 09/30/05 | 76.48 |
| OH40100084 | OH40984948 | 65443 | 09/30/05 | 1,507.50 |
| OH40100084 | OH40984957 | 64847 | 09/30/05 | 64.76 |
| OH40100084 | OH40984965 | 65360 | 09/30/05 | 2,442.80 |
| OH40100084 | OH40985049 | 65613 | 09/30/05 | 18.90 |
| OH40100084 | OH40985261 | 65152 | 09/30/05 | 1,282.20 |
| OH40100084 | OH40985287 | 65550 | 09/30/05 | 164.62 |

| | | | | |
|---|---|---|---|---|
| OH40100084 | OH40985314 | 62642 | 09/30/05 | 9.50 |
| OH40100084 | OH40985445 | 65123 | 09/30/05 | 1,812.08 |
| OH40100084 | OH40985659 | 65706 | 09/30/05 | 14.14 |
| OH40100084 | OH40985922 | 65773 | 09/30/05 | 48.57 |
| OH40100084 | OH40985923 | 65764 | 09/30/05 | 18.90 |
| OH40100084 | OH40986066 | 65828 | 09/30/05 | 48.57 |
| OH40100084 | OH40986223 | 65861 | 09/30/05 | 121.39 |
| OH40100084 | OH40986257 | 65861 | 09/30/05 | 1,362.49 |
| **OH40100084 Total** | | | | 19,142.23 |
| OH40100085 | OH40983645 | 21688 | 09/30/05 | 90.00 |
| OH40100085 | OH40984194 | 21664 | 09/30/05 | 1,027.84 |
| OH40100085 | OH40984258 | 21709 | 09/30/05 | 177.75 |
| OH40100085 | OH40984391 | 21711 | 09/30/05 | 44.31 |
| OH40100085 | OH40984513 | 21718 | 09/30/05 | 23.52 |
| OH40100085 | OH40984992 | 21716 | 09/30/05 | 111.92 |
| OH40100085 | OH40985146 | 21718 | 09/30/05 | 64.00 |
| OH40100085 | OH40985301 | 21718 | 09/30/05 | 384.86 |
| OH40100085 | OH40985546 | 21718 | 09/30/05 | 13.74 |
| OH40100085 | OH40985678 | 21718 | 09/30/05 | 252.53 |
| OH40100085 | 00102608 | | 10/07/05 | (10,901.40) |
| **OH40100085 Total** | | | | (8,710.93) |
| OH40100086 | OH40983566 | 125012 | 09/30/05 | 346.08 |
| OH40100086 | OH40983709 | 125073 | 09/30/05 | 115.20 |
| OH40100086 | OH40983827 | 125137 | 09/30/05 | 976.80 |
| OH40100086 | OH40983936 | 124864 | 09/30/05 | 4,337.34 |
| OH40100086 | OH40983939 | 124970 | 09/30/05 | 445.40 |
| OH40100086 | OH40983962 | 124857 | 09/30/05 | 27.05 |
| OH40100086 | OH40983971 | 124464 | 09/30/05 | 64.53 |
| OH40100086 | OH40984202 | 124058 | 09/30/05 | 4,599.60 |
| OH40100086 | OH40984431 | 124411 | 09/30/05 | 46.97 |
| OH40100086 | OH40984655 | 125399 | 09/30/05 | 34.80 |
| OH40100086 | OH40984851 | 124464 | 09/30/05 | 26.34 |
| OH40100086 | OH40984866 | 125447 | 09/30/05 | 126.40 |
| OH40100086 | OH40984996 | 125274 | 09/30/05 | 144.72 |
| OH40100086 | OH40985060 | 125487 | 09/30/05 | 183.70 |
| OH40100086 | OH40985186 | 124458 | 09/30/05 | 292.53 |
| OH40100086 | OH40985347 | 125383 | 09/30/05 | 60.24 |
| OH40100086 | OH40985349 | 125383 | 09/30/05 | 184.42 |
| OH40100086 | OH40985386 | 125219 | 09/30/05 | 1,326.51 |
| OH40100086 | OH40985414 | 125538 | 09/30/05 | 531.24 |
| OH40100086 | OH40985639 | 125564 | 09/30/05 | 142.80 |
| OH40100086 | OH40985750 | 125647 | 09/30/05 | 130.04 |
| OH40100086 | OH40985779 | 125655 | 09/30/05 | 5.56 |
| OH40100086 | OH40986025 | 125684 | 09/30/05 | 15.48 |
| OH40100086 | OH40986313 | 125392 | 09/30/05 | 136.43 |
| **OH40100086 Total** | | | | 14,300.18 |
| OH40233389 | OH40983486 | 8422 | 09/30/05 | 135.70 |
| OH40233389 | OH40983491 | 8553 | 09/30/05 | 505.00 |
| OH40233389 | OH40983541 | 8479 | 09/30/05 | 38.78 |
| OH40233389 | OH40983547 | 8394 | 09/30/05 | 239.20 |
| OH40233389 | OH40983558 | 8466 | 09/30/05 | 379.94 |
| OH40233389 | OH40983573 | 7981 | 09/30/05 | 2,184.29 |

| | | | | |
|---|---|---|---|---|
| OH40233389 | OH40983576 | 6857 | 09/30/05 | 553.16 |
| OH40233389 | OH40983678 | 8559 | 09/30/05 | 320.00 |
| OH40233389 | OH40983681 | 7457 | 09/30/05 | 275.61 |
| OH40233389 | OH40983686 | 8049 | 09/30/05 | 892.28 |
| OH40233389 | OH40983716 | 8577 | 09/30/05 | 453.06 |
| OH40233389 | OH40983720 | 3441 | 09/30/05 | 2,834.62 |
| OH40233389 | OH40983721 | 4839 | 09/30/05 | 2,847.62 |
| OH40233389 | OH40983822 | 8495 | 09/30/05 | 470.40 |
| OH40233389 | OH40983832 | 8372 | 09/30/05 | 62.78 |
| OH40233389 | OH40983834 | 7729 | 09/30/05 | 90.48 |
| OH40233389 | OH40983838 | 8546 | 09/30/05 | 211.97 |
| OH40233389 | OH40983873 | 8553 | 09/30/05 | 121.24 |
| OH40233389 | OH40983881 | 6624 | 09/30/05 | 99.38 |
| OH40233389 | OH40983884 | 7835 | 09/30/05 | 2,723.26 |
| OH40233389 | OH40983958 | 7752 | 09/30/05 | 1,152.48 |
| OH40233389 | OH40984044 | 8672 | 09/30/05 | 59.94 |
| OH40233389 | OH40984057 | 8672 | 09/30/05 | 435.00 |
| OH40233389 | OH40984065 | 8559 | 09/30/05 | 889.50 |
| OH40233389 | OH40984069 | 8671 | 09/30/05 | 65.04 |
| OH40233389 | OH40984084 | 8718 | 09/30/05 | 315.40 |
| OH40233389 | OH40984087 | 8716 | 09/30/05 | 159.00 |
| OH40233389 | OH40984090 | 8131 | 09/30/05 | 245.74 |
| OH40233389 | OH40984101 | 8553 | 09/30/05 | 132.53 |
| OH40233389 | OH40984176 | 8655 | 09/30/05 | 108.86 |
| OH40233389 | OH40984191 | 7994 | 09/30/05 | 606.42 |
| OH40233389 | OH40984192 | 6476 | 09/30/05 | 3,777.73 |
| OH40233389 | OH40984196 | 8563 | 09/30/05 | 538.86 |
| OH40233389 | OH40984204 | 8753 | 09/30/05 | 336.99 |
| OH40233389 | OH40984212 | 8672 | 09/30/05 | 10.88 |
| OH40233389 | OH40984213 | 8571 | 09/30/05 | 241.87 |
| OH40233389 | OH40984231 | 2893 | 09/30/05 | 81.50 |
| OH40233389 | OH40984251 | 6381 | 09/30/05 | 101.86 |
| OH40233389 | OH40984275 | 8729 | 09/30/05 | 869.38 |
| OH40233389 | OH40984293 | 8559 | 09/30/05 | 1,419.13 |
| OH40233389 | OH40984296 | 2893 | 09/30/05 | 89.35 |
| OH40233389 | OH40984301 | 6957 | 09/30/05 | 563.28 |
| OH40233389 | OH40984302 | 6957 | 09/30/05 | 563.28 |
| OH40233389 | OH40984305 | 8690 | 09/30/05 | 79.87 |
| OH40233389 | OH40984329 | 4619 | 09/30/05 | 4,848.45 |
| OH40233389 | OH40984330 | 8167 | 09/30/05 | 695.33 |
| OH40233389 | OH40984332 | 8553 | 09/30/05 | 55.30 |
| OH40233389 | OH40984340 | 7951 | 09/30/05 | 493.30 |
| OH40233389 | OH40984343 | 8716 | 09/30/05 | 1,089.78 |
| OH40233389 | OH40984344 | 8545 | 09/30/05 | 105.82 |
| OH40233389 | OH40984357 | 8672 | 09/30/05 | 26.07 |
| OH40233389 | OH40984358 | 8729 | 09/30/05 | 78.99 |
| OH40233389 | OH40984417 | 7267 | 09/30/05 | 850.05 |
| OH40233389 | OH40984426 | 8815 | 09/30/05 | 257.40 |
| OH40233389 | OH40984427 | 8682 | 09/30/05 | 307.20 |
| OH40233389 | OH40984428 | 8831 | 09/30/05 | 35.20 |
| OH40233389 | OH40984442 | 8836 | 09/30/05 | 91.04 |
| OH40233389 | OH40984451 | 4986 | 09/30/05 | 2,472.63 |

| | | | | |
|---|---|---|---|---|
| OH40233389 | OH40984454 | 7244 | 09/30/05 | 8,233.40 |
| OH40233389 | OH40984461 | 8672 | 09/30/05 | 201.46 |
| OH40233389 | OH40984560 | 8843 | 09/30/05 | 1,436.40 |
| OH40233389 | OH40984561 | 8841 | 09/30/05 | 42.68 |
| OH40233389 | OH40984563 | 673 | 09/30/05 | 3,261.76 |
| OH40233389 | OH40984564 | 8753 | 09/30/05 | 716.35 |
| OH40233389 | OH40984577 | 8291 | 09/30/05 | 336.61 |
| OH40233389 | OH40984626 | 8672 | 09/30/05 | 610.00 |
| OH40233389 | OH40984640 | 8839 | 09/30/05 | 295.19 |
| OH40233389 | OH40984641 | 8843 | 09/30/05 | 57.77 |
| OH40233389 | OH40984705 | 8734 | 09/30/05 | 34.99 |
| OH40233389 | OH40984717 | 8322 | 09/30/05 | 28.69 |
| OH40233389 | OH40984730 | 8553 | 09/30/05 | 101.34 |
| OH40233389 | OH40984740 | 8908 | 09/30/05 | 628.65 |
| OH40233389 | OH40984754 | 8925 | 09/30/05 | 198.79 |
| OH40233389 | OH40984785 | 8916 | 09/30/05 | 69.88 |
| OH40233389 | OH40984835 | 7457 | 09/30/05 | 4,921.93 |
| OH40233389 | OH40984838 | 8569 | 09/30/05 | 1,763.99 |
| OH40233389 | OH40984888 | 8839 | 09/30/05 | 2,627.59 |
| OH40233389 | OH40984899 | 8962 | 09/30/05 | 1,408.65 |
| OH40233389 | OH40984914 | 8856 | 09/30/05 | 158.34 |
| OH40233389 | OH40984923 | 8945 | 09/30/05 | 69.88 |
| OH40233389 | OH40984961 | 8830 | 09/30/05 | 19.50 |
| OH40233389 | OH40984995 | 8908 | 09/30/05 | 99.73 |
| OH40233389 | OH40985019 | 8983 | 09/30/05 | 610.00 |
| OH40233389 | OH40985028 | 9010 | 09/30/05 | 150.67 |
| OH40233389 | OH40985054 | 8964 | 09/30/05 | 160.98 |
| OH40233389 | OH40985106 | 8979 | 09/30/05 | 16.65 |
| OH40233389 | OH40985122 | 8777 | 09/30/05 | 462.94 |
| OH40233389 | OH40985126 | 8925 | 09/30/05 | 38.98 |
| OH40233389 | OH40985131 | 7704 | 09/30/05 | 1,865.87 |
| OH40233389 | OH40985132 | 6077 | 09/30/05 | 1,472.66 |
| OH40233389 | OH40985133 | 8839 | 09/30/05 | 790.28 |
| OH40233389 | OH40985135 | 8626 | 09/30/05 | 205.83 |
| OH40233389 | OH40985136 | 8311 | 09/30/05 | 740.96 |
| OH40233389 | OH40985144 | 7009 | 09/30/05 | 45.80 |
| OH40233389 | OH40985173 | 8813 | 09/30/05 | 55.48 |
| OH40233389 | OH40985174 | 9041 | 09/30/05 | 60.27 |
| OH40233389 | OH40985179 | 7739 | 09/30/05 | 51.60 |
| OH40233389 | OH40985181 | 9010 | 09/30/05 | 212.66 |
| OH40233389 | OH40985185 | 9013 | 09/30/05 | 12.79 |
| OH40233389 | OH40985239 | 8909 | 09/30/05 | 1,604.94 |
| OH40233389 | OH40985257 | 9010 | 09/30/05 | 42.63 |
| OH40233389 | OH40985265 | 8696 | 09/30/05 | 918.71 |
| OH40233389 | OH40985281 | 2893 | 09/30/05 | 102.30 |
| OH40233389 | OH40985303 | 9067 | 09/30/05 | 138.08 |
| OH40233389 | OH40985313 | 8817 | 09/30/05 | 143.49 |
| OH40233389 | OH40985327 | 8626 | 09/30/05 | 573.18 |
| OH40233389 | OH40985328 | 8626 | 09/30/05 | 573.18 |
| OH40233389 | OH40985365 | 8976 | 09/30/05 | 156.29 |
| OH40233389 | OH40985372 | 9070 | 09/30/05 | 8.04 |
| OH40233389 | OH40985377 | 9048 | 09/30/05 | 688.13 |

| | | | | | |
|---|---|---|---|---|---|
| OH40233389 | OH40985384 | 9026 | | 09/30/05 | 56.23 |
| OH40233389 | OH40985387 | 7023 | | 09/30/05 | 372.95 |
| OH40233389 | OH40985401 | 9003 | | 09/30/05 | 476.35 |
| OH40233389 | OH40985404 | 4839 | | 09/30/05 | 1,595.26 |
| OH40233389 | OH40985410 | 7457 | | 09/30/05 | 500.00 |
| OH40233389 | OH40985420 | 8507 | | 09/30/05 | 1,582.75 |
| OH40233389 | OH40985421 | 8813 | | 09/30/05 | 27.84 |
| OH40233389 | OH40985422 | 8571 | | 09/30/05 | 518.44 |
| OH40233389 | OH40985442 | 7252 | | 09/30/05 | 1,236.79 |
| OH40233389 | OH40985446 | 8817 | | 09/30/05 | 29.40 |
| OH40233389 | OH40985462 | 9001 | | 09/30/05 | 203.75 |
| OH40233389 | OH40985492 | 9093 | | 09/30/05 | 678.57 |
| OH40233389 | OH40985527 | 9095 | | 09/30/05 | 164.21 |
| OH40233389 | OH40985534 | 9067 | | 09/30/05 | 34.44 |
| OH40233389 | OH40985536 | 8765 | | 09/30/05 | 72.26 |
| OH40233389 | OH40985537 | 9039 | | 09/30/05 | 156.15 |
| OH40233389 | OH40985549 | 8945 | | 09/30/05 | 786.96 |
| OH40233389 | OH40985557 | 7009 | | 09/30/05 | 93.85 |
| OH40233389 | OH40985559 | 8338 | | 09/30/05 | 865.73 |
| OH40233389 | OH40985560 | 6757 | | 09/30/05 | 994.78 |
| OH40233389 | OH40985561 | 4242 | | 09/30/05 | 664.01 |
| OH40233389 | OH40985584 | 8817 | | 09/30/05 | 86.02 |
| OH40233389 | OH40985585 | 8813 | | 09/30/05 | 306.28 |
| OH40233389 | OH40985590 | 8986 | | 09/30/05 | 505.90 |
| OH40233389 | OH40985594 | 8626 | | 09/30/05 | 1,261.33 |
| OH40233389 | OH40985610 | 8853 | | 09/30/05 | 1,378.75 |
| OH40233389 | OH40985656 | 9124 | | 09/30/05 | 4.70 |
| OH40233389 | OH40985662 | 9152 | | 09/30/05 | 978.88 |
| OH40233389 | OH40985679 | 9040 | | 09/30/05 | 360.29 |
| OH40233389 | OH40985686 | 9094 | | 09/30/05 | 841.10 |
| OH40233389 | OH40985688 | 9040 | | 09/30/05 | 329.24 |
| OH40233389 | OH40985693 | 8817 | | 09/30/05 | 20.82 |
| OH40233389 | OH40985747 | 8626 | | 09/30/05 | 754.53 |
| OH40233389 | OH40985754 | 6077 | | 09/30/05 | 3,661.69 |
| OH40233389 | OH40985819 | 9111 | | 09/30/05 | 1,453.83 |
| OH40233389 | OH40985821 | 9209 | | 09/30/05 | 1,436.40 |
| OH40233389 | OH40985822 | 9067 | | 09/30/05 | 21.12 |
| OH40233389 | OH40985866 | 9184 | | 09/30/05 | 189.17 |
| OH40233389 | OH40985870 | 9231 | | 09/30/05 | 544.90 |
| OH40233389 | OH40985908 | 9247 | | 09/30/05 | 3,395.35 |
| OH40233389 | OH40985921 | 9218 | | 09/30/05 | 87.48 |
| OH40233389 | OH40985928 | 8194 | | 09/30/05 | 212.90 |
| OH40233389 | OH40985932 | 9239 | | 09/30/05 | 127.01 |
| OH40233389 | OH40985939 | 8983 | | 09/30/05 | 225.34 |
| OH40233389 | OH40985951 | 8817 | | 09/30/05 | 83.48 |
| OH40233389 | OH40985958 | 9111 | | 09/30/05 | 10.04 |
| OH40233389 | OH40985983 | 8853 | | 09/30/05 | 11,160.56 |
| OH40233389 | OH40986020 | 8979 | | 09/30/05 | 49.18 |
| OH40233389 | OH40986064 | 7752 | | 09/30/05 | 165.00 |
| OH40233389 | OH40986065 | 8853 | | 09/30/05 | 225.00 |
| OH40233389 | OH40986081 | 9296 | | 09/30/05 | 34.55 |
| OH40233389 | OH40986087 | 9018 | | 09/30/05 | 262.89 |

| | | | | |
|---|---|---|---|---|
| OH40233389 | OH40986089 | 7739 | 09/30/05 | 93.84 |
| OH40233389 | OH40986109 | 9109 | 09/30/05 | 47.77 |
| OH40233389 | OH40986113 | 8462 | 09/30/05 | 323.52 |
| OH40233389 | OH40986120 | 8626 | 09/30/05 | 3,741.60 |
| OH40233389 | OH40986123 | 9301 | 09/30/05 | 83.23 |
| OH40233389 | OH40986150 | 9236 | 09/30/05 | 827.72 |
| OH40233389 | OH40986224 | 8914 | 09/30/05 | 284.67 |
| OH40233389 | OH40986225 | 8979 | 09/30/05 | 209.24 |
| OH40233389 | OH40986227 | 9311 | 09/30/05 | 189.45 |
| OH40233389 | OH40986238 | 6946 | 09/30/05 | 725.65 |
| OH40233389 | OH40986240 | 9247 | 09/30/05 | 214.82 |
| OH40233389 | OH40986243 | 9039 | 09/30/05 | 22.21 |
| OH40233389 | OH40986245 | 6099 | 09/30/05 | 174.84 |
| OH40233389 | OH40986247 | 8311 | 09/30/05 | 1,565.99 |
| OH40233389 | OH40986266 | 9236 | 09/30/05 | 282.56 |
| OH40233389 | OH40986285 | 8853 | 09/30/05 | 3,115.41 |
| **OH40233389 Total** | | | | 132,103.15 |
| OH45100018 | OH45645053 | 160381 | 09/30/05 | 542.39 |
| OH45100018 | OH45645057 | 160404 | 09/30/05 | 21.14 |
| OH45100018 | OH45645060 | 160424 | 09/30/05 | 980.42 |
| OH45100018 | OH45645067 | 160172 | 09/30/05 | 1,195.00 |
| OH45100018 | OH45645078 | 160321 | 09/30/05 | 1,238.74 |
| OH45100018 | OH45645081 | 160381 | 09/30/05 | 417.08 |
| OH45100018 | OH45645088 | 160379 | 09/30/05 | 348.07 |
| OH45100018 | OH45645108 | 160444 | 09/30/05 | 328.20 |
| OH45100018 | OH45645109 | 160443 | 09/30/05 | 149.52 |
| OH45100018 | OH45645125 | 160381 | 09/30/05 | 478.39 |
| OH45100018 | OH45645126 | 160219 | 09/30/05 | 6,609.90 |
| OH45100018 | OH45645128 | 160381 | 09/30/05 | 254.34 |
| OH45100018 | OH45645134 | 160241 | 09/30/05 | 3,356.20 |
| OH45100018 | OH45645139 | 156833 | 09/30/05 | 16.85 |
| OH45100018 | OH45645140 | 160424 | 09/30/05 | 595.40 |
| OH45100018 | OH45645143 | 160243 | 09/30/05 | 1,593.26 |
| OH45100018 | OH45645147 | 160454 | 09/30/05 | 337.08 |
| OH45100018 | OH45645160 | 160424 | 09/30/05 | 245.24 |
| OH45100018 | OH45645170 | 160478 | 09/30/05 | 130.96 |
| OH45100018 | OH45645186 | 160479 | 09/30/05 | 346.00 |
| OH45100018 | OH45645190 | 160454 | 09/30/05 | 133.81 |
| OH45100018 | OH45645192 | 159484 | 09/30/05 | 442.44 |
| OH45100018 | OH45645197 | 160167 | 09/30/05 | 549.00 |
| OH45100018 | OH45645203 | 160121 | 09/30/05 | 405.05 |
| OH45100018 | OH45645204 | 160424 | 09/30/05 | 60.22 |
| OH45100018 | OH45645210 | 160321 | 09/30/05 | 276.43 |
| OH45100018 | OH45645214 | 159556 | 09/30/05 | 134.49 |
| OH45100018 | OH45645239 | 160147 | 09/30/05 | 848.08 |
| OH45100018 | OH45645257 | 160249 | 09/30/05 | 130.56 |
| OH45100018 | OH45645258 | 159916 | 09/30/05 | 991.00 |
| OH45100018 | OH45645270 | 160517 | 09/30/05 | 168.00 |
| OH45100018 | OH45645284 | 160496 | 09/30/05 | 80.22 |
| OH45100018 | OH45645291 | 160518 | 09/30/05 | 101.41 |
| OH45100018 | OH45645306 | 160530 | 09/30/05 | 538.42 |
| OH45100018 | OH45645312 | 160518 | 09/30/05 | 28.97 |

| | | | | |
|---|---|---|---|---|
| OH45100018 | OH45645313 | 159992 | 09/30/05 | 1,331.25 |
| OH45100018 | OH45645329 | 160518 | 09/30/05 | 364.87 |
| OH45100018 | OH45645352 | 160219 | 09/30/05 | 3,223.06 |
| OH45100018 | OH45645358 | 160440 | 09/30/05 | 338.26 |
| OH45100018 | OH45645359 | 160440 | 09/30/05 | 338.26 |
| OH45100018 | OH45645362 | 160429 | 09/30/05 | 97.60 |
| OH45100018 | OH45645379 | 160583 | 09/30/05 | 180.33 |
| OH45100018 | OH45645380 | 160585 | 09/30/05 | 1,549.85 |
| OH45100018 | OH45645419 | 160599 | 09/30/05 | 147.00 |
| OH45100018 | OH45645427 | 160518 | 09/30/05 | 134.56 |
| OH45100018 | OH45645428 | 160530 | 09/30/05 | 169.75 |
| OH45100018 | OH45645441 | 160290 | 09/30/05 | 763.67 |
| OH45100018 | OH45645452 | 160597 | 09/30/05 | 122.80 |
| OH45100018 | OH45645453 | 160592 | 09/30/05 | 2.72 |
| OH45100018 | OH45645455 | 160608 | 09/30/05 | 295.85 |
| OH45100018 | OH45645471 | 160583 | 09/30/05 | 4.36 |
| OH45100018 | OH45645472 | 160585 | 09/30/05 | 22.78 |
| OH45100018 | OH45645473 | 160583 | 09/30/05 | 4.36 |
| OH45100018 | OH45645475 | 160583 | 09/30/05 | 123.36 |
| OH45100018 | OH45645476 | 160537 | 09/30/05 | 5,128.10 |
| OH45100018 | OH45645482 | 160496 | 09/30/05 | 1,209.60 |
| OH45100018 | OH45645483 | 160381 | 09/30/05 | 1,323.96 |
| OH45100018 | OH45645502 | 160599 | 09/30/05 | 28.07 |
| OH45100018 | OH45645504 | 160557 | 09/30/05 | 736.55 |
| OH45100018 | OH45645507 | 160598 | 09/30/05 | 943.84 |
| OH45100018 | OH45645515 | 160583 | 09/30/05 | 135.47 |
| OH45100018 | OH45645516 | 160585 | 09/30/05 | 111.43 |
| OH45100018 | OH45645517 | 160219 | 09/30/05 | 335.03 |
| OH45100018 | OH45645524 | 160212 | 09/30/05 | 2,423.88 |
| OH45100018 | OH45645525 | 160393 | 09/30/05 | 1,599.96 |
| OH45100018 | OH45645527 | 160241 | 09/30/05 | 103.29 |
| OH45100018 | OH45645547 | 160530 | 09/30/05 | 429.40 |
| OH45100018 | OH45645553 | 159790 | 09/30/05 | 674.79 |
| OH45100018 | OH45645555 | 158949 | 09/30/05 | 225.97 |
| OH45100018 | OH45645559 | 160723 | 09/30/05 | 22.78 |
| OH45100018 | OH45645563 | 160518 | 09/30/05 | 196.16 |
| OH45100018 | OH45645565 | 160583 | 09/30/05 | 434.64 |
| OH45100018 | OH45645591 | 160720 | 09/30/05 | 348.30 |
| OH45100018 | OH45645595 | 160623 | 09/30/05 | 184.32 |
| OH45100018 | OH45645599 | 160723 | 09/30/05 | 1,553.98 |
| OH45100018 | OH45645600 | 160733 | 09/30/05 | 45.90 |
| OH45100018 | OH45645604 | 160516 | 09/30/05 | 47.25 |
| OH45100018 | OH45645612 | 160557 | 09/30/05 | 1,514.02 |
| OH45100018 | OH45645630 | 160793 | 09/30/05 | 25.07 |
| OH45100018 | OH45645632 | 159992 | 09/30/05 | 806.67 |
| OH45100018 | OH45645644 | 160592 | 09/30/05 | 8.97 |
| OH45100018 | OH45645659 | 160790 | 09/30/05 | 111.92 |
| OH45100018 | OH45645666 | 160029 | 09/30/05 | 783.62 |
| OH45100018 | OH45645668 | 160723 | 09/30/05 | 3,058.84 |
| OH45100018 | OH45645669 | 160389 | 09/30/05 | 1,111.96 |
| OH45100018 | OH45645672 | 160592 | 09/30/05 | 362.39 |
| OH45100018 | OH45645673 | 160118 | 09/30/05 | 547.13 |

| | | | | |
|---|---|---|---|---|
| OH45100018 | OH45645675 | 159484 | 09/30/05 | 575.49 |
| OH45100018 | OH45645689 | 160424 | 09/30/05 | 76.96 |
| OH45100018 | OH45645693 | 160812 | 09/30/05 | 437.11 |
| OH45100018 | OH45645702 | 160820 | 09/30/05 | 111.92 |
| OH45100018 | OH45645710 | 160713 | 09/30/05 | 190.40 |
| OH45100018 | OH45645719 | 160418 | 09/30/05 | 446.10 |
| OH45100018 | OH45645744 | 160221 | 09/30/05 | 1,338.57 |
| OH45100018 | OH45645747 | 160723 | 09/30/05 | 2,658.77 |
| OH45100018 | OH45645766 | 160837 | 09/30/05 | 1,865.78 |
| OH45100018 | OH45645773 | 160847 | 09/30/05 | 53.05 |
| OH45100018 | OH45645777 | 160441 | 09/30/05 | 1,425.92 |
| OH45100018 | OH45645781 | 160720 | 09/30/05 | 1,011.00 |
| OH45100018 | OH45645782 | 160792 | 09/30/05 | 28.42 |
| OH45100018 | OH45645810 | 160391 | 09/30/05 | 1,488.63 |
| OH45100018 | OH45645817 | 160723 | 09/30/05 | 13.68 |
| OH45100018 | OH45645820 | 160623 | 09/30/05 | 139.42 |
| OH45100018 | OH45645826 | 160792 | 09/30/05 | 172.85 |
| OH45100018 | OH45645833 | 160598 | 09/30/05 | 29.71 |
| OH45100018 | OH45645844 | 160585 | 09/30/05 | 188.92 |
| OH45100018 | OH45645851 | 160837 | 09/30/05 | 51.44 |
| OH45100018 | OH45645852 | 160847 | 09/30/05 | 28.42 |
| OH45100018 | OH45645856 | 160837 | 09/30/05 | 4.53 |
| OH45100018 | OH45645857 | 160847 | 09/30/05 | 279.10 |
| OH45100018 | OH45645860 | 160496 | 09/30/05 | 288.00 |
| OH45100018 | OH45645863 | 160355 | 09/30/05 | 690.67 |
| OH45100018 | OH45645864 | 160355 | 09/30/05 | 690.67 |
| OH45100018 | OH45645870 | 160013 | 09/30/05 | 101.00 |
| OH45100018 | OH45645873 | 160837 | 09/30/05 | 191.05 |
| OH45100018 | OH45645878 | 160910 | 09/30/05 | 13.30 |
| OH45100018 | OH45645894 | 159986 | 09/30/05 | 58.41 |
| OH45100018 | OH45645909 | 158426 | 09/30/05 | 68.77 |
| OH45100018 | OH45645910 | 160809 | 09/30/05 | 166.53 |
| OH45100018 | OH45645914 | 160241 | 09/30/05 | 808.19 |
| OH45100018 | OH45645920 | 160496 | 09/30/05 | 73.56 |
| OH45100018 | OH45645921 | 160530 | 09/30/05 | 677.33 |
| OH45100018 | OH45645922 | 160424 | 09/30/05 | 853.41 |
| OH45100018 | OH45645927 | 160013 | 09/30/05 | 240.00 |
| OH45100018 | OH45645931 | 160850 | 09/30/05 | 230.00 |
| OH45100018 | OH45645933 | 160595 | 09/30/05 | 2,916.00 |
| OH45100018 | OH45645937 | 160332 | 09/30/05 | 3,300.00 |
| OH45100018 | OH45645949 | 160900 | 09/30/05 | 318.06 |
| OH45100018 | OH45645950 | 160900 | 09/30/05 | 38.70 |
| OH45100018 | OH45645959 | 160947 | 09/30/05 | 446.28 |
| OH45100018 | OH45645962 | 160939 | 09/30/05 | 367.00 |
| OH45100018 | OH45645967 | 160934 | 09/30/05 | 327.55 |
| OH45100018 | OH45645970 | 160896 | 09/30/05 | 311.54 |
| OH45100018 | OH45645980 | 160583 | 09/30/05 | 919.19 |
| OH45100018 | OH45645985 | 160934 | 09/30/05 | 5,497.83 |
| OH45100018 | OH45645986 | 160900 | 09/30/05 | 1,149.53 |
| OH45100018 | OH45645989 | 160861 | 09/30/05 | 519.94 |
| OH45100018 | OH45646016 | 160896 | 09/30/05 | 3,125.91 |
| OH45100018 | OH45646019 | 160949 | 09/30/05 | 79.20 |

| | | | | |
|---|---|---|---|---|
| OH45100018 | OH45646020 | 160931 | 09/30/05 | 79.20 |
| OH45100018 | OH45646021 | 160934 | 09/30/05 | 93.18 |
| OH45100018 | OH45646023 | 160907 | 09/30/05 | 420.00 |
| OH45100018 | OH45646026 | 160847 | 09/30/05 | 170.75 |
| OH45100018 | OH45646028 | 160063 | 09/30/05 | 423.45 |
| OH45100018 | OH45646029 | 160809 | 09/30/05 | 70.40 |
| OH45100018 | OH45646031 | 160949 | 09/30/05 | 496.75 |
| OH45100018 | OH45646032 | 160723 | 09/30/05 | 313.88 |
| OH45100018 | OH45646035 | 160623 | 09/30/05 | 227.90 |
| OH45100018 | OH45646057 | 160996 | 09/30/05 | 50.00 |
| OH45100018 | OH45646109 | 160934 | 09/30/05 | 24.21 |
| OH45100018 | OH45646111 | 160896 | 09/30/05 | 1,270.36 |
| OH45100018 | OH45646118 | 160949 | 09/30/05 | 306.87 |
| OH45100018 | OH45646120 | 160931 | 09/30/05 | 170.75 |
| OH45100018 | OH45646125 | 160813 | 09/30/05 | 326.67 |
| OH45100018 | OH45646153 | 161047 | 09/30/05 | 75.32 |
| OH45100018 | OH45646180 | 160496 | 09/30/05 | 368.48 |
| OH45100018 | OH45646181 | 160907 | 09/30/05 | 840.00 |
| OH45100018 | OH45646185 | 160355 | 09/30/05 | 830.13 |
| OH45100018 | OH45646204 | 160947 | 09/30/05 | 236.01 |
| OH45100018 | OH45646205 | 161048 | 09/30/05 | 2,629.30 |
| OH45100018 | OH45646208 | 160585 | 09/30/05 | 446.90 |
| OH45100018 | OH45646210 | 160931 | 09/30/05 | 171.15 |
| OH45100018 | OH45646218 | 160949 | 09/30/05 | 114.76 |
| OH45100018 | OH45646219 | 160156 | 09/30/05 | 2,884.48 |
| OH45100018 | OH45646236 | 160219 | 09/30/05 | 446.10 |
| OH45100018 | OH45646242 | 161089 | 09/30/05 | 26.60 |
| OH45100018 | OH45646244 | 160355 | 09/30/05 | 935.90 |
| OH45100018 | OH45646255 | 161089 | 09/30/05 | 13.84 |
| OH45100018 | OH45646257 | 161096 | 09/30/05 | 64.68 |
| OH45100018 | OH45646264 | 160949 | 09/30/05 | 60.18 |
| OH45100018 | OH45646266 | 159753 | 09/30/05 | 2,087.64 |
| OH45100018 | OH45646268 | 159916 | 09/30/05 | 1,793.97 |
| OH45100018 | OH45646272 | 160850 | 09/30/05 | 332.68 |
| OH45100018 | OH45646282 | 160595 | 09/30/05 | 169.36 |
| OH45100018 | OH45646308 | 161047 | 09/30/05 | 110.74 |
| OH45100018 | OH45646309 | 161048 | 09/30/05 | 436.59 |
| OH45100018 | OH45646310 | 160013 | 09/30/05 | 1,296.08 |
| OH45100018 | OH45646315 | 159986 | 09/30/05 | 913.66 |
| OH45100018 | OH45646316 | 160118 | 09/30/05 | 469.34 |
| OH45100018 | OH45646319 | 160381 | 09/30/05 | 39.97 |
| OH45100018 | OH45646320 | 160404 | 09/30/05 | 303.94 |
| OH45100018 | OH45646330 | 159763 | 09/30/05 | 4,566.33 |
| OH45100018 | OH45646334 | 160900 | 09/30/05 | 21.73 |
| OH45100018 | OH45646339 | 161040 | 09/30/05 | 394.16 |
| OH45100018 | OH45646340 | 160931 | 09/30/05 | 933.40 |
| OH45100018 | OH45646377 | 160583 | 09/30/05 | 266.50 |
| OH45100018 | OH45646381 | 161047 | 09/30/05 | 2,652.90 |
| OH45100018 | OH45646382 | 161047 | 09/30/05 | 136.74 |
| OH45100018 | OH45646385 | 160809 | 09/30/05 | 164.95 |
| OH45100018 | OH45646386 | 161047 | 09/30/05 | 108.58 |
| OH45100018 | OH45646387 | 161095 | 09/30/05 | 1,317.16 |

B-14

| | | | | |
|---|---|---|---|---|
| OH45100018 | OH45646393 | 160837 | 09/30/05 | 36.17 |
| OH45100018 | OH45646411 | 161140 | 09/30/05 | 1,239.24 |
| OH45100018 | OH45646423 | 161203 | 09/30/05 | 69.48 |
| OH45100018 | OH45646437 | 161140 | 09/30/05 | 13.30 |
| OH45100018 | OH45646438 | 159611 | 09/30/05 | 640.00 |
| OH45100018 | OH45646440 | 160813 | 09/30/05 | 1,086.36 |
| OH45100018 | OH45646445 | 160592 | 09/30/05 | 4,027.75 |
| OH45100018 | OH45646446 | 160847 | 09/30/05 | 4,009.66 |
| OH45100018 | OH45646449 | 160496 | 09/30/05 | 962.11 |
| OH45100018 | OH45646465 | 161052 | 09/30/05 | 178.48 |
| OH45100018 | OH45646468 | 161140 | 09/30/05 | 131.24 |
| OH45100018 | OH45646470 | 161140 | 09/30/05 | 256.36 |
| OH45100018 | OH45646471 | 160594 | 09/30/05 | 2,381.35 |
| OH45100018 | OH45646490 | 160496 | 09/30/05 | 367.78 |
| OH45100018 | OH45646496 | 161232 | 09/30/05 | 652.01 |
| OH45100018 | OH45646498 | 161233 | 09/30/05 | 36.24 |
| OH45100018 | OH45646514 | 161259 | 09/30/05 | 448.60 |
| OH45100018 | OH45646521 | 161140 | 09/30/05 | 42.96 |
| OH45100018 | OH45646538 | 160847 | 09/30/05 | 1,443.04 |
| OH45100018 | OH45646543 | 161232 | 09/30/05 | 24.17 |
| OH45100018 | OH45646583 | 159987 | 09/30/05 | 1,087.52 |
| OH45100018 | OH45646585 | 160013 | 09/30/05 | (132.30) |
| OH45100018 | OH45646590 | 161180 | 09/30/05 | 2,883.76 |
| OH45100018 | OH45646591 | 160906 | 09/30/05 | 859.09 |
| OH45100018 | OH45646603 | 151297 | 09/30/05 | 122.11 |
| OH45100018 | OH45646605 | 160585 | 09/30/05 | 4.80 |
| OH45100018 | OH45646609 | 161314 | 09/30/05 | 55.38 |
| OH45100018 | OH45646614 | 160287 | 09/30/05 | 27.28 |
| OH45100018 | OH45646620 | 161047 | 09/30/05 | 2,339.79 |
| OH45100018 | OH45646626 | 160406 | 09/30/05 | 16,428.56 |
| OH45100018 | OH45646628 | 161232 | 09/30/05 | 1,683.29 |
| OH45100018 | OH45646630 | 159557 | 09/30/05 | 693.13 |
| OH45100018 | OH45646634 | 160063 | 09/30/05 | 635.59 |
| OH45100018 | OH45646636 | 160900 | 09/30/05 | 10.79 |
| OH45100018 | OH45646637 | 161232 | 09/30/05 | 1,911.17 |
| OH45100018 | OH45646638 | 161048 | 09/30/05 | 179.37 |
| OH45100018 | OH45646653 | 159759 | 09/30/05 | 77.64 |
| OH45100018 | OH45001897036 | | 10/04/05 | 13.29 |
| **OH45100018 Total** | | | | 176,975.22 |
| WI01636099 | WI01138561 | 127394 | 09/29/05 | 34.08 |
| WI01636099 | WI01138625 | 126874/ORD W/X 9/30 | 09/30/05 | 744.32 |
| WI01636099 | WI01138665 | 127394 | 09/30/05 | 100.40 |
| WI01636099 | WI01138834 | 127436 | 10/04/05 | 13.02 |
| WI01636099 | WI01138885 | 127476 | 10/05/05 | 26.17 |
| WI01636099 | WI01138886 | 127505 | 10/05/05 | 36.63 |
| WI01636099 | WI01138943 | 126795 | 10/05/05 | (24.70) |
| WI01636099 | WI01139000 | 127559 | 10/06/05 | 1,836.85 |
| WI01636099 | WI01139045 | 127512 | 10/07/05 | 41.72 |
| WI01636099 | WI01139046 | 127446 | 10/07/05 | 35.95 |
| **WI01636099 Total** | | | | 2,844.44 |
| **Grand Total** | | | | 421,933.55 |