CLEARY GOTTLIEB STEEN & HAMILTON LLP
Attorneys for Cordaflex, S.A. de C.V.
One Liberty Plaza
New York, NY 10006
Deborah M. Buell (3562)
(212) 225-2770

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------------
                           X

## NOTICE OF RECLAMATION DEMAND OF
## CORDAFLEX, S.A. de C.V.

Please be advised that a Notice of Reclamation Demand on behalf of

Cordaflex, S.A. de C.V. was served on October 18, 2005 on the Debtors and their attorney of

record, Kayalyn A. Marafioti, Skadden, Arps, Slate, Meagher & Flom LLP. A true and correct

copy of the Notice of Reclamation Demand is attached hereto as Exhibit "A" and incorporated

herein by reference for all purposes.

Dated: New York, New York                    CLEARY GOTTLIEB STEEN & HAMILTON LLP

October 18, 2005

By: _____

Deborah M. Buell (3562)
One Liberty Plaza
New York, NY 10006
(212) 225-2770

Counsel for Cordaflex, S.A. de C.V.

2

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA

NEW YORK, NY 10006-1470

(212) 225-2000

FACSIMILE (212) 225-3999

WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC · PARIS · BRUSSELS
LONDON · MOSCOW · FRANKFURT · COLOGNE
ROME · MILAN · HONG KONG · TOKYO

Writer's Direct Dial (212) 225-2770
E-Mail dbuell@cgsh.com

ROGER W. THOMAS
MARK A. WALKER
LESLIE B. SAMUELS
ALLAN G. SPERLING
MAX GITTER
EVAN A. DAVIS
LAURENT ALPERT
BARRY M. FOX
VICTOR I. LEWKOW
LESLIE N. SILVERMAN
ROBERT L. TORTORIELLO
A. RICHARD SUSKO
STEPHEN H. SHALEN
LEE C. BUCHHEIT
JAMES M. PEASLEE
THOMAS J. MOLONEY
EDWARD O. KLEINBARD
JONATHAN I. BLACKMAN
WILLIAM F. GORIN
MICHAEL L. RYAN
ROBERT P. DAVIS
YARON Z. REICH
RICHARD S. LINCER
JAIME A. EL KOURY
STEVEN G. HOROWITZ
ANDREA G. PODOLSKY
STEVEN M. LOEB
DANIEL S. STERNBERG
DONALD A. STERN
CRAIG B. BROD
SHELDON H. ALSTER
WANDA J. OLSON
MITCHELL A. LOWENTHAL
DEBORAH M. BUELL

EDWARD J. ROSEN
LAWRENCE B. FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
SETH GROSSHANDLER
JANET L. FISHER
DAVID L. SUGERMAN
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
ANA DEMEL
RAYMOND B. CHECK
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
YVETTE P. TEOFAN
STEVEN L. WILNER
ERIKA W. NIJENHUIS
LINDSEE P. GRANFIELD
DAVID C. LOPEZ
CARMEN A. CORRALES
JAMES L. BROMLEY
RICARDO A. ANZALDUA-MONTOYA
PAUL E. GLOTZER
MICHAEL A. GERSTENZANG
LEWIS J. LIMAN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL O. WEINBERGER
DAVID LEINWAND
JEFFREY A. ROSENTHAL
ETHAN A. KLINGSBERG
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR

JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
DAVID I. GOTTLIEB
SUNG K. KANG
JENNIFER L. KROMAN
SANDRA L. FLOW
FRANCISCO L. CESTERO
DANA G. FLEISCHMAN
FRANCESCA LAVIN
SANG JIN HAN
WILLIAM L. MCRAE
JASON FACTOR
RESIDENT PARTNERS

SANDRA M. ROCKS
ELLEN M. CREEDE
S. DOUGLAS BORISKY
JUDITH KASSEL
DAVID E. WEBB
DEBORAH E. KURTZBERG
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MAURO PREMUTICO
MARY E. ALCOCK
GABRIEL J. MESA
DAVID H. HERRINGTON
MARK A. ADAMS
HEIDE H. ILGENFRITZ
GEOFFREY B. GOLDMAN
DAVID S. BERG
RESIDENT COUNSEL

October 18, 2005

BY FACSIMILE

John Wm. Butler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Kayalyn A. Marafioti, Esq. (By Hand and Fax)
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

John D. Sheehan
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48908

Re: Reclamation demand by Cordaflex, S.A. de C.V.

To the above addressees:

Cordaflex, S.A. de C.V. sold and delivered certain goods to Delphi Corporation and its affiliates, including without limitation Delphi Automotive Systems LLC (collectively the "Debtor") at the request of the Debtor and in the ordinary course of the Debtor's business prior to the filing of its bankruptcy petition. The goods consist of all of the goods described in the Schedule attached hereto (collectively, the "Goods"). The invoices documenting the sale of the Goods are attached hereto. The Debtor has not paid for any of the Goods as of this time.

All of the Goods were received by the Debtor within twenty days prior to the date of this letter, while the Debtor was insolvent, and we understand that the Goods remain in the possession of the Debtor. Accordingly, Cordaflex, S.A. de C.V. is entitled to reclaim and recover immediate possession of the Goods pursuant to § 2-702 of the Uniform Commercial Code and § 546 of title 11 of the United States Code (the "Bankruptcy Code") and demands reclamation of the following goods delivered to the Debtor.

Pursuant to § 546(c) of the Bankruptcy Code and Uniform Commercial Code § 2-702, Code Cordaflex, S.A. de C.V. hereby gives notice of right to reclaim the Goods and demands the return of the Goods. Please inventory and segregate the Goods and provide us with written confirmation that the Goods are on your premises. This notice and demand is intended to give notice of Cordaflex, S.A. de C.V.'s right to reclaim goods delivered to the Debtor while the Debtor was insolvent. This notice and demand is not intended to assert rights prohibited or limited by the provisions of the automatic stay imposed by § 362 of the Bankruptcy Code.

Cordaflex, S.A. de C.V. hereby expressly reserves every right, power, remedy, claim and defense now or hereinafter existing at law, in equity or by statute, and the exercise or non-exercise of any such right, power, remedy, claim or defense shall not be construed as a waiver of the right to exercise, at the same or thereafter, such right, power, remedy, claim or defense.

Please contact me at the above address at your earliest convenience so that we can arrange for the return of the Goods.

Very truly yours,

Deborah M. Buell

Enclosures

cc: José Ramón Nevarez

2

Cordaflex S A. de C V

Relacion de facturas a Delphi por el periodo del 29 de septiembre al 08 octubre

| QUERETARO | | JUAREZ | |
|---|---|---|---|
| No. Invoice | Quantity Dls | No. Invoice | Quantity Dls |
| 117562 | 1213.24 | 39875 | 316 87 |
| 117563 | 612.59 | 39881 | 14413.46 |
| 117564 | 262.75 | 39882 | 2165.22 |
| 117565 | 1907 45 | 39883 | 37385.47 |
| 117569 | 3485.56 | 39884 | 5131 55 |
| 117595 | 1342.96 | 39886 | 2085 61 |
| 117596 | 302 13 | 39887 | 2408 61 |
| 117598 | 601 06 | 39890 | 6919 16 |
| 117599 | 625.44 | 39891 | 9924 48 |
| 117600 | 2350 94 | 39892 | 2538.03 |
| 117601 | 3464.14 | 39893 | 23122.98 |
| 117639 | 7301 88 | 39894 | 19337 57 |
| 117640 | 9867 81 | 39895 | 348 18 |
| 117641 | 8201 43 | 39897 | 762 6 |
| 117660 | 4816 17 | 39898 | 14651 14 |
| 117661 | 316.87 | 39901 | 254.2 |
| 117665 | 328 26 | 39902 | 24238 69 |
| 117671 | 2510 99 | 39903 | 14547 75 |
| 117682 | 5707 26 | 39904 | 254.2 |
| 117699 | 328.26 | 39905 | 1775 93 |
| 117700 | 5995.88 | 39906 | 2698 77 |
| 117701 | 6903 69 | 39911 | 341 07 |
| 117703 | 85.06 | 39912 | 1004 04 |
| 117714 | 5786 77 | 39913 | 3265 57 |
| 117717 | 3762.61 | 39914 | 13406 5 |
| 117718 | 275.89 | 39915 | 4829 04 |
| 117720 | 657 11 | 39916 | 257 85 |
| 117721 | 1454.64 | 39919 | 276.26 |
| 117722 | 363 99 | 39920 | 1673.38 |
| 117725 | 12387 19 | 39923 | 602 42 |
| 117727 | 20860 46 | 39924 | 33589 03 |
| 117728 | 910 42 | 39925 | 1563.01 |
| 117735 | 2654.88 | 39934 | 712 58 |
| 117736 | 1279 92 | 39935 | 14947 046 |
| 117740 | 321 98 | 39939 | 9704 45 |
| 117741 | 1443.37 | 39940 | 4612 16 |
| 117752 | 8342.8 | 39941 | 1577 5 |
| 117759 | 15432.41 | 39942 | 1868 43 |
| 117760 | 10292.01 | 39943 | 46772 46 |
| 117777 | 1252.32 | 39944 | 290 11 |
| 117778 | 551 79 | 39945 | 28793 08 |
| 117781 | 1322 52 | 39946 | 2445 16 |
| 117782 | 363.66 | 39947 | 2132 88 |
| 117783 | 334.76 | 39952 | 4555 07 |
| 117807 | 464.89 | 39953 | 669 35 |
| 117828 | 9279 99 | 39954 | 2181 96 |
| 117829 | 10596.89 | 39955 | 2123 29 |
| 117830 | 411 13 | 39956 | 1513 61 |
| 117835 | 2710 38 | 39957 | 10723 85 |
| 117851 | 446 14 | 39958 | 41257 73 |
| 117852 | 727 32 | 39960 | 587 31 |
| 117853 | 1454.64 | 39965 | 756 81 |
| 117854 | 1806 24 | 39966 | 10780 27 |
| 117874 | 5625 5 | 39967 | 10185 98 |
| 117875 | 1590 5 | 39968 | 1067 7 |
| 117892 | 566 99 | 39969 | 356 59 |
| 117893 | 581 9 | 39970 | 6044 76 |
| 117895 | 947 64 | 39971 | 10528 56 |
| 117915 | 4597 07 | 39974 | 530 17 |
| 117916 | 2216 6 | 39975 | 11636 59 |
| 117917 | 302.72 | 39976 | 21946 19 |
| 117918 | 1426 37 | 39977 | 290 11 |
| Total | $204,336.23 | 39978 | 1090 98 |
| 69 Sheets | | 39979 | 1622 4 |
| 62 Invoices | | 39980 | 10486 36 |
| | | 39982 | 2666.25 |
| | | 39983 | 10036 83 |
| | | Total | $523,583.22 |
| | | 118 Sheets | |
| | | 67 Invoices | |

727919 446
727919 67
0 224



CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-58

PLANTA JUAREZ
Enrico Fermi Num. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-86

R.F.C. COR-800219-3KA
PITEX 65-027

No. CTA. REG. Est. nTAL 8985-8
REG. DE EXP. IMP COR-800219-SKA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING    FACTURA / INVOICE 1
1451196    117563

CONDUMEX DELPHI
CABLE AUTOMOTRIZ

**ALMACEN**

DELPHI AUTOMOTIVE SYSTEMS LLC
c/o Delphi Packard
P.O. Box 431 Warren, Ohio
44486 U.S.A.
Warren OH 44486

Enviar e: / Ship to:
Delphi Planta 8100
Iturbide 6970
Parque Ind Longoria Nvo Laredo
R.F.C.: RBE 790127 UEB
R.N.I.M.: PITEX 93-231
Nuevo Laredo TAM 88220

Embarque via: / Ship to:

| No. cliente / Customer number | 537 | Pedido del cliente / Purchase order | P4170069 |
|---|---|---|---|
| Fecha / Date | 09/29/05 | Orden de Venta / Order of Sale | J000914 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO | Vo. Bo. Embarque | Vo. Bo. Cont. |
| Tipo de Cambio / Rate of Exchange | 10.8860 | Nombre y Firma | Nombre y Firma |

Embarque / Package

1 TAMBOS T21.

PESO NETO :    117.75KG
PESO BRUTO:
A.R.C.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 3-17 | M3075738 | 975080200T21 | 4.856 | MFT | CE CABLE 8 AWG RED/ BLACK | 126.159890 | 612.58737 |



Premio
Nacional
de Tecnología
2 0 0 2

SEISCIENTOS DOCE DLLS 59/100 USD
PAGO EN UNA SOLA EXHIBICION.

| | Importe Total / Amount | 612.59 |
|---|---|---|
| | % I.V.A. TAX: | 0.00 |
| | TOTAL: | 612.59 |

Recibo de Conformidad: / Conformity Received

*Raul Garcia O*
Nombre y Firma

Observaciones : / Remarks:

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

CORDAFLEX, S. A. DE C.V.
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

PLANTA JUAREZ
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juarez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027
No. CTA. REG. ES...AL 6985-8
REG. DE EXP. IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING          FACTURA / INVOICE 1
1451197          117564

**CONDUMEX**
CABLE AUTOMOTRIZ

DELPHI -(HBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
Embarque via: / Ship to:    SU TRANSPORTE

ALMACEN

| No. cliente / Customer number | 531 | Pedido del cliente / Purchase order P4170068 |
|---|---|---|
| Fecha / Date | 09/29/05 | Orden de Venta / Order of Sale J001120 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO | Vo. Bo. Embarque |
| Tipo de Cambio / Rate of Exchange | 10.8860 | Nombre y Firma |

Vo. Bo. Cont.
Nombre y Firma
Embalaje / Package

1 OTROS
PESO NETO :    61.40KG
PESO BRUTO:
A.R.C.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 53-81 | M3232310 | 7192012ECR | 32.808 | MFT 09/26/0553 | GPT CABLE 20AWG PINK | 8.008559 | 262.74800 |

Premio
Nacional
de Tecnología
2 0 0 2
DOSCIENTOS SESENTA Y DOS DLLS 75/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:

Juan de Dios H.
Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES ITS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

| Importe Total / Amount: | 262.75 |
|---|---|
| % I.V.A. TAX: | 0.00 |
| TOTAL | 262.75 |

CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.9
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

PLANTA JUAREZ
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juarez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-86

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6886-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA. QRO.
PACKING   FACTURA / INVOICE 1
1451198   117565

CONDUMEX
CABLE AUTOMOTRIZ
DELPHI-(DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

ALMACEN
(PITEX 85-027)

| | |
|---|---|
| No. cliente / Customer number | 530 |
| Pedido del cliente / Purchase order | P4170069 |
| Fecha / Date | 09/29/05 |
| Orden de Venta / Order of Sale | J001121 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO |
| Tipo de Cambio / Rate of Exchange | 10.8860 |

Vo. Bo. Embarque     Vo. Bo. Cont.

Nombre y Firma     Nombre y Firma

Enviar a: / Ship to:
José Iglesias
R.B.E. VII PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque vía: / Ship to:

Embarque / Package:

6 OTROS
PESO NETO :    474.08KG
PESO BRUTO:
A.R.C.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Codigo Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 4-130 | M3130F33 | 717130021ECR | 19.685 | MFT 09/19/0553 | PTP CABLE 13AWG BLACK/ BRICK BROWN | 33.461890 | 658.69860 |
| 3-133 | M3130551 | 717130216ECR | 9.843 | MFT 09/22/0553 | PTP CABLE 13AWG RED/ LIGHT BLUE | 33.461890 | 329.34930 |
| 3-134 | M3130551 | 717130216ECR | 9.843 | MFT 09/23/0553 | PTP CABLE 13AWG RED/ LIGHT BLUE | 33.461890 | 329.34930 |
| 00-73 | M3130F91 | 717130415ECR | 9.843 | MFT 09/21/0553 | PTP CABLE 13AWG YELLOW/LIGTH GREEN | 33.461890 | 329.34930 |
| 3-124 | M3232851 | 719110216ECR | 4.921 | MFT 09/21/0553 | PTP CABLE 11AWG RED /LIGHT BLUE | 52.975095 | 260.70420 |

MX-8544.49.800

Premio
Nacional
de Tecnología
2  0  0  2

UN MIL NOVECIENTOS SIETE DLLS 45/100 USD
PAGO EN UNA SOLA EXHIBICION.

OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

Recibo de Conformidad / Conformity Received.

Observaciones / Remarks

| | |
|---|---|
| Importe Total / Amount | 1,907.45 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 1,907.45 |

Juan de Dios HL.
Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

17 Oct 2005 15:29    HP LASERJET FAX    P. 56

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. Es.l ATAL 6985-6
REG. DE EXP.-IMP COR-800219-5KA

EXPEDIDA EN: CORREGIDORA, QRO,
PACKING   1451202       FACTURA / INVOICE 1   117569

**CONDUMEX** CABLE AUTOMOTRIZ

DELPHI-(DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

Enviar a: / Ship to:
José Iglesias
R.B.E. VII  PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque vía: / Ship to:

ALMACEN
(PITEX 85-027)



No. cliente / Customer number: 530
Pedido del cliente / Purchase order: P4170068
Fecha / Date: 09/29/05
Orden de Venta / Order of Sale: J001121
Condiciones de pago / Payment Terms: 60 DIAS CREDITO
Vo. Bo. Embarque
Vo. Bo. Cont.
Tipo de Cambio / Rate of Exchange: 10.8860
Nombre y Firma
Nombre y Firma
Embarque / Package

11 OTROS
PESO NETO :    866.10KG
PESO BRUTO:
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 4-130 | M3130F33 | 717130021ECR | 9.843 | MFT 07/19/0553 | PTP CABLE 13AWG BLACK/ BRICK BROWN | 33.461890 | 329.34930 |
| 4-132 | M3130F33 | 717130021ECR | 9.843 | MFT 09/29/0553 | PTP CABLE 13AWG BLACK/ BRICK BROWN | 33.461890 | 329.34930 |
| 00-75 | M3130F91 | 717130415ECR | 9.843 | MFT 09/27/0553 | PTP CABLE 13AWG YELLOW/LIGTH GREEN | 33.461890 | 329.34930 |
| 17-140 | M3130504 | 7171321ECR | 39.370 | MFT 09/20/0553 | PTP CABLE 13AWG  BRICK BROWN | 33.461890 | 1317.39720 |
| 17-141 | M3130504 | 7171321ECR | 19.685 | MFT 09/21/0553 | PTP CABLE 13AWG  BRICK BROWN | 33.461890 | 658.69860 |
| 43-126 | M3232851 | 719110216ECR | 9.843 | MFT 09/23/0553 | PTP CABLE 11AWG RED /LIGHT BLUE | 52.975095 | 521.40840 |

HX-8544.49.800

Premio
Nacional
de Tecnología
2 0 0 2

TRES MIL CUATROCIENTOS OCHENTA Y CINCO DLLS 56/100 USD
PAGO EN UNA SOLA EXHIBICION

OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

Recibo de Conformidad: / Conformity Received.
Nombre y Firma

Observaciones: / Remarks:

| | |
|---|---|
| Importe Total / Amount: | 3,485.56 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 3,485.56 |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 78000 Apdo. Postal 17
Tels. (4) 225-00-00 Fax 225-17-66

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32567
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-86

**R.F.C. COR-800219-3KA**
No. CTA. REG. .... ATAL 8985-6
REQ. DE EXP. IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
| PACKING | FACTURA / INVOICE 1 |
|---|---|
| 1451227 | 117595 |

CONDUMEX DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

ALMACEN

No. Cliente / Customer number **531**
Pedido del cliente / Purchase order **P4170068**

Fecha / Date **09/29/05**
Orden de Venta / Order of Sale **J000120**

Condiciones de pago / Payment Terms **60 DIAS CREDITO**
Vo. Bo. Embarque

Tipo de Cambio / Rate of Exchange **10.8860**
Vo. Bo. Cont.

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UEB
R.N.I.M. PITEX 93-231
      SU TRANSPORTE

Embarque vía: / Ship to:

Embarque / Package

4 OTROS
PESO NETO :      301.32KG
PESO BRUTO:
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Codigo Clientes / Customer part No. | Codigo CordaFlex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripcion / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 3-91 | M3232753 | 719130209ECR | 9.843 | MFT 09/26/0553 | PTP CABLE 13AWG RED/WHITE | 34.111114 | 335.73930 |
| 3-92 | M3232753 | 719130209ECR | 19.685 | MFT 09/28/0553 | PTP CABLE 13AWG RED/WHITE | 34.111114 | 671.47860 |
| 3-93 | M3232753 | 719130209ECR | 9.843 | MFT 09/29/0553 | PTP CABLE 13AWG RED/WHITE | 34.111114 | 335.73930 |

Premio
Nacional
de Tecnología
2 0 0 2

UN MIL TRESCIENTOSCUARENTA Y DOS DLLS 96/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones : / Remarks:

| | |
|---|---|
| Importe Total / Amount: | 1,342.96 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 1,342.96 |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE TODO ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO, / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES ITS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

Nombre y Firma

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

17 Oct 2005 15:31   HP LASERJET FAX   P.58



CORDAFLEX, S.A. DE C.V.

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA-REG: ___ ATAL 6985-8
REG DE EXP. IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

PACKING     FACTURA / INVOICE: 1
1451228     117596

Pedido del cliente / Purchase order: PA1770068

Enviar a / Ship to: DELPHI-(DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

José Iglesias
R.B.E. VII PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque Vía / Ship to:

PLANTA JUAREZ
ALMACEN
(PITEX 85-027)

No. Cliente / Customer number: 530
Fecha / Date: 09/29/05
Condiciones de pago / Payment Terms: 60 DIAS CREDITO
Tipo de Cambio / Rate Exchange: 10.8860

Orden de Venta / Order no.:  J001 21

1 OTROS
PESO NETO :
PESO BRUTO:
G.T.P.

65.40KG

| Partida / ITEM | Código Cliente / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 54-9 | K3130A50 | 717220092IECR | 49.213 | MT-4/20/0553 MX-8544.49.800 | WIRE CABLE 22AWG WHITE/ BRICK BROWN | 6.139343 | 302.13300 |

Premio
Nacional
de Tecnología
2 0 0 2

TRESCIENTOSDOS DLLS 13/100 USD
PAGO EN UNA SOLA EXHIBICION

| | Importe Total / Amount: | 302.13 |
|---|---|---|
| | % I.V.A. TAX: | 0.00 |
| | TOTAL | 302.13 |

OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

Recibo de Conformidad / Conformity Received

Contribuyente Autorizado para Imprimir sus Propias Comprobantes

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

17 Oct 2005 15:32   HP LASERJET FAX   P.60



CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 220.8
Complejo, Qro. C.P. 76020 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

PLANTA JUAREZ
Enfon Ferrel No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-3045, 82-32-07 Fax 82-30-96

R.F.C. COR-800219-3KA
PITEX 85-027
No. CTA. REG. B.T. ATAL 8905-8
REG. DE DIP. IMP. COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING   FACTURA / INVOICE   1
1451230   117598

DELPHI-(DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

José Iglesias
R.B.E. VII PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UEB
R.N.I.M. PITEX 93-231
SU TRANSPORTE

ALMACEN
(PITEX 85-027)

Pedido del cliente / Purchase order: PA170068
Orden de Venta / Order of Sale: 100121

| Partida / ITEM | Código Clientes / Customer code No. | Código Contaflex / Contaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 44-56 | M3130F92 | 717130416ECR | 9.843 | MFT 29/0553 | HP CABLE 13AWG YELLOW/ LIGHT BLUE | 33.461890 | 329.34930 |
| 26-3 | M3130249 | 71718070972I | 22.966 | MFT 26/0553 | HP CABLE 18 AWG PURPLE/WHITE | 11.830904 | 271.70710 |

No. cliente / Customer number: 530
Fecha / Date: 09/30/05
Condiciones de pago / Payment Terms: 60 DIAS CREDITO
Tipo de Cambio / Rate of Exchange: 10.8860

1 TAMBOS T2I,
1 OTROS
PESO NETO :
PESO BRUTO:
G.T.P.

150.58KG

Premio
Nacional
de Tecnología
2 0 0 2

SEISCIENTOS UN DLLS 06/100 USD
PAGO EN UNA SOLA EXHIBICION

MX-8544.49.800

OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

| | Importe Total / Amount: | 601.06 |
|---|---|---|
| | % I.V.A. TAX: | 0.00 |
| | TOTAL | 601.06 |

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

Observaciones / Observations:

Recibo de Conformidad / Conformity Received

LA RESPUESTA Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUYENDO LAS CONDICIONES GENERAL AL REVERSO, / THE SIGN AND RECEPTION OF THE INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS ON THE BACK OF PAGE

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE EN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Oro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 85-027
No. CTA. REG. ESTATAL 8985-8
REG. DE EXP. IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

| PACKING | FACTURA / INVOICE |
|---|---|
| 1451231 | 117599 |

CORDAFLEX DELPHI-(DIN)
CABLE AUTOMOTRIZ
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

Enviar a: / Ship to:
José Iglesias
R.B.E. VII PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE
Embarque via: / Ship to:

ALMACEN
(PITEX 85-027)

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 530 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 09/30/05 | J001121 |

| Condiciones de pago / Payment Terms | Vo. Bo. Embarque | Vo. Bo. Cont. |
|---|---|---|
| 60 DIAS CREDITO | | |

| Tipo de Cambio / Rate of Exchange | Nombre y Firma | Nombre y Firma |
|---|---|---|
| 10.8860 | | |

Embarque / Package

2 OTROS
PESO NETO :    146.14KG
PESO BRUTO:
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Codigo Clientes / Customer part No. | Codigo Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripcion / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 258-16 | M3130552 | 717130215ECR | 9.843 | MFT 729/0553 | TP CABLE 13AWG RED/ LIGHT GREEN | 33.461890 | 329.34930 |
| 234-1 | M3130A28 | 717222108ECR | 48.228 | MFT | TP CABLE 22AWG BRICK BROWN/ GRAY | 6.139340 | 296.09021 |

MX-8544.49.800

Premio
Nacional
de Tecnología
2 0 0 2

SEISCIENTOS VEINTICINCO DLLS 44/100 USD
PAGO EN UNA SOLA EXHIBICION

Recibo de Conformidad: / Conformity Received

Observaciones / Remarks:
OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

LA ACEPTACION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

Nombre y Firma

| Importe Total / Amount: | 625.44 |
|---|---|
| % I.V.A. TAX: | 0.00 |
| TOTAL | 625.44 |

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

17 Oct 2005 15:33   HP LASERJET FAX   P.61

CORDAFLEX, S.A. DE C V.
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76000 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

PLANTA JUAREZ
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027
No. CTA. REG. Exp... :L 8985-8
REG. DE EXP-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING 1451232
FACTURA / INVOICE 1 117600

**DELPHI EX**DELPHI-(DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

ALMACEN
(PITEX 85-027)

| | |
|---|---|
| No. cliente / Customer number | 530 |
| Pedido del cliente / Purchase order | P4170068 |

Envíar a: / Ship to:
José Iglesias
R.B.E. VII  PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

| | |
|---|---|
| Fecha / Date | 09/30/05 |
| Orden de Venta / Order of Sale | J001121 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO |
| Tipo de Cambio / Rate of Exchange | 10.8495 |

Vo. Bo. Embarque   Vo. Bo. Cont.

Nombre y Firma   Nombre y Firma

Embarque vía: / Ship to:

Embarque / Package

TRANSPORTES  CAMSTRANS
8 OTROS
PESO NETO :   571.35KG
PESO BRUTO:
D.S.B.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 65-1 | M3130251 | 717180216ECR | 98.425 | MFT | 09/22/0553 PTP CABLE 18AWG RED/ LIGHT BLUE | 11.830900 | 1164.45863 |
| 55-54 | M3130C49 | 717180708ECR | 24.606 | MFT | 09/22/0553 PTP CABLE 18AWG PURPLE/ GRAY | 11.830904 | 291.11475 |
| 57-76 | M3130230 | 717181604ECR | 24.606 | MFT | 09/20/0553 PTP CABLE 18AWG LIGHT BLUE/ YELLOW | 11.830904 | 291.11475 |
| 69-56 | M3130060 | 717222104ECR | 49.213 | MFT | 09/22/0553 PTP CABLE 22AWG BRICK BROWN/ YELLOW | 6.139343 | 302.13300 |
| 69-57 | M3130060 | 717222104ECR | 49.213 | MFT | 09/29/0553 PTP CABLE 22AWG BRICK BROWN/ YELLOW | 6.139343 | 302.13300 |

MX-8544.49.800

Premio
Nacional
de Tecnología
2 0 0 2

DOS MIL TRESCIENTOSCINCUENTA DLLS 94/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Nombre y Firma

Observaciones: / Remarks:
OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

| | |
|---|---|
| Importe Total / Amount | 2,350.94 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 2,350.94 |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES ITS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

17 Oct 2005 15:34   HP LASERJET FAX   P.62

CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

PLANTA JUAREZ
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-86

R.F.C. COR-800219-3KA
PITEX 85-027
No. CTA. REG. ESP.   4-6685-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING          FACTURA / INVOICE 1
1451233          117601

**CONDUMEX** CABLE AUTOMOTRIZ

**ALMACEN**

No. cliente / Customer number: **531**

Pedido del cliente / Purchase order: **P4170068**

DELPHI - (HBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

Fecha / Date: **09/30/05**

Orden de Venta / Order of Sale: **0001120**

Condiciones de pago / Payment Terms: **60 DIAS CREDITO**

Vo. Bo. Embarque          Vo. Bo. Cont.

Tipo de Cambio / Rate of Exchange: **10.8495**

Nombre y Firma          Nombre y Firma

Enviar a / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UEB
R.N.I.M. PITEX 93-231
Embarque vía: / Ship to:   SU TRANSPORTE

Embarque / Package:
TRANSPORTES CAMSTRANS
12 OTROS
PESO NETO : 750.90KG
PESO BRUTO:
D.S.B.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes



| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 93-29 | M4775153 | 715200209ECR | 32.808 | MFT | PTP Cable 20AWG Red / White | 9.047623 | 296.83800 |
| 93-30 | M4775153 | 715200209ECR | 32.808 | MFT | PTP Cable 20AWG Red / White | 9.047623 | 296.83800 |
| 105-3 | M4775139 | 715200500ECR | 65.617 | MFT | PTP CABLE 20AWG DARK GREEN/ BLACK | 9.047623 | 593.67600 |
| 117-1 | M4775139 | 715200500ECR | 32.808 | MFT | PTP CABLE 20AWG DARK GREEN/ BLACK | 9.047620 | 296.83792 |
| 114-17 | M4775165 | 715200700ECR | 32.808 | MFT | PTP CABLE 20AWG PURPLE/ BLACK | 9.047623 | 296.83800 |
| 114-18 | M4775165 | 715200700ECR | 32.808 | MFT | PTP CABLE 20AWG PURPLE/ BLACK | 9.047623 | 296.83800 |
| 66-6 | M4775141 | 715200900ECR | 32.808 | MFT | PTP CABLE 20AWG WHITE/ BLACK | 9.047623 | 296.83800 |
| 78-1 | M3232409 | 7191803ECR | 49.213 | MFT | PTP CABLE 18AWG ORANGE | 11.068510 | 544.71012 |
| 79-1 | M3232433 | 719180800ECR | 49.213 | MFT | PTP CABLE 18AWG GRAY/BLACK | 11.068510 | 544.71012 |

Premio
Nacional
de Tecnología
2 0 0 2

TRES MIL CUATROCIENTOS SESENTA Y CUATRO DLLS 14/100 USD
PAGO EN UNA SOLA EXHIBICION.

| | |
|---|---|
| Importe Total / Amount: | 3,464.14 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 3,464.14 |

Recibo de Conformidad. / Conformity Received:

Nombre y Firma

Observaciones / Remarks:

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

**CORDAFLEX, S.A. DE C.V**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-86

**R.F.C. COR-800219-3KA**
PITEX 85-027
No. CTA REG. ES ...AL 6685-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING         FACTURA / INVOICE 1
1451274         117639

CONDUMEX CABLE AUTOMOTRIZ

DELPHI
DELPHI AUTOMOTIVE SYSTEMS LLC
c/o Delphi Packard
P.O. Box 431 Warren, Ohio
44486 U.S.A.
Warren OH 44486

ALMACEN

| No. cliente / Customer number | | Pedido del cliente / Purchase order |
|---|---|---|
| 537 | | P4170069 |
| Fecha / Date 09/30/05 | | Orden de Venta / Order of Sale J000914 |
| Condiciones de pago / Payment Terms 60 DIAS CREDITO | Vo. Bo. Embarque Nombre y Firma | Vo. Bo. Cont. Nombre y Firma |
| Tipo de Cambio / Rate of Exchange 10.8495 | | |

Enviar a / Ship to:
Delphi Planta 8100
Iturbide 6970
Parque Ind Longoria Nvo Laredo
R.F.C.: RBE 790127 UE8
R.N.I.M.: PITEX 93-231
Nuevo Laredo TAM 88220

Embarque vía: / Ship to:

Embarque / Package

13 TAMBOS T21,

PESO NETO :   1402.82KG
PESO BRUTO :
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Codigo Clientes / Customer part No. | Codigo Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 3-17 | M3075738 | 975080200T21 | 18.373 | MFT | FLT CABLE 8 AWG RED/ BLACK | 126.159890 | 2317.89817 |
| 23-1 | M3075738 | 975080200T21 | 36.745 | MFT | FLT CABLE 8 AWG RED/ BLACK | 126.159890 | 4635.79635 |
| 10-10 | M3075170 | 975200907T21 | 28.543 | MFT | FLT CABLE 20AWG WHITE / PURPLE | 12.198370 | 348.18181 |



Premio
Nacional
de Tecnología
2 0 0 2

SIETE MIL TRESCIENTOSUN DLLS 88/100 USD
PAGO EN UNA SOLA EXHIBICION.

| | | Importe Total / Amount: | 7,301.88 |
|---|---|---|---|
| | | % I.V.A. TAX: | 0.00 |
| | | TOTAL | 7,301.88 |

Recibo de Conformidad: / Conformity Received.

Observaciones: / Remarks:

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

PLANTA JUAREZ
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juarez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-86

R.F.C. COR-800219-3KA
PITEX 85-027
No. CTA. REG. EX.    .L 8085-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING    FACTURA / INVOICE 1
1451275    117640

CONDUMEX DELPHI - (DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

ALMACEN
(PITEX 85-027)

No. cliente / Customer number: 530
Pedido del cliente / Purchase order: P4170068
Fecha / Date: 09/30/05
Orden de Venta / Order of Sale: J001121
Condiciones de pago / Payment Terms: 60 DIAS CREDITO
Tipo de Cambio / Rate of Exchange: 10.8495

Vo. Bo. Embarque
Vo. Bo. Cont.
Nombre y Firma
Nombre y Firma

Enviar a: / Ship to:
José Iglesias
R.B.E. VII  PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
Embarque vía: / Ship to:  SU TRANSPORTE

Embarque / Package
16 TAMBOS T21,
14 OTROS
PESO NETO :    2453.99KG
PESO BRUTO:
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 99-75 | M3130521 | 717130009ECR | 19.685 | MFT | 09/17/0553 | PTP CABLE 13AWG BLACK/ WHITE | 33.461890 | 658.69860 |
| 99-77 | M3130521 | 717130009ECR | 9.843 | MFT | 09/26/0553 | PTP CABLE 13AWG BLACK/ WHITE | 33.461890 | 329.34930 |
| 44-56 | M3130F92 | 717130416ECR | 9.843 | MFT | 09/29/0553 | PTP CABLE 13AWG YELLOW/ LIGHT BLUE | 33.461890 | 329.34930 |
| 02-69 | M3130579 | 717131507ECR | 9.843 | MFT | 09/20/0553 | PTP CABLE 13AWG LIGHT GREEN/ PURPLE | 33.461890 | 329.34930 |
| 02-72 | M3130579 | 717131507ECR | 9.843 | MFT | 09/20/0553 | PTP CABLE 13AWG LIGHT GREEN/ PURPLE | 33.461890 | 329.34930 |
| 16-138 | M3130F43 | 717131608ECR | 19.685 | MFT | 09/28/0553 | PTP CABLE 13AWG LIGHT BLUE/ GRAY | 33.461890 | 658.69860 |
| 16-139 | M3130F43 | 717131608ECR | 29.528 | MFT | 09/28/0553 | PTP CABLE 13AWG LIGHT BLUE/ GRAY | 33.461890 | 988.04790 |
| 502-3 | M3130253 | 717180209T21 | 22.966 | MFT | 09/28/0553 | PTP CABLE 18 AWG RED/WHITE | 11.830904 | 271.70710 |
| 502-2 | M3130253 | 717180209T21 | 22.966 | MFT | 09/27/0553 | PTP CABLE 18 AWG RED/WHITE | 11.830904 | 271.70710 |
| 506-1 | M3130251 | 717180216ECR | 24.606 | MFT | | PTP CABLE 18AWG RED/ LIGHT BLUE | 11.830900 | 291.11466 |
| 523-4 | M3130256 | 717180400T21 | 45.932 | MFT | 09/27/0553 | PTP CABLE 18AWG YELLOW/ BLACK | 11.830904 | 543.41420 |
| 498-3 | M3130C22 | 717181509T21 | 45.932 | MFT | 09/27/0553 | PTP CABLE 18AWG LIGHT GREEN/ WHITE | 11.830904 | 543.41420 |
| 157-78 | M3130230 | 717181604ECR | 24.606 | MFT | 09/26/0553 | PTP CABLE 18AWG LIGHT BLUE/ YELLOW | 11.830900 | 291.11475 |
| 637-1 | M3130230 | 717181604ECR | 24.606 | MFT | | PTP CABLE 18AWG LIGHT BLUE/ YELLOW | 11.830900 | 291.11466 |

de Tecnología
2 0 0 2

Recibo de Conformidad: / Conformity Received:
José Aguilar
Nombre y Firma

Observaciones . / Remarks:

Importe Total / Amount:
% I.V.A. TAX:
TOTAL

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

17 Oct 2005 15:36    HP LASERJET FAX    P.65

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 226-08-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 85-027
No. CTA. REG. EX.  AL 8965-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING   FACTURA / INVOICE 2
1451275   117640

CONDUMEX DELPHI-(DIN)
CABLE AUTOMOTRIZ
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

ALMACEN
(PITEX 85-027)

| No. clients / Customer number | 530 |
|---|---|
| Pedido del cliente / Purchase order | P4170068 |

Enviar a: / Ship to:
JosO Iglesias
R.B.E. VII PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque via: / Ship to:

| Fecha / Date | 09/30/05 |
|---|---|
| Orden de Venta / Order of Sale | J001121 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO |
| Tipo de Cambio / Rate of Exchange | 10.8495 |

Vo. Bo. Embarques   Vo. Bo. Cont.
Nombre y Firma   Nombre y Firma
Embarque / Package

16 TAMBOS T21.
14 OTROS
PESO NETO :   2453.99KG
PESO BRUTO:
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description. | Precio Unitario / Price. | Importe Total / Amount. |
|---|---|---|---|---|---|---|---|
| 37-3 | M3130C46 | 717181615T21 | 45.932 | MFT | PTP CABLE 18AWG LIGHT BLUE/ LIGHT GREEN | 11.830904 | 543.41420 |
| 76-2 | M3232853 | 719110209T21 | 7.546 | MFT | PTP CABLE 11 AWG RED/WHITE | 52.975095 | 399.74644 |
| 76-3 | M3232853 | 719110209T21 | 7.546 | MFT | PTP CABLE 11 AWG RED/WHITE | 52.975095 | 399.74644 |
| 31-4 | M3232812 | 7191102T21 | 37.730 | MFT | PTP CABLE 11 AWG RED | 52.975095 | 1998.73220 |
| 31-5 | M3232812 | 7191102T21 | 7.546 | MFT | PTP CABLE 11 AWG RED | 52.975095 | 399.74644 |

MX-8544,49.800

Premio
Nacional
de Tecnología
2 0 0 2

NUEVE MIL OCHOCIENTOS SESENTA Y SIETE DLLS 81/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:
José Aguila

Nombre y Firma

Observaciones / Remarks:
OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

| Importe Total / Amount: | 9,867.81 |
|---|---|
| % I.V.A. TAX: | 0.00 |
| TOTAL | 9,867.81 |

CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

PLANTA JUAREZ
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-86

R.F.C. COR-800219-3KA
PITEX 85-027
No. CTA. REG. EX.   AL 6885-6
REG. DE EXP -IMP COR-800219-3KA

**EXPEDIDA EN: CORREGIDORA, QRO.**

| PACKING | FACTURA / INVOICE 1 |
|---|---|
| 1451276 | 117641 |

GONDA MEX DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

ALMACEN

| No. cliente / Customer number | | Pedido del cliente / Purchase order |
|---|---|---|
| 531 | | P4170068 |
| Fecha / Date | | Orden de Venta / Order of Sale |
| 09/30/05 | | J001120 |
| Condiciones de pago / Payment Terms | | |
| 60 DIAS CREDITO | | |
| Tipo de Cambio / Rate of Exchange | | |
| 10.8495 | | |

Vo. Bo. Embarque
Nombre y Firma

Vo. Bo. Cont.
Nombre y Firma

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.IM. PITEX 93-231
SU TRANSPORTE

Embarque vía: / Ship to:

**Embarque / Package**

18 TAMBOS T21,
4 OTROS
PESO NETO :   1966.73KG
PESO BRUTO:
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Codigo Clientes / Customer part No. | Codigo Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 571-2 | M4775294 | 715180406ECR | 22.966 | MFT 09/29/0553 | PTP CABLE 18AWG YELLOW/ DARK BLUE | 13.571982 | 311.69250 |
| 490-6 | M4775233 | 715180800ECR | 22.966 | MFT 09/26/0553 | PTP CABLE 18AWG GRAY / BLACK | 13.571982 | 311.69250 |
| 574-13 | M4775210 | 7151812ECR | 45.932 | MFT 09/21/0553 | PTP CABLE 18AWG PINK | 13.571982 | 623.38500 |
| 559-2 | M3232812 | 7191102T21 | 52.822 | MFT 09/27/0553 | PTP CABLE 11 AWG RED | 52.975095 | 2798.22508 |
| 560-1 | M3232812 | 7191102T21 | 45.276 | MFT | PTP CABLE 11 AWG RED | 52.975090 | 2398.47841 |
| 560-3 | M3232429 | 719181609T21 | 125.984 | mft 09/28/0553 | PTP CABLE 18AWG LIGHT BLUE/ WHITE | 11.162996 | 1406.36160 |
| 561-4 | M3232403 | 7191816T21 | 31.496 | mft 09/19/0553 | PTP CABLE 18AWG LIGHT BLUE | 11.162996 | 351.59040 |

Premio
Nacional
de Tecnología
2 0 0 2

OCHO MIL DOSCIENTOS UN DLLS 43/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad / Conformity Received

José Aguilar

Nombre y Firma

Observaciones: / Remarks:

| | |
|---|---|
| Importe Total / Amount: | 8,201.43 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 8,201.43 |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76800 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Ferml No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32657
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-86

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. EL.    AL 8985-8
REG. DE EXP-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING        FACTURA / INVOICE 1
1451290        117660

CORDAFLEX  DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

ALMACEN

| | |
|---|---|
| No. cliente / Customer number | 531 |
| Fecha / Data | 09/30/05 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO |
| Tipo de Cambio / Rate of Exchange | 10.8495 |

Pedido del cliente / Purchase order
P4170068

Orden de Venta / Order of Sale
J001120

Vo. Bo. Embarque
Nombre y Firma

Vo. Bo. Cont.
Nombre y Firma

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque vía: / Ship to:

Embarque / Package
1 TAMBOS T21,
15 OTROS
PESO NETO :    1089.12KG
PESO BRUTO:
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes



| Partida / ITEM | Código Clientes / Customer part No.: | Código Cordaflex / Cordaflex part No.: | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 70-47 | M3232650 | 719150200ECR | 14.764 | MFT 09/28/0553 | PTP CABLE 15AWG RED / BALCK | 21.462615 | 316.86930 |
| 70-48 | M3232650 | 719150200ECR | 14.764 | MFT 09/29/0553 | PTP CABLE 15AWG RED / BALCK | 21.462615 | 316.86930 |
| 518-3 | M3232634 | 719150809ECR | 29.528 | MFT 09/29/0553 | PTP CABLE 15AWG GRAY/WHITE | 21.462615 | 633.73860 |
| 501-5 | M3232403 | 7191816T21 | 31.496 | MFT 09/30/0553 | PTP CABLE 18AWG LIGHT BLUE | 11.162996 | 351.59040 |
| 369-18 | M3232309 | 7192003ECR | 65.617 | MFT 09/26/0553 | PTP CABLE 20AWG ORANGE | 8.008559 | 525.49600 |
| 369-19 | M3232309 | 7192003ECR | 65.617 | MFT 09/28/0553 | PTP CABLE 20AWG ORANGE | 8.008559 | 525.49600 |
| 250-12 | M3232D23 | 719200715ECR | 65.617 | MFT 09/29/0553 | PTP CABLE 20AWG PURPLE/ LIGHT GREEN | 8.008559 | 525.49600 |
| 505-4 | M3232201 | 7192200ECR | 49.213 | MFT 09/29/0553 | PTP CABLE 22AWG BLACK | 6.586088 | 324.11850 |
| 351-16 | M3232209 | 7192203ECR | 98.425 | MFT 09/21/0553 | PTP CABLE 22AWG ORANGE | 6.586088 | 648.23700 |
| 351-17 | M3232209 | 7192203ECR | 49.213 | MFT 09/29/0553 | PTP CABLE 22AWG ORANGE | 6.586088 | 324.11850 |
| 339-19 | M3232233 | 719220800ECR | 49.213 | MFT 09/29/0553 | PTP CABLE 22AWG GRAY/ BLACK | 6.586088 | 324.11850 |

Nacional
de Tecnología
2 0 0 2

CUATRO MIL OCHOCIENTOS DIECISEIS DLLS 17/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received.

Nombre y Firma

Observaciones : / Remarks.

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO, / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

| | |
|---|---|
| Importe Total / Amount: | 4,816.17 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 4,816.17 |

17 Oct 2005 15:38    HP LASERJET FAX    P.68

**CORDAFLEX, S. A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juarez, Chih. C.P. 32567
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ES.      L 6985-6
REG. DE EXP -IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING        FACTURA / INVOICE 1
1451291        117661

**BONDAMEX** DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

ALMACEN

| | |
|---|---|
| No. cliente / Customer number | 531 |
| Fecha / Date | 09/30/05 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO |
| Tipo de Cambio / Rate of Exchange | 10.8495 |

| | |
|---|---|
| Pedido del cliente / Purchase order | P4170068 |
| Orden de Venta / Order of Sale | 1001165 |

Vo. Bo. Embarque      Vo. Bo. Cont.

Nombre y Firma      Nombre y Firma

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE
Embarque via: / Ship to:

Embarque / Package

1 OTROS
PESO NETO :      71.33KG
PESO BRUTO :
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Codigo Clientes / Customer part No. | Codigo Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Uni | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 36 | M3232634 | 719150809ECR | 14.764 | MFT P4170068 | TP CABLE 15AWG GRAY/WHITE | 21.462615 | 316.86930 |



Premio
Nacional
de Tecnología
2 0 0 2

TRESCIENTOSDIECISEIS DLLS 87/100 USD
PAGO EN UNA SOLA EXHIBICION

Recibo de Conformidad: / Conformity Received:

Nombre y Firma

Observaciones : / Remarks:

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO, / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

| | |
|---|---|
| Importe Total / Amount: | 316.87 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 316.87 |



**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-86

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. 0.        / AL 6985-6
REG. DE EXP.-IMP COR-800219-3KA

**EXPEDIDA EN: CORREGIDORA, QRO.**
PACKING        FACTURA / INVOICE 1
1451299        117671

Vendido / Sold to:
**CONDUMEX**
CABLE AUTOMOTRIZ

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

**ALMACEN**

No. cliente / Customer number: **531**
Pedido del cliente / Purchase order: **P4170068**

Fecha / Date: **10/01/05**
Orden de Venta / Order of Sale: **J001120**

Condiciones de pago / Payment Terms: **60 DIAS CREDITO**
Vo. Bo. Embarque        Vo. Bo. Cont.

Tipo de Cambio / Rate of Exchange: **10.8495**
Nombre y Firma        Nombre y Firma

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque vía: / Ship to:

Embarque / Package
8 OTROS
PESO NETO :   553.17KG
PESO BRUTO:
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Codigo Clientes / Customer part No.: | Codigo Cordaflex / Cordaflex part No.: | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 46-48 | M3232621 | 719150009ECR | 14.764 | MFT 09/17/0553 | PTP CABLE 15AWG BLACK/WHITE | 21.808563 | 321.97680 |
| 46-49 | M3232621 | 719150009ECR | 29.528 | MFT 09/29/0553 | PTP CABLE 15AWG BLACK/WHITE | 21.808563 | 643.95360 |
| 21-24 | M3232608 | 7191509ECR | 14.764 | MFT 09/28/0553 | PTP CABLE 15AWG WHITE | 21.808563 | 321.97680 |
| 3-6 | M3232627 | 719151600ECR | 14.764 | MFT 09/28/0553 | PTP CABLE 15AWG LIGT BLUE/ BLACK | 21.808563 | 321.97680 |
| 17-25 | M3232369 | 719200409ECR | 32.808 | MFT 09/28/0553 | PTP CABLE 20AWG YELLOW/ WHITE | 8.122006 | 266.47000 |
| 72-28 | M3232265 | 719220700ECR | 95.144 | MFT 09/29/0553 | PTP CABLE 22AWG PURPLE / BLACK | 6.670152 | 634.62730 |

Premio
Nacional
de Tecnología
2 0 0 2

DOS MIL QUINIENTOS DIEZ DLLS 99/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad / Conformity Received:

Observaciones: / Remarks:

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

| | |
|---|---|
| Importe Total / Amount: | 2,510.99 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 2,510.99 |



CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-58

PLANTA JUAREZ
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32597
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-86

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. EL    AL 8985-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING          FACTURA / INVOICE 1
145130B          117682

| | |
|---|---|
| DELPHI -(MBZ) | **ALMACEN** |
| DELPHI PACKARD ELECTRIC SYSTEM | |
| GENERAL MOTORS CORPORATION | |
| P.O. BOX 431 | |
| WARREN OH 44486 | |
| U.S.A. | |

No. cliente / Customer number: 531
Pedido del cliente / Purchase order: P4170068

Fecha / Date: 10/02/05
Orden de Venta / Order of Sale: J001320

Condiciones de pago / Payment Terms: 60 DIAS CREDITO

Tipo de Cambio / Rate of Exchange: 10.8495

Vo. Bo. Embarques        Vo. Bo. Cont.

Nombre y Firma        Nombre y Firma

**Enviar a: / Ship to:**
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

**Embarque vía: / Ship to:**

Embarque / Package

1 TAMBOS T21,
19 OTROS
PESO NETO:   1255.13KG
PESO BRUTO:
G.T.P.



Contribuyente Autorizado para Imprimir sus Propios Comprobantes.

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 293-30 | M4775153 | 715200209ECR | 67.913 | MFT 09/30/0553 | PTP Cable 20AWG Red / White | 9.159941 | 622.08261 |
| 556-4 | M4775114 | 7152004ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG YELLOW | 9.159941 | 300.52300 |
| 556-3 | M4775114 | 7152004ECR | 32.808 | MFT 09/29/0553 | PTP CABLE 20AWG YELLOW | 9.159941 | 300.52300 |
| 564-1 | M4775165 | 715200700ECR | 32.808 | MFT | PTP CABLE 20AWG PURPLE/ BLACK | 9.159941 | 300.52300 |
| 564-19 | M4775165 | 715200700ECR | 34.449 | MFT 09/30/0553 | PTP CABLE 20AWG PURPLE/ BLACK | 9.159941 | 315.54915 |
| 557-16 | M4775145 | 715201200ECR | 32.808 | MFT 09/26/0553 | PTP CABLE 20AWG PINK/ BLACK | 9.159941 | 300.52300 |
| 214-4 | M3232433 | 719180800T21 | 31.496 | MFT 09/29/0553 | PTP CABLE 18AWG GRAY/ BLACK | 11.321827 | 356.59296 |
| 18-77 | M3232312 | 7192002ECR | 32.808 | MFT 09/29/0553 | PTP CABLE 20AWG RED | 8.122006 | 266.47000 |
| 18-76 | M3232312 | 7192002ECR | 32.808 | MFT 09/26/0553 | PTP CABLE 20AWG RED | 8.122006 | 266.47000 |
| 39-82 | M3232D27 | 7192007ECR | 98.425 | MFT 09/29/0553 | PTP CABLE 20AWG PURPLE | 8.122006 | 799.41000 |
| 154-88 | M3232D06 | 719202100ECR | 32.808 | MFT 09/26/0553 | PTP CABLE 20AWG BRICK BROWN/ BLACK | 8.122006 | 266.47000 |
| 154-89 | M3232D06 | 719202100ECR | 198.491 | MFT 09/29/0553 | PTP CABLE 20AWG BRICK BROWN/ BLACK | 8.122006 | 1612.14350 |

Prestigio
Nacional
de Tecnología
2 0 0 2

CINCO MIL SETECIENTOS SIETE DLLS 26/100 USD
PAGO EN UNA SOLA EXHIBICION.

**Recibo de Conformidad: / Conformity Received:**

**Observaciones: / Remarks:**

| | |
|---|---|
| Importe Total / Amount: | 5,707.26 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 5,707.26 |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

17 Oct 2005 15:23   HP LASERJET FAX   P. 46

CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76800 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

PLANTA JUAREZ
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juarez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-86

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6985-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA. QRO.

| PACKING | FACTURA / INVOICE 1 |
|---|---|
| 1451325 | 117699 |

CORDAFLEX
CABLE AUTOMOTRIZ

Vendido a / Sold to:
DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL



| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 531 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/03/05 | J001120 |

| Condiciones de pago / Payment Terms | Vo. Bo. Embarque | Vo. Bo. Cont. |
|---|---|---|
| 60 DIAS CREDITO | | |

| Tipo de Cambio / Rate of Exchange | | |
|---|---|---|
| 10.8495 | Nombre y Firma | Nombre y Firma |

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UEB
R.N.I.M. PITEX 93-231
Embarque via: / Ship to:   SU TRANSPORTE

Embarque / Package

ENVIADO CON REMISION # 43542
1 OTROS
PESO NETO :        69.90KG
PESO BRUTO :
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Codigo Clientes / Customer part Num. | Codigo Cordaflex / Cordaflex part Num. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 63-44 | M3232204 | 7192221ECR | 49.213 | MFT 43722/0553 | FTP CABLE 22AWG BRICK BROWN | 6.670152 | 328.25550 |

Premio
Nacional
de Tecnología
2 0 0 2

TRESCIENTOSVEINTIOCHO DLLS 26/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad. / Conformity Received:

Observaciones : / Remarks:

| | |
|---|---|
| Importe Total / Amount: | 328.26 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 328.26 |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS
TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS
INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE
CONDITIONS.

Nombre y Firma

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 82557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-86

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 8985-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

| PACKING | FACTURA / INVOICE 1 |
|---|---|
| 1451326 | 117700 |

| | |
|---|---|
| Vendedor | DELPHI -(MBZ) |
| | DELPHI PACKARD ELECTRIC SYSTEM |
| | GENERAL MOTORS CORPORATION |
| | P.O. BOX 431 |
| | WARREN OH 44486 |
| | U.S.A. |

FISCAL

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 531 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/03/05 | J001120 |

Condiciones de pago / Payment Terms
**60 DIAS CREDITO**

Vo. Bo. Embarque        Vo. Bo. Cont.

Tipo de Cambio / Rate of Exchange
**10.8495**

Nombre y Firma        Nombre y Firma

**Enviar a: / Ship to:**
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

**Embarque vía: / Ship to:**

Embarque / Package

19 OTROS
PESO NETO :  1290.32KG
PESO BRUTO:
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Codigo Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 519-2 | M4775404 | 7151521ECR | 29.528 | MFT 09/29/0553 | PTP CABLE 15AWG | 24.114588 | 712.04490 |
| 519-3 | M4775404 | 7151521ECR | 29.528 | MFT 09/30/0553 | PTP CABLE 15AWG | 24.114588 | 712.04490 |
| 298-8 | M4775214 | 7151804ECR | 22.966 | MFT 09/28/0553 | PTP Cable 18AWG  Yellow | 13.754253 | 315.87850 |
| 657-2 | M4775111 | 7152007ECR | 32.808 | MFT 09/27/0553 | PTP CABLE 20AWG  Purple | 9.159941 | 300.52300 |
| 466-6 | M4775141 | 715200900ECR | 27.231 | MFT 09/29/0553 | PTP CABLE 20AWG  WHITE/ BLACK | 9.159941 | 249.43409 |
| 657-17 | M4775145 | 715201200ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG  PINK/ BLACK | 9.159941 | 300.52300 |
| 658-4 | M4775104 | 7152021ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG  BRICK BROWN | 9.159941 | 300.52300 |
| 689-1 | M3380512 | 7161302ECR | 29.528 | MFT | PTP CABLE 13AWG  RED | 39.737996 | 1173.36600 |
| 374-57 | M3232850 | 719110200ECR | 4.921 | MFT 09/15/0553 | PTP CABLE 11AWG  RED/ BLACK | 53.864867 | 265.08300 |
| 374-56 | M3232850 | 719110200ECR | 19.685 | MFT 09/14/0553 | PTP CABLE 11AWG  RED/ BLACK | 53.864867 | 1060.33200 |
| 890-1 | M3232812 | 7191102ECR | 4.921 | MFT | PTP CABLE 11AWG  RED | 53.864870 | 265.08301 |
| 661-3 | M3232704 | 7191321ECR | 9.843 | MFT 10/03/0553 | PTP CABLE 13AWG  BRICK BROWN | 34.652347 | 341.06640 |

Nacional
de Tecnología
2   0   0   2

CINCO MIL NOVECIENTOS NOVENTA Y CINCO DLLS 88/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones : / Remarks:

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS
TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS
INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE
CONDITIONS.

| Importe Total / Amount: | 5,995.88 |
|---|---|
| % I.V.A. TAX: | 0.00 |
| TOTAL | 5,995.88 |



**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.9
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 6985-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING 1451327
FACTURA / INVOICE 1 117701

DELPHI-(DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL
(PITEX 85-027)

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 530 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/03/05 | J001121 |

Condiciones de pago / Payment Terms: 60 DIAS CREDITO

Vo. Bo. Embarque    Vo. Bo. Cont.

Tipo de Cambio / Rate of Exchange: 10.8495

Nombre y Firma    Nombre y Firma

**Enviar a: / Ship to:**
José Iglesias
R.B.E. VII  PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231

SU TRANSPORTE

Embarque vía: / Ship to:

Embarque / Package:
14 TAMBOS T21,
9 OTROS
PESO NETO :    1618.82KG
PESO BRUTO:
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 508-1 | M3130F80 | 71713020004t21 | 28.543 | MFT | PTP CABLE 13 AWG RED/BLACK/YELLOW | 34.003120 | 970.56147 |
| 522-1 | M3130251 | 717180216T21 | 114.829 | MFT | PTP CABLE 18 AWG RED/LIGTH BLUE | 12.013174 | 1379.46550 |
| 63-88 | M3130A91 | 717220415ECR | 49.213 | MFT | PTP CABLE 22AWG YELLOW/ LIGHT GREEN | 6.218195 | 306.01350 |
| 135-96 | M3130095 | 717220421ECR | 49.213 | MFT | PTP CABLE 22AWG YELLOW/ BRICK BROWN | 6.218195 | 306.01350 |
| 99-2 | M3130L41 | 71722090204T21 | 198.163 | MFT | PTP CABLE 22 AWG WHITE/YELLOW | 6.218195 | 1232.21436 |
| 100-136 | M3130A06 | 717222100ECR | 49.213 | MFT | PTP CABLE 22AWG BRICK BROWN/ BLACK | 6.218195 | 306.01350 |
| 91-105 | M3232852 | 719110215ECR | 9.843 | MFT | PTP CABLE 11AWG RED/ LIGHT GREEN | 53.864867 | 530.16600 |
| 91-106 | M3232852 | 719110215ECR | 4.921 | MFT | PTP CABLE 11AWG RED/ LIGHT GREEN | 53.864867 | 265.08300 |
| 91-107 | M3232852 | 719110215ECR | 4.921 | MFT | PTP CABLE 11AWG RED/ LIGHT GREEN | 53.864867 | 265.08300 |
| 92-141 | M3232867 | 719110221ECR | 9.843 | MFT | PTP CABLE 11AWG RED/ BRICK BROWN | 53.864867 | 530.16600 |
| 531-6 | M3232B12 | 7191102T21 | 15.092 | MFT | PTP CABLE 11 AWG RED | 53.864867 | 812.92120 |

MX-8544.49.800

Nacional
de Tecnología
2 0 0 2

SEIS MIL NOVECIENTOS TRES DLLS.69/100 USD
PAGO EN UNA SOLA EXHIBICION.

OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

| | |
|---|---|
| **Importe Total / Amount** | 6,903.69 |
| **% I.V.A. TAX:** | 0.00 |
| **TOTAL** | 6,903.69 |

Recibo de Conformidad: / Conformity Received:

Observaciones / Remarks:

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

17 Oct 2005 15:26　HP LASERJET FAX　P.50

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-86

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 6085-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING　　　　FACTURA / INVOICE 1
1451329　　　　117703



DELPHI MECHATRONIC
SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521  U.S.A.
Brownsville TX 78521
U.S.A.

FISCAL
(PITEX 85 027)

| No. Cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 546 | 9571-054431 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/03/05 | 0006916 |

| Condiciones de pago / Payment Terms | Vo. Bo. Embarque | Vo. Bo. Cont. |
|---|---|---|
| | Nombre y Firma | Nombre y Firma |

| Tipo de Cambio / Rate of Exchange |
|---|
| 10.8495 |

Embarque / Package

Enviar a: / Ship to:
Condura, S. de R.L. de C.V.
Poniente 4 Norte 7#6
Col. 2Ciudad Industrial
RFC: CON701217MZ3
Registro de Maquila: 2001-232
Matamoros TAM 87499

Embarque vía: / Ship to:

1 OTROS
PESO NETO :　13.94KG
PESO BRUTO:
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 3 | MS-79703-5 | 991220503C30 | 10.007 | MFT | TP CABLE 22 AWG DARK GREEN/ORANGE | 8.500020 | 85.05597 |

MX-8544.49.800

Premio
Nacional
de Tecnología
2 0 0 2

OCHENTA Y CINCO DLLS 06/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones / Remarks:
OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

| | |
|---|---|
| Importe Total / Amount: | 85.06 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 85.06 |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

17 Oct 2005 15:26   HP LASERJET FAX   p.51

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6985-6
REG. DE EXP.-IMP COR-800219-3KA

| EXPEDIDA EN: CORREGIDORA, QRO. | |
|---|---|
| PACKING | FACTURA / INVOICE 1 |
| 1451340 | 117714 |

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

**FISCAL**

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 531 | P4170068 |
| Fecha / Date | Orden de Venta / Order of Sale |
| 10/04/05 | J001120 |
| Condiciones de pago / Payment Terms | Vo. Bo. Embarque |
| 60 DIAS CREDITO | |
| Tipo de Cambio / Rate of Exchange | |
| 10.7907 | Nombre y Firma |

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque via: / Ship to:

| Vo. Bo. Embarque | Vo. Bo. Cont. |
|---|---|
| Nombre y Firma | Nombre y Firma |

Embarque / Package

EMVIADOS CON REMISION # 43555
20 OTROS
PESO NETO : 1310.47KG
PESO BRUTO:
A.R.C.

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripcion / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 645-2 | M3232615 | 719150016ECR | 59.055 | MFT 09/30/0553 | PTP CABLE 15AWG BLACK/LIGHT BLUE | 21.808563 | 1287.90720 |
| 645-3 | M3232615 | 719150016ECR | 29.528 | MFT 10/03/0553 | PTP CABLE 15AWG BLACK/LIGHT BLUE | 21.808563 | 643.95360 |
| 632-6 | M3232656 | 719150400ECR | 29.528 | MFT 10/03/0553 | PTP CABLE 15AWG YELLOW/BLACK | 21.808563 | 643.95360 |
| 497-16 | M3232315 | 719200016ECR | 32.808 | MFT 09/29/0553 | PTP CABLE 20AWG BLACK/ LIGHT BLUE | 8.122006 | 266.47000 |
| 497-17 | M3232315 | 719200016ECR | 164.042 | MFT 09/30/0553 | PTP CABLE 20AWG BLACK/ LIGHT BLUE | 8.122006 | 1332.35000 |
| 630-64 | M3232356 | 719200400ECR | 65.617 | MFT 09/29/0553 | PTP CABLE 20AWG YELLOW/BLACK | 8.122006 | 532.94000 |
| 630-65 | M3232356 | 719200400ECR | 34.449 | MFT 09/30/0553 | PTP CABLE 20AWG YELLOW/BLACK | 8.122006 | 279.79350 |
| 676-15 | M3232365 | 719200700ECR | 32.808 | MFT 09/28/0553 | PTP CABLE 20 PURPPLE/BLACK | 8.122006 | 266.47000 |
| 676-16 | M3232365 | 719200700ECR | 65.617 | MFT 09/29/0553 | PTP CABLE 20 PURPPLE/BLACK | 8.122006 | 532.94000 |



Premio
Nacional
de Tecnología
2 0 0 2

CINCO MIL SETECIENTOS OCHENTA Y SEIS DLLS 77/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones : / Remarks.

| Importe Total / Amount: | 5,786.77 |
|---|---|
| % I.V.A. TAX: | 0.00 |
| TOTAL | 5,786.77 |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

Nombre y Firma

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-58

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-86

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 6985-6
REG. DE EXP. IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING: 1451343
FACTURA / INVOICE 1: 117717

CONDUMEX CABLE AUTOMOTRIZ

DELPHI - (MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL

No. cliente / Customer number: 531
Pedido del cliente / Purchase order: P4170068

Fecha / Date: 10/04/05
Orden de Venta / Order of Sale: J001120

Condiciones de pago / Payment Terms: 60 DIAS CREDITO
Vo. Bo. Embarque
Vo. Bo. Cont.

Tipo de Cambio / Rate of Exchange: 10.7907

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UEB
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque vía: / Ship to:

Embarque / Package

12 OTROS
PESO NETO :
PESO BRUTO: 832.59KG
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Codigo Clientes / Customer part No : | Codigo Cordaflex / Cordaflex part No : | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 77-4 | H3232601 | 7191500ECR | 14.764 | MFT 10/03/0553 | PTP CABLE 15AWG BLACK | 21.808563 | 321.97680 |
| 667-2 | H3232627 | 7191507ECR | 29.528 | MFT 09/28/0553 | PTP CABLE 15AWG DARK BLUE | 21.808563 | 643.95360 |
| 642-3 | H3232605 | 7191508ECR | 14.764 | MFT 10/03/0553 | PTP CABLE 15AWG GRAY | 21.808563 | 321.97680 |
| 524-2 | H3232641 | 719150900ECR | 14.764 | MFT 10/03/0553 | PTP CABLE 15AWG WHITE/BLACK | 21.808563 | 321.97680 |
| 14-7 | H3232639 | 719151500ECR | 14.764 | MFT 10/03/0553 | PTP CABLE 15AWG LIGHT GREEN / BLACK | 21.808563 | 321.97680 |
| 446-24 | H3232607 | 7191515ECR | 29.528 | MFT 10/03/0553 | PTP CABLE 15AWG LIGHT GREEN | 21.808563 | 643.95360 |
| 804-20 | H3232321 | 719200009ECR | 34.121 | MFT 10/03/0553 | PTP CABLE 20AWG BLACK/ WHITE | 8.122006 | 277.12880 |
| 631-2 | H3232353 | 719200209ECR | 31.168 | MFT 09/29/0553 | PTP CABLE 20AWG RED/ WHITE | 8.122006 | 253.14650 |
| 807-1 | H3232249 | 719220709ECR | 98.425 | MFT | PTP CABLE 22AWG PURPLE/WHITE | 6.670150 | 656.51081 |

Premio
Nacional
de Tecnología
2 0 0 2

TRES MIL SETECIENTOS SESENTA Y DOS DLLS 61/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad / Conformity Received:

Observaciones : / Remarks:

Importe Total / Amount: 3,762.61

% I.V.A. TAX: 0.00

TOTAL: 3,762.61

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACIÓN DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

17 Oct 2005 15:13   HP LASERJET FAX   P. 33



CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

PLANTA JUAREZ
Enrico Fermi Num. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6985-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING          FACTURA / INVOICE 1
    1451344          117718

**CORDOMEX** DELPHI-(DIN)
CABLE AUTOMOTRIZ

DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL
(PITEX 85-027)



| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 530 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/04/05 | J001121 |

| Condiciones de pago / Payment Terms | Vo. Bo. Embarque | Vo. Bo. Cont. |
|---|---|---|
| 60 DIAS CREDITO | | |

| Tipo de Cambio / Rate of Exchange | Nombre y Firma | Nombre y Firma |
|---|---|---|
| 10.7907 | | |

Envíar a: / Ship to:

JosÛ Iglesias
R.B.E. VII  PLANTA 3200
Ave. Principal
Parque Ind. RÛo Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
    SU TRANSPORTE

Embarque vía: / Ship to:

Embarque / Package

1 TAMBOS T21.

PESO NETO :      68.53KG
PESO BRUTO:
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes.

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 7-2 | M3130273 | 717181621T21 | 22.966 | MFT 89/30/0553 | GTP CABLE 18AWG LIGHT BLUE/ BRICK BROWN | 12.013174 | 275.89310 |

MX-8544.49.800



Premio
Nacional
de Tecnología
2 0 0 2

DOSCIENTOS SETENTA Y CINCO DLLS.89/100 USD
PAGO EN UNA SOLA EXHIBICION.

| Recibo de Conformidad. / Conformity Received | Observaciones / Remarks | | Importe Total / Amount | 275.89 |
|---|---|---|---|---|
| | OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8 | | % I.V.A. TAX: | 0.00 |
| Nombre y Firma | LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO./ THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS. | | TOTAL | 275.89 |

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.



CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

PLANTA JUAREZ
Enrico Fermi No 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6985-8
REG. DE EXP.-8MP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

PACKING    FACTURA / INVOICE 1
   0         117720

**CONDUMEX** CABLE AUTOMOTRIZ

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL

Enviar a: / Ship to:

A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
   SU TRANSPORTE

Embarque vía: / Ship to:



| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 531 | P4170068 |
| Fecha / Date | Orden de Venta / Order of Sale |
| 10/04/05 | J001120 |
| Condiciones de pago / Payment Terms | Vo. Bo. Embarque |
| 60 DIAS CREDITO | |
| Tipo de Cambio / Rate of Exchange | Vo. Bo. Cont. |
| 10.7907 | |
| | Nombre y Firma    Nombre y Firma |

Embarque / Package

1 TAMBOS T21,
1 OTROS
PESO NETO :    146.22KG
PESO BRUTO:
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 293-30 | N4775153 | 715200209ECR | 32.808 | MFT | 29/0553 | TP Cable 20AWG Red / White | 9.159941 | 300.52300 |
| 666-2 | N3232427 | 719181600T21 | 31.496 | MFT | 29/0553 | TP CABLE 18AWG BRICK BROWN/ RED | 11.321827 | 356.59296 |

Premio
Nacional
de Tecnología
2 0 0 2

SEISCIENTOS CINCUENTA Y SIETE DLLS 117100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:

| Importe Total / Amount | 657.11 |
|---|---|
| % I.V.A. TAX: | 0.00 |
| TOTAL | 657.11 |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

17 Oct 2005 15:14    HP LASERJET FAX    P.35

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P 76900 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juarez, Chih. C.P 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 85-027
No. CTA. REG. ESTATAL 6985-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING    FACTURA / INVOICE 1
1451349      117721

**CORDUMEX**
CABLE AUTOMOTRIZ

DELPHI-(X1)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN. OHIO 44486
WARREN OH 44486

FISCAL
(PITEX 85-027)

Enviar a: / Ship to:
M. Morales
R.B.E. IX PLANTA 3700
Ave. Tec. y Juan Kleper # 6915
Fracc. Marquiz
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231

Embarque vía: / Ship to:
SU TRANSPORTE      R.N.I.M. PITEX 93-231

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 520 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/04/05 | J000768 |

| Condiciones de pago / Payment Terms | Vo. Bo. Embarque | Vo. Bo. Cont. |
|---|---|---|
| 60 DIAS CREDITO | | |

| Tipo de Cambio / Rate of Exchange | |
|---|---|
| 10.7907 | Nombre y Firma    Nombre y Firma |

Embarque / Package

4 TAMBOS T21.

PESO NETO :    316.72KG
PESO BRUTO:
G.T.P.



Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 1-341 | M3089G20 | 955140002T21 | 24.278 | mft | 09/30/0552 HTP Cable 14AWG Black/Red | 29.957787 | 727.32158 |
| 2-63 | M3089G08 | 955140500T21 | 24.278 | mft | 09/30/0552 HTP Cable 14AWG dark green/black | 29.957787 | 727.32158 |

Premio
Nacional
de Tecnología
2 0 0 2

UN MIL CUATROCIENTOS CINCUENTA Y CUATRO DLLS 64/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:
OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

| | |
|---|---|
| Importe Total / Amount: | 1,454.64 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 1,454.64 |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

Nombre y Firma



**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 293.5
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-06

**PLANTA JUAREZ**
Eulalio Fernández 1400 Pte. Int. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-86

FISCAL

**R.F.C. COR-800219-3KA**
PITEX 85-027
No. CTA. REG. ESTATAL 8665-8
REG. DE EXP. IMP COR-800219-3KA

**EXPEDIDA EN: CORREGIDORA, QRO.**
PACKING    FACTURA / INVOICE 1
1451350    117722

CORDAFLEX CABLE AUTOMOTRIZ DELPHI

Enviar a / Ship to: DELPHI
DELPHI AUTOMOTIVE SYSTEMS
c/o Delphi Packard
P.O. Box 431, Warren, Ohio
44486 U.S.A.
Warren OH 44486

Embarque vía / Ship to: Delphi Plant 3900 RBE T
Ave. de las Industrias S/N
Parqe Ind. Bermudez, Cd Juárez
R.F.C. 790127 UE8
R.N.I.M. PITEX 93-231
Ciudad Juárez CHI 32470

Pedido del cliente / Customer Order No. PA170068
Orden de Venta / Order No. Sale J000895

Vo. Bo. Embarques    Vo. Bo. Cont.
Nombre y Firma    Nombre y Firma

Embarque / Package
Nombre y Firma

68.49KG

No. cliente / Customer number 539
Fecha / Date 10/04/05
Condiciones de pago / Payment Terms
Tipo de Cambio / Rate of Exchange 10.7907

1 TAMBOS T21.

PESO NETO :
PESO BRUTO :
G.T.P.

| Partida / ITEM | Código Clientes / Customer part no. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 8-12 | M3075B25 | 97520150ST21 | 29.528 | MFT | 07730/0553    HT CABLE 20 AWG LIGHT GREEN/ DARK GREEN | 12.327088 | 363.98880 |

Premio
Nacional
de Tecnología
2 0 0 2

TRESCIENTOSSESENTA Y TRES DLLS 99/100 USD
PAGO EN UNA SOLA EXHIBICION

| Importe Total / Amount | 363.99 |
|---|---|
| % I.V.A. TAX: | 0.00 |
| TOTAL | 363.99 |

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

Recibo de Conformidad / Conformity Received
Observaciones / Remarks:
Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUYAN LAS CONDICIONES ESCRITAS AL REVERSO. THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE ITEMS.

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6985-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA. QRO.
PACKING 1451351
FACTURA / INVOICE 117725

**CONDUMEX** CABLE AUTOMOTRIZ

**Vendido a / Sold to:**
DELPHI-(DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL
(PITEX 85-027)

**Enviar a: / Ship to:**
Jos0 Iglesias
R.B.E. VII PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UEB
R.N.I.M. PITEX 93-231
SU TRANSPORTE

**Embarque vía: / Ship to:**

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 530 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/04/05 | 1001121 |

| Condiciones de pago / Payment Terms | Vo. Bo. Embarque | Vo. Bo. Cont. |
|---|---|---|
| 60 DIAS CREDITO | | |

| Tipo de Cambio / Rate of Exchange | Nombre y Firma | Nombre y Firma |
|---|---|---|
| 10.7907 | | |

Embarque / Package
22 TAMBOS T21.
19 OTROS
PESO NETO : 2973.00KG
PESO BRUTO:
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 99-78 | M3130521 | 717130009ECR | 19.685 | MFT 09/30/0553 | PTP CABLE 13AWG BLACK/ WHITE | 34.003123 | 669.35280 |
| 3-141 | M3130515 | 717130016ECR | 19.685 | MFT 09/26/0553 | PTP CABLE 13AWG BLACK/ LIGHT BLUE | 34.003123 | 669.35280 |
| 3-142 | M3130515 | 717130016ECR | 29.528 | MFT 09/28/0553 | PTP CABLE 13AWG BLACK/ LIGHT BLUE | 34.003123 | 1004.02920 |
| 3-143 | M3130515 | 717130016ECR | 19.685 | MFT 09/30/0553 | PTP CABLE 13AWG BLACK/ LIGHT BLUE | 34.003123 | 669.35280 |
| 3-144 | M3130515 | 717130016ECR | 9.843 | MFT 09/30/0553 | PTP CABLE 13AWG BLACK/ LIGHT BLUE | 34.003123 | 334.67640 |
| 2-1 | M3130220 | 71718002T21 | 45.932 | MFT 09/29/0553 | PTP CABLE 18 AWG BLACK/RED | 12.013174 | 551.78620 |
| 40-1 | M3130223 | 71718004T21 | 45.932 | MFT | PTP CABLE 18 AWG BLACK/YELLOW | 12.013174 | 551.78620 |
| 3-1 | M3130C33 | 71718021T21 | 22.966 | MFT 09/29/0553 | PTP CABLE 18AWG BLACK/ BRICK BROWN | 12.013174 | 275.89310 |
| 3-2 | M3130C33 | 71718021T21 | 22.966 | MFT 10/03/0553 | PTP CABLE 18AWG BLACK/ BRICK BROWN | 12.013174 | 275.89310 |
| 1-1 | M3130291 | 71718204T21 | 68.898 | MFT | PTP CABLE 18 AWG RED/YELLOW | 12.013174 | 827.67930 |
| 9-3 | M3130291 | 71718204T21 | 22.966 | MFT 09/23/0553 | PTP CABLE 18 AWG RED/YELLOW | 12.013174 | 275.89310 |
| 4-1 | M3130C05 | 71718208T21 | 22.966 | MFT 09/29/0553 | PTP CABALE 18 AWG RED/GRAY | 12.013174 | 275.89310 |
| 2-4 | M3130253 | 71718209T21 | 45.932 | MFT 09/30/0553 | PTP CABLE 18 AWG RED/WHITE | 12.013174 | 551.78620 |
| 6-4 | M3130249 | 71718709T21 | 45.932 | MFT 09/28/0553 | PTP CABLE 18 AWG PURPLE/WHITE | 12.013174 | 551.78620 |



de Tecnología
2 0 0 2

| Recibo de Conformidad: / Conformity Received: | Observaciones : / Remarks. | Importe Total / Amount: | |
|---|---|---|---|
| | | % I.V.A. TAX: | |
| Nombre y Firma | LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS. | TOTAL | |

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32567
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 86-027

No. CTA. REG. ESTATAL 6085-6
REG. DE EXP.-IMP COR-800219-5KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING          FACTURA / INVOICE 2
1451351          117725

CORDAFLEX
CABLE AUTOMOTRIZ

DELPHI-(DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL
(PITEX 85-027)

No. cliente / Customer number
530

Pedido del cliente / Purchase order
P4170068

Fecha / Date
10/04/05

Orden de Venta / Order of Sale
J001121

Enviar a: / Ship to:
Jos0 Iglesias
R.B.E. VII  PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UEB
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Condiciones de pago / Payment Terms
60 DIAS CREDITO

Vo. Bo. Embarque

Vo. Bo. Cont.

Tipo de Cambio / Rate of Exchange
10.7907

Nombre y Firma

Nombre y Firma

Embarque vía: / Ship to:

Embarque / Package

22 TAMBOS T21,
19 OTROS
PESO NETO :    2973.00KG
PESO BRUTO:
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes



| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 16-1 | M3130230 | 717181604T21 | 45.932 | MFT 08/29/0553 | PTP CABLE 18 AWG LIGTH BLUE/YELLOW | 12.013174 | 551.78620 |
| 17-1 | M3130273 | 717181621T21 | 45.932 | MFT 09/29/0553 | PTP CABLE 18AWG LIGHT BLUE/ BRICK BROWN | 12.013174 | 551.78620 |
| 166-4 | M3130258 | 717182116T21 | 22.966 | MFT 09/30/0553 | PTP CABLE 18AWG BRICK BROWN/ LIGHT BLUE | 12.013174 | 275.89310 |
| 34-63 | M3130A17 | 717220408ECR | 49.213 | MFT 09/28/0553 | PTP CABLE 22AWG YELLOW/ GRAY | 6.218195 | 306.01350 |
| 17-28 | M3130014 | 7172204ECR | 49.213 | MFT 10/03/0553 | PTP CABLE 22AWG YELLOW | 6.218195 | 306.01350 |
| 17-27 | M3130014 | 7172204ECR | 49.213 | MFT 09/29/0553 | PTP CABLE 22AWG YELLOW | 6.218195 | 306.01350 |
| 73-48 | M3130008 | 7172209ECR | 49.213 | MFT 10/03/0553 | PTP CABLE 22AWG WHITE | 6.218195 | 306.01350 |
| 73-47 | M3130008 | 7172209ECR | 49.213 | MFT 09/28/0553 | PTP CABLE 22AWG WHITE | 6.218195 | 306.01350 |
| 80-137 | M3130A06 | 717222100ECR | 147.638 | MFT 10/03/0553 | PTP CABLE 22AWG BRICK BROWN/ BLACK | 6.218195 | 918.04050 |
| 231-6 | M3232812 | 7191102T21 | 15.092 | MFT 09/30/0553 | PTP CABLE 11 AWG RED | 53.864867 | 812.92120 |
| 595-86 | M3232807 | 7191115ECR | 4.856 | MFT 09/17/0553 | PTP CABLE 11AWG LIGTH GREEN | 53.864867 | 261.54856 |

Nacional
de Tecnología
2  0  0  2

MX-8544.49.800

DOCE MIL TRESCIENTOS OCHENTA Y SIETE DLLS 19/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones / Remarks:
OPERACION EFECTUADA EN LOS TERMINOS DE LO DISPUESTO POR LA REGLA 5.1.8

| | Importe Total / Amount: | 12,387.19 |
|---|---|---|
| | % I.V.A. TAX: | 0.00 |
| | TOTAL | 12,387.19 |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

Nombre y Firma

17 Oct 2005 15:18    HP LASERJET FAX    P.39

CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-68

PLANTA JUAREZ
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-86, 82-30-87 Fax 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6985-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING          FACTURA / INVOICE. 1
1451353          117727

| | |
|---|---|
| **DELPHI  -(MBZ)** | |
| DELPHI PACKARD ELECTRIC SYSTEM | |
| GENERAL MOTORS CORPORATION | |
| P.O. BOX 431 | |
| WARREN OH 44486 | |
| U.S.A. | |

FISCAL

No. cliente / Customer number: 531
Fecha / Date: 10/04/05
Condiciones de pago / Payment Term: 60 DIAS CREDITO
Tipo de Cambio / Rate of Exchange: 10.7907

Pedido del cliente / Purchase order: P4170068
Orden de Venta / Order of Sale: J001120
Vo. Bo. Embarque
Vo. Bo. Cont.
Nombre y Firma
Nombre y Firma

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque vía: / Ship to:

Embarque / Package
2 TAMBOS T21,
69 OTROS
PESO NETO :    4709.07KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 80-2 | M3232812 | 7191102T21 | 7.546 | MFT 09/30/0553 | PTP CABLE 11 AWG RED | 53.864867 | 406.46060 |
| 3-94 | M3232753 | 719130209ECR | 29.528 | MFT 09/30/0553 | PTP CABLE 13AWG RED/WHITE | 34.652347 | 1023.19920 |
| 68-4 | M3232708 | 7191309ECR | 19.685 | MFT 10/03/0553 | PTP CABLE 13AWG WHITE | 34.652347 | 682.13280 |
| 78-55 | M3232H06 | 719132100ECR | 9.843 | MFT 10/03/0553 | PTP CABLE 13AWG BRICK BROWN / BLACK | 34.652347 | 341.06640 |
| 86-50 | M3232621 | 719150009ECR | 29.528 | MFT 10/03/0553 | PTP CABLE 15AWG BLACK/WHITE | 21.808563 | 643.95360 |
| 45-3 | M3232615 | 719150016ECR | 29.528 | MFT 10/03/0553 | PTP CABLE 15AWG BLACK/LIGHT BLUE | 21.808563 | 643.95360 |
| 77-3 | M3232601 | 7191500ECR | 14.764 | MFT 09/30/0553 | PTP CABLE 15AWG BLACK | 21.808563 | 321.97680 |
| 06-1 | M3232656 | 719150400ECR | 14.764 | MFT | PTP CABLE 15AWG YELLOW/BLACK | 21.808560 | 321.97676 |
| 42-2 | M3232605 | 7191508ECR | 14.764 | MFT 09/30/0553 | PTP CABLE 15AWG  GRAY | 21.808563 | 321.97680 |
| 24-2 | M3232641 | 719150900ECR | 14.764 | MFT 10/03/0553 | PTP CABLE 15AWG WHITE/BLACK | 21.808563 | 321.97680 |
| 14-7 | M3232639 | 719151500ECR | 14.764 | MFT 10/03/0553 | PTP CABLE 15AWG LIGHT GREEN / BLACK | 21.808563 | 321.97680 |
| 8-118 | M3232604 | 7191521ECR | 73.819 | MFT 10/03/0553 | PTP CABLE 15AWG BRICK BROWN | 21.808563 | 1609.88400 |
| 615-1 | M3232404 | 7191821T21 | 31.496 | mft 09/22/0553 | PTP CABLE 18AWG BRICK BROWN | 11.321827 | 356.59296 |
| 380-51 | M3232350 | 719200200ECR | 65.617 | MFT 09/29/0553 | PTP CABLE 20AWG RED/ BLACK | 8.122006 | 532.94000 |

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:

| | |
|---|---|
| **Importe Total / Amount:** | |
| **% I.V.A. TAX:** | |
| **TOTAL** | |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODOS LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

17 Oct 2005 15:18   HP LASERJET FAX   P. 40

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-86

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 8985-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

| PACKING | FACTURA / INVOICE 2 |
|---|---|
| 1451353 | 117727 |

DELPHI - (MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL

| No. cliente / Customer number |
|---|
| 531 |

Pedido del cliente / Purchase order
P4170068

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/04/05 | J001120 |

Condiciones de pago / Payment Terms
60 DIAS CREDITO

Tipo de Cambio / Rate of Exchange
10.7907

Enviar a / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque vía / Ship to:

**Embarque / Package**

2 TAMBOS T21,
69 OTROS
PESO NETO :   4709.07KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Codigo Clientes / Customer part No.: | Codigo Cordaflex / Cordaflex part No.: | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 980-52 | M3232350 | 719200200ECR | 34.449 | MFT 09/30/0553 | PTP CABLE 20AWG RED/ BLACK | 8.122006 | 279.79350 |
| 976-16 | M3232365 | 719200700ECR | 32.808 | MFT 09/29/0553 | PTP CABLE 20 PURPPLE/BLACK | 8.122006 | 266.47000 |
| 995-47 | M3232349 | 719200709ECR | 32.808 | MFT 10/03/0553 | PTP CABLE 20AWG PURPLE/ WHITE | 8.122006 | 266.47000 |
| 999-46 | M3232334 | 719200809ECR | 65.617 | MFT 09/29/0553 | PTP CABLE 20AWG GRAY/ WHITE | 8.122006 | 532.94000 |
| 953-82 | M3232310 | 7192012ECR | 65.617 | MFT 09/29/0553 | PTP CABLE 20AWG PINK | 8.122006 | 532.94000 |
| 900-45 | M3232339 | 719201500ECR | 65.617 | MFT 09/29/0553 | PTP CABLE 20AWG LIGHT GREEN/ BLACK | 8.122006 | 532.94000 |
| 914-88 | M3232022 | 719201509ECR | 32.808 | MFT 10/03/0553 | PTP CABLE 20AWG LIGHT GREEN/ WHITE | 8.122006 | 266.47000 |
| 956-2 | M3232D61 | 719201516ECR | 32.808 | MFT 09/27/0553 | PTP CABLE 20AWG LIGHT GREEN/ LIGHT BLUE | 8.122006 | 266.47000 |
| 924-107 | M3232307 | 7192015ECR | 160.433 | MFT 10/03/0553 | PTP CABLE 20AWG LIGHT GREEN | 8.122006 | 1303.03830 |
| 953-100 | M3232332 | 719202102ECR | 394.685 | MFT 09/30/0553 | PTP CABLE 20AWG BRICK BROWN/ RED | 8.122006 | 3205.63410 |
| 202-18 | M3232360 | 719202104ECR | 32.808 | MFT 10/03/0553 | PTP CABLE 20AWG BRICK BROWN/ YELLOW | 8.122006 | 266.47000 |
| 151-116 | M3232304 | 7192021ECR | 328.084 | MFT 09/29/0553 | PTP CABLE 20AWG BRICK BROWN | 8.122006 | 2664.70000 |
| 569-3 | M3232C07 | 719220816ECR | 49.213 | MFT 10/03/0553 | PTP CABLE 22AWG GRAY/ LIGHT BLUE | 6.670152 | 328.25550 |
| 541-6 | M3232210 | 7192212ECR | 98.425 | MFT 10/03/0553 | PTP CABLE 22AWG PINK | 6.670152 | 656.51100 |

| Recibo de Conformidad: / Conformity Received: | Observaciones : / Remarks: | Importe Total / Amount: | |
|---|---|---|---|
| | | % I.V.A. TAX: | |
| Nombre y Firma | | TOTAL | |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

**CORDAFLEX, S. A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 6695-8
REG. DE EXP.-IMP COR-800219-3KA

| EXPEDIDA EN: CORREGIDORA. QRO. | |
|---|---|
| PACKING | FACTURA / INVOICE 3 |
| 1451353 | 117727 |

CONDUMEX
CABLE AUTOMOTRIZ

| | | |
|---|---|---|
| Vendido a / Sold to: | DELPHI -(MBZ) | FISCAL |
| | DELPHI PACKARD ELECTRIC SYSTEM | |
| | GENERAL MOTORS CORPORATION | |
| | P.O. BOX 431 | |
| | WARREN OH 44486 | |
| | U.S.A. | |

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 531 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/04/05 | J001120 |

Condiciones de pago / Payment Terms
60 DIAS CREDITO

Tipo de Cambio / Rate of Exchange
10.7907

Vo. Bo. Embarque
*Nombre y Firma*

Vo. Bo. Cont.
*Nombre y Firma*

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UEB
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque via: / Ship to:

**Embarque / Package**

2 TAMBOS T21.
69 OTROS
PESO NETO :   4709.07KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 568-8 | M3232C61 | 719221516ECR | 49.213 | MFT 09/26/0553 | TP CABLE 22AWG LIGHT GREEN / LIGHT BLUE | 6.670152 | 328.25550 |
| 620-1 | M3232204 | 7192221ECR | 49.213 | MFT | TP CABLE 22AWG BRICK BROWN | 6.670152 | 328.25550 |
| 620-2 | M3232204 | 7192221ECR | 147.638 | MFT 09/29/0553 | TP CABLE 22AWG BRICK BROWN | 6.670152 | 984.76650 |

Premio
Nacional
de Tecnología
2 0 0 2

VEINTE MIL OCHOCIENTOS SESENTA DLLS 46/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

*Nombre y Firma*

Observaciones : / Remarks:

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS
TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE IRON AND RECEPTION OF THIS
INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE
CONDITIONS.

| Importe Total / Amount: | 20,860.46 |
|---|---|
| % I.V.A. TAX: | 0.00 |
| TOTAL | 20,860.46 |

LA REPRODUCCION NO AUTORIZADA DE LA PRESENTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

17 Oct 2005 15:21    HP LASERJET FAX    P. 43

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 6985-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING    FACTURA / INVOICE 1
1451354    117728

| | |
|---|---|
| DELPHI -(MBZ) DELPHI PACKARD ELECTRIC SYSTEM GENERAL MOTORS CORPORATION P.O. BOX 431 WARREN OH 44486 U.S.A. | FISCAL |

No. cliente / Customer number: 531
Fecha / Date: 10/04/05
Condiciones de pago / Payment Terms: 60 DIAS CREDITO
Tipo de Cambio / Rate of Exchange: 10.7907

Pedido del cliente / Purchase order: P4170068
Orden de Venta / Order of Sale: 1001165
Vo. Bo. Embarque    Vo. Bo. Cont.

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque vía: / Ship to:

Embarque / Package

3 OTROS
PESO NETO : 204.05KG
PESO BRUTO:
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Codigo Clientes / Customer part No. | Codigo Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 33 | M3232614 | 7191504ECR | 29.528 | MFT P4170068 | ETP CABLE 15AWG YELLOW | 21.808560 | 643.95352 |
| 61 | M3232D27 | 7192007ECR | 32.808 | MFT | ETP CABLE 20AWG PURPLE | 8.122010 | 266.47014 |

Premio
Nacional
de Tecnología
2 0 0 2

NOVECIENTOS DIEZ DLLS 42/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones : / Remarks:

| | |
|---|---|
| Importe Total / Amount: | 910.42 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 910.42 |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

Nombre y Firma

LA REPRODUCCION NO AUTORIZADA EXPRESAMENTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32657
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-86

**R.F.C. COR-800219-3KA**
PITEX 65-027

No. CTA. REG. ESTATAL 6985-8
REG DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING            FACTURA / INVOICE 1
1451360            117735

FISCAL

**Vendedor:** CONDUMEX CABLE AUTOMOTRIZ

DELPHI - (MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque vía: / Ship to:

| No. cliente / Customer number | 531 |
|---|---|
| Pedido del cliente / Purchase order | P4170068 |
| Fecha / Date | 10/04/05 |
| Orden de Venta / Order of Sale | J001120 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO |
| Tipo de Cambio / Rate of Exchange | 10.7907 |

Vo. Bo. Embarques   Nombre y Firma
Vo. Bo. Cont.       Nombre y Firma

Embarque / Package

1 TAMBOS T21,
8 OTROS
PESO NETO :      606.90KG
PESO BRUTO:
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Codigo Clientes / Customer part No.: | Codigo Cordaflex / Cordaflex part No.: | Cantidad / Cuantia | Unidad / Uni | Descripcion / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 86-50 | M3232621 | 719150009ECR | 14.764 | MFT 10/03/0553 | PTP CABLE 15AWG BLACK/WHITE | 21.808563 | 321.97680 |
| 62-1 | M3232612 | 7191502ECR | 14.764 | MFT 09/28/0553 | PTP CABLE 15AWG RED | 21.808563 | 321.97680 |
| 14-7 | M3232639 | 719151500ECR | 14.764 | MFT 10/03/0553 | PTP CABLE 15AWG LIGHT GREEN / BLACK | 21.808563 | 321.97680 |
| 66-3 | M3232427 | 719181600T21 | 31.496 | MFT 10/03/0553 | PTP CABLE 18AWG BRICK BROWN/ RED | 11.321827 | 356.59296 |
| 95-45 | M3232349 | 719200709ECR | 32.808 | MFT 09/29/0553 | PTP CABLE 20AWG PURPLE/ WHITE | 8.122006 | 266.47000 |
| 63-100 | M3232332 | 719202102ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG BRICK BROWN/ RED | 8.122006 | 266.47000 |
| 61-116 | M3232304 | 7192021ECR | 98.425 | MFT 09/29/0553 | PTP CABLE 20AWG BRICK BROWN | 8.122006 | 799.41000 |



Premio
Nacional
de Tecnología
2 0 0 2

DOS MIL SEISCIENTOS CINCUENTA Y CUATRO DLLS 88/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Nombre y Firma

Observaciones / Remarks:

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

| | |
|---|---|
| Importe Total / Amount: | 2,654.88 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 2,654.88 |

17 Oct 2005 15:00   HP LASERJET FAX   P.15

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-58

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-86

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 8985-8
REG. DE EXP.-IMP COR-800219-3KA

**EXPEDIDA EN: CORREGIDORA, QRO.**

| | PACKING | FACTURA / INVOICE 1 |
|---|---|---|
| | 1451361 | 117736 |

CORDUOMEX
CABLE AUTOMOTRIZ

DELPHI-(DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL
(PITEX 85-027)

| No. cliente / Customer number | 530 | Pedido del cliente / Purchase order | P4170068 |
|---|---|---|---|
| Fecha / Data | 10/04/05 | Orden de Venta / Order of Sale | J001121 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO | Vo. Bo. Embarque | Vo. Bo. Cont. |
| Tipo de Cambio / Rate of Exchange | 10.7907 | Nombre y Firma | Nombre y Firma |

Enviar a: / Ship to:
Jos0 Iglesias
R.B.E. VII PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque vía: / Ship to:

**Embarque / Package**

1 TAMBOS T21.
3 OTROS
PESO NETO :      314.68KG
PESO BRUTO:
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 3-145 | M3130515 | 717130016ECR | 29.528 | MFT | 0703/0553 TP CABLE 13AWG BLACK/ LIGHT BLUE | 34.003123 | 1004.02920 |
| 61-1 | M3130258 | 717182116T21 | 22.966 | MF | TP CABLE 18AWG BRICK BROWN/ LIGHT BLUE | 12.013170 | 275.89300 |

MX-8544.49.800

Premio
Nacional
de Tecnología
2 0 0 2

UN MIL DOSCIENTOS SETENTA Y NUEVE DLLS 92/100 USD
PAGO EN UNA SOLA EXHIBICION.

| Recibo de Conformidad: / Conformity Received: | Observaciones / Remarks: OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8 | Importe Total / Amount: | 1,279.92 |
|---|---|---|---|
| | | % I.V.A. TAX: | 0.00 |
| Nombre y Firma | LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS. | TOTAL | 1,279.92 |

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 6685-6
REG. DE EXP.-IMP COR-800219-3KA

| EXPEDIDA EN: CORREGIDORA, QRO. | |
|---|---|
| PACKING | FACTURA / INVOICE 1 |
| 1451366 | 117740 |

**CONDUMEX**
CABLE AUTOMOTRIZ

Vendido a:
DELPHI  -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL

| No. cliente / Customer number |
|---|
| 531 |

| Pedido del cliente / Purchase order |
|---|
| P4170068 |

| Fecha / Date |
|---|
| 10/05/05 |

| Orden de Venta / Order of Sale |
|---|
| J001365 |

| Condiciones de pago / Payment Terms |
|---|
| 60 DIAS CREDITO |

| Vo. Bo. Embarque | Vo. Bo. Cont. |
|---|---|

| Tipo de Cambio / Rate of Exchange |
|---|
| 10.7683 |

Nombre y Firma    Nombre y Firma

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque vía. / Ship to:

Embarque / Package

ENVIADOS CON REMISION # 43560
1 OTROS
PESO NETO :        71.33KG
PESO BRUTO:
A.R.C.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 33 | M3232614 | 7191504ECR | 14.764 | MFT P4170068 | CRTP CABLE 15AWG YELLOW | 21.808560 | 321.97676 |

Premio
Nacional
de Tecnología
2 0 0 2

TRESCIENTOSVEINTIUN DLLS 98/100 USD
PAGO EN UNA SOLA EXHIBICION.

| Recibo de Conformidad: / Conformity Received: | Observaciones : / Remarks: | Importe Total / Amount | 321.98 |
|---|---|---|---|
| | | % I.V.A. TAX: | 0.00 |
| Nombre y Firma | LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS NOTICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS. | TOTAL | 321.98 |

LA REPRODUCCIÓN NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-58

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juarez, Chih. C.P. 32567
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 8085-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

| PACKING | FACTURA / INVOICE 1 |
|---|---|
| 1451365 | 117741 |

DELPHI ·(HBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 531 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/05/05 | J001120 |

Condiciones de pago / Payment Terms: **60 DIAS CREDITO**

Tipo de Cambio / Rate of Exchange: **10.7683**

**Enviar a: / Ship to:**
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

**Embarque vía: / Ship to:**

ENVIADOS CON REMISION # 43560
5 OTROS
PESO NETO :      326.85KG
PESO BRUTO:
A.R.C.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Codigo Clientes / Customer part No. | Codigo Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripcion / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 38-3 | M3232634 | 719150809ECR | 14.764 | MFT 09/29/0553 | PTP CABLE 15AWG GRAY/WHITE | 21.808563 | 321.97680 |
| 13-35 | M3232G88 | 719150916ECR | 14.764 | MFT 09/30/0553 | PTP CABLE 15AWG WHITE / LIGHT BLUE | 21.808563 | 321.97680 |
| 54-89 | M3232D06 | 719202100ECR | 65.617 | MFT 09/29/0553 | PTP CABLE 20AWG  BRICK BROWN/ BLACK | 8.122006 | 532.94000 |
| 54-90 | M3232D06 | 719202100ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG  BRICK BROWN/ BLACK | 8.122006 | 266.47000 |

Premio
Nacional
de Tecnología
2  0  0  2

UN MIL CUATROCIENTOS CUARENTA Y TRES DLLS 37/100 USD
PAGO EN UNA SOLA EXHIBICION.

**Recibo de Conformidad: / Conformity Received:**

**Observaciones : / Remarks:**

| | Importe Total / Amount: | 1,443.37 |
|---|---|---|
| | % I.V.A. TAX: | 0.00 |
| **Nombre y Firma** | TOTAL | 1,443.37 |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIR APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

LA REPRODUCCION NO AUTORIZADA TOTALMENTE APOCRIFAMENTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

17 Oct 2005 15:02   HP LASERJET FAX   P.18

**CORDAFLEX, S. A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P 76900 Apdo. Postal 17
Tels. (4) 226-06-00 Fax 225-17-66

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-86, 82-30-87 Fax. 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 6085-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING         FACTURA / INVOICE 1
1451377         117752

CORDOMEX DELPHI
CABLE AUTOMOTRIZ

DELPHI
DELPHI AUTOMOTIVE SYSTEMS LLC
c/o Delphi Packard
P.O. Box 431 Warren, Ohio
44486 U.S.A.
Warren OH 44486

FISCAL

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 537 | P4170069 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/05/05 | J000914 |

Condiciones de pago / Payment Terms
60 DIAS CREDITO

Tipo de Cambio / Rate of Exchange
10.7683

Vo. Bo. Embarque          Vo. Bo. Cont.

Nombre y Firma            Nombre y Firma

**Enviar a: / Ship to:**
Delphi Planta 8100
Iturbide 6970
Parque Ind Longoria Nvo Laredo
R.F.C.: RBE 790127 UE8
R.N.I.M.: PITEX 93-231
Nuevo Laredo TAM 88220

Embarque vía: / Ship to:

Embarque / Package

15 TAMBOS T21,

PESO NETO :    1580.41KG
PESO BRUTO:
G.T.P .

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price. | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 23-1 | M3075738 | 975080200T21 | 59.711 | MFT | TF CABLE 8 AWG RED/ BLACK | 127.933830 | 7639.09328 |
| 20-2 | M3075170 | 975200907T21 | 57.087 | MFT | TF CABLE 20AWG WHITE / PURPLE | 12.327090 | 703.71181 |



Premio
Nacional
de Tecnología
2 0 0 2

OCHO MIL TRESCIENTOSCUARENTA Y DOS DLLS 80/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones . / Remarks:

| | |
|---|---|
| Importe Total / Amount: | 8,342.80 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 8,342.80 |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BT THE BUYER, IMPLICATES ITS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

Nombre y Firma

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

17 Oct 2005 15:03   HP LASERJET FAX   P.19



CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

PLANTA JUAREZ
Enrico Ferrei No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-86, 82-30-87 Fax 82-30-86

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6885-6
REG. DE EXP.-4MP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING          FACTURA / INVOICE 2
1451384          117759

**CORDOMEX** CABLE AUTOMOTRIZ

DELPHI-(DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL
(PITEX 85-027)

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 530 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/05/05 | J001121 |

Condiciones de pago / Payment Terms
60 DIAS CREDITO

Vo. Bo. Embarque          Vo. Bo. Cont.

Tipo de Cambio / Rate of Exchange
10.7683

Nombre y Firma          Nombre y Firma

Envíar a: / Ship to:
José Iglesias
R.B.E. VII  PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque vía: / Ship to:

Embarque / Package

28 TAMBOS T21,
23 OTROS
PESO NETO :   3797.83KG
PESO BRUTO:
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 580-2 | M3130223 | 717180004T21 | 22.966 | MFT 08/29/0553 | PTP CABLE 18 AWG BLACK/YELLOW | 12.013174 | 275.89310 |
| 581-2 | M3130291 | 717180204T21 | 45.932 | MFT 09/30/0553 | PTP CABLE 18 AWG RED/YELLOW | 12.013174 | 551.78620 |
| 581-1 | M3130291 | 717180204T21 | 68.898 | MFT | PTP CABLE 18 AWG RED/YELLOW | 12.013174 | 827.67930 |
| 514-2 | M3130C05 | 717180208T21 | 22.966 | MFT 10/04/0553 | PTP CABALE 18 AWG RED/GRAY | 12.013174 | 275.89310 |
| 542-3 | M3130253 | 717180209T21 | 22.966 | MFT 09/28/0553 | PTP CABLE 18 AWG RED/WHITE | 12.013174 | 275.89310 |
| 542-5 | M3130253 | 717180209T21 | 68.898 | MFT 10/04/0553 | PTP CABLE 18 AWG RED/WHITE | 12.013174 | 827.67930 |
| 522-4 | M3130251 | 717180216T21 | 45.932 | MFT 09/30/0553 | PTP CABLE 18 AWG RED/LIGTH BLUE | 12.013174 | 551.78620 |
| 522-3 | M3130251 | 717180216T21 | 22.966 | MFT 09/23/0553 | PTP CABLE 18 AWG RED/LIGTH BLUE | 12.013174 | 275.89310 |
| 522-1 | M3130251 | 717180216T21 | 22.966 | MFT 09/21/0553 | PTP CABLE 18 AWG RED/LIGTH BLUE | 12.013174 | 275.89310 |
| 522-5 | M3130251 | 717180216T21 | 68.898 | MFT 09/29/0553 | PTP CABLE 18 AWG RED/LIGTH BLUE | 12.013174 | 827.67930 |
| 527-3 | M3130C53 | 717181521T21 | 22.966 | MFT 10/04/0553 | PTP CABLE 18AWG LIGHT GREEN/BRICK BROWN | 12.013174 | 275.89310 |
| 618-1 | M3130204 | 7171821T21 | 137.795 | MFT 09/29/0553 | PTP CABLE 18AWG BRICK BROWN | 12.013174 | 1655.35860 |
| 618-2 | M3130204 | 7171821T21 | 45.932 | MFT 09/30/0553 | PTP CABLE 18AWG BRICK BROWN | 12.013174 | 551.78620 |
| 499-4 | M3130L41 | 71722090204T21 | 49.541 | MFT 10/04/0553 | PTP CABLE 22 AWG WHITE/YELLOW | 6.218195 | 308.05359 |



MX·8544.49.800

de Tecnología
2 0 0 2

QUINCE MIL CUATROCIENTOS TREINTA Y DOS DLLS 41/100 USD
PAGO EN UNA SOLA EXHIBICION.

| Importe Total / Amount: | 15,432.41 |
|---|---|
| % I.V.A. TAX: | 0.00 |
| TOTAL | 15,432.41 |

Recibo de Conformidad: / Conformity Received:

Observaciones : / Remarks:
OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

Nombre y Firma

17 Oct 2005 15:03   HP LASERJET FAX   P.20

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76800 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32597
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-86

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 6985-6
REG. DE EXP -IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

| PACKING | FACTURA / INVOICE 1 |
|---|---|
| 1451384 | 117759 |

DELPHI -(DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL
(PITEX 85-027)

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 530 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/05/05 | J001121 |

| Condiciones de pago / Payment Terms | Vo. Bo. Embarque | Vo. Bo. Cont. |
|---|---|---|
| 60 DIAS CREDITO | | |

| Tipo de Cambio / Rate of Exchange | Nombre y Firma | Nombre y Firma |
|---|---|---|
| 10.7683 | | |

Embarque / Package

Enviar a: / Ship to:
José Iglesias
R.B.E. VII  PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque vía: / Ship to:

28 TAMBOS T21,
23 OTROS
PESO NETO :      3797.83KG
PESO BRUTO:
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 4-133 | M3130F33 | 717130021ECR | 19.685 | MFT 09/30/0553 | PTP CABLE 13AWG BLACK/ BRICK BROWN | 34.003123 | 669.35280 |
| 4-135 | M3130F33 | 717130021ECR | 19.685 | MFT 10/04/0553 | PTP CABLE 13AWG BLACK/ BRICK BROWN | 34.003123 | 669.35280 |
| 7-84 | M3130550 | 717130200ECR | 9.843 | MFT 09/27/0553 | PTP Cable 13 AWG Red / Black | 34.003123 | 334.67640 |
| 7-85 | M3130550 | 717130200ECR | 9.843 | MFT 09/29/0553 | PTP Cable 13 AWG Red / Black | 34.003123 | 334.67640 |
| 7-86 | M3130550 | 717130200ECR | 9.843 | MFT 10/04/0553 | PTP Cable 13 AWG Red / Black | 34.003123 | 334.67640 |
| 23-68 | M3130553 | 717130209ECR | 19.685 | MFT 09/30/0553 | PTP CABLE 13AWG RED/ WHITE | 34.003123 | 669.35280 |
| 23-69 | M3130553 | 717130209ECR | 9.843 | MFT 10/04/0553 | PTP CABLE 13AWG RED/ WHITE | 34.003123 | 334.67640 |
| 1-1 | M3130512 | 7171302ECR | 9.843 | MFT | PTP CABLE 13AWG RED | 34.003123 | 334.67640 |
| 44-57 | M3130F92 | 717130416ECR | 9.843 | MFT 09/30/0553 | PTP CABLE 13AWG YELLOW/ LIGHT BLUE | 34.003123 | 334.67640 |
| 45-47 | M3130540 | 717131504ECR | 9.843 | MFT 09/30/0553 | PTP CABLE 13AWG LIGHT GREEN/ YELLOW | 34.003123 | 334.67640 |
| 102-74 | M3130579 | 717131507ECR | 19.685 | MFT 09/30/0553 | PTP CABLE 13AWG LIGHT GREEN/ PURPLE | 34.003123 | 669.35280 |
| 15-114 | M3130F22 | 717131509ECR | 19.685 | MFT 09/30/0553 | PTP CABLE 13AWG LIGHT GREEN/ WHITE | 34.003123 | 669.35280 |
| 103-67 | M3130F44 | 717131607ECR | 19.685 | MFT 09/30/0553 | PTP CABLE 13AWG LIGHT BLUE/ PURPLE | 34.003123 | 669.35280 |
| 16-140 | M3130F43 | 717131608ECR | 38.714 | MFT 09/30/0553 | PTP CABLE 13AWG LIGHT BLUE/ GRAY | 34.003123 | 1316.39384 |

Recibo de Conformidad: / Conformity Received:

Observaciones : / Remarks:

| Importe Total / Amount: | |
|---|---|
| % I.V.A. TAX: | |
| TOTAL | |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 62-30-88, 82-30-87 Fax. 82-30-86

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6693-6
REG. DE EXP -IMP COR-800219-SKA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING 0
FACTURA / INVOICE 1
117760

Vendido a / Sold to
**DELPHI -(MBZ)**
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.          RFC: RBE790127UE8

FISCAL

| | |
|---|---|
| No. cliente / Customer number | 531 |
| Pedido del cliente / Purchase order | P4170068 |
| Fecha / Date | 10/05/05 |
| Orden de Venta / Order of Sale | J001120 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO |
| Tipo de Cambio / Rate of Exchange | 10.7683 |

Vo. Bo. Embarque

Vo. Bo. Cont.

Nombre y Firma

Nombre y Firma

Enviar a: / Ship to:
**A. RAMOS**
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231     RFC:
Embarque vía: / Ship to:   SU TRANSPORTE

Embarque / Package
9 TAMBOS T21,
24 OTROS
PESO NETO : 
PESO BRUTO :   2367.63KG
G.T.P.



Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Uni. | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 52-59 | M3232715 | 719130016ECR | 9.843 | MFT 09/30/0553 | PTP Cable 13AWG Black / Light Blue | 34.652347 | 341.06640 |
| 59-13 | M3232614 | 7191504ECR | 14.764 | MFT 09/29/0553 | PTP CABLE 15AWG YELLOW | 21.808563 | 321.97680 |
| 58-3 | M3232634 | 719150809ECR | 14.764 | MFT 09/29/0553 | PTP CABLE 15AWG GRAY/WHITE | 21.808563 | 321.97680 |
| 13-36 | M3232608 | 719150916ECR | 14.764 | MFT 10/03/0553 | PTP CABLE 15AWG WHITE / LIGHT BLUE | 21.808563 | 321.97680 |
| 53-8 | M3232627 | 719151600ECR | 14.764 | MFT 10/03/0553 | PTP CABLE 15AWG LIGT BLUE/ BLACK | 21.808563 | 321.97680 |
| 53-9 | M3232627 | 719151600ECR | 14.764 | MFT 09/04/0553 | PTP CABLE 15AWG LIGT BLUE/ BLACK | 21.808563 | 321.97680 |
| 54-3 | M3232603 | 7191516ECR | 29.528 | MFT 09/29/0553 | PTP CABLE 15AWG LIGHT BLUE | 21.808563 | 643.95360 |
| 54-2 | M3232603 | 7191516ECR | 14.764 | MFT 09/29/0553 | PTP CABLE 15AWG LIGHT BLUE | 21.808563 | 321.97680 |
| 18-118 | M3232604 | 7191521ECR | 59.055 | MFT 10/03/0553 | PTP CABLE 15AWG BRICK BROWN | 21.808563 | 1287.90720 |
| 33-2 | M3232409 | 7191803T21 | 31.496 | mft 09/30/0553 | PTP CABLE 18AWG ORANGE | 11.321827 | 356.59296 |
| 53-1 | M3232409 | 7191803T21 | 31.496 | mft 09/23/0553 | PTP CABLE 18AWG ORANGE | 11.321827 | 356.59296 |
| 29-3 | M3232408 | 7191809T21 | 31.496 | mft 09/30/0553 | PTP CABLE 18AWG WHITE | 11.321827 | 356.59296 |
| 13-1 | M3232403 | 7191816T21 | 31.496 | MFT | PTP CABLE 18AWG LIGHT BLUE | 11.321830 | 356.59306 |
| 15-2 | M3232404 | 7191821T21 | 157.480 | mft 09/23/0553 | PTP CABLE 18AWG BRICK BROWN | 11.321827 | 1782.96480 |

Recibo de Conformidad: / Conformity Received:

Nombre y Firma

Observaciones / Remarks:

| | |
|---|---|
| Importe Total / Amount: | |
| % I.V.A. TAX: | |
| TOTAL | |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-86

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 8985-8
REG. DE EXP. IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

| PACKING | FACTURA / INVOICE 2 |
|---|---|
| 0 | 117760 |

**CONDUMEX** CABLE AUTOMOTRIZ

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.              RFC: RBE790127UE8

FISCAL

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 531 | P4170068 |
| Fecha / Date | Orden de Venta / Order of Sale |
| 10/05/05 | J001120 |
| Condiciones de pago / Payment Term | Vo. Bo. Embarque |
| 60 DIAS CREDITO | |
| Tipo de Cambio / Rate of Exchange | |
| 10.7683 | Nombre y Firma |

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231      RFC:
SU TRANSPORTE

Embarque vía: / Ship to:

Embarque / Package

9 TAMBOS T21,
24 OTROS
PESO NETO :   2367.63KG
PESO BRUTO:
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Cliente / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 8-79 | M3232312 | 7192002ECR | 59.055 | MFT 10/03/0553 | PTP CABLE 20AWG RED | 8.122006 | 479.64600 |
| 8-78 | M3232312 | 7192002ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG RED | 8.122006 | 266.47000 |
| 8-77 | M3232312 | 7192002ECR | 32.808 | MFT 09/29/0553 | PTP CABLE 20AWG RED | 8.122006 | 266.47000 |
| 14-88 | M3232D22 | 7192015O9ECR | 32.808 | MFT 10/03/0553 | PTP CABLE 20AWG LIGHT GREEN/ WHITE | 8.122006 | 266.47000 |
| 63-101 | M3232332 | 7192021O2ECR | 65.617 | MFT 10/04/0553 | PTP CABLE 20AWG BRICK BROWN/ RED | 8.122006 | 532.94000 |
| 51-116 | M3232304 | 7192021ECR | 131.234 | MFT 09/29/0553 | PTP CABLE 20AWG BRICK BROWN | 8.122006 | 1065.88000 |

Premio
Nacional
de Tecnología
2 0 0 2

DIEZ MIL DOSCIENTOS NOVENTA Y DOS DLLS 01/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:

| | |
|---|---|
| Importe Total / Amount: | 10,292.01 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 10,292.01 |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 86-027

No. CTA. REG. ESTATAL 6985-6
REG. DE EXP -IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING        FACTURA / INVOICE 1
1451395    -    117777

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL

| No. cliente / Customer number | 531 | Pedido del cliente / Purchase order | P4170068 |
|---|---|---|---|
| Fecha / Date | 10/05/05 | Orden de Venta / Order of Sale | J001120 |

Condiciones de pago / Payment Terms
60 DIAS CREDITO

Vo. Bo. Embarque

Vo. Bo. Cont.

Tipo de Cambio / Rate of Exchange
10.7683

Nombre y Firma

Nombre y Firma

Embarque / Package

Envíar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

4 OTROS
PESO NETO :   268.57KG
PESO BRUTO:
G.T.P.

Embarque vía: / Ship to:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes.

| Partida / Item | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 00-1 | M3380553 | 716130209ECR | 9.843 | MFT | TP CABLE 13AWG RED / WHITE | 39.738000 | 391.12204 |
| 14-1 | M3232D88 | 719200916ECR | 65.617 | MFT | TP CABLE 20AWG WHITE/ LIGHT BLUE | 8.122010 | 532.94027 |
| 51-18 | M3232209 | 7192203ECR | 49.213 | MFT 09/30/0553 | TP CABLE 22AWG ORANGE | 6.670152 | 328.25550 |

Premio
Nacional
de Tecnología
2 0 0 2

UN MIL DOSCIENTOS CINCUENTA Y DOS DLLS 32/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones : / Remarks:

| Importe Total / Amount: | 1,252.32 |
|---|---|
| % I.V.A. TAX: | 0.00 |
| TOTAL | 1,252.32 |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

17 Oct 2005 15:05   HP LASERJET FAX   P.22

17 Oct 2005 15:05    HP LASERJET FAX
p.23

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-86

R F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6085-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING        FACTURA / INVOICE 1
1451404        117778

**CORDAFLEX**
CABLE AUTOMOTRIZ

DELPHI - (DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL
(PITEX 85-027)

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 530 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/05/05 | J001121 |

Condiciones de pago / Payment Terms
60 DIAS CREDITO

Tipo de Cambio / Rate of Exchange
10.7683

Vo. Bo. Embarque
Nombre y Firma

Vo. Bo. Cont.
Nombre y Firma

Enviar a: / Ship to:
José Iglesias
R.B.E. VII  PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque Vía: / Ship to:

Embarque / Package

2 TAMBOS T21.

PESO NETO :     137.06KG
PESO BRUTO:
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes.



| Partida / ITEM | Código Clientes / Client code por Art. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 8-2 | M3130204 | 7171821T21 | 45.932 | MFT 730/0553 | PTP CABLE 18AWG BRICK BROWN | 12.013174 | 551.78620 |



MX-8544.49.800

Premio
Nacional
de Tecnología
2 0 0 2

QUINIENTOS CINCUENTA Y UN DLLS 79/100 USD
PAGO EN UNA SOLA EXHIBICION.

OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

Recibo de Conformidad / Conformity Received:

Observaciones / Remarks:

| | |
|---|---|
| Importe Total / Amount: | 551.79 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 551.79 |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS
TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS
INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE
CONDITIONS.

Nombre y Firma

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76000 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32567
Tels. (16) 82-30-95, 82-30-87 Fax. 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 6685-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING     FACTURA / INVOICE 1
  1451416     117781

FISCAL

| | |
|---|---|
| No. cliente / Customer number | Pedido del cliente / Purchase order |
| 531 | P4170068 |
| Fecha / Date | Orden de Venta / Order of Sale |
| 10/06/05 | J001120 |
| Condiciones de pago / Payment Terms | Vo. Bo. Embarque | Vo. Bo. Cont. |
| 60 DIAS CREDITO | | |
| Tipo de Cambio / Rate of Exchange | Nombre y Firma | Nombre y Firma |
| 10.6857 | | |

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UEB
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque vía: / Ship to:

Embarque / Package
1 TAMBOS T21, ENVIADA CON REMISION # 43567
3 OTROS
PESO NETO :     299.90KG
PESO BRUTO:
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 06-1 | M3232656 | 719150400ECR | 29.528 | MFT | TP CABLE 15AWG YELLOW/BLACK | 21.808560 | 643.95352 |
| 03-9 | M3232627 | 719151600ECR | 14.764 | MFT 10/04/0553 | TP CABLE 15AWG LIGT BLUE/ BLACK | 21.808563 | 321.97680 |
| 03-3 | M3232409 | 7191803T21 | 31.496 | MFT 10/03/0553 | TP CABLE 18AWG ORANGE | 11.321827 | 356.59296 |

Premio
Nacional
de Tecnología
2 0 0 2

UN MIL TRESCIENTOSVEINTIDOS DLLS 52/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:

| | |
|---|---|
| Importe Total / Amount | 1,322.52 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 1,322.52 |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO, / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATE HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

Nombre y Firma

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.



**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juarez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 6685-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING        FACTURA / INVOICE 1
1451417        117782

Vende a: / CORDAFLEX CABLE AUTOMOTRIZ
DELPHI-(X1)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN, OHIO 44486
WARREN OH 44486

FISCAL
(PITEX 85-027)

| | |
|---|---|
| No. cliente / Customer number | 520 |
| Pedido del cliente / Purchase order | P4170068 |
| Fecha / Date | 10/06/05 |
| Orden de Venta / Order of Sale | J000768 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO |
| Tipo de Cambio / Rate of Exchange | 10.6857 |

Vo. Bo. Embarque    Vo. Bo. Cont.
Nombre y Firma       Nombre y Firma

Enviar a: / Ship to:
M. Morales
R.B.E. IX PLANTA 3700
Ave. Tec. y Juan Kleper # 6915
Fracc. Marquiz
R.F.C. RBE 790127 UEB
R.N.I.M. PITEX 93-231

Embarque via: / Ship to:
SU TRANSPORTE
R.N.I.M. PITEX 93-231

Embarque / Package

1 TAMBOS T21, ENVIADA CON REMISION # 43567

PESO NETO :    79.18KG
PESO BRUTO:
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Codigo Clientes / Customer part No. | Codigo Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 10-266 | M3089653 | 955140209T21 | 12.139 | mft | 48/03/0552 GTP Cable 14AWG Red/White | 29.957787 | 363.66079 |

Premio
Nacional
de Tecnología
2 0 0 2

TRESCIENTOSSESENTA Y TRES DLLS 66/100 USD
PAGO EN UNA SOLA EXHIBICION.

| | |
|---|---|
| Recibo de Conformidad: / Conformity Received: | |
| Observaciones: / Remarks: OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8 | |

| | |
|---|---|
| Importe Total / Amount: | 363.66 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 363.66 |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

Nombre y Firma

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

17 Oct 2005 15:07    HP LASERJET FAX    P.25

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-66

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Perq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32567
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 6985-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING     FACTURA / INVOICE 1
1451418     117783

DELPHI
DELPHI AUTOMOTIVE SYSTEMS
c/o Delphi Packard
P.O. Box 431, Warren, Ohio
44486 U.S.A.
Warren OH 44486

**FISCAL**

| | |
|---|---|
| No. cliente / Customer number | 538 |
| Fecha / Date | 10/06/05 |
| Condiciones de pago / Payment Terms | |
| Tipo de Cambio / Rate of Exchange | 10.6857 |

Pedido del cliente / Purchase order
P4170068

Orden de Venta / Order of Sale
J000906

Vo. Bo. Embarque          Vo. Bo. Cont.

Nombre y Firma          Nombre y Firma

Enviar a: / Ship to:
Delphi Plant 3800 RBE V
Calle Fahrenheit y Fresnel
Parque Ind Bermudez, Cd Juárez
R.F.C. 790127 UE8
R.N.I.M. PITEX 93-231
Ciudad Juárez CHI 32470

Embarque vía: / Ship to:

Embarque / Package
1 TAMBOS T21, ENVIADO CON REMISION # 43567

PESO NETO : 76.26KG
PESO BRUTO:
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes



| Partida / ITEM | Codigo Cliente / Customer part No. | Codigo Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 20-1 | M3130101 | 7172000T21 | 40.354 | MFT | GTP CABLE 20AWG BLACK | 8.295470 | 334.75813 |

Premio
Nacional
de Tecnología
2 0 0 2

TRESCIENTOSTREINTA Y CUATRO DLLS 76/100 USD
PAGO EN UNA SOLA EXHIBICION.

| | |
|---|---|
| Recibo de Conformidad: / Conformity Received: | |
| Observaciones : / Remarks: | |

| | |
|---|---|
| Importe Total / Amount: | 334.76 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 334.76 |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

17 Oct 2005 15:08   HP LASERJET FAX   P.26

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-69

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6885-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING      FACTURA / INVOICE 1
1451431      117807

Vendido a: / Sold to:
DELPHI 53 EMPALME
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OHIO 44486
WARREN OH 44486

FISCAL

No. cliente / Customer number: 527
Pedido del cliente / Purchase order: P4170070

Fecha / Date: 10/06/05
Orden de Venta / Order of Sale: Q006475

Condiciones de pago / Payment Terms
Vo. Bo. Embarque        Vo. Bo. Cont.

Tipo de Cambio / Rate of Exchange: 10.6857
Nombre y Firma        Nombre y Firma

Enviar a: / Ship to:
MAQUILAS TETA KAWI, S.A.
DE C.V.
CARR. INTERNAC. KM 1969 GUAD-
NOG KM 2
R.F.C. MTK-861014-317
EMPALME SON 85340

Embarque vía: / Ship to:

Embarque / Package

1 TAMBOS T21.

PESO NETO :       94.72KG
PESO BRUTO:
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 21 | H3075549 | 975120800T21 | 9.186 | MFT | TF CABLE 12AWG GRAY/ BLACK | 50.606560 | 464.88965 |

Premio
Nacional
de Tecnología
2 0 0 2

CUATROCIENTOS SESENTA Y CUATRO DLLS 89/100 USD
PAGO EN UNA SOLA EXHIBICION.

| | |
|---|---|
| Importe Total / Amount: | 464.89 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 464.89 |

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

Nombre y Firma

17 Oct 2005 15:09    HP LASERJET FAX    P.28

CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-68

PLANTA JUAREZ
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-65, 82-30-87 Fax. 82-30-66

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6985-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

| PACKING | FACTURA / INVOICE 1 |
|---|---|
| 1451446 | 117828 |

CONDUMEX
CABLE AUTOMOTRIZ

DELPHI-(DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL
(PITEX 85-027)

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 530 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/06/05 | J001121 |

| Condiciones de pago / Payment Terms | Vo. Bo. Embarque | Vo. Bo. Cont. |
|---|---|---|
| 60 DIAS CREDITO | | |

Tipo de Cambio / Rate of Exchange
10.6857

Nombre y Firma        Nombre y Firma

Enviar a: / Ship to:

JosÓ Iglesias
R.B.E. VII  PLANTA 3200
Ave. Principal
Parque Ind. RÚo Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque vía: / Ship to:

Embarque / Package

3 TAMBOS T21,
25 OTROS
PESO NETO :    2256.58KG
PESO BRUTO:
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Codigo Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripcion / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 97-121 | M3130520 | 717130002ECR | 9.843 | MFT 07/29/0553 | PTP CABLE 13AWG BLACK/ RED | 34.003123 | 334.67640 |
| 97-122 | M3130520 | 717130002ECR | 59.055 | MFT 10/04/0553 | PTP CABLE 13AWG BLACK/ RED | 34.003123 | 2008.05840 |
| 533-5 | M3130519 | 717130015ECR | 19.685 | MFT 10/04/0553 | PTP CABLE 13AWG BLACK/ LIGHT GREEN | 34.003123 | 669.35280 |
| 3-146 | M3130515 | 717130016ECR | 19.685 | MFT 10/04/0553 | PTP CABLE 13AWG BLACK/ LIGHT BLUE | 34.003123 | 669.35280 |
| 4-135 | M3130F33 | 717130021ECR | 9.843 | MFT 10/04/0553 | PTP CABLE 13AWG BLACK/ BRICK BROWN | 34.003123 | 334.67640 |
| 5-113 | M3130501 | 7171300ECR | 19.685 | MFT 10/04/0553 | PTP CABLE 13AWG BLACK | 34.003123 | 669.35280 |
| 9-107 | M3130F14 | 717130207ECR | 39.370 | MFT 10/04/0553 | PTP CABLE 13AWG RED/ PURPLE | 34.003123 | 1338.70560 |
| 40-1 | M3130F05 | 717130208ECR | 9.843 | MFT | PTP CABLE 13AWG RED/ GRAY | 34.003120 | 334.67637 |
| 3-136 | M3130551 | 717130216ECR | 9.843 | MFT 09/30/0553 | PTP CABLE 13AWG RED/ LIGHT BLUE | 34.003123 | 334.67640 |
| 3-137 | M3130551 | 717130216ECR | 19.685 | MFT 10/03/0553 | PTP CABLE 13AWG RED/ LIGHT BLUE | 34.003123 | 669.35280 |
| 3-135 | M3130551 | 717130216ECR | 9.843 | MFT 09/29/0553 | PTP CABLE 13AWG RED/ LIGHT BLUE | 34.003123 | 334.67640 |
| 473-1 | M3130512 | 7171302ECR | 9.843 | MFT | PTP CABLE 13AWG RED | 34.003123 | 334.67640 |
| 613-3 | M3130C33 | 717180021T21 | 22.966 | MFT 10/04/0553 | PTP CABLE 18AWG BLACK/ BRICK BROWN | 12.013174 | 275.89310 |
| 501-2 | M3130291 | 717180204T21 | 22.966 | MFT 09/30/0553 | PTP CABLE 18 AWG RED/YELLOW | 12.013174 | 275.89310 |

de Tecnología
2   0   0   2

| Recibo de Conformidad: / Conformity Received: | Observaciones : / Remarks: | Importe Total / Amount: | |
|---|---|---|---|
| | | % I.V.A. TAX: | |
| Nombre y Firma | LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES his APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS. | TOTAL | |

17 Oct 2005 15:10   HP LASERJET FAX   P.29



**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76000 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-86

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6985-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING  1451446
FACTURA / INVOICE 2
117828

CORDAMEX CABLE AUTOMOTRIZ

DELPHI - (DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL
(PITEX 85-027)

No. Cliente / Customer number: 530
Pedido del cliente / Purchase order: P4170068

Fecha / Date: 10/06/05
Orden de Venta / Order of Sale: J001121

Condiciones de pago / Payment Terms: 60 DIAS CREDITO
Vo. Bo. Embarque     Vo. Bo. Cont.

Tipo de Cambio / Rate of Exchange: 10.6857
Nombre y Firma     Nombre y Firma

**Enviar a / Ship to:**
José Iglesias
R.B.E. VII PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

**Embarcar vía / Ship to:**

Embarque / Package
3 TAMBOS T21,
25 OTROS
PESO NETO :   2256.58KG
PESO BRUTO:
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 88-17 | M3130B22 | 717201509ECR | 32.808 | MFT 10/03/0553 | GTP CABLE 20AWG LIGHT GREEN/ WHITE | 8.234325 | 270.15500 |
| 99-2 | M3070474 | 973140207T21 | 12.139 | MET 10/04/0553 | GTP CABLE 14AWG RED/PURPLE | 35.076476 | 425.79711 |

Premio
Nacional
de Tecnología
2 0 0 2

MX-8544.49.800

NUEVE MIL DOSCIENTOS SETENTA Y NUEVE DLLS 99/100 USD
PAGO EN UNA SOLA EXHIBICION.

**Recibo de Conformidad / Conformity Received:**

**Observaciones / Remarks:**
OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

| | |
|---|---|
| Importe Total / Amount: | 9,279.99 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 9,279.99 |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

Nombre y Firma

CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-66

PLANTA JUAREZ
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-86

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 8985-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

| PACKING | FACTURA / INVOICE 1 |
|---|---|
| 1451447 | 117829 |

CONDUMEX
CABLE AUTOMOTRIZ

DELPHI -(HBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL

| No. cliente / Customer number | 531 |
|---|---|
| Pedido del cliente / Purchase order | P4170068 |
| Fecha / Date | 10/06/05 |
| Orden de Venta / Order of Sale | J001120 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO |
| Tipo de Cambio / Rate of Exchange | 10.6857 |

Vo. Bo. Embarque

Vo. Bo. Cont.

Nombre y Firma

Nombre y Firma

Enviar a: / Ship to:

A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque, Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque vía: / Ship to:

Embarque / Package

3 TAMBOS T21,
31 OTROS
PESO NETO :    2304.82KG
PESO BRUTO:
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 293-31 | M4775153 | 715200209ECR | 32.808 | MFT 10/05/0553 | PTP Cable 20AWG Red / White | 9.159941 | 300.52300 |
| 356-5 | M4775114 | 7152004ECR | 27.887 | MFT 10/05/0553 | PTP CABLE 20AWG YELLOW | 9.159941 | 255.44455 |
| 344-17 | M4775B22 | 715200509ECR | 32.808 | MFT 10/04/0553 | PTP Cable 20AWG Dark Green / White | 9.159941 | 300.52300 |
| 271-37 | M4775129 | 715200609ECR | 131.234 | MFT 10/05/0553 | PTP CABLE 20AWG DARK BLUE/ WHITE | 9.159941 | 1202.09200 |
| 368-2 | M4775149 | 715200709ECR | 65.617 | MFT 10/03/0553 | PTP Cable 20AWG Purple / White | 9.159941 | 601.04600 |
| 186-50 | M3232621 | 719150009ECR | 14.764 | MFT 10/03/0553 | PTP CABLE 15AWG BLACK/WHITE | 21.808563 | 321.97680 |
| 186-49 | M3232621 | 719150009ECR | 14.764 | MFT 09/30/0553 | PTP CABLE 15AWG BLACK/WHITE | 21.808563 | 321.97680 |
| 182-4 | M3232652 | 719150215ECR | 14.764 | MFT 09/30/0553 | PTP CABLE 15AWG RED/LIGHT GREEN | 21.808563 | 321.97680 |
| 232-4 | M3232656 | 719150400ECR | 14.764 | MFT 09/29/0553 | PTP CABLE 15AWG YELLOW/BLACK | 21.808563 | 321.97680 |
| 142-9 | M3232633 | 719150800ECR | 14.764 | MFT 09/29/0553 | PTP CABLE 15AWG GRAY / BACK | 21.808563 | 321.97680 |
| 624-2 | M3232641 | 719150900ECR | 14.764 | MFT 10/03/0553 | PTP CABLE 15AWG WHITE/BLACK | 21.808563 | 321.97680 |
| 221-26 | M3232608 | 7191509ECR | 14.764 | MFT 10/04/0553 | PTP CABLE 15AWG WHITE | 21.808563 | 321.97680 |
| 221-25 | M3232608 | 7191509ECR | 14.764 | MFT 09/30/0553 | PTP CABLE 15AWG WHITE | 21.808563 | 321.97680 |
| 446-22 | M3232607 | 7191515ECR | 14.764 | MFT 09/28/0553 | PTP CABLE 15AWG LIGHT GREEN | 21.808563 | 321.97680 |

Recibo de Conformidad. / Conformity Received:

Observaciones : / Remarks:

Nombre y Firma

| Importe Total / Amount | |
|---|---|
| % I.V.A. TAX: | |
| TOTAL | |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND CHECK RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

17 Oct 2005 15:11    HP LASERJET FAX    P.30



**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-66

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juarez, Chih. C.P. 32557
Tels. (16) 82-30-86, 82-30-87 Fax. 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6985-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

PACKING  1451447    FACTURA / INVOICE 2  117829

CONDUMEX   DELPHI -(HBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL

No. cliente / Customer number: 531
Pedido del cliente / Purchase order: P4170068
Fecha / Date: 10/06/05
Orden de Venta / Order of Sale: J001120
Condiciones de pago / Payment Term: 60 DIAS CREDITO
Tipo de Cambio / Rate of Exchange: 10.6857

Vo. Bo. Embarque   Vo. Bo. Cont.
Nombre y Firma   Nombre y Firma

Enviar a / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque vía / Ship to:

Embarque / Package
3 TAMBOS T21.
31 OTROS
PESO NETO : 2304.82KG
PESO BRUTO :
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordatec / Cordatec part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 146-23 | M3232607 | 7191515ECR | 14.764 | MFT | 09/30/0553 | PTP CABLE 15AWG LIGHT GREEN | 21.808563 | 321.97680 |
| 146-24 | M3232607 | 7191515ECR | 14.764 | MFT | 10/03/0553 | PTP CABLE 15AWG LIGHT GREEN | 21.808563 | 321.97680 |
| 683-9 | M3232627 | 719151600ECR | 14.764 | MFT | 10/04/0553 | PTP CABLE 15AWG LIGT BLUE/ BLACK | 21.808563 | 321.97680 |
| 533-4 | M3232409 | 7191803T21 | 31.496 | MFT | 10/06/0553 | PTP CABLE 18AWG ORANGE | 11.321827 | 356.59296 |
| 600-4 | M3232429 | 719181609T21 | 31.496 | MFT | 10/09/0553 | PTP CABLE 18AWG LIGHT BLUE/ WHITE | 11.321827 | 356.59296 |
| 717-1 | M3232403 | 7191816T21 | 31.496 | MFT | | PTP CABLE 18AWG LIGHT BLUE | 11.321830 | 356.59306 |
| 176-18 | M3232365 | 719200700ECR | 32.808 | MFT | 10/04/0553 | PTP CABLE 20 PURPPLE/BLACK | 8.122006 | 266.47000 |
| 195-48 | M3232349 | 719200709ECR | 26.247 | MFT | 10/04/0553 | PTP CABLE 20AWG PURPLE/ WHITE | 8.122006 | 213.17600 |
| 195-46 | M3232349 | 719200709ECR | 32.808 | MFT | 09/30/0553 | PTP CABLE 20AWG PURPLE/ WHITE | 8.122006 | 266.47000 |
| 152-81 | M3232308 | 7192009ECR | 34.121 | MFT | 10/05/0553 | PTP CABLE 20AWG WHITE | 8.122006 | 277.12880 |
| 451-19 | M3232209 | 7192203ECR | 49.213 | MFT | 10/05/0553 | PTP CABLE 22AWG ORANGE | 6.670152 | 328.25550 |
| 118-13 | M3232269 | 719220409ECR | 49.213 | MFT | 09/28/0553 | PTP CABLE 22AWG YELLOW/ WHITE | 6.670152 | 328.25550 |
| 172-29 | M3232265 | 719220700ECR | 101.050 | MFT | 10/03/0553 | PTP CABLE 22AWG PURPLE / BLACK | 6.670152 | 674.01796 |
| 704-1 | M3232C07 | 719220816ECR | 97.441 | MFT | | PTP CABLE 22AWG GRAY/ LIGHT BLUE | 6.670150 | 649.94570 |

DIEZ MIL QUINIENTOS NOVENTA Y SEIS DLLS 89/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad / Conformity Received:

Nombre y Firma

Observaciones : / Remarks:

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDA LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEIPT OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

| Importe Total / Amount: | 10,596.89 |
|---|---|
| % I.V.A. TAX: | 0.00 |
| TOTAL | 10,596.89 |

17 Oct 2005 15:12   HP LASERJET FAX   P.31

**CONDUMEX** CABLE AUTOMOTRIZ

| CORDAFLEX, S.A. DE C.V. | PLANTA JUAREZ | R.F.C. COR-800219-3KA |
|---|---|---|
| Carretera Panamericana Km. 230.6 | Enrico Fermi No. 1450 Parq. Ind. Rio Bravo | PITEX 85-027 |
| Corregidora, Qro. C.P 76900 Apdo. Postal 17 | Cd. Juárez, Chih. C.P. 32557 | No. CTA. REG. ESTATAL 8985-6 |
| Tels. (4) 225-06-00 Fax 225-17-58 | Tels. (16) 82-30-85, 82-30-87 Fax 82-30-88 | REG. DE EXP -IMP COR-800219-3KA |

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING 1451450   FACTURA / INVOICE 117830

| | FISCAL | |
|---|---|---|
| DELPHI 63 | | No. cliente / Customer number **529** |
| DELPHI PACKARD ELECTRIC SYSTEM | | Pedido del cliente / Purchase order **P41700069** |
| GENERAL MOTORS CORPORATION | | Fecha / Date **10/06/05** |
| P.O. BOX 431 | | Orden de Venta / Order of Sale **Q006189** |
| WARREN OHIO 44486 | | Condiciones de pago / Payment Terms |
| WARREN OH 44486 | | Vo. Bo. Embarque / Vo. Bo. Cont. |
| | | Tipo de Cambio / Rate of Exchange **10.6857** |

Enviar a: / Ship to:
DELPHI CABLEADOS, PTA 63
CALLE APOZOL # 101
COL. SOLIDARIDAD
R.F.C. DCA-960101-J53
R.N.I.M. 2001-965
FRESNILLO ZAC 99010

Embarque vía: / Ship to:

Nombre y Firma   Nombre y Firma

Embarque / Package

1 TAMBOS T21,

PESO NETO : 97.87KG
PESO BRUTO:
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 01 | M3232801 | 7191100T21 | 7.546 | MFT | TIP CABLE 11AWG BLACK | 54.483430 | 411.12823 |



Premio
Nacional
de Tecnología
2 0 0 2

CUATROCIENTOS ONCE DLLS 13/100 USD
PAGO EN UNA SOLA EXHIBICION.

| Recibo de Conformidad: / Conformity Received: | Observaciones . / Remarks: | Importe Total / Amount: | 411.13 |
|---|---|---|---|
| | | % I.V.A. / TAX: | 0.00 |
| Nombre y Firma | LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO, / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATED HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS. | TOTAL | 411.13 |

17 Oct 2005 15:12   HP LASERJET FAX   P.32

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 220.6
Corregidora- Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-58

PLANTA JUAREZ
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-86

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6686-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

| PACKING | FACTURA / INVOICE 1 |
|---|---|
| 1451455 | 117835 |

CONDUMEX CABLE AUTOMOTRIZ

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL

| No. cliente / Customer No. | 531 | Pedido del cliente / Purchase order | P4170068 |
|---|---|---|---|
| Fecha / Date | 10/06/05 | Orden de Venta / Order of Sale | J001120 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO | | |
| Tipo de Cambio / Rate of Exchange | 10.6857 | | |

Enviar a: / Ship to:

A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque vía: / Ship to:

Vo. Bo. Embarque      Vo. Bo. Cont.
Nombre y Firma         Nombre y Firma

Embarque / Package

1 TAMBOS T21.
8 OTROS
PESO NETO :      616.82KG
PESO BRUTO:
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 86-49 | M3232621 | 719150009ECR | 14.764 | MFT 09/29/0553 | PTP CABLE 15AWG BLACK/WHITE | 21.808563 | 321.97680 |
| 21-26 | M3232608 | 7191509ECR | 14.764 | MFT 10/04/0553 | PTP CABLE 15AWG WHITE | 21.808563 | 321.97680 |
| 46-24 | M3232607 | 7191515ECR | 29.528 | MFT 10/03/0553 | PTP CABLE 15AWG LIGHT GREEN | 21.808563 | 643.95360 |
| 40-2 | M3232405 | 7191808T21 | 31.496 | MFT 09/28/0553 | PTP CABLE 18AWG GRAY | 11.321827 | 356.59296 |
| 95-48 | M3232349 | 719200709ECR | 32.808 | MFT 10/02/0553 | PTP CABLE 20AWG PURPLE/ WHITE | 8.122006 | 266.47000 |
| 00-47 | M3232339 | 719201500ECR | 32.808 | MFT 10/04/0553 | PTP CABLE 20AWG LIGHT GREEN/ BLACK | 8.122006 | 266.47000 |
| 97-52 | M3232327 | 719201600ECR | 32.808 | MFT 09/27/0553 | PTP CABLE 20AWG LIGHT BLUE/ BLACK | 8.122006 | 266.47000 |
| 97-53 | M3232327 | 719201600ECR | 32.808 | MFT 10/03/0553 | PTP CABLE 20AWG LIGHT BLUE/ BLACK | 8.122006 | 266.47000 |

Premio
Nacional
de Tecnología
2 0 0 2

DOS MIL SETECIENTOS DIEZ DLLS 38/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received.

Observaciones : / Remarks:

| Importe Total / Amount: | 2,710.38 |
|---|---|
| % I.V.A. TAX: | 0.00 |
| TOTAL | 2,710.38 |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODOS LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

17 Oct 2005 14:52    HP LASERJET FAX    P.1



CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-48

PLANTA JUAREZ
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-33-87 Fax 82-30-85

R.F.C. COR-800219-3KA
PITEX 65-027
No. CTA. REG. ESTATAL 6985-8
REG. DE EXP-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING   FACTURA / INVOICE 1
1451459   117851

Pedido del cliente / Purchase order:
FA170058

Orden de Venta / Order of Sale:
J000895

DELPHI
CABLES AUTOMOTRICES

DELPHI AUTOMOTIVE SYSTEMS
c/o Delphi Packard
P.O. Box 431, Warren, Ohio
44486 U.S.A.
Warren OH 44486

Enviar a / Ship to:
Delphi Plant 3900 RBE I
Ave. de las Industrias S/N
Parqe Ind. Bermudez, Cd Juárez
R.F.C. 790127 UE8
R.N.I.M. PITEX 93-231
Ciudad Juárez CHI 32470

FISCAL

| No. cliente / Customer number | Fecha / Date | Condiciones de pago / Payment Term | Tipo de Cambio / Rate of Exchange |
|---|---|---|---|
| 539 | 10/07/05 |  | 10.7115 |

1 TAMBOS T21,
ENVIADO CON REMISION # 43571
PESO NETO : 89.01KG
PESO BRUTO:
G.T.P.

Embarque via / Ship by:

| Partida / ITEM | Código Cliente / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 6-25 | H3075418 | 9751400X3T21 | 13.451 | NFT 8726/0553 | NT CABLE 14AWG BLACK/ ORANGE | 33.166508 | 446.13740 |

CUATROCIENTOS CUARENTA Y SEIS DLLS 147100 USD
PAGO EN UNA SOLA EXHIBICION

Premio Nacional de Tecnología 2002

| | Importe Total / Amount |
|---|---|
| Importe Total / Amount | 446.14 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 446.14 |

Recibió de Conformidad / Conformity Received

Observaciones: / Remarks.

Nombre y Firma

Vo. Bo. Cont.

Vo. Bo. Embarques

Nombre y Firma

Nombre y Firma

LA RESPONSION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS EN EL REVERSO DE ESTE THE RESPONSE AND SIGN BY THE BAYER, IMPLIGATES ITS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 280.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (18) 82-30-85, 82-30-87 Fax 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 8985-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING          FACTURA / INVOICE 1
1451460          117852

| | |
|---|---|
| DELPHI-(X1) | FISCAL |
| DELPHI PACKARD ELECTRIC SYSTEM | (PITEX 85-027) |
| GENERAL MOTORS CORPORATION | |
| P.O. BOX 431 | |
| WARREN, OHIO 44486 | |
| WARREN OH 44486 | |

No. cliente / Customer number: 520
Pedido del cliente / Purchase order: P4170068
Fecha / Date: 10/07/05
Orden de Venta / Order of Sale: J000768
Condiciones de pago / Payment Terms: 60 DIAS CREDITO
Tipo de Cambio / Rate of Exchange: 10.7115

Vo. Bo. Embarque
Vo. Bo. Cont.
Nombre y Firma
Nombre y Firma

Enviar a: / Ship to:
M. Morales
R.B.E. IX PLANTA 3700
Ave. Tec. y Juan Kleper # 6915
Fracc. Marquiz
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231

Embarque vía: / Ship to:   SU TRANSPORTE     R.N.I.M. PITEX 93-231

Embarque / Package

2 TAMBOS T21,
ENVIADO CON REMISION # 43573
PESO NETO :    158.36KG
PESO BRUTO:
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No.: | Código Cordaflex / Cordaflex part No.: | Cantidad / Quantity | Unidad / Unit | Descripción / Description: | Precio Unitario / Price: | Importe Total / Amount: |
|---|---|---|---|---|---|---|---|
| 52-65 | M3089G08 | 955140500T21 | 24.278 | mft. 07/04/0552 | PTP Cable 14AWG dark green/black | 29.957787 | 727.32158 |

Premio
Nacional
de Tecnología
2 0 0 2

SETECIENTOS VEINTISIETE DLLS 32/100 USD
PAGO EN UNA SOLA EXHIBICION.

OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

Recibo de Conformidad. / Conformity Received:

Observaciones / Remarks:

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

Nombre y Firma

| | |
|---|---|
| Importe Total / Amount: | 727.32 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 727.32 |

17 Oct 2005 14:52   HP LASERJET FAX   p. 3

17 Oct 2005 14:52   HP LASERJET FAX   P.4

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027
No. CTA. REG. ESTATAL 6985-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING 1451473
FACTURA / INVOICE 1 117853

CONDUMEX
CABLE AUTOMOTRIZ

DELPHI-(X1)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN, OHIO 44486
WARREN OH 44486

FISCAL
(PITEX 85-027)

Envíar a: / Ship to:
M. Morales
R.B.E. IX PLANTA 3700
Ave. Tec. y Juan Kleper # 6915
Fracc. Marquiz
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE        R.N.I.M. PITEX 93-231
Embarque vía: / Ship to:



No. cliente / Customer number: 520
Pedido del cliente / Purchase order: P4170068
Fecha / Date: 10/07/05
Orden de Venta / Order of Sale: J000260
Condiciones de pago / Payment Terms: 60 DIAS CREDITO
Tipo de Cambio / Rate of Exchange: 10.7115

Vo. Bo. Embarque
Nombre y Firma

Vo. Bo. Cont.
Nombre y Firma

Embarque / Package
4 TAMBOS T21.
ENVIADO CON REMISION # 43572
PESO NETO :      316.72KG
PESO BRUTO:
G.T.P.



Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Codigo Clientes / Customers part No. | Codigo Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 1-342 | M3089620 | 955140002T21 | 12.139 | mft 10/03/0552 | GTP Cable 14AWG Black/Red | 29.957787 | 363.66079 |
| 1-343 | M3089620 | 955140002T21 | 12.139 | mft 10/04/0552 | GTP Cable 14AWG Black/Red | 29.957787 | 363.66079 |
| 0-266 | M3089653 | 955140209T21 | 24.278 | mft 10/03/0552 | GTP Cable 14AWG Red/White | 29.957787 | 727.32158 |

Premio
Nacional
de Tecnología
2 0 0 2

UN MIL CUATROCIENTOS CINCUENTA Y CUATRO DLLS 64/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:
OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

| | |
|---|---|
| Importe Total / Amount: | 1,454.64 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 1,454.64 |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

Nombre y Firma

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

17 Oct 2005 14:53   HP LASERJET FAX   P.5

CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P 76900 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-68

PLANTA JUAREZ
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 92567
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6085-6
REG. DE EXP.-IMP COR-800219-3KA

| EXPEDIDA EN: CORREGIDORA, QRO. | |
|---|---|
| PACKING | FACTURA / INVOICE 1 |
| 1451474 | 117854 |

CONDUMEX
CABLE AUTOMOTRIZ

DELPHI -(HBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL

| No. cliente / Customer number | 531 | Pedido del cliente / Purchase order | P4170068 |
|---|---|---|---|
| Fecha / Date | 10/07/05 | Orden de Venta / Order of Sale | J001120 |
| Condiciones de pago / Payment Term | 60 DIAS CREDITO | Vo. Bo. Embarque | Vo. Bo. Cont. |
| Tipo de Cambio / Rate of Exchange | 10.7115 | | |

Nombre y Firma     Nombre y Firma

Envíar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque vía. / Ship to:

Embarque / Package

ENVIADO CON REMISION # 43569
1 TAMBOS T 21, 5 OTROS
PESO NETO : .   411.35KG
PESO BRUTO:
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 306-49 | M3232621 | 719150009ECR | 14.764 | MFT 07/29/0553 | PTP CABLE 15AWG BLACK/WHITE | 21.808563 | 321.97680 |
| 11-1 | M3232401 | 7191800T21 | 31.496 | MFT 09/22/0553 | PTP CABLE 18AWG RED | 11.321827 | 356.59296 |
| 369-22 | M3232309 | 7192003ECR | 65.617 | MFT 10/05/0553 | PTP CABLE 20AWG ORANGE | 8.122006 | 532.94000 |
| 301-23 | M3232341 | 719200900ECR | 32.808 | MFT 10/03/0553 | PTP CABLE 20AWG WHITE/ BLACK | 8.122006 | 266.47000 |
| 71-34 | M3232256 | 719220400ECR | 49.213 | MFT 10/05/0553 | PTP CABLE 22AWG YELLOW/ BLACK | 6.670152 | 328.25550 |

Premio
Nacional
de Tecnología
2 0 0 2

UN MIL OCHOCIENTOS SEIS DLLS 24/100 USD
PAGO EN UNA SOLA EXHIBICION.

| Recibo de Conformidad: / Conformity Received: | | Observaciones : / Remarks: | Importe Total / Amount: | 1,806.24 |
|---|---|---|---|---|
| | | | % I.V.A. TAX: | 0.00 |
| Nombre y Firma | | LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS. | TOTAL | 1,806.24 |

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-58

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-65, 82-30-67 Fax. 82-30-68

R.F.C. COR-800219-3KA
PITEX 65-027

No. CTA. REG. ESTATAL 6985-8
REG. DE EXP -IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING   1451494
FACTURA / INVOICE 1   117874

**CONDUMEX**
CABLE AUTOMOTRIZ

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL

| | |
|---|---|
| No. cliente / Customer number | 531 |
| Pedido del cliente / Purchase order | P4170068 |
| Fecha / Date | 10/07/05 |
| Orden de Venta / Order of Sale | J001120 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO |
| Tipo de Cambio / Rate of Exchange | 10.7115 |

Yo. Bo. Embarque          Yo. Bo. Cont.
Nombre y Firma            Nombre y Firma

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UEB
R.N.I.M. PITEX 93-231

Embarque via: / Ship to:
SU TRANSPORTE

Embarque / Package

6 TAMBOS T21,
11 OTROS
PESO NETO :   1283.42KG
PESO BRUTO;
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Codigo Clientes / Customer part No. | Codigo Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 3-94 | M3232753 | 719130209ECR | 9.843 | MFT 09/30/0553 | PTP CABLE 13AWG RED/WHITE | 34.652347 | 341.06640 |
| 3-95 | M3232753 | 719130209ECR | 19.685 | MFT 10/03/0553 | PTP CABLE 13AWG RED/WHITE | 34.652347 | 682.13280 |
| 3-96 | M3232753 | 719130209ECR | 9.843 | MFT 10/04/0553 | PTP CABLE 13AWG RED/WHITE | 34.652347 | 341.06640 |
| 522-5 | M3232656 | 719150400ECR | 14.436 | MFT 09/30/0553 | PTP CABLE 15AWG YELLOW/BLACK | 21.808563 | 314.82176 |
| 573-3 | M3232631 | 719152109ECR | 14.764 | MFT 10/06/0553 | PTP CABLE 15AWG BRICK BROWN/WHITE | 21.808563 | 321.97680 |
| 10-1 | M3232415 | 719180016T21 | 62.992 | mft 09/22/0553 | PTP CABLE 18AWG BLACK/ LIGHT BLUE | 11.321827 | 713.18592 |
| 11-2 | M3232401 | 7191800T21 | 31.496 | MFT 09/29/0553 | PTP CABLE 18AWG RED | 11.321827 | 356.59296 |
| 676-1 | M3232434 | 719180809T21 | 31.496 | MFT 09/29/0553 | PTP CABLE 18AWG BRICK BROWN/ RED | 11.321827 | 356.59296 |
| 722-1 | M3232434 | 719180609T21 | 31.496 | MFT | PTP CABLE 18AWG BRICK BROWN/ RED | 11.321830 | 356.59306 |
| 640-3 | M3232405 | 7191808T21 | 31.496 | mft 10/06/0553 | PTP CABLE 18AWG GRAY | 11.321827 | 356.59296 |
| 631-4 | M3232353 | 719200209ECR | 65.617 | MFT 10/04/0553 | PTP CABLE 20AWG RED/ WHITE | 8.122006 | 532.94000 |
| 695-1 | M3232204 | 7192221ECR | 142.717 | MFT | PTP CABLE 22AWG BRICK BROWN | 6.670150 | 951.94067 |



Precio Nacional de Tecnología 2002

CINCO MIL SEISCIENTOS VEINTICINCO DLLS 50/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received.

Observaciones : / Remarks:

| | |
|---|---|
| Importe Total / Amount: | 5,625.50 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 5,625.50 |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

17 Oct 2005 14:55    HP LASERJET FAX    P.7

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 8985-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

| PACKING | FACTURA / INVOICE 1 |
|---|---|
| 1451495 | 117875 |

DELPHI-(DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL
(PITEX 85-027)

| No. cliente / Customer number | 530 | Pedido del cliente / Purchase order | P4170058 |
|---|---|---|---|

| Fecha / Date | 10/07/05 | Orden de Venta / Order of Sale | j001121 |
|---|---|---|---|

| Condiciones de pago / Payment Terms | 60 DIAS CREDITO | Vo. Bo. Embarque | Vo. Bo. Cont. |
|---|---|---|---|

**Enviar a: / Ship to:**
José Iglesias
R.B.E. VII PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

**Embarque vía: / Ship to:**

| Tipo de Cambio / Rate of Exchange | 10.7115 | Nombre y Firma | Nombre y Firma |
|---|---|---|---|

**Embarque / Package**

4 TAMBOS T21.

PESO NETO : 382.95KG
PESO BRUTO:
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 65-4 | M3232J14 | 7191102D7T21 | 15.092 | MFT 09/30/0553 | GTP CABLE 11 AWG RED/PURPLE | 53.864867 | 812.92120 |
| 81-5 | M3232812 | 7191102T21 | 14.436 | MFT 09/28/0553 | GTP CABLE 11 AWG RED | 53.864867 | 777.57680 |

Premio
Nacional
de Tecnología
2 0 0 2

MX-8544.49.800

UN MIL QUINIENTOS NOVENTA DLLS 50/100 USD
PAGO EN UNA SOLA EXHIBICION.

**Recibo de Conformidad / Conformity Received:**

**Observaciones / Remarks**
OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

| Importe Total / Amount: | 1,590.50 |
|---|---|
| % I.V.A. TAX: | 0.00 |
| TOTAL | 1,590.50 |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P 76800 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 6685-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

| PACKING | FACTURA / INVOICE 1 |
|---|---|
| 1451512 | 117892 |

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL

| No. cliente / Customer number | |
|---|---|
| | 531 |

| Pedido del cliente / Purchase order | |
|---|---|
| | P4170068 |

| Fecha / Date | |
|---|---|
| | 10/07/05 |

| Orden de Venta / Order of Sale | |
|---|---|
| | J001178 |

| Condiciones de pago / Payment Terms | |
|---|---|
| | 60 DIAS CREDITO |

Vo. Bo. Embarque

Vo. Bo. Cont.

| Tipo de Cambio / Rate of Exchange | |
|---|---|
| | 10.7115 |

Nombre y Firma

Nombre y Firma

**Enviar a: / Ship to:**
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.N. PITEX 93-231
**Embarque vía: / Ship to:** SU TRANSPORTE

Embarque / Package

2 OTROS
PESO NETO : 121.70KG
PESO BRUTO:
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes.

| Partida / ITEM | Codigo Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 28-1 | N4775101 | 7152000ECR | 32.808 | MFT 10/07/0553 | GTP Cable 20AWG Black | 9.159941 | 300.52300 |
| 03-1 | N3232D12 | 719201202ECR | 32.808 | MFT 10/07/0553 | GTP CABLE 20AWG PINK/ RED | 8.122006 | 266.47000 |

Premio
Nacional
de Tecnología
2 0 0 2

QUINIENTOS SESENTA Y SEIS DLLS 99/100 USD
PAGO EN UNA SOLA EXHIBICION.

**Recibo de Conformidad: / Conformity Received:**

Nombre y Firma

**Observaciones: / Remarks:**

| | |
|---|---|
| Importe Total / Amount: | 566.99 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 566.99 |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

17 Oct 2005 14:55    HP LASERJET FAX    P.8

**CONDUMEX**
CABLE AUTOMOTRIZ

CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 280.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-68

PLANTA JUAREZ
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027
No. CTA. REG. ESTATAL 6085-6
REG. DE EXP.-IMP COR-800219-3KA

| EXPEDIDA EN: CORREGIDORA, QRO. | |
|---|---|
| PACKING | FACTURA / INVOICE 1 |
| 1451511 | 117893 |

Vendido a:
DELPHI-(DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL
(PITEX 85-027)

Enviar a / Ship to:
José Iglesias
R.B.E. VII, PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque vía / Ship to:

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 530 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/07/05 | J001179 |

| Condiciones de pago / Payment Terms | Vo. Bo. Embarque |
|---|---|
| 60 DIAS CREDITO | Nombre y Firma |

| Tipo de Cambio / Rate of Exchange | Vo. Bo. Cont. |
|---|---|
| 10.7115 | Nombre y Firma |

Embarque / Package

1 TAMBOS T21,
1 OTROS
PESO NETO :        133.93KG
PESO BRUTO:
G.T.P.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 25-1 | M3130223 | 717180004T21 | 22.966 | MFT 10/07/0553 | GTP CABLE 18 AWG BLACK/YELLOW | 12.013174 | 275.89310 |
| 88-1 | M3130001 | 7172200ECR | 49.213 | MFT 10/07/0553 | GTP CABLE 22AWG BLACK | 6.218195 | 306.01350 |

MX-8544.49.800

Premio
Nacional
de Tecnología
2 0 0 2

QUINIENTOS OCHENTA Y UN DLLS 90/100 USD
PAGO EN UNA SOLA EXHIBICION.

| Recibo de Conformidad: / Conformity Received: | | Importe Total / Amount | 581.90 |
|---|---|---|---|
| Observaciones / Remarks | | % I.V.A. TAX: | 0.00 |
| OPERACION EFECTUADA EN LOS TERMINOS DE LO DISPUESTO POR LA REGLA 5.1.8 | | | |
| Nombre y Firma | LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS. | TOTAL | 581.90 |

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

17 Oct 2005 14:56    HP LASERJET FAX    P.9



**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 6685-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING    FACTURA / INVOICE 1
1451514    117895

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 531 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/08/05 | J001178 |

Condiciones de pago / Payment Terms
60 DIAS CREDITO

Vo. Bo. Embarque    Vo. Bo. Cont.

Tipo de Cambio / Rate of Exchange
10.7115

Nombre y Firma    Nombre y Firma

Embarque/ Package

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque vía: / Ship to:

EMVIADOS CON REMISION # 43580
3 OTROS
PESO NETO :    198.66KG
PESO BRUTO:
A.R.C.



Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida /<br>ITEM | Codigo Clientes /<br>Customer part No.: | Codigo Cordaflex /<br>Cordaflex part No.: | Cantidad /<br>Quantity | Unidad /<br>Unit | Descripción /<br>Description | Precio Unitario /<br>Price: | Importe Total /<br>Amount: |
|---|---|---|---|---|---|---|---|
| 1-1 | M4775209 | 7151803ECR | 22.966 | MFT 10/07/0553 | TP CABLE 18AWG ORANGE | 13.754253 | 315.87850 |
| 16-1 | M4775211 | 7151807ECR | 22.966 | MFT 10/07/0553 | TP Cable 18AWG Purple | 13.754253 | 315.87850 |
| 24-1 | M4775231 | 715182109ECR | 22.966 | MFT 10/07/0553 | TP CABLE 18AWG BRICK BROWN / WHITE | 13.754253 | 315.87850 |

Premio
Nacional
de Tecnología
2002

NOVECIENTOS CUARENTA Y SIETE DLLS 64/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones : / Remarks:

| | | |
|---|---|---|
| Importe Total /<br>Amount: | | 947.64 |
| % I.V.A.<br>TAX: | | 0.00 |
| TOTAL | | 947.64 |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES



CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-86

PLANTA JUAREZ
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-86

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6885-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

| PACKING | FACTURA / INVOICE 1 |
|---|---|
| 1451534 | 117915 |

DELPHI - (DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL
(PITEX 85-027)

| No. cliente / Customer number | 530 | Pedido del cliente / Purchase order | P4170068 |
|---|---|---|---|
| Fecha / Date | 10/08/05 | Orden de Venta / Order of Sale | J001178 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO | Vo. Bo. Embarque | Vo. Bo. Cont. |
| Tipo de Cambio / Rate of Exchange | 10.7115 | Nombre y Firma | Nombre y Firma |

Enviar a: / Ship to:
José Iglesias
R.B.E. VII  PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque vía: / Ship to:

Embarque / Package
8 TAMBOS T21,
8 OTROS
PESO NETO : 1058.05KG
PESO BRUTO:
A.R.C.

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 24-1 | M3130220 | 717180002T21 | 22.966 | MFT 10/07/0553 | PTP CABLE 18 AWG BLACK/RED | 12.013174 | 275.89310 |
| 25-1 | M3130223 | 717180004T21 | 45.932 | MFT 10/07/0553 | PTP CABLE 18 AWG BLACK/YELLOW | 12.013174 | 551.78620 |
| 40-1 | M3130249 | 717180709T21 | 68.898 | MFT 10/07/0553 | PTP CABLE 18 AWG PURPLE/WHITE | 12.013174 | 827.67930 |
| 47-1 | M3130273 | 717181621T21 | 43.635 | MFT 10/07/0553 | PTP CABLE 18AWG LIGHT BLUE/ BRICK BROWN | 12.013174 | 524.19689 |
| 88-1 | M3130001 | 7172200ECR | 147.638 | MFT 10/07/0553 | PTP CABLE 22AWG BLACK | 6.218195 | 918.04050 |
| 89-1 | M3130056 | 717220400ECR | 98.425 | MFT 10/07/0553 | PTP CABLE 22AWG YELLOW/ BLACK | 6.218195 | 612.02700 |
| 95-1 | M3130058 | 717222116ECR | 142.717 | MFT 10/07/0553 | PTP CABLE 22AWG BRICK BROWN/ LIGHT BLUE | 6.218195 | 887.43915 |

MX-8544.49.800

Premio
Nacional
de Tecnología
2 0 0 2

CUATRO MIL QUINIENTOS NOVENTA Y SIETE DLLS 07/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Nombre y Firma

Observaciones: / Remarks:
OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

| Importe Total / Amount: | 4,597.07 |
|---|---|
| % I.V.A. TAX: | 0.00 |
| TOTAL | 4,597.07 |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

17 Oct 2005 14:57   HP LASERJET FAX   P.11



**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230,8
Corregidora, Qro. C.P. 76000 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-88

**PLANTA JUÁREZ**
Ennco Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 8985-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING   FACTURA / INVOICE 1
1451536   117916

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL

No. cliente / Customer number: 531
Fecha / Date: 10/08/05
Condiciones de pago / Payment Terms: 60 DIAS CREDITO
Tipo de Cambio / Rate of Exchange: 10.7115

Pedido del cliente / Purchase order: P4170068
Orden de Venta / Order of Sale: J0001178

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
Embarque vía: / Ship to: SU TRANSPORTE

7 OTROS
PESO NETO :   462.84KG
PESO BRUTO:
A.R.C.

| Partida / ITEM | Codigo Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 16-1 | M4775211 | 7151807ECR | 45.932 | MFT 10/07/0553 | PTP Cable 18AWG Purple | 13.754253 | 631.75700 |
| 22-1 | M4775247 | 715181209ECR | 22.966 | MFT 10/07/0553 | PTP CABLE 18AWG PINK/ WHITE | 13.754253 | 315.87850 |
| 23-1 | M4775203 | 7151816ECR | 22.966 | MFT 10/07/0553 | PTP CABLE 18AWG LIGHT-BLUE | 13.754253 | 315.87850 |
| 28-1 | M4775101 | 7152000ECR | 36.089 | MFT 10/07/0553 | PTP Cable 20AWG Black | 9.159941 | 330.57530 |
| 29-1 | M4775150 | 715200200ECR | 32.808 | MFT 10/07/0553 | PTP Cable 20AWG Red / Black | 9.159941 | 300.52300 |
| 61-1 | M3232615 | 719150016ECR | 14.764 | MFT 10/07/0553 | PTP CABLE 15AWG BLACK/LIGHT BLUE | 21.808563 | 321.97680 |

Premio
Nacional
de Tecnología
2 0 0 2

DOS MIL DOSCIENTOS DIECISEIS DLLS 60/100 USD
PAGO EN UNA SOLA EXHIBICION.

| | |
|---|---|
| Importe Total / Amount: | 2,216.60 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 2,216.60 |

Recibo de Conformidad: / Conformity Received:

Observaciones : / Remarks:

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

Nombre y Firma

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

17 Oct 2005 14:58   HP LASERJET FAX   P.12



CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P 76900 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-68

PLANTA JUAREZ
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027
No. CTA. REG. ESTATAL 8085-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING              FACTURA / INVOICE 1
1451535              117917

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL

No. cliente / Customer number: 531
Fecha / Date: 10/08/05
Condiciones de pago / Payment Terms: 60 DIAS CREDITO
Tipo de Cambio / Rate of Exchange: 10.7115

Pedido del cliente / Purchase order: P4170068
Orden de Venta / Order of Sale: J001165
Vo.Bo. Embarque
Vo. Bo. Cont.
Nombre y Firma
Nombre y Firma

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque vía: / Ship to:

Embarque / Package
1 OTROS
PESO NETO :     62.15KG
PESO BRUTO:
A.R.C.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 4 | M4775365 | 715170700ECR | 18.045 | MFT P4170068 | SHTP Cable 17AWG Purple / Black | 16.776162 | 302.71945 |

Premio
Nacional
de Tecnología
2   0   0   2

TRESCIENTOS DLLS 72/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:
Observaciones: / Remarks:

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

Nombre y Firma

| | |
|---|---|
| Importe Total / Amount: | 302.72 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 302.72 |

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.





17 Oct 2005 14:59   HP LASERJET FAX

CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels (4) 225-06-00 Fax 225-17-66

PLANTA JUAREZ
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6085-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING          FACTURA / INVOICE 1
1451537          117918

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 531 | P4170068 |
| Fecha / Date | Orden de Venta / Order of Sale |
| 10/08/05 | J001128 |
| Condiciones de pago / Payment Terms | Vo. Bo. Embarque | Vo. Bo. Cont. |
| 60 DIAS CREDITO | | |
| Tipo de Cambio / Rate of Exchange | | |
| 10.7115 | Nombre y Firma | Nombre y Firma |

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UEB
R.N.I.M. PITEX 93-231
Embarque via: / Ship to:    SU TRANSPORTE

Embarque / Package
4 TAMBOS T21.

PESO NETO :    343.68KG
PESO BRUTO:
A.R.C.

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No.: | Código Cordaflex / Cordaflex part No.: | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount: |
|---|---|---|---|---|---|---|---|
| 79-1 | M3232433 | 719180800T21 | 94.488 | MFT 10/07/0553 | GPTP CABLE 18AWG GRAY/ BLACK | 11.321827 | 1069.77888 |
| 80-1 | M3232434 | 719180809T21 | 31.496 | MFT 10/07/0553 | GPTP CABLE 18AWG BRICK BROWN/ RED | 11.321827 | 356.59296 |

Premio
Nacional
de Tecnología
2 0 0 2

UN MIL CUATROCIENTOS VEINTISEIS DLLS 37/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks.

| | |
|---|---|
| Importe Total / Amount: | 1,426.37 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 1,426.37 |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

P. 14

P. 1

17 Oct 2005 18:51    HP LASERJET FAX

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 290.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-55

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-55

**R.F.C. COR-800219-3KA**
PITEX 65-027

No. CTA. REG. ESTATAL 6985-5
REG. DE EXP. IMP COR-800219-3KA

EXPEDIDA EN: CIUDAD JUAREZ, CHIH.
PACKING          FACTURA / INVOICE 1
2417488          039875-A

CORDUBMEX
CABLE AUTOMOTRIZ

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 531 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 09/29/05 | J001120 |

| Condiciones de pago / Payment Terms | Vo. Bo. Embarque | Vo. Bo. Cont. |
|---|---|---|
| 60 DIAS CREDITO | | |

| Tipo de Cambio / Rate of Exchange | | |
|---|---|---|
| 10.8760 | Nombre y Firma | Nombre y Firma |

Enviar a: / Ship to:

A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque via: / Ship to:

Embarque / Package

1 OTROS
PESO NETO :    71.33KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 70-46 | M3232650 | 719150200ECR | 14.764 | MFT 00/26/0553 | HD CABLE 15AWG RED / BALCK | 21.462615 | 316.86930 |

Premio
Nacional
de Tecnología
2 0 0 2

TRESCIENTOSDIECISEIS DLLS 87/100 USD
PAGO EN UNA SOLA EXHIBICION.

| Recibo de Conformidad: / Conformity Received: | Observaciones: / Remarks: | Importe Total / Amount: | 316.87 |
|---|---|---|---|
| | | % I.V.A. TAX: | 0.00 |
| Nombre y Firma | LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS. | TOTAL | 316.87 |

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 6665-6
REG. DE EXP.-3MP COR-800219-3KA

**EXPEDIDA EN: CIUDAD JUAREZ. CHIH.**

| PACKING | FACTURA / INVOICE 1 |
|---|---|
| 2417494 | 039881-A |

CORDAFLEX DELPHI - (DIN)
CABLE AUTOMOTRIZ

DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

Enviar a: / Ship to:
José Iglesias
R.B.E. VII PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE
Embarque via: / Ship to:

FISCAL
(PITEX 85-027)

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 530 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 09/29/05 | J001121 |

| Condiciones de pago / Payment terms | Vo. Bo. Embarque | Vo. Bo. Cont. |
|---|---|---|
| 60 DIAS CREDITO. | | |

| Tipo de Cambio / Rate of Exchange | | |
|---|---|---|
| 10.8860 | Nombre y Firma | Nombre y Firma |

Embarque / Package

9 TAMBOS T21
40 OTROS
PESO NETO : 3386.29KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 5-112 | M3130501 | 7171300ECR | 39.370 | MFT 09/28/0553 | PTP CABLE 13AWG BLACK | 33.461890 | 1317.39720 |
| 47-26 | M3130E59 | 717150916ECR | 14.764 | MFT 09/28/0553 | PTP CABLE 15AWG WHITE/ LIGHT BLUE | 20.990175 | 309.89430 |
| 105-52 | M3130397 | 717170402ECR | 17.717 | MFT 09/28/0553 | PTP CABLE 17AWG YELLOW/ RED | 14.424569 | 255.55338 |
| 149-46 | M3130D11 | 717170904ECR | 18.045 | MFT 09/28/0553 | PTP CABLE 17AWG WHITE/ YELLOW | 14.424569 | 260.28585 |
| 308-1 | M3130304 | 7171721ECR | 36.089 | MFT 09/28/0553 | PTP CABLE 17AWG BRICK BROWN | 14.424570 | 520.57174 |
| 319-3 | M3130291 | 717180204T21 | 22.966 | MFT 09/23/0553 | PTP CABLE 18 AWG RED/YELLOW | 11.830904 | 271.70710 |
| 21-3 | M3130C14 | 717180207T21 | 22.966 | MFT 09/28/0553 | PTP CABLE 18 AWG RED/PURPLE | 11.830904 | 271.70710 |
| 372-2 | M3130240 | 717181504T21 | 22.966 | MFT 09/27/0553 | PTP CABLE 18AWG LIGHT GREEN/ YELLOW | 11.830904 | 271.70710 |
| 394-1 | M3130101 | 7172000ECR | 98.425 | MFT 09/28/0553 | PTP CABLE 20AWG BLACK | 8.122006 | 799.41000 |
| 18-81 | M3130152 | 717200215ECR | 96.457 | MFT 09/28/0553 | PTP CABLE 20AWG RED/ LIGHT GREEN | 8.122006 | 783.42180 |
| 278-66 | M3130151 | 717200216ECR | 32.808 | MFT 09/28/0553 | PTP CABLE 20AWG RED/ LIGHT BLUE | 8.122006 | 266.47000 |
| 51-45 | M3130B49 | 717200708ECR | 32.808 | MFT 09/28/0553 | PTP CABLE 20AWG PURPLE/ GRAY | 8.122006 | 266.47000 |
| 191-41 | M3130B23 | 717200715ECR | 32.808 | MFT 09/28/0553 | PTP CABLE 20AWG PURPLE/ LIGHT GREEN | 8.122006 | 266.47000 |
| 192-39 | M3130B30 | 717200807ECR | 32.808 | MFT 09/28/0553 | PTP CABLE 20AWG GRAY/ PURPLE | 8.122006 | 266.47000 |

Recibo de Conformidad / Conformity Received:

Observaciones: / Remarks:

| Importe Total / Amount | |
|---|---|
| % I.V.A. TAX: | |
| TOTAL | |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODOS LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATED HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

P. 2   HP LASERJET FAX   17 Oct 2005 18:51

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 78000 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-58

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 6985-6
REG. DE EXP.-IMP COR-800219-3KA

**EXPEDIDA EN: CIUDAD JUAREZ, CHIH.**

PACKING      FACTURA / INVOICE 2
2417494      039881-A

VENDIDO A EX DELPHI- (DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL
(PITEX 85-027)

| | |
|---|---|
| No. cliente / Customer number | Pedido del cliente / Purchase order |
| 530 | P4170068 |
| Fecha / Date | Orden de Venta / Order of Sale |
| 09/29/05 | J001121 |
| Condiciones de pago / Payment Terms | Vo. Bo. Embarque |
| 60 DIAS CREDITO | |
| Tipo de Cambio / Rate of Exchange | |
| 10.8860 | Nombre y Firma |

Vo. Bo. Cont.

Nombre y Firma

Enviar a: / Ship to:     José Iglesias
R.B.E. VII PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque vía: / Ship to:

**Embarque / Package**

9 TAMBOS T21
40 OTROS
PESO NETO : 3386.29KG
PESO BRUTO :

Contribuyente Autorizado para Imprimir sus Propios Comprobantes en

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 40-44 | M3130108 | 7172009ECR | 65.617 | MFT 09/28/0553 | PTP CABLE 20AWG WHITE | 8.122006 | 532.94000 |
| 22-59 | M3130139 | 717201500ECR | 32.808 | MFT 09/27/0553 | PTP CABLE 20AWG LIGHT GREEN/ BLACK | 8.122006 | 266.47000 |
| 87-4 | M3130127 | 717201600ECR | 32.808 | MFT 09/27/0553 | PTP CABLR 20AWG LIGHT BLUE/ BLACK | 8.122006 | 266.47000 |
| 59-147 | M3130104 | 7172021ECR | 196.850 | MFT 09/27/0553 | PTP CABLE 20AWG BRICK BROWN | 8.122006 | 1598.82000 |
| 66-67 | M3130015 | 717220016ECR | 49.213 | MFT 09/27/0553 | PTP CABLE 22AWG BLACK/ LIGHT BLUE | 6.139343 | 302.13300 |
| 10-1 | M3130A92 | 717220416ECR | 49.213 | MFT | PTP CABLE 22AWG YELLOW/ LIGHT BLUE | 6.139340 | 302.13287 |
| 15-94 | M3130095 | 717220421ECR | 139.436 | MFT 09/28/0553 | PTP CABLE 22AWG YELLOW/ BRICK BROWN | 6.139343 | 856.04350 |
| 95-95 | M3130095 | 717220421ECR | 90.223 | MFT 09/26/0553 | PTP CABLE 22AWG YELLOW/ BRICK BROWN | 6.139343 | 553.91050 |
| 55-2 | M3130035 | 717220802ECR | 49.213 | MFT 09/28/0553 | PTP CABLE 22AWG GRAY/ RED | 6.139343 | 302.13300 |
| 12-32 | M3130063 | 717220804ECR | 49.213 | MFT 09/28/0553 | PTP CABLE 22AWG GRAY/ YELLOW | 6.139343 | 302.13300 |
| 78-89 | M3130030 | 717221604ECR | 49.213 | MFT 09/28/0553 | PTP CABLE 22AWG LIGHT BLUE/ YELLOW | 6.139343 | 302.13300 |
| 5-5 | M3130032 | 717222102ECR | 49.213 | MFT 09/28/0553 | PTP CABLE 22AWG BRICK BROWN/ RED | 6.139343 | 302.13300 |
| 61-1 | M3232T74 | 71911000204T21 | 7.546 | MFT | PTP CABLE 11 AWG BLACK/RED/YELLOW | 52.975090 | 399.74640 |
| 98-2 | M3232865 | 719110700T21 | 7.546 | MFT 09/28/0553 | PTP CABLE 11 AWG PURPLE/BLACK | 52.975095 | 399.74644 |

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:

Importe Total / Amount:

% I.V.A. TAX:

TOTAL

Nombre y Firma

LA RECEPCIÓN Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACIÓN DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.



CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.6
Complejo Ind. CP. 76800 Jojec, Ro Juarez 17
Tels. (01 226-06-01 Fax 226-17-86

PLANTA JUAREZ
Enricu Fermi No. 1400 Parq. Ind. Rio Bravo
Cd. Juarez, Chih. C.P. 32557
Tels. (16) 82-33-05, 82-30-67 Fax 82-33-08

R.F.C. COR-800210-3KA
PITEX 85-027

EXPEDIDA EN: CIUDAD JUAREZ, CHIH.
PACKING      FACTURA / INVOICE 3
2417494      039881-A

DELPHI (OIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

Enviar a / Ship to:
José Iglesias
R.B.E. VII PLANTA 3200
Ave. Principal
Parque Ind. Rio Bravo
R.F.C. RBE 790127 UEB
R.N.I.M. PITEX 93-231
SU TRANSPORTE

FISCAL
(PITEX 85-027)

| No. cliente / Customer number | R.F.C. COR-800210-3KA REG. DE EXP IMP COR-800210-3KA |
|---|---|
| 330 | Pedido del cliente / Customer PO |
| | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 09/29/05 | J001121 |

Condiciones de pago / Payment term
60 DIAS CREDITO

Tipo de Cambio / Rate of Exchange
10.8860

Vo. Bo. Embarque                Vo. Bo. Cont.

9 TAMBOS T21:
40 OTROS
PESO NETO : 3386.29KG
PESO BRUTO:

| Partida / código Clientes / Cantidad / Unidad / Descripción / Precio Unitario / Importe Total / |
| code Clientes/ Código Cordaflex / Cantidad/ Unidad/ Description Price Amount |

| M3232804 | 719112lT21 | 30.184 | MFT | HP CABLE 11AWG BRICK BROWN | 52.975090 | 1598.98561 |

Premio
Nacional
de Tecnología
2 0 0 2

CATORCE MIL CUATROCIENTOS TRECE DLLS 46/100 USD
PAGO EN UNA SOLA EXHIBICION.

| Importe Total / Amount | 14,413.46 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 14,413.46 |

KK-8544.49.800

Contribuyente Autorizado para Imprimir sus Propios Comprobantes
OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, DECLOS Y LAS CONDICIONES DE PAGO / THE RECEPTION AND FIRM OF THE INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BASE OF PAGE CONDITION.

Recibo de Conformidad / Conformity Received

Nombre y Firma

Observaciones / Remarks:

P. 5

17 Oct 2005 18:53 . HP LASERJET FAX

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES



**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-86

R.F.C. COR-800219-3KA
PITEX 86-027
No. CTA. REG. ESTATAL 6965-6
REG. DE EXP.-IMP. COR-800219-3KA

EXPEDIDA EN: CIUDAD JUAREZ, CHIH.

| PACKING | FACTURA / INVOICE 1 |
|---|---|
| 2417493 | 039882-A |

**Vendido a / Sold to:** DELPHI-(X1)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN, OHIO 44486
WARREN OH 44486

FISCAL
(PITEX 85-027)

**Enviar a: / Ship to:**
M. MORALES
R.B.E. IX PLANTA 3700
Ave. Tec. y Juan Kleper #.6915
Fracc. Marquiz
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231

**Embarque via: / Ship to:** SU TRANSPORTE    R.N.I.M. PITEX 93-231

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 520 | P4170068 |
| Fecha / Date | Orden de Venta / Order of Sale |
| 09/29/05 | J000768 |
| Condiciones de pago / Payment Terms | Vo. Bo. Embarque | Vo. Bo. Cont. |
| 60 DIAS CREDITO | | |
| Tipo de Cambio / Rate of Exchange | Nombre y Firma | Nombre y Firma |
| 10.8860 | | |

Embarque / Package

6 TAMBOS T21

PESO NETO : 478.50KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Codigo Clientes / Customer part No. | Codigo Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 1-340 | M3089620 | 955140002T21 | 23.360 | mft 09/28/0552 | PTP Cable 14AWG Black/Red | 29.515095 | 689.46022 |
| 52-61 | M3089G08 | 955140500T21 | 13.123 | mft 09/28/0552 | PTP Cable 14AWG dark green/black | 29.515095 | 387.33720 |
| 16-160 | M3089G03 | 955140600T21 | 11.909 | mft 09/28/0552 | PTP Cable 14AWG Dark Blue/Black | 29.515095 | 351.50851 |
| 51-53 | M3089G04 | 955140602T21 | 13.123 | mft 09/27/0552 | PTP Cable 14AWG Dark Blue/Red | 29.515095 | 387.33720 |
| 48-77 | M3089682 | 955140902T21 | 11.844 | mft 09/28/0552 | PTP Cable 14AWG White/Red | 29.515095 | 349.57182 |

Premio
Nacional
de Tecnología
2 0 0 2

DOS MIL CIENTO SESENTA Y CINCO DLLS 22/100 USD
PAGO EN UNA SOLA EXHIBICION.

**Recibo de Conformidad: / Conformity Received:**

**Observaciones / Remarks:** OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8.

| | |
|---|---|
| Importe Total / Amount | 2,165.22 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 2,165.22 |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, REPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

P. 6

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76000 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 8S-027

No. CTA. REG. ESTATAL 6865-8
REG. DE EXP.-IMP COR-800219-3KA

**EXPEDIDA EN: CIUDAD JUAREZ, CHIH.**

| PACKING | FACTURA / INVOICE 1 |
|---|---|
| 2417495 | 039883-A |

CORDOMEX
CABLE AUTOMOTRIZ

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 531 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 09/29/05 | J001120 |

| Condiciones de pago / Payment Terms | Vo. Bo. Embarque | Vo. Bo. Cont. |
|---|---|---|
| 60 DIAS CREDITO | | |

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque vía: / Ship to:

| Tipo de Cambio / Rate of Exchange | Nombre y Firma | Nombre y Firma |
|---|---|---|
| 10.8860 | | |

Embarque / Package

10 TAMBOS T21.
113 OTROS
PESO NETO :   8412.13KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 213-9 | M4775415 | 715150006ECR | 14.764 | MFT 09/28/0553 | PTP Cable 15AWG Black / Dark Blue | 23.768640 | 350.91495 |
| 255-10 | M4775321 | 715170009ECR | 18.045 | MFT 09/28/0553 | PTP CABLE 17AWG BLACK/ WHITE | 16.557803 | 298.77925 |
| 325-2 | M4775301 | 7151700ECR | 18.045 | MFT 09/28/0553 | PTP Cable 17AWG Black | 16.557803 | 298.77925 |
| 256-22 | M4775310 | 7151712ECR | 18.045 | MFT 09/28/0553 | PTP Cable 17AWG Pink | 16.557803 | 298.77925 |
| 336-7 | M4775303 | 7151716ECR | 18.045 | MFT 09/28/0553 | PTP CABLE 17AWG LIGHT BLUE | 16.557803 | 298.77925 |
| 290-12 | M4775215 | 715180006ECR | 22.966 | MFT 09/28/0553 | PTP CABLE 18AWG GRAY/ DARK BLUE | 13.571982 | 311.69250 |
| 265-10 | M4775221 | 715180009ECR | 22.966 | MFT 09/28/0553 | PTP CABLE 18AWG BLACK/ WHITE | 13.571982 | 311.69250 |
| 306-4 | M4775201 | 7151800ECR | 22.966 | MFT 09/28/0553 | PTP CABLE 18AWG BLACK | 13.571982 | 311.69250 |
| 257-11 | M4775256 | 715180400ECR | 22.966 | MFT 09/28/0553 | PTP CABLE 18AWG YELLOW/ BLACK | 13.571982 | 311.69250 |
| 371-1 | M4775294 | 715180406ECR | 22.966 | MFT | PTP CABLE 18AWG YELLOW/ DARK BLUE | 13.571980 | 311.69245 |
| 313-5 | M4775269 | 715180409ECR | 68.898 | MFT 09/28/0553 | PTP CABLE 18AWG YELLOW/ WHITE | 13.571980 | 935.07750 |
| 244-19 | M4775257 | 715180506ECR | 22.966 | MFT 09/28/0553 | PTP CABLE 18AWG DARK GREEN/ DARK BLUE | 13.571982 | 311.69250 |
| 273-23 | M4775229 | 715180609ECR | 22.966 | MFT 09/28/0553 | PTP Cable 18AWG Dark Blue / White | 13.571982 | 311.69250 |
| 524-4 | M4775249 | 715180709ECR | 22.966 | MFT 09/28/0553 | PTP CABLE 18AWG PURPLE/ WHITE | 13.571982 | 311.69250 |

de Tecnología
2 0 0 2

Recibo de Conformidad: / Conformity Received:

Observaciones : / Remarks:

| Importe Total / Amount: | |
|---|---|
| % I.V.A. TAX: | |
| TOTAL | |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

17 Oct 2005 18:54   HP LASERJET FAX

P. 7

HP LASERJET FAX    17 Oct 2005 18:55

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 280.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juarez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

R.F.C. COR-800219-3KA
PITEX 65-027

No. CTA. REG. ESTATAL 6985-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CIUDAD JUAREZ, CHIH.
PACKING    FACTURA / INVOICE 2
2417495    039883-A

**CONDUMEX** CABLE AUTOMOTRIZ

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL

No. cliente / Customer number    531
Pedido del cliente / Purchase order    P4170068

Fecha / Date    09/29/05
Orden de Venta / Order of Sale    J001120

Condiciones de pago / Payment Terms    60 DIAS CREDITO
Vo. Bo. Embarque
Vo. Bo. Cont.

Tipo de Cambio / Rate of Exchange    10.8860
Nombre y Firma    Nombre y Firma

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque vía: / Ship to:

Embarque / Package

10 TAMBOS T21.
113 OTROS
PESO NETO :
PESO BRUTO:    8412.13KG

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 246-15 | M4775241 | 715180900ECR | 22.966 | MFT 09/28/0553 | PTP CABLE 18AWG WHITE/ BLACK | 13.571982 | 311.69250 |
| 19-12 | M4775C06 | 71518210OECR | 22.966 | MFT 09/28/0553 | PTP CABLE 18AWG BRICK BROWN / BLACK | 13.571982 | 311.69250 |
| 82-34 | M4775204 | 7151821ECR | 68.898 | MFT 09/28/0553 | PTP CABLE 18AWG BRICK BROWN | 13.571982 | 935.07750 |
| 258-32 | M4775150 | 715200200ECR | 32.808 | MFT 09/28/0553 | PTP Cable 20AWG Red / Black | 9.047623 | 296.83800 |
| 69-19 | M4775156 | 715200400ECR | 32.808 | MFT 09/28/0553 | PTP Cable 20AWG Yellow / Black | 9.047623 | 296.83800 |
| 246-3 | M4775107 | 7152005ECR | 131.234 | MFT 09/28/0553 | PTP CABLE 20AWG DARCK GREEN | 9.047623 | 1187.35200 |
| 258-2 | M4775104 | 7152021ECR | 65.617 | MFT 09/27/0553 | PTP CABLE 20AWG BRICK BROWN | 9.047623 | 593.67600 |
| 67-14 | M3380634 | 716110809ECR | 4.921 | MFT 09/28/0553 | PTP CABLE 11AWG GRAY / WHITE | 61.392787 | 302.12985 |
| 572-1 | M3380604 | 7161121ECR | 9.843 | MFT | PTP CABLE 11AWG BRICK BROWN | 61.392790 | 604.25973 |
| 575-3 | M3380549 | 716130709ECR | 19.521 | MFT | PTP CABLE 13AWG PURPLE/ WHITE | 39.196763 | 765.15989 |
| 575-7 | M3380504 | 7161321ECR | 29.528 | MFT | PTP CABLE 13AWG  BRICK BROWN | 39.196763 | 1157.38470 |
| 622-2 | M3232850 | 719110200T21 | 30.184 | mft 09/28/0553 | PTP CABLE 13AWG RED/ BLACK | 52.975095 | 1598.98576 |
| 635-2 | M3232804 | 7191121T21 | 7.546 | MFT 09/28/0553 | PTP CABLE 13AWG BRICK BROWN | 52.975095 | 399.74644 |
| 3-91 | M3232753 | 719130209ECR | 9.843 | MFT 09/26/0553 | PTP CABLE 13AWG RED/WHITE | 34.111114 | 335.73930 |

Recibo de Conformidad: / Conformity Received:

Observaciones : / Remarks:

Importe Total / Amount

% I.V.A. TAX:

Nombre y Firma

LA RECEPCIÓN Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITION OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

TOTAL

GRUPO CONDUMEX

P. 8

HP LASERJET FAX

17 Oct 2005 18:56

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.5
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-66

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-86, 82-30-87 Fax. 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6685-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CIUDAD JUAREZ, CHIH.
PACKING        FACTURA / INVOICE 3
2417495        039883-A

CORDAFLEX CABLE AUTOMOTRIZ

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL

| No. cliente / Customer number | 531 | Pedido del cliente / Purchase order | P4170068 |
|---|---|---|---|
| Fecha / Date | 09/29/05 | Orden de Venta / Order of Sale | J001120 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO | | |
| Tipo de Cambio / Rate of Exchange | 10.8860 | | |

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Vo. Bo. Embarque       Vo. Bo. Cont.

Nombre y Firma       Nombre y Firma

Embarque / Package
10 TAMBOS T2I.
113 OTROS
PESO NETO :       8412.13KG
PESO BRUTO :

Embarque Via: / Ship to:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes.

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|---|
| 3-90 | N3232753 | 719130209ECR | 9.843 | MFT | 09/17/0553 | PTP CABLE 13AWG RED/WHITE | 34.111114 | 335.73930 |
| 560-1 | N3232712 | 7191302ECR | 9.843 | MFT | | PTP CABLE 13AWG RED | 34.111110 | 335.73926 |
| 560-2 | N3232712 | 7191302ECR | 157.480 | MFT | 09/28/0553 | PTP CABLE 13AWG RED | 34.111114 | 5371.82880 |
| 178-53 | N3232H06 | 719132100ECR | 9.843 | MFT | 09/21/0553 | PTP CABLE 13AWG BRICK BROWN / BLACK | 34.111114 | 335.73930 |
| 562-1 | N3232612 | 7191502ECR | 14.764 | MFT | 09/28/0553 | PTP CABLE 15AWG RED | 21.462615 | 316.86930 |
| 514-5 | N3232665 | 719150700ECR | 14.764 | MFT | 09/26/0553 | PTP CABLE 16AWG PURPLE / BLACK | 21.462615 | 316.86930 |
| 567-2 | N3232627 | 7191507ECR | 14.436 | MFT | 09/26/0553 | PTP CABLE 15AWG DARK BLUE | 21.462615 | 309.82776 |
| 813-33 | N3232688 | 719150916ECR | 14.436 | MFT | 09/26/0553 | PTP CABLE 15AWG WHITE / LIGHT BLUE | 21.462615 | 309.82776 |
| 546-21 | N3232627 | 7191515ECR | 29.528 | MFT | 09/27/0553 | PTP CABLE 15AWG LIGHT GREEN | 21.462615 | 633.73860 |
| 583-5 | N3232627 | 719151600ECR | 13.780 | MFT | 09/28/0553 | PTP CABLE 15AWG LIGT BLUE/ BLACK | 21.462615 | 295.74468 |
| 573-1 | N3232631 | 719152109ECR | 14.764 | MFT | | PTP CABLE 15AWG BRICK BROWN/WHITE | 21.462610 | 316.86930 |
| 539-2 | N3232631 | 719152109ECR | 14.764 | MFT | 09/28/0553 | PTP CABLE 15AWG BRICK BROWN/WHITE | 21.462615 | 316.86930 |
| 310-29 | N3232510 | 7191712ECR | 18.045 | MFT | 09/28/0553 | PTP CABLE 17AWG BROWN | 14.808922 | 267.22135 |
| 670-1 | N3232412 | 7191802ECR | 183.727 | MFT | | PTP CABLE 18AWG RED | 11.068510 | 2033.58446 |

| Recibo de Conformidad: / Conformity Received: | Observaciones : / Remarks: | Importe Total / Amount: | |
|---|---|---|---|
| | | % I.V.A. TAX: | |
| Nombre y Firma | LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS. | TOTAL | |

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32587
Tels. (16) 82-30-86, 82-30-87 Fax. 82-30-88

R.F.C. COR-800219-3KA
PITEX 96-027

No. CTA. REG. ESTATAL 6985-6
REG. DE EXP.-IMP COR-800219-3KA

**EXPEDIDA EN: CIUDAD JUAREZ, CHIH.**

PACKING
2417495

FACTURA / INVOICE 4
039883-A

CORDAFLEX DELPHI - (MBZ)
CABLE AUTOMOTRIZ

DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL

| | |
|---|---|
| No. cliente / Customer number | Pedido del cliente / Purchase order |
| 531 | P4170068 |
| Fecha / Date | Orden de Venta / Order of Sale |
| 09/29/05 | J001120 |
| Condiciones de pago / Payment Terms | Vo. Bo. Embarque |
| 60 DIAS CREDITO. | |
| Tipo de Cambio / Rate of Exchange | |
| 10.8860 | Nombre y Firma |

Vo. Bo. Cont.

Nombre y Firma

Enviar a: / Ship to:

A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.N. PITEX 93-231
SU TRANSPORTE

Embarque vía: / Ship to:

Embarque / Package

10 TAMBOS T21.
113 OTROS
PESO NETO :   8412.13KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 47-2 | M3232465 | 719180700T21 | 31.496 | MFT 09/28/0553 | PTP Cable 18AWG Purple / Black | 11.162996 | 351.59040 |
| 40-2 | M3232405 | 7191808T21 | 31.496 | mft 09/28/0553 | PTP CABLE 18AWG GRAY | 11.162996 | 351.59040 |
| 75-1 | M3232445 | 719181200T21 | 31.496 | MFT | PTP CABLE 18AWG PINK/ BLACK | 11.163000 | 351.59054 |
| 66-1 | M3232427 | 719181600T21 | 62.992 | MFT | PTP CABLE 18AWG BRICK BROWN/ RED | 11.163000 | 703.18108 |
| 23-60 | M3232404 | 7191821ECR | 91.864 | MFT 09/19/0553 | PTP CABLE 18AWG BRICK BROWN | 11.068508 | 1016.79200 |
| 53-2 | M3232301 | 7192000ECR | 98.425 | MFT 09/28/0553 | PTP CABLE 20AWG BLACK | 8.008559 | 788.24400 |
| 97-30 | M3232092 | 719200416ECR | 32.808 | MFT 09/21/0553 | PTP CABLE 20AWG YELLOW / LIGHT BLUE | 8.008559 | 262.74800 |
| 19-100 | M3232314 | 7192004ECR | 32.808 | MFT 09/21/0553 | PTP CABLE 20AWG YELLOW | 8.008559 | 262.74800 |
| 19-101 | M3232314 | 7192004ECR | 98.425 | MFT 09/27/0553 | PTP CABLE 20AWG YELLOW | 8.008559 | 788.24400 |
| 76-15 | M3232365 | 719200700ECR | 32.808 | MFT 09/28/0553 | PTP CABLE 20 PURPPLE/BLACK | 8.008559 | 262.74800 |
| 299-43 | M3232334 | 719200809ECR | 32.808 | MFT 09/28/0553 | PTP CABLE 20AWG GRAY/ WHITE | 8.008559 | 262.74800 |
| 2-78 | M3232308 | 7192009ECR | 32.808 | MFT 09/28/0553 | PTP CABLE 20AWG WHITE | 8.008559 | 262.74800 |
| 114-85 | M3232D22 | 719201509ECR | 131.234 | MFT 09/27/0553 | PTP CABLE 20AWG LIGHT GREEN/ WHITE | 8.008559 | 1050.99200 |
| 656-2 | M3232D61 | 719201516ECR | 32.808 | MFT 09/27/0553 | PTP CABLE 20AWG LIGHT GREEN/ LIGHT BLUE | 8.008559 | 262.74800 |

de Tecnología
2 0 0 2

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:

| | |
|---|---|
| Importe Total / Amount: | |
| % I.V.A. TAX: | |
| TOTAL | |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

GRUPO CONDUMEX

P. 9

HP LASERJET FAX      17 Oct 2005 18:57

**CORDAFLEX, S.A. DE C.V.**
Carrera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76000 Apdo, Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

**R.F.C.** COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6685-6
REG. DE EXP.-IMP COR-800219-3KA

**EXPEDIDA EN: CIUDAD JUAREZ, CHIH.**
PACKING       FACTURA / INVOICE 1
2417506       039893-A

**CONDUMEX** DELPHI-(DIN)
CABLE AUTOMOTRIZ

DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

Enviar a: / Ship to:

José Iglesias
R.B.E. VII  PLANTA 3200
Ave. Principal
Parque Ind. Río. Bravo
R.F.C. RBE 790127.UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque vía: / Ship to:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

FISCAL
(PITEX 85-027)



| | | |
|---|---|---|
| No. cliente / Customer number | 530 | Pedido del cliente / Purchase order P4170068 |
| Fecha / Date | 09/30/05 | Orden de Venta / Order of Sale J001121 |
| Condiciones de pago / Payment Terms 60 DIAS CREDITO | | Vo. Bo. Embarque |  Vo. Bo. Cont. |
| Tipo de Cambio / Rate of Exchange 10.8860 | | Nombre y Firma | Nombre y Firma |

Embarque / Package

6 TAMBOS T21
74 OTROS
PESO NETO :   5440.30KG
PESO BRUTO:

| Partida / ITEM | Código Clientes / Condufiex part Nu.: | Código Condufiex / Condufiex part No.: | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price: | Importe Total / Amount: |
|---|---|---|---|---|---|---|---|
| 313-2 | M3130519 | 717130015ECR | 19.685 | MFT | 09/29/0553 | PTP CABLE 13AWG BLACK/ LIGHT GREEN | 33.461890 | 658.69860 |
| 367-29 | M3130591 | 717130204ECR | 9.843 | MFT | 09/22/0553 | PTP CABLE 13AWG RED/ YELLOW | 33.461890 | 329.34930 |
| 367-30 | M3130591 | 717130204ECR | 9.843 | MFT | 09/27/0553 | PTP CABLE 13AWG RED/ YELLOW | 33.461890 | 329.34930 |
| 313-134 | M3130551 | 717130216ECR | 9.186 | MFT | 09/23/0553 | PTP CABLE 13AWG RED/ LIGHT BLUE | 33.461890 | 307.39268 |
| 301-117 | M3130F59 | 717130916ECR | 9.843 | MFT | 09/29/0553 | PTP CABLE 13AWG WHITE/ LIGHT BLUE | 33.461890 | 329.34930 |
| 303-66 | M3130F44 | 717131607ECR | 9.843 | MFT | 09/29/0553 | PTP CABLE 13AWG LIGHT BLUE/ PURPLE | 33.461890 | 329.34930 |
| 320-58 | M3130408 | 717150909ECR | 29.528 | MFT | 09/29/0553 | PTP CABLE 15AWG WHITE | 20.990175 | 619.78860 |
| 348-53 | M3130403 | 717151609ECR | 14.764 | MFT | 09/29/0553 | PTP CABLE 16AWG LIGHT BLUE | 20.990175 | 309.89430 |
| 309-15 | M3130E06 | 717152100ECR | 14.764 | MFT | 09/29/0553 | PTP CABLE 15AWG BRICK BROWN/ BLACK | 20.990175 | 309.89430 |
| 302-141 | M3130404 | 717152521ECR | 55.118 | MFT | 09/29/0553 | PTP CABLE 15AWG BRICK BROWN | 20.990175 | 1156.93872 |
| 399-37 | M3130323 | 717170004ECR | 18.045 | MFT | 09/29/0553 | PTP CABLE 17AWG BLACK/YELLOW | 14.424569 | 260.28585 |
| 324-100 | M3130391 | 717170204ECR | 53.150 | MFT | 09/29/0553 | PTP CABLE 17AWG RED/ YELLOW | 14.424569 | 766.66014 |
| 343-21 | M3130395 | 717170421ECR | 17.717 | MFT | 09/29/0553 | PTP CABLE 17AWG YELLOW/ BRICK BROWN | 14.424569 | 255.55338 |
| 568-4 | M3130221 | 717180009T21 | 22.966 | MFT | 09/29/0553 | PTP CABLE 18 AWG BLACK/WHITE | 11.830904 | 271.70710 |

Recibe de Conformidad: / Conformity Received:

Observaciones: / Remarks:

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE

| | |
|---|---|
| Importe Total / Amount: | |
| % I.V.A. TAX: | |
| TOTAL | |

**GRUPO CONDUMEX**

CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230,5
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

PLANTA JUAREZ
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-86, 82-30-87 Fax. 82-30-86

R.F.C. COR-800219-3KA
PITEX 85-027
No. CTA. REG. ESTATAL 6985-6
REG. DE EXP. IMP COR-800219-3KA

EXPEDIDA EN: CIUDAD JUAREZ, CHIH.

| PACKING | FACTURA / INVOICE 2 |
|---|---|
| 2417506 | 039893-A |

DUNHAMMEX CABLE AUTOMOTRIZ DELPHI-(DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL
(PITEX 85-027)

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 530 | P4170068 |
| Fecha / Date | Orden de Venta / Order of Sale |
| 09/30/05 | J001121 |
| Condiciones de pago / Payment Terms | Vo. Bo. Embarque | Vo. Bo. Cont. |
| 60 DIAS CREDITO | | |
| Tipo de Cambio / Rate of Exchange | | |
| 10.8860 | Nombre y Firma | Nombre y Firma |

Enviar a: / Ship to:
José Iglesias
R.B.E. VII  PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790121 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque vía: / Ship to:

Embarque / Package

6 TAMBOS T21
74 OTROS
PESO NETO :   5440.30KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customers part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 1-54 | M3130C11 | 717180904ECR | 22.966 | MFT 09/29/0553 | PTP CABLE 18AWG WHITE/ YELLOW | 11.830904 | 271.70710 |
| 49-37 | M3130208 | 7171809ECR | 22.966 | MFT 09/29/0553 | PTP CABLE 18AWG WHITE | 11.830904 | 271.70710 |
| 02-50 | M3130802 | 717200008ECR | 91.864 | MFT 09/29/0553 | PTP CABLE 20AWG BLACK/ GRAY | 8.122006 | 746.11600 |
| 50-3 | M3130119 | 717200015ECR | 32.808 | MFT 09/29/0553 | PTP CABLE 20AWG BLACK/ LIGHT GREEN | 8.122006 | 266.47000 |
| 95-2 | M3130156 | 717200400ECR | 131.234 | MFT 09/29/0553 | PTP CABLE 20AWG YELLOW/ BLACK | 8.122006 | 1065.88000 |
| 60-46 | M3130169 | 717200409ECR | 29.528 | MFT 09/29/0553 | PTP CABLE 20AWG YELLOW /  WHITE | 8.122006 | 239.82300 |
| 96-2. | M3130195 | 717200421ECR | 65.617 | MFT 09/29/0553 | PTP CABLE 20AWG YELLOW/ BRICK BROWN | 8.122006 | 532.94000 |
| 50-112 | M3130114 | 7120004ECR | 164.042 | MFT 09/29/0553 | PTP CABLE 20AWG YELLOW | 8.122006 | 1332.35000 |
| 20-99 | M3130133 | 717200800ECR | 98.425 | MFT 09/29/0553 | PTP CABLE 20AWG GRAY/ BLACK | 8.122006 | 799.41000 |
| 55-94 | M3130845 | 717200821ECR | 65.617 | MFT 09/29/0553 | PTP CABLE 20AWG GRAY/ BRICK BROWN | 8.122006 | 532.94000 |
| 22-60 | M3130139 | 717201500ECR | 34.121 | MFT 09/29/0553 | PTP CABLE 20AWG LIGHT GREEN/ BLACK | 8.122006 | 277.12880 |
| 23-88 | M3130107 | 7172015ECR | 32.808 | MFT 09/28/0553 | PTP CABLE 20AWG LIGHT GREEN | 8.122006 | 266.47000 |
| 56-78 | M3130128 | 717201602ECR | 36.089 | MFT 09/29/0553 | PTP CABLE 20AWG LIGHT BLUE/RED | 8.122006 | 293.11700 |
| 597-2 | M3130130 | 717201604ECR | 26.247 | MFT 09/29/0553 | PTP CABLE 20AWG LIGHT BLUE/ YELLOW | 8.122006 | 213.17600 |

Recibo de Conformidad: / Conformity Received:

Observaciones : / Remarks:

| Importe Total / Amount | |
|---|---|
| % I.V.A. TAX: | |
| TOTAL | |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CORRIDOR.



**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Oro. C.P. 76800 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juarez, Chih. C.P. 32567
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-86

R.F.C. COR-800219-3KA
PITEX 85-027
No. CTA REG. ESTATAL 6985-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CIUDAD JUAREZ, CHIH.

PACKING     FACTURA / INVOICE 3
2417506     039893-A

DELPHI-(DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL
(PITEX 85-027)

| | |
|---|---|
| No. cliente / Customer number | Pedido del cliente / Purchase order |
| 530 | P4170068 |
| Fecha / Date | Orden de Venta / Order of Sale |
| 09/30/05 | J001121 |
| Condiciones de pago / Payment Term | Vo. Bo. Embarque   Vo. Bo. Cont. |
| 60 DIAS CREDITO | |
| Tipo de Cambio / Rate of Exchange | |
| 10.8860 | Nombre y Firma   Nombre y Firma |

Enviar a: / Ship to:
José Iglesias
R.B.E. VII PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UEB
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque via: / Ship to:

Embarque / Package

6 TAMBOS T21
74 OTROS
PESO NETO :     5440.30KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Codigo Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price. | Importe Total / Amount. |
|---|---|---|---|---|---|---|---|
| 24-81 | M3130129 | 717201609ECR | 65.617 | MFT | 09/28/0553 PTP CABLE 20AWG LIGHT BLUE/ WHITE | 8.122006 | 532.94000 |
| 29-116 | M3130B06 | 717202100ECR | 98.425 | MFT | 09/29/0553 PTP CABLE 20AWG BRICK BROWN/ BLACK | 8.122006 | 799.41000 |
| 59-148 | M3130104 | 7172021ECR | 164.042 | MFT | 09/29/0553 PTP CABLE 20AWG BRICK BROWN | 8.122006 | 1332.35000 |
| 62-3 | M3130021 | 717220009ECR | 97.441 | MFT | 09/29/0553 PTP CABLE 22AWG BLACK/ WHITE | 6.139343 | 598.22334 |
| 66-67 | M3130015 | 717220016ECR | 49.213 | MFT | 09/27/0553 PTP CABLE 22AWG BLACK/ LIGHT BLUE | 6.139343 | 302.13300 |
| 63-88 | M3130A91 | 717220415ECR | 49.213 | MFT | 09/28/0553 PTP CABLE 22AWG YELLOW/ LIGHT GREEN | 6.139343 | 302.13300 |
| 17-27 | M3130014 | 7172204ECR | 49.213 | MFT | 09/28/0553 PTP CABLE 22AWG YELLOW | 6.139343 | 302.13300 |
| 68-40 | M3130A45 | 717220821ECR | 49.213 | MFT | 09/29/0553 PTP CABLE 22AWG GRAY/ BRICK BROWN | 6.139343 | 302.13300 |
| 71-53 | M3130A11 | 717220904ECR | 49.213 | MFT | 09/28/0553 PTP CABLE 22AWG WHITE/ YELLOW | 6.139343 | 302.13300 |
| 21-42 | M3130064 | 717220907ECR | 49.213 | MFT | 09/26/0553 PTP CABLE 22AWG WHITE/ PURPLE | 6.139343 | 302.13300 |
| 205-55 | M3130A60 | 717220915ECR | 49.213 | MFT | 09/29/0553 PTP CABLE 22AWG WHITE/ LIGHT GREEN | 6.139343 | 302.13300 |
| 74-47 | M3130039 | 717221500ECR | 49.213 | MFT | 09/29/0553 PTP CABLE 22AWG LIGHT GREEN/ BLACK | 6.139343 | 302.13300 |
| 371-26 | M3130A53 | 717221521ECR | 45.276 | MFT | 09/29/0553 PTP CABLE 22AWG LIGHT GREEN/ BRICK BROWN | 6.139343 | 277.96236 |
| 80-135 | M3130A06 | 717222100ECR | 247.703 | MFT | 09/29/0553 PTP CABLE 22AWG BRICK BROWN/ BLACK | 6.139343 | 1520.73610 |

Recibo de Conformidad: / Conformity Received:

Observaciones : / Remarks:

| | |
|---|---|
| Importe Total / Amount | |
| % I.V.A. TAX: | |
| TOTAL | |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO, / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE.

GRUPO CONDUMEX

P. 2

17 Oct 2005 19:10   HP LASERJET FAX

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

**CORDAFLEX, S.A. DE C.V.**
Enrique Pestalozzi
Corredjon, Qro. C.P. 76600, 76600
Cd. Juárez, Chih. C.P. 32697
Tels. (4) 225-00.00 Fax 225-17.66

**CORDAFLEX**
CABLE AUTOMOTRIZ

DELPHI-(DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

José Iglesias
R.B.E. VII PLANTA 3200
Ave. Principal
Parque Ind. Río. Bravo
R.F.C. RBE 790127 UEB
R.N.I.M. PITEX 93-231
SU TRANSPORTE

PLANTA JUAREZ
Enrico Ferml Ind. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32697
Tels. (16) 82-30-45, 82-30-47 Fax. 82-30-50

FISCAL
(PITEX 85-027)

R.F.C. COR-8002219-3KA
PITEX 85-027

No. cliente / Customer number 530
Fecha / Date 09/30/05
Condiciones de pago / Payment Terms 60 DIAS CREDITO
Tipo de Cambio / Rate of Exchange 10.8860

EXPEDIDA EN: CIUDAD JUAREZ, CHIH.
FACTURA / INVOICE 4
039893-A

Pedido del cliente / Purchase order P4170068
Orden de Venta / Order of Sale J00121
PACKING 24175606

Vo. Bo. Embarque _____ Nombre y Firma
Vo. Bo. Cont. _____ Nombre y Firma

| Partida / ITEM | Código Cliente / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unid / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 4-57 66-4 | H0130059 | 717222156CR | 49.213 | MFT M09/27/0053 | DP DOUBLE 22AWG BRICK BROWN/ LIGHT GREEN | 6.139343 | 302.13300 |
| | M0252067 | 719110221721 | 37.730 | MFT M09/29/0053 | DP DOUBLE 22AWG BRICK BROWN/ BRICK BROWN | 52.975095 | 1998.73220 |

MK-8544 49.800

6 TAMBOS T21,
74 OTROS
PESO NETO : .
PESO BRUTO : . 5440.30KG

| | Importe Total / Amount |
|---|---|
| Importe / Amount | 23,122.98 |
| % I.V.A. TAX: | 0.00 |
| **TOTAL** | **23,122.98** |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR INDICA LA ACEPTACION DE ESTE Y EL TODO LOS
TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUYENDO LAS CONDICIONES ESCRITA AL REVERSO, / THE SIGN AND RECEPTION OF THIS
INVOICE BY THE BUYER, INDICATES ITS APPROVAL, INCLUDING ALL THE TERM AND CONDITION OF THIS DOCUMENT AND THE BACK OF PAGE
CONDITION

VEINTITRES MIL CIENTO VEINTIDOS DLLS 98/100 USD
PAGO EN UNA SOLA EXHIBICION.
OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8.

Premio
Nacional
de Tecnología
2002

Recibo de Conformidad / Conformity Received:

Nombre y Firma: _____
Recibo en Customidad / Conformity Received:

P. 4

HP LASERJET FAX

17 Oct 2005 19:11

CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 250.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-58

PLANTA JUAREZ
Enlco Fermi No. 1460 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-86

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 8965-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CIUDAD JUAREZ, CHIH.
PACKING          FACTURA / INVOICE 1
2417507          039894-A

DELPHI - (MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 531 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 09/30/05 | J001120 |

Condiciones de pago / Payment Terms
60 DIAS CREDITO

Tipo de Cambio / Rate of Exchange
10.8860

Vo. Bo. Embarque          Vo. Bo. Cont.

Nombre y Firma          Nombre y Firma

Embarque / Package

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque via: / Ship to:

65 OTROS
PESO NETO :       4384.62KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripcion / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 617-2 | M4775429 | 715150609ECR | 57.743 | MFT 09/29/0553 | PTP Cable 15AWG Dark Blue / White | 23.768640 | 1372.46736 |
| 621-2 | M4775445 | 715151200ECR | 59.055 | MFT 09/29/0553 | PTP CABLE 15AWG PINK / BLACK | 23.768640 | 1403.65980 |
| 356-23 | M4775310 | 7151712ECR | 18.045 | MFT 09/29/0553 | PTP Cable 17AWG Pink | 16.557803 | 298.77925 |
| 467-2 | M3130160 | 717202104ECR | 32.808 | MFT 09/21/0553 | PTP CABLE 20AWG BRICK BROWN/YELLOW | 8.122006 | 266.47000 |
| 552-58 | M3232715 | 719130016ECR | 9.843 | MFT 09/28/0553 | PTP CABLE 18AWG Black / Light Blue | 34.111114 | 335.73930 |
| 552-57 | M3232715 | 719130016ECR | 9.843 | MFT 09/27/0553 | PTP Cable 18AWG Black / Light Blue | 34.111114 | 335.73930 |
| 584-24 | M3232749 | 719130709ECR | 19.685 | MFT 09/28/0553 | PTP CABLE 13AWG BLACK/RED | 34.111114 | 671.47860 |
| 550-17 | M3232705 | 7191308ECR | 7.677 | MFT 09/28/0553 | PTP CABLE 13AWG GRAY | 34.111114 | 261.87665 |
| 568-2 | M3232708 | 7191309ECR | 19.685 | MFT 09/28/0553 | PTP CABLE 13AWG WHITE | 34.111114 | 671.47860 |
| 532-4 | M3232656 | 719150400ECR | 14.764 | MFT 09/28/0553 | PTP CABLE 15AWG YELLOW/BLACK | 21.462615 | 316.86930 |
| 532-3 | M3232656 | 719150400ECR | 14.764 | MFT 09/27/0553 | PTP CABLE 15AWG YELLOW/BLACK | 21.462615 | 316.86930 |
| 514-6 | M3232665 | 719150700ECR | 44.291 | MFT 09/29/0553 | PTP CABLE 15AWG PURPLE / BLACK | 21.462615 | 950.60790 |
| 514-6 | M3232639 | 719151500ECR | 29.528 | MFT 09/28/0553 | PTP CABLE 15AWG LIGHT GREEN / BLACK | 21.462615 | 633.73860 |
| 446-22 | M3232607 | 7191515ECR | 14.764 | MFT 09/28/0553 | PTP CABLE 15AWG LIGHT GREEN | 21.462615 | 316.86930 |

Recibo de Conformidad: / Conformity Received:

Observaciones : / Remarks:

| Importe Total / Amount | |
|---|---|
| % I.V.A. TAX: | |
| TOTAL | |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO, THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATE HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS

P. 5

HP LASERJET FAX   17 Oct 2005 19:12

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Ferme Num. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 0985-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CIUDAD JUAREZ, CHIH.

PACKING 2417507   FACTURA / INVOICE 2   039894-A

**CONDUMEX** DELPHI - (MBZ)
CABLE AUTOMOTRIZ

DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 531 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 09/30/05 | J001120 |

Condiciones de pago / Payment Terms
60 DIAS CREDITO

Tipo de Cambio / Rate of Exchange
10.8860

Vo. Bo. Embarque                Vo. Bo. Cont.

Nombre y Firma        Nombre y Firma

Embarque / Package

Enviar a: / Ship to:

A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

65 OTROS
PESO NETO :   4384.62KG
PESO BRUTO:

Embarque vía: / Ship to:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Code for part Num. | Código Cordaflex / Code for part Num. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 73-2 | M3232631 | 719152109ECR | 14.764 | MFT 09/29/0553 | PTP CABLE 15AWG BRICK BROWN/WHITE | 21.462615 | 316.86930 |
| 8-116 | M3232604 | 7191521ECR | 14.764 | MFT 09/29/0553 | PTP CABLE 15AWG BRICK BROWN | 21.462615 | 316.86930 |
| 8-114 | M3232604 | 7191521ECR | 73.819 | MFT 09/17/0553 | PTP CABLE 15AWG BRICK BROWN | 21.462615 | 1584.34650 |
| 8-115 | M3232604 | 7191521ECR | 14.764 | MFT 09/26/0553 | PTP CABLE 15AWG BRICK BROWN | 21.462615 | 316.86930 |
| 10-30 | M3232510 | 7191712ECR | 36.089 | MFT 09/29/0553 | PTP CABLE 17AWG PINK | 14.808922 | 534.44270 |
| 23-2 | M3232504 | 7191721ECR | 72.178 | MFT 09/29/0553 | PTP CABLE 17AWG BRICK BROWN | 14.808922 | 1068.88540 |
| 80-51 | M3232350 | 719200200ECR | 65.617 | MFT 09/29/0553 | PTP CABLE 20AWG RED/ BLACK | 8.008559 | 525.49600 |
| 80-1 | M3232333 | 719200800ECR | 32.808 | MFT | PTP CABLE 20AWG GRAY/ BLACK | 8.008559 | 262.74800 |
| 80-2 | M3232333 | 719200800ECR | 32.808 | MFT 09/19/0553 | PTP CABLE 20AWG GRAY/ BLACK | 8.008559 | 262.74800 |
| 40-76 | M3232305 | 7192008ECR | 65.617 | MFT 09/19/0553 | PTP CABLE 20AWG GRAY | 8.008559 | 525.49600 |
| 302-30 | M3232347 | 719201209ECR | 98.425 | MFT 09/28/0553 | PTP CABLE 20AWG PINK/ WHITE | 8.008559 | 788.24400 |
| 297-51 | M3232327 | 719201600ECR | 33.793 | MFT 09/29/0553 | PTP CABLE 20AWG LIGHT BLUE/ BLACK | 8.008559 | 270.63044 |
| 430-20 | M3232329 | 719201609ECR | 31.168 | MFT 09/29/0553 | PTP CABLE 20AWG LIGHT BLUE/ WHITE | 8.008559 | 249.61060 |
| 151-114 | M3232304 | 7192021ECR | 65.617 | MFT 09/26/0553 | PTP CABLE 20AWG BRICK BROWN | 8.008559 | 525.49600 |

Recibo de Conformidad: / Conformity Received.

Observaciones: / Remarks:

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

| | |
|---|---|
| Importe Total / Amount | |
| % I.V.A. TAX: | |
| TOTAL | |

GRUPO CONDUMEX

P. 6

HP LASERJET FAX

17 Oct 2005 19:13



**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 6985-6
REG. DE EXP -IMP COR-800219-3KA

EXPEDIDA EN: CIUDAD JUAREZ, CHIH.
PACKING          FACTURA / INVOICE 3
2417507          039894-A

CONDUMEX  DELPHI -(MBZ)
CABLE AUTOMOTRIZ
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 531 | P4170068 |
| Fecha / Date | Orden de Venta / Order of Sale |
| 09/30/05 | J001120 |
| Condiciones de pago / Payment Tems | Vo. Bo. Embarque |
| 60 DIAS CREDITO | |
| Tipo de Cambio / Rate of Exchange | |
| 10.8860 | |

Enviar a / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque vía / Ship to:

Embarque / Package

65 OTROS
PESO NETO : 4384.62KG
PESO BRUTO :

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 51-113 | M3232304 | 7192021ECR | 65.617 | MFT 09/19/0553 | PTP CABLE 20AWG BRICK BROWN | 8.008559 | 525.49600 |
| 51-115 | M3232304 | 7192021ECR | 98.425 | MFT 09/27/0553 | PTP CABLE 20AWG BRICK BROWN | 8.008559 | 788.24400 |
| 51-116 | M3232304 | 7192021ECR | 98.425 | MFT 09/29/0553 | PTP CABLE 20AWG BRICK BROWN | 8.008559 | 788.24400 |
| 72-28 | M3232265 | 719220700ECR | 42.651 | MFT 09/29/0553 | PTP CABLE 20AWG PURPLE / BLACK | 6.586088 | 280.90270 |
| 66-15 | M3232C27 | 7192207ECR | 49.213 | MFT 09/28/0553 | PTP CABLE 22AWG PURPLE | 6.586088 | 324.11850 |
| 18-4 | M3232229 | 7192216O9ECR | 49.213 | MFT 09/22/0553 | PTP CABLE 22AWG LIGHT BLUE/ WHITE | 6.586088 | 324.11850 |
| 18-6 | M3232229 | 7192216O9ECR | 91.864 | MFT 09/2?/0553 | PTP CABLE 22AWG LIGHT BLUE/ WHITE | 6.586088 | 605.02120 |

Premio
Nacional
de Tecnología
2 0 0 2

DIECINUEVE MIL TRESCIENTOSTREINTA Y SIETE DLLS 57/100 USD
PAGO EN UNA SOLA EXHIBICION.

| | |
|---|---|
| Importe Total / Amount: | 19,337.57 |
| % I.V.A. TAX: | 0.00 |
| **TOTAL** | **19,337.57** |

Recibo de Conformidad / Conformity Received:

Observaciones / Remarks:

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE.

GRUPO CONDUMEX

P. 7

17 Oct 2005 19:14    HP LASERJET FAX

CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.0
Corregidora, Qro. C.P. 76000 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

PLANTA JUAREZ
Enrico Femil No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32587
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-86

R.F.C. COR-800219-3KA
PITEX 8S-027

**EXPEDIDA EN: CIUDAD JUAREZ, CHIH.**

| PACKING | FACTURA / INVOICE 1 |
|---|---|
| 241750B | 039895-A |

**GONDUMEX** DELPHI
CABLE AUTOMOTRIZ

FISCAL

DELPHI AUTOMOTIVE SYSTEMS
c/o Delphi Packard
P.O. Box 431, Warren, Ohio
44486 U.S.A.
Warren OH 44486

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 539 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 09/30/05 | J000895 |

Condiciones de pago / Payment Terms

| Tipo de Cambio / Rate of Exchange | Vo. Bo. Embarque | Vo. Bo. Cont. |
|---|---|---|
| 10.8860 | Nombre y Firma | Nombre y Firma |

Enviar a: / Ship to:

Delphi Plant 3900 RBE I
Ave. de las Industrias S/N
Parque Ind. Bermudez, Cd Juárez
R.F.C. 790127 UE8
R.N.I.M. PITEX 93-231
Ciudad Juárez CHI 32470

Embarque via: / Ship to:

Embarque / Package

1 TAMBOS T21

PESO NETO : 66.21KG
PESO BRUTO :

**Contribuyente Autorizado para Imprimir sus Propios Comprobantes**

| Partida / ITEM | Código Cliente / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 16-22 | N3075182 | 975201501T21 | 28.543 | MFT 09/28/0553 | XLTE CABLE 20 AWG LIGHT GREEN/ DARK BROWN | 12.198371 | 348.18183 |

Premio
Nacional
de Tecnología
2 0 0 2

TRESCIENTOSCUARENTA Y OCHO DLLS 18/100 USD
PAGO EN UNA SOLA EXHIBICION

| Recibo de Conformidad: / Conformity Received: | Observaciones : / Remarks: | | |
|---|---|---|---|
| | | Importe Total / Amount: | 348.18 |
| | | % I.V.A. TAX: | 0.00 |
| Nombre y Firma | LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO, I THE SIGN AND RECEIVER OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE | TOTAL | 348.18 |

GRUPO GONDUMEX



CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 290.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

PLANTA JUAREZ
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6985-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CIUDAD JUAREZ, CHIH.
PACKING          FACTURA / INVOICE 1
2417510          039897-A

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL

| No. cliente / Customer number | 531 | Pedido del cliente / Purchase order | P4170068 |
|---|---|---|---|
| Fecha / Date | 09/30/05 | Orden de Venta / Order of Sale | J001165 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO | Vo. Bo. Embarque | Vo. Bo. Cont. |
| Tipo de Cambio / Rate of Exchange | 10.8495 | Nombre y Firma | Nombre y Firma |

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque vía: / Ship to:

Embarque / Package

3 OTROS
PESO NETO :     187.95KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Cliente / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 54 | M3232404 | 7191821ECR | 22.966 | MFT P4170068 | TP CABLE 18AWG BRICK BROWN | 11.068508 | 254.19800 |
| 55 | M3232404 | 7191821ECR | 22.966 | MFT P4170068 | TP CABLE 18AWG BRICK BROWN | 11.068508 | 254.19800 |
| 56 | M3232404 | 7191821ECR | 22.966 | MFT P4170068 | TP CABLE 18AWG BRICK BROWN | 11.068508 | 254.19800 |

Premio
Nacional
de Tecnología
2 0 0 2

SETECIENTOS SESENTA Y DOS DLLS 60/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:

| | |
|---|---|
| Importe Total / Amount: | 762.60 |
| % I.V.A. TAX: | 0.00 |
| TOTAL: | 762.60 |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

GRUPO CONDUMEX

P.8

17 Oct 2005 19:15   HP LASERJET FAX



**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.5
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-05-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

**R.F.C.** COR-800219-3KA
PITEX 88-027

No. CTA. REG. ESTATAL 6985-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CIUDAD JUAREZ, CHIH.
PACKING        FACTURA / INVOICE 1
2417509        039898-A

CORDAFLEX DELPHI -(MBZ)
CABLE AUTOMOTRIZ
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL

| | |
|---|---|
| No. cliente / Customer number | Pedido del cliente / Purchase order |
| 531 | P4170068 |
| Fecha / Date  09/30/05 | Orden de Venta / Order of Sale  J001120 |
| Condiciones de pago / Payment Terms  60 DIAS CREDITO | Vo. Bo. Embarque / Vo. Bo. Cont. |
| Tipo de Cambio / Rate of Exchange  10.8495 | Nombre y Firma / Nombre y Firma |

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque vía: / Ship to:

Embarque / Package

2 TAMBOS T21,
47 OTROS
PESO NETO :    3191.80KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 19-2 | M4775404 | 7151521ECR | 13.780 | MFT 09/29/0553 | PTP CABLE 15AWG | 23.768640 | 327.52062 |
| 999-13 | M4775304 | 7151721ECR | 18.045 | MFT 09/29/0553 | PTP CABLE 17AWG BRICK BROWN | 16.557803 | 298.77925 |
| 490-13 | M4775215 | 715180006ECR | 22.966 | MFT 09/29/0553 | PTP CABLE 18AWG GRAY/ DARK BLUE | 13.571982 | 311.69250 |
| 355-11 | M4775250 | 715180200ECR | 22.966 | MFT 09/29/0553 | PTP Cable 18AWG Red / Black | 13.571982 | 311.69250 |
| 291-21 | M4775253 | 715180209ECR | 22.966 | MFT 09/29/0553 | PTP Cable 18AWG Red / White | 13.571982 | 311.69250 |
| 244-20 | M4775257 | 715180506ECR | 22.966 | MFT 09/29/0553 | PTP CABLE 18AWG DARK GREEN/ DARK BLUE | 13.571982 | 311.69250 |
| 120-14 | M4775C22 | 715180509ECR | 21.654 | MFT 09/29/0553 | PTP CABLE 18AWG DARK GREEN/ WHITE | 13.571982 | 293.88150 |
| 273-24 | M4775229 | 715180609ECR | 22.966 | MFT 09/29/0553 | PTP CABLE 18AWG Dark Blue / White | 13.571982 | 311.69250 |
| 358-6 | M4775265 | 715180700ECR | 22.966 | MFT 09/29/0553 | PTP CABLE 18AWG PURPLE/ BLACK | 13.571982 | 311.69250 |
| 240-21 | M4775211 | 7151807ECR | 45.932 | MFT 09/29/0553 | PTP CABLE 18AWG Purple | 13.571982 | 623.38500 |
| 321-12 | M4775234 | 715180809ECR | 22.966 | MFT 09/29/0553 | PTP CABLE 18AWG GRAY/ WHITE | 13.571982 | 311.69250 |
| 558-4 | M4775208 | 7151809ECR | 22.966 | MFT 09/29/0553 | PTP Cable 18 AWG White | 13.571982 | 311.69250 |
| 398-13 | M4775247 | 715181209ECR | 22.966 | MFT 09/29/0553 | PTP CABLE 18AWG PINK/ WHITE | 13.571982 | 311.69250 |
| 337-12 | M4775203 | 7151816ECR | 22.966 | MFT 09/29/0553 | PTP CABLE 18AWG LIGHT BLUE | 13.571982 | 311.69250 |

de Tecnología
2 0 0 2

Recibo de Conformidad: / Conformity Received:

Observaciones : / Remarks:

Importe Total / Amount:

% I.V.A.
TAX:

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES QUE SE MENCIONAN, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

Nombre y Firma

TOTAL

GRUPO CONDUMEX

P. 9

HP LASERJET FAX   17 Oct 2005 19:15

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-86

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6985-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CIUDAD JUAREZ, CHIH.

PACKING
2417509

FACTURA / INVOICE 2
039898-A

**CONDUMEX** DELPHI - (NBZ)
CABLE AUTOMOTRIZ

DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL

| No. Cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 531 | P4170068 |
| Fecha / Date | Orden de Venta / Order of Sale |
| 09/30/05 | J001120 |

Condiciones de pago / Payment Terms
60 DIAS CREDITO

Tipo de Cambio / Rate of Exchange
10.8495

| Vo. Bo. Embarque | Vo. Bo. Cont. |
|---|---|
| Nombre y Firma | Nombre y Firma |

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231

Embarque vía: / Ship to:
SU TRANSPORTE

Embarque / Package

2 TAMBOS T21.
47 OTROS
PESO NETO :: 3191.80KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Cliente / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 262-35 | M4775204 | 7151821ECR | 91.864 | MFT 09/29/0553 | PTP CABLE 16AWG BRICK BROWN | 13.571982 | 1246.77000 |
| 564-2 | M4775121 | 715200009ECR | 32.808 | MFT 09/29/0553 | PTP CABLE 20AWG BLACK/ WHITE | 9.047623 | 296.83800 |
| 568-33 | M4775150 | 715200200ECR | 65.617 | MFT 09/29/0553 | PTP Cable 20AWG Red / Black | 9.047623 | 593.67600 |
| 544-15 | M4775B22 | 715200509ECR | 32.808 | MFT 09/29/0553 | PTP Cable 20AWG Dark Green / White | 9.047623 | 296.83800 |
| 571-35 | M4775129 | 715200609ECR | 99.081 | MFT 09/29/0553 | PTP CABLE 20AWG DARK BLUE/ WHITE | 9.047623 | 896.45076 |
| 577-20 | M4775131 | 715202109ECR | 32.808 | MFT 09/29/0553 | PTP CABLE 20AWG BRICK BROWN / WHITE | 9.047623 | 296.83800 |
| 568-3 | M4775104 | 7152021ECR | 32.808 | MFT 09/29/0553 | PTP CABLE 20AWG BRICK BROWN | 9.047623 | 296.83800 |
| 575-B | M3380504 | 7161321ECR | 19.685 | MFT 09/29/0553 | PTP CABLE 13AWG BRICK BROWN | 39.196763 | 771.56980 |
| 382-3 | M3232652 | 719150215ECR | 13.780 | MFT 09/29/0553 | PTP CABLE 15AWG RED/LIGHT GREEN | 21.462615 | 295.74468 |
| 513-34 | M3232G88 | 719150916ECR | 14.764 | MFT 09/29/0553 | PTP CABLE 15AWG WHITE / LIGHT BLUE | 21.462615 | 316.86930 |
| 584-2 | M3232603 | 7191516ECR | 15.092 | MFT 09/29/0553 | PTP CABLE 15AWG LIGHT BLUE | 21.462615 | 323.91084 |
| 423-17 | M3232501 | 719170ECR | 18.045 | MFT 09/29/0553 | PTP CABLE 17AWG BLACK | 14.808922 | 267.22135 |
| 115-9 | M3232512 | 7191702ECR | 18.045 | MFT 09/29/0553 | PTP CABLE 17AWG RED | 14.808922 | 267.22135 |
| 516-5 | M3232565 | 719170700ECR | 18.045 | MFT 09/29/0553 | PTP CABLE 17AWG PURPLE / BLACK | 14.808922 | 267.22135 |

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:

| Importe Total / Amount: | |
|---|---|
| % I.V.A. TAX: | |
| TOTAL | |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

GRUPO CONDUMEX



CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.9
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-88

PLANTA JUAREZ
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juarez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-86

R.F.C. COR-800219-3KA
PITEX 85-027
No. CTA. REG. ESTATAL 6995-6
REG. DE EXP -IMP COR-800219-3KA

EXPEDIDA EN: CIUDAD JUAREZ, CHIH.
PACKING          FACTURA / INVOICE 3
2417509          039898-A

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL

| | |
|---|---|
| No. cliente / Customer number | 531 |
| Pedido del cliente / Purchase order | P4170068 |
| Fecha / Date | 09/30/05 |
| Orden de Venta / Order of Sale | J001120 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO |
| Tipo de Cambio / Rate of Exchange | 10.8495 |

Vo. Bo. Embarque          Vo. Bo. Cont.

Nombre y Firma          Nombre y Firma

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127.UEB
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque via: / Ship to:

Embarque / Package
2 TAMBOS T21,
47 OTROS
PESO NETO :  3191.80KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 14-2 | M3232450 | 719180200T21 | 31.496 | mft 09/29/0553 | PTP CABLE 18AWG BLACK/BLACK | 11.162996 | 351.59040 |
| 29-2 | M3232408 | 7191809T21 | 31.496 | mft 09/29/0553 | PTP CABLE 18AWG WHITE | 11.162996 | 351.59040 |
| 104-18 | M3232321 | 719200009ECR | 32.808 | 09/29/0553 | PTP CABLE 20AWG BLACK/ WHITE | 8.008559 | 262.74800 |
| 397-31 | M3232092 | 719200416ECR | 27.887 | 09/29/0553 | PTP CABLE 20AWG YELLOW / LIGHT BLUE | 8.008559 | 223.33580 |
| 119-103 | M3232314 | 7192004ECR | 32.808 | MFT 09/29/0553 | PTP CABLE 20AWG YELLOW | 8.008559 | 262.74800 |
| 299-44 | M3232334 | 719200809ECR | 66.223 | MFT 09/29/0553 | PTP CABLE 20AWG GRAY/ WHITE | 8.008559 | 530.75096 |
| 66-42 | M3232D07 | 719200816ECR | 32.808 | MFT 09/29/0553 | PTP CABLE 20AWG GRAY/ LIGHT BLUE | 8.008559 | 262.74800 |
| 62-79 | M3232308 | 7192009ECR | 65.617 | MFT 09/29/0553 | PTP CABLE 20AWG WHITE | 8.008559 | 525.49600 |
| 66-43 | M3232303 | 7192016ECR | 98.097 | MFT 09/29/0553 | PTP CABLE 20AWG LIGHT BLUE | 8.008559 | 785.61652 |

Premio
Nacional
de Tecnología
2 0 0 2

CATORCE MIL SEISCIENTOS CINCUENTA Y UN DLLS 14/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received.

Observaciones : / Remarks:

| | |
|---|---|
| Importe Total / Amount: | 14,651.14 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 14,651.14 |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

GRUPO CONDUMEX

P. 11

17 Oct 2005 19:18    HP LASERJET FAX



P. 12

17 Oct 2005 19:18    HP LASERJET FAX

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-88

R.F.C. COR-800219-3KA
PITEX 88-027

No. CTA. REG. ESTATAL 6985-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CIUDAD JUAREZ, CHIH.
PACKING      FACTURA / INVOICE 1
2417515      039901-A

**CORDAFLEX CABLE AUTOMOTRIZ**

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

Enviar a: / Ship to:

A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque vía: / Ship to:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

FISCAL

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 531 | P4170068 |
| Fecha / Date | Orden de Venta / Order of Sale |
| 09/30/05 | J001165 |
| Condiciones de pago / Payment Terms | Vo. Bo. Embarque | Vo. Bo. Cont. |
| 60 DIAS CREDITO | | |
| Tipo de Cambio / Rate of Exchange | | |
| 10.8495 | Nombre y Firma | Nombre y Firma |

Embarque / Package

1 OTROS
PESO NETO :      62.65KG
PESO BRUTO:

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 27 | M3232404 | 7191821ECR | 22.966 | MFT | MFT04170068 GPT CABLE 18AWG BRICK BROWN | 11.068508 | 254.19800 |

Premio
Nacional
de Tecnología
2 0 0 2

DOSCIENTOS CINCUENTA Y CUATRO DLLS 20/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones / Remarks:

| | |
|---|---|
| Importe Total / Amount | 254.20 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 254.20 |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THE INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-58

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 82557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-86

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 6685-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CIUDAD JUAREZ, CHIH.
PACKING    FACTURA / INVOICE 1
2417514    039902-A

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL

| No. cliente / Customer number | | 531 | Pedido del cliente / Purchase order | P4170068 |
|---|---|---|---|---|
| Fecha / Date | | 09/30/05 | Orden de Venta / Order of Sale | J001120 |
| Condiciones de pago / Payment Terms | | 60 DIAS CREDITO | Vo. Bo. Embarque | Vo. Bo. Cont. |
| Tipo de Cambio / Rate of Exchange | | 10.8495 | Nombre y Firma | Nombre y Firma |

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque vía: / Ship to:

Embarque / Package

85 OTROS
PESO NETO :   5405.87KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customers part No. | Cod go Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 253-10 | M4775401 | 7151500ECR | 14.764 | MFT 09/30/0553 | PTP Cable 15AWG Black | 23.768640 | 350.91495 |
| 161-9 | M4775347 | 715171209ECR | 18.045 | MFT 09/30/0553 | PTP Cable 17 AWG Pink / White | 16.557803 | 298.77925 |
| 156-24 | M4775310 | 7151712ECR | 18.045 | MFT 09/30/0553 | PTP Cable 17AWG Pink | 16.557803 | 298.77925 |
| 399-14 | M4775304 | 7151721ECR | 72.178 | MFT 09/30/0553 | PTP CABLE 17AWG BRICK BROWN | 16.557803 | 1195.11700 |
| 355-14 | M4775215 | 715180006ECR | 22.966 | MFT 09/30/0553 | PTP CABLE 18AWG GRAY / DARK BLUE | 13.571982 | 311.69250 |
| 291-22 | M4775250 | 715180200ECR | 22.966 | MFT 09/30/0553 | PTP CABLE 18AWG Red / Black | 13.571982 | 311.69250 |
| 291-22 | M4775253 | 715180209ECR | 22.966 | MFT 09/30/0553 | PTP CABLE 18AWG Red / White | 13.571982 | 311.69250 |
| 320-15 | M4775C22 | 715180509ECR | 22.966 | MFT 09/30/0553 | PTP CABLE 18AWG DARK GREEN/ WHITE | 13.571982 | 311.69250 |
| 273-25 | M4775229 | 715180609ECR | 68.898 | MFT 09/30/0553 | PTP CABLE 18AWG Dark Blue / White | 13.571982 | 935.07750 |
| 358-7 | M4775265 | 715180700ECR | 22.966 | MFT 09/30/0553 | PTP CABLE 18AWG PURPLE/ BLACK | 13.571982 | 311.69250 |
| 321-13 | M4775234 | 715180809ECR | 22.966 | MFT 09/30/0553 | PTP CABLE 18AWG GRAY/ WHITE | 13.571982 | 311.69250 |
| 558-5 | M4775208 | 7151809ECR | 22.966 | MFT 09/30/0553 | PTP Cable 18 AWG White | 13.571982 | 311.69250 |
| 337-13 | M4775203 | 7151816ECR | 22.966 | MFT 09/30/0553 | PTP CABLE 18AWG LIGHT BLUE | 13.571982 | 311.69250 |
| 419-13 | M4775C06 | 715182100ECR | 22.966 | MFT 09/30/0553 | PTP CABLE 18AWG BRICK BROWN / BLACK | 13.571982 | 311.69250 |

Recibo de Conformidad: / Conformity Received:    Observaciones: / Remarks:

| | Importe Total / Amount: | |
|---|---|---|
| | % I.V.A. TAX: | |
| Nombre y Firma | TOTAL | |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REQ. ESTATAL 6066-6
REG. DE EXP.-IMP COR-800219-3KA

**EXPEDIDA EN: CIUDAD JUAREZ, CHIH.**
PACKING        FACTURA / INVOICE 2
2417514              039902-A

DELPHI -(HBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL

**Enviar a: / Ship to:**
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

**Embarque vía: / Ship to:**

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| No. cliente / Customer number | |
|---|---|
| 531 | |

Pedido del cliente / Purchase order
P4170068

Fecha / Date  09/30/05

Orden de Venta / Order of Sale  J001120

Condiciones de pago / Payment Terms  60 DIAS CREDITO

Vo. Bo. Embarque
Nombre y Firma

Vo. Bo. Cont.
Nombre y Firma

Tipo de Cambio / Rate of Exchange  10.8495

Embarque / Package

85 OTROS
PESO NETO :
PESO BRUTO :        5405.87KG

| Partida / Item | Código Clientes / Customer part No. | Codigo Cordaflat / Cordaflat part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 275-20 | M4775231 | 715182109ECR | 22.966 | MFT 09/30/0553 | PTP CABLE 16AWG BRICK BROWN / WHITE | 13.571982 | 311.69250 |
| 564-3 | M4775121 | 715200009ECR | 36.089 | MFT 09/30/0553 | PTP CABLE 20AWG BLACK/ WHITE | 9.047623 | 326.52180 |
| 369-20 | M4775156 | 715200400ECR | 32.808 | MFT 09/30/0553 | PTP Cable 20AWG Yellow / Black | 9.047623 | 296.83800 |
| 347-14 | M4775147 | 715201209ECR | 33.465 | MFT 09/29/0553 | PTP CABLE 20AWG PINK/ WHITE | 9.047623 | 302.77476 |
| 377-21 | M4775131 | 715202109ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG BRICK BROWN / WHITE | 9.047623 | 296.83800 |
| 558-4 | M4775104 | 7152021ECR | 164.042 | MFT 09/30/0553 | PTP CABLE 20AWG BRICK BROWN | 9.047623 | 1484.19000 |
| 567-15 | M3380634 | 716110809ECR | 9.843 | MFT 09/30/0553 | PTP CABLE 11AWG GRAY / WHITE | 61.392787 | 604.25970 |
| 572-2 | M3380604 | 7161121ECR | 4.921 | MFT 09/30/0553 | PTP CABLE 11AWG BRICK BROWN | 61.392787 | 302.12985 |
| 535-4 | M3380549 | 716130709ECR | 9.843 | MFT 09/30/0553 | PTP CABLE 13AWG PURPLE/ WHITE | 39.196763 | 385.79490 |
| 567-22 | M3130160 | 717202104ECR | 32.808 | MFT 09/21/0553 | PTP CABLE 20AWG BRICK BROWN/YELLOW | 8.122006 | 266.47000 |
| 131-71 | M3232812 | 7191102ECR | 4.921 | MFT 09/21/0553 | PTP CABLE 11AWG RED | 52.975095 | 260.70420 |
| 131-70 | M3232812 | 7191102ECR | 24.606 | MFT 09/17/0553 | PTP CABLE 11AWG RED | 52.975095 | 1303.52100 |
| 152-59 | M3232715 | 719130016ECR | 9.843 | MFT 09/30/0553 | PTP CABLE 13AWG Black / Light Blue | 34.111114 | 335.73930 |
| 661-2 | M3232704 | 7191321ECR | 39.370 | MFT 09/30/0553 | PTP CABLE 13AWG BRICK BROWN | 34.111114 | 1342.95720 |

Recibo de Conformidad: / Conformity Received:

Observaciones : / Remarks:

| Importe Total / Amount: | |
|---|---|
| % I.V.A. TAX: | |
| TOTAL | |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

GRUPO CONDUMEX

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.5
Complejos, Qro. C.P. 78000 Apdo. Postal 17
Tels. (4) 228-08-00 Fax 225-17-66

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-86

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 6085-6
REG. DE EXP. IMP COR-800219-3KA

**EXPEDIDA EN: CIUDAD JUAREZ, CHIH.**

PACKING         FACTURA / INVOICE 3
2417514         039902-A

DELPHI -(HBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL

| | |
|---|---|
| No. cliente / Customer number | 531 |
| Pedido del cliente / Purchase order | P4170068 |
| Fecha / Date | 09/30/05 |
| Orden de Venta / Order of Sale | J001120 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO |
| Tipo de Cambio / Rate of Exchange | 10.8495 |

Vo. Bo. Embarque       Vo. Bo. Cont.

Nombre y Firma        Nombre y Firma

Embarque / Package

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque via: / Ship to:

85 OTROS
PESO NETO :      5405.87KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Cliente / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 622-3 | M3232656 | 719150400ECR | 14.764 | MFT 09/27/0553 | PTP CABLE 15AWG YELLOW/BLACK | 21.462615 | 316.86930 |
| 623-18 | M3232501 | 7191700ECR | 18.045 | MFT 09/30/0553 | PTP CABLE 17AWG BLACK | 14.808922 | 267.22135 |
| 615-10 | M3232512 | 7191702ECR | 18.045 | MFT 09/30/0553 | PTP CABLE 17AWG RED | 14.808922 | 267.22135 |
| 643-7 | M3232541 | 719170900ECR | 18.045 | MFT 09/28/0553 | PTP CABLE 17AWG WHITE / BLACK | 14.808922 | 267.22135 |
| 623-3 | M3232504 | 7191721ECR | 18.045 | MFT 09/30/0553 | PTP CABLE 17AWG BRICK BROWN | 14.808922 | 267.22135 |
| 594-2 | M3232001 | 719200006ECR | 32.808 | MFT 09/21/0553 | PTP CABLE 20AWG BLACK / DARK BLUE | 8.008559 | 262.74800 |
| 597-16 | M3232315 | 719200016ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG BLACK/ LIGHT BLUE | 8.008559 | 262.74800 |
| 597-15 | M3232315 | 719200016ECR | 32.808 | MFT 09/28/0553 | PTP CABLE 20AWG BLACK/ LIGHT BLUE | 8.008559 | 262.74800 |
| 619-104 | M3232314 | 7192004ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG YELLOW | 8.008559 | 262.74800 |
| 600-16 | M3232074 | 719200706ECR | 33.465 | MFT 09/21/0553 | PTP CABLE 20AWG PURPLE/ DARK BLUE | 8.008559 | 268.00296 |
| 619-81 | M3232027 | 7192007ECR | 32.808 | MFT 09/23/0553 | PTP CABLE 20AWG PURPLE | 8.008559 | 262.74800 |
| 619-82 | M3232027 | 7192007ECR | 66.273 | MFT 09/29/0553 | PTP CABLE 20AWG PURPLE | 8.008559 | 530.75096 |
| 561-2 | M3232333 | 719200800ECR | 32.677 | MFT 09/30/0553 | PTP CABLE 20AWG GRAY/ BLACK | 8.008559 | 261.69701 |
| 666-43 | M3232D07 | 719200816ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG GRAY/ LIGHT BLUE | 8.008559 | 262.74800 |

Recibo de Conformidad: / Conformity Received:

Observaciones : / Remarks:

| | |
|---|---|
| Importe Total / Amount: | |
| % I.V.A. TAX: | |
| TOTAL | |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS
TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS
INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE
CONDITIONS.

GRUPO CONDUMEX

P. 3

HP LASERJET FAX        17 Oct 2005 19:22

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-66

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 92567
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027
No. CTA. REG. ESTATAL 8586-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CIUDAD JUAREZ, CHIH.

| PACKING | FACTURA / INVOICE 4 |
|---|---|
| 2417514 | 039902-A |

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 531 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 09/30/05 | J001120 |

| Condiciones de pago / Payment Terms |
|---|
| 60 DIAS CREDITO |

| Tipo de Cambio / Rate of Exchange |
|---|
| 10.8495 |

Vo. Bo. Embarque          Vo. Bo. Cont.

Nombre y Firma            Nombre y Firma

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque vía: / Ship to:

Embarque / Package

85 OTROS
PESO NETO :   5405.87KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordatlex / Cordatlex/per No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 40-76 | M3232305 | 7192008ECR | 32.808 | MFT 09/29/0553 | PTP CABLE 20AWG GRAY | 8.008559 | 262.74800 |
| 40-77 | M3232305 | 7192008ECR | 65.617 | MFT 09/30/0553 | PTP CABLE 20AWG GRAY | 8.008559 | 525.49600 |
| 15-5 | M3232345 | 7192012001ECR | 32.808 | MFT 09/21/0553 | PTP CABLE 20AWG PINK/ BLACK | 8.008559 | 262.74800 |
| 15-6 | M3232345 | 7192012001ECR | 32.808 | MFT 09/22/0553 | PTP CABLE 20AWG PINK/ BLACK | 8.008559 | 262.74800 |
| 15-7 | M3232345 | 7192012001ECR | 32.808 | MFT 09/22/0553 | PTP CABLE 20AWG PINK/ BLACK | 8.008559 | 262.74800 |
| 63-82 | M3232310 | 7192012ECR | 121.391 | MFT 09/29/0553 | PTP CABLE 20AWG PINK | 8.008559 | 972.16760 |
| 00-44 | M3232339 | 719201500ECR | 32.808 | MFT 09/29/0553 | PTP CABLE 20AWG LIGHT GREEN/ BLACK | 8.008559 | 262.74800 |
| 00-45 | M3232339 | 719201500ECR | 65.617 | MFT 09/29/0553 | PTP CABLE 20AWG LIGHT GREEN/ BLACK | 8.008559 | 525.49600 |
| 34-85 | M3232022 | 719201509ECR | 32.808 | MFT 09/29/0553 | PTP CABLE 20AWG LIGHT GREEN/ WHITE | 8.008559 | 262.74800 |
| 24-105 | M3232307 | 7192015ECR | 65.617 | MFT 09/27/0553 | PTP CABLE 20AWG LIGHT GREEN | 8.008559 | 525.49600 |
| 153-100 | M3232332 | 719202102ECR | 65.617 | MFT 09/30/0553 | PTP CABLE 20AWG BRICK BROWN/ RED | 8.008559 | 525.49600 |
| 201-32 | M3232331 | 719202109ECR | 26.247 | MFT 09/22/0553 | PTP CABLE 20AWG BRICK BROWN/ WHITE | 8.008559 | 210.19840 |
| 151-116 | M3232304 | 7192021ECR | 164.042 | MFT 09/29/0553 | PTP CABLE 20AWG BRICK BROWN | 8.008559 | 1313.74000 |
| 85-19 | M3232203 | 7192216ECR | 51.181 | MFT 09/26/0553 | PTP CABLE 22AWG LIGHT BLUE | 6.586088 | 337.08324 |

VEINTICUATRO MIL DOSCIENTOS TREINTA Y OCHO DLLS 697100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones : / Remarks:

| | |
|---|---|
| Importe Total / Amount | 24,238.69 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 24,238.69 |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

GRUPO CONDUMEX

P. 4
HP LASERJET FAX        17 Oct 2005 19:23



**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Oro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32567
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-86

**R.F.C. COR-800219-3KA**
PTTEX 85-027

No. CTA. REG. ESTATAL 0985-8
REG. DE EXP.-MP COR-800219-3KA

EXPEDIDA EN: CIUDAD JUAREZ, CHIH.
PACKING 2417516   FACTURA / INVOICE 1   039903-A

DELPHI - (MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL

No. cliente / Customer number: 531
Pedido del cliente / Purchase order: P4170068
Fecha / Date: 09/30/05
Orden de Venta / Order of Sale: J001120
Condiciones de pago / Payment Terms: 60 DIAS CREDITO
Tipo de Cambio / Rate of Exchange: 10.8495

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque vía: / Ship to:

Vo. Bo. Embarque   Vo. Bo. Cont.
Nombre y Firma   Nombre y Firma

Embarque / Package
3 TAMBOS T21,
44 OTROS
PESO NETO : .   3317.97KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Client part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 52-59 | M3232715 | 719130016ECR | 9.843 | MFT 09/30/0553 | PTP Cable 13AWG Black / Light Blue | 34.111114 | 335.73930 |
| 61-2 | M3232704 | 7191321ECR | 177.165 | MFT 09/30/0553 | PTP CABLE 13AWG BRICK BROWN | 34.111114 | 6043.30740 |
| 81-5 | M3232653 | 719150209ECR | 14.764 | MFT 09/30/0553 | PTP CABLE 15AWG RED/WHITE | 21.462615 | 316.86930 |
| 8-117 | M3232604 | 7191521ECR | 103.346 | MFT 09/30/0553 | PTP CABLE 15AWG BRICK BROWN | 21.462615 | 2218.08510 |
| 44-3 | M3232450 | 719180200T21 | 31.496 | MFT 09/30/0553 | PTP CABLE 18AWG RED/BLACK | 11.162996 | 351.59040 |
| 48-2 | M3232449 | 719180709T21 | 31.496 | MFT 09/30/0553 | PTP CABLE 18AWG BRICK BROWN/ RED | 11.162996 | 351.59040 |
| 50-2 | M3232E88 | 719180916T21 | 31.496 | MFT 09/30/0553 | PTP CABLE 18AWG WHITE/ LIGHT BLUE | 11.162996 | 351.59040 |
| 97-16 | M3232315 | 719200016ECR | 32.808 | MFT 09/29/0553 | PTP CABLE 20AWG BLACK/ LIGHT BLUE | 8.008559 | 262.74800 |
| 19-104 | M3232314 | 7192004ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG YELLOW | 8.008559 | 262.74800 |
| 81-2 | M3232333 | 719200800ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG GRAY/ BLACK | 8.008559 | 262.74800 |
| 40-77 | M3232305 | 7192008ECR | 131.234 | MFT 09/30/0553 | PTP CABLE 20AWG GRAY | 8.008559 | 1050.99200 |
| 14-86 | M3232D22 | 719201509ECR | 65.617 | MFT 09/29/0553 | PTP CABLE 20AWG LIGHT GREEN/ WHITE | 8.008559 | 525.49600 |
| 14-85 | M3232D22 | 719201509ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG LIGHT GREEN/ WHITE | 8.008559 | 262.74800 |
| 24-106 | M3232307 | 7192015ECR | 32.808 | MFT 09/27/0553 | PTP CABLE 20AWG LIGHT GREEN | 8.008559 | 262.74800 |

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:

Importe Total / Amount:

% I.V.A. / TAX:

TOTAL

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODOS LOS
TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS
INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE
CONDITIONS.

GRUPO CONDUMEX

CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76600 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-58

PLANTA JUAREZ
Enrico Ferri No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32567
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-86

R.F.C. COR-800219-3KA
PITEX 86-027

No. CTA. REG. ESTATAL 6685-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CIUDAD JUAREZ. CHIH.
PACKING          FACTURA / INVOICE 2
2417516          039903-A

**CONDUMEX CABLE AUTOMOTRIZ**

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL

| | |
|---|---|
| No. cliente / Customer number | 531 |
| Fecha / Date | 09/30/05 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO |
| Tipo de Cambio / Rate of Exchange | 10.8495 |

Pedido del cliente / Purchase order  P4170068
Orden de Venta / Order of Sale  J001120

Vo. Bo. Embarque        Vo. Bo. Cont.

Nombre y Firma        Nombre y Firma

Embarque / Package

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

3 TAMBOS T2
44 OTROS
PESO NETO : 3317.97KG
PESO BRUTO:

Embarque vía: / Ship to:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 97-52 | M3232327 | 719201600ECR | 32.808 | MFT | 09/30/0553 | PTP CABLE 20AWG LIGHT BLUE/ BLACK | 8.008559 | 262.74800 |
| 53-100 | M3232332 | 719202102ECR | 65.617 | ME | 09/30/0553 | PTP CABLE 20AWG BRICK BROWN/ RED | 8.008559 | 525.49600 |
| 42-17 | M3232360 | 719202104ECR | 31.496 | ME | 09/29/0553 | PTP CABLE 20AWG BRICK BROWN/ YELLOW | 8.008559 | 252.23808 |
| 169-2 | M3232249 | 719220709ECR | 49.213 | | 09/30/0553 | PTP CABLE 22AWG PURPLE/WHITE | 6.586088 | 324.11850 |
| 43-2 | M3232247 | 719221209ECR | 49.213 | | 09/30/0553 | PTP CABLE 22AWG PINK/ WHITE | 6.586088 | 324.11850 |

Premio
Nacional
de Tecnología
2 0 0 2

CATORCE MIL QUINIENTOS CUARENTA Y SIETE DLLS 75/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones : / Remarks:

| | |
|---|---|
| Importe Total / Amount: | 14,547.75 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 14,547.75 |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

GRUPO CONDUMEX

LA REPRODUCCION NO AUTORIZADA DE ESTA FORMA CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

P. 6

HP LASERJET FAX        17 Oct 2005 19:24

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 220.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juarez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 6985-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CIUDAD JUAREZ, CHIH.
PACKING          FACTURA / INVOICE 1
2417517          039904-A

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

FISCAL

| No. cliente / Customer number | 531 | Pedido del cliente / Purchase order | P4170068 |
|---|---|---|---|
| Fecha / Date | 09/30/05 | Orden de Venta / Order of Sale | J001165 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO | Vo. Bo. Embarque | Vo. Bo. Cont. |
| Tipo de Cambio / Rate of Exchange | 10.8495 | Nombre y Firma | Nombre y Firma |

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231

Embarque vía: / Ship to:   SU TRANSPORTE

Embarque / Package

1 OTROS
PESO NETO :         62.65KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Codigo Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 58 | M3232404 | 7191821ECR | 22.966 | MFT | 4170068  HTP CABLE 18AWG BRICK BROWN | 11.068508 | 254.19800 |

Premio
Nacional
de Tecnología
2 0 0 2

DOSCIENTOS CINCUENTA Y CUATRO DLLS 20/100 USD
PAGO EN UNA SOLA EXHIBICION.

| Recibo de Conformidad: / Conformity Received: | Observaciones : / Remarks: | | Importe Total / Amount | 254.20 |
|---|---|---|---|---|
| | | | % I.V.A. TAX: | 0.00 |
| Nombre y Firma | LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS. | | TOTAL | 254.20 |

GRUPO CONDUMEX





CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76000 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

PLANTA JUAREZ
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6985-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING     0       FACTURA / INVOICE 1
039905

Vende CONDUMEX CABLE ANTIMONITEX

DELPHI-(DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                    RFC: EXP530

FISCAL
(PITEX 85-027)

| | |
|---|---|
| No. cliente / Customer number | Pedido del cliente / Purchase order |
| 530 | P4170068 |
| Fecha / Date | Orden de Venta / Order of Sale |
| 10/01/05 | J001121 |
| Condiciones de pago / Payment Terms | Vo. Bo. Embarque |
| 60 DIAS CREDITO | |
| Tipo de Cambio / Rate of Exchange | Vo. Bo. Cont. |
| 10.8495 | |

Enviar a: / Ship to:
José Iglesias
R.B.E. VII  PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231       RFC:
Embarque vía: / Ship to:  SU TRANSPORTE

Nombre y Firma

Embarque / Package

6 OTROS
PESO NETO :     435.80KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 17-141 | M3130504 | 7171321ECR | 29.528 | MFT 09/21/0553 | TP CABLE 13AWG  BRICK BROWN | 33.461890 | 988.04790 |
| 48-15 | M3130848 | 717200721ECR | 32.808 | MFT 09/26/0553 | TP CABLE 20AWG  PURPLE/ BRICK BROWN | 8.122006 | 266.47000 |
| 43-127 | M3232851 | 719110216ECR | 9.843 | MFT 09/26/0553 | TP CABLE 11AWG RED /LIGHT BLUE | 52.975095 | 521.40840 |

MX-8544.49.800

UN MIL SETECIENTOS SETENTA Y CINCO DLLS 93/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones / Remarks:
OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

| | |
|---|---|
| Importe Total / Amount | 1,775.93 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 1,775.93 |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

P.9

17 Oct 2005 19:26   HP LASERJET FAX

**CORDAFLEX, S.A. DE C.V.**

PLANTA JUAREZ

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 8985-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRD.

| PACKING | FACTURA / INVOICE 1 |
|---|---|
| 0 | 039906 |

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.          RFC:  RBE790127UE8

FISCAL

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231      RFC:

Embarque via: / Ship to:
SU TRANSPORTE

| No. cliente / Customer number | 531 | Pedido del cliente / Purchase order | P4170068 |
|---|---|---|---|
| Fecha / Date | 10/01/05 | Orden de Venta / Order of Sale | J001120 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO | Vo. Bo. Embarque | Vo. Bo. Cont. |
| Tipo de Cambio / Rate of Exchange | 10.8495 | Nombre y Firma | Nombre y Firma |

Embarque / Package

10 OTROS
PESO NETO :  626.24KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripcion / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 562-1 | M3380642 | 716110906ECR | 9.843 | MFT | PTP Cable 11AWG White / Dark Blue | 61.392790 | 604.25973 |
| 561-2 | M3232401 | 7191B00ECR | 24.606 | MFT | PTP CABLE 18AWG BLACK | 11.068510 | 272.35506 |
| 566-1 | M3232E06 | 719182100ECR | 45.932 | MFT | PTP CABLE 18AWG BRICK BROWN / BLACK | 11.068510 | 508.39611 |
| 568-70 | M3232D88 | 719200916ECR | 65.617 | MFT 09/17/0553 | PTP CABLE 20AWG WHITE/ LIGHT BLUE | 8.008559 | 525.49600 |
| 568-71 | M3232D88 | 719200916ECR | 65.617 | MFT 09/29/0553 | PTP CABLE 20AWG WHITE/ LIGHT BLUE | 8.008559 | 525.49600 |
| 500-45 | M3232339 | 719201500ECR | 32.808 | MFT 09/29/0553 | PTP CABLE 20AWG LIGHT GREEN/ BLACK | 8.008559 | 262.74800 |



Premio
Nacional
de Tecnología
2 0 0 2

DOS MIL SEISCIENTOS NOVENTA Y OCHO DLLS 77/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones : / Remarks:

| | |
|---|---|
| Importe Total / Amount | 2,698.77 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 2,698.77 |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODOS LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

Nombre y Firma

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.



CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km 20.5
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-06.01 Fax 225-17.66

PLANTA JUAREZ
Eje Vial Juan Gabriel Int. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-86

FISCAL

R.F.C. COR-800219-3KA
PITEX 85-027
No. CTA. REG. ESTATAL 8085-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING                    FACTURA / INVOICE 1
                           039911

Enviar a: / Ship to:
DELPHI - (MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                          RFC:     RBEF90L27UEB

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UEB
R.N.I.M. PITEX 93-231              RFC:
SU TRANSPORTE

No. cliente / Customer number: 531
Pedido del cliente / Purchase order: P417/0068
Orden de Venta / Order of Sale: J001120           0

Fecha / Date: 10/01/05          Vo. Bo. Embarque          Vo. Bo. Cont.

Condiciones de pago / Payment Terms: 60 DIAS CREDITO

Tipo de Cambio / Rate of Exchange: 10.8495
                                   Nombre y Firma          Nombre y Firma

1 OTROS
PESO NETO : 75.33KG
PESO BRUTO:
AMPARA REMISION # 1598

| Cantidad / Unidad | Cantidad / Unidad | Descripción / Description: | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|
| 9,843 | MTR/26/0553 | CTP CABLE 13AWG RED/LIGHT BLUE | 34.652347 | 341.06640 |

Premio
Nacional
de Tecnología

TRESCIENTOSCUARENTA Y UN DLS 07/100 USD
PAGO EN UNA SOLA EXHIBICION.

| | Importe / Amount | |
|---|---|---|
| % I.V.A. TAX: | | 0.00 |
| TOTAL | 341.07 | 341.07 |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE VENTA. ESCRITA AL REVERSO Y LA ACEPTACION Y RECEPCION DE ESTE INVOICE BY THE BUYER IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

Recibo de Conformidad: / Conformity Received:
Observaciones: / Remarks:

Nombre y Firma

P. 11

HP LASERJET FAX

17 Oct 2005 19:27

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES



| | | | | | | | |
|---|---|---|---|---|---|---|---|

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 220.8
Corregidora, Qro. C.P. 76000 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi Núm. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih, C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 85-027
No. CTA. REG. ESTATAL 6685-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING          FACTURA / INVOICE 1
0                039912

DELPHI - (DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                    RFC: EXP530

FISCAL
(PITEX 85-027)

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 530 | P4170068 |
| Fecha / Date | Orden de Venta / Order of Sale |
| 10/01/05 | J001121 |
| Condiciones de pago / Payment Terms | Vo. Bo. Embarque | Vo. Bo. Cont. |
| 60 DIAS CREDITO | | |
| Tipo de Cambio / Rate of Exchange | Nombre y Firma | Nombre y Firma |
| 10.8495 | | |

Envíar a: / Ship to:
Josó Iglesias
R.B.E. VII  PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UEB
R.N.I.M. PITEX 93-231        RFC:
Embarque vía: / Ship to:
SU TRANSPORTE

Embarque / Package

3 OTROS
PESO NETO :     246.15KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / Item | Codigo Clientes / Customer part No. | Cod go Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 7-83 | M3130550 | 717130200ECR | 9.843 | MFT 09/26/0553 | PTP Cable 13 AWG Red / Black | 34.003123 | 334.67640 |
| 13-134 | M3130551 | 717130216ECR | 9.843 | MFT 09/23/0553 | PTP CABLE 13AWG RED/ LIGHT BLUE | 34.003123 | 334.67640 |
| 13-135 | M3130551 | 717130216ECR | 9.843 | MFT 09/29/0553 | PTP CABLE 13AWG RED/ LIGHT BLUE | 34.003123 | 334.67640 |

MX-8544.49.800

Premio
Nacional
de Tecnología
2 0 0 2

UN MIL CUATRO DLLS 04/100 USD
PAGO EN UNA SOLA EXHIBICION

OPERACIÓN EFECTUADA EN LOS TERMINOS DE LO DISPUESTO POR LA REGLA 5.1.8

* Recibo de Conformidad: / Conformity Received:

Observaciones : / Remarks:

| | |
|---|---|
| Importe Total / Amount: | .1,004.04 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 1,004.04 |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

GRUPO CONDUMEX

P.12

17 Oct 2005 19:28   HP LASERJET FAX



**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 226-08-00 Fax 225-17-58

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-86

R.F.C. COR-800219-3KA
PITEX 85-027
No. CTA. REG. ESTATAL 6985-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING    FACTURA / INVOICE 1
0    039913

| | |
|---|---|
| Vendor / Vendedor: DELPHI-(X1)<br>DELPHI PACKARD ELECTRIC SYSTEM<br>GENERAL MOTORS CORPORATION<br>P.O. BOX 431<br>WARREN, OHIO 44486<br>WARREN OH 44486    RFC: EXP520 | FISCAL<br>(PITEX 85-027) |

No. cliente / Customer number: 520
Pedido del cliente / Purchase order: P4170068
Fecha / Date: 10/01/05
Orden de Venta / Order of Sale: J000768
Condiciones de pago / Payment Terms: 60 DIAS CREDITO
Vo. Bo. Embarque
Vo. Bo. Cont.
Tipo de Cambio / Rate of Exchange: 10.8495

Nombre y Firma    Nombre y Firma

Enviar a: / Ship to: H. Morales
R.B.E. IX PLANTA 3700
Ave. Tec. y Juan Kleper # 6915
Fracc. Marquiz
R.F.C. RBE 790127 UE8    RFC:
R.N.I.M. PITEX 93-231    R.N.I.M. PITEX 93-231
Embarque via: / Ship to: SU TRANSPORTE

Embarque / Package

9 TAMBOS T21,

PESO NETO :    707.47KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Codigo Clientes / Customer part No. | Cod. de Cordaflex / Cordaflex part No. | Cantidad / Cantid. | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 33-57 | M3089G19 | 955140206t21 | 12.205 | mft | 09/30/0552 | PTP Cable 14AWG Red/Dark Blue | 29.957787 | 365.62652 |
| 10-265 | M3089653 | 955140209T21 | 23.491 | mft | 09/30/0552 | PTP Cable 14AWG Red/White | 29.957787 | 703.73277 |
| 45-38 | M3089668 | 955140405T21 | 13.123 | mft | 09/30/0552 | PTP Cable 14AWG yellow/dark green | 29.957787 | 393.14680 |
| 46-35 | M3089636 | 955140504T21 | 11.811 | mft | 09/30/0552 | PTP Cable 14AWG Dark Green/Yellow | 29.957787 | 353.83212 |
| 16-162 | M3089G03 | 955140600T21 | 11.778 | mft | 09/30/0552 | PTP Cable 14AWG Dark Blue/Black | 29.957787 | 352.84925 |
| 51-55 | M3089G04 | 955140602T21 | 13.123 | mft | 09/30/0552 | PTP Cable 14AWG Dark Blue/Red | 29.957787 | 393.14680 |
| 48-78 | M3089682 | 955140902T21 | 11.942 | mft | 09/30/0552 | PTP Cable 14AWG White/Red | 29.957787 | 357.76359 |
| 58-1 | M3075C11 | 975180906T21 | 22.966 | MFT | | PTP Cable 18AWG White/Dark Blue | 15.042856 | 345.47240 |

Premio
Nacional
de Tecnología
2 0 0 2

TRES MIL DOSCIENTOS SESENTA Y CINCO DLLS 57/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones : / Remarks:
OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

| Importe Total / Amount: | 3,265.57 |
|---|---|
| % I.V.A. TAX: | 0.00 |
| TOTAL | 3,265.57 |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDA LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

GRUPO CONDUMEX

P. 13

HP LASERJET FAX          17 Oct 2005 19:29

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17·
Tels. (4) 225-08-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6685-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

| PACKING | FACTURA / INVOICE 1 |
|---|---|
| 0 | 039914 |

DELPHI-(DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                  RFC: EXP530

**FISCAL**
(PITEX 85-027)

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 530 | P4170068 |
| Fecha / Date | Orden de Venta / Order of Sale |
| 10/01/05 | J001121 |
| Condiciones de pago / Payment Terms | Vo. Bo. Embarque | Vo. Bo. Cont. |
| 60 DIAS CREDITO | | |
| Tipo de Cambio / Rate of Exchange | | |
| 10.8495 | Nombre y Firma | Nombre y Firma |

Enviar a: / Ship to:

JosÓ Iglesias
R.B.E. VII PLANTA 3200
Ave. Principal
Parque Ind. RÚo Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231    RFC:
SU TRANSPORTE

Embarque vía: / Ship to:

Embarque / Package

47 OTROS
PESO NETO :    3143.53KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 7-83 | M3130550 | 717130200ECR | 9.843 | MFT 09/26/0553 | PTP Cable 13 AWG Red / Black | 34.003123 | 334.67640 |
| 13-135 | M3130551 | 717130216ECR | 29.528 | MFT 09/29/0553 | PTP CABLE 13AWG RED/ LIGHT BLUE | 34.003123 | 1004.02920 |
| 45-46 | M3130540 | 717131504ECR | 10.466 | MFT 09/26/0553 | PTP CABLE 13AWG LIGHT GREEN/ YELLOW | 34.003123 | 355.87257 |
| 17-141 | M3130504 | 7171321ECR | 39.370 | MFT 09/21/0553 | PTP. CABLE 13AWG BRICK BROWN | 34.003123 | 1338.70560 |
| 17-144 | M3130504 | 7171321ECR | 19.685 | MFT 09/26/0553 | PTP CABLE 13AWG BRICK BROWN | 34.003123 | 669.35280 |
| 90-48 | M3130191 | 717200204ECR | 32.808 | MFT 09/28/0553 | .PTP CABLE 20AWG RED/ YELLOW | 8.234325 | 270.15500 |
| 18-81 | M3130152 | 717200215ECR | 32.808 | MFT 09/28/0553 | PTP CABLE 20AWG RED/ LIGHT GREEN | 8.234325 | 270.15500 |
| 90-16 | M3130197 | 717200402ECR | 32.808 | MFT 09/29/0553 | PTP CABLE 20AWG YELLOW/ RED | 8.234325 | 270.15500 |
| 33-1 | M3130B48 | 717200721ECR | 33.793 | MFT | PTP CABLE 20AWG PURPLE/ BRICK BROWN | 8.234325 | 278.25965 |
| 53-130 | M3130135 | 717200802ECR | 65.617 | MFT 09/28/0553 | PTP CABLE 20AWG GRAY/ RED | 8.234325 | 540.31000 |
| 53-131 | M3130135 | 717200802ECR | 131.234 | MFT 09/28/0553 | PTP CABLE 20AWG GRAY/ RED | 8.234325 | 1080.62000 |
| 179-46 | M3130B50 | 717200921ECR | 33.793 | MFT 09/28/0553 | PTP CABLE 20AWG WHITE/ BRICK BROWN | 8.234325 | 278.25965 |
| 133-104 | M3130001 | 7172200ECR | 137.795 | MFT 09/29/0553 | PTP CABLE 22AWG BLACK | 6.218195 | 856.83780 |
| 134-63 | M3130A17 | 717220408ECR | 42.651 | MFT 09/28/0553 | PTP CABLE 22AWG YELLOW/ GRAY | 6.218195 | 265.21170 |

de Tecnología
2 0 0 2

| Recibo de Conformidad: / Conformity Received: | Observaciones : / Remarks: | | |
|---|---|---|---|
| | | Importe Total / Amount: | |
| | | % I.V.A. TAX: | |
| Nombre y Firma | LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. I THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS. | TOTAL | |

GRUPO CONDUMEX

P. 14

HP LASERJET FAX          17 Oct. 2005 19:30



**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 226-08-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-86, 82-30-87 Fax. 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6085-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING     FACTURA / INVOICE 2
0           039914

Vende a: / Sold to:
DELPHI-(DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                    RFC: EXP530

FISCAL
(PITEX 85-027)

| | |
|---|---|
| No. cliente / Customer number | 530 |
| Pedido del cliente / Purchase order | P4170068 |
| Fecha / Date | 10/01/05 |
| Orden de Venta / Order of Sale | J001121 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO |
| Vo. Bo. Embarque | |
| Vo. Bo. Cont. | |
| Tipo de Cambio / Rate of Exchange | 10.8495 |

Nombre y Firma     Nombre y Firma

Enviar a: / Ship to:
JosO Iglesias
R.B.E. VII  PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231      RFC:
SU TRANSPORTE

Embarque via: / Ship to:



Embarque / Package

47 OTROS
PESO NETO :      3143.53KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Codigo Clientes / Customer part No. | Codigo Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|---|
| 63-88 | M3130A9I | 717220415ECR | 45.604 | MFT | 09/28/0553 | PTP CABLE 22AWG YELLOW/ LIGHT GREEN | 6.218195 | 283.57251 |
| 25-95 | M3130095 | 717220421ECR | 41.010 | MFT | 09/26/0553 | PTP CABLE 22AWG YELLOW/ BRICK BROWN | 6.218195 | 255.01125 |
| 11-43 | M3130064 | 717220907ECR | 41.010 | MFT | 09/29/0553 | PTP CABLE 22AWG WHITE/ PURPLE | 6.218195 | 255.01125 |
| 46-2 | M3130029 | 717221609ECR | 45.604 | MFT | 09/29/0553 | PTP CABLE 22AWG LIGHT BLUE/ WHITE | 6.218195 | 283.57251 |
| 40-135 | M3130A06 | 717222100ECR | 44.291 | MFT | 09/29/0553 | PTP CABLE 22AWG BRICK BROWN/ BLACK | 6.218195 | 275.41215 |
| 69-104 | M3232J14 | 719110207ECR | 4.921 | MFT | 09/21/0553 | PTP CABLE 11AWG RED/ PURPLE | 53.864867 | 265.08300 |
| 69-101 | M3232J14 | 719110207ECR | 4.921 | MFT | 09/14/0553 | PTP CABLE 11AWG RED/ PURPLE | 53.864867 | 265.08300 |
| 69-102 | M3232J14 | 719110207ECR | 4.921 | MFT | 09/17/0553 | PTP CABLE 11AWG RED/ PURPLE | 53.864867 | 265.08300 |
| 69-103 | M3232J14 | 719110207ECR | 4.921 | MFT | 09/20/0553 | PTP CABLE 11AWG RED/ PURPLE | 53.864867 | 265.08300 |
| 43-127 | M3232851 | 719110216ECR | 19.685 | MFT | 09/26/0553 | PTP CABLE 11AWG RED /LIGHT BLUE | 53.864867 | 1060.33200 |
| 593-136 | M3232812 | 7191102ECR | 19.685 | MFT | 09/17/0553 | PTP CABLE 11AWG RED | 53.864867 | 1060.33200 |
| 93-135 | M3232812 | 7191102ECR | 19.685 | MFT | 09/16/0553 | PTP CABLE 11AWG RED | 53.864867 | 1060.33200 |

MX-8544.49.800

TRECE MIL CUATROCIENTOS SEIS DLLS 507100 USD
PAGO EN UNA SOLA EXHIBICION

Reciba de Conformidad: / Conformity Received:

Observaciones / Remarks
OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

| | |
|---|---|
| Importe Total / Amount: | 13,406.50 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 13,406.50 |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

Premio
Nacional
de Tecnología
2 0 0 2

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-58

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

R.F.C. COR-800219-3KA
PITEX 86-027

No. CTA. REQ. ESTATAL 6085-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING 0    FACTURA / INVOICE 1
039915

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                RFC: RBE790127UE8

FISCAL

EnViar a / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231        RFC:
Embarque via: / Ship to:  SU TRANSPORTE

| No. cliente / Customer number | | Pedido del cliente / Purchase order |
|---|---|---|
| 531 | | P4170068 |
| Fecha / Date | | Orden de Venta / Order of Sale |
| 10/01/05 | | J001120 |
| Condiciones de paga / Payment Terms | Vo. Bo. Embarque | Vo. Bo. Cont. |
| 60 DIAS CREDITO | | |
| Tipo de Cambio / Rate of Exchange | | |
| 10.8495 | Nombre y Firma | Nombre y Firma |

Embarque / Package
1 TAMBOS T21.
14 OTROS
PESO NETO : 1062.75KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Designation | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 44-21 | M4775257 | 715180506ECR | 22.966 | MFT 09/30/0553 | PTP CABLE 18AWG DARK GREEN/ DARK BLUE | 13.754253 | 315.87850 |
| 62-36 | M4775204 | 715182TECR | 45.932 | MFT 09/30/0553 | PTP CABLE 18AWG BRICK BROWN | 13.754253 | 631.75700 |
| 67-15 | M3380634 | 716110809ECR | 9.843 | MFT 09/30/0553 | PTP CABLE 11AWG GRAY / WHITE | 62.282559 | 613.01730 |
| 60-30 | M3232751 | 719130216ECR | 9.843 | MFT 09/30/0553 | PTP CABLE 13AWG RED/LIGHT BLUE | 34.652347 | 341.06640 |
| 68-2 | M3232708 | 7191309ECR | 19.685 | MFT 09/28/0553 | PTP CABLE 13AWG WHITE | 34.652347 | 682.13280 |
| 68-3 | M3232708 | 7191309ECR | 9.843 | MFT 09/30/0553 | PTP CABLE 13AWG WHITE | 34.652347 | 341.06640 |
| 78-54 | M3232H06 | 719132100ECR | 29.528 | MFT 09/30/0553 | PTP CABLE 13AWG BRICK BROWN / BLACK | 34.652347 | 1023.19920 |
| 83-1 | M3232433 | 719180800ECR | 22.966 | MFT | PTP CABLE 18AWG GRAY/BLACK | 11.227339 | 257.84570 |
| 52-3 | M3232E22 | 719181509T21 | 31.496 | MFT 09/30/0553 | PTP CABLE 18AWG BRICK BROWN/ RED | 11.321827 | 356.59296 |
| 97-52 | M3232327 | 719201600ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG LIGHT BLUE/ BLACK | 8.122006 | 266.47000 |

Premio
Nacional
de Tecnología
2 0 0 2

CUATRO MIL OCHOCIENTOS VEINTINUEVE DLLS 04/100 USD
PAGO EN UNA SOLA EXHIBICION.

| Recibo de Conformidad: / Conformity Received: | Observaciones: / Remarks: | | |
|---|---|---|---|
| | | Importe Total / Amount: | 4,829.04 |
| | | % I.V.A. TAX: | 0.00 |
| Nombre y Firma | LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS. | TOTAL | 4,829.04 |

P.15

HP LASERJET FAX    17 Oct 2005 19:31

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 290.6
Comgidoro, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-60-00 Fax 225-17-50

PLANTA JUAREZ
Enrico Fermi No. 1400 Parq. Ind. Rio Bravo
Cd. Juarez, Chih. C.P. 32557
Tels. (16) 62-50-50, 62-50-57 Fax. 62-50-60

R.F.C. COR-8002218-3KA
PITEX 85-027

No. cliente / Customer Number
531

Fecha / Date
10/01/05

Condiciones de pago / Payment Terms
60 DIAS CREDITO

Tipo de Cambio / Rate of Exchange
10.8495

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING
0

FACTURA / INVOICE  1
039916

No. CTA. REG. ESTATAL 6085-A
REG. DE EXP. AUT. COR-800218-3KA

R.F.C. COR-8002218-3KA
PITEX 85-027

FISCAL

Premio
Nacional
de Tecnología

Pedido del cliente / Purchase order
P41700068

Orden de Venta / Order of Sale
J001165

Vo. Bo. Embarque

Nombre y Firma

Vo. Bo. Cont.

Nombre y Firma

Embarcar vía: / Ship via:
SU TRANSPORTE

Enviar a: / Ship to:
A. RAMOS
R8E IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. R8E 790127 UE8
R.M.I.M. PITEX 93-231   RFC:

DELPHI -(M82)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                       RFC: R8E790127UE8

| Partida / Item | Código Cliente / Customer part No. | Contribuyente Autorizado para Imprimir sus Propios Comprobantes / Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|
| M232404 | 7191821ECR | 22.966 | MFT PER70068 | CTP CABLE 18AWG BRICK BROWN | 11.227339 | 257.85 |

DOSCIENTOS CINCUENTA Y SIETE DLLS 85/100 USD
PAGO EN UNA SOLA EXHIBICION.

1 OTROS
PESO NETO :
PESO BRUTO:  62.65KG

| | Importe Total / Amount |
|---|---|
| | 257.85 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 257.85 |

257.84570

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS
TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUYENDO LA DE LA PARTE DE ATRAS Y INSCRITOS DE ESTA
INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE
CONDITIONS.

Recibo de Conformidad: / Conformity Received.
Nombre y Firma

Observaciones : / Remarks:

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 220.5
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-03-01 Fax 225-17-66

PLANTA JUAREZ
Eplico Ferml No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-80, 82-30-07 Fax 82-30-08

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6066-9
REG. DE EXP. IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING                    FACTURA / INVOICE 1
0                          039919
                           PA170068

FISCAL

Delphi - (N&Z)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                     RFC: RBE790127UEB

Enviar a: / Ship to:

A. RANDS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UEB
R.N.I.M. PITEX 93-231
SU TRANSPORTE             RFC:

| No. Cliente / Customer number | 531 |
| Fecha / Date | 10/03/05 |

Condiciones de pago / Payment terms
60 DIAS CREDITO

Tipo de Cambio / Rate of Exchange
10.8495

1 OTROS
PESO NETO : 
PESO BRUTO:        67.13KG

Pedido del cliente / Purch. Order
Orden de Venta / Order of Sale  J001120

Embarque / Package

| Partida / Item | Código / Customer Item | Cantidad / Quanity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|
| M232401 | 7191B00ECR | 24,606 | MT | CBP CABLE 18AWG BLACK Premio Nacional de Tecnología 2 0 0 2 | 11.227340 | 276.26320 |

DOSCIENTOS SETENTA Y SEIS DLLS 26/100 USD
PAGO EN UNA SOLA EXHIBICION.

| | Importe Total / Amount |
|---|---|
| | 276.26 |
| % I.V.A. / TAX: | 0.00 |
| TOTAL | 276.26 |

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

Recibo de Conformidad / Conformity Received:

Nombre y Firma

Observaciones / Remarks:

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLIES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-55

PLANTA JUAREZ
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 8685-8
REG. DE EXP. IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

PACKING    FACTURA / INVOICE 1
0          039920

**FISCAL**
(PITEX 85-027)

DELPHI-(DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                    RFC: EXP530

Enviar a: / Ship to:
José Iglesias
R.B.E. VII  PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231        RFC:
Embarque vía: / Ship to:
SU TRANSPORTE

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 530 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/03/05 | J001121 |

| Condiciones de pago / Payment Terms | Vo. Bo. Embarque | Vo. Bo. Cont. |
|---|---|---|
| 60 DÍAS CRÉDITO | | |

| Tipo de Cambio / Rate of Exchange | | |
|---|---|---|
| 10.8495 | Nombre y Firma | Nombre y Firma |

Embarque / Package

5 OTROS
PESO NETO : 410.25KG
PESO BRUTO:

| Partida / Item | Código Cliente / Customer part No. | Código Confable / Countable part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 3-140 | N3130515 | 717130016ECR | 29.528 | MFT | 23/0553   STP CABLE 13AWG BLACK/ LIGHT BLUE | 34.003123 | 1004.02920 |
| 3-141 | N3130515 | 717130016ECR | 19.685 | MFT | 26/0553   STP CABLE 13AWG BLACK/ LIGHT BLUE | 34.003123 | 669.35280 |

Premio
Nacional
de Tecnología
2 0 0 2

MX-8544.49.800

UN MIL SETECIENTOS SETENTA Y TRES DLLS 38/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones / Remarks:
OPERACIÓN EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

| Importe Total / Amount | 1,673.38 |
|---|---|
| % I.V.A. TAX: | 0.00 |
| TOTAL | 1,673.38 |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES ITS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

GRUPO CONDUMEX

P.1    HP LASERJET FAX    17 Oct 2005 19:35

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.5
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32567
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6985-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

PACKING 0    FACTURA / INVOICE 1    039923

DELPHI (DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                    RFC: EXP530

FISCAL
(PITEX 85-027)

| | |
|---|---|
| No. cliente / Customer number | 530 |
| Fecha / Date | 10/03/05 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO |
| Tipo de Cambio / Rate of Exchange | 10.8495 |

Pedido del cliente / Purchase order
P4170068

Orden de Venta / Order of Sale
J001121

Vo. Bo. Embarque          Vo. Bo. Cont.

Nombre y Firma          Nombre y Firma

Enviar a: / Ship to:
José Iglesias
R.B.E. VII  PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231    RFC:
SU TRANSPORTE

Embarque vía: / Ship to:

Embarque / Package

2 OTROS
PESO NETO :    147.69KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes.

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 23-67 | M3130553 | 717130209ECR | 7,874 | MFT 09/26/0553 | TP CABLE 13AWG RED/ WHITE | 34.003123 | 267.74112 |
| 15-113 | M3130F22 | 717131509ECR | 9,843 | MFT 09/26/0553 | TP CABLE 13AWG LIGHT GREEN/ WHITE | 34.003123 | 334.67640 |

MX 8544.49.800

Premio
Nacional
de Tecnología
2 0 0 2

SEISCIENTOS DOS DLLS 42/100 USD.
PAGO EN UNA SOLA EXHIBICION.

OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

Recibo de Conformidad: / Conformity Received:

Observaciones / Remarks:

| | |
|---|---|
| Importe Total / Amount | 602.42 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 602.42 |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

GRUPO CONDUMEX

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-58

**PLANTA JUAREZ**
Entca Ferml No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 85-027
No. CTA. REG. ESTATAL 6065-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING          FACTURA / INVOICE 1
0                039924

| | |
|---|---|
| **DELPHI - (DIN)** DELPHI PACKARD ELECTRIC SYSTEM GENERAL MOTORS CORPORATION P.O. BOX 431 WARREN OH 44485 U.S.A.          RFC: EXP530 | FISCAL (PITEX 85-027) |

José Iglesias
R.B.E. VII  PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231          RFC:
Embarque vía: / Ship to:          SU TRANSPORTE

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 530 | P4170068 |
| **Fecha / Date** 10/04/05 | **Orden de Venta / Order of Sale** J001121 |
| **Condiciones de pago / Payment Terms** 60 DIAS CREDITO | Vo. Bo. Embarque          Vo. Bo. Cont. |
| **Tipo de Cambio / Rate of Exchange** 10.7907 | Nombre y Firma          Nombre y Firma |

Embarque / Package

6 TAMBOS T21.
104 OTROS
PESO NETO :     7956.92KG
PESO BRUTO:



Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Cliente / Customer part # | Código Condumex / Condumex part # | Cantidad / Quantity | Unidad / Unit | | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|---|
| 97-120 | M3130520 | 717130002ECR | 39.370 | MFT | 09/26/0553 | PTP CABLE 13AWG BLACK/ RED | 34.003123 | 1338.70560 |
| 97-121 | M3130520 | 717130002ECR | 29.528 | MFT | 09/29/0553 | PTP CABLE 13AWG BLACK/ RED | 34.003123 | 1004.02920 |
| 1-76 | M3130523 | 717130004ECR | 9.843 | MFT | 09/26/0553 | PTP CABLE 13AWG BLACK/ YELLOW | 34.003123 | 334.67640 |
| 533-4 | M3130519 | 717130015ECR | 19.357 | MFT | 10/03/0553 | PTP CABLE 13AWG BLACK/ LIGHT GREEN | 34.003123 | 658.19692 |
| 4-134 | M3130F33 | 717130021ECR | 29.528 | MFT | 10/03/0553 | PTP CABLE 13AWG BLACK/ BRICK BROWN | 34.003123 | 1004.02920 |
| 467-30 | M3130591 | 717130204ECR | 19.685 | MFT | 09/27/0553 | PTP CABLE 13AWG RED/ YELLOW | 34.003123 | 669.35280 |
| 9-106 | M3130F14 | 717130207ECR | 39.370 | MFT | 09/30/0553 | PTP CABLE 13AWG RED/ PURPLE | 34.003123 | 1338.70560 |
| 823-67 | M3130553 | 717130209ECR | 9.843 | MFT | 09/26/0553 | PTP CABLE 13AWG RED/ WHITE | 34.003123 | 334.67640 |
| 100-77 | M3130F91 | 717130415ECR | 9.843 | MFT | 09/29/0553 | PTP CABLE 13AWG YELLOW/ LIGTH GREEN | 34.003123 | 334.67640 |
| 100-76 | M3130F91 | 717130415ECR | 9.843 | MFT | 09/29/0553 | PTP CABLE 13AWG YELLOW/ LIGTH GREEN | 34.003123 | 334.67640 |
| 101-118 | M3130F59 | 717130916ECR | 19.685 | MFT | 10/03/0553 | PTP CABLE 13AWG WHITE/ LIGHT BLUE | 34.003123 | 669.35280 |
| 102-73 | M3130579 | 717131507ECR | 9.843 | MFT | 09/29/0553 | PTP CABLE 13AWG LIGHT GREEN/ PURPLE | 34.003123 | 334.67640 |
| 15-113 | M3130F22 | 717131509ECR | 9.843 | MFT | 09/26/0553 | PTP CABLE 13AWG LIGHT GREEN/ WHITE | 34.003123 | 334.67640 |
| 17-144 | M3130504 | 7171321ECR | 49.213 | MFT | 09/26/0553 | PTP CABLE 13AWG BRICK BROWN | 34.003123 | 1673.38200 |

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:

| Importe Total / Amount | |
|---|---|
| % I.V.A. TAX: | |
| TOTAL | |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO, / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

GRUPO CONDUMEX

P. 3

17 Oct 2005 19:35    HP LASERJET FAX

**CONDUMEX CABLE AUTOMOTRIZ**

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 57.
Tels. (4) 225-06-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi Num. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32567
Tels. (16) 82-30-86, 82-30-87 Fax 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 6985-6
REG. DE EXP. -INP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

| PACKING | FACTURA / INVOICE 2 |
|---|---|
| 0 | 039924 |

**DELPHI-(DIN)**
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.
RFC: EXP530

Enviar a: / Ship to:
José Iglesias
R.B.E. VII PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.N. PITEX 93-231
RFC:

Embarque vía: / Ship to:
SU TRANSPORTE

**FISCAL**
(PITEX 85-027)

| No. cliente / Customer number | 530 | Pedido del cliente / Purchase order | P4170068 |
|---|---|---|---|

| Fecha / Date | 10/04/05 | Orden de Venta / Order of Sale | J001121 |

| Condiciones de pago / Payment Terms | 60 DIAS CREDITO | Vo. Bo. Embarque | Vo. Bo. Cont. |

| Tipo de Cambio / Rate of Exchange | 10.7907 | Nombre y Firma | Nombre y Firma |

Embarque / Package
6 TAMBOS T21,
104 OTROS
PESO NETO : 7956.92KG
PESO BRUTO :

Contribuyente Autorizado para Imprimir sus Propios Comprobantes.

| Partida / ITEM | Codigo Clientes / Custemer part No. | Codigo Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripcion / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 17-146 | M3130504 | 7171321ECR | 19,685 | MFT 09/29/0553 | PTP CABLE 13AWG  BRICK BROWN | 34.003123 | 669.35280 |
| 17-148 | M3130504 | 7171321ECR | 48.556 | MFT 10/03/0553 | PTP CABLE 13AWG  BRICK BROWN | 34.003123 | 1651.07024 |
| 17-145 | M3130504 | 7171321ECR | 29.528 | MFT 09/27/0553 | PTP CABLE 13AWG  BRICK BROWN | 34.003123 | 1004.02920 |
| 22-143 | M3130404 | 7171521ECR | 44.291 | MFT 10/03/0553 | PTP CABLE 15AWG BRICK BROWN | 21.336123 | 945.00540 |
| 155-55 | M3130C49 | 717170204ECR | 17.717 | MFT 10/03/0553 | PTP CABLE 17AWG RED/ YELLOW | 14.642928 | 259.42194 |
| 26-4 | M3130249 | 717180708ECR | 24.606 | MFT 09/26/0553 | PTP CABLE 18AWG PURPLE/ GRAY | 12.013174 | 295.59975 |
| 90-50 | M3130191 | 717180709T21 | 22.966 | MFT 09/29/0553 | PTP CABLE 18 AWG PURPLE/WHITE | 12.013174 | 275.89310 |
| 78-66 | M3130151 | 717200204ECR | 32.808 | MFT 10/03/0553 | PTP CABLE 20AWG  RED/ YELLOW | 8.234325 | 270.15500 |
| 95-4 | M3130156 | 717200400ECR | 65.617 | MFT 09/28/0553 | PTP CABLE 20AWG  RED/ LIGHT BLUE | 8.234325 | 540.31000 |
| 96-4 | M3130195 | 717200421ECR | 32.808 | MFT 10/03/0553 | PTP CABLE 20AWG YELLOW/ BLACK | 8.234325 | 270.15500 |
| 0-112 | M3130114 | 7172004ECR | 32.808 | MFT 10/03/0553 | PTP CABLE 20AWG YELLOW/ BRICK BROWN | 8.234325 | 270.15500 |
| 51-46 | M3130B49 | 717200708ECR | 26.247 | MFT 09/29/0553 | PTP CABLE 20AWG YELLOW | 8.234325 | 216.12400 |
| 191-42 | M3130B23 | 717200715ECR | 32.808 | MFT 10/03/0553 | PTP CABLE 20AWG PURPLE/ GRAY | 8.234325 | 270.15500 |
| | | | | | PTP CABLE 20AWG PURPLE/ LIGHT GREEN | 8.234325 | 270.15500 |

Recibo de Conformidad: / Conformity Received:

Observaciones : / Remarks

| Importe Total / Amount | |
|---|---|
| % I.V.A. TAX: | |
| TOTAL | |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODOS LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

GRUPO CONDUMEX

P. 4

HP LASERJET FAX    17 Oct 2005 19:36



P. 5

HP LASERJET FAX

17 Oct 2005 19:37

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq Ind: Río Bravo
Cd. Juarez, Chih. C.P. 32667
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027
No. CTA. REG. ESTATAL 6985-6
REG. DE EXP.-IMP COR-800219-3KA

**EXPEDIDA EN: CORREGIDORA, QRO.**
PACKING 0    FACTURA / INVOICE 3  039924

Vende a: / (DIN)
**DELPHI-(DIN)**
**DELPHI PACKARD ELECTRIC SYSTEM**
**GENERAL MOTORS CORPORATION**
**P.O. BOX 431**
**WARREN OH 44486**
**U.S.A.**                    RFC: EXP530

.FISCAL
(PITEX 85-027)

| | |
|---|---|
| No. cliente / Customer number | Pedido del cliente / Purchase order |
| 530 | P4170068 |
| Fecha / Date | Orden de Venta / Order of Sale |
| 10/04/05 | J001121 |
| Condiciones de pago / Payment Terms | Vo. Bo. Embarque |
| 60 DIAS CREDITO | |
| Tipo de Cambio / Rate of Exchange | Vo. Bo. Cont. |
| 10.7907 | |

Nombre y Firma    Nombre y Firma

Enviar a: / Ship to:
**JosO Iglesias**
**R.B.E. VII PLANTA 3200**
**Ave. Principal**
**Parque Ind. RÚo Bravo**
**R.F.C. RBE 790127 UE8**
**R.N.I.M. PITEX 93-231**    RFC:
**SU TRANSPORTE**

Embarque vía: / Ship to:

Embarque / Package
**6 TAMBOS T21.**
**104 OTROS**
**PESO NETO : 7956.92KG**
**PESO BRUTO:**

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / TPM | Código Cliente / Customers part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quant. | Unidad / Unit | Descripción / Descripción | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 3-1 | M3130B48 | 717200721ECR | 32.808 | MFT | PTP CABLE 20AWG PURPLE/ BRICK BROWN | 8.234325 | 270.15500 |
| 20-101 | M3130133 | 717200800ECR | 33.793 | MFT 10/03/0553 | PTP CABLE 20AWG GRAY/ BLACK | 8.234325 | 278.25965 |
| 5-3 | M3130157 | 717201506ECR | 32.808 | MFT 09/29/0553 | PTP CABLE 20AWG LIGHT GREEN/ DARK BLUE | 8.234325 | 270.15500 |
| 20-73 | M3130173 | 717201621ECR | 32.808 | MFT 09/29/0553 | PTP CABLE 20AWG LIGHT BLUE/ BRICK BROWN | 8.234325 | 270.15500 |
| 20-75 | M3130173 | 717201621ECR | 65.617 | MFT 10/03/0553 | PTP CABLE 20AWG LIGHT BLUE/ BRICK BROWN | 8.234325 | 540.31000 |
| 26-55 | M3130103 | 7172016ECR | 32.808 | MFT 10/03/0553 | PTP CABLE 20AWG LIGHT BLUE | 8.234325 | 270.15500 |
| 29-118 | M3130B06 | 717202100ECR | 32.808 | MFT 09/29/0553 | PTP CABLE 20AWG BRICK BROWN/ BLACK | 8.234325 | 270.15500 |
| 8-11 | M3130132 | 717202102ECR | 31.824 | MFT 09/29/0553 | PTP CABLE 20AWG BRICK BROWN/ RED | 8.234325 | 262.05035 |
| 5-3 | M3130160 | 717202104ECR | 32.808 | MFT 09/29/0553 | PTP CABLE 20AWG BRICK BROWN/YELLOW | 8.234325 | 270.15500 |
| 59-150 | M3130104 | 717201ECR | 98.425 | MFT 10/03/0553 | PTP CABLE 20AWG BRICK BROWN | 8.234325 | 810.46500 |
| 31-42 | M3130A02 | 717220008ECR | 45.932 | MFT 10/03/0553 | PTP CABLE 22AWG BLACK/ GRAY | 6.218195 | 285.61260 |
| 5-2-4 | M3130021 | 717220009ECR | 49.213 | MFT 10/03/0553 | PTP CABLE 22AWG BLACK/ WHITE | 6.218195 | 306.01350 |
| 337-21 | M3130069 | 717220409ECR | 49.213 | MFT 09/29/0553 | PTP CABLE 22AWG YELLOW/ WHITE | 6.218195 | 306.01350 |
| 64-15 | M3130A34 | 717220702ECR | 49.213 | MFT 10/03/0553 | C.BANCO0014..Cu...22(..7x30)AWG.SPP/SRD | 6.218195 | 306.01350 |

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:

Importe Total / Amount

% I.V.A. TAX:

TOTAL

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATED HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apda. Postal 17
Tels. (4) 225-05-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32697
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6685-8
REG. DE EXP.-IMP COR-800219-3KA

| EXPEDIDA EN: CORREGIDORA, QRO. | |
|---|---|
| PACKING | FACTURA / INVOICE 4 |
| 0 | 039924 |

DELPHI-(DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                    RFC: EXP530

FISCAL
(PITEX 85-027)

Enviar a: / Ship to:
José Iglesias
R.B.E. VII PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231        RFC:
SU TRANSPORTE
Embarque vía: / Ship to:

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 530 | P4170068 |
| Fecha / Date | Orden de Venta / Order of Sale |
| 10/04/05 | J001121 |
| Condiciones de paga / Payment Terms | |
| 60 DIAS CREDITO | |
| Tipo de Cambio / Rate of Exchange | Vo. Bo. Embarque |
| 10.7907 | |

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

6 TAMBOS T21.
104 OTROS
PESO NETO :   7956.92KG
PESO BRUTO:

| Partida / Item | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 855-4 | M3130035 | 717220802ECR | 49.213 | MFT 10/03/0553 | PTP CABLE 22AWG GRAY/ RED | 6.218195 | 306.01350 |
| 212-15 | M3130041 | 717220900ECR | 49.213 | MFT 09/29/0553 | PTP CABLE 22AWG WHITE/ BLACK | 6.218195 | 306.01350 |
| 205-58 | M3130A60 | 717220915ECR | 49.213 | MFT 10/03/0553 | PTP CABLE 22AWG WHITE/ LIGHT GREEN | 6.218195 | 306.01350 |
| 339-15 | M3130027 | 717221600ECR | 49.213 | MFT 09/20/0553 | PTP CABLE 22AWG LIGHT BLUE/ BLACK | 6.218195 | 306.01350 |
| 285-41 | M3130028 | 717221602ECR | 49.213 | MFT 09/28/0553 | PTP CABLE 22AWG LIGHT BLUE/ RED | 6.218195 | 306.01350 |
| 168-59 | M3130A43 | 717221608ECR | 49.213 | MFT 09/17/0553 | PTP CABLE 22AWG LIGHT BLUE/ GRAY | 6.218195 | 306.01350 |
| 369-58 | M3130060 | 717222104ECR | 49.213 | MFT 10/03/0553 | PTP CABLE 22AWG BRICK BROWN/ YELLOW | 6.218195 | 306.01350 |
| 369-57 | M3130060 | 717222104ECR | 49.213 | MFT 09/29/0553 | PTP CABLE 22AWG BRICK BROWN/ YELLOW | 6.218195 | 306.01350 |
| 364-3 | M3130L60 | 71722210904ECR | 47.572 | MFT 10/03/0553 | PTP CABLE 22AWG BRICK BROWN/WHITE/YELLOW | 6.218195 | 295.81305 |
| 257-75 | M3130031 | 717222109ECR | 98.425 | MFT 09/27/0553 | PTP CABLE 22AWG BRICK BROWN/ WHITE | 6.218195 | 612.02700 |
| 584-57 | M3130059 | 717222115ECR | 49.213 | MFT 09/27/0553 | PTP CABLE 22AWG BRICK BROWN/ LIGHT GREEN | 6.218195 | 306.01350 |
| 170-113 | M3130058 | 717222116ECR | 49.213 | MFT 10/03/0553 | PTP CABLE 22AWG BRICK BROWN/ LIGHT BLUE | 6.218195 | 306.01350 |
| 566-5 | M3232867 | 719110221T21 | 37.730 | MFT 10/03/0553 | PTP CABLE 11AWG RED/ BRICK BROWN | 53.864867 | 2032.30300 |
| 94-82 | M3232865 | 719110700ECR | 4.921 | MFT 09/20/0553 | PTP CABLE 11AWG PURPLE/ BLACK | 53.864867 | 265.08300 |

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:

| Importe Total / Amount | |
|---|---|
| % I.V.A. TAX: | |
| TOTAL | |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

Nombre y Firma

GRUPO CONDUMEX

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.



CONDUMEX
CABLE AUTOMOTRIZ

CORDAFLEX, S.A. DE C.V.

PLANTA JUAREZ

R.F.C. COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING            FACTURA / INVOICE 5
                   039924

FISCAL
(PITEX 85-027)

Enviar a / Ship to:

Delphi - (DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

RFC: EXP530

José Iglesias
R.B.E. VII  PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. BBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

RFC:

No. cliente / Customer number: 530

Fecha / Date: 10/04/05

Condiciones de pago / Payment term: 60 DIAS CREDITO

Tipo de Cambio / Rate of Exchange: 10.7907

Pedido del cliente / Purchase order: P4170058

Orden de Venta / Order of Sale: J001121

Premio
Nacional
de Tecnología
2 0 0 2

TREINTA Y TRES MIL QUINIENTOS OCHENTA Y NUEVE DLLS 03/100 USD
PAGO EN UNA SOLA EXHIBICION.
OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

6 TAMBOS T21.
104 OTROS
PESO NETO :
PESO BRUTO:       7956.92KG

| Partida / Item | Código Químico / Chem code | Contribuyente Autorizado para Importar sus Propios Comprobantes Cantidad prod (ton) | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 94-81  K3232665 | 7191107006ECA | | 4.921 | MFT 16/0553 | PTP CABLE 11AWG PURPLE/ BLACK | 53.864867 | 265.08300 |
| 94-80  K3232665 | 7191107006ECA | | 4.921 | MFT 09/15/0553 | PTP CABLE 11AWG PURPLE/ BLACK | 53.864867 | 265.08300 |
| 96-143 K3232804 | 7191121ECR | | 24.606 | MFT 02/22/0553 | PTP CABLE 11AWG BRICK/ BROWN | 53.864867 | 1325.41500 |
| 96-142 K3232804 | 7191121ECR | | 24.606 | MFT 02/20/0553 | PTP CABLE 11AWG BRICK/ BROWN | 53.864867 | 1325.41500 |
| 96-144 K3232804 | 7191121ECR | | 34.449 | MFT 03/23/0553 | PTP CABLE 11AWG BRICK/ BROWN | 53.864867 | 1855.58100 |

MX-8544.49.800

Importe Total / Amount: 33,589.03
% I.V.A. TAX Amount: 0.00
TOTAL: 33,589.03

Recibo de Conformidad / Conformity Received

Nombre y Firma

GRUPO CONDUMEX

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 201.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

**PLANTA JUAREZ**
Enlace Ferril No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32567
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 8085-6
REG. DE EXP. IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

| PACKING | FACTURA / INVOICE 1 |
|---|---|
| 0 | 039925 |

**DELPHI - (MBZ)**
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.          RFC: RBE790127UE8

FISCAL

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 531 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/04/05 | J001120 |

| Condiciones de pago / Payment Terms | Vo. Bo. Embarque | Vo. Bo. Cont. |
|---|---|---|
| 60 DIAS CREDITO | | |

| Tipo de Cambio / Rate of Exchange | Nombre y Firma | Nombre y Firma |
|---|---|---|
| 10.7907 | | |

Enviar a: / Ship to:

A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231          RFC:
SU TRANSPORTE

Embarque via: / Ship to:

Embarque / Package

1 TAMBOS T21.
4 OTROS
PESO NETO :        359.10KG
PESO BRUTO:
AMPARA REMISION 1603 POR 3ECR

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 86-49 | M3232621 | 719150009ECR | 14.764 | MET 09/29/0553 | PTP CABLE 15AWG BLACK/WHITE | 21.808563 | 321.97680 |
| 21-24 | M3232608 | 7191509ECR | 14.764 | MET 09/28/0553 | PTP CABLE 15AWG WHITE | 21.808563 | 321.97680 |
| 43-6 | M3232627 | 719151600ECR | 13.123 | MET 09/29/0553 | PTP CABLE 15AWG LIGT BLUE/ BLACK | 21.808563 | 286.20160 |
| 89-1 | M3232401 | 7191800ECR | 24.606 | MET | PTP CABLE 18AWG BLACK | 11.227340 | 276.26328 |
| 49-2 | M3232441 | 719180090T21 | 31.496 | MET 10/03/0553 | PTP CABLE 18AWG WHITE/ BLACK | 11.321830 | 356.59306 |

Premio
Nacional
de Tecnología
2 0 0 2

UN MIL QUINIENTOS SESENTA Y TRES DLLS 01/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:

| Importe Total / Amount | 1,563.01 |
|---|---|
| % I.V.A. TAX: | 0.00 |
| TOTAL | 1,563.01 |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES ITS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

Nombre y Firma

GRUPO CONDUMEX

17 Oct 2005 19:40   HP LASERJET FAX                                                                      P. 8



CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

PLANTA JUAREZ
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juarez, Chih. C.P. 32557
Tels. (16) 62-30-85, 62-30-57 Fax 62-30-86

R.F.C. COR-800219-3KA
PITEX 85-027
No. CTA. REG. ESTATAL 6965-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING          FACTURA / INVOICE 1
    0              039934

DELPHI-(X1)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN, OHIO 44486
WARREN OH 44486              RFC: EXP520

FISCAL
(PITEX 85-027)

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 520 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/04/05 | J000768 |

| Condiciones de Pago / Payment Terms | Vo. Bo. Embarque | Vo. Bo. Cont. |
|---|---|---|
| 60 DIAS CREDITO | | |

| Tipo de Cambio / Rate of Exchange | | |
|---|---|---|
| 10.7907 | Nombre y Firma | Nombre y Firma |

Enviar a: / Ship to:
M. Morales
R.B.E. IX  PLANTA 3700
Ave. Tec. y Juan Kleper # 6915
Fracc. Marquiz
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231         RFC:
Embarque via: / Ship to:       R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque / Package

2 TAMBOS T21.

PESO NETO : 155.15KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Codigo Clientes / Codigo part No. | Codigo Cordaflex / Cantidad part No. | Cantidad / Cant Pts | Unidad / Unit | Descripcion / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 16-163 | M3089603 | 955140600T21 | 11.909 | mft 20/03/0552 | GTP Cable 14AWG Dark Blue/Black | 29.957787 | 356.78072 |
| 18-79 | M3089682 | 955140902T21 | 11.877 | mft 20/03/0552 | GTP Cable 14AWG White/Red | 29.957787 | 355.79785 |

Premio
Nacional
de Tecnología
2 0 0 2

SETECIENTOS DOCE DLLS 58/100 USD
PAGO EN UNA SOLA EXHIBICION.

OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

Nombre y Firma

| Importe Total / Amount | 712.58 |
|---|---|
| % I.V.A. TAX: | 0.00 |
| TOTAL | 712.58 |



CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

PLANTA JUAREZ
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-88, 82-30-87 Fax. 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6965-6
REG. DE EXP. IMP. COR-800219-3KA

EXPEDIDA EN: CORREGIDORA. QRO.
PACKING          FACTURA / INVOICE 1
0            039935

**CONDUMEX** DELPHI - (MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                    RFC:  RBE790127UE8

FISCAL

| | |
|---|---|
| No. cliente / Customer number | Pedido del cliente / Purchase order |
| 531 | P4170068 |
| Fecha / Date | Orden de Venta / Order of Sale |
| 10/04/05 | J001120 |
| Condiciones de pago / Payment Terms | Vo. Bo. Embarque | Vo. Bo. Cont. |
| 60 DIAS CREDITO | | |
| Tipo de Cambio / Rate of Exchange | Nombre y Firma | Nombre y Firma |
| 10.7907 | | |

Envía a / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231      RFC:
Embarque vía / Ship to:
SU TRANSPORTE

Embarque / Package
6 TAMBOS T21.
42 OTROS
PESO NETO :      3233.74KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 30-18 | M4775209 | 7151803ECR | 22.966 | MFT 09/30/0553 | PTP CABLE 18AWG ORANGE | 13.754253 | 315.87850 |
| 71-3 | M4775294 | 715180406ECR | 22.966 | MFT 09/30/0553 | PTP CABLE 18AWG YELLOW/ DARK BLUE | 13.754253 | 315.87850 |
| 40-7 | M4775233 | 715180800ECR | 22.966 | MFT 09/30/0553 | PTP CABLE 18AWG GRAY / BLACK | 13.754253 | 315.87850 |
| 27-2 | M4775242 | 715180906ECR | 22.966 | MFT 09/28/0553 | PTP CABLE 18AWG WHITE/ DARK BLUE | 13.754253 | 315.87850 |
| 27-3 | M4775242 | 715180906ECR | 22.966 | MFT 09/30/0553 | PTP CABLE 18AWG WHITE/ DARK BLUE | 13.754253 | 315.87850 |
| 97-1 | M4775231 | 715182109ECR | 22.835 | MFT | PTP CABLE 18AWG BRICK BROWN / WHITE | 13.754250 | 314.07342 |
| 89-20 | M4775101 | 7152000ECR | 32.808 | MFT 09/20/0553 | PTP Cable 20AWG Black | 9.159941 | 300.52300 |
| 89-19 | M4775101 | 7152000ECR | 32.808 | MFT 09/20/0553 | PTP Cable 20AWG Black | 9.159941 | 300.52300 |
| 58-34 | M4775150 | 715200200ECR | 65.617 | MFT 09/30/0553 | PTP Cable 20AWG Red / Black | 9.159941 | 601.04600 |
| 44-16 | M4775B22 | 715200509ECR | 65.617 | MFT 09/30/0553 | PTP Cable 20AWG Dark Green / White | 9.159941 | 601.04600 |
| 23-5 | M4775127 | 715200600ECR | 31.496 | MFT 09/28/0553 | PTP CABLE 20AWG DARK BLUE / BLACK | 9.159941 | 288.50208 |
| 71-35 | M4775129 | 715200609ECR | 65.617 | MFT 09/29/0553 | PTP CABLE 20AWG DARK BLUE/ WHITE | 9.159941 | 601.04600 |
| 71-36 | M4775129 | 715200609ECR | 97.113 | MFT 09/30/0553 | PTP CABLE 20AWG DARK BLUE/ WHITE | 9.159941 | 889.54808 |
| 45-15 | M4775149 | 715200709ECR | 68.898 | MFT 09/20/0553 | PTP Cable 20AWG Purple / White | 9.159941 | 631.09830 |

de Tecnología
2 0 0 2

| Recibo de Conformidad: / Conformity Received: | Observaciones : / Remarks: | Importe Total / Amount: | |
|---|---|---|---|
| | | % I.V.A. TAX: | |
| Nombre y Firma | LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS. | TOTAL | |

GRUPO CONDUMEX

P. 10

HP LASERJET FAX      17 Oct 2005 19:52



P. 11

17 Oct 2005 19:53   HP LASERJET FAX

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-58

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juarez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027
No. CTA. REG. ESTATAL 6986-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING 0  FACTURA / INVOICE 2
039935

Vendido a: **DELPHI -(MBZ)**
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.
RFC: RBE790127UE8

FISCAL

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 531 | P4170068 |
| Fecha / Date 10/04/05 | Orden de Venta / Order of Sale J001120 |
| Condiciones de pago / Payment Terms 60 DIAS CREDITO | Vo. Bo. Embarque / Vo. Bo. Cont. |
| Tipo de Cambio / Rate of Exchange 10.7907 | Nombre y Firma / Nombre y Firma |

Enviar a: / Ship to:
**A. RAMOS**
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231   RFC:
Embarque via: / Ship to: SU TRANSPORTE

Embarque / Package
6 TAMBOS T21,
42 OTROS
PESO NETO :  3233.74KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 360-6 | M4775161 | 715200806ECR | 32.808 | MFT 09/29/0553 | PTP CABLE 20AWG GRAY / DARK BLUE | 9.159941 | 300.52300 |
| 699-1 | M4775141 | 715200900ECR | 32.808 | MFT | PTP CABLE 20AWG WHITE / BLACK | 9.159940 | 300.52296 |
| 896-2 | M3232851 | 719110216ECR | 4.921 | MFT 09/21/0553 | PTP CABLE 11AWG RED / LIGHT BLUE | 53.864867 | 265.08300 |
| 500-2 | M3232812 | 7191102T21 | 22.638 | MFT 09/30/0553 | PTP CABLE 11 AWG RED | 53.864867 | 1219.38180 |
| 890-1 | M3232804 | 7191121ECR | 4.921 | MFT 09/30/0553 | PTP CABLE 11AWG BRICK BROWN | 53.864867 | 265.08300 |
| 170-48 | M3232650 | 719150200ECR | 14.764 | MFT 09/29/0553 | PTP CABLE 15AWG RED / BALCK | 21.808563 | 321.97680 |
| 617-5 | M3232550 | 719170200ECR | 18.045 | MFT 09/30/0553 | PTP CABLE 17AWG RED / BLACK | 15.042155 | 271.42995 |
| 616-5 | M3232565 | 719170700ECR | 18.045 | MFT 09/29/0553 | PTP CABLE 17AWG PURPLE / BLACK | 15.042155 | 271.42995 |
| 616-6 | M3232565 | 719170700ECR | 18.045 | MFT 09/30/0553 | PTP CABLE 17AWG PURPLE / BLACK | 15.042155 | 271.42995 |
| 510-2 | M3232405 | 7191808T21 | 31.496 | mft 09/28/0553 | PTP CABLE 18AWG GRAY | 11.321827 | 356.59296 |
| 629-3 | M3232408 | 7191809T21 | 29.528 | mft 09/30/0553 | PTP CABLE 18AWG WHITE | 11.321827 | 334.30590 |
| 598-1 | M3232447 | 719181209T21 | 31.496 | mft 09/21/0553 | PTP CABLE 18AWG PINK/ WHITE | 11.321827 | 356.59296 |
| 200-24 | M3232323 | 719200004ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG BLACK/ YELLOW | 8.122006 | 266.47000 |
| 200-23 | M3232323 | 719200004ECR | 32.808 | MFT 09/28/0553 | PTP CABLE 20AWG BLACK/ YELLOW | 8.122006 | 266.47000 |

de Tecnología
2 0 0 2

| Recibo de Conformidad: / Conformity Received: | Observaciones / Remarks: | Importe Total / Amount: | |
|---|---|---|---|
| | | % I.V.A. TAX: | |
| Nombre y Firma | LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS. | TOTAL | |

GRUPO CONDUMEX



**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32697
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-86

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 6985-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

PACKING 0    FACTURA / INVOICE 3
039935

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                 RFC:  RBE790127UEB

FISCAL

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 531 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/04/05 | J001120 |

| Condiciones de pago / Payment Terms | Vo. Bo. Embarque |
|---|---|
| 60 DIAS CREDITO | |

| Tipo de Cambio / Rate of Exchange | |
|---|---|
| 10.7907 | Nombre y Firma |

Enviar a: / Ship to:
A. RAMOS
RBE. IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UEB
R.N.I.N. PITEX 93-231        RFC:
    SU TRANSPORTE
Embarque via: / Ship to:

Embarque / Package
6 TAMBOS T21,
42 OTROS
PESO NETO :    3233.74KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Cliente / Customer part No. | Codigo Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripcion / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 89-83 | M3232027 | 7192007ECR | 32.808 | NFT 09/30/0553 | PTP CABLE 20AWG PURPLE | 8.122006 | 266.47000 |
| 703-1 | M3232331 | 719202109ECR | 27.887 | NFT | PTP CABLE 20AWG BRICK BROWN/ WHITE | 8.122010 | 226.49962 |
| 685-5 | M3232201 | 7192200ECR | 49.213 | NFT 09/30/0553 | PTP CABLE 22AWG BLACK | 6.670152 | 328.25550 |
| 696-1 | M3232265 | 719220700ECR | 52.493 | NFT | PTP CABLE 22AWG PURPLE / BLACK | 6.670150 | 350.13910 |
| 89-20 | M3232233 | 719220800ECR | 49.213 | NFT 09/30/0553 | PTP CABLE 22AWG GRAY / BLACK | 6.670152 | 328.25550 |
| 89-8 | M3232234 | 719220809ECR | 49.213 | NFT 09/29/0553 | PTP CABLE 22AWG GRAY/ WHITE | 6.670152 | 328.25550 |
| 641-5 | M3232210 | 7192212ECR | 49.213 | NFT 09/30/0553 | PTP CABLE 22AWG PINK | 6.670152 | 328.25550 |
| 641-4 | M3232210 | 7192212ECR | 49.213 | NFT 09/23/ | PTP CABLE 22AWG PINK | 6.670152 | 328.25550 |
| 428-19 | M3232207 | 7192215ECR | 49.213 | NFT 09/30/0553 | PTP CABLE 22AWG LIGHT GREEN | 6.670152 | 328.25550 |
| 428-18 | M3232207 | 7192215ECR | 49.213 | NFT 09/26/0553 | PTP CABLE 22AWG LIGHT GREEN | 6.670152 | 328.25550 |
| 685-20 | M3232203 | 7192216ECR | 49.213 | NFT 09/30/0553 | PTP CABLE 22AWG LIGHT BLUE | 6.670152 | 328.25550 |
| 620-1 | M3232204 | 7192221ECR | 45.604 | NFT | PTP CABLE 22AWG BRICK BROWN | 6.670152 | 304.18343 |

Nacional
de Tecnología
2 0 0 2

CATORCE MIL NOVECIENTOS CUARENTA Y SIETE DLLS 46/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones : / Remarks:

| | Importe Total / Amount: | 14,947.46 |
|---|---|---|
| | % I.V.A. TAX: | 0.00 |
| | TOTAL | 14,947.46 |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

GRUPO CONDUMEX

P. 12

HP LASERJET FAX    17 Oct 2005 19:54

P. 13

HP LASERJET FAX

17 Oct 2005 19:55

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Femi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 8686-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING    FACTURA / INVOICE 1
0    039939

CONDUMEX CABLE AUTOMOTRIZ

DELPHI-(DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.    RFC: EXP530

FISCAL
(PITEX 85-027)

| | |
|---|---|
| No. Cliente / Customer number | Pedido del cliente / Purchase order |
| 530 | P4170068 |
| Fecha / Date | Orden de Venta / Order of Sale |
| 10/04/05 | J001121 |
| Condiciones de pago / Payment Terms | Vo. Bo. Embarque |
| 60 DIAS CREDITO | |
| Tipo de Cambio / Rate of Exchange | Vo. Bo. Cont. |
| 10.7907 | |

Envíar a: / Ship to:
José Iglesias
R.B.E. VII PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231    RFC:
Embarque vía: / Ship to:
SU TRANSPORTE

Nombre y Firma

Embarque / Package
2 TAMBOS T30, 5 TAMBOS T21,
22 OTROS
*PESO NETO :    2296.84KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part no. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 1-77 | M3130523 | 717130004ECR | 19.685 | MFT 09/30/0553 | PTP CABLE 13AWG BLACK/ YELLOW | 34.003123 | 669.35280 |
| 629-2 | M3130F02 | 71713000BECR | 19.685 | MFT 09/30/0553 | PTP CABLE 13AWG BLACK/ GRAY | 34.003120 | 669.35274 |
| 626-2 | M3130F05 | 717130208ECR | 19.685 | MFT 09/30/0553 | PTP CABLE 13AWG RED/ GRAY | 34.003123 | 669.35280 |
| 323-68 | M3130553 | 717130209ECR | 29.528 | MFT 09/30/0553 | PTP CABLE 13AWG RED/ WHITE | 34.003123 | 1004.02920 |
| 22-142 | M3130404 | 7171521ECR | 13.780 | MFT 09/30/0553 | PTP CABLE 15AWG BRICK BROWN | 21.336123 | 294.00168 |
| 174-46 | M3130335 | 717170802ECR | 36.089 | MFT 09/30/0553 | PTP CABLE 17AWG GRAY/ RED | 14.642928 | 528.45210 |
| 508-2 | M3130304 | 7171721ECR | 53.150 | MFT 09/30/0553 | PTP CABLE 17AWG BRICK BROWN | 14.642928 | 778.26582 |
| 639-1 | M3130B85 | 71720000209T21 | 32.808 | MFT | PTP CABLE 20AWG BLACK/ RED/ WHITE | 8.234320 | 270.15485 |
| 344-50 | M3130121 | 717200009ECR | 65.617 | MFT 09/30/0553 | PTP CABLE 20AWG BLACK/ WHITE | 8.234325 | 540.31000 |
| 693-18 | M3130B07 | 717200816ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG GRAY / LIGHT BLUE | 8.234325 | 270.15500 |
| 178-28 | M3130141 | 717200900ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG WHITE/ BLACK | 8.234325 | 270.15500 |
| 395-4 | M3130L39 | 71722090804T21 | 49.213 | MFT 09/30/0553 | PTP CABLE 22 AWG WH4GY/YL | 6.218195 | 306.01350 |
| 223-17 | M3130A41 | 717220908ECR | 49.213 | MFT 09/30/0553 | PTP CABLE 22AWG WHITE/ GRAY | 6.218195 | 306.01350 |
| 644-1 | M3130008 | 7172209ECR | 49.213 | MFT | PTP CABLE 22AWG WHITE | 6.218190 | 306.01328 |

de Tecnología
2 0 0 2

Recibo de Conformidad: / Conformity Received:

Observaciones : / Remarks:

Importe Total / Amount

% I.V.A.
TAX:

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

Nombre y Firma

TOTAL

GRUPO CONDUMEX

P. 14

17 Oct 2005 19:56    HP LASERJET FAX

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Oro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-86

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6985-6
REG. DE EXP -IMP COR-800219-3KA

| EXPEDIDA EN: CORREGIDORA, QRO. | |
|---|---|
| PACKING | FACTURA / INVOICE 2 |
| 0 | 039939 |

**CONDUMEX** DELPHI-(DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                           RFC: EXP530

FISCAL
(PITEX 85-027)

Enviar a: / Ship to:
José Iglesias
R.B.E. VII  PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231        RFC:
Embarque vía: / Ship to:
SU TRANSPORTE

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| No. cliente / Customer number | | Pedido del cliente / Purchase order | |
|---|---|---|---|
| 530 | | P4170068 | |
| Fecha / Date | | Orden de Venta / Order of Sale | |
| 10/04/05 | | J001121 | |
| Condiciones de pago / Payment Terms | | Vo. Bo. Embarque | Vo. Bo. Cont. |
| 60 DIAS CREDITO | | | |
| Tipo de Cambio / Rate of Exchange | | · Nombre y Firma | Nombre y Firma |
| 10.7907 | | | |

Embarque / Package

2 TAMBOS T30, 5 TAMBOS T21,
22 OTROS
PESO NETO :   2296.84KG
PESO BRUTO:

| Partida / ITEM | Código Cliente / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 47-1 | M3232951 | 719090216T30 | 15.748 | MFT | PTP CABLE 09AWG RED/ LIGHT BLUE | 80.161580 | 1262.38705 |
| 11-2 | M3232T74 | 7191100020AT21 | 7.546 | M 09/30/0553 | PTP CABLE 11 AWG BLACK/RED/YELLOW | 53.864867 | 406.46060 |
| 60-2 | M3232823 | 719110004T21 | 7.546 | M 09/30/0553 | PTP CABLE 11 AWG BLACK/YELLOW | 53.864867 | 406.46060 |
| 48-1 | M3232823 | 719110004T21 | · 7.546 | M 09/30/0553 | PTP CABLE 11 AWG BLACK/YELLOW | 53.864870 | 406.46062 |
| 40-5 | M3232704 | 7191321ECR | 9.843 | M 09/30/0553 | PTP CABLE 13AWG BRICK BROWN | 34.652347 | 341.06640 |

MX-8544.49.800

Premio
Nacional
de Tecnología
2 0 0 2

NUEVE MIL SETECIENTOS CUATRO DLLS 45/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:
OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

| Importe Total / Amount | 9,704.45 |
|---|---|
| % I.V.A. TAX: | 0.00 |
| TOTAL | 9,704.45 |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

GRUPO CONDUMEX

P. 15

17 Oct 2005 19:56    HP LASERJET FAX

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76000 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-86

**R.F.C. COR-800219-3KA**
PITEX 65-027

No. CTA. REG. ESTATAL 6965-8
REG. DE EXP-IMP COR-800219-3KA

**EXPEDIDA EN: CORREGIDORA, QRO.**

| PACKING | FACTURA / INVOICE 1 |
|---|---|
| 0 | 039940 |

DELPHI (MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                    RFC: RBE790127UE8

**FISCAL**

| No. cliente / Customer number | 531 | Pedido del cliente / Purchase order | P4170068 |
|---|---|---|---|
| Fecha / Date | 10/04/05 | Orden de Venta / Order of Sale | J001120 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO | Vo. Bo. Embarque | Vo. Bo. Cont. |
| Tipo de Cambio / Rate of Exchange | 10.7907 | Nombre y Firma | Nombre y Firma |

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231          RFC:

Embarque vía: / Ship to:
SU TRANSPORTE

Embarque / Package

16 OTROS
PESO NETO :    1009.95KG
PESO BRUTO :

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 09-1 | M3380612 | 7161102ECR | 49.213 | MFT | PTP Cable 11AWG Red | 62.282560 | 3065.08653 |
| 08-1 | M3232415 | 719180016ECR | 137.795 | MFT | PTP CABLE 18AWG BLACK/LIGHT BLUE | 11.227340 | 1547.07436 |

Premio
Nacional
de Tecnología
2 0 0 2

CUATRO MIL SEISCIENTOS DOCE DLLS 16/100 USD
PAGO EN UNA SOLA EXHIBICION.

| Recibo de Conformidad: / Conformity Received: | Observaciones : / Remarks: | Importe Total / Amount: | 4,612.16 |
|---|---|---|---|
| | | % I.V.A. TAX: | 0.00 |
| Nombre y Firma | LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES IGS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS. | TOTAL | 4,612.16 |

GRUPO CONDUMEX



**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P 76900 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-66

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-88, 82-30-87 Fax. 82-30-96

R.F.C. COR-800219-3KA
PITEX 86-027

No. CTA. REG. ESTATAL 6985-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING 0   FACTURA / INVOICE 1
039941

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.          RFC: RBE790127UEB

FISCAL

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525~
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231   RFC:
Embarque via: / Ship to:  SU TRANSPORTE .

No. cliente / Customer number: 531
Pedido del cliente / Purchase order: P4170068
Fecha / Date: 10/05/05
Orden de Venta / Order of Sale: J001120
Condiciones de pago / Payment Terms: 60 DIAS CREDITO
Tipo de Cambio / Rate of Exchange: 10.7907

6 OTROS
PESO NETO : 363.49KG
PESO BRUTO:

| Partida / ITEM | Código Cliente / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 304-18 | M3232321 | 719200009ECR | 32.808 | MFT 09/29/0553 | PTP CABLE 20AWG BLACK/ WHITE | 8.122006 | 266.47000 |
| 304-19 | M3232321 | 719200009ECR | 62.336 | MFT 09/30/0553 | PTP CABLE 20AWG BLACK/ WHITE | 8.122006 | 506.29300 |
| 331-2 | M3232353 | 719200209ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG RED/ WHITE | 8.122006 | 266.47000 |
| 331-3 | M3232353 | 719200209ECR | 66.273 | MFT 09/30/0553 | PTP CABLE 20AWG RED/ WHITE | 8.122006 | 538.26940 |

UN MIL QUINIENTOS SETENTA Y SIETE DLLS 50/100 USD
PAGO EN UNA SOLA EXHIBICION.

| | |
|---|---|
| Importe Total / Amount: | 1,577.50 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 1,577.50 |



P. 17

17 Oct 2005 19:57    HP LASERJET FAX

CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

PLANTA JUAREZ
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32657
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6985-8
REG. DE EXP. IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING          FACTURA / INVOICE 1
0                039942

DELPHI-(X1)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN, OHIO 44486
WARREN OH 44486                RFC: EXP520

FISCAL
(PITEX 85-027)

| | |
|---|---|
| No. cliente / Customer number | 520 |
| Pedido del cliente / Purchase order | P4170068 |
| Fecha / Date | 10/05/05 |
| Orden de Venta / Order of Sale | J000768 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO |
| Tipo de Cambio / Rate of Exchange | 10.7907 |

Vo. Bo. Embarque          Vo. Bo. Cont.

Nombre y Firma            Nombre y Firma

Enviar a: / Ship to:
N. Morales
R.B.E. IX  PLANTA 3700
Ave. Tec. y Juan Kleper # 6915
Fracc. Marquiz
R.F.C. RBE 790127 UE8        RFC:
R.N.I.M. PITEX 93-231
SU TRANSPORTE          R.N.I.M. PITEX 93-231
Embarque via: / Ship to:

Embarque / Package

5 TAMBOS T21.

PESO NETO :    406.81KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes #.

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 10-266 | M3089653 | 955140209T21 | 11.975 | mft | 10/03/0552 | PTP Cable 14AWG Red/White | 29.957787 | 358.74646 |
| 46-36 | M3089636 | 955140504T21 | 12.270 | mft | 10/04/0552 | PTP Cable 14AWG Dark Green/Yellow | 29.957787 | 367.59226 |
| 16-164 | M3089G03 | 955140600T21 | 11.877 | mft | 10/04/0552 | PTP Cable 14AWG Dark Blue/Black | 29.957787 | 355.79785 |
| 51-56 | M3089G04 | 955140602T21 | 26.247 | mft | 10/04/0552 | PTP Cable 14AWG Dark Blue/Red | 29.957787 | 786.29360 |

Premio
Nacional
de Tecnología
2 0 0 2

UN MIL OCHOCIENTOS SESENTA Y OCHÓ DLLS 43/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:
OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

| | |
|---|---|
| Importe Total / Amount: | 1,868.43 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 1,868.43 |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS
TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS
INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE
CONDITIONS.

GRUPO CONDUMEX

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 250.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-58

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32667
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 0985-6
REG. DE EXP.-IMP COR-800219-3KA

| EXPEDIDA EN: CORREGIDORA, QRO. | |
|---|---|
| PACKING 0 | FACTURA / INVOICE 1 039943 |

DELPHI - (DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                          RFC: EXP530

FISCAL
(PITEX 85-027)

| No. cliente / Customer number | 530 | Pedido del cliente / Purchase order | P4170068 |
|---|---|---|---|
| Fecha / Date | 10/05/05 | Orden de Venta / Order of Sale | J001121 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO | Vo. Bo. Embarque | Vo. Bo. Cont. |
| Tipo de Cambio / Rate of Exchange | 10.7907 | Nombre y Firma | Nombre y Firma |

**Enviar a: / Ship to:**
José Iglesias
R.B.E. VII PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231       RFC:

Embarque vía: / Ship to:   SU TRANSPORTE

Embarque / Package

12 TAMBOS T21.
145 OTROS
PESO NETO :  10962.69KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No.: | Código Cordaflex / Cordaflez part No.: | Cantidad / Quantity | Unidad / Unit | Descripción / Description: | Precio Unitario / Price: | Importe Total / Amount: |
|---|---|---|---|---|---|---|---|
| 33-3 | M3130519 | 717130015ECR | 9.843 | MFT 09/30/0553 | PTP CABLE 13AWG BLACK/ LIGHT GREEN | 34.003123 | 334.67640 |
| 4-133 | M3130F33 | 717130021ECR | 9.843 | MFT 09/30/0553 | PTP CABLE 13AWG BLACK/ BRICK BROWN | 34.003123 | 334.67640 |
| 67-31 | M3130591 | 717130204ECR | 9.843 | MFT 10/04/0553 | PTP CABLE 13AWG RED/ YELLOW | 34.003123 | 334.67640 |
| 26-2 | M3130F05 | 717130208ECR | 19.685 | MFT 09/30/0553 | PTP CABLE 13AWG RED/ GRAY | 34.003123 | 669.35280 |
| 01-119 | M3130F59 | 717130916ECR | 29.528 | MFT 10/04/0553 | PTP CABLE 13AWG WHITE/ LIGHT BLUE | 34.003123 | 1004.02920 |
| 15-114 | M3130F22 | 717131509ECR | 9.843 | MFT 09/30/0553 | PTP CABLE 13AWG LIGHT GREEN/ WHITE | 34.003123 | 334.67640 |
| 16-140 | M3130F43 | 717131608ECR | 68.898 | MFT 09/30/0553 | PTP CABLE 13AWG LIGHT BLUE/ GRAY | 34.003123 | 2342.73480 |
| 17-147 | M3130504 | 7171321ECR | 127.953 | MFT 09/30/0553 | PTP CABLE 13AWG  BRICK BROWN | 34.003123 | 4350.79320 |
| 17-148 | M3130504 | 7171321ECR | 9.843 | MFT 10/03/0553 | PTP CABLE 13AWG  BRICK BROWN | 34.003123 | 334.67640 |
| 17-149 | M3130504 | 7171321ECR | 9.843 | MFT 10/04/0553 | PTP CABLE 13AWG  BRICK BROWN | 34.003123 | 334.67640 |
| 146-54 | M3130401 | 717150ECR | 29.528 | MFT 09/30/0553 | PTP CABLE 15AWG BLACK | 21.336123 | 630.00360 |
| 450-3 | M3130452 | 717150215ECR | 13.780 | MFT 10/04/0553 | PTP CABLE 15AWG RED/ LIGHT GREEN | 21.336123 | 294.00168 |
| 18-27 | M3130467 | 717150221ECR | 14.764 | MFT 09/30/0553 | PTP CABLE 15AWG RED/ BRICK BROWN | 21.336123 | 315.00180 |
| 148-54 | M3130403 | 717151ECR | 14.764 | MFT 09/30/0553 | PTP CABLE 15AWG LIGHT BLUE | 21.336123 | 315.00180 |

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

| Importe Total / Amount: | |
|---|---|
| % I.V.A. TAX: | |
| TOTAL | |

GRUPO CONDUMEX

17 Oct 2005 17:23   HP LASERJET FAX   p.1

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-86

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6986-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING    FACTURA / INVOICE 2
0          039943

DELPHI-(DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                    RFC: EXP530

FISCAL
(PITEX 85-027)

| | |
|---|---|
| No. cliente / Customer number | 530 |
| Fecha / Date | 10/05/05 |
| Condiciones de pago / Payment Term | 60 DIAS CREDITO |
| Tipo de Cambio / Rate of Exchange | 10.7907 |
| Pedido del cliente / Purchase order | P4170068 |
| Orden de Venta / Order of Sale | J001121 |

Vo. Bo. Embarque        Vo. Bo. Cont.
Nombre y Firma          Nombre y Firma

Enviar a: / Ship to:
José Iglesias
R.B.E. VII  PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UEB
R.N.I.M. PITEX 93-231      RFC:

Embarque vía: / Ship to:
SU TRANSPORTE

Embarque / Package
12 TAMBOS T21.
145 OTROS
PESO NETO :    10962.69KG
PESO BRUTO:



Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 22-142 | M3130404 | 7171521ECR | 41.339 | MFT 09/30/0553 | PTP CABLE 15AWG BRICK BROWN | 21.336123 | 882.00504 |
| 22-144 | M3130404 | 7171521ECR | 58.399 | MFT 10/04/0553 | PTP CABLE 15AWG BRICK BROWN | 21.336123 | 1246.00712 |
| 99-38 | M3130323 | 717170004ECR | 18.045 | MFT 09/30/0553 | PTP CABLE 17AWG BLACK/YELLOW | 14.642928 | 264.22605 |
| 247-15 | M3130301 | 7171700ECR | 18.045 | MFT 09/30/0553 | PTP CABLE 17AWG BLACK | 14.642928 | 264.22605 |
| 24-102 | M3130391 | 717170204ECR | 35.761 | MFT 10/04/0553 | PTP CABLE 17AWG RED/ YELLOW | 14.642928 | 523.64799 |
| 241-1 | M3130335 | 717170802ECR | 36.089 | MFT | PTP CABLE 17AWG GRAY/ RED | 14.642930 | 528.45218 |
| 149-47 | M3130D11 | 717170904ECR | 36.089 | MFT 09/30/0553 | PTP CABLE 17AWG WHITE/ YELLOW | 14.642928 | 528.45210 |
| 248-3 | M3130304 | 7171721ECR | 35.761 | MFT 10/04/0553 | PTP CABLE 17AWG BRICK BROWN | 14.642928 | 523.64799 |
| 248-2 | M3130304 | 7171721ECR | 17.717 | MFT 09/30/0553 | PTP CABLE 17AWG BRICK BROWN | 14.642928 | 259.42194 |
| 523-5 | M3130256 | 717180400T21 | 22.966 | MFT 10/04/0553 | PTP CABLE 18AWG YELLOW/ BLACK | 12.013174 | 275.89310 |
| 111-56 | M3130C11 | 717180904ECR | 24.606 | MFT 10/04/0553 | PTP CABLE 18AWG WHITE/ YELLOW | 12.013174 | 295.59975 |
| 111-55 | M3130C11 | 717180904ECR | 24.606 | MFT 09/30/0553 | PTP CABLE 18AWG WHITE/ YELLOW | 12.013174 | 295.59975 |
| 463-2 | M3130C06 | 717182100T21 | 22.966 | MFT 10/04/0553 | PTP CABLE 18AWG BRICK BROWN/ BLACK | 12.013174 | 275.89310 |
| 632-2 | M3130120 | 717200002ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG BLACK/RED | 8.234325 | 270.15500 |

de Tecnología
2 0 0 2

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

| | |
|---|---|
| Importe Total / Amount: | |
| % I.V.A. TAX: | |
| TOTAL | |

CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

PLANTA JUAREZ
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32567
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6985-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING: 0        FACTURA / INVOICE 3
039943

**Cliente/Customer** DELPHI - (DIN)
DELPHI PACKARD ELECTRIC SYSTEM.
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                    RFC: EXP530

FISCAL
(PITEX 85-027)

Enviar a: / Ship to:
José Iglesias
R.B.E. VII  PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231        RFC:
SU TRANSPORTE

Embarque via: / Ship to:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 530 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/05/05 | J001121 |

| Condiciones de pago / Payment Terms | Vo. Bo. Embarque | Vo. Bo. Cont. |
|---|---|---|
| 60 DIAS CREDITO | | |

| Tipo de Cambio / Rate of Exchange | Nombre y Firma | Nombre y Firma |
|---|---|---|
| 10.7907 | | |

Embarque / Package

12 TAMBOS T21.
145 OTROS
PESO NETO : 10962.69KG
PESO BRUTO :

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripcion / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 597-9 | M3130123 | 717200004ECR | 32.808 | MFT 07/30/0553 | PTP CABLE 20AWG BLACK/ YELLOW | 8.234325 | 270.15500 |
| 550-4 | M3130119 | 717200015ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG BLACK/ LIGHT GREEN | 8.234325 | 270.15500 |
| 550-5 | M3130119 | 717200015ECR | 32.808 | MFT 10/04/0553 | PTP CABLE 20AWG BLACK/ LIGHT GREEN | 8.234325 | 270.15500 |
| 594-2 | M3130101 | 7172000ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG BLACK | 8.234325 | 270.15500 |
| 590-49 | M3130191 | 717200204ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG RED/ YELLOW | 8.234325 | 270.15500 |
| 278-67 | M3130151 | 717200216ECR | 32.644 | MFT 10/04/0553 | PTP CABLE 20AWG RED/ LIGHT BLUE | 8.234325 | 268.80423 |
| 595-3 | M3130156 | 717200400ECR | 65.617 | MFT 09/30/0553 | PTP CABLE 20AWG YELLOW/ BLACK | 8.234325 | 540.31000 |
| 560-47 | M3130169 | 717200409ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG YELLOW / WHITE | 8.234325 | 270.15500 |
| 596-3 | M3130195 | 717200421ECR | 98.425 | MFT 09/30/0553 | PTP CABLE 20AWG YELLOW/ BRICK BROWN | 8.234325 | 810.46500 |
| 596-5 | M3130195 | 717200421ECR | 32.808 | MFT 10/04/0553 | PTP CABLE 20AWG YELLOW/ BRICK BROWN | 8.234325 | 270.15500 |
| 550-113 | M3130114 | 7172004ECR | 65.617 | MFT 10/04/0553 | PTP CABLE 20AWG YELLOW | 8.234325 | 540.31000 |
| 625-2 | M3130148 | 717200704ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG PURPLE/ YELLOW | 8.234325 | 270.15500 |
| 579-2 | M3130166 | 717200716ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG PURPLE/ LIGHT BLUE | 8.234325 | 270.15500 |
| 53-132 | M3130135 | 717200802ECR | 98.753 | MFT 10/04/0553 | PTP CABLE 20AWG GRAY/ RED | 8.234325 | 813.16655 |

de Tecnología
2 0 0 2

Recibo de Conformidad: / Conformity Received:

Nombre y Firma

Observaciones : / Remarks:

| | |
|---|---|
| Importe Total / Amount: | |
| % I.V.A. TAX: | |
| TOTAL | |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONAL.

17 Oct 2005 17:23   HP LASERJET FAX   P.3

CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

PLANTA JUAREZ
Entroc Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6685-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

PACKING 0     FACTURA / INVOICE 4   039943

CORDAFLEX CABLE AUTOMOTRIZ

DELPHI (DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                          RFC: EXP530

FISCAL
(PITEX 85-027)

Enviar a: / Ship to:
JosO Iglesias
R.B.E. VII  PLANTA 3200
Ave. Principal
Parque Ind. RÚo Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231          RFC:

Embarque vía: / Ship to:
SU TRANSPORTE

| | |
|---|---|
| No. cliente / Customer number | 530 |
| Pedido del cliente / Purchase order | P4170068 |
| Fecha / Date | 10/05/05 |
| Orden de Venta / Order of Sale | J001121 |
| Condiciones de paga / Payment Terms | 60 DIAS CREDITO |
| Vo. Bo. Embarque | Vo. Bo. Cont. |
| Tipo de Cambio / Rate of Exchange | 10.7907 |

Nombre y Firma        Nombre y Firma

Embarque / Package

12 TAMBOS T21,
145 OTROS
PESO NETO :   10962.69KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Cliente / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quant. | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 092-40 | M3130B30 | 717200807ECR | 32.808 | MFT 10/04/0553 | PTP CABLE 20AWG GRAY/ PURPLE | 8.234325 | 270.15500 |
| 036-27 | M3130134 | 717200809ECR | 32.808 | MFT 10/04/0553 | PTP CABLE 20AWG GRAY/ WHITE | 8.234325 | 270.15500 |
| 036-26 | M3130134 | 717200809ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG GRAY/ WHITE | 8.234325 | 270.15500 |
| 022-12 | M3130162 | 717200815ECR | 32.808 | MFT 10/04/0553 | PTP CABLE 20AWG GRAY/ LIGHT GREEN | 8.234325 | 270.15500 |
| 043-1 | M3130141 | 717200900ECR | 32.808 | MFT | PTP CABLE 20AWG WHITE/ BLACK | 8.234320 | 270.15485 |
| 079-47 | M3130B50 | 717200921ECR | 32.808 | MFT 10/04/0553 | PTP CABLE 20AWG WHITE/.BRICK BROWN | 8.234325 | 270.15500 |
| 040-45 | M3130108 | 7172009ECR | 32.152 | MFT 09/30/0553 | PTP CABLE 20AWG WHITE | 8.234325 | 264.75190 |
| 005-4 | M3130157 | 717201506ECR | 31.824 | MFT 10/04/0553 | PTP CABLE 20AWG LIGHT GREEN/ DARK BLUE | 8.234325 | 262.05035 |
| 023-89 | M3130107 | 7172015ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG LIGHT GREEN | 8.234325 | 270.15500 |
| 023-90 | M3130107 | 7172015ECR | 32.808 | MFT 10/04/0553 | PTP CABLE 20AWG LIGHT GREEN | 8.234325 | 270.15500 |
| 007-5 | M3130127 | 717201600ECR | 32.808 | MFT 10/04/0553 | PTP CABLE 20AWG LIGHT BLUE/ BLACK | 8.234325 | 270.15500 |
| 126-54 | M3130103 | 7172016ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG LIGHT BLUE | 8.234325 | 270.15500 |
| 018-12 | M3130132 | 717202102ECR | 32.808 | MFT 10/04/0553 | PTP CABLE 20AWG BRICK BROWN/ RED | 8.234325 | 270.15500 |
| 005-5 | M3130160 | 717202104ECR | 32.808 | MFT 10/04/0553 | PTP CABLE 20AWG BRICK BROWN/YELLOW | 8.234325 | 270.15500 |

Premio Nacional
de Tecnología
2 0 0 2

Recibo de Conformidad: / Conformity Received:

Nombre y Firma

Observaciones : / Remarks:

| | |
|---|---|
| Importe Total / Amount | |
| % I.V.A. TAX: | |
| TOTAL | |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32567
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6685-6
REG. DE EXP.-84° COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

| PACKING | FACTURA / INVOICE 5 |
|---|---|
| 0 | 039943 |

DELPHI-(DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                    RFC: EXP530

FISCAL
(PITEX 85-027)

| | |
|---|---|
| No. cliente / Customer number | 530 |
| Pedido del cliente / Purchase order | P4170068 |
| Fecha / Date | 10/05/05 |
| Orden de Venta / Order of Sale | J001121 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO |
| Tipo de Cambio / Rate of Exchange | 10.7907 |

Vo. Bo. Embarque          Vo. Bo. Cont.

Nombre y Firma          Nombre y Firma

Enviar a: / Ship to:
JosÓ Iglesias
R.B.E. VII PLANTA 3200
Ave. Principal
Parque Ind. RÓo Bravo
R.F.C: RBE 790127 UE8
R.N.I.M. PITEX 93-231          RFC:

Embarcue via: / Ship to:
SU TRANSPORTE

Embarque / Package

12 TAMBOS T21,
145 OTROS
PESO NETO :   10962.69KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / Item | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quant. | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 305-4 | N3130160 | 717202104ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG BRICK BROWN/YELLOW | 8.234325 | 270.15500 |
| 204-42 | N3130B32 | 717202107ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG BRICK BROWN/ PURPLE | 8.234325 | 270.15500 |
| 29-149 | N3130104 | 717202ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG BRICK BROWN | 8.234325 | 270.15500 |
| 559-151 | N3130104 | 717202ECR | 196.850 | MFT 10/04/0553 | PTP CABLE 20AWG BRICK BROWN | 8.234325 | 1620.93000 |
| 881-69 | N3130056 | 717220400ECR | 41.010 | MFT 09/30/0553 | PTP CABLE 22AWG YELLOW/ BLACK | 6.218195 | 255.01125 |
| 337-22 | N3130069 | 717220409ECR | 49.213 | MFT 10/04/0553 | PTP CABLE 22AWG YELLOW/ WHITE | 6.218195 | 306.01350 |
| 63-89 | N3130A91 | 717220415ECR | 39.370 | MFT 10/04/0553 | PTP CABLE 22AWG YELLOW/ LIGHT GREEN | 6.218195 | 244.81080 |
| 395-97 | N3130095 | 717220421ECR | 98.425 | MFT 10/04/0553 | PTP CABLE 22AWG YELLOW/ BRICK BROWN | 6.218195 | 612.02700 |
| 814-2 | N3130A23 | 717220715ECR | 49.213 | MFT 09/30/0553 | PTP CABLE 22AWG PURPLE/ LIGHT GREEN | 6.218195 | 306.01350 |
| 555-3 | N3130035 | 717220802ECR | 49.213 | MFT 09/30/0553 | PTP CABLE 22AWG GRAY/ RED | 6.218195 | 306.01350 |
| 212-16 | N3130041 | 717220900ECR | 47.572 | MFT 10/04/0553 | PTP CABLE 22AWG WHITE/ BLACK | 6.218195 | 295.81305 |
| 499-4 | N3130L41 | 71722090204T21 | 99.081 | MFT 10/04/0553 | PTP CABLE 22 AWG WHITE/YELLOW | 6.218195 | 616.10718 |
| 548-3 | N3130082 | 717220902ECR | 49.213 | MFT 10/04/0553 | PTP CABLE 22AWG WHITE/ RED | 6.218195 | 306.01350 |
| 311-45 | N3130064 | 717220907ECR | 44.291 | MFT 10/04/0553 | PTP CABLE 22AWG WHITE/ PURPLE | 6.218195 | 275.41215 |

Proyecto
Nacional
de Tecnología
2 0 0 2

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:

| Importe Total / Amount: | |
|---|---|
| % I.V.A. TAX: | |
| TOTAL | |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

17 Oct 2005 17:24   HP LASERJET FAX   P.4

**CORDAFLEX, S.A. DE C.V.**
PLANTA JUAREZ Pg 137 of 185

Carretera Panamericana Km. 220.5
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6085-6
REG. DE EXP-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

| | |
|---|---|
| PACKING | FACTURA / INVOICE 6 |
| 0 | 039943 |



DELPHI-(DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                    RFC: EXP530

FISCAL
(PITEX 85-027)

**Enviar a: / Ship to:**
José Iglesias
R.B.E. VII  PLANTA-3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231       RFC:
**Embarque vía: / Ship by:**
SU TRANSPORTE

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 530 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/05/05 | J001121 |

| Condiciones de pago / Payment Term | Vo. Bo. Embarque | Vo. Bo. Cont. |
|---|---|---|
| 60 DIAS CREDITO | | |

| Tipo de Cambio / Rate of Exchange | | |
|---|---|---|
| 10.7907 | Nombre y Firma | Nombre y Firma |

**Embarque / Package**
12 TAMBOS T21,
145 OTROS
PESO NETO : 10962.69KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Code per part No.: | Código Cordaflex / Cordaflex part No.: | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 1-44 | M3130064 | 717220907ECR | 49.213 | MFT 09/30/0553 | PTP CABLE 22AWG WHITE/ PURPLE | 6.218195 | 306.01350 |
| 5-57 | M3130A60 | 717220915ECR | 49.213 | MFT 09/30/0553 | PTP CABLE 22AWG WHITE/ LIGHT GREEN | 6.218195 | 306.01350 |
| 5-59 | M3130A60 | 717220915ECR | 49.213 | MFT 10/04/0553 | PTP CABLE 22AWG WHITE/ LIGHT GREEN | 6.218195 | 306.01350 |
| 7-69 | M3130A59 | 717220916ECR | 49.213 | MFT 10/04/0553 | PTP CABLE 22AWG WHITE/ LIGHT BLUE | 6.218195 | 306.01350 |
| 1-27 | M3130A53 | 717221521ECR | 44.127 | MFT 09/30/0553 | PTP CABLE 22AWG LIGHT GREEN/ BRICK BROWN | 6.218195 | 274.39211 |
| 5-42 | M3130028 | 717221602ECR | 49.213 | MFT 09/30/0553 | PTP CABLE 22AWG LIGHT BLUE/ RED | 6.218195 | 306.01350 |
| 5-43 | M3130028 | 717221602ECR | 49.213 | MFT 10/04/0553 | PTP CABLE 22AWG LIGHT BLUE/ RED | 6.218195 | 306.01350 |
| 8-90 | M3130030 | 717221604ECR | 49.213 | MFT 09/30/0553 | PTP CABLE 22AWG LIGHT BLUE/ YELLOW | 6.218195 | 306.01350 |
| 8-91 | M3130030 | 717221604ECR | 49.213 | MFT 10/04/0553 | PTP CABLE 22AWG LIGHT BLUE/ YELLOW | 6.218195 | 306.01350 |
| 8-60 | M3130A43 | 717221608ECR | 49.213 | MFT 10/04/0553 | PTP CABLE 22AWG LIGHT BLUE/ GRAY | 6.218195 | 306.01350 |
| 9-59 | M3130060 | 717222104ECR | 98.425 | MFT 10/04/0553 | PTP CABLE 22AWG BRICK BROWN/ YELLOW | 6.218195 | 612.02700 |
| 3-2 | M3130A32 | 717222107ECR | 49.213 | MFT 09/23/0553 | PTP CABLE 22AWG BRICK BROWN/ PURPLE | 6.218195 | 306.01350 |
| 7-76 | M3130031 | 717222109ECR | 147.638 | MFT 10/04/0553 | PTP CABLE 22AWG BRICK BROWN/ WHITE | 6.218195 | 918.04050 |
| 4-58 | M3130059 | 717222115ECR | 49.213 | MFT 10/04/0553 | PTP CABLE 22AWG BRICK BROWN/ LIGHT GREEN | 6.218195 | 306.01350 |

de Tecnología
2 0 0 2

**Recibo de Conformidad: / Conformity Received:**

**Observaciones: / Remarks:**

| Importe Total / Amount | |
|---|---|
| % I.V.A. TAX: | |
| TOTAL | |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITION OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

**Nombre y Firma**

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juarez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-86

R.F.C. COR-800219-3KA
PITEX 85-027
No. CTA. REG. ESTATAL 6905-8
REG. DE EXP.-IMP COR-800219-3KA

| EXPEDIDA EN: CORREGIDORA, QRO. | |
|---|---|
| PACKING 0 | FACTURA / INVOICE 7 039943 |

DELPHI-(DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                    RFC: EXP530

FISCAL
(PITEX 85-027)

Enviar a: / Ship to:
José Iglesias
R.B.E. VII PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231        RFC:
Embarque vía: / Ship to:
SU TRANSPORTE

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| No. cliente / Customer number | 530 | Pedido del cliente / Purchase order | P4170068 |
|---|---|---|---|
| Fecha / Date | 10/05/05 | Orden de Venta / Order of Sale | J001121 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO | Vo. Bo. Embarque | Vo. Bo. Cont. |
| Tipo de Cambio / Rate of Exchange | 10.7907 | Nombre y Firma | Nombre y Firma |

Embarque / Package

12 TAMBOS T21.
145 OTROS
PESO NETO :  10962.69KG
PESO BRUTO:

| Partida / Order number part no. | Codigo Clientes / Customer part no. | Codigo Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripcion / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 70-112 | M3130058 | 717222116ECR | 44.619 | MFT 09/30/0553 | PTP CABLE 22AWG BRICK BROWN/ LIGHT BLUE | 6.218195 | 277.45224 |
| 49-16 | M3130004 | 7172221ECR | 49.213 | MFT 09/30/0553 | PTP CABLE 22AWG BRICK BROWN | 6.218195 | 306.01350 |
| 65-4 | M3232J14 | 719110207T21 | 8.202 | MFT 09/30/0553 | PTP CABLE 11 AWG RED/PURPLE | 53.864867 | 441.80500 |
| 76-4 | M3232853 | 719110209T21 | 7.546 | MFT 09/30/0553 | PTP CABLE 11 AWG RED/WHITE | 53.864867 | 406.46060 |
| 91-108 | M3232852 | 719110215ECR | 9.843 | MFT 09/21/0553 | PTP CABLE 11AWG RED/ LIGHT GREEN | 53.864867 | 530.16600 |
| 83-2 | M3232852 | 719110215T21 | 7.546 | MFT 10/04/0553 | PTP CABLE 11AWG RED/ LIGHT GREEN | 53.864867 | 406.46060 |
| 92-142 | M3232867 | 719110221ECR | 9.843 | MFT 10/04/0553 | PTP CABLE 11AWG RED/ BRICK BROWN | 53.864867 | 530.16600 |
| 66-6 | M3232867 | 719110221T21 | 37.730 | MFT 10/04/0553 | PTP CABLE 11AWG RED/ BRICK BROWN | 53.864867 | 2032.30300 |
| 96-145 | M3232804 | 7191121ECR | 59.055 | MFT 10/04/0553 | PTP CABLE 11AWG BRICK BROWN | 53.864867 | 3180.99600 |

MX-8544.49.800

Premio
Nacional
de Tecnología
2002

CUARENTA Y SEIS MIL SETECIENTOS SETENTA Y DOS DLLS 46/100 USD
PAGO EN UNA SOLA EXHIBICION.

OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

| Importe Total / Amount: | 46,772.46 |
|---|---|
| % I.V.A. TAX: | 0.00 |
| TOTAL | 46,772.46 |

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apda. Postal 17
Tels. (4) 225-06-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juarez, Chih. C.P. 32557
Tels. (16) 82-30-95, 82-30-57 Fax. 82-30-86

R.F.C. COR-800219-3KA
PITEX 86-027

No. CTA. REG. ESTATAL 6688-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

| PACKING | FACTURA / INVOICE 1 |
|---|---|
| 0 | 039944 |

**CONDUMEX** DELPHI
CABLE AUTOMOTRIZ

DELPHI
DELPHI AUTOMOTIVE SYSTEMS
c/o Delphi Packard
P.O. Box 431, Warren, Ohio
44486 U.S.A.
Warren OH 44486

FISCAL

RFC: EXPO538000000

Enviar a: / Ship to:

Delphi Plant 3800 RBE V
Calle Fahrenheit y Fresnel
Parque Ind Bermudez, Cd JuÁrez
R.F.C. 790127 UE8
R.N.I.M. PITEX 93-231
Ciudad JuÁrez CHI 32470            RFC:

Embarque via: / Ship to:

| No. cliente / Customer number | 538 | Pedido del cliente / Purchase order | P4170068 |
|---|---|---|---|
| Fecha / Date | 10/05/05 | Orden de Venta / Order of Sale | J000906 |
| Condiciones de paga / Payment Terms | | Vo. Bo. Embarque | Vo. Bo. Conf. |
| Tipo de Cambio / Rate of Exchange | 10.7907 | Nombre y Firma | Nombre y Firma |

Embarque / Package

1 TAMBOS T21,

PESO NETO :      65.41KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Codigo Clientes / Customer part No. | Codigo Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripcion / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 16-18 | H3023429 | 924140209T21 | 7.546 | MFT | 1704/0553  GXE Cable 14AWG Red / White | 38.446498 | 290.11464 |

Premio
Nacional
de Tecnología
2 0 0 2

DOSCIENTOS NOVENTA DLLS 11/100 USD
PAGO EN UNA SOLA EXHIBICION.

| Recibo de Conformidad: / Conformity Received: | Observaciones : / Remarks: | Importe Total / Amount: | 290.11 |
|---|---|---|---|
| | | % I.V.A. TAX: | 0.00 |
| Nombre y Firma | LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS. | TOTAL | 290.11 |

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

17 Oct 2005 17:27    HP LASERJET FAX    P.7

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-66

**PLANTA JUAREZ**
Enrico Fermi No. 1480 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-86, 82-30-87 Fax. 82-30-88

R.F.C. COR-800219-3KA
PITEX 86-027

No. CTA. REG. ESTATAL 6985-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING 0   FACTURA / INVOICE 1   039945

CORDAFLEX CABLE AUTOMOTRIZ · DELPHI - (MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.          RFC: RBE790127UEB

FISCAL

| No. cliente / Customer number | 531 |
|---|---|
| Pedido del cliente / Purchase order | P4170068 |
| Fecha / Date | 10/05/05 |
| Orden de Venta / Order of Sale | J001120 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO |
| Tipo de Cambio / Rate of Exchange | 10.7907 |

Vo. Bo. Embarque _____ Nombre y Firma
Vo. Bo. Cont. _____ Nombre y Firma

Enviar a / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231          RFC:

Embarque vía / Ship via:
SU TRANSPORTE

Embarque / Package
2 TAMBOS T21.
97 OTROS
PESO NETO : 6481.41KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / Item | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 105-1 | M4775312 | 7151702ECR | 18.045 | MFT | PTP CABLE 17AWG RED | 16.776160 | 302.71941 |
| 256-25 | M4775310 | 7151712ECR | 18.045 | MFT 10/03/0553 | PTP Cable 17AWG Pink | 16.776162 | 302.71945 |
| 398-1 | M4775304 | 7151721ECR | 18.045 | MFT | PTP CABLE 17AWG BRICK BROWN | 16.776160 | 302.71941 |
| 365-26 | M4775205 | 7151808ECR | 22.966 | MFT 10/03/0553 | PTP CABLE 18AWG Gray | 13.754253 | 315.87850 |
| 301-1 | M4775241 | 715180900ECR | 22.966 | MFT | PTP CABLE 18AWG WHITE/ BLACK | 13.754250 | 315.87844 |
| 258-35 | M4775150 | 715200200ECR | 34.449 | MFT 10/03/0553 | PTP CABLE 20AWG Red / Black | 9.159941 | 315.54915 |
| 293-30 | M4775153 | 715200209ECR | 65.617 | MFT | PTP CABLE 20AWG Red / White | 9.159941 | 601.04600 |
| 302-1 | M4775806 | 715202100ECR | 32.808 | MFT | PTP CABLE 20AWG  BRICK BROWN / BLACK | 9.159940 | 300.52296 |
| 384-21 | M3380512 | 7161302ECR | 19.685 | MFT 09/19/0553 | PTP CABLE 13AWG RED | 39.737996 | 782.24400 |
| 389-1 | M3380512 | 7161302ECR | 49.213 | MFT | PTP CABLE 13AWG RED | 39.737996 | 1955.61000 |
| 374-57 | M3232850 | 719110200ECR | 4.921 | MFT 09/15/0553 | PTP CABLE 11AWG RED/ BLACK | 53.864867 | 265.08300 |
| 374-58 | M3232850 | 719110200ECR | 14.764 | MFT 09/16/0553 | PTP CABLE 11AWG RED/ BLACK | 53.864867 | 795.24900 |
| 374-60 | M3232850 | 719110200ECR | 14.764 | MFT 09/19/0553 | PTP CABLE 11AWG RED/ BLACK | 53.864867 | 795.24900 |
| 374-59 | M3232850 | 719110200ECR | 9.843 | MFT 09/17/0553 | PTP CABLE 11AWG RED/ BLACK | 53.864867 | 530.16600 |

Prefima
de Tecnología
2 0 0 2

Recibo de Conformidad: / Conformity Received:

Nombre y Firma

Observaciones : / Remarks:

| Importe Total / Amount: | |
|---|---|
| % I.V.A. TAX: | |
| TOTAL | |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-58

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 83-30-85, 83-30-87 Fax. 82-30-86

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 8985-8
REG. DE EXP.-IMP COR-800219-3KA

**EXPEDIDA EN: CORREGIDORA, QRO.**
PACKING 0 | FACTURA / INVOICE 2 039945

DELPHI -(MBZ)
DELPHI. PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                    RFC: RBE790127UE8

FISCAL

| No. cliente / Customer number | 531 | Pedido del cliente / Purchase order | P4170068 |

| Fecha / Date | 10/05/05 | Orden de Venta / Order of Sale | J001120 |

| Condiciones de pago / Payment Terms | 60 DIAS CREDITO | Vo. Bo. Embarque | Vo. Bo. Cont. |

| Tipo de Cambio / Rate of Exchange | 10.7907 | | |

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

Embarque vía: / Ship to:

Embarque / Package
2 TAMBOS T21,
97 OTROS
PESO NETO :  6481.41KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes



| Partida / ITEM | Codigo Clientes / Customer part No. | Codigo Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 74-61 | M3232850 | 719110200ECR | 4.921 | MFT | PTP CABLE 11AWG RED/ BLACK | 53.864867 | 265.08300 |
| 65-2 | M3232804 | 7191121ECR | 4.921 | MFT | PTP CABLE 11AWG BRICK BROWN | 53.864867 | 265.08300 |
| 60-3 | M3232712 | 7191302ECR | 39.370 | MFT | PTP CABLE 13AWG RED | 34.652347 | 1364.26560 |
| 68-3 | M3232708 | 7191309ECR | 29.528 | MFT | PTP CABLE 13AWG WHITE | 34.652350 | 1023.19928 |
| 68-1 | M3232704 | 7191321ECR | 19.685 | MFT | PTP CABLE 13AWG BRICK BROWN | 34.652350 | 682.13285 |
| 64-7 | M3232665 | 719150700ECR | 29.528 | MFT | PTP CABLE 15AWG PURPLE / BLACK | 21.808563 | 643.95360 |
| 63-7 | M3232627 | 719151600ECR | 14.764 | MFT | PTP CABLE 15AWG LIGT BLUE/ BLACK | 21.808563 | 321.97680 |
| 67-6 | M3232550 | 719170200ECR | 18.045 | MFT | PTP CABLE 17AWG RED/BLACK | 15.042155 | 271.42995 |
| 16-7 | M3232565 | 719170700ECR | 36.089 | MFT | PTP CABLE 17AWG PURPLE / BLACK | 15.042155 | 542.85990 |
| 65-24 | M3232503 | 7191716ECR | 18.045 | MFT | PTP CABLE 17AWG LIGHT BLUE | 15.042155 | 271.42995 |
| 63-4 | M3232504 | 7191721ECR | 88.583 | MFT | PTP CABLE 17AWG BRICK BROWN | 15.042155 | 1332.47430 |
| 694-1 | M3232421 | 719180009ECR | 49.213 | MFT | PTP CABLE 18AWG BLACK/WHITE | 11.227340 | 552.52656 |
| 689-1 | M3232401 | 7191800ECR | 24.606 | MFT | PTP CABLE 18AWG BLACK | 11.227340 | 276.26328 |
| 693-1 | M3232453 | 719180209ECR | 73.819 | MFT | PTP CABLE 18AWG RED/WHITE | 11.227340 | 828.78984 |

Recibo de Conformidad: / Conformity Received:

Nombre y Firma

Observaciones : / Remarks:

| Importe Total / Amount: | |
| % I.V.A. TAX: | |
| TOTAL | |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Coraginden, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-58

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027

| EXPEDIDA EN: CORREGIDORA, QRO. | |
|---|---|
| PACKING | FACTURA / INVOICE 3 |
| 0 | 039945 |

No. CTA. REG. ESTATAL 6685-6
REG. DE EXP.-IMP COR-800219-3KA

DELPHI - (MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.          RFC: RBE790127UE8

FISCAL

| No. cliente / Customer number | 531 | Pedido del cliente / Purchase order | P4170068 |
|---|---|---|---|
| Fecha / Date | 10/05/05 | Orden de Venta / Order of Sale | J001120 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO | Vo. Bo. Embarque | Vo. Bo. Cont. |
| Tipo de Cambio / Rate of Exchange | 10.7907 | Nombre y Firma | Nombre y Firma |

Enviar a: / Ship to:

A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231      RFC:
Embarque vía: / Ship to:    SU TRANSPORTE

Embarque / Package

2 TAMBOS T21,
97 OTROS
PESO NETO :    6481.41KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Cod en Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 645-2 | M3232469 | 719180409T21 | 31.496 | mft 10/03/0553 | PTP CABLE 18AWG YELLOW/WHITE | 11.321830 | 356.59306 |
| 675-2 | M3232445 | 719181200T21 | 31.496 | mft 10/04/0553 | PTP CABLE 18AWG PINK/ BLACK | 11.321827 | 356.59296 |
| 253-2 | M3232301 | 7192000ECR | 132.218 | MFT 09/28/0553 | PTP CABLE 20AWG BLACK | 8.122006 | 1073.87410 |
| 280-52 | M3232350 | 719200200ECR | 164.042 | MFT 09/30/0553 | PTP CABLE 20AWG RED/ BLACK | 8.122006 | 1332.35000 |
| 281-3 | M3232353 | 719200209ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG RED/ WHITE | 8.122006 | 266.47000 |
| 303-20 | M3232351 | 719200216ECR | 32.808 | MFT 09/29/0553 | PTP CABLE 20AWG RED/ LIGHT BLUE | 8.122006 | 266.47000 |
| 218-77 | M3232312 | 7192002ECR | 66.273 | MFT 09/27/0553 | PTP CABLE 20AWG RED | 8.122006 | 538.26940 |
| 369-21 | M3232309 | 7192003ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG ORANGE | 8.122006 | 266.47000 |
| 369-20 | M3232309 | 7192003ECR | 65.617 | MFT 09/29/0553 | PTP CABLE 20AWG ORANGE | 8.122006 | 532.94000 |
| 247-25 | M3232369 | 719200409ECR | 26.247 | MFT 09/28/0553 | PTP CABLE 20AWG YELLOW/ WHITE | 8.122006 | 213.17600 |
| 397-31 | M3232092 | 719200416ECR | 32.808 | MFT 09/29/0553 | PTP CABLE 20AWG YELLOW / LIGHT BLUE | 8.122006 | 266.47000 |
| 219-104 | M3232314 | 7192004ECR | 98.425 | MFT 09/30/0553 | PTP CABLE 20AWG YELLOW | 8.122006 | 799.41000 |
| 581-3 | M3232333 | 719200800ECR | 32.808 | MFT 10/03/0553 | PTP CABLE 20AWG GRAY/ BLACK | 8.122006 | 266.47000 |
| 68-72 | M3232088 | 719200916ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG WHITE/ LIGHT BLUE | 8.122006 | 266.47000 |

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:

| Importe Total / Amount | |
|---|---|
| % I.V.A. TAX: | |
| TOTAL | |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES ITS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

17 Oct 2005 17:30   HP LASERJET FAX   P.11

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi Num. 1490 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 8985-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA. QRO.
PACKING   FACTURA / INVOICE 4
0   039945

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.   RFC:  RBE790127UE8

FISCAL

Enviar a: / Ship to:
A. RAMOS
RBE IV. PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UEB
R.N.I.M. PITEX 93-231   RFC:
Embarque via: / Ship to:   SU TRANSPORTE

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 531 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/05/05 | J001120 |

| Condiciones de pago / Payment Terms |
|---|
| 60 DIAS CREDITO |

Tipo de Cambio / Rate of Exchange
10.7907

Vo. Bo. Embarque   Vo. Bo. Cont.

Nombre y Firma   Nombre y Firma

Embarca / Package

2 TAMBOS T21,
97 OTROS
PESO NETO :   6481.41KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Cliente / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 52-79 | M3232308 | 7192009ECR | 32.808 | MFT 09/29/0553 | PTP CABLE 20AWG WHITE | 8.122006 | 266.47000 |
| 52-80 | M3232308 | 7192009ECR | 98.753 | MFT 09/30/0553 | PTP CABLE 20AWG WHITE | 8.122006 | 802.07470 |
| 02-31 | M3232347 | 7192012099ECR | 32.808 | MFT 10/03/0553 | PTP CABLE 20AWG PINK/ WHITE | 8.122006 | 266.47000 |
| 53-83 | M3232310 | 7192012ECR | 65.617 | MFT 10/04/0553 | PTP CABLE 20AWG PINK | 8.122006 | 532.94000 |
| 24-108 | M3232307 | 7192015ECR | 65.617 | MFT 10/04/0553 | PTP CABLE 20AWG LIGHT GREEN | 8.122006 | 532.94000 |
| 297-52 | M3232327 | 719201600ECR | 32.808 | MFT | PTP CABLE 20AWG LIGHT BLUE/ BLACK | 8.122006 | 266.47000 |
| 105-18 | M3232328 | 7192016022ECR | 32.808 | MFT 09/26/0553 | PTP CABLE 20AWG LIGHT BLUE/ RED | 8.122006 | 266.47000 |
| 310-22 | M3232329 | 7192016099ECR | 34.449 | MFT 10/03/0553 | PTP CABLE 20AWG LIGHT BLUE/ WHITE | 8.122006 | 279.79350 |
| 310-21 | M3232329 | 7192016099ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG LIGHT BLUE/ WHITE | 8.122006 | 266.47000 |
| 507-2 | M3232D46 | 7192016155ECR | 32.808 | MFT | PTP CABLE 20AWG LIGHT BLUE/ LIGHT GREEN | 8.122006 | 266.47000 |
| 296-43 | M3232303 | 7192016ECR | 32.808 | MFT 09/29/0553 | PTP CABLE 20AWG LIGHT BLUE | 8.122006 | 266.47000 |
| 296-44 | M3232303 | 7192016ECR | 65.617 | MFT 09/30/0553 | PTP CABLE 20AWG LIGHT BLUE | 8.122006 | 532.94000 |
| 703-1 | M3232331 | 7192021099ECR | 32.808 | MFT | PTP CABLE 20AWG BRICK BROWN/ WHITE | 8.122010 | 266.47014 |
| 704-1 | M3232C07 | 7192208155ECR | 49.213 | MFT | PTP CABLE 22AWG GRAY/ LIGHT BLUE | 6.670150 | 328.25540 |

de Tecnología
2 0 0 2

Recibo de Conformidad: / Conformity Received:

Observaciones : / Remarks:

| Importe Total / Amount: | |
|---|---|
| % I.V.A. TAX: | |
| TOTAL | |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

17 Oct 2005 17:31    HP LASERJET FAX    P.12

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32537
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-86

**R.F.C. COR-800219-3KA**
PITEX 85-027
No. CTA. REG. ESTATAL 6986-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING                FACTURA / INVOICE 5
0    -    -    039945

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                    RFC: RBE790127UE8

FISCAL

| | |
|---|---|
| No. cliente / Customer number | 531 |
| Fecha / Date | 10/05/05 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO |
| Tipo de Cambio / Rate of Exchange | 10.7907 |

Pedido del cliente / Purchase order
P4170068

Orden de Venta / Order of Sale
J001120

Vo. Bo. Embarque

Vo. Bo. Cont.

Nombre y Firma          Nombre y Firma

Enviar a: / Ship to:

A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega.
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231          RFC:
Embarque via: / Ship to:    SU TRANSPORTE

Embarque / Package

2 TAMBOS T21,
97 OTROS
PESO NETO :    6481.41KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Cliente / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 395-1 | M3232204 | 7192221ECR | 49.213 | MFT | TIP CABLE 22AWG BRICK BROWN | 6.670150 | 328.25540 |

Premio
Nacional
de Tecnología
2 0 0 2

VEINTIOCHO MIL SETECIENTOS NOVENTA Y TRES DLLS 08/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones : / Remarks:

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS
TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS
INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE
CONDITIONS.

| | |
|---|---|
| Importe Total / Amount: | 28,793.08 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 28,793.08 |

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 226-08-00 Fax 226-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32567
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 6085-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

| PACKING | FACTURA / INVOICE 1 |
|---|---|
| 0 | 039946 |

CONDUMEX

DELPHI - (MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                RFC: RBE790127UE8

FISCAL

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231        RFC:
Embarque vía: / Ship by:
SU TRANSPORTE

| No. cliente / Customer number | | |
|---|---|---|
| 531 | Pedido del cliente / Purchase order | P4170068 |
| Fecha / Date | Orden de Venta / Order of Sale | |
| 10/05/05 | J001120 | |
| Condiciones de pago / Payment Terms | Vo. Bo. Embarque | Vo. Bo. Cont. |
| 60 DIAS CREDITO | | |
| Tipo de Cambio / Rate of Exchange | | |
| 10.7683 | Nombre y Firma | Nombre y Firma |
| | Embarque / Package | |

8 OTROS
PESO NETO :    523.88KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Cust. part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 10-1 | M4775312 | 7151702ECR | 18.045 | MFT | PTP CABLE 17AWG RED | 16.776160 | 302.71941 |
| 11-1 | M4775156 | 715200400ECR | 65.617 | MFT | PTP Cable 20AWG Yellow / Black | 9.159940 | 601.04591 |
| 12-1 | M3380512 | 7161302ECR | 9.843 | MFT | PTP CABLE 13AWG RED | 39.738000 | 391.12204 |
| 591-1 | M3232704 | 7191321ECR | 9.843 | MFT | PTP CABLE 13AWG BRICK BROWN | 34.652350 | 341.06643 |
| 592-1 | M3232401 | 7191800ECR | 24.606 | MFT | PTP CABLE 18AWG BLACK | 11.227340 | 276.26328 |
| 296-44 | M3232303 | 7192016ECR | 32.808 | MFT | PTP CABLE 20AWG LIGHT BLUE | 8.122006 | 266.47000 |
| 228-2 | M3232331 | 719202109ECR | 32.808 | MFT | PTP CABLE 20AWG BRICK BROWN/ WHITE | 8.122006 | 266.47000 |

Premio
Nacional
de Tecnología
2 0 0 2

DOS MIL CUATROCIENTOS CUARENTA Y CINCO DLLS 16/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks

| Importe Total / Amount: | 2,445.16 |
|---|---|
| % I.V.A. TAX: | 0.00 |
| TOTAL | 2,445.16 |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE

GRUPO CONDUMEX

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 220.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juarez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 65-027

No. CTA. REG. ESTATAL 6965-5
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING                FACTURA / INVOICE 1
0        039947



**CONDUMEX**
CABLE AUTOMOTRIZ

DELPHI -(HBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                    RFC:  RBE790127UE8

FISCAL

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.H. PITEX 93-231
SU TRANSPORTE                RFC:

Embarque vía: / Ship to:

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 531 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/05/05 | J001120 |

| Condiciones de pago / Payment Terms | Vo. Bo. Embarque | Vo. Bo. Cont. |
|---|---|---|
| 60 DIAS CREDITO | 0 | |

| Tipo de Cambio / Rate of Exchange | | |
|---|---|---|
| 10.7683 | Nombre y Firma | Nombre y Firma |

Embarque / Package

3 TAMBOS T21,
4 OTROS
PESO NETO :      508.21KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 074-61 | M3232850 | 719110200ECR | 9.843 | MFT 09/21/0553 | PTP CABLE 11AWG RED/ BLACK | 53.864867 | 530.16600 |
| 062-2 | M3232E27 | 7191807T21 | 31.496 | MFT 10/03/0553 | PTP CABLE 18AWG RED | 11.321827 | 356.59296 |
| 074-5 | M3232433 | 719180800T21 | 31.496 | MFT 09/28/0553 | PTP CABLE 18AWG GRAY/ BLACK | 11.321827 | 356.59296 |
| 501-5 | M3232403 | 7191816T21 | 31.496 | MFT 09/30/0553 | PTP CABLE 18AWG LIGHT BLUE | 11.321827 | 356.59296 |
| 040-65 | M3232356 | 719200400ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG YELLOW/BLACK | 8.122006 | 266.47000 |
| 010-66 | M3232356 | 719200400ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG YELLOW/BLACK | 8.122006 | 266.47000 |

Premio
Nacional
de Tecnología
2 0 0 2

DOS MIL CIENTO TREINTA Y DOS DLLS 88/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones : / Remarks:

| | |
|---|---|
| Importe Total / Amount: | 2,132.88 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 2,132.88 |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

GRUPO CONDUMEX

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-58

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-86

R.F.C. COR-800219-3KA
PITEX 85-027

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING     FACTURA / INVOICE 1
0     039952

No. CTA. REG. ESTATAL 8995-6
REG. DE EXP.-IMP COR-800219-3KA

CONDUMEX CABLE AUTOMOTRIZ

FISCAL

DELPHI - (MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.          RFC: RBE790127UE8

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300.
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231          RFC:
Embarque vía: / Ship to:
SU TRANSPORTE



| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 531 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/05/05 | J001120 |

| Condiciones de pago / Payment Terms | Vo. Bo. Embarque | Vo. Bo. Cont. |
|---|---|---|
| 60 DIAS CREDITO | | |

| Tipo de Cambio / Rate of Exchange | Nombre y Firma | Nombre y Firma |
|---|---|---|
| 10.7683 | | |

Embarque / Package

16 OTROS
PESO NETO :   1029.78KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código: Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 354-9 | N4775434 | 715150809ECR | 14.764 | MFT | 10/05/0553 PTP CABLE 15AWG GREY/ WHITE | 24.114588 | 356.02245 |
| 330-19 | N4775209 | 7151803ECR | 22.966 | MFT | 10/05/0553 PTP CABLE 18AWG ORANGE | 13.754253 | 315.87850 |
| 394-2 | M3232805 | 7191108ECR | 4.921 | MFT | 09/21/0553 PTP CABLE 11AWG GRAY | 53.864867 | 265.08300 |
| 370-49 | M3232650 | 719150200ECR | 29.528 | MFT | 10/04/0553 PTP CABLE 15AWG RED / BALCK | 21.808563 | 643.95360 |
| 367-2 | M3232G27 | 7191507ECR | 11.155 | MFT | 09/28/0553 PTP CABLE 15AWG DARK BLUE | 21.808563 | 243.27136 |
| 514-6 | M3232639 | 719151500ECR | 14.764 | MFT | 09/29/0553 PTP CABLE 15AWG LIGHT GREEN / BLACK | 21.808563 | 321.97680 |
| 299-44 | M3232334 | 719200809ECR | 32.808 | MFT | 09/28/0553 PTP CABLE 20AWG GRAY/ WHITE | 8.122006 | 266.47000 |
| 316-1 | M3232088 | 719200916ECR | 32.808 | MFT | | PTP CABLE 20AWG WHITE/ LIGHT BLUE | 8.122010 | 266.47014 |
| 315-8 | M3232345 | 719201200ECR | 66.929 | MFT | 10/05/0553 PTP CABLE 20AWG PINK/ BLACK | 8.122006 | 543.59880 |
| 114-87 | M3232022 | 719201509ECR | 98.425 | MFT | 09/30/0553 PTP CABLE 20AWG LIGHT GREEN/ WHITE | 8.122006 | 799.41000 |
| 114-89 | M3232022 | 719201509ECR | 65.617 | MFT | 10/05/0553 PTP CABLE 20AWG LIGHT GREEN/ WHITE | 8.122006 | 532.94000 |

Nacional
de Tecnología
2 0 0 2

CUATRO MIL QUINIENTOS CINCUENTA Y CINCO DLLS 07/100 USD
PAGO EN UNA SOLA EXHIBICION.

| Recibo de Conformidad: / Conformity Received: | Observaciones : / Remarks: | | |
|---|---|---|---|
| | | Importe Total / Amount: | 4,555.07 |
| | | % I.V.A. TAX: | 0.00 |
| Nombre y Firma | | TOTAL | 4,555.07 |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESTABLECIDAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES ITS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

17 Oct 2005 17:32   HP LASERJET FAX   P.15

17 Oct 2005 17:34   HP LASERJET FAX   P.16

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-65, 62-30-87 Fax 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6685-6
REG. DE EXP. 9MP COR-800219-3KA

| EXPEDIDA EN: CORREGIDORA, QRO. | |
|---|---|
| PACKING | FACTURA / INVOICE 1 |
| 0 | 039953 |

DELPHI-(DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                RFC: EXP530

FISCAL
(PITEX 85-027)

Enviar a / Ship to:
José Iglesias
R.B.E. VII  PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE.790127 UE8
R.N.I.M. PITEX 93-231
                      RFC:
Embarque vía: / Ship to:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes F

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 530 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/05/05 | J001121 |

| Condiciones de pago / Payment Terms | Vo. Bo. Embarque | Vo. Bo. Cont. |
|---|---|---|
| 60 DIAS CREDITO | | |
| Tipo de Cambio / Rate of Exchange | Nombre y Firma | Nombre y Firma |
| 10.7683 | | |

Embarque / Package

2 OTROS
PESO NETO :    164.10KG
PESO BRUTO:

| Partida / Item | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Und | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 5-115 | M3130F22 | 717131509ECR | 19.685 | MFT 10/04/0553 | GPT CABLE 13AWG LIGHT GREEN/ WHITE | 34.003123 | 669.35280 |



MX-8544.49.800

Premio
Nacional
de Tecnología
2 0 0 2

SEISCIENTOS SESENTA Y NUEVE DLLS 35/100 USD
PAGO EN UNA SOLA EXHIBICION

Recibo de Conformidad: / Conformity Received:

Observaciones / Remarks:
OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

| Importe Total / Amount | 669.35 |
|---|---|
| % I.V.A. TAX: | 0.00 |
| TOTAL | 669.35 |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

Nombre y Firma

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Oro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-58

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juarez, Chih. C.P. 32507
Tels. (16) 82-30-65, 82-30-67 Fax. 82-30-68

R.F.C. COR-800219-3KA
PITEX 85-027

FISCAL
(PITEX 85-027)

EXPEDIDA EN: CORREGIDORA, QRD.

| PACKING | FACTURA / INVOICE 1 |
|---|---|
| 0 | 039954 |

No. CTA. REG. ESTATAL 8085-6
REG. DE EXP.-IMP COR-800219-3KA

DELPHI-(X1)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN, OHIO 44486
WARREN OH 44486
RFC: EXP520

Enviar a: / Ship to:
H. Morales
R.B.E. IX PLANTA 3700
Ave. Tec. y Juan Kleper # 6915
Fracc. Marquiz
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE
Embarque via: / Ship to:
RFC:
R.N.I.M. PITEX 93-231

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 520 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/05/05 | J000768 |

| Condiciones de pago / Payment Terms | Vo. Bo. Embarque | Vo. Bo. Cont. |
|---|---|---|
| 60 DIAS CREDITO | | |

| Tipo de Cambio / Rate of Exchange | | |
|---|---|---|
| 10.7683 | Nombre y Firma | Nombre y Firma |

Embarque / Package

6 TAMBOS T21.

PESO NETO :   475.08KG
PESO BRUTO :

| Partida / ITEM | Código Clientes / Customer part I.D. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 1-341 | M3089620 | 955140002T21 | 12.139 | mft 09/30/0552 | PTP Cable 14AWG Black/Red | 29.957787 | 363.66079 |
| 1-342 | M3089620 | 955140002T21 | 24.278 | mft 10/03/0552 | PTP Cable 14AWG Black/Red | 29.957787 | 727.32158 |
| 2-64 | M3089G08 | 955140500T21 | 24.278 | mft 10/03/0552 | PTP Cable 14AWG dark green/black | 29.957787 | 727.32158 |
| 2-65 | M3089G08 | 955140500T21 | 12.139 | mft 10/04/0552 | PTP Cable 14AWG dark green/black | 29.957787 | 363.66079 |



Premio
Nacional
de Tecnología
2 0 0 2

DOS MIL CIENTO OCHENTA Y UN DLLS 96/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:
OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

| Importe Total / Amount: | 2,181.96 |
|---|---|
| % I.V.A. TAX: | 0.00 |
| TOTAL | 2,181.96 |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITION.

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

17 Oct 2005 17:34   HP LASERJET FAX   P.17

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

**PLANTA JUAREZ**
Ermo Fermi No. 1460 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32567
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-86

**R.F.C. COR-800219-3KA**
PITEX 86-027

No. CTA. REG. ESTATAL 8885-6
REG. DE EXP. IMP COR-800219-3KA

| EXPEDIDA EN: CORREGIDORA, QRO. | |
|---|---|
| PACKING 0 | FACTURA / INVOICE 1 039955 |

CORDAFLEX CABLE AUTOMOTRIZ

DELPHI
DELPHI AUTOMOTIVE SYSTEMS
c/o Delphi Packard
P.O. Box 431, Warren, Ohio
44486 U.S.A.
Warren OH 44486          RFC: EXP0539000000

FISCAL

| No. cliente / Customer number 539 | Pedido del cliente / Purchase order P4170068 |
|---|---|
| Fecha / Date 10/05/05 | Orden de Venta / Order of Sale J000895 |
| Condiciones de pago / Payment Terms | Vo. Bo. Embarque |
| Tipo de Cambio / Rate of Exchange 10.7683 | Vo. Bo. Cont. |
| | Nombre y Firma |

Enviar a: / Ship to:
Delphi Plant 3900 RBE I
Ave. de las Industrias S/N
Parqe Ind. Bermudez, Cd Juárez
R.F.Q. 790127 UE8
R.N.I.M. PITEX 93-231
Ciudad Juárez CHI 32470          RFC:

Embarque via: / Ship to:

Embarcar a / Package

6 TAMBOS T21.

PESO NETO :       399.53KG
PESO BRUTO :

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 15-21 | M3075170 | 975200907T21 | 28.543 | MFT | PTF CABLE 20AWG WHITE / PURPLE | 12.327088 | 351.85584 |
| 15-22 | M3075170 | 975200907T21 | 28.543 | MFT | PTF CABLE 20AWG WHITE / PURPLE | 12.327088 | 351.85584 |
| 23-1 | M3075182 | 975201501T21 | 28.543 | MFT | PTF CABLE 20 AWG LIGHT GREEN/ DARK BROWN | 12.327090 | 351.85591 |
| 24-1 | M3075B25 | 975201505T21 | 29.528 | MFT | PTF CABLE 20 AWG LIGHT GREEN/ DARK GREEN | 12.327090 | 363.98887 |
| 21-3 | M3075B22 | 975201516T21 | 28.543 | MFT | PTF CABLE 20 AWG LIGHT GREEN/ LIGHT BLUE | 12.327088 | 351.85584 |
| 21-4 | M3075B22 | 975201516T21 | 28.543 | MFT | PTF CABLE 20 AWG LIGHT GREEN/ LIGHT BLUE | 12.327088 | 351.85584 |

Premio
Nacional
de Tecnología
2 0 0 2

DOS MIL CIENTO VEINTITRES DLLS 29/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:

| | |
|---|---|
| Importe Total / Amount: | 2,123.29 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 2,123.29 |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

17 Oct 2005 17:34   HP LASERJET FAX   P.18

17 Oct 2005 17:35   HP LASERJET FAX   P.19

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-68

**PLANTA JUAREZ**
Enitoo Ferml No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P 32557
Tels. (16) 82-30-88, 82-30-87 Fax. 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 85-027
No. CTA. REG. ESTATAL 6985-8
REG. DE EXP.-IMP COR-800219-3KA

**EXPEDIDA EN: CORREGIDORA, QRO.**
PACKING 0
FACTURA / INVOICE 1
039956



CORDUMEX CABLE AUTOMOTRIZ
DELPHI-(X1)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN, OHIO 44486
WARREN OH 44486          RFC: EXP520

Enviar a: / Ship to:
H. Morales
R.B.E. IX PLANTA 3700
Ave. Tec. y Juan Kleper # 6915
Fracc. Marquiz
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231          RFC:
Embarque via: / Ship to:          R.N.I.M. PITEX 93-231.

VENTAS
(PITEX 85-027)

| | |
|---|---|
| No. cliente / Customer number | Pedido del cliente / Purchase order |
| 520 | P4170068 |
| Fecha / Date | Orden de Venta / Order of Sale |
| 10/06/05 | J000768 |
| Condiciones de pago / Payment Terms | Vo. Bo. Embarque | Vo. Bo. Cont. |
| 60 DIAS CREDITO | | |
| Tipo de Cambio / Rate of Exchange | Nombre y Firma | Nombre y Firma |
| 10.7683 | | |

Embarque / Package

4 TAMBOS T21,

PESO NETO :    329.56KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Codigo Clientes / Customer part No. | Codigo Cordaflex / Cordaflex part No. | Cantidad / Quant. | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 51-57 | M3089G04 | 955140602T21 | 26.247 | mft 08/05/0552 | PTP Cable 14AWG Dark Blue/Red | 29.957787 | 786.29360 |
| 48-80 | M3089682 | 955140902T21 | 24.278 | mft 10/04/0552 | PTP Cable 14AWG White/Red | 29.957787 | 727.32158 |

Premio
Nacional
de Tecnología
2 0 0 2

UN MIL QUINIENTOS TRECE DLLS 61/100 USD
PAGO EN UNA SOLA EXHIBICION

OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

Recibo de Conformidad: / Conformity Received:

Observaciones / Remarks:

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS
TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS
INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE
CONDITIONS.

| | |
|---|---|
| Importe Total / Amount: | 1,513.61 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 1,513.61 |

LA REPRODUCCION NO AUTORIZADA CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-66

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juarez, Chih. C.P. 32557
Tels. (16) 62-30-85, 62-30-67 Fax 62-30-88

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 6985-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

| PACKING | FACTURA / INVOICE 1 |
|---|---|
| 0 | 039957 |

DELPHI-(DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                    RFC: EXP530

Enviar a: / Ship to:
José Iglesias
R.B.E. VII PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231        RFC:
Embarque vía: / Ship to:     SU TRANSPORTE

FISCAL
(PITEX B5-027)

| No. cliente / Customer number | | Pedido del cliente / Purchase order | |
|---|---|---|---|
| 530 | | P4170068 | |
| Fecha / Date | | Orden de Venta / Order of Sale | |
| 10/06/05 | | J001121 | |
| Condiciones de pago / Payment Terms | | Vo. Bo. Embarque | Vo. Bo. Cont. |
| 60 DIAS CREDITO | | | |
| Tipo de Cambio / Rate of Exchange | | | |
| 10.7683 | | Nombre y Firma | Nombre y Firma |

Embarque / Package

1 TAMBOS T21.
36 OTROS
PESO NETO :   2553.25KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Cód. de Clientes / Customer Just No. | Código Cordaflex / Cordaflex Part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 3-145 | M3130515 | 717130016ECR | 19.685 | MFT | 10/03/0553 PTP CABLE 13AWG BLACK/ LIGHT BLUE | 34.003123 | 669.35280 |
| 3-146 | M3130515 | 717130016ECR | 29.528 | MFT | 10/04/0553 PTP CABLE 13AWG BLACK/ LIGHT BLUE | 34.003123 | 1004.02920 |
| 17-149 | M3130504 | 7171321ECR | 9.843 | MFT | 10/05/0553 PTP CABLE 13AWG BRICK BROWN | 34.003123 | 334.67640 |
| 118-6 | M3130E60 | 717150915ECR | 28.543 | MFT | 10/05/0553 PTP CABLE 15AWG WHITE/ LIGHT GREEN | 21.336123 | 609.00348 |
| 20-59 | M3130408 | 7171509ECR | 14.764 | MFT | 10/05/0553 PTP CABLE 15AWG WHITE | 21.336123 | 315.00180 |
| 118-55 | M3130403 | 7171516ECR | 14.764 | MFT | 10/05/0553 PTP CABLE 15AWG LIGHT BLUE | 21.336123 | 315.00180 |
| 22-144 | M3130404 | 7171521ECR | 14.764 | MFT | 10/05/0553 PTP CABLE 15AWG BRICK BROWN | 21.336123 | 315.00180 |
| 54-65 | M3130C34 | 717180702ECR | 22.966 | MFT | 10/05/0553 PTP CABLE 18AWG PURPLE/ RED | 12.013174 | 275.89310 |
| 55-56 | M3130C49 | 717180708ECR | 24.606 | MFT | 10/05/0553 PTP CABLE 18AWG PURPLE/ GRAY | 12.013174 | 295.59975 |
| 522-2 | M3130239 | 717181500ECR | 22.966 | MFT | 10/05/0553 PTP CABLE 18AWG LIGHT GREEN/ BLACK | 12.013174 | 275.89310 |
| 503-2 | M3130280 | 717181502ECR | 22.966 | MFT | C JBN4600014 Cu...18(.19x31)AWG.LGN/SRD | 12.013174 | 275.89310 |
| 550-6 | M3130119 | 717200015ECR | 32.808 | MFT | 10/05/0553 PTP CABLE 20AWG BLACK/ LIGHT GREEN | 8.234325 | 270.15500 |
| 118-82 | M3130152 | 717200215ECR | 32.808 | MFT | 10/05/0553 PTP CABLE 20AWG RED/ LIGHT GREEN | 8.234325 | 270.15500 |
| 652-1 | M3130M64 | 71720080004T21 | 32.808 | MFT | PTP CABLE 20AWG GRAY/ BLACK/ YELLOW | 8.234320 | 270.15485 |

de Tecnología
2  0  0  2

| Recibo de Conformidad: / Conformity Received: | Observaciones: / Remarks: | | | |
|---|---|---|---|---|
| | | Importe Total / Amount: | | |
| | | % I.V.A. TAX: | | |
| Nombre y Firma | LA RECEPCIÓN Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACIÓN DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS. | TOTAL | | |

17 Oct 2005 17:36   HP LASERJET FAX   P.20

17 Oct 2005 17:37    HP LASERJET FAX    P.21

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.9
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 228-06-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-86

R.F.C. COR-800219-3KA
PITEX 86-027

No. CTA. REG. ESTATAL 8085-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

| PACKING | FACTURA / INVOICE 2 |
|---|---|
| 0 | 039957 |

DELPHI-(DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                    RFC: EXP530

FISCAL
(PITEX 85-027)



| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 530 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/06/05 | J001121 |

| Condiciones de pago / Payment Terms |
|---|---|
| 60 DIAS CREDITO |

| Tipo de Cambio / Rate of Exchange |
|---|---|
| 10.7683 |

Vo. Bo. Embarque          Vo. Bo. Cont.

Nombre y Firma          Nombre y Firma

Enviar a: / Ship to:
José Iglesias
R.B.E. VII PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE          RFC:

Embarque vía: / Ship to:

Embarque / Package
1 TAMBOS T21.
36 OTROS
PESO NETO :   2553.25KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Cliente / Code Client | Código Cordaflex / Cord. flex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 53-133 | M3130135 | 717200802ECR. | 32.808 | MFT 10/05/0553 | PTP CABLE 20AWG GRAY/ RED | 8.234325 | 270.15500 |
| 45-26 | M3130019 | 717220015ECR | 49.213 | MFT 10/05/0553 | PTP CABLE 22AWG BLACK/ LIGHT GREEN | 6.218195 | 306.01350 |
| 35-98 | M3130009 | 717220421ECR | 49.213 | MFT 10/05/0553 | PTP CABLE 22AWG YELLOW/ BRICK BROWN | 6.218195 | 306.01350 |
| 17-29 | M3130014 | 7172204ECR | 49.213 | MFT 10/04/0553 | PTP CABLE 22AWG YELLOW | 6.218195 | 306.01350 |
| 71-54 | M3130A11 | 717220904ECR | 45.276 | MFT 10/05/0553 | PTP CABLE 22AWG WHITE/ YELLOW | 6.218195 | 281.53242 |
| 71-28 | M3130A53 | 717221521ECR | 43.635 | MFT 10/05/0553 | PTP CABLE 22AWG LIGHT GREEN/ BRICK BROWN | 6.218195 | 271.33197 |
| 93-3 | M3130A32 | 717222107ECR | 49.213 | MFT 10/05/0553 | PTP CABLE 22AWG BRICK BROWN/ PURPLE | 6.218195 | 306.01350 |
| 43-128 | M3232851 | 719110216ECR | 19.685 | MFT 10/05/0553 | PTP CABLE 11AWG RED /LIGHT BLUE | 53.864867 | 1060.33200 |
| 93-137 | M3232812 | 7191102ECR | 4.921 | MFT 09/20/0553 | PTP CABLE 11AWG RED | 53.864867 | 265.08300 |
| 94-83 | M3232865 | 719110700ECR | 19.685 | MFT 10/05/0553 | PTP CABLE 11AWG PURPLE/ BLACK | 53.864867 | 1060.33200 |
| 95-87 | M3232807 | 7191115ECR | 4.921 | MFT 10/05/0553 | PTP CABLE 11AWG LIGTH GREEN | 53.864867 | 265.08300 |
| 95-145 | M3232804 | 7191121ECR | 9.843 | MFT 10/04/0553 | PTP CABLE 11AWG BRICK BROWN | 53.864867 | 530.16600 |

MX-8544.49.800

Nacional
de Tecnología
2002

DIEZ MIL SETECIENTOS VEINTITRES DLLS 85/100 USD
PAGO EN UNA SOLA EXHIBICION.

OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

| | Importe Total / Amount | 10,723.85 |
|---|---|---|
| | % I.V.A. TAX: | 0.00 |
| | TOTAL | 10,723.85 |

Recibo de Conformidad: / Conformity Received:

Observaciones / Remarks:

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32567
Tels. (16) 82-30-86, 82-30-87 Fax. 82-30-86

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6085-6
REG. DE EXP. IMP COR-800219-3KA

| EXPEDIDA EN: CORREGIDORA, QRO. | |
|---|---|
| PACKING | FACTURA / INVOICE 1 |
| 0 | 039958 |

**DELPHI - (MBZ)**
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                    RFC: RBE790127UE8

FISCAL

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 531 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/06/05 | J001120 |

| Condiciones de pago / Payment Terms | Vo. Bo. Embarque |
|---|---|
| 60 DIAS CREDITO | |

**Enviar a: / Ship to:**
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.H. PITEX 93-231        RFC:

**Embarque via: / Ship to:**
SU TRANSPORTE

| Tipo de Cambio / Rate of Exchange | Nombre y Firma | Nombre y Firma |
|---|---|---|
| 10.7683 | | |

**Embarque / Package**
1 TAMBOS T21.
136 OTROS
PESO NETO :      9032.81KG
PESO BRUTO:



| Partida / ITEM | Código Clientes / Costomers part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 516-2 | M4775456 | 715150400ECR | 13.780 | MFT 10/05/0553 | PTP Cable 15AWG Yellow / Black | 24.114588 | 332.28762 |
| 517-3 | M4775429 | 715150609ECR | 43.307 | MFT 10/05/0553 | PTP Cable 15AWG Dark Blue / White | 24.114588 | 1044.33252 |
| 521-3 | M4775445 | 715151200ECR | 59.055 | MFT 10/05/0553 | PTP CABLE 15AWG PINK/ BLACK | 24.114588 | 1424.08980 |
| 519-4 | M4775404 | 7151521ECR | 59.055 | MFT 10/05/0553 | PTP CABLE 15AWG | 24.114588 | 1424.08980 |
| 561-10 | M4775347 | 715171209ECR | 18.045 | MFT 10/05/0553 | PTP Cable 17 AWG Pink / White | 16.776162 | 302.71945 |
| 556-26 | M4775310 | 7151712ECR | 18.045 | MFT 10/05/0553 | PTP Cable 17AWG Pink | 16.776162 | 302.71945 |
| 536-8 | M4775303 | 7151716ECR | 18.045 | MFT 10/05/0553 | PTP CABLE 17AWG LIGHT BLUE | 16.776162 | 302.71945 |
| 565-11 | M4775221 | 715180009ECR | 22.966 | MFT 10/05/0553 | PTP CABLE 18AWG BLACK/ WHITE | 13.754253 | 315.87850 |
| 536-5 | M4775201 | 7151800ECR | 22.966 | MFT 10/05/0553 | PTP CABLE 18AWG BLACK | 13.754253 | 315.87850 |
| 591-23 | M4775253 | 715180209ECR | 22.966 | MFT 10/05/0553 | PTP Cable 18AWG Red / White | 13.754253 | 315.87850 |
| 513-6 | M4775269 | 715180409ECR | 68.898 | MFT 10/05/0553 | PTP CABLE 18AWG YELLOW/ WHITE | 13.754253 | 947.63550 |
| 498-9 | M4775214 | 7151804ECR | 45.932 | MFT 10/05/0553 | PTP Cable 18AWG Yellow | 13.754253 | 631.75700 |
| 320-16 | M4775C22 | 715180509ECR | 22.966 | MFT 10/05/0553 | PTP CABLE 18AWG DARK GREEN/ WHITE | 13.754253 | 315.87850 |
| 498-8 | M4775265 | 715180700ECR | 22.966 | MFT 10/05/0553 | PTP CABLE 18AWG PURPLE/ BLACK | 13.754253 | 315.87850 |

de Tecnología
2 0 0 2

**Recibo de Conformidad: / Conformity Received:**

**Observaciones: / Remarks:**

| Importe Total / Amount: | |
|---|---|
| % I.V.A. TAX: | |
| TOTAL | |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THIS SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

Nombre y Firma

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-66

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-86

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 8985-6
REG. DE EXP.-IMP COR-800219-3KA

**EXPEDIDA EN: CORREGIDORA. QRO.**

| PACKING | FACTURA / INVOICE 2 |
|---|---|
| 0 | 039958 |

**CONDUMEX** CABLE AUTOMOTRIZ

DELPHI -(HBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.          RFC:  RBE790127UE8

**FISCAL**

| No. cliente / Customer number | 531 | Pedido del cliente / Purchase order | P4170068 |
|---|---|---|---|
| Fecha / Date | 10/06/05 | Orden de Venta / Order of Sale | J001120 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO | Vo. Bo. Embarque | Vo. Bo. Cont. |
| Tipo de Cambio / Rate of Exchange | 10.7683 | Nombre y Firma | Nombre y Firma |

Enviar a: / Ship to:

A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UEB
R.N.I.M. PITEX 93-231          RFC:
  SU TRANSPORTE
Embarque vía: / Ship to:

Embarque / Package

1 TAMBOS T21,
136 OTROS
PESO NETO :    9032.81KG
PESO BRUTO :

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 524-5 | M4775249 | 715180709ECR | 22.966 | MFT 10/05/0553 | PTP CABLE 18AWG PURPLE/ WHITE | 13.754253 | 315.87850 |
| 456-5 | M4775261 | 715180806ECR | 22.966 | MFT 10/05/0553 | PTP CABLE 18AWG GRAY/ DARK BLUE | 13.754253 | 315.87850 |
| 558-6 | M4775208 | 7151809ECR | 22.966 | MFT 10/05/0553 | PTP Cable 18 AWG White | 13.754253 | 315.87850 |
| 519-14 | M4775C06 | 715182100ECR | 22.966 | MFT 10/05/0553 | PTP CABLE 18AWG BRICK BROWN / BLACK | 13.754253 | 315.87850 |
| 597-2 | M4775231 | 715182109ECR | 22.966 | MFT 10/05/0553 | PTP CABLE 18AWG BRICK BROWN / WHITE | 13.754253 | 315.87850 |
| 507-7 | M4775115 | 715200006ECR | 32.808 | MFT 10/05/0553 | PTP CABLE 20AWG BLACK/ DARK BLUE | 9.159941 | 300.52300 |
| 258-36 | M4775150 | 715200200ECR | 33.793 | MFT 10/05/0553 | PTP Cable 20AWG Red / Black | 9.159941 | 309.53869 |
| 258-35 | M4775150 | 715200200ECR | 29.528 | MFT 10/03/0553 | PTP Cable 20AWG Red / Black | 9.159941 | 270.47070 |
| 593-31 | M4775153 | 715200209ECR | 101.706 | MFT 10/05/0553 | PTP Cable 20AWG Red / White | 9.159941 | 931.62130 |
| 519-4 | M4775109 | 7152003ECR | 32.808 | MFT 10/05/0553 | PTP CABLE 20AWG ORANGE | 9.159941 | 300.52300 |
| 281-13 | M4775194 | 715200406ECR | 32.808 | MFT 10/05/0553 | PTP Cable 20AWG Yellow / Dark Blue | 9.159941 | 300.52300 |
| 636-4 | M4775107 | 7152005ECR | 65.617 | MFT 10/05/0553 | PTP CABLE 20AWG DARCK GREEN | 9.159941 | 601.04600 |
| 684-2 | M4775165 | 715200700ECR | 32.808 | MFT 10/05/0553 | PTP CABLE 20AWG PURPLE/ BLACK | 9.159941 | 300.52300 |
| 657-3 | M4775111 | 7152007ECR | 32.808 | MFT 10/05/0553 | PTP Cable 20AWG Purple | 9.159941 | 300.52300 |

Recibo de Conformidad: / Conformity Received:

Observaciones : / Remarks:

| Importe Total / Amount: | |
|---|---|
| % I.V.A. TAX: | |
| TOTAL | |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

17 Oct 2005 17:39   HP LASERJET FAX   P. 24

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-83

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-95, 82-30-87 Fax. 82-30-86

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 8985-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

PACKING
0

FACTURA / INVOICE 3
039958

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.          RFC: RBE790127UEB

FISCAL

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 531 | P4170068 |
| Fecha / Date | Orden de Venta / Order of Sale |
| 10/06/05 | J001120 |
| Condiciones de pago / Payment Terms | Vo. Bo. Embarque |
| 60 DIAS CREDITO | |
| Tipo de Cambio / Rate of Exchange | |
| 10.7683 | Nombre y Firma |

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UEB
R.N.I.M. PITEX 93-231     RFC:
Embarque via: / Ship to:   SU TRANSPORTE

Embarque / Package
1 TAMBOS T21.
136 OTROS
PESO NETO:   9032.81KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Codigo Clientes / Customer part No. | Codigo Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripcion / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 523-13 | M4775133 | 715200800ECR | 32.808 | MFT 10/05/0553 | PTP CABLE 20AWG GRAY/ BLACK | 9.159941 | 300.52300 |
| 243-12 | M4775134 | 715200809ECR | 32.808 | MFT 10/05/0553 | PTP CABLE 20AWG GRAY/ WHITE | 9.159941 | 300.52300 |
| 399-2 | M4775141 | 715200900ECR | 32.808 | MFT 10/05/0553 | PTP CABLE 20AWG WHITE/ BLACK | 9.159941 | 300.52300 |
| 357-18 | M4775145 | 715201200ECR | 32.808 | MFT 10/05/0553 | PTP CABLE 20AWG PINK/ BLACK | 9.159941 | 300.52300 |
| 347-15 | M4775147 | 715201209ECR | 32.808 | MFT 10/05/0553 | PTP CABLE 20AWG PINK/ WHITE | 9.159941 | 300.52300 |
| 277-22 | M4775131 | 715202109ECR | 32.808 | MFT 10/05/0553 | PTP CABLE 20AWG BRICK BROWN / WHITE | 9.159941 | 300.52300 |
| 268-5 | M4775104 | 7152021ECR | 65.617 | MFT 10/05/0553 | PTP CABLE 20AWG BRICK BROWN | 9.159941 | 601.04600 |
| 642-2 | M3380642 | 716110906ECR | 4.921 | MFT 10/05/0553 | PTP Cable 11AWG White / Dark Blue | 62.282559 | 306.50866 |
| 672-3 | M3380604 | 716112121ECR | 14.764 | MFT 10/05/0553 | PTP CABLE 11AWG BRICK BROWN | 62.282559 | 919.52595 |
| 292-2 | M3380533 | 716130800ECR | 9.843 | MFT 10/05/0553 | PTP Cable 13AWG Gray / Black | 39.737996 | 391.12200 |
| 348-26 | M3380534 | 716130809ECR | 9.843 | MFT 10/05/0553 | PTP CABLE 13AWG GRAY/ WHITE | 39.737996 | 391.12200 |
| 529-2 | M3380541 | 716130900ECR | 9.843 | MFT 10/05/0553 | PTP Cable 13AWG White / Black | 39.737996 | 391.12200 |
| 307-5 | M3380445 | 716151200ECR | 14.764 | MFT 10/05/0553 | PTP Cable 15AWG Pink / Black | 25.028775 | 369.51930 |
| 374-62 | M3232850 | 719110200ECR | 24.606 | MFT 10/05/0553 | PTP CABLE 11AWG RED/ BLACK | 53.864867 | 1325.41500 |

Recibo de Conformidad: / Conformity Received:

Observaciones : / Remarks:

| | |
|---|---|
| Importe Total / Amount: | |
| % I.V.A. TAX: | |
| TOTAL | |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih., C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-86

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 8085-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

| PACKING | FACTURA / INVOICE 4 |
|---|---|
| 0 | 039958 |

**CONDUMEX**
CABLE AUTOMOTRIZ

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.          RFC:  RBE790127UEB

FISCAL

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 531 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/06/05 | J001120 |

| Condiciones de pago / Payment Terms | Vo. Bo. Embarque | Vo. Bo. Cont. |
|---|---|---|
| 60 DIAS CREDITO | | |

| Tipo de Cambio / Rate of Exchange |
|---|
| 10.7683 |

Nombre y Firma          Nombre y Firma

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UEB
R.N.I.M. PITEX 93-231          RFC:

Embarque vía: / Ship to:
SU TRANSPORTE

Embarque / Package

1 TAMBOS T21.
136 OTROS
PESO NETO :     9032.81KG
PESO BRUTO :

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 660-4 | M3232712 | 7191302ECR | 39.370 | MFT 10/05/0553 | PTP CABLE 13AWG RED | 34.652347 | 1364.26560 |
| 678-56 | M3232H06 | 7191321O0ECR | 19.685 | MFT 10/05/0553 | PTP CABLE 13AWG BRICK BROWN / BLACK | 34.652347 | 682.13280 |
| 691-2 | M3232704 | 7191321ECR | 98.425 | MFT 10/05/0553 | PTP CABLE 13AWG BRICK BROWN | 34.652347 | 3410.66400 |
| 645-4 | M3232615 | 719150016ECR | 14.764 | MFT 10/04/0553 | PTP CABLE 15AWG BLACK/LIGHT BLUE | 21.808563 | 321.97680 |
| 662-2 | M3232612 | 7191502ECR | 44.291 | MFT 10/03/0553 | PTP CABLE 15AWG RED | 21.808563 | 965.93040 |
| 667-31 | M3232G06 | 719152100ECR | 14.764 | MFT 09/29/0553 | PTP CABLE 15AWG BRICK BROWN/BLACK | 21.808563 | 321.97680 |
| 667-32 | M3232G06 | 719152100ECR | 14.764 | MFT 10/05/0553 | PTP CABLE 15AWG BRICK BROWN/BLACK | 21.808563 | 321.97680 |
| 623-19 | M3232501 | 7191700ECR | 18.045 | MFT 10/05/0553 | PTP CABLE 17AWG BLACK | 15.042155 | 271.42995 |
| 663-3 | M3232553 | 719170209ECR | 18.045 | MFT 10/05/0553 | PTP CABLE 17AWG RED/WHITE | 15.042155 | 271.42995 |
| 610-31 | M3232510 | 7191712ECR | 18.045 | MFT 09/30/0553 | PTP CABLE 17AWG PINK | 15.042155 | 271.42995 |
| 623-5 | M3232504 | 7191721ECR | 36.089 | MFT 10/05/0553 | PTP CABLE 17AWG BRICK BROWN | 15.042155 | 542.85990 |
| 694-2 | M3232421 | 719180009ECR | 49.213 | MFT 10/05/0553 | PTP CABLE 18AWG BLACK/WHITE | 11.227339 | 552.52650 |
| 693-2 | M3232453 | 719180209ECR | 24.606 | MFT 10/05/0553 | PTP CABLE 18AWG RED/WHITE | 11.227339 | 276.26325 |
| 670-2 | M3232412 | 7191802ECR | 137.795 | MFT 10/05/0553 | PTP CABLE 18AWG RED | 11.227339 | 1547.07420 |

de Tecnología
2 0 0 2

Recibo de Conformidad / Conformity Received

Observaciones / Remarks:

| Importe Total / Amount | |
|---|---|
| % I.V.A. TAX: | |
| TOTAL | |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONAL.

17 Oct 2005 17:40   HP LASERJET FAX   P.25

CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

PLANTA JUAREZ
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-86

R.F.C. COR-800219-3KA
PITEX 85-027
No. CTA. REG. ESTATAL 6085-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING      FACTURA / INVOICE 5
    0           039958

CORDAFLEX
CABLE AUTOMOTRIZ

DELPHI - (MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                RFC: RBE790127UE8

FISCAL

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231        RFC:
SU TRANSPORTE

Embarque vía: / Ship to:

| No. Cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 531 | P4170068 |
| Fecha / Date | Orden de Venta / Order of Sale |
| 10/06/05 | J001120 |
| Condiciones de pago / Payment Terms | Vo. Bo. Embarque | Vo. Bo. Cont. |
| 60 DIAS CREDITO | | |
| Tipo de Cambio / Rate of Exchange | | |
| 10.7683 | Nombre y Firma | Nombre y Firma |

Embarque / Package

1 TAMBOS T21.
136 OTROS
PESO NETO :    9032.81KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / TEIS | Código Clientes / Codes of parts c/ | Codigo Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 364-5 | M3232E92 | 719180416ECR | 22.966 | MFT 10/05/0553 | PTP CABLE 18AWG YELLOW/ LIGHT BLUE | 11.227339 | 257.84570 |
| 806-30 | M3232434 | 719180809ECR | 22.966 | MFT 10/05/0553 | PTP CABLE 18AWG GRAY/WHITE | 11.227339 | 257.84570 |
| 501-3 | M3232E88 | 719180916ECR | 21.654 | MFT 10/05/0553 | PTP CABLE 18AWG WHITE/ LIGHT BLUE | 11.227339 | 243.11166 |
| 694-3 | M3232D01 | 719200006ECR | 32.808 | MFT 10/05/0553 | PTP CABLE 20AWG BLACK / DARK BLUE | 8.122006 | 266.47000 |
| 611-3 | M3232353 | 719200209ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG RED/ WHITE | 8.122006 | 266.47000 |
| 303-21 | M3232351 | 719200216ECR | 32.808 | MFT 10/05/0553 | PTP CABLE 20AWG RED/ LIGHT BLUE | 8.122006 | 266.47000 |
| 297-32 | M3232D92 | 719200416ECR | 32.808 | MFT 10/05/0553 | PTP CABLE 20AWG YELLOW / LIGHT BLUE | 8.122006 | 266.47000 |
| 376-17 | M3232365 | 719200700ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20 PURPPLE/BLACK | 8.122006 | 266.47000 |
| 895-45 | M3232349 | 719200709ECR | 32.808 | MFT 09/29/0553 | PTP CABLE 20AWG PURPLE/ WHITE | 8.122006 | 266.47000 |
| 850-13 | M3232D23 | 719200715ECR | 32.808 | MFT 10/05/0553 | PTP CABLE 20AWG PURPLE/ LIGHT GREEN | 8.122006 | 266.47000 |
| 539-84 | M3232D27 | 7192007ECR | 98.425 | MFT 10/04/0553 | PTP CABLE 20AWG PURPLE | 8.122006 | 799.41000 |
| 19-85 | M3232D27 | 7192007ECR | 63.976 | MFT 10/05/0553 | PTP CABLE 20AWG PURPLE | 8.122006 | 519.61650 |
| 581-4 | M3232333 | 719200800ECR | 99.081 | MFT 10/05/0553 | PTP CABLE 20AWG GRAY/ BLACK | 8.122006 | 804.73940 |
| 299-44 | M3232334 | 719200809ECR | 32.808 | MFT 09/29/0553 | PTP CABLE 20AWG GRAY/ WHITE | 8.122006 | 266.47000 |

Instituto Nacional
de Tecnología
2 0 0 2

| Recibo de Conformidad: / Conformity Received: | Observaciones : / Remarks. | Importe Total / Amount: | |
|---|---|---|---|
| | | % I.V.A. TAX: | |
| Nombre y Firma | LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS. | TOTAL | |

CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 226-17-58

PLANTA JUAREZ
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32597
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027
No. CTA. REG. ESTATAL 6085-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING          FACTURA / INVOICE 6
   0                 039958

DELPHI -(HBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                    RFC: RBE790127UEB

FISCAL

| No. Cliente / Customer number | 531 |
| Fecha / Date | 10/06/05 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO |
| Tipo de Cambio / Rate of Exchange | 10.7683 |

Pedido del cliente / Purchase order: P4170068
Orden de Venta / Order of Sale: J001120

Vo. Bo. Embarque          Vo. Bo. Cont.

Nombre y Firma            Nombre y Firma

Envía a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UEB
R.N.I.M. PITEX 93-231    RFC:
SU TRANSPORTE

Embarque vía: / Ship to:

Embarque / Package

1 TAMBOS T21.
136 OTROS
PESO NETO :    9032.81KG
PESO BRUTO:

| Partida / Item | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 309-45 | M3232334 | 719200809ECR | 32.152 | MFT 09/30/0553 | PTP CABLE 20AWG GRAY/ WHITE | 8.122006 | 261.14060 |
| 308-21 | M3232087 | 719200915ECR | 32.808 | MFT 10/05/0553 | PTP CABLE 20AWG WHITE/ LIGHT GREEN | 8.122006 | 266.47000 |
| 315-8 | M3232345 | 719201200ECR | 32.808 | MFT 10/05/0553 | PTP CABLE 20AWG PINK/ BLACK | 8.122006 | 266.47000 |
| 563-84 | M3232310 | 7192012ECR | 65.617 | MFT 10/05/0553 | PTP CABLE 20AWG PINK | 8.122006 | 532.94000 |
| 314-89 | M3232022 | 719201509ECR | 32.480 | MFT 10/05/0553 | PTP CABLE 20AWG LIGHT GREEN/ WHITE | 8.122006 | 263.80530 |
| 566-3 | M3232061 | 719201516ECR | 32.808 | MFT 10/04/0553 | PTP CABLE 20AWG LIGHT GREEN/ LIGHT BLUE | 8.122006 | 266.47000 |
| 524-109 | M3232307 | 7192015ECR | 65.617 | MFT 10/06/0553 | PTP CABLE 20AWG LIGHT GREEN | 8.122006 | 532.94000 |
| 302-19 | M3232360 | 719202104ECR | 32.808 | MFT 10/05/0553 | PTP CABLE 20AWG BRICK BROWN/ YELLOW | 8.122006 | 266.47000 |
| 561-117 | M3232304 | 7192021ECR | 131.234 | MFT 09/30/0553 | PTP CABLE 20AWG BRICK BROWN | 8.122006 | 1065.88000 |
| 561-116 | M3232304 | 7192021ECR | 131.234 | MFT 09/29/0553 | PTP CABLE 20AWG BRICK BROWN | 8.122006 | 1065.88000 |
| 128-3 | M3128214 | 9841804T21 | 17.388 | MFT 10/05/0553 | PTP Cable 18AWG YELLOW | 20.015028 | 348.03033 |

Nacional
de Tecnología
2 0 0 2

CUARENTA Y UN MIL DOSCIENTOS CINCUENTA Y SIETE DLLS 73/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:

| Importe Total / Amount | 41,257.73 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 41,257.73 |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES ALL THIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-66

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-86

**R F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 6985-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

| PACKING | FACTURA / INVOICE 1 |
|---|---|
| 0 | 039960 |

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                    RFC: RBE790127UE8

FISCAL

| No. cliente / Customer number | 531 | Pedido del cliente / Purchase order | P4170068 |
|---|---|---|---|
| Fecha / Date | 10/06/05 | Orden de Venta / Order of Sale | J001120 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO | Vo. Bo. Embarque | Vo. Bo. Cont. |
| Tipo de Cambio / Rate of Exchange | 10.7683 | Nombre y Firma | Nombre y Firma |

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231         RFC:

Embarque via: / Ship to:
SU TRANSPORTE

Embarque / Package

2 OTROS
PESO NETO :       129.86KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Cliente / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 06-4 | M4775239 | 715180500ECR | 22.966 | MFT 9/05/0553 | PTP CABLE 18AWG DARK GREEN/ BLACK | 13.754253 | 315.87850 |
| 07-7 | M3232550 | 719170200ECR | 18.045 | MFT 10/04/0553 | PTP CABLE 17AWG RED/BLACK | 15.042155 | 271.42995 |

Premio
Nacional
de Tecnología
2 0 0 2

QUINIENTOS OCHENTA Y SIETE DLLS 31/100 USD
PAGO EN UNA SOLA EXHIBICION

Recibo de Conformidad: / Conformity Received:

Observaciones : / Remarks:

| | |
|---|---|
| Importe Total / Amount: | 587.31 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 587.31 |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

Nombre y Firma

17 Oct 2005 17:43    HP LASERJET FAX                P.28

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apda. Postal 17
Tels. (4) 225-08-00 Fax 225-17-66

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-55, 82-30-67 Fax. 82-30-56

**R.F.C. COR-800219-3KA**
PITEX 85-027
No. CTA. REG. ESTATAL 6685-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING      FACTURA / INVOICE 1
     0          039965

CONDUMEX
CABLE AUTOMOTRIZ

DELPHI-(X1)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN, OHIO 44486
WARREN OH 44486        RFC: EXP520

FISCAL
(PITEX 85-027)

| | |
|---|---|
| No. cliente / Customer number | Pedido del cliente / Purchase order |
| 520 | P4170068 |
| Fecha / Date | Orden de Venta / Order of Sale |
| 10/06/05 | J000768 |
| Condiciones de pago / Payment Terms | Vo. Bo. Embarque | Vo. Bo. Cont. |
| 60 DIAS CREDITO | | |
| Tipo de Cambio / Rate of Exchange | | |
| 10.6857 | Nombre y Firma | Nombre y Firma |

Enviar a: / Ship to:
M. Morales
R.B.E. IX PLANTA 3700
Ave. Tec. y Juan Kleper # 6915
Fracc. Marquiz
R.F.C: RBE 790127 UE8
R.N.I.M. PITEX 93-231
   SU TRANSPORTE

Embarque via: / Ship to:                RFC:
          R.N.I.M. PITEX 93-231

Embarque / Package

2 TAMBOS T21.

PESO NETO :     164.78KG
PESO BRUTO :

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Codigo Clientes / Customer part No. | Codigo Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripcion / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 51-58 | M3089G04 | 955140602T21 | 13.123 | mft 10/06/0552 | TP Cable 14AWG Dark Blue/Red | 29.957787 | 393.14680 |
| 48-81 | M3089682 | 955140902T21 | 12.139 | mft 10/06/0552 | TP Cable 14AWG White/Red | 29.957787 | 363.66079 |

Premio
Nacional
de Tecnología
2 0 0 2

SETECIENTOS CINCUENTA Y SEIS DLLS 81/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:
OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

| | |
|---|---|
| Importe Total / Amount: | 756.81 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 756.81 |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

17 Oct 2005 17:44    HP LASERJET FAX    P.29

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 62-30-86, 82-30-87 Fax 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 6985-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

| PACKING | FACTURA / INVOICE 1 |
|---|---|
| 0 | 039966 |

DELPHI- (DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                    RFC: EXP530

FISCAL
(PITEX 85-027)

| No. cliente / Customer No. | Pedido del cliente / Purchase order |
|---|---|
| 530 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/06/05 | J001121 |

Condiciones de pago / Payment Terms
60 DIAS CREDITO

Vo. Bo. Embarque

Vo. Bo. Cont.

Tipo de Cambio / Rate of Exchange
10.6857

Nombre y Firma

Nombre y Firma

Enviar a: / Ship to:
José Iglesias
R.B.E. VII  PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231      RFC:
SU TRANSPORTE

Embarque vía: / Ship to:

Embarque / Package

7 TAMBOS T30. 2 TAMBOS T21.
20 OTROS
PESO NETO :   2513.44KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 99-79 | M3130521 | 717130009ECR | 9.843 | MFT 10/04/0553 | PTP CABLE 13AWG BLACK/ WHITE | 34.003123 | 334.67640 |
| 14-19 | M3130535 | 717130802ECR | 9.843 | MFT 10/06/0553 | PTP CABLE 13AWG GRAY/ RED | 34.003123 | 334.67640 |
| 42-144 | M3130404 | 7171521ECR | 14.764 | MFT 10/04/0553 | PTP CABLE 15AWG BRICK BROWN | 21.336123 | 315.00180 |
| 105-53 | M3130397 | 717170402ECR | 18.045 | MFT 10/06/0553 | PTP CABLE 17AWG YELLOW/ RED | 14.642928 | 264.22605 |
| 43-22 | M3130395 | 717170421ECR | 18.045 | MFT 10/06/0553 | PTP CABLE 17AWG YELLOW/ BRICK BROWN | 14.642928 | 264.22605 |
| 74-2 | M3130295 | 717180421121 | 22.966 | MFT 10/06/0553 | PTP Cable 18AWG Yellow / Brick brown | 12.013174 | 275.89310 |
| 50-7 | M3130119 | 717200015ECR | 32.808 | MFT 10/06/0553 | PTP CABLE 20AWG BLACK/ LIGHT GREEN | 8.234325 | 270.15500 |
| 72-3 | M3130153 | 717200209ECR | 33.465 | MFT 10/06/0553 | PTP CABLE 20AWG RED/ WHITE | 8.234325 | 275.55810 |
| 18-83 | M3130152 | 717200215ECR | 32.808 | MFT 10/06/0553 | PTP CABLE 20AWG RED/ LIGHT GREEN | 8.234325 | 270.15500 |
| 54-1 | M3130166 | 717200716ECR | 66.273 | MFT | PTP CABLE 20AWG PURPLE/ LIGHT BLUE | 8.234320 | 545.71279 |
| 153-134 | M3130135 | 717200802ECR | 65.617 | MFT 10/06/0553 | PTP CABLE 20AWG GRAY/ RED | 8.234325 | 540.31000 |
| 56-79 | M3130128 | 717201602ECR | 34.121 | MFT 10/06/0553 | PTP CABLE 20AWG LIGHT BLUE/RED | 8.234325 | 280.96120 |
| 124-82 | M3130129 | 717201609ECR | 32.808 | MFT 10/06/0553 | PTP CABLE 20AWG LIGHT BLUE/ WHITE | 8.234325 | 270.15500 |
| 59-152 | M3130104 | 7172021ECR | 95.144 | MFT 10/06/0553 | PTP CABLE 20AWG BRICK BROWN | 8.234325 | 783.44950 |

de Tecnología
2 0 0 2

| Recibo de Conformidad: / Conformity Received: | Observaciones : / Remarks: | | |
|---|---|---|---|
| | | Importe Total / Amount: | |
| | | % I.V.A. TAX: | |
| Nombre y Firma | LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS. | TOTAL | |

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 220.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6985-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

| PACKING | FACTURA / INVOICE 2 |
|---|---|
| 0 | 039966 |

| | | |
|---|---|---|
| **Vend a: / Sold to** DELPHI-(DIN)<br>DELPHI PACKARD ELECTRIC SYSTEM<br>GENERAL MOTORS CORPORATION<br>P.O. BOX 431<br>WARREN OH 44486<br>U.S.A.          RFC: EXP530 | **FISCAL**<br>(PITEX 85-027) | **No. cliente / Customer number** 530 |
| | | **Pedido del cliente / Purchase order** P4170068 |
| | | **Fecha / Date** 10/06/05 |
| | | **Orden de Venta / Order of Sale** J001121 |

**Condiciones de pago / Payment Terms:** 60 DIAS CREDITO

**Tipo de Cambio / Rate of Exchange:** 10.6857

Vo. Bo. Embarque            Vo. Bo. Cont.

**Enviar a: / Ship to:**
José Iglesias
R.B.E. VII  PLANTA 3200,
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231      RFC:
SU TRANSPORTE

**Embarque vía: / Ship to:**

**Embarque / Package**
7 TAMBOS T30, 2 TAMBOS T21,
20 OTROS
PESO NETO :    2513.44KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / Item | Código Clientes / Customers part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 68-41 | M3130A45 | 717220821ECR | 51.181 | MFT 10/06/0553 | PTP CABLE 22AWG GRAY/ BRICK BROWN | 6.218195 | 318.25404 |
| 78-92 | M3130030 | 717221604ECR | 98.425 | MFT 10/06/0553 | PTP CABLE 22AWG LIGHT BLUE/ YELLOW | 6.218195 | 612.02700 |
| 80-2 | N3232912 | 7190902T30 | 31.496 | MFT 10/06/0553 | PTP Cable 09AWG Red | 80.161579 | 2524.77408 |
| 91-2 | M3232904 | 7190921T30 | 23.622 | MFT 10/06/0553 | PTP Cable 09AWG Brick Brown | 80.161579 | 1893.58056 |
| 24-2 | M3232807 | 7191115T21 | 7.546 | MFT 10/06/0553 | PTP CABLE 11AWG LIGHT GREEN | 53.864867 | 406.46060 |

MX-8544.49.800

Premio
Nacional
de Tecnología
2002

DIEZ MIL SETECIENTOS OCHENTA DLLS 27/100 USD
PAGO EN UNA SOLA EXHIBICION.

**Recibo de Conformidad: / Conformity Received:**

**Observaciones / Remarks**
OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

| **Importe Total / Amount** | 10,780.27 |
|---|---|
| **% I.V.A. TAX:** | 0.00 |
| **TOTAL** | 10,780.27 |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

Nombre y Firma

17 Oct 2005 17:45   HP LASERJET FAX   P.31

17 Oct 2005 17:46   HP LASERJET FAX   P.32

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 92557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 6685-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING 0   FACTURA / INVOICE 1
039967



DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.   RFC: RBE790127UE8

FISCAL

No. cliente / Customer number: 531
Pedido del cliente / Purchase order: P4170068

Fecha / Date: 10/06/05
Orden de Venta / Order of Sale: J001120

Condiciones de pago / Payment Terms: 60 DIAS CREDITO

Tipo de Cambio / Rate of Exchange: 10.6857

Vo. Bo. Embarque
Nombre y Firma

Vo. Bo. Cont.
Nombre y Firma

Embarque / Package

**Enviar a: / Ship to:**
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231   RFC:

**Embarque via: / Ship to:**
SU TRANSPORTE

3 TAMBOS T21.
29 OTROS
PESO NETO :   2203.43KG
PESO BRUTO :

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Codigo Clientes / Customer part No. | Codigo Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripcion / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 319-15 | M4775C06 | 715182100ECR | 22.966 | MFT 10/06/0553 | PTP CABLE 18AWG BRICK BROWN / BLACK | 13.754253 | 315.87850 |
| 258-36 | M4775150 | 715200200ECR | 29.528 | MFT 10/04/0553 | PTP Cable 20AWG Red / Black | 9.159941 | 270.47070 |
| 278-1 | M4775153 | 715200209ECR | 32.808 | MFT | PTP Cable 20AWG Red / White | 9.159940 | 300.52296 |
| 519-5 | M4775109 | 7152003ECR | 36.089 | MFT 10/06/0553 | PTP CABLE 20AWG ORANGE | 9.159941 | 330.57530 |
| 319-1 | M4775139 | 715200500ECR | 32.808 | MFT | PTP CABLE 20AWG DARK GREEN/ BLACK | 9.159940 | 300.52296 |
| 636-5 | M4775107 | 7152005ECR | 32.808 | MFT 10/06/0553 | PTP CABLE 20AWG DARCK GREEN | 9.159941 | 300.52300 |
| 284-3 | M4775165 | 715200700ECR | 33.793 | MFT 10/06/0553 | PTP CABLE 20AWG PURPLE / BLACK | 9.159941 | 309.53869 |
| 657-4 | M4775111 | 7152007ECR | 32.808 | MFT 10/06/0553 | PTP Cable 20AWG Purple | 9.159941 | 300.52300 |
| 347-16 | M4775147 | 715201209ECR | 34.449 | MFT 10/06/0553 | PTP CABLE 20AWG PINK/ WHITE | 9.159941 | 315.54915 |
| 533-3 | M3380550 | 716130200ECR | 19.685 | MFT 10/05/0553 | PTP CABLE 13AWG RED/ BLACK | 39.737996 | 782.24400 |
| 348-27 | M3380534 | 716130809ECR | 9.843 | MFT 10/06/0553 | PTP CABLE 13AWG GRAY/ WHITE | 39.737996 | 391.12200 |
| 660-5 | M3232712 | 7191302ECR | 29.528 | MFT 10/06/0553 | PTP CABLE 13AWG RED | 34.652347 | 1023.19920 |
| 531-5 | M3232709 | 7191303ECR | 9.843 | MFT 10/06/0553 | PTP CABLE 13AWG ORANGE | 34.652347 | 341.06640 |
| 350-18 | M3232705 | 7191308ECR | 9.843 | MFT 10/05/0553 | PTP CABLE 13AWG GRAY | 34.652347 | 341.06640 |

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:

Importe Total / Amount:

% I.V.A. TAX:

TOTAL

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

Nombre y Firma

CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

PLANTA JUAREZ
Enrico Fermi Km 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

R.F.C. COR-800219-3KA
PITEX 65-027

No. CTA. REG. ESTATAL 6985-8
REG. DE EXP. -IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

| PACKING | FACTURA / INVOICE 2 |
|---|---|
| 0 | 039967 |

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.          RFC:  RBE79027UE8

FISCAL

| No. cliente / Customer number | | Pedido del cliente / Purchase order |
|---|---|---|
| 531 | | P4170068 |
| Fecha / Date | | Orden de Venta / Order of Sale |
| 10/06/05 | | J001120 |
| Condiciones de pago / Payment Terms | | Vo. Bo. Embarque |
| 60 DIAS CREDITO | | |
| Tipo de Cambio / Rate of Exchange | | |
| 10.6857 | | Nombre y Firma |

Enviar a: / Ship to:

A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque.Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231          RFC:

Embarque vía: / Ship to:   SU TRANSPORTE

Embarque / Package

3 TAMBOS T21,
29 OTROS
PESO NETO :    2203.43KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Corda Part No. | Cantidad / Quantity | Unidad / Unit | Description / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 78-56 | M3232H06 | 719132100ECR | 19.685 | MFT 07/05/0553 | PTP CABLE 13AWG BRICK BROWN / BLACK | 34.652347 | 682.13280 |
| 14-8 | M3232665 | 719150700ECR | 14.764 | MFT 10/06/0553 | PTP CABLE 15AWG PURPLE / BLACK | 21.808563 | 321.97680 |
| 23-20 | M3232501 | 7191700ECR | 18.045 | MFT 10/06/0553 | PTP CABLE 17AWG BLACK | 15.042155 | 271.42995 |
| 46-2 | M3232E92 | 719180416T21 | 31.496 | MFT 10/06/0553 | PTP CABLE 18AWG YELLOW/ LIGHT BLUE | 11.321827 | 356.59296 |
| 60-3 | M3232E88 | 719180916T21 | 31.496 | MFT 10/06/0553 | PTP CABLE 18AWG WHITE/ LIGHT BLUE | 11.321827 | 356.59296 |
| 20-1 | M3232E22 | 719181509ECR | 19.685 | MFT | PTP CABLE 18AWG LIGHT GREEN / WHITE | 11.227340 | 221.01062 |
| 63-2 | M3232E61 | 719181516T21 | 31.496 | mft 10/06/0553 | PTP CABLE 18AWG LIGHT GREEN/ LIGHT BLUE | 11.321827 | 356.59296 |
| 66-45 | M3232D07 | 719200816ECR | 32.808 | MFT 10/06/0553 | PTP CABLE 20AWG GRAY/ LIGHT BLUE | 8.122006 | 266.47000 |
| 66-44 | M3232D07 | 719200816ECR | 32.808 | MFT 10/06/0553 | PTP CABLE 20AWG GRAY/ LIGHT BLUE | 8.122006 | 266.47000 |
| 53-84 | M3232310 | 7192012ECR | 66.601 | MFT 10/05/0553 | PTP CABLE 20AWG PINK | 8.122006 | 540.93410 |
| 300-46 | M3232339 | 719201500ECR | 32.808 | MFT 09/30/0553 | PTP CABLE 20AWG LIGHT GREEN/ BLACK | 8.122010 | 266.47014 |
| 106-17 | M3232215 | 719220016ECR | 49.213 | MFT 10/06/0553 | PTP CABLE 22AWG BLACK/LIGTH BLUE | 6.670152 | 328.25550 |
| 647-2 | M3232245 | 719221200ECR | 49.213 | MFT 10/06/0553 | PTP CABLE 22AWG PINK / BLACK | 6.670152 | 328.25550 |

DIEZ MIL CIENTO OCHENTA Y CINCO DLLS 98/100 USD
PAGO EN UNA SOLA EXHIBICION.

| | |
|---|---|
| Importe Total / Amount: | 10,185.98 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 10,185.98 |

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE OF THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

PLANTA JUAREZ
Ernco Ferml No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027
No. CTA. REG. ESTATAL 6965-6
REG. DE EXP -IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING          FACTURA / INVOICE 1
0                039968

DELPHI
DELPHI AUTOMOTIVE SYSTEMS
c/o Delphi Packard
P.O. Box 431, Warren, Ohio
44486 U.S.A.
Warren OH 44486          RFC: EXPO539000000

FISCAL

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 539 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/06/05 | J000895 |

Condiciones de pago / Payment Terms      Vo. Bo. Embarque      Vo. Bo. Cont.

Tipo de Cambio / Rate of Exchange
10.6857

Nombre y Firma          Nombre y Firma

Enviar a / Ship to:
Delphi Plant 3900 RBE I
Ave. de las Industrias S/N
Parqe Ind. Bermudez, Cd Juárez
R.F.C. 790127 UE8
R.N.I.M. PITEX 93-231
Ciudad Juárez CHI 32470          RFC:

Embarque vía / Ship to:

Embarque / Package

3 TAMBOS T21,

PESO NETO :        200.90KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Codigo Clientes / Customer part No. | Codigo Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 15-23 | M3075170 | 975200907T21 | 28.543 | MFT 10/06/0553 | PTF CABLE 20AWG WHITE / PURPLE | 12.327088 | 351.85584 |
| 21-5 | M3075B22 | 975201516T21 | 58.071 | MFT 10/06/0553 | PTF CABLE 20 AWG LIGHT GREEN/ LIGHT BLUE | 12.327088 | 715.84464 |

Premio
Nacional
de Tecnología
2002

UN MIL SESENTA Y SIETE DLLS 70/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones : / Remarks:

| | |
|---|---|
| Importe Total / Amount: | 1,067.70 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 1,067.70 |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

17 Oct 2005 17:47     HP LASERJET FAX     P. 34

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6685-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING          FACTURA / INVOICE 1
        0              039969

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                      RFC: RBE790127UEB

FISCAL

| | |
|---|---|
| No. cliente / Customer number | 531 |
| Pedido del cliente / Purchase order | P4170068 |
| Fecha / Date | 10/06/05 |
| Orden de Venta / Order of Sale | J001120 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO |
| Tipo de Cambio / Rate of Exchange | 10.6857 |

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UEB
R.N.I.M. PITEX 93-231          RFC:

Embarcan vía: / Ship to:
SU TRANSPORTE

Vo. Bo. Embarque          Vo. Bo. Cont.

Nombre y Firma          Nombre y Firma

Embarque / Package

1 TAMBOS T21.

PESO NETO :        85,92KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Codigo Clientes / Code per No. | Codigo Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 9-3 | M3232441 | 719180900T21 | 31.496 | mft 08/06/0553 | PTP CABLE 18AWG WHITE/ BLACK | 11.321827 | 356.59296 |

TRESCIENTOSCINCUENTA Y SEIS DLLS 59/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones : / Remarks:

| | |
|---|---|
| Importe Total / Amount: | 356.59 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 356.59 |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDA LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.5
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-88

PLANTA JUAREZ
Ennco Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32567
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-86

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 8985-8
REQ. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

| PACKING | FACTURA / INVOICE 1 |
|---|---|
| 0 | 039970 |

DELPHI-(DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                    RFC: EXP530

Enviar a: / Ship to:
José Iglesias
R.B.E. VII PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127-UE8
R.N.I.M. PITEX 93-231        RFC:
Embarque vía: / Ship to:
SU TRANSPORTE

FISCAL
(PITEX 85-027)

| No. cliente / Customer number | 530 | Pedido del cliente / Purchase order | P4170068 |
|---|---|---|---|
| Fecha / Date | 10/07/05 | Orden de Venta / Order of Sale | J001121 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO | Vo. Bo. Embarque | Vo. Bo. Cont. |
| Tipo de Cambio / Rate of Exchange | 10.6857 | Nombre y Firma | Nombre y Firma |

Embarque / Package

9 TAMBOS T21.
11 OTROS
PESO NETO :      1473.13KG
PESO BRUTO :

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|---|
| 7-87 | M3130550 | 717130200ECR | 9.843 | MFT | 10/05/0553 | PTP Cable 13 AWG Red / Black | 34.003123 | 334.67640 |
| 20-78 | M3130F91 | 717130415ECR | 19.685 | MFT | 10/04/0553 | PTP CABLE 13AWG YELLOW/LIGHT GREEN | 34.003123 | 669.35280 |
| 14-58 | M3130F92 | 717130416ECR | 9.843 | MFT | 10/05/0553 | PTP CABLE 13AWG YELLOW/ LIGHT BLUE | 34.003123 | 334.67640 |
| 62-75 | M3130579 | 717131507ECR | 9.514 | MFT | 10/05/0553 | PTP CABLE 13AWG LIGHT GREEN/ PURPLE | 34.003123 | 323.52052 |
| 15-116 | M3130F22 | 717131509ECR | 9.514 | MFT | 10/05/0553 | PTP CABLE 13AWG LIGHT GREEN/ WHITE | 34.003123 | 323.52052 |
| 03-68 | M3130F44 | 717131607ECR | 9.843 | MFT | 10/05/0553 | PTP CABLE 13AWG LIGHT BLUE/ PURPLE | 34.003123 | 334.67640 |
| 16-141 | M3130F43 | 717131608ECR | 9.514 | MFT | 10/05/0553 | PTP CABLE 13AWG LIGHT BLUE/ GRAY | 34.003123 | 323.52052 |
| 501-4 | M3130291 | 717180204T21 | 45.932 | MFT | 10/04/0553 | PTP CABLE 18 AWG RED/YELLOW | 12.013174 | 551.78620 |
| 501-3 | M3130291 | 717180204T21 | 22.966 | MFT | 10/05/0553 | PTP CABLE 18 AWG RED/YELLOW | 12.013174 | 275.89310 |
| 518-3 | M3130204 | 7171821T21 | 22.966 | MFT | 10/03/0553 | PTP CABLE 18AWG BRICK BROWN | 12.013174 | 275.89310 |
| 518-2 | M3130204 | 7171821T21 | 22.966 | MFT | 09/30/0553 | PTP CABLE 18AWG BRICK BROWN | 12.013174 | 275.89310 |
| 618-4 | M3130204 | 7171821T21 | 22.966 | MFT | 10/04/0553 | PTP CABLE 18AWG BRICK BROWN | 12.013174 | 275.89310 |
| 618-5 | M3130204 | 7171821T21 | 45.932 | MFT | 10/06/0553 | PTP CABLE 18AWG BRICK BROWN | 12.013174 | 551.78620 |
| 654-1 | M3130166 | 717200716ECR | 26.247 | MFT | | PTP CABLE 20AWG PURPLE/ LIGHT BLUE | 8.234320 | 216.12388 |

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:

| Importe Total / Amount | |
|---|---|
| % I.V.A. TAX: | |
| TOTAL: | |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODOS LOS
TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS
INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE
CONDITIONS.

17 Oct 2005 17:48    HP LASERJET FAX    P. 36

CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

PLANTA JUAREZ
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 5683-6
REG. DE EXP.-IMP COR-800219-3KA

**EXPEDIDA EN: CORREGIDORA, QRO.**

| PACKING | FACTURA / INVOICE 2 |
|---|---|
| 0 | 039970 |

DELPHI-(DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                          RFC: EXP530

FISCAL
(PITEX 85-027)



| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 530 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/07/05 | J001121 |

| Condiciones de pago / Payment Terms | Vo. Bo. Embarque | Vo. Bo. Cont. |
|---|---|---|
| 60 DIAS CREDITO | | |

| Tipo de Cambio / Rate of Exchange | Nombre y Firma | Nombre y Firma |
|---|---|---|
| 10.6857 | | |

Enviar a: / Ship to:
Josŏ Iglesias
R.B.E. VII  PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231        RFC:
SU TRANSPORTE

Embarque vía: / Ship by:

Embarque / Package

9 TAMBOS T21,
11 OTROS
PESO NETO :        1473.13KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / Item | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 80-138 | M3130A06 | 717222100ECR | 49.213 | MFT 10/04/0553 | TP CABLE 22AWG BRICK BROWN/ BLACK | 6.218195 | 306.01350 |
| 49-1 | M3232T74 | 71911000204T21 | 7.546 | M 10/04/0553 | TP CABLE 11 AWG BLACK/RED/YELLOW | 53.864870 | 406.46062 |
| 96-145 | M3232B04 | 7191121ECR | 4.921 | M 10/04/0553 | TP CABLE 11AWG BRICK BROWN | 53.864867 | 265.08300 |

MX-8544.49.800

Premio
Nacional
de Tecnología
2 0 0 2

SEIS MIL CUARENTA Y CUATRO DLLS 76/100 USD
PAGO EN UNA SOLA EXHIBICION

Recibo de Conformidad: / Conformity Received:

Observaciones / Remarks:
OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

| Importe Total / Amount: | 6,044.76 |
|---|---|
| % I.V.A. TAX: | 0.00 |
| TOTAL | 6,044.76 |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juarez, Chih. C.P. 92567
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-86

R.F.C. COR-800219-3KA
PITEX 85-027
No. CTA. REG. ESTATAL 5965-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING  0   FACTURA / INVOICE 1  039971

| | |
|---|---|
| DELPHI -(MBZ) | FISCAL |
| DELPHI PACKARD ELECTRIC SYSTEM | |
| GENERAL MOTORS CORPORATION | |
| P.O. BOX 431 | |
| WARREN OH 44486 | |
| U.S.A.        RFC:  RBE790127UEB | |

No. cliente / Customer number: **531**
Fecha / Date: **10/07/05**
Condiciones de pago / Payment Term: **60 DIAS CREDITO**
Tipo de Cambio / Rate of Exchange: **10.6857**

Pedido del cliente / Purchase order: **P4170068**
Orden de Venta / Order of Sale: **J001120**

Vo. Bo. Embarque        Vo. Bo. Cont.

Nombre y Firma          Nombre y Firma

Envía a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UEB
R.N.I.M. PITEX 93-231        RFC:
SU TRANSPORTE
Embarque vía: / Ship to:

Embarque / Package

32 OTROS
PESO NETO :     2223.20KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 519-5 | M4775404 | 7151521ECR | 14.764 | MFT 10/06/0553 | PTP CABLE 15AWG | 24.114588 | 356.02245 |
| 520-17 | M4775C22 | 715180509ECR | 22.966 | MFT 10/06/0553 | PTP CABLE 18AWG DARK GREEN/ WHITE | 13.754253 | 315.87850 |
| 558-5 | M4775104 | 7152021ECR. | 32.808 | MFT 10/05/0553 | PTP CABLE 20AWG  BRICK BROWN | 9.159941 | 300.52300 |
| 300-3 | M3380553 | 716130209ECR | 9.843 | MFT 10/06/0553 | PTP CABLE 13AWG RED / WHITE | 39.737996 | 391.12200 |
| 300-2 | M3380553 | 716130209ECR | 9.843 | MFT 10/05/0553 | PTP CABLE 13AWG RED / WHITE | 39.737996 | 391.12200 |
| 535-4 | M3380549 | 716130709ECR | 9.843 | MFT 09/30/0553 | PTP CABLE 13AWG PURPLE/ WHITE | 39.737996 | 391.12200 |
| 521-4 | M3380510 | 7161312ECR | 9.843 | MFT 09/29/0553 | PTP CABLE 13AWG PINK | 39.737996 | 391.12200 |
| 575-9 | M3380504 | 7161321ECR | 68.898 | MFT 09/30/0553 | PTP CABLE 13AWG  BRICK BROWN | 39.737996 | 2737.85400 |
| 252-60 | M3232715 | 719130016ECR | 19.685 | MFT 10/05/0553 | PTP Cable 13AWG Black / Light Blue | 34.652347 | 682.13280 |
| 252-61 | M3232715 | 719130016ECR | 9.843 | MFT 10/05/0553 | PTP Cable 13AWG Black / Light Blue | 34.652347 | 341.06640 |
| 360-30 | M3232751 | 719130216ECR | 9.843 | MFT 09/30/0553 | PTP CABLE 13AWG RED/LIGHT BLUE | 34.652347 | 341.06640 |
| 360-31 | M3232751 | 719130216ECR | 9.843 | MFT 09/30/0553 | PTP CABLE 13AWG RED/LIGHT BLUE | 34.652347 | 341.06640 |
| 360-32 | M3232751 | 719130216ECR | 9.843 | MFT 10/05/0553 | PTP CABLE 13AWG RED/LIGHT BLUE | 34.652347 | 341.06640 |
| 538-4 | M3232634 | 719150809ECR | 14.764 | MFT 10/05/0553 | PTP CABLE 15AWG GRAY/WHITE | 21.808563 | 321.97680 |

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:

Importe Total /
Amount:

% I.V.A.
TAX:

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

TOTAL

Nombre y Firma

17 Oct 2005 17:50    HP LASERJET FAX    P. 38



**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juarez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-86

R.F.C. COR-800219-3KA
PITEX 86-027

No. CTA. REG. ESTATAL 6265-5
REG. DE EXP. IMP 008-219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING      FACTURA / INVOICE 2
         0          039971

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                    RFC: RBE790127UE8

FISCAL

| | |
|---|---|
| No. cliente / Customer number | 531 |
| Fecha / Date | 10/07/05 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO |
| Tipo de Cambio / Rate of Exchange | 10.6857 |

Pedido del cliente / Purchase order: P4170068
Orden de Venta / Order of Sale: J001120

Vo. Bo. Embarque          Vo. Bo. Cont.

Nombre y Firma            Nombre y Firma

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231          RFC:
Embarque via: / Ship to:   SU TRANSPORTE

Embarque / Package

32 OTROS
PESO NETO : 2223.20KG
PESO BRUTO :

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Codigo Clientes / Customer part No. | Codigo Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripcion / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 13-37 | M3232G88 | 719150916ECR | 14.764 | MFT 10/05/0553 | PTP CABLE 15AWG WHITE / LIGHT BLUE | 21.808563 | 321.97680 |
| 18-80 | M3232312 | 7192002ECR | 65.617 | MFT 10/05/0553 | PTP CABLE 20AWG RED | 8.122006 | 532.94000 |
| 19-105 | M3232314 | 7192004ECR | 32.808 | MFT 10/03/0553 | PTP CABLE 20AWG YELLOW | 8.122006 | 266.47000 |
| 52-81 | M3232308 | 7192009ECR | 32.808 | MFT 10/05/0553 | PTP CABLE 20AWG WHITE | 8.122006 | 266.47000 |
| 24-109 | M3232307 | 7192015ECR | 34.449 | MFT 10/05/0553 | PTP CABLE 20AWG LIGHT GREEN | 8.122006 | 279.79350 |
| 64-91 | M3232D06 | 719202100ECR | 55.774 | MFT 10/03/0553 | PTP CABLE 20AWG BRICK BROWN/ BLACK | 8.122006 | 452.99900 |
| 64-90 | M3232D06 | 719202100ECR | 32.808 | MFT 10/05/0553 | PTP CABLE 20AWG BRICK BROWN/ BLACK | 8.122006 | 266.47000 |
| 64-92 | M3232D06 | 719202100ECR | 31.824 | MFT 10/04/0553 | PTP CABLE 20AWG BRICK BROWN/ BLACK | 8.122006 | 258.47590 |
| 53-101 | M3232332 | 719202102ECR | 29.528 | MFT 10/04/0553 | PTP CABLE 20AWG BRICK BROWN/ RED | 8.122006 | 239.82300 |

Premio
Nacional
de Tecnología
2002

DIEZ MIL QUINIENTOS VEINTIOCHO DLLS 56/100 USD
PAGO EN UNA SOLA EXHIBICION

| | |
|---|---|
| Importe Total / Amount: | 10,528.56 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 10,528.56 |

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

Nombre y Firma

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-55

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-86

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6985-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING          FACTURA / INVOICE 1
        0              039974

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                    RFC:   RBE790127UE8

FISCAL

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 531 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/07/05 | J001120 |

Condiciones de pago / Payment Terms
60 DIAS CREDITO

Vo. Bo. Embarque          Vo. Bo. Cont.

Tipo de Cambio / Rate of Exchange
10.7115

Nombre y Firma          Nombre y Firma

Embarque / Package

**Enviar a: / Ship to:**
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.H. PITEX 93-231          RFC:
**Embarque via: / Ship to:**
SU TRANSPORTE

2 OTROS
PESO NETO :          127.65KG
PESO BRUTO:
AMPARA REMISION # 1606

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 21-1 | N3232804 | 7191121ECR | 9.843 | MFT | RTP CABLE 11AWG BRICK BROWN | 53.864870 | 530.16603 |

Premio
Nacional
de Tecnología
2 0 0 2
QUINIENTOS TREINTA DLLS 17/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:

| | |
|---|---|
| Importe Total / Amount: | 530.17 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 530.17 |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

Nombre y Firma

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apda. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32657
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-89

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6085-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING  0
FACTURA / INVOICE 1  039975

DELPHI-(DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.          RFC: EXP530

FISCAL
(PITEX 85-027)

Enviar a: / Ship to:
José Iglesias
R.B.E. VII  PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231     RFC:
Embarque vía: / Ship to:    SU TRANSPORTE

| No. cliente / Customer number 530 | Pedido del cliente / Purchase order P4170068 |
| Fecha / Date 10/08/05 | Orden de Venta / Order of Sale J001179 |
| Condiciones de pago / Payment Terms 60 DIAS CREDITO | Vo. Bo. Embarque |
| Tipo de Cambio / Rate of Exchange 10.7115 | Vo. Bo. Cont. |

Embarque / Package
5 TAMBOS T21,
36 OTROS
PESO NETO :   2727.52KG
PESO BRUTO :

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 12-1 | M3130540 | 717131504ECR | 9.843 | MFT 10/07/0553 | PTP CABLE 13AWG LIGHT GREEN/ YELLOW | 34.003123 | 334.67640 |
| 16-1 | M3130401 | 7171500ECR | 29.528 | MFT 10/07/0553 | PTP CABLE 15AWG BLACK | 21.336123 | 630.00360 |
| 17-1 | M3130467 | 717150221ECR | 14.764 | MFT 10/07/0553 | PTP CABLE 15AWG RED/ BRICK BROWN | 21.336123 | 315.00180 |
| 18-1 | M3130408 | 7171509ECR | 14.764 | MFT 10/07/0553 | PTP CABLE 15AWG WHITE | 21.336123 | 315.00180 |
| 19-1 | M3130404 | 7171521ECR | 43.307 | MFT 10/07/0553 | PTP CABLE 15AWG BRICK BROWN | 21.336123 | 924.00528 |
| 20-1 | M3130301 | 7171700ECR | 18.045 | MFT 10/07/0553 | PTP CABLE 17AWG BLACK | 14.642928 | 264.22605 |
| 21-1 | M3130391 | 717170204ECR | 17.717 | MFT 10/07/0553 | PTP CABLE 17AWG RED/ YELLOW | 14.642928 | 259.42194 |
| 22-1 | M3130D11 | 717170904ECR | 18.045 | MFT 10/07/0553 | PTP CABLE 17AWG WHITE/ YELLOW | 14.642928 | 264.22605 |
| 23-1 | M3130304 | 7171721ECR | 70.866 | MFT 10/07/0553 | PTP CABLE 17AWG BRICK BROWN | 14.642928 | 1037.68776 |
| 42-1 | M3130253 | 717180209T21 | 22.966 | MFT 10/07/0553 | PTP CABLE 18 AWG RED/WHITE | 12.013174 | 275.89310 |
| 36-1 | M3130295 | 717180421T21 | 22.966 | MFT 10/07/0553 | PTP CABLE 18AWG Yellow / Brick brown | 12.013174 | 275.89310 |
| 45-1 | M3130C53 | 717181521T21 | 22.966 | MFT 10/07/0553 | PTP CABLE 18AWG LIGHT GREEN/BRICK BROWN | 12.013174 | 275.89310 |
| 46-1 | M3130C46 | 717181615T21 | 22.966 | MFT 10/07/0553 | PTP CABLE 18AWG LIGHT BLUE/ LIGHT GREEN | 12.013174 | 275.89310 |
| 51-1 | M3130M05 | 71720000204T21 | 40.354 | MFT 10/07/0553 | PTP CABLE 20AWG BLACK/ RED/ YELLOW | 8.234325 | 332.29065 |

Recibo de Conformidad: / Conformity Received:
Observaciones: / Remarks:
Nombre y Firma

Importe Total / Amount
% I.V.A. TAX:
TOTAL

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

17 Oct 2005 17:52   HP LASERJET FAX   P.41

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-66

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 8965-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING 0   FACTURA / INVOICE 2
039975

DELPHI- (DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                    RFC: EXP530

FISCAL
(PITEX 85-027)

Enviar a / Ship to:
José Iglesias
R.B.E. VII  PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231      RFC:

Embarque via / Ship to:
SU TRANSPORTE

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| No. cliente / Customer number | | Pedido del cliente / Purchase order |
|---|---|---|
| 530 | | P4170068 |
| Fecha / Date | | Orden de Venta / Order of Sale |
| 10/08/05 | | J001179 |
| Condiciones de pago / Payment Terms | Vo. Bo. Embarque | Vo. Bo. Cont. |
| 60 DIAS CREDITO | | |
| Tipo de Cambio / Rate of Exchange | Nombre y Firma | Nombre y Firma |
| 10.7115 | | |

Embarque / Package

5 TAMBOS T21.
36 OTROS
PESO NETO : 2727.52KG
PESO BRUTO:

| Partida / Field | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 53-1 | M3130123 | 717200004ECR | 32.808 | MFT 10/07/0553 | PTP CABLE 20AWG BLACK/ YELLOW | 8.234325 | 270.15500 |
| 54-1 | M3130122 | 717200007ECR | 32.808 | MFT 10/07/0553 | PTP CABLE 20AWG BLACK/ PURPLE | 8.234325 | 270.15500 |
| 55-1 | M3130121 | 717200009ECR | 32.808 | MFT 10/07/0553 | PTP CABLE 20AWG BLACK/ WHITE | 8.234325 | 270.15500 |
| 56-1 | M3130119 | 717200015ECR | 65.617 | MFT 10/07/0553 | PTP CABLE 20AWG BLACK/ LIGHT GREEN | 8.234325 | 540.31000 |
| 58-1 | M3130191 | 717200204ECR | 32.808 | MFT 10/07/0553 | PTP CABLE 20AWG RED/ YELLOW | 8.234325 | 270.15500 |
| 61-1 | M3130169 | 717200409ECR | 32.808 | MFT 10/07/0553 | PTP CABLE 20AWG YELLOW / WHITE | 8.234325 | 270.15500 |
| 67-1 | M3130135 | 717200802ECR | 65.617 | MFT 10/07/0553 | PTP CABLE 20AWG GRAY/ RED | 8.234325 | 540.31000 |
| 68-1 | M3130162 | 717200815ECR | 32.808 | MFT 10/07/0553 | PTP CABLE 20AWG GRAY/ LIGHT GREEN | 8.234325 | 270.15500 |
| 71-1 | M3130850 | 717200921ECR | 32.808 | MFT 10/07/0553 | PTP CABLE 20AWG WHITE/ BRICK BROWN | 8.234325 | 270.15500 |
| 78-1 | M3130846 | 717201615ECR | 32.808 | MFT 10/07/0553 | PTP CABLE 20AWG LIGHT BLUE/ LIGHT GREEN | 8.234325 | 270.15500 |
| 84-1 | M3130832 | 717202107ECR | 32.808 | MFT 10/07/0553 | PTP CABLE 20AWG BRICK BROWN/ PURPLE | 8.234325 | 270.15500 |
| 85-1 | M3130104 | 717202I1ECR | 29.528 | MFT 10/07/0553 | PTP CABLE 20AWG BRICK BROWN | 8.234325 | 243.13950 |
| 91-1 | M3130A17 | 717220408ECR | 49.213 | MFT 10/07/0553 | PTP CABLE 22AWG YELLOW/ GRAY | 6.218195 | 306.01350 |
| 92-1 | M3130095 | 717220421ECR | 91.864 | MFT 10/07/0553 | PTP CABLE 22AWG YELLOW/ BRICK BROWN | 6.218195 | 571.22520 |

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:

| | |
|---|---|
| Importe Total / Amount: | |
| % I.V.A. TAX: | |
| TOTAL | |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITION.

17 Oct 2005 17:53   HP LASERJET FAX   P.42

CONDUMEX

CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

PLANTA JUAREZ
Entre Ferml No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-86, 82-30-87 Fax. 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6985-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

PACKING 0

FACTURA / INVOICE 3
039975

DELPHI-(DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                    RFC: EXP530

FISCAL
(PITEX 85-027)

Enviar a / Ship to:
José Iglesias
R.B.E. VII PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231          RFC:
SU TRANSPORTE
Embarque vía / Ship to:

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 530 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/08/05 | J001179 |

| Condiciones de pago / Payment Terms | Vo. Bo. Embarque | Vo. Bo. Cont. |
|---|---|---|
| 60 DIAS CREDITO | | |
| Tipo de Cambio / Rate of Exchange 10.7115 | Nombre y Firma | Nombre y Firma |

Embarque / Package
5 TAMBOS T21.
36 OTROS
PESO NETO : 2727.52KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 04-1 | M3130079 | 717221507ECR | 49.213 | MFT 10/07/0553 | PTP CABLE 22AWG LIGHT GREEN/ PURPLE | 6.218195 | 306.01350 |
| 07-1 | M3130030 | 717221604ECR | 49.213 | MFT 10/07/0553 | PTP CABLE 22AWG LIGHT BLUE/ YELLOW | 6.218195 | 306.01350 |
| 12-1 | M3130031 | 717222109ECR | 49.213 | MFT 10/07/0553 | PTP CABLE 22AWG BRICK BROWN/ WHITE | 6.218195 | 306.01350 |
| 16-1 | M3130004 | 7172221ECR | 49.213 | MFT 10/07/0553 | PTP CABLE 22AWG BRICK BROWN | 6.218195 | 306.01350 |

MX-8544.49.800



Premio
Nacional
de Tecnología
2 0 0 2

ONCE MIL SEISCIENTOS TREINTA Y SEIS DLLS 59/100 USD
PAGO EN UNA SOLA EXHIBICION.

Observaciones / Remarks
OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

Recibe de Conformidad: / Conformity Received:

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO / DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUYENDO LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATED HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

| Importe Total / Amount: | 11,636.59 |
|---|---|
| % I.V.A. TAX: | 0.00 |
| TOTAL | 11,636.59 |

17 Oct 2005 17:54   HP LASERJET FAX   P.43

17 Oct 2005 17:55   HP LASERJET FAX   P.44



**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 62-30-85, 62-30-87 Fax 62-30-88

**R.F.C. COR-800219-3KA**
PITEX 86-027

No. CTA. REG. ESTATAL 6965-8
REG. DE EXP. IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING    0    FACTURA / INVOICE 1
-039976

DELPHI -(NBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.          RFC:  RBE790127UE8

FISCAL

No. cliente / Customer number   531
Pedido del cliente / Purchase order   P4170058

Fecha / Date   10/08/05
Orden de Venta / Order of Sale   J001178

Condiciones de pago / Payment Terms   60 DIAS CREDITO

Tipo de Cambio / Rate of Exchange   10.7115

Vo. Bo. Embarque

Vo. Bo. Cont.

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231         RFC:
Embarque vía: / Ship to:   SU TRANSPORTE

Embarque / Package
1 TAMBOS T21,
67 OTROS
PESO NETO :   4760.50KG
PESO BRUTO :

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 1-1 | M4775429 | 715150609ECR | 13.451 | MFT 10/07/0553 | PTP Cable 15AWG Dark Blue / White | 24.114588 | 324.37601 |
| 2-1 | M4775487 | 715151206ECR | 14.764 | MFT 10/07/0553 | PTP CABLE 15AWG PINK/ DARK BLUE | 24.114588 | 356.02245 |
| 3-1 | M4775404 | 7151521ECR | 59.055 | MFT 10/07/0553 | PTP CABLE 15AWG | 24.114588 | 1424.08980 |
| 5-1 | M4775347 | 715171209ECR | 18.045 | MFT 10/07/0553 | PTP Cable 17 AWG Pink / White | 16.776162 | 302.71945 |
| 6-1 | M4775310 | 7151712ECR | 18.045 | MFT 10/07/0553 | PTP Cable 17AWG Pink | 16.776162 | 302.71945 |
| 7-1 | M4775304 | 7151721ECR | 18.045 | MFT 10/07/0553 | PTP Cable 17AWG BRICK BROWN | 16.776162 | 302.71945 |
| 9-1 | M4775201 | 7151800ECR | 22.966 | MFT 10/07/0553 | PTP CABLE 18AWG BLACK | 13.754253 | 315.87850 |
| 10-1 | M4775253 | 715180209ECR | 22.966 | MFT 10/07/0553 | PTP CABLE 18AWG Red / White | 13.754253 | 315.87850 |
| 13-1 | M4775214 | 7151804ECR | 22.966 | MFT 10/07/0553 | PTP Cable 18AWG Yellow | 13.754253 | 315.87850 |
| 14-1 | M4775C22 | 715180509ECR | 22.966 | MFT 10/07/0553 | PTP CABLE 18AWG DARK GREEN/ WHITE | 13.754253 | 315.87850 |
| 18-1 | M4775205 | 7151808ECR | 49.213 | MFT 10/07/0553 | PTP Cable 18AWG Gray | 13.754253 | 676.88250 |
| 26-1 | M4775115 | 715200006ECR | 32.808 | MFT 10/07/0553 | PTP CABLE 20AWG BLACK/ DARK BLUE | 9.159941 | 300.52300 |
| 27-1 | M4775121 | 715200009ECR | 32.808 | MFT 10/07/0553 | PTP CABLE 20AWG BLACK/ WHITE | 9.159941 | 300.52300 |
| 30-1 | M4775153 | 715200209ECR | 32.808 | MFT 10/07/0553 | PTP Cable 20AWG Red / White | 9.159941 | 300.52300 |

de Tecnología
2 0 0 2

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:

Importe Total / Amount:

% I.V.A.
TAX:

Nombre y Firma

TOTAL

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-68

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 62-30-55, 62-30-57 Fax 62-30-55

R.F.C. COR-800219-3KA
PITEX 86-027

No. CTA. REG. ESTATAL 6985-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING 0   FACTURA / INVOICE 2   039976

| | |
|---|---|
| DELPHI -(MBZ) | FISCAL |

DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                   RFC:  RBE790127UE8

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231      RFC:
Embarque via: / Ship to:   SU TRANSPORTE

No. cliente / Customer number: 531
Pedido del cliente / Purchase order: P4170068
Fecha / Date: 10/08/05
Orden de Venta / Order of Sale: J001178
Condiciones de pago / Payment Terms: 60 DIAS CREDITO
Tipo de Cambio / Rate of Exchange: 10.7115

Vo. Bo. Embarque     Nombre y Firma
Vo. Bo. Cont.     Nombre y Firma
Embarque / Package

1 TAMBOS T21,
67 OTROS
PESO NETO :   4760.50KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / Item | Código Cliente / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 25-1 | N4775165 | 715200700ECR | 32.808 | MFT 10/07/0553 | PTP CABLE 20AWG PURPLE/ BLACK | 9.159941 | 300.52300 |
| 28-1 | N4775141 | 715200900ECR | 32.808 | MFT 10/07/0553 | PTP CABLE 20AWG WHITE/ BLACK | 9.159941 | 300.52300 |
| 31-1 | N4775131 | 715202109ECR | 32.808 | MFT 10/07/0553 | PTP CABLE 20AWG BRICK BROWN / WHITE | 9.159941 | 300.52300 |
| 32-1 | N4775104 | 7152021ECR | 32.808 | MFT 10/07/0553 | PTP CABLE 20AWG BRICK BROWN | 9.159941 | 300.52300 |
| 43-1 | M3380612 | 7161102ECR | 4.921 | MFT 10/07/0553 | PTP Cable 11AWG Red | 62.282559 | 306.50865 |
| 44-1 | M3380642 | 716110906ECR | 4.921 | MFT 10/07/0553 | PTP Cable 11AWG White / Dark Blue | 62.282559 | 306.50865 |
| 45-1 | M3380533 | 716130800ECR | 9.843 | MFT 10/07/0553 | PTP Cable 13AWG Gray / Black | 39.737996 | 391.12200 |
| 46-1 | M3380534 | 716130809ECR | 9.843 | MFT 10/07/0553 | PTP CABLE 13AWG GRAY/ WHITE | 39.737996 | 391.12200 |
| 51-1 | M3232715 | 719130016ECR | 9.843 | MFT 10/07/0553 | PTP Cable 13AWG Black / Light Blue | 34.652347 | 341.06640 |
| 54-1 | M3232751 | 719130216ECR | 9.843 | MFT 10/07/0553 | PTP CABLE 13AWG RED/LIGHT BLUE | 34.652347 | 341.06640 |
| 55-1 | M3232712 | 7191302ECR | 108.268 | MFT 10/07/0553 | PTP CABLE 13AWG RED | 34.652347 | 3751.73040 |
| 59-1 | M3232704 | 7191321ECR | 137.795 | MFT 10/07/0553 | PTP CABLE 13AWG BRICK BROWN | 34.652347 | 4774.92960 |
| 62-1 | M3232653 | 719150209ECR | 14.764 | MFT 10/07/0553 | PTP CABLE 15AWG RED/WHITE | 21.808563 | 321.97680 |
| 64-1 | M3232665 | 719150700ECR | 14.764 | MFT 10/07/0553 | PTP CABLE 15AWG PURPLE / BLACK | 21.808563 | 321.97680 |

de Tecnología
2 0 0 2

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:

Importe Total / Amount:
% I.V.A. TAX:
TOTAL

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

17 Oct 2005 17:56   HP LASERJET FAX   P.45



**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

**PLANTA JUAREZ**
Envio Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-55, 82-30-67 Fax 82-30-66

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 8985-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING        FACTURA / INVOICE 3
0              039976

DELPHI - (MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                    RFC: RBE790127UEB

FISCAL

| | |
|---|---|
| No. cliente / Customer number | 531 |
| Pedido del cliente / Purchase order | P4170068 |
| Fecha / Date | 10/08/05 |
| Orden de Venta / Order of Sale | J001178 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO |
| Tipo de Cambio / Rate of Exchange | 10.7115 |

Vo. Bo. Embarque
Nombre y Firma

Vo. Bo. Cont.
Nombre y Firma

**Enviar a: / Ship to:**
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UEB
R.N.I.M. PITEX 93-231     RFC:
Embarcar via: / Ship to: SU TRANSPORTE

Embarque / Package

1 TAMBOS T21,
67 OTROS,
- PESO NETO :      4760.50KG
- PESO BRUTO :

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Codigo Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 72-1 | M3232504 | 7191721ECR | 72.178 | MFT 10/07/0553 | PTP CABLE 17AWG BRICK BROWN | 15.042155 | 1085.71980 |
| 76-1 | M3232450 | 719180200T21 | 31.496 | MFT 10/07/0553 | PTP CABLE 18AWG RED/BLACK | 11.321827 | 356.59296 |
| 63-1 | M3232D01 | 719200006ECR | 32.808 | MFT 10/07/0553 | PTP CABLE 20AWG BLACK / DARK BLUE | 8.122006 | 266.47000 |
| 90-1 | M3232356 | 719200400ECR | 32.808 | MFT 10/07/0553 | PTP CABLE 20AWG YELLOW/BLACK | 8.122006 | 266.47000 |
| 98-1 | M3232D07 | 719200816ECR | 32.808 | MFT 10/07/0553 | PTP CABLE 20AWG GRAY/ LIGHT BLUE | 8.122006 | 266.47000 |
| 02-1 | M3232308 | 7192009ECR | 60.696 | MFT 10/07/0553 | PTP CABLE 20AWG WHITE | 8.122006 | 492.96950 |
| 08-1 | M3232328 | 719201602ECR | 32.808 | MFT 10/07/0553 | PTP CABLE 20AWG LIGHT BLUE/ RED | 8.122006 | 266.47000 |
| 17-1 | M3232C88 | 719220916ECR | 46.785 | MFT 10/07/0553 | PTP CABLE 22AWG WHITE / LIGTH BLUE | 6.670152 | 312.06156 |
| 18-1 | M3232247 | 719221209ECR | 49.213 | MFT 10/07/0553 | PTP CABLE 22AWG PINK/ WHITE | 6.670152 | 328.25550 |

Premio
Nacional
de Tecnología
2 0 0 2

VEINTIUN MIL NOVECIENTOS CUARENTA Y SEIS DLLS 19/100 USD
PAGO EN UNA SOLA EXHIBICION.

| | |
|---|---|
| Importe Total / Amount: | 21,946.19 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 21,946.19 |

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-89

**R.F.C. COR-800219-3KA**
PITEX 55 027
No. CTA. REG. ESTATAL 8985-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
| PACKING | FACTURA / INVOICE 1 |
|---|---|
| 0 | 039977 |

FISCAL

DELPHI
DELPHI AUTOMOTIVE SYSTEMS
c/o Delphi Packard
P.O. Box 431, Warren, Ohio
44486 U.S.A.
Warren OH 44486            RFC: EXPO538000000

Enviar a: / Ship to:
Delphi Plant 3800 RBE V
Calle Fahrenheit y Fresnel
Parque Ind Bermudez, Cd Juárez
R.F.C. 790127.UE8
R.N.I.M. PITEX 93-231
Ciudad Juárez CHI 32470        RFC:

| No. cliente / Customer number | 538 |
|---|---|
| Pedido del cliente / Purchase order | P4170068 |
| Fecha / Date | 10/08/05 |
| Orden de Venta / Order of Sale | J000906 |
| Condiciones de paga / Payment Terms | |
| Tipo de Cambio / Rate of Exchange | 10.7115 |

| Vo. Bo. Embarque | Vo. Bo. Cont. |
|---|---|
| Nombre y Firma | Nombre y Firma |

Embarque / Package

1 TAMBOS T21,

PESO NETO :   65.41KG
PESO BRUTO:

Embarque vía: / Ship to:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customers part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripcion / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 16-19 | M3023429 | 924140209T21 | 7.546 | MFT 00/07/0553 | RTF Cable 14AWG Red / White | 38.446498 | 290.11464 |

Premio
Nacional
de Tecnología
2 0 0 2

DOSCIENTOS NOVENTA DLLS 11/100 USD
PAGO EN UNA SOLA EXHIBICION

| Recibo de Conformidad: / Conformity Received: | | |
|---|---|---|
| | Importe Total / Amount: | 290.11 |
| | % I.V.A. TAX: | 0.00 |
| Nombre y Firma | TOTAL | 290.11 |

Observaciones: / Remarks:

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THE INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

17 Oct 2005 17:57   HP LASERJET FAX   P. 47



**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 290.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Rio Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-88

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 8965-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

PACKING  0   FACTURA / INVOICE 1
039978

No. cliente / Customer number: **520**
Pedido del cliente / Purchase order: **P4170068**

Fecha / Date: **10/08/05**
Orden de Venta / Order of Sale: **J000768**

Condiciones de pago / Payment Terms: **60 DIAS CREDITO**
Vo. Bo. Embarque
Vo. Bo. Cont.

Tipo de Cambio / Rate of Exchange: **10.7115**
Nombre y Firma
Nombre y Firma

DELPHI - (X1)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN, OHIO 44486
WARREN OH 44486        RFC: EXP520

FISCAL
(PITEX 85-027)



Enviar a: / Ship to:
N. Morales
R.B.E. IX  PLANTA 3700
Ave. Tec. y Juan Kleper # 6915
Fracc. Marquiz
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231        RFC:
SU TRANSPORTE        R.N.I.M. PITEX 93-231

Embarque via: / Ship to:

Embarque / Package

3 TAMBOS T21.

PESO NETO:    237.54KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 10-267 | M3089653 | 955140209T21 | 12.139 | mft 10/05/0552 | TIP Cable 14AWG Red/White | 29.957787 | 363.66079 |
| 52-65 | M3089G08 | 955140500T21 | 12.139 | mft 10/04/0552 | TIP Cable 14AWG dark green/black | 29.957787 | 363.66079 |
| 48-82 | M3089682 | 955140902T21 | 12.139 | mft 10/07/0552 | TIP Cable 14AWG White/Red | 29.957787 | 363.66079 |

Premio
Nacional
de Tecnología
2 0 0 2

UN MIL NOVENTA DLLS 98/100 USD.
PAGO EN UNA SOLA EXHIBICION

Recibo de Conformidad: / Conformity Received:

Observaciones / Remarks:
OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

| | |
|---|---|
| Importe Total / Amount: | 1,090.98 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 1,090.98 |

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS
TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO, / THE SIGN AND RECEPTION OF THIS
INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE
CONDITIONS.

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-06-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-86

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6985-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA. QRO.
PACKING          FACTURA / INVOICE 1.
0                039979

DELPHI-(DIN)
DELPHI PACKARD ELECTRIC SYSTEM.
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                    RFC: EXP530

FISCAL
(PITEX 85-027)

| | | |
|---|---|---|
| No. cliente / Customer number | 530 | Pedido del cliente / Purchase order P4170068 |
| Fecha / Date | 10/08/05 | Orden de Venta / Order of Sale J001179 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO | Vo. Bo. Embarque / Vo. Bo. Cont. |
| Tipo de Cambio / Rate of Exchange | 10.7115 | Nombre y Firma / Nombre y Firma |

Envíar a: / Ship to:
José Iglesias
R.B.E. VII PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231     RFC:
SU TRANSPORTE
Embarque vía: / Ship to:

Embarque / Package

5 OTROS
PESO NETO :    388.13KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / Item | Codigo Clientes / Customer part No. | Codigo Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 4-1 | M3130F33 | 717130021ECR | 19.685 | MFT 10/07/0553 | PTP CABLE 13AWG BLACK/ BRICK BROWN | 34.003123 | 669.35280 |
| 10-1 | M3130553 | 717130209ECR | 19.029 | MFT 10/07/0553 | PTP CABLE 13AWG RED/ WHITE | 34.003123 | 647.04104 |
| 98-1 | M3130A07 | 717220816ECR | 49.213 | MFT 10/07/0553 | PTP CABLE 22AWG GRAY/ LIGHT BLUE | 6.218195 | 306.01350 |

MX-8544.49.800

Premio
Nacional
de Tecnología
2 0 0 2

UN MIL SEISCIENTOS VEINTIDOS DLLS 40/100 USD
PAGO EN UNA SOLA EXHIBICION.

| | |
|---|---|
| Recibo de Conformidad: / Conformity Received: | |
| Observaciones / Remarks: OPERACION EFECTUADA EN LOS TERMINOS DE LO DISPUESTO POR LA REGLA 5.1.8 | Importe Total / Amount: 1,622.40 |
| | % I.V.A. TAX: 0.00 |
| Nombre y Firma | TOTAL: 1,622.40 |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.6
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-66

PLANTA JUAREZ
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax. 82-30-66

R.F.C. COR-800219-3KA
PITEX 85-027

No. CTA. REG. ESTATAL 6965-8
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING 0
FACTURA / INVOICE 1
039980

CORDUMEX CABLE AEROESPACIAL

DELPHI -(HBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.           RFC: RBE790127UE8

FISCAL

| No. cliente / Customer number | Pedido del cliente / Purchase order |
|---|---|
| 531 | P4170068 |

| Fecha / Date | Orden de Venta / Order of Sale |
|---|---|
| 10/08/05 | J001178 |

Condiciones de pago / Payment Terms
60 DIAS CREDITO

Tipo de Cambio / Rate of Exchange
10.7115

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Onega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231       RFC:
SU TRANSPORTE

Embarque vía: / Ship to:

Vo. Bo. Embarque           Vo. Bo. Cont.
Nombre y Firma             Nombre y Firma

Embarque / Package
38 OTROS
PESO NETO : 2366.28KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 42-1 | M4775104 | 7152021ECR | 98.425 | MFT 10/07/0553 | PTP CABLE 20AWG BRICK BROWN | 9.159941 | 901.56900 |
| 44-1 | M3380642 | 716110906ECR | 14.764 | MFT 10/07/0553 | PTP Cable 11AWG White / Dark Blue | 62.282559 | 919.52595 |
| 65-1 | M3232627 | 7191507ECR | 29.528 | MFT 10/07/0553 | PTP CABLE 15AWG DARK BLUE | 21.808563 | 643.95360 |
| 26-1 | M3232521 | 719170009ECR | 18.045 | MFT 10/07/0553 | PTP CABLE 17AWG BLACK / WHITE | 15.042150 | 271.42986 |
| 71-1 | M3232527 | 719171600ECR | 36.089 | MFT 10/07/0553 | PTP CABLE 17AWG LIGTH BLUE/BLACK | 15.042155 | 542.85990 |
| 25-1 | M3232421 | 719180009ECR | 47.572 | MFT 10/07/0553 | PTP CABLE 18AWG BLACK/WHITE | 11.227340 | 534.10901 |
| 04-1 | M3232315 | 719200016ECR | 222.769 | MFT 10/07/0553 | PTP CABLE 20AWG BLACK/ LIGHT BLUE | 8.122006 | 1809.33130 |
| 06-1 | M3232339 | 719201500ECR | 131.234 | MFT 10/07/0553 | PTP CABLE 20AWG LIGHT GREEN/ BLACK | 8.122006 | 1065.88000 |
| 07-1 | M3232327 | 719201600ECR | 99.081 | MFT 10/07/0553 | PTP CABLE 20AWG LIGHT BLUE/ BLACK | 8.122006 | 804.73940 |
| 13-1 | M3232304 | 7192021ECR | 328.084 | MFT 10/07/0553 | PTP CABLE 20AWG BRICK BROWN | 8.122006 | 2664.70000 |
| 16-1 | M3232256 | 719220400ECR | 49.213 | MFT 10/07/0553 | PTP CABLE 22AWG YELLOW/ BLACK | 6.670152 | 328.25550 |

Nacional
de Tecnología
2 0 0 2

DIEZ MIL CUATROCIENTOS OCHENTA Y SEIS DLLS 36/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:

| | |
|---|---|
| Importe Total / Amount: | 10,486.36 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 10,486.36 |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE

Nombre y Firma

17 Oct 2005 17:59   HP LASERJET FAX   P.50

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

**CORDAFLEX, S.A. DE C.V.**
Correadora, Edif. 84.
Corregidora, Cd. C.P. 76600 Apdo. Postal 17
Tels. (4) 225-00-00 Fax 225-17-68

**PLANTA JUAREZ**
Cd. Juárez, Chih. C.P. 32557
Parque Ind. Río Bravo
Tels. (16) 82-30-65, 82-30-67 Fax. 82-30-68

R.F.C. COR-800219-3KA
(PITEX 85-027)

EXPEDIDA EN: CORREGIDORA, QRO.
FACTURA / INVOICE 1
039982

PACKING
0

No. cliente / Customer number: **530**

Fecha / Date: **10/08/05**

Condiciones de pago / Payment Terms: **60 DIAS CREDITO**

Tipo de Cambio / Rate of Exchange: **10.7115**

Pedido del cliente / Purchase Order: **P4170068**

Orden de Venta / Order of Sale: **J001179**

**CONORE DELPHI**

Envía a / Ship to:
DELPHI (DIN)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.

RFC: EXP530.

Envía a / Ship to:
JOSE IGLESIAS
R.B.E. VII PLANTA 3200
Ave. Principal
Parque Ind. Río Bravo
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE

RFC:

| Partida Ref. | Código Cliente / Customer Part No. | Código Cordafles / Cordaflex Part No. | Cantidad / Quantity | Unidad / Unit | Fecha / Date | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|---|
| 3-1 | M3130515 | 717130016EER | 29.528 | MTS | 10/07/0553 | SHP CABLE 13AWG BLACK/ LIGHT BLUE | 34.003123 | 1004.02920 |
| 9-1 | M3130F05 | 717130208ECR | 19.685 | MTS | 10/07/0553 | SHP CABLE 13AWG RED/ GRAY | 34.003123 | 669.35280 |
| 1-1 | M3130551 | 717130216ECR | 29.199 | MTS | 10/07/0553 | SHP CABLE 13AWG RED/ LIGHT BLUE | 34.003123 | 992.87332 |

Premio
Nacional
de Tecnología
2002

8 OTROS
PESO NETO:
PESO BRUTO: 653.67KG

MX-8544.49.800

OPERACION EFECTUADA EN LOS TERMINOS DELO DISPUESTO POR LA REGLA 5.1.8

DOS MIL SEISCIENTOS SESENTA Y SEIS DLLS 25/100 USD
PAGO EN UNA SOLA EXHIBICION

Importe Total / Amount: 2,666.25
% I.V.A. / TAX: 0.00
TOTAL: 2,666.25

LA RECEPCION Y FIRMA DE LA PRESENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE DOCUMENTO Y DE TODOS LOS TERMINOS Y CONDICIONES AL REVERSO THE BUYER AND RECEIVING OF THIS INVOICE FOR APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

Recibo de Conformidad / Conformity Received:
Nombre y Firma

**CORDAFLEX, S.A. DE C.V.**
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

**PLANTA JUAREZ**
Enrico Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-86, 82-30-87 Fax. 82-30-86

**R.F.C. COR-800219-3KA**
PITEX 85-027

No. CTA. REG. ESTATAL 6665-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.

PACKING 0

FACTURA / INVOICE 1
039983

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.                  RFC: RBE790127UE8

FISCAL

No. cliente / Customer number: 531
Pedido del cliente / Purchase order: P4170068

Fecha / Date: 10/08/05
Orden de Venta / Order of Sale: J001178

Condiciones de pago / Payment Terms: 60 DIAS CREDITO

Tipo de Cambio / Rate of Exchange: 10.7115

Enviar a / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231
SU TRANSPORTE        RFC:

Embarque vía / Ship to:

Embarque / Package

35 OTROS
PESO NETO: 2218.37KG
PESO BRUTO:

Contribuyente Autorizado para Imprimir sus Propios Comprobantes

| Partida / ITEM | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 32-1 | M4775822 | 715200509ECR | 65.617 | MFT 10/07/0553 | PTP Cable 20AWG Dark Green / White | 9.159941 | 601.04600 |
| 34-1 | M4775129 | 715200609ECR | 32.808 | MFT 10/07/0553 | PTP CABLE 20AWG DARK BLUE/ WHITE | 9.159941 | 300.52300 |
| 36-1 | M4775149 | 715200709ECR | 27.887 | MFT 10/07/0553 | PTP CABLE 20AWG Purple / White | 9.159941 | 255.44455 |
| 37-1 | M4775134 | 715200809ECR | 32.808 | MFT 10/07/0553 | PTP CABLE 20AWG GRAY/ WHITE | 9.159941 | 300.52300 |
| 42-1 | M4775104 | 7152021ECR | 91.864 | MFT 10/07/0553 | PTP CABLE 20AWG BRICK BROWN | 9.159941 | 841.46440 |
| 52-1 | M3232750 | 719130200ECR | 9.843 | MFT 10/07/0553 | PTP CABLE 13AWG RED/BLACK | 34.652347 | 341.06640 |
| 57-1 | M3232705 | 7191308ECR | 9.843 | MFT 10/07/0553 | PTP CABLE 13AWG GRAY | 34.652347 | 341.06640 |
| 58-1 | M3232708 | 7191309ECR | 9.843 | MFT 10/07/0553 | PTP CABLE 13AWG WHITE | 34.652347 | 341.06640 |
| 60-1 | M3232621 | 719150009ECR | 14.764 | MFT 10/07/0553 | PTP CABLE 15AWG BLACK/WHITE | 21.808563 | 321.97680 |
| 61-1 | M3232615 | 719150016ECR | 29.528 | MFT 10/07/0553 | PTP CABLE 15AWG BLACK/LIGHT BLUE | 21.808563 | 643.95360 |
| 63-1 | M3232612 | 7191502ECR | 14.764 | MFT 10/07/0553 | PTP CABLE 15AWG RED | 21.808563 | 321.97680 |
| 66-1 | M3232641 | 719150900ECR | 29.528 | MFT 10/07/0553 | PTP CABLE 15AWG WHITE/BLACK | 21.808563 | 643.95360 |
| 69-1 | M3232550 | 719170200ECR | 18.045 | MFT 10/07/0553 | PTP CABLE 17AWG RED/BLACK | 15.042155 | 271.42995 |
| 89-1 | M3232309 | 7192003ECR | 65.617 | MFT 10/07/0553 | PTP CABLE 20AWG ORANGE | 8.122006 | 532.94000 |



Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:

Importe Total / Amount:

% I.V.A. TAX:

TOTAL

Nombre y Firma

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITION.

CORDAFLEX, S.A. DE C.V.
Carretera Panamericana Km. 230.8
Corregidora, Qro. C.P. 76900 Apdo. Postal 17
Tels. (4) 225-08-00 Fax 225-17-88

PLANTA JUAREZ
Epnca Fermi No. 1450 Parq. Ind. Río Bravo
Cd. Juárez, Chih. C.P. 32557
Tels. (16) 82-30-85, 82-30-87 Fax 82-30-88

R.F.C. COR-800219-3KA
PITEX 85-027
No. CTA. REG. ESTATAL 6965-6
REG. DE EXP.-IMP COR-800219-3KA

EXPEDIDA EN: CORREGIDORA, QRO.
PACKING   FACTURA / INVOICE 2
0         039983

DELPHI -(MBZ)
DELPHI PACKARD ELECTRIC SYSTEM
GENERAL MOTORS CORPORATION
P.O. BOX 431
WARREN OH 44486
U.S.A.          RFC: RBE790127UE8

FISCAL

| | |
|---|---|
| No. cliente / Customer number | 531 |
| Fecha / Date | 10/08/05 |
| Condiciones de pago / Payment Terms | 60 DIAS CREDITO |
| Tipo de Cambio / Rate of Exchange | 10.7115 |

Pedido del cliente / Purchase order
P4170068

Orden de Venta / Order of Sale
J001178

Vo. Bo. Embarque   Vo. Bo. Cont.

Nombre y Firma    Nombre y Firma

Enviar a: / Ship to:
A. RAMOS
RBE IV PLANTA 3300
Ave. Rafael Perez Serna # 525
Parque Ind. Omega
R.F.C. RBE 790127 UE8
R.N.I.M. PITEX 93-231        RFC:
SU TRANSPORTE
Embarque via: / Ship to:

Embarque / Package

35 OTROS.
PESO NETO :   2218.37KG
PESO BRUTO:

| Partida / Line | Código Clientes / Customer part No. | Código Cordaflex / Cordaflex part No. | Cantidad / Quantity | Unidad / Unit | Descripción / Description | Precio Unitario / Price | Importe Total / Amount |
|---|---|---|---|---|---|---|---|
| 90-1 | M3232356 | 719200400ECR | 32.808 | MFT 10/07/0553 | PTP CABLE 20AWG YELLOW/BLACK | 8.122006 | 266.47000 |
| 92-1 | M3232D92 | 719200416ECR | 32.808 | MFT 10/07/0553 | PTP CABLE 20AWG YELLOW / LIGHT BLUE | 8.122006 | 266.47000 |
| 94-1 | M3232365 | 719200700ECR | 65.617 | MFT 10/07/0553 | PTP CABLE 20 PURPPLE/BLACK | 8.122006 | 532.94000 |
| 04-1 | M3232347 | 719201209ECR | 98.425 | MFT 10/07/0553 | PTP CABLE 20AWG PINK/ WHITE | 8.122006 | 799.41000 |
| 09-1 | M3232329 | 719201609ECR | 30.512 | MFT 10/07/0553 | PTP CABLE 20AWG LIGHT BLUE/ WHITE | 8.122006 | 247.81710 |
| 11-1 | M3232D06 | 719202100ECR | 32.808 | MFT 10/07/0553 | PTP CABLE 20AWG BRICK BROWN/ BLACK | 8.122006 | 266.47000 |
| 13-1 | M3232304 | 7192021ECR | 196.850 | MFT 10/07/0553 | PTP CABLE 20AWG BRICK BROWN | 8.122006 | 1598.82000 |

Premio
Nacional
de Tecnología
2 0 0 2

DIEZ MIL TREINTA Y SEIS 83/100 USD
PAGO EN UNA SOLA EXHIBICION.

Recibo de Conformidad: / Conformity Received:

Observaciones: / Remarks:

| | |
|---|---|
| Importe Total / Amount: | 10,036.83 |
| % I.V.A. TAX: | 0.00 |
| TOTAL | 10,036.83 |

LA RECEPCION Y FIRMA DE LA SIGUIENTE FACTURA POR PARTE DEL COMPRADOR IMPLICA LA ACEPTACION DE ESTE ULTIMO DE TODO LOS TERMINOS Y CONDICIONES DE ESTE DOCUMENTO, INCLUIDAS LAS CONDICIONES ESCRITAS AL REVERSO. / THE SIGN AND RECEPTION OF THIS INVOICE BY THE BUYER, IMPLICATES HIS APPROVAL, INCLUDING ALL THE TERMS AND CONDITIONS OF THIS DOCUMENT AND THE BACK OF PAGE CONDITIONS.

Nombre y Firma

17 Oct 2005 18:02   HP LASERJET FAX   p.53