UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                  :
    In re                                 :    Chapter 11
                                                  :
DELPHI CORPORATION, et al.        :    Case No. 05-44481 (RDD)
                                                  :
                     Debtors.        :    (Jointly Administered)
                                                  :
-------------------------------------------------------------x

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned appears as counsel for Calsonic Kansei North America, Inc. and Calsonic Harrison Co., Ltd., parties-in-interest in this action. Request is hereby made that the following address be added to the mailing matrix for the above case and that all notices required to be mailed to a requesting party be sent as follows:

        Roger G. Jones
        Austin L. McMullen
        Boult, Cummings, Conners & Berry, PLC
        1600 Division Street, Suite 700
        P. O. Box 340025
        Nashville, Tennessee 37203
        Phone: (615) 252-2307
        Fax: (615) 252-6307
        E-mail: rjones@bccb.com, amcmullen@bccb.com

        Respectfully submitted,

        /s/ Austin L. McMullen_____
        Roger G. Jones (pro hac vice motion pending)
        Austin L. McMullen (admitted pro hac vice)
        BOULT, CUMMINGS, CONNERS & BERRY, PLC
        1600 Division Street, Suite 700
        P. O. Box 340025
        Nashville, Tennessee 37203
        Phone: (615) 252-2307
        Fax: (615) 252-6307
        email: amcmulle@bccb.com

*Attorneys for Calsonic Kansei North America, Inc.
and Calsonic Harrison Co., Ltd.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was forwarded electronically to all parties consenting to service through the Court's electronic filing systems and electronically or by U.S. Mail, postage prepaid, to:

| | |
|---|---|
| John Wm. Butler, Jr. | Alicia M. Leonhard |
| Skadden Arps Slate Meagher & Flom, LLP | Office of the U.S. Trustee |
| 333 West Wacker Drive | 33 Whitehall Street, Suite 2100 |
| Chicago, IL 60606-1285 | New York, NY 10004 |
| *Counsel for Debtors* | *U.S. Trustee* |

on this the 19[h] day of October, 2005.

        /s/ Austin L. McMullen_____
        Austin L. McMullen