UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
In re:                                          :
                                                :     Chapter 11
DELPHI CORPORATION, *et al.*,                   :     Case No. 05-44481 (RDD)
                                                :     (Jointly Administered)
            Debtors                             :
------------------------------------------------------x

## NOTICE OF RECLAMATION DEMAND OF FCI USA, INC. AND ITS AFFILIATES

**PLEASE TAKE NOTICE** that a written reclamation demand (the "FCI Demand") was served on October 14, 2005 by FCI Canada Inc., FCI Electronics Mexido, S. de R.L. de C.V., FCI USA, Inc., FCI Brasil, Ltda., FCI Automotive Deutschland GmbH, and FCI Italia S. p.A., through counsel, on the captioned Debtors and their counsel. A copy of the FCI Demand (with the exhibits thereto) is attached hereto as **Exhibit A** and incorporated herein by reference. **Exhibit B** hereto contains proof of service of the FCI Demand on October 14, 2005.

Dated: October 19, 2005

                                   Respectfully Submitted,

                                   PIERCE ATWOOD LLP

                                   /s/ Jacob A. Manheimer
                                   Jacob A. Manheimer, Esq. (JM 9540)
                                   Keith J. Cunningham, Esq.
                                   One Monument Square
                                   Portland, ME 04101
                                   (207) 791-1100 (Phone)
                                   (207) 791-1350 (Facsimile)
                                   jmanheimer@pierceatwood.com
                                   kcunningham@pierceatwood.com

{W0405736.1}

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing Notice of Reclamation Demand of FCI USA, Inc. and its Affiliates was filed electronically this 19th day of October, 2005. Notice of this filing will be sent by operation of the Court's electronic filing system.

                                                /s/ Jacob A. Manheimer
                                                Jacob A. Manheimer

{W0405736.1}

# EXHIBIT A



**PIERCE ATWOOD** LLP
*ATTORNEYS AT LAW*

Keith J. Cunningham

One Monument Square
Portland, ME 04101

207-791-1187 voice
207-791-1350 fax
kcunningham@pierceatwood.com

pierceatwood.com

*Admitted in:* MA ME NH

October 14, 2005

**Via FedEx and
Facsimile: (312) 407-8501'**

John William Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

Re:    Delphi Corporation (Notice of Reclamation)

Dear Mr. Butler:

This firm represents FCI Canada Inc., FCI Electronics Mexido, S. de R.L. de C.V., FCI USA, Inc., FCI Brasil, Ltda., FCI Automotive Deutschland GmbH, and FCI Italia S.p.A. (collectively, "FCI") in connection with Delphi Corporation's Chapter 11 filing and the Chapter 11 filings of Delphi Corporation's domestic affiliates (collectively, "Delphi"). Pursuant to Section 2-702 of the Uniform Commercial Code and 11 U.S.C. § 546(c), FCI hereby requests (a) return of all product shipped to Delphi identified in the invoices identified in Exhibit A hereto (the "Invoices"), or in the alternative, (b) treatment of all amounts owed to FCI pursuant to the Invoices as an administrative expense claim pursuant to 11 U.S.C. § 546(c)(2)(A).

Nothing contained in this Notice is a waiver of, or shall be construed or deemed as a waiver of, any rights FCI may have to assert that some or all of the amounts owed pursuant to the Invoices constitute post petition obligations of Delphi and are entitled to administrative expense treatment even without an order under 11 U.S.C. § 546(c)(2)(A).

John William Butler, Jr., Esq.
October 14, 2005
Page 2

Please do not hesitate to give me a call if you have any questions about this matter.

Very truly yours,

Keith J. Cunningham

Enclosures

cc:  B. Jill Steps, Esq.
     William Barclay

{W0403808.1}

# SUMMARY OF FCI RECLAMATION FOR DELPHI

|  | in US$ |  |
|---|---:|---|
| MARKHAM, CANADA | 15,048.00 | FCI Canada Inc. |
| JUAREZ, MX | 54,344.54 | FCI Electronics Mexido, S. de R.L. de C.V. |
| WESTLAND, MI | 71,576.22 | FCI USA, Inc. |
| BRASIL | 3,965.94 | FCI Brasil, Ltda. |
| NURNBERG, GERMANY | 87,258.85 | FCI Automotive Deutschland GmbH |
| TORINO-ITALY | 128.37 | FCI Italia S.p.A. |
| AUTOMOTIVE DIVISION | __232,321.92__ | |
| | | |
| CDC DIVISION | 5,043.00 | FCI USA, Inc. |
| | | |
| GLOBAL FCI | __232,321.92__ | |

DELPHI-BANKRUPTCY/RECLAMATION

## FROM MARKHAM PLANT- SHIPMENTS FOR SEPTEMBER 29TH TO OCTOBER 8TH

| PO # | FCI-Part # | Delphi Part # | Ship Location | Ship to | Customer | Ship Date | Ship Qty | Inv # | Price |
|---|---|---|---|---|---|---|---|---|---|
| 550063105 | B290900 | 490013211E | MARKHAM | DEL827702 DELPHI RIMIR | DEL827 DELPHI INTERIOR | 10-3-2005 | 16000 | 30615 | 1,584.00 |
| 550063105 | B290900 | 490013211E | MARKHAM | DEL827702 DELPHI RIMIR | DEL827 DELPHI INTERIOR | 10-7-2005 | 8000 | 30676 | 792.00 |
| 550063105 | B0300500 | 490022008E | MARKHAM | DEL827702 DELPHI RIMIR | DEL827 DELPHI INTERIOR | 10-8-2005 | 32000 | 30686 | 3,168.00 |
| 550063105 | B0300600 | 490023229USE | MARKHAM | DEL827702 DELPHI RIMIR | DEL827 DELPHI INTERIOR | 9-29-2005 | 16000 | 30553 | 1,584.00 |
| 550063105 | B0300600 | 490023229USE | MARKHAM | DEL827702 DELPHI RIMIR | DEL827 DELPHI INTERIOR | 10-5-2005 | 8000 | 30644 | 792.00 |
| 550063105 | B0300600 | 490023229USE | MARKHAM | DEL827702 DELPHI RIMIR | DEL827 DELPHI INTERIOR | 10-6-2005 | 32000 | 30652 | 3,168.00 |
| 550063105 | B0300600 | 490023229USE | MARKHAM | DEL827702 DELPHI RIMIR | DEL827 DELPHI INTERIOR | 10-7-2005 | 8000 | 30676 | 792.00 |
| 550063105 | B0300600 | 490023229USE | MARKHAM | DEL827702 DELPHI RIMIR | DEL827 DELPHI INTERIOR | 10-8-2005 | 32000 | 30686 | 3,168.00 |
| | | | | | | | TOTAL USD | | 15,048.00 |

DELPHI-BANKRUPTCY/RECLAMATION

## FROM JUAREZ PLANT- SHIPMENTS FOR SEPTEMBER 29TH TO OCTOBER 8TH

| PO# | FCI-Part # | Delphi Part # | Ship Location | Ship to | Customer | Ship Date | Ship Qty | Inv # | Price |
|---|---|---|---|---|---|---|---|---|---|
| 550073418 | 54210064 | 15487791 | Juarez, MX | DEL27801 | DEL278 | 10-7-2005 | 1890 | 45747 | 3,770.55 |
| P4860029 | 54201411 | 10763414 | Juarez, MX | DEL50238 | DEL502 | 10-3-2005 | 600 | 45515 | 369.60 |
| P4860029 | 41203998USA | 16898154 | Juarez, MX | DEL50239 | DEL502 | 9-29-2005 | 451 | 45410 | 275.11 |
| P4860029 | 41203998USA | 16898154 | Juarez, MX | DEL50239 | DEL502 | 10-1-2005 | 4000 | 45483 | 2,440.00 |
| P4860029 | 41203998USA | 16898154 | Juarez, MX | DEL50239 | DEL502 | 10-4-2005 | 3000 | 45563 | 1,830.00 |
| P4860029 | 54200600N | 15442479 | Juarez, MX | DEL50252 | DEL502 | 10-4-2005 | 500 | 45572 | 305.00 |
| P4860029 | 54200600N | 15442479 | Juarez, MX | DEL50252 | DEL502 | 10-6-2005 | 2000 | 45719 | 1,220.00 |
| P4860029 | 54200600N | 15442479 | Juarez, MX | DEL50252 | DEL502 | 9-29-2005 | 1100 | 45384 | 232.27 |
| P4860029 | 54200600N | 15442479 | Juarez, MX | DEL50252 | DEL502 | 9-30-2005 | 1100 | 45452 | 232.27 |
| P4860029 | 54200600N | 15442479 | Juarez, MX | DEL50252 | DEL502 | 10-3-2005 | 2200 | 45529 | 464.53 |
| P4860029 | 54200600N | 15442479 | Juarez, MX | DEL50252 | DEL502 | 10-5-2005 | 1100 | 45640 | 232.27 |
| P4860029 | 54200600N | 15442479 | Juarez, MX | DEL50252 | DEL502 | 10-6-2005 | 1100 | 45677 | 232.27 |
| P4860029 | 54210064 | 15487791 | Juarez, MX | DEL50253 | DEL502 | 10-4-2005 | 270 | 45600 | 538.65 |
| P4860029 | 54210064 | 15487791 | Juarez, MX | DEL50253 | DEL502 | 10-5-2005 | 990 | 45663 | 1,975.05 |
| P4860029 | 54210064 | 15487791 | Juarez, MX | DEL50263 | DEL502 | 10-5-2005 | 2340 | 45626 | 4,668.30 |
| P4860029 | 54210064 | 15487791 | Juarez, MX | DEL50263 | DEL502 | 10-6-2005 | 2160 | 45689 | 4,309.20 |
| P4860029 | 41203950USA-1 | 15466070 | Juarez, MX | DEL50281 | DEL502 | 10-7-2005 | 2160 | 45751 | 4,309.20 |
| P4860029 | 41203950USA-1 | 15466070 | Juarez, MX | DEL50281 | DEL502 | 9-29-2005 | 750 | 45391 | 1,125.00 |
| P4860029 | 41203950USA-1 | 15466070 | Juarez, MX | DEL50281 | DEL502 | 10-5-2005 | 3300 | 45412 | 4,950.00 |
| P4860029 | 41203950USA-1 | 15466070 | Juarez, MX | DEL50281 | DEL502 | 10-3-2005 | 600 | 45532 | 900.00 |
| P4860029 | 41203950USA-1 | 15466070 | Juarez, MX | DEL50281 | DEL502 | 10-4-2005 | 2000 | 45562 | 3,000.00 |
| P4860029 | 41203951USA-1 | 15466071 | Juarez, MX | DEL50281 | DEL502 | 10-4-2005 | 850 | 45591 | 1,275.00 |
| P4860029 | 41203951USA-1 | 15466071 | Juarez, MX | DEL50281 | DEL502 | 10-6-2005 | 1350 | 45694 | 2,025.00 |
| P4860029 | 41203951USA-1 | 15466071 | Juarez, MX | DEL50281 | DEL502 | 10-7-2005 | 700 | 45755 | 1,050.00 |
| P4860029 | 41203951USA-1 | 15466071 | Juarez, MX | DEL50281 | DEL502 | 9-29-2005 | 900 | 45391 | 1,080.00 |
| P4860029 | 41203951USA-1 | 15466071 | Juarez, MX | DEL50281 | DEL502 | 9-30-2005 | 900 | 45445 | 1,080.00 |
| P4860029 | 41203968USB-1 | 15485761 | Juarez, MX | DEL50281 | DEL502 | 10-3-2005 | 700 | 45532 | 840.00 |
| P4860029 | 41204148USA-1 | 13513328 | Juarez, MX | DEL50281 | DEL502 | 10-3-2005 | 2400 | 45532 | 1,728.00 |
| P4860029 | 54393022 | 15466083 | Juarez, MX | DEL50281 | DEL502 | 10-4-2005 | 1200 | 45507 | 1,068.00 |
| P4860029 | 54393022 | 15466083 | Juarez, MX | DEL50281 | DEL502 | 10-5-2005 | 1400 | 45478 | 874.72 |
| P4860029 | 54393022 | 15466083 | Juarez, MX | DEL50281 | DEL502 | 9-30-2005 | 560 | 45531 | 349.89 |
| P4860029 | 54393022 | 15466083 | Juarez, MX | DEL50281 | DEL502 | 10-3-2005 | 560 | 45581 | 349.89 |
| P4860029 | 54393022 | 15466083 | Juarez, MX | DEL50281 | DEL502 | 10-6-2005 | 560 | 45690 | 349.89 |
| P4860029 | 54210060 | 15489815 | Juarez, MX | DEL50281 | DEL502 | 10-7-2005 | 1120 | 45763 | 699.78 |
| P4860029 | 54210060 | 15489815 | Juarez, MX | DEL50281 | DEL502 | 10-4-2005 | 90 | 45577 | 179.55 |
| P4860029 | 54210060 | 15489815 | Juarez, MX | DEL50281 | DEL502 | 10-7-2005 | 90 | 45758 | 179.55 |
| P4860029 | 41203995USA-1 | 15461286 | Juarez, MX | DEL502PR | DEL502 | 9-29-2005 | 400 | 45422 | 356.00 |
| | | | | | | TOTAL | | USD | 54,344.54 |

DELPHI-BANKRUPTCY/RECLAMATION

**FROM WESTLAND PLANT - SHIPMENTS FOR SEPTEMBER 29TH TO OCTOBER 8TH**

| PO# | FCI-Part # | Delphi Part # | Ship Location | Ship to | Customer | Ship Date | Ship Qty | Inv # | Price |
|---|---|---|---|---|---|---|---|---|---|
| 550065807 | 15461239 | F58B-14461-AARWC | Westland | DEL32501 | DELPHI GUNGZHOU BR | 10-3-2005 | 25000 | 112968 | 437.50 |
| 550065807 | 15455996 | F58-14461-BARWC | Westland | DEL32501 | DELPHI GUNGZHOU BR | 10-3-2005 | 4000 | 112968 | 60.80 |
| 550065807 | 15455995 | F58-14461-CARWC | Westland | DEL32501 | DELPHI GUNGZHOU BR | 10-3-2005 | 10000 | 112968 | 152.00 |
| GL2372 | 15324787 | 4707256 | Westland | DEL36602 | DELPHI AUTO IZMIR | 10-4-2005 | 1200 | 113040 | 478.80 |
| GL2372 | 15461239 | F58B-14461-AARWC | Westland | DEL36701 | DELPHI AUTO TURKEY | 10-3-2005 | 5000 | 112966 | 87.50 |
| GL2372 | 15455996 | F58B-14461-BARWC | Westland | DEL36701 | DELPHI AUTO TURKEY | 10-3-2005 | 4000 | 112966 | 60.80 |
| GL2372 | 15455995 | F58VB-14474-AARWC | Westland | DEL36701 | DELPHI AUTO TURKEY | 10-3-2005 | 5000 | 112966 | 76.00 |
| GL2372 | 15461222 | F8VB-14474-AARWC | Westland | DEL36701 | DELPHI AUTO TURKEY | 10-4-2005 | 4000 | 113038 | 82.20 |
| GL2372 | 15383213 | XL2T-14A464-YC | Westland | DEL36701 | DELPHI AUTO TURKEY | 10-4-2005 | 3000 | 113038 | 1,187.70 |
| 5500039533 | 10810374 | XL3T-14474-AARWC | Westland | DEL46601 | DELPHI AUTO SYSTEMS | 10-5-2005 | 3000 | 113102 | 65.40 |
| P3900087 | 12084449 | | Westland | DEL50233 | DELPHI PACKARD ELEC | 10-7-2005 | 45000 | 113205 | 709.65 |
| P4860026 | 15324862 | 54200476 | Westland | DEL50233 | DELPHI PACKARD ELEC | 9-30-2005 | 1800 | 112906 | 812.70 |
| P4860026 | 15324862 | 54200476 | Westland | DEL50233 | DELPHI PACKARD ELEC | 10-4-2005 | 900 | 113047 | 406.35 |
| P4860026 | 10762803 | JS-1411-29 | Westland | DEL50233 | DELPHI PACKARD ELEC | 10-4-2005 | 4000 | 113047 | 74.20 |
| P4860026 | 10757690 | JS-18111-29 | Westland | DEL50238 | DELPHI PACKARD ELEC | 10-6-2005 | 20000 | 113149 | 371.00 |
| P4860026 | 10757672 | 4687912 | Westland | DEL50238 | DELPHI PACKARD PLANT 38 | 10-6-2005 | 1500 | 113146 | 425.25 |
| P4860026 | 15380781 | 54200207 | Westland | DEL50238 | DELPHI PACKARD PLANT 38 | 10-4-2005 | 1500 | 113061 | 425.25 |
| P4860026 | 15418893 | JS-1811-29RWC | Westland | DEL50238 | DELPHI PACKARD ELEC | 10-5-2005 | 35000 | 113105 | 719.25 |
| P3900087 | 15422510 | JTP-1811-66AU | Westland | DEL50238 | DELPHI PACKARD PLANT 38 | 10-4-2005 | 5000 | 113081 | 360.00 |
| P3900087 | 12092087 | | Westland | DEL50239 | DELPHI PACKARD | 9-29-2005 | 100000 | 112855 | 1,311.00 |
| P3900087 | 12092087 | | Westland | DEL50239 | DELPHI PACKARD | 9-30-2005 | 150000 | 112903 | 1,966.50 |
| P3900087 | 12092087 | | Westland | DEL50239 | DELPHI PACKARD | 10-4-2005 | 150000 | 113028 | 1,966.50 |
| P3900087 | 12092087 | | Westland | DEL50239 | DELPHI PACKARD | 10-5-2005 | 100000 | 113094 | 1,311.00 |
| P3900087 | 12092087 | | Westland | DEL50239 | DELPHI PACKARD | 10-6-2005 | 125000 | 113136 | 1,638.75 |
| P3900087 | 12092087 | | Westland | DEL50239 | DELPHI PACKARD | 10-7-2005 | 100000 | 113191 | 1,311.00 |
| P3900087 | 12092089 | | Westland | DEL50239 | DELPHI PACKARD | 9-30-2005 | 12000 | 112918 | 526.68 |
| P3900087 | 12092089 | | Westland | DEL50239 | DELPHI PACKARD | 10-4-2005 | 12000 | 113048 | 526.68 |
| P3900087 | 12092089 | | Westland | DEL50239 | DELPHI PACKARD | 10-7-2005 | 6000 | 113204 | 263.34 |
| P4860026 | 15324862 | 54200476 | Westland | DEL50250 | DELPHI PACKARD | 9-29-2005 | 1800 | 112861 | 812.70 |
| P4860026 | 15324862 | 54200476 | Westland | DEL50250 | DELPHI PACKARD | 9-30-2005 | 2700 | 112907 | 1,219.05 |
| P4860026 | 15324862 | 54200476 | Westland | DEL50250 | DELPHI PACKARD | 10-4-2005 | 4500 | 113049 | 2,031.75 |
| P4860026 | 15418893 | JS-1811-29RWC | Westland | DEL50250 | DELPHI PACKARD | 10-7-2005 | 4500 | 113211 | 2,031.75 |
| P4860026 | 15324787 | 54200476 | Westland | DEL50250 | DELPHI PACKARD | 10-4-2005 | 35000 | 113049 | 719.25 |
| P4860026 | 15324862 | 54200476 | Westland | DEL50251 | DELPHI PACKARD | 10-4-2005 | 1800 | 113052 | 812.70 |
| P4860026 | 74707256 | 74707256 | Westland | DEL50252 | DELPHI PACKARD | 9-29-2005 | 1200 | 112862 | 478.80 |
| P4860026 | 15324787 | | Westland | DEL50252 | DELPHI PACKARD | 9-30-2005 | 1200 | 112908 | 478.80 |
| P4860026 | 15324787 | 74707256 | Westland | DEL50252 | DELPHI PACKARD | 10-4-2005 | 1200 | 113044 | 478.80 |
| P4860026 | 15324787 | 74707256 | Westland | DEL50252 | DELPHI PACKARD | 10-6-2005 | 2400 | 113145 | 957.60 |
| P4860026 | 15324862 | 54200476 | Westland | DEL50252 | DELPHI PACKARD | 9-30-2005 | 900 | 112908 | 406.35 |
| P4860026 | 15324862 | 54200476 | Westland | DEL50252 | DELPHI PACKARD | 10-4-2005 | 1800 | 113044 | 812.70 |
| P4860026 | 15324862 | 54200476 | Westland | DEL50252 | DELPHI PACKARD | 10-6-2005 | 1800 | 113145 | 812.70 |
| P4860026 | 15418891 | JS-1411-29-RWC | Westland | DEL50252 | DELPHI PACKARD | 10-7-2005 | 28000 | 113213 | 575.40 |
| P4860026 | 15418893 | JS-1811-29-RWC | Westland | DEL50252 | DELPHI PACKARD | 10-4-2005 | 35000 | 113044 | 719.25 |
| P4860026 | 15483794 | 54210045 | Westland | DEL50253 | DELPHI EMPALME | 9-29-2005 | 800 | 112863 | 272.00 |
| P4860026 | 15483794 | 54210045 | Westland | DEL50253 | DELPHI EMPALME | 9-30-2005 | 800 | 112909 | 272.00 |
| P4860026 | 15483794 | 54210045 | Westland | DEL50253 | DELPHI EMPALME | 10-4-2005 | 1600 | 113050 | 544.00 |

**FROM WESTLAND PLANT - SHIPMENTS FOR SEPTEMBER 29TH TO OCTOBER 8TH**

| PO# | FCI-Part # | Delphi Part # | Ship Location | Ship to | Customer | Ship Date | Ship Qty | Inv # | Price |
|---|---|---|---|---|---|---|---|---|---|
| P4860026 | 15483794 | 54210045 | Westland | DEL50253 DELPHI EMPALME | DEL502 DELPHI PACKARD ELEC | 10-5-2005 | 3600 | 113104 | 1,224.00 |
| P3900087 | 12084449 | 12084449 | Westland | DEL50259 DELPHI PACKARD ELEC | DEL502 DELPHI PACKARD ELEC | 9-30-2005 | 45000 | 112919 | 709.65 |
| P3900087 | 12084449 | 12084449 | Westland | DEL50259 DELPHI PACKARD ELEC | DEL502 DELPHI PACKARD ELEC | 10-4-2005 | 45000 | 113051 | 709.65 |
| P3900087 | 12084449 | 12084449 | Westland | DEL50259 DELPHI PACKARD ELEC | DEL502 DELPHI PACKARD ELEC | 10-6-2005 | 45000 | 113147 | 709.65 |
| P3900087 | 12084449 | 54200308 | Westland | DEL50259 DELPHI PACKARD ELEC | DEL502 DELPHI PACKARD ELEC | 10-7-2005 | 45000 | 113218 | 709.65 |
| P4860026 | 10757671 | | Westland | DEL50259 DELPHI PACKARD ELEC | DEL502 DELPHI PACKARD ELEC | 10-7-2005 | 1500 | 113217 | 567.00 |
| P3900087 | 12084385 | 12084385 | Westland | DEL50263 DELPHI ELECTRIC PLANT 63 | DEL502 DELPHI PACKARD ELEC | 9-30-2005 | 10500 | 112920 | 187.53 |
| P3900087 | 12084385 | 12084385 | Westland | DEL50263 DELPHI PLANT 63 | DEL502 DELPHI PACKARD ELEC | 10-4-2005 | 17500 | 113046 | 312.55 |
| P3900087 | 12084385 | 12084385 | Westland | DEL50263 DELPHI PLANT 63 | DEL502 DELPHI PACKARD ELEC | 10-7-2005 | 7000 | 113207 | 125.02 |
| P3900087 | 12084388 | 12084388 | Westland | DEL50263 DELPHI PLANT 63 | DEL502 DELPHI PACKARD ELEC | 9-29-2005 | 4000 | 112867 | 210.00 |
| P3900087 | 12084388 | 12084388 | Westland | DEL50263 DELPHI PLANT 63 | DEL502 DELPHI PACKARD ELEC | 10-4-2005 | 4000 | 113046 | 210.00 |
| P3900087 | 12084388 | 12084388 | Westland | DEL50263 DELPHI PLANT 63 | DEL502 DELPHI PACKARD ELEC | 10-5-2005 | 4000 | 113107 | 210.00 |
| P4860026 | 15483794 | 54210045 | Westland | DEL50263 DELPHI PLANT 63 | DEL502 DELPHI PACKARD ELEC | 9-29-2005 | 800 | 112865 | 272.00 |
| P4860026 | 15483794 | 54210045 | Westland | DEL50263 DELPHI PLANT 63 | DEL502 DELPHI PACKARD ELEC | 9-30-2005 | 800 | 112910 | 272.00 |
| P4860026 | 15483794 | | Westland | DEL50263 DELPHI PLANT 63 | DEL502 DELPHI PACKARD ELEC | 10-4-2005 | 1200 | 113045 | 408.00 |
| P4860026 | 15483794 | 54210045 | Westland | DEL50263 DELPHI PLANT 63 | DEL502 DELPHI PACKARD ELEC | 10-5-2005 | 1200 | 113106 | 408.00 |
| P4860026 | 15483794 | 54210045 | Westland | DEL50263 DELPHI PLANT 63 | DEL502 DELPHI PACKARD ELEC | 10-7-2005 | 1200 | 113214 | 408.00 |
| P4860026 | 15451399 | 1W7T-14A464-MA | Westland | DEL50281 DELPHI PLT 81 LAREDO 1 | DEL502 DELPHI PACKARD ELEC | 9-29-2005 | 1000 | 112866 | 215.30 |
| P4860026 | 15451399 | 1W7T-14A464-MA | Westland | DEL50281 DELPHI PLT 81 LAREDO 1 | DEL502 DELPHI PACKARD ELEC | 9-30-2005 | 4000 | 112921 | 861.20 |
| P4860026 | 15451399 | 1W7T-14A464-MA | Westland | DEL50281 DELPHI PLT 81 LAREDO 1 | DEL502 DELPHI PACKARD ELEC | 10-4-2005 | 1000 | 113036 | 215.30 |
| P4860026 | 15451399 | 1W7T-14A464-MA | Westland | DEL50281 DELPHI PLT 81 LAREDO 1 | DEL502 DELPHI PACKARD ELEC | 10-5-2005 | 2000 | 113109 | 430.60 |
| P4860026 | 15451399 | 1W7T-14A464-MA | Westland | DEL50281 DELPHI PLT 81 LAREDO 1 | DEL502 DELPHI PACKARD ELEC | 10-6-2005 | 3000 | 113143 | 645.90 |
| P4860026 | 15324862 | | Westland | DEL50281 DELPHI PLT 81 LAREDO 1 | DEL502 DELPHI PACKARD ELEC | 9-29-2005 | 1800 | 112866 | 812.70 |
| P4860026 | 15324862 | 54200476 | Westland | DEL50281 DELPHI PLT 81 LAREDO 1 | DEL502 DELPHI PACKARD ELEC | 9-30-2005 | 1800 | 112921 | 812.70 |
| P4860026 | 15324862 | 54200476 | Westland | DEL50281 DELPHI PLT 81 LAREDO 1 | DEL502 DELPHI PACKARD ELEC | 10-4-2005 | 3600 | 113036 | 1,625.40 |
| P4860026 | 15324862 | 54200476 | Westland | DEL50281 DELPHI PLT 81 LAREDO 1 | DEL502 DELPHI PACKARD ELEC | 10-5-2005 | 2700 | 113109 | 1,219.05 |
| P4860026 | 15324862 | 54200476 | Westland | DEL50281 DELPHI PLT 81 LAREDO 1 | DEL502 DELPHI PACKARD ELEC | 10-7-2005 | 2700 | 113210 | 1,219.05 |
| P4860026 | 15418891 | JS-1411-29RWC | Westland | DEL50281 DELPHI PLT 81 LAREDO 1 | DEL502 DELPHI PACKARD ELEC | 9-30-2005 | 28000 | 112921 | 575.40 |
| P4860026 | 15418891 | JS-1411-29RWC | Westland | DEL50281 DELPHI PLT 81 LAREDO 1 | DEL502 DELPHI PACKARD ELEC | 10-7-2005 | 28000 | 113210 | 575.40 |
| P4860026 | 15418893 | JS-1811-29RWC | Westland | DEL50281 DELPHI PLT 81 LAREDO 1 | DEL502 DELPHI PACKARD ELEC | 10-4-2005 | 35000 | 113036 | 719.25 |
| P4860026 | 15383213 | XF2T-14A464-YC | Westland | DEL50281 DELPHI PLT 81 LAREDO 1 | DEL502 DELPHI PACKARD ELEC | 9-30-2005 | 1500 | 112921 | 593.85 |
| P4860026 | 15452078 | 40010781 | Westland | DEL50282 DELPHI PLT 82 | DEL502 DELPHI PACKARD ELEC | 10-4-2005 | 20000 | 113043 | 660.20 |
| P4860026 | 15452078 | 40010781 | Westland | DEL50282 DELPHI PLT 82 | DEL502 DELPHI PACKARD ELEC | 10-6-2005 | 16000 | 113148 | 528.16 |
| P4860026 | 15455996 | F58B-14461-BARWC | Westland | DEL50282 DELPHI PLT 82 | DEL502 DELPHI PACKARD ELEC | 10-7-2005 | 8000 | 113194 | 121.60 |
| P4860026 | 15418891 | JS-1411-29-RWC | Westland | DEL50282 DELPHI PLT 82 | DEL502 DELPHI PACKARD ELEC | 9-30-2005 | 28000 | 112922 | 575.40 |
| P4860026 | 15418891 | JS-1411-29-RWC | Westland | DEL50282 DELPHI PLT 82 | DEL502 DELPHI PACKARD ELEC | 10-7-2005 | 28000 | 113209 | 575.40 |
| P4860026 | 15452079 | XL14-14489-AB | Westland | DEL50282 DELPHI PLT 82 | DEL502 DELPHI PACKARD ELEC | 9-29-2005 | 1500 | 112864 | 225.00 |
| P4860026 | 15452079 | XL14-14489-AB | Westland | DEL50282 DELPHI PLT 82 | DEL502 DELPHI PACKARD ELEC | 10-4-2005 | 3000 | 113043 | 450.00 |
| P4860026 | 15452079 | XL14-14489-AB | Westland | DEL50282 DELPHI PLT 82 | DEL502 DELPHI PACKARD ELEC | 10-7-2005 | 1500 | 113209 | 225.00 |
| P3900087 | 12084388 | 12084388 | Westland | DEL50286 DELPHI PLT 86 | DEL502 DELPHI PACKARD ELEC | 10-4-2005 | 8000 | 113054 | 420.00 |
| P3900087 | 12084388 | 12084388 | Westland | DEL50286 DELPHI PLT 86 | DEL502 DELPHI PACKARD ELEC | 10-6-2005 | 4000 | 113144 | 210.00 |
| P3900087 | 12084388 | 12084388 | Westland | DEL50286 DELPHI PLT 86 | DEL502 DELPHI PACKARD ELEC | 10-7-2005 | 8000 | 113203 | 420.00 |
| P3900087 | 12084385 | 12084385 | Westland | DEL50296 DELPHI PLT 96 | DEL502 DELPHI PACKARD ELEC | 10-4-2005 | 10500 | 113041 | 187.53 |
| P3900087 | 12084388 | 12084388 | Westland | DEL50296 DELPHI PLT 96 | DEL502 DELPHI PACKARD ELEC | 9-30-2005 | 4000 | 112905 | 210.00 |
| P4860026 | 15418891 | JS-1411-29RWC | Westland | DEL50296 DELPHI PLT 96 | DEL502 DELPHI PACKARD ELEC | 10-7-2005 | 4000 | 113216 | 82.20 |
| P4860026 | 15383213 | XF2T-14A464-YC | Westland | DEL50296 DELPHI PLT 96 | DEL502 DELPHI PACKARD ELEC | 10-4-2005 | 1500 | 113053 | 593.85 |
| P4860026 | 15383213 | XF2T-14A464-YC | Westland | DEL50296 DELPHI PLT 96 | DEL502 DELPHI PACKARD ELEC | 10-7-2005 | 1500 | 113216 | 593.85 |
| DPJ1481U | 153568342MAT | | Westland | PAC05805 DELPHI AUTO SYSTEMS | PAC058 DELPHI AUTO SYSTEMS | 9-30-2005 | 60000 | 113037 | 2,928.00 |
| DPJ1481U | 153568342MAT | | Westland | PAC05805 DELPHI AUTO SYSTEMS | PAC058 DELPHI AUTO SYSTEMS | 10-7-2005 | 108000 | 113202 | 5,270.40 |
| 5550036168 | 10757692 | LTP-1411-29 | Westland | PAC20601 DELPHI BOCHUM | PAC206 DELPHI DEUTSCHLAND GMBH | 10-4-2005 | 3500 | 113039 | 64.05 |

## FROM WESTLAND PLANT- SHIPMENTS FOR SEPTEMBER 29TH TO OCTOBER 8TH

| PO# | Fci-Part # | Delphi Part # | Ship Location | Ship to | Customer | Ship Date | Ship Qty | Inv # | Price |
|---|---|---|---|---|---|---|---|---|---|
| 5550036168 | 10757692 | LTP-1411-29 | Westland | PAC20601 DELPHI BOCHUM | PAC206 DELPHI DEUTSCHLAND GMBH | 10-5-2005 | 3500 | 113101 | 64.05 |
| 5550036168 | 10757692 | LTP-1411-29 | Westland | PAC20601 DELPHI BOCHUM | PAC206 DELPHI DEUTSCHLAND GMBH | 10-7-2005 | 7000 | 113201 | 128.10 |
| P3900150 | 12092089 | 12092089 | Westland | PAC89219 DELPHI P-BEC MFG | PAC892 DELPHI ELECT | 10-4-2005 | 6000 | 113055 | 263.34 |
| P3900150 | 12162525 | 12162525 | Westland | PAC89219 DELPHI P-BEC MFG | PAC892 DELPHI ELECT | 9-30-2005 | 38400 | 112923 | 1,393.92 |
| P3900150 | 12162525 | 12162525 | Westland | PAC89219 DELPHI P-BEC MFG | PAC892 DELPHI ELECT | 10-4-2005 | 38400 | 113055 | 1,393.92 |
| P3900150 | 12162525 | 12162525 | Westland | PAC89219 DELPHI P-BEC MFG | PAC892 DELPHI ELECT | 10-5-2005 | 38400 | 113108 | 1,393.92 |
| P3900150 | 12162525 | 12162525 | Westland | PAC89219 DELPHI P-BEC MFG | PAC892 DELPHI ELECT | 10-7-2005 | 38400 | 113199 | 1,393.92 |
| P3900150 | MHC01055 | MHC-01055 | Westland | PAC89219 DELPHI P-BEC MFG | PAC892 DELPHI ELECT | 9-30-2005 | 24 | 112923 | 88.80 |
| P3900150 | MHC01055 | MHC-01055 | Westland | PAC89219 DELPHI P-BEC MFG | PAC892 DELPHI ELECT | 10-4-2005 | 24 | 113055 | 88.80 |
| P3900150 | MHC01055 | MHC-01055 | Westland | PAC89219 DELPHI P-BEC MFG | PAC892 DELPHI ELECT | 10-5-2005 | 24 | 113108 | 88.80 |
| P3900150 | MHC01055 | MHC-01055 | Westland | PAC89219 DELPHI P-BEC MFG | PAC892 DELPHI ELECT | 10-7-2005 | 24 | 113199 | 88.80 |
| P3900150 | MHC01102 | MHC-01102 | Westland | PAC89219 DELPHI P-BEC MFG | PAC892 DELPHI ELECT | 9-30-2005 | 1 | 112923 | 58.00 |
| P3900150 | MHC01102 | MHC-01102 | Westland | PAC89219 DELPHI P-BEC MFG | PAC892 DELPHI ELECT | 10-4-2005 | 1 | 113055 | 58.00 |
| P3900150 | MHC01102 | MHC-01102 | Westland | PAC89219 DELPHI P-BEC MFG | PAC892 DELPHI ELECT | 10-5-2005 | 1 | 113108 | 58.00 |
| P3900150 | MHC01102 | MHC-01102 | Westland | PAC89219 DELPHI P-BEC MFG | PAC892 DELPHI ELECT | 10-7-2005 | 1 | 113199 | 58.00 |
| P3900150 | MHC01176 | MHC-01176 | Westland | PAC89219 DELPHI P-BEC MFG | PAC892 DELPHI ELECT | 9-30-2005 | 1 | 112923 | 10.00 |
| P3900150 | MHC01176 | MHC-01176 | Westland | PAC89219 DELPHI P-BEC MFG | PAC892 DELPHI ELECT | 10-4-2005 | 1 | 113055 | 10.00 |
| P3900150 | MHC01176 | MHC-01176 | Westland | PAC89219 DELPHI P-BEC MFG | PAC892 DELPHI ELECT | 10-5-2005 | 1 | 113108 | 10.00 |
| P3900150 | MHC01176 | MHC-01176 | Westland | PAC89219 DELPHI P-BEC MFG | PAC892 DELPHI ELECT | 10-7-2005 | 1 | 113199 | 10.00 |
| 9571-043143 | HP-1811-29 | 353725284 | Westland | EAT93011 | EAT493 | 10-4-05 | 5000 | 113057 | 91.50 |
| P3900087 | 12084384 | 12084384 | Westland | DEL150296 | DEL502 | 10-7-2005 | 3500 | 113206 | 62.51 |
| | | | | | | TOTAL | | USD | 71,576.22 |

**DELPHI-BANKRUPTCY/RECLAMATION**

**FROM FCI BRASIL PLANT- SHIPMENTS FOR SEPTEMBER 29TH TO OCTOBER 8TH**

| PO # | FCI-Part # | Delphi Part # | Ship Location | Ship to | Customer | Ship Date | Ship Qty | Inv # | Price |
|---|---|---|---|---|---|---|---|---|---|
| P4860022 | 2570747000 | 10756674 | Sao Paulo-BR | Laredo/TX | Plant 8296 | 09-29-2005 | 14000 | 611/05 | 2,244.62 |
| P4860022 | 2570892000 | 10756673 | Sao Paulo-BR | Laredo/TX | Plant 8296 | 09-29-2005 | 4000 | 611/05 | 720.00 |
| P4860022 | 2570747000 | 10756674 | Sao Paulo-BR | Laredo/TX | Plant 8296 | 09-29-2005 | 4000 | 612/05 | 641.32 |
| P4860022 | 2570892000 | 10756673 | Sao Paulo-BR | Laredo/TX | Plant 8296 | 09-29-2005 | 2000 | 612/05 | 360.00 |
| | | | | | | TOTAL - US$ | | | 3,965.94 |

EXCAHNGE RATE ON DATE OF SHIPMENT

DELPHI-BANKRUPTCY/RECLAMATION

FROM FCI NURNBERG GERMANY PLANT - SHIPMENTS FOR SEPTEMBER 29TH TO OCTOBER 8TH

| Invoice | Inv Date | Ship Date | Bill-To | Customer | CusNam | Ship-To | List | Item Number | Customer Item | Qty Invoiced | Price | Cur | Exch Rate | Exch Rate 2 | total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 549817 | 10/6/2005 | 10/5/2005 | 10025900 | 10025900 | Delphi Laredo | 10025903 | GADELPHI | 6 099 39 06 | 15441383 | 200,000.00 | 0.00902 | EUR | 1.00 | 1.00 | 1,804.00 |
| 549814 | 10/6/2005 | 10/5/2005 | 10025900 | 10025900 | Delphi Laredo | 10025903 | GADELPHI | 6 004 04 52 | 15491921 | 7,500.00 | 0.04970 | EUR | 1.00 | 1.00 | 372.75 |
| 549741 | 10/6/2005 | 10/6/2005 | 10025900 | 10025900 | Delphi Laredo | 10025903 | GADELPHI | 6 042 13 01 | 10778721 | 2,000.00 | 0.25529 | EUR | 1.00 | 1.00 | 510.58 |
| 549741 | 10/6/2005 | 10/6/2005 | 10025900 | 10025900 | Delphi Laredo | 10025903 | GADELPHI | 6 001 40 32 | 15491920 | 18,000.00 | 0.03457 | EUR | 1.00 | 1.00 | 622.26 |
| 549741 | 10/6/2005 | 10/6/2005 | 10025900 | 10025900 | Delphi Laredo | 10025903 | GADELPHI | 6 052 00 11 | 15405777 | 4,500.00 | 0.27748 | EUR | 1.00 | 1.00 | 1,248.66 |
| 549741 | 10/6/2005 | 10/6/2005 | 10025900 | 10025900 | Delphi Laredo | 10025903 | GADELPHI | 6 020 26 01 | 10756523 | 1,500.00 | 0.12030 | EUR | 1.00 | 1.00 | 180.45 |
| 549741 | 10/6/2005 | 10/6/2005 | 10025900 | 10025900 | Delphi Laredo | 10025903 | GADELPHI | 6 021 19 01 | 15444629 | 1,800.00 | 0.17982 | EUR | 1.00 | 1.00 | 323.68 |
| 549741 | 10/6/2005 | 10/6/2005 | 10025900 | 10025900 | Delphi Laredo | 10025903 | GADELPHI | 6 040 37 01 | 10756522 | 7,500.00 | 0.13454 | EUR | 1.00 | 1.00 | 1,009.05 |
| 549741 | 10/6/2005 | 10/6/2005 | 10025900 | 10025900 | Delphi Laredo | 10025903 | GADELPHI | 6 023 11 11 | 15422577 | 5,200.00 | 0.17200 | EUR | 1.00 | 1.00 | 894.40 |
| 549964 | 10/7/2005 | 10/7/2005 | 10025900 | 10025900 | Delphi Laredo | 10025903 | GADELPHI | 6 004 04 52 | 15491921 | 2,500.00 | 0.04970 | EUR | 1.00 | 1.00 | 124.25 |
| | | | | | | | | | | | | | | 10025900 Ergebnis | 7,090.08 |
| 549667 | 10/5/2005 | 10/5/2005 | 10032200 | 10032200 | Delphi El Paso | 10032202 | GADELPHI | 6 422 16 30 B | 13517820 | 1,230.00 | 1.06300 | EUR | 1.00 | 1.00 | 1,307.49 |
| 549614 | 10/5/2005 | 10/5/2005 | 10032200 | 10032200 | Delphi El Paso | 10032202 | GADELPHI | 6 422 16 20 B | 13517819 | 2,000.00 | 1.06100 | EUR | 1.00 | 1.00 | 2,122.00 |
| 549818 | 10/6/2005 | 10/5/2005 | 10032200 | 10032200 | Delphi El Paso | 10032202 | GADELPHI | 6 099 39 06 | 15441383 | 100,000.00 | 0.00902 | EUR | 1.00 | 1.00 | 902.00 |
| 549699 | 10/6/2005 | 10/6/2005 | 10032200 | 10032200 | Delphi El Paso | 10032202 | GADELPHI | 6 001 28 31 | 10751585 | 54,000.00 | 0.01215 | EUR | 1.00 | 1.00 | 656.10 |
| 549698 | 10/6/2005 | 10/6/2005 | 10032200 | 10032200 | Delphi El Paso | 10032202 | GADELPHI | 6 421 64 50 | 15499900 | 3,000.00 | 0.81700 | EUR | 1.00 | 1.00 | 2,451.00 |
| 549698 | 10/6/2005 | 10/6/2005 | 10032200 | 10032200 | Delphi El Paso | 10032202 | GADELPHI | 6 421 99 73 | 13513966 | 2,800.00 | 0.80300 | EUR | 1.00 | 1.00 | 2,248.40 |
| 549698 | 10/6/2005 | 10/6/2005 | 10032200 | 10032200 | Delphi El Paso | 10032202 | GADELPHI | 6 421 99 63 | 13513965 | 1,750.00 | 0.79600 | EUR | 1.00 | 1.00 | 1,393.00 |
| 549698 | 10/6/2005 | 10/6/2005 | 10032200 | 10032200 | Delphi El Paso | 10032202 | GADELPHI | 6 421 99 33 B | 13513153 | 600.00 | 0.88100 | EUR | 1.00 | 1.00 | 528.60 |
| 549698 | 10/6/2005 | 10/6/2005 | 10032200 | 10032200 | Delphi El Paso | 10032202 | GADELPHI | 6 422 17 30 | 13511325 | 7,265.00 | 0.67200 | EUR | 1.00 | 1.00 | 4,882.08 |
| 549698 | 10/6/2005 | 10/6/2005 | 10032200 | 10032200 | Delphi El Paso | 10032202 | GADELPHI | 6 422 17 20 | 13511324 | 6,000.00 | 0.69500 | EUR | 1.00 | 1.00 | 4,170.00 |
| 549698 | 10/6/2005 | 10/6/2005 | 10032200 | 10032200 | Delphi El Paso | 10032202 | GADELPHI | 6 422 17 10 | 13511323 | 3,000.00 | 0.69500 | EUR | 1.00 | 1.00 | 2,085.00 |
| 549698 | 10/6/2005 | 10/6/2005 | 10032200 | 10032200 | Delphi El Paso | 10032202 | GADELPHI | 6 422 17 00 | 13511322 | 2,000.00 | 0.67200 | EUR | 1.00 | 1.00 | 1,344.00 |
| 549691 | 10/6/2005 | 10/6/2005 | 10032200 | 10032200 | Delphi El Paso | 10032202 | GADELPHI | 6 421 99 13 B | 13513151 | 9,000.00 | 1.06600 | EUR | 1.00 | 1.00 | 9,594.00 |
| 549691 | 10/6/2005 | 10/6/2005 | 10032200 | 10032200 | Delphi El Paso | 10032202 | GADELPHI | 6 422 16 40 | 13513963 | 6,000.00 | 1.06500 | EUR | 1.00 | 1.00 | 6,390.00 |
| 549982 | 10/7/2005 | 10/7/2005 | 10032200 | 10032200 | Delphi El Paso | 10032202 | GADELPHI | 6 422 16 50 | 13513964 | 4,235.00 | 1.06500 | EUR | 1.00 | 1.00 | 4,510.28 |
| 549915 | 10/7/2005 | 10/7/2005 | 10032200 | 10032200 | Delphi El Paso | 10032202 | GADELPHI | 6 421 99 03 B | 13513150 | 6,140.00 | 1.06600 | EUR | 1.00 | 1.00 | 6,545.24 |
| 549911 | 10/7/2005 | 10/7/2005 | 10032200 | 10032200 | Delphi El Paso | 10032202 | GADELPHI | 6 099 39 06 | 15441383 | 100,000.00 | 0.00902 | EUR | 1.00 | 1.00 | 902.00 |
| | | | | | | | | | | | | | | 10032200 Ergebnis | 52,031.19 |
| 549129 | 9/30/2005 | 9/30/2005 | 10101800 | 10101800 | Delphi Kokomo | 10101807 | GADELPHI | 6 380 00 00 | 16265596 | 640.00 | 10.03000 | EUR | 1.00 | 1.00 | 6,419.20 |
| 549597 | 10/5/2005 | 10/5/2005 | 10101800 | 10101800 | Delphi Kokomo | 10101807 | GADELPHI | 6 380 00 00 | 16265596 | 640.00 | 10.04000 | EUR | 1.00 | 1.00 | 6,425.60 |
| | | | | | | | | | 10101800 Ergebnis | | | | | | 12,844.80 |
| | | | | | | | | | Gesamtergebnis | | | | | EURO | 71,966.06 |
| | | | | | | | | | | | | | WSJ Exc Rate Friday 10-7 | | 1.2125 |
| | | | | | | | | | | | | | | USD $ | 87,258.85 |

DELPHI-BANKRUPTCY/RECLAMATION

FROM FCI TORINO ITALY PLANT- SHIPMENTS FOR SEPTEMBER 29TH TO OCTOBER 8TH

| Invoice | Inv Date | Ship Date | Bill-To | Customer | CusNam | Ship-To | List | Item Number | Customer Item | Qty Invoiced | Price | Cur | Exch Rate | Exch Rate 2 | total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 513002 | 10/7/2005 | 10/7/2005 | 564000 | 564000 | Delphi Flint | 564001 | GADELPHI | VT92PH16BK*T | 15497663 | 1,000.00 | 0.10587 | EUR | 1 | | 105.87 |
| | | | | | | | | | | | | | | EURO | 105.87 |

WSJ
Exc Rate  1.2125
Friday 10-7.  USD $ 128.37

**DELPHI-BANKRUPTCY/RECLAMATION**

**FROM CDC DIVISION- SHIPMENTS FOR SEPTEMBER 29TH TO OCTOBER 8TH**

| NAME | RECI PART NUMBER | GPO | CPN | CUST NUMBER | SHIP SITE DESC | ACT SHIP DT | INV DT | QTY | INV NUM | | $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DELPHI E&S DELTRONICS DA26 | BTFW30P-3SBTAE1 | 550077626 | 28037968 | 12378003 | IMPORT | 4-Oct-05 | 4-Oct-05 | 700 | 00637385 | $ | 337 |
| DELPHI D DELNOSA PLANT 5-6 | HFW15S-2STE1 | 550060244 | 9400968 | 12378002 | CUSTOMER RESERVE | 3-Oct-05 | 3-Oct-05 | 1000 | 00637053 | $ | 210 |
| DELPHI D DELNOSA PLANT 5-6 | HFW15S-2STE1 | 550060244 | 9400968 | 12378002 | CUSTOMER RESERVE | 6-Oct-05 | 6-Oct-05 | 1000 | 00637694 | $ | 210 |
| DELPHI D DELNOSA PLANT 5-6 | HFW15S-2STE1 | 550060244 | 9400968 | 12378002 | CUSTOMER RESERVE | 28-Sep-05 | 28-Sep-05 | 1000 | 00636008 | $ | 210 |
| DELPHI D DELNOSA PLANT 5-6 | HFW15S-2STE1 | 550060244 | 9400968 | 12378002 | CUSTOMER RESERVE | 29-Sep-05 | 29-Sep-05 | 1000 | 00636332 | $ | 210 |
| DELPHI D DELNOSA PLANT 5-6 | HFW15S-2STE1 | 550060244 | 9400968 | 12378002 | CUSTOMER RESERVE | 30-Sep-05 | 30-Sep-05 | 1000 | 00636645 | $ | 210 |
| DELPHI D DELNOSA PLANT 5-6 | SFW10R-2STE1 | 550076912 | 28014139 | 12378002 | IMPORT | 4-Oct-05 | 4-Oct-05 | 8000 | 00637337 | $ | 842 |
| DELPHI D KOKOMO PLTS 6-9 | SFW14S-2STME1 | 550060141 | 9401937 | 12821004 | CUSTOMER RESERVE | 3-Oct-05 | 3-Oct-05 | 3000 | 00637054 | $ | 267 |
| DELPHI D KOKOMO PLTS 6-9 | SFW14S-2STME1 | 550060141 | 9401937 | 12821004 | CUSTOMER RESERVE | 4-Oct-05 | 4-Oct-05 | 3000 | 00637294 | $ | 267 |
| DELPHI D KOKOMO PLTS 6-9 | SFW14S-2STME1 | 550060141 | 9401937 | 12821004 | CUSTOMER RESERVE | 5-Oct-05 | 5-Oct-05 | 2000 | 00637457 | $ | 178 |
| DELPHI D KOKOMO PLTS 6-9 | SFW14S-2STME1 | 550060141 | 9401937 | 12821004 | CUSTOMER RESERVE | 6-Oct-05 | 6-Oct-05 | 2000 | 00637696 | $ | 178 |
| DELPHI D KOKOMO PLTS 6-9 | SFW14S-2STME1 | 550060141 | 9401937 | 12821004 | CUSTOMER RESERVE | 7-Oct-05 | 7-Oct-05 | 4000 | 00638060 | $ | 356 |
| DELPHI D DELNOSA PLANT 5-6 | SFW14S-2STME1 | 550060243 | 9401937 | 12378002 | CUSTOMER RESERVE | 3-Oct-05 | 3-Oct-05 | 1000 | 00637052 | $ | 89 |
| DELPHI D KOKOMO PLTS 6-9 | SFW14S-2STME1 | 550060141 | 9401937 | 12821004 | CUSTOMER RESERVE | 30-Sep-05 | 30-Sep-05 | 4000 | 00636646 | $ | 356 |
| DELPHI D DELNOSA PLANT 5-6 | SFW14S-2STME1 | 550060243 | 9401937 | 12378002 | CUSTOMER RESERVE | 29-Sep-05 | 29-Sep-05 | 1000 | 00636331 | $ | 89 |
| DELPHI E&S DELTRONICS DA26 | SFW18S-2STME1 | 550071960 | 9401941 | 12378003 | CUSTOMER RESERVE | 5-Oct-05 | 5-Oct-05 | 5000 | 00637456 | $ | 1,034 |
| | | | | | | | | | USD | $ | 5,043 |

# EXHIBIT B

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              0424
RECIPIENT ADDRESS     1187#9999#1187#13124078501#
DESTINATION ID
ST. TIME              10/14 17:34
TIME USE              04'55
PAGES SENT            13
RESULT                OK
```

# PIERCE ATWOOD LLP
ATTORNEYS AT LAW

One Monument Square
Portland, Maine 04101

## FAX COVER SHEET

|  | FAX NUMBER | PHONE NUMBER |
|---|---|---|
| TO: JOHN WILLIAM BUTLER, JR., ESQ. | 312-407-8501 | |
| FROM: Keith J. Cunningham, Esq. | 14-10-05P05:32 RCVD | |
| DATE: October 14, 2005 | | |

NUMBER OF PAGES (INCLUDING COVER SHEET):

CLIENT-MATTER NUMBER:

**MESSAGE**

If you are having difficulties in receiving this, please call us immediately at (207) 791-1100, Extension 279.
Our fax number is: (207) 791-1350. Thank you.

ANY MESSAGE ON THIS FAX COVER SHEET, AND ANY ACCOMPANYING MATERIALS, MAY CONTAIN CONFIDENTIAL, SECRET OR PRIVILEGED INFORMATION, THE DISCLOSURE, COPYING, OR FURTHER DISSEMINATION OF WHICH IS STRICTLY PROHIBITED UNDER APPLICABLE LAW. THEREFORE, IF THIS FAX COVER SHEET IS NOT ADDRESSED TO YOU OR IF THIS FAX COVER SHEET IS ADDRESSED TO YOU, BUT THE ACCOMPANYING MATERIALS DO NOT APPEAR TO BE

# Mary Downes

| | |
|---|---|
| **From:** | Keith Cunningham |
| **Sent:** | Friday, October 14, 2005 5:47 PM |
| **To:** | 'jbutler@skadden.com' |
| **Cc:** | B. Jill Steps Esq. (E-mail) |
| **Subject:** | Delphi-Notice of Reclamation* |

Dear John,

This firm represents FCI Canada Inc., FCI Electronics Mexido, S. de R.L. de C.V., FCI USA, Inc., FCI Brasil, Ltda., FCI Automotive Deutschland GmbH, and FCI Italia S.p.A. (collectively, "FCI"). Attached is a Notice of Reclamation by FCI, which we faxed to you moments ago. We are sending this notice to you via email in case the fine print in the Exhibit to FCI's Notice of Reclamation is difficult to read in your fax. The original of FCI's Notice will be delivered to you via FedEx.

Please feel free to give me a call if you have any questions.



Reclamation
Notice.Delphi.10-1...

**KEITH J. CUNNINGHAM**
Pierce Atwood LLP
One Monument Square
Portland, ME  04101
207-791-1187 direct
207-791-1350 fax
mail to: kcunningham@pierceatwood.com
http://www.pierceatwood.com/bios/cunningham.html

This email was sent from the law firm Pierce Atwood LLP. It may contain information that is privileged and confidential. If you suspect that you were not intended to receive it, please delete it and notify us as soon as possible. Thank you.

**IRS Circular 230 Disclosure -** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE.

**FedEx USA Airbill**
Express

FedEx Tracking Number: 8401 0109 0963

**1 From**
Date: 10/14/05
Sender's FedEx Account Number: 0041-0016-6
Sender's Name: Keith J. Cunningham
Company: PIERCE ATWOOD
Address: 1 MONUMENT SQ STE 10
City: PORTLAND    State: ME    ZIP: 04101-4033

**2 Your Internal Billing Reference**: 50883-9932

**3 To**
Recipient's Name: John William Butler Jr., Esq.
Company: Skadden Arps Slate Meagher & Flom
Address: 333 West Wacker Drive, Suite 2100
City: Chicago    State: IL    ZIP: 60606

**4a Express Package Service**
☒ FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ FedEx Express Saver
☐ FedEx 2Day

**4b Express Freight Service**
☐ FedEx 1Day Freight
☐ FedEx 2Day Freight
☐ FedEx 3Day Freight

**5 Packaging**
☒ FedEx Envelope

**6 Special Handling**
☐ SATURDAY Delivery
☐ HOLD Weekday
☐ HOLD Saturday

Does this shipment contain dangerous goods?
☐ No    ☐ Yes (as per attached Shipper's Declaration)    ☐ Yes (Shipper's Declaration not required)    ☐ Dry Ice    ☐ Cargo Aircraft Only

**7 Payment Bill to:**
☒ Sender    ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash/Check

Total Packages / Total Weight / Total Declared Value: $ .00

**8 Release Signature**

0244924384

447

Try online shipping at fedex.com
Questions? Visit our Web site at fedex.com or call 1.800.Go.FedEx® 800.463.3339.