William J. Barrett
Kimberly J. Robinson
Barack Ferrazzano Kirschbaum
 Perlman & Nagelberg LLP
333 West Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone:   (312) 629-5170
Facsimile:   (312) 984-3150
William.barrett@bfkpn.com
Kim.Robinson@bfkpn.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : |
| | : Chapter 11 |
| DELPHI CORPORATION, et al., | : |
| | : Case No. 05-44481 (RDD) |
| Debtors. | : |
| | : (Jointly Administered) |
| | : |
| | : |

**NOTICE OF RECLAMATION DEMAND OF JOHNSON INDUSTRIES, INC.**

Please be advised that a Notice of Reclamation Demand on behalf of Johnson Industries, Inc. was served on October 18, 2005 on the Debtors and their attorneys of record, John Wm. Butler, Jr. and Kayalyn A. Marafioti, Skadden, Arps, Slate, Meagher & Flom LLP. A true and correct copy of the Notice of Reclamation Demand is attached hereto as Exhibit "A" and incorporated herein by reference for all purposes.

316295-1

|  |  |
|---|---|
| Dated: October 19, 2005 | JOHNSON INDUSTRIES, INC. |

By: ___/s/ William J. Barrett_____
William J. Barrett
Kimberly J. Robinson
Barack Ferrazzano Kirschbaum
    Perlman & Nagelberg LLP
333 West Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone:   (312) 629-5170
Facsimile:   (312) 984-3150
William.barrett@bfkpn.com
Kim.Robinson@bfkpn.com

Attorneys for Johnson Industries, Inc.

316295-1

## CERTIFICATE OF SERVICE

I hereby certify that the Notice of Reclamation Demand of Johnson Industries, Inc., referenced herein as Exhibit A, was duly served on October 18, 2005 as indicated to the parties below:

John Wm. Butler Jr.
John K. Lyons
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
**(served via messenger hand delivery)**

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
**(served via overnight delivery)**

David M. Sherbin, Vice President and General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Facsimile: 248-813-2491
Facsimile: 248-813-2670
**(served via facsimile and overnight delivery)**

                                              /s/ William J. Barrett
                                              William J. Barrett

316295-1

# EXHIBIT A

209471_1.DOC

# BARACK FERRAZZANO KIRSCHBAUM PERLMAN & NAGELBERG LLP

333 WEST WACKER DRIVE, SUITE 2700
CHICAGO, ILLINOIS 60606

**Kimberly J. Robinson**
(312) 629-5188
Voice Mail Ext. 4588
kim.robinson@bfkpn.com

Telephone (312) 984-3100
Facsimile (312) 984-3150

October 18, 2005

Delphi Corporation – Legal Department
Attn: David M. Sherbin, Vice President
and General Counsel
5725 Delphi Drive
Troy, MI 48098
Facsimile: 248-813-2491
Facsimile: 248-813-2670
**(served via facsimile and overnight delivery)**

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
**(served via messenger hand delivery)**

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
**(served via overnight delivery)**

Re:    In re Delphi Corporation, et al, Case No. -5-44481
       Reclamation Demand of Johnson Industries, Inc.

Dear Mr. Sherbin and Counsel:

We are counsel to Johnson Industries, Inc. ("Johnson") and we have been authorized to send this reclamation demand on behalf of Johnson. Pursuant to 11 U.S.C. § 546(c), Section 2-702(2) of the Uniform Commercial Code, and other applicable law, this letter serves as notice to Delphi Corporation and/or its subsidiaries (the "Debtors") that Johnson sold goods to the Debtors in the ordinary course of Johnson's business, and that Johnson is hereby demanding the return of goods received by the Debtors on or after September 28, 2005. The goods that are the subject of this reclamation demand are included in the invoices listed on the attachment hereto (the "Goods"). Copies of invoices and proofs of delivery will be supplied upon request. By this demand, you are instructed to immediately inventory the Goods and keep the Goods segregated from all other inventory, machinery and equipment. Further, you are not permitted to use, sell, encumber or transfer the Goods to any other party.

Please contact the undersigned to make immediate arrangements for the return of the Goods.

Very truly yours,

Kimberly J. Robinson

cc:    Kathleen Eidbo, Esq., Genuine Parts Company

316288

**EXHIBIT A**

**JI**
**Delphi Receivable**

| Invoice Number | Invoice/ Delivery Date | Amount |
|---|---|---|
| c79204 | 9/30/2005 | 6,810.08 |
| c81569 | 10/7/2005 | 3,190.94 |
| | | 10,001.02 |