PRYOR & MANDELUP, L.L.P.<br>
Kenneth A. Reynolds, Esq.<br>
675 Old Country Road<br>
Westbury, New York 11590<br>
(516) 997-0999<br>
kar@pryormandelup.com<br>
11-3261335<br>
kar3808

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11** |
| **DELPHI CORPORATION,** *et al.* | : | |
| | : | **Case No. 05-44481 (ajg)** |
| Debtor. | : | |

-----------------------------------------------------------------x

AFFIDAVIT OF SERVICE BY REGULAR MAIL

STATE OF NEW YORK      )
                      ) ss.:
COUNTY OF NASSAU       )

**DIANE GIUGLIANO**, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside at Lynbrook, New York.

On October 19, 2005, I served the **NOTICE OF RECLAMATION for National Molding Corp**. upon the following parties at their respective addresses on the annexed service list by depositing a true copy in a postpaid, properly addressed envelope by regular mail, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York:

SEE ANNEXED SERVICE LIST.

/s/ Diane Giugliano<br>Diane Giugliano

Sworn to before me this
19th day of October, 2005

**BRIAN KENNETH BARNETT**
**Notary Public, State of New York**
**No. 02BA6130046**
**Qualified in Nassau County**
**Commission Expires July 5, 2009**

/s/ Brian K. Barnett
Notary Public

**SERVICE LIST**

**DELPHI CORPORATION**
**5725 DELPHI DRIVE**
**TROY, MI  48098**

**JOHN WM. BUTLER, JR.**
**SKADDEN ARPS SLATE MEAGHER & FLOM**
**333 WEST WACKER DRIVE**
**CHICAGO, IL  60606-1285**

**ALICIA M. LEONHARD**
**OFFICE OF THE UNITED STATES TRUSTEE - S.D.N.Y**
**33 WHITEHALL STREET, SUITE 2100**
**NEW YORK, NY  10004**