CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP
Steven J. Reisman (SR 4906)
101 Park Avenue
New York, New York 10178-0061
Tel: (212) 696-6000
Fax: (212) 697-1559
E-mail: sreisman@cm-p.com

*Counsel for Flextronics International Asia-Pacific Ltd. and
Flextronics Technology (M) Sdn. Bhd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby enters its appearance as counsel to Flextronics International Asia-Pacific Ltd., Flextronics Technology (M) Sdn. Bhd. and certain of their affiliates (collectively, "Flextronics"), creditors in the above-captioned Chapter 11 bankruptcy cases (collectively, the "Cases"), and pursuant to Sections 342 and 1109(b) of Title 11 of the United State Code, as amended (the "Bankruptcy Code"), and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requests that all notices (including those governed by Bankruptcy Rules 2002, 3017 and 9007) given, and all papers served or required to be served, in the Cases, or in any case, controversy or proceeding related to the Cases, be given to, and served upon:

2551932v2

Steven J. Reisman, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061
Tel: (212) 696-6065
Fax: (212) 697-1559
E-mail: sreisman@cm-p.com

-and-

Andrew M. Thau, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061
Tel: (212) 696-8898
Fax: (917) 368-8898
E-mail: athau@cm-p.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Code or Bankruptcy Rules, but also includes, without limitation, orders and notices of any applications, motions, orders, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, any disclosure statement or plan of reorganization, pursuant to Bankruptcy Rule 3017, and any other document brought before this Court with respect to the Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telex, email or otherwise.

**PLEASE TAKE FURTHER NOTICE** that Flextronics does not intend that this Notice of Appearance and Demand for Service of Papers, or any later appearance or pleading, be deemed or construed to be a waiver of Flextronics's right: (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) to trial by jury in any proceeding so triable in the Cases, or any case, controversy, or proceeding related to the Cases; (iii) to have the District Court withdraw the reference of the Cases from this Court in any matter subject to mandatory or discretionary withdrawal; (iv) to require that notice be served upon any

—2—

other person, firm or governmental agency; and (v) to any other rights, claims, actions or defenses to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, or defenses Flextronics expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Demand for Service of Papers shall not be construed as an appointment of Steven J. Reisman, Andrew M. Thau or Curtis, Mallet-Prevost, Colt & Mosle LLP as an authorized agent of Flextronics, either expressly or impliedly, for purposes of receiving service of process pursuant to Rule 7004 of the Federal Rules of Bankruptcy Procedure or Rule 4 of the Federal Rules of Civil Procedure.

Dated:  New York, New York
        October 19, 2005

                              CURTIS, MALLET-PREVOST,
                              COLT & MOSLE LLP

                              By:  /s/ Steven J. Reisman
                                  Steven J. Reisman (SR 4906)
                              101 Park Avenue
                              New York, New York  10178-0061
                              Tel:  (212) 696-6000
                              Fax:  (212) 697-1559
                              E-mail:  sreisman@cm-p.com

                              *Counsel for Flextronics International*
                              *Asia-Pacific Ltd. and*
                              *Flextronics Technology (M) Sdn. Bhd.*

2551932v2

## CERTIFICATE OF SERVICE

I hereby certify that, on this 19th day of October 2005, I caused a true and correct copy of this Notice of Appearance and Demand for Service of Papers to be served by United States first-class mail to the parties on the attached Service List.

/s/ John C.V. Katsanos

2551932v2

## SERVICE LIST

Akihiko Imaya Group
Sharp Electronics Corp
Deputy General Manager
26131 Chinomoto Cho Tenri
Nara, 632-8567
Japan

Ann Wagoner
Applied Bio Systems
850 Lincoln Centre Dr
Foster City, CA 94404

Barry Perry
Engelhard Corporation
101 Wood Ave
Iselin, NJ 08830

Brad Countryman
Salesman
ISI of Indiana Inc
1212 East Michigan St
Indianapolis, IN 46202

Brian Ruel
Timken Company
31100 Telegraph Rd Ste 270
Bingham Farms, MI 48025

Chet Korzeniewski
Fujitsu Ten Corporation
46029 Five Mile Rd
Plymouth, MI 48170

David Bader
HSS LLC
5446 Dixie Highway
Saginaw, MI 48601

Deirdre A Martini
Alicia M. Leonhard
United States Trustee
33 Whitehall Street
Suite 2100
New York, NY 10004

Albert Togut
Togut Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119

Attn: Insolvency Department
Internal Revenue Service
290 Broadway
5th Floor
New York, NY 10007

Bill Staron
Dmc 2 Canada Corporation
2347 Commercial Dr
Auburn Hills, MI 48326

Brent Mewhinney
Texas Instruments Inc
12900 North Meridian St
Suite 175, Ms 4070
Carmel, IN 46032

Bruce A Fassett
Carlisle Engineered Prods
100 Seventh Ave, Ste 100
Chardon, OH 44024

Clifford Trapani
JPMorgan Chase Bank NA
Loan and Agency Services Group
1111 Fannin, 10th Floor
Houston, TX 77002

David L Resnick
Rothchild Inc
1251 Avenue of the Americas
New York, NY 10020

Devin Denner
Sales Manager
Olin Corp
427 N Shamrock St
East Alton, IL 62024

Alps Automotive Inc
Muneki Mitch Ishida
1500 Atlantic Blvd
Auburn Hills, MI 48326

Attorney General Eliot Spitzer
Office of New York State
120 Broadway
New York City, NY 10271

Bjoern Goeke
Victory Packaging
3555 Timmons Lane
Suite 1440
Houston, TX 77027

Brian McGowan
Sales Manager
Corus Lp
496 Highway 35 Rr2
Pontypool, ON LOA 1KO
Canada

Burr & Forman LLP
Michael Leo Hal
420 North Twentieth Street
Suite 3100
Birmingham, AL 35203

Darrell Seitz
Senior Acct Mgr
Hitachi Automotive
955 Warwick Rd
Harrodsburg, KY 40330

David M Mcginnis
Murata Electronics North
2200 Lake Park Dr
Smyrna, GA 30080

Don Duda
President
Methode Electronics Inc
7401 W Wilson
Chicago, IL 60706

2551932v2

Donald Bernstein
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Dr Jurgen W Gromer
Tyco Electronics Corp
PO Box 3608
Harrisburg, PA 17105-3608

Frank H Avant
President
TDK Corporation of America
1221 Business Center Dr
Mount Prospect, IL 60056

Harold M Stratton
Strattec Security Corp
3333 West Good Hope Rd
Milwaukee, WI 53209

Hitachi Chemical Asia Pacific
Bedok Plant 20
Bedock South Rd
Singapore, 469277
Singapore

James Le
Kurtzman Carson Consultants
12910 Culver Blvd
Suite I
Los Angeles, CA 90066

Jim Offer
Pechiney Rolled Products
39111 W Six Mile Rd
Livonia, MI 48152

Joe Minville
Flextronics Intl Asia Pacific
2 Robbins Rd
Westford, MA 01886

Craig P. Rieders, Esq.
Genovese Joblove & Battista, P.A.
100 S.E. 2nd Street, Suite 4400
Miami, FL 33131
Counsel for Ryder Integrated Logistics, Inc.

Douglas Bartner Jill Frizzley
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Dr Jurgen W Gromer
Tyco Electronics Corp
Amperestrabe 1214
Bensheim, D-64625
Germany

Gary Thoe
Chairman
Waupaca Foundry Inc
311 S Tower Rd
Waupaca, WI 54981

Hironobu Ono
Cataler North America Corp
7800 Chihama
Kakegawa-City Shizuoka
Japan

Infineon Technologies
StMartinStrasse 53
Munich, 81669
Germany

Jeffrey Cohen
Pension Benefit Guaranty Corporation
1200 K Street NW
Suite 340
Washington, DC 20005

Jim Trent
NEC Electronics Inc
Three Galleria Tower
13155 Noel Rd Ste 1100
Dallas, TX 75240

Joel Robinson, President
Bob Finn, CEO
American Axle & Mfg Inc
One Dauch Dr
Detroit, MI 48211

John Nielsen
Dir Sales
TRW Automotive
12000 Tech Center Dr
Livonia, MI 48150

Dr Jurgen W Gromer
Tyco Electronics Corp
PO Box 3608
Harrisburg, PA 17105

Ed Mike
Sales Manager
Solectron de Mexico SA de CV
Solectron Invotronics
26525 American Dr
Southfield, MI 48034

Gordon Diag
PBR Automotive USA Pacific Group
140 Ellen Dr
Orion Township, MI 48359

Hitachi Automotive
34500 Grand River Ave
Farmington Hills, MI 48335

James D Clark
IUE Comm Workers of America
501 3rd St NW 6th Floor
Washington, DC 20001

Gordon J. Toering, Esq.
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503
Attorneys for Robert Bosch Corporation

Joe M Dorris
President
Futaba Corp of America
2865 Wall Triana Hwy
Huntsville, AL 35824

John Devine
General Motors Corporation
300 Renaissance Center
PO Box 300
Detroit, MI 48265

John Wm Butler, J Lyons,
R Meisler
Skadden Arps Slate Meagher & Flom
333 W Wacker Dr
Suite 2100
Chicago, IL 60606

2551932v2

Kayalyn A Marafioti, Thomas J Matz
Skadden Arps Slate Meagher & Flom
4 Times Square
New York, NY 10036

Khuyen Ta
JPMorgan Chase Bank NA
Agent Bank Services Group
1111 Fannin, 10th Floor
Houston, TX 77002

Linda Lynch
Robert Bosch Corporation
38000 Hills Tech Dr
Farmington Hills, MI 48331

Michael Rudnicki
Niles USA Inc
41129 Jo Dr
Novi, MI 48375

Peter Bauer, EVP
Infineon Technologies
PO Box 80 09 49
Munich, 81609
Germany

Pioneer Indl Comp
Auto Electr Sales Inc
Kevin M Martin, SVP
22630 Haggerty Rd
Farmington, MI 48335

Reorganization Branch
Securities and Exchange Commission
233 Broadway
New York, NY 10279

Robert Siegel
O'Melveny & Meyer LLP
400 South Hope Street
Los Angeles, CA 90071

Sam L Trency
Philips Semiconductors
1817 Dogwood Dr
Kokomo, IN 46902

Kenji Ito-VP, Larry Khaykin
Aw Transmission Eng Aisin Seiki Co
Metro West Industrial Park
14933 Keel St
Plymouth, MI 48170

Lance Williams
Director of Sales
Semiconductor Components
2000 S County Trail
East Greenwich, RI 02818

Lonie A Hassel
Groom Law Group
1701 Pennsylvania Avenue NW
Washington, DC 20006

Patrick Healy
Law Debenture Trust Company of NY
780 Third Ave, 31st Fl
New York, NY 10017

Jeannette Eisan Hinshaw, Esq.
Bose McKinney & Evans LLP
135 N. Pennsylvania Street, Suite 2700
Indianapolis, IN 46204
Decatur Plastics Products, Inc.

Ralph Seibt
Sales Manager
Westwood Associates Inc
612 Willers Farm Rd
Milford, CT 06460

Richard Shoemaker
United Auto Workers
8000 E Jefferson
Detroit, MI 48214

Ron Schubel
Molex Inc
222 Wellington Court
Lisle, IL 60532

Scott Dekoker
Autocam Corporation
East Paris Ave
Kentwood, MI 49512

Kenneth S Ziman, Robert H Trust
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Leo W Gerard
United Steel Workers
5 Gateway Center
Pittsburgh, PA 15222

Martin J Bienenstock
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Paul Grimme
Freescale Semiconductor Inc
6501 William Cannon Dr West
Austin, TX 78735

Peter H Huizinga
Siemens Automotive Ltd
2400 Executive Hill Blvd
Auburn Hills, MI 48326

Randall S Eisenberg
FTI Consulting Inc
3 Times Square
11th Floor
New York, NY 10036

Robert Caruso
FTI Consulting Inc
333 West Wacker Drive
Suite 600
Chicago, IL 60606

Russ Pollack
Director of Sales
Traxle Mfg Ltd
25300 Telegraph Rd, Ste 450
Raleigh Office Center
Southfield, MI 48034

Scott King
FTI Consulting Inc
Park One Center
6100 Oaktree Blvd, Suite 200
Cleveland, OH 44131

2551932v2

| | | |
|---|---|---|
| Scott Shilling<br>Sales Director<br>SGS Thompson<br>Victor Park West<br>19575 Victor Parkway<br>Livonia, MI 48152 | Sean Corcoran<br>Karen Craft<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098 | Steven M Cimalore<br>Wilmington Trust Company<br>1100 N Market St<br>Rodney Square N<br>Wilmington, DE 19890 |
| Ted B Opie<br>General Electric Company<br>Two Towne Square<br>Southfield, MI 48076 | Thomas F Maher<br>R Duker<br>G Russello<br>JPMorgan Chase Bank NA<br>270 Park Avenue<br>New York, NY 10017 | Tim Kuppler<br>Vice President<br>TI Group Automotive System<br>12345 E Nine Mile<br>Warren, MI 48090 |
| Tom A Jerman, Rachel Janger<br>O'Melveny & Meyer LLP<br>1625 Eye Street NW<br>Washington, DC 20006 | Tracy Delcampo<br>Calsonic N America Inc<br>27000 Hills Tech Court<br>Farmington Hills, MI 48331 | Vilma Francis<br>JPMorgan Chase Bank NA<br>270 Park Avenue<br>New York, NY 10017 |
| Vince Sarrecchia<br>Panasonic Automotive<br>26455 American Dr<br>Southfield, MI 48034 | Y Yokoya<br>Hitachi Chemical Asia Pacific<br>Loyang Plant 32<br>Loyang Way<br>Singapore, 508730<br>Singapore | Ryo Ishibashi<br>Kenji Ito<br>Larry Khayhin, Sr.<br>Metro West Industrial Park<br>14933 Keel Street<br>Plymouth, MI 48170 |
| Muneki Ishida<br>Alps Automotive Inc.<br>1500 Atlantic Blvd.<br>Auburn Hills, MI 48326 | Kevin M. Martin, Senior VP Sales<br>Pioneer Industrial Components (Pioneer Automotive Electronic Sales, Inc.)<br>22630 Haggerty Road<br>Farmington, MI 48335 | Robert Egan<br>Victory Packaging<br>3555 Timmons Lane<br>Suite 1440<br>Houston, TX 77027 |
| Chester B. Salomon, Esq.<br>Constantine D. Pourakis, Esq.<br>Stevens & Lee, P.C.<br>485 Madison Avenue, 20th Floor<br>New York, New York 10022<br>Attorneys for Wamco, Inc. | Paul M. Baisier, Esq.<br>Seyfarth Shaw LLP<br>1545 Peachtree Street, N.E., Suite 700<br>Atlanta, GA 30309-2401<br>Attorneys for Murata Electronics North | Robert W. Dremluk, Esq.<br>Seyfarth Shaw LLP<br>1270 Avenue of the Americas, Suite 2500<br>New York, New York 10020-1801<br>Attorneys for Murata Electronics North |
| Joseph J. Vitale, Esq.<br>Cohen, Weiss and Simon LLP<br>330 West 42nd Street<br>New York, New York 10036 | Elizabeth Weller, Esq.<br>Linebarger Goggain Blair & Sampson, LLP<br>2323 Bryan Street, Suite 1600<br>Dallas, TX 75201 | Mark Lee<br>Contrarian Capital Management, L.L.C.<br>411 West Putnam Avenue, Suite 225<br>Greenwich, CT 06830 |
| Richard M. Kremen, Esq.<br>Maria Ellena Chavez-Ruark, Esq.<br>DLA Piper Rudnick Gray Cary US LLP<br>The Marbury Building<br>6225 Smith Avenue<br>Baltimore, MD 21209-3600 | Elizabeth L. Abdelmasieh, Esq.<br>Norris McLaughlin & Marcus<br>721 Route 202-206<br>P.O. Box 1018<br>Somerville, NJ 08876-1018<br>Attorneys for Rotor Clip Company, Inc. | Michael K. McCrory/Wendy D. Brewer<br>Barnes & Thornburg LLP<br>11 S. Meridian Street<br>Indianapolis, IN 46204<br>Counsel to Gibbs Die Casting Corporation |
| Kathleen M. Miller<br>Smith, Katzenstein & Furlow<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE 19899<br>Counsel for Airgas, Inc. | Mr. David Boyle<br>Airgas, Inc.<br>259 Radnor-Chester Road, Suite 100<br>P.O. Box 6675<br>Radnor, PA 19087-8675 | Davor Rukavina, Esq.<br>Munsch Hardt Kopf & Harr, P.C.<br>4000 Fountain Place<br>1445 Ross Avenue<br>Dallas, TX 75202-2790<br>Attorneys for Texas Instruments Incorporated |

2551932v2

...

| | | |
|---|---|---|
| Joseph T. Moldovan, Esq.<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, New York 10022<br>Attorneys for Blue Cross and Blue Shield of Michigan | Jeffrey M. Levinson, Esq.<br>Leah M. Caplan, Esq.<br>Margulies & Levinson, LLP<br>30100 Chagrin Blvd., Suite 250<br>Pepper Pike, OH 44124<br>Counsel for Venture Plastics Inc. | Patrick Mears, Esq.<br>Barnes & Thornburg LLP<br>300 Ottawa Avenue, NW, Suite 500<br>Grand Rapids, MI 49503<br>Counsel to Autocam Corp. and Bank of America Leasing & Capital, LLC |

2551932v2