PRYOR & MANDELUP, L.L.P.
Kenneth A. Reynolds, Esq.
675 Old Country Road
Westbury, New York 11590
(516) 997-0999
kar@pryormandelup.com
11-3261335
kar3808

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
In re                                                     :
                                                          :    **Chapter 11**
**DELPHI CORPORATION,** *et al.*                          :
                                                          :    **Case No. 05-44481 (ajg)**
                        **Debtor.**                       :
----------------------------------------------------------------x

AFFIDAVIT OF SERVICE BY REGULAR MAIL

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NASSAU         )

**DIANE GIUGLIANO**, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside at Lynbrook, New York.

On October 19, 2005, I served the **NOTICE OF RECLAMATION for Security Plastics Division/NMC, LLC**, upon the following parties at their respective addresses on the annexed service list by depositing a true copy in a postpaid, properly addressed envelope by regular mail, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York:

SEE ANNEXED SERVICE LIST.

                                              /s/ Diane Giugliano
                                              Diane Giugliano

Sworn to before me this
19th day of October, 2005

**BRIAN KENNETH BARNETT**
Notary Public, State of New York
No. 02BA6130046
Qualified in Nassau County
Commission Expires July 5, 2009

/s/ Brian K. Barnett
Notary Public

I:\CLIENT FILES\National Molding\Not Reclamation\AOSSecurity by RegMail.wpd

## SERVICE LIST

**DELPHI CORPORATION**
**5725 DELPHI DRIVE**
**TROY, MI  48098**

**JOHN WM. BUTLER, JR.**
**SKADDEN ARPS SLATE MEAGHER & FLOM**
**333 WEST WACKER DRIVE**
**CHICAGO, IL  60606-1285**

**ALICIA M. LEONHARD**
**OFFICE OF THE UNITED STATES TRUSTEE - S.D.N.Y**
**33 WHITEHALL STREET, SUITE 2100**
**NEW YORK, NY  10004**