Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-2819
Tel: (860) 251-5811
Fax: (860) 251-5812
Email: bankruptcy@goodwin.com
Jennifer L. Adamy (JA5409)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| DELPHI CORPORATION, et al. | CASE NO. 05-44481 |
| DEBTORS. | JOINTLY ADMINISTERED |

**VERIFIED STATEMENT PURSUANT TO RULE 2019
OF SHIPMAN & GOODWIN LLP**

The undersigned, Jennifer L. Adamy, is an Associate of Shipman & Goodwin LLP ("Shipman"), a law firm with a business address of One Constitution Plaza, Hartford, CT 06103-1919. The undersigned is authorized to make the following statement pursuant to the requirements of Bankruptcy Rule 2019:

1. The undersigned of Shipman respresents the following creditors (the "Listed Creditors") in this case and has filed Notices of Appearance on their behalf:

    a. Fortune Plastics Company of Illinois, Inc., 33 Washington Boulevard, Mundelein, IL 60060; and

    b. Universal Metal Hose Co., a Hyspan Company, 2133 South Kedzie Avenue, Chicago, IL 60623-3393.

2.	The Debtor(s) are indebted to the Listed Creditors for claims arising out of supply contracts between the Debtor and the Listed Creditors. As of the date of this Notice, the total amount of the claims held by the Listed Creditors in the aggregate exceeds approximately $200,000.

3.	Shipman is representing each of the Listed Creditors individually in this Bankruptcy proceeding; the clients do not comprise a committee. Each of the clients has requested that Shipman represent them in this matter.

4.	Shipman does not hold any claims against, or equity interest in the Debtors.

5.	Shipman hereby expressly reserves the right to supplement or amend this statement in any respect. In filing this statement, Shipman does not submit itself to the jurisdiction of the Court for any purpose other than with respect to this statement.

I verify under penalty of perjury that the foregoing is true and correct. Executed on this 18th day of October, 2005.

By: /s/ Jennifer L. Adamy
    Jennifer L. Adamy (JA5409)

415968 v.01 S1

## Affidavit of Service

This is to certify that the attached Notice of Appearance for Jennifer L. Adamy was mailed via first class U.S. Mail, postage prepaid, to the following on the 18th day of October, 2005.

### *Debtor's Counsel*

John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285

Kayalyn A. Marafioti
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

### *Conflicts Counsel for Debtors & Debtors in Possession*

Albert Togut
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119

### *Office of the U.S. Trustee*

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

### *Claims and Noticing Agent*

Kurtzman Carson Consultants LLC
12910 Culver Blvd, Suite I
Los Angeles, CA 90066

David J. Adler
Brian F. Moore
McCarter & English, LLP
245 Park Avenue, 27th Floor
New York, NY 10167

David E. Lemke
Robert J. Welhoelter
Waller Lansden Dortch & Davis, PLLC
511 Union Street, Suite 2700
Nashville, TN 37219

Darryl S. Laddin
Heath J. Vicente
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363-1031

Charles E. Boulbol
26 Broadway 17th Floor
New York, NY 10004

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
1949 South IH 35
P.O. Box 17428
Austin, TX 78760-7428

Robert W. Dremluk
Seyfarth Shaw LLP
1270 Avenue of the Americas
Suite 2500
New York, NY 10020-1801

Paul M. Baisier
Seyfarth Shaw LLP
1545 Peachtree Street, N.E.
Suite 700
Atlanta, GA 30309-2401

Chester B. Salomon
Constantine D. Pourakis
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022

Scott D. Rosen
Cohn Birnbaum & Shea P.C.
100 Pearl Street, 12th Floor
Hartford, CT 06103

Robert J. Sidman
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Timothy S. McFadden
Timothy W. Brink
Lord Bissell & Brook LLP
115 South LaSalle Street
Chicago, IL 60603

Kevin J. Walsh
Rocco N. Covino
Lord Bissell & Brook LLP
885 Third Avenue, 26th Floor
New York, NY 10022-4802

Stephen H. Gross
Hodgson Russ LLP
Carnegie Hall Tower
152 West 57th street, 35th Floor
New York, NY 10019

Cheryl R. Storie
Hodgson Russ LLP
One M&T Plaza, Suite 2000
Buffalo, NY 14203

Peter D. Bilowz
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

Jeannette Eisan Hinshaw
Bose McKinney & Evans LLP
135 N. Pennsylvania Street, Suite 2700
Indianapolis, IN 46204

Sandra A. Riemer
Candice Frost
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084

Susan M. Freeman
Lewis and Roca LLP
40 North Central Avenue, Suite 1900
Phoenix, AZ 85004-4429

Rob Charles
Lewis and Roca LLP
One South Church Street, Suite 1700
Tucson, AZ 85701

Joseph J. Vitale
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036

Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W. Suite 340
Washington, D.C. 20005-4026

Cherie Macdonald
J. Patrick Bradley
Greensfelder, Hemker & Gale, P.C.
10 S. Broadway, Suite 2000
St. Louis, MO 63012

Edward M. Fox
Kirkpatrick & Lockhart
Nicholson Graham LLP
599 Lexington Avenue
New York, NY 10022

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Mark Lee
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

Richard M. Kremen
Maria Ellena Chavez-Ruark
DLA Piper Rudnick Gray Cary US LLP
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Elizabeth L. Abdelmasieh
Norris McLaughlin & Marcus
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018

Michael K. McCrory
Wendy D. Brewer
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204

Davor Rukavina
Munsch Hardt Kopf & Harr, P.C.
4000 Fountain Place
1445 Ross Avenue
Dallas, TX 75202-2790

Joseph T. Moldovan
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Patrick E. Mears
Barnes & Thornburg LLP
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, MI 49503

Craig P. Eriders
Genovese Joblove & Battista, P.A.
100 S.E. 2nd Street, Suite 4400
Miami, FL 33131

Jeffrey M. Levinson
Leah M. Caplan
Margulies & Levinson, LLP
30100 Chagrin Boulevard, Suite 250
Pepper Pike, OH 44124


      /s/ Jennifer L. Adamy
    Jennifer L. Adamy (JA5409)


415968 v.01 S2