UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Chapter 11 |
| DELPHI CORP., et al., | Case No. 05-44481 (RDD) |
| Plaintiff. | Hon. Richard D. Drain |

## <u>NOTICE OF RECLAMATION DEMAND OF NILES USA, INC.</u>

**PLEASE TAKE NOTICE** that a written reclamation demand (the "Demand") was delivered on October 18, 2005 by Niles USA, Inc., on the captioned debtors and their counsel. A copy of the Demand is attached as <u>Exhibit 1</u> and incorporated herein by reference.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By:   \s\ Timothy A. Fusco
        Timothy A. Fusco (P13768)
Attorneys for Niles USA, Inc.
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 963-6420

Dated: October 19, 2005

DELIB:2670697.1\129141-00001

Founded in 1852
by Sidney Davy Miller



MICHIGAN: Ann Arbor
Detroit • Grand Rapids
Howell • Kalamazoo
Lansing • Monroe
Saginaw • Troy

New York, NY
Pensacola, FL
Washington, DC

CANADA: Windsor, ON
POLAND: Gdynia
Katowice • Warsaw

TIMOTHY A. FUSCO
TEL: (313) 496-8435
FAX: (313) 496-8453
E-MAIL: fusco@millercanfield.com

150 West Jefferson, Suite 2500
Detroit, Michigan  48226
TEL: (313) 963-6420
FAX: (313) 496-7500
www.millercanfield.com

October 19, 2005

Delphi Saginaw Steering Systems
Delphi Corporation
3900 E. Holland Road
Saginaw, MI 48601-5495
Attention: Sarah Bucholz

> Re:   Delphi Corp., et al., Debtors
>       Case No. 005-44421 (RDD)
>       Our File No.  129141-00001

Dear Ms. Bucholz:

This law firm represents Niles USA, Inc./Wintech, Inc. ("Niles").  Delphi Corporation ("Delphi") filed a voluntary petition commencing cases under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").  Within the last 20 days, Niles delivered goods and supplies to Delphi, which were sold to Delphi on credit and received by Delphi at a time when we now believe Delphi was insolvent.

Demand is hereby made on behalf of Niles pursuant to Section 2-702 of the Uniform Commercial Code and Section 546(c) of the Bankruptcy Code, and/or other applicable law, for the return to Niles of all goods and supplies are more particularly identified on Schedule 1 attached hereto.  This reclamation demand is made without prejudice to Niles' right to make one or more subsequent such demands for the return to Niles of any goods and supplies not identified on the attached Schedule 1 that were sold on credit to and received by Delphi for which payment has not been made.

This letter serves as notice to Delphi that Niles asserts its demand to reclaim the aforementioned goods and supplies.  Such goods and supplies should be returned to Niles and should not be used or disposed of in any way.

Please contact the undersigned with any questions.

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By:  __\s\ Timothy A. Fusco _____
       Timothy A. Fusco

Attachment
DELIB:2670707.1\129141-00001

I N V O I C E                                    00392210   1

                                                04/30/05


Delphi Automotive Systems              Delphi SAGINAW STEERING SYSTEM
3900 Holland Road                      PLANT 6 CISCO 44026
                                       TOWERLINE ROAD OFF HOLLAND ROA
Saginaw, MI 48605                      SAGINAW, MI 48601

USA


00392210 04/30/05 00440962 11   001   DM 4451              USF HOLLAND


                                                              .00
        Scrapped units and sorting for part
        # 12450067 additional on inv#392211                1,200.00
        See attached for details.                            215.67
                                                               .00
                                                           1,415.67
             2ND DAY 2ND MO                                    .00
                                                           1,415.67

I N V O I C E                                    00392211   1

04/30/05


Delphi Automotive Systems              Delphi SAGINAW STEERING SYSTEM
3900 Holland Road                      PLANT 6 CISCO 44026
                                       TOWERLINE ROAD OFF HOLLAND ROA
Saginaw, MI 48605                      SAGINAW, MI 48601

USA


00392211 04/30/05 00440962 11   001   DM 4451                USF HOLLAND



                                                                    .00
        Administration fees for sorted
        parts DM 4451                                            250.00
        see attached for details.                                   .00
                                                                    .00
                                                                 250.00
             2ND DAY 2ND MO                                         .00
                                                                 250.00

I N V O I C E                                    00392259    1

05/31/05


Delphi Automotive Systems                Delphi SAGINAW STEERING SYSTEM
3900 Holland Road                        PLANT 6 CISCO 44026
                                         TOWERLINE ROAD OFF HOLLAND ROA
Saginaw, MI 48605                        SAGINAW, MI 48601

USA


00392259 05/31/05 00440962 11    001  RW #263-67              USF HOLLAND


                                                                    .00
        ROADWAY EXPRESS INV.#263-671605-1
        DAMAGED IN TRANSIT                                      1,353.37
        SEE ATTACHED FOR DETAILS                                    .00
                                                                    .00
                                                               1,353.37
            2ND DAY 2ND MO                                          .00
                                                               1,353.37

I N V O I C E                                    00392463   1

                                                 09/16/05


Delphi Automotive Systems            Delphi SAGINAW STEERING SYSTEM
3900 Holland Road                    PLANT 6 CISCO 44026
                                     TOWERLINE ROAD OFF HOLLAND ROA
Saginaw, MI 48605                    SAGINAW, MI 48601

USA


00392463 09/16/05 00440962 11   001  PRO EXP IN           USF HOLLAND


                                                              .00
        PROFESSIONAL EXPEDITING
        INVOICE # 1034906                                1,050.24
                                                              .00
                                                              .00
                                                         1,050.24
          2ND DAY 2ND MO                                      .00
                                                         1,050.24

I N V O I C E

01020388   1

01/28/05

| Delphi Automotive Systems | Delphi Automotive Systems |
|---|---|
| 3900 Holland Road | 3900 HOLLAND RD |
| Saginaw, MI 48605 | SAGINAW, MI 48601 |
| USA | USA |

01020388 01/28/05 00440962 11   001   S2S51378                    Bestway        Col

| 26 | 26 | 1435570000WT | 9.771600 | EA | 254.06 |
|---|---|---|---|---|---|

GMT 211 WO/C
10349752
EDI Info: S2S51378 Ship Id:01020388

254.06

.00
.00
.00
254.06
.00
254.06

2ND DAY 2ND MO

I N V O I C E

01020717   1

01/28/05

Delphi Automotive Systems
3900 Holland Road

Saginaw, MI 48605

USA

Delphi Automotive Systems
3900 HOLLAND RD

SAGINAW, MI 48601

USA

| 01020717 | 01/28/05 | 00440962 | 11 | 001 | S3S2811100 | | Bestway | Col |

| 300 | 300 | 1435670000WT | 5.920000 | EA | 1,776.00 |

GMT MFS 900
15112680
EDI Info: S3S28111004 Ship Id:01020717

1,776.00

.00
.00
.00
1,776.00
.00
1,776.00

2ND DAY 2ND MO

I N V O I C E                                  08026200   1

08/19/05

Delphi Automotive Systems              DELPHI SAG SAN ANTONIO DIST CT
3900 Holland Road                      9440 BALL ST. -DIVISION DOCK 2

Saginaw, MI 48605                      SAN ANTONIO, TX 78045

USA                                    USA

08026200 08/19/05 00440962 11    001   SAG90I3244            POINT DECIATED   Col

| 71 | 71 | 1435670000WT | 5.920000 | EA | 420.32 |

GMT MFS 900
15112680
EDI Info: SAG90I3244 Ship Id:08026200

420.32

.00
.00
.00
420.32
2ND DAY 2ND MO                                                     .00
420.32

I N V O I C E                                    09027263   1

09/12/05

Delphi Automotive Systems                Delphi Automotive Systems
3900 Holland Road                        3900 HOLLAND RD

Saginaw, MI 48605                        SAGINAW, MI 48601

USA                                      USA

09027263 09/12/05 00440962 11    001   SAG90I5366              Bestway         Col

672            672      1435670000WT       5.920000  EA       3,978.24
                        GMT MFS 900
                        15112680
               EDI Info: SAG90I5366 Ship Id:09027263

3,978.24

.00
.00
.00
3,978.24
2ND DAY 2ND MO                                                .00
3,978.24

I N V O I C E                                      09027731   1

09/28/05

Delphi Automotive Systems                 DELPHI SAG SAN ANTONIO DIST CT
3900 Holland Road                         9440 BALL ST. –DIVISION DOCK 2

Saginaw, MI 48605                         SAN ANTONIO, TX 78045

USA                                       USA

09027731 09/28/05 00440962 11   001   SAG90I3244          POINT DECIATED   Col

| 320 | 320 | 1435450006WT | 8.710000 | EA | 2,787.20 |
|---|---|---|---|---|---|
| | | GMT 800 WO/C | | | |
| | | 12450066 | | | |
| | EDI Info: SAG90I3244 Ship Id:09027731 | | | | |
| 3,280 | 3,280 | 1435430006WT | 11.290000 | EA | 37,031.20 |
| | | GMT 800 W/C | | | |
| | | 12450067 | | | |
| | EDI Info: SAG90I3244 Ship Id:09027731 | | | | |

39,818.40

.00
.00
.00
39,818.40
.00
39,818.40

2ND DAY 2ND MO

I N V O I C E                                    09028029   1

09/30/05

Delphi Automotive Systems                    Delphi Automotive Systems
3900 Holland Road                            3900 HOLLAND RD

Saginaw, MI 48605                             SAGINAW, MI 48601

USA                                          USA

09028029 09/30/05 00440962 11    001   SAG90I3244              Bestway        Col

| | | | | | |
|---|---|---|---|---|---|
| 672 | 672 | 1435470002WT | 7.070000 | EA | 4,751.04 |
| | | GMX 365 T/S | | | |
| | | 1999446 | | | |
| | EDI Info: SAG90I3244 Ship Id:09028029 | | | | |
| 2,688 | 2,688 | 1435430006WT | 11.290000 | EA | 30,347.52 |
| | | GMT 800 W/C | | | |
| | | 12450067 | | | |
| | EDI Info: SAG90I3244 Ship Id:09028029 | | | | |

35,098.56

.00
.00
.00
35,098.56
2ND DAY 2ND MO                                              .00
35,098.56

I N V O I C E                                    09028036   1

10/03/05

Delphi Automotive Systems                DELPHI SAG SAN ANTONIO DIST CT
3900 Holland Road                        9440 BALL ST. -DIVISION DOCK 2

Saginaw, MI 48605                        SAN ANTONIO, TX 78045

USA                                      USA

09028036 10/03/05 00440962 11   001   SAG90I3244          POINT DECIATED   Col

| 1,060 | 1,060 | 1435450006WT | 8.710000 | EA | 9,232.60 |
| | | GMT 800 WO/C | | | |
| | | 12450066 | | | |
| | EDI Info: SAG90I3244 Ship Id:09028036 | | | | |
| 2,300 | 2,300 | 1435430006WT | 11.290000 | EA | 25,967.00 |
| | | GMT 800 W/C | | | |
| | | 12450067 | | | |
| | EDI Info: SAG90I3244 Ship Id:09028036 | | | | |

35,199.60

.00
.00
.00
35,199.60
.00
2ND DAY 2ND MO                                              35,199.60

I N V O I C E                                    09028038   1

                                                 10/05/05

Delphi Automotive Systems                DELPHI SAG SAN ANTONIO DIST CT
3900 Holland Road                        9440 BALL ST. -DIVISION DOCK 2

Saginaw, MI 48605                        SAN ANTONIO, TX 78045

USA                                      USA

09028038 10/05/05 00440962 11   001   SAG90I3244        POINT DECIATED   Col


| | | | | | |
|---|---|---|---|---|---|
| 1,060 | 1,060 | 1435450006WT GMT 800 WO/C 12450066 | 8.710000 | EA | 9,232.60 |
| | | EDI Info: SAG90I3244 Ship Id:09028038 | | | |
| 2,320 | 2,320 | 1435430006WT GMT 800 W/C 12450067 | 11.290000 | EA | 26,192.80 |
| | | EDI Info: SAG90I3244 Ship Id:09028038 | | | |


                                                 35,425.40

                                                      .00
                                                      .00
                                                      .00
                                                 35,425.40
                  2ND DAY 2ND MO                      .00
                                                 35,425.40

I N V O I C E                                             09028041  1

                                                         09/30/05


Delphi Automotive Systems              Delphi Automotive Systems
3900 Holland Road                      3900 HOLLAND RD

Saginaw, MI 48605                      SAGINAW, MI 48601

USA                                    USA


09028041 09/30/05 00440962 11   001   SAG90I3244          Bestway          Col


    720          720     2273930004WT        4.758500  EA      3,426.12
                         GMX 367 W/S
                         1999365
             EDI Info: SAG90I3244 Ship Id:09028041
    672          672     1435390003WT        8.675000  EA      5,829.60
                         GMX 215/295/245 DOM
                         1999391
             EDI Info: SAG90I3244 Ship Id:09028041
     56           56     1435410003WT       11.587800  EA        648.92
                         GMX 215 T/S EXPO
                         1999392
             EDI Info: SAG90I3244 Ship Id:09028041
    672          672     1435330002WT        8.716400  EA      5,857.42
                         GMT610 WO/C MULTI FUNC SW
                         1999411
             EDI Info: SAG90I3244 Ship Id:09028041
    180          180     2273950000WT        4.905700  EA        883.03
                         GMX245 W/S
                         1999480
             EDI Info: SAG90I3244 Ship Id:09028041
    672          672     1435450006WT        8.710000  EA      5,853.12
                         GMT 800 WO/C
                         12450066
             EDI Info: SAG90I3244 Ship Id:09028041

I N V O I C E                                          09028041   2

                                                       09/30/05


Delphi Automotive Systems                    Delphi Automotive Systems
3900 Holland Road                            3900 HOLLAND RD

Saginaw, MI 48605                            SAGINAW, MI 48601

USA                                          USA


09028041 09/30/05 00440962 11   001   SAG90I3244              Bestway        Col


4,032        4,032      1435430006WT     11.290000  EA      45,521.28
                        GMT 800 W/C
                        12450067
             EDI Info: SAG90I3244 Ship Id:09028041
  672          672      1435590000WT     11.040000  EA       7,418.88
                        GM MFS 272
                        26112772
             EDI Info: SAG90I3244 Ship Id:09028041
1,344        1,344      1435570000WT      9.450000  EA      12,700.80
                        GMT 211 WO/C
                        26112510
             EDI Info: SAG90I3244 Ship Id:09028041
  672          672      1435750000WT     11.375300  EA       7,644.20
                        GMX 367
                        15294369
             EDI Info: SAG90I3244 Ship Id:09028041


                                                           95,783.37

                                                                .00
                                                                .00
                                                                .00
                                                           95,783.37
              2ND DAY 2ND MO                                     .00
                                                           95,783.37

I N V O I C E

09028087   1

09/29/05

Delphi Automotive Systems
3900 Holland Road

Saginaw, MI 48605

USA

Delphi Automotive Systems
3900 HOLLAND RD

SAGINAW, MI 48601

USA

09028087 09/29/05 00440962 11   001   SAG90I3244              Bestway         Col

| | | | | | |
|---|---|---|---|---|---|
| 3,360 | 3,360 | 1435430006WT | 11.290000 | EA | 37,934.40 |
| | | GMT 800 W/C | | | |
| | | 12450067 | | | |
| | EDI Info: SAG90I3244 Ship Id:09028087 | | | | |
| 672 | 672 | 1435570000WT | 9.450000 | EA | 6,350.40 |
| | | GMT 211 WO/C | | | |
| | | 26112510 | | | |
| | EDI Info: SAG90I3244 Ship Id:09028087 | | | | |

44,284.80

.00
.00
.00
44,284.80
.00
44,284.80

2ND DAY 2ND MO

I N V O I C E                                    09028107   1

10/03/05

Delphi Automotive Systems                    Delphi Automotive Systems
3900 Holland Road                            3900 HOLLAND RD

Saginaw, MI 48605                            SAGINAW, MI 48601

USA                                          USA

09028107 10/03/05 00440962 11   001  SAG90I3244              Bestway        Col

| 720 | 720 | 2273910003WT<br>GMX320 W/S LH SW<br>1999309 | 4.615800 | EA | 3,323.38 |
|---|---|---|---|---|---|
| | | EDI Info: SAG90I3244 Ship Id:09028107 | | | |
| 720 | 720 | 2273930004WT<br>GMX 367 W/S<br>1999365 | 4.758500 | EA | 3,426.12 |
| | | EDI Info: SAG90I3244 Ship Id:09028107 | | | |
| 672 | 672 | 1435310002WT<br>GMT610 W/C MULTI FUNCT SW.<br>1999410 | 11.848600 | EA | 7,962.26 |
| | | EDI Info: SAG90I3244 Ship Id:09028107 | | | |
| 1,344 | 1,344 | 1435330002WT<br>GMT610 WO/C MULTI FUNC SW<br>1999411 | 8.716400 | EA | 11,714.84 |
| | | EDI Info: SAG90I3244 Ship Id:09028107 | | | |
| 672 | 672 | 1435470002WT<br>GMX 365 T/S<br>1999446 | 7.070000 | EA | 4,751.04 |
| | | EDI Info: SAG90I3244 Ship Id:09028107 | | | |
| 180 | 180 | 2273950000WT<br>GMX245 W/S<br>1999480 | 4.905700 | EA | 883.03 |
| | | EDI Info: SAG90I3244 Ship Id:09028107 | | | |

```
                    I N V O I C E                              09028107   2

                                                              10/03/05




     Delphi Automotive Systems              Delphi Automotive Systems
     3900 Holland Road                      3900 HOLLAND RD

     Saginaw, MI 48605                      SAGINAW, MI 48601

     USA                                    USA



09028107 10/03/05 00440962 11   001   SAG90I3244          Bestway        Col


     672          672      1435450006WT      8.710000  EA      5,853.12
                           GMT 800 WO/C
                           12450066
               EDI Info: SAG90I3244 Ship Id:09028107
   5,376        5,376      1435430006WT     11.290000  EA     60,695.04
                           GMT 800 W/C
                           12450067
               EDI Info: SAG90I3244 Ship Id:09028107
      56           56      1435510000WT     11.703500  EA        655.40
                           GMT 265 L/H EXP
                           25743473
               EDI Info: SAG90I3244 Ship Id:09028107
     672          672      1435590000WT     11.040000  EA      7,418.88
                           GM MFS 272
                           26112772
               EDI Info: SAG90I3244 Ship Id:09028107
      56           56      1435730000WT     11.743100  EA        657.61
                           GMX MFS 367
                           15237470
               EDI Info: SAG90I3244 Ship Id:09028107
   2,016        2,016      1435570000WT      9.450000  EA     19,051.20
                           GMT 211 WO/C
                           26112510
               EDI Info: SAG90I3244 Ship Id:09028107




                                                             126,391.92

                                                                   .00
                                                                   .00
                                                                   .00
                                                             126,391.92
                     2ND DAY 2ND MO                                .00
                                                             126,391.92
```

I N V O I C E                                         10028132   1

                                                      10/04/05

Delphi Automotive Systems                 Delphi Automotive Systems
3900 Holland Road                         3900 HOLLAND RD

Saginaw, MI 48605                         SAGINAW, MI 48601

USA                                       USA

10028132 10/04/05 00440962 11   001  SAG90I3244              Bestway        Col

    720          720      2273910003WT       4.615800  EA        3,323.38
                         GMX320 W/S LH SW
                         1999309
             EDI Info: SAG90I3244 Ship Id:10028132
    720          720      2273930004WT       4.758500  EA        3,426.12
                         GMX 367 W/S
                         1999365
             EDI Info: SAG90I3244 Ship Id:10028132
    240          240      2273950000WT       4.905700  EA        1,177.37
                         GMX245 W/S
                         1999480
             EDI Info: SAG90I3244 Ship Id:10028132
 10,080       10,080      1435430006WT      11.290000  EA      113,803.20
                         GMT 800 W/C
                         12450067
             EDI Info: SAG90I3244 Ship Id:10028132
    112          112      1435510000WT      11.703500  EA        1,310.79
                         GMT 265 L/H EXP
                         25743473
             EDI Info: SAG90I3244 Ship Id:10028132
     56           56      1435730000WT      11.743100  EA          657.61
                         GMX MFS 367
                         15237470
             EDI Info: SAG90I3244 Ship Id:10028132

                                                        123,698.47

                                                              .00
                                                              .00
                                                              .00
                                                        123,698.47
              2ND DAY 2ND MO                                  .00
                                                        123,698.47

I N V O I C E                                    10028187   1

10/05/05

Delphi Automotive Systems              Delphi Automotive Systems
3900 Holland Road                      3900 HOLLAND RD

Saginaw, MI 48605                      SAGINAW, MI 48601

USA                                    USA

10028187 10/05/05 00440962 11    001   SAG90I3244           Bestway        Col

| 720 | 720 | 2273910003WT<br>GMX320 W/S LH SW<br>1999309 | 4.615800 | EA | 3,323.38 |
|---|---|---|---|---|---|
| | | EDI Info: SAG90I3244 Ship Id:10028187 | | | |
| 720 | 720 | 2273930004WT<br>GMX 367 W/S<br>1999365 | 4.758500 | EA | 3,426.12 |
| | | EDI Info: SAG90I3244 Ship Id:10028187 | | | |
| 672 | 672 | 1435390003WT<br>GMX 215/295/245 DOM<br>1999391 | 8.675000 | EA | 5,829.60 |
| | | EDI Info: SAG90I3244 Ship Id:10028187 | | | |
| 28 | 28 | 1435410003WT<br>GMX 215 T/S EXPO<br>1999392 | 11.587800 | EA | 324.46 |
| | | EDI Info: SAG90I3244 Ship Id:10028187 | | | |
| 672 | 672 | 1435310002WT<br>GMT610 W/C MULTI FUNCT SW.<br>1999410 | 11.848600 | EA | 7,962.26 |
| | | EDI Info: SAG90I3244 Ship Id:10028187 | | | |
| 672 | 672 | 1435330002WT<br>GMT610 WO/C MULTI FUNC SW<br>1999411 | 8.716400 | EA | 5,857.42 |
| | | EDI Info: SAG90I3244 Ship Id:10028187 | | | |

I N V O I C E                                         10028187   2

                                                      10/05/05


Delphi Automotive Systems                Delphi Automotive Systems
3900 Holland Road                        3900 HOLLAND RD

Saginaw, MI 48605                        SAGINAW, MI 48601

USA                                      USA


10028187 10/05/05 00440962 11   001   SAG90I3244          Bestway        Col


| | | | | | |
|---|---|---|---|---|---|
| 180 | 180 | 2273950000WT<br>GMX245 W/S<br>1999480 | 4.905700 | EA | 883.03 |
| | | EDI Info: SAG90I3244 Ship Id:10028187 | | | |
| 672 | 672 | 1435450006WT<br>GMT 800 WO/C<br>12450066 | 8.710000 | EA | 5,853.12 |
| | | EDI Info: SAG90I3244 Ship Id:10028187 | | | |
| 4,704 | 4,704 | 1435430006WT<br>GMT 800 W/C<br>12450067 | 11.290000 | EA | 53,108.16 |
| | | EDI Info: SAG90I3244 Ship Id:10028187 | | | |
| 672 | 672 | 1435490000WT<br>GMT 265 L/H T/S<br>25743472 | 8.761600 | EA | 5,887.80 |
| | | EDI Info: SAG90I3244 Ship Id:10028187 | | | |
| 84 | 84 | 1435510000WT<br>GMT 265 L/H EXP<br>25743473 | 11.703500 | EA | 983.09 |
| | | EDI Info: SAG90I3244 Ship Id:10028187 | | | |
| 28 | 28 | 1435630000WT<br>GM MFS SAAB (360)<br>26111347 | 14.831100 | EA | 415.27 |
| | | EDI Info: SAG90I5366 Ship Id:10028187 | | | |

I N V O I C E                                    10028187   3

10/05/05

Delphi Automotive Systems              Delphi Automotive Systems
3900 Holland Road                      3900 HOLLAND RD

Saginaw, MI 48605                       SAGINAW, MI 48601

USA                                    USA

10028187 10/05/05 00440962 11   001   SAG90I3244              Bestway         Col

| 672 | 672 | 1435710000WT | 11.375300 | EA | 7,644.20 |
|---|---|---|---|---|---|

GMX MFS 367
15237469
EDI Info: SAG90I3244 Ship Id:10028187

| 112 | 112 | 1435730000WT | 11.743100 | EA | 1,315.23 |

GMX MFS 367
15237470
EDI Info: SAG90I3244 Ship Id:10028187

| 1,344 | 1,344 | 1435570000WT | 9.450000 | EA | 12,700.80 |

GMT 211 WO/C
26112510
EDI Info: SAG90I3244 Ship Id:10028187

| 672 | 672 | 1435750000WT | 11.375300 | EA | 7,644.20 |

GMX 367
15294369
EDI Info: SAG90I3244 Ship Id:10028187


                                                          123,158.14

                                                                 .00
                                                                 .00
                                                                 .00
                                                          123,158.14
                       2ND DAY 2ND MO                            .00
                                                          123,158.14

I N V O I C E

10028242   1

10/04/05

Delphi Automotive Systems
3900 Holland Road

Saginaw, MI 48605

USA

Delphi Automotive Systems
3900 HOLLAND RD

SAGINAW, MI 48601

USA

10028242 10/04/05 00440962 11    001   SAG9FI5712              Bestway         Col

| 336 | 336 | 1435670000WT | 5.920000 | EA | 1,989.12 |
|-----|-----|--------------|----------|----|----------|

GMT MFS 900
15112680
EDI Info: SAG9FI5712 Ship Id:10028242

1,989.12

.00
.00
.00
1,989.12
.00
1,989.12

2ND DAY 2ND MO

I N V O I C E                                    10028259  1

10/06/05

Delphi Automotive Systems              Delphi Automotive Systems
3900 Holland Road                      3900 HOLLAND RD

Saginaw, MI 48605                      SAGINAW, MI 48601

USA                                    USA


10028259 10/06/05 00440962 11   001   SAG90I3244              Bestway        Col


720            720       2273910003WT        4.615800  EA      3,323.38
                         GMX320 W/S LH SW
                         1999309
               EDI Info: SAG90I3244 Ship Id:10028259
720            720       2273930004WT        4.758500  EA      3,426.12
                         GMX 367 W/S
                         1999365
               EDI Info: SAG90I3244 Ship Id:10028259
 28             28       1435410003WT       11.587800  EA        324.46
                         GMX 215 T/S EXPO
                         1999392
               EDI Info: SAG90I3244 Ship Id:10028259
672            672       1435470002WT        7.070000  EA      4,751.04
                         GMX 365 T/S
                         1999446
               EDI Info: SAG90I3244 Ship Id:10028259
180            180       2273950000WT        4.905700  EA        883.03
                         GMX245 W/S
                         1999480
               EDI Info: SAG90I3244 Ship Id:10028259
672            672       1435450006WT        8.710000  EA      5,853.12
                         GMT 800 WO/C
                         12450066
               EDI Info: SAG90I3244 Ship Id:10028259

I N V O I C E                                           10028259   2

10/06/05


Delphi Automotive Systems                    Delphi Automotive Systems
3900 Holland Road                            3900 HOLLAND RD

Saginaw, MI 48605                            SAGINAW, MI 48601

USA                                          USA


10028259 10/06/05 00440962 11   001   SAG90I3244              Bestway        Col


| 7,392 | 7,392 | 1435430006WT | 11.290000 | EA | 83,455.68 |
|---|---|---|---|---|---|

GMT 800 W/C
12450067
EDI Info: SAG90I3244 Ship Id:10028259

| 672 | 672 | 1435490000WT | 8.761600 | EA | 5,887.80 |

GMT 265 L/H T/S
25743472
EDI Info: SAG90I3244 Ship Id:10028259

| 28 | 28 | 1435630000WT | 14.831100 | EA | 415.27 |

GM MFS SAAB (360)
26111347
EDI Info: SAG90I5366 Ship Id:10028259

| 60 | 60 | 2273990000WT | 8.199000 | EA | 491.94 |

GM MFS Wash/Wiper SW SAAB 360
26111348
EDI Info: SAG90I5366 Ship Id:10028259

| 672 | 672 | 1435590000WT | 11.040000 | EA | 7,418.88 |

GM MFS 272
26112772
EDI Info: SAG90I3244 Ship Id:10028259

| 1,344 | 1,344 | 1435570000WT | 9.450000 | EA | 12,700.80 |

GMT 211 WO/C
26112510
EDI Info: SAG90I3244 Ship Id:10028259

I N V O I C E                                    10028259   3

10/06/05

Delphi Automotive Systems                Delphi Automotive Systems
3900 Holland Road                        3900 HOLLAND RD

Saginaw, MI 48605                         SAGINAW, MI 48601

USA                                      USA

10028259 10/06/05 00440962 11   001   SAG90I3244          Bestway          Col

672           672        1435750000WT      11.375300  EA        7,644.20
                         GMX 367
                         15294369
              EDI Info: SAG90I3244 Ship Id:10028259

136,575.72

.00
.00
.00
136,575.72
.00
2ND DAY 2ND MO                                          136,575.72

I N V O I C E                                    10028301   1

10/05/05

Delphi Automotive Systems              Delphi Automotive Systems
3900 Holland Road                      3900 HOLLAND RD

Saginaw, MI 48605                      SAGINAW, MI 48601

USA                                    USA

10028301 10/05/05 00440962 11   001   SAG9FI5712              Bestway        Col

504            504         1435670000WT        5.920000  EA      2,983.68
                           GMT MFS 900
                           15112680
              EDI Info: SAG9FI5712 Ship Id:10028301

2,983.68

.00
.00
.00
2,983.68
2ND DAY 2ND MO                                                   .00
2,983.68

I N V O I C E                                        10028306   1

                                                     10/05/05

Delphi Automotive Systems                    Delphi Automotive Systems
3900 Holland Road                            3900 HOLLAND RD

Saginaw, MI 48605                            SAGINAW, MI 48601

USA                                          USA

10028306 10/05/05 00440962 11    001   SAG9FI5712              Bestway        Col

    504           504      1435670000WT        5.920000  EA      2,983.68
                           GMT MFS 900
                           15112680
                EDI Info: SAG9FI5712 Ship Id:10028306

                                                             2,983.68

                                                                 .00
                                                                 .00
                                                                 .00
                                                             2,983.68
                2ND DAY 2ND MO                                   .00
                                                             2,983.68

I N V O I C E                                   10028307   1

10/05/05

Delphi Automotive Systems                    Delphi Automotive Systems
3900 Holland Road                            3900 HOLLAND RD

Saginaw, MI 48605                            SAGINAW, MI 48601

USA                                          USA

10028307 10/05/05 00440962 11    001   SAG9FI5712              Bestway        Col

504            504        1435670000WT      5.920000  EA      2,983.68
                         GMT MFS 900
                         15112680
                  EDI Info: SAG9FI5712 Ship Id:10028307

2,983.68

.00
.00
.00
2,983.68
2ND DAY 2ND MO                                              .00
2,983.68

I N V O I C E                                    10028312   1

                                                 10/07/05


Delphi Automotive Systems            Delphi Automotive Systems
3900 Holland Road                    3900 HOLLAND RD

Saginaw, MI 48605                    SAGINAW, MI 48601

USA                                  USA


10028312 10/07/05 00440962 11   001   SAG90I3244           Bestway        Col


720            720        2273910003WT        4.615800  EA      3,323.38
                          GMX320 W/S LH SW
                          1999309
               EDI Info: SAG90I3244 Ship Id:10028312
720            720        2273930004WT        4.758500  EA      3,426.12
                          GMX 367 W/S
                          1999365
               EDI Info: SAG90I3244 Ship Id:10028312
672            672        1435390003WT        8.675000  EA      5,829.60
                          GMX 215/295/245 DOM
                          1999391
               EDI Info: SAG90I3244 Ship Id:10028312
672            672        1435310002WT       11.848600  EA      7,962.26
                          GMT610 W/C MULTI FUNCT SW.
                          1999410
               EDI Info: SAG90I3244 Ship Id:10028312
672            672        1435330002WT        8.716400  EA      5,857.42
                          GMT610 WO/C MULTI FUNC SW
                          1999411
               EDI Info: SAG90I3244 Ship Id:10028312
672            672        1435470002WT        7.070000  EA      4,751.04
                          GMX 365 T/S
                          1999446
               EDI Info: SAG90I3244 Ship Id:10028312

I N V O I C E                                    10028312   2

10/07/05

Delphi Automotive Systems              Delphi Automotive Systems
3900 Holland Road                      3900 HOLLAND RD

Saginaw, MI 48605                      SAGINAW, MI 48601

USA                                    USA

10028312 10/07/05 00440962 11    001   SAG90I3244           Bestway        Col

| | | | | | |
|---|---|---|---|---|---|
| 180 | 180 | 2273950000WT | 4.905700 | EA | 883.03 |
| | | GMX245 W/S | | | |
| | | 1999480 | | | |
| | | EDI Info: SAG90I3244 Ship Id:10028312 | | | |
| 8,736 | 8,736 | 1435430006WT | 11.290000 | EA | 98,629.44 |
| | | GMT 800 W/C | | | |
| | | 12450067 | | | |
| | | EDI Info: SAG90I3244 Ship Id:10028312 | | | |
| 56 | 56 | 1435510000WT | 11.703500 | EA | 655.40 |
| | | GMT 265 L/H EXP | | | |
| | | 25743473 | | | |
| | | EDI Info: SAG90I3244 Ship Id:10028312 | | | |
| 28 | 28 | 1435630000WT | 14.831100 | EA | 415.27 |
| | | GM MFS SAAB (360) | | | |
| | | 26111347 | | | |
| | | EDI Info: SAG90I5366 Ship Id:10028312 | | | |
| 84 | 84 | 1435730000WT | 11.743100 | EA | 986.42 |
| | | GMX MFS 367 | | | |
| | | 15237470 | | | |
| | | EDI Info: SAG90I3244 Ship Id:10028312 | | | |
| 1,344 | 1,344 | 1435570000WT | 9.450000 | EA | 12,700.80 |
| | | GMT 211 WO/C | | | |
| | | 26112510 | | | |
| | | EDI Info: SAG90I3244 Ship Id:10028312 | | | |

I N V O I C E                                           10028312   3

10/07/05

Delphi Automotive Systems                    Delphi Automotive Systems
3900 Holland Road                            3900 HOLLAND RD

Saginaw, MI 48605                            SAGINAW, MI 48601

USA                                          USA

10028312 10/07/05 00440962 11   001   SAG90I3244          Bestway        Col

672           672      1435750000WT      11.375300  EA      7,644.20
                       GMX 367
                       15294369
            EDI Info: SAG90I3244 Ship Id:10028312

153,064.38

.00
.00
.00
153,064.38
2ND DAY 2ND MO                           .00
153,064.38