CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP
Steven J. Reisman (SR 4906)
101 Park Avenue
New York, New York 10178-0061
Tel: (212) 696-6000
Fax: (212) 697-1559
E-mail: sreisman@cm-p.com

*Counsel for Multek Flexible Circuits, Inc.,*
 *Sheldahl de Mexico S.A. de C.V., and*
 *Northfield Acquisition Co.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF RECLAMATION DEMAND

**PLEASE TAKE NOTICE** that pursuant to Section 546(c) of Title 11 of the

United States Code, Section 2-702 of the Uniform Commercial Code, applicable state law, and

the *Order Under 11 U.S.C. §§ 362, 503, and 546 and Fed. R. Bankr. P. 9019 Establishing*

*Procedures for the Treatment of Reclamation Claims*, dated October 13, 2005 [Dkt. 230], dated

October 13, 2005, establishing procedures for the treatment of reclamation claims in the

bankruptcy cases of the above-captioned debtors and debtors-in-possession (collectively the

"Debtors"), Multek Flexible Circuits, Inc., Sheldahl de Mexico S.A. de C.V., Northfield

Acquisition Co. (d/b/a Sheldahl), and certain of their affiliates (collectively "Multek"), served on

October 18, 2005 a written supplemental demand for reclamation of goods (the "Supplemental

2552294v2

Reclamation Demand"), as a supplement to the initial written reclamation demand (the "Initial Reclamation Demand") sent by Multek on October 13, 2005, upon one or more of the above captioned Debtors, related entities, and the Debtors' attorneys of record.

A true and correct copy of the Initial Reclamation Demand and the Supplemental Reclamation Demand are attached hereto respectively as **Exhibit A** and **Exhibit B**[1] and are incorporated herein by reference for all purposes.

Dated:  New York, New York
        October 19, 2005

                                      CURTIS, MALLET-PREVOST,
                                      COLT & MOSLE LLP


By: _____/s/ Steven J. Reisman_____
Steven J. Reisman (SR 4906)
101 Park Avenue
New York, New York  10178-0061
Tel:  (212) 696-6000
Fax:  (212) 697-1559
E-mail:  sreisman@cm-p.com

*Counsel for Multek Flexible Circuits, Inc.,
  Sheldahl de Mexico S.A. de C.V., and
  Northfield Acquisition Co.*

---

[1] Due to the voluminous nature of the documents supporting the Initial Reclamation Demand and Supporting Reclamation Demand, such attached reclamation demands contain only spreadsheets summarizing the goods sought to be reclaimed and the invoices associated therewith. Certain of the Debtors, their related entities, and/or the Debtors' attorneys of record were served with copies of the invoices referenced in the summary spreadsheets as well as the related purchase orders.

–2–

2552294v2

# EXHIBIT A

## INITIAL RECLAMATION DEMAND

# EXHIBIT B

## SUPPLEMENTAL RECLAMATION DEMAND

2552294v2

## CERTIFICATE OF SERVICE

I hereby certify that, on the 19th day of October 2005, I caused a true and correct copy of the Notice of Reclamation Demand to be served by United States first-class mail to the parties on the attached Service List.

Dated: New York, New York
October 19, 2005

/s/ John C.V. Katsanos

2552294v2

## SERVICE LIST

Akihiko Imaya Group
Sharp Electronics Corp
Deputy General Manager
26131 Chinomoto Cho Tenri
Nara, 632-8567
Japan

Ann Wagoner
Applied Bio Systems
850 Lincoln Centre Dr
Foster City, CA  94404

Barry Perry
Engelhard Corporation
101 Wood Ave
Iselin, NJ  08830

Brad Countryman
Salesman
ISI of Indiana Inc
1212 East Michigan St
Indianapolis, IN  46202

Brian Ruel
Timken Company
31100 Telegraph Rd Ste 270
Bingham Farms, MI  48025

Chet Korzeniewski
Fujitsu Ten Corporation
46029 Five Mile Rd
Plymouth, MI  48170

David Bader
HSS LLC
5446 Dixie Highway
Saginaw, MI  48601

Deirdre A Martini
Alicia M. Leonhard
United States Trustee
33 Whitehall Street
Suite 2100
New York, NY  10004

Albert Togut
Togut Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY  10119

Attn:  Insolvency Department
Internal Revenue Service
290 Broadway
5th Floor
New York, NY  10007

Bill Staron
Dmc 2 Canada Corporation
2347 Commercial Dr
Auburn Hills, MI  48326

Brent Mewhinney
Texas Instruments Inc
12900 North Meridian St
Suite 175, Ms 4070
Carmel, IN  46032

Bruce A Fassett
Carlisle Engineered Prods
100 Seventh Ave, Ste 100
Chardon, OH  44024

Clifford Trapani
JPMorgan Chase Bank NA
Loan and Agency Services Group
1111 Fannin, 10th Floor
Houston, TX  77002

David L Resnick
Rothchild Inc
1251 Avenue of the Americas
New York, NY  10020

Devin Denner
Sales Manager
Olin Corp
427 N Shamrock St
East Alton, IL  62024

Alps Automotive Inc
Muneki Mitch Ishida
1500 Atlantic Blvd
Auburn Hills, MI  48326

Attorney General Eliot Spitzer
Office of New York State
120 Broadway
New York City, NY  10271

Bjoern Goeke
Victory Packaging
3555 Timmons Lane
Suite 1440
Houston, TX  77027

Brian McGowan
Sales Manager
Corus Lp
496 Highway 35 Rr2
Pontypool, ON  LOA 1KO
Canada

Burr & Forman LLP
Michael Leo Hal
420 North Twentieth Street
Suite 3100
Birmingham, AL  35203

Darrell Seitz
Senior Acct Mgr
Hitachi Automotive
955 Warwick Rd
Harrodsburg, KY  40330

David M Mcginnis
Murata Electronics North
2200 Lake Park Dr
Smyrna, GA  30080

Don Duda
President
Methode Electronics Inc
7401 W Wilson
Chicago, IL  60706

2552294v2

Donald Bernstein
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Dr Jurgen W Gromer
Tyco Electronics Corp
PO Box 3608
Harrisburg, PA  17105-3608

Frank H Avant
President
TDK Corporation of America
1221 Business Center Dr
Mount Prospect, IL  60056

Harold M Stratton
Strattec Security Corp
3333 West Good Hope Rd
Milwaukee, WI  53209

Hitachi Chemical Asia Pacific
Bedok Plant 20
Bedock South Rd
Singapore, 469277
Singapore

James Le
Kurtzman Carson Consultants
12910 Culver Blvd
Suite I
Los Angeles, CA  90066

Jim Offer
Pechiney Rolled Products
39111 W Six Mile Rd
Livonia, MI  48152

Joe Minville
Flextronics Intl Asia Pacific
2 Robbins Rd
Westford, MA  01886

Craig P. Rieders, Esq.
Genovese Joblove & Battista, P.A.
100 S.E. 2nd Street, Suite 4400
Miami, FL 33131
Counsel for Ryder Integrated Logistics, Inc.

Douglas Bartner Jill Frizzley
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022

Dr Jurgen W Gromer
Tyco Electronics Corp
Amperestrabe 1214
Bensheim, D-64625
Germany

Gary Thoe
Chairman
Waupaca Foundry Inc
311 S Tower Rd
Waupaca, WI  54981

Hironobu Ono
Cataler North America Corp
7800 Chihama
Kakegawa-City Shizuoka
Japan

Infineon Technologies
StMartinStrasse 53
Munich, 81669
Germany

Jeffrey Cohen
Pension Benefit Guaranty Corporation
1200 K Street NW
Suite 340
Washington, DC  20005

Jim Trent
NEC Electronics Inc
Three Galleria Tower
13155 Noel Rd Ste 1100
Dallas, TX  75240

Joel Robinson, President
Bob Finn, CEO
American Axle & Mfg Inc
One Dauch Dr
Detroit, MI  48211

John Nielsen
Dir Sales
TRW Automotive
12000 Tech Center Dr
Livonia, MI  48150

Dr Jurgen W Gromer
Tyco Electronics Corp
PO Box 3608
Harrisburg, PA  17105

Ed Mike
Sales Manager
Solectron de Mexico SA de CV
Solectron Invotronics
26525 American Dr
Southfield, MI  48034

Gordon Diag
PBR Automotive USA Pacific Group
140 Ellen Dr
Orion Township, MI  48359

Hitachi Automotive
34500 Grand River Ave
Farmington Hills, MI  48335

James D Clark
IUE Comm Workers of America
501 3rd St NW 6th Floor
Washington, DC  20001

Gordon J. Toering, Esq.
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503
Attorneys for Robert Bosch Corporation

Joe M Dorris
President
Futaba Corp of America
2865 Wall Triana Hwy
Huntsville, AL  35824

John Devine
General Motors Corporation
300 Renaissance Center
PO Box 300
Detroit, MI  48265

John Wm Butler, J Lyons,
R Meisler
Skadden Arps Slate Meagher & Flom
333 W Wacker Dr
Suite 2100
Chicago, IL  60606

2552294v2

Kayalyn A Marafioti, Thomas J Matz
Skadden Arps Slate Meagher & Flom
4 Times Square
New York, NY 10036

Kenji Ito-VP, Larry Khaykin
Aw Transmission Eng Aisin Seiki Co
Metro West Industrial Park
14933 Keel St
Plymouth, MI 48170

Kenneth S Ziman, Robert H Trust
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Khuyen Ta
JPMorgan Chase Bank NA
Agent Bank Services Group
1111 Fannin, 10th Floor
Houston, TX 77002

Lance Williams
Director of Sales
Semiconductor Components
2000 S County Trail
East Greenwich, RI 02818

Leo W Gerard
United Steel Workers
5 Gateway Center
Pittsburgh, PA 15222

Linda Lynch
Robert Bosch Corporation
38000 Hills Tech Dr
Farmington Hills, MI 48331

Lonie A Hassel
Groom Law Group
1701 Pennsylvania Avenue NW
Washington, DC 20006

Martin J Bienenstock
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Michael Rudnicki
Niles USA Inc
41129 Jo Dr
Novi, MI 48375

Patrick Healy
Law Debenture Trust Company of NY
780 Third Ave, 31st Fl
New York, NY 10017

Paul Grimme
Freescale Semiconductor Inc
6501 William Cannon Dr West
Austin, TX 78735

Peter Bauer, EVP
Infineon Technologies
PO Box 80 09 49
Munich, 81609
Germany

Jeannette Eisan Hinshaw, Esq.
Bose McKinney & Evans LLP
135 N. Pennsylvania Street, Suite 2700
Indianapolis, IN 46204
Decatur Plastics Products, Inc.

Peter H Huizinga
Siemens Automotive Ltd
2400 Executive Hill Blvd
Auburn Hills, MI 48326

Pioneer Indl Comp
Auto Electr Sales Inc
Kevin M Martin, SVP
22630 Haggerty Rd
Farmington, MI 48335

Ralph Seibt
Sales Manager
Westwood Associates Inc
612 Willers Farm Rd
Milford, CT 06460

Randall S Eisenberg
FTI Consulting Inc
3 Times Square
11th Floor
New York, NY 10036

Reorganization Branch
Securities and Exchange Commission
233 Broadway
New York, NY 10279

Richard Shoemaker
United Auto Workers
8000 E Jefferson
Detroit, MI 48214

Robert Caruso
FTI Consulting Inc
333 West Wacker Drive
Suite 600
Chicago, IL 60606

Robert Siegel
O'Melveny & Meyer LLP
400 South Hope Street
Los Angeles, CA 90071

Ron Schubel
Molex Inc
222 Wellington Court
Lisle, IL 60532

Russ Pollack
Director of Sales
Traxle Mfg Ltd
25300 Telegraph Rd, Ste 450
Raleigh Office Center
Southfield, MI 48034

Sam L Trency
Philips Semiconductors
1817 Dogwood Dr
Kokomo, IN 46902

Scott Dekoker
Autocam Corporation
East Paris Ave
Kentwood, MI 49512

Scott King
FTI Consulting Inc
Park One Center
6100 Oaktree Blvd, Suite 200
Cleveland, OH 44131

2552294v2

Scott Shilling
Sales Director
SGS Thompson
Victor Park West
19575 Victor Parkway
Livonia, MI 48152

Ted B Opie
General Electric Company
Two Towne Square
Southfield, MI 48076

Tom A Jerman, Rachel Janger
O'Melveny & Meyer LLP
1625 Eye Street NW
Washington, DC 20006

Vince Sarrecchia
Panasonic Automotive
26455 American Dr
Southfield, MI 48034

Muneki Ishida
Alps Automotive Inc.
1500 Atlantic Blvd.
Auburn Hills, MI 48326

Chester B. Salomon, Esq.
Constantine D. Pourakis, Esq.
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, New York 10022
Attorneys for Wamco, Inc.

Joseph J. Vitale, Esq.
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, New York 10036

Richard M. Kremen, Esq.
Maria Ellena Chavez-Ruark, Esq.
DLA Piper Rudnick Gray Cary US LLP
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600

Kathleen M. Miller
Smith, Katzenstein & Furlow
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Counsel for Airgas, Inc.

Sean Corcoran
Karen Craft
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Thomas F Maher
R Duker
G Russello
JPMorgan Chase Bank NA
270 Park Avenue
New York, NY 10017

Tracy Delcampo
Calsonic N America Inc
27000 Hills Tech Court
Farmington Hills, MI 48331

Y Yokoya
Hitachi Chemical Asia Pacific
Loyang Plant 32
Loyang Way
Singapore, 508730
Singapore

Kevin M. Martin, Senior VP Sales
Pioneer Industrial Components (Pioneer
Automotive Electronic Sales, Inc.)
22630 Haggerty Road
Farmington, MI 48335

Paul M. Baisier, Esq.
Seyfarth Shaw LLP
1545 Peachtree Street, N.E., Suite 700
Atlanta, GA 30309-2401
Attorneys for Murata Electronics North

Elizabeth Weller, Esq.
Linebarger Goggain Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Elizabeth L. Abdelmasieh, Esq.
Norris McLaughlin & Marcus
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Attorneys for Rotor Clip Company, Inc.

Mr. David Boyle
Airgas, Inc.
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA 19087-8675

Steven M Cimalore
Wilmington Trust Company
1100 N Market St
Rodney Square N
Wilmington, DE 19890

Tim Kuppler
Vice President
TI Group Automotive System
12345 E Nine Mile
Warren, MI 48090

Vilma Francis
JPMorgan Chase Bank NA
270 Park Avenue
New York, NY 10017

Ryo Ishibashi
Kenji Ito
Larry Khayhin, Sr.
Metro West Industrial Park
14933 Keel Street
Plymouth, MI 48170

Robert Egan
Victory Packaging
3555 Timmons Lane
Suite 1440
Houston, TX 77027

Robert W. Dremluk, Esq.
Seyfarth Shaw LLP
1270 Avenue of the Americas, Suite 2500
New York, New York 10020-1801
Attorneys for Murata Electronics North

Mark Lee
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

Michael K. McCrory/Wendy D. Brewer
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204
Counsel to Gibbs Die Casting
Corporation

Davor Rukavina, Esq.
Munsch Hardt Kopf & Harr, P.C.
4000 Fountain Place
1445 Ross Avenue
Dallas, TX 75202-2790
Attorneys for Texas Instruments Incorporated

2552294v2

| | | |
|---|---|---|
| Joseph T. Moldovan, Esq.<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, New York 10022<br>Attorneys for Blue Cross and Blue Shield of Michigan | Jeffrey M. Levinson, Esq.<br>Leah M. Caplan, Esq.<br>Margulies & Levinson, LLP<br>30100 Chagrin Blvd., Suite 250<br>Pepper Pike, OH 44124<br>Counsel for Venture Plastics Inc. | Patrick Mears, Esq.<br>Barnes & Thornburg LLP<br>300 Ottawa Avenue, NW, Suite 500<br>Grand Rapids, MI 49503<br>Counsel to Autocam Corp. and Bank of America Leasing & Capital, LLC |

2552294v2