CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP
Steven J. Reisman (SR 4906)
101 Park Avenue
New York, New York  10178-0061
Tel:  (212) 696-6000
Fax:  (212) 697-1559
E-mail:  sreisman@cm-p.com

*Counsel for Flextronics International Asia-Pacific Ltd. and
 Flextronics Technology (M) Sdn. Bhd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF RECLAMATION DEMAND

**PLEASE TAKE NOTICE** that pursuant to Section 546(c) of Title 11 of the

United States Code, Section 2-702 of the Uniform Commercial Code, applicable state law, and

the *Order Under 11 U.S.C. §§ 362, 503, and 546 and Fed. R. Bankr. P. 9019 Establishing*

*Procedures for the Treatment of Reclamation Claims*, dated October 13, 2005 [Dkt. 230],

establishing procedures for the treatment of reclamation claims in the bankruptcy cases of the

above-captioned debtors and debtors-in-possession (collectively the "Debtors"), Flextronics

International Asia-Pacific Ltd.,[1] Flextronics Technology (M) Sdn. Bhd.,[2] and certain of their

---

[1]    In certain of the documentation with the Debtors regarding the goods sought to be reclaimed, Flextronics International Asia-Pacific Ltd. is sometimes referred to as "Flextronics Asia-Pacific Ltd."

[2]    In certain of the documentation with the Debtors regarding the goods sought to be reclaimed, Flextronics Technology (M) Sdn. Bhd. is sometimes referred to as "Flextronics Technology (Mauritius) S/B."

affiliates (collectively "Flextronics"), served on October 18, 2005 a written supplemental

demand for reclamation of goods (the "Supplemental Reclamation Demand"), as a supplement to

the initial written reclamation demand (the "Initial Reclamation Demand") sent by Flextronics on

October 13, 2005, upon one or more of the above captioned Debtors, related entities, and the

Debtors' attorneys of record.

        A true and correct copy of the Initial Reclamation Demand and the Supplemental

Reclamation Demand are attached hereto respectively as **Exhibit A** and **Exhibit B**[3] and are

incorporated herein by reference for all purposes.

Dated:  New York, New York
        October 19, 2005

                                CURTIS, MALLET-PREVOST,
                                COLT & MOSLE LLP


                                By: _____/s/ Steven J. Reisman_____
                                Steven J. Reisman (SR 4906)
                                101 Park Avenue
                                New York, New York  10178-0061
                                Tel:  (212) 696-6000
                                Fax:  (212) 697-1559
                                E-mail:  sreisman@cm-p.com

                                *Counsel for Flextronics International*
                                 *Asia-Pacific Ltd. and*
                                 *Flextronics Technology (M) Sdn. Bhd.*

---

[3]      Due to the voluminous nature of the documents supporting the Initial Reclamation Demand and the
Supplemental Reclamation Demand, such attached reclamation demands contain only spreadsheets summarizing the
goods sought to be reclaimed and the invoices, purchase orders, and/or bills of lading associated therewith.  Certain
of the Debtors, their related entities, and/or the Debtors' attorneys of record were served with copies of the invoices,
bills of lading, and/or delivery orders referenced in the summary spreadsheets, as well as more detailed versions of
such spreadsheets.

2551461v2

## EXHIBIT A

**INITIAL RECLAMATION DEMAND**

# CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

ATTORNEYS AND COUNSELLORS AT LAW
IOI PARK AVENUE
NEW YORK, NEW YORK IOI78-006I

FRANKFURT    MUSCAT
HOUSTON    PARIS
LONDON    STAMFORD
MEXICO CITY    WASHINGTON
MILAN

TELEPHONE 2I2-696-6000
FACSIMILE 2I2-697-I559
VOICE MAIL 2I2-696-6028
E-MAIL INFO@CM-P.COM
INTERNET WWW.CM-P.COM

WRITER'S DIRECT:
TELEPHONE 2I2-696-6065
E-MAIL SREISMAN@CM-P.COM

October 13, 2005

## VIA FEDEX AND TELECOPIER/E-MAIL

Robert S. Miller
Chairman of the Board and Chief Executive
Officer
Delphi Corporation
5725 Delphi Dr.
Troy, Michigan 48098
Telecopier: (248) 813-2505

Robert J. Dellinger
Chief Financial Officer
Delphi Corporation
5725 Delphi Dr.
Troy, Michigan 48098
Telecopier: (248) 813-2612

David M. Sherbin, Esq.
Vice President and General Counsel
Delphi Corporation
5725 Delphi Dr.
Troy, Michigan 48098
Telecopier: (248) 813-2491

John D. Sheehan
Acting Chief Financial Officer, Chief Accounting
Officer & Controller
Delphi Automotive Systems LLC
5725 Delphi Dr.
Troy, Michigan 48098
Telecopier: (248) 813-2612

John P. Arles
Vice President & Treasurer
Delphi Automotive Systems LLC
5725 Delphi Drive
Troy, Michigan 48098
Telecopier: (248) 813-5055

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
E-Mail: jbutler@skadden.com

John K. Lyons, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
E-Mail: jlyonsch@skadden.com

Kayalyn A. Marafioti, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
E-Mail: kmarafio@skadden.com

Re:    Reclamation Demand of Flextronics International Asia-Pacific Ltd.

Dear Messrs. Miller, Dellinger, Sheehan, Arles, Sherbin, Butler, Lyons and Ms. Marafioti:

This Firm is counsel to Flextronics International Asia-Pacific Ltd. and certain of its
affiliates (collectively, "Flextronics").

2539656v3

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTORNEYS AND COUNSELLORS AT LAW

Messrs. Miller, Dellinger, Sherbin, Sheehan,
Arles, Butler, Lyons and Ms. Marafioti
Page 2                                                                October 13, 2005

On behalf of Flextronics, this letter advises you that, pursuant to Section 546(c) of
Title 11 of the United States Code, as amended (the "Bankruptcy Code"), Section 2-702 of the
Uniform Commercial Code and the applicable state law, Flextronics hereby demands reclamation of
all Flextronics-manufactured goods delivered to, or received by, Delphi Corporation, Delphi
Automotive Systems LLC and any of their affiliates (collectively, "Delphi"), on or within ten (10)
days before October 8, 2005.[1]  The Goods were sold by Flextronics in the ordinary course of its
business and were delivered to Delphi within the statutory time period for a valid reclamation claim.

A copy of supporting documentation for Flextronics's reclamation claim is attached
to and incorporated by reference in this letter.  Should you need further information, please contact
the undersigned.

The aggregate value of the Goods subject to Flextronics' reclamation claim is
**US$10,365,274.65.**  It is possible, however, that Delphi received additional Goods from Flextronics
during the reclamation period in excess of this amount.  Flextronics reserves its right to increase the
reclamation amount and may obtain the necessary documentation and information to support this
statement through formal discovery in court proceedings or otherwise.

This letter is intended to serve as Flextronics's written notice that it has made a
formal demand for reclamation as provided in Section 546(c) of the Bankruptcy Code, Section 2-702
of the Uniform Commercial Code and under the applicable state law.  Accordingly, please refrain
from selling, or otherwise disposing of, the Goods, or commingling the Goods with other inventory.

Flextronics will pursue its rights and remedies in law and equity to recover the
Goods, subject to the automatic stay instituted pursuant Section 362 of the Bankruptcy Code.  This
demand letter shall not constitute a waiver of any rights, claims, causes of action, and/or interests
under any agreement, at common law, by statute, or in equity, to which Flextronics may be entitled.
Furthermore, this demand letter is without prejudice to Flextronics's right to stop delivery of any
Goods yet to be received by Delphi.

If you have questions with respect to the foregoing, please contact me at (212)
696-6065.  I can also be reached by e-mail at sreisman@cm-p.com.

Sincerely,

Steven J. Reisman

Enclosures
cc: Paul Anderson (w/encls., Via E-Mail: paul.anderson@flextronics.com)
    Carrie Schiff (w/encls., Via E-Mail: cschiff@flextronics.com)

---

[1]      On October 8, 2005, Delphi Corporation, Delphi Automotive Systems LLC, and certain of their affiliates
commenced bankruptcy cases by filing voluntary petitions under Chapter 11 of the Bankruptcy Code in the United
States Bankruptcy Court for the Southern District of New York.

2539656v3

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTORNEYS AND COUNSELLORS AT LAW

Messrs. Miller, Dellinger, Sherbin, Sheehan,
Arles, Butler, Lyons and Ms. Marafioti
Page 3                                    October 13, 2005

Patricia E. Doherty (w/encls., Via E-Mail:  patricia.doherty@flextronics.com)
  (c/o Flextronics International USA, Inc. on behalf of Flextronics International Asia-Pacific Ltd.)
Jeffrey N. Ostrager, Esq. (w/encls., Via E-Mail:  jostrager@cm-p.com)
  (Curtis, Mallet-Prevost, Colt & Mosle LLP)

2539656v3

## Exhibit A -- Summary Chart of Goods Sought to be Reclaimed

| Delphi Reference # | Date Delivered | Due Date/Payment Date | Currency Code | Bill Of Lading | Total Amount |
|---|---|---|---|---|---|
| '5203701702001 | 09/26/2005 | 10/16/2005 | USD | APLU896683 | $128,700.00 |
|  |  |  |  | APLU896683 | $51,321.60 |
|  |  |  |  | APLU896683 | $85,536.00 |
| '5203701701001 | 09/26/2005 | 11/02/2005 | USD | APLU898237 | $134,743.50 |
| '5203701705001 | 09/26/2005 | 10/16/2005 | USD | APZU418504 | $59,875.20 |
| '5203701704001 | 09/26/2005 | 12/02/2005 | USD | APZU418504 | $374,472.00 |
| '5203709633001 | 09/27/2005 | 11/02/2005 | USD | CRXU442156 | $44,914.50 |
| '5203709632001 | 09/27/2005 | 12/02/2005 | USD | CRXU442156 | $374,472.00 |
| '5203709644001 | 09/27/2005 | 10/17/2005 | USD | GSTU896125 | $59,875.20 |
|  |  |  |  | GSTU896125 | $51,321.60 |
|  |  |  |  | GSTU896125 | $102,960.00 |
| '5203718188001 | 09/28/2005 | 11/02/2005 | USD | 125503348 | $8,400.00 |
| '5203718108001 | 09/28/2005 | 10/18/2005 | USD | 5WLX042 | $8,553.60 |
| '5203718111001 | 09/28/2005 | 10/18/2005 | USD | 5WLX516 | $360,360.00 |
| '5203718110001 | 09/28/2005 | 10/18/2005 | USD | 5WLX722 | $334,620.00 |
| '5203718179001 | 09/28/2005 | 10/18/2005 | USD | 5WLX780 | $4,968.00 |
| '5203718183001 | 09/28/2005 | 10/18/2005 | USD | 5WLX780 | $49,680.00 |
| '5203718101001 | 09/28/2005 | 10/18/2005 | USD | GSTU954613 | $94,089.60 |
|  |  |  |  | GSTU954613 | $85,536.00 |
| '5203718103001 | 09/28/2005 | 11/02/2005 | USD | MLCU470768 | $135,741.60 |
| '5203718105001 | 09/28/2005 | 10/18/2005 | USD | NOSU445640 | $128,700.00 |
| '5203718107001 | 09/28/2005 | 12/02/2005 | USD | NOSU445640 | $374,472.00 |
| '5203727242001 | 09/29/2005 | 10/19/2005 | USD | 5WLX779 | $463,320.00 |
| '5203727243001 | 09/29/2005 | 10/19/2005 | USD | 5WLX841 | $160,160.00 |
| '5203727236001 | 09/29/2005 | 12/02/2005 | USD | GLDU040342 | $374,472.00 |
| '5203727241001 | 09/29/2005 | 11/02/2005 | USD | TOLU228192 | $135,741.60 |
| '5203727240001 | 09/29/2005 | 11/02/2005 | USD | TRLU465138 | $22,457.25 |
| '5203727239001 | 09/29/2005 | 12/02/2005 | USD | TRLU465138 | $374,472.00 |
| '5203727238001 | 09/29/2005 | 10/19/2005 | USD | TRLU479468 | $102,960.00 |
|  |  |  |  | TRLU479468 | $51,321.60 |
|  |  |  |  | TRLU479468 | $68,428.80 |
| '5203727237001 | 09/29/2005 | 11/02/2005 | USD | TRLU618843 | $135,741.60 |
| '5203736304001 | 09/30/2005 | 10/20/2005 | USD | 5WLX940 | $303,160.00 |
| '5203736306001 | 09/30/2005 | 10/20/2005 | USD | 5WLY006 | $514,800.00 |
| '5203736303001 | 09/30/2005 | 10/20/2005 | USD | 5WLY113 | $514,800.00 |
| '5203736305001 | 09/30/2005 | 10/20/2005 | USD | 5WLY114 | $205,920.00 |
| '5203757112001 | 10/04/2005 | 10/24/2005 | USD | 5WLX941 | $514,800.00 |
| '5203757128001 | 10/04/2005 | 10/24/2005 | USD | 5WLY026 | $257,400.00 |
| '5203757126001 | 10/04/2005 | 10/24/2005 | USD | 5WLY266 | $205,920.00 |
| '5203757125001 | 10/04/2005 | 10/24/2005 | USD | 5WLY377 | $514,800.00 |
| '5203757124001 | 10/04/2005 | 10/24/2005 | USD | 5WLY471 | $283,140.00 |
| '5203757113001 | 10/04/2005 | 10/24/2005 | USD | 5WLY671 | $231,660.00 |
| '5203782007001 | 10/07/2005 | 12/31/2049 | USD | NOSU445470 | $204,682.50 |
|  |  |  |  | NOSU445470 | $79,848.00 |
| '5203782008001 | 10/07/2005 | 12/31/2049 | USD | GATU403815 | $68,428.80 |
|  |  |  |  |  | $68,428.80 |
| '5203782009001 | 10/07/2005 | 12/31/2049 | USD | CRXU451204 | $160,488.00 |
| '5203782010001 | 10/07/2005 | 12/31/2049 | USD | CRXU451204 | $76,982.40 |
| '5203782011001 | 10/07/2005 | 12/31/2049 | USD | 5WLY547 | $334,620.00 |
| '5203782012001 | 10/07/2005 | 12/31/2049 | USD | 5WLY674 | $411,840.00 |
| '5203782024001 | 10/07/2005 | 12/31/2049 | USD | TEXU492257 | $34,214.40 |
| '5203782025001 | 10/07/2005 | 12/31/2049 | USD | TEXU492257 | $167,467.50 |
| '5203782026001 | 10/07/2005 | 12/31/2049 | USD | TRLU431884 | $134,743.50 |
| '5203782032001 | 10/07/2005 | 12/31/2049 | USD | GSTU630689 | $134,743.50 |

|  |  |  |  | **Total** | **$10,365,274.65** |

## EXHIBIT B

**SUPPLEMENTAL RECLAMATION DEMAND**

# CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

FRANKFURT    MUSCAT
HOUSTON    PARIS
LONDON    STAMFORD
MEXICO CITY    WASHINGTON
MILAN

TELEPHONE 212-696-6000
FACSIMILE 212-697-1559
VOICE MAIL 212-696-6028
E-MAIL INFO@CM-P.COM
INTERNET WWW.CM-P.COM

WRITER'S DIRECT:
TELEPHONE 212-696-6065
E-MAIL SREISMAN@CM-P.COM

October 18, 2005

To the Addressees on Schedule 1 attached hereto

Re:    First Supplemental Reclamation Demand of Flextronics International
Asia-Pacific Ltd. and Flextronics Technology (M) Sdn. Bhd.

Dear Ladies and Gentlemen:

This Firm is counsel to Flextronics International Asia-Pacific Ltd.,[1] Flextronics Technology (M) Sdn. Bhd.[2] and certain of their affiliates (collectively, "Flextronics").

This reclamation demand (the "Supplemental Demand") supplements, and is in addition to, the reclamation demand sent by Flextronics on October 13, 2005 (the "Initial Demand"). To extent this Supplemental Demand is duplicative of the Initial Demand, the Initial Demand shall govern.

On behalf of Flextronics, this Supplemental Demand advises you that, pursuant to Section 546(c) of Title 11 of the United States Code, as amended (the "Bankruptcy Code"), Section 2-702 of the Uniform Commercial Code and the applicable state law, Flextronics hereby demands reclamation of all Flextronics-manufactured goods delivered to, or received by, Delphi Corporation, Delphi Automotive Systems LLC, Delphi Product and Service Solutions, Delphi Consumer Electronics and any of their affiliates (collectively, "Delphi"), on or within ten (10) days before October 8, 2005 (the "Goods").[3] The Goods were sold by Flextronics in the ordinary course of its business and were delivered to Delphi within the statutory time period for a valid reclamation claim.

A copy of supporting documentation for Flextronics's reclamation claim is attached to, and incorporated by reference in, this Supplemental Demand. Attached hereto as **Exhibit A** is a chart summarizing the Goods received by Delphi. Should you need further information, please contact the undersigned.

---

[1]    In certain of the documentation with the Debtors regarding the Goods (each as defined below), Flextronics International Asia-Pacific Ltd. is sometimes referred to as "Flextronics Asia-Pacific Ltd."
[2]    In certain of the documentation with the Debtors regarding the Goods (each as defined below), Flextronics Technology (M) Sdn. Bhd.[2] is sometimes referred to as "Flextronics Technology (Mauritius) S/B."
[3]    On October 8, 2005, Delphi Corporation, Delphi Automotive Systems LLC, and certain of their affiliates commenced bankruptcy cases by filing voluntary petitions under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York.

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTORNEYS AND COUNSELLORS AT LAW                 Page 2                              October 18, 2005

      The aggregate value of the Goods subject to Flextronics' reclamation claim is **US$15,077,160.75**.  It is possible, however, that Delphi received additional Goods from Flextronics during the reclamation period in excess of this amount.  Flextronics reserves its right to increase the reclamation amount and may obtain the necessary documentation and information to support this statement through formal discovery in court proceedings or otherwise.

      This Supplemental Demand is intended to serve as Flextronics's written notice that it has made a formal demand for reclamation as provided in Section 546(c) of the Bankruptcy Code, Section 2-702 of the Uniform Commercial Code and under the applicable state law.  Accordingly, please refrain from selling, or otherwise disposing of, the Goods, or commingling the Goods with other inventory.

      Flextronics will pursue its rights and remedies in law and equity to recover the Goods, subject to the automatic stay instituted pursuant Section 362 of the Bankruptcy Code.  This demand letter shall not constitute a waiver of any rights, claims, causes of action, and/or interests under any agreement, at common law, by statute, or in equity, to which Flextronics may be entitled.  Furthermore, this demand letter is without prejudice to Flextronics's right to stop delivery of any Goods yet to be received by Delphi.

      If you have questions with respect to the foregoing, please contact me at (212) 696-6065.  I can also be reached by e-mail at sreisman@cm-p.com.

                            Sincerely,

                            Steven J. Reisman

Enclosures
cc: Paul Anderson (w/encls., Via E-Mail: paul.anderson@flextronics.com)
    Carrie Schiff, Esq. (w/encls., Via E-Mail: cschiff@flextronics.com)
    Patricia E. Doherty (w/encls., Via E-Mail: patricia.doherty@flextronics.com)
      (c/o Flextronics International USA, Inc. on behalf of Flextronics International Asia-Pacific Ltd.)
    Jeffrey N. Ostrager, Esq. (w/encls., Via E-Mail: jostrager@cm-p.com)
      (Curtis, Mallet-Prevost, Colt & Mosle LLP)

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTORNEYS AND COUNSELLORS AT LAW

Page 3

October 18, 2005

## SCHEDULE 1

**VIA FEDEX**

Robert S. Miller
Chairman of the Board and
 Chief Executive Officer
Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098

**VIA FEDEX AND E-MAIL**

David M. Sherbin, Esq.
Vice President and General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098
E-Mail:  david.sherbin@delphi.com

**VIA FEDEX**

John P. Arle
Vice President and Treasurer
Delphi Automotive Systems LLC
5725 Delphi Drive
Troy, Michigan  48098

**VIA FEDEX**

Delphi Consumer Electronics
1441 West Long Lake Road
Troy, Michigan  48098-5090
Attn.:  President and/or Chief Financial Officer

**VIA FEDEX**

Robert J. Dellinger
Chief Financial Officer
Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098

**VIA FEDEX**

John D. Sheehan
Acting Chief Financial Officer,
 Chief Accounting Officer and Controller
Delphi Automotive Systems LLC
5725 Delphi Drive
Troy, Michigan  48098
E-Mail:  john.sheehan@delphi.com

**VIA EXPRESS MAIL**

Francisco A. Ordonez
President
Delphi Product and Service Solutions
1441 West Long Lake Road
P.O. Box 5090
Troy, Michigan  48098-5090

**VIA FEDEX AND E-MAIL**

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
E-Mail:  jbutler@skadden.com

2549827v3

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTORNEYS AND COUNSELLORS AT LAW                    Page 4                         October 18, 2005

**VIA FEDEX AND E-MAIL**

John K. Lyons, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
E-Mail:  jlyonsch@skadden.com

**VIA FEDEX AND E-MAIL**

Kayalyn A. Marafioti, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York  10036
E-Mail:  kmarafio@skadden.com

## Exhibit A  -- Summary Chart of Goods Sought to be Reclaimed

| Document # | Document Date | Due Date / Payment Date | Bill Of Lading | Total Amount | PO# |
|---|---|---|---|---|---|
| '5203653118001 | 09/19/2005 | 10/09/2005 | 5WLX294 | $180,180.00 | D0550076669 |
| '5203653119001 | 09/19/2005 | 10/09/2005 | 5WLX368 | $334,620.00 | D0550076669 |
| '5203653120001 | 09/19/2005 | 11/02/2005 | NOSU433921 | $134,743.50 | D0550036944 |
| | | | NOSU433921 | $18,607.50 | D0550036944 |
| '5203670029001 | 09/21/2005 | 10/11/2005 | 5WLX434 | $257,400.00 | D0550076669 |
| '5203670031001 | 09/21/2005 | 11/02/2005 | APLU895453 | $390,757.50 | D0550036944 |
| '5203670030001 | 09/21/2005 | 11/02/2005 | APZU409276 | $390,757.50 | D0550036944 |
| '5203670056001 | 09/21/2005 | 11/02/2005 | NOSU432119 | $135,741.60 | D0550036944 |
| | | | NOSU432119 | $18,607.50 | D0550036944 |
| '5203678675001 | 09/22/2005 | 11/02/2005 | GSTU934940 | $390,757.50 | D0550036944 |
| '5203678677001 | 09/22/2005 | 11/02/2005 | GSTU951804 | $134,743.50 | D0550036944 |
| | | | GSTU951804 | $18,607.50 | D0550036944 |
| '5203687374001 | 09/23/2005 | 10/13/2005 | 5WLX604 | $308,880.00 | D0550076669 |
| '5203687380001 | 09/23/2005 | 12/02/2005 | APZU411150 | $561,708.00 | D0550036717 |
| | | | | | D0550036717 |
| '5203687382001 | 09/23/2005 | 11/02/2005 | GSTU747784 | $130,252.50 | D0550036944 |
| '5203687383001 | 09/23/2005 | 12/02/2005 | GSTU747784 | $374,472.00 | D0550036944 |
| '5203687377001 | 09/23/2005 | 11/02/2005 | INNU521742 | $134,743.50 | D0550036944 |
| '5203687381001 | 09/23/2005 | 11/02/2005 | NOSU433304 | $134,743.50 | D0550036944 |
| '5203687378001 | 09/23/2005 | 11/02/2005 | NOSU437747 | $134,743.50 | D0550036944 |
| | | | NOSU437747 | $18,607.50 | D0550036944 |
| '5203687379001 | 09/23/2005 | 12/02/2005 | NOSU454983 | $508,212.00 | D0550036717 |
| | | | | | D0550036718 |
| '5203701702001 | 09/26/2005 | 10/16/2005 | APLU896683 | $128,700.00 | D0550076669 |
| | | | APLU896683 | $51,321.60 | D0550076669 |
| | | | APLU896683 | $85,536.00 | D0550076669 |
| '5203701701001 | 09/26/2005 | 11/02/2005 | APLU898237 | $134,743.50 | D0550036944 |
| '5203701705001 | 09/26/2005 | 10/16/2005 | APZU418504 | $59,875.20 | D0550036717 |
| '5203701704001 | 09/26/2005 | 12/02/2005 | APZU418504 | $374,472.00 | D0550036717 |
| '5203709633001 | 09/27/2005 | 11/02/2005 | CRXU442156 | $44,914.50 | D0550036717 |
| '5203709632001 | 09/27/2005 | 12/02/2005 | CRXU442156 | $374,472.00 | D0550036717 |
| '5203709644001 | 09/27/2005 | 10/17/2005 | GSTU896125 | $59,875.20 | D0550076669 |
| | | | GSTU896125 | $51,321.60 | D0550076669 |
| | | | GSTU896125 | $102,960.00 | D0550076669 |
| '5203718188001 | 09/28/2005 | 11/02/2005 | 125503348 | $8,400.00 | D0550036944 |
| '5203718108001 | 09/28/2005 | 10/18/2005 | 5WLX042 | $8,553.60 | D0550076669 |
| '5203718111001 | 09/28/2005 | 10/18/2005 | 5WLX516 | $360,360.00 | D0550076669 |
| '5203718110001 | 09/28/2005 | 10/18/2005 | 5WLX722 | $334,620.00 | D0550076669 |
| '5203718179001 | 09/28/2005 | 10/18/2005 | 5WLX780 | $4,968.00 | D0450135784 |
| '5203718183001 | 09/28/2005 | 10/18/2005 | 5WLX780 | $49,680.00 | D0450135784 |
| '5203718101001 | 09/28/2005 | 10/18/2005 | GSTU954613 | $94,089.60 | D0550076669 |
| | | | GSTU954613 | $85,536.00 | D0550076669 |
| '5203718103001 | 09/28/2005 | 11/02/2005 | MLCU470768 | $135,741.60 | D0550036944 |
| '5203718105001 | 09/28/2005 | 10/18/2005 | NOSU445640 | $128,700.00 | D0550076669 |
| '5203718107001 | 09/28/2005 | 12/02/2005 | NOSU445640 | $374,472.00 | D0550076669 |
| '5203727242001 | 09/29/2005 | 10/19/2005 | 5WLX779 | $463,320.00 | D0550076669 |

## Exhibit A -- Summary Chart of Goods Sought to be Reclaimed

| Document # | Document Date | Due Date / Payment Date | Bill Of Lading | Total Amount | PO# |
|---|---|---|---|---|---|
| '5203727243001 | 09/29/2005 | 10/19/2005 | 5WLX841 | $160,160.00 | D0550076669 |
| '5203727236001 | 09/29/2005 | 12/02/2005 | GLDU040342 | $374,472.00 | D0550036717 |
| '5203727241001 | 09/29/2005 | 11/02/2005 | TOLU228192 | $135,741.60 | D0550036944 |
| '5203727240001 | 09/29/2005 | 11/02/2005 | TRLU465138 | $22,457.25 | D0550036717 |
| '5203727239001 | 09/29/2005 | 12/02/2005 | TRLU465138 | $374,472.00 | D0550036717 |
| '5203727238001 | 09/29/2005 | 10/19/2005 | TRLU479468 | $102,960.00 | D0550076669 |
|  |  |  |  |  | D0550076669 |
|  |  |  | TRLU479468 | $51,321.60 | D0550076669 |
|  |  |  | TRLU479468 | $68,428.80 | D0550076669 |
| '5203727237001 | 09/29/2005 | 11/02/2005 | TRLU618843 | $135,741.60 | D0550036944 |
| '5203736304001 | 09/30/2005 | 10/20/2005 | 5WLX940 | $303,160.00 | D0550076669 |
| '5203736306001 | 09/30/2005 | 10/20/2005 | 5WLY006 | $514,800.00 | D0550076669 |
| '5203736303001 | 09/30/2005 | 10/20/2005 | 5WLY113 | $514,800.00 | D0550076669 |
| '5203736305001 | 09/30/2005 | 10/20/2005 | 5WLY114 | $205,920.00 | D0550076669 |
| '5203757112001 | 10/04/2005 | 10/24/2005 | 5WLX941 | $514,800.00 | D0550076669 |
| '5203757128001 | 10/04/2005 | 10/24/2005 | 5WLY026 | $257,400.00 | D0550076669 |
| '5203757126001 | 10/04/2005 | 10/24/2005 | 5WLY266 | $205,920.00 | D0550076669 |
| '5203757125001 | 10/04/2005 | 10/24/2005 | 5WLY377 | $514,800.00 | D0550076669 |
| '5203757124001 | 10/04/2005 | 10/24/2005 | 5WLY471 | $283,140.00 | D0550076669 |
| '5203757113001 | 10/04/2005 | 10/24/2005 | 5WLY671 | $231,660.00 | D0550076669 |
| '5203782007001 | 10/07/2005 | 12/31/2049 | NOSU445470 | $204,682.50 | D0550036944 |
|  |  |  | NOSU445470 | $79,848.00 | D0550076669 |
| '5203782008001 | 10/07/2005 | 12/31/2049 | GATU403815 | $68,428.80 | D0550076669 |
|  |  |  |  | $68,428.80 | D0550076669 |
| '5203782009001 | 10/07/2005 | 12/31/2049 | CRXU451204 | $160,488.00 | D0550036717 |
| '5203782010001 | 10/07/2005 | 12/31/2049 | CRXU451204 | $76,982.40 | D0550036717 |
| '5203782011001 | 10/07/2005 | 12/31/2049 | 5WLY547 | $334,620.00 | D0550076669 |
| '5203782012001 | 10/07/2005 | 12/31/2049 | 5WLY674 | $411,840.00 | D0550076669 |
| '5203782024001 | 10/07/2005 | 12/31/2049 | TEXU492257 | $34,214.40 | D0550076669 |
| '5203782025001 | 10/07/2005 | 12/31/2049 | TEXU492257 | $167,467.50 | D0550076669 |
| '5203782026001 | 10/07/2005 | 12/31/2049 | TRLU431884 | $134,743.50 | D0550036944 |
| '5203782032001 | 10/07/2005 | 12/31/2049 | GSTU630689 | $134,743.50 | D0550036944 |

Total    **$15,077,160.75**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the 19th day of October 2005, I caused a true and correct copy of the

Notice of Reclamation Demand to be served by United States first-class mail to the parties on the

attached <u>Service List</u>.

Dated:  New York, New York
         October 19, 2005

/s/ John C.V. Katsanos

## SERVICE LIST

Akihiko Imaya Group
Sharp Electronics Corp
Deputy General Manager
26131 Chinomoto Cho Tenri
Nara, 632-8567
Japan

Ann Wagoner
Applied Bio Systems
850 Lincoln Centre Dr
Foster City, CA 94404

Barry Perry
Engelhard Corporation
101 Wood Ave
Iselin, NJ 08830

Brad Countryman
Salesman
ISI of Indiana Inc
1212 East Michigan St
Indianapolis, IN 46202

Brian Ruel
Timken Company
31100 Telegraph Rd Ste 270
Bingham Farms, MI 48025

Chet Korzeniewski
Fujitsu Ten Corporation
46029 Five Mile Rd
Plymouth, MI 48170

David Bader
HSS LLC
5446 Dixie Highway
Saginaw, MI 48601

Deirdre A Martini
Alicia M. Leonhard
United States Trustee
33 Whitehall Street
Suite 2100
New York, NY 10004

Albert Togut
Togut Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119

Attn: Insolvency Department
Internal Revenue Service
290 Broadway
5th Floor
New York, NY 10007

Bill Staron
Dmc 2 Canada Corporation
2347 Commercial Dr
Auburn Hills, MI 48326

Brent Mewhinney
Texas Instruments Inc
12900 North Meridian St
Suite 175, Ms 4070
Carmel, IN 46032

Bruce A Fassett
Carlisle Engineered Prods
100 Seventh Ave, Ste 100
Chardon, OH 44024

Clifford Trapani
JPMorgan Chase Bank NA
Loan and Agency Services Group
1111 Fannin, 10th Floor
Houston, TX 77002

David L Resnick
Rothchild Inc
1251 Avenue of the Americas
New York, NY 10020

Devin Denner
Sales Manager
Olin Corp
427 N Shamrock St
East Alton, IL 62024

Alps Automotive Inc
Muneki Mitch Ishida
1500 Atlantic Blvd
Auburn Hills, MI 48326

Attorney General Eliot Spitzer
Office of New York State
120 Broadway
New York City, NY 10271

Bjoern Goeke
Victory Packaging
3555 Timmons Lane
Suite 1440
Houston, TX 77027

Brian McGowan
Sales Manager
Corus Lp
496 Highway 35 Rr2
Pontypool, ON LOA 1KO
Canada

Burr & Forman LLP
Michael Leo Hal
420 North Twentieth Street
Suite 3100
Birmingham, AL 35203

Darrell Seitz
Senior Acct Mgr
Hitachi Automotive
955 Warwick Rd
Harrodsburg, KY 40330

David M Mcginnis
Murata Electronics North
2200 Lake Park Dr
Smyrna, GA 30080

Don Duda
President
Methode Electronics Inc
7401 W Wilson
Chicago, IL 60706

Donald Bernstein
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Dr Jurgen W Gromer
Tyco Electronics Corp
PO Box 3608
Harrisburg, PA  17105-3608

Frank H Avant
President
TDK Corporation of America
1221 Business Center Dr
Mount Prospect, IL  60056

Harold M Stratton
Strattec Security Corp
3333 West Good Hope Rd
Milwaukee, WI  53209

Hitachi Chemical Asia Pacific
Bedok Plant 20
Bedock South Rd
Singapore, 469277
Singapore

James Le
Kurtzman Carson Consultants
12910 Culver Blvd
Suite I
Los Angeles, CA  90066

Jim Offer
Pechiney Rolled Products
39111 W Six Mile Rd
Livonia, MI  48152

Joe Minville
Flextronics Intl Asia Pacific
2 Robbins Rd
Westford, MA  01886

Craig P. Rieders, Esq.
Genovese Joblove & Battista, P.A.
100 S.E. 2nd Street, Suite 4400
Miami, FL 33131
Counsel for Ryder Integrated Logistics, Inc.

Douglas Bartner Jill Frizzley
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022

Dr Jurgen W Gromer
Tyco Electronics Corp
Amperestrabe 1214
Bensheim, D-64625
Germany

Gary Thoe
Chairman
Waupaca Foundry Inc
311 S Tower Rd
Waupaca, WI  54981

Hironobu Ono
Cataler North America Corp
7800 Chihama
Kakegawa-City Shizuoka
Japan

Infineon Technologies
StMartinStrasse 53
Munich, 81669
Germany

Jeffrey Cohen
Pension Benefit Guaranty Corporation
1200 K Street NW
Suite 340
Washington, DC 20005

Jim Trent
NEC Electronics Inc
Three Galleria Tower
13155 Noel Rd Ste 1100
Dallas, TX  75240

Joel Robinson, President
Bob Finn, CEO
American Axle & Mfg Inc
One Dauch Dr
Detroit, MI  48211

John Nielsen
Dir Sales
TRW Automotive
12000 Tech Center Dr
Livonia, MI  48150

Dr Jurgen W Gromer
Tyco Electronics Corp
PO Box 3608
Harrisburg, PA  17105

Ed Mike
Sales Manager
Solectron de Mexico SA de CV
Solectron Invotronics
26525 American Dr
Southfield, MI  48034

Gordon Diag
PBR Automotive USA Pacific Group
140 Ellen Dr
Orion Township, MI  48359

Hitachi Automotive
34500 Grand River Ave
Farmington Hills, MI  48335

James D Clark
IUE Comm Workers of America
501 3rd St NW 6th Floor
Washington, DC  20001

Gordon J. Toering, Esq.
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503
Attorneys for Robert Bosch Corporation

Joe M Dorris
President
Futaba Corp of America
2865 Wall Triana Hwy
Huntsville, AL  35824

John Devine
General Motors Corporation
300 Renaissance Center
PO Box 300
Detroit, MI  48265

John Wm Butler, J Lyons,
R Meisler
Skadden Arps Slate Meagher & Flom
333 W Wacker Dr
Suite 2100
Chicago, IL  60606

Kayalyn A Marafioti, Thomas J Matz
Skadden Arps Slate Meagher & Flom
4 Times Square
New York, NY  10036

Kenji Ito-VP, Larry Khaykin
Aw Transmission Eng Aisin Seiki Co
Metro West Industrial Park
14933 Keel St
Plymouth, MI  48170

Kenneth S Ziman, Robert H Trust
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017

Khuyen Ta
JPMorgan Chase Bank NA
Agent Bank Services Group
1111 Fannin, 10th Floor
Houston, TX  77002

Lance Williams
Director of Sales
Semiconductor Components
2000 S County Trail
East Greenwich, RI  02818

Leo W Gerard
United Steel Workers
5 Gateway Center
Pittsburgh, PA  15222

Linda Lynch
Robert Bosch Corporation
38000 Hills Tech Dr
Farmington Hills, MI  48331

Lonie A Hassel
Groom Law Group
1701 Pennsylvania Avenue NW
Washington, DC  20006

Martin J Bienenstock
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Michael Rudnicki
Niles USA Inc
41129 Jo Dr
Novi, MI  48375

Patrick Healy
Law Debenture Trust Company of NY
780 Third Ave, 31st Fl
New York, NY  10017

Paul Grimme
Freescale Semiconductor Inc
6501 William Cannon Dr West
Austin, TX  78735

Peter Bauer, EVP
Infineon Technologies
PO Box 80 09 49
Munich, 81609
Germany

Jeannette Eisan Hinshaw, Esq.
Bose McKinney & Evans LLP
135 N. Pennsylvania Street, Suite 2700
Indianapolis, IN 46204
Decatur Plastics Products, Inc.

Peter H Huizinga
Siemens Automotive Ltd
2400 Executive Hill Blvd
Auburn Hills, MI  48326

Pioneer Indl Comp
Auto Electr Sales Inc
Kevin M Martin, SVP
22630 Haggerty Rd
Farmington, MI  48335

Ralph Seibt
Sales Manager
Westwood Associates Inc
612 Willers Farm Rd
Milford, CT  06460

Randall S Eisenberg
FTI Consulting Inc
3 Times Square
11th Floor
New York, NY  10036

Reorganization Branch
Securities and Exchange Commission
233 Broadway
New York, NY  10279

Richard Shoemaker
United Auto Workers
8000 E Jefferson
Detroit, MI  48214

Robert Caruso
FTI Consulting Inc
333 West Wacker Drive
Suite 600
Chicago, IL  60606

Robert Siegel
O'Melveny & Meyer LLP
400 South Hope Street
Los Angeles, CA  90071

Ron Schubel
Molex Inc
222 Wellington Court
Lisle, IL  60532

Russ Pollack
Director of Sales
Traxle Mfg Ltd
25300 Telegraph Rd, Ste 450
Raleigh Office Center
Southfield, MI  48034

Sam L Trency
Philips Semiconductors
1817 Dogwood Dr
Kokomo, IN  46902

Scott Dekoker
Autocam Corporation
East Paris Ave
Kentwood, MI  49512

Scott King
FTI Consulting Inc
Park One Center
6100 Oaktree Blvd, Suite 200
Cleveland, OH  44131

Scott Shilling
Sales Director
SGS Thompson
Victor Park West
19575 Victor Parkway
Livonia, MI  48152

Ted B Opie
General Electric Company
Two Towne Square
Southfield, MI  48076

Tom A Jerman, Rachel Janger
O'Melveny & Meyer LLP
1625 Eye Street NW
Washington, DC  20006

Vince Sarrecchia
Panasonic Automotive
26455 American Dr
Southfield, MI  48034

Muneki Ishida
Alps Automotive Inc.
1500 Atlantic Blvd.
Auburn Hills, MI 48326

Chester B. Salomon, Esq.
Constantine D. Pourakis, Esq.
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, New York 10022
Attorneys for Wamco, Inc.

Joseph J. Vitale, Esq.
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, New York 10036

Richard M. Kremen, Esq.
Maria Ellena Chavez-Ruark, Esq.
DLA Piper Rudnick Gray Cary US LLP
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600

Kathleen M. Miller
Smith, Katzenstein & Furlow
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Counsel for Airgas, Inc.

Sean Corcoran
Karen Craft
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098

Thomas F Maher
R Duker
G Russello
JPMorgan Chase Bank NA
270 Park Avenue
New York, NY  10017

Tracy Delcampo
Calsonic N America Inc
27000 Hills Tech Court
Farmington Hills, MI  48331

Y Yokoya
Hitachi Chemical Asia Pacific
Loyang Plant 32
Loyang Way
Singapore, 508730
Singapore

Kevin M. Martin, Senior VP Sales
Pioneer Industrial Components (Pioneer
Automotive Electronic Sales, Inc.)
22630 Haggerty Road
Farmington, MI 48335

Paul M. Baisier, Esq.
Seyfarth Shaw LLP
1545 Peachtree Street, N.E., Suite 700
Atlanta, GA 30309-2401
Attorneys for Murata Electronics North

Elizabeth Weller, Esq.
Linebarger Goggain Blair & Sampson,
LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Elizabeth L. Abdelmasieh, Esq.
Norris McLaughlin & Marcus
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Attorneys for Rotor Clip Company, Inc.

Mr. David Boyle
Airgas, Inc.
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA 19087-8675

Steven M Cimalore
Wilmington Trust Company
1100 N Market St
Rodney Square N
Wilmington, DE  19890

Tim Kuppler
Vice President
TI Group Automotive System
12345 E Nine Mile
Warren, MI  48090

Vilma Francis
JPMorgan Chase Bank NA
270 Park Avenue
New York, NY  10017

Ryo Ishibashi
Kenji Ito
Larry Khayhin, Sr.
Metro West Industrial Park
14933 Keel Street
Plymouth, MI 48170

Robert Egan
Victory Packaging
3555 Timmons Lane
Suite 1440
Houston, TX 77027

Robert W. Dremluk, Esq.
Seyfarth Shaw LLP
1270 Avenue of the Americas, Suite
2500
New York, New York 10020-1801
Attorneys for Murata Electronics North

Mark Lee
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

Michael K. McCrory/Wendy D. Brewer
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204
Counsel to Gibbs Die Casting
Corporation

Davor Rukavina, Esq.
Munsch Hardt Kopf & Harr, P.C.
4000 Fountain Place
1445 Ross Avenue
Dallas, TX 75202-2790
Attorneys for Texas Instruments Incorporated

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, New York 10022
Attorneys for Blue Cross and Blue Shield of
Michigan

Jeffrey M. Levinson, Esq.
Leah M. Caplan, Esq.
Margulies & Levinson, LLP
30100 Chagrin Blvd., Suite 250
Pepper Pike, OH 44124
Counsel for Venture Plastics Inc.

Patrick Mears, Esq.
Barnes & Thornburg LLP
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, MI 49503
Counsel to Autocam Corp. and Bank of
America Leasing & Capital, LLC

2551461v2