Lawrence M. Schwab, Esq. (Calif. Bar No. 085600)
Thomas M. Gaa, Esq. (Calif. Bar No. 130720)
BIALSON, BERGEN & SCHWAB
2600 El Camino Real, Suite 300
Palo Alto, California 94306
Telephone: (650) 857-9500
Facsimile: (650) 494-2738

Counsel for VERITAS Software Corporation

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
                                                                    :
In re:                                                              :   Chapter 11 Case No.
                                                                    :
**DELPHI CORPORATION, et al.,**                                     :   05-44481 (RDD)
                                                                    :
          Debtors.                                                  :   (Jointly Administered)
                                                                    :
------------------------------------------------------------------- x

**NOTICE OF RECLAMATION DEMAND
OF VERITAS SOFTWARE CORPORATION**

    **PLEASE TAKE NOTICE** that VERITAS Software Corporation ("Veritas"), by and through its undersigned counsel, hereby give notice that on October 19, 2005 Veritas served written demand of its demand for reclamation, a true copy of which is attached hereto as Exhibit A and incorporated herein by this reference.

Dated: October 19, 2005
   Palo Alto, California

                BIALSON, BERGEN & SCHWAB


            By: /s/ Thomas M. Gaa
              Thomas M. Gaa, Esq. (TG1041)
              2600 El Camino Real, Suite 300
              Palo Alto, California 94306
              Telephone: (650) 857-9500
              Facsimile: (650) 494-2738
              Email: tgaa@bbslaw.com

            Counsel for VERITAS Software Corporation