# BIALSON, BERGEN & SCHWAB
### ATTORNEYS AT LAW
#### A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CALIFORNIA 94306

TELEPHONE
(650) 857-9500

FACSIMILE
(650) 494-2738

E-MAIL: atty@bbslaw.com

SEYMOUR BERGEN
(1923-2003)

October 19, 2005

**Via FedEx and Fax (248) 813-2670**
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098-2815

**Via First-Class U.S. Mail**
Delphi Automotive Systems
1441 W. Long Lake Road
Troy, MI 48098
Attn: Mike McCaustland

**Via First-Class U.S. Mail**
Delphi Automotive Systems
2328 E. Genesee
Saginaw, MI 48601
Attn: Wayne Pretzer

**Via FedEx and Fax (312) 407-0411 and (212) 735-2000**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn.   John Wm. Butler, Esq.
        Kayalyn A. Marafioti, Esq.

Re:   **In re Delphi Corporation et. al., Case No. 05-44481 (RDD) (Jointly Administered)**

Dear Gentlemen:

This firm is counsel to VERITAS Software Corporation ("Veritas"). Pursuant to Section 2-702 of the Uniform Commercial Code as codified under applicable state law and 11 U.S.C. Section 546(c), and without waiving any other rights, remedies or claims, Veritas hereby demands the return of all goods ("Goods") of any kind or character received by Delphi Corporation, Delphi Automotive Systems and/or any of their subsidiaries, affiliated and other related entities (collectively "Delphi") from Veritas, including, without limitation, those Goods shipped, delivered and received by Delphi as set forth in the Delphi purchase orders and Veritas invoices attached hereto for your convenience.

By this letter you are instructed to immediately inventory the Goods and keep the Goods segregated from all other inventory, machinery and equipment. Further, you are not permitted to use, sell, encumber or transfer the Goods to any other party.

Please contact the undersigned to arrange for the immediate return of the Goods.

Very truly yours,
BIALSON, BERGEN & SCHWAB

Thomas M. Gaa

W:\V0062\149\ltr\101905DelphiDemand.wpd



VERITAS Software Global LLC
350 Ellis Street
Mountain View, CA 94043
United States
Hotline: (Toll Free) 877.202.3007
Fax: 650.527.4119
Email: credit@veritas.com
Taxpayer ID #59-2878624

## INVOICE

| NUMBER | |
|---|---|
| 101135269 | |
| DATE | PAGE |
| 27-SEP-05 | 1 of 1 |
| PURCHASE ORDER NUMBER | |
| 450140729 | |
| OUR REFERENCE | |
|  | |
| VERITAS SALES ORDER NUMBER | |
| 100148329 | |
| CUSTOMER NUMBER | LOCATION REF. |
| 27944 | BT-TROY-MI-1644 |

BILL TO:
MIKE MCCAUSTLAND
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

SHIP TO:
MIKE MCCAUSTLAND
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

REMIT TO:
P.O. Box 91936
CHICAGO IL 60693
United States

| SHIP DATE | SHIP VIA | SHIPPING REFERENCE | |
|---|---|---|---|
| 27-SEP-05 | ELECTRONIC | ELECTRONIC | |
| TERMS | DUE DATE | SALESPERSON | BUYER |
| Net 60 | 26-NOV-05 | RISHOI, JAN | MIKE MCCAUSTLAND |

| LINE NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | TAX % | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | W130258-0002 Effective From 27-SEP-05 To 26-SEP-06 Extended Support for A130258 Backup Exec.Windows.Servers.v10.License | 1 | 1 | | 155.55 | 155.55 |
| 2 | A130258-000000 Backup Exec.Windows.Servers.v10.License | 1 | 1 | | 596.25 | 596.25 |
| 3 | W131278-0002 Effective From 27-SEP-05 To 26-SEP-06 Extended Support for A131278 Backup Exec.Windows.Microsoft Exchange Server Agent with Client Access License.v10.License | 4 | 4 | | 194.65 | 778.60 |
| 4 | A131278-000000 Backup Exec.Windows.Microsoft Exchange Server Agent with Client Access License.v10.License | 4 | 4 | | 746.25 | 2,985.00 |

| COMMENTS | SUBTOTAL | TAX % | TAX TOTAL | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|---|---|
| | 4,515.40 | 0% | 0.00 USD | 0.00 | 4,515.40 USD |

59-2878624

# DELPHI

Delphi

Page 1 of 4

**Buyer:**
Delphi
5725 Delphi Dr.
TROY MI 48098

**Purchase Order**

PO Number: 450140729
Version: 23-Sep-2005 14:49:22
Date Issued: 23-Sep-2005

Delivery date: 31-DEC-2005

VERITAS SOFTWARE CORP
100 BLOOMFIELD HILLS PKY
1ST FL
BLOOMFIELD HILLS MI 48304

Vendor No: 1018728
DUNS No: 032058435
Payment Terms: ZMN2    Currency: USD
Payment settled on 2nd, 2nd Month
Incoterms: FOB-Freight Collect

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant | | |
|---|---|---|---|---|---|
| | Description | | Requester | | |
| 00010 | PR10224860 00010 | 1.000 | EW01 DELPHI A WORLD HEADQUARTERS |
| | BACKUP EXEC, WINDOWS, SERVERS, V10 | | MCAUSTLAND |
| | LICENSE - VENDOR P/N: A130258-000000 | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 31-DEC-2005 | 1.000 | 596.25 | 1 | EA | 596.25 |
| Net Line Item Value | | | | USD | 596.25 |

Deliver To: Delphi Corporation, Northfield Crossing
1441 W. Long Lake Rd. -M. MCCAUSTLAN, TROY, MI, 48098, USA

| 00020 | PR10224860 00020 | 1.000 | EW01 DELPHI A WORLD HEADQUARTERS |
| | BACK UP EXEC, WINDOWS, SERVERS, V10 | | MCAUSTLAND |
| | EXTENDED SUPPORT, 1YR 24X7 |
| | P/N: W130258-000212 |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 31-DEC-2005 | 1.000 | 155.55 | 1 | EA | 155.55 |
| Net Line Item Value | | | | USD | 155.55 |

Purchasing Contact: Volpp, Mark
Phone: 248-813-1287
Fax: 248-813-1744

Contact Address:
Delphi Headquarters IT
5820 Delphi Dr.,
TROY MI 48098

Date and Time Printed: 23-Sep-2005 14:49:22

00148339

# DELPHI

_____ Delphi

Page 2 of 4

VERITAS SOFTWARE CORP
100 BLOOMFIELD HILLS PKY
1ST FL
BLOOMFIELD HILLS MI 48304

**Purchase Order**

PO Number
450140729

Date Issued
23-Sep-2005

Version
23-Sep-2005 14:49:22

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester |
|---|---|---|---|

Deliver To: Delphi Corporation, Northfield Crossing
1441 W. Long Lake Rd.- M. MCCAUSTLA, TROY, MI, 48098, USA

00030   PR10224860 00030                             4.000   EW01 DELPHI A   WORLD HEADQUARTERS
BACK UP EXEC, WINDOWS EXCHANGE AGENT                         MCAUSTLAND
(CAL), V10, LICENSE
P/N: AJ31278-000000

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 31-DEC-2005 | 4.000 | 746.25 | 1 | EA | 2,985.00 |
| Net Line Item Value | | | | USD | 2,985.00 |

Deliver To: Delphi Corporation, Northfield Crossing
1441 W. Long Lake Rd.- M. MCCAUSTLA, TROY, MI, 48098, USA

00040   PR10224860 00040                             4.000   EW01 DELPHI A   WORLD HEADQUARTERS
BACK EXEC, WINDOWS, EXCHANGE AGENT                           MCAUSTLAND
(CAL) FOR WINDOWS OR NETWARE SERVERS,
V10, LICENSE EXTENDED SUPPORT, 1 YR 24X7, P.N.: wJ31278-000212

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 31-DEC-2005 | 4.000 | 194.65 | 1 | EA | 778.60 |
| Net Line Item Value | | | | USD | 778.60 |

Deliver To: Delphi Corporation, Northfield Crossing
1441 W. Long Lake Rd.- M. MCCAUSTLA, TROY, MI, 48098, USA

| Total net value | USD | 4,515.40 |
|---|---|---|

**Notes**

Reference Quote #50030603-0

If this PO is in error, please advise the Purchasing Contact listed on the first page before shipping.

T'S & C'S ON FILE APPLY

Terms and Conditions on file at Delphi and Supplier apply.

INVOICE REQUIRED

Certain non-tangible items in this order require an invoice for payment processing. Send an invoice for those items to:
Mike McCausland
Delphi Corporation
1441 W. Long Lake Rd.
Troy, MI 48098
MC: 480-415-220

# DELPHI

_____ Delphi

Page 3 of 4

VERITAS SOFTWARE CORP
100 BLOOMFIELD HILLS PKY
1ST FL
BLOOMFIELD HILLS MI 48304

**Purchase Order**

PO Number
450140729
Version
23-Sep-2005 14:49:22

Date Issued
23-Sep-2005

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

**Notes Continued:**

GENERAL SHIPPING AND DISBURSEMENTS

**********GENERAL SHIPPING INSTRUCTIONS ********************************************
Delphi will only pay shipping costs if you comply with the following instructions.

SHIPMENTS WEIGHING LESS THAN 150 LBS:
All shipments under 150 pounds shall be shipped via UPS using "Consignee Billing" method. Contact UPS at 1-800-354-7527 to verify "Deliver to" address on the face of this PO is recognized by UPS as a Delphi address. If the address is not acknowledged by UPS, contact "Purchasing Contact" before shipping.

SHIPMENTS WEIGHING 150 LBS OR MORE:
All shipments of 150 pounds or more shall be shipped freight collect via Central Transport. Contact Central Transport at (800) 221-9602 to arrange pickup and verify billing.

All shipments are to be 3-day ground transportation unless specific priority shipping authorization is provided by delphi.

************************************* GENERAL PAYMENT AND DISBURSEMENTS INFORMATION **********************************
Any questions regarding payment or disbursement related issues should be directed to: Delphi Disbursements-Customer Center (248) 874-4636.

Note: This order will pay on receipt. Please do not send an invoice unless specifically requested on the order. This is an invoice less system, which generates payment, based on receipt.

SALES AND USE TAX EXEMPTION

Do not bill Sales or Use Tax on items delivered to all Deliver To locations within the states listed below.

Delphi Automotive Systems, LLC ("Delphi") holds Direct Pay Authority with the states listed below. As a result, in all of the identified states Delphi will remit directly to taxing authorities, all Sales or Use Tax liability related to its purchase and use of tangible personal property and services.

Listed by state are the Direct Pay permit or Sales Tax license numbers for the eleven (11) states where Delphi holds Direct Pay Authority.

Mississippi     4375
New Jersey      383-431-131/000
Michigan        38-3431131
New York        dp-3487
Alabama         805
Georgia         300-45870-8
Indiana         1018702130011
Kansas          98-0003a
Texas           1-38-3431131-1
Ohio            98-002667
Wisc            wdp-99-01-010037

For those states not identified above, please submit an invoice highlighting the tax liability to:
Delphi Disbursements

# DELPHI

_____ Delphi

Page 4 of 4

VERITAS SOFTWARE CORP
100 BLOOMFIELD HILLS PKY
1ST FL
BLOOMFIELD HILLS MI 48304

**Purchase Order**

PO Number
450140729
Version
23-Sep-2005 14:49:22

Date Issued
23-Sep-2005

| Item No. | Material No/Item Identifier No. Description | Total Order Quantity | Plant Requester |
|---|---|---|---|

**Notes Continued:**
PO Box 1550
Flint, MI 48501-1550
Attn: Sales Tax Processing

ON-LINE PAYMENT STATUS INFORMATION
You can now view payment status on-line using e-Dacor. You may go to the website at www.Delphi.com clicking on "Suppliers" in the header & information about payment visibility (e-Dacor-payment status)on supplier page to find out how to get yourself set up.

REMITTANCE INSTRUCTIONS
If this is your first purchase order with Delphi under this DUNs Number or your remittance information has changed, you need to establish a payment link with the following:
Delphi Corporation EAG Disbursements Center
Vendor Name and Address Group
16 E. Judson St.
Pontiac, MI 48342-2205
Attn: The UNA Work Group
Fax 602-797-6513

You will need to provide a copy of invoice or letterhead showing, company name, correct remittance and correspondence addresses, contract number and "ship from" DUNs Number.

To request EFT agreement forms go to website at www.Delphi.com clicking on "Suppliers" in the header, then click "Supplier Community Portal" & then click on "Supplier Standards" on supplier page.



VERITAS Software Global LLC
350 Ellis Street
Mountain View, CA 94043
United States
Hotline: (Toll Free) 877.202.3007
Fax: 650.527.4119
Email: credit@veritas.com
Taxpayer ID #59-2878624

# INVOICE

| NUMBER | |
|---|---|
| 101136191 | |
| DATE | PAGE |
| 28-SEP-05 | 1 of 1 |
| PURCHASE ORDER NUMBER | |
| 450140724 | |
| OUR REFERENCE | |
| | |
| VERITAS SALES ORDER NUMBER | |
| 100148531 | |
| CUSTOMER NUMBER | LOCATION REF. |
| 27944 | BT-SAGINAW-MI-8 |

**BILL TO:**
DELPHI AUTOMOTIVE SYSTEMS
2328 E GENESEE
SAGINAW MI 48601
United States

**SHIP TO:**
WAYNE PRETZER
DELPHI AUTOMOTIVE SYSTEMS
DELPHI E & C SAGINAW
2338 E GENESEE AVE
SAGINAW MI 48601
United States

**REMIT TO:**
P.O. Box 91936
CHICAGO IL 60693
United States

| SHIP DATE | SHIP VIA | SHIPPING REFERENCE | |
|---|---|---|---|
| 28-SEP-05 | FEDEX | 671423957884 | |
| TERMS | DUE DATE | SALESPERSON | BUYER |
| Net 60 | 27-NOV-05 | RISHOI, JAN | |

| LINE NO. | DESCRIPTION | QUANTITY ORDERED | SHIPPED | TAX % | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | W130258-0002  Effective From 28-SEP-05 To 27-SEP-06 Extended Support for A130258 Backup Exec,Windows,Servers,v10,License | 1 | 1 | | 155.55 | 155.55 |
| 2 | A130258-000000 Backup Exec,Windows,Servers,v10,License | 1 | 1 | | 596.25 | 596.25 |
| 3 | W131298-0002  Effective From 28-SEP-05 To 27-SEP-06 Extended Support for A131298 Backup Exec,Windows,Microsoft SQL Server Agent with Client Access License,v10,License | 1 | 1 | | 194.65 | 194.65 |
| 4 | A131298-000000 Backup Exec,Windows,Microsoft SQL Server Agent with Client Access License,v10,License | 1 | 1 | | 746.25 | 746.25 |

| COMMENTS | SUBTOTAL | TAX % | TAX TOTAL | SHIPPING/ HANDLING | TOTAL |
|---|---|---|---|---|---|
| | 1,692.70 | 0% | 0.00 | 0.00 | 1,692.70 |
| | | | USD | | USD |

59-2878624

# DELPHI

Energy & Chassis Systems

Page 1 of 3

**Buyer:**
DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098

**Deliver to:**
DELPHI E & C SAGINAW
2338 E. GENESEE AVE.
SAGINAW MI 48601

VERITAS SOFTWARE CORP
100 BLOOMFIELD HILLS PKY
1ST FL
BLOOMFIELD HILLS MI 48304

**Purchase Order**

| PO Number | Date Issued |
|---|---|
| 450140724 | 23-Sep-2005 |

Version
23-Sep-2005 14:33:56

Delivery date: 30-SEP-2005

Vendor No: 1018728
DUNS No: 032058435

**Payment Terms:** ZMN2    **Currency:** USD
Payment settled on 2nd, 2nd Month

**Incoterms:** FOB- Freight Collect

| Item No. | Material No/Item Identifier No. | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |
| 00010 | PR10224658 00010 | 1.000 | HE01 DELPHI E & C SAGINAW |
| | VERITAS SOFTWARE FOR HP SERVER | | W. PRETZER |

QUOTE #50022402-0. PART #'S A130258-0000
A131298-000000,W130258-000212,W131298-21

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 30-SEP-2005 | 1.000 | 1,692.70 | 1 | PC | 1,692.70 |
| Net Line Item Value | | | | USD | 1,692.70 |

| Total net value | | USD | 1,692.70 |
|---|---|---|---|

**Notes:**
Reference Quote #50022402-1 dated 9/21/05

If this PO is in error, please advise the Purchasing Contact listed on the first page before shipping.

Purchasing Contact: Volpp, Mark
Phone: 248-813-1287
Fax: 248-813-1744

Contact Address:
Delphi Headquarters IT
5820 Delphi Dr.,
TROY MI 48098

Date and Time Printed: 23-Sep-2005 14:33:56

1001485/

# DELPHI

_____ Energy & Chassis Systems

Page 2 of 3

| VERITAS SOFTWARE CORP<br>100 BLOOMFIELD HILLS PKY<br>1ST FL<br>BLOOMFIELD HILLS MI 48304 | **Purchase Order** |
|---|---|
| | PO Number: 450140724<br>Version 23-Sep-2005 14:33:56 | Date Issued: 23-Sep-2005 |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| Description | | | Requester |

**Notes Continued:**

T'S & C'S ON FILE APPLY

Terms and Conditions on file at Delphi and Supplier apply.

INVOICE REQUIRED

Certain non-tangible items in this order require an invoice for payment processing. Send an invoice for those items to:
Wayne Pretzer
Delphi
2328 E. Genesee
Saginaw, MI 48601

GENERAL SHIPPING AND DISBURSEMENTS

**************GENERAL SHIPPING INSTRUCTIONS ************************************
Delphi will only pay shipping costs if you comply with the following instructions.

SHIPMENTS WEIGHING LESS THAN 150 LBS:
All shipments under 150 pounds shall be shipped via UPS using "Consignee Billing" method. Contact UPS at 1-800-354-7527 to verify "Deliver to" address on the face of this PO is recognized by UPS as a Delphi address. If the address is not acknowledged by UPS, contact "Purchasing Contact" before shipping.

SHIPMENTS WEIGHING 150 LBS OR MORE:
All shipments of 150 pounds or more shall be shipped freight collect via Central Transport. Contact Central Transport at (800) 221-9602 to arrange pickup and verify billing.

All shipments are to be 3-day ground transportation unless specific priority shipping authorization is provided by delphi.

************************************ GENERAL PAYMENT AND DISBURSEMENTS INFORMATION ************************************
Any questions regarding payment or disbursement related issues should be directed to: Delphi Disbursements-Customer Center (248) 874-4636.

Note: This order will pay on receipt. Please do not send an invoice unless specifically requested on the order. This is an invoice less system, which generates payment, based on receipt.

SALES AND USE TAX EXEMPTION

Do not bill Sales or Use Tax on items delivered to all Deliver To locations within the states listed below.

Delphi Automotive Systems, LLC ("Delphi") holds Direct Pay Authority with the states listed below. As a result, in all of the identified states Delphi will remit directly to taxing authorities, all Sales or Use Tax liability related to its purchase and use of tangible personal property and services.

Listed by state are the Direct Pay permit or Sales Tax license numbers for the eleven (11) states where Delphi holds Direct Pay Authority.

Mississippi 4375

# DELPHI

# DELPHI

_____ Energy & Chassis Systems

Page 3 of 3

| VERITAS SOFTWARE CORP<br>100 BLOOMFIELD HILLS PKY<br>1ST FL<br>BLOOMFIELD HILLS MI 48304 | **Purchase Order**<br>PO Number: 450140724<br>Version: 23-Sep-2005 14:33:56 | Date Issued: 23-Sep-2005 |

| Item No. | Material No/Item Identifier No. | Total Order Quantity | Plant |
| --- | --- | --- | --- |
| | Description | | Requester |

**Notes Continued:**

| New Jersey | 383-431-131/000 |
| Michigan | 38-3431131 |
| New York | dp-3487 |
| Alabama | 805 |
| Georgia | 300-45870-8 |
| Indiana | 1018702130011 |
| Kansas | 98-0003a |
| Texas | 1-38-3431131-1 |
| Ohio | 98-002667 |
| Wisc. | wdp-99-01-010037 |

For those states not identified above, please submit an invoice highlighting the tax liability to:
Delphi Disbursements
PO Box 1550
Flint, MI 48501-1550
Attn: Sales Tax Processing

ON-LINE PAYMENT STATUS INFORMATION
You can now view payment status on-line using e-Dacor. You may go to the website at www.Delphi.com clicking on "Suppliers" in the header & information about payment visibility (e-Dacor-payment status)on supplier page to find out how to get yourself set up.

REMITTANCE INSTRUCTIONS
If this is your first purchase order with Delphi under this DUNs Number or your remittance information has changed, you need to establish a payment link with the following:
Delphi Corporation EAG Disbursements Center
Vendor Name and Address Group
16 E. Judson St.
Pontiac, MI 48342-2205
Attn: The UNA Work Group
Fax 602-797-6513

You will need to provide a copy of invoice or letterhead showing, company name, correct remittance and correspondence addresses, contract number and "ship from" DUNs Number.

To request EFT agreement forms go to website at www.Delphi.com clicking on "Suppliers" in the header, then click "Supplier Community Portal" & then click on "Supplier Standards" on supplier page.



VERITAS Software Global LLC
350 Ellis Street
Mountain View, CA 94043
United States
Hotline: (Toll Free) 877.202.3007
Fax: 650.527.4119
Email: credit@veritas.com
Taxpayer ID #59-2878624

## INVOICE

| NUMBER | |
|---|---|
| 101138468 | |
| DATE | PAGE |
| 30-SEP-05 | 1 of 1 |
| PURCHASE ORDER NUMBER | |
| 450142070 | |
| OUR REFERENCE | |
| | |
| VERITAS SALES ORDER NUMBER | |
| 100151541 | |
| CUSTOMER NUMBER | LOCATION REF. |
| 27944 | BT-TROY-MI-1644 |

**BILL TO:**
MIKE MCCAUSTLAND
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

**SHIP TO:**
MIKE MCCAUSTLAND
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

**REMIT TO:**
P.O. Box 91936
CHICAGO IL 60693
United States

| SHIP DATE | SHIP VIA | SHIPPING REFERENCE | |
|---|---|---|---|
| 30-SEP-05 | ELECTRONIC | ELECTRONIC | |
| TERMS | DUE DATE | SALESPERSON | BUYER |
| Net 60 | 29-NOV-05 | RISHOI, JAN | MIKE MCCAUSTLAND |

| LINE NO. | DESCRIPTION | QUANTITY ORDERED | SHIPPED | TAX % | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | W130258-0002  Effective From 30-SEP-05 To 29-SEP-06 Extended Support for A130258 Backup Exec,Windows,Servers,v10,License | 2 | 2 | | 155.55 | 311.10 |
| 2 | A130258-000000 Backup Exec,Windows,Servers,v10,License | 2 | 2 | | 596.25 | 1,192.50 |
| 3 | W131278-0002  Effective From 30-SEP-05 To 29-SEP-06 Extended Support for A131278 Backup Exec,Windows,Microsoft Exchange Server Agent with Client Access License,v10,License | 2 | 2 | | 194.65 | 389.30 |
| 4 | A131278-000000 Backup Exec,Windows,Microsoft Exchange Server Agent with Client Access License,v10,License | 2 | 2 | | 746.25 | 1,492.50 |
| 5 | W131338-0002  Effective From 30-SEP-05 To 29-SEP-06 Extended Support for A131338 Backup Exec,Windows,Remote Agent (CAL) for Windows or Netware Servers,v10,License | 3 | 3 | | 57.80 | 173.40 |
| 6 | A131338-000000 Backup Exec,Windows,Remote Agent (CAL) for Windows or Netware Servers,v10,License | 3 | 3 | | 221.25 | 663.75 |

| COMMENTS | SUBTOTAL | TAX % | TAX TOTAL | SHIPPING/ HANDLING | TOTAL |
|---|---|---|---|---|---|
| | 4,222.55 | 0% | 0.00 USD | 0.00 | 4,222.55 USD |

59-2878624

# DELPHI

_____ Delphi

Page 1 of 4

**Buyer:**
Delphi
5725 Delphi Dr.
TROY MI 48098

**Purchase Order**

PO Number: 450142070
Version: 27-Sep-2005 13:24:08

Date Issued: 27-Sep-2005

**Deliver to:**
Delphi Corporation
Northfield Crossing
1441 W. Long Lake Rd.- M. McCaustla
TROY MI 48098

Delivery date: 31-DEC-2005

VERITAS SOFTWARE CORP
100 BLOOMFIELD HILLS PKY
1ST FL
BLOOMFIELD HILLS MI 48304

Vendor No: 1018728
DUNS No: 032058435

Payment Terms: ZMN2          Currency: USD
Payment settled on 2nd, 2nd Month
Incoterms: FOB-Freight Collect

| Item No. | Material No/Item Identifier No. Description | Total Order Quantity | Plant Requester | | |
|---|---|---|---|---|---|
| 00010 | PR10195793 00010 BACKUP EXEC, WINDOWS, REMOTE AGENT (CAL) FOR WIND/NETWARE, V10. LIC VENDOR: A131338-000000 | 3.000 | EW01 DELPHI A  WORLD HEADQUARTERS MC CAUSTLAND | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 31-DEC-2005 | 3.000 | 221.25 | 1 | EA | 663.75 |
| Net Line Item Value | | | | USD | 663.75 |

| 00020 | PR10195793 00020 BACKUP EXEC, WINDOWS, REMOTE AGENT (CAL) FOR WINDOWS OR NETWARE SERVERS, V10 LICENSE EXTENDED SUPPORT, 1 YR 24X7 VENDOR PART NUMBER: W131338-000212 | 3.000 | EW01 DELPHI A  WORLD HEADQUARTERS MC CAUSTLAND | | |
|---|---|---|---|---|---|

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 31-DEC-2005 | 3.000 | 57.80 | 1 | EA | 173.40 |
| Net Line Item Value | | | | USD | 173.40 |

Purchasing Contact: Volpp, Mark
Phone: 248-813-1287
Fax: 248-813-1744

Contact Address:
Delphi Headquarters IT
5820 Delphi Dr.,
TROY MI 48098

Date and Time Printed: 27-Sep-2005 13:24:08

# DELPHI

_____ Delphi

Page 2 of 4

| VERITAS SOFTWARE CORP<br>100 BLOOMFIELD HILLS PKY<br>1ST FL<br>BLOOMFIELD HILLS MI 48304 | **Purchase Order** |
|---|---|
| | PO Number<br>450142070<br>Version<br>27-Sep-2005 13:24:08     Date Issued<br>27-Sep-2005 |

| Item No. | Material No/Item Identifier No<br>Description | Total Order Quantity | Plant<br>Requester |
|---|---|---|---|
| 00030 | PR10195793 00030<br>BACKUP EXEC, WINDOWS, EXCHANGE AGENT ( CAL), V10, LICENSE - VENDOR P/N: A131278-000000 | 2.000 | EW01 DELPHI A WORLD HEADQUARTERS<br>MC CAUSTLAND |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 31-DEC-2005 | 2.000 | 746.25 | 1 | EA | 1,492.50 |
| Net Line Item Value | | | | USD | 1,492.50 |

| 00040 | PR10195793 00040<br>BACKUP EXEC, WINDOWS, EXCHANGE AGENT ( CAL) FOR WINDOWS OR NETWARE SERVERS, V10 LICENSE EXTENDED SUPPORT, 1 YR 24X7 - VENDOR PART NUMBER: W131278-000212 | 2.000 | EW01 DELPHI A WORLD HEADQUARTERS<br>MC CAUSTLAND |
|---|---|---|---|

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 31-DEC-2005 | 2.000 | 194.65 | 1 | EA | 389.30 |
| Net Line Item Value | | | | USD | 389.30 |

| 00050 | PR10195793 00050<br>BACKUP EXEC, WINDOWS, SERVERS, V10, LICENSE<br>VENDOR P/N: A130258-000000 | 2.000 | EW01 DELPHI A WORLD HEADQUARTERS<br>MC CAUSTLAND |
|---|---|---|---|

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 31-DEC-2005 | 2.000 | 596.25 | 1 | EA | 1,192.50 |
| Net Line Item Value | | | | USD | 1,192.50 |

| 00060 | PR10195793 00060<br>BACKUP EXEC, WINDOWS, SERVERS, V10, EXTENDED SUPPORT, 1 YR 24X7<br>VENDOR P/N: W130258-000212 | 2.000 | EW01 DELPHI A WORLD HEADQUARTERS<br>MC CAUSTLAND |
|---|---|---|---|

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 31-DEC-2005 | 2.000 | 155.55 | 1 | EA | 311.10 |
| Net Line Item Value | | | | USD | 311.10 |

| **Total net value** | USD | 4,222.55 |
|---|---|---|

**Notes:**

Reference Quote #500030908-0 dated 9/27/05

If this PO is in error, please advise the Purchasing Contact listed on the first page before shipping.

T'S & C'S ON FILE APPLY

# DELPHI

_____ Delphi

Page 3 of 4

VERITAS SOFTWARE CORP
100 BLOOMFIELD HILLS PKY
1ST FL
BLOOMFIELD HILLS MI 48304

**Purchase Order**

PO Number
450142070
Version
27-Sep-2005 13:24:08

Date Issued
27-Sep-2005

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

**Notes Continued:**

Terms and Conditions on file at Delphi and Supplier apply.

INVOICE REQUIRED

Certain non-tangible items in this order require an invoice for payment processing. Send an invoice for those items to:
Mike McCausland
Delphi Corporation
1441 W. Long Lake Rd.
Troy, MI 48098
MC: 480-415-220

GENERAL SHIPPING AND DISBURSEMENTS

**************GENERAL SHIPPING INSTRUCTIONS ****************************************
Delphi will only pay shipping costs if you comply with the following instructions.

SHIPMENTS WEIGHING LESS THAN 150 LBS:
All shipments under 150 pounds shall be shipped via UPS using "Consignee Billing" method. Contact UPS at 1-800-354-7527 to verify "Deliver to" address on the face of this PO is recognized by UPS as a Delphi address. If the address is not acknowledged by UPS, contact "Purchasing Contact" before shipping.

SHIPMENTS WEIGHING 150 LBS OR MORE:
All shipments of 150 pounds or more shall be shipped freight collect via Central Transport. Contact Central Transport at (800) 221-9602 to arrange pickup and verify billing.

All shipments are to be 3-day ground transportation unless specific priority shipping authorization is provided by delphi.

************************************** GENERAL PAYMENT AND DISBURSEMENTS INFORMATION ****************************************
Any questions regarding payment or disbursement related issues should be directed to: Delphi Disbursements-Customer Center (248) 874-4636.

Note: This order will pay on receipt. Please do not send an invoice unless specifically requested on the order. This is an invoice less system, which generates payment, based on receipt.

SALES AND USE TAX EXEMPTION

Do not bill Sales or Use Tax on items delivered to all Deliver To locations within the states listed below.

Delphi Automotive Systems, LLC ("Delphi") holds Direct Pay Authority with the states listed below. As a result, in all of the identified states Delphi will remit directly to taxing authorities, all Sales or Use Tax liability related to its purchase and use of tangible personal property and services.

Listed by state are the Direct Pay permit or Sales Tax license numbers for the eleven (11) states where Delphi holds Direct Pay Authority.

Mississippi  4375
New Jersey  383-431-131/000
Michigan  38-3431131
New York  dp-3487

# DELPHI

_____ Delphi

Page 4 of 4

VERITAS SOFTWARE CORP
100 BLOOMFIELD HILLS PKY
1ST FL
BLOOMFIELD HILLS MI 48304

**Purchase Order**

PO Number　　　　　　　　　Date Issued
450142070　　　　　　　　　27-Sep-2005
Version
27-Sep-2005 13:24:08

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

**Notes Continued:**

| | |
|---|---|
| Alabama | 80S |
| Georgia | 300-45870-S |
| Indiana | 1018702130011 |
| Kansas | 98-0003a |
| Texas | 1-38-3431131-1 |
| Ohio | 98-002667 |
| Wisc. | wdp-99-01-010037 |

For those states not identified above, please submit an invoice highlighting the tax liability to:
Delphi Disbursements
PO Box 1550
Flint, MI 48501-1550
Attn: Sales Tax Processing

ON-LINE PAYMENT STATUS INFORMATION
You can now view payment status on-line using e-Dacor. You may go to the website at www.Delphi.com clicking on "Suppliers" in the header & information about payment visibility (e-Dacor-payment status)on supplier page to find out how to get yourself set up.

REMITTANCE INSTRUCTIONS
If this is your first purchase order with Delphi under this DUNs Number or your remittance information has changed, you need to establish a payment link with the following:
Delphi Corporation EAG Disbursements Center
Vendor Name and Address Group
16 E. Judson St.
Pontiac, MI 48342-2205
Attn: The UNA Work Group
Fax 602-797-6513

You will need to provide a copy of invoice or letterhead showing, company name, correct remittance and correspondence addresses, contract number and "ship from" DUNs Number.

To request EFT agreement forms go to website at www.Delphi.com clicking on "Suppliers" in the header, then click "Supplier Community Portal" & then click on "Supplier Standards" on supplier page.



VERITAS Software Global LLC
350 Ellis Street
Mountain View, CA 94043
United States
Hotline: (Toll Free) 877.202.3007
Fax: 650.527.4119
Email: credit@veritas.com
Taxpayer ID #59-2878624

## INVOICE

| NUMBER | |
|---|---|
| 101139325 | |
| DATE | PAGE |
| 04-OCT-05 | 1 of 1 |
| PURCHASE ORDER NUMBER | |
| 450140732 | |
| OUR REFERENCE | |
|  | |
| VERITAS SALES ORDER NUMBER | |
| 100148326 | |
| CUSTOMER NUMBER | LOCATION REF. |
| 27944 | BT-TROY-MI-1644 |

**BILL TO**
STAN LAFFREY
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

**SHIP TO**
MIKE MCCAUSTLAND
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

**REMIT TO**
P.O. Box 91936
CHICAGO IL 60693
United States

| SHIP DATE | SHIP VIA | SHIPPING REFERENCE | |
|---|---|---|---|
| 04-OCT-05 | ELECTRONIC | ELECTRONIC | |
| TERMS | DUE DATE | SALESPERSON | BUYER |
| Net 60 | 03-DEC-05 | RISHOI, JAN | STAN LAFFREY |

| LINE NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | TAX % | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | W113958-0002 Effective From 04-OCT-05 To 03-OCT-06 Extended Support for A113958 NetBackup Client.Windows.Protect Server.v5.0.License | 3 | 3 | | 117.00 | 351.00 |
| 2 | A113958-000000 NetBackup Client.Windows.Protect Server.v5.0.License | 3 | 3 | | 450.00 | 1,350.00 |

| COMMENTS | SUBTOTAL | TAX % | TAX TOTAL | SHIPPING/ HANDLING | TOTAL |
|---|---|---|---|---|---|
| | 1,701.00 | 0% | 0.00 USD | 0.00 | 1,701.00 USD |

59-2878624

# DELPHI
_____ Delphi

Page 1 of 3

**Buyer:**
Delphi
5725 Delphi Dr.
TROY MI 48098

**Deliver to:**
Delphi Corporation
Northfield Crossing
1441 W. Long Lake Rd.- MIKE MC CAUS
TROY MI 48098

VERITAS SOFTWARE CORP
100 BLOOMFIELD HILLS PKY
1ST FL
BLOOMFIELD HILLS MI 48304

**Purchase Order**

| PO Number | Date Issued |
|---|---|
| 450140732 | 23-Sep-2005 |

Version
23-Sep-2005 14:56:06

Delivery date: 31-DEC-2005

Vendor No: 1018728
DUNS No: 032058435

**Payment Terms:** ZMN2   **Currency:** USD
Payment settled on 2nd, 2nd Month

**Incoterms:** FOB-Freight Collect

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00010 | PR10225242 00010<br>NETBACKUP SERVER WINDOWS, ENTERPRISE SERVER, V5.0 LICENSE TIER 2, VERIAS P/N: A113958-200000 | 3.000 | EW01 DELPHI A  WORLD HEADQUARTERS<br>S/LAFFREY |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 31-DEC-2005 | 3.000 | 450.00 | 1 | EA | 1,350.00 |
| Net Line Item Value | | | | USD | 1,350.00 |

| 00020 | PR10225242 00020<br>NETBACKUP SERVER, WINDOWS ENTERPRISE SERVER, V5.0 EXTENDED SUPPORT 1YEAR, VERTIAS P/N: W113958-200212 | 3.000 | EW01 DELPHI A  WORLD HEADQUARTERS<br>S/LAFFREY |
|---|---|---|---|

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 31-DEC-2005 | 3.000 | 117.00 | 1 | EA | 351.00 |
| Net Line Item Value | | | | USD | 351.00 |

**Total net value**  USD  1,701.00

Purchasing Contact: Volpp, Mark
Phone: 248-813-1287
Fax: 248-813-1744

Contact Address:
Delphi Headquarters IT
5820 Delphi Dr.,
TROY MI 48098

Date and Time Printed: 23-Sep-2005 14:56:06

1001483236

# DELPHI

———————————————————————————— Delphi

Page 2 of 3

VERITAS SOFTWARE CORP
100 BLOOMFIELD HILLS PKY
1ST FL
BLOOMFIELD HILLS MI 48304

### Purchase Order

PO Number: 450140732
Version
23-Sep-2005 14:56:06

Date Issued: 23-Sep-2005

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

**Notes:**

Reference Quote #50030604-0

If this PO is in error, please advise the Purchasing Contact listed on the first page before shipping.

T'S & C'S ON FILE APPLY

Terms and Conditions on file at Delphi and Supplier apply.

INVOICE REQUIRED

Certain non-tangible items in this order require an invoice for payment processing. Send an invoice for those items to:
Stan Laffrey
Delphi Corporation
1441 W. Long Lake Rd.
Troy, MI 48098
MC: 480-415-220

GENERAL SHIPPING AND DISBURSEMENTS

**************GENERAL SHIPPING INSTRUCTIONS *******************************
Delphi will only pay shipping costs if you comply with the following instructions.

SHIPMENTS WEIGHING LESS THAN 150 LBS:
All shipments under 150 pounds shall be shipped via UPS using "Consignee Billing" method. Contact UPS at 1-800-354-7527 to verify "Deliver to" address on the face of this PO is recognized by UPS as a Delphi address. If the address is not acknowledged by UPS, contact "Purchasing Contact" before shipping.

SHIPMENTS WEIGHING 150 LBS OR MORE:
All shipments of 150 pounds or more shall be shipped freight collect via Central Transport. Contact Central Transport at (800) 221-9602 to arrange pickup and verify billing.

All shipments are to be 3-day ground transportation unless specific priority shipping authorization is provided by delphi.

******************************* GENERAL PAYMENT AND DISBURSEMENTS INFORMATION *******************************
Any questions regarding payment or disbursement related issues should be directed to: Delphi Disbursements-Customer Center (248) 874-4636.

Note: This order will pay on receipt. Please do not send an invoice unless specifically requested on the order. This is an invoice less system, which generates payment, based on receipt.

SALES AND USE TAX EXEMPTION

Do not bill Sales or Use Tax on items delivered to all Deliver To locations within the states listed below.

Delphi Automotive Systems, LLC ("Delphi") holds Direct Pay Authority with the states listed below. As a result, in all of the identified states Delphi will remit

# DELPHI

_____ Delphi

Page 3 of 3

VERITAS SOFTWARE CORP
100 BLOOMFIELD HILLS PKY
1ST FL
BLOOMFIELD HILLS MI 48304

**Purchase Order**

| PO Number | Date Issued |
|---|---|
| 450140732 | 23-Sep-2005 |
| Version | |
| 23-Sep-2005 14:56:06 | |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

**Notes Continued:**
directly to taxing authorities, all Sales or Use Tax liability related to its purchase and use of tangible personal property and services.

Listed by state are the Direct Pay permit or Sales Tax license numbers for the eleven (11) states where Delphi holds Direct Pay Authority.

Mississippi  4375
New Jersey   383-431-131/000
Michigan     38-3431131
New York     dp-3487
Alabama      805
Georgia      300-45870-8
Indiana      1018702130011
Kansas       98-0003a
Texas        1-38-3431131-1
Ohio         98-002667
Wisc.        wdp-99-01-010037

For those states not identified above, please submit an invoice highlighting the tax liability to:
Delphi Disbursements
PO Box 1550
Flint, MI 48501-1550
Attn: Sales Tax Processing

ON-LINE PAYMENT STATUS INFORMATION
You can now view payment status on-line using e-Dacor. You may go to the website at www.Delphi.com clicking on "Suppliers" in the header & information about payment visibility (e-Dacor-payment status)on supplier page to find out how to get yourself set up.

REMITTANCE INSTRUCTIONS
If this is your first purchase order with Delphi under this DUNs Number or your remittance information has changed, you need to establish a payment link with the following:
Delphi Corporation EAG Disbursements Center
Vendor Name and Address Group
16 E. Judson St.
Pontiac, MI 48342-2205
Attn: The UNA Work Group
Fax 602-797-6513

You will need to provide a copy of invoice or letterhead showing, company name, correct remittance and correspondence addresses, contract number and "ship from" DUNs Number.

To request EFT agreement forms go to website at www.Delphi.com clicking on "Suppliers" in the header, then click "Supplier Community Portal" & then click on "Supplier Standards" on supplier page.