## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of NOTICE OF RECLAMATION DEMAND OF VERITAS SOFTWARE CORPORATION were served via first class United States mail in properly addressed envelopes with sufficient postage affixed thereon to insure delivery upon the following:

Attorneys for Debtor
John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom
333 West Wacker Drive
Chicago, IL 60606

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098-2815

Delphi Automotive Systems
1441 W. Long Lake Road
Troy, MI 48098
Attn: Mike McCaustland

Delphi Automotive Systems
2328 E. Genesee
Saginaw, MI 48601
Attn: Wayne Pretzer

This 19th day of October, 2005.

_____
Catherine Lee
2600 El Camino Real, Suite 300
Palo Alto, California 94306
Telephone: (650) 857-9500
Facsimile: (650) 494-2738