UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
    In re                                  :    Chapter 11
                                                            :
DELPHI CORPORATION, et al.                                  :    Case No. 05-44481 (RDD)
                                                            :
        Debtors.               :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

## NOTICE OF RECLAMATION DEMAND

Comes now Calsonic Harrison Co., Ltd.., by and through counsel, and hereby gives notice that, on October 18, 2005, it served on the Debtors a demand for reclamation, a true and exact copy of which is attached as an exhibit (the "Demand"). The goods subject to the demand for reclamation are described in the Demand.

        Respectfully submitted,

        /s/ Austin L. McMullen_____
        Roger G. Jones (pro hac vice motion pending)
        Austin L. McMullen (admitted pro hac vice)
        BOULT, CUMMINGS, CONNERS & BERRY, PLC
        1600 Division Street, Suite 700
        P. O. Box 340025
        Nashville, Tennessee 37203
        Phone: (615) 252-2307
        Fax: (615) 252-6307
        email: amcmulle@bccb.com

        *Attorneys for Calsonic Harrison Co., Ltd.*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing was forwarded electronically to all parties consenting to service through the Court's electronic filing systems and electronically or by U.S. Mail, postage prepaid, to:

| | |
|---|---|
| John Wm. Butler, Jr. | Alicia M. Leonhard |
| Skadden Arps Slate Meagher & Flom, LLP | Office of the U.S. Trustee |
| 333 West Wacker Drive | 33 Whitehall Street, Suite 2100 |
| Chicago, IL 60606-1285 | New York, NY 10004 |
| | |
| *Counsel for Debtors* | *U.S. Trustee* |

on this the 20th day of October, 2005.

                /s/ Austin L. McMullen
                Austin L. McMullen