

BOULT ▪ CUMMINGS®
CONNERS ▪ BERRY PLC

Roger G. Jones
(615) 252-2323
Fax: (615) 252-6323
Email: rjones@boultcummings.com

October 18, 2005

**VIA FACSIMILE**
**AND FEDERAL EXPRESS**

Delphi Corporation
c/o John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL 60606-1285

Re: Demand for Reclamation / Delphi Corporation and affiliated Debtors (collectively the "Debtors")

Dear Mr. Butler:

This firm represents Calsonic Harrison Co., Ltd. ("CHC"). Pursuant to section 2-702 of the Uniform Commercial Code and section 546(c) of the Bankruptcy Code, CHC hereby demands return of all goods shipped by CHC and received by Debtors (i) within the ten (10) day period immediately preceding the filing of Debtors' bankruptcy petitions, and (ii) at any time since the filing of Debtors' bankruptcy petitions. The goods subject to this Demand for Reclamation include, but are not limited to, the goods described in the documents attached hereto as Exhibit A. CHC reserves the right to amend and/or supplement this Demand for Reclamation. This Demand for Reclamation shall not be construed as a waiver of any right, remedy or claim that CHC may have or as a consent to jurisdiction. If you have any questions regarding this Demand for Reclamation, please contact me immediately.

Very truly yours,

BOULT, CUMMINGS, CONNERS & BERRY, PLC

By: Roger G. Jones

RGJ/dnr
Enclosure
cc: Delphi Corporation (via facsimile)
Delphi Harrison Thermal Systems (via facsimile)
Delphi Thermal & Interior Systems (via facsimile)

1176360 v1
106492-012 10/18/05

Summary of CHC Shipping data from September 28, 2005 to October 7, 2005

10/18/2005

| Destination | Part Number | Part discription | Shipping Date | Freight | PO No. | Invoice No. | Shipping Amounts | Piece Price | Amounts claimed |
|---|---|---|---|---|---|---|---|---|---|
| KBP Plant (OH) | 6570747 | Piston-Hollow, Final Machining, CVC | 9/28/2005 | AIR | 550073728 | 0509KB2 | 115,200 | JPY 225.23 | JPY 25,946,496.00 |
| AI (Australia) | 1140058 | Compressor & Clutch Asm-7CVC, R/H Mount | 10/4/2005 | SEA | 550050523 | 0510V6 | 512 | JPY 11,358.00 | JPY 5,815,296.00 |
| | 1140059 | Compressor & Clutch Asm-7CVC, L/H Mount | 10/4/2005 | SEA | 550050532 | 0510V1 | 2,048 | JPY 11,289.00 | JPY 23,119,872.00 |
| | | | | | | | | Total | JPY 54,881,664.00 |

Note

# CHC

Original

C - V2

# INVOICE

Calsonic Harrison Co.,Ltd
11-6 Kiyohara Industrial Park
Utsunomiya, Tochigi,Japan
Tel 28 670 2212 Fax 28 667 6660

| INVOICE NUMBER |
|---|
| 0 5 1 0 V 1 |
| DATE: SEP.29 2005 |

SOLD TO :

*Delphi Harrison Thermal Systems*
200 Upper Mountain Rd.
LOCKPORT NY 14094
U.S.A

DELIVERY TO :

*AIR INTERNATIONAL PTY LTD*
110-111 PURLING AVE
EDINBURGH, SA, 5111
AUSTRALIA

SEA ~~AIR~~

| CARGO RELEASING | SHIP VIA | SHIPPING TERMS |
|---|---|---|
| OCT. 4 2005 | EAGLE GLOBAL LOGISTICS | EX-WORKS |

| TERM OF PAYMENT | SHIP DATE | ETA | SHIPPED PER |
|---|---|---|---|
| ZMN2 | OCT. 7 2005 | NOV. 4 2005 | "MOL SOLUTION" (Voy.No.028W) |

| P. O. NUMBER | DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|---|
| 550050532 | Material No. : 1140059<br>Compressor & Clutch Asm-7CVC-L/H Mount | 2,048 | ¥11289.0 | ¥23,119,872. |
| TOTAL | | | | ¥23,119,872. |

| | |
|---|---|
| Freight | : All Charge Collect |
| Country of origin | : JAPAN |
| NO. of P'KGS | : 16Pallets |
| Net Weight | : 13,107Kg |
| Gross Weight | : 14,131Kg |
| Dimension | : 1,470×1,130×960/Pallet |

REMIT TO:

RESONA BANK LTD.,Bank No.0010
UTSUNOMIYA BRANCH,Branch No.317
ACCOUNT NO.918621
Address:OHDORI 1-3-15,UTSUNOMIYA,
TOCHIGI,JAPAN

INVOICE APPROVED BY

Y. Watabe

YOSHIHARU WATABE
OPERATION DEPT.PRODUCTION CONTROL SECTION MANAGER.

CHC
Calsonic Harrison Co.,Ltd
11-6 Kiyohara Industrial Park
Utsunomiya, Tochigi,Japan
Tel 28 670 2212 Fax 28 667 6660

Original

# INVOICE

| INVOICE NUMBER |
|---|
| 0510V6 |
| DATE: SEP.29 2005 |

SOLD TO :

*Delphi Harrison Thermal Systems*
200 Upper Mountain Rd.
LOCKPORT NY 14094
U.S.A

Case Mark :

CHC
AI
C/NO.1 ~ 4
I/V NO.0510V6
MADE IN JAPAN

DELIVERY TO :

*AIR INTERNATIONAL PTY LTD*
110-111 PURLING AVE
EDINBURGH, SA, 5111
AUSTRALIA

SEA ~~AIR~~

| CARGO RELEASING | SHIP VIA | SHIPPING TERMS |
|---|---|---|
| OCT. 4 2005 | EAGLE GLOBAL LOGISTICS | EX-WORKS |

| TERM OF PAYMENT | SHIP DATE | ETA | SHIPPED PER |
|---|---|---|---|
| ZMN2 | OCT. 10 2005 | NOV. 4 2005 | "MAERSK TAMPA"(Voy.No.0519) |

| P. O. NUMBER | DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|---|
| 550050523 | Material No. : 1140058<br>Compressor & Clutch Asm-7CVC-R/H Mount | 512 | ¥11358.0 | ¥5,815,296 |
| TOTAL | | | | ¥5,815,296 |

| | |
|---|---|
| Freight | : All Charge Collect |
| Country of origin | : JAPAN |
| NO. of P'KGS | : 4Pallets |
| Net Weight | : 3,279Kg |
| Gross Weight | : 3,535Kg |
| Dimension | : 1,470×1,130×960/Pallet |

REMIT TO:

RESONA BANK,LTD.,Bank No.0010
UTSUNOMIYA BRANCH,Branch No.317
ACCOUNT NO.918621
Address:OHDORI 1-3-15,UTSUNOMIYA,
TOCHIGI,JAPAN

INVOICE APPROVED BY

Y. Watabe

YOSHIHARU WATABE
OPERATION DEPT.PRODUCTION CONTROL SECTION MANAGER

DELPHI

Harrison Thermal Syste

**Buyer:**
DELPHI
THERMAL & INTERIOR SYSTEMS
200 UPPER MOUNTAIN RD
LOCKPORT NY 14094
UNITED STATES

## Requirements Contract

PO Number
550050523
Version
25-Jul-2005 11:11:05

Date Issued
12-Jan-2004

**Deliver to:**

***Please deliver to:***
*See Delivery Schedule*

CALSONIC HARRISON CO LTD
KARUSONIKKU HARISON KK
11-6 KIYOHARA INDUSTRIAL PARK
UTSUNOMIYA
TOCHIGI
JAPAN 321-3231

Vendor No: 1010319
DUNS No: 690791090

**Payment Terms:** ZMN2 **Currency:** JPY

Payment settled on 2nd, 2nd Month

**Incoterms:** EXW Ex Works - Collect

| Item No. | Material No. / Description | Plant |
|---|---|---|
| 00010 | 1140058<br>Compressor & Clutch Asm-7CVC, R/H Mount | J801 DELPHI T & I DIRECTSHIP |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Oct-2003 | 26-Dec-2004 | JPY | 11,620,000 | 1,000 | PC |
| 27-Dec-2004 | 31-Jul-2005 | JPY | 11,590,000 | 1,000 | PC |
| 01-Aug-2005 | 31-Jul-2006 | JPY | ✓ 11,358,000 | 1,000 | PC |
| 01-Aug-2006 | 31-Jul-2007 | JPY | 11,131,000 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**

**********************************************************************
Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).
**********************************************************************

Purchasing Contact: Randy Haseley
Phone: 716-439-2553
Fax: 716-439-2216

[signature] 7/25/05

Contact Address:
Delphi Harrison Thermal Systems
200 Upper Mountain Road,
LOCKPORT NY 14094

Date and Time Printed: 25-Jul-2005 11:11:05

DELPHI

Harrison Thermal Syste

CALSONIC HARRISON CO LTD
KARUSONIKKU HARISON KK
11-6 KIYOHARA INDUSTRIAL PARK
UTSUNOMIYA
TOCHIGI
JAPAN 321-3231

## Requirements Contract

PO Number
550050523

Version
25-Jul-2005 11:11:05

Date Issued
12-Jan-2004

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes Continued:**

Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

*********************************************************************

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials, as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

*********************************************************************

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

*********************************************************************

The Customer Number: 07-22577 (R/H Mount 7CVC165 "YZ" RWD)

********************

7/25/2005 - Price decrease per LTA & clause correction.

DELPHI Harrison Thermal Syster

Page 1 of 2

Buyer:
DELPHI
THERMAL & INTERIOR SYSTEMS
200 UPPER MOUNTAIN RD
LOCKPORT NY 14094
UNITED STATES

## Requirements Contract

PO Number
550050532

Date Issued
12-Jan-2004

Version
25-Jul-2005 10:50:54

Deliver to:

*Please deliver to:*
*See Delivery Schedule*

ALSONIC HARRISON CO LTD
KARUSONIKKU HARISON KK
11-6 KIYOHARA INDUSTRIAL PARK
UTSUNOMIYA
TOCHIGI
JAPAN 321-3231

Vendor No: 1010319
DUNS No: 690791090

**Payment Terms:** ZMN2 **Currency:** JPY

Payment settled on 2nd, 2nd Month

**Incoterms:** EXW Ex Work - Collect

| Item No. | Material No. / Description | Plant |
|---|---|---|
| 00010 | 1140059<br>Compressor & Clutch Asm - 7VC-L/H Mount | J801 DELPHI T & I DIRECTSHIP |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Oct-2003 | 26-Dec-2004 | JPY | 11,543,000 | 1,000 | PC |
| 27-Dec-2004 | 31-Jul-2005 | JPY | 11,513,000 | 1,000 | PC |
| 01-Aug-2005 | 31-Jul-2006 | JPY | ✓ 11,289,000 | 1,000 | PC |
| 01-Aug-2006 | 31-Jul-2007 | JPY | 11,070,000 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

Notes:

*******************************************************************************

Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

*******************************************************************************

Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process

Purchasing Contact: Randy Haseley
Phone: 716-439-2553
Fax: 716-439-2216

[signature] 7/25/05

Contact Address:
Delphi Harrison Thermal Systems
200 Upper Mountain Road,
LOCKPORT NY 14094

'05.7.29 [stamp]

Date and Time Printed: 25-Jul-2005 10:50:54

DELPHI

Harrison Thermal System

Page 2 of 2

CALSONIC HARRISON CO LTD
KARUSONIKKU HARISON KK
11-6 KIYOHARA INDUSTRIAL PARK
UTSUNOMIYA
TOCHIGI
JAPAN 321-3231

**Requirements Contract**

PO Number: 550050532

Date Issued: 12-Jan-2004

Version: 25-Jul-2005 10:50:54

| Item No. | Material No. / Description | Plant |
|---|---|---|

Notes Continued:

(SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

*********************************************************************

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

*********************************************************************

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

*********************************************************************

The customer number is 02-22576 (L/H Mount 7CVC165 VZ FWD).

********************

7/25/2005 - Price decrease per LTA & clause correction

C-S-Y

"David.Cohen" <David.Cohen@delphi.com>
2005/09/15 15:29

宛先: "Cohen, David" <David.Cohen@delphi.com>, "Gilhome, Cameron" <Cameron.Gilhome@delphi.com>, <Jason_Orear@calsonic-harrison.co.jp>
cc: <Wegmayer_Timothy@calsonic-harrison.co.jp>, <Yoshiharu_Watabe@calsonic-harrison.co.jp>, <Kouji_Kuwana@calsonic-harrison.co.jp>, <Yoshifumi_Sakamoto@calsonic-harrison.co.jp>, "Cruse, Richard T" <richard.t.cruse@delphi.com>, "Atzinger, Stefan" <Stefan.Atzinger@delphi.com>, "Stirling, David J" <David.Stirling@delphi.com>, "Wendt, Kimberly A" <kimberly.a.wendt@delphi.com>
件名: RE: VZ Schedule - September 2005

Hi Jason,

Please see below this month's schedule, extra week of AWD added as requested:

Part No - VZ RWD 7CVC165 compressor for Air International/GM Holden (63744 supplied before AI schedule "zeroed")

3 Oct - 2048 required for arrival at AI Adelaide - Cumulative Qty 149760
10 Oct - 0 required for arrival at AI Adelaide - Cumulative Qty 149760
17 Oct - 2048 required for arrival at AI Adelaide - Cumulative Qty 151808
24 Oct - 2048 required for arrival at AI Adelaide - Cumulative Qty 153856
31 Oct - 4096 required for arrival at AI Adelaide - Cumulative Qty 157952
CHC出荷 4 OCT → 7 Nov - 2048 required for arrival at AI Adelaide - Cumulative Qty 160000
14 Nov - 2048 required for arrival at AI Adelaide - Cumulative Qty 162048
21 Nov - 4096 required for arrival at AI Adelaide - Cumulative Qty 166144
28 Nov - 2048 required for arrival at AI Adelaide - Cumulative Qty 168192

Part No - VZ AWD 7CVC165 compressor for Air International/GM Holden (128 supplied before AI schedule "zeroed")

3 Oct - 256 required for arrival at AI Adelaide - Cumulative Qty 4480
10 Oct - 128 required for arrival at AI Adelaide - Cumulative Qty 4608
17 Oct - 0 required for arrival at AI Adelaide - Cumulative Qty 4608
24 Oct - 128 required for arrival at AI Adelaide - Cumulative Qty 4736
CHC出荷 31 Oct - 256 required for arrival at AI Adelaide - Cumulative Qty 4992
7 Nov - 256 required for arrival at AI Adelaide - Cumulative Qty 5248
4 OCT → 14 Nov - 512 required for arrival at AI Adelaide - Cumulative Qty 5760
21 Nov - 256 required for arrival at AI Adelaide - Cumulative Qty 6016
28 Nov - 256 required for arrival at AI Adelaide - Cumulative Qty 6272
5 Dec - 256 required for arrival at AI Adelaide - Cumulative Qty 6528

** Note 128 added to 14 November as discussed, replacement for damaged stock.

Regards
David

*****************************************************************************************

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

# CHC

Calsonic Harrison Co.,Ltd.
11-6 Kiyohara Industrial Park
Utsunomiya, Tochigi,Japan
Tel 28 670 2212 Fax 28 667 6660

# INVOICE

| INVOICE NUMBER |
|---|
| 0509KB2 |
| DATE SEP.28.2005 |

INVOICE TO:

*DELPHI HARRISON THERMAL SYSTEMS*
3600 DRYDEN ROAD MORAINE OH
45439-1410
ATTN: ACCOUNTS PAYABLE
U.S.A.

Case Mark :

CHC
KBP
C/NO.1～12
I/V NO.0509KB2
MADE IN JAPAN

SHIP TO:

*DELPHI HARRISON c/o*
*Stephen Gould Warehouse - Monroe*
4273 Salzman Rd.
Monroe, Ohio 45050
ATTN:Rich. Poulsen
TEL : (1)937.395.3369 FAX : (1)937.395.3374
U.S.A

~~SEA~~ · AIR

| CARGO RELEASING | SHIP VIA | SHIPPING TERMS |
|---|---|---|
| SEP. 28 2005 | DHL DANZAS | EX-WORKS |
| TERM OF PAYMENT | SHIP DATE | SHIPPED PER |
| 2ND DAY OF 2ND MONTH | SEP. 28 2005 | Air Freight |

| P. O. NUMBER | DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|---|
| 550073728 | Piston - Hollow, Final Machining, CVC<br>Parts No. 6570747 | 115,200 | ¥225.23 | ¥25,946,496.00 |
| | | | | |
| TOTAL | | | | ¥25,946,496.00 |

Freight : **All Charge Collect**
Country of origin : Japan
NO. of P'KGS **12Pallets** **(480)Cartons**

REMIT TO:

RESONA BANK,LTD., Bank No.0010
UTSUNOMIYA BRANCH,Branch No.317
ACCOUNT NO.918621
Address:OHDORI 1-3-15,UTSUNOMIYA,
TOCHIGI,JAPAN

INVOICE APPROVED BY

[signature]

YOSHIHARU WATABE
OPERATION DEPT.PRODUCTION CONTROL SECTION MANAGER

DELPHI

Harrison Thermal Syste

**Buyer:**
DELPHI
THERMAL & INTERIOR SYSTEMS
200 UPPER MOUNTAIN RD
LOCKPORT NY 14094
UNITED STATES

## Requirements Contract

PO Number: 550073728
Version: 31-Aug-2005 12:30:39
Date Issued: 25-Apr-2005

**Deliver to:**
DELPHI T & I KETTERING
3535 South Kettering Blvd.
MORAINE OH 45439
UNITED STATES

ALSONIC HARRISON CO LTD
KARUSONIKKU HARISON KK
11-6 KIYOHARA INDUSTRIAL PARK
UTSUNOMIYA
TOCHIGI
JAPAN 321-3231

Vendor No: 1010319
DUNS No: 690791090

Payment Terms: ZMN2 Currency: JPY
Payment settled on 2nd, 2nd Month

Incoterms: FCA-NAMED PLACE

*** *Text changed*

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 6570747 Piston - Hollow, Final Machining, CVC | J301 DELPHI T & I KETTERING |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 25-Apr-2005 | 31-Dec-2006 | JPY | 325.230 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** *Condition record changed*

**Notes:**

EXTEND ORDER THRU 12/31/06.
********************

*************************************************************
Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the

05.09.08

Purchasing Contact: Lewis, Francoise
Phone: 937-395-4499
Fax: 937-395-3169

Contact Address:
3535 South Kettering Blvd.
MORAINE OH 45439

Date and Time Printed: 31-Aug-2005 12:30:39

DELPHI

Harrison Thermal Syster

CALSONIC HARRISON CO LTD
KARUSONIKKU HARISON KK
11-6 KIYOHARA INDUSTRIAL PARK
UTSUNOMIYA
TOCHIGI
JAPAN 321-3231

**Requirements Contract**

PO Number
550073728

Version
31-Aug-2005 12:30:39

Date Issued
25-Apr-2005

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes Continued:**

Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

************************************************************

Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

************************************************************

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief to situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

************************************************************

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
************************************************************

********************

Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
********************

July - October 2005 by Week

2005-9-29
Colonic Harrison Co., Ltd.
Operation Dept.

CHC Revision : SEPTEMBER. 29 2005

# CHC Piston Shipments Schedule

| Deliver to | Material | Pocket | Type | Week / Ship Date / P/N | JUL 27 6-Jul | JUL 28 13-Jul | JUL 29 20-Jul | JUL 30 27-Jul | AUG 31 3-Aug | AUG 32 10-Aug CHC SHUT DOWN | AUG 33 17-Aug | AUG 34 24-Aug | AUG 35 31-Aug | SEP 36 7-Sep | SEP 37 14-Sep | SEP 38 21-Sep | SEP 39 28-Sep | OCT 40 5-Oct | OCT 41 12-Oct | OCT 42 19-Oct | OCT 43 26-Oct | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAA | TOTAN | [illegible] | HOLLOW Freight | 6570747 | | | | | | | | | | | | | | | | | | | |
| JAA | TOTAN | [illegible] | HOLLOW 1X Freight | 6570748 | | | | | | | | | | | | | | | | | | | |
| DCH | SAITAMA | [illegible] | SOLID Freight | 6602060 | | | | | | | | | | | | | | | | | | | |
| DCH | TOTAN | [illegible] | HOLLOW Freight | 6570747 | | | | | | | | | | | 76,800 OCEAN | 67,200 OCEAN | | | | | | | |
| EBP | TOTAN | [illegible] | HOLLOW Freight | 6570747 | | | | | 518,400 OCEAN | | | | | 115,200 Air | | | 115,200 Air | | 76,800 Air | | 67,200 Air | 192,000 Air | 192,000 Air |
| EBP | TOTAN | [illegible] | HOLLOW 1X Freight | 6570748 | | | | 38,400 OCEAN | | | | | | | | | | | | | | | |
| DCC | SAITAMA | [illegible] | SOLID Freight | 6561665 | | | | | | | | | | | | | | | | | | | |
| DCC | SAITAMA | [illegible] | SOLID Freight | 6562066 | 163,200 OCEAN | 153,600 OCEAN | 144,000 OCEAN | 172,800 OCEAN | 192,000 OCEAN | | 115,200 OCEAN | 96,000 OCEAN | 86,400 OCEAN | 172,800 OCEAN | 172,800 OCEAN | 172,800 OCEAN | 182,400 OCEAN | 115,200 OCEAN | 105,600 OCEAN | 115,200 OCEAN | 105,600 OCEAN | 336,000 | 278,400 |
| DCC | TOTAN | [illegible] | HOLLOW Freight | 6570747 | | 48,000 OCEAN | 48,000 OCEAN | 48,000 OCEAN | | | 67,200 OCEAN | 67,200 OCEAN | 67,200 OCEAN | 19,200 OCEAN | | | | | 124,800 OCEAN | 86,400 OCEAN | 124,800 OCEAN | 412,800 | 374,400 |
| KDAC | TOTAN | [illegible] | HOLLOW 1X | 6570748 | | | | | | | | | | | | | | | | | | | |
| WEEKLY TOTAL 18mm | | | | | 163,200 | 201,600 | 192,000 | 259,200 | 710,400 | 0 | 182,400 | 163,200 | 153,600 | 307,200 | 249,600 | 240,000 | 297,600 | 115,200 | 307,200 | 201,600 | 297,600 | 940,800 | 844,800 |
| WEEKLY TOTAL 15mm | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| WEEKLY GRAND TOTAL | | | | | 163,200 | 201,600 | 192,000 | 259,200 | 710,400 | 0 | 182,400 | 163,200 | 153,600 | 307,200 | 249,600 | 240,000 | 297,600 | 115,200 | 307,200 | 201,600 | 297,600 | 940,800 | 844,800 |

| Deliver to | Material | Pocket | Type | P/N | JUL | AUG | SEP | OCT |
|---|---|---|---|---|---|---|---|---|
| JAA | TOTAN | [illegible] | HOLLOW | 6570747 | 0 | 0 | 0 | 0 |
| JAA | TOTAN | [illegible] | HOLLOW 1X | 6570748 | 0 | 0 | 0 | 0 |
| DCH | SAITAMA | [illegible] | SOLID | 6562066 | 0 | 0 | 0 | 0 |
| DCH | TOTAN | [illegible] | HOLLOW | 6570747 | 0 | 0 | 144,000 | 0 |
| EBP | TOTAN | [illegible] | HOLLOW | 6570747 | 0 | 518,400 | 230,400 | 144,000 |
| EBP | TOTAN | [illegible] | HOLLOW | 6570748 | 38,400 | 0 | 0 | 0 |
| DCC | SAITAMA | [illegible] | SOLID | 6561665 | 0 | | | 0 |
| DCC | SAITAMA | [illegible] | SOLID | 6562066 | 633,600 | 489,600 | 700,800 | 441,600 |
| DCC | TOTAN | [illegible] | HOLLOW | 6570747 | 144,000 | 201,600 | 19,200 | 336,000 |
| KDAC | TOTAN | [illegible] | HOLLOW 1X | 6570748 | 0 | 0 | | 0 |
| MONTHLY TOTAL 18mm | | | | | 816,000 | 1,209,600 | 1,094,400 | 921,600 |
| MONTHLY TOTAL 15mm | | | | | 0 | 0 | 0 | 0 |
| MONTHLY GRAND TOTAL | | | | | 816,000 | 1,209,600 | 1,094,400 | 921,600 |