UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                  :
    In re                         :    Chapter 11
                                                  :
DELPHI CORPORATION, et al.                        :    Case No. 05-44481 (RDD)
                                                  :
        Debtors.                :    (Jointly Administered)
                                                  :
---------------------------------------------------------------x

## NOTICE OF RECLAMATION DEMAND

      Come now Calsonic North America, Inc. and Calsonic Kansei North America, Inc., by and through counsel, and hereby give notice that, on October 17, 2005, they served on the Debtors a demand for reclamation, a true and exact copy of which is attached as an exhibit (the "Demand"). The goods subject to the demand for reclamation are described in the Demand.

      Respectfully submitted,


      /s/ Austin L. McMullen_____
      Roger G. Jones (pro hac vice motion pending)
      Austin L. McMullen (admitted pro hac vice)
      BOULT, CUMMINGS, CONNERS & BERRY, PLC
      1600 Division Street, Suite 700
      P. O. Box 340025
      Nashville, Tennessee 37203
      Phone: (615) 252-2307
      Fax: (615) 252-6307
      email: amcmulle@bccb.com

      *Attorneys for Calsonic North America, Inc.*
      *and Calsonic Kansei North America, Inc.*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was forwarded electronically to all parties consenting to service through the Court's electronic filing systems and electronically or by U.S. Mail, postage prepaid, to:

| | |
|---|---|
| John Wm. Butler, Jr. | Alicia M. Leonhard |
| Skadden Arps Slate Meagher & Flom, LLP | Office of the U.S. Trustee |
| 333 West Wacker Drive | 33 Whitehall Street, Suite 2100 |
| Chicago, IL 60606-1285 | New York, NY 10004 |
| *Counsel for Debtors* | *U.S. Trustee* |

on this the 20th day of October, 2005.

                                             /s/ Austin L. McMullen
                                             Austin L. McMullen