

**BOULT · CUMMINGS®
CONNERS · BERRY** PLC

Roger G. Jones
(615) 252-2323
Fax: (615) 252-6323
Email: rjones@boultcummings.com

October 17, 2005

**VIA FEDERAL EXPRESS**

Delphi Corporation
c/o John Wm. Baker, Jr.
Skadden Arps Slate Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL 60606-1285

    Re:   Demand for Reclamation / Delphi Corporation and affiliated Debtors (collectively the "Debtors")

Dear Mr. Baker:

    This firm represents Calsonic Kansei North America Inc., Calsonic North America Inc. and their affiliates (collectively, "Calsonic"). Pursuant to section 2-702 of the Uniform Commercial Code and section 546(c) of the Bankruptcy Code, Calsonic hereby demands return of all goods shipped by Calsonic and received by Debtors (i) within the ten (10) day period immediately preceding the filing of Debtors' bankruptcy petition, and (ii) at any time since the filing of Debtors' bankruptcy petition. The goods subject to this Demand for Reclamation include, but are not limited to, goods shipped to Debtors under the invoices listed on <u>Exhibit A</u> attached hereto. Calsonic reserves the right to amend and/or supplement this Demand for Reclamation. This Demand for Reclamation shall not be construed as a waiver of any right, remedy or claim that Calsonic may have. If you have any questions regarding this demand, please contact me immediately.

                                         Very truly yours,

                                         BOULT, CUMMINGS, CONNERS & BERRY, PLC

                                         By: _/s/ Roger G. Jones_

RGJ/dnr
Enclosure
cc:   Delphi Corporation (via Federal Express)
       Delphi Thermal & Interior (Via Express Mail)
       Delphi Harrison Thermal System (via Federal Express)

1176275 v1
106492-012 10/17/05

LAW OFFICES
1600 DIVISION STREET · SUITE 700 · P.O. BOX 340025 · NASHVILLE · TN · 37203
TELEPHONE 615.244.2582    FACSIMILE 615.252.6380    www.boultcummings.com



```
==========  ====  =========  =========  ===========  ===============  ========
   BILL-TO NUMBER :   14                             DATE:              10/17/2005
==========  ====  =========  =========  ===========  ===============  ========
NAME:ACG DISBURSEMENT CENTER
DELPHI THERMAL & INTERIOR
P.O. BOX 436040
PONTIAC, MI 48343-6040
```

| DOCUMENT NUMBER | DOC TYP | DOCUMENT DATE | SHIPMENT DATE | APPLIED TO DOCUMENT | ORIGINAL BALANCE | BALANCE DUE |
|---|---|---|---|---|---|---|
| 3548944 | IN | 09/28/2005 | 09/28/2005 | 86487 | 13241.25 | 13241.25 |
| 3548945 | IN | 09/28/2005 | 09/28/2005 | 90847 | 21803.25 | 21803.25 |
| 3549914 | IN | 09/29/2005 | 09/29/2005 | 86488 | 2648.25 | 2648.25 |
| 3549915 | IN | 09/29/2005 | 09/29/2005 | 86489 | 5296.5 | 5296.50 |
| 3549916 | IN | 09/29/2005 | 09/29/2005 | 90847 | 3114.75 | 3114.75 |
| 3552543 | IN | 10/03/2005 | 10/03/2005 | 86490 | 7944.75 | 7944.75 |
| 3553832 | IN | 10/04/2005 | 10/04/2005 | 86491 | 2648.25 | 2648.25 |
| 3553833 | IN | 10/04/2005 | 10/04/2005 | 95307 | 6229.5 | 6229.50 |
| 3553834 | IN | 10/04/2005 | 10/04/2005 | 95308 | 21803.25 | 21803.25 |
| 3555232 | IN | 10/05/2005 | 10/05/2005 | 90848 | 7944.75 | 7944.75 |
| 3556567 | IN | 10/06/2005 | 10/06/2005 | 90849 | 5296.5 | 5296.50 |
| 3557886 | IN | 10/07/2005 | 10/07/2005 | 90850 | 7944.75 | 7944.75 |

```
                TOTALS       (INCLUDES UNPOSTED DEBIT MEMOS):    $105,915.75
                                      (UNPOSTED   DEBIT MEMOS):             0
                             (EXCLUDES UNPOSTED DEBIT MEMOS):    $105,915.75
```

```
========= ===== ========= ========= =========== =========: =======
BILL-TO NUMBER      : DH01                          DATE: 10/17/05
========= ===== ========= ========= =========== =========: =======
NAME:DELPHI HARRISON THERMAL SYSTEM
200 UPPER MOUNTAIN ROAD
BUILDING 6
LOCKPORT
NEW YORK      14095
```

| DOCUMENT NUMBER | DOC TYP | DOCUMENT DATE | SHIPMENT DATE | APPLIED TO DOCUMENT | ORIGINAL BALANCE | BALANCE DUE |
|---|---|---|---|---|---|---|
| 3548677 | IN | 09/28/2005 | 09/28/2005 | 89305 | 7766.50 | 7766.50 |
| 3548678 | IN | 09/28/2005 | 09/28/2005 | 89324 | 5274.72 | 5274.72 |
| 3548679 | IN | 09/28/2005 | 09/28/2005 | 89345 | 7450.20 | 7450.20 |
| 3548680 | IN | 09/28/2005 | 09/28/2005 | 89362 | 7655.40 | 7655.40 |
| 3548681 | IN | 09/28/2005 | 09/28/2005 | 89376 | 14677.80 | 14677.80 |
| 3548682 | IN | 09/28/2005 | 09/28/2005 | 89388 | 863.40 | 863.40 |
| 3548683 | IN | 09/28/2005 | 09/28/2005 | 89407 | 5896.80 | 5896.80 |
| 3548684 | IN | 09/28/2005 | 09/28/2005 | 89418 | 1179.36 | 1179.36 |
| 3548685 | IN | 09/28/2005 | 09/28/2005 | 89439 | 3555.36 | 3555.36 |
| 3548728 | IN | 09/28/2005 | 09/28/2005 | 90581 | 13671.00 | 13671.00 |
| 3548729 | IN | 09/28/2005 | 09/28/2005 | 90597 | 4144.32 | 4144.32 |
| 3548730 | IN | 09/28/2005 | 09/28/2005 | 90615 | 1063.68 | 1063.68 |
| 3548731 | IN | 09/28/2005 | 09/28/2005 | 90633 | 2219.04 | 2219.04 |
| 3548732 | IN | 09/28/2005 | 09/28/2005 | 90651 | 4544.64 | 4544.64 |
| 3548733 | IN | 09/28/2005 | 09/28/2005 | 90669 | 3212.16 | 3212.16 |
| 3548739 | IN | 09/28/2005 | 09/28/2005 | 90810 | 8424.00 | 8424.00 |
| 3548740 | IN | 09/28/2005 | 09/28/2005 | 90837 | 5776.40 | 5776.40 |
| 3549624 | IN | 09/29/2005 | 09/29/2005 | 89306 | 7766.50 | 7766.50 |
| 3549625 | IN | 09/29/2005 | 09/29/2005 | 89325 | 3516.48 | 3516.48 |
| 3549626 | IN | 09/29/2005 | 09/29/2005 | 89363 | 7655.40 | 7655.40 |
| 3549627 | IN | 09/29/2005 | 09/29/2005 | 89377 | 13814.40 | 13814.40 |
| 3549628 | IN | 09/29/2005 | 09/29/2005 | 89389 | 863.40 | 863.40 |
| 3549629 | IN | 09/29/2005 | 09/29/2005 | 89407 | 2358.72 | 2358.72 |
| 3549630 | IN | 09/29/2005 | 09/29/2005 | 89409 | 1179.36 | 1179.36 |
| 3549631 | IN | 09/29/2005 | 09/29/2005 | 89425 | 1884.00 | 1884.00 |
| 3549632 | IN | 09/29/2005 | 09/29/2005 | 89440 | 1777.68 | 1777.68 |
| 3549652 | IN | 09/29/2005 | 09/29/2005 | 90838 | 5776.40 | 5776.40 |
| 3549688 | IN | 09/29/2005 | 09/29/2005 | 91439 | 3212.16 | 3212.16 |
| 3549689 | IN | 09/29/2005 | 09/29/2005 | 91461 | 4144.32 | 4144.32 |
| 3549690 | IN | 09/29/2005 | 09/29/2005 | 91478 | 2127.36 | 2127.36 |
| 3549691 | IN | 09/29/2005 | 09/29/2005 | 91496 | 1109.52 | 1109.52 |
| 3549692 | IN | 09/29/2005 | 09/29/2005 | 91514 | 6816.96 | 6816.96 |
| 3549693 | IN | 09/29/2005 | 09/29/2005 | 91532 | 11232.00 | 11232.00 |
| 3549697 | IN | 09/29/2005 | 09/29/2005 | 91960 | 13002.30 | 13002.30 |
| 3549698 | IN | 09/29/2005 | 09/29/2005 | 92026 | 1884.00 | 1884.00 |
| 3549920 | IN | 09/30/2005 | 09/27/2005 | 89994 | 8424.00 | 8424.00 |
| 3549921 | IN | 09/30/2005 | 09/27/2005 | 89994 | 7020.00 | 7020.00 |
| 3549922 | IN | 09/30/2005 | 09/28/2005 | 89994 | 8424.00 | 8424.00 |

| | | | | | |
|---|---|---|---|---|---|
| 3549923 IN | 09/30/2005 | 09/29/2005 | 450139300 | 137.00 | 137.00 |
| 3549924 IN | 09/30/2005 | 09/29/2005 | 91549 | 9179.50 | 9179.50 |
| 3550794 IN | 09/30/2005 | 09/30/2005 | 86432 | 3212.16 | 3212.16 |
| 3550804 IN | 09/30/2005 | 09/30/2005 | 89364 | 9569.25 | 9569.25 |
| 3550805 IN | 09/30/2005 | 09/30/2005 | 89426 | 1884.00 | 1884.00 |
| 3550806 IN | 09/30/2005 | 09/30/2005 | 89441 | 3555.36 | 3555.36 |
| 3550807 IN | 09/30/2005 | 09/30/2005 | 90839 | 5776.40 | 5776.40 |
| 3550854 IN | 09/30/2005 | 09/30/2005 | 91945 | 6379.80 | 6379.80 |
| 3550855 IN | 09/30/2005 | 09/30/2005 | 91946 | 10025.40 | 10025.40 |
| 3550856 IN | 09/30/2005 | 09/30/2005 | 91961 | 13002.30 | 13002.30 |
| 3550857 IN | 09/30/2005 | 09/30/2005 | 91974 | 2588.83 | 2588.83 |
| 3550858 IN | 09/30/2005 | 09/30/2005 | 91976 | 7766.50 | 7766.50 |
| 3550859 IN | 09/30/2005 | 09/30/2005 | 91992 | 5274.72 | 5274.72 |
| 3550860 IN | 09/30/2005 | 09/30/2005 | 92034 | 7450.20 | 7450.20 |
| 3550861 IN | 09/30/2005 | 09/30/2005 | 92056 | 3328.56 | 3328.56 |
| 3550862 IN | 09/30/2005 | 09/30/2005 | 92078 | 6816.96 | 6816.96 |
| 3550863 IN | 09/30/2005 | 09/30/2005 | 92125 | 6424.32 | 6424.32 |
| 3550864 IN | 09/30/2005 | 09/30/2005 | 92146 | 7020.00 | 7020.00 |
| 3550865 IN | 09/30/2005 | 09/30/2005 | 92173 | 8288.64 | 8288.64 |
| 3550930 IN | 09/30/2005 | 09/30/2005 | 93080 | 3322.88 | 3322.88 |
| 3551018 IN | 10/02/2005 | 10/02/2005 | 89375 | 8634.00 | 8634.00 |
| 3551019 IN | 10/02/2005 | 10/02/2005 | 91977 | 2588.83 | 2588.83 |
| 3551020 IN | 10/02/2005 | 10/02/2005 | 92005 | 863.40 | 863.40 |
| 3551021 IN | 10/02/2005 | 10/02/2005 | 92006 | 863.40 | 863.40 |
| 3551022 IN | 10/02/2005 | 10/02/2005 | 93588 | 5180.40 | 5180.40 |
| 3551023 IN | 10/02/2005 | 10/02/2005 | 93595 | 14152.32 | 14152.32 |
| 3551024 IN | 10/02/2005 | 10/02/2005 | 93636 | 3725.10 | 3725.10 |
| 3551025 IN | 10/02/2005 | 10/02/2005 | 94120 | 16469.58 | 16469.58 |
| 3551753 IN | 10/03/2005 | 10/03/2005 | 90840 | 5776.40 | 5776.40 |
| 3551805 IN | 10/03/2005 | 10/03/2005 | 94121 | 12135.48 | 12135.48 |
| 3551806 IN | 10/03/2005 | 10/03/2005 | 94137 | 7766.50 | 7766.50 |
| 3551807 IN | 10/03/2005 | 10/03/2005 | 94153 | 5274.72 | 5274.72 |
| 3551808 IN | 10/03/2005 | 10/03/2005 | 94169 | 3725.10 | 3725.10 |
| 3551809 IN | 10/03/2005 | 10/03/2005 | 94170 | 5587.65 | 5587.65 |
| 3551810 IN | 10/03/2005 | 10/03/2005 | 94186 | 863.40 | 863.40 |
| 3551811 IN | 10/03/2005 | 10/03/2005 | 94187 | 863.40 | 863.40 |
| 3551812 IN | 10/03/2005 | 10/03/2005 | 94201 | 1179.36 | 1179.36 |
| 3551813 IN | 10/03/2005 | 10/03/2005 | 94213 | 8202.60 | 8202.60 |
| 3551814 IN | 10/03/2005 | 10/03/2005 | 94230 | 5741.55 | 5741.55 |
| 3551815 IN | 10/03/2005 | 10/03/2005 | 94240 | 11224.20 | 11224.20 |
| 3551816 IN | 10/03/2005 | 10/03/2005 | 94241 | 12951.00 | 12951.00 |
| 3551817 IN | 10/03/2005 | 10/03/2005 | 94253 | 1179.36 | 1179.36 |
| 3551818 IN | 10/03/2005 | 10/03/2005 | 94269 | 1777.68 | 1777.68 |
| 3551819 IN | 10/03/2005 | 10/03/2005 | 94279 | 2127.36 | 2127.36 |
| 3551820 IN | 10/03/2005 | 10/03/2005 | 94317 | 4544.64 | 4544.64 |
| 3551821 IN | 10/03/2005 | 10/03/2005 | 94336 | 3212.16 | 3212.16 |
| 3551822 IN | 10/03/2005 | 10/03/2005 | 94355 | 14040.00 | 14040.00 |
| 3551823 IN | 10/03/2005 | 10/03/2005 | 94726 | 4144.32 | 4144.32 |
| 3553123 IN | 10/04/2005 | 09/21/2005 | 86337 | 4144.32 | 4144.32 |
| 3553124 IN | 10/04/2005 | 09/21/2005 | 86376 | 4438.08 | 4438.08 |
| 3553125 IN | 10/04/2005 | 09/20/2005 | 86409 | 284.04 | 284.04 |
| 3553138 IN | 10/04/2005 | 10/04/2005 | 94122 | 12135.48 | 12135.48 |

| | | | | | |
|---|---|---|---|---|---|
| 3553139 IN | 10/04/2005 | 10/04/2005 | 94138 | 5177.66 | 5177.66 |
| 3553140 IN | 10/04/2005 | 10/04/2005 | 94154 | 3516.48 | 3516.48 |
| 3553141 IN | 10/04/2005 | 10/04/2005 | 94171 | 5587.65 | 5587.65 |
| 3553142 IN | 10/04/2005 | 10/04/2005 | 94188 | 863.40 | 863.40 |
| 3553143 IN | 10/04/2005 | 10/04/2005 | 94207 | 1884.00 | 1884.00 |
| 3553144 IN | 10/04/2005 | 10/04/2005 | 94214 | 10025.40 | 10025.40 |
| 3553145 IN | 10/04/2005 | 10/04/2005 | 94231 | 7655.40 | 7655.40 |
| 3553146 IN | 10/04/2005 | 10/04/2005 | 94242 | 7770.60 | 7770.60 |
| 3553147 IN | 10/04/2005 | 10/04/2005 | 94253 | 7076.16 | 7076.16 |
| 3553148 IN | 10/04/2005 | 10/04/2005 | 94262 | 1884.00 | 1884.00 |
| 3553149 IN | 10/04/2005 | 10/04/2005 | 94270 | 1777.68 | 1777.68 |
| 3553150 IN | 10/04/2005 | 10/04/2005 | 94280 | 1063.68 | 1063.68 |
| 3553151 IN | 10/04/2005 | 10/04/2005 | 94298 | 5547.60 | 5547.60 |
| 3553152 IN | 10/04/2005 | 10/04/2005 | 94318 | 2272.32 | 2272.32 |
| 3553153 IN | 10/04/2005 | 10/04/2005 | 94337 | 3212.16 | 3212.16 |
| 3553154 IN | 10/04/2005 | 10/04/2005 | 94356 | 9828.00 | 9828.00 |
| 3553194 IN | 10/04/2005 | 10/04/2005 | 94727 | 4144.32 | 4144.32 |
| 3553200 IN | 10/04/2005 | 10/04/2005 | 94864 | 5602.80 | 5602.80 |
| 3554441 IN | 10/05/2005 | 10/05/2005 | 92146 | 11232.00 | 11232.00 |
| 3554445 IN | 10/05/2005 | 10/05/2005 | 94123 | 12135.48 | 12135.48 |
| 3554446 IN | 10/05/2005 | 10/05/2005 | 94138 | 2588.83 | 2588.83 |
| 3554447 IN | 10/05/2005 | 10/05/2005 | 94139 | 7766.50 | 7766.50 |
| 3554448 IN | 10/05/2005 | 10/05/2005 | 94172 | 5587.65 | 5587.65 |
| 3554449 IN | 10/05/2005 | 10/05/2005 | 94189 | 863.40 | 863.40 |
| 3554450 IN | 10/05/2005 | 10/05/2005 | 94215 | 9114.00 | 9114.00 |
| 3554451 IN | 10/05/2005 | 10/05/2005 | 94232 | 7655.40 | 7655.40 |
| 3554452 IN | 10/05/2005 | 10/05/2005 | 94242 | 5180.40 | 5180.40 |
| 3554453 IN | 10/05/2005 | 10/05/2005 | 94243 | 14677.80 | 14677.80 |
| 3554454 IN | 10/05/2005 | 10/05/2005 | 94254 | 8255.52 | 8255.52 |
| 3554455 IN | 10/05/2005 | 10/05/2005 | 94263 | 1884.00 | 1884.00 |
| 3554456 IN | 10/05/2005 | 10/05/2005 | 94271 | 3555.36 | 3555.36 |
| 3554457 IN | 10/05/2005 | 10/05/2005 | 94299 | 2219.04 | 2219.04 |
| 3554508 IN | 10/05/2005 | 10/05/2005 | 95438 | 4254.72 | 4254.72 |
| 3554509 IN | 10/05/2005 | 10/05/2005 | 95477 | 6816.96 | 6816.96 |
| 3554510 IN | 10/05/2005 | 10/05/2005 | 95515 | 12636.00 | 12636.00 |
| 3554511 IN | 10/05/2005 | 10/05/2005 | 95533 | 5274.72 | 5274.72 |
| 3554512 IN | 10/05/2005 | 10/05/2005 | 95559 | 6403.20 | 6403.20 |
| 3554513 IN | 10/05/2005 | 09/21/2005 | 96179 | 3212.16 | 3212.16 |
| 3555861 IN | 10/06/2005 | 10/06/2005 | 93768 | 702.00 | 702.00 |
| 3555862 IN | 10/06/2005 | 10/06/2005 | 94173 | 7450.20 | 7450.20 |
| 3555863 IN | 10/06/2005 | 10/06/2005 | 94202 | 1179.36 | 1179.36 |
| 3555864 IN | 10/06/2005 | 10/06/2005 | 94216 | 10025.40 | 10025.40 |
| 3555865 IN | 10/06/2005 | 10/06/2005 | 94233 | 7655.40 | 7655.40 |
| 3555866 IN | 10/06/2005 | 10/06/2005 | 94244 | 13814.40 | 13814.40 |
| 3555867 IN | 10/06/2005 | 10/06/2005 | 94255 | 8255.52 | 8255.52 |
| 3555868 IN | 10/06/2005 | 10/06/2005 | 94264 | 1884.00 | 1884.00 |
| 3555869 IN | 10/06/2005 | 10/06/2005 | 94272 | 3555.36 | 3555.36 |
| 3555874 IN | 10/06/2005 | 10/06/2005 | 95534 | 3516.48 | 3516.48 |
| 3555875 IN | 10/06/2005 | 10/06/2005 | 95560 | 6403.20 | 6403.20 |
| 3555915 IN | 10/06/2005 | 10/06/2005 | 95967 | 1733.64 | 1733.64 |
| 3555916 IN | 10/06/2005 | 10/06/2005 | 95969 | 11268.66 | 11268.66 |
| 3555917 IN | 10/06/2005 | 10/06/2005 | 95983 | 7766.50 | 7766.50 |

| Invoice | Type | Date 1 | Date 2 | Ref | Amount 1 | Amount 2 |
|---|---|---|---|---|---|---|
| 3555918 | IN | 10/06/2005 | 10/06/2005 | 95996 | 1726.80 | 1726.80 |
| 3555924 | IN | 10/06/2005 | 10/06/2005 | 96106 | 4144.32 | 4144.32 |
| 3555925 | IN | 10/06/2005 | 10/06/2005 | 96123 | 1109.52 | 1109.52 |
| 3555926 | IN | 10/06/2005 | 10/06/2005 | 96142 | 2127.36 | 2127.36 |
| 3555927 | IN | 10/06/2005 | 10/06/2005 | 96161 | 4544.64 | 4544.64 |
| 3555928 | IN | 10/06/2005 | 10/06/2005 | 96180 | 3212.16 | 3212.16 |
| 3555929 | IN | 10/06/2005 | 10/06/2005 | 96199 | 5616.00 | 5616.00 |
| 3557183 | IN | 10/07/2005 | 10/07/2005 | 94174 | 7450.20 | 7450.20 |
| 3557184 | IN | 10/07/2005 | 10/07/2005 | 94208 | 1884.00 | 1884.00 |
| 3557185 | IN | 10/07/2005 | 10/07/2005 | 94217 | 9114.00 | 9114.00 |
| 3557186 | IN | 10/07/2005 | 10/07/2005 | 94218 | 10025.40 | 10025.40 |
| 3557187 | IN | 10/07/2005 | 10/07/2005 | 94234 | 7655.40 | 7655.40 |
| 3557188 | IN | 10/07/2005 | 10/07/2005 | 94245 | 14677.80 | 14677.80 |
| 3557189 | IN | 10/07/2005 | 10/07/2005 | 94256 | 8255.52 | 8255.52 |
| 3557190 | IN | 10/07/2005 | 10/07/2005 | 94273 | 1777.68 | 1777.68 |
| 3557191 | IN | 10/07/2005 | 10/07/2005 | 95561 | 6403.20 | 6403.20 |
| 3557198 | IN | 10/07/2005 | 10/07/2005 | 96199 | 2808.00 | 2808.00 |
| 3557238 | IN | 10/07/2005 | 10/07/2005 | 96586 | 1733.64 | 1733.64 |
| 3557239 | IN | 10/07/2005 | 10/07/2005 | 96588 | 11268.66 | 11268.66 |
| 3557240 | IN | 10/07/2005 | 10/07/2005 | 96601 | 7766.50 | 7766.50 |
| 3557241 | IN | 10/07/2005 | 10/07/2005 | 96614 | 3516.48 | 3516.48 |
| 3557242 | IN | 10/07/2005 | 10/07/2005 | 96626 | 1726.80 | 1726.80 |
| 3557248 | IN | 10/07/2005 | 10/07/2005 | 96930 | 7770.60 | 7770.60 |
| 3557249 | IN | 10/07/2005 | 10/07/2005 | 96947 | 3191.04 | 3191.04 |
| 3557250 | IN | 10/07/2005 | 10/07/2005 | 96964 | 4438.08 | 4438.08 |
| 3557251 | IN | 10/07/2005 | 10/07/2005 | 96981 | 6816.96 | 6816.96 |
| 3557252 | IN | 10/07/2005 | 10/07/2005 | 97000 | 6424.32 | 6424.32 |
| 3557253 | IN | 10/07/2005 | 10/07/2005 | 97019 | 8424.00 | 8424.00 |

TOTALS    (INCLUDES UNPOSTED DEBIT MEMOS):    975,184.00
                    (UNPOSTED DEBIT MEMOS):        0.00
          (EXCLUDES UNPOSTED DEBIT MEMOS):    975,184.00