UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> DELPHI CORPORATION, *et al.*, <br><br> Debtors. | Case Number: 05-44481 (AJG) <br><br> Chapter 11 <br> (Jointly Administered) |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

Geoffrey A. Richards, of the law firm of Kirkland & Ellis LLP, hereby files this Notice of Appearance and Demand for Service of Papers as counsel for Lunt Manufacturing Company, and pursuant to Bankruptcy Rule 9010 respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon the undersigned at the office, postal address, telephone number and telecopy number listed as follows:

> Geoffrey A. Richards
> KIRKLAND & ELLIS LLP
> 200 East Randolph Drive
> Chicago, IL 60601
> Telephone: (312) 861-2000
> Facsimile: (312) 861-2200
> grichards@kirkland.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notice and papers referred to in the Bankruptcy Rules, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

The undersigned additionally requests that the Debtors and the Clerk of the Court place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

Dated this 19th day of October, 2005

/s/ Geoffrey A. Richards  
Geoffrey A. Richards  
KIRKLAND & ELLIS LLP  
200 East Randolph Drive  
Chicago, IL  60601  
Telephone:    (312) 861-2000  
Facsimile:     (312) 861-2200

Attorney for Lunt Manufacturing Company