UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In RE:

DELPHI CORPORATION, et al.,

    Debtors.

Case No. 05-44481-RDD

In proceedings under Chapter 11

Hon. Richard D. Drain

### CERTIFICATE OF SERVICE

STATE OF MICHIGAN    )
                                 )SS.
COUNTY OF WAYNE    )

    RONDA L. HARRIS, being first duly sworn, deposes and says that she is employed by Miller, Canfield, Paddock and Stone, P.L.C. and that she served a copy of the Notice of Reclamation Demand of Niles USA, Inc. electronically upon the ECF participants on October 19, 2005.

                                 \s\ Ronda L. Harris
                                 Ronda L. Harris, Administrative Assistant
                                 Miller, Canfield, Paddock and Stone, P.L.C.

Dated: October 20, 2005

DELIB:2670778.1\129141-00001