UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

DELPHI CORPORATION, et al.,

                                        In re: Case No. 05-44481-RDD
                                        Chapter 11

        Debtors.

---------------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

      I, Jay Selanders, a member in good standing of the bars in the States of Missouri, Kansas and Michigan, requests admission, **pro hac vice**, before the Honorable Robert D. Drain, to represent DaimlerChrysler Motors Company, LLC, DaimlerChrysler Corporation and DaimlerChrysler Canada Inc., a party in the above referenced case. My address is 2405 Grand Boulevard, Suite 900, Kansas City, Missouri 64108-2519 and my e-mail address is selanders@danielsandkaplan.com; telephone number is (816) 221-3000. I agree to pay the fee of $25 upon approval by this Court admitting me to practice **pro hac vice**.

      Dated: October 20, 2005 at Kansas City, Missouri.

                                                      s/Jay Selanders

---

## ORDER

**ORDERED**, that Jay Selanders, Esq., is admitted to practice, **pro hac vice**, in the above referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:_____

    New York, New York        s/_____
                                               UNITED STATES BANKRUPTCY JUDGE