# Edwards & Angell LLP

750 Lexington Avenue    New York, NY 10022    212.308.4411    *fax* 212.308.4844

Shmuel Vasser

212.912.2843
*fax* 212.308.4844
svasser@EdwardsAngell.com

October 19, 2005

**VIA FEDEX**

Allison Verderber Herriott, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, Illinois 60606

      Re:    Delphi Corp., et al., Debtors
             Reclamation Demand

Dear Allison:

On behalf of Speedline Technologies, Inc. ("Speedline"), I hereby deliver a reclamation demand pursuant to the Bankruptcy Court's Reclamation Order, dated October 13, 2005 (the "Order"). As the Order does not specify the address or the recipient of reclamation demands addressed to the Debtors, Tom Matz, your colleague in New York, advised me to send the demand to you.

Description of the Goods. On October 4, 2004, pursuant to purchase order no. 450112937 (the "Purchase Order"), a copy of which is attached, Speedline shipped to the debtors equipment known as Vectra Wave Soldering. A copy of the invoice (invoice no. 0520277) in the amount of $152,807 for said equipment is attached hereto. On October 5, 2005, and pursuant to the Purchase Order, Speedline shipped equipment known as Optima Fluxer. A copy of the invoice (invoice no. 0520411) in the amount of $36,198, is attached as well.

Basis for this Demand. The legal basis for this demand is section 546(c) of the Bankruptcy Code, incorporating common law reclamation rights as well statutory law, including section 2-702(2) of the Uniform Commercial Code. Should you have any question with respect of the above, or require any additional information, please do not hesitate to contact me.

Sincerely,

Shmuel Vasser

Enclosure

cc: Thomas J. Matz, Esq.

219931

BOSTON | FT. LAUDERDALE | HARTFORD | NEW YORK | PROVIDENCE | SHORT HILLS, NJ | STAMFORD | WEST PALM BEACH | WILMINGTON | LONDON

07/12/05  TUE 09:38 FAX 765 451 2049          PURCHASING                              ☑001

# DELPHI  *K. Graulich*    508. 590 0309

Delphi Electronics and Safety

Page 1 of 7

**Buyer:**

DELPHI
ELECTRONICS & SAFETY
P.O. Box 9005
KOKOMO IN 46904-9005

**Deliver to:**

PROTO LAB PLANT 9
Attention: Jana Royal
2033 E. BOULEVARD
KOKOMO IN 46902

SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN MA 02038-3157

**Purchase Order**

| PO Number | Date Issued |
|---|---|
| 450112937 | 08-Jul-2005 |
| Version | |
| 09-Jul-2005 02:20:10 EST | |

Delivery date:  30-SEP-2005

| Vendor No: | 1002870 |
|---|---|
| DUNS No: | 183112879 |

**Payment Terms: 2MN2          Currency: USD**

Payment settled on 2nd, 2nd Month

**Incoterms: FOB  Freight Collect**

√ Invoice OS2077  ⊗ $152,807 ⁰⁰
√ Invoice OS2041  36,198 ⁰⁰

| Item No. | Material No./Item Identifier No.  Description | Total Order Quantity | Plant  Requester |
|---|---|---|---|
| 00010 | PR10179694 00010 | 1.000 | DAHQ DELPHI D HEADQUARTERS |
| | WAVE SOLDER SYSTEM | | LONGGOOD S |
| | ELECTROVERT VECTRA WAVE SOLDER SYSTEM | | |
| | INCLUDING OPTIONS: | | |
| | 480V/60HZ,L/R,INTERMIX RIGID FINGERS | | |
| | .06/6.4MM (I.I.V),FINGER CLEANER,FINGER | | |
| | MASK FR.WIDTH ADJUST LEAD SCREW COVERS, | | |
| | LOAD END OPTION2,ZONE 1 VEC-BOTTOM/IR-TOP, | | |
| | ZONE 2 VEC-BOTTOM/IR-TOP,ZONE 3 IR,OPTIMA | | |
| | FLUXER W/DUAL SUPPLY IN EXTERNAL CABINET, | | |
| | N2.U1.TRAFILL-N2,SOLDER WIRE FEEDER W/SOLDER | | |
| | LEVEL SENSOR,QUICK CHANGE SOLDER POT W/SS | | |
| | MATERIALS,STATUS LIGHT TOWER,2 REAR E-STOPS, | | |
| | EMERGENCY POWER SUPPLY,SMEMA INTERFACE, | | |
| | ENGLISH LANG,1 EXTRA CD ROM MANUAL,DELPHI | | |
| | STD WARRANTY | | |
| | DOCUMNET S9 #384 | | |
| | STUART LONGGOOD (765)451-0394 | | |
| | PR449757 | | |
| | 6F-007013 | | |
| | Warranty: 18 months parts udn labor | | |

| Purchasing Contact: Drake, Greg | Contact Address: |
|---|---|
| Phone: 765-451-2019 | Delphi E & S |
| Fax: 765-451-5750 | One Corporate Center MS:CTLLM, |
| | KOKOMO IN 46902 |

Date and Time Printed:  09-Jul-2005 02:20:10 EST

# DELPHI

Delphi Electronics and Safety

Page  2  of 7

| SPEEDLINE TECHNOLOGIES INC<br>16 FORGE PARK<br>FRANKLIN MA 02038-3157 | Purchase Order |
|---|---|

| Purchase Order | |
|---|---|
| PO Number<br>450112937<br>Version<br>09-Jul-2005  02:20:10  EST | Date Issued<br>08-Jul-2005 |

| Item No.  Material No/Item Identifier No  Total Order Quantity   Plant<br>Description                                              Requester | | | | | |
|---|---|---|---|---|---|
| **Delivery Date** | **Scheduled Quantity** | **Price** | **Price Unit** | **UOM** | **Value** |
| 30-SEP-2005 | 1.000 | 189,005.00 | 1 | EA | 189,005.00 |
| Net Line Item Value | | | | USD | 189,005.00 |

| Total net value | USD | 189,005.00 |
|---|---|---|

**Notes:**

**************************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
**************************

**************************************************
* PAYMENT ISSUES AND QUESTIONS REGARDING SHIPPED *
* MATERIAL SHOULD BE DIRECTED TO:
* DISBURSEMENT SERVICES AT (248)874-4636.  (A2) *
**************************************************

**************************************************
DO NOT INVOICE FOR SHIPPED MATERIAL. DELPHI E&S IS
'PAY ON RECEIPT' AND INVOICES ARE NOT REQUIRED.

INVOICES ARE REQUIRED AND MUST BE SUBMITTED FOR
SERVICES AND ITEMS WHICH ARE NOT SHIPPED.

PLEASE SUBMIT THESE TO:
DELPHI DELCO ELECTRONICS CORP
ATTN: MANUAL RECEIPTS PROCESSING MS-9A241
P O BOX 9005
KOKOMO, IN  46904-9005

***CALIFORNIA SHIPMENTS*** - DELPHI-E&S DOES NOT
HAVE A DIRECT PAYMENT PERMIT IN CALIFORNIA.
DELCO ELECTRONICS CORP DOES HAVE DIRECT PAY
PERMITS IN INDIANA,
MICHIGAN, TEXAS AND WISCONSIN.

# DELPHI

Delphi Electronics and Safety

Page 3 of 7

---

SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN MA 02038-3157

**Purchase Order**

| PO Number | Date Issued |
|---|---|
| 450112937 | 08-Jul-2005 |
| Version | |
| 09-Jul-2005  02:20:10  EST | |

---

| Item No. | Material No/Item Identifier No. Description | Total Order Quantity | Plant Requester |
|---|---|---|---|

---

**Notes Continued:**

YOU MUST PLACE THE FOLLOWING ON YOUR PACKING SLIP:
- PURCHASE ORDER (ONLY ONE PURCHASE ORDER NUMBER PER PACKING SLIP)
- DELPHI-E&S "ITEM IDENTIFICATION NUMBER (ID)" FROM PURCHASE ORDER FOR EACH DELIVERED ITEM
- LIST DELPHI-E&S DESCRIPTION PER PURCHASE ORDER FOR EACH LINE ITEM DELIVERED FOLLOWED BY YOUR DESCRIPTION IF DESIRED.
- EQUIPMENT SERIAL NUMBER(S)
- - - - - - - - - - - - - - -
ADDITIONAL PACKING SLIP INFORMATION:
- EACH BOX/CRATE MUST CONTAIN A COMPLETE PACKING SLIP FOR THE ENTIRE DELIVERY
- HIGHLIGHT ON THE PACKING SLIP THE APPLICABLE PURCHASE ORDER ITEM IDENTIFICATION NUMBER FOR EACH ITEM LOCATED IN THE BOX/CRATE
- PACKING SLIP MUST BE ENCLOSED IN A CLEAR PLASTIC ENVELOPE AND AFFIXED TO THE OUTSIDE (WITH A COPY INSIDE) OF EACH BOX/CRATE.
*************************************************
ROUTING: REFER TO ROUTING LETTER DATED 02/13/03 FOR INSTRUCTIONS. CALL DELPHI E&S TRANSPORATION AT (765)451-4078 OR -4079 FOR ADDITIONAL INFORMATION. FREIGHT TERMS ARE 'FOB ORIGIN,FREIGHT COLLECT'. BUYER WILL ONLY PAY FREIGHT CHARGES IF THE SELLER USES THE BUYER SELECTED CARRIER AND SHIPS COLLECT. THE SELLER AGREES TO PAY ALL FREIGHT INVOICES WHEN SELLER DEVIATES FROM BUYER SPECIFIED CARRIER WITHOUT PRIOR APPROVAL FROM DELPHI E&S TRANSPORTATION.

*************************************************

*************************************
Delphi requires 100% on time delivery performance from suppliers. If you anticipate problems in delivering materials and/or completing services by the date specified on the Buyer's purchase order, the Delphi Buyer should be notified immediately.
*************************************

*************************************
CHANGES IN SPECIFICATIONS AFFECTING PRICE AND/OR LEADTIME, WHETHER INITIATED BY SUPPLIER OR DELPHI DELCO ELECTRONICS CORP MUST NOT BE MADE WITHOUT PRIOR APPROVAL BY DELPHI PURCHASING VIA A PURCHASE ORDER AMENDMENT. ANY CHANGES IN DELIVERY DATE FOR ANY REASON WHATSOEVER WILL BE REPORTED PROMPTLY IN WRITING TO THE BUYER WITH DETAILED EXPLANATION.
*************************************

# DELPHI

| SPEEDLINE TECHNOLOGIES INC<br>16 FORGE PARK<br>FRANKLIN MA 02038-3157 | Purchase Order |
|---|---|
| | PO Number<br>450112937<br>Version<br>09-Jul-2005 02:20:10 EST | Date Issued<br>08-Jul-2005 |

| Item No. | Material No/Item Identifier No. | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

**Notes Continued:**

************************************************

IN ADDITION TO THE REQUIREMENTS SPECIFIED, THE
EQUIPMENT MUST COMPLY WITH DELPHI DELCO ELECTRONICS
CORP'S EQUIPMENT APPROVALS PROCEDURE AND ONE OF THE
FOLLOWING STANDARDS ASSIGNED BY THE DELPHI-E&S
EQUIPMENT APPROVALS OFFICE: A) STANDARD INDUSTRIAL
EQUIPMENT SPECIFICATIONS, OR, B) CUSTOM INDUSTRIAL
EQUIPMENT SPECIFICATION.
***********************************************

IF THIS SHIPMENT REQUIRES AN AIR-RIDE OR PADDED VAN
TO INSURE ITS SAFETY, ROUTE VIA NORTH AMERICAN VAN
LINES. ARRANGE ALL DETAILS THROUGH GUYER THE MOVER
(765) 457-6197 OR 800-783-8268.
***********************************************

Calibration Service Requirements:
1. QS9000 registration requires Delphi  to use inspection / test laboratory suppliers that have ISO/IEC Guide 25 (or ISO/IEC 17025) accreditation. The OEM
may be used whenever an accredited source cannot be found.
2. Calibration Services on Delphi equipment shall be performed to original manufacturer's specification. If such specification is not available, equivalent
reference standards (e.g. BS, ISO, JIS, and DIN) shall be used.
3. All test/measurement instruments used to calibrate Delphi equipment shall be traceable to National/International Standards (e.g. NIST, NML, NPT, BTL, and
NRC).
4. If calibration standard is found to be out of tolerance, upon re-calibration of the standard, the supplier shall determine validity of previous measurements made
on Delphi equipment and shall provide for immediate re-calibration of all affected equipment when necessary.
5. The supplier shall provide calibration report for every piece of equipment calibrated. The report shall include the following:
A) Type of Equipment
B) Identification number of equipment
C) Identification number of calibration standard
D) Traceability information of calibration standard
E) Check method of calibration activity (e.g. reference
manual description of equipment or equivalent)
F) Calibration results stating:
F1. Test Items
F2. Measured values as received
F3. Measured values after adjustment (if adjustment were
made)
F4. Acceptance Criteria
G) Statement of conformance to specification after

calibrations
H) Name of person responsible for the calibration
I) Date of the calibration
6. Calibration sticker shall be affixed on all Delphi's equipment that is calibrated. The information shall contain the date of calibration, identification number of

# DELPHI

Delphi Electronics and Safety

Page  5  of  7

SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN MA 02038-3157

**Purchase Order**

PO Number                                           Date Issued
450112937                                           08-Jul-2005
Version
09-Jul-2005  02:20:10  EST

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
| Description | | Requester | |
|---|---|---|---|

**Notes Continued:**

equipment or calibration reference number.
7. Any variation from the above requirements for approval to repair equipment, which cannot be calibrated, must have written approval from the buyer.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
A PROPERLY COMPLETED CERTIFICATE OF ORIGIN,
NAFTA CERTIFICATE WHERE APPLICABLE (CUSTOMS FORM 434)
AND A MANUFACTURERS AFFIDAVIT STATING THE COUNTRY OF
ORIGIN BE INCLUDED WITH THE SHIPPING DOCUMENTS FOR
THE MATERIAL ON THIS PURCHASE ORDER.          (NT)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
WARRANTY AND SPARE PARTS INSTRUCTIONS
\*\*\*\*\*\*\*\*\*\*
PRIOR TO THE SHIPPING OF EQUIPMENT TO DELPHI DELCO
ELECTRONICS SYSTEMS YOU MUST "ELECTRONICALLY" PROVIDE
THE FOLLOWING INFORMATION FOR EACH PIECE OF EQUIPMENT
TO THE INDIVIDUALS LISTED:
-PURCHASE ORDER NUMBER
-EQUIPMENT DESCRIPTION (S) & MODEL NUMBER (S).
IF APPLICABLE
-EQUIPMENT SERIAL NUMBER (S)
-LIST OF RECOMMENDED SPARE PARTS INCLUDING:
SPARE PARTS DESCRIPTIONS, OEM SPARE PART NUMBERS
OIM SPARE PART NUMBERS, SPARE PART PRICES, AND
SPARE PART PRICING EXPIRATION DATE.
-DESIGNATE WHICH PARTS ARE CONSIDERED "CONSUMABLE" VERSUS
THOSE COVERED UNDER WARRANTY

-EQUIPMENT WARRANTY PERIOD
-EQUIPMENT WARRANTY START DATE
ELECTRONICALLY TRANSMIT THIS INFORMATION TO THE FOLLOWING INDIVIDUALS:
THOMAS.D.RIGLE@DELPHI.COM
MIKE.SALYERS@SETECHUSA.COM
REQUESTOR (WHO ORDERED), AS IDENTIFIED ON THE PURCHASE ORDER.
FAILURE TO PROVIDE THIS INFORMATION AT TIME OF SHIPMENT MAY NEGATIVELY IMPACT PAYMENT PROCESSING.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*THE  ULTIMATE DESTINATION OF THE MATERIAL ON THIS PURCHASE
ORDER IS MEXICO.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# DELPHI

SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN MA 02038-3157

**Purchase Order**

PO Number
450112937
Version
09-Jul-2005  02:20:10  EST

Date Issued
08-Jul-2005

| Item No. | Material No/Item Identifier No.  Description | Total Order Quantity | Plant  Requester |
|---|---|---|---|

**Notes Continued:**

IMPORTANT NOTICE TO SUPPLIERS:
PLEASE COMPLY STRICTLY WITH DELPHI'S ENVIRONMENTAL REQUIREMENTS AS STATED IN THE ENVIRONMENTAL REQUIREMENTS FOR CONTRACTORS / SUPPLIERS / VENDORS. A COPY OF THE ENVIRONMENTAL REQUIREMENTS IS AVAILABLE UPON WRITTEN REQUEST TO THE BUYER.
*****************************************************************
Delphi requires 100% on time delivery performance from suppliers. If you anticipate problems in delivering materials and/or completing services by the date specified on the Buyer's purchase order, the Delphi Buyer should be notified immediately.
*****************************************************************
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

*****************************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to the Internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*****************************
Supplier agrees to make deliveries according to the agreed upon delivery date(s), and to pay to Buyer liquidated damages amounting to 1.00% of the contract price per week, for each week (or part thereof) of any delay. Additional charges incurred by the supplier to achieve agreed upon delivery date are the supplier's responsibility and will not be reimbursed by Delphi.
*****************************

*****************************
CERTIFICATE OF INSURANCE GENERAL

CONTRACTOR SHALL OBTAIN AND MAINTAIN CONSISTENT WITH THE PROVISIONS OF THIS CONTRACT, AT ITS SOLE EXPENSE, THE FOLLOWING TYPES OF INSURANCE COVERAGE, TO REMAIN IN FORCE DURING THE TERM OF THIS CONTRACT, WITH MINIMUM LIMITS AS SET FORTH BELOW:
1.
COMMERCIAL GENERAL LIABILITY COVERING LIABILITY ARISING FROM PREMISES, OPERATIONS, INDEPENDENT CONTRACTORS, PRODUCTS - COMPLETED OPERATIONS, PERSONAL AND ADVERTISING INJURY, AND BLANKET CONTRACTUAL LIABILITY - US $5,000,000 EACH OCCURRENCE.
2.
BUSINESS AUTOMOBILE LIABILITY COVERING ALL OWNED, HIRED AND NON-OWNED VEHICLES - US $5,000,000 EACH OCCURRENCE, INCLUDING ALL APPLICABLE STATUATORY COVERAGES.
3.

# DELPHI

SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN MA 02038-3157

**Purchase Order**

| PO Number | Date Issued |
|---|---|
| 450112937 | 08-Jul-2005 |
| Version | |
| 09-Jul-2005  02:20:10  EST | |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

**Notes Continued**

WORKERS COMPENSATION - STATUTORY LIMITS FOR ALL STATES OF OPERATION.
4.
EMPLOYERS LIABILITY - US $1,000,000 EACH EMPLOYEE FOR BODILY INJURY BY ACCIDENT AND US $1,000,000 EACH EMPLOYEE FOR BODILY INJURY BY DISEASE.
5.
PROFESSIONAL/ERRORS AND OMISSIONS LIABILITY INSURANCE APPROPRIATE TO THE CONTRACTOR'S PROFESSION. COVERAGE SHOULD ALSO BE FOR A PROFESSIONAL ERROR, ACT OR OMISSION ARISING OUT OF THE SCOPE OF SERVICES SHOWN IN THIS CONTRACT - US $1,000,000 PER OCCURRENCE (ONLY IF PERFORMING CONSULTING ALONG WITH ACTUAL SITE WORK, IF NO CONSULTING, THIS PROVISION CAN BE DELETED)
ALL POLICIES OF INSURANCE PROCURED BY CONTRACTOR HEREIN SHALL BE WRITTEN AS PRIMARY POLICIES; NOT CONTRIBUTING WITH OR IN EXCESS OF COVERAGE THAT DELPHI MAY CARRY. IF CONTRACTOR'S LIABILITY POLICIES DO NOT CONTAIN THE STANDARD SEPARATION OF INSURED'S PROVISION, OR A SUBSTANTIALLY SIMILAR CLAUSE, THEY SHALL BE ENDORSED TO PROVIDE CROSS-LIABILITY COVERAGE CONTRACTOR SHALL AGREE TO WAIVE THEIR INSURER'S RIGHT SUBROGATION UNDER ITS POLICIES. DELPHI SHALL BE AN ADDITIONAL INSURED UNDER CONTRACTOR'S INSURANCE POLICY (EXCEPT WORKER'S COMPENSATION AND EMPLOYER'S LIABILITY). AND AT DELPHI'S REQUEST, CONTRACTOR SHALL PROVIDE DELPHI WITH A CERTIFICATE OF INSURANCE EVIDENCING COMPLIANCE WITH THE LIMITS, INSURANCE REQUIREMENTS AND WAIVER OF SUBROGATION SET FORTH ABOVE. SUCH CERTIFICATE SHALL BE IN A FORM ACCEPTABLE TO, AND UNDERWRITTEN BY AN INSURANCE COMPANY REASONABLY SATISFACTORY TO DELPHI AND WITH AN A.M.BEST COMPANY RATING OF A- OR ABOVE. BY REQUIRING INSURANCE HEREIN, DELPHI DOES NOT REPRESENT THAT COVERAGE AND LIMITS WILL NECESSARILY BE ADEQUATE TO PROTECT CONTRACTOR. THE PURCHASE OF APPROPRIATE INSURANCE COVERAGE BY CONTRACTOR OR THE FURNISHING OF A CERTIFICATE OF INSURANCE SHALL NOT RELEASE CONTRACTOR FROM ITS RESPECTIVE OBLIGATIONS OR LIABILITIES UNDER THE AGREEMENT.


MAIL ABOVE TO THE BUYER OF RECORD NOTED AT THE BOTTOM OF
OF THE PURCHASING DOCUMENT.
(FAX, PHONE AND ADDRESS BE PROVIDED)

CONTRACTORS ARE ADVISED THAT THEIR EMPLOYEES MAY HAVE
THE POTENTIAL OF EXPOSURE TO WORKPLACE CHEMICALS.
CONCERNS REGARDING THIS MATTER CAN BE DIRECTED TO
DELPHI CORP ENGINEERING DEPT. CONTACT YOUR BUYER OF RECORD
FOR A LOCAL CONTACT NUMBER.

# Speedline
technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

REMIT TO:

SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

# INVOICE

| INVOICE: | PAGE: |
|---|---|
| 0520277 | 1 OF 4 |
| INVOICE DATE | ORDER DATE |
| 10/04/05 | 07/13/05 |
| SALES ORDER: | |
| 654175 | |
| FREIGHT TERMS: | |
| COLLECT | |
| FOB: | |
| ORIGIN | |
| PURCHASE ORDER: | |
| 450112937 | |
| SHIPPER NUMBER: | |
| 0520277210 | |

B  10052440
I  DELPHI DELCO ELECTRONICS SYS
L  ATTN MANUAL RECEIPTS PROCESS
L  MS-A241/PO BOX 9005
   KOKOMO, IN 46904-9005
T  UNITED STATES
O  Your VAT-ID: IN DP

S  10060499
H  DELPHI DELCO SYSTEMS
I  2033 EAST BOULEVARD
P  PLANT 9 RECEIVING
   KOKOMO, IN 46902
T  UNITED STATES
O

| TERMS: NET60 | DUE DATE 12/03/05 | SALESPERSON 50000018 50000025 | CUSTOMER CONTACT | SHIP DATE 10/04/05 | SHIP VIA GUYER | SHIPPERS REFERENCE 0942 |
|---|---|---|---|---|---|---|

| LN | ITEM NUMBER | PART DESCRIPTION | UM | SHIPPED | BACKORDER | TAX | PRICE | NET PRICE |
|---|---|---|---|---|---|---|---|---|
| 1 | VC-13155 | Vectra Wavesoldering System | EA | 1.0 | 0.0 | yes | 152,807.00 | 152,807.00 |

```
Lot/Serial Numbers Shipped:    Qty    Expire    Reference
  VC-13155                     1.0
    VC-13155                                              ** Cont **
    VC-13155                                              ** Cont **
OPTION            DESCRIPTION
    VC-13155                                              ** Cont **
OP-BASE-VC        Vectra Base Machine           1
    VC-13155                                              ** Cont **
OP-RGDI-VC        Rigid Intermix Fingers        1
    VC-13155                                              ** Cont **
OP-FCLR-VC        Finger Cleaner System         1
    VC-13155                                              ** Cont **
OP-FMSK-VC        Finger Mask                   2
    VC-13155                                              ** Cont **
OP-WACOVER-VC     Width Adjust Covers           1
    VC-13155                                              ** Cont **
OP-VEC-VC         Vecta Heater                  2
    VC-13155                                              ** Cont **
OP-IR-VC          Infrared Heater               1
    VC-13155                                              ** Cont **
OP-TOPIR-VC       Top Infrared Heater           2
    VC-13155                                              ** Cont **
OP-LEADFREE-VC    Lead Free Capability          1
    VC-13155                                              ** Cont **
OP-N2OM-VC        Contour Omega Wave            1
```

# ⟲ Speedline
## technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

**REMIT TO:**
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

# INVOICE

| INVOICE: 0520277 | PAGE: 2 OF 4 |
|---|---|
| INVOICE DATE: 10/04/05 | ORDER DATE: 07/13/05 |

| SALES ORDER: 654175 |
|---|
| FREIGHT TERMS: COLLECT |
| FOB: ORIGIN |
| PURCHASE ORDER: 450112937 |
| SHIPPER NUMBER: 0520277210 |

**B I L L T O**
10052440
DELPHI DELCO ELECTRONICS SYS
ATTN MANUAL RECEIPTS PROCESS
MS-A241/PO BOX 9005
KOKOMO, IN 46904-9005
UNITED STATES

Your VAT-ID: IN DP

**S H I P T O**
10060499
DELPHI DELCO SYSTEMS
2033 EAST BOULEVARD
PLANT 9 RECEIVING
KOKOMO, IN 46902
UNITED STATES

| TERMS: NET60 | DUE DATE 12/03/05 | SALESPERSON 50000018 50000025 | CUSTOMER CONTACT | SHIP DATE 10/04/05 | SHIP VIA GUYER | SHIPPERS REFERENCE 0942 |
|---|---|---|---|---|---|---|

| LN | ITEM NUMBER | PART DESCRIPTION | | UM | SHIPPED | BACKORDER | TAX | PRICE | NET PRICE |
|---|---|---|---|---|---|---|---|---|---|
| | VC-13155 | | | | ** Cont ** | | | | |
| | OP-UFN-VC | Ultrafill-N2 Nozzles | 1 | | ** Cont ** | | | | |
| | VC-13155 | | | | ** Cont ** | | | | |
| | OP-N2ROT-VC | Nitrogen Roatary Chip Nozzle | 1 | | ** Cont ** | | | | |
| | VC-13155 | | | | ** Cont ** | | | | |
| | OP-QC-VC | Quick Change Solder Pot | 1 | | ** Cont ** | | | | |
| | VC-13155 | | | | ** Cont ** | | | | |
| | OP-MROLL-VC | Motorized Rollout/Jacking Stand | 1 | | ** Cont ** | | | | |
| | VC-13155 | | | | ** Cont ** | | | | |
| | OP-WFEED-WS | Wire Feeder | 1 | | ** Cont ** | | | | |
| | VC-13155 | | | | ** Cont ** | | | | |
| | OP-TOWER-WS | Light Tower | 1 | | ** Cont ** | | | | |
| | VC-13155 | | | | ** Cont ** | | | | |
| | OP-STOPS-WS | Additional Rear E-Stops | 1 | | ** Cont ** | | | | |
| | VC-13155 | | | | ** Cont ** | | | | |
| | OP-EPS-WS | Emergency Power Supply | 1 | | ** Cont ** | | | | |
| | VC-13155 | | | | ** Cont ** | | | | |
| | OP-SMEMA-WS | SMEMA Interface | 1 | | ** Cont ** | | | | |
| | VC-13155 | | | | ** Cont ** | | | | |
| | OP-MNLS-AS | English CD Manual | 1 | | ** Cont ** | | | | |
| | VC-13155 | | | | ** Cont ** | | | | |
| | MACHINE SPECIFICATION NOTES: | | | | ** Cont ** | | | | |
| | VC-13155 | | | | ** Cont ** | | | | |
| | 480 Volts/60 Hertz - 3 Phase | | | | ** Cont ** | | | | |
| | VC-13155 | | | | ** Cont ** | | | | |
| | LLV Finger Intermix Ratio | | | | ** Cont ** | | | | |
| | VC-13155 | | | | ** Cont ** | | | | |

# Speedline
technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

REMIT TO:

SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

# INVOICE

| | |
|---|---|
| INVOICE:<br>0520277 | PAGE:<br>3 OF 4 |
| INVOICE DATE:<br>10/04/05 | ORDER DATE:<br>07/13/05 |
| SALES ORDER:<br>654175 | |
| FREIGHT TERMS:<br>COLLECT | |
| FOB:<br>ORIGIN | |
| PURCHASE ORDER:<br>450112937 | |
| SHIPPER NUMBER:<br>0520277210 | |

**B I L L T O**
10052440
DELPHI DELCO ELECTRONICS SYS
ATTN MANUAL RECEIPTS PROCESS
MS-A241/PO BOX 9005
KOKOMO, IN 46904-9005
UNITED STATES

Your VAT-ID: IN DP

**S H I P T O**
10060499
DELPHI DELCO SYSTEMS
2033 EAST BOULEVARD
PLANT 9 RECEIVING
KOKOMO, IN 46902
UNITED STATES

| TERMS:<br>NET60 | DUE DATE<br>12/03/05 | SALESPERSON<br>50000018 50000025 | CUSTOMER CONTACT | SHIP DATE<br>10/04/05 | SHIP VIA<br>GUYER | SHIPPERS REFERENCE<br>0942 |
|---|---|---|---|---|---|---|

| LN | ITEM NUMBER | PART DESCRIPTION | UM | SHIPPED | BACKORDER | TAX | PRICE | NET PRICE |
|---|---|---|---|---|---|---|---|---|
| | | 1/16IN Board Thickness, 6.4 mm foot length | | ** Cont ** | | | | |
| | VC-13155 | | | | | | | |
| | | Load Guides at board input | | ** Cont ** | | | | |
| | VC-13155 | | | | | | | |
| | | Finger Mask Position- Fixed Rail-Both | | ** Cont ** | | | | |
| | VC-13155 | | | | | | | |
| | | No Fluxer Required | | ** Cont ** | | | | |
| | VC-13155 | | | | | | | |
| | | Zone 1: Vecta Preheater | | ** Cont ** | | | | |
| | VC-13155 | | | | | | | |
| | | Zone 2: Vecta Preheater | | ** Cont ** | | | | |
| | VC-13155 | | | | | | | |
| | | Zone 3: Infrared Preheater | | ** Cont ** | | | | |
| | VC-13155 | | | | | | | |
| | | English Machine Manuals | | ** Cont ** | | | | |
| | VC-13155 | | | | | | | |
| | | CUSTOMER Acceptance Required | | ** Cont ** | | | | |
| | VC-13155 | | | | | | | |
| | | NOTE:  Customer is planning to have 3rd party CO2 system installed at | | ** Cont ** | | | | |
| | VC-13155 | | | | | | | |
| | | Camdenton prior to ship.  To support this, replace standard main disconnect | | ** Cont ** | | | | |
| | VC-13155 | | | | | | | |
| | | on machine with main disconnect with shunt.  (P/N 2-5009-420-00-0) | | ** Cont ** | | | | |
| | VC-13155 | | | | | | | |
| | | . | | ** Cont ** | | | | |
| | VC-13155 | | | | | | | |
| | | NOTE: Add Wire Feeder Spool Bracket | | | | | | |

# Speedline
## technologies

**INVOICE**

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

REMIT TO:
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

| INVOICE: 0520277 | PAGE: 4 OF 4 |
|---|---|
| INVOICE DATE: 10/04/05 | ORDER DATE: 07/13/05 |

SALES ORDER: 654175

FREIGHT TERMS: COLLECT

FOB: ORIGIN

PURCHASE ORDER: 450112937

SHIPPER NUMBER: 0520277210

**B I L L T O**
10052440
DELPHI DELCO ELECTRONICS SYS
ATTN MANUAL RECEIPTS PROCESS
MS-A241/PO BOX 9005
KOKOMO, IN 46904-9005
UNITED STATES

Your VAT-ID: IN DP

**S H I P T O**
10060499
DELPHI DELCO SYSTEMS
2033 EAST BOULEVARD
PLANT 9 RECEIVING
KOKOMO, IN 46902
UNITED STATES

| TERMS: NET60 | DUE DATE 12/03/05 | SALESPERSON 50000018 50000025 | CUSTOMER CONTACT | SHIP DATE 10/04/05 | SHIP VIA GUYER | SHIPPERS REFERENCE 0942 |
|---|---|---|---|---|---|---|

| LN | ITEM NUMBER | PART DESCRIPTION | UM | SHIPPED | BACKORDER | TAX | PRICE | NET PRICE |
|---|---|---|---|---|---|---|---|---|
| | VC-13155 | | | | ** Cont ** | | | |

| SPECIAL INSTRUCTIONS | SUB TOTAL | DISCOUNT | TAX | OTHER (SEE BELOW) | TOTAL |
|---|---|---|---|---|---|
| | 152,807.00 | 0.00 | 0.00 | 0.00 | 152,807.00 |

TOTAL DUE:   152,807.00
-----------------
CURRENCY:USD

PURCHASE CONTACT:   GREG DRAKE
PHONE #:            765-451-2019
FAX #:              765-451-5750

ENGINEER CONTACT:   STU LONGGOOD
PHONE #:            765-451-0394
FAX #:              765-451-0542

TRAFFIC CONTACT:    GUYER THE MOVER
PHONE NO:           765-457-6197

PAYMENT TERMS:  PAYMENT SETTLED ON 2ND, 2ND MONTH

# Speedline
## technologies

**SPEEDLINE TECHNOLOGIES**
16 FORGE PARK
FRANKLIN, MA 02038
USA

**INVOICE**

REMIT TO:

SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

| INVOICE: | PAGE: |
|---|---|
| 0520411 | 1 OF 1 |
| INVOICE DATE: | ORDER DATE: |
| 10/05/05 | 07/13/05 |
| SALES ORDER: | |
| 654175 | |
| FREIGHT TERMS: | |
| COLLECT | |
| FOB: | |
| ORIGIN | |
| PURCHASE ORDER: | |
| 450112937 | |
| SHIPPER NUMBER: | |
| 0520277210 | |

B I L L T O

10052440
DELPHI DELCO ELECTRONICS SYS
ATTN MANUAL RECEIPTS PROCESS
MS-A241/PO BOX 9005
KOKOMO, IN 46904-9005
UNITED STATES

Your VAT-ID: IN DP

S H I P T O

10060499
DELPHI DELCO SYSTEMS
2033 EAST BOULEVARD
PLANT 9 RECEIVING
KOKOMO, IN 46902
UNITED STATES

| TERMS: | DUE DATE | SALESPERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPERS REFERENCE |
|---|---|---|---|---|---|---|
| NET60 | 12/04/05 | 50000018 50000025 | | 10/04/05 | GUYER | 0942 |

| LN | ITEM NUMBER | PART DESCRIPTION | UM | SHIPPED | BACKORDER | TAX | PRICE | NET PRICE |
|---|---|---|---|---|---|---|---|---|
| 2 | NSR45634072 | OPTIMA FLUXER | EA | 1.0 | 0.0 | yes | 36,048.00 | 36,048.00 |
| | NSR45634072 | | | ** Cont ** | | | | |
| | OPTIMA FLUXER WITH DUAL FLUX OPTION MOUNTED IN EXTERNAL CABINET | | | | | | | |
| 3 | MANUAL-VECTRA | SALES ORDER MANUAL VECTRA | EA | 1.0 | 0.0 | yes | 150.00 | 150.00 |
| | MANUAL-VECTRA | | | ** Cont ** | | | | |
| | MANUAL-VECTRA | | | ** Cont ** | | | | |
| | One (1) CD-ROM manual set in electronic format | | | | | | | |

| SPECIAL INSTRUCTIONS | SUB TOTAL | DISCOUNT | TAX | OTHER (SEE BELOW) | TOTAL |
|---|---|---|---|---|---|
| | 36,198.00 | 0.00 | 0.00 | 0.00 | 36,198.00 |

TOTAL DUE: 36,198.00
CURRENCY:USD

PURCHASE CONTACT:    GREG DRAKE
PHONE #:             765-451-2019
FAX #:               765-451-5750

ENGINEER CONTACT:    STU LONGGOOD
PHONE #:             765-451-0394
FAX #:               765-451-0542

TRAFFIC CONTACT:     GUYER THE MOVER
PHONE NO:            765-457-6197

PAYMENT TERMS:  PAYMENT SETTLED ON 2ND, 2ND MONTH