**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al*.,<br>Debtors. | Case No. 05-44481-RDD<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE**
**OF PAPERS, AND REQUEST FOR MATRIX ENTRY**

**PLEASE TAKE NOTICE** that **Michael S. Etkin, Esq.,** and **Ira M. Levee, Esq.**, and

the law firm of **Lowenstein Sandler PC,** hereby enter their appearance as bankruptcy counsel,

and **John P. Coffey, Esq., Hannah E. Greenwald, Esq.** and the law firm of **Bernstein Litowitz**

**Berger & Grossmann LLP,** and **Jay Eisenhoffer, Esq., Geoffrey C. Jarvis, Esq.,** and **Sharan**

**Nirmul, Esq.** and the law firm of **Grant & Eisenhoffer P.A.,** and **Bradley E. Beckworth, Esq.,**

**Jeffrey J. Angelovich, Esq.** and **Susan Whatley, Esq.,** and the law firm of **Nix Patterson &**

**Roach LLP,** and **Michael Yarnoff, Esq., Sean Handler, Esq.** and **Jodi Murland, Esq.,** and

law firm of **Schiffrin & Barroway, LLP**, hereby enter their appearance as co-lead counsel for

lead plaintiffs, Teachers Retirement System of Oklahoma, Public Employees' Retirement System

of Mississippi, Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP

("Lead Plaintiffs") and the prospective class of persons and entities who purchased or otherwise

acquired publicly traded shares, bonds or notes of Delphi Corporation and/or securities of Delphi

Trust I and Delphi Trust II between March 7, 2000 and March 3, 2005, as described in the

consolidated class action complaint entitled *In re Delphi Corp Securities Litigation,* Master File

No. 1:05-CV-2637 (NRB), filed in the United States District Court for the Southern District of

New York, and request that copies of all pleadings and other papers (however designated) filed

in this case, as well as notices given or required to be given in this case, be given and served

upon the undersigned at the address listed below.

In addition, it is respectfully requested that, pursuant to Rule 2002(g) of the Federal Rules

of Bankruptcy Procedure, the following be added to the Court's Mailing Matrix:

Michael S. Etkin, Esq.
Ira M. Levee, Esq.
Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700  (Telephone)
(212) 262-7402  (Facsimile)
and
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)
metkin@lowenstein.com
ilevee@lowenstein.com

John P. Coffey (JC-3832)
Hannah E. Greenwald (HG-5180)
Mark D. Debrowski (MD-3968)
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 554-1400 (Telephone)
sean@blbglaw.com
hannah@blbglaw.com
markd@blbglaw.com

Jay W. Eisenhofer (JE-5503)
Grant & Eisenhofer P.A.
45 Rockefeller Center
650 Fifth Avenue
New York, NY 10111
(212) 755-6501 (Telephone)
(212) 755-6503 (Facsimile)
jeisenhofer@gelaw.com
and

Geoffrey C. Jarvis
Sharan Nirmul
1201 North Market Street, Suite 2100
Wilmington, DE 19801
(302) 622-7000 (Telephone)
(302) 622-7100 (Facsimile)
gjarvis@gelaw.com
snirmul@gelaw.com


Bradley E. Beckworth
Jeffrey J. Angelovich
Susan Whatley
Nix, Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield, TX 75638
(903) 645-7333 (Telephone)
(903) 645-4415 (Facsimile)
bbeckworth@nixlawfirm.com
jangelovich@nixlawfirm.com
swhatley@nixlawfirm.com

Michael Yarnoff
Sean M. Handler
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7056 (Telephone)
(610) 667-7706 (Facsimile)
myarnoff@sbclasslaw.com
shandler@sbclasslaw.com


**PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 2002 and 9010(b) of the

Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all

orders and notices, including but not limited to applications, motions, petitions, pleadings,

requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of

affairs, operating reports and plans, whether formal or informal, whether written or oral and

whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or

otherwise.  This Notice of Appearance shall not constitute a submission by Lead Plaintiffs or the

prospective class to the jurisdiction of the Bankruptcy Court.

-4-

**FURTHER**, if any limited service lists are used in these proceedings, the undersigned

requests inclusion thereon.

Dated: October 19, 2005

 /s/ Ira M. Levee
**LOWENSTEIN SANDLER PC**
Ira M. Levee, Esq. (IL9958)
Michael S. Etkin, Esq. (ME 0570)
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700  (Telephone)
(212) 262-7402  (Facsimile)

and

65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)

*Bankruptcy Counsel for Lead Plaintiff*
*and the prospective class*