**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, *et al.*,<br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 05-44481-RDD<br><br>(Jointly Administered) |

## CERTIFICATION OF SERVICE

　　　　I, Ira M. Levee, of full age, verify that on October 20, 2005, I caused to be served by First Class Mail a copy of the Notice of Appearance, Request For Service Of Papers, and Request For Matrix Entry on the persons on the annexed service list.

　　　　I verify under penalty of perjury that the forgoing statements are true.

Dated: October 20, 2005　　　　　　　By: /s/ Ira M. Levee
　　　　　　　　　　　　　　　　　　　　　Ira M. Levee

　　　　　　　　　　　　　　　　　　**LOWENSTEIN SANDLER PC**
　　　　　　　　　　　　　　　　　　1251 Avenue of the Americas, 18th Floor
　　　　　　　　　　　　　　　　　　New York, New York 10020
　　　　　　　　　　　　　　　　　　(212) 262-6700 (Telephone)
　　　　　　　　　　　　　　　　　　(212) 262-7402 (Facsimile)
　　　　　　　　　　　　　　　　　　　　　and
　　　　　　　　　　　　　　　　　　65 Livingston Avenue
　　　　　　　　　　　　　　　　　　Roseland, New Jersey 07068
　　　　　　　　　　　　　　　　　　(973) 597-2500 (Telephone)
　　　　　　　　　　　　　　　　　　(973) 597-2481 (Facsimile)

　　　　　　　　　　　　　　　　　　*Bankruptcy Counsel for Lead Plaintiff and*
　　　　　　　　　　　　　　　　　　*the prospective class*

18692/2
10/20/2005 1798177.01

-2-

## SERVICE LIST

| | |
|---|---|
| John Wm. Butler, Jr.<br>Skadden, Arps, Slate, Meagher<br>    & Flom LLP<br>333 West Wacker Drive<br>Chicago, IL 60606-1285 | Kayalyn A. Marafioti<br>Thomas J. Matz<br>Skadden, Arps, Slate, Meagher<br>    & Flom LLP<br>Four Times Square<br>New York, NY 10036 |
| Alicia M. Leonhard<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 | Kurtzman, Carson Consultants<br>12910 Culver Blvd., Suite 1<br>Los Angeles, CA 90066 |