05-44481-rdd    Doc 424-2    Filed 10/20/05    Entered 10/20/05 16:17:26    Eikenberry & Associates, Inc.
INVOICE HISTORY REPORT                Demand Letter Part 2    Pg 1 of 20

SORTED BY INVOICE NUMBER

9 of 44

10-DELPHIOCT7

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER |
|---|---|---|---|---|---|---|
| 0086847 | INV | 09/21/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5612 | 9375822 | 4000.0000 | .0367 | 146.80 |
| | | | INVOICE TOTAL: | 146.80 |

| 0086848 | INV | 09/21/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6300A | 28011269 | 336.0000 | .8166 | 274.38 |
| | | | INVOICE TOTAL: | 274.38 |

| 0086849 | INV | 09/21/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5876 | 16218627 | 320.0000 | .8482 | 271.42 |
| | | | INVOICE TOTAL: | 271.42 |

| 0086850 | INV | 09/21/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5877 | 16218637 | 384.0000 | .6038 | 231.86 |
| | | | INVOICE TOTAL: | 231.86 |

| 0086851 | INV | 09/21/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5997 | 12211537 | 750.0000 | .5489 | 411.68 |
| | | | INVOICE TOTAL: | 411.68 |

| 0086852 | INV | 09/21/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6580 | 21001174 | 850.0000 | .2872 | 244.12 |
| | | | INVOICE TOTAL: | 244.12 |

| 0086853 | INV | 09/21/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6395 | 21002268 | 2000.0000 | .0424 | 84.80 |
| | | | INVOICE TOTAL: | 84.80 |

| 0086854 | INV | 09/21/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

05-44481-rdd    Doc 424-2    Filed 10/20/05    Entered 10/20/05 16:27:26    Eikenberry & Associates, Inc.
Demand Letter Part 2    Pg 2 of 20

INVOICE HISTORY REPORT

SORTED BY INVOICE NUMBER

10 of 44

ID-DELPHI16LJ7

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER | |
|---|---|---|---|---|---|---|---|
| 0086854 | INV | 09/21/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6531W | 25349598 | 6000.0000 | .0369 | 221.40 |
| | | | INVOICE TOTAL: | 221.40 |

| 0086855 | INV | 09/21/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6526W | 10453911 | 4800.0000 | .0333 | 159.84 |
| | | | INVOICE TOTAL: | 159.84 |

| 0086856 | INV | 09/21/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6537W | 10451973 | 15300.0000 | .0860 | 1,315.80 |
| | | | INVOICE TOTAL: | 1,315.80 |

| 0086868 | INV | 09/22/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5761 | 12208713 | 5000.0000 | .0833 | 416.50 |
| A5780 | 16260998 | 1500.0000 | .0757 | 113.55 |
| | | | INVOICE TOTAL: | 530.05 |

| 0086869 | INV | 09/22/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5669 | 10150393 | 8000.0000 | .0134 | 107.20 |
| | | | INVOICE TOTAL: | 107.20 |

| 0086870 | INV | 09/22/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6519W | 25348989 | 1000.0000 | .2408 | 240.80 |
| | | | INVOICE TOTAL: | 240.80 |

| 0086871 | INV | 09/22/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6537W | 10451973 | 9450.0000 | .0860 | 812.70 |
| | | | INVOICE TOTAL: | 812.70 |

| 0086872 | INV | 09/22/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
|---|---|---|---|---|---|---|---|

05-44481-rdd    Doc 424-2    Filed 10/20/05    Entered 10/20/05 10:17:26    Eikenberry & Associates, Inc. Reclamation
INVOICE HISTORY REPORT                          Demand Letter Part 2    Pg 3 of 20
                                                                                    *SORTED BY INVOICE NUMBER*

11 of 44

10-DELPHIOLT 7

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER |
|---|---|---|---|---|---|---|
| 0086872 | INV | 09/22/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6526W | 10453911 | 4800.0000 | .0333 | 159.84 |
| | | | INVOICE TOTAL: | 159.84 |

| 0086873 | INV | 09/22/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6533W | 25354848 | 1000.0000 | .0937 | 93.70 |
| | | | INVOICE TOTAL: | 93.70 |

| 0086874 | INV | 09/22/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6549W | 25354850 | 13000.0000 | .0933 | 1,212.90 |
| | | | INVOICE TOTAL: | 1,212.90 |

| 0086875 | INV | 09/22/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6536W | 19064625 | 3000.0000 | .0192 | 57.60 |
| | | | INVOICE TOTAL: | 57.60 |

| 0086876 | INV | 09/22/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6611W | 25363567 | 500.0000 | .3991 | 199.55 |
| | | | INVOICE TOTAL: | 199.55 |

| 0086877 | INV | 09/22/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5612 | 9375822 | 6000.0000 | .0367 | 220.20 |
| | | | INVOICE TOTAL: | 220.20 |

| 0086878 | INV | 09/22/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5873 | 16149865 | 280.0000 | .4506 | 126.17 |
| | | | INVOICE TOTAL: | 126.17 |

| 0086884 | INV | 09/22/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

05-44481-rdd   Doc 424-2   Filed 10/20/05   Entered 10/20/05 10:17:20   Eikenberry & Associates, Inc.
Demand Letter Part 2   Pg 4 of 20

INVOICE HISTORY REPORT

*SORTED BY INVOICE NUMBER*

12 of 44
10-DELPHI OCT 7

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER |
|---|---|---|---|---|---|---|
| 0086884 | INV | 09/22/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6576 | 12218630 (Oxford Mate | 315.0000 | 5.1429 | 1,620.01 |
| | | | INVOICE TOTAL: | 1,620.01 |

| 0086885 | INV | 09/22/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5872 | 16148675 | 400.0000 | .3278 | 131.12 |
| A6187 | 16197275 | 150.0000 | .6184 | 92.76 |
| | | | INVOICE TOTAL: | 223.88 |

| 0086886 | INV | 09/22/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6538W | 28002187 | 462.0000 | .4058 | 187.48 |
| | | | INVOICE TOTAL: | 187.48 |

| 0086887 | INV | 09/22/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5696 | 12205122 | 2700.0000 | .3415 | 922.05 |
| | | | INVOICE TOTAL: | 922.05 |

| 0086888 | INV | 09/22/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5997 | 12211537 | 300.0000 | .5489 | 164.67 |
| | | | INVOICE TOTAL: | 164.67 |

| 0086889 | INV | 09/22/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6490 | 28010698 | 1000.0000 | .1039 | 103.90 |
| A6489 | 28010700 | 1000.0000 | .0904 | 90.40 |
| | | | INVOICE TOTAL: | 194.30 |

| 0086890 | INV | 09/22/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6490 | 28010698 | 1500.0000 | .1039 | 155.85 |
| A6489 | 28010700 | 1000.0000 | .0904 | 90.40 |

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

05-44481-rdd   Doc 424-2   Filed 10/20/05   Entered 10/20/05 10:17:26   Eikenberry & Associates, Inc. Reclamation
Demand Letter Part 2   Pg 5 of 20
INVOICE HISTORY REPORT
SORTED BY INVOICE NUMBER

13 of 44
10 - DELPHI OUT 7

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER | |
|---|---|---|---|---|---|---|---|
| 0086890 | INV | 09/22/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| | | | | | | INVOICE TOTAL: | 246.25 |
| 0086913 | INV | 09/23/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| ITEM CODE | | | DESCRIPTION | | SHIPPED | UNIT PRICE | EXTENSION |
| A5612 | | | 9375822 | | 12000.0000 | .0367 | 440.40 |
| | | | | | | INVOICE TOTAL: | 440.40 |
| 0086914 | INV | 09/23/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| ITEM CODE | | | DESCRIPTION | | SHIPPED | UNIT PRICE | EXTENSION |
| A5761 | | | 12208713 | | 5000.0000 | .0833 | 416.50 |
| | | | | | | INVOICE TOTAL: | 416.50 |
| 0086915 | INV | 09/23/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| ITEM CODE | | | DESCRIPTION | | SHIPPED | UNIT PRICE | EXTENSION |
| A6490 | | | 28010698 | | 500.0000 | .1039 | 51.95 |
| A6489 | | | 28010700 | | 500.0000 | .0904 | 45.20 |
| | | | | | | INVOICE TOTAL: | 97.15 |
| 0086916 | INV | 09/23/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| ITEM CODE | | | DESCRIPTION | | SHIPPED | UNIT PRICE | EXTENSION |
| A6520W | | | 25348990 | | 500.0000 | .2408 | 120.40 |
| | | | | | | INVOICE TOTAL: | 120.40 |
| 0086917 | INV | 09/23/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| ITEM CODE | | | DESCRIPTION | | SHIPPED | UNIT PRICE | EXTENSION |
| A6519W | | | 25348989 | | 1000.0000 | .2408 | 240.80 |
| | | | | | | INVOICE TOTAL: | 240.80 |
| 0086918 | INV | 09/23/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| ITEM CODE | | | DESCRIPTION | | SHIPPED | UNIT PRICE | EXTENSION |
| A6536W | | | 19064625 | | 2000.0000 | .0192 | 38.40 |
| | | | | | | INVOICE TOTAL: | 38.40 |
| 0086919 | INV | 09/23/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| ITEM CODE | | | DESCRIPTION | | SHIPPED | UNIT PRICE | EXTENSION |
| A6611W | | | 25363567 | | 500.0000 | .3991 | 199.55 |

05-44481-rdd  Doc 424-2  Filed 10/20/05  Entered 10/20/05 10:17:28  Eikenberry & Associates, Inc. Reclamation
INVOICE HISTORY REPORT                    Demand Letter Part 2  Pg 6 of 20

*SORTED BY INVOICE NUMBER*

14 of 44

10-DELPHI OCT 7

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER | |
|---|---|---|---|---|---|---|---|
| 0086919 | INV | 09/23/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| | | | | | INVOICE TOTAL: | | 199.55 |
| 0086920 | INV | 09/23/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5669 | 10150393 | 4000.0000 | .0134 | 53.60 |
| A5784 | 12202691 | 3000.0000 | .0531 | 159.30 |
| | | | INVOICE TOTAL: | 212.90 |

| 0086921 | INV | 09/23/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6538W | 28002187 | 616.0000 | .4058 | 249.97 |
| | | | INVOICE TOTAL: | 249.97 |

| 0086922 | INV | 09/23/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6187 | 16197275 | 150.0000 | .6184 | 92.76 |
| | | | INVOICE TOTAL: | 92.76 |

| 0086923 | INV | 09/23/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5696 | 12205122 | 3200.0000 | .3415 | 1,092.80 |
| | | | INVOICE TOTAL: | 1,092.80 |

| 0086924 | INV | 09/23/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6490 | 28010698 | 3500.0000 | .1039 | 363.65 |
| A6489 | 28010700 | 3500.0000 | .0904 | 316.40 |
| | | | INVOICE TOTAL: | 680.05 |

| 0086925 | INV | 09/23/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5669 | 10150393 | 28000.0000 | .0134 | 375.20 |
| | | | INVOICE TOTAL: | 375.20 |

| 0086926 | INV | 09/23/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
|---|---|---|---|---|---|---|---|

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

05-44481-rdd    Doc 424-2    Filed 10/20/05    Entered 10/20/05 10:17:26    Eikenberry & Associates, Inc. Reclamation
INVOICE HISTORY REPORT                          Demand Letter Part 2    Pg 7 of 20
SORTED BY INVOICE NUMBER

15 of 44
10-DELPHI OCT 7

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER |
|---|---|---|---|---|---|---|
| 0086926 | INV | 09/23/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6537W | 10451973 | 3150.0000 | .0860 | 270.90 |
| | | | INVOICE TOTAL: | 270.90 |

| 0086927 | INV | 09/23/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6532W | 25350824 | 1000.0000 | .0926 | 92.60 |
| | | | INVOICE TOTAL: | 92.60 |

| 0086934 | INV | 09/23/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6576 | 12218630  (Oxford Mate | 210.0000 | 5.1429 | 1,080.01 |
| | | | INVOICE TOTAL: | 1,080.01 |

| 0086936 | INV | 09/23/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5677 | 9390294 | 1000.0000 | .2392 | 239.20 |
| | | | INVOICE TOTAL: | 239.20 |

| 0086937 | INV | 09/23/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6576 | 12218630  (Oxford Mate | 140.0000 | 5.1429 | 720.01 |
| | | | INVOICE TOTAL: | 720.01 |

| 0086938 | INV | 09/23/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6549W | 25354850 | 3000.0000 | .0933 | 279.90 |
| | | | INVOICE TOTAL: | 279.90 |

| 0086953 | INV | 09/26/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5612 | 9375822 | 2000.0000 | .0367 | 73.40 |
| | | | INVOICE TOTAL: | 73.40 |

| 0086954 | INV | 09/26/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

05-44481-rdd    Doc 424-2    Filed 10/20/05    Entered 10/20/05 10:17:26    Eikenberry & Associates, Inc.
Demand Letter Part 2    Pg 8 of 20
INVOICE HISTORY REPORT

SORTED BY INVOICE NUMBER

16 of 44
ID-DELPHI OCT 7

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER |
|---|---|---|---|---|---|---|
| 0086954 | INV | 09/26/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6536W | 19064625 | 3000.0000 | .0192 | 57.60 |
| | | | INVOICE TOTAL: | 57.60 |

| 0086955 | INV | 09/26/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6611W | 25363567 | 500.0000 | .3991 | 199.55 |
| | | | INVOICE TOTAL: | 199.55 |

| 0086956 | INV | 09/26/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6534W | 25358990 | 400.0000 | .3817 | 152.68 |
| | | | INVOICE TOTAL: | 152.68 |

| 0086963 | INV | 09/26/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5677 | 9390294 | 1000.0000 | .2392 | 239.20 |
| | | | INVOICE TOTAL: | 239.20 |

| 0086964 | INV | 09/26/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6576 | 12218630 (Oxford Mate | 245.0000 | 5.1429 | 1,260.01 |
| | | | INVOICE TOTAL: | 1,260.01 |

| 0086965 | INV | 09/26/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5669 | 10150393 | 36000.0000 | .0134 | 482.40 |
| | | | INVOICE TOTAL: | 482.40 |

| 0086966 | INV | 09/26/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6565 | 28016312 | 420.0000 | .0810 | 34.02 |
| | | | INVOICE TOTAL: | 34.02 |

| 0086967 | INV | 09/26/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

05-44481-rdd    Doc 424-2    Filed 10/20/05    Entered 10/20/05 10:17:26    Eikenberry & Associates, Inc.
Demand Letter Part 2    Pg 9 of 20

INVOICE HISTORY REPORT

SORTED BY INVOICE NUMBER

17 of 44

ID - DELPHI OCT 7

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | | SALESPERSON NUMBER | |
|---|---|---|---|---|---|---|---|---|
| 0086967 | INV | 09/26/05 | S/O | 10 - DELPHI | Delco Electronics | | GKS | |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6549W | 25354850 | 29000.0000 | .0933 | 2,705.70 |
| | | | INVOICE TOTAL: | 2,705.70 |

| 0086977 | INV | 09/26/05 | S/O | 10 - DELPHI | Delco Electronics | | GKS | |
|---|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5761 | 12208713 | 6000.0000 | .0833 | 499.80 |
| | | | INVOICE TOTAL: | 499.80 |

| 0086978 | INV | 09/26/05 | S/O | 10 - DELPHI | Delco Electronics | | GKS | |
|---|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5997 | 12211537 | 150.0000 | .5489 | 82.34 |
| | | | INVOICE TOTAL: | 82.34 |

| 0086979 | INV | 09/26/05 | S/O | 10 - DELPHI | Delco Electronics | | GKS | |
|---|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6538W | 28002187 | 462.0000 | .4058 | 187.48 |
| | | | INVOICE TOTAL: | 187.48 |

| 0086980 | INV | 09/26/05 | S/O | 10 - DELPHI | Delco Electronics | | GKS | |
|---|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5696 | 12205122 | 3300.0000 | .3415 | 1,126.95 |
| | | | INVOICE TOTAL: | 1,126.95 |

| 0086981 | INV | 09/26/05 | S/O | 10 - DELPHI | Delco Electronics | | GKS | |
|---|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6490 | 28010698 | 2000.0000 | .1039 | 207.80 |
| A6489 | 28010700 | 2000.0000 | .0904 | 180.80 |
| | | | INVOICE TOTAL: | 388.60 |

| 0086982 | INV | 09/26/05 | S/O | 10 - DELPHI | Delco Electronics | | GKS | |
|---|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5872 | 16148675 | 200.0000 | .3278 | 65.56 |
| A6187 | 16197275 | 150.0000 | .6184 | 92.76 |
| | | | INVOICE TOTAL: | 158.32 |

05-44481-rdd    Doc 424-2    Filed 10/20/05    Entered 10/20/05 10:17:26    Eikenberry & Associates, Inc.
INVOICE HISTORY REPORT          Demand Letter Part 2    Pg 10 of 20
SORTED BY INVOICE NUMBER

18 of 44
ID-DELPHI OCT 7

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER |
|---|---|---|---|---|---|---|
| 0086983 | INV | 09/26/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6576 | 12218630 (Oxford Mate | 105.0000 | 5.1429 | 540.00 |
| | | | INVOICE TOTAL: | 540.00 |

| 0086984 | INV | 09/26/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6519W | 25348989 | 1000.0000 | .2408 | 240.80 |
| | | | INVOICE TOTAL: | 240.80 |

| 0086985 | INV | 09/26/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6532W | 25350824 | 2000.0000 | .0926 | 185.20 |
| | | | INVOICE TOTAL: | 185.20 |

| 0086986 | INV | 09/26/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6531W | 25349598 | 2000.0000 | .0369 | 73.80 |
| | | | INVOICE TOTAL: | 73.80 |

| 0086987 | INV | 09/26/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6537W | 10451973 | 3150.0000 | .0860 | 270.90 |
| | | | INVOICE TOTAL: | 270.90 |

| 0086995 | INV | 09/27/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5612 | 9375822 | 4000.0000 | .0367 | 146.80 |
| | | | INVOICE TOTAL: | 146.80 |

| 0086996 | INV | 09/27/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6549W | 25354850 | 4000.0000 | .0933 | 373.20 |
| | | | INVOICE TOTAL: | 373.20 |

| 0086997 | INV | 09/27/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

05-44481-rdd    Doc 424-2    Filed 10/20/05    Entered 10/20/05 10:17:26    Eikenberry & Associates, Inc.
Demand Letter Part 2    Pg 11 of 20

INVOICE HISTORY REPORT

SORTED BY INVOICE NUMBER

19 of 44
ID-DELPHIDLT 7

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER |
|---|---|---|---|---|---|---|
| 0086997 | INV | 09/27/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5669 | 10150393 | 4000.0000 | .0134 | 53.60 |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5784 | 12202691 | 3000.0000 | .0531 | 159.30 |

INVOICE TOTAL: 212.90

| 0086998 | INV | 09/27/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6536W | 19064625 | 3000.0000 | .0192 | 57.60 |

INVOICE TOTAL: 57.60

| 0086999 | INV | 09/27/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6611W | 25363567 | 500.0000 | .3991 | 199.55 |

INVOICE TOTAL: 199.55

| 0087000 | INV | 09/27/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6534W | 25358990 | 400.0000 | .3817 | 152.68 |

INVOICE TOTAL: 152.68

| 0087013 | INV | 09/27/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5761 | 12208713 | 6000.0000 | .0833 | 499.80 |

INVOICE TOTAL: 499.80

| 0087014 | INV | 09/27/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6562 | 28016313 | 2000.0000 | .1073 | 214.60 |

INVOICE TOTAL: 214.60

| 0087015 | INV | 09/27/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6538W | 28002187 | 462.0000 | .4058 | 187.48 |

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER | |
|---|---|---|---|---|---|---|---|
| 0087015 | INV | 09/27/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| | | | | | | INVOICE TOTAL: | 187.48 |
| 0087016 | INV | 09/27/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| ITEM CODE | | | DESCRIPTION | | SHIPPED | UNIT PRICE | EXTENSION |
| A6303 | | | 12233035 | | 40000.0000 | .0289 | 1,156.00 |
| | | | | | | INVOICE TOTAL: | 1,156.00 |
| 0087017 | INV | 09/27/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| ITEM CODE | | | DESCRIPTION | | SHIPPED | UNIT PRICE | EXTENSION |
| A6490 | | | 28010698 | | 1000.0000 | .1039 | 103.90 |
| A6489 | | | 28010700 | | 1000.0000 | .0904 | 90.40 |
| | | | | | | INVOICE TOTAL: | 194.30 |
| 0087018 | INV | 09/27/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| ITEM CODE | | | DESCRIPTION | | SHIPPED | UNIT PRICE | EXTENSION |
| A5696 | | | 12205122 | | 3200.0000 | .3415 | 1,092.80 |
| | | | | | | INVOICE TOTAL: | 1,092.80 |
| 0087019 | INV | 09/27/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| ITEM CODE | | | DESCRIPTION | | SHIPPED | UNIT PRICE | EXTENSION |
| A5997 | | | 12211537 | | 150.0000 | .5489 | 82.34 |
| | | | | | | INVOICE TOTAL: | 82.34 |
| 0087020 | INV | 09/27/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| ITEM CODE | | | DESCRIPTION | | SHIPPED | UNIT PRICE | EXTENSION |
| A5084 | | | 16210140 | | 1100.0000 | .0570 | 62.70 |
| A5272 | | | 16255478 | | 1100.0000 | .1264 | 139.04 |
| | | | | | | INVOICE TOTAL: | 201.74 |
| 0087021 | INV | 09/27/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| ITEM CODE | | | DESCRIPTION | | SHIPPED | UNIT PRICE | EXTENSION |
| A5669 | | | 10150393 | | 40000.0000 | .0134 | 536.00 |
| | | | | | | INVOICE TOTAL: | 536.00 |
| 0087022 | INV | 09/27/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |

21 of 44

10-DELPHI077

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | | | SALESPERSON NUMBER |
|---|---|---|---|---|---|---|---|---|
| 0087022 | INV | 09/27/05 | S/O | 10 - DELPHI | Delco Electronics | | | GKS |
| ITEM CODE A6520W | | | DESCRIPTION 25348990 | | | SHIPPED 500.0000 | UNIT PRICE .2408 | EXTENSION 120.40 |
| | | | | | | | INVOICE TOTAL: | 120.40 |
| 0087023 | INV | 09/27/05 | S/O | 10 - DELPHI | Delco Electronics | | | GKS |
| ITEM CODE A6519W | | | DESCRIPTION 25348989 | | | SHIPPED 1500.0000 | UNIT PRICE .2408 | EXTENSION 361.20 |
| | | | | | | | INVOICE TOTAL: | 361.20 |
| 0087024 | INV | 09/27/05 | S/O | 10 - DELPHI | Delco Electronics | | | GKS |
| ITEM CODE A6537W | | | DESCRIPTION 10451973 | | | SHIPPED 3150.0000 | UNIT PRICE .0860 | EXTENSION 270.90 |
| | | | | | | | INVOICE TOTAL: | 270.90 |
| 0087025 | INV | 09/27/05 | S/O | 10 - DELPHI | Delco Electronics | | | GKS |
| ITEM CODE A6531W | | | DESCRIPTION 25349598 | | | SHIPPED 6000.0000 | UNIT PRICE .0369 | EXTENSION 221.40 |
| | | | | | | | INVOICE TOTAL: | 221.40 |
| 0087026 | INV | 09/27/05 | S/O | 10 - DELPHI | Delco Electronics | | | GKS |
| ITEM CODE A6576 | | | DESCRIPTION 12218630 (Oxford Mate | | | SHIPPED 140.0000 | UNIT PRICE 5.1429 | EXTENSION 720.01 |
| | | | | | | | INVOICE TOTAL: | 720.01 |
| 0087027 | INV | 09/27/05 | S/O | 10 - DELPHI | Delco Electronics | | | GKS |
| ITEM CODE A5677 | | | DESCRIPTION 9390294 | | | SHIPPED 1000.0000 | UNIT PRICE .2392 | EXTENSION 239.20 |
| | | | | | | | INVOICE TOTAL: | 239.20 |
| 0087028 | INV | 09/27/05 | S/O | 10 - DELPHI | Delco Electronics | | | GKS |
| ITEM CODE A6339 | | | DESCRIPTION 21001286 | | | SHIPPED 288.0000 | UNIT PRICE 3.8699 | EXTENSION 1,114.53 |
| | | | | | | | INVOICE TOTAL: | 1,114.53 |
| 0087044 | INV | 09/28/05 | S/O | 10 - DELPHI | Delco Electronics | | | GKS |

22 of 44
10-DELPHI OCT 7

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER | |
|---|---|---|---|---|---|---|---|
| 0087044 | INV | 09/28/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6537W | 10451973 | 6300.0000 | .0860 | 541.80 |
| | | | INVOICE TOTAL: | 541.80 |

| 0087045 | INV | 09/28/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5761 | 12208713 | 1000.0000 | .0833 | 83.30 |
| A5780 | 16260998 | 1500.0000 | .0757 | 113.55 |
| | | | INVOICE TOTAL: | 196.85 |

| 0087046 | INV | 09/28/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6520W | 25348990 | 500.0000 | .2408 | 120.40 |
| | | | INVOICE TOTAL: | 120.40 |

| 0087047 | INV | 09/28/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6534W | 25358990 | 400.0000 | .3817 | 152.68 |
| | | | INVOICE TOTAL: | 152.68 |

| 0087048 | INV | 09/28/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6536W | 19064625 | 5000.0000 | .0192 | 96.00 |
| | | | INVOICE TOTAL: | 96.00 |

| 0087049 | INV | 09/28/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5997 | 12211537 | 150.0000 | .5489 | 82.34 |
| | | | INVOICE TOTAL: | 82.34 |

| 0087050 | INV | 09/28/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6565 | 28016312 | 2000.0000 | .0810 | 162.00 |
| A6563 | 28016314 | 2000.0000 | .1085 | 217.00 |
| | | | INVOICE TOTAL: | 379.00 |

05-44481-rdd    Doc 424-2    Filed 10/20/05    Entered 10/20/05 10:17:20    
Demand Letter Part 2    Pg 15 of 20

Eikenberry & Associates, Inc. 

INVOICE HISTORY REPORT

SORTED BY INVOICE NUMBER

23 of 44
10 - DELPHI OCT 7

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER |
|---|---|---|---|---|---|---|
| 0087051 | INV | 09/28/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5784 | 12202691 | 3000.0000 | .0531 | 159.30 |
| | | | INVOICE TOTAL: | 159.30 |

| 0087052 | INV | 09/28/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6519W | 25348989 | 4500.0000 | .2408 | 1,083.60 |
| | | | INVOICE TOTAL: | 1,083.60 |

| 0087053 | INV | 09/28/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6537W | 10451973 | 8550.0000 | .0860 | 735.30 |
| | | | INVOICE TOTAL: | 735.30 |

| 0087054 | INV | 09/28/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5761 | 12208713 | 6000.0000 | .0833 | 499.80 |
| A5780 | 16260998 | 1500.0000 | .0757 | 113.55 |
| | | | INVOICE TOTAL: | 613.35 |

| 0087055 | INV | 09/28/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6538W | 28002187 | 462.0000 | .4058 | 187.48 |
| | | | INVOICE TOTAL: | 187.48 |

| 0087056 | INV | 09/28/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5696 | 12205122 | 2900.0000 | .3415 | 990.35 |
| | | | INVOICE TOTAL: | 990.35 |

| 0087057 | INV | 09/28/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5887 | 16149866 | 60.0000 | .9837 | 59.02 |
| | | | INVOICE TOTAL: | 59.02 |

| 0087058 | INV | 09/28/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

05-44481-rdd    Doc 424-2    Filed 10/20/05    Entered 10/20/05 15:17:26    Eikenberry & Associates, Inc.
INVOICE HISTORY REPORT                Demand Letter Part 2    Pg 16 of 20

24 of 44

SORTED BY INVOICE NUMBER

10-DELPHI(CT)

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER |
|---|---|---|---|---|---|---|
| 0087058 | INV | 09/28/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5877 | 16218637 | 96.0000 | .6038 | 57.96 |
| | | | INVOICE TOTAL: | 57.96 |

| 0087059 | INV | 09/28/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5873 | 16149865 | 400.0000 | .4506 | 180.24 |
| | | | INVOICE TOTAL: | 180.24 |

| 0087060 | INV | 09/28/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6300A | 28011269 | 2352.0000 | .8166 | 1,920.64 |
| | | | INVOICE TOTAL: | 1,920.64 |

| 0087061 | INV | 09/28/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5612 | 9375822 | 4000.0000 | .0367 | 146.80 |
| | | | INVOICE TOTAL: | 146.80 |

| 0087062 | INV | 09/28/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6576 | 12218630 (Oxford Mate | 140.0000 | 5.1429 | 720.01 |
| | | | INVOICE TOTAL: | 720.01 |

| 0087063 | INV | 09/28/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5677 | 9390294 | 1000.0000 | .2392 | 239.20 |
| | | | INVOICE TOTAL: | 239.20 |

| 0087087 | INV | 09/29/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5761 | 12208713 | 6000.0000 | .0833 | 499.80 |
| | | | INVOICE TOTAL: | 499.80 |

| 0087088 | INV | 09/29/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

05-44481-rdd    Doc 424-2    Filed 10/20/05    Entered 10/20/05 10:17:26    Eikenberry & Associates, Inc.
INVOICE HISTORY REPORT                  Demand Letter Part 2    Pg 17 of 20
                                                                                SORTED BY INVOICE NUMBER

25 of 44
10-DELPHI OCT 7

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER | |
|---|---|---|---|---|---|---|---|
| 0087088 | INV | 09/29/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| ITEM CODE A6576 | | | DESCRIPTION 12218630 (Oxford Mate | | SHIPPED 105.0000 | UNIT PRICE 5.1429 | EXTENSION 540.00 |
| | | | | | | INVOICE TOTAL: | 540.00 |
| 0087089 | INV | 09/29/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| ITEM CODE A6519W | | | DESCRIPTION 25348989 | | SHIPPED 1000.0000 | UNIT PRICE .2408 | EXTENSION 240.80 |
| | | | | | | INVOICE TOTAL: | 240.80 |
| 0087090 | INV | 09/29/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| ITEM CODE A6531W | | | DESCRIPTION 25349598 | | SHIPPED 2000.0000 | UNIT PRICE .0369 | EXTENSION 73.80 |
| | | | | | | INVOICE TOTAL: | 73.80 |
| 0087091 | INV | 09/29/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| ITEM CODE A6537W | | | DESCRIPTION 10451973 | | SHIPPED 6300.0000 | UNIT PRICE .0860 | EXTENSION 541.80 |
| | | | | | | INVOICE TOTAL: | 541.80 |
| 0087092 | INV | 09/29/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| ITEM CODE A6536W | | | DESCRIPTION 19064625 | | SHIPPED 2000.0000 | UNIT PRICE .0192 | EXTENSION 38.40 |
| | | | | | | INVOICE TOTAL: | 38.40 |
| 0087093 | INV | 09/29/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| ITEM CODE A6611W | | | DESCRIPTION 25363567 | | SHIPPED 500.0000 | UNIT PRICE .3991 | EXTENSION 199.55 |
| | | | | | | INVOICE TOTAL: | 199.55 |
| 0087094 | INV | 09/29/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| ITEM CODE A6534W | | | DESCRIPTION 25358990 | | SHIPPED 400.0000 | UNIT PRICE .3817 | EXTENSION 152.68 |
| | | | | | | INVOICE TOTAL: | 152.68 |
| 0087098 | INV | 09/29/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |

05-44481-rdd    Doc 424-2    Filed 10/20/05    Entered 10/20/05 15:17:20    Eikenberry & Associates, Inc.
INVOICE HISTORY REPORT                    Demand Letter Part 2    Pg 18 of 20
SORTED BY INVOICE NUMBER

26 of 44
10-DELPHIOCT7

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER | |
|---|---|---|---|---|---|---|---|
| 0087098 | INV | 09/29/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| ITEM CODE | | | DESCRIPTION | | SHIPPED | UNIT PRICE | EXTENSION |
| A6300A | | | 28011269 | | 432.0000 | .8166 | 352.77 |
| | | | | | | INVOICE TOTAL: | 352.77 |
| 0087099 | INV | 09/29/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| ITEM CODE | | | DESCRIPTION | | SHIPPED | UNIT PRICE | EXTENSION |
| A6490 | | | 28010698 | | 1500.0000 | .1039 | 155.85 |
| A6489 | | | 28010700 | | 2000.0000 | .0904 | 180.80 |
| | | | | | | INVOICE TOTAL: | 336.65 |
| 0087100 | INV | 09/29/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| ITEM CODE | | | DESCRIPTION | | SHIPPED | UNIT PRICE | EXTENSION |
| A6538W | | | 28002187 | | 462.0000 | .4058 | 187.48 |
| | | | | | | INVOICE TOTAL: | 187.48 |
| 0087101 | INV | 09/29/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| ITEM CODE | | | DESCRIPTION | | SHIPPED | UNIT PRICE | EXTENSION |
| A5696 | | | 12205122 | | 2600.0000 | .3415 | 887.90 |
| | | | | | | INVOICE TOTAL: | 887.90 |
| 0087102 | INV | 09/29/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| ITEM CODE | | | DESCRIPTION | | SHIPPED | UNIT PRICE | EXTENSION |
| A6339 | | | 21001286 | | 576.0000 | 3.8699 | 2,229.06 |
| | | | | | | INVOICE TOTAL: | 2,229.06 |
| 0087103 | INV | 09/29/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| ITEM CODE | | | DESCRIPTION | | SHIPPED | UNIT PRICE | EXTENSION |
| A6406 | | | 28007881 | | 48.0000 | 6.3020 | 302.50 |
| | | | | | | INVOICE TOTAL: | 302.50 |
| 0087104 | INV | 09/29/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| ITEM CODE | | | DESCRIPTION | | SHIPPED | UNIT PRICE | EXTENSION |
| A6490 | | | 28010698 | | 3000.0000 | .1039 | 311.70 |
| A6489 | | | 28010700 | | 3000.0000 | .0904 | 271.20 |
| | | | | | | INVOICE TOTAL: | 582.90 |

05-44481-rdd    Doc 424-2    Filed 10/20/05    Entered 10/20/05 15:17:26    Eikenberry & Associates, Inc.
Demand Letter Part 2    Pg 19 of 20

INVOICE HISTORY REPORT                                                                                    SORTED BY INVOICE NUMBER

C

27 of 44

ID-DELPHI047

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER |
|---|---|---|---|---|---|---|
| 0087108 | INV | 09/29/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5677 | 9390294 | 1000.0000 | .2392 | 239.20 |
| | | | INVOICE TOTAL: | 239.20 |

| 0087109 | INV | 09/29/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6576 | 12218630  (Oxford Mate | 210.0000 | 5.1429 | 1,080.01 |
| | | | INVOICE TOTAL: | 1,080.01 |

| 0087121 | INV | 09/29/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5677 | 9390294 | 2000.0000 | .2392 | 478.40 |
| | | | INVOICE TOTAL: | 478.40 |

| 0087132 | INV | 09/30/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5761 | 12208713 | 6000.0000 | .0833 | 499.80 |
| A5780 | 16260998 | 1500.0000 | .0757 | 113.55 |
| | | | INVOICE TOTAL: | 613.35 |

| 0087133 | INV | 09/30/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6537W | 10451973 | 4950.0000 | .0860 | 425.70 |
| | | | INVOICE TOTAL: | 425.70 |

| 0087134 | INV | 09/30/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6531W | 25349598 | 6000.0000 | .0369 | 221.40 |
| | | | INVOICE TOTAL: | 221.40 |

| 0087135 | INV | 09/30/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6519W | 25348989 | 1000.0000 | .2408 | 240.80 |
| | | | INVOICE TOTAL: | 240.80 |

| 0087136 | INV | 09/30/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

05-44481-rdd    Doc 424-2    Filed 10/20/05    Entered 10/20/05 15:17:26    Eikenberry & Associates, Inc.
Demand Letter Part 2    Pg 20 of 20

INVOICE HISTORY REPORT

SORTED BY INVOICE NUMBER

C

28 of 44

ID-DELPHI DLT 7

| INVOICE NUMBER | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER |
|---|---|---|---|---|---|
| 0087136 | INV | 09/30/05 | S/O 10 - DELPHI | Delco Electronics | GKS |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6520W | 25348990 | 500.0000 | .2408 | 120.40 |
| | | | INVOICE TOTAL: | 120.40 |

| 0087145 | INV | 09/30/05 | S/O 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6490 | 28010698 | 2000.0000 | .1039 | 207.80 |
| A6489 | 28010700 | 1500.0000 | .0904 | 135.60 |
| | | | INVOICE TOTAL: | 343.40 |

| 0087146 | INV | 09/30/05 | S/O 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6538W | 28002187 | 616.0000 | .4058 | 249.97 |
| | | | INVOICE TOTAL: | 249.97 |

| 0087147 | INV | 09/30/05 | S/O 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5669 | 10150393 | 4000.0000 | .0134 | 53.60 |
| A5782 | 12202689 | 3000.0000 | .0583 | 174.90 |
| A5784 | 12202691 | 6000.0000 | .0531 | 318.60 |
| | | | INVOICE TOTAL: | 547.10 |

| 0087148 | INV | 09/30/05 | S/O 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6617 | 28013926 | 50.0000 | .1316 | 6.58 |
| | | | INVOICE TOTAL: | 6.58 |

| 0087149 | INV | 09/30/05 | S/O 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5677 | 9390294 | 500.0000 | .2392 | 119.60 |
| | | | INVOICE TOTAL: | 119.60 |

| 0087150 | INV | 09/30/05 | S/O 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6576 | 12218630 (Oxford Mate | 280.0000 | 5.1429 | 1,440.01 |