| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER | |
|---|---|---|---|---|---|---|---|
| 0087150 | INV | 09/30/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| | | | | | | INVOICE TOTAL: | 1,440.01 |
| 0087151 | INV | 09/30/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6576 | 12218630 (Oxford Mate | 70.0000 | 5.1429 | 360.00 |
| | | | INVOICE TOTAL: | 360.00 |

| 0087152 | INV | 09/30/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6536W | 19064625 | 2000.0000 | .0192 | 38.40 |
| | | | INVOICE TOTAL: | 38.40 |

| 0087153 | INV | 09/30/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6534W | 25358990 | 400.0000 | .3817 | 152.68 |
| | | | INVOICE TOTAL: | 152.68 |

| 0087157 | INV | 09/30/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6300A | 28011269 | 384.0000 | .8166 | 313.57 |
| | | | INVOICE TOTAL: | 313.57 |

| 0087158 | INV | 09/30/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5877 | 16218637 | 48.0000 | .6038 | 28.98 |
| | | | INVOICE TOTAL: | 28.98 |

| 0087159 | INV | 09/30/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5873 | 16149865 | 80.0000 | .4506 | 36.05 |
| | | | INVOICE TOTAL: | 36.05 |

| 0087160 | INV | 09/30/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5612 | 9375822 | 2000.0000 | .0367 | 73.40 |

05-44481-rdd    Doc 424-3    Filed 10/20/05    Entered 10/20/05 16:17:26    Eikenberry & Associates, Inc.
Demand Letter Part 3    Pg 2 of 20

INVOICE HISTORY REPORT

SORTED BY INVOICE NUMBER

C

30 of 44

10-DELPHI OCT 7

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER | |
|---|---|---|---|---|---|---|---|
| 0087160 | INV | 09/30/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| | | | | | | INVOICE TOTAL: | 73.40 |
| 0087187 | INV | 10/03/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| ITEM CODE | | | DESCRIPTION | | SHIPPED | UNIT PRICE | EXTENSION |
| A5669 | | | 10150393 | | 4000.0000 | .0134 | 53.60 |
| A5761 | | | 12208713 | | 5000.0000 | .0833 | 416.50 |
| | | | | | | INVOICE TOTAL: | 470.10 |
| 0087188 | INV | 10/03/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| ITEM CODE | | | DESCRIPTION | | SHIPPED | UNIT PRICE | EXTENSION |
| A6490 | | | 28010698 | | 2000.0000 | .1039 | 207.80 |
| A6489 | | | 28010700 | | 2000.0000 | .0904 | 180.80 |
| | | | | | | INVOICE TOTAL: | 388.60 |
| 0087189 | INV | 10/03/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| ITEM CODE | | | DESCRIPTION | | SHIPPED | UNIT PRICE | EXTENSION |
| A6538W | | | 28002187 | | 462.0000 | .4058 | 187.48 |
| | | | | | | INVOICE TOTAL: | 187.48 |
| 0087190 | INV | 10/03/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| ITEM CODE | | | DESCRIPTION | | SHIPPED | UNIT PRICE | EXTENSION |
| A6541 | | | 28012910 | | 700.0000 | .2545 | 178.15 |
| | | | | | | INVOICE TOTAL: | 178.15 |
| 0087191 | INV | 10/03/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| ITEM CODE | | | DESCRIPTION | | SHIPPED | UNIT PRICE | EXTENSION |
| A6562 | | | 28016313 | | 2000.0000 | .1073 | 214.60 |
| | | | | | | INVOICE TOTAL: | 214.60 |
| 0087192 | INV | 10/03/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| ITEM CODE | | | DESCRIPTION | | SHIPPED | UNIT PRICE | EXTENSION |
| A6395 | | | 21002268 | | 2000.0000 | .0424 | 84.80 |
| | | | | | | INVOICE TOTAL: | 84.80 |
| 0087193 | INV | 10/03/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

05-44481-rdd    Doc 424-3    Filed 10/20/05    Entered 10/20/05 15:17:26    Eikenberry & Associates, Inc.
Demand Letter Part 3    Pg 3 of 20

INVOICE HISTORY REPORT

*SORTED BY INVOICE NUMBER*

C

3 | of 44

10-DELPHIOLT 7

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER |
|---|---|---|---|---|---|---|
| 0087193 | INV | 10/03/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5085 | 16210176 | 1100.0000 | .0620 | 68.20 |
| | | | INVOICE TOTAL: | 68.20 |

| 0087194 | INV | 10/03/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6519W | 25348989 | 1500.0000 | .2408 | 361.20 |
| | | | INVOICE TOTAL: | 361.20 |

| 0087195 | INV | 10/03/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6537W | 10451973 | 2700.0000 | .0860 | 232.20 |
| | | | INVOICE TOTAL: | 232.20 |

| 0087196 | INV | 10/03/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6531W | 25349598 | 6000.0000 | .0369 | 221.40 |
| | | | INVOICE TOTAL: | 221.40 |

| 0087197 | INV | 10/03/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6536W | 19064625 | 2000.0000 | .0192 | 38.40 |
| | | | INVOICE TOTAL: | 38.40 |

| 0087198 | INV | 10/03/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6534W | 25358990 | 800.0000 | .3817 | 305.36 |
| | | | INVOICE TOTAL: | 305.36 |

| 0087200 | INV | 10/03/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6576 | 12218630 (Oxford Mate | 175.0000 | 5.1429 | 900.01 |
| | | | INVOICE TOTAL: | 900.01 |

| 0087201 | INV | 10/03/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

05-44481-rdd    Doc 424-3    Filed 10/20/05    Entered 10/20/05 10:17:26    Eikenberry & Associates, Inc. Reclamation
Demand Letter Part 3    Pg 4 of 20

INVOICE HISTORY REPORT

SORTED BY INVOICE NUMBER



C

32 of 44

10-DELPHI OCT 7

| INVOICE NUMBER | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER |
|---|---|---|---|---|---|
| 0087201 | INV | 10/03/05 | S/O  10 - DELPHI | Delco Electronics | GKS |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5677 | 9390294 | 1000.0000 | .2392 | 239.20 |
| | | | INVOICE TOTAL: | 239.20 |

| 0087202 | INV | 10/03/05 | S/O  10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5875 | 16199239 | 1200.0000 | .8073 | 968.76 |
| | | | INVOICE TOTAL: | 968.76 |

| 0087203 | INV | 10/03/05 | S/O  10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6300A | 28011269 | 432.0000 | .8166 | 352.77 |
| | | | INVOICE TOTAL: | 352.77 |

| 0087204 | INV | 10/03/05 | S/O  10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5612 | 9375822 | 6000.0000 | .0367 | 220.20 |
| | | | INVOICE TOTAL: | 220.20 |

| 0087205 | INV | 10/03/05 | S/O  10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5696 | 12205122 | 3800.0000 | .3415 | 1,297.70 |
| | | | INVOICE TOTAL: | 1,297.70 |

| 0087226 | INV | 10/04/05 | S/O  10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5669 | 10150393 | 16000.0000 | .0134 | 214.40 |
| A5761 | 12208713 | 4000.0000 | .0833 | 333.20 |
| A5780 | 16260998 | 1500.0000 | .0757 | 113.55 |
| | | | INVOICE TOTAL: | 661.15 |

| 0087227 | INV | 10/04/05 | S/O  10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6520W | 25348990 | 500.0000 | .2408 | 120.40 |
| | | | INVOICE TOTAL: | 120.40 |

05-44481-rdd    Doc 424-3    Filed 10/20/05    Entered 10/20/05 15:17:26    Eikenberry & Associates, Inc.
Demand Letter Part 3    Pg 5 of 20

INVOICE HISTORY REPORT

SORTED BY INVOICE NUMBER

33 of 44
ID-DELPHI DCT 7

| INVOICE NUMBER | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER |
|---|---|---|---|---|---|
| 0087228 | INV 10/04/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6519W | 25348989 | 1000.0000 | .2408 | 240.80 |
| | | | INVOICE TOTAL: | 240.80 |

| 0087229 | INV 10/04/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6537W | 10451973 | 2700.0000 | .0860 | 232.20 |
| | | | INVOICE TOTAL: | 232.20 |

| 0087230 | INV 10/04/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6611W | 25363567 | 500.0000 | .3991 | 199.55 |
| | | | INVOICE TOTAL: | 199.55 |

| 0087231 | INV 10/04/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5696 | 12205122 | 3200.0000 | .3415 | 1,092.80 |
| | | | INVOICE TOTAL: | 1,092.80 |

| 0087240 | INV 10/04/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5612 | 9375822 | 4000.0000 | .0367 | 146.80 |
| | | | INVOICE TOTAL: | 146.80 |

| 0087241 | INV 10/04/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6300A | 28011269 | 480.0000 | .8166 | 391.97 |
| | | | INVOICE TOTAL: | 391.97 |

| 0087242 | INV 10/04/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5677 | 9390294 | 1000.0000 | .2392 | 239.20 |
| | | | INVOICE TOTAL: | 239.20 |

| 0087243 | INV 10/04/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

05-44481-rdd    Doc 424-3    Filed 10/20/05    Entered 10/20/05 15:17:26    Eikenberry & Associates, Inc. Reclamation
Demand Letter Part 3    Pg 6 of 20

INVOICE HISTORY REPORT                    SORTED BY INVOICE NUMBER

34 of 44

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER |
|---|---|---|---|---|---|---|
| 0087243 | INV | 10/04/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |

10-DELPHI OCT ?

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6490 | 28010698 | 2000.0000 | .1039 | 207.80 |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6489 | 28010700 | 2000.0000 | .0904 | 180.80 |

INVOICE TOTAL:    388.60

| 0087244 | INV | 10/04/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6303 | 12233035 | 40000.0000 | .0289 | 1,156.00 |

INVOICE TOTAL:    1,156.00

| 0087245 | INV | 10/04/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6538W | 28002187 | 462.0000 | .4058 | 187.48 |

INVOICE TOTAL:    187.48

| 0087246 | INV | 10/04/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5696 | 12205122 | 2900.0000 | .3415 | 990.35 |

INVOICE TOTAL:    990.35

| 0087247 | INV | 10/04/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6541 | 28012910 | 700.0000 | .2545 | 178.15 |

INVOICE TOTAL:    178.15

| 0087248 | INV | 10/04/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5872 | 16148675 | 200.0000 | .3278 | 65.56 |
| A5875 | 16199239 | 1360.0000 | .8073 | 1,097.93 |

INVOICE TOTAL:    1,163.49

| 0087249 | INV | 10/04/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5759 | 12223743 | 1100.0000 | .1512 | 166.32 |

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

35 of 44
ID-DELPHIOCT7

| INVOICE NUMBER | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER |
|---|---|---|---|---|---|
| 0087249 | INV 10/04/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5760 | 12223745 | 1100.0000 | .1512 | 166.32 |
|  |  |  | INVOICE TOTAL: | 332.64 |

| 0087250 | INV 10/04/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5272 | 16255478 | 1100.0000 | .1264 | 139.04 |
|  |  |  | INVOICE TOTAL: | 139.04 |

| 0087251 | INV 10/04/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6576 | 12218630 (Oxford Mate | 105.0000 | 5.1429 | 540.00 |
|  |  |  | INVOICE TOTAL: | 540.00 |

| 0087270 | INV 10/05/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5612 | 9375822 | 4000.0000 | .0367 | 146.80 |
|  |  |  | INVOICE TOTAL: | 146.80 |

| 0087271 | INV 10/05/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5677 | 9390294 | 1000.0000 | .2392 | 239.20 |
|  |  |  | INVOICE TOTAL: | 239.20 |

| 0087272 | INV 10/05/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5669 | 10150393 | 4000.0000 | .0134 | 53.60 |
| A5761 | 12208713 | 6000.0000 | .0833 | 499.80 |
|  |  |  | INVOICE TOTAL: | 553.40 |

| 0087273 | INV 10/05/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5131 | 16210177 | 1100.0000 | .0550 | 60.50 |
|  |  |  | INVOICE TOTAL: | 60.50 |

| 0087277 | INV 10/05/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |

05-44481-rdd    Doc 424-3    Filed 10/20/05    Entered 10/20/05 15:17:26    Eikenberry & Associates, Inc.
INVOICE HISTORY REPORT                        Demand Letter Part 3    Pg 8 of 20
SORTED BY INVOICE NUMBER

36 of 44
ID-DELPHIOCT7

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER |
|---|---|---|---|---|---|---|
| 0087277 | INV | 10/05/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6406 | 28007881 | 48.0000 | 6.3020 | 302.50 |
| | | | INVOICE TOTAL: | 302.50 |

| 0087278 | INV | 10/05/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6566 | 28019899 | 72.0000 | 4.2566 | 306.48 |
| | | | INVOICE TOTAL: | 306.48 |

| 0087279 | INV | 10/05/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5761 | 12208713 | 5000.0000 | .0833 | 416.50 |
| | | | INVOICE TOTAL: | 416.50 |

| 0087280 | INV | 10/05/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6533W | 25354848 | 11000.0000 | .0937 | 1,030.70 |
| | | | INVOICE TOTAL: | 1,030.70 |

| 0087281 | INV | 10/05/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6537W | 10451973 | 900.0000 | .0860 | 77.40 |
| | | | INVOICE TOTAL: | 77.40 |

| 0087282 | INV | 10/05/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6527W | 25348998 | 4000.0000 | .0845 | 338.00 |
| | | | INVOICE TOTAL: | 338.00 |

| 0087283 | INV | 10/05/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5903 | 12239660 | 100.0000 | .3244 | 32.44 |
| | | | INVOICE TOTAL: | 32.44 |

| 0087284 | INV | 10/05/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

05-44481-rdd    Doc 424-3    Filed 10/20/05    Entered 10/20/05 10:27:26    Eikenberry & Associates, Inc.
Demand Letter Part 3    Pg 9 of 20

INVOICE HISTORY REPORT

SORTED BY INVOICE NUMBER

37 of 44

10-DELPHIOCT 7

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | | | SALESPERSON NUMBER |
|---|---|---|---|---|---|---|---|---|
| 0087284 | INV | 10/05/05 | S/O | 10 - DELPHI | Delco Electronics | | | GKS |
| ITEM CODE | | | DESCRIPTION | | | SHIPPED | UNIT PRICE | EXTENSION |
| A5875 | | | 16199239 | | | 960.0000 | .8073 | 775.01 |
| | | | | | | | INVOICE TOTAL: | 775.01 |
| 0087285 | INV | 10/05/05 | S/O | 10 - DELPHI | Delco Electronics | | | GKS |
| ITEM CODE | | | DESCRIPTION | | | SHIPPED | UNIT PRICE | EXTENSION |
| A5997 | | | 12211537 | | | 450.0000 | .5489 | 247.01 |
| | | | | | | | INVOICE TOTAL: | 247.01 |
| 0087286 | INV | 10/05/05 | S/O | 10 - DELPHI | Delco Electronics | | | GKS |
| ITEM CODE | | | DESCRIPTION | | | SHIPPED | UNIT PRICE | EXTENSION |
| A5696 | | | 12205122 | | | 1300.0000 | .3415 | 443.95 |
| | | | | | | | INVOICE TOTAL: | 443.95 |
| 0087287 | INV | 10/05/05 | S/O | 10 - DELPHI | Delco Electronics | | | GKS |
| ITEM CODE | | | DESCRIPTION | | | SHIPPED | UNIT PRICE | EXTENSION |
| A6568 | | | 28016799 | | | 180.0000 | .4153 | 74.75 |
| | | | | | | | INVOICE TOTAL: | 74.75 |
| 0087288 | INV | 10/05/05 | S/O | 10 - DELPHI | Delco Electronics | | | GKS |
| ITEM CODE | | | DESCRIPTION | | | SHIPPED | UNIT PRICE | EXTENSION |
| A6396 | | | 21002270 | | | 96.0000 | .7935 | 76.18 |
| | | | | | | | INVOICE TOTAL: | 76.18 |
| 0087289 | INV | 10/05/05 | S/O | 10 - DELPHI | Delco Electronics | | | GKS |
| ITEM CODE | | | DESCRIPTION | | | SHIPPED | UNIT PRICE | EXTENSION |
| A6541 | | | 28012910 | | | 700.0000 | .2545 | 178.15 |
| | | | | | | | INVOICE TOTAL: | 178.15 |
| 0087290 | INV | 10/05/05 | S/O | 10 - DELPHI | Delco Electronics | | | GKS |
| ITEM CODE | | | DESCRIPTION | | | SHIPPED | UNIT PRICE | EXTENSION |
| A6490 | | | 28010698 | | | 1000.0000 | .1039 | 103.90 |
| A6489 | | | 28010700 | | | 1000.0000 | .0904 | 90.40 |
| | | | | | | | INVOICE TOTAL: | 194.30 |
| 0087291 | INV | 10/05/05 | S/O | 10 - DELPHI | Delco Electronics | | | GKS |

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

38 of 44
ID-DELPHI OCT 7

| INVOICE NUMBER | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER |
|---|---|---|---|---|---|
| 0087291 | INV | 10/05/05 | S/O 10 - DELPHI | Delco Electronics | GKS |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6538W | 28002187 | 616.0000 | .4058 | 249.97 |
| | | | INVOICE TOTAL: | 249.97 |

| 0087292 | INV | 10/05/05 | S/O 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5997 | 12211537 | 150.0000 | .5489 | 82.34 |
| | | | INVOICE TOTAL: | 82.34 |

| 0087293 | INV | 10/05/05 | S/O 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5696 | 12205122 | 3100.0000 | .3415 | 1,058.65 |
| | | | INVOICE TOTAL: | 1,058.65 |

| 0087294 | INV | 10/05/05 | S/O 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5875 | 16199239 | 560.0000 | .8073 | 452.09 |
| A6186 | 16197269 | 150.0000 | .4844 | 72.66 |
| | | | INVOICE TOTAL: | 524.75 |

| 0087296 | INV | 10/05/05 | S/O 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5875 | 16199239 | 80.0000 | .8073 | 64.58 |
| | | | INVOICE TOTAL: | 64.58 |

| 0087297 | INV | 10/05/05 | S/O 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6576 | 12218630 (Oxford Mate | 245.0000 | 5.1429 | 1,260.01 |
| | | | INVOICE TOTAL: | 1,260.01 |

| 0087322 | INV | 10/06/05 | S/O 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5669 | 10150393 | 16000.0000 | .0134 | 214.40 |
| A5761 | 12208713 | 6000.0000 | .0833 | 499.80 |
| | | | INVOICE TOTAL: | 714.20 |

INVOICE HISTORY REPORT

SORTED BY INVOICE NUMBER

C

39 of 44

10 -DELPHIOCT 7

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER |
|---|---|---|---|---|---|---|
| 0087323 | INV | 10/06/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6520W | 25348990 | 500.0000 | .2408 | 120.40 |
| | | | INVOICE TOTAL: | 120.40 |

| 0087324 | INV | 10/06/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6519W | 25348989 | 1500.0000 | .2408 | 361.20 |
| | | | INVOICE TOTAL: | 361.20 |

| 0087325 | INV | 10/06/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6549W | 25354850 | 9000.0000 | .0933 | 839.70 |
| | | | INVOICE TOTAL: | 839.70 |

| 0087326 | INV | 10/06/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6300A | 28011269 | 1536.0000 | .8166 | 1,254.30 |
| | | | INVOICE TOTAL: | 1,254.30 |

| 0087327 | INV | 10/06/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6339 | 21001286 | 576.0000 | 3.8699 | 2,229.06 |
| | | | INVOICE TOTAL: | 2,229.06 |

| 0087328 | INV | 10/06/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6611W | 25363567 | 500.0000 | .3991 | 199.55 |
| | | | INVOICE TOTAL: | 199.55 |

| 0087331 | INV | 10/06/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5084 | 16210140 | 2200.0000 | .0570 | 125.40 |
| | | | INVOICE TOTAL: | 125.40 |

| 0087332 | INV | 10/06/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

System Date: 10/12/05 / 5:24 pm
Application Date: 10/12/05

Page: 39
User: JEM / Jim Milner

05-44481-rdd    Doc 424-3    Filed 10/20/05    Entered 10/20/05 15:17:26    Eikenberry & Associates, Inc.
INVOICE HISTORY REPORT                         Demand Letter Part 3    Pg 12 of 20
                                                                            SORTED BY INVOICE NUMBER   C

40 of 44
ID - DELPHIDLT 7

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER |
|---|---|---|---|---|---|---|
| 0087332 | INV | 10/06/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5872 | 16148675 | 200.0000 | .3278 | 65.56 |
| A6186 | 16197269 | 150.0000 | .4844 | 72.66 |
| | | | INVOICE TOTAL: | 138.22 |

| 0087333 | INV | 10/06/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6538W | 28002187 | 616.0000 | .4058 | 249.97 |
| | | | INVOICE TOTAL: | 249.97 |

| 0087334 | INV | 10/06/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6541 | 28012910 | 700.0000 | .2545 | 178.15 |
| | | | INVOICE TOTAL: | 178.15 |

| 0087335 | INV | 10/06/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6581A | 28034254 (21001178) | 300.0000 | .7304 | 219.12 |
| | | | INVOICE TOTAL: | 219.12 |

| 0087336 | INV | 10/06/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6490 | 28010698 | 1000.0000 | .1039 | 103.90 |
| A6489 | 28010700 | 1000.0000 | .0904 | 90.40 |
| | | | INVOICE TOTAL: | 194.30 |

| 0087337 | INV | 10/06/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5696 | 12205122 | 3200.0000 | .3415 | 1,092.80 |
| | | | INVOICE TOTAL: | 1,092.80 |

| 0087338 | INV | 10/06/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6537W | 10451973 | 3150.0000 | .0860 | 270.90 |

INVOICE HISTORY REPORT

*SORTED BY INVOICE NUMBER*

C

41 of 44

ID-DELPHIDLT 7

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER |
|---|---|---|---|---|---|---|
| 0087338 | INV | 10/06/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |

|  |  |  |
|---|---|---|
|  | INVOICE TOTAL: | 270.90 |

| 0087339 | INV | 10/06/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6531W | 25349598 | 4000.0000 | .0369 | 147.60 |
|  |  | INVOICE TOTAL: |  | 147.60 |

| 0087340 | INV | 10/06/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6576 | 12218630  (Oxford Mate | 280.0000 | 5.1429 | 1,440.01 |
|  |  | INVOICE TOTAL: |  | 1,440.01 |

| 0087362 | INV | 10/07/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5677 | 9390294 | 500.0000 | .2392 | 119.60 |
|  |  | INVOICE TOTAL: |  | 119.60 |

| 0087363 | INV | 10/07/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5669 | 10150393 | 16000.0000 | .0134 | 214.40 |
| A5761 | 12208713 | 6000.0000 | .0833 | 499.80 |
|  |  | INVOICE TOTAL: |  | 714.20 |

| 0087364 | INV | 10/07/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6549W | 25354850 | 15000.0000 | .0933 | 1,399.50 |
|  |  | INVOICE TOTAL: |  | 1,399.50 |

| 0087365 | INV | 10/07/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6536W | 19064625 | 1000.0000 | .0192 | 19.20 |
|  |  | INVOICE TOTAL: |  | 19.20 |

| 0087370 | INV | 10/07/05 | S/O | 10 - DELPHI | Delco Electronics | GKS |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6519W | 25348989 | 1000.0000 | .2408 | 240.80 |

05-44481-rdd    Doc 424-3    Filed 10/20/05    Entered 10/20/05 10:27:26    Eikenberry & Associates, Inc.
INVOICE HISTORY REPORT    Demand Letter Part 3    Pg 14 of 20

SORTED BY INVOICE NUMBER

42 of 44

10 · DELPHI DLT 7

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | | | SALESPERSON NUMBER | |
|---|---|---|---|---|---|---|---|---|---|
| 0087370 | INV | 10/07/05 | S/O | 10 - DELPHI | Delco Electronics | | | GKS | |
| | | | | | | | INVOICE TOTAL: | | 240.80 |
| 0087371 | INV | 10/07/05 | S/O | 10 - DELPHI | Delco Electronics | | | GKS | |
| ITEM CODE A6520W | | | DESCRIPTION 25348990 | | | SHIPPED 500.0000 | UNIT PRICE .2408 | | EXTENSION 120.40 |
| | | | | | | | INVOICE TOTAL: | | 120.40 |
| 0087372 | INV | 10/07/05 | S/O | 10 - DELPHI | Delco Electronics | | | GKS | |
| ITEM CODE A6526W | | | DESCRIPTION 10453911 | | | SHIPPED 3000.0000 | UNIT PRICE .0333 | | EXTENSION 99.90 |
| | | | | | | | INVOICE TOTAL: | | 99.90 |
| 0087373 | INV | 10/07/05 | S/O | 10 - DELPHI | Delco Electronics | | | GKS | |
| ITEM CODE A6531W | | | DESCRIPTION 25349598 | | | SHIPPED 6000.0000 | UNIT PRICE .0369 | | EXTENSION 221.40 |
| | | | | | | | INVOICE TOTAL: | | 221.40 |
| 0087374 | INV | 10/07/05 | S/O | 10 - DELPHI | Delco Electronics | | | GKS | |
| ITEM CODE A6537W | | | DESCRIPTION 10451973 | | | SHIPPED 3150.0000 | UNIT PRICE .0860 | | EXTENSION 270.90 |
| | | | | | | | INVOICE TOTAL: | | 270.90 |
| 0087375 | INV | 10/07/05 | S/O | 10 - DELPHI | Delco Electronics | | | GKS | |
| ITEM CODE A6300A | | | DESCRIPTION 28011269 | | | SHIPPED 144.0000 | UNIT PRICE .8166 | | EXTENSION 117.59 |
| | | | | | | | INVOICE TOTAL: | | 117.59 |
| 0087376 | INV | 10/07/05 | S/O | 10 - DELPHI | Delco Electronics | | | GKS | |
| ITEM CODE A5877 | | | DESCRIPTION 16218637 | | | SHIPPED 48.0000 | UNIT PRICE .6038 | | EXTENSION 28.98 |
| | | | | | | | INVOICE TOTAL: | | 28.98 |
| 0087377 | INV | 10/07/05 | S/O | 10 - DELPHI | Delco Electronics | | | GKS | |
| ITEM CODE A5873 | | | DESCRIPTION 16149865 | | | SHIPPED 280.0000 | UNIT PRICE .4506 | | EXTENSION 126.17 |

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

05-44481-rdd    Doc 424-3    Filed 10/20/05    Entered 10/20/05 10:17:26    Eikenberry & Associates, Inc.
INVOICE HISTORY REPORT                         Demand Letter Part 3    Pg 15 of 20
SORTED BY INVOICE NUMBER

43 of 44

ID-DELPHI6477

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER | |
|---|---|---|---|---|---|---|---|
| 0087377 | INV | 10/07/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
| | | | | | | INVOICE TOTAL: | 126.17 |
| 0087378 | INV | 10/07/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5887 | 16149866 | 60.0000 | .9837 | 59.02 |
| | | | INVOICE TOTAL: | 59.02 |

| 0087379 | INV | 10/07/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6490 | 28010698 | 1500.0000 | .1039 | 155.85 |
| A6489 | 28010700 | 2000.0000 | .0904 | 180.80 |
| | | | INVOICE TOTAL: | 336.65 |

| 0087380 | INV | 10/07/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5669 | 10150393 | 4000.0000 | .0134 | 53.60 |
| | | | INVOICE TOTAL: | 53.60 |

| 0087381 | INV | 10/07/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6565 | 28016312 | 2000.0000 | .0810 | 162.00 |
| A6562 | 28016313 | 2000.0000 | .1073 | 214.60 |
| | | | INVOICE TOTAL: | 376.60 |

| 0087382 | INV | 10/07/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6335 | 12245750 | 2500.0000 | .0833 | 208.25 |
| | | | INVOICE TOTAL: | 208.25 |

| 0087383 | INV | 10/07/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6541 | 28012910 | 700.0000 | .2545 | 178.15 |
| | | | INVOICE TOTAL: | 178.15 |

| 0087384 | INV | 10/07/05 | S/O | 10 - DELPHI | Delco Electronics | GKS | |
|---|---|---|---|---|---|---|---|

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

10 - DELPHI0117

| INVOICE NUMBER | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER | |
|---|---|---|---|---|---|---|
| 0087384 | INV | 10/07/05 | S/O 10 - DELPHI | Delco Electronics | GKS | |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5696 | 12205122 | 3100.0000 | .3415 | 1,058.65 |
| | | | INVOICE TOTAL: | 1,058.65 |

| 0087385 | INV | 10/07/05 | S/O 10 - DELPHI | Delco Electronics | GKS | |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6538W | 28002187 | 462.0000 | .4058 | 187.48 |
| | | | INVOICE TOTAL: | 187.48 |

| 0087386 | INV | 10/07/05 | S/O 10 - DELPHI | Delco Electronics | GKS | |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5084 | 16210140 | 1100.0000 | .0570 | 62.70 |
| | | | INVOICE TOTAL: | 62.70 |

| 0087388 | INV | 10/07/05 | S/O 10 - DELPHI | Delco Electronics | GKS | |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A6576 | 12218630 (Oxford Mate | 280.0000 | 5.1429 | 1,440.01 |
| | | | INVOICE TOTAL: | 1,440.01 |

| 0087389 | INV | 10/07/05 | S/O 10 - DELPHI | Delco Electronics | GKS | |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5759 | 12223743 | 3300.0000 | .1512 | 498.96 |
| A5760 | 12223745 | 3300.0000 | .1512 | 498.96 |
| | | | INVOICE TOTAL: | 997.92 |

| 86563A | C/M | 10/06/05 | S/O 10 - DELPHI | Delco Electronics | GKS | |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5877 | 16218637 | 48.0000- | .6038 | 28.98- |
| /C | CREDIT DUE TO SHIPPING DISCREPANCY. ATTACH TO INVOICE #86563 | | | |
| | | | INVOICE TOTAL: | 28.98- |
| | | | REPORT TOTAL: | 120,144.12 |

INVOICE HISTORY REPORT

*SORTED BY INVOICE NUMBER*

1 of 2

10-DIS oct 7

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | | | SALESPERSON NUMBER |
|---|---|---|---|---|---|---|---|---|
| 0086718 | INV | 09/19/05 | S/O | 10 - DIS | Delphi Interiors | | | GKS |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5710 | 16642478 | 280.0000 | 1.6531 | 462.87 |
| | | | INVOICE TOTAL: | 462.87 |

| 0086951 | INV | 09/26/05 | S/O | 10 - DIS | Delphi Interiors | | | GKS |
|---|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5710 | 16642478 | 280.0000 | 1.6531 | 462.87 |
| | | | INVOICE TOTAL: | 462.87 |

| 0086952 | INV | 09/26/05 | S/O | 10 - DIS | Delphi Interiors | | | GKS |
|---|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5683 | 16642464 | 1000.0000 | .1446 | 144.60 |
| | | | INVOICE TOTAL: | 144.60 |

| 0086994 | INV | 09/27/05 | S/O | 10 - DIS | Delphi Interiors | | | GKS |
|---|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5710 | 16642478 | 280.0000 | 1.6531 | 462.87 |
| | | | INVOICE TOTAL: | 462.87 |

| 0087043 | INV | 09/28/05 | S/O | 10 - DIS | Delphi Interiors | | | GKS |
|---|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5710 | 16642478 | 140.0000 | 1.6531 | 231.43 |
| | | | INVOICE TOTAL: | 231.43 |

| 0087186 | INV | 10/03/05 | S/O | 10 - DIS | Delphi Interiors | | | GKS |
|---|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5710 | 16642478 | 280.0000 | 1.6531 | 462.87 |
| | | | INVOICE TOTAL: | 462.87 |

| 0087224 | INV | 10/04/05 | S/O | 10 - DIS | Delphi Interiors | | | GKS |
|---|---|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5710 | 16642478 | 280.0000 | 1.6531 | 462.87 |
| | | | INVOICE TOTAL: | 462.87 |

| 0087225 | INV | 10/04/05 | S/O | 10 - DIS | Delphi Interiors | | | GKS |
|---|---|---|---|---|---|---|---|---|

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

INVOICE HISTORY REPORT

*Eikenberry & Associates, Inc. Reclamation*

*SORTED BY INVOICE NUMBER*

2 of 2

10-DISOCT7

| INVOICE NUMBER | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER |
|---|---|---|---|---|---|
| 0087225 | INV | 10/04/05 | S/O  10 - DIS | Delphi Interiors | GKS |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5683 | 16642464 | 1000.0000 | .1446 | 144.60 |
|  |  |  | INVOICE TOTAL: | 144.60 |

| INVOICE NUMBER | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER |
|---|---|---|---|---|---|
| 0087361 | INV | 10/07/05 | S/O  10 - DIS | Delphi Interiors | GKS |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5710 | 16642478 | 280.0000 | 1.6531 | 462.87 |
|  |  |  | INVOICE TOTAL: | 462.87 |
|  |  |  | REPORT TOTAL: | 3,297.85 |

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

05-44481-rdd   Doc 424-3   Filed 10/20/05   Entered 10/20/05 10:27:28   Eikenberry & Associates, Inc.
Demand Letter Part 3   Pg 19 of 20
INVOICE HISTORY REPORT

*SORTED BY INVOICE NUMBER*

E

1 of 1

10-DPCoct7

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | | SALESPERSON NUMBER |
|---|---|---|---|---|---|---|---|
| 0087304 | INV | 10/06/05 | S/O | 10 - DPC | Delphi Packard Electric S | | GKS |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A5450 | F0AU-13A506-AA | 18000.0000 | .0400 | 720.00 |
| | | | INVOICE TOTAL: | 720.00 |
| | | | REPORT TOTAL: | 720.00 |

1 of 2

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER |
|---|---|---|---|---|---|---|
| 0086763 | INV | 09/20/05 | S/O | 10 - DP | Delphi Packard | GKS  10-DPOCT7 |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A4275 | F0AB-13A506-AB | 9000.0000 | .0400 | 360.00 |
| A4926 | F57B-14A163-MA | 7500.0000 | .0500 | 375.00 |
| | | | INVOICE TOTAL: | 735.00 |

| 0086764 | INV | 09/20/05 | S/O 10 - DP | Delphi Packard | GKS |
|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A4324 | F07B-14A163-EA | 3000.0000 | .1023 | 306.90 |
| | | | INVOICE TOTAL: | 306.90 |

| 0086882 | INV | 09/22/05 | S/O 10 - DP | Delphi Packard | GKS |
|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A4926 | F57B-14A163-MA | 5000.0000 | .0500 | 250.00 |
| | | | INVOICE TOTAL: | 250.00 |

| 0087003 | INV | 09/27/05 | S/O 10 - DP | Delphi Packard | GKS |
|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A4275 | F0AB-13A506-AB | 9000.0000 | .0400 | 360.00 |
| | | | INVOICE TOTAL: | 360.00 |

| 0087004 | INV | 09/27/05 | S/O 10 - DP | Delphi Packard | GKS |
|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A4926 | F57B-14A163-MA | 5000.0000 | .0500 | 250.00 |
| | | | INVOICE TOTAL: | 250.00 |

| 0087072 | INV | 09/29/05 | S/O 10 - DP | Delphi Packard | GKS |
|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A4926 | F57B-14A163-MA | 5000.0000 | .0500 | 250.00 |
| | | | INVOICE TOTAL: | 250.00 |

| 0087275 | INV | 10/05/05 | S/O 10 - DP | Delphi Packard | GKS |
|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A4275 | F0AB-13A506-AB | 9000.0000 | .0400 | 360.00 |
| A4926 | F57B-14A163-MA | 5000.0000 | .0500 | 250.00 |
| | | | INVOICE TOTAL: | 610.00 |