INVOICE HISTORY REPORT

SORTED BY INVOICE NUMBER

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | | SALESPERSON NUMBER | |
|---|---|---|---|---|---|---|---|---|
| 0087276 | INV | 10/05/05 | S/ O | 10 - DP | Delphi Packard | | GKS | 10 - DPOCT 7 |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| A4324 | F07B-14A163-EA | 1000.0000 | .1023 | 102.30 |
| A4926 | F57B-14A163-MA | 2500.0000 | .0500 | 125.00 |
| A5450 | F0AU-13A506-AA | 9000.0000 | .0400 | 360.00 |
| | | | INVOICE TOTAL: | 587.30 |
| | | | REPORT TOTAL: | 3,349.20 |

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

INVOICE HISTORY REPORT

1 of 1

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | | SALESPERSON NUMBER | |
|---|---|---|---|---|---|---|---|---|
| 0086747 | INV | 09/19/05 | S/O | 10 - DAST | Delphi Auto. Sys. Thailan | | NSM | 10-DASTOUT7 |

| ITEM CODE A6518W /C | | | DESCRIPTION 25349089 END CAP | | | SHIPPED 3500.0000 | UNIT PRICE .2411 | EXTENSION 843.85 |
|---|---|---|---|---|---|---|---|---|

INVOICE TOTAL:   843.85

| 0086991 | INV | 09/27/05 | S/O | 10 - DAST | Delphi Auto. Sys. Thailan | | NSM | |
|---|---|---|---|---|---|---|---|---|

| ITEM CODE A6518W /C | | | DESCRIPTION 25349089 END CAP | | | SHIPPED 2000.0000 | UNIT PRICE .2411 | EXTENSION 482.20 |
|---|---|---|---|---|---|---|---|---|

INVOICE TOTAL:   482.20

| 0087262 | INV | 10/05/05 | S/O | 10 - DAST | Delphi Auto. Sys. Thailan | | NSM | |
|---|---|---|---|---|---|---|---|---|

| ITEM CODE A6518W /C | | | DESCRIPTION 25349089 END CAP | | | SHIPPED 1500.0000 | UNIT PRICE .2411 | EXTENSION 361.65 |
|---|---|---|---|---|---|---|---|---|

INVOICE TOTAL:   361.65

REPORT TOTAL:   1,687.70

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

05-44481-rdd    Doc 424-4    Filed 10/20/05    Entered 10/20/05 Eikenberry &Associates, Inc.

Demand Letter Part 4    Pg 3 of 15

*SORTED BY INVOICE NUMBER*

1 of 5

**INVOICE HISTORY REPORT**

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | | SALESPERSON NUMBER |
|---|---|---|---|---|---|---|---|
| 0006824 | INV | 09/23/05 | A/ R | 60 - DE | Delco Electronics Corp. | | NSM |

60·DE OCT 7

| SALES CODE | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| /C | PR10191693 00010 | | | |
| /C | POA to add PR 10191693 to PO per | | | |
| /C | POA from Scott Bennett | | | |
| /C | Full dimensional inspection for KIA RSE Parts | | | |
| /C | for Delnosa | | | |
| LAY | PN: 28030230 | 1.000 | 150.000 | 150.00 |
| /C | TMS Job # 6824, Quote 3009 | | | |
| LAY | PN: 28030239 | 1.000 | 150.000 | 150.00 |
| /C | TMS Job # 6825, Quote 3009 | | | |
| LAY | PN: 28030228 | 1.000 | 150.000 | 150.00 |
| /C | TMS Job # 6826, Quote 3009 | | | |
| LAY | PN: 21004078 | 1.000 | 150.000 | 150.00 |
| /C | TMS Job # 6827, Quote 3009 | | | |
| LAY | PN: 28030231 | 1.000 | 150.000 | 150.00 |
| /C | TMS Job # 6828, Quote 3009 | | | |
| LAY | PN: 28030227 | 1.000 | 150.000 | 150.00 |
| /C | TMS Job # 6829, Quote 3009 | | | |
| LAY | PN: 28030233 | 1.000 | 150.000 | 150.00 |
| /C | TMS Job # 6830, Quote 3009 | | | |
| LAY | PN: 28030236 | 1.000 | 150.000 | 150.00 |
| /C | TMS Job # 6831, Quote 3009 | | | |
| /C | | | | |
| /C | Requested by Scott Bennett 451-9490 | | | |
| /C | PR450756 | | | |

| | INVOICE TOTAL: | 1,200.00 |
|---|---|---|

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | | SALESPERSON NUMBER |
|---|---|---|---|---|---|---|---|
| 0007155 | INV | 10/04/05 | A/ R | 60 - DE | Delco Electronics Corp. | | NSM |

| SALES CODE | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| /C | PR10185266 00010 | | | |
| /C | Full dimensional inspection | | | |
| /C | on 2 cavities of Housing-Display | | | |
| LAY | PN: 28012744 | 1.000 | 225.000 | 225.00 |
| /C | Requested by M. Whitted 765-451-1132 | | | |
| /C | PR446784 | | | |
| /C | Ref: TMS Job # 7155, Quote 3182 | | | |
| /C | | | | |
| /C | PR10185266 00020 | | | |
| /C | Full dimensional inspection | | | |
| /C | on 2 cavities of Lightpipe-Diffuser | | | |
| /C | (Display Housing 28012744) | | | |
| LAY | PN: 28012873 | 1.000 | 150.000 | 150.00 |
| /C | Ref: TMS Job # 7156, Quote 3182 | | | |
| /C | | | | |
| /C | PO# 450117746 | | | |

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

05-44481-rdd    Doc 424-4    Filed 10/20/05    Entered 10/20/05 Eikenberry & Associates, Inc.
INVOICE HISTORY REPORT                     Demand Letter Part 4    Pg 4 of 15

2 of 5

SORTED BY INVOICE NUMBER

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | | SALESPERSON NUMBER | |
|---|---|---|---|---|---|---|---|---|

LO- DEOCT 7

| 0007155 | INV | 10/04/05 | A/ R  60 - DE | Delco Electronics Corp. | NSM |

| | INVOICE TOTAL: | 375.00 |

| 0007279 | INV | 09/23/05 | A/ R  60 - DE | Delco Electronics Corp. | NSM |

| SALES CODE | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| LAY | PN: 28021233 | 1.000 | 175.000 | 175.00 |
| /C | Full Layout - TMS Job # 7279, Quote 3268 | | | |
| /C | | | | |
| LAY | PN: 28021235 | 1.000 | 175.000 | 175.00 |
| /C | Full Layout - TMS Job # 7280, Quote 3268 | | | |
| /C | | | | |
| LAY | PN: 28021229 | 1.000 | 175.000 | 175.00 |
| /C | Full Layout - TMS Job # 7281, Quote 3268 | | | |
| /C | | | | |
| LAY | PN: 28021231 | 1.000 | 175.000 | 175.00 |
| /C | Full Layout - TMS Job # 7282, Quote 3268 | | | |
| /C | | | | |
| LAY | PN: 28021213 | 1.000 | 175.000 | 175.00 |
| /C | Full Layout - TMS Job # 7283, Quote 3268 | | | |
| /C | | | | |
| LAY | PN: 28021214 | 1.000 | 175.000 | 175.00 |
| /C | Full Layout - TMS Job # 7284, Quote 3268 | | | |
| /C | | | | |
| /C | Requested by Scott Flick | | | |
| /C | Apply cost to Scott's MasterCard | | | |
| /C | Fax copy of invoice to Pam Wallpe @ 451-7435 | | | |

| | INVOICE TOTAL: | 1,050.00 |

| 0007299 | INV | 09/23/05 | A/ R  60 - DE | Delco Electronics Corp. | NSM |

| SALES CODE | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| LAY | PN: 28021237 | 1.000 | 175.000 | 175.00 |
| /C | Full Layout Inspection | | | |
| /C | TMS Job # 7299, Quote 3274 | | | |
| /C | | | | |
| LAY | PN: 28021239 | 1.000 | 175.000 | 175.00 |
| /C | Full Layout Inspection | | | |
| /C | TMS Job # 7300, Quote 3274 | | | |
| /C | | | | |
| LAY | PN: 28021241 | 1.000 | 175.000 | 175.00 |
| /C | Full Layout Inspection | | | |
| /C | TMS Job # 7301, Quote 3274 | | | |
| /C | | | | |
| /C | Requested by Scott Flick. | | | |
| /C | Apply cost to Scott's MasterCard | | | |
| /C | Fax copy of invoice to Pam Wallpe | | | |
| /C | @ 451-7435 | | | |

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

05-44481-rdd    Doc 424-4    Filed 10/20/05    Entered 10/20/05 ...    Eikenberry & Associates, Inc.
INVOICE HISTORY REPORT                      Demand Letter Part 4    Pg 5 of 15

SORTED BY INVOICE NUMBER

3 of 5

60 - DEOCT7

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER |
|---|---|---|---|---|---|---|
| 0007299 | INV | 09/23/05 | A/ R  60 - DE | Delco Electronics Corp. | NSM |

|  |  | INVOICE TOTAL: | 525.00 |
|---|---|---|---|

| 0007336 | INV | 09/28/05 | A/ R  60 - DE | Delco Electronics Corp. | NSM |
|---|---|---|---|---|---|

| SALES CODE | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| /C | PR10222848 00010 | | | |
| /C | Inspect Black Tie Audio Parts | | | |
| /C | Ed Hassler, 765-451-1891  PR447031 | | | |
| /C | | | | |
| /C | Update paperwork to new drawing for the following: | | | |
| LAY | PN: 28037620 | 1.000 | 40.000 | 40.00 |
| /C | TMS Job # 7336 | | | |
| LAY | PN: 28037621 | 1.000 | 40.000 | 40.00 |
| /C | TMS Job # 7337 | | | |
| LAY | PN: 28037625 | 1.000 | 40.000 | 40.00 |
| /C | TMS Job # 7338 | | | |
| LAY | PN: 28037628 | 1.000 | 40.000 | 40.00 |
| /C | TMS Job # 7339 | | | |
| LAY | PN: 28037629 | 1.000 | 40.000 | 40.00 |
| /C | TMS Job # 7340 | | | |
| LAY | PN: 28037630 | 1.000 | 40.000 | 40.00 |
| /C | TMS Job # 7341 | | | |
| LAY | PN: 12249472 | 1.000 | 40.000 | 40.00 |
| /C | TMS Job # 7342 | | | |
| LAY | PN: 12249471 | 1.000 | 40.000 | 40.00 |
| /C | TMS Job # 7343 | | | |
| LAY | PN: 28037637 | 1.000 | 100.000 | 100.00 |
| /C | Update paperwork & inspect added dims. | | | |
| /C | TMS Job # 7344 | | | |
| LAY | PN: 28037638 | 1.000 | 100.000 | 100.00 |
| /C | Update paperwork & inspect added dims. | | | |
| /C | TMS Job # 7345 | | | |
| LAY | PN: 28037639 | 1.000 | 100.000 | 100.00 |
| /C | Update paperwork & inspect added dims. | | | |
| /C | TMS Job # 7346 | | | |
| LAY | PN: 28028868 | 1.000 | 100.000 | 100.00 |
| /C | Update paperwork & inspect added dims. | | | |
| /C | TMS Job # 7347 | | | |
| LAY | PN: 28006788 | 1.000 | 40.000 | 40.00 |
| /C | Update paperwork to new drawing | | | |
| /C | TMS Job # 7348 | | | |
| LAY | PN: 28006786 | 1.000 | 40.000 | 40.00 |
| /C | Update paperwork to new drawing | | | |
| /C | TMS Job # 7350 | | | |
| LAY | PN: 28037636 | 1.000 | 100.000 | 100.00 |
| /C | Update paperwork and inspect added dims. | | | |
| /C | TMS Job # 7351 | | | |

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

05-44481-rdd    Doc 424-4    Filed 10/20/05    Entered 10/20/05 16:17:26    Eikenberry & Associates, Inc.
INVOICE HISTORY REPORT                          Demand Letter Part 4    Pg 6 of 15

*SORTED BY INVOICE NUMBER*

4 of 5

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER |
|---|---|---|---|---|---|---|
| 0007336 | INV | 09/28/05 | A/ R  60 - DE | | Delco Electronics Corp. | NSM |

60-DEDUT7

| | | | | | | INVOICE TOTAL: | 900.00 |
|---|---|---|---|---|---|---|---|

| 0007460 | INV | 09/28/05 | A/ R  60 - DE | Delco Electronics Corp. | NSM |
|---|---|---|---|---|---|

| SALES CODE | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| LAY | PN: 28018506 | 1.000 | 175.000 | 175.00 |
| /C | Bulkhead-LPDB | | | |
| /C | Inspect highlighted dims only. | | | |
| /C | "Expedited Services" | | | |
| /C | | | | |
| /C | Ref: TMS Job # 7460, Quote 3352 | | | |
| /C | Requested by Navin Moonesinghe. | | | |
| /C | Email copy of invoice and card receipt to Navin. | | | |

| | | | INVOICE TOTAL: | 175.00 |
|---|---|---|---|---|

| 7083A | INV | 10/03/05 | A/ R  60 - DE | Delco Electronics Corp. | NSM |
|---|---|---|---|---|---|

| SALES CODE | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| /C | PR10188733 00010 | | | |
| /C | PODS CASE-GEN 2A | | | |
| LAY | PN: 28032593 | 1.000 | 375.000 | 375.00 |
| /C | 100% Dimensional Inspection | | | |
| /C | | | | |
| /C | PR10188733 0020 | | | |
| /C | POD CASE-GEN 2A | | | |
| LAY | PN: 28032593 | 1.000 | 150.000 | 150.00 |
| /C | 30 SPC Study | | | |
| /C | | | | |
| /C | Invoicing remaining balance on PO#450118145 | | | |
| /C | that had not been initially invoiced. | | | |
| /C | | | | |
| /C | Ref: Jobs for Manufax 7083 & 7131 | | | |
| /C | | | | |

| | | | INVOICE TOTAL: | 525.00 |
|---|---|---|---|---|

| 7083B | C/M | 10/03/05 | A/ R  60 - DE | Delco Electronics Corp. | NSM |
|---|---|---|---|---|---|

| SALES CODE | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| /C | PR10188733 00010 | | | |
| /C | PODS CASE-GEN 2A | | | |
| LAY | PN: 28032593 | 1.000- | 375.000 | 375.00- |
| /C | 100% Dimensional Inspection | | | |
| /C | | | | |
| /C | PR10188733 0020 | | | |
| /C | POD CASE-GEN 2A | | | |
| LAY | Layout | 1.000- | 150.000 | 150.00- |

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

05-44481-rdd   Doc 424-4   Filed 10/20/05   Entered 10/20/05 Eikenberry & Associates Inc.

Demand Letter Part 4   Pg 7 of 15

INVOICE HISTORY REPORT

5 of 5

GD-DEDCT7

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | | SALESPERSON NUMBER |
|---|---|---|---|---|---|---|---|
| 7083B | C/M | 10/03/05 | | A/ R  60 - DE | Delco Electronics Corp. | | NSM |

| SALES CODE | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| /C | 30 SPC Study | | | |
| /C | Invoicing remaining balance on PO# 450118145 | | | |
| /C | that had not been initially invoiced. | | | |
| /C | | | | |
| /C | Ref: Jobs for Manufax 7083 & 7131 | | | |

| | INVOICE TOTAL: | 525.00- |
|---|---|---|

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | | SALESPERSON NUMBER |
|---|---|---|---|---|---|---|---|
| 7160B | INV | 10/03/05 | | A/ R  60 - DE | Delco Electronics Corp. | | NSM |

| SALES CODE | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| /C | PR10188733 00010 | | | |
| /C | PODS CASE-GEN 2A | | | |
| LAY | PN: 28032593 | 1.000 | 375.000 | 375.00 |
| /C | 100% Dimensioanl Inspection | | | |
| /C | | | | |
| /C | PR10188733 0020 | | | |
| /C | POD Case-GEN 2A | | | |
| /C | 30 SPC | | | |
| LAY | PN: 28032593 | 1.000 | 150.000 | 150.00 |
| /C | | | | |
| /C | G. Jones 915-612-7136 | | | |
| /C | PR447398 | | | |
| /C | Invoicing remaining balance on PO# 450118145 | | | |
| /C | that had not been initially invoiced. | | | |
| /C | | | | |

| | INVOICE TOTAL: | 525.00 |
|---|---|---|
| | REPORT TOTAL: | 4,750.00 |

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

INVOICE HISTORY REPORT

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | | SALESPERSON NUMBER | |
|---|---|---|---|---|---|---|---|---|
| 0011318 | INV | 09/21/05 | | A/R 70 - DELPHI | Delphi Electronics | | NSM | |

| SALES CODE | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| TOOL | Manufacture & ship 150 pieces | 1.000 | .000 | 4,000.00 |
| /C | PO Number: 450071806 | | | |
| /C | PR Number: PR10191585 00010 | | | |
| /C | Line Item Number: 00070 | | | |
| /C | Part Number: DK216555 | | | |
| /C | Part Description: Trimplate | | | |

INVOICE TOTAL:    4,000.00

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | | SALESPERSON NUMBER | |
|---|---|---|---|---|---|---|---|---|
| 0011370 | INV | 09/21/05 | | A/R 70 - DELPHI | Delphi Electronics | | NSM | |

| SALES CODE | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| TOOL | Manufacture & ship 50 pieces | 1.000 | .000 | 2,500.00 |
| /C | PO Number: 450071806 | | | |
| /C | PR Number: PR101191585 00020 | | | |
| /C | Line Item Number: 00080 | | | |
| /C | Part Number: DK216555 | | | |
| /C | Part Description: Trimplate | | | |

INVOICE TOTAL:    2,500.00

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | | SALESPERSON NUMBER | |
|---|---|---|---|---|---|---|---|---|
| 0011467 | INV | 09/21/05 | | A/R 70 - DELPHI | Delphi Electronics | | NSM | |

| SALES CODE | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| TOOL | Manufacture & Ship 60 Pieces | 1.000 | .000 | 2,000.00 |
| /C | PO Number: 450071806 | | | |
| /C | PR Number: PR10191585 00030 | | | |
| /C | Line Item Number: 00090 | | | |
| /C | Part number: DK216555 | | | |
| /C | Part Description: Trimplate | | | |

INVOICE TOTAL:    2,000.00

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | | SALESPERSON NUMBER | |
|---|---|---|---|---|---|---|---|---|
| 0011550 | INV | 09/21/05 | | A/R 70 - DELPHI | Delphi Electronics | | NSM | |

| SALES CODE | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| TOOL | Expedite the temporary | 1.000 | .000 | 15,285.00 |
| /C | implementation of the engineering change to the | | | |
| /C | 9.20 mm dimension increasing it to 9.35 mm & | | | |
| /C | manufacturing new slides for the permanent | | | |
| /C | implementation of the change. | | | |
| /C | PO Number: 450071806 | | | |
| /C | PR10191585 00040 | | | |
| /C | Line Item: 00100 | | | |
| /C | Part Number: 28013917-MH-A1 | | | |
| /C | Part Description: Cover | | | |

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

05-44481-rdd    Doc 424-4    Filed 10/20/05    Entered 10/20/05 Eikenberry & Associates, Inc.

Demand Letter Part 4    Pg 9 of 15

INVOICE HISTORY REPORT

*SORTED BY INVOICE NUMBER*

206
70 - DELPHIOLT7

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | | SALESPERSON NUMBER | |
|---|---|---|---|---|---|---|---|---|
| 0011550 | INV | 09/21/05 | A/ R | 70 - DELPHI | Delphi Electronics | | NSM | |

|  |  |  |  |  | INVOICE TOTAL: | 15,285.00 |
|---|---|---|---|---|---|---|

| 0011612 | INV | 08/31/05 | A/ R | 70 - DELPHI | Delphi Electronics | | NSM | |
|---|---|---|---|---|---|---|---|---|

| SALES CODE TOOL | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| /C /C /C /C /C /C /C | Design Per Delnosa Standards/Material Part Number: 28007334 Part Description: Rear LCD Cover PO Number: 450121148 PR Number: PR10191368 00010 Line Item Number: 00010 | 1.000 | .000 | 27,032.00 |

|  |  | INVOICE TOTAL: | 27,032.00 |
|---|---|---|---|

| 0114382 | INV | 08/26/05 | A/ R | 70 - DELPHI | Delphi Electronics | | NSM | |
|---|---|---|---|---|---|---|---|---|

| SALES CODE TOOL | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| /C /C /C /C /C /C /C | Install production cavity and core inserts into the production mold base. Part Number: 28008898-MH-A1 Part Description: Drain Housing PO Number: 450120029 PR Number: PR10183043 00010 Line Item Number: 00010 | 1.000 | .000 | 7,010.00 |

|  |  | INVOICE TOTAL: | 7,010.00 |
|---|---|---|---|

| 0114392 | INV | 08/26/05 | A/ R | 70 - DELPHI | Delphi Electronics | | NSM | |
|---|---|---|---|---|---|---|---|---|

| SALES CODE TOOL | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| /C /C /C /C /C /C /C | Install production cavity and core inserts into the production mold base. Part Number: 28013917-MH-A1 Part Description: Cover PO Number: 450120029 PR Number: PR10183044 00010 Line Item Number: 00020 | 1.000 | .000 | 6,290.00 |

|  |  | INVOICE TOTAL: | 6,290.00 |
|---|---|---|---|

| 0115412 | INV | 08/31/05 | A/ R | 70 - DELPHI | Delphi Electronics | | NSM | |
|---|---|---|---|---|---|---|---|---|

| SALES CODE TOOL | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| /C /C /C | Add valve gate manifold Part Number: 28028868 (12245661) Part Description: VF - Support PO Number: 450112418 | 1.000 | .000 | 27,500.00 |

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

05-44481-rdd   Doc 424-4   Filed 10/20/05   Entered 10/20/05 Eikenberry & Associates, Inc.
INVOICE HISTORY REPORT                    Demand Letter Part 4   Pg 10 of 15

*SORTED BY INVOICE NUMBER*

3 of 6
70 - DELPHIOLT ?

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | | SALESPERSON NUMBER | |
|---|---|---|---|---|---|---|---|---|
| 0115412 | INV | 08/31/05 | | A/R 70 - DELPHI | Delphi Electronics | | NSM | |

| SALES CODE | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| /C | PR Number: PR10191727 00010 | | | |
| /C | Line Item Number: 00040 | | | |

|  |  | INVOICE TOTAL: | 27,500.00 |
|---|---|---|---|

| 11515B | INV | 09/30/05 | | A/R 70 - DELPHI | Delphi Electronics | | NSM | |
|---|---|---|---|---|---|---|---|---|

| SALES CODE | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| TOOL | Tool Build | 1.000 | .000 | 16,128.00 |
| /C | PO Number: 450111875 | | | |
| /C | PR Number: PR10178130 00020 | | | |
| /C | Line Item Number: 00020 | | | |
| /C | Part Number: 28006399-MH-A1 | | | |
| /C | Part Description: LP-Halo | | | |

|  |  | INVOICE TOTAL: | 16,128.00 |
|---|---|---|---|

| 11515S | INV | 09/30/05 | | A/R 70 - DELPHI | Delphi Electronics | | NSM | |
|---|---|---|---|---|---|---|---|---|

| SALES CODE | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| TOOL | Sample & Validate | 1.000 | .000 | 1,260.00 |
| /C | PO Number: 450111875 | | | |
| /C | PR Number: PR10178130 00030 | | | |
| /C | Line Item Number: 00030 | | | |
| /C | Part Number: 28006399-MH-A1 | | | |
| /C | Part Description: LP-Halo | | | |

|  |  | INVOICE TOTAL: | 1,260.00 |
|---|---|---|---|

| 11516B | INV | 09/30/05 | | A/R 70 - DELPHI | Delphi Electronics | | NSM | |
|---|---|---|---|---|---|---|---|---|

| SALES CODE | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| TOOL | Tool Build | 1.000 | .000 | 15,936.00 |
| /C | PO Number: 450111875 | | | |
| /C | PR Number: PR10178131 00020 | | | |
| /C | Part Number: 28006433-MH-A1 | | | |
| /C | Part Description: Jewel-CD-Left | | | |
| /C | Line Item Number: 00050 | | | |
| /C | | | | |

|  |  | INVOICE TOTAL: | 15,936.00 |
|---|---|---|---|

| 11516S | INV | 09/30/05 | | A/R 70 - DELPHI | Delphi Electronics | | NSM | |
|---|---|---|---|---|---|---|---|---|

| SALES CODE | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| TOOL | Sample & Validate | 1.000 | .000 | 1,245.00 |
| /C | PO Number: 450111875 | | | |
| /C | PR Number: PR10178131 00030 | | | |

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

05-44481-rdd     Doc 424-4     Filed 10/20/05     Entered 10/20/05 Eikenberv & Associates Inc.
INVOICE HISTORY REPORT                          Demand Letter Part 4     Pg 11 of 15

*SORTED BY INVOICE NUMBER*

4 of 6

7D-DELPHI0LT7

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | | SALESPERSON NUMBER | |
|---|---|---|---|---|---|---|---|---|
| 11516S | INV | 09/30/05 | A/ R | 70 - DELPHI | Delphi Electronics | | NSM | |

| SALES CODE | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| /C | Part Number: 28006433-MH-A1 | | | |
| /C | Part Description: Jewel-CD-Left | | | |
| /C | Line Item Number: 00060 | | | |

|  |  | **INVOICE TOTAL:** | 1,245.00 |
|---|---|---|---|

| 11517C | INV | 08/25/05 | A/ R | 70 - DELPHI | Delphi Electronics | | NSM | |
|---|---|---|---|---|---|---|---|---|

| SALES CODE | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| TOOL | Service - Mold Tool | 1.000 | .000 | 36,850.00 |
| /C | Part Number: 28039724-MH-A1 | | | |
| /C | Part Description: Cover-Display | | | |
| /C | PO Number: 450111875 | | | |
| /C | PR Number: PR10188868 00010 | | | |
| /C | Line Item Number: 00130 | | | |

|  |  | **INVOICE TOTAL:** | 36,850.00 |
|---|---|---|---|

| 11517S | INV | 08/31/05 | A/ R | 70 - DELPHI | Delphi Electronics | | NSM | |
|---|---|---|---|---|---|---|---|---|

| SALES CODE | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| TOOL | Sample & Validate | 1.000 | .000 | 2,125.00 |
| /C | Part Number: 28039724-MH-A1 | | | |
| /C | Part Description: Cover-Display | | | |
| /C | PO Number: 450111875 | | | |
| /C | PR Number: PR10178133 00030 | | | |
| /C | Line Item Number: 00120 | | | |

|  |  | **INVOICE TOTAL:** | 2,125.00 |
|---|---|---|---|

| 11518B | INV | 09/30/05 | A/ R | 70 - DELPHI | Delphi Electronics | | NSM | |
|---|---|---|---|---|---|---|---|---|

| SALES CODE | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| TOOL | Tool Build | 1.000 | .000 | 15,936.00 |
| /C | Part Number: 28029478-MH-A1 | | | |
| /C | Part Description: Jewel-CD-Right | | | |
| /C | PO Number: 450111875 | | | |
| /C | PR Number: PR10178129 00020 | | | |
| /C | Line Item Number: 00080 | | | |

|  |  | **INVOICE TOTAL:** | 15,936.00 |
|---|---|---|---|

| 11518S | INV | 09/30/05 | A/ R | 70 - DELPHI | Delphi Electronics | | NSM | |
|---|---|---|---|---|---|---|---|---|

| SALES CODE | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| TOOL | Sample & Validate | 1.000 | .000 | 1,245.00 |
| /C | PO Number: 450111875 | | | |
| /C | PR Number: PR10178129 00030 | | | |

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

05-44481-rdd   Doc 424-4   Filed 10/20/05   Entered 10/20/05 Eikenberry & Associates Inc.
INVOICE HISTORY REPORT                    Demand Letter Part 4   Pg 12 of 15

SORTED BY INVOICE NUMBER

5 of 6

TD - DELPHI OCT 7

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | | SALESPERSON NUMBER | |
|---|---|---|---|---|---|---|---|---|
| 11518S | INV | 09/30/05 | A/R | 70 - DELPHI | Delphi Electronics | | NSM | |

| SALES CODE | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| /C | Line Item Number: 00090 | | | |
| /C | Part Number: 28029478-MH-A1 | | | |
| /C | Part Description: Jewel-CD-Right | | | |

|  |  | INVOICE TOTAL: | 1,245.00 |
|---|---|---|---|

| 11539B | INV | 09/09/05 | A/R | 70 - DELPHI | Delphi Electronics | | NSM | |
|---|---|---|---|---|---|---|---|---|

| SALES CODE | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| TOOL | Build | 1.000 | .000 | 31,680.00 |
| /C | Part Number: 28006786 | | | |
| /C | Part Description: Lightbox - Tune | | | |
| /C | PO Number: 450113142 | | | |
| /C | PR Number: PR10179031 00020 | | | |
| /C | Line Item Nubmer: 00020 | | | |

|  |  | INVOICE TOTAL: | 31,680.00 |
|---|---|---|---|

| 11539S | INV | 09/26/05 | A/R | 70 - DELPHI | Delphi Electronics | | NSM | |
|---|---|---|---|---|---|---|---|---|

| SALES CODE | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| TOOL | Sample & Validate | 1.000 | .000 | 2,475.00 |
| /C | Part Number: 28006786 | | | |
| /C | Part Description: Lightbox - Tune | | | |
| /C | PO Number: 450113142 | | | |
| /C | PR Number: PR10179031 00030 | | | |
| /C | Line Item Number: 00030 | | | |

|  |  | INVOICE TOTAL: | 2,475.00 |
|---|---|---|---|

| 11540B | INV | 09/09/05 | A/R | 70 - DELPHI | Delphi Electronics | | NSM | |
|---|---|---|---|---|---|---|---|---|

| SALES CODE | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| TOOL | Build | 1.000 | .000 | 31,680.00 |
| /C | Part Number: 28006788 | | | |
| /C | Part Description: Lightbox - Volume | | | |
| /C | PO Number: 450112419 | | | |
| /C | PR Number: PR10179041 00020 | | | |
| /C | Line Item Number: 00020 | | | |

|  |  | INVOICE TOTAL: | 31,680.00 |
|---|---|---|---|

| 11540S | INV | 09/29/05 | A/R | 70 - DELPHI | Delphi Electronics | | NSM | |
|---|---|---|---|---|---|---|---|---|

| SALES CODE | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| TOOL | Sample & Validate | 1.000 | .000 | 2,475.00 |
| /C | Part Number: 28006788 | | | |
| /C | Lightbox-Volume | | | |

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

INVOICE HISTORY REPORT

*SORTED BY INVOICE NUMBER*

6 ♯ 6

70 · DELPHIDLT 7

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER |
|---|---|---|---|---|---|---|
| 11540S | INV | 09/29/05 | A/ R | 70 - DELPHI | Delphi Electronics | NSM |

| SALES CODE | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| /C | PO Number: 450112419 | | | |
| /C | PR Number: PR10179041 00030 | | | |
| /C | Line Item Number: 00030 | | | |

| | | |
|---|---|---|
| INVOICE TOTAL: | | 2,475.00 |

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER |
|---|---|---|---|---|---|---|
| 11541B | INV | 09/29/05 | A/ R | 70 - DELPHI | Delphi Electronics | NSM |

| SALES CODE | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| TOOL | Build Mold | 1.000 | .000 | 27,200.00 |
| /C | Part Number: 28028868 (12245661) | | | |
| /C | Part Description: VF-Holder | | | |
| /C | PO Number: 450112418 | | | |
| /C | PR Number: PR10179030 00020 | | | |
| /C | Line Item Number: 00020 | | | |

| | | |
|---|---|---|
| INVOICE TOTAL: | | 27,200.00 |

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | SALESPERSON NUMBER |
|---|---|---|---|---|---|---|
| 11541S | INV | 09/29/05 | A/ R | 70 - DELPHI | Delphi Electronics | NSM |

| SALES CODE | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| TOOL | Sample & Validate | 1.000 | .000 | 2,125.00 |
| /C | Part Number: 28028868 (12245661) | | | |
| /C | Part Description: VF-Holder | | | |
| /C | PO Number: 450112418 | | | |
| /C | PR Number: PR10179030 00030 | | | |
| /C | Line Item Number: 00030 | | | |

| | | |
|---|---|---|
| INVOICE TOTAL: | | 2,125.00 |
| REPORT TOTAL: | | 279,977.00 |

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | | SALESPERSON NUMBER | |
|---|---|---|---|---|---|---|---|---|
| 0457913 | INV | 05/31/05 | A/ R | 10 - DELPHI | Delco Electronics | | GKS | OldTool-1 |

| SALES CODE | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| TOOL | PR10169249 00010 | 1.000 | .000 | 12,600.00 |
| /C | LCD Housing 28026579 | | | |
| /C | Kevin Henderson (765) 451-7378 | | | |
| /C | PR457913 | | | |
| /C | | | | |
| /C | DAHQ Delphi D Headquarters | | | |
| /C | | | | |
| /C | | | | |
| /C | | | | |
| /C | ACM Job #6591 | | | |
| /C | Tool cancellation charges. | | | |

INVOICE TOTAL:        12,600.00

REPORT TOTAL:        12,600.00

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

05-44481-rdd   Doc 424-4   Filed 10/20/05   Entered 10/20/05 Eckenberg & Associates Inc.
INVOICE HISTORY REPORT                        Demand Letter Part 4    Pg 15 of 15

SORTED BY INVOICE NUMBER

$1 \ of \ 1$

$Old \ Tool \cdot 2$

| INVOICE NUMBER | | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | | SALESPERSON NUMBER | |
|---|---|---|---|---|---|---|---|---|
| A6568 | INV | 07/15/05 | A/ R | 10 - DELPHI | Delco Electronics | | GKS | |

| SALES CODE | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| TOOL | PR10132125 00010 | 1.000 | .000 | 69,995.00 |
| /C | Tooling 28016799 Case | | | |
| /C | 2 cavity production tool GMT900 XBCM | | | |
| /C | Kerstiens, A 915-612-6962 PR463928 | | | |
| /C | | | | |
| /C | DAHQ Delphi D Headquarters | | | |
| /C | | | | |
| /C | | | | |
| /C | ACM Job #6568 | | | |

|  | INVOICE TOTAL: | 69,995.00 |
|---|---|---|
|  | REPORT TOTAL: | 69,995.00 |

Document Produced by deskPDF Unregistered :: http://www.docudesk.com