**Hinshaw, Jeannette**

*emailed to jlyonsch@skadden.com*
*10/17/05 5:14 p.m.*
*Jeff*

**From:** Hinshaw, Jeannette
**Sent:** Monday, October 17, 2005 5:14 PM
**To:** 'John K. Lyons Esq. (jlyonsch@skadden.com)'
**Subject:** DELPHI-EIKENBERRY-reclamation demand letter
**Attachments:** Untitled.PDF

Please find attached the following:

- Reclamation demand letter from Eikenberry & Associates, demanding reclamation in the amount of $473,178.45
- Exhibit 1, summarizing attachments
- Evidence of facsimile transmission to Delphi headquarters and Skadden Arps
- Exhibits A through and including K

I have entered an appearance on behalf of Eikenberry & Associates in the Delphi case. Should you have questions, I am available per the contact information below.

Regards, Jeannette Hinshaw

Jeannette Eisan Hinshaw, Esq.
Bose McKinney & Evans LLP
135 N. Pennsylvania St., Suite 2700
Indianapolis, Indiana 46204
 direct telephone: 317-684-5296
 direct fax:         317-223-0296
 copy center fax: 317-684-5173
email: jhinshaw@boselaw.com

Visit our website at www.boselaw.com
To view biographies click on "Our People"

---

**From:** CopyCenter
**Sent:** Monday, October 17, 2005 4:11 PM
**To:** Hinshaw, Jeannette
**Subject:** DELPHI-EIKENBERRY-reclamation demand letter

10/17/2005