## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | |
| DELPHI CORPORATION, et al., | : | Chapter 11 Case |
| Debtors. | : | 05-44481-RDD |
| | : | |
| _____ | : | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

I, Daniel P. Mazo, Esquire, a member in good standing of the bar of the Commonwealth of Pennsylvania and the States of New Jersey and Maryland, move this Honorable Court for admission *pro hac vice* to represent SPS Technologies, LLC a/k/a SPS Technologies-Cleveland, NSS Technologies, Inc. SPS Technologies Waterford Company and Greer Stop Nut, Inc. in the above-captioned Chapter 11 case.

My mailing address is Curtin & Heefner, LLP, 250 N. Pennsylvania Avenue, Morrisville, PA 19067; e-mail address is dpm@curtinheefner.com ; telephone number is (215) 736-2521 and facsimile number is (215) 736-3647.

I agree to pay the fee of $25.00 upon entry by this Court admitting me to practice *pro hac vice.*

Dated: October 20, 2005
      Morrisville, Pennsylvania     */s/ Daniel P. Mazo* _____

**ORDERED**, that Daniel P. Mazo is admitted to practice, *pro hac vice*, in the above-referenced case ion the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

                      BY THE COURT:

Dated: _____, 2005      _____
      New York, New York        Robert D. Drain, United States Bankruptcy Judge