IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | : |
| | : |
| DELPHI CORPORATION, et al., | : Chapter 11 Case |
| Debtors. | : 05-44481-RDD |
| | : |
| _____ | : (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

I, Robert Szwajkos, Esquire, a member in good standing of the bar of the Commonwealth of Pennsylvania, move this Honorable Court for admission *pro hac vice* to represent SPS Technologies, LLC a/k/a SPS Technologies-Cleveland, NSS Technologies, Inc. SPS Technologies Waterford Company and Greer Stop Nut, Inc. in the above-captioned Chapter 11 case.

My mailing address is Curtin & Heefner, LLP, 250 N. Pennsylvania Avenue, Morrisville, PA 19067; e-mail address is rsz@curtinhheefner.com ; telephone number is (215) 736-2521 and facsimile number is (215) 736-3647.

I agree to pay the fee of $25.00 upon entry by this Court admitting me to practice *pro hac vice*.

Dated: October 20, 2005
Morrisville, Pennsylvania        */s/ Robert Szwajkos*

**ORDERED**, that Robert Szwajkos is admitted to practice, *pro hac vice*, in the above-referenced case ion the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

BY THE COURT:

Dated: _____, 2005        _____
New York, New York        Robert D. Drain, United States Bankruptcy Judge

333840.1/37859