UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:
DELPHI CORPORATION, et al.,

                Debtor.

In re: Case No.   05-44481
Chapter 11 Case

------------------------------------------------------------x

                Plaintiff

v.

                Defendant

Adversary Proceeding
Case No.

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, __Lauren Newman__, a member in good standing of the bar in the State of __Illinois__, or of the bar of the U.S. District Court for the _____ District of _____, request admission, *pro hac vice*, before the Honorable __Robert D. Drain__, to represent __Penn Aluminum International, Inc__, a __Creditor__ in the above referenced [X] case [ ] adversary proceeding. My: address is __FagelHaber, LLC 55 E. Monroe Street, 40th Flr, Chicago, IL 60603__
e-mail address is __lnewman@fagelhaber.com__; telephone number is __(312) 346-7500__
I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.
Dated: __10/18/2005__
      New York, New York       _/s/ Lauren Newman_

## ORDER

**ORDERED,**
that __Lauren Newman__, Esq., is admitted to practice, *pro hac vice*, in the above referenced [X] case [ ] adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.
Dated:
      New York, New York    /s/ _____
                                           UNITED STATES BANKRUPTCY JUDGE