# **EXHIBIT G**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
     In re                                 :
                                            :    Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :
                                            :    Case No.  05 – 44481 (RDD)
                Debtors.           :
                                            :    (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER UNDER 11 U.S.C. § 105 ENFORCING PROTECTIONS
OF 11 U.S.C. §§ 362 AND 525 AND APPROVING NOTICE TO
CUSTOMERS, SUPPLIERS, AND OTHER STAKEHOLDERS OF
DEBTORS' NON-DEBTOR GLOBAL AFFILIATES

("NON-DEBTOR GLOBAL AFFILIATES NOTICE ORDER")

       Upon the motion, dated October 8, 2005 (the "Motion"), of Delphi

Corporation ("Delphi") and certain subsidiaries and affiliates, debtors and

debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry

of an order (the "Order") under section 105 of the Bankruptcy Code (a) enforcing the

protections of sections 362 and 525 of the Bankruptcy Code and (b) approving notice to

customers, suppliers, and other stakeholders of the Debtors' non-debtor global

subsidiaries and affiliates (the "non-Debtor Global Affiliates"); and upon the Affidavit Of

Robert S. Miller, Jr. In Support Of Chapter 11 Petitions And First Day Orders, sworn to

October 8, 2005; and upon the record of the hearing held on the Motion; and this Court

having determined that the relief requested in the Motion is in the best interests of the

Debtors, their estates, their creditors, and other parties in interest; and it appearing that

proper and adequate notice of the Motion has been given and that no other or further

notice is necessary; and after due deliberation thereon; good and sufficient cause

appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.    The Motion is GRANTED.

2.    All persons (including individuals, partnerships, and corporations,

and all those acting for or on their behalf), and all foreign or domestic governmental units

(and all those acting for or on their behalf) are hereby stayed, restrained, and enjoined

from:

(a)    Commencing or continuing any judicial, administrative, or

other proceeding against the Debtors, including the issuance or employment of process

that was or could have been commenced before any of the Debtors' chapter 11 cases were

commenced, or recovering a claim against any of the Debtors that arose before the

commencement of any of their chapter 11 cases;

(b)    Enforcing a judgment obtained before the commencement

of any of the Debtors' chapter 11 cases against any of the Debtors or against property of

any of the Debtors;

(c)    Taking any action to obtain possession of property of any of

the Debtors or of property from any of the Debtors;

(d)    Taking any action to create, perfect, or enforce any lien

against property of any of the Debtors, to the extent that such lien secures a claim that

2

arose before the commencement of any of the Debtors' chapter 11 cases;

             (e)     Taking any action to collect, assess, or recover a claim against any of the Debtors that arose before the commencement of any of their chapter 11 cases; and

             (f)     Offsetting any debt owing to any of the Debtors that arose before the commencement of any of the Debtors' chapter 11 cases against any claim against any of the Debtors.

             3.     All persons and all foreign and domestic governmental units, and all those acting on their behalf, including sheriffs, marshals, constables, and other or similar law enforcement officers and officials are stayed, restrained, and enjoined from in any way, seizing, attaching, foreclosing upon, levying against, or in any other way interfering with, any and all of the property of any of the Debtors, wherever located.

             4.     This Order shall not affect the exceptions to the automatic stay contained in section 362(b) of the Bankruptcy Code or the right of any party in interest to seek relief from the automatic stay in accordance with section 362(d) of the Bankruptcy Code.  In addition, this Order shall not affect the substantive rights of any party.

             5.     Pursuant to section 525 of the Bankruptcy Code, all governmental units are prohibited and enjoined from denying, revoking, suspending, or refusing to renew any license, permit, charter, franchise, or other similar grant to, condition such a grant to, or discriminate with respect to such a grant against, any of the Debtors solely because one or all of the Debtors (a) are debtors under the Bankruptcy Code, (b) may

3

have been insolvent before the commencement of the Debtors' chapter 11 cases, or (c)

may be insolvent during the pendency of the Debtors' chapter 11 cases.

      6.    The non-Debtor Global Affiliates have not filed for protection under

chapter 11 of the Bankruptcy Code and may continue to operate their businesses, without

regard to the provisions and restrictions of the Bankruptcy Code.

      7.    The form of notice, substantially in the form of the notice attached

as <u>Exhibit A</u>, is approved.

      8.    The Debtors are authorized to cause the notice attached as <u>Exhibit A</u>

to be translated into as many languages as may be deemed necessary and to distribute

such notice as the Debtors deem appropriate.

      9.    The Court shall retain jurisdiction to hear and determine all matters

arising from the implementation of this Order.

      10.    The requirement under Local Rule 9013-1(b) for the service and

filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated:     New York, New York
           October 13, 2005

                     /s/ ROBERT D. DRAIN
                     UNITED STATES BANKRUPTCY JUDGE

<u>Exhibit A</u>

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x
                                                                       :
    In re                                          :
                                                                       :    Chapter 11
                                                                       :
DELPHI CORPORATION, <u>et al.</u>,                                     :
                                                                       :    Case No.  05 – 44481 (RDD)
        Debtors.                :
                                                                       :    (Jointly Administered)
                                                                       :
---------------------------------------------------------------------- x

**NOTICE**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

    1.      On  October  8, 2005, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates (the "Affiliate Debtors"),[1] debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

    2.      The Debtors' non-U.S. subsidiaries and affiliates have not filed for chapter 11 protection.

    3.      As confirmed in the Order Under 11 U.S.C. § 105 (a) Enforcing the Protections of 11 U.S.C. §§ 362 and 525 and (b) Approving Notice to Customers, Suppliers, and Other Stakeholders of the Debtors' non-Debtor Global Affiliates entered by the Bankruptcy Court on October  ?, 2005, Delphi's non-

---

[1]     In addition to Delphi, the following entities are debtors in these chapter 11 cases: ASEC Manufacturing General Partnership, ASEC Sales General Partnership, Aspire, Inc., Delco Electronics Overseas Corporation, Delphi Automotive Systems (Holding), Inc., Delphi Automotive Systems Global (Holding), Inc., Delphi Automotive Systems Human Resources LLC, Delphi Automotive Systems International, Inc., Delphi Automotive Systems Korea, Inc., Delphi Automotive Systems LLC, Delphi Automotive Systems Overseas Corporation, Delphi Automotive Systems Risk Management Corp., Delphi Automotive Systems Services LLC, Delphi Automotive Systems Tennessee, Inc., Delphi Automotive Systems Thailand, Inc., Delphi China LLC, Delphi Connection Systems, Delphi Diesel Systems Corp., Delphi Electronics (Holding) LLC, Delphi Foreign Sales Corporation, Delphi Integrated Service Solutions, Inc., Delphi International Holdings Corp., Delphi International Services, Inc., Delphi Liquidation Holding Company, Delphi LLC, Delphi Mechatronic Systems, Inc., Delphi Medical Systems Colorado Corporation, Delphi Medical Systems Corporation, Delphi Medical Systems Texas Corporation, Delphi NY Holdings Corporation, Delphi Services Holding Corporation, Delphi Technologies, Inc., DREAL, Inc., Environmental Catalysts, LLC, Exhaust Systems Corporation, Packard Hughes Interconnect Company, and Specialty Electronics, Inc., and Specialty Electronics International Ltd.

U.S. subsidiaries and affiliates are not subject to Bankruptcy Court supervision or the chapter 11 process.

Dated: October  ?, 2005

## Exhibit A To Notice

**Delphi Corporation's Non-Filing Domestic And Worldwide Subsidiaries And Affiliates**

**A.        Non-Filing Domestic Entities**

1.    Delphi Receivables LLC (Delaware)
2.    Delphi Furukawa Wiring Systems LLC (Delaware )
3.    Delphi Automotive Systems – Ashimori LLC (Michigan)
4.    Delphi Foundation, Inc. (Michigan)
5.    Delphi Trust I (Delaware)
6.    Delphi Trust II (Delaware)
7.    Delphi Trust III (Delaware)
8.    Delphi Trust IV (Delaware)
9.    HE Microwave LLC (Delaware)
10.    MobileAria, Inc. (Delaware)
11.    EnerDel, Inc. (Delaware)
12.    InPlay Technologies, Inc. (Nevada)
13.    PBR Knoxville L.L.C. (Delaware)
14.    SpaceForm, Inc. (Delaware)

**B.        Non-Filing Foreign Entities**

1.    Alambrados y Circuitos Eléctricos, S.A. de C.V. (Mexico)
2.    Arcomex S.A. de C.V. (Mexico)
3.    Arneses Electricos Automotrices, S.A. de C.V. (Mexico)
4.    AS Catalizadores Ambientales S.A. de C.V. (Mexico)
5.    ASEC Manfacturing (Thailand) Ltd. (Thailand)
6.    ASEC Private Limited (India)
7.    Ashimori Industry Co., Ltd. (Japan)
8.    Autoensambles y Logistica, S.A. de C.V. (Mexico)
9.    Beijing Delphi Technology Development Company, Ltd. (Peoples Republic of China)
10.    Beijing Delphi Wan Yuan Engine Management Systems Company, Ltd. (Peoples Republic of China)
11.    BGMD Servicos Automotivos Ltda. (Brazil)
12.    BlueStar Battery Systems International Corp. (Canada)
13.    Bujias Mexicanas, S.A. de C.V. (Mexico)
14.    Cablena, S.L (Spain)
15.    Calsonic Harrison Co., Ltd. (Japan)
16.    Centro Técnico Herramental, S.A. de C.V. (Mexico)
17.    Closed Joint Stock Company PES/SCC (Russian Federation)
18.    Condura, S. de R.L. (Mexico)
19.    Controladora Chihuahuense, S. de R.L. de C.V. (Mexico)
20.    Controladora de Alambrados y Circuitos Eléctricos, S. de R.L. de C.V. (Mexico)
21.    Controladora de Alambrados y Circuitos, S. de R.L. de C.V. (Mexico)
22.    Controladora de Rio Brave, S. de R.L. de C.V. (Mexico)

2

23.     Controladora Vesfron, S. de R.L. de C.V. (Mexico)
24.     Cordaflex Espana, S.A. (Spain)
25.     Cordaflex, S.A. de C.V. (Mexico)
26.     Daehan Electronics Yantai Co., Ltd. (Peoples Republic of China)
27.     Daesung Electric Co., Ltd. (Korea)
28.     Daewoo Motor Co., Ltd. (Korea)
29.     Del Tech Co., Ltd. (Korea)
30.     Delphi (China) Technical Centre Co. Ltd. (Peoples Republic of China)
31.     Delphi Administración, S.A. de C.V. (Mexico)
32.     Delphi Alambrados Automotrices, S.A. de C.V. (Mexico)
33.     Delphi Automotive Systems – Portugal S.A. (Portugal)
34.     Delphi Automotive Systems (China) Holding Company Limited (Peoples Republic of China)
35.     Delphi Automotive Systems (Netherlands) B.V. (Netherlands)
36.     Delphi Automotive Systems (Thailand) Ltd. (Thailand)
37.     Delphi Automotive Systems Australia Ltd. (Australia)
38.     Delphi Automotive Systems Cinq SAS (France)
39.     Delphi Automotive Systems Deutschland Verwaltungs GmbH (Federal Republic of Germany)
40.     Delphi Automotive Systems do Brasil Ltda. (Brazil)
41.     Delphi Automotive Systems Espana S.L. (Spain)
42.     Delphi Automotive Systems Holding GmbH (Austria)
43.     Delphi Automotive Systems Huit SAS (France)
44.     Delphi Automotive Systems Japan, Ltd. (Japan)
45.     Delphi Automotive Systems Limited Sirketi (Turkey)
46.     Delphi Automotive Systems Luxembourg S.A. (Luxembourg)
47.     Delphi Automotive Systems Maroc (Morocco)
48.     Delphi Automotive Systems Neuf SAS (France)
49.     Delphi Automotive Systems Philippines, Inc. (Philippines)
50.     Delphi Automotive Systems Private Ltd. (India)
51.     Delphi Automotive Systems Singapore Investments Pte. Ltd (Singapore)
52.     Delphi Automotive Systems Singapore Pte Ltd. (Singapore)
53.     Delphi Automotive Systems Sweden AB (Sweden)
54.     Delphi Automotive Systems UK Limited (England and Wales)
55.     Delphi Automotive Systems Vienna GmbH (Austria)
56.     Delphi Automotive Systems, S.A. de C.V. (Mexico)
57.     Delphi Automotive Systems/Ashimori de Mexico, S.A. de C.V. (Mexico)
58.     Delphi Automotive Systems -Portugal S.A. (Portugal)
59.     Delphi Belgium N.V. (Belgium)
60.     Delphi Cableados, S.A. de C.V. (Mexico)
61.     Delphi Calsonic Compressors, S.A.S. (France)
62.     Delphi Canada Inc. (Ontario)
63.     Delphi Catalyst South Africa (Proprietary) Limited (South Africa)
64.     Delphi Connection Systems - Tijuana, S.A. de C.V. (Mexico)
65.     Delphi Controladora, S.A. de C.V. (Mexico)
66.     Delphi Czech Republic, k.s. (Czech Republic)
67.     Delphi Daesung Wuxi Electronics Co., Ltd. (Peoples Republic of China)
68.     Delphi de Mexico, S.A. de C.V. (Mexico)
69.     Delphi Delco Electronic Systems Suzhou Co., Ltd. (Peoples Republic of China)
70.     Delphi Delco Electronics de Mexico, S.A. de C.V. (Mexico)
71.     Delphi Delco Electronics Europe GmbH (Federal Republic of Germany)
72.     Delphi Deutschland GmbH (Federal Republic of Germany)

2

73.     Delphi Deutschland Technologies GmbH (Federal Republic of Germany)
74.     Delphi Diesel Body Systems Mexico, S.A. de C.V. (Mexico)
75.     Delphi Diesel Body Systems, S.A. de C.V. (Mexico)
76.     Delphi Diesel Systems Corporativo IDSA, S.A. de C.V. (Mexico)
77.     Delphi Diesel Systems do Brasil Ltda. (Brazil)
78.     Delphi Diesel Systems France SAS (France)
79.     Delphi Diesel Systems Korea Ltd. (Korea)
80.     Delphi Diesel Systems Limited (England and Wales)
81.     Delphi Diesel Systems Pakistan (Private) Limited (Pakistan)
82.     Delphi Diesel Systems Pension Trustees Limited (England and Wales)
83.     Delphi Diesel Systems S.L. (Spain)
84.     Delphi Diesel Systems Service Mexico, S.A. de C.V. (Mexico)
85.     Delphi Diesel Systems, S.A. de C.V. (Mexico)
86.     Delphi Electronic Suzhou Co. Ltd. (Peoples Republic of China)
87.     Delphi Ensamble de Cables y Componentes, S. de R.L. de C.V. (Mexico)
88.     Delphi France Holding SAS (France)
89.     Delphi France SAS (France)
90.     Delphi Harrison Calsonic, S.A. (France)
91.     Delphi Holding GmbH (Austria)
92.     Delphi Holding Hungary Asset Management Limited Liability Company (Hungary)
93.     Delphi Holdings Luxembourg S.ar.l. (Luxembourg)
94.     Delphi Insurance Limited (Ireland)
95.     Delphi Interior Systems de Mexico, S.A. de C.V. (Mexico)
96.     Delphi International Holdings Corporation Luxembourg S.C.S. (Luxembourg)
97.     Delphi Italia Automotive Systems  S.r.l. (Republic of Italy)
98.     Delphi Korea Corporation (Korea)
99.     Delphi Lockheed Automotive Limited (England and Wales)
100.    Delphi Lockheed Automotive Pension Trustees Limited (England and Wales)
101.    Delphi Otomotiv Sistemleri Sanayi ve Ticaret Anonim Sirket (Turkey)
102.    Delphi Packard Austria GmbH & Co. KG (Austria)
103.    Delphi Packard Electic Sielin Argentina S.A. (Argentina)
104.    Delphi Packard Electric (Malaysia) Sdn. Bhd. (Malaysia)
105.    Delphi Packard Electric Ceska Republika, S.R.O. (Czech Republic)
106.    Delphi Packard Electric Sielin Argentina S.A. (Argentina)
107.    Delphi Packard Electric Systems Company Ltd. (Peoples Republic of China)
108.    Delphi Packard Espana, SLU (Spain)
109.    Delphi Packard Hungary Kft (Hungary)
110.    Delphi Packard Romania SRL (Romania)
111.    Delphi Poland S.A. (Poland)
112.    Delphi Polska Automotive Systems Sp. z.o.o. (Poland)
113.    Delphi Saginaw Lingyun Drive Shaft Co., Ltd. (Peoples Republic of China)
114.    Delphi Saginaw Steering Systems UK Limited (England and Wales)
115.    Delphi Shanghai Dynamics and Propulsion Systems Co. Ltd. (Peoples Republic of China)
116.    Delphi Sistemas de Energia, S.A. de C.V. (Mexico)
117.    Delphi Slovensko s.r.o. (Slovak Republic)
118.    Delphi Tychy Sp. z.o.o. (Poland)
119.    Delphi-Calsonic Hungary Manufacturing Limited Liability Company (Hungary)
120.    Delphi-TVS Diesel Systems Ltd. (India)
121.    DEOC Pension Trustees Limited (England and Wales)
122.    Diavia Aire, S.A. (Spain)

3

123. Electrotecnica Famar S.A.C.I.I.E. (Argentina)
124. Famar do Brasil Comercio e Representacao Ltda. (Brazil)
125. Famar Fueguina, S.A. (Argentina)
126. FUBA Automotive GmbH & Co. KG (Federal Republic of Germany)
127. Gabriel de Mexico, S.A. de C.V. (Mexico)
128. Grundig Car InterMedia System GmbH (Federal Republic of Germany)
129. Grundig Sistemas de Electronica Lda., Portugal (Portugal)
130. Grundig Sistemas de Electronica, Lda., (Portugal)
131. Holdcar S.A. (Argentina)
132. Inmobiliaria Marlis, S.A. (Mexico)
133. Inmuebles Wagon, S.A. (Mexico)
134. Interessengemeinschaft fur Rundfunkschutzrechte GmbH (Federal Republic of Germany)
135. Interessengemeinschaft fur Rundfunkschutzrechte GmbH Schutzrechtsverwertung & Co. KG
     (Federal Republic of Germany)
136. Katcon, S.A. de C.V. (Mexico)
137. KDAC (Thailand) Company Limited (Thailand)
138. KDS Company, Ltd. (Korea)
139. Korea Delphi Automotive Systems Corporation (Korea)
140. Korea Technology Bank Network (Korea)
141. Mecel AB (Sweden)
142. Noteco Comércio e Participacoes Ltda. (Brazil)
143. NSK Ltd. (Japan)
144. On Se Telecom Co. Ltd. (Korea)
145. P.T. Delphi Automotive Systems Indonesia (Indonesia)
146. Packard Korea Incorporated (Korea)
147. Productos Delco de Chihuahua, S.A. de C.V. (Mexico)
148. Promotora de Partes Electricas Automotrices S.A. de C.V. (Mexico)
149. PROSTEP AG (Federal Republic of Germany)
150. Proveedora de Electricidad de Occidente, S.A. de C.V. (Mexico)
151. Quingdao Daesung Electronic (Peoples Republic of China)
152. Rio Bravo Eléctricos, S.A. de C.V. (Mexico)
153. Shanghai Delco Electronics & Instrumentation Co., Ltd. (Peoples Republic of China)
154. Shanghai Delphi Automotive Air-conditioning Systems Co., Ltd. (Peoples Republic of China)
155. Shanghai Delphi Emission Control Systems Company, Ltd. (Peoples Republic of China)
156. Shanghai-Delphi Automotive Door Systems Co., Ltd. (Peoples Republic of China)
157. Shengyang Huali Automotive Air-conditioning Co. Ltd. (Peoples Republic of China)
158. Sistemas Electricos y Conmutadores, S.A. de C.V. (Mexico)
159. Speciality Electronics (Singapore) Pte Ltd. (Singapore)
160. Taiwan Representative Office of Delphi Automotive Systems International, Inc. (Peoples
     Republic of China)
161. TECCOM GmbH (Federal Republic of Germany)
162. TecDoc Information Systems GmbH (Federal Republic of Germany)
163. Termoelectrica del Golfo, S. de R.L. de C.V. (Mexico)
164. Unterstutzungsgesellschaft der Kabelwerke Reinshagen GmbH (Federal Republic of Germany)
165. Wuhan Shenlong Automotive Air-conditioning Co. Ltd. (Peoples Republic of China)
166. Yeon Kyung Electronics Co., Ltd (Korea)

4

# **<u>EXHIBIT H</u>**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
     In re                              :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
               Debtors.      :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER UNDER 11 U.S.C. §§ 105(a), 363(b), 1107, AND 1108 AUTHORIZING
PAYMENT OF CERTAIN PREPETITION (I) SHIPPING AND
DELIVERY CHARGES FOR GOODS IN TRANSIT AND (II) CUSTOMS DUTIES

("SHIPPING AND CUSTOMS ORDER")

        Upon the motion, dated October 8, 2005 (the "Motion"), of Delphi Corporation

and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), for an order (the "Order") under 11 U.S.C.

§§ 105, 363(b), 1107, and 1108 authorizing but not directing the Debtors to pay certain

prepetition shipping and warehousing charges and customs duties; and upon the Affidavit Of

Robert S. Miller, Jr. In Support Of Chapter 11 Petitions And First Day Orders, sworn to October

8, 2005; and upon the record of the hearing held on the Motion; and this Court having

determined that the relief requested in the Motion is in the best interests of the Debtors, their

estates, their creditors and other parties-in-interest; and it appearing that proper and adequate

notice of the Motion has been given and that no other or further notice is necessary; and after due

deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

        ORDERED, ADJUDGED AND DECREED THAT:

        1.   The Motion is GRANTED.

        2.   The Debtors are authorized but not directed to make such payments to

(a) domestic and foreign commercial common carriers, movers, shippers, freight

forwarders/consolidators, delivery services, customs brokers, shipping auditing services,

deconsolidators, distributors, logistics management companies, and certain other third-party

service providers (collectively, the "Shippers") and (b) third-party warehouses (collectively, the

"Warehousemen") as the Debtors determine, in the exercise of their business judgment, to be

necessary or appropriate to obtain the release of raw materials, parts, components, certain

finished goods, indirect materials, tooling, machinery, and equipment held by such Shippers and

Warehousemen (such payments, the "Shipping and Warehousing Charges").

        3.    With respect to any payments that are made on account of prepetition

obligations, in return for payment of the Shipping and Warehousing Charges in the ordinary

course of business, unless otherwise waived by the Debtors in their sole discretion, the Shippers

and Warehousemen shall (a) continue to provide services to the Debtors during the pendency of

these chapter 11 cases on the most favorable terms that existed prior to October 8, 2005 (the

"Petition Date") and (b) agree that they shall not be permitted to cancel on less than 90-days

notice any contract or agreement pursuant to which they provide services to the Debtors.  If any

Shipper or Warehouseman then accepts payment pursuant to this Order on account of a

prepetition obligation of the Debtors and thereafter does not continue to provide services to the

Debtors on the most favorable prepetition trade terms, any payments made under this Order shall

be deemed an avoidable postpetition transfer under section 549 of title 11 of the United States

Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"), and therefore shall be

recoverable by the Debtors in cash upon written request.  Upon recovery by the Debtors, the

claim shall be reinstated as a prepetition claim in the amount so recovered.  Nothing in this

paragraph, however, shall preclude a Shipper or Warehouseman from contesting such treatment

by making a written request to the Debtors to schedule a hearing before this Court, which

hearing the Debtors shall set for the next regularly-scheduled omnibus hearing date occurring more than ten days after the date of such Shipper's or Warehouseman's request.

4.    The Debtors are authorized but not directed to obtain written verification, before issuing payment hereunder, that a Shipper and Warehouseman shall (a) continue to provide services to the Debtors during the pendency of these chapter 11 cases on the most favorable terms that existed prior to Petition Date and (b) agree that they shall not be permitted to cancel on less than 90-days notice any contract or agreement pursuant to which they provide services to the Debtors, provided, however, that the absence of such written verification shall not limit the Debtors' rights hereunder.

5.    The Debtors and their customs brokers, as the Debtors' agents, are hereby authorized but not directed to make payments to the U.S. Customs and Border Protection Agency and to non-U.S. customs authorities in satisfaction of prepetition customs duties, import-related taxes, and other incidental import expenses.

6.    All applicable banks and other financial institutions are hereby authorized and directed to receive, process, honor, and pay any and all checks and electronic transfers evidencing amounts paid by the Debtors pursuant to the Motion, whether they were issued before or after the Petition Date.

7.    Nothing herein shall be deemed (a) an assumption, adoption, or authorization to assume any contracts or other agreements with any of the Shippers or Warehousemen pursuant to 11 U.S.C. § 365, (b) a requirement that the Debtors make any of the payments authorized herein, or (c) a waiver of the Debtors' rights under the Bankruptcy Code or any other applicable law.

8.    This Court shall retain jurisdiction to hear and determine all matters arising

from the implementation of this Order.

9.    The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the

United States Bankruptcy Court for the Southern District of New York for the service and filing

of a separate memorandum of law is deemed satisfied by the Motion.

Dated:    New York, New York
          October 13, 2005


                                        /s/ ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT I**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                    :
     In re                         :   Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :   Case No. 05-44481 (RDD)
                                    :
             Debtors.   :   (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x


ORDER UNDER 11 U.S.C. §§ 105, 363(b), 546(b), 1107, AND 1108
AUTHORIZING PAYMENT OF CONTRACTORS
AND SERVICE PROVIDERS IN SATISFACTION OF LIENS

("LIEN CLAIMANTS ORDER")

          Upon the motion, dated October 8, 2005 (the "Motion"), of Delphi Corporation

and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), for an order (the "Order") under 11 U.S.C.

§§ 105, 363(b), 546(b), 1107, and 1108 (a) authorizing but not directing the Debtors to pay, in

the ordinary course of the Debtors' businesses, the claims of all third-party tool builders, project

managers, contractors, and maintenance companies (collectively, the "Contractors," and the

claims of such Contractors being the "Contractor Claims") that have given or could give rise to

state mechanics', repairmans', materialmans', tool builders', and shipping liens (collectively, the

"Liens") against the Debtors' assets, properties, and/or offices and (b) authorizing and directing

all applicable banks and other financial institutions to receive, process, honor, and pay any and

all checks drawn on the Debtors' accounts to pay the Contractor Claims; and upon the Affidavit

Of Robert S. Miller, Jr. In Support Of Chapter 11 Petitions And First Day Orders, sworn to

October 8, 2005; and upon the record of the hearing held on the Motion; and this Court having

determined that the relief requested in the Motion is in the best interests of the Debtors, their

estates, their creditors, and other parties-in-interest; and it appearing that proper and adequate

notice of the Motion has been given and that no other or further notice is necessary; and after due

deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.    The Motion is GRANTED.

2.    The Debtors are authorized but not directed, in their sole discretion, to pay

Contractor Claims in the ordinary course of the Debtors' businesses; provided, however, that

with respect to each Contractor Claim, (a) the Debtors shall not be authorized to pay a Contractor

Claim unless the Contractor has perfected or, in the Debtors' judgment, is capable of perfecting

or might be capable of perfecting in the future one or more Liens in respect of such Contractor

Claim, (b) such payment shall not be deemed to be a waiver of rights regarding the extent,

validity, perfection, or possible avoidance of the related Liens, and (c) the Contractor agrees to

release promptly any Liens upon payment of such Contractor Claim; provided, however, that

should the Contractor fail to release promptly such Liens upon payment by the Debtors, any such

Liens shall be deemed released and expunged, without necessity of further action, and this Order

shall be all that is required to evidence such release and expungement.

3.    With respect to any payments that are made on account of prepetition

obligations, in return for payment of the Contractor Claims in the ordinary course of business,

the Debtors may require that the Contractors continue to provide services to the Debtors during

the pendency of these chapter 11 cases on the most favorable terms that existed prior to the

Petition Date.  If any Contractor then accepts payment pursuant to this Order on account of a

prepetition obligation of the Debtors and thereafter does not continue to provide services to the

Debtors on the most favorable prepetition trade terms, any payment made under this Order shall

be deemed an avoidable postpetition transfer under section 549 of title 11 of the United States

Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code") and, therefore, shall be

recoverable by the Debtors in cash upon written request.  Upon recovery by the Debtors, the

Contractor Claim shall be reinstated as a prepetition claim in the amount so recovered.  Nothing

in this paragraph shall preclude a Contractor from contesting such treatment by making a written

request to the Debtors to schedule a hearing before this Court, which hearing the Debtors shall

set for the next regularly-scheduled omnibus hearing date occurring more than ten days after the

date of such Contractor's request.

   4. The Debtors are authorized but not directed, in their sole discretion, to obtain

written verification, before issuing payment hereunder, that a Contractor will continue to provide

services to the Debtors during the pendency of these chapter 11 cases on the most favorable

terms that existed prior to Petition Date and otherwise comply with the terms of this Order;

provided, however, that the absence of such written verification shall not limit the Debtors' rights

hereunder.

   5. All applicable banks and other financial institutions are authorized and

directed to receive, process, honor, and pay any and all checks drawn on the Debtors' accounts or

electronic transfers authorized by the Debtors to pay Contractor Claims, whether such checks

were presented or transfers were made prior to, on, or after the Petition Date, provided that

sufficient funds are available in the applicable accounts to make such payments.

   6. Nothing herein shall be deemed (a) an assumption, adoption, or rejection of

any executory contract or agreement pursuant to 11 U.S.C. § 365, (b) a requirement that the

Debtors make any of the payments authorized herein, or (c) a waiver of the Debtors' rights under

the Bankruptcy Code or any other applicable law.

3

7.    Notwithstanding the relief granted herein and any actions taken hereunder, nothing herein shall create, nor is intended to create, any rights in favor of, or enhance the status of any claim held by, any person.

8.    Any payments by the Debtors to the Contractors pursuant to this Order shall be without prejudice to the Debtors to pursue any claims under the Bankruptcy Code or applicable nonbankruptcy law against the Contractors.

9.    This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

10.    The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated:    New York, New York
          October 13, 2005


                                        /s/ ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT J**

In re Delphi Corporation, et al.

Bank List -

| Company | Contact | Address 1 | Address 2 | City | State | Zip | Country | Fax |
|---|---|---|---|---|---|---|---|---|
| Bank Of America Na | Howe Pete Wheelock Brian Swanson | 335 Madison Ave 9th Fl | | New York | NY | 10017 | US | 212-503-7080 & 704-602-3693 |
| Bank Of Lenawee | Carol Mcintyre | 135 East Maumee | | Adrian | MI | 49221 | US | 517-265-9826 |
| Bank Of New York | Kevin Higgins and Chris Stevenson | Cash Mgmt Div | | New York | NY | 10286 | US | 212-635-7978 |
| Bank One Canada | Richard Huttenlocher David Gerdis | 611 Woodward Ave Ste Mi 1 8074 | 7th Fl | Detroit | MI | 48226 | US | 313-225-2290 & 313-226-1455 |
| Bank One Illinois | Richard Huttenlocher David Gerdis | 611 Woodward Ave Ste Mi 1 8074 | 7th Fl | Detroit | MI | 48226 | US | 313-225-2290 & 313-226-1455 |
| Bank One Michigan | Richard Huttenlocher David Gerdis | 611 Woodward Ave Ste Mi 1 8074 | 7th Fl | Detroit | MI | 48226 | US | 313-225-2290 & 313-226-1455 |
| Branch Banking and Trust Company | Kathy Pike | 301 N Main St | | Greenville | SC | 29601 | US | 864-282-3319 |
| Brunswick Bank And Trust | Kimberly Tokarz | 1060 Aaron Rd | | North Brunswick | NJ | 08902 | US | 732-951-0632 |
| Citibank | Wayne Beckmann and Kathy Collins | 388 Greenwich St 23rd Fl | | New York | NY | 10013 | US | 7-095-725-6700 |
| Citibank | Wayne Beckmann K Collins G Roberts | 388 Greenwich St 23rd Fl | | New York | NY | 10013 | US | 212-816-5702 & 212-816-3107 |
| Citibank | Julia Sadokhina | Gashek St 8 10 | | Moscow | | 125047 | Russia | 212-816-5702 & 212-816-3107 |
| Citibank Na | Taipei Branch | PO Box 3343 | | Taipei | ROC | | | 212-816-5702 & 212-816-3107 |
| Citifunds | Wayne Beckmann and Carol Festa | 125 Broad St 11th Fl | | New York | NY | 10004 | US | 646-862-9621 |
| Comerica Bank | Robert Ramirez & Colleen Hollerbach | PO Box 75000 | Mc 3265 Mc 7618 | Detroit | MI | 48275 | US | |
| Comm Banking Cmpny Of Fitzgerald | Sandra Anderson | 102 West Roanoke Dr | PO Box 130 | Fitzgerald | GA | 31750 | US | 229-423-6656 |
| Deutsche Asset Management | John Larkin | 1 South St 18 Fl | | Baltimore | MD | 21202 | US | 410-895-3721 |
| Deutsche Bank | Thomas Maloney and Andreas Rohde | Global Corporate Finance | 60 Wall St 45th Fl | New York | NY | 10005 | US | 212-797-0085 & 49 69 910 22023 |
| Fidelity Investments | Peter Zielinski | 100 Crosby Pkwy Mail Zone Kc1g | | Covington | KY | 41015 | US | 617-385-1738 |
| Fifth Third Bank | Michael Blackburn | Corporate Treasury Mgmt | 1000 Town Ctr Ste 1400 | Southfield | MI | 48075 | US | 248-603-0752 |
| Harris Na | Linda Schmidt and Laura Hunt | 111 W Monroe St 9e | 9th Fl Ctr | Chicago | IL | 60603 | US | 312-461-6339 & 312-293-5222 |
| Hsbc Bank Usa Na | Christopher Samms and Jay Bialecki | 452 Fifth Ave 5th Fl | | New York | NY | 10018 | US | 212-642-4081 & 888-499-3958 |
| Jpmorgan Chase Bank | Richard Huttenlocher David Gerdis | 611 Woodward Ave Ste Mi 1 8074 | 7th Fl | Detroit | MI | 48226 | US | 313-225-2290 |
| Jpmorgan Chase Bank | Richard Huttenlocher Pat Flemister | 611 Woodward Ave Ste Mi 1 8074 | 7th Fl | Detroit | MI | 48226 | US | 313-225-2290 |
| Jpmorgan Chase Bank | Richard Huttenlocher Wm Bitonti | 611 Woodward Ave Ste Mi 1 8074 | 7th Fl | Detroit | MI | 48226 | US | 313-225-2290 & 313-225-1730 |
| Jpmorgan Chase Securities | Richard Huttenlocher Julie Benson | 611 Woodward Ave Ste Mi 1 8074 | 7th Fl | Detroit | MI | 48226 | US | 313-225-2290 & 214-965-2255 |
| Key Bank Na | Peter Moore and Kevin Hennessy | Large Corporate Group | 127 Public Square | Cleveland | OH | 44114 | US | 216-689-4654 & 216-689-4421 |
| Mandi Marshall And Illsley | James Miller | Commercial Banking | Nw18 770 North Water St | Milwaukee | WI | 53202 | US | 414-765-7625 |
| Mellon Na | Robert Ladley | 500 Ross St Ste 1360 | | Pittsburgh | PA | 15262 | US | 412-236-0485 |
| Natwest Bank Luton Market | Jo Pyman | Hill Branch | 31 George St | Luton | | LU1 2AH | Uk | 020 7375 6106 |
| Rbs Securities | Richard Simon | 101 Pk Ave 10th Fl | | New York | NY | 10178 | US | 212-401-3604 |
| Regions Bank | Dawn Smith | PO Box 10247 | 8th Fl | Birmingham | MI | 35203 | US | |
| Reserve Fund | Brandon Semilof | 1250 Broadway 32nd Fl | | New York | NY | 10001 | US | 212-401-5958 |
| Toronto Dominion Bank | Malle Naqy Cash Mgmt Services | 100 Wellington St 27th Fl | West CP Towers | Toronto | ON | M5K 1A2 | Canada | 416-944-5891 |
| Ubs Ag | Michael Walter Schmid | Zuggerstrasse 22 | | Horgen | | 08810 | Switzerland | |
| Umb Bank Na | Kent Workman | 1010 Grand Blvd | | Kansas City | MO | 64106 | US | 816-860-4838 |
| United Bank and Trust | Tammy Hall | 1422 S Winter St | | Adrian | MI | 49221 | US | 517-264-0709 |

In re Delphi Corporation, et al.
Case No. 05-44481

Page 1 of 1

10/10/2005 9:14 AM
Bank Service List

# **<u>EXHIBIT K</u>**

| Company | Contact | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Agfa Corp | Linda Szcwciuk | 100 Challenger Rd | | Ridgefield | NJ | 07660 | US |
| Air Liquide America Corp | | 8832 Dice Rd | | Santa Fe Springs | CA | 90670 | US |
| Air Liquide America Corp | Merchant Gases Division | 16w235 83rd St Ste B | Remit Chg 1 24 00 Kw | Burr Ridge | IL | 60521 | US |
| Air Liquide America Corp | | Merchant Gases Div | 5230 S East Ave | Countryside | IL | 60525 | US |
| Air Liquide America Corp | | 2824 E Kemper Rd | | Cincinnati | OH | 45241 | US |
| Air Liquide America Corp | | Ransome Div | 3511 W 12th St | Houston | TX | 77008 | US |
| Air Liquide America Corp | | 2700 Post Oak Blvd 18th Fl | | Houston | TX | 77056 | US |
| Air Liquide America Corp | | 801 W N Carrier Pky | | Arlington | TX | 75050 | US |
| Air Liquide America Corp | | PO Box 95198 | | Chicago | IL | 60694 | US |
| Air Liquide America Corp Eft | Mary Ellen Gorshing A R | 12800 West Little York | | Houston | TX | 77041 | US |
| Air Liquide America Corporation | | 1319 N Peoria Ave | | Tulsa | OK | 74106 | US |
| Air Liquide America Corporation | | PO Box 200269 | | Houston | TX | 77216 | US |
| American Equipment Leasing | | 540 Upland Ave | | Reading | PA | 19611 | US |
| Ameritech Credit Corp | | PO Box 71614 | | Chicago | IL | 60694 | US |
| Applied Industrial Technologie | | American Bearing and Power Trans | 1028 35th St N | Birmingham | AL | 35234 | US |
| Applied Industrial Technologie | | 919 Church St Ne | | Decatur | AL | 35601 | US |
| Applied Industrial Technologie | | 1028 35th St N | | Birmingham | AL | 35234 | US |
| Applied Industrial Technologie | | King Bearing | 2886 E Blue Star St | Anaheim | CA | 92806 | US |
| Applied Industrial Technologie | | 1 Mc Cullough Dr | | New Castle | DE | 19720 | US |
| Applied Industrial Technologie | | American Bearing | 1780 Corporate Dr Ste 435 | Norcross | GA | 30093 | US |
| Applied Industrial Technologie | | 1609 James P Rogers Dr | | Valdosta | GA | 31601 | US |
| Applied Industrial Technologie | | 725 Turner Field Rd | | Albany | GA | 31705 | US |
| Applied Industrial Technologie | | 3664 Oakcliff Rd | | Doraville | GA | 30340 | US |
| Applied Industrial Technologie | | 5201 Pk Emerson Dr Ste C | | Indianapolis | IN | 46203 | US |
| Applied Industrial Technologie | | 2713 N Foundation Dr | | South Bend | IN | 46628 | US |
| Applied Industrial Technologie | | 330 W Jefferson St | | Fort Wayne | IN | 46802 | US |
| Applied Industrial Technologie | | 7840 Rockville Rd | | Indianapolis | IN | 46214 | US |
| Applied Industrial Technologie | | 401 W Willard St | | Muncie | IN | 47302 | US |
| Applied Industrial Technologie | | 1200 East Blvd | | Kokomo | IN | 46902 | US |
| Applied Industrial Technologie | | 1720 State St | | Columbus | IN | 47201 | US |
| Applied Industrial Technologie | | 618 E 4th St | | Marion | IN | 46952 | US |
| Applied Industrial Technologie | | Bruening Bearing Div | 135 Dishman Ln | Bowling Green | KY | 42101 | US |
| Applied Industrial Technologie | | 1816 N Market St | | Shreveport | LA | 71107 | US |
| Applied Industrial Technologie | | 1904 Ruffin Dr | | Monroe | LA | 71202 | US |
| Applied Industrial Technologie | | 7509 Resource Ct | | Baltimore | MD | 21226 | US |
| Applied Industrial Technologie | | Detroit Ball | 11677 S Wayne Rd Ste 112 Bldg | Romulus | MI | 48174 | US |
| Applied Industrial Technologie | | Detroit Ball Bearing | 31491 Glendale Ave | Livonia | MI | 48150 | US |
| Applied Industrial Technologie | | Detroit Ball Bearing | 21200 Melrose Ave | Southfield | MI | 48075 | US |
| Applied Industrial Technologie | | Detroit Ball Bearing Co | 35430 Beattie Dr | Sterling Heights | MI | 48312 | US |
| Applied Industrial Technologie | | Detroit Ball Bearing | 3520 Gembrit Cir | Kalamazoo | MI | 49001 | US |
| Applied Industrial Technologie | | Detroit Ball Bearing | 4302 S Creyts Rd | Lansing | MI | 48917 | US |
| Applied Industrial Technologie | | Detroit Ball Bearing Co | 1150 N Outer Dr | Saginaw | MI | 48601 | US |
| Applied Industrial Technologie | | Detroit Ball Bearing | 2650 Airport Rd | Jackson | MI | 49202 | US |
| Applied Industrial Technologie | | Detroit Ball Bearing Co | 1400 Howard St | Detroit | MI | 48216 | US |

| Company | Contact | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Applied Industrial Technologie | | Detroit Ball Bearing | 1450 Howard St | Detroit | MI | 48216 | US |
| Applied Industrial Technologie | | Detroit Ball Bearing | 755 36th St Se | Wyoming | MI | 49548 | US |
| Applied Industrial Technologie | | Detroit Ball | 404 Kelso | Flint | MI | 48506 | US |
| Applied Industrial Technologie | Detroit Ball Bearing Co | 11700 Metro Airport Ctr Dr Ste | Bldg D | Romulus | MI | 48174 | US |
| Applied Industrial Technologie | | Applied Industrial Technologie | 1815 Bedford Ave | Kansas City | MO | 64116 | US |
| Applied Industrial Technologie | | 3525 Rider Trl S | | Earth City | MO | 63045 | US |
| Applied Industrial Technologie | | 718 Heisinger Rd | | Jefferson City | MO | 65109 | US |
| Applied Industrial Technologie | | 2029 Wyandotte | | Kansas City | MO | 64168 | US |
| Applied Industrial Technologie | | Applied Industrial Technologie | 531 Hwy 49 S | Richland | MS | 39218 | US |
| Applied Industrial Technologie | | 556 S 16th Ave | | Laurel | MS | 39440 | US |
| Applied Industrial Technologie | | 531 Hwy 49 S | | Richland | MS | 39288 | US |
| Applied Industrial Technologie | | 1085 Cranbury South River Rd | Ste 1 | Jamesburg | NJ | 08831 | US |
| Applied Industrial Technologie | | Campus 130 2553 Rte 130 | | Cranbury | NJ | 08512 | US |
| Applied Industrial Technologie | | 140 Furler St | | Totowa | NJ | 07512 | US |
| Applied Industrial Technologie | | Bruening Bearing Div | 600 Colfax St | Rochester | NY | 14606 | US |
| Applied Industrial Technologie | | 525 Erie Blvd West | | Syracuse | NY | 13204 | US |
| Applied Industrial Technologie | | 579 Sheridan Dr | | Tonawanda | NY | 14150 | US |
| Applied Industrial Technologie | | Detroit Ball Bearing Co | 230 Stanford Pky | Findlay | OH | 45840 | US |
| Applied Industrial Technologie | | Detroit Ball Bearing | 1966 Spruce St | Defiance | OH | 43512 | US |
| Applied Industrial Technologie | | Detroit Ball Bearing | 6020 Benore Rd | Toledo | OH | 43612 | US |
| Applied Industrial Technologie | | 15504 Industrial Pky | | Cleveland | OH | 44135 | US |
| Applied Industrial Technologie | | 2760 Thunderhawk Ct | | Dayton | OH | 45414 | US |
| Applied Industrial Technologie | | 3855 Business Pk Dr | | Columbus | OH | 43204 | US |
| Applied Industrial Technologie | | One Applied Plaza | | Cleveland | OH | 44115 | US |
| Applied Industrial Technologie | | 1465 W Alexis Rd | | Toledo | OH | 43612 | US |
| Applied Industrial Technologie | | 1850 Superior St | | Sandusky | OH | 44870 | US |
| Applied Industrial Technologie | | 3634 Euclid Ave | | Cleveland | OH | 44115 | US |
| Applied Industrial Technologie | | 1 Applied Plz | | Cleveland | OH | 44115 | US |
| Applied Industrial Technologie | | 421 S Pk Ave | | Warren | OH | 44483 | US |
| Applied Industrial Technologie | | 137 W 6th | | Mansfield | OH | 44902 | US |
| Applied Industrial Technologie | | 1623 Se 23rd | | Oklahoma City | OK | 73129 | US |
| Applied Industrial Technologie | | 301 Westec Dr | Westmoreland Technology Pk | Mount Pleasant | PA | 15666 | US |
| Applied Industrial Technologie | | 20 Commerce Ave | | Greencastle | PA | 17225 | US |
| Applied Industrial Technologie | | 135 A Benedict | | Chambersburg | PA | 17201 | US |
| Applied Industrial Technologie | | 4350 H St | | Philadelphia | PA | 19134 | US |
| Applied Industrial Technologie | | King Bearings Inc | 5001 N Fwy Ste F | Fort Worth | TX | 76106 | US |
| Applied Industrial Technologie | | King Bearing Div | 3438 Dalworth St | Arlington | TX | 76011 | US |
| Applied Industrial Technologie | | King Bearing Div | 1400 W 2nd St | Odessa | TX | 79763 | US |
| Applied Industrial Technologie | | 7150b Copperqueen Dr | | El Paso | TX | 79915 | US |
| Applied Industrial Technologie | | 417 B Son Belt Dr | | Corpus Christi | TX | 78408 | US |
| Applied Industrial Technologie | | PO Box 100538 | | Pasadena | CA | 91189 | US |
| Applied Industrial Technologie | | PO Box 722 | | Detroit | MI | 48264 | US |
| Applied Industrial Technologie | | Id 21440980 | PO Box 361580 | Cleveland | OH | 44136 | US |
| Applied Industrial Technologie | Accounts Payable | PO Box 361580 | | Cleveland | OH | 44136 | US |

05-44481-rdd    Doc 430-1    Filed 10/20/05    Entered 10/20/05 11:27:34    Affidavit

In re Delphi Corporation, et al.
(entonly/den)

Part 2    Pg 26 of 31

| Company | Contact | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Applied Industrial Technologie | | Remit Add Chg Ltr 8 01 Csp | PO Box 6337 | Cleveland | OH | 44101 | US |
| Applied Industrial Technologies Inc | | 22526 Network Pl | | Chicago | IL | 60673 | US |
| Applied Industrial Technologies Inc | | 8153 E 46th St | | Tulsa | OK | 74145 | US |
| Applied Industrial Technologies Inc | | PO Box 74096 | | Cleveland | OH | 44194 | US |
| Applied Michigan Ltd | | Applied Industrial Technologie | 45580 Woodward Ave | Pontiac | MI | 48341 | US |
| Applied Michigan Ltd | | Applied Industrial Technologie | 1150 N Outer Dr | Saginaw | MI | 48601 | US |
| Assembleon America Inc | | 5110 Mcginnis Ferry Rd | | Alpharetta | GA | 30005 | US |
| Assembleon America Inc Eft | | Fmly Philips Emt | 5110 Mcginnis Ferry Rd | Alpharetta | GA | 30005 | US |
| Associates Leasing Inc | | 333 West Pierce Dr | | Itasca | IL | 60143 | US |
| Associates Leasing Inc | | PO Box 411701 | | Kansas City | MO | 64141 | US |
| Aw Miller Technical Sales Inc | | PO Box 69 | | East Aurora | NY | 14502 | US |
| Bank Of Lincolnwood | | 4433 West Touhy Ave | Attn Accts Receivable | Lincolnwood | IL | 60646 | US |
| Bank One | Greg Miller | Mail Ste II 1 099 | 300 S Riverside Plaza 18th Fl | Chicago | IL | 60670 | US |
| Bank One | | Golbal Corp Trust Services | Bank One Plaza Ste II 01261 | Chicago | IL | 60670 | US |
| Bank One | C o Bank One Na | Mail Code II 10236 | Afc 01 02 | Chicago | IL | 60670 | US |
| Bank One | | Missng Wrk Rcvry Team In1 7215 | 7610 W Washington St | Indianapolis | IN | 46231 | US |
| Bank One | | 7610 W Washington St | | Indianapolis | IN | 46231 | US |
| Bank One | For Deposit To The Account Of | Robert Seidler 215001640428 | 611 Woodward Mi1 8087 | Detroit | ME | 48226 | US |
| Bank One | For Deposit To The Account Of | Frank Klose 000001606929782 | 9000 Haggerty Rd M 1 8200 | Belleville | MI | 48111 | US |
| Bank One | For Deposit To The Account Of | Byron Jackson 215000550529 | 611 Woodward Ave M s 8087 | Detroit | MI | 48226 | US |
| Bank One | For Deposit To The Account Of | Douglas Henne 215000549950 | 611 Woodward M s Mi1 8089 | Detroit | MI | 48226 | US |
| Bank One | For Deposit To The Account Of | Shoichi Tanaka 644090078 | 611 Woodward Ave M s 8087 | Detroit | MI | 48226 | US |
| Bank One | For Deposit To The Account Of | Prakash Kulkarni 215001158751 | 611 Woodward Mi1 8089 | Detroit | MI | 48226 | US |
| Bank One | For Deposit To The Account Of | Richard Johnson 215001897341 | 611 Woodward M s 8087 | Detroit | MI | 48226 | US |
| Bank One | For Deposit To The Account Of | James Pressgrove215001640592 | 611 Woodward M s 8089 | Detroit | MI | 48226 | US |
| Bank One | For Deposit To The Account Of | Ralph Anderson 215001161763 | 611 Woodward M s 8087 | Detroit | MI | 48226 | US |
| Bank One | For Deposit To The Account Of | Joon Ho Yoo 000001602955237 | 611 Woodward M s 8089 | Detroit | MI | 48226 | US |
| Bank One | For Deposit To The Account Of | Nancy Gougarty 215000550149 | 611 Woodward M s 8089 | Detroit | MI | 48226 | US |
| Bank One | For Deposit To The Account Of | Michael Balsei 215000447155 | 611 Woodward Mi1 8080 | Detroit | MI | 48226 | US |
| Bank One | For Deposit To The Account Of | Robert Seidler 215001972144 | 611 Woodward Mi1 8087 | Detroit | MI | 48226 | US |
| Bank One | For Deposit To The Account Of | Youssef Kazour 215001161821 | 611 Woodward Mi1 8089 | Detroit | MI | 48226 | US |
| Bank One | For Deposit To The Account Of | P Quackenbush 215001159478 | 611 Woodward M s 8089 | Detroit | MI | 48226 | US |
| Bank One | For Deposit To The Account Of | John Priestly 215002278509 | 611 Woodward Mi1 8089 | Detroit | MI | 48226 | US |
| Bank One | For Deposit To The Account Of | Robert Wilson 215000446603 | 611 Woodward Mi1 8089 | Detroit | MI | 48226 | US |
| Bank One | For Deposit To The Account Of | Sandip Sarkar 235000966707 | 611 Woodward Mi1 8089 | Detroit | MI | 48226 | US |
| Bank One | For Deposit To The Account Of | William Lloyd 215000130124 | 611 Woodward Mi1 8089 | Detroit | MI | 48226 | US |
| Bank One | For Deposit To The Account Of | Juergen Steupert 35019135 | 611 Woodward Mi1 8089 | Detroit | MI | 48226 | US |
| Bank One | For Deposit To The Account Of | Ronald Voigt 235000438046 | 611 Woodward Mi1 8089 | Detroit | MI | 48226 | US |
| Bank One | For Deposit To The Account Of | Sae Keun Yoo 215002499949 | 611 Woodward Mi1 8089 | Detroit | MI | 48226 | US |
| Bank One | For Deposit To The Account Of | David Knill 215000529523 | 611 Woodward Mi1 8089 | Detroit | MI | 48226 | US |
| Bank One | For Deposit To The Account Of | Richard Wilkins 34871475 | 611 Woodward Mi1 8089 | Detroit | MI | 48226 | US |
| Bank One | For Deposit To The Account Of | Klaids Lafron 646855726 | 611 Woodward M s 8089 | Detroit | MI | 48226 | US |
| Bank One | For Deposit To The Account Of | David Burgner 23730905 | 611 Woodward Mi1 8089 | Detroit | MI | 48226 | US |
| Bank One | For Deposit To The Account Of | Steve Clemons 25851565 | 611 Woodward Mi1 8089 | Detroit | MI | 48226 | US |

| Company | Contact | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Bank One | For Deposit To The Account Of | Eric Ker 230008355596 | 611 Woodward M s 8089 | Detroit | MI | 48226 | US |
| Bank One | For Deposit To The Account Of | Alex Marson 655925287 | 611 Woodward Mi1 8089 | Detroit | MI | 48226 | US |
| Bank One | For Deposit To The Account Of | Pierre Long 655925295 | 611 Woodward Mi1 8089 | Detroit | MI | 48226 | US |
| Bank One | For Deposit To The Account Of | G Olascoaga 35007175 | 611 Woodward Mi1 8089 | Detroit | MI | 48226 | US |
| Bank One | For Deposit To The Account Of | Koyeon Sohn 23441665 | 611 Woodward Mil 8089 | Detroit | MI | 48226 | US |
| Bank One | For Deposit To The Account Of | Robert Arao 416256080 | 106 E Market St | Warren | OH | 44481 | US |
| Bank One | | Global Corporate Trust Svc | Box Oh1 0380 | Columbus | OH | 43271 | US |
| Bank One | | Investment Management Fee Dept | PO Box 710812 | Columbus | OH | 43271 | US |
| Bank One Michigan | Accounts Receivable | 1601 Elm St | Thanksgiving Tower 13th Fl | Dallas | TX | 75201 | US |
| Bank One Na | Fmly First Natl Bank Chicago | Fnbc Prod Card Settlement | 1 First Natl Plaza Ste 0199 | Chicago | IL | 60670 | US |
| Bank One Na | | Mall Ste II 1 0747 | 1 Bank One Plaza | Chicago | IL | 60670 | US |
| Bank One Na | | Mall Ste 0742 | | Chicago | IL | 60670 | US |
| Bank One Na | | 611 Woodward Ave | Ste Mi1 8067 | Detroit | MI | 48226 | US |
| Bank One Na | | PO Box 70176 | | Chicago | IL | 60673 | US |
| Bell Microproducts | Rob Genaro | 10475 Pk Meadows Dr | Ste 6050 | Littleton | CO | 80124 | US |
| Bobbys Kitchen | | 15391 S Dixie | | Monroe | MI | 48161 | US |
| Canon Financial Services | | PO Box 4004 | | Carol Stream | IL | 60197 | US |
| Canon Financial Services Inc | | 200 Commerce Square Blvd | | Burlington | NJ | 08016 | US |
| Canon Financial Services Inc | | 158 Gaither Dr Ste 200 | | Mount Laurel | NJ | 08054 | US |
| Canon Financial Services Inc | | PO Box 42937 | | Philadelphia | PA | 19101 | US |
| Cardinal Machine Company | Accounts Payable | 860 Tacoma Court | | Clio | MI | 48420 | US |
| Cashcode | Sim Bielak | 553 Basaltic Rd | | Concord | ON | L4K 4W8 | Canada |
| Centura Bank Leasing | | PO Box 1070 | | Charlotte | NC | 28201 | US |
| Charmilles Technologies | | C o Iso 2000 Inc | 30405 Solon Rd Unit7 | Solon | OH | 44139 | US |
| Cit Communications Finance Corp | | 650 Cit Dr | | Livingston | NJ | 07039 | US |
| Cit Technologies Corp | | Dba Cit Systems Leasing | 2285 Franklin Rd Ste 100 | Bloomfield Hills | MI | 48302 | US |
| Citicorp Vendor Finance Inc | | 1800 Overdrive Ctr | | Moberly | MO | 65270 | US |
| Citicorp Vendor Finance Inc | | PO Box 7247 0322 | | Philadelphia | PA | 19170 | US |
| Commercial Tool and Die Inc | | 5351 Rusche Dr Nw | | Comstock Pk | MI | 49321 | US |
| Compaq Financial Services Corp | | PO Box 402582 | | Atlanta | GA | 30384 | US |
| Computer Sales International | | 200 Maple Pk Blvd Ste 201 | Rmt Chg Per Ltr 9 02 04 Am | St Clair Shores | MI | 48081 | US |
| Computer Sales International | | Inc | PO Box 775485 | St Louis | MO | 63177 | US |
| Computer Sales International I | | 9990 Old Olive St Rd Ste 101 | | Saint Louis | MO | 63141 | US |
| Credit Lyonnais Sa Cayman Islands | | The Credit Lyonnais Building | 1301 Ave Of The Americas | New York | NY | 10019 | US |
| Crown Credit Company | | PO Box 640352 | | Cincinnati | OH | 45264 | US |
| Cupertino National Bank Greater Bay | | 100 Tri State International | Ste 140 | Lincolnshire | IL | 60069 | US |
| Daewoo Heavy Industries Americ | | 1701 Howard St Unit F | | Elk Grove Village | IL | 60007 | US |
| Dell Financial Services Lp | | 840 S Canal St | | Chicago | IL | 60693 | US |
| Dell Financial Services Lp | Brenda Strawn X7285489 | 12234 N Ih 35 Southbound | Bldg B | Austin | TX | 78753 | US |
| Dell Financial Services Lp | | 1 Dell Way | | Round Rock | TX | 78682 | US |
| Dell Financial Services Lp | | PO Box 99355 | | Chicago | IL | 60693 | US |
| Delphi Holdings Luxembourg Sarl | | Route De Luxembourg | | Bascharage | | L-4940 | Luxembourg |
| Dre Depositor Corp | | 445 Broad Hollow Rd | | Melville | NY | 11747 | US |
| Engel Canada Inc | | 545 Elmira Rd | | Guelph | ON | N1K1C2 | Canada |

In re Delphi Corporation, et al.
Case No. 05-44481

Page 4 of 8

10/10/2005 11:04 AM
Lien Holders Service List

| Company | Contact | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Fifth Third Bank Western Michigan | | 1850 East Paris Ave | | Kentwood | MI | 49546 | US |
| First Bank Of Highland Park | | Lease Finance Group | 1835 1st St | Highland Pk | IL | 60035 | US |
| First Bank Of Highland Park | | 1835 1st St | | Highland Pk | IL | 60035 | US |
| Ge Polymerland Inc | | One Plastics Ave | | Pittsfield | MA | 01210 | US |
| Ge Polymerland Inc | | Ge Advance Materials | 9930 Kincey Ave | Huntersville | NC | 28078 | US |
| Ge Polymerland Inc | | Ge | 195 Lagrange Ave | Rochester | NY | 14613 | US |
| General Electric Capital Corp | | G E C C | 44 Old Ridgebury Rd | Danbury | CT | 06810 | US |
| General Electric Capital Corp | | Emerson Financial Services | 10 Riverview Dr | Danbury | CT | 06810 | US |
| General Electric Capital Corp | | Supplier Is Financed By Ge | 10 Riverview Dr | Danbury | CT | 06810 | US |
| General Electric Capital Corp | | 5480 Corporate Dr Ste 300 | | Troy | MI | 48098 | US |
| General Electric Capital Corp | | Test Equipment Management Serv | 4477 E 49th St | Cleveland | OH | 44125 | US |
| General Electric Capital Corp | Greg Miller | 1301 Virginia Dr Ste 200 | | Fort Washington | PA | 19034 | US |
| General Electric Capital Corp | | Ge Capital | PO Box 277328 | Atlanta | GA | 30384 | US |
| General Electric Capital Corp | | Ekcc | PO Box 94620 | Cleveland | OH | 44101 | US |
| General Electric Capital Corp | | Nmhg Financial Services | PO Box 642385 | Pittsburgh | PA | 15264 | US |
| General Electric Capital Corp | | Acct Of Velverly Reed | Case 92 4458 Gc | | | 42986 | US |
| Hitachi Credit America Corp | | 777 West Putnam Ave | | Greenwich | CT | 06830 | US |
| Hubbard Supply Company | Accounts Payable | 901 West Second St | | Flint | MI | 48503 | US |
| Huntington National Bank | For Deposit To Account Of | Thomas Braun 04156065869 | 6174 28th St | Grand Rapids | MI | 49546 | US |
| Huntington National Bank | | 1st Fl Chester Lobby | 917 Euclid Ave | Cleveland | OH | 44115 | US |
| Huntington National Bank | | PO Box 1767 | | Holland | MI | 49422 | US |
| Huntington Natl Bank | For Deposit To The Account Of | Anand Praturi 02892825679 | 3562 Dayton Extenia Rd | Beavercreek | OH | 45432 | US |
| Husky Injection Molding System | | 45145 12 Mile Rd | | Novi | MI | 48377 | US |
| Husky Injection Molding System | | 55 Amherst Villa Rd | | Buffalo | NY | 14225 | US |
| Husky Injection Molding System | | Hot Runner Div | 288 North Rd | Milton | VT | 05468 | US |
| Husky Injection Molding System | 905951 5000 Fax 857 8108 | 500 Queen St S | Corr Add Chg 7 97 Letter | Bolton | ON | L7E  5S5 | Canada |
| Husky Injection Molding System | | 500 Queen St | | Bolton | ON | L7E  5S5 | Canada |
| Icon Spk 2023 A Llc | | 100 Fifth Ave 10th Fl | | New York | NY | 10011 | US |
| Icx Corporation | | 2 Summit Pk Dr | Ste 300 | Cleveland | OH | 44131 | US |
| Information Leasing Corp | | 1023 W 8th St | | Cincinnati | OH | 45203 | US |
| Ios Capital | | 1738 Bass Rd | | Macon | GA | 31210 | US |
| Ios Capital | Fmly Alco Capital Resource Inc | PO Box 41564 | Rc Address ch 9 01 | Philadelphia | PA | 19101 | US |
| Ios Capital | | PO Box 650016 | | Dallas | TX | 75265 | US |
| Juki Automation Systems | Amy | 507 Airport Blvd | | Morrisville | NC | 27560 | US |
| Juki Automation Systems | Adrian Swanson | PO Box 601600 | | Charlotte | NC | 28260 | US |
| Kensington Capital Corp | | C o Cit Technologies cit Sys L | 2285 Franklin Rd Ste 100 | Bloomfield Hills | MI | 48302 | US |
| Kensington Capital Corp | | C o Michigan Heritage Bancorp | 283400 Orchard Lake Rd | Farmington Hills | MI | 48334 | US |
| Kensington Capital Corp | | 5725 Forward Ave Ste 301 | | Pittsburgh | PA | 15217 | US |
| Kyocera Mita America Inc | | PO Box 740441 | | Atlanta | GA | 30374 | US |
| Lasalle Bank National Association | | 135 South Lasalle St | Ste 545 | Chicago | IL | 60603 | US |
| Lasalle National Leasing Corp | | 135 South Lasalle St | Ste 545 | Chicago | IL | 60603 | US |
| Lease Plan Usa Inc | | 1165 Sanctuary Pkwy | | Alpharetta | GA | 30004 | US |
| Leasenet Group Inc | | 5450 Frantz Rd | Ste 360 | Dublin | OH | 43016 | US |
| Magid Glove and Safety Mfg Co Llc | | 2060 North Kolmar Ave | | Chicago | IL | 60639 | US |

| Company | Contact | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Makino Inc | | 1447 Solution Ctr | | Chicago | IL | 60677 | US |
| Makino Inc | | Makino Die mold Technologies | 2600 Superior Ct | Auburn Hills | MI | 48326 | US |
| Makino Inc | | 47196 Merion Cir | | Northville | MI | 48167 | US |
| Makino Inc | | E Tech Div | 4624 E Tech Dr | Cincinnati | OH | 45245 | US |
| Makino Inc | | 7680 Innovation Way | | Mason | OH | 45040 | US |
| Makino Inc | | 1447 Solution Ctr | | Chicago | IL | 60677 | US |
| Metlife Capital Lp | | C 97550 | | Bellevue | WA | 98009 | US |
| Miami Industrial Trucks Inc | | Aerial Equipment Of Ohio Div | 2830 E River Rd | Dayton | OH | 45439 | US |
| Miami Industrial Trucks Inc | | 2830 E River Rd | | Dayton | OH | 45401 | US |
| Michele Dandrea | | 1578 River Rd | | New Hope | PA | 18938 | US |
| Milacron Marketing Co | | Ferromatik Milacron | 3041 Disney St | Cincinnati | OH | 45209 | US |
| Milacron Marketing Co | | 2090 Florence Ave | | Cincinnati | OH | 45206 | US |
| Miller Tool and Die Co | | 829 Belden Rd | | Jackson | MI | 49203 | US |
| Minolta Business Solutions Inc | | One International Blvd | | Mahwah | NJ | 07430 | US |
| Mori Seiki Usa Inc | | 5622 Meadowbrook Dr | | Rolling Meadows | IL | 60008 | US |
| Mori Seiki Usa Inc | | 5655 Meadowbrook Dr | | Rolling Meadows | IL | 60008 | US |
| Mori Seiki Usa Inc | | 29234 Commerce Dr | | Flat Rock | MI | 48134 | US |
| Motion Industries Inc | | 17344 Eastman St | | Irvine | CA | 92614 | US |
| Motorola Credit Corp | | 50 E Commerce Dr | | Schaumberg | IL | 60173 | US |
| Motorola Inc | | Semiconductor Products Sector | 4545 S Wendler Dr Ste 121 | Tempe | AZ | 85282 | US |
| Motorola Inc | | Techincal Training | 432 N 44th St Ste 200 | Phoenix | AZ | 85008 | US |
| Motorola Inc | | Semiconductor Div | 5005 E Mc Dowell Rd | Phoenix | AZ | 85008 | US |
| Motorola Inc | | Motorola Computer Group | 2900 S Diablo Way | Tempe | AZ | 85282 | US |
| Motorola Inc | | Motorola Semiconductor Prod Se | 3102 N 56th St | Phoenix | AZ | 85018 | US |
| Motorola Inc | | Robert Riley | 407 Saint Regis Dr | Newark | DE | 19711 | US |
| Motorola Inc | | Wilmington Service Ctr | 32 Germay Dr | Wilmington | DE | 19804 | US |
| Motorola Inc | | Motorola Schaumburg Service Ct | 1105 Remington Rd Ste A | Schaumburg | IL | 60173 | US |
| Motorola Inc | | Accessories and Aftermarket Div | 1313 E Algonquin Rd | Schaumburg | IL | 60196 | US |
| Motorola Inc | | Motorola Rental Dept | 1309 E Algonquin Rd | Schaumburg | IL | 60196 | US |
| Motorola Inc | | Radio Support Ctr | 3761 S Central Ave | Rockford | IL | 61102 | US |
| Motorola Inc | | Motorola Radio Support Ctr | 2204 Galvin Dr | Elgin | IL | 60123 | US |
| Motorola Inc | | 1303 E Algonquin Rd Motorola C | | Schaumburg | IL | 60196 | US |
| Motorola Inc | | 10895 Lowell Ste 120 | | Shawnee Mission | KS | 66210 | US |
| Motorola Inc | | Aieg Div | 33533 W 12 Mile Rd Ste 350 | Farmington Hills | MI | 48331 | US |
| Motorola Inc | | Automotive and Industrial Electr | 37101 Corporate Dr | Farmington Hills | MI | 48331 | US |
| Motorola Inc | | Semiconductor Products | 41700 6 Mile Rd | Northville | MI | 48167 | US |
| Motorola Inc | | Computer Group | 41700 6 Mile Rd | Northville | MI | 48167 | US |
| Motorola Inc | | 33533 W 12 Mile Rd | | Farmington Hills | MI | 48331 | US |
| Motorola Inc | | Motorola C and E | 17 Sugarbush Ln | Lancaster | NY | 14086 | US |
| Motorola Inc | | Motorola Automotive | 611 Jamison Rd | Elma | NY | 14059 | US |
| Motorola Inc | | Motorola Communications and Elec | 12955 Snow Rd | Cleveland | OH | 44130 | US |
| Motorola Inc | | 12430 Plaza Dr | | Cleveland | OH | 44130 | US |
| Motorola Inc | | 12955 Snow Rd | | Cleveland | OH | 44130 | US |
| Motorola Inc | | 12955 Snow Rd | | Parma | OH | 44130 | US |

In re Delphi Corporation, et al.
Case No. 05-44481

Page 6 of 8

10/10/2005 11:04 AM
Lien Holders Service List

| Company | Contact | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Motorola Inc | | Motorola Communications | 4801 N Classen Blvd Ste 2 | Oklahoma City | OK | 73118 | US |
| Motorola Inc | | Motorola Automotive and Indstrl | 3740 N Austin St | Seguin | TX | 78155 | US |
| Motorola Inc | | 2001 Division Ste 131 | | Arlington | TX | 76011 | US |
| Motorola Inc | | C o Gerry Lycholat | W792 Potters Cir | East Troy | WI | 53120 | US |
| Motorola Inc | Accounts Payable | 1299 East Algonquin Rd 2nd Fl | PO Box 68429 | Schaumburg | IL | 60168 | US |
| Motorola Inc | | PO Box 93042 | | Chicago | IL | 60673 | US |
| Motorola Inc  Eft | | Industrial Electronics Grp | 4000 Commercial Ave | Northbrook | IL | 60062 | US |
| Motorola Semiconductor Products | | 2733 S Albright Rd | | Kokomo | IN | 46902 | US |
| Murata Wiedemann Inc | | Muratec | 10510 Twin Lakes Pky | Charlotte | NC | 28269 | US |
| Murata Wiedemann Inc | | PO Box 751458 | | Charlotte | NC | 28275 | US |
| Northern Michigan Tool Company | | 761 Alberta Ave | | Muskegon | MI | 49441 | US |
| Oce Usa Inc | | Oce Engineering Systems | 33 Barber Ct Ste 109 | Birmingham | AL | 35209 | US |
| Oce Usa Inc | Oce Bruning Div | 2 Pk Plaza | PO Box 200 | Irvine | CA | 92714 | US |
| Oce Usa Inc | | 5450 N Cumberland Ave | | Chicago | IL | 60656 | US |
| Oce Usa Inc | | Oce Engineering | 8335 Melrose | Shawnee Mission | KS | 66214 | US |
| Oce Usa Inc | | 38695 7 Mile Rd Ste 100 | | Livonia | MI | 48152 | US |
| Oce Usa Inc | | Oce Engineering Systems Div | 280 N High St Ste 1000 | Columbus | OH | 43215 | US |
| Oce Usa Inc | | Oce Bruning | Penn Ctr W Bldg 3 Ste 211 | Pittsburgh | PA | 15202 | US |
| Oce Usa Inc | Oce Bruning Div | 2 Pk Plaza | PO Box 200 | Irvine | CA | 92714 | US |
| Okuma America Corp | | 1900 Westhall Dr | | Charlotte | NC | 28278 | US |
| Okuma America Corp | | C o Osgood Machinery Inc | 800 Commerce Pky | Lancaster | NY | 14086 | US |
| Omega Tool Corp | | 6915 Rochester Rd Ste 600 | | Troy | MI | 48098 | US |
| Omega Tool Corp | | 2045 Solar Cres | | Oldcastle | ON | N0R 1L0 | Canada |
| Pacific Rim Capital Inc | Tom Budnick | 1 Jenner Ste 170 | | Irvine | CA | 92618 | US |
| Pullman Bank and Trust | | 1000 East 111th St | | Chicago | IL | 60628 | US |
| Pullman Bank and Trust Company | | 3930 Edison Lakes Pkwy | | Mishawaka | IN | 46545 | US |
| Rave Financial Services Inc | | 21146 Network Pl | | Chicago | IL | 60673 | US |
| Relational Funding Corporation | | 3701 Algonquin Rd | Ste 600 | Rolling Meadows | IL | 60008 | US |
| Renaissance Capital Alliance L | | 2005 W Hamlin Rd Ste 200 | | Rochester Hills | MI | 48309 | US |
| Rutherford Cooke Et Al | | 14941 Wellwood Rd | | Silver Spring | MD | 20905 | US |
| Sentry Financial Corp | | Sentry Leasing Group | PO Box 30750 | Salt Lake City | UT | 84189 | US |
| Shaltz Fluid Power Inc | | Addr 9 98 | 5163 Commerce Rd | Flint | MI | 48507 | US |
| Shaltz Fluid Power Inc | | 949 S Towerline Rd | | Saginaw | MI | 48601 | US |
| Shaltz Fluid Power Inc | | 5163 Commerce Rd | | Flint | MI | 48507 | US |
| Southern Pacific Bancapital | | 1515 Arapahoe St | Tower One Ste 520 | Denver | CO | 80202 | US |
| Tcf Leasing Inc | | 11100 Wayzata Blvd | Ste 801 | Minnetonka | MN | 55305 | US |
| Tennant Financial Services | | PO Box 642555 | | Pittsburgh | PA | 15264 | US |
| Tennessee Valley Authority | Economic Development Hrt 11b | 535 Marriott Dr | Post Office Box 292409 | Nashville | TN | 37229 | US |
| Tennessee Valley Authority | | 400 W Summit Hill Dr | | Knoxville | TN | 37902 | US |
| Tennessee Valley Authority | | PO Box 1000 Dept 87 | | Memphis | TN | 38148 | US |
| The Huntington National | | 755 W Big Beaver Rd Ste 1820 | | Troy | MI | 48084 | US |
| The Huntington Natl Bank | | Acct Of Larry Ogden | Case 93 125390 Gc | | | 37054 | US |
| The Peltz Group Inc | | 4600 N Port Washington Rd | | Milwaukee | WI | 53217 | US |
| Toshiba America Information | | Pobox 642333 | | Pittsburgh | PA | 15264 | US |

In re Delphi Corporation, et al.
Case No. 05-44481

Page 7 of 8

10/10/2005 11:04 AM
Lien Holders Service List

In re Delphi Corporation, et al.
Lien Holders

| Company | Contact | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Toyota Motor Credit Corp | | Commercial Finance | PO Box 2431 | Carol Stream | IL | 60132 | US |
| Umb Bank Colorado Na | | 1670 Broadway | | Denver | CO | 80202 | US |
| Van Dorn Demag Corp | | Demag Plastics Group | 11792 Alameda Dr | Strongsville | OH | 44149 | US |
| Van Dorn Demag Corp | | Demag Ergotech Usa | 22555 Ascoa Ct | Strongsville | OH | 44149 | US |
| Van Dorn Demag Corp | | 8220 Mohawk Dr | | Strongsville | OH | 44136 | US |
| Van Dorn Demag Corp | | PO Box 70229 | | Chicago | IL | 60673 | US |
| Varilease Corp | Noor Leasing Co | 8451 Boulder Dr | Hold Per Dana Fidler | Walled Lake | MI | 48390 | US |
| Varilease Corp | | 8451 Boulder Ct | | Walled Lake | MI | 48390 | US |
| Varilease Corporation | | PO Box 281135 | | Atlanta | GA | 30384 | US |
| Wells Fargo Bank Northwest Trustee | Corporate Trust Services | 299 South Main St | 12th Fl | Salt Lake City | UT | 84111 | US |
| Windsor Mold Inc | | Ks From 207319245 and 194732848 | 444 Hanna St E | Windsor | ON | N8X 2N4 | Canada |
| Windsor Mold Inc | | 1628 Durham Pl | | Windsor | ON | N8W 2Z8 | Canada |
| Windsor Mold Inc | | 444 Hanna St E | | Windsor | ON | N8X 2N4 | Canada |
| Windsor Mold Inc | | Autoplas | PO Box 32523 | Detroit | MI | 48232 | US |
| Xel Communications | Roxanne Tirone | 17101 East Ohio Dr | | Aurora | CO | 80017 | US |
| Xpedx | | Fmly Resourcenet dillard | 541 Republic Cir | Birmingham | AL | 35202 | US |
| Xpedx | Joe Larkin | 3900 Lima St | | Denver | CO | 80239 | US |
| Xpedx | TRACY KIRBY | 3900 Lima St | | Denver | CO | 80239 | US |
| Xpedx | Div Of International Paper Co | 3115 Hillcrest Ave | Updt Per Ltr 07 20 05 Lc | Macon | GA | 31208 | US |
| Xpedx | | 013745 Collections Ctr Dr | | Chicago | IL | 60693 | US |
| Xpedx | | 7945 New Ridge Rd | Rmt Chng 07 12 05 Lc | Hanover | MD | 21076 | US |
| Xpedx | | Fmly Resourcenet Intl reid Pap | 28401 Schoolcraft Rd Ste 400 | Livonia | MI | 48150 | US |
| Xpedx | | 2945 Walkent Court Nw | Rmt Add Chg 7 01 Ltr Bt | Grand Rapids | MI | 49514 | US |
| Xpedx | Fmly Resourcenet Intl | Steindler Paper Co | 2945 Walkent Ct Nw | Walker | MI | 49504 | US |
| Xpedx | | Alling and Cory Rochester | 1059 W Ridge Rd | Rochester | NY | 14602 | US |
| Xpedx | | 1059 W Ridge Rd | | Rochester | NY | 14615 | US |
| Xpedx | Fmly Zellerbach A Mead Co | 3630 Pk 42 Dr | ADD CHG PER LTR 07 29 05 LC | Cincinnati | OH | 45241 | US |
| Xpedx | | 115 Riverview Ave | Ad Chg Per Ltr 07 11 05 Gj | Dayton | OH | 45405 | US |
| Xpedx | Fmly Zellerbach | 3131 Spring Grove Ave | Remove Eft 3 11 99 | Cincinnati | OH | 45225 | US |
| Xpedx | Kathy Nolan | 3630 Pk 42 Dr | | Cincinnati | OH | 45241 | US |
| Xpedx | | 4901 West 66th St South | | Tulsa | OK | 74131 | US |
| Xpedx | Div Of International Paper Co | 4140 B F Goodrich Blvd | Updt Remit 07 19 05 Lc | Memphis | TN | 38118 | US |
| XPEDX | | PO Box 503032 | | ST LOUIS | MO | 63150 | US |
| Xpedx | Bob Barclay | PO Box 371083 | | Pittsburgh | PA | 15250 | US |

In re Delphi Corporation, et al.
Case No. 05-44481

Page 8 of 8

10/10/2005 11:04 AM
Lien Holders Service List