WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon St NW
Grand Rapids MI  49503-2487
(616) 752-2185 phone

Gordon J. Toering (GT3738)
(Admitted *Pro Hac Vice*)

Attorneys for Robert Bosch Corporation and Affiliates

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
        In re                                 :    Chapter 11
                                              :
DELPHI CORPORATION, <u>et</u> <u>al</u>.,    :    Case No. 05-44481 (RDD)
                                              :
                                              :    (Jointly Administered)
        Debtors.                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 20, 2005 a copy of

**LIMITED OBJECTION BY ROBERT BOSCH CORPORATION AND AFFILIATES TO FINANCING MOTION AND  INTERIM DIP FINANCING ORDER, AND REQUEST BY BOSCH FOR ADEQUATE PROTECTION FOR PRE-PETITION SETOFF RIGHTS**

was served upon the parties listed below electronically, by facsimile and Federal Express overnight delivery.

| | |
|---|---|
| John Wm. Butler, Jr., Esq. | Douglas P. Bartner, Esq. |
| Skadden, Arps, Slate, Meagher & Flom LLP | Shearman & Sterling LLP |
| 333 West Wacker Drive | 599 Lexington Avenue |
| Chicago, IL 60606 | New York, NY 10022 |
| 312-407-0411 (fax) | 646-848-8190 (fax) |
| jbutler@skadden.com | dbartner@shearman.com |
| | |
| Donald S. Bernstein, Esq. | Kenneth S. Ziman, Esq. |
| Davis Polk & Wardwell | Robert H. Trust, Esq. |
| 450 Lexington Avenue | Simpson Thacher & Bartlett LLP |
| New York, NY 10017 | 425 Lexington Avenue |
| 212-450-3092 (fax) | New York, NY 10017 |
| donald.bernstein@dpw.com | 212- 455-2502 (fax) |
| | kziman@stblaw.com |
| | rtrust@stblaw.com |

Alicia M. Leonhard, Esq.
Office of United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
212-668-2255 (fax)

|  |  |
|---|---|
| Dated: October 20, 2005 | /s/ Jayne M. Scott<br>Jayne M. Scott, Legal Secretary<br>Warner Norcross & Judd LLP<br>900 Fifth Third Center<br>111 Lyon Street, N.W.<br>Grand Rapids Michigan 49503<br>(616) 752-2000<br>Attorneys for Robert Bosch Corporation and Affiliates |

1180968-1