UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:
DELPHI CORPORATION, et al.,

Debtor.

In re: Case No.    05-44481
Chapter 11 Case

-----------------------------------------------------------------x

Plaintiff

v.

Defendant

Adversary Proceeding
Case No.

-----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, __Gary E. Green_____, a member in good standing of the bar in the State of __Illinois_____, or of the bar of the U.S. District Court for the _____ District of _____, request admission, *pro hac vice*, before the Honorable __Robert D. Drain_____, to represent __Penn Aluminum International, Inc__, a __Creditor_____ in the above referenced [X] case [ ] adversary proceeding. My: address is _FagelHaber, LLC 55 E. Monroe Street, 40th Flr. Chicago, IL 60603_
e-mail address is _ggreen@fagelhaber.com_____; telephone number is __(312) 346-7500__
I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.
Dated: 10/18/2005
New York, New York

## ORDER

**ORDERED,**
that __Gary E. Green_____, Esq., is admitted to practice, *pro hac vice*, in the above referenced [X] case [ ] adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.
Dated:
New York, New York    /s/ _____
UNITED STATES BANKRUPTCY JUDGE