MARGULIES & LEVINSON LLP
30100 Chagrin Boulevard
Cleveland, Ohio 44124
(216) 514-4935 phone

Jeffrey M. Levinson (JL3251)
(Admitted *Pro Hac Vice*)

Attorney for Venture Plastics, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                              :
                                                    :         Chapter 11
DELPHI CORPORATION, *et al.*                        :
                                                    :         Case No. 05-44481 (RDD)
                        Debtors.                    :         (Jointly Administered)
-------------------------------------------------------------x

### LMITED OBJECTION OF VENTURE PLASTICS, INC. TO FINANCING MOTION AND INTERIM DIP FINANCING ORDER, AND REQUEST BY VENTURE PLASTICS, INC. FOR ADEQUATE PROTECTION FOR PRE-PETITION SETOFF RIGHTS

Venture Plastics, Inc. ("Venture") hereby objects to the (i) motion of Delphi Corporation and certain of its affiliates (collectively, the "Debtors"), debtors and debtors-in-possession in the above-captioned jointly administered cases, filed October 8, 2005 (the "Motion") for a final order authorizing, among other things, post-petition financing, and (ii) the Interim Order dated October 12, 2005 (the "Interim Order") granting in part the Motion, solely to the extent the Debtors seek to thereby subordinate any pre-petition setoff rights of Venture absent adequate protection. Venture requests that it be granted a superior replacement lien as adequate protection for its pre-petition setoff rights. As grounds for this limited objection Venture hereby adopts and incorporates herein by this reference the

-2-

arguments of Robert Bosch Corporation ("Bosch") contained in the limited objection to the

Motion and Interim Order filed herein by Bosch on October 20, 2005.

Dated: October 20, 2005                Respectfully submitted,

                                               MARGULIES & LEVINSON LLP

                                               */s/ Jeffrey M. Levinson*
                                               Jeffrey M. Levinson (JL3251)
                                               (Admitted *Pro Hac Vice*)
                                               30100 Chagrin Blvd., Suite 250
                                               Cleveland, Ohio 44124
                                               (216) 514-4935
                                               (216) 514-4936 telecopier
                                               jml@ml-legal.com
                                               lmc@ml-legal.com

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Limited Objection was filed electronically this 20th day of October, 2005. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                           */s/ Jeffrey M. Levinson*_____
                           Jeffrey M. Levinson