CLEARY GOTTLIEB STEEN & HAMILTON LLP
Attorneys for Arneses Electricos Automotrices, S.A. de C.V. and
Cordaflex, S.A. de C.V.
One Liberty Plaza
New York, NY 10006
(212) 225-2000
Deborah M. Buell (3562)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

| | | |
|---|---|---|
| In re | : | Chapter 11<br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |
| DELPHI CORPORATION, et al., | : | |
| Debtors. | : | CERTIFICATE OF SERVICE |
| | : | |

------------------------------------------------------------------------ X

    I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

    1. On the 19th day of October 2005, the Notice of Appearance and Demand for Service of Papers was served by U.S. Mail upon:

> John William Butler, Esq.
> Skadden, Arps, Slate, Meagher & Flom LLP
> 333 West Wacker Drive, Suite 2100
> Chicago, IL 60606
>
> John D. Sheehan
> Delphi Corporation
> 5725 Delphi Drive
> Troy, MI 48908
>
> Kayalyn A. Marafioti, Esq.
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, NY 10036

        Alicia M. Leonard, Esq.
        Office of the United States Trustee
        33 Whitehall Street
        New York, NY 10004

    2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated: New York, New York
       October 19, 2005

                                  /s/Richard V. Conza
                                    Richard V. Conza