**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| DELPHI CORPORATION, et al., | : | Chapter 11 Case |
| Debtors. | : | 05-44481-RDD |
| | : | |
| _____ | : | (Jointly Administered) |

**ENTRY OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

NOTICE IS HEREBY GIVEN pursuant to Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure that Curtin & Heefner, LLP hereby appears on behalf of SPS Technologies, LLC a/k/a SPS Technologies-Cleveland, NSS Technologies, Inc. SPS Technologies Waterford Company and Greer Stop Nut, Inc.

PLEASE TAKE NOTICE THAT, SPS Technologies, LLC a/k/a SPS Technologies-Cleveland, NSS Technologies, Inc. SPS Technologies Waterford Company and Greer Stop Nut, Inc., as parties in interest, hereby request, through Curtin & Heefner, LLP their undersigned counsel, in accordance with Bankruptcy Rules 2002, 9007, 9010, 9013 and 9014 and the Bankruptcy Code that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon:

        CURTIN & HEEFNER, LLP
        Robert Szwajkos, Esquire
        Daniel P. Mazo, Esquire
        250 N. Pennsylvania Avenue
        Morrisville, PA 19067
        (215) 736-2521

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, application, complaint, demand, motion,

334293.1/37859

pleading or request, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise.

Dated: October 20, 2005

                              CURTIN & HEEFNER, LLP

                    By:   /s/ *Daniel P. Mazo*
                           Daniel P. Mazo, Esquire (DM5457)
                           250 N. Pennsylvania Avenue
                           Morrisville, PA 19067
                           (215) 736-2521
                           (215) 736-3647 (facsimile)

                           Attorneys for SPS Technologies, LLC, NSS Technologies, Inc. SPS Technologies Waterford Company and Greer Stop Nut, Inc.