# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| DELPHI CORPORATION, et al., | : | Chapter 11 Case |
| Debtors. | : | 05-44481-RDD |
| | : | |
| _____ | : | (Jointly Administered) |

## CERTIFICATE OF SERVICE

Daniel P. Mazo, Esquire certifies that the Entry of Appearance and Request for Notices and Service of Papers of SPS Technologies, LLC a/k/a SPS Technologies-Cleveland, NSS Technologies, Inc. SPS Technologies Waterford Company and Greer Stop Nut, Inc. has been served electronically by the Clerk of the Bankruptcy Court in the method established under CM/ECF Administrative Procedures Manual and the General Order Approving Revised Electronic Filing Procedures dated January 19, 2001 on all attorneys of record and by United States Mail, postage prepaid, on the following:

Mark I Bane
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Glenn P. Berger
Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016

Patrick M. Costello
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palto Alto, CA 94306

Gary H. Cunningham
Kramer Mellen, P.C.
3000 Town Center, Ste. 1700
Southfield, MI 48075-1277

Gary H. Cunningham
Strobl Cunningham & Sharp, P.C.
300 E. Long Lake Road
Suite 200
Bloomingfield Hills, MI Suite 200

Craig Alan Damast
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174

Elizabeth K. Flaagan
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203

Mark T. Flewelling
Anglin, Flewelling, Rasmussen, Campbell
& Trytten LLP
199 South Los Robles Avenue
Suite 600
Pasadena, CA 91101

334337.1/37859

| | |
|---|---|
| Ira P. Goldberg<br>Di Monte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068-5738 | Scott R. Goldberg<br>Quarles & Brady Streich Lang, LLP<br>One Renaissance Sq.<br>2 N. Central Avenue<br>Phoenix, AZ 85004-2391 |
| Stephen H. Gross<br>Hodgson Russ LLP<br>Carnegie Hall Tower<br>152 West 57th Street, 35th Floor<br>New York, NY 10019 | Thomas H. Keyse<br>1700 Lincoln Street<br>Suite 4000<br>Denver, CO 80203 |
| Steve Kieselstein<br>Kieselstein Law Firm, PLLC<br>43 British American Boulevard<br>Latham, NY 12110 | Alicia M. Leonhard<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 |
| Jill Levi<br>Todd & Levi, LLP<br>444 Madison Avenue<br>New York, NY 10022 | Jacob A. Manheimer<br>Pierce Atwood<br>One Monument Square<br>Portland, ME 04101 |
| Timothy S. McFadden<br>Lord, Bissell & Brook<br>115 S. LaSalle Street<br>Chicago, IL 60603 | Kenneth A. Reynolds<br>Pryor & Madelup, LLP<br>675 Old Country Road<br>Westbury, NY 11590 |
| Harold Ritvo<br>Harold Ritvo, P.C.<br>One University Plaza<br>Hackensack, NJ 07601 | Lawrence M. Schwab<br>BIALSON, BERGEN & SCHWAB, Esq.<br>2600 El Camino Real<br>Suite 300<br>Palto Alto, CA 94306 |
| Bryan I. Schwartz<br>Levenfeld Pearlstein LLC<br>2 North LaSalle Street<br>Suite 1300<br>Chicago, IL 60602 | Robert J. Sidman<br>Vorys, Sater, Seymour and Pease, LLP 52 East Gay Street<br>Columbus, OH 43216-1008 |
| Shmuel Vasser<br>Edwards &Angell, LLP<br>750 Lexington Avenue<br>New York, NY 10022 | |

Dated: October 20, 2005         /s/ *Daniel P. Mazo*
                                Daniel P. Mazo, Esquire
                                CURTIN & HEEFNER, LLP
                                250 N. Pennsylvania Avenue
                                Morrisville, PA 19067
                                215-736-2521