**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| DELPHI CORPORATION, et al., | : | Chapter 11 Case |
| Debtors. | : | 05-44481-RDD |
| | : | |
| | : | (Jointly Administered) |

**NOTICE OF RECLAMATION CLAIM**

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 546(c), U.C.C. § 2-702(2), and this Court's Order Under 11 U.S.C. §§ 362, 503, And 546 and Fed. R. Bankr. P. 9019 Establishing Procedures For The Treatment Of Reclamation Claims dated October 13, 2005, the reclamation demand attached hereto as Exhibit A was served by SPS Technologies, LLC a/k/a SPS Technologies-Cleveland, NSS Technologies, Inc. SPS Technologies Waterford Company and Greer Stop Nut, Inc. on the Debtors and their counsel on October 17, 2005.

CURTIN & HEEFNER, LLP

Dated: October 20, 2005
    Morrisville, Pennsylvania    By: */s/ Daniel P. Mazo*
        Robert Szwajkos, Esquire (RS-0742)
        Daniel P. Mazo, Esquire (DM-5457)
        250 N. Pennsylvania Avenue
        Morrisville, PA  19067
        (215) 736-2521
        (215) 736-3647 (facsimile)

334289.1/37859