# Exhibit A



# Curtin & Heefner, LLP
### ATTORNEYS AT LAW

250 N. PENNSYLVANIA AVENUE · BOX 217 · MORRISVILLE, PA 19067
TEL (215) 736-2521 · 800-773-0680 · FAX (215) 736-3647
WWW.CURTINHEEFNER.COM

JOHN W. DONAGHY
FRANK S. GUARRIERI
ALLAN D. GOULDING, JR.
MAUREEN BURKE CARLTON ▲
FRANCIS X. STECKLAIR ✶
DAVID J. TRUELOVE ▲
JOHN J. HART
YOLANDA KONOPACKA DESIPIO ▲
GIOVANNA M. RAFFAELLI ▲
DAVID J. PFLUG ▲
MATTHEW J. BASS ▲
CAROLYN M. MARO ▲
KYONG H. GROWNEY

GILBERT J. GOLDING ✶
BONNIE S. STEIN +▲
ROBERT A. BADMAN, JR. ▲
DOUGLAS H. RIBLET ▲
ROBERT SZWAJKOS
DEAN P. ARTHUR
ERNEST R. CLOSSER III
DANIEL P. MAZO ▲■
ROBERT G. LABAR
LISA M. PATTERSON
LISA KOEBBE SCHUBEL
JAMES J. ESPOSITO ▲

✶ LL.M. TAXATION
+ LL.M TRIAL
▲ ALSO ADMITTED IN NJ
■ ALSO ADMITTED IN MD

OF COUNSEL
EDWARD I. DOBIN

RETIRED
WILLIAM F. HEEFNER

WILLARD S. CURTIN
1932-1996

October 17, 2005

VIA OVERNIGHT MAIL
Robert S. Miller, Jr.
Chairman and CEO
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

VIA FACSIMILE (248-813-2670)
AND ELECTRONIC MAIL (jbutler@skadden.com)
John Wm. Butler, Jr., Esquire
Skadden Arps Slate Meagher & Flom (IL)
333 West Wacker Drive
Chicago, IL 60606-1285

Re: SPS Technologies, LLC a/k/a SPS Technologies-Cleveland, NSS Technologies, Inc., and SPS Technologies Waterford Company and Greer Stop Nut, Inc. v. Delphi Corporation et al.
Bankruptcy case No. 05-44481, et al. (S.D.N.Y.)
Our File No. 4065-37859

Gentlemen:

    We represent SPS Technologies, LLC a/k/a SPS Technologies-Cleveland, NSS Technologies, Inc. SPS Technologies Waterford Company and Greer Stop Nut, Inc. (collectively, "SPS"). SPS is hereby making a reclamation claim for all applicable products received by Delphi Corporation and its affiliated businesses (collectively, the "Debtor") within the time period from September 28, 2005 through October 8, 2005 (collectively, the "Shipments"). SPS is making this demand pursuant to Section 2-702 of the Uniform Commercial Code and Section 546(c)(1)(B) of the Bankruptcy Code, 11 U.S.C. § 546(c)(1)(B), and any other applicable provisions of those codes. Accordingly, we demand the immediate return of all SPS products received by the Debtor within the previous twenty (20) days. If the Shipments cannot be immediately returned, the Debtor should set aside, safeguard, insure and not sell any of the merchandise in inventory that is the subject of this reclamation demand. The Shipments may include, but are not necessarily limited to those identified on the attached Reclamation Schedule. Thank you for your prompt attention to our demand.

Very truly yours,

*Robert Szwajkos*
Robert Szwajkos
For CURTIN & HEEFNER, LLP

Enclosure
cc: SPS Technologies, LLC

332863.2/37859

NEW JERSEY OFFICE: 1410 SOUTH BROAD STREET · TRENTON, NJ 08610 · TEL 609.394.6500 · FAX 609.394.8801
PHILADELPHIA OFFICE: 2714 E. ALLEGHENY AVENUE · PHILADELPHIA, PA 19134 · TEL 215.427.2050 · FAX 215.736.3647

# RECLAMATION SCHEDULE

SPS - Waterford, NSS Technologies, Inc. & Greer Stop Nut, Inc.

| Customer | Invoice # | Invoice Date | SPS Part Number | Delphi Part Number | Quantity | Invoice Amount | Shipments Sept. 26-Oct.7 2005 |
|---|---|---|---|---|---|---|---|
| DELPHI PACKARD ELECTRIC | 00106170 | 09/26/05 | D6425 | 07833293 | 10,800 | $1,395.30 | |
| DELPHI PACKARD ELECTRIC | 00106386 | 09/27/05 | D6425 | 07833293 | 10,800 | $767.23 | |
| DELPHI PACKARD ELECTRIC | 00106799 | 09/29/05 | D6425 | 07833293 | 7,200 | $1,139.56 | |
| DELPHI PACKARD ELECTRIC | 00106987 | 09/30/05 | D6425 | 07833293 | 10,800 | $1,395.30 | |
| DELPHI PACKARD ELECTRIC | 00107168 | 10/03/05 | D6425 | 07833293 | 7,200 | $1,139.56 | |
| DELPHI PACKARD ELECTRIC | 00107376 | 10/04/05 | D6425 | 07833293 | 7,200 | $1,139.56 | |
| DELPHI PACKARD ELECTRIC | 00107470 | 10/05/05 | D6425 | 07833293 | 7,200 | $1,348.91 | $1,087.50 |
| DELPHI PACKARD ELECTRIC | 00106170 | 09/26/05 | D6426 | 26009574 | 8,400 | | |
| DELPHI PACKARD ELECTRIC | 00106799 | 09/29/05 | D6426 | 26009574 | 8,400 | | |
| DELPHI PACKARD ELECTRIC | 00106987 | 09/30/05 | D6426 | 26009574 | 8,400 | | |
| DELPHI PACKARD ELECTRIC | 00107168 | 10/03/05 | D6426 | 26009574 | 8,400 | | |
| DELPHI PACKARD ELECTRIC | 00107376 | 10/04/05 | D6426 | 26009574 | 8,400 | | |
| DELPHI PACKARD ELECTRIC | 00107470 | 10/05/05 | D6426 | 26009574 | 11,200 | | $6,930.12 |
| DELPHI PACKARD ELECTRIC | 00106200 | 09/27/05 | D6538 | 26046722 | 8,000 | $2,381.82 | |
| DELPHI PACKARD ELECTRIC | 00106387 | 09/27/05 | D6538 | 26046722 | 5,600 | $1,813.52 | |
| DELPHI PACKARD ELECTRIC | 00106552 | 09/28/05 | D6538 | 26046722 | 2,000 | | |
| DELPHI PACKARD ELECTRIC | 00106798 | 09/29/05 | D6538 | 26046722 | 4,400 | $1,529.38 | |
| DELPHI PACKARD ELECTRIC | 00106986 | 09/30/05 | D6538 | 26046722 | 5,200 | $1,643.81 | |
| DELPHI PACKARD ELECTRIC | 00107169 | 10/03/05 | D6538 | 26046722 | 6,400 | $2,002.96 | |
| DELPHI PACKARD ELECTRIC | 00107373 | 10/04/05 | D6538 | 26046722 | 2,800 | $1,038.01 | |
| DELPHI PACKARD ELECTRIC | 00107469 | 10/05/05 | D6538 | 26046722 | 4,000 | $1,472.16 | $11,881.66 |
| DELPHI PACKARD ELECTRIC | 00106200 | 09/27/05 | D6539 | 26114636 | 6,500 | | |
| DELPHI PACKARD ELECTRIC | 00106387 | 09/27/05 | D6539 | 26114636 | 6,500 | | |

# RECLAMATION SCHEDULE

## SPS - Waterford, NSS Technologies, Inc. & Greer Stop Nut, Inc.

| Customer | Invoice # | Invoice Date | SPS Part Number | Delphi Part Number | Quantity | Invoice Amount | Shipments Sept. 26-Oct. 7 2005 |
|---|---|---|---|---|---|---|---|
| DELPHI PACKARD ELECTRIC | 00106552 | 09/28/05 | D6539 | 26114636 | 6,000 | $923.58 | |
| DELPHI PACKARD ELECTRIC | 00106798 | 09/29/05 | D6539 | 26114636 | 6,500 | | |
| DELPHI PACKARD ELECTRIC | 00106986 | 09/30/05 | D6539 | 26114636 | 5,500 | | |
| DELPHI PACKARD ELECTRIC | 00107169 | 10/03/05 | D6539 | 26114636 | 6,500 | | |
| DELPHI PACKARD ELECTRIC | 00107373 | 10/04/05 | D6539 | 26114636 | 5,000 | | |
| DELPHI PACKARD ELECTRIC | 00107469 | 10/05/05 | D6539 | 26114636 | 7,000 | | $923.58 |
| DELPHI PACKARD ELECTRIC | 00106168 | 09/26/05 | C1214 | 00402196 | 3,100 | $45.35 | |
| DELPHI PACKARD ELECTRIC | 00106553 | 09/28/05 | C1214 | 00402196 | 3,100 | $45.35 | $90.70 |
| DELPHI PACKARD ELECTRIC | 00106166 | 09/26/05 | D5449 | 26084815 | 2,200 | $91.26 | |
| DELPHI PACKARD ELECTRIC | 00106381 | 09/27/05 | D5449 | 26084815 | 2,200 | $91.26 | |
| DELPHI PACKARD ELECTRIC | 00106796 | 09/29/05 | D5449 | 26084815 | 2,200 | $91.26 | |
| DELPHI PACKARD ELECTRIC | 00106979 | 09/30/05 | D5449 | 26084815 | 2,200 | $91.26 | |
| DELPHI PACKARD ELECTRIC | 00107161 | 10/03/05 | D5449 | 26084815 | 2,200 | $91.26 | |
| DELPHI PACKARD ELECTRIC | 00107370 | 10/04/05 | D5449 | 26084815 | 2,200 | $91.26 | |
| DELPHI PACKARD ELECTRIC | 00107462 | 10/05/05 | D5449 | 26084815 | 4,400 | $182.51 | $730.07 |
| DELPHI PACKARD ELECTRIC | 00106169 | 09/26/05 | C1214 | 00402196 | 12,400 | $181.41 | |
| DELPHI PACKARD ELECTRIC | 00106382 | 09/27/05 | C1214 | 00402196 | 9,300 | $136.06 | |
| DELPHI PACKARD ELECTRIC | 00106554 | 09/28/05 | C1214 | 00402196 | 9,300 | $136.06 | |
| DELPHI PACKARD ELECTRIC | 00106797 | 09/29/05 | C1214 | 00402196 | 12,400 | $181.41 | |
| DELPHI PACKARD ELECTRIC | 00106980 | 09/30/05 | C1214 | 00402196 | 9,300 | $136.06 | |
| DELPHI PACKARD ELECTRIC | 00107163 | 10/03/05 | C1214 | 00402196 | 9,300 | $136.06 | |
| DELPHI PACKARD ELECTRIC | 00107371 | 10/04/05 | C1214 | 00402196 | 9,300 | $136.06 | |
| DELPHI PACKARD ELECTRIC | 00107461 | 10/05/05 | C1214 | 00402196 | 9,300 | $136.06 | $1,179.18 |
| DELPHI PACKARD ELECTRIC | 00106385 | 09/27/05 | C1214 | 00402196 | 15,500 | $605.63 | |

# RECLAMATION SCHEDULE

SPS - Waterford, NSS Technologies, Inc. & Greer Stop Nut, Inc.

| Customer | Invoice # | Invoice Date | SPS Part Number | Delphi Part Number | Quantity | Invoice Amount | Shipments Sept. 26-Oct.7 2005 |
|---|---|---|---|---|---|---|---|
| DELPHI PACKARD ELECTRIC | 00107374 | 10/04/05 | C1214 | 00402196 | 12,400 | $1,033.85 | $1,639.48 |
| DELPHI PACKARD ELECTRIC | 00106385 | 09/27/05 | D6538 | 26046722 | 1,600 | | |
| DELPHI PACKARD ELECTRIC | 00107374 | 10/04/05 | D6538 | 26046722 | 3,600 | | |
| DELPHI PACKARD ELECTRIC | 00106201 | 09/26/05 | D6539 | 26114636 | 6,000 | $450.00 | |
| DELPHI PACKARD ELECTRIC | 00107174 | 10/03/05 | D6539 | 26114636 | 8,500 | $637.50 | $1,087.50 |
| DELPHI SAFETY & INTERIOR | 00107639 | 10/06/05 | G5562 | 25382293 | 3,600 | $303.52 | |
| DELPHI SAFETY & INTERIOR | 00106312 | 09/27/05 | G5562 | 25382293 | 3,600 | $303.52 | $607.04 |
| | | | | | | | $25,549.79 Total Waterford |
| DELPHI AUTO SYSTEMS | 155066-001 | 9/28/05 | 5687973 | | 39,600 | $8,477.57 | |
| DELPHI AUTO SYSTEMS | 155362-001 | 10/5/05 | 5687973 | | 39,600 | $8,477.57 | 16,955.14 Total Greer |
| DELPHI STEERING SYSTEMS | | 9/26/05 | NSS 3471 | 00040845 | 6749 | $2,058.45 | |
| DELPHI STEERING SYSTEMS | | 9/27/05 | NSS 3471 | 00040845 | 8414 | $2,566.27 | |
| DELPHI STEERING SYSTEMS | | 9/28/05 | NSS 3471 | 00040845 | 6725 | $2,051.13 | |
| DELPHI STEERING SYSTEMS | | 9/29/05 | NSS 3471 | 00040845 | 6709 | $2,046.25 | |
| DELPHI STEERING SYSTEMS | | 9/30/05 | NSS 3471 | 00040845 | 8381 | $2,556.21 | |
| DELPHI STEERING SYSTEMS | | 10/3/05 | NSS 3471 | 00040845 | 6728 | $2,052.04 | |
| DELPHI STEERING SYSTEMS | | 10/4/05 | NSS 3471 | 00040845 | 6708 | $2,045.94 | |


# RECLAMATION SCHEDULE

SPS - Waterford, NSS Technologies, Inc. & Greer Stop Nut, Inc.

| Customer | Invoice # | Invoice Date | SPS Part Number | Delphi Part Number | Quantity | Invoice Amount | Shipments Sept. 26-Oct.7 2005 |
|---|---|---|---|---|---|---|---|
| DELPHI STEERING SYSTEMS | | 10/5/05 | NSS 3471 | 00040845 | 6738 | $2,055.09 | $17,431.38 |
| DELPHI STEERING SYSTEMS | | 9/26/05 | NSS 3600 | 26080783 | 10500 | $10,067.40 | |
| DELPHI STEERING SYSTEMS | | 9/27/05 | NSS 3600 | 26080783 | 7500 | $7,191.00 | |
| DELPHI STEERING SYSTEMS | | 9/28/05 | NSS 3600 | 26080783 | 10500 | $10,067.40 | |
| DELPHI STEERING SYSTEMS | | 9/29/05 | NSS 3600 | 26080783 | 10500 | $10,067.40 | |
| DELPHI STEERING SYSTEMS | | 9/30/05 | NSS 3600 | 26080783 | 10500 | $10,067.40 | |
| DELPHI STEERING SYSTEMS | | 10/3/05 | NSS 3600 | 26080783 | 10500 | $10,067.40 | |
| DELPHI STEERING SYSTEMS | | 10/4/05 | NSS 3600 | 26080783 | 11173 | $10,712.67 | |
| DELPHI STEERING SYSTEMS | | 10/5/05 | NSS 3600 | 26080783 | 13500 | $12,943.80 | $81,184.47 |
| DELPHI STEERING SYSTEMS | | 9/27/05 | NSS3688 | 26086246 | 1200 | $1,303.80 | |
| DELPHI STEERING SYSTEMS | | 9/27/05 | NSS3688 | 26086246 | 1200 | $1,303.80 | |
| DELPHI STEERING SYSTEMS | | 9/28/05 | NSS3688 | 26086246 | 2400 | $2,607.60 | |
| DELPHI STEERING SYSTEMS | | 9/30/05 | NSS3688 | 26086246 | 8400 | $9,126.60 | |
| DELPHI STEERING SYSTEMS | | 10/3/05 | NSS3688 | 26086246 | 2400 | $2,607.60 | $16,949.40 |
| DELPHI STEERING SYSTEMS | | 9/26/05 | NSS3850 | 26104631 | 720 | $942.33 | |
| DELPHI STEERING SYSTEMS | | 9/27/05 | NSS3850 | 26104631 | 720 | $942.33 | |
| DELPHI STEERING SYSTEMS | | 9/28/05 | NSS3850 | 26104631 | 720 | $942.33 | |
| DELPHI STEERING SYSTEMS | | 9/30/05 | NSS3850 | 26104631 | 720 | $942.33 | $3,769.32 |
| DELPHI STEERING SYSTEMS | | 10/5/05 | NSS3843 | 26098897 | 2400 | $6,846.66 | $6,846.66 |
| DELPHI STEERING SYSTEMS | | 9/26/05 | NSS3875 | 26107336 | 500 | $1,746.93 | |
| DELPHI STEERING SYSTEMS | | 9/27/05 | NSS3875 | 26107336 | 200 | $698.77 | |
| DELPHI STEERING SYSTEMS | | 9/28/05 | NSS3875 | 26107336 | 500 | $1,746.93 | |
| DELPHI STEERING SYSTEMS | | 9/29/05 | NSS3875 | 26107336 | 200 | $698.77 | |

# RECLAMATION SCHEDULE

SPS - Waterford, NSS Technologies, Inc. & Greer Stop Nut, Inc.

| Customer | Invoice # | Invoice Date | SPS Part Number | Delphi Part Number | Quantity | Invoice Amount | Shipments Sept. 26-Oct. 7 2005 |
|---|---|---|---|---|---|---|---|
| DELPHI STEERING SYSTEMS | | 10/4/05 | NSS3875 | 26107336 | 1000 | $3,493.86 | |
| DELPHI STEERING SYSTEMS | | 10/5/05 | NSS3875 | 26107336 | 1000 | $3,493.86 | |
| DELPHI STEERING SYSTEMS | | 10/6/05 | NSS3875 | 26107336 | 700 | $2,445.70 | $14,324.82 |
| DELPHI STEERING SYSTEMS | | 9/26/05 | NSS3876 | 26107338 | 500 | $889.22 | |
| DELPHI STEERING SYSTEMS | | 9/27/05 | NSS3876 | 26107338 | 200 | $355.69 | |
| DELPHI STEERING SYSTEMS | | 9/28/05 | NSS3876 | 26107338 | 500 | $889.22 | |
| DELPHI STEERING SYSTEMS | | 9/29/05 | NSS3876 | 26107338 | 200 | $355.69 | |
| DELPHI STEERING SYSTEMS | | 10/4/05 | NSS3876 | 26107338 | 1000 | $1,778.43 | |
| DELPHI STEERING SYSTEMS | | 10/5/05 | NSS3876 | 26107338 | 1000 | $1,778.43 | |
| DELPHI STEERING SYSTEMS | | 10/6/05 | NSS3876 | 26107338 | 700 | $1,244.90 | $7,291.58 |
| | | | | | | | $147,797.63 Total NSS |
| | | | | | | TOTAL | $190,302.56 |