BOULT, CUMMINGS, CONNERS, & BERRY, PLC
1600 Division Street, Suite 700
Nashville, Tennessee  37203
(615) 252-2323
Roger G. Jones (*pro hac vice* motion pending)
Austin L. McMullen (admitted *pro hac vice*)

Attorneys for Calsonic Kansei North America, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                          :
   In re                               :     Chapter 11
                                          :
DELPHI CORPORATION, et al.       :     Case No. 05-44481 (RDD)
                                          :
                    Debtors.      :     (Jointly Administered)
                                          :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 20, 2005, a copy of:

**LIMITED OBJECTION BY CALSONIC KANSEI
NORTH AMERICA, INC. TO FINANCING MOTION
AND INTERIM DIP FINANCING ORDER**

was served upon the parties listed below electronically or by facsimile and by Federal Express overnight delivery.

| | |
|---|---|
| John Wm. Butler, Jr., Esq. | Douglas P. Bartner, Esq. |
| Skadden, Arps, Slate, Meagher & Flom, LLP | Shearman & Sterling, LLP |
| 333 West Wacker Drive | 599 Lexington Avenue |
| Chicago, IL  60606 | New York, NY  10022 |
| 312-407-0411 (fax) | 646-848-8190 (fax) |
| jbutler@skadden.com | dbartner@shearman.com |
| | |
| Donald S. Bernstein, Esq. | Kenneth S. Ziman, Esq. |
| Davis Polk & Wardwell | Robert H. Trust, Esq. |
| 450 Lexington Avenue | Simpson Thacher & Bartlett LLP |
| New York, NY  10017 | 425 Lexington Avenue |
| 212-450-3092 (fax) | New York, NY  10017 |
| donald.bernstein@dpw.com | 212-455-2502 (fax) |
| | kziman@stblaw.com |
| | rtrust@stblaw.com |

- 2 -

Alicia M. Leonhard, Esq.
Office of United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
212-668-2255 (fax)

                              BOULT, CUMMINGS, CONNERS & BERRY, PLC

                              By: /s/ Austin L. McMullen
                                  Roger G. Jones (*pro hac vice* motion pending)
                                  Austin L. McMullen (admitted *pro hac vice*)
                                  1600 Division Street, Suite 700
                                  Nashville, TN 37203
                                  Ph:    (615) 252-2323
                                  Fax:   (615) 252-6323
                                  rjones@bccb.com, amcmulle@bccb.com

*Attorneys for Calsonic Kansei North America, Inc.*