SWIDLER BERLIN LLP
The Washington Harbour
3000 K Street, N.W., Suite 300
Washington, DC 20007
Telephone: (202) 424-7500
Facsimile: (202) 424-7645
Jonathan P. Guy (Bar No. JG 2634)
Robert N. Steinwurtzel
Roger Frankel
Matthew W. Cheney
*Attorneys for Sanders Lead Co., Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **DELPHI CORPORATION, et al.,** | : | **Case No. 05-44481 (RDD)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

NOTICE OF APPEARANCE PURSUANT TO
RULES 2002, 9007 AND 9010(b) OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE AND
SECTIONS 342 AND 1109(b) OF THE BANKRUPTCY COURT

**PLEASE TAKE NOTICE** that Swidler Berlin LLP hereby appears in the above-captioned chapter 11 cases on behalf of Sanders Lead Co., Inc. pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and sections 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and requests copies of all notices given or required to be given in these cases and all papers served in these cases (including, but not limited to, all papers filed and served in all adversary proceedings in these cases, and all notices mailed only to parties who filed with the court a request that all notices to

be mailed to them) be given to and served upon the following attorneys:

SWIDLER BERLIN, LLP
The Washington Harbour
3000 K Street, N.W., Suite 300
Washington, DC 20007
Attention: Jonathan P. Guy, Esquire
Robert N. Steinwurtzel, Esquire
Roger Frankel, Esquire
Matthew W. Cheney, Esquire
Telephone: (202) 424-7500
Facsimile: (202) 424-7645
Email: jpguy@swidlaw.com
rnsteinwurtzel@swidlaw.com
rfrankel@swidlaw.com*
mwcheney@swidlaw.com*

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the rules specified above, but also includes, without limitation, all orders and notice of any application, motion, order, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy or otherwise, which affects the debtors or their property of the debtors.

**PLEASE TAKE FURTHER NOTICE** that the identified attorneys from Swidler Berlin LLP (Jonathan P. Guy, Robert N. Steinwurtzel, Roger Frankel and Matthew W. Cheney) consent to e-mail service.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned be added to the notice list for notice of all contested matters, adversary proceedings, and other proceedings in these chapter 11 cases.

---

\* These are the official e-mail addresses for effectuating service.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Rule 3017, the foregoing request includes any disclosure statement and/or plan of reorganization that may be filed in these cases.

Dated: October 20, 2005
      Washington, DC

                              SWIDLER BERLIN LLP

                              By: _____
                              Jonathan P. Guy (JG 2634)
                              Robert N. Steinwurtzel
                              Roger Frankel
                              Matthew W. Cheney
                              The Washington Harbour
                              3000 K Street, N.W., Suite 300
                              Washington, DC 20007
                              Telephone: (202) 424-7500
                              Facsimile: (202) 424-7645
                              *Attorneys for Sanders Lead Co., Inc.*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20 day of October, 2005, I caused a true and correct copy of the foregoing Notice of Appearance Pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure and Sections 342 and 1109(b) of the Bankruptcy Code be served via first class mail, postage prepaid, on the following:

John William Butler, Jr., Esquire
John K. Lyons, Esquire
Ron E. Meisler, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL  60606
*Counsel to the Debtors*

Kayalyn A. Marafioti, Esquire
Thomas J. Matz, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036
*Counsel to the Debtors*

Alicia M. Leonhard, Esquire
Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY  10004

_____
Debra O. Fullem, Senior Legal Assistant
Swidler Berlin LLP

4

9253242v1