**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ———————————————————— ) | |
| **In re:** ) | **Case No. 05-44481 (RDD)** |
| ) | **(Jointly Administered)** |
| **DELPHI CORPORATION, *et al.*,** ) | |
| ) | **Chapter 11** |
| **Debtors.** ) | |
| ) | **Judge Robert D. Drain** |
| ———————————————————— ) | |

<u>**ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE***</u>

Alan M. Koschik having represented that he is a member in good standing of the bar in

the state of Ohio; having requested admission, ***pro hac vice***, to represent The Goodyear Tire &

Rubber Company and Goodyear Canada Inc. in the above-captioned cases; and good cause

appearing therefore,

**IT IS HEREBY ORDERED THAT:**

Alan M. Koschik is admitted to practice ***pro hac vice*** in the above-captioned cases, in the

United States Bankruptcy Court, Southern District of New York, subject to payment of the filing

fee.

Dated: October 20, 2005                    /s/Robert D. Drain
New York, NY                                        Hon. Robert D. Drain
                                                              United States Bankruptcy Judge

[625354.1]