UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Stevens & Lee, P. C. hereby withdraws its appearance as counsel on behalf of Wamco, Inc.

Dated: New York, New York
October 20, 2005

**STEVENS & LEE, P.C.**

By:/s/ Constantine D. Pourakis
  Chester B. Salomon (CS-2319)
  Constantine D. Pourakis (CP-0730)
  485 Madison Avenue, 20th Floor
  New York, New York 10022
  Telephone: (212) 319-8500
  Facsimile: (212) 319-8505

SL1 582021v1/100611.00001