Jay Selanders  (JS2483)
DANIELS & KAPLAN, P.C.
2405 Grand Boulevard
Suite 900
Kansas City, MO 64108
816-221-3000

Attorneys for DaimlerChrysler Motors Company
and affiliates

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

DELPHI CORPORATION, et al.,

                          Debtors.

In re: Case No. 05-44481-RDD
Chapter 11
(Jointly Administered)

----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 20, 2005 a copy of:

**LIMITED OBJECTION OF DAIMLERCHRYSLER
TO INTERIM DIP FINANCING ORDER**

was served upon the following parties listed below electronically, by facsimile and overnight delivery.

| | |
|---|---|
| John Wm. Butler, Jr., Esq.<br>Skadden Arps Slate Meagher & Flom, LLP<br>333 W. Wacker Drive<br>Chicago, IL 60606<br>312-407-0411 (fax)<br>jbutler@skadden.com | Douglas P. Bartner, Esq.<br>Shearman & Sterling, LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>646-848-8190 (fax)<br>dbartner@shearman.com |
| Donald S. Bernstein, Esq.<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>212-450-3092 (fax)<br>Donald.bernstein@dpw.com | Kenneth S. Ziman, Esq.<br>Robert H. Trust, Esq.<br>Simpson Thacher & Bartlett, LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>212-455-2502 (fax)<br>kziman@stblaw.com<br>rtrust@stblaw.com |

Alicia M. Leonhard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
212-668-2255 (fax)

Dated: October 20, 2005                                  DANIELS & KAPLAN, P.C.


                                                         s/ Jay Selanders
                                                         Jay Selanders   (JS 2483)
                                                         2405 Grand Boulevard, Suite 900
                                                         Kansas City, MO 64108-2519
                                                         (816) 221-3000 telephone
                                                         (816) 221-3006 telecopier

                                                         Attorneys for DaimlerChrysler
                                                         Corporation, DaimlerChrysler
                                                         Motors Company, LLC and
                                                         DaimlerChrysler Canada Inc.