SWIDLER BERLIN LLP
The Washington Harbour
3000 K Street, N.W., Suite 300
Washington, DC  20007
Telephone: (202) 424-7500
Facsimile:  (202) 424-7645
Jonathan P. Guy (Bar No. JG 2634)
Roger Frankel
Richard H. Wyron
Matthew W. Cheney
*Attorneys for Westwood Associates, Inc. and
Sanders Lead Co., Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **DELPHI CORPORATION, et al.,** | : | **Case No. 05-44481 (RDD)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

**VERIFIED STATEMENT OF SWIDLER BERLIN LLP
PURSUANT TO BANKRUPTCY RULE 2019**

Swidler Berlin LLP ("Swidler") hereby makes this statement pursuant to Rule 2019 of

the Federal Rules of Bankruptcy Procedure:

1.     Swidler represents the following creditors in the above-captioned cases:

Name                                                   Address

Westwood Associates, Inc.                      612 Wheelers Farms Road
("Westwood")                                        Merritt Corporate Woods
                                                           Milford, CT  06460

Sanders Lead Co., Inc.                           One Sanders Road
("Sanders")                                          Troy, AL  36081

2.     Swidler represents each of these entities individually; the entities are separate and

independent of each other and they have no corporate affiliation with each other; the entities

listed above are not members in any official committees found in these cases and do not

constitute a committee of any kind.  Other than retainer or engagement letters, Swidler has no

written contracts with either of these entities.

3.     Westwood had been a client of Swidler's with respect to another, unrelated matter

prior to the time the above-captioned Debtors commenced their cases.  Westwood retained

Swidler as its bankruptcy counsel in this matter shortly after the petition date.  Westwood is fully

aware of Swidler's representation of Sanders in these cases and has consented to Swidler's

concurrent representation of Sanders.

4.     Westwood is a sole-source supplier of certain electronic components to the

Debtors and has supplied such products for many years.  Westwood holds pre-petition claims

and reclamation claims, and is entitled to the payment of administrative expenses, arising out of

its delivery of such goods to the Debtors both prior to and following the petition date.

Westwood's claims against the Debtors, which have not been finally determined but which may

exceed $2,000,000, arose in the ordinary course of Westwood's long-standing supplier

relationship with the Debtors.

5.     Sanders was an established client of Swidler's with respect to other, unrelated

matters prior to the time the above-captioned Debtors commenced their cases.  Sanders retained

Swidler as its bankruptcy counsel in this matter shortly after the petition date.  Sanders is fully

aware of Swidler's representation of Westwood in these cases and has consented to Swidler's

concurrent representation of Westwood.

6.     Sanders is a supplier of finished lead product and related services to the Debtors

and has supplied same for several years.  Sanders holds pre-petition claims and reclamation

claims, and is entitled to the payment of administrative expenses, arising out of its delivery of

such goods and services to the Debtors both prior to and following the petition date. Sanders'

claims against the Debtors, which have not been finally determined but which may exceed

$200,000, arose in the ordinary course of Sanders' supplier relationship with the Debtors.

7.      Upon information and belief, Swidler does not hold any claims against, or equity

interests in, any of the Debtors.

8.      Swidler reserves the right to supplement or amend this statement at any time in

the future.

9.      Swidler makes this statement solely for disclosure purposes pursuant to Rule

2019, and nothing herein is, or should be construed as, an admission, acknowledgement, or

waiver by Westwood or Sanders.

I declare under the penalty of perjury that the foregoing is true and correct to the best of

my knowledge, information and belief.

Executed this **20** day of October, 2005 in Washington, D.C.

SWIDLER BERLIN LLP

By:_____
      Jonathan Guy (JG 2634)
      Roger Frankel
      Richard H. Wyron
      Matthew W. Cheney
      The Washington Harbour
      3000 K Street, N.W., Suite 300
      Washington, D.C. 20007
      Telephone:  (202) 424-7500
      Facsimile:  (202) 424-7643

      *Attorneys for Westwood Associates, Inc. and*
      *Sanders Lead Co., Inc.*

## CERTIFICATE OF SERVICE


I HEREBY CERTIFY that on this **20** day of October, 2005, I caused a true and correct

copy of the foregoing Verified Statement of Swidler Berlin LLP Pursuant to Bankruptcy Rule

2019 to be served via first class mail, postage prepaid, on the following:


John William Butler, Jr., Esquire
John K. Lyons, Esquire
Ron E. Meisler, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
*Counsel to the Debtors*

Kayalyn A. Marafioti, Esquire
Thomas J. Matz, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
*Counsel to the Debtors*

Alicia M. Leonhard, Esquire
Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004


_____
Debra O. Fullem, Senior Legal Assistant
Swidler Berlin LLP

9253242v1