Jay Selanders  (JS2483)
DANIELS & KAPLAN, P.C.
2405 Grand Boulevard
Suite 900
Kansas City, MO 64108
816-221-3000

Attorneys for DaimlerChrysler Motors Company
and affiliates

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

DELPHI CORPORATION, et al.,

                                                    In re: Case No. 05-44481-RDD
                                                    Chapter 11
                                Debtors.             (Jointly Administered)

----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 20, 2005 a copy of:

### Motion for Admission Pro Hac Vice

was served upon the following parties listed below electronically, and by overnight delivery.

John Wm. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom, LLP
333 W. Wacker Drive
Chicago, IL 60606
312-407-0411 (fax)
jbutler@skadden.com

Douglas P. Bartner, Esq.
Shearman & Sterling, LLP
599 Lexington Avenue
New York, NY 10022
646-848-8190 (fax)
dbartner@shearman.com

Donald S. Bernstein, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
212-450-3092 (fax)
Donald.bernstein@dpw.com

Kenneth S. Ziman, Esq.
Robert H. Trust, Esq.
Simpson Thacher & Bartlett, LLP
425 Lexington Avenue
New York, NY 10017
212-455-2502 (fax)
kziman@stblaw.com
rtrust@stblaw.com

g:\chrysler\delphi corporation\pleadings\certificate of service for pro hac vice.doc

Alicia M. Leonhard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
212-668-2255 (fax)


Dated: October 20, 2005                    DANIELS & KAPLAN, P.C.


                                           s/ Jay Selanders
                                           Jay Selanders   (JS 2483)
                                           2405 Grand Boulevard, Suite 900
                                           Kansas City, MO 64108-2519
                                           (816) 221-3000
                                           (816) 221-3006 FAX

                                           Attorneys for DaimlerChrysler
                                           Corporation, DaimlerChrysler
                                           Motors Company, LLC and
                                           DaimlerChrysler Canada Inc.