CLEARY GOTTLIEB STEEN & HAMILTON LLP
Attorneys for Arneses Electricos
Automotrices, SA de CV
One Liberty Plaza
New York, NY 10006
Deborah M. Buell (3562)
(212) 225-2770

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
| | |
|---|---|
| In re | Chapter 11 |
| : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | (Jointly Administered) |
| : | |
| Debtors. | CERTIFICATE OF SERVICE |
| : | |

------------------------------------------------------------------------ X

   I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

   1. On the 18th day of October 2005, the Notice of Reclamation Demand of Arneses Electricos Automotrices, SA de CV with Reclamation demand letter by Arneses Electricos Automotrices, SA de CV dated October 18, 2005 were served by hand and by fax upon:

        Kayalyn A. Marafioti, Esq.
        Skadden, Arps, Slate, Meagher & Flom LLP
        Four Times Square
        New York, NY 10036
        Fax No. (212) 735-2000

   2. On the 18th day of October 2005, the Reclamation demand letter by Arneses

Electricos Automotrices, SA de CV dated October 18, 2005 was served by fax upon:

        John Wm. Butler, Esq.
        Skadden, Arps, Slate, Meagher & Flom LLP
        333 West Wacker Drive, Suite 2100
        Chicago, IL  60606
        Fax No. (312) 407-0411

        John D. Sheehan
        Delphi Corporation
        5725 Delphi Drive
        Troy, MI  48908
        Fax No. (248) 813-2670

Dated: New York, New York
       October 18, 2005

        /s/Richard V. Conza
        Richard V. Conza