CLEARY GOTTLIEB STEEN & HAMILTON LLP
Attorneys for Cordaflex, S.A. de C.V.
One Liberty Plaza
New York, NY  10006
Deborah M. Buell (3562)
(212) 225-2770

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

| | |
|---|---|
| In re | Chapter 11 |
| | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | (Jointly Administered) |
| Debtors. | CERTIFICATE OF SERVICE |

------------------------------------------------------------------------ X

       I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       1. On the 18th day of October 2005, the Notice of Reclamation Demand of Cordaflex, S.A. de C.V. with Reclamation demand letter by Cordaflex, S.A. de C.V. dated October 18, 2005 were served by hand and by fax upon:

> Kayalyn A. Marafioti, Esq.
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, NY  10036
> Fax No. (212) 735-2000

       2. On the 18th day of October 2005, the Reclamation demand letter by Cordaflex, S.A. de C.V. dated October 18, 2005 was served by fax upon:

> John Wm. Butler, Esq.
> Skadden, Arps, Slate, Meagher & Flom LLP
> 333 West Wacker Drive, Suite 2100
> Chicago, IL  60606
> Fax No. (312) 407-0411

John D. Sheehan
Delphi Corporation
5725 Delphi Drive
Troy, MI 48908
Fax No. (248) 813-2670

Dated: New York, New York
October 18, 2005

/s/Richard V. Conza
Richard V. Conza