**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x :
IN RE:                                                          :    Chapter 11
                                                                :
DELPHI CORPORATION, *et al.*,                                   :    Case No. 05-44481 (RDD)
                                                                :
     Debtors.                                                   :    (Jointly Administered)
                                                                x
-------------------------------------------------------------

**ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

UPON the motion of Robert C. Goodrich Jr. dated October 14, 2005, for admission *pro hac vice* in this bankruptcy case, it is hereby

**ORDERED** that Robert C. Goodrich Jr. is admitted to practice, *pro hac vice*, in the above-referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  October 20, 2005
        New York, New York

                                              /s/ Robert D. Drain
                                              UNITED STATES BANKRUPTCY JUDGE