UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Debtors. | |

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Judy O'Neill, a member in good standing of the bar in the State of Michigan, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent ABC Technologies, Inc., a creditor in the above referenced case.

My address is:   Foley & Lardner LLP
One Detroit Center
500 Woodward Ave. Suite 2700
Detroit, MI 48226-3489
(313) 234-7100
joneill@foley.com

I agree to pay the fee of $25 upon approval by the Court admitting me to practice ***pro hac vice***.

Dated:
October 11, 2005
Detroit, Michigan                    /s/ Judy O'Neill
                                     Judy O'Neill

**ORDER**

**ORDERED,**
that Judy O'Neill, Esq. is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: October 20, 2005
     New York, New York              /s/Robert D. Drain
                                     UNITED STATES BANKRUPTCY JUDGE

**Error! Unknown document property name.**