**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In re:                                                                                  Chapter 11

                                                                                            Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                                  Jointly Administered

                                Debtors

-----------------------------------------------------------------x

# ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of John T. Gregg dated October 11, 2005, for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that John T. Gregg is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: October 12, 2005
         New York, New York

                                                                _/s/Robert D. Drain_____
                                                                UNITED STATES BANKRUPTCY JUDGE