UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Case No: 05-44481 |
| | : | |
| DELPHI CORPORATION, *et al.* | : | Chapter 11 |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | |
| | : | |
| | : | |

**NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appears for Wren Industries, Inc. ("Wren"), a creditor of the Debtors and, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be given in the above-captioned cases (the "Case") and all papers served or required to be served in this Case be given to and served upon the undersigned of the following office, address and telephone number and/or email:

TAFT, STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH  45202-3957
(513) 381-2838

Attn: Richard L. Ferrell, Esq.
ferrell@taftlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only notices and papers referred to in the Federal Bankruptcy Rules, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone telegraph, telex, or otherwise, that affects the Debtors or property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance and demand for service of papers nor any subsequent appearance, pleading, proof of claim, or other

W0560896.1

writing or conduct shall constitute a waiver of any of Wren's (a) rights to have any and all final orders in any and all noncore matters entered only after *de novo* review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, defenses, setoffs, or other matters.  All of such rights hereby are reserved and preserved by Wren, without exemption and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this case.

Dated:  Cincinnati, Ohio
        October 20, 2005

                              Respectfully submitted,

                              /s/Richard L. Ferrell
                              Richard L. Ferrell (0063176)
                              Taft, Stettinius & Hollister, LLP
                              425 Walnut Street, Suite 1800
                              Cincinnati, Ohio 45240
                              (513) 357-9604 (Telephone)
                              (513) 381-0205 (Fax)
                              Ferrell@taftlaw.com
                              Attorneys for Wren Industries, Inc.