Peter A. Zisser (PZ-9634)
Holland & Knight LLP
195 Broadway
New York, New York  10007
Telephone:  (212) 513-3200
Facsimile:   (212) 385-9010

Attorneys for New York Power Authority

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

..........................................................................x

| | |
|---|---|
| In re: : | |
| : | Chapter 11 |
| DELPHI CORPORATION, et al., : | Case No. 05-44481 (RDD) |
| : | |
| Debtors. : | Jointly Administered. |

..........................................................................x

NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that pursuant to Rules 2002, 9007 and 9010(b) of the Rules of Bankruptcy Procedure, and 11 U.S.C. §1102(1) and §1109(b), the undersigned attorney appears as counsel for New York Power Authority, a party-in-interest in this proceeding, and request that all notice given or required to be given in this action and all related actions, be given and served upon:

1

          Holland & Knight LLP
          195 Broadway
          New York, New York  10007
          Attn:  Peter A. Zisser, Esq.
          Telephone:  (212) 513-3200
          Facsimile:   (212) 385-9010
          Email: nyc-bkcyecf@hklaw.com

  PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers, whether formal or informal, *ex parte* or on notice, written or oral, referred to in the Bankruptcy Rules and Code sections specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise, which affect or seek to affect in any way any rights or interests of the Debtors.

Dated:  October 20, 2005
    New York, New York

          HOLLAND & KNIGHT LLP

          By:  /s/Peter A. Zisser_____
           Peter A. Zisser, Esq. (PZ-9634)
          195 Broadway
          New York, New York  10007
          Telephone:  (212) 513-3200
          Facsimile:   (212) 385-9010

          Attorneys for New York Power Authority

CERTIFICATE OF SERVICE

       I, Wilfred Lancaster, do hereby certify that on October 20, 2005, I caused a copy of the within Notice of Appearance and Request for Service of Papers, to be served upon each of the parties listed on the annexed service list, by depositing true copies of same in sealed, postage paid envelopes in an official depository of the U.S. Postal Service located in the U.S. Post Office at One Bowling Green, New York, New York.

       /s/Wilfred Lancaster
       Wilfred Lancaster

Sworn to before me this     Carmela Graziano
20th day of October 2005.     Notary Public, State of New York
                                      No. 01GR5551170
/s/Carmela Graziano         Qualified in Kings & New York Counties
   Notary Public            Commission Expires May 31, 2006

Service List

John Wm. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom (IL)
333 West Wacker Drive
Chicago, IL 60606-1285

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Robert N. Michaelson, Esq.
Kirkpatrick & Lockhart, LLP
599 Lexington Avenue
New York, NY 10022

Alicia M. Leonhard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Brian W. Harvey, Esq.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

Kurtzman Carson Consultants LLC
12910 Culver Blvd., Suite I
Los Angeles, CA 90066

# 3321494_v1