BARNES & THORNBURG LLP
Attorneys for Autocam Corporation
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, Michigan 49503
Telephone: (616) 742-3930
Facsimile: (616) 742-3999

John T. Gregg, Esq.
Telephone: (616) 742-3930
Email: john.gregg@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case |
| DELPHI CORPORATION, *et al.* | No. 05-44481 |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

Document Served: - **LIMITED OBJECTION OF AUTOCAM CORPORATION TO MOTION FOR ORDER UNDER 11 U.S.C. §§ 105, 361, 362, 363, 364(c), 364(d), AND 364(e) AND FED. R. BANKR. P. 2002, 4001, AND 9014 (I) AUTHORIZING DEBTORS TO OBTAIN SECURED POSTPETITION FINANCING ON SUPERPRIORITY SECURED AND PRIMING BASIS, (II) AUTHORIZING USE OF CASH COLLATERAL, (III) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED LENDERS, (IV) GRANTING INTERIM RELIEF, AND (V) SCHEDULING A FINAL HEARING UNDER FED. R. BANKR. P. 4001(b) AND (c)**

The undersigned certifies that a copy of the documents listed above were served upon the parties listed in the attached Exhibit A at their respective addresses by either electronic notice or overnight mail on the date indicated below.

Date of Service: October 20, 2005

I declare that the statement above is true to the best of my information, knowledge and belief.

/s/John T. Gregg
John T. Gregg

# EXHIBIT A

GRDS01 PMEARS 323944v1

# EXHIBIT A

New York Southern Live System      Page 1 of 8
05-44481-rdd    Doc 467    Filed 10/20/05    Entered 10/20/05 17:06:27    Main Document
Pg 3 of 10

**File an answer to a motion:**

<u>05-44481-rdd Delphi Corporation and Lead Plaintiff and the Prospective Class</u>

## U.S. Bankruptcy Court

## Southern District of New York

Notice of Electronic Filing

The following transaction was received from Gregg, John T. entered on 10/20/2005 at 4:00 PM and filed on 10/20/2005

**Case Name:**    Delphi Corporation and Lead Plaintiff and the Prospective Class
**Case Number:**    <u>05-44481-rdd</u>
**Document Number:** <u>459</u>

**Docket Text:**
Objection to Motion *of Autocam Corporation to Motion for Order Under 11 U.S.C. SubSecton 105,361,362,363,364(c), 364(d), and 364(e) and Fed R Bankr P 2002, 4001, and 9014 (i) authorizing debtors to obtain secured postpetition financing on superpriority secured and priming basis (II) Authorizing use of cash collateral, (iii) granting adequate protection to prepetition secured lenders, (iv) Granting interim relief, and (v) scheduling a final hearing unde fed r bankr p 4001(b) and (c)* filed by John T. Gregg on behalf of Autocam Corporation. (Gregg, John)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\wwalton\Desktop\Objection.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=10/20/2005] [FileNumber=4514051-0]
[9c0add757c619f9e6de9d78e24cc3fefe5bbd7e5e92ac1ee935d0e92acdcfc188f8f
ad5cc68b67b00b74ae2068bd00ddf525be71d193967a985775ce577b09b7]]

**05-44481-rdd Notice will be electronically mailed to:**

David B. Aaronson     david.aaronson@dbr.com,

Elizabeth Abdelmasieh     eabdelmasieh@nmmlaw.com

Jason R. Adams     jadams@torys.com,

Jennifer L. Adamy     bankruptcy@goodwin.com,

William J. Barrett     william.barrett@bfkpn.com,

David S. Barritt     barritt@chapman.com,

W. Robinson Beard     jkirk@stites.com,

Jeffrey Bernstein     jb@carpben.com, ssolazzo@carpben.com

Charles E. Boulbol     rtrack@msn.com,

Wendy D. Brewer    wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com

Timothy W. Brink    tbrink@lordbissell.com,

James L. Bromley    maofiling@cgsh.com

Deborah M. Buell    maofiling@cgsh.com,

John Wm. Butler    jbutler@skadden.com

Aaron R. Cahn    cahn@clm.com

Madison L. Cashman    nashvillebankruptcyfilings@stites.com,

Maria E. Chavez-Ruark    maria.ruark@dlapiper.com, richard.kremen@dlapiper.com

Susan M. Cook    smcook@lambertleser.com,

Michael G. Cruse    mcruse@wnj.com,

Jeffry A. Davis    jeffdavis@graycary.com,

Gerard DiConza    gdiconza@dlawpc.com

Robert W. Dremluk    rdremluk@seyfarth.com,
rlauter@seyfarth.com,etrybantelser@cityofchicago.org,pbaisier@seyfarth.com

Judith Elkin    judith.elkin@haynesboone.com

Alyssa Englund    aenglund@orrick.com,

Robert Michael Farquhar    mfarquhar@winstead.com,

Charles J. Filardi    cfilardi@pepehazard.com

Edward M. Fox    efox@klng.com

Timothy A. Fusco    fusco@millercanfield.com,

Thomas M. Gaa    tgaa@bbslaw.com, clee@bbslaw.com

Yann Geron    nybkfilings@foxrothschild.com, ygeron@foxrothschild.com

Robert C. Goodrich    nashvillebankruptcyfilings@stites.com,

Warren R. Graham    wrg@dmlegal.com, ak@dmlegal.com;cfs@dmlegal.com

Gary E. Green    ggreen@fagelhaber.com,

John T. Gregg    jgregg@btlaw.com,

Jonathan P. Guy    jpguy@swidlaw.com,

Michael Leo Hall    mhall@burr.com

Alan D. Halperin    ahalperin@halperinlaw.net, cbattaglia@halperinlaw.net;eganc@halperinlaw.net;cmitchell@halperinlaw.net

Brian W. Harvey    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

William Heuer    wheuer@morganlewis.com,

Jeannette Eisan Hinshaw    jhinshaw@boselaw.com, pdidandeh@boselaw.com

Shannon E. Hoff    shoff@burr.com

Hilary Jewett    hjewett@foley.com,

Roger G. Jones    rjones@bccb.com,

Andrew C. Kassner    andrew.kassner@dbr.com

Alan M. Koschik    akoschik@brouse.com,

Lawrence J. Kotler    ljkotler@duanemorris.com,

Darryl S. Laddin    bkrfilings@agg.com

David E. Lemke    david.lemke@wallerlaw.com, cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;wallerbankruptcy

Ira M. Levee    ilevee@lowenstein.com

Jeffrey M. Levinson    jml@ml-legal.com,

John S. Mairo    jsmairo@pbnlaw.com

Kayalyn A. Marafioti    kmarafio@skadden.com, jharring@skadden.com

Thomas J. Matz    tmatz@skadden.com

Daniel P. Mazo    dpm@curtinheefner.com,

Michael K. McCrory    michael.mccrory@btlaw.com, vance.donahue@btlaw.com

Austin L. McMullen    amcmulle@bccb.com,

Patrick E. Mears    patrick.mears@btlaw.com

Derek F. Meek    dmeek@burr.com

Robert N. Michaelson    rmichaelson@kl.com

Kathleen M. Miller    kmm@skfdelaware.com, tlc@skfdelaware.com

Alan K. Mills    amills@btlaw.com

Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com

James P. Moloy    jmoloy@dannpecar.com,

Audrey E. Moog    amoog@hhlaw.com,

Brian F. Moore    bmoore@mccarter.com,

Alisa Mumola    alisa@contrariancapital.com,

Lauren Newman    lnewman@fagelhaber.com,

Ingrid S. Palermo    ipalermo@hselaw.com

Lowell Peterson    lpeterson@msek.com

Alex Pirogovsky    apirogovsky@uhlaw.com

Constantine Pourakis    cp@stevenslee.com

Steven J. Reisman    sreisman@cm-p.com, athau@cm-p.com;jdecristofaro@cm-p.com;jbarucha@cm-p.com;webmaster@docketware.com;mharwood@cm-p.com;kparker@cm-p.com

Kenneth A. Reynolds    kar@pryormandelup.com,

Geoffrey A. Richards    grichards@kirkland.com,

Craig Philip Rieders    crieders@gjb-law.com;gisabelle@gjb-law.com, gisabelle@gjb-law.com;bamron@gjb-law.com

Sandra A. Riemer    sriemer@phillipsnizer.com, mfay@phillipsnizer.com

Scott D. Rosen    srosen@cb-shea.com,

Robert B. Rubin    brubin@burr.com

Diane W. Sanders    austin.bankruptcy@publicans.com,

Thomas P. Sarb    ecfsarbt@millerjohnson.com

Jay Selanders    selanders@danielsandkaplan.com,

Mark A. Shaiken    mshaiken@stinsonmoheck.com,
dcurran@stinsonmoheck.com;mjerde@stinsonmoheck.com;mleahy@stinsonmoheck.com;bpryor@stinsonmohe

Andrea Sheehan    sheehan@txschoollaw.com, greiner@txschoollaw.com;ashee1@yahoo.com

Sam O. Simmerman    sosimmerman@kwgd.com, mhelmick@kwgd.com

Marc P. Solomon    msolomon@burr.com

Brian D. Spector    bspector@selawfirm.com, kdillon@selawfirm.com

James M. Sullivan     jmsullivan@mwe.com, llopez@mwe.com

Robert Szwajkos     rsz@curtinheefner.com,

Gordon J. Toering     gtoering@wnj.com

Laura L. Torrado     ltorrado@bear.com, msussman@bear.com

Raymond J. Urbanik     rurbanik@munsch.com,

Robert Usadi     rusadi@cahill.com,

Joseph J. Vitale     jvitale@cwsny.com,

Michael D. Warner     bankruptcy@warnerstevens.com

Robert K. Weiler     rweiler@greenseifter.com, lellis@greenseifter.com

Elizabeth Weller     dallas.bankruptcy@publicans.com

Robert A White     rwhite@murthalaw.com,

Stephen L. Yonaty     syonaty@hodgsonruss.com,

**05-44481-rdd Notice will not be electronically mailed to:**

Mark I Bane
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178
mbane@kelleydrye.com

Glenn P. Berger
Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016

Stuart F. Cheney
,

Mark G. Claypool
,

Patrick M. Costello
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palto Alto, CA 94306

Gary H. Cunningham
Kramer Mellen, P.C.
3000 Town Center, Ste. 1700
Southfield, MI 48075-1277

Gary H. Cunningham
Strobl Cunningham & Sharp, P.C.
300 E. Long Lake Road
Suite 200
Bloomingfield Hills, MI Suite 200

Craig Alan Damast
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174
cadamast@blankrome.com

Elizabeth K. Flaagan
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203

Mark T. Flewelling
Anglin, Flewelling, Rasmussen, Campbell
& Trytten LLP
199 South Los Robles Avenue
Suite 600
Pasadena, CA 91101

Ira P. Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Ira P. Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Scott R. Goldberg
Quarles & Brady Streich Lang, LLP
One Renaissance Sq.
2 N. Central Avenue
Phoenix, AZ 85004-2391

Stephen H. Gross
Hodgson Russ LLP
Carnegie Hall Tower
152 West 57th Street, 35th Floor
New York, NY 10019
sgross@hodgsonruss.com, mramos@hodgsonruss.com

Thomas H. Keyse
1700 Lincoln Street
Suite 4000
Denver, CO 80203

Steve Kieselstein

Kieselstein LawFirm, PLLC
43 British American Boulevard
Latham, NY 12110

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Jill Levi
Todd & Levi, LLP
444 Madison Avenue
New York, NY 10022
jlevi@toddlevi.com, drosenberg@toddlevi.com

Jacob A. Manheimer
Pierce Atwood
One Monument Square
Portland, ME 04101
jmanheimer@pierceatwood.com, mpottle@pierceatwood.com

Timothy S. McFadden
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, IL 60603
tmcfadden@lordbissell.com, mklepper@lordbissell.com

Sandra A. Reimer
666 Fifth Avenue
New York, NY 10103

Kenneth A. Reynolds
Pryor & Madelup, LLP
675 Old Country Road
Westbury, NY 11590

Harold Ritvo
Harold Ritvo, P.C.
One University Plaza
Hackensack, NJ 07601

Lawrence M. Schwab
BIALSON, BERGEN & SCHWAB, Esq.
2600 El Camino Real
Suite 300
Palto Alto, CA 94306

Bryan I. Schwartz
Levenfeld Pearlstein LLC
2 North LaSalle Street
Suite 1300
Chicago, IL 60602

Robert J. Sidman
Vorys, Sater, Seymour and Pease, LLP
52 East Gay Street
Columbus, OH 43216-1008
rjsidman@vssp.com, bkbowers@vssp.com;eplitfin@vssp.com;cdfricke@vssp.com

Mark R. Somerstein
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10178
msomerstein@kelleydrye.com

Shmuel Vasser
Edwards &Angell, LLP
750 Lexington Avenue
New York, NY 10022