JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350
Ronald R. Peterson (RP 5430)
Andrew S. Nicoll (AN 9687)


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
In re                                                    :         Chapter 11
                                                         :
DELPHI CORPORATION, et al.,                              :         Case No. 05-44481 (RDD)
                                                         :
                                      Debtors.           :         (Jointly Administered)
-------------------------------------------------------- X

## NOTICE OF RECLAMATION DEMAND OF
## ALCAN ROLLED PRODUCTS-RAVENSWOOD, LLC

**PLEASE TAKE NOTICE** that a written reclamation demand (the "Alcan Demand") was served on October 13, 2005, by Alcan Rolled Products-Ravenswood, LLC (f/k/a Pechiney Rolled Products, LLC) on the above-captioned Debtors and their counsel. A copy of the Alcan Demand is attached hereto as <u>Exhibit A</u> and incorporated herein by this reference.


Dated: October 20, 2005

                                      JENNER & BLOCK LLP
                                      Counsel to Alcan Rolled Products-Ravenswood, LLC


                                      By: _/s/ Ronald R. Peterson_____
                                          Ronald R. Peterson (RP 5430)
                                          One IBM Plaza
                                          Chicago IL, 60611
                                          (312) 222-9350


CHICAGO_1323365_1

# EXHIBIT A

CHICAGO_1323365_1

October 13, 2005

**VIA HAND DELIVERY**

Ronald M. Pirtle
President, Delphi Thermal & Interior Division
Vice President, Delphi Corp.
200 Upper Mountain Rd.
Lockport, NY 14094

-and

Marc Eglin
Sr. Divisional Commodity Manager, Delphi Thermal & Interior Division
200 Upper Mountain Rd.
Lockport, NY 14094

  Re: **Reclamation of Goods**

To Whom It May Concern:

  On October 8, 2005, Delphi Corporation filed a petition for relief under Chapter 11 of Title 11 of the United States Code. Pursuant to 11 U.S.C. § 546(c) and Section 2-702 of the Uniform Commercial Code and applicable state law, Alcan Rolled Products-Ravenswood, LLC (f/k/a Pechiney Rolled Products, LLC) hereby revokes the credit terms of sales of goods made to you. The goods subject to this reclamation notice include, but are not limited to, those set forth on the attached list (Schedule A).

  We demand that you immediately segregate all of the goods which we have sold to you or allow us to take an inventory of the product we have sold to you for purposes of determining the goods subject to reclamation as of the petition date. We further demand that you either return these goods to us or allow and pay the amounts due as an administrative claim in accordance with Section 546(c) of the Bankruptcy Code or in such manner as the Bankruptcy Court's Reclamation Order, if any, directs.

We do not intend this letter to violate the automatic stay provided for in 11 U.S.C. § 362. Instead, it is intended to be in the nature of the type of notice provided for in 11 U.S.C. § 546(c).

Alcan Rolled Products-Ravenswood, LLC reserves its right to supplement this reclamation notice.

Very truly yours,

BY: John H. Ferguson
Chief Financial Officer
Alcan Rolled Products-Ravenswood, LLC

cc: Ronald R. Peterson

John Wm Butler, Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2011
Chicago, IL 60606

2

## ALCAN ROLLED PRODUCTS - RAVENSWOOD, LLC
## GOODS SUBJECT TO RECLAMATION - SCHEDULE A

**Customer:** Delphi Thermal Systems
**Shipment Period:** 9/28/05 to 10/08/05
**Ship from Location:** Lock City Warehouse

| Purchase Order # | PRP Order # | Inv # | Sold To | Ship To | Part # | Description | B/L # | Pounds | Inv Amount | Inv/Ship Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 550028891 | 174-3388-29 | 61358 | 1210-5417 | 1013-9616 | 13920 | CA31   .06 X 30.41 | 45277 | 3710 | 5,387.29 | 9/28/2005 |
| 550028857 | 174-3388-77 | 61359 | 1210-5417 | 1000-6765 | 14853 | CA24   .125 X 16.49 | 45418 | 2750 | 3,993.28 | 9/28/2005 |
| 550028864 | 174-3392-01 | 61360 | 1210-5417 | 1013-9616 | 13762 | CA31   .06 X 24.27 | 45279 | 3450 | 5,009.75 | 9/28/2005 |
| 550028871 | 174-3396-17 | 61361 | 1210-5417 | 1013-9616 | 12112 | CA57   .0098 X 1.256 | 45275 | 3800 | 5,783.98 | 9/28/2005 |
| 550028871 | 174-3396-19 | 61362 | 1210-5417 | 1013-9616 | 12118 | CA57   .012 X 1.948 | 45274 | 26550 | 40,411.76 | 9/28/2005 |
| 550028871 | 174-3396-33 | 61363 | 1210-5417 | 1013-9616 | 12495 | CAB1   .0129 X 2.775 | 45276 | 5095 | 7,755.10 | 9/28/2005 |
| 550028864 | 174-3396-77 | 61364 | 1210-5417 | 1013-9616 | 13916 | CA21   .06 X 27.75 | 45281 | 3500 | 5,082.35 | 9/28/2005 |
| 550028891 | 174-3397-11 | 61365 | 1210-5417 | 1013-9616 | 13922 | CA31   .06 X 36.13 | 45278 | 14050 | 20,402.01 | 9/28/2005 |
| 550028857 | 174-3397-27 | 61366 | 1210-5417 | 1000-6765 | 14181 | CA49   .07 X 18.5 | 45417 | 2615 | 3,797.24 | 9/28/2005 |
| 550028857 | 174-3397-43 | 61367 | 1210-5417 | 1000-6765 | 14722 | CA24   .10 X 14.84 | 45416 | 4990 | 7,245.98 | 9/28/2005 |
| 550028864 | 174-3397-55 | 61368 | 1210-5417 | 1013-9616 | 80628 | CA21   .06 X 30.352 | 45280 | 3840 | 5,576.06 | 9/28/2005 |
|  |  |  |  |  |  |  |  | 74350 | 110,444.80 | **9/28/2005 Total** |
| 550038402 | 174-3395-51 | 61530 | 1210-5417 | 1013-9616 | 80656 | CA21   .03 X 22.514 | 45284 | 2735 | 3,971.49 | 9/29/2005 |
| 550028871 | 174-3396-13 | 61531 | 1210-5417 | 1013-9616 | 12103 | VBS7   .0109 X 1.948 | 45420 | 3450 | 5,251.25 | 9/29/2005 |
| 550028871 | 174-3396-17 | 61532 | 1210-5417 | 1013-9616 | 12112 | CA57   .0098 X 1.256 | 45422 | 7200 | 10,959.12 | 9/29/2005 |
| 550028871 | 174-3396-19 | 61535 | 1210-5417 | 1013-9616 | 12118 | CA57   .012 X 1.948 | 45419 | 25590 | 38,950.54 | 9/29/2005 |
| 550028871 | 174-3396-23 | 61536 | 1210-5417 | 1013-9616 | 12120 | CA58   .0098 X 1.923 | 45282 | 14625 | 22,260.71 | 9/29/2005 |
| 550028871 | 174-3396-23 | 61537 | 1210-5417 | 1013-9616 | 12120 | CA58   .0098 X 1.923 | 45421 | 14290 | 21,750.81 | 9/29/2005 |
| 550028871 | 174-3396-33 | 61539 | 1210-5417 | 1013-9616 | 12495 | CAB1   .0129 X 2.775 | 45423 | 5215 | 7,937.75 | 9/29/2005 |
| 550028871 | 174-3396-35 | 61540 | 1210-5417 | 1013-9616 | 12593 | CA57   .0126 X 2.633 | 45424 | 10560 | 16,073.38 | 9/29/2005 |
| 550028857 | 174-3397-67 | 61542 | 1210-5417 | 1000-6765 | 80644 | CA24   .125 X 16.8 | 45425 | 7170 | 10,411.56 | 9/29/2005 |
| 550038402 | 174-3397-95 | 61543 | 1210-5417 | 1013-9616 | 80663 | CA31   .05 X 36.13 | 45283 | 11860 | 17,221.91 | 9/29/2005 |
|  |  |  |  |  |  |  |  | 102695 | 154,788.52 | **9/29/2005 Total** |
| 550028871 | 174-3396-17 | 61791 | 1210-5417 | 1013-9616 | 12112 | CA57   .0098 X 1.256 | 45286 | 3715 | 5,654.60 | 9/30/2005 |
| 550028871 | 174-3396-17 | 61792 | 1210-5417 | 1013-9616 | 12112 | CA57   .0098 X 1.256 | 45290 | 10905 | 16,598.50 | 9/30/2005 |
| 550028871 | 174-3396-19 | 61793 | 1210-5417 | 1013-9616 | 12118 | CA57   .012 X 1.948 | 45285 | 36590 | 55,693.64 | 9/30/2005 |
| 550028871 | 174-3396-19 | 61794 | 1210-5417 | 1013-9616 | 12118 | CA57   .012 X 1.948 | 45289 | 29195 | 44,437.71 | 9/30/2005 |
| 550028871 | 174-3396-23 | 61796 | 1210-5417 | 1013-9616 | 12120 | CA58   .0098 X 1.923 | 45291 | 9910 | 15,084.01 | 9/30/2005 |
| 550028871 | 174-3396-35 | 61797 | 1210-5417 | 1013-9616 | 12593 | CA57   .0126 X 2.633 | 45287 | 15995 | 24,345.99 | 9/30/2005 |
| 550028871 | 174-3396-35 | 61798 | 1210-5417 | 1013-9616 | 12593 | CA57   .0126 X 2.633 | 45292 | 10990 | 16,727.88 | 9/30/2005 |

## ALCAN ROLLED PRODUCTS - RAVENSWOOD, LLC
## GOODS SUBJECT TO RECLAMATION - SCHEDULE A

| Purchase Order # | PRP Order # | Inv # | Sold To | Ship To | Part # | Description | B/L # | Pounds | Inv Amount | Inv/Ship Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 550028857 | 174-3397-27 | 61800 | 1210-5417 | 1000-6765 | 14181 | CA49  .07 X 18.5 | 45427 | 2615 | 3,797.24 | 9/30/2005 |
| 550028857 | 174-3397-65 | 61801 | 1210-5417 | 1000-6765 | 80643 | CA24  .125 X 16.125 | 80643 | 7530 | 10,934.31 | 9/30/2005 |
| 550028871 | 174-3397-73 | 61802 | 1210-5417 | 1013-9616 | 80653 | CA58  .0098 X 2.928 | 45288 | 4010 | 6,103.62 | 9/30/2005 |
| 550028871 | 174-3397-73 | 61803 | 1210-5417 | 1013-9616 | 80653 | CA58  .0098 X 2.928 | 45293 | 4780 | 7,275.64 | 9/30/2005 |
| 550038402 | 174-3397-95 | 61804 | 1210-5417 | 1013-9616 | 80663 | CA31  .05 X 36.13 | 45295 | 12270 | 17,817.27 | 9/30/2005 |
| 550038402 | 174-3398-01 | 61805 | 1210-5417 | 1013-9616 | 80666 | CA21  .06 X 32.86 | 45294 | 8195 | 11,899.96 | 9/30/2005 |
|  |  |  |  |  |  |  |  | 156700 | 236,370.37 | **9/30/2005 Total** |
| 550028864 | 174-3391-97 | 61964 | 1210-5417 | 1013-9616 | 13572 | CA21  .06 X 31.455 | 45702 | 4185 | 6,077.04 | 10/3/2005 |
| 550028871 | 174-3396-17 | 61965 | 1210-5417 | 1013-9616 | 12112 | CA56  .0098 X 1.256 | 45296 | 3660 | 5,724.97 | 10/3/2005 |
| 550028871 | 174-3396-23 | 61966 | 1210-5417 | 1013-9616 | 12120 | CA58  .0098 X 1.923 | 45298 | 12025 | 18,809.51 | 10/3/2005 |
| 550028871 | 174-3396-23 | 61967 | 1210-5417 | 1013-9616 | 12120 | CA58  .0098 X 1.923 | 45701 | 5625 | 8,798.63 | 10/3/2005 |
| 550028871 | 174-3396-33 | 61968 | 1210-5417 | 1013-9616 | 12495 | CAB1  .0129 X 2.775 | 45299 | 5180 | 8,102.56 | 10/3/2005 |
| 550028871 | 174-3396-35 | 61969 | 1210-5417 | 1013-9616 | 12593 | CA57  .0126 X 2.633 | 45297 | 5400 | 8,446.68 | 10/3/2005 |
| 550028891 | 174-3397-11 | 61970 | 1210-5417 | 1013-9616 | 13922 | CA31  .06 X 36.13 | 45703 | 14110 | 21,083.16 | 10/3/2005 |
| 550028857 | 174-3397-27 | 61971 | 1210-5417 | 1013-9616 | 14181 | CA49  .07 X 18.5 | 45430 | 2925 | 4,370.54 | 10/3/2005 |
| 550028857 | 174-3397-43 | 61972 | 1210-5417 | 1000-6765 | 14722 | CA24  .10 X 14.84 | 45431 | 4780 | 7,142.28 | 10/3/2005 |
| 550028857 | 174-3397-69 | 61973 | 1210-5417 | 1000-6765 | 80651 | CA24  .125 X 19.25 | 45432 | 4740 | 7,082.51 | 10/3/2005 |
| 550028871 | 174-3398-59 | 61979 | 1210-5417 | 1013-9616 | 12593 | CA57  .0126 X 2.633 | 45297 | 7050 | 11,027.61 | 10/3/2005 |
| 550028871 | 174-3398-59 | 61980 | 1210-5417 | 1013-9616 | 12593 | CA57  .0126 X 2.633 | 45300 | 4155 | 6,499.25 | 10/3/2005 |
| 550028857 | 174-3398-81 | 61981 | 1210-5417 | 1000-6765 | 13900 | 3105  .05 X 17.25 | 45429 | 2475 | 2,930.90 | 10/3/2005 |
|  |  |  |  |  |  |  |  | 76310 | 116,095.64 | **10/3/2005 Total** |
| 550028871 | 174-3396-13 | 62049 | 1210-5417 | 1013-9616 | 12103 | VBS7  .0109 X 1.948 | 45704 | 3440 | 5,380.85 | 10/4/2005 |
| 550028871 | 174-3396-17 | 62050 | 1210-5417 | 1013-9616 | 12112 | CA57  .0098 X 1.256 | 45705 | 4650 | 7,273.53 | 10/4/2005 |
| 550028871 | 174-3396-19 | 62051 | 1210-5417 | 1013-9616 | 12118 | CA57  .012 X 1.948 | 45706 | 16185 | 25,316.58 | 10/4/2005 |
| 550028871 | 174-3396-23 | 62052 | 1210-5417 | 1013-9616 | 12120 | CA58  .0098 X 1.923 | 45707 | 6285 | 9,831.00 | 10/4/2005 |
| 550028871 | 174-3396-23 | 62053 | 1210-5417 | 1013-9616 | 12120 | CA58  .0098 X 1.923 | 45709 | 5490 | 8,587.46 | 10/4/2005 |
| 550028871 | 174-3396-33 | 62054 | 1210-5417 | 1013-9616 | 12495 | CAB1  .0129 X 2.775 | 45708 | 5085 | 7,953.96 | 10/4/2005 |
| 550028864 | 174-3396-59 | 62055 | 1210-5417 | 1013-9616 | 13894 | CA31  .06 X 19.25 | 45220 | 10020 | 14,971.88 | 10/4/2005 |
| 550028864 | 174-3396-73 | 62056 | 1210-5417 | 1013-9616 | 13914 | CA31  .06 X 29.12 | 45711 | 3825 | 5,715.32 | 10/4/2005 |
| 550028857 | 174-3397-33 | 62057 | 1210-5417 | 1000-6765 | 14186 | CA49  .07 X 19.5 | 45433 | 6100 | 8,857.81 | 10/4/2005 |
| 550028857 | 174-3397-67 | 62058 | 1210-5417 | 1000-6765 | 80644 | CA24  .125 X 16.8 | 45435 | 2880 | 4,303.30 | 10/4/2005 |
| 550028871 | 174-3398-37 | 62059 | 1210-5417 | 1013-9616 | 12112 | CA57  .0098 X 1.256 | 45705 | 7915 | 12,380.64 | 10/4/2005 |
| 550028871 | 174-3398-49 | 62060 | 1210-5417 | 1212-3727 | 12120M | CA58  .0098 X 1.923 | 111816 | 41285 | 64,578.00 | 10/4/2005 |
| 550028857 | 174-3399-63 | 62061 | 1210-5417 | 1000-6765 | 80643 | CA24  .125 X 16.125 | 45434 | 5370 | 8,023.85 | 10/4/2005 |
| 550028871 | 174-3400-35 | 62062 | 1210-5417 | 1013-9616 | 12498 | CA11  .0129 X 2.775 | 45710 | 4480 | 7,007.62 | 10/4/2005 |
|  |  |  |  |  |  |  |  | 123010 | 190,181.80 | **10/4/2005 Total** |

## ALCAN ROLLED PRODUCTS - RAVENSWOOD, LLC
## GOODS SUBJECT TO RECLAMATION - SCHEDULE A

| Purchase Order # | PRP Order # | Inv # | Sold To | Ship To | Part # | Description | B/L # | Pounds | Inv Amount | Inv/Ship Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 550028864 | 174-3394-81 | 62148 | 1210-5417 | 1013-9616 | 13917 | CA31  .06 X 31.32 | 45716 | 7810 | 11,669.70 | 10/5/2005 |
| 550028871 | 174-3396-19 | 62149 | 1210-5417 | 1013-9616 | 12118 | CA57  .012 X 1.948 | 45712 | 16430 | 25,699.81 | 10/5/2005 |
| 550028871 | 174-3396-33 | 62150 | 1210-5417 | 1013-9616 | 12495 | CAB1  .0129 X 2.775 | 45713 | 10410 | 16,283.32 | 10/5/2005 |
| 550028864 | 174-3396-41 | 62151 | 1210-5417 | 1013-9616 | 13862 | VBS1  .06 X 20.25 | 45714 | 9940 | 14,852.35 | 10/5/2005 |
| 550028864 | 174-3396-77 | 62152 | 1210-5417 | 1013-9616 | 13916 | CA21  .06 X 27.75 | 45715 | 3490 | 5,214.76 | 10/5/2005 |
| 550028857 | 174-3397-27 | 62153 | 1210-5417 | 1013-9616 | 14181 | CA49  .07 X 18.5 | 45436 | 5720 | 8,546.82 | 10/5/2005 |
| 550028871 | 174-3398-45 | 62156 | 1210-5417 | 1013-9616 | 12118 | CA57  .012 X 1.948 | 45712 | 21110 | 33,020.26 | 10/5/2005 |
| | | | | | | | | 74910 | 115,287.02 | **10/5/2005 Total** |
| 550028871 | 174-3396-23 | 62243 | 1210-5417 | 1013-9616 | 12120 | CA58  .0098 X 1.923 | 45720 | 12365 | 19,341.33 | 10/6/2005 |
| 550028871 | 174-3396-33 | 62244 | 1210-5417 | 1013-9616 | 12495 | CAB1  .0129 X 2.775 | 45719 | 10300 | 16,111.26 | 10/6/2005 |
| 550028857 | 174-3397-27 | 62245 | 1210-5417 | 1000-6765 | 14181 | CA49  .07 X 18.5 | 45439 | 2795 | 4,176.29 | 10/6/2005 |
| 550028857 | 174-3397-45 | 62246 | 1210-5417 | 1000-6765 | 14724 | CA24  .10 X 16.6 | 45437 | 2450 | 3,660.79 | 10/6/2005 |
| 550028864 | 174-3397-55 | 62247 | 1210-5417 | 1013-9616 | 80628 | CA21  .06 X 30.352 | 45726 | 3915 | 5,849.79 | 10/6/2005 |
| 550028857 | 174-3397-69 | 62248 | 1210-5417 | 1000-6765 | 80651 | CA24  .125 X 19.25 | 45438 | 4200 | 6,275.64 | 10/6/2005 |
| 550038402 | 174-3397-95 | 62249 | 1210-5417 | 1013-9616 | 80663 | CA31  .05 X 36.13 | 45724 | 4730 | 7,067.57 | 10/6/2005 |
| 550028871 | 174-3398-37 | 62250 | 1210-5417 | 1013-9616 | 12112 | CA57  .0098 X 1.256 | 45717 | 11545 | 18,058.69 | 10/6/2005 |
| 550028871 | 174-3398-37 | 62251 | 1210-5417 | 1013-9616 | 12112 | CA57  .0098 X 1.256 | 45723 | 7340 | 11,481.23 | 10/6/2005 |
| 550028871 | 174-3398-45 | 62255 | 1210-5417 | 1013-9616 | 12118 | CA57  .012 X 1.948 | 45718 | 27185 | 42,522.78 | 10/6/2005 |
| 550028871 | 174-3398-45 | 62256 | 1210-5417 | 1013-9616 | 12118 | CA57  .012 X 1.948 | 45721 | 15380 | 24,057.40 | 10/6/2005 |
| 550028871 | 174-3398-59 | 62259 | 1210-5417 | 1013-9616 | 12593 | CA57  .0126 X 2.633 | 45722 | 9150 | 14,312.43 | 10/6/2005 |
| 550028864 | 174-3399-15 | 62260 | 1210-5417 | 1013-9616 | 13916 | CA21  .06 X 27.75 | 45725 | 6620 | 9,891.60 | 10/6/2005 |
| | | | | | | | | 117975 | 182,806.80 | **10/6/2005 Total** |
| 550028871 | 174-3396-13 | 62363 | 1210-5417 | 1013-9616 | 12103 | VBS7  .0109 X 1.948 | 45727 | 3875 | 6,061.28 | 10/7/2005 |
| 550028871 | 174-3396-23 | 62364 | 1210-5417 | 1013-9616 | 12120 | CA58  .0098 X 1.923 | 45728 | 11975 | 18,731.30 | 10/7/2005 |
| 550028871 | 174-3396-23 | 62365 | 1210-5417 | 1013-9616 | 12120 | CA58  .0098 X 1.923 | 45735 | 11415 | 17,855.34 | 10/7/2005 |
| 550028871 | 174-3396-31 | 62366 | 1210-5417 | 1013-9616 | 12491 | CA11  .0126 X 1.948 | 45734 | 5255 | 8,219.87 | 10/7/2005 |
| 550028871 | 174-3396-33 | 62367 | 1210-5417 | 1013-9616 | 12495 | CAB1  .0129 X 2.775 | 45731 | 5380 | 8,415.40 | 10/7/2005 |
| 550028864 | 174-3396-85 | 62368 | 1210-5417 | 1013-9616 | 13917 | CA31  .06 X 31.32 | 45739 | 4025 | 6,014.16 | 10/7/2005 |
| 550028857 | 174-3397-27 | 62369 | 1210-5417 | 1000-6765 | 14181 | CA49  .07 X 18.5 | 45441 | 5760 | 8,606.59 | 10/7/2005 |
| 550028857 | 174-3397-43 | 62370 | 1210-5417 | 1000-6765 | 14722 | CA24  .10 X 14.84 | 45440 | 5010 | 7,485.94 | 10/7/2005 |
| 550028871 | 174-3397-73 | 62371 | 1210-5417 | 1013-9616 | 80653 | CA58  .0098 X 2.928 | 45733 | 4695 | 7,343.92 | 10/7/2005 |
| 550028871 | 174-3398-37 | 62372 | 1210-5417 | 1013-9616 | 12112 | CA57  .0098 X 1.256 | 45729 | 3570 | 5,584.19 | 10/7/2005 |
| 550028871 | 174-3398-37 | 62373 | 1210-5417 | 1013-9616 | 12112 | CA57  .0098 X 1.256 | 45737 | 7430 | 11,622.01 | 10/7/2005 |
| 550028871 | 174-3398-45 | 62375 | 1210-5417 | 1013-9616 | 12118 | CA57  .012 X 1.948 | 45730 | 4860 | 7,602.01 | 10/7/2005 |
| 550028871 | 174-3398-45 | 62376 | 1210-5417 | 1013-9616 | 12118 | CA57  .012 X 1.948 | 45736 | 16305 | 25,504.28 | 10/7/2005 |

## ALCAN ROLLED PRODUCTS - RAVENSWOOD, LLC
## GOODS SUBJECT TO RECLAMATION - SCHEDULE A

| Purchase Order # | PRP Order # | Inv # | Sold To | Ship To | Part # | Description | B/L # | Pounds | Inv Amount | Inv/Ship Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 550038402 | 174-3399-95 | 62380 | 1210-5417 | 1013-9616 | 80663 | CA31  .05 X 36.13 | 45738 | 9500 | 14,194.90 | 10/7/2005 |
| 550028871 | 174-3400-29 | 62381 | 1210-5417 | 1013-9616 | 12498 | CA11  .0129 X 2.775 | 45732 | 5135 | 8,032.17 | 10/7/2005 |
| | | | | | | | | 104190 | 161,273.36 | **10/7/2005 Total** |
| | | | | | | | | 830140 | 1,267,248.31 | **Grand Total** |

Sold to:
**Delphi Thermal Systems - ACG**
**Disbursement Analysis Center**
**P. O. Box 436040**
**Pontiac, MI  48343**

Ship to: 1013-9616
**Lockcity Whse-Delphi Thermal Sys**
**Plant #2 Dept 333 Bldg 7**
**West Plant**
**Locport, NY  14094**

All invoices are sent via EDI - Nothing is Mailed

1000-6765
**Lockcity Whse for**
**Delphi Thermal Systems**
**Plant 5 Dept 733 Bldg 8**
**Lockport, NY  14094**

1212-3727
**Delphi Thermal & Interior**
**32 Celebrity Wagon**
**CICSO #37009**
**El Paso, TX  79906**

# CERTIFICATE OF SERVICE

I, Andrew S. Nicoll, an attorney, hereby certify that on October 20, 2005, I served a copy of the **Notice Of Reclamation Demand Of Alcan Rolled Products-Ravenswood, LLC** on the following party by depositing the same in the United States mail at One IBM Plaza, Chicago, IL with First Class postage prepaid:

>John Wm. Butler, Jr., Esquire
>John K. Lyons, Esquire
>Ron E. Meisler, Esquire
>Skadden, Arps, Slate, Meagher & Flom LLP
>333 West Wacker Drive, Suite 2100
>Chicago, IL 60606

>*/s/ Andrew S. Nicoll*
>Andrew S. Nicoll

3

CHICAGO_1323365_1