UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
In re:                                              :    Chapter 11
                                                    :
DELPHI CORP., *et al.*,                             :    Case No. 05-44481 (RDD)
                                                    :
                              Debtors.              :    (jointly administrated)
-------------------------------------------------- x

# APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Deirdre A. Martini, United States Trustee (the "United States Trustee"), under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following creditors to the committee of unsecured creditors in the above-entitled case:

1. Electronic Data Systems Corp.
   5505 Corporate Drive MSIA
   Troy, MI 48098
   Attention: Michael Nefkens
   Phone: 248.696.1729

2. General Electric Company
   One Plastics Avenue
   Pittsfield, MA 01201
   Attention: Valerie Venable
   Phone: 704.992.5075

3. Flextronics International Asia-Pacific, Ltd.
   c/o Flextronics International USA, Inc.
   2090 Fortune Drive
   San Jose, CA 95131
   Attention: Paul W. Anderson
   Phone: 408.428.1308

4. IUE-CWA
   2360 W. Dorothy Lane, Suite 201
   Dayton, Ohio 45439
   Attention: Henry Reichard
   Phone: 937.294.7813

5.     Capital Research and Management Company
    11100 Santa Monica Blvd., 15th Floor
    Los Angeles, CA 90025
    Attention: Michelle Robson
    Phone: 310.996.6140

6.     Wilmington Trust Company, as Indenture Trustee
    Rodney Square North
    1100 North Market Street
    Wilmington, DE 19890
    Attention: Steven M. Cimalore
    Phone: 302.636.6058

7.     Freescale Semiconductor, Inc.
    6501 William Cannon Drive West
    MD: OE16
    Austin, TX 78735
    Attention: Richard Lee Chambers, III
    512.895.6357

Dated: New York, NY
       October 17, 2005

                                DEIRDRE A. MARTINI
                                UNITED STATES TRUSTEE

              By:    /s/ Alicia M. Leonhard
                      Alicia M. Leonhard (AML-6060)
                      Attorney

                      33 Whitehall Street
                      21st Floor
                      New York, New York 10004-2112
                      Tel. No. (212) 510-0500
                      Fax. No. (212) 668-2255