BARNES & THORNBURG LLP
Attorneys for Gibbs Die Casting Corporation
11 S. Meridian Street
Indianapolis, IN 46204
Telephone (317) 236-1313
Facsimile (317) 231-7433
Michael K. McCrory (MKM 1287) *pro hac vice*
michael.mccrory@btlaw.com
Wendy D. Brewer (WDB 1158) *pro hac vice*
wendy.brewer@btlaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 Case |
| DELPHI CORPORATION, *et al*. | No. 05-44481 |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**
*Docket No. 455*

The undersigned hereby certifies that the *Limited Objection of Gibbs Die Casting Corporation to Motion for Order Under 11 U.S.C. §§ 105, 361, 362, 363, 364(c), 364(d) and 364(e) and Fed. R. Bankr. P. 2002, 4001, and 9014 (I) Authorizing Debtors to Obtain Secured Postpetition Financing on Superpriority Secured and Priming Basis, (II) Authorizing Use of Cash Collateral, (III) Granting Adequate Protection to Prepetition Secured Lenders, (IV) Granting Interim Relief, and (V) Scheduling a Final Hearing under Fed. R. Bankr. P. 4001(b) and (c), and Request for Adequate Protection of Pre-Petition Setoff and Statutory Lien Rights* [Docket No. 455] filed by Gibbs Die Casting Corporation was served on the following parties in the methods identified on the attached Exhibit A on the 20th day of October, 2005.

                        /s/Wendy D. Brewer
                        Wendy D. Brewer
                        Barnes & Thornburg LLP
                        11 S. Meridian Street
                        Indianapolis, IN 46204
                        wendy.brewer@btlaw.com

**EXHIBIT A**

**By Electronic Mail to the following:**

David B. Aaronson    david.aaronson@dbr.com,

Elizabeth Abdelmasieh    eabdelmasieh@nmmlaw.com

Jason R. Adams    jadams@torys.com,

Jennifer L. Adamy    bankruptcy@goodwin.com,

William J. Barrett    william.barrett@bfkpn.com,

David S. Barritt    barritt@chapman.com,

W. Robinson Beard    jkirk@stites.com,

Jeffrey Bernstein    jb@carpben.com, ssolazzo@carpben.com

Charles E. Boulbol    rtrack@msn.com,

Wendy D. Brewer    wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com

Timothy W. Brink    tbrink@lordbissell.com,

James L. Bromley    maofiling@cgsh.com

Deborah M. Buell    maofiling@cgsh.com,

John Wm. Butler    jbutler@skadden.com

Aaron R. Cahn    cahn@clm.com

Madison L. Cashman    nashvillebankruptcyfilings@stites.com,

Maria E. Chavez-Ruark    maria.ruark@dlapiper.com, richard.kremen@dlapiper.com

Susan M. Cook    smcook@lambertleser.com,

Michael G. Cruse    mcruse@wnj.com,

Jeffry A. Davis    jeffdavis@graycary.com,

Gerard DiConza    gdiconza@dlawpc.com

Robert W. Dremluk    rdremluk@seyfarth.com,

rlauter@seyfarth.com,etrybantelser@cityofchicago.org,pbaisier@seyfarth.com

2

Judith Elkin    judith.elkin@haynesboone.com

Alyssa Englund    aenglund@orrick.com,

Robert Michael Farquhar    mfarquhar@winstead.com,

Charles J. Filardi    cfilardi@pepehazard.com

Edward M. Fox    efox@klng.com

Timothy A. Fusco    fusco@millercanfield.com,

Thomas M. Gaa    tgaa@bbslaw.com, clee@bbslaw.com

Yann Geron    nybkfilings@foxrothschild.com, ygeron@foxrothschild.com

Robert C. Goodrich    nashvillebankruptcyfilings@stites.com,

Warren R. Graham    wrg@dmlegal.com, ak@dmlegal.com;cfs@dmlegal.com

Gary E. Green    ggreen@fagelhaber.com,

John T. Gregg    jgregg@btlaw.com,

Jonathan P. Guy    jpguy@swidlaw.com,

Michael Leo Hall    mhall@burr.com

Alan D. Halperin    ahalperin@halperinlaw.net,

cbattaglia@halperinlaw.net;eganc@halperinlaw.net;cmitchell@halperinlaw.net

Brian W. Harvey    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

William Heuer    wheuer@morganlewis.com,

Jeannette Eisan Hinshaw    jhinshaw@boselaw.com, pdidandeh@boselaw.com

Shannon E. Hoff    shoff@burr.com

Hilary Jewett    hjewett@foley.com,

Roger G. Jones    rjones@bccb.com,

Andrew C. Kassner    andrew.kassner@dbr.com

Alan M. Koschik    akoschik@brouse.com,

Lawrence J. Kotler    ljkotler@duanemorris.com,

3

Darryl S. Laddin     bkrfilings@agg.com

David E. Lemke     david.lemke@wallerlaw.com, cathy.thomas@wallerlaw.com; chris.cronk@wallerlaw.com; robert.welhoelter@wallerlaw.com; wallerbankruptcy@wallerlaw.

Ira M. Levee     ilevee@lowenstein.com

Jeffrey M. Levinson     jml@ml-legal.com,

John S. Mairo     jsmairo@pbnlaw.com

Kayalyn A. Marafioti     kmarafio@skadden.com, jharring@skadden.com

Thomas J. Matz     tmatz@skadden.com

Daniel P. Mazo     dpm@curtinheefner.com,

Michael K. McCrory     michael.mccrory@btlaw.com, vance.donahue@btlaw.com

Austin L. McMullen     amcmulle@bccb.com,

Patrick E. Mears     patrick.mears@btlaw.com

Derek F. Meek     dmeek@burr.com

Robert N. Michaelson     rmichaelson@kl.com

Kathleen M. Miller     kmm@skfdelaware.com, tlc@skfdelaware.com

Alan K. Mills     amills@btlaw.com

Joseph Thomas Moldovan     bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com

James P. Moloy     jmoloy@dannpecar.com,

Audrey E. Moog     amoog@hhlaw.com,

Brian F. Moore     bmoore@mccarter.com,

Alisa Mumola     alisa@contrariancapital.com,

Lauren Newman     lnewman@fagelhaber.com,

Ingrid S. Palermo     ipalermo@hselaw.com

Lowell Peterson     lpeterson@msek.com

Alex Pirogovsky     apirogovsky@uhlaw.com

Constantine Pourakis     cp@stevenslee.com

Steven J. Reisman     sreisman@cm-p.com, athau@cm-p.com;jdecristofaro@cm-p.com; jbarucha@cm-p.com; webmaster@docketware.com; mharwood@cm-p.com; kparker@cm-p.com

Kenneth A. Reynolds     kar@pryormandelup.com,

Geoffrey A. Richards     grichards@kirkland.com,

Craig Philip Rieders     crieders@gjb-law.com; gisabelle@gjb-law.com, gisabelle@gjb-law.com; bamron@gjblaw.com

Sandra A. Riemer     sriemer@phillipsnizer.com, mfay@phillipsnizer.com

Scott D. Rosen     srosen@cb-shea.com,

Robert B. Rubin     brubin@burr.com

Diane W. Sanders     austin.bankruptcy@publicans.com,

Thomas P. Sarb     ecfsarbt@millerjohnson.com

Jay Selanders     selanders@danielsandkaplan.com,

Mark A. Shaiken     mshaiken@stinsonmoheck.com, dcurran@stinsonmoheck.com;mjerde@stinsonmoheck.com;mleahy@stinsonmoheck.com; bpryor@stinsonmoheck.com;

Andrea Sheehan     sheehan@txschoollaw.com, greiner@txschoollaw.com ashee1@yahoo.com

Sam O. Simmerman     sosimmerman@kwgd.com, mhelmick@kwgd.com

Marc P. Solomon     msolomon@burr.com

Brian D. Spector     bspector@selawfirm.com, kdillon@selawfirm.com

James M. Sullivan     jmsullivan@mwe.com, llopez@mwe.com

Robert Szwajkos     rsz@curtinheefner.com,

Gordon J. Toering     gtoering@wnj.com

Laura L. Torrado     ltorrado@bear.com, msussman@bear.com

Raymond J. Urbanik     rurbanik@munsch.com,

5

Robert Usadi     rusadi@cahill.com,

Joseph J. Vitale     jvitale@cwsny.com,

Michael D. Warner     bankruptcy@warnerstevens.com

Robert K. Weiler     rweiler@greenseifter.com, lellis@greenseifter.com

Elizabeth Weller     dallas.bankruptcy@publicans.com

Robert A White     rwhite@murthalaw.com,

Stephen L. Yonaty     syonaty@hodgsonruss.com,


**By Federal Express to the following:**

John Wm. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom, LLP
333 W. Wacker Drive
Chicago, IL 60606

Donald S. Bernstein, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Alicia M. Leonhard, Esq.
Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004

Douglas P. Bartner, Esq.
Shearman & Sterling, LLP
599 Lexington Avenue
New York, NY 10022

Kenneth S. Ziman, Esq.
Robert H. Trust, Esq.
Simpson Thacher & Bartlett, LLP
425 Lexington Avenue
New York, NY 10017

**By U.S. Mail to the following:**

Mark I Bane
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Glenn P. Berger
Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016

Patrick M. Costello
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palto Alto, CA 94306

Gary H. Cunningham
Kramer Mellen, P.C.
3000 Town Center, Ste. 1700
Southfield, MI 48075-1277

6

Gary H. Cunningham
Strobl Cunningham & Sharp, P.C.
300 E. Long Lake Road, Suite 200
Bloomingfield Hills, MI

Craig Alan Damast
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174

Elizabeth K. Flaagan
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203

Mark T. Flewelling
Anglin, Flewelling, Rasmussen, Campbell
& Trytten LLP
199 South Los Robles Avenue, Suite 600
Pasadena, CA 91101

Ira P. Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Scott R. Goldberg
Quarles & Brady Streich Lang, LLP
One Renaissance Sq.
2 N. Central Avenue
Phoenix, AZ 85004-2391

Stephen H. Gross
Hodgson Russ LLP
Carnegie Hall Tower
152 West 57th Street, 35th Floor
New York, NY 10019

Thomas H. Keyse
1700 Lincoln Street
Suite 4000
Denver, CO 80203

Steve Kieselstein
Kieselstein LawFirm, PLLC
43 British American Boulevard
Latham, NY 12110

Jill Levi
Todd & Levi, LLP
444 Madison Avenue
New York, NY 10022

Jacob A. Manheimer
Pierce Atwood
One Monument Square
Portland, ME 04101

Timothy S. McFadden
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, IL 60603

Sandra A. Reimer
666 Fifth Avenue
New York, NY 10103

Kenneth A. Reynolds
Pryor & Madelup, LLP
675 Old Country Road
Westbury, NY 11590

Harold Ritvo
Harold Ritvo, P.C.
One University Plaza
Hackensack, NJ 07601

Lawrence M. Schwab
BIALSON, BERGEN & SCHWAB, Esq.
2600 El Camino Real
Suite 300
Palto Alto, CA 94306

Bryan I. Schwartz
Levenfeld Pearlstein LLC
2 North LaSalle Street
Suite 1300
Chicago, IL 60602

7

Robert J. Sidman
Vorys, Sater, Seymour and Pease, LLP
52 East Gay Street
Columbus, OH 43216-1008

Mark R. Somerstein
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10178

Shmuel Vasser
Edwards &Angell, LLP
750 Lexington Avenue
New York, NY 10022