JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350
Ronald R. Peterson (RP 5430)
Andrew S. Nicoll (AN 9687)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- X
In re                                                : Chapter 11
                                                     :
DELPHI CORPORATION, et al.,                          : Case No. 05-44481 (RDD)
                                                     :
                           Debtors.                  : (Jointly Administered)
--------------------------------------------------------- X

## NOTICE OF RECLAMATION DEMAND OF
## SPX CORPORATION (CONTECH DIVISION)

**PLEASE TAKE NOTICE** that two different written reclamation demands (the "SPX Demands") were served on October 14, 2005, by SPX Corporation (Contech Division) on the above-captioned Debtors and their counsel. A copy of the SPX Demands is attached hereto as Exhibit A and incorporated herein by this reference.

Dated: October 20, 2005

                                       JENNER & BLOCK LLP
                                       Counsel to SPX Corporation (Contech Division)


                                       By:  */s/ Ronald R. Peterson*
                                             Ronald R. Peterson (RP 5430)
                                             One IBM Plaza
                                             Chicago IL, 60611
                                             (312) 222-9350

# EXHIBIT A

CHICAGO_1325369_1

October 14, 2005



*SPX Corporation*
*8001 Angling Road, Suite 2C*
*Portage, MI 49024*
*Phone: 269-327-9990*
*Fax: 269-327-9993*

**VIA TELECOPY and FEDERAL EXPRESS**

Delphi Saginaw Steering Systems
Delphi Corporation
3900 E. Holland Rd.
Saginaw, MI 48601-9494

Attn: Karrie Baskins

Robert J. Dellinger
Executive Vice President, Chief Financial Officer
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098-2815

Delphi Automotive Systems LLC, acting
through its Saginaw Division
3900 E. Holland Rd.
Saginaw, MI 48601-9494

Attn: Karrie Baskins

Re: Reclamation of Goods

To Whom It May Concern:

On October 8, 2005, Delphi Corporation and certain of its affiliates filed a petition for relief under Chapter 11 of Title 11 of the United States Code. Pursuant to 11 U.S.C. § 546(c) and Section 2-702 of the Uniform Commercial Code and applicable state law, SPX Corporation (Contech Division) hereby revokes the credit terms of sales of goods made to you. The goods subject to this reclamation notice include, but are not limited to, those set forth on the attached list (Schedule A).

We demand that you immediately segregate all of the goods which we have sold to you or allow us to take an inventory of the product we have sold to you for purposes of determining the goods subject to reclamation as of the petition date. We further demand that you either

return these goods to us or allow and pay the amounts due as an administrative claim in accordance with Section 546(c) of the Bankruptcy Code or in such manner as the Bankruptcy Court's Reclamation Order, if any, directs.

We do not intend this letter to violate the automatic stay provided for in 11 U.S.C. § 362. Instead, it is intended to be in the nature of the type of notice provided for in 11 U.S.C. § 546(c).

SPX Corporation (Contech Division) reserves its right to supplement this reclamation notice.

Very truly yours,

SPX Corporation (Contech Division)

BY: Earl R. Lietzau

cc: Ronald R. Peterson, Esq.
John Wm Butler, Esq.

EXHIBIT A

**Reclamation of Goods**
**Delphi Saginaw Steering Systems**
**Shipments from September 20, 2005 through Ocotober 7, 2005**

| SHIP DATE | PACKING SLIP # | PART # | QUANITITY | DELPHI PLT DESTINATION | DELPHI PO # |
|---|---|---|---|---|---|
| 9/20/2005 | 1117998 | 26114621 | 198 | PLT 7 | S2S51750 |
| 9/21/2005 | 1118023 | 26114621 | 185 | PLT 7 | S2S53178 |
| 9/22/2005 | 1118045 | 26114621 | 792 | PLT 7 | S2S53178 |
| 9/23/2005 | 1118059 | 26114621 | 96 | PLT 7 | S2S53178 |
| 9/20/2005 | 1117998 | 7812145 | 2,880 | PLT 7 | SAG9010756 |
| 9/21/2005 | 1118023 | 7812145 | 2,880 | PLT 7 | SAG9010756 |
| 9/21/2005 | 1118024 | 26031034 | 3,456 | PLT 21 | SAG9010756 |
| 9/22/2005 | 1118045 | 7812145 | 2,880 | PLT 7 | SAG9010756 |
| 9/23/2005 | 1118059 | 7812145 | 2,880 | PLT 7 | SAG9010756 |
| 9/26/2005 | 1118076 | 26052808 | 864 | PLT 6 | SAG9010756 |
| 9/26/2005 | 1118077 | 7812145 | 4,320 | PLT 7 | SAG9010756 |
| 9/26/2005 | 1118089 | 26031034 | 3,264 | PLT 21 | SAG9010756 |
| 9/27/2005 | 1118109 | 7812145 | 2,880 | PLT 7 | SAG9010756 |
| 9/28/2005 | 1118131 | 7812145 | 2,784 | PLT 7 | SAG9010756 |
| 9/29/2005 | 1118148 | 7812145 | 2,880 | PLT 7 | SAG9010756 |
| 9/30/2005 | 1118164 | 7812145 | 2,880 | PLT 7 | SAG9010756 |
| 10/3/2005 | 1118203 | 7812145 | 2,880 | PLT 7 | SAG9010756 |
| 10/3/2005 | 1118204 | 26031034 | 3,456 | PLT 21 | SAG9010756 |
| 10/4/2005 | 1118225 | 7812145 | 2,880 | PLT 7 | SAG9010756 |
| 10/5/2005 | 1118236 | 26052808 | 864 | PLT 6 | SAG9010756 |
| 10/5/2005 | 1118237 | 7812145 | 1,440 | PLT 7 | SAG9010756 |
| 10/6/2005 | 1118256 | 7810890 | 1,944 | PLT 7 | SAG9010756 |
| 10/6/2005 | 1118256 | 7812145 | 2,880 | PLT 7 | SAG9010756 |
| 10/7/2005 | 1118268 | 7812145 | 1,440 | PLT 7 | SAG9010756 |
| 10/7/2005 | 1118269 | 26031034 | 3,456 | PLT 21 | SAG9010756 |
| 9/20/2005 | 2010561 | 26063655 | 1,344 | PLT 43* | SAG9013778 |
| 9/20/2005 | 2010561 | 26075811 | 1,296 | PLT 43* | SAG9013778 |
| 9/20/2005 | 2010562 | 26086230 | 1,050 | PLT 40* | SAG9013778 |
| 9/20/2005 | 2010562 | 26086252 | 1,350 | PLT 40* | SAG9013778 |
| 9/21/2005 | 2010574 | 26086230 | 1,050 | PLT 40* | SAG9013778 |
| 9/21/2005 | 2010574 | 26086252 | 1,350 | PLT 40* | SAG9013778 |
| 9/22/2005 | 2010581 | 26063655 | 2,016 | PLT 43* | SAG9013778 |
| 9/22/2005 | 2010581 | 26075811 | 1,944 | PLT 43* | SAG9013778 |
| 9/22/2005 | 2010584 | 26086230 | 1,050 | PLT 40* | SAG9013778 |
| 9/22/2005 | 2010584 | 26086252 | 1,350 | PLT 40* | SAG9013778 |
| 9/23/2005 | 2010592 | 26086230 | 1,050 | PLT 40* | SAG9013778 |
| 9/23/2005 | 2010592 | 26086252 | 1,200 | PLT 40* | SAG9013778 |
| 9/26/2005 | 2010601 | 26086230 | 1,200 | PLT 40* | SAG9013778 |
| 9/26/2005 | 2010601 | 26086252 | 1,350 | PLT 40* | SAG9013778 |
| 9/27/2005 | 2010611 | 26063655 | 2,016 | PLT 43* | SAG9013778 |
| 9/27/2005 | 2010611 | 26075811 | 1,944 | PLT 43* | SAG9013778 |
| 9/27/2005 | 2010613 | 26086230 | 1,050 | PLT 40* | SAG9013778 |
| 9/27/2005 | 2010613 | 26086252 | 1,350 | PLT 40* | SAG9013778 |
| 9/28/2005 | 2010623 | 26063655 | 2,688 | PLT 43* | SAG9013778 |
| 9/28/2005 | 2010623 | 26075811 | 2,592 | PLT 43* | SAG9013778 |
| 9/28/2005 | 2010625 | 26086230 | 1,050 | PLT 40* | SAG9013778 |

EXHIBIT A

Reclamation of Goods
Delphi Saginaw Steering Systems
Shipments from September 20, 2005 through Ocotober 7, 2005

| SHIP DATE | PACKING SLIP # | PART # | QUANITITY | DELPHI PLT DESTINATION | DELPHI PO # |
|---|---|---|---|---|---|
| 9/28/2005 | 2010625 | 26086252 | 1,200 | PLT 40* | SAG9013778 |
| 9/29/2005 | 2010630 | 26063655 | 2,688 | PLT 43* | SAG9013778 |
| 9/29/2005 | 2010630 | 26075811 | 2,592 | PLT 43* | SAG9013778 |
| 9/29/2005 | 2010632 | 26086230 | 1,050 | PLT 40* | SAG9013778 |
| 9/29/2005 | 2010632 | 26086252 | 1,200 | PLT 40* | SAG9013778 |
| 9/30/2005 | 2010642 | 26086230 | 1,050 | PLT 40* | SAG9013778 |
| 9/30/2005 | 2010642 | 26086252 | 1,350 | PLT 40* | SAG9013778 |
| 10/3/2005 | 2010649 | 26086230 | 1,050 | PLT 40* | SAG9013778 |
| 10/3/2005 | 2010649 | 26086252 | 1,200 | PLT 40* | SAG9013778 |
| 10/4/2005 | 2010655 | 26063655 | 2,688 | PLT 43* | SAG9013778 |
| 10/4/2005 | 2010655 | 26075811 | 2,592 | PLT 43* | SAG9013778 |
| 10/4/2005 | 2010658 | 26086230 | 1,050 | PLT 40* | SAG9013778 |
| 10/5/2005 | 2010663 | 26086252 | 1,200 | PLT 40* | SAG9013778 |
| 10/5/2005 | 2010664 | 26086230 | 1,050 | PLT 40* | SAG9013778 |
| 10/5/2005 | 2010664 | 26086252 | 1,200 | PLT 40* | SAG9013778 |
| 10/5/2005 | 2010665 | 26063655 | 2,688 | PLT 43* | SAG9013778 |
| 10/5/2005 | 2010665 | 26075811 | 2,592 | PLT 43* | SAG9013778 |
| 10/6/2005 | 2010673 | 26063655 | 2,688 | PLT 43* | SAG9013778 |
| 10/6/2005 | 2010673 | 26075811 | 2,592 | PLT 43* | SAG9013778 |
| 10/6/2005 | 2010677 | 26086230 | 1,050 | PLT 40* | SAG9013778 |
| 10/6/2005 | 2010677 | 26086252 | 1,350 | PLT 40* | SAG9013778 |
| 10/7/2005 | 2010688 | 26086230 | 1,050 | PLT 40* | SAG9013778 |
| 10/7/2005 | 2010688 | 26086252 | 1,200 | PLT 40* | SAG9013778 |
| 9/20/2005 | 5006530 | 26060491 | 1,080 | PLT 6 | SAG9015531 |
| 9/21/2005 | 5006533 | 26060491 | 1,296 | PLT 6 | SAG9015531 |
| 9/22/2005 | 5006536 | 26060491 | 1,224 | PLT 6 | SAG9015531 |
| 9/23/2005 | 5006540 | 26060491 | 1,152 | PLT 6 | SAG9015531 |
| 9/26/2005 | 5006543 | 26060491 | 1,800 | PLT 6 | SAG9015531 |
| 9/27/2005 | 5006548 | 26060491 | 1,950 | PLT 6 | SAG9015531 |
| 9/28/2005 | 5006551 | 26060491 | 1,008 | PLT 6 | SAG9015531 |
| 9/29/2005 | 5006554 | 26060491 | 1,152 | PLT 6 | SAG9015531 |
| 10/3/2005 | 5006564 | 26060491 | 1,080 | PLT 6 | SAG9015531 |
| 10/4/2005 | 5006568 | 26060491 | 936 | PLT 6 | SAG9015531 |
| 10/5/2005 | 5006571 | 26060491 | 936 | PLT 6 | SAG9015531 |
| 10/6/2005 | 5006580 | 26060491 | 936 | PLT 6 | SAG9015531 |
| 10/7/2005 | 5006582 | 26060491 | 936 | PLT 6 | SAG9015531 |
| 9/20/2005 | 2010555 | 26063655 | 3,240 | PLT 6 | SAG9015588 |
| 9/20/2005 | 2010556 | 26036315 | 750 | PLT 6 | SAG9015588 |
| 9/20/2005 | 2010556 | 26075811 | 5,184 | PLT 6 | SAG9015588 |
| 9/20/2005 | 2010556 | 26079060 | 1,200 | PLT 6 | SAG9015588 |
| 9/20/2005 | 2010557 | 26063655 | 2,160 | PLT 6 | SAG9015588 |
| 9/20/2005 | 2010558 | 26036318 | 120 | PLT 6 | SAG9015588 |
| 9/20/2005 | 2010558 | 26063970 | 432 | PLT 6 | SAG9015588 |
| 9/20/2005 | 2010558 | 26075811 | 2,592 | PLT 6 | SAG9015588 |
| 9/20/2005 | 2010558 | 26079060 | 1,200 | PLT 6 | SAG9015588 |
| 9/20/2005 | 2010559 | 26105301 | 144 | PLT 32 | SAG9015588 |
| 9/21/2005 | 2010564 | 26036315 | 1,350 | PLT 6 | SAG9015588 |
| 9/21/2005 | 2010564 | 26075811 | 5,184 | PLT 6 | SAG9015588 |

EXHIBIT A

Reclamation of Goods
Delphi Saginaw Steering Systems
Shipments from September 20, 2005 through Ocotober 7, 2005

| SHIP DATE | PACKING SLIP # | PART # | QUANITITY | DELPHI PLT DESTINATION | DELPHI PO # |
|---|---|---|---|---|---|
| 9/21/2005 | 2010564 | 26079060 | 1,200 | PLT 6 | SAG9015588 |
| 9/21/2005 | 2010565 | 26063655 | 3,240 | PLT 6 | SAG9015588 |
| 9/21/2005 | 2010566 | 26063655 | 2,160 | PLT 6 | SAG9015588 |
| 9/21/2005 | 2010567 | 26036318 | 240 | PLT 6 | SAG9015588 |
| 9/21/2005 | 2010567 | 26075811 | 3,888 | PLT 6 | SAG9015588 |
| 9/21/2005 | 2010567 | 26079060 | 1,200 | PLT 6 | SAG9015588 |
| 9/21/2005 | 2010568 | 26105301 | 216 | PLT 32 | SAG9015588 |
| 9/21/2005 | 2010569 | 26089885 | 660 | PLT 7 | SAG9015588 |
| 9/21/2005 | 2010571 | 26063655 | 2,016 | PLT 43* | SAG9015588 |
| 9/21/2005 | 2010571 | 26075811 | 1,944 | PLT 43* | SAG9015588 |
| 9/21/2005 | 2010572 | 26105382 | 2,016 | PLT 12 | SAG9015588 |
| 9/21/2005 | 2010573 | 26110396 | 3,888 | PLT 43* | SAG9015588 |
| 9/22/2005 | 2010575 | 26063655 | 3,240 | PLT 6 | SAG9015588 |
| 9/22/2005 | 2010576 | 26036315 | 750 | PLT 6 | SAG9015588 |
| 9/22/2005 | 2010576 | 26075811 | 3,888 | PLT 6 | SAG9015588 |
| 9/22/2005 | 2010576 | 26079060 | 1,200 | PLT 6 | SAG9015588 |
| 9/22/2005 | 2010577 | 26089885 | 440 | PLT 7 | SAG9015588 |
| 9/22/2005 | 2010578 | 26063655 | 2,160 | PLT 6 | SAG9015588 |
| 9/22/2005 | 2010579 | 26036318 | 120 | PLT 6 | SAG9015588 |
| 9/22/2005 | 2010579 | 26075811 | 3,888 | PLT 6 | SAG9015588 |
| 9/22/2005 | 2010579 | 26079060 | 1,020 | PLT 6 | SAG9015588 |
| 9/22/2005 | 2010580 | 26105301 | 432 | PLT 32 | SAG9015588 |
| 9/23/2005 | 2010585 | 26063655 | 3,240 | PLT 6 | SAG9015588 |
| 9/23/2005 | 2010586 | 26036315 | 750 | PLT 6 | SAG9015588 |
| 9/23/2005 | 2010586 | 26063970 | 432 | PLT 6 | SAG9015588 |
| 9/23/2005 | 2010586 | 26075811 | 3,888 | PLT 6 | SAG9015588 |
| 9/23/2005 | 2010586 | 26079060 | 1,200 | PLT 6 | SAG9015588 |
| 9/23/2005 | 2010587 | 26105301 | 360 | PLT 32 | SAG9015588 |
| 9/23/2005 | 2010588 | 26063655 | 2,160 | PLT 6 | SAG9015588 |
| 9/23/2005 | 2010589 | 26036318 | 120 | PLT 6 | SAG9015588 |
| 9/23/2005 | 2010589 | 26075811 | 3,888 | PLT 6 | SAG9015588 |
| 9/23/2005 | 2010589 | 26079060 | 480 | PLT 6 | SAG9015588 |
| 9/23/2005 | 2010590 | 26079060 | 240 | PLT 6 | SAG9015588 |
| 9/23/2005 | 2010591 | 26105382 | 2,016 | PLT 12 | SAG9015588 |
| 9/23/2005 | 2010593 | 26079060 | 240 | PLT 6 | SAG9015588 |
| 9/26/2005 | 2010594 | 26063655 | 3,240 | PLT 6 | SAG9015588 |
| 9/26/2005 | 2010595 | 26036315 | 750 | PLT 6 | SAG9015588 |
| 9/26/2005 | 2010595 | 26063970 | 432 | PLT 6 | SAG9015588 |
| 9/26/2005 | 2010595 | 26075811 | 5,184 | PLT 6 | SAG9015588 |
| 9/26/2005 | 2010595 | 26079060 | 2,100 | PLT 6 | SAG9015588 |
| 9/26/2005 | 2010596 | 26063655 | 3,240 | PLT 6 | SAG9015588 |
| 9/26/2005 | 2010597 | 26036318 | 120 | PLT 6 | SAG9015588 |
| 9/26/2005 | 2010597 | 26075811 | 4,536 | PLT 6 | SAG9015588 |
| 9/26/2005 | 2010597 | 26079060 | 900 | PLT 6 | SAG9015588 |
| 9/26/2005 | 2010598 | 26089885 | 880 | PLT 7 | SAG9015588 |
| 9/26/2005 | 2010599 | 26105301 | 576 | PLT 32 | SAG9015588 |
| 9/26/2005 | 2010602 | 26110396 | 3,888 | PLT 43* | SAG9015588 |
| 9/26/2005 | 2010604 | 26105382 | 1,008 | PLT 12 | SAG9015588 |
| 9/27/2005 | 2010606 | 26063655 | 3,240 | PLT 6 | SAG9015588 |
| 9/27/2005 | 2010607 | 26063970 | 432 | PLT 6 | SAG9015588 |

EXHIBIT A

## Reclamation of Goods
## Delphi Saginaw Steering Systems
Shipments from September 20, 2005 through Ocotober 7, 2005

| SHIP DATE | PACKING SLIP # | PART # | QUANITITY | DELPHI PLT DESTINATION | DELPHI PO # |
|---|---|---|---|---|---|
| 9/27/2005 | 2010607 | 26075811 | 5,184 | PLT 6 | SAG9015588 |
| 9/27/2005 | 2010607 | 26079060 | 1,200 | PLT 6 | SAG9015588 |
| 9/27/2005 | 2010608 | 26063655 | 2,160 | PLT 6 | SAG9015588 |
| 9/27/2005 | 2010609 | 26075811 | 4,536 | PLT 6 | SAG9015588 |
| 9/27/2005 | 2010609 | 26079060 | 1,140 | PLT 6 | SAG9015588 |
| 9/27/2005 | 2010610 | 26105301 | 576 | PLT 32 | SAG9015588 |
| 9/27/2005 | 2010612 | 26105382 | 1,008 | PLT 12 | SAG9015588 |
| 9/28/2005 | 2010617 | 26063655 | 3,240 | PLT 6 | SAG9015588 |
| 9/28/2005 | 2010618 | 26075811 | 4,536 | PLT 6 | SAG9015588 |
| 9/28/2005 | 2010618 | 26079060 | 1,200 | PLT 6 | SAG9015588 |
| 9/28/2005 | 2010619 | 26063655 | 3,240 | PLT 6 | SAG9015588 |
| 9/28/2005 | 2010620 | 26036318 | 120 | PLT 6 | SAG9015588 |
| 9/28/2005 | 2010620 | 26061142 | 150 | PLT 6 | SAG9015588 |
| 9/28/2005 | 2010620 | 26075811 | 4,536 | PLT 6 | SAG9015588 |
| 9/28/2005 | 2010620 | 26079060 | 1,140 | PLT 6 | SAG9015588 |
| 9/28/2005 | 2010621 | 26089885 | 1,100 | PLT 7 | SAG9015588 |
| 9/28/2005 | 2010624 | 26105382 | 1,008 | PLT 12 | SAG9015588 |
| 9/29/2005 | 2010626 | 26063655 | 3,240 | PLT 6 | SAG9015588 |
| 9/29/2005 | 2010627 | 26063970 | 432 | PLT 6 | SAG9015588 |
| 9/29/2005 | 2010627 | 26075811 | 5,184 | PLT 6 | SAG9015588 |
| 9/29/2005 | 2010627 | 26079060 | 1,200 | PLT 6 | SAG9015588 |
| 9/29/2005 | 2010628 | 26105301 | 144 | PLT 32 | SAG9015588 |
| 9/29/2005 | 2010629 | 26063655 | 3,240 | PLT 6 | SAG9015588 |
| 9/29/2005 | 2010631 | 26105382 | 1,008 | PLT 12 | SAG9015588 |
| 9/29/2005 | 2010633 | 26075811 | 4,536 | PLT 6 | SAG9015588 |
| 9/29/2005 | 2010633 | 26079060 | 1,020 | PLT 6 | SAG9015588 |
| 9/29/2005 | 2010635 | 26110396 | 3,888 | PLT 43* | SAG9015588 |
| 9/30/2005 | 2010636 | 26063655 | 3,240 | PLT 6 | SAG9015588 |
| 9/30/2005 | 2010637 | 26063970 | 432 | PLT 6 | SAG9015588 |
| 9/30/2005 | 2010637 | 26075811 | 4,536 | PLT 6 | SAG9015588 |
| 9/30/2005 | 2010637 | 26079060 | 1,200 | PLT 6 | SAG9015588 |
| 9/30/2005 | 2010638 | 26105301 | 288 | PLT 32 | SAG9015588 |
| 9/30/2005 | 2010639 | 26063655 | 3,240 | PLT 6 | SAG9015588 |
| 9/30/2005 | 2010640 | 26036318 | 120 | PLT 6 | SAG9015588 |
| 9/30/2005 | 2010640 | 26075811 | 4,536 | PLT 6 | SAG9015588 |
| 9/30/2005 | 2010640 | 26079060 | 1,140 | PLT 6 | SAG9015588 |
| 10/3/2005 | 2010643 | 26063655 | 3,240 | PLT 6 | SAG9015588 |
| 10/3/2005 | 2010644 | 26075811 | 5,184 | PLT 6 | SAG9015588 |
| 10/3/2005 | 2010644 | 26079060 | 1,440 | PLT 6 | SAG9015588 |
| 10/3/2005 | 2010645 | 26105301 | 144 | PLT 32 | SAG9015588 |
| 10/3/2005 | 2010646 | 26063655 | 3,240 | PLT 6 | SAG9015588 |
| 10/3/2005 | 2010647 | 26075811 | 4,536 | PLT 6 | SAG9015588 |
| 10/3/2005 | 2010647 | 26079060 | 1,200 | PLT 6 | SAG9015588 |
| 10/3/2005 | 2010651 | 26110396 | 3,888 | PLT 43* | SAG9015588 |
| 10/4/2005 | 2010652 | 26063655 | 6,480 | PLT 6 | SAG9015588 |
| 10/4/2005 | 2010653 | 26036315 | 150 | PLT 6 | SAG9015588 |
| 10/4/2005 | 2010653 | 26075811 | 5,184 | PLT 6 | SAG9015588 |
| 10/4/2005 | 2010653 | 26079060 | 1,200 | PLT 6 | SAG9015588 |
| 10/4/2005 | 2010654 | 26105382 | 1,008 | PLT 12 | SAG9015588 |
| 10/4/2005 | 2010656 | 26105301 | 144 | PLT 32 | SAG9015588 |

EXHIBIT A

## Reclamation of Goods
## Delphi Saginaw Steering Systems
Shipments from September 20, 2005 through Ocotober 7, 2005

| SHIP DATE | PACKING SLIP # | PART # | QUANITITY | DELPHI PLT DESTINATION | DELPHI PO # |
|---|---|---|---|---|---|
| 10/4/2005 | 2010657 | 26075811 | 4,536 | PLT 6 | SAG9015588 |
| 10/4/2005 | 2010657 | 26079060 | 1,140 | PLT 6 | SAG9015588 |
| 10/4/2005 | 2010659 | 26110396 | 3,888 | PLT 43* | SAG9015588 |
| 10/4/2005 | 2010660 | 26105301 | 288 | PLT 32 | SAG9015588 |
| 10/5/2005 | 2010661 | 26063655 | 4,320 | PLT 6 | SAG9015588 |
| 10/5/2005 | 2010662 | 26036315 | 600 | PLT 6 | SAG9015588 |
| 10/5/2005 | 2010662 | 26063970 | 432 | PLT 6 | SAG9015588 |
| 10/5/2005 | 2010662 | 26075811 | 3,888 | PLT 6 | SAG9015588 |
| 10/5/2005 | 2010662 | 26079060 | 1,200 | PLT 6 | SAG9015588 |
| 10/5/2005 | 2010666 | 26063655 | 3,240 | PLT 6 | SAG9015588 |
| 10/5/2005 | 2010667 | 26075811 | 3,888 | PLT 6 | SAG9015588 |
| 10/5/2005 | 2010667 | 26079060 | 1,080 | PLT 6 | SAG9015588 |
| 10/5/2005 | 2010668 | 26089885 | 880 | PLT 7 | SAG9015588 |
| 10/5/2005 | 2010669 | 26105301 | 648 | PLT 32 | SAG9015588 |
| 10/6/2005 | 2010670 | 26063655 | 3,240 | PLT 6 | SAG9015588 |
| 10/6/2005 | 2010672 | 26036315 | 600 | PLT 6 | SAG9015588 |
| 10/6/2005 | 2010672 | 26063970 | 432 | PLT 6 | SAG9015588 |
| 10/6/2005 | 2010672 | 26075811 | 3,888 | PLT 6 | SAG9015588 |
| 10/6/2005 | 2010672 | 26079060 | 1,200 | PLT 6 | SAG9015588 |
| 10/6/2005 | 2010674 | 26063655 | 3,240 | PLT 6 | SAG9015588 |
| 10/6/2005 | 2010675 | 26036318 | 120 | PLT 6 | SAG9015588 |
| 10/6/2005 | 2010675 | 26061142 | 150 | PLT 6 | SAG9015588 |
| 10/6/2005 | 2010675 | 26075811 | 3,888 | PLT 6 | SAG9015588 |
| 10/6/2005 | 2010675 | 26079060 | 1,140 | PLT 6 | SAG9015588 |
| 10/6/2005 | 2010676 | 26105301 | 288 | PLT 32 | SAG9015588 |
| 10/6/2005 | 2010678 | 26110396 | 3,888 | PLT 43* | SAG9015588 |
| 10/7/2005 | 2010679 | 26063655 | 4,320 | PLT 6 | SAG9015588 |
| 10/7/2005 | 2010680 | 26036315 | 600 | PLT 6 | SAG9015588 |
| 10/7/2005 | 2010680 | 26075811 | 5,184 | PLT 6 | SAG9015588 |
| 10/7/2005 | 2010680 | 26079060 | 1,200 | PLT 6 | SAG9015588 |
| 10/7/2005 | 2010682 | 26063655 | 3,240 | PLT 6 | SAG9015588 |
| 10/7/2005 | 2010683 | 26036318 | 120 | PLT 6 | SAG9015588 |
| 10/7/2005 | 2010683 | 26075811 | 4,536 | PLT 6 | SAG9015588 |
| 10/7/2005 | 2010683 | 26079060 | 1,080 | PLT 6 | SAG9015588 |
| 10/7/2005 | 2010684 | 26089885 | 1,320 | PLT 7 | SAG9015588 |
| 10/7/2005 | 2010685 | 26105301 | 360 | PLT 32 | SAG9015588 |
| 10/7/2005 | 2010686 | 26105382 | 1,008 | PLT 12 | SAG9015588 |

* **Mexico Plant**



SPX Corporation
8001 Angling Road, Suite 2C
Portage, MI 49024
Phone: 269-327-9990
Fax: 269-327-9993

October 14, 2005

**VIA TELECOPY and FEDERAL EXPRESS**

Delphi Energy & Chassis Systems
5820 Delphi Drive
Troy, MI 48098

Attn: Matt Walter

Robert J. Dellinger
Executive Vice President, Chief Financial Officer
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098-2815

Delphi Automotive Systems LLC, acting
through its Saginaw Division
3900 E. Holland Rd.
Saginaw, MI 48601-9494

Attn: Karrie Baskins

Re: Reclamation of Goods

To Whom It May Concern:

On October 8, 2005, Delphi Corporation and certain of its affiliates filed a petition for relief under Chapter 11 of Title 11 of the United States Code. Pursuant to 11 U.S.C. § 546(c) and Section 2-702 of the Uniform Commercial Code and applicable state law, SPX Corporation (Contech Division) hereby revokes the credit terms of sales of goods made to you. The goods subject to this reclamation notice include, but are not limited to, those set forth on the attached list (Schedule A).

We demand that you immediately segregate all of the goods which we have sold to you or allow us to take an inventory of the product we have sold to you for purposes of determining the goods subject to reclamation as of the petition date. We further demand that you either

return these goods to us or allow and pay the amounts due as an administrative claim in accordance with Section 546(c) of the Bankruptcy Code or in such manner as the Bankruptcy Court's Reclamation Order, if any, directs.

We do not intend this letter to violate the automatic stay provided for in 11 U.S.C. § 362. Instead, it is intended to be in the nature of the type of notice provided for in 11 U.S.C. § 546(c).

SPX Corporation (Contech Division) reserves its right to supplement this reclamation notice.

Very truly yours,

SPX Corporation (Contech Division)

*[signature]*

BY: Earl R. Lietzau, Vice-President

cc: Ronald R. Peterson, Esq.
John Wm Butler, Esq.

]

# EXHIBIT A

### Reclamation of Goods
### Delphi Energy & Chassis Systems
### Shipments from September 20, 2005 through Ocotober 7, 2005

| SHIP DATE | PACKING SLIP # | PART # | QUANITITY | DELPHI PLT DESTINATION | DELPHI PO # |
|---|---|---|---|---|---|
| 9/20/2005 | 6017220 | 18079447 | 2,160 | CHASSIS | 550057261 |
| 10/4/2005 | 6017365 | 18079447 | 2,640 | CHASSIS | 550057261 |
| 9/20/2005 | 6017220 | 18079448 | 2,160 | CHASSIS | 550057263 |
| 10/4/2005 | 6017365 | 18079448 | 2,640 | CHASSIS | 550057263 |

\* Mexico Plant

## **CERTIFICATE OF SERVICE**

I, Andrew S. Nicoll, an attorney, hereby certify that on October 20, 2005, I served a copy of the **Notice Of Reclamation Demand Of SPX Corporation (Contech Division)** on the following party by depositing the same in the United States mail at One IBM Plaza, Chicago, IL with First Class postage prepaid:

>John Wm. Butler, Jr., Esquire
>John K. Lyons, Esquire
>Ron E. Meisler, Esquire
>Skadden, Arps, Slate, Meagher & Flom LLP
>333 West Wacker Drive, Suite 2100
>Chicago, IL 60606

>*/s/ Andrew S. Nicoll*
>Andrew S. Nicoll

3