AJAMIE LLP
Wallace A. Showman (WS-0881)
1350 Ave. of the Americas, 29th Floor
New York, NY 10019
(212) 246-6820
(212) 581-8958 fax
wshowman@ajamie.com

711 Louisiana, Suite 2150
Houston, TX  77002
(713) 860-1600
(713) 860-1699 fax

Attorneys for SANLUIS Rassini International, Inc.
and Rassini, S.A. de C.V.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF NOTICE AND PAPERS**

Please take notice that on October 14, 2005, SANLUIS Rassini International, Inc. and Rassini, S.A. de C.V., appear in the above-captioned case, by its counsel, Ajamie LLP; such counsel hereby enters its appearance pursuant to Section 1109(b) of the Bankruptcy Code, and hereby requests, pursuant to Bankruptcy Rules 2002, 3107 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served on the undersigned firm at the following address:

Ajamie LLP
Attention: Thomas R. Ajamie
711 Louisiana, Suite 2150
Houston, Texas 77002
713-860-1600 telephone
713 860 1699 facsimile
tajamie@ajamie.com


Dated:        New York, New York            Respectfully submitted,
              October 20, 2005

                                            AJAMIE LLP

                                            By: /s/ Wallace A. Showman
                                            1350 Avenue of the Americas, 29th Floor
                                            New York, NY 10019
                                            (212) 246-6820
                                            (212) 581-8958 fax
                                            wshowman@ajamie.com

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Demand for Service of Notices and Papers was served by first class mail upon the following on October 20, 2005:

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 1003

Alicia M. Leonard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Kurtzman, Carson Consultants
12910 Culver Blvd., Suite 1
Los Angeles, CA 90066

                                              /s/ Wallace A. Showman