AJAMIE LLP
Wallace A. Showman (WS-0881)
1350 Ave. of the Americas, 29th Floor
New York, NY 10019
(212) 246-6820
(212) 581-8958 fax
wshowman@ajamie.com

711 Louisiana, Suite 2150
Houston, TX  77002
(713) 860-1600
(713) 860-1699 fax

Attorneys for SANLUIS Rassini International, Inc.
and Rassini, S.A. de C.V.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | Jointly Administered |

**NOTICE OF RECLAMATION DEMAND OF
SANLUIS RASSINI INTERNATIONAL, INC.
AND RASSINI, S.A. DE C.V.**

Please take notice that on October 14, 2005, SANLUIS Rassini International, Inc. and Rassini, S.A. de C.V., by and through their undersigned attorneys, made a written demand for reclamation pursuant to section 546(c) of the Bankruptcy Code and section 2-702 of the Uniform Commercial Code. The demand was served upon Delphi Corp., Delphi Automotive Systems LLC, and their counsel of record. A true and correct copy of the demand is attached hereto as Exhibit "A" and incorporated by reference.

Dated:   New York, New York            Respectfully submitted,
         October 20, 2005
                                       AJAMIE LLP

                                       By: /s/ Wallace A. Showman
                                       1350 Avenue of the Americas, 29th Floor
                                       New York, NY 10019
                                       (212) 246-6820
                                       (212) 581-8958 fax

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Notice of Reclamation Demand was served by first class mail upon the following on October 20, 2005:

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 1003

Alicia M. Leonard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Kurtzman, Carson Consultants
12910 Culver Blvd., Suite 1
Los Angeles, CA 90066

                                                     /s/ Wallace A. Showman