**AJAMIE**
LLP

Pennzoil Place - South Tower
711 Louisiana, Suite 2150
ouston, Texas 77002
www.ajamie.com
713 860 1600 telephone
713 860 1699 facsimile

Thomas R. Ajamie
tajamie@ajamie.com

042.19

October 14, 2005

**BY FACSIMILE AND
FEDERAL EXPRESS**

John K. Lyons
John Wm. Butler, Jr.
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Delphi Corp.
Energy & Chassis Systems
5820 Delphi Drive, Building D
Troy, MI 48098

Delphi Automotive Systems LLC
5727 Delphi Drive
Troy, MI 48098

RE:    *In re: Delphi Corp., et al.*, Case No. 05-44481 (RDD) (Jointly Administered), In the United States Bankruptcy Court for the Southern District of New York - Notice of Reclamation

Ladies and Gentlemen:

This firm represents SANLUIS Rassini International, Inc., Rassini, S.A. de C.V., and associated companies (collectively "Rassini"). Pursuant to section 546(c) of the Bankruptcy Code and section 2-702 of the Uniform Commercial Code, Rassini demands reclamation of goods

15006.1

Exhibit "A"

October 14, 2005
Page 2

provided to Delphi Corp. and its affiliates, including Delphi Automotive Systems LLC, during the statutory reclamation period. The goods consist of coil springs. The goods are more particularly described in the invoices referenced in Exhibit "A" attached hereto and made a part hereof. The information in Exhibit "A" should suffice to allow Delphi to identify the goods Rassini seeks to reclaim. The goods have an aggregate value of $309,974.93, which amount remains due and owing from the debtors.

    Rassini makes this demand for reclamation without prejudice to other rights and remedies available to Rassini at law or in equity. Rassini makes this demand without waiving its right to elect other and further remedies. Rassini reserves the right to amend and supplement this demand and to provide further information in support of its right to reclamation.

Sincerely yours,

Thomas R. Ajamie

TRA\DS\glt
Enclosures

15006.1

## Rassini - Delphi Sales September 28, 2005 through October 7, 2005

| Plant | Customer | Name | Invoice | Delivery Date | Pesos | USD |
|---|---|---|---|---|---|---|
| | 11000 | DELPHI | G2411 | 9/28/2005 | | 19,821.91 |
| | | | G2412 | 9/28/2005 | | 2,520.03 |
| | | | G2416 | 9/29/2005 | | 18,241.08 |
| | | | G2417 | 9/29/2005 | | 4,200.05 |
| | | | G2423 | 9/30/2005 | | 9,484.94 |
| | | | G2424 | 9/30/2005 | | 4,200.05 |
| | | | G2428 | 10/3/2005 | | 13,375.38 |
| | | | G2429 | 10/3/2005 | | 10,975.83 |
| | | | G2437 | 10/4/2005 | | 14,973.80 |
| | | | G2438 | 10/4/2005 | | 5,040.06 |
| | | | G2442 | 10/5/2005 | | 14,192.19 |
| | | | G2443 | 10/5/2005 | | 5,040.06 |
| | | | G2449 | 10/6/2005 | | 15,668.57 |
| | | | G2450 | 10/6/2005 | | 5,040.06 |
| | | | G2456 | 10/7/2005 | | 15,773.02 |
| | | | G2457 | 10/7/2005 | | 5,040.06 |
| | | | | | | **163,587.09** |

| Plant | Customer | Name | Invoice | Delivery Date | Pesos | USD |
|---|---|---|---|---|---|---|
| | 9900002 | DELPHIE-I | M4307 | 09/29/05 | 87,058.49 | |
| | | | M4322 | 10/4/2005 | 117,106.31 | |
| | | | M4331 | 10/6/2005 | 71,718.93 | |
| | 9900005 | DELPHI E | S7580 | 09/28/05 | | 7,566.51 |
| | | | S7581 | 09/29/05 | | 6,538.47 |
| | | | S7582 | 09/30/05 | | 2,723.67 |
| | | | S7583 | 09/30/05 | | 507.05 |
| | | | S7584 | 10/3/2005 | | 2,267.45 |
| | | | S7611 | 10/3/2005 | | 8,255.07 |
| | | | S7612 | 10/4/2005 | | 6,135.97 |
| | | | S7613 | 10/4/2005 | | 4,153.24 |
| | | | S7614 | 10/5/2005 | | 6,156.57 |
| | | | S7615 | 10/6/2005 | | 5,642.55 |
| | | | S7616 | 10/7/2005 | | 4,225.19 |
| | 9900009 | DELPHI E | M4226 | 10/4/2005 | | 11,459.13 |
| | | | M4251 | 10/7/2005 | | 10,417.39 |
| | | | M4308 | 09/29/05 | | 7,292.17 |
| | | | M4323 | 10/4/2005 | | 17,709.57 |
| | | | M4336 | 10/7/2005 | | 19,793.04 |
| | | | | | **275,883.73** | **120,843.04** |
| | | | | | USD | 25,544.80 |
| **Net Amount Since September 28th, 2005 Until October 7th, 2005** | | | | | | **309,974.93** |

Exhibit "A"