UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

In re:

DELPHI CORPORATION, et al.

              Debtors

------------------------------------------------------------------- x

:
:
:
:
:
:
:
:
:

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

## MOTION FOR ADMISSION TO PRACTICE *Pro Hac Vice*

    I, Thomas R. Ajamie, a member in good standing of the bar of the State of Texas and the bar of the United States District Court for the Southern District of Texas, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Rassini, S.A. de C.V. and SANLUIS Rassini International, Inc., creditors in the above-captioned case.

Mailing Address:      Thomas R. Ajamie
                        Ajamie LLP
                        711 Louisiana, Suite 2150
                        Houston, Texas 77002

E-mail:              tajamie@ajamie.com

Telephone:         713\860-1600
Facsimile:          713\860-1699

I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice *pro hac vice*.

Date:   October 20, 2005.

                                           *Thomas R. Ajamie*
                                      _____
                                        Thomas R. Ajamie
                                        Texas State Bar No. 00952400
                                        Ajamie LLP
                                        711 Louisiana, Suite 2150
                                        Houston, Texas 77002
                                        713\860-1600 - telephone
                                        713\860-1699 – facsimile

    **Ordered**, that Thomas R. Ajamie, Esq. is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Date:  _____             _____
                                                   Honorable Robert D. Drain
                                                   United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Admission to Practice Pro Hac Vice was served by first class mail upon the following on October 20, 2005:

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 1003

Alicia M. Leonard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Kurtzman, Carson Consultants
12910 Culver Blvd., Suite 1
Los Angeles, CA 90066

/s/ Wallace A. Showman