# EXHIBIT A

Due to the filing of the Petition on Saturday, October 8, 2005 of the Columbus Day Holiday weekend, Unifrax Corporation's administrative offices are closed. Supporting documentation will be provided on the next business day.

000160/09961 BFLODOCS 1364027v1