

Stephen L. Yonaty
Senior Associate
Direct Dial: 716.848.1415
Direct Facsimile: 716.819.4651
syonaty@hodgsonruss.com

October 8, 2005

**BY FACSIMILE TRANSMISSION**

Delphi Corporation together with all of its
subsidiaries and affiliates
5725 Delphi Drive
Troy, Michigan 48098-2815
Facsimile: 248.813.2670

John Wm. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom (IL)
333 West Wacker Drive
Chicago, Illinois 60606-1285
Facsimile: 312.407.0411

    Re: In re Delphi Corporation, et al. (collectively, the "Debtor")
       Bk. No. 05-44481 (Bankr. S.D.N.Y.)
       <u>Reclamation Claim of Outokumpu Copper Nippert, Inc.</u>

    This firm represents Outokumpu Copper Nippert, Inc. ("Outokumpu"), which maintains offices for the transaction of business at 801 Pittsburgh Drive, Delaware, Ohio 43015.

    It is our understanding that Outokumpu recently shipped orders to the Debtor. It is our further understanding that the Debtor concurrently filed petitions for relief under chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code") on or about October 8, 2005 (the "Petition Date").

    Prior to the Petition Date, certain goods were received by the Debtor including, but not limited to, deliveries of alloy 425 copper strip with reflow electrotinned surface with a total value as more particularly described in Exhibit A attached hereto (the "Goods"). Exhibit A is a summary of the relevant purchase orders and invoices for purposes of identifying the Goods. The Goods were delivered to and received by the Debtor in the ordinary course of business while the Debtor was insolvent. Furthermore, the Goods were delivered to and were received by the Debtor within the ten (10) day period immediately preceding the date of this letter or within twenty (20) days immediately preceding the date of this letter if such ten (10) day period expires on or after the Petition Date.

One M&T Plaza  •  Suite 2000  •  Buffalo, New York 14203-2391  •  telephone 716.856.4000  •  facsimile 716.849.0349

Albany  •  Boca Raton  •  Buffalo  •  New York City  •  Palm Beach Gardens  •  Toronto  •  www.hodgsonruss.com

Delphi Corporation together with all of its
subsidiaries and affiliates
John Wm. Butler, Jr., Esq.
October 8, 2005
Page 2



     Outokumpu hereby exercises its rights pursuant to the applicable provisions of Section 2-702 of the Uniform Commercial Code (N.Y.U.C.C. § 2-702 and Mich. U.C.C. § 440.2702), as preserved by Section 546 of the Bankruptcy Code and any and all other relevant provisions of law, to reclaim the Goods which were delivered to or at the direction of the Debtor during the relevant time period. Accordingly, Outokumpu hereby demands that the Debtor immediately return the Goods to Outokumpu at the Debtor's expense or, in the alternative, that Outokumpu receive administrative expense priority status or a secured claim for the value of its reclamation demand pursuant to Section 546(c)(2) of the Bankruptcy Code.

     Outokumpu further demands that until this reclamation demand is fully satisfied, that the Goods be preserved and not cut, co-mingled or otherwise used or incorporated into a work in process or final product.

                                            Very truly yours,

                                            Stephen L. Yonaty

SLY/amn
Enclosures
Copy to:     Outokumpu Copper Nippert, Inc.
               Cheryl R. Storie, Esq.