# EXHIBIT A

Due to the filing of the Petition on Saturday, October 8, 2005 of the Columbus Day Holiday weekend, Outokumpu Copper Nippert, Inc.'s administrative offices are closed. Supporting documentation will be provided on the next business day.

000160/09961 BFLODOCS 1364028v1