**Stephen L. Yonaty**
Senior Associate
Direct Dial: 716.848.1415
Direct Facsimile: 716.819.4651
*syonaty@hodgsonruss.com*




October 12, 2005

**BY FACSIMILE TRANSMISSION AND U.S. MAIL**

Delphi Corporation together with all of its
subsidiaries and affiliates
5725 Delphi Drive
Troy, Michigan 48098-2815
Facsimile: 248.813.2670

John Wm. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom (IL)
333 West Wacker Drive
Chicago, Illinois 60606-1285
Facsimile: 312.407.0411

Re: In re Delphi Corporation, et al. (collectively, the "Debtor")
Bk. No. 05-44481 (Bankr. S.D.N.Y.)
Reclamation Claim of Voss Manufacturing, Inc.

This firm represents Voss Manufacturing, Inc. ("Voss Manufacturing"), which maintains offices for the transaction of business at 2345 Lockport Road, Sanborn, New York 14132.

It is our understanding that Voss Manufacturing recently shipped orders to the Debtor. It is our further understanding that the Debtor concurrently filed petitions for relief under chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code") on or about October 8, 2005 (the "Petition Date").

Prior to the Petition Date, certain goods were received by the Debtor including, but not limited to, deliveries of certain automobile components with a total value as more particularly described in Exhibit A attached hereto (the "Goods"). Exhibit A is a summary of the relevant purchase orders and invoices for purposes of identifying the Goods. The Goods were delivered to and received by the Debtor in the ordinary course of business while the Debtor was insolvent. Furthermore, the Goods were delivered to and were received by the Debtor within the ten (10) day period immediately preceding the date of this letter or within twenty (20) days

immediately preceding the date of this letter if such ten (10) day period expires on or after the Petition Date.

Voss Manufacturing hereby exercises its rights pursuant to the applicable provisions of Section 2-702 of the Uniform Commercial Code (N.Y.U.C.C. § 2-702 and Mich. U.C.C. § 440.2702), as preserved by Section 546 of the Bankruptcy Code and any and all other relevant provisions of law, to reclaim the Goods which were delivered to or at the direction of the Debtor during the relevant time period. Accordingly, Voss Manufacturing hereby demands that the Debtor immediately return the Goods to Voss Manufacturing at the Debtor's expense or, in the alternative, that Voss Manufacturing receive administrative expense priority status or a secured claim for the value of its reclamation demand pursuant to Section 546(c)(2) of the Bankruptcy Code.

Voss Manufacturing further demands that until this reclamation demand is fully satisfied, that the Goods be preserved and not cut, co-mingled or otherwise used or incorporated into a work in process or final product.

Very truly yours,

Stephen L. Yonaty

SLY/amn
Enclosures
Copy to: Voss Manufacturing, Inc.
Paul J. Vallone, Esq.
Garry M. Graber, Esq.