# EXHIBIT A

**VOSS Manufacturing, Inc.**
2345 LOCKPORT ROAD
SANBORN, NEW YORK 14132
Phone: (716) 731-5062
Fax: (716) 731-5868

# I N V O I C E

**SHIP TO:** DELPHI THERMAL & INTERIOR
200 UPPER MOUNTIAN ROAD
LOCKPORT, NY  14094

**SOLD TO:** DELPHI THERMAL & INTERIOR
1401 CROOKS ROAD
TROY, MI  48084

| REFERENCE | 105421 | PAGE | 1 |
|---|---|---|---|
| DATE | Sep 30, 2005 | | |
| CUSTOMER NUMBER | 1/28000/12 | | |
| TERMS | | | |

| OUR ORDER NO. | ORDER DATE | YOUR P.O. NUMBER | SHIP DATE | SHIP VIA | SALES REP | F.O.B. |
|---|---|---|---|---|---|---|
| 52875 | 6/03/05 | 450137623 | 9/30/05 | | | SANBORN |

| QTY. ORD. | QTY. SHIP. | DESCRIPTION | UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 15 | 15 | 7006660.001 ADDITION OF STRIKER BARS PO#450137623 Ship Date: 10/03/05 | EA | 92.5000 | 1387.50 |

IF YOU HAVE INVOICES OVER 45 DAYS OLD, FUTURE
SHIPMENTS MAY BE HELD BY THE CREDIT DEPARTMENT.

**CUSTOMER** | **PAY THIS AMOUNT** | **$1,387.50**

# DELPHI

Delphi Thermal and Interior

Page 1 of 2

**Buyer:**
DELPHI
SAFETY & INTERIOR SYSTEMS
1401 CROOKS RD.
TROY MI 48084-7106

**Deliver to:**
DELPHI T & I
Contact Thom Glasser for ship to
LOCKPORT NY 14094

VOSS MANUFACTURING INC
2345 LOCKPORT RD
SANBORN NY 14132-9342

**Purchase Order**

| PO Number | Date Issued |
|---|---|
| 450137623 | 16-Sep-2005 |
| Version | |
| 17-Sep-2005 07:35:18 EST | |

Delivery date:  30-SEP-2005

Vendor No:  1010469
DUNS No:  053593364

Payment Terms: ZMN2      Currency: USD
Payment settled on 2nd, 2nd Month

Incoterms: FOB- FREIGHT COLLECT

MK       WO 52875

| Item No. | Material No/Item Identifier No. Description | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00010 | PR10222862 00010 | 15.000 | RA01 DELPHI T & I TROY (HQ/ENG) |
| | 7006660 addition of striker bars | | t. glaser |
| | increase to fds82321 | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 30-SEP-2005 | 15.000 | 92.50 | 1 | EA | 1,387.50 |
| Net Line Item Value | | | | USD | 1,387.50 |

| Total net value | | USD | 1,387.50 |
|---|---|---|---|

**Notes:**
*******************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*******************

Purchasing Contact: Tidwell, Brenda
Phone: 248-655-0716
Fax:  248-655-8350

Contact Address:

Brenda Tidwell 9/19/05

Date and Time Printed:  17-Sep-2005 07:35:18 EST

**VOSS Manufacturing, Inc.**
2345 LOCKPORT ROAD
SANBORN, NEW YORK 14132
Phone: (716) 731-5052
Fax: (716) 731-5858

# INVOICE

**SHIP TO:**
ROGERS ASSOCIATES
15 ST. JAMES ST.
ROCHESTER, NY 14606
ATTN: B. KING

**SOLD TO:**
DELPHI THERMAL & INTERIOR
1401 CROOKS ROAD
TROY, MI 48084

| REFERENCE | 105493 | PAGE | 1 |
|---|---|---|---|
| DATE | Oct 06, 2005 | | |
| CUSTOMER NUMBER | 1/28000/12 | | |
| TERMS | 2ND DAY 2ND MO. | | |

| OUR ORDER NO. | ORDER DATE | YOUR P.O. NUMBER | SHIP DATE | SHIP VIA | SALES REP. | F.O.B. |
|---|---|---|---|---|---|---|
| 53104 | 6/22/05 | FDS82544 | 10/06/05 | | 99 | SANBORN |

| QTY. ORD. | QTY. SHIP. | DESCRIPTION | UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1 | 1 | PRA12347 001 REV- DESIGN/BUILD GREASE DISPENSER | EA | 8900.0000 | 8900.00 |
| 1 | 1 | ADD ON PER QUOTE 25027 | EA | 340.0000 | 340.00 |
| 1 | 1 | ADD ON DESIGN UPDATES | EA | 340.0000 | 340.00 |

REF: VOSS PACK SLIP#73987

IF YOU HAVE INVOICES OVER 45 DAYS OLD, FUTURE
SHIPMENTS MAY BE HELD BY THE CREDIT DEPARTMENT.

**CUSTOMER**    **PAY THIS AMOUNT**    **$9,580.00**

**VOSS**

VOSS MANUFACTURING, INC
2345 LOCKPORT ROAD
SANBORN, NY 14132
PHONE: (716) 731-5062
FAX: (716) 731-5868

SHIP TO: ** WILL ADVISE ****

SOLD TO: DELPHI THERMAL & INTERIOR
1401 CROOKS ROAD
TROY, MI 48084

PACKING SLIP

| REFERENCE | 73987 | PAGE | 1 |
|---|---|---|---|
| DATE | Oct 06, 2005 | | |
| CUSTOMER NUMBER | 28000/12 | | |
| TERMS | 2ND DAY 2ND MO. | | |

| OUR ORDER #: | ORDER DATE: | YOUR PURCHASE ORDER #: | SHIP DATE: | SHIP VIA: | F.O.B.: |
|---|---|---|---|---|---|
| 53104 | 6/22/05 | FDS82544 | 10/06/05 | | SANBORN |

| QTY ORDERED: | QTY SHIPPED: | QTY B/O: | PART NUMBER AND DESCRIPTION: | U/M: |
|---|---|---|---|---|
| 1 | 1 | | PRA12347 001     REV- - DESIGN/BUILD GREASE DISPENSER | EA |
| 1 | 1 | | ADD ON PER     REV- - QUOTE 25027 | EA |

complete

[signature]

☐ WHITE    ☑ YELLOW    ☐ PINK    ☐ GOLD

# VOSS

Voss Manufacturing, Inc.
2345 Lockport Road
Sanborn, N.Y. 14132
(716) 731-5062
Fax: (716) 731-5868

Date: 10/12/05           Page 1 of 5

To (Company Name): Hodgson Russ

Attn: Paul Vallone
Subject:

Delphi Invoices between 9/28 and 10/8 !

| INV # 105421 | (9/30/05) | 1387.50 |
| INV # 105493 | (10/6/05) | 9580.00 |
| | | 10,967.50 |

If there are any problems please call.

Thanks

# VOSS

Voss Manufacturing, Inc.
2345 Lockport Road
Sanborn, NY 14132
716-731-5062 x 311
FAX 716-731-5868

FRANK M. SEEP
CONTROLLER

E-mail: fseep@vossmfg.com

Signed: TOOLING - EQUIPMENT - FABRICATIONS - MACHINING

**TOOLING  -  EQUIPMENT  -  FABRICATIONS  -  MACHINING**