# EXHIBIT A

000160/09961 BFLODOCS 1364024v1

CURTIS SCREW
DELPHI SHIPMENTS
SEPTEMBER 23, 2005 - OCTOBER 7, 2005

| CUST # | CUST | SHIP DATE | SHIP LOCATION | PART # | ORDER # | CUSTOMER ORDER # | INVOICE # | SHIPPER # | QUANTITY | VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 6564 | DEEMS | 10/04/05 | ROCHESTER | 170902265 | M821932 | 450091023 000 | 274629 | 945092 | 1,200 | $828.00 |
| 6566 | DEEMS | 10/07/05 | COOPERVILLE | 17089157 | M821799 | N/A | N/A | 945337 | 8,176 | $11,037.60 |
| 6566 | DEEMS | 10/05/05 | COOPERVILLE | 17089157 | M821799 | 274703 | 274703 | 945197 | 8,176 | $11,037.60 |
| 6566 | DEEMS | 10/04/05 | COOPERVILLE | 17089157 | M821799 | 550005343 000 | 274630 | 945125 | 8,176 | $11,037.60 |
| 6566 | DEEMS | 09/30/05 | COOPERVILLE | 17089157 | M821799 | 550005343 000 | 274493 | 944982 | 8,176 | $11,037.60 |
| 6566 | DEEMS | 09/29/05 | COOPERVILLE | 17089157 | M821799 | 550005343 000 | 274419 | 944902 | 8,176 | $11,037.60 |
| 6566 | DEEMS | 09/28/05 | COOPERVILLE | 17089157 | M821799 | 550005343 000 | 274387 | 944853 | 8,130 | $10,975.50 |
| 6566 | DEEMS | 09/27/05 | COOPERVILLE | 17089157 | M821799 | 550005343 000 | 274297 | 944713 | 7,962 | $10,748.70 |
| 6566 | DEEMS | 09/26/05 | COOPERVILLE | 17089157 | M821799 | 550005343 000 | 274243 | 944651 | 8,017 | $10,822.95 |
| 6566 | DEEMS | 09/23/05 | COOPERVILLE | 17089157 | M821799 | 550005343 000 | 274182 | 944590 | 8,046 | $10,862.10 |
| 3600 | DHTS | 10/03/05 | LOCKPORT | 03056915 | M127399 | 550005343 000 | 274553 | 945046 | 9,000 | $480.00 |
| 3600 | DHTS | 09/30/05 | LOCKPORT | 52452812 | M029472 | 550027117 000 | 274554 | 945045 | 1,000 | $4,190.40 |
| 3600 | DHTS | 09/30/05 | LOCKPORT | N/A | N/A | 550027112 000 | 274585 | N/A | N/A | $8,378.07 |
| 3765 | DSAG | 09/30/05 | SAGINAW | N/A | N/A | RM/SORT SURCHARGE | 274586 | 945336 | N/A | $46,867.00 |
| 3758 | DSAG | 10/07/05 | SAGINAW | 26054396 | M591014 | SAG9014222 000 | 274735 | 945340 | 3,600 | $3,379.68 |
| 3758 | DSAG | 10/07/05 | SAGINAW | 26054397 | M591117 | SAG9014222 000 | 274736 | 945224 | 560 | $685.44 |
| 3758 | DSAG | 10/06/05 | ATHENS | 26079496 | M590821 | SAG9013006 000 | 274737 | 945223 | 9,000 | $4,803.30 |
| 3758 | DSAG | 10/06/05 | SAGINAW | 26054396 | M591014 | SAG9014222 000 | 274627 | 945123 | 3,000 | $1,863.00 |
| 3758 | DSAG | 10/06/05 | ATHENS | 26079496 | M590821 | SAG9013006 000 | 274562 | 945051 | 3,600 | $3,379.68 |
| 3758 | DSAG | 10/05/05 | SAGINAW | 26054396 | M591014 | SAG9014222 000 | 274475 | 944935 | 3,000 | $1,863.00 |
| 3758 | DSAG | 10/05/05 | ATHENS | 26079496 | M590821 | SAG9013006 000 | 274476 | 944936 | 3,600 | $3,379.68 |
| 3758 | DSAG | 10/05/05 | SAGINAW | 26070615 | M590721 | SAG9013006 000 | 274477 | 944971 | 900 | $480.33 |
| 3758 | DSAG | 10/05/05 | SAGINAW | 26054396 | M591014 | SAG9014222 000 | 274478 | 944972 | 3,000 | $1,863.00 |
| 3758 | DSAG | 09/30/05 | SAGINAW | 26048069 | M590321 | SAG9013006 000 | 274479 | 944977 | 4,050 | $2,261.93 |
| 3758 | DSAG | 09/30/05 | SAGINAW | 26070615 | M590721 | SAG9013006 000 | 274480 | 944979 | 900 | $480.33 |
| 3758 | DSAG | 09/30/05 | SAN ANTONIO | 07846554 | M590219 | SAG9013006 000 | 274589 | 944878 | 12,150 | $6,785.78 |
| 3758 | DSAG | 09/29/05 | SAGINAW | 26054396 | M591014 | SAG9014222 000 | 274390 | 944866 | 1,500 | $931.50 |
| 3758 | DSAG | 09/29/05 | ATHENS | 26070615 | M590722 | SAG9013006 000 | 274417 | 944871 | 9,000 | $4,803.30 |
| 3758 | DSAG | 09/28/05 | ATHENS | 26079496 | M590821 | SAG9013006 000 | 274418 | 944800 | 9,000 | $4,803.30 |
| 3758 | DSAG | 09/28/05 | SAGINAW | 26048069 | M590821 | SAG9013006 000 | 274359 | 944835 | 3,000 | $1,863.00 |
| 3758 | DSAG | 09/29/05 | ATHENS | 26079496 | M590821 | SAG9013006 000 | 274360 | 944800 | 3,600 | $3,379.68 |
| 3758 | DSAG | 09/29/05 | SAGINAW | 26054396 | M591014 | SAG9014222 000 | 274361 | 944836 | 3,600 | $2,010.60 |
| 3758 | DSAG | 09/30/05 | SAGINAW | 26070615 | M590721 | SAG9013006 000 | 274281 | 944731 | 3,600 | $3,379.68 |
| 3758 | DSAG | 09/27/05 | ATHENS | 26070615 | M590721 | SAG9013006 000 | 274282 | 944743 | 900 | $480.33 |
| 3758 | DSAG | 09/27/05 | ATHENS | 26070615 | M590721 | SAG9013006 000 | 274358 | 944780 | 9,000 | $4,803.30 |
| 3758 | DSAG | 09/27/05 | ATHENS | 26070615 | M590721 | SAG9013006 000 | 274232 | 944649 | 3,000 | $1,863.00 |
| 3758 | DSAG | 09/26/05 | ATHENS | 26070615 | M590811 | SAG9013006 000 | 274233 | 944679 | 3,600 | $2,010.60 |
| 3758 | DSAG | 09/26/05 | SAGINAW | 26048069 | M590321 | SAG9013006 000 | 274234 | 944680 | 7,200 | $6,759.36 |
| 3758 | DSAG | 09/26/05 | ATHENS | 26079496 | M590821 | SAG9013006 000 | 274280 | 944698 | 6,000 | $3,726.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CSC^ | 3758 | DSAG | 09/23/05 | ATHENS | 26079496 | M590821 | SAG9013006 000 | 274168 | 944576 | 3,000 | $1,863.00 |
| CSC | 3758 | DSAG | 09/23/05 | SAGINAW | 26054396 | M591014 | SAG9014222 000 | 274169 | 944610 | 3,600 | $3,379.68 |
| CSC | 3763 | DSAG | 10/06/05 | ATHENS | 26078272 | M590919 | SAG9013006 000 | 274738 | 945234 | 3,000 | $4,695.30 |
| CSC | 3763 | DSAG | 10/04/05 | ATHENS | 26078272 | M590919 | SAG9013006 000 | 274628 | 945087 | 3,000 | $4,695.30 |
| CSC | 3763 | DSAG | 10/03/05 | ATHENS | 26078272 | M590919 | SAG9013006 000 | 274564 | 945022 | 3,000 | $4,695.30 |
| CSC | 3763 | DSAG | 09/30/05 | ATHENS | 26078272 | M590919 | SAG9013006 000 | 274481 | 944945 | 3,000 | $4,695.30 |
| CSC | 3763 | DSAG | 09/30/05 | ATHENS | 26078272 | M590919 | SAG9013006 000 | 274563 | 944995 | 3,000 | $4,695.30 |
| CSC | 3763 | DSAG | 09/27/05 | ATHENS | 26078272 | M590919 | SAG9013006 000 | 274283 | 944700 | 3,000 | $4,695.30 |
| CSC | 3763 | DSAG | 09/27/05 | ATHENS | 26078272 | M590919 | SAG9013006 000 | 274284 | 944712 | 3,000 | $4,695.30 |
| CSC | 3763 | DSAG | 09/26/05 | ATHENS | 26078272 | M590919 | SAG9013006 000 | 274235 | 944650 | 3,000 | $4,695.30 |
| CSC | 3763 | DSAG | 09/23/05 | ATHENS | 26078272 | M590919 | SAG9013006 000 | 274170 | 944577 | 3,000 | $4,695.30 |
| SPP | 1821 | DELPHI | 10/05/05 | FLINT | N/A | N/A | 550012816 | 127969 | 127969 | N/A | $330.75 |
| SPP | 1821 | DELPHI | 10/04/05 | FLINT | N/A | N/A | 550012816 | 127947 | 127947 | N/A | $661.50 |
| SPP | 1821 | DELPHI | 10/03/05 | FLINT | N/A | N/A | 550012816 | 127919 | 127919 | N/A | $661.50 |
| SPP | 1821 | DELPHI | 09/30/05 | FLINT | N/A | N/A | 550012816 | 127897 | 127897 | N/A | $330.75 |
| SPP | 1821 | DELPHI | 09/28/05 | FLINT | N/A | N/A | 550012816 | 127848 | 127848 | N/A | $992.25 |
| SPP | 1821 | DELPHI | 09/27/05 | FLINT | N/A | N/A | 550012816 | 127825 | 127825 | N/A | $330.75 |
| SPP | 1821 | DELPHI | 09/26/05 | FLINT | N/A | N/A | 550012816 | 127813 | 127813 | N/A | $661.50 |
| SPP | 1821 | DELPHI | 09/23/05 | FLINT | N/A | N/A | 550012816 | 127795 | 127795 | N/A | $330.75 |

10/8/2005 +