# EXHIBIT A

INVOICE

Remit To:

**METAL CLADDING, INC.**
PO Box 3753
Syracuse, NY  13220

DUNS NO. 00-210-5880

*Correspondence Address:*
230 S. Niagara Street
Lockport, NY 14094
Tel. 716-434-5513
Fax 716-439-4010

**INVOICE NO:**   37376

Bill
To:    NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI  48092-9020

Ship
To:   Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY  14606

Packing List #   S136241-1/BOL#15437
Invoice Date   09/29/05
Ship Via
Shipment Date   09/28/05
Due Date   10/29/05
Terms   Net 30 Days

Customer ID   C315
P.O. Number   550005340/Z#7078
Order Date   09/09/05
Our Order No.   S136241
Cust SO No.   86910910
MC#
MC#2

| Item | Description | Job ID | Quantity Invoiced | Unit Price | Unit | Total Price |
|---|---|---|---|---|---|---|
| 25333871 | ARMATURES | AB | 1440 | 0.1625 | Each | 234.00 |
|  | COATED |  |  |  |  |  |
|  | TC# 11220 |  |  |  |  |  |

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Sales Tax: | INVOICE TOTAL U.S.FUNDS |
|---|---|---|---|
| 0.00 | 234.00 | 0.00 | 234.00 |

WHEN REMITTING, PLEASE SHOW THE INVOICE NUMBER AND
SEND PAYMENT TO REMITTANCE ADDRESS SHOWN ABOVE.

Metal Cladding, Inc.
230 South Niagara Street
Lockport, New York 14094
Phone: (716) 434-5513
DUNS #00-210-5880

Packing List - Office Copy

Shipment #        S136241-1

*BACKORDER*

**Sold To:**  NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI  48092-9020

**Ship To:**  Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY  14606

| Customer No.: | C315 | Cust. P.O. Number: | 550005340/Z#7078 |
|---|---|---|---|
| MC Sales Order No.: | S136241 | Cust. Sales Order #: | 86910910 |
| Job ID: | LAB | Sales Order Date: | 09/09/05 |

| Quantity On Hand /Ordered | U/M | Quantity Shipped | Quantity On Backorder | Item Number | Description/Comments |
|---|---|---|---|---|---|
| 5,340 | EA | 440 | 3900 | 25333871 | ARMATURES |
| | | | | | COATED |
| | | | | | TC# |

1 skid

Ship Via  MoHawk

Ship Date  9/28/05

Received in Good Condition By _____

Bill of Lading #  1593 1

Audit # _____

Packing List - Office Copy

(Form # F15-07) 1

**METAL CLADDING, INC.**
PO Box 3753
Syracuse, NY  13220

37377

**Bill To:**   NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI  48092-9020

**Ship To:**   Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY  14606

| | |
|---|---|
| **Packing List #** | S136376/BOL#15437 |
| **Invoice Date** | 09/29/05 |
| **Ship Via** | |
| **Shipment Date** | 09/28/05 |
| **Due Date** | 10/29/05 |
| **Terms** | Net 30 Days |

| | |
|---|---|
| **Customer ID** | C315 |
| **P.O. Number** | 550015064/Z#7078 |
| **Order Date** | 09/20/05 |
| **Our Order No.** | S136376 |
| **Cust SO No.** | 00024774 |
| **MC#** | |
| **MC#2** | |

| Item | Description | Job ID | Quantity Invoiced | Unit Price | Unit | Total Price |
|---|---|---|---|---|---|---|
| 25328530 | EGR BASE | EGR | 3,080 | 0.26 | Each | 800.80 |
| | COATED | | | | | |
| | TC# 11343 | | | | | |

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Sales Tax: | |
|---|---|---|---|
| 0.00 | 800.80 | 0.00 | 800.80 |

**Metal Cladding, Inc.**
230 South Niagara Street
Lockport, New York 14094
Phone: (716) 434-5513

DUNS #00-210-5880

Packing List - Office Copy

Shipment #    S136376

**Sold To:**  NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI  48092-9020

**Ship To:**  Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY  14606

Customer No.:      C315
MC Sales Order No.:   S136376
Job ID:           EGR

Cust. P.O. Number:   550015064/Z#7078
Cust. Sales Order #:  00024774
Sales Order Date:   09/20/05

| Quantity On Hand /Ordered | U/M | Quantity Shipped | Quantity On Backorder | Item Number | Description/Comments |
|---|---|---|---|---|---|
| 3,080 | EA | 3080 | — | 25328530 | EGR BASE COATED TC# 11343 |

K-Ban
19

Ship Via    MoHAWK

Ship Date:    9/28/05

Received in Good Condition By _____

Bill of Lading #    15437

Audit #    9/93A

**Packing List - Office Copy**

(Form # F15-07) 1

**METAL CLADDING, INC.**
PO Box 3753
Syracuse, NY  13220

37378

**Bill
To:**  **NAO Disbursements Operations**
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI  48092-9020

**Ship
To:**  Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY  14606

| | | | |
|---|---|---|---|
| **Packing List #** | S136435/BOL#15437 | **Customer ID** | C315 |
| **Invoice Date** | 09/29/05 | **P.O. Number** | 550015064/Z#7078 |
| **Ship Via** | | **Order Date** | 09/23/05 |
| **Shipment Date** | 09/28/05 | **Our Order No.** | S136435 |
| **Due Date** | 10/29/05 | **Cust SO No.** | 87002477 |
| **Terms** | Net 30 Days | **MC#** | |
| | | **MC#2** | |

| Item | Description | Job ID | Quantity Invoiced | Unit Price | Unit | Total Price |
|---|---|---|---|---|---|---|
| 25179587 | ARMATURE | LAB | 6,780 | 0.1655 | Each | 1,122.09 |
| | COATED | | | | | |
| | TC# 11391 | | | | | |

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Sales Tax: | |
|---|---|---|---|
| 0.00 | 1,122.09 | 0.00 | 1,122.09 |

T Cladding, Inc.
200 South Niagara Street
Lockport, New York 14094
Phone: (716) 434-5513

DUNS #00-210-5880

**Packing List - Office Copy**

Shipment #        S136435

**Sold To:** NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI 48092-9020

**Ship To:** Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY 14606

| | |
|---|---|
| **Customer No.:** C315 | **Cust. P.O. Number:** 550015064/Z#7078 |
| **MC Sales Order No.:** S136435 | **Cust. Sales Order #:** 87002477 |
| **Job ID:** LAB | **Sales Order Date:** 09/23/05 |

| Quantity On Hand /Ordered | U/M | Quantity Shipped | Quantity On Backorder | Item Number | Description/Comments |
|---|---|---|---|---|---|
| 6,780 | EA | 6780 | | 25179587 | ARMATURE |
| | | | | | COATED |
| | | | | | TC# 11391 |

1 skid

**Ship Via** MOHAWK

**Ship Date:** 9/28/

**Received in Good Condition By**

**Bill of Lading #** 15937

**Audit #**

**Packing List - Office Copy**

(Form # F15-07) 1

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

*Mohawk*

SHIPPER'S NO. 15437

CARRIER

CARRIER'S NO.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

AT LOCKPORT, NY 14094   9-28- 20 05   FROM   **METAL CLADDING, INC.**

This property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said Bill of Lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns. (Mail or street address of consignee—For purposes of notification only.)

CONSIGNED TO   Dolph

DESTINATION   Rochester   STATE N Y   COUNTY 14606

DELIVERY ADDRESS★   1000 Lexington Ave

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereof.)

ROUTE

DELIVERING CARRIER

CAR OR VEHICLE INITIALS

NO.

| NO. PKGS. | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | * WEIGHT (SUB TO COR.) | CLASS OR RATE | CK. COL. |
|---|---|---|---|---|
| 3 | Skids Auto parts | 3450 | | |
| | 136035 | | | |
| | 136370   136341 | | | |

Subject to Section 7 of conditions of applicable Bill of Lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

*Collect*

(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid".

Received $_____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

PER _____
(The signature here acknowledges only the amount prepaid.)

Charges
Advanced $

* If the shipment moves between two ports by a carrier by water, the law requires that the Bill of Lading shall state whether it is "carrier's or shipper's weight".

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

per _____

†The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification".
†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission†

**METAL CLADDING, INC.**   SHIPPER, PER   R Ball   AGENT, PER

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same)

Permanent post-office address of shipper, 230 SO. NIAGARA ST., LOCKPORT, NEW YORK 14094

F 15-04

*Correspondence Address:*

230 S. Niagara Street

Lockport, NY 14094

Tel. 716-434-5513

Fax 716-439-4010

**Remit To:**

**METAL CLADDING, INC.**
PO Box 3753
Syracuse, NY 13220

DUNS NO. 00-210-5880

**INVOICE NO:** 37398

**Bill To:**
NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI 48092-9020

**Ship To:** Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY 14606

| | |
|---|---|
| Packing List # | S135961-2/BOL#15441 |
| Invoice Date | 09/30/05 |
| Ship Via | |
| Shipment Date | 09/29/05 |
| Due Date | 10/30/05 |
| Terms | Net 30 Days |

| | |
|---|---|
| Customer ID | C315 |
| P.O. Number | 550015064/Z#7078 |
| Order Date | 08/22/05 |
| Our Order No. | S135961 |
| Cust SO No. | 86784800 |
| MC# | |
| MC#2 | |

| Item | Description | Job ID | Quantity Invoiced | Unit Price | Unit | Total Price |
|---|---|---|---|---|---|---|
| 17124112 | ARMATURE | LAB | 4,664 | 0.1655 | Each | 771.89 |
| | COATED | | | | | |
| | TC# 10967 | | | | | |

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Sales Tax: | INVOICE TOTAL U.S.FUNDS |
|---|---|---|---|
| 0.00 | 771.89 | 0.00 | 771.89 |

WHEN REMITTING, PLEASE SHOW THE INVOICE NUMBER AND
SEND PAYMENT TO REMITTANCE ADDRESS SHOWN ABOVE.

**Metal Cladding, Inc.**
230 South Niagara Street
Lockport, New York 14094
Phone: (716) 434-5513
DUNS #00-210-5880

Packing List - Office Copy

Shipment #     S135961-2

*BACKORDER*

Sold
To:  NAO Disbursements Operations
     MCD HQ BL, RM 480-210-201
     30001 Van Dyke
     Warren, MI  48092-9020

Ship
To:  Delphi E & E Mgmt. Syst.
     1000 Lexington Ave.
     Rochester, NY  14606

Customer No.:        C315
MC Sales Order No.:  S135961
Job ID:              LAB

Cust P.O. Number:   550015064/Z#7078
Cust Sales Order #:  86784800
Sales Order Date:    08/22/05

| Quantity On Hand /Ordered | U/M | Quantity Shipped | Quantity On Backorder | Item Number | Description/Comments |
|---|---|---|---|---|---|
| 4,664 | EA | 4,664 | | 1742-112 | ARMATURE COATED |
| | | | | | TC# 10967 |

22 Kegs

Ship Via:  MoHawk
Ship Date:  9/29/05

Received in Good Condition By _____

Bill of Lading #   1544

Audit # _____

*Packing List - Office Copy*

(Form # F15-07) 1

**METAL CLADDING, INC.**
PO Box 3753
Syracuse, NY  13220

37399

**Bill To:**  NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI  48092-9020

**Ship To:**  Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY  14606

| | |
|---|---|
| **Packing List #** | S135995-1/BOL#15441 |
| **Invoice Date** | 09/30/05 |
| **Ship Via** | |
| **Shipment Date** | 09/29/05 |
| **Due Date** | 10/30/05 |
| **Terms** | Net 30 Days |

| | |
|---|---|
| **Customer ID** | C315 |
| **P.O. Number** | 550015064/Z#7078 |
| **Order Date** | 08/22/05 |
| **Our Order No.** | S135995 |
| **Cust SO No.** | 86796031 |
| **MC#** | |
| **MC#2** | |

| Item | Description | Job ID | Quantity Invoiced | Unit Price | Unit | Total Price |
|---|---|---|---|---|---|---|
| 17124112 | ARMATURE | LAB | 3,816 | 0.1655 | Each | 631.55 |
| | COATED | | | | | |
| | TC# 10975 | | | | | |

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Sales Tax: | |
|---|---|---|---|
| 0.00 | 631.55 | 0.00 | **631.55** |

**Metal Cladding, Inc.**
239 South Niagara Street
Lockport, New York 14094
Phone: (716) 434-5513
DUNS #00-210-5880

Packing List - Office Copy

Shipment #    S135995-1

*BACKORDER*

Sold
To:   NAO Disbursements Operations
      MCD HQ BL, RM 480-210-201
      30001 Van Dyke
      Warren, MI 48092-9020

Ship
To:   Delphi E & E Mgmt. Syst.
      1000 Lexington Ave.
      Rochester, NY 14606

| Customer No.: | C315 | Cust. P.O. Number: | 550015064/Z#7078 |
|---|---|---|---|
| MC Sales Order No.: | S135995 | Cust. Sales Order # | 86796031 |
| Job ID: | LAB | Sales Order Date: | 08/22/05 |

| Quantity On Hand /Ordered | U/M | Quantity Shipped | Quantity On Backorder | Item Number | Description/Comments |
|---|---|---|---|---|---|
| 3,816 | EA | 3816 | | 17124112 | ARMATURE COATED |
| | | | | | TC# 10975 |

18 Kegs

Ship Via   MoHawk

Ship Date:   9/29/05

Received in Good Condition By _____

Bill of Lading #   15441

*Packing List - Office Copy*

(Form # F15-07) 1

Audit # _____

**METAL CLADDING, INC.**
PO Box 3753
Syracuse, NY  13220

37400

| Bill To: | NAO Disbursements Operations<br>MCD HQ BL, RM 480-210-201<br>30001 Van Dyke<br>Warren, MI  48092-9020 | Ship To: | Delphi E & E Mgmt. Syst.<br>1000 Lexington Ave.<br>Rochester, NY  14606 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Packing List #** | S136254/BOL#15441 | **Customer ID** | C315 |
| **Invoice Date** | 09/30/05 | **P.O. Number** | 550005340/z#7078 |
| **Ship Via** | | **Order Date** | 09/12/05 |
| **Shipment Date** | 09/29/05 | **Our Order No.** | S136254 |
| **Due Date** | 10/30/05 | **Cust SO No.** | 00024558 |
| **Terms** | Net 30 Days | **MC#** | |
| | | **MC#2** | |

| Item | Description | Job ID | Quantity Invoiced | Unit Price | Unit | Total Price |
|---|---|---|---|---|---|---|
| 25347954 | EGR BASE | EGR | 3,070 | 0.235 | Each | 721.45 |
| | COATED | | | | | |
| | TC# 11223 | | | | | |

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Sales Tax: | |
|---|---|---|---|
| 0.00 | 721.45 | 0.00 | 721.45 |

# Metal Cladding, Inc.

230 South Niagara Street
Lockport, New York 14094
Phone: (716) 434-5513

DUNS #00-210-5880

Packing List - Office Copy

Shipment #        S136254

| | |
|---|---|
| **Sold To:** NAO Disbursements Operations<br>MCD HQ BL, RM 480-210-201<br>30001 Van Dyke<br>Warren, MI  48092-9020 | **Ship To:** Delphi E & E Mgmt. Syst.<br>1000 Lexington Ave.<br>Rochester, NY  14606 |

| | | | |
|---|---|---|---|
| Customer No.: | C315 | Cust. P.O. Number: | 550005340/z#7078 |
| MC Sales Order No.: | S136254 | Cust. Sales Order: | 00024558 |
| Job ID: | EGR | Sales Order Date: | 09/12/05 |

| Quantity On Hand /Ordered | U/M | Quantity Shipped | Quantity On Backorder | Item Number | Description/Comments |
|---|---|---|---|---|---|
| 3,080 | EA | 3070 | 10 | 2584794 | EGR BASE<br><br>COATED<br><br>TC# 11223 |

*10 pcs Rejects Due To incoming oil on parts*

*KBs*
*3*

| | |
|---|---|
| Ship Via ___MoHawk___ | Received in Good Condition By _____ |
| Ship Date ___9/29/05___ | Bill of Lading # ___15441___ |
| | Audit # ___544___ |

## Packing List - Office Copy

(Form # F15-07) 1

**METAL CLADDING, INC.**
PO Box 3753
Syracuse, NY  13220

37401

**Bill To:** **NAO Disbursements Operations**
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI  48092-9020

**Ship To:** Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY  14606

**Packing List #** S136241-2/BOL#15441
**Invoice Date** 09/30/05
**Ship Via**
**Shipment Date** 09/29/05
**Due Date** 10/30/05
**Terms** Net 30 Days

**Customer ID** C315
**P.O. Number** 550005340/Z#7078
**Order Date** 09/09/05
**Our Order No.** S136241
**Cust SO No.** 86910910
**MC#**
**MC#2**

| Item | Description | Job ID | Quantity Invoiced | Unit Price | Unit | Total Price |
|---|---|---|---|---|---|---|
| 25333871 | ARMATURES | LAB | 2,880 | 0.1625 | Each | 468.00 |
| | COATED | | | | | |
| | TC# 11220 | | | | | |

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Sales Tax: | |
|---|---|---|---|
| 0.00 | 468.00 | 0.00 | 468.00 |

**Metal Cladding, Inc.**
230 South Niagara Street
Lockport, New York 14094
Phone: (716) 434-5513

DUNS #00-210-5880

Packing List - Office Copy

Shipment #      S136241-2

*BACKORDER*

Sold
To:  NAO Disbursements Operations
     MCD HQ BL, RM 480-210-201
     30001 Van Dyke
     Warren, MI  48092-9020

Ship
To:  Delphi E & E Mgmt. Syst.
     1000 Lexington Ave.
     Rochester, NY  14606

| Customer No.: | C315 | Cust P.O. Number: | 550005340/Z#7078 |
| MC Sales Order No.: | S136241 | Cust Sales Order #: | 86910910 |
| Job ID: | LAB | Sales Order Date: | 09/09/05 |

| Quantity On Hand /Ordered | U/M | Quantity Shipped | Quantity On Backorder | Item Number | Description/Comments |
|---|---|---|---|---|---|
| 3,900 | EA | 2880 | 1020 | 25333871 | ARMATURES COATED |
| | | | | | TC# 11220 |

2 skids

Ship Via _____ MoHawk _____

Ship Date _____ 9/29/05 _____

Received in Good Condition By _____

Bill of Lading # _____ 15441 _____

*Packing List - Office Copy*

(Form # F15-07) 1

Audit # _____

**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.**

_Mohawk_

| | CARRIER | SHIPPER'S NO. _15441_ |
| --- | --- | --- |
| | | CARRIER'S NO. |

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

AT **LOCKPORT, NY 14094**    _9-29-_    20_05_    FROM    **METAL CLADDING, INC.**

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a railwater shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said Bill of Lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns. (Mail or street address of consignee—For purposes of notification only.)

| CONSIGNED TO | _Delphi_ | | |
| --- | --- | --- | --- |
| DESTINATION | _Rochester_ | STATE _NY_ | COUNTY _14606_ |
| DELIVERY ADDRESS★ | _1000 Lexington Ave_ | | (★To be filled in only when shipper desires and governing tariffs provide for delivery thereof.) |
| ROUTE | | | |
| DELIVERING CARRIER | | CAR OR VEHICLE INITIALS | NO. |

| NO. PKGS. | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | ★ WEIGHT (SUB TO COR.) | CLASS OR RATE | CK. COL. | |
| --- | --- | --- | --- | --- | --- |
| _4_ | _Skids   Auto parts_ | _3923_ | | | Subject to Section 7 of conditions of applicable Bill of Lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. |
| | | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | | | | _Collect_ |
| | | | | | (Signature of Consignor) |
| | _136254   136241-2_ | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid". |
| | _135961-2   135995_ | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |

★ If the shipment moves between two ports by a carrier by water, the law requires that the Bill of Lading shall state whether it is "carrier's or shipper's weight".

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
_____ per _____

| | Agent or Cashier |
| --- | --- |
| | PER _____ (The signature here acknowledges only the amount prepaid.) |

†The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification".
†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission".

| | Charges Advanced: $ |
| --- | --- |

**METAL CLADDING, INC.**    SHIPPER, PER    _R Baker_    AGENT, PER

Permanent post-office address of shipper, 230 SO. NIAGARA ST., LOCKPORT, NEW YORK 14094    (This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same)

F 15-04

**INVOICE**

Remit To:

METAL CLADDING, INC.
PO Box 3753
Syracuse, NY  13220

DUNS NO. 00-210-5880

Correspondence Address:
230 S. Niagara Street
Lockport, NY 14094
Tel. 716-434-5513
Fax 716-439-4010

**INVOICE NO:**          37415

| Bill To: | NAO Disbursements Operations<br>MCD HQ BL, RM 480-210-201<br>30001 Van Dyke<br>Warren, MI  48092-9020 | Ship To: | Delphi E & E Mgmt. Syst.<br>1000 Lexington Ave.<br>Rochester, NY  14606 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Packing List # | S136463/BOL#15446 | Customer ID | C315 |
| Invoice Date | 09/30/05 | P.O. Number | 550015064/Z#7078 |
| Ship Via | | Order Date | 09/28/05 |
| Shipment Date | 09/30/05 | Our Order No. | S136463 |
| Due Date | 10/30/05 | Cust SO No. | 87029983 |
| Terms | Net 30 Days | MC# | |
| | | MC#2 | |

| Item | Description | Job ID | Quantity Invoiced | Unit Price | Unit | Total Price |
|---|---|---|---|---|---|---|
| 17087821 | FUEL INLET FITTING<br><br>ELECTROLESS NICKEL PLATED<br><br>TC# 11437 | NICKEL | 1,542 | 0.3201 | Each | 493.59 |

**INVOICE TOTAL
U.S.FUNDS**

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Sales Tax: | |
|---|---|---|---|
| 0.00 | 493.59 | 0.00 | 493.59 |

WHEN REMITTING, PLEASE SHOW THE INVOICE NUMBER AND
SEND PAYMENT TO REMITTANCE ADDRESS SHOWN ABOVE.

# Metal Cladding, Inc.
230 South Niagara Street
Lockport, New York 14094
Phone: (716) 434-5513

DUNS #00-210-5880

**Packing List - Office Copy**

**Shipment #     S136463**

| Sold | | Ship | |
|---|---|---|---|
| To: | NAO Disbursements Operations | To: | Delphi E & E Mgmt. Syst. |
| | MCD HQ BL, RM 480-210-201 | | 1000 Lexington Ave. |
| | 30001 Van Dyke | | Rochester, NY  14606 |
| | Warren, MI  48092-9020 | | |

| | | | |
|---|---|---|---|
| Customer No.: | C315 | Cust. P.O. Number: | 550015064/Z#7078 |
| MC Sales Order No.: | S136463 | Cust. Sales Order #: | 87029983 |
| Job ID: | NICKEL | Sales Order Date: | 09/28/05 |

| Quantity On Hand /Ordered | U/M | Quantity Shipped | Quantity On Backorder | Item Number | Description/Comments |
|---|---|---|---|---|---|
| 1,542 | EA | 1542 | — | 17087821 | FUEL INLET FITTING |
| | | | | | ELECTROLESS NICKEL PLATED |
| | | | | | TC# 11437 |

17 Kegs

Ship Via      Mohawk

Ship Date      9/30/05

Received in Good Condition By

Bill of Lading #      15440

Audit #

*Packing List - Office Copy*

(Form # F15-07) 1

Remit To:

**Correspondence Address:**
230 S. Niagara Street
Lockport, NY 14094
Tel. 716-434-5513
Fax 716-439-4010

**METAL CLADDING, INC.**
PO Box 3753
Syracuse, NY  13220

DUNS NO. 00-210-5880

**INVOICE NO:**          37416

**Bill To:**
NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI  48092-9020

**Ship To:**  Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY  14606

| | |
|---|---|
| **Packing List #** | S136484/BOL#15446 |
| **Invoice Date** | 09/30/05 |
| **Ship Via** | |
| **Shipment Date** | 09/30/05 |
| **Due Date** | 10/30/05 |
| **Terms** | Net 30 Days |

| | |
|---|---|
| **Customer ID** | C315 |
| **P.O. Number** | 550015064/z#7078 |
| **Order Date** | 09/30/05 |
| **Our Order No.** | S136484 |
| **Cust SO No.** | 00024979 |
| **MC#** | |
| **MC#2** | |

| Item | Description | Job ID | Quantity Invoiced | Unit Price | Unit | Total Price |
|---|---|---|---|---|---|---|
| 25328530 | EGR BASE | EGR | 3,080 | 0.26 | Each | 800.80 |
| | COATED | | | | | |
| | TC# 11446 | | | | | |

**INVOICE TOTAL U.S.FUNDS**

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Sales Tax: | INVOICE TOTAL |
|---|---|---|---|
| 0.00 | 800.80 | 0.00 | 800.80 |

WHEN REMITTING, PLEASE SHOW THE INVOICE NUMBER AND
SEND PAYMENT TO REMITTANCE ADDRESS SHOWN ABOVE.

Packing List - Office Copy

**Metal Cladding, Inc.**
230 South Niagara Street
Lockport, New York 14094
Phone: (716) 434-5513

DUNS #00-210-5880

Shipment #      S136484

**Sold
To:** NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI  48092-9020

**Ship
To:** Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY  14606

**Customer No.:**      C315
**MC Sales Order No.:**      S136484
**Job ID:**      EGR

**Cust. P.O. Number:** 550015064/z#7078
**Cust. Sales Order #** 00024979
**Sales Order Date:**  09/30/05

| Quantity On Hand /Ordered | U/M | Quantity Shipped | Quantity On Backorder | Item Number | Description/Comments |
|---|---|---|---|---|---|
| 3,080 | EA | 3080 | — | 25328530 | EGR BASE |
| | | | | | COATED |
| | | | | | TC# 11446 |

K-Ban

18

**Ship Via** MOHAWK

**Ship Date** 9/30/05

**Received in Good Condition By** _____

**Bill of Lading #** 15414/

**Audit #** 9435A

*Packing List - Office Copy*

(Form # F15-07) 1

INVOICE

METAL CLADDING, INC.
PO Box 3753
Syracuse, NY  13220

DUNS NO. 00-210-5880

Correspondence Address:
230 S. Niagara Street
Lockport, NY 14094
Tel. 716-434-5513
Fax 716-439-4010

INVOICE NO:   37417

**Bill To:** NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI  48092-9020

**Ship To:** Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY 14606

| | |
|---|---|
| Packing List # | S136464/BOL#15446 |
| Invoice Date | 09/30/05 |
| Ship Via | |
| Shipment Date | 09/30/05 |
| Due Date | 10/30/05 |
| Terms | Net 30 Days |

| | |
|---|---|
| Customer ID | C315 |
| P.O. Number | 550005340/Z#7078 |
| Order Date | 09/28/05 |
| Our Order No. | S136464 |
| Cust SO No. | 87029983 |
| MC# | |
| MC#2 | |

| Item | Description | Job ID | Quantity Invoiced | Unit Price | Unit | Total Price |
|---|---|---|---|---|---|---|
| 25333871 | ARMATURES | LAB | 420 | 0.1625 | Each | 68.25 |
| | COATED | | | | | |
| | TC# 11436 | | | | | |

| | | | INVOICE TOTAL U.S. FUNDS | |
|---|---|---|---|---|
| Amount Subject to Sales Tax 0.00 | Amount Exempt from Sales Tax 68.25 | Sales Tax: 0.00 | | 68.25 |

WHEN REMITTING, PLEASE SHOW THE INVOICE NUMBER AND
SEND PAYMENT TO REMITTANCE ADDRESS SHOWN ABOVE.

**Metal Cladding, Inc.**
230 South Niagara Street
Lockport, New York 14094
Phone: (716) 434-5513

DUNS #00-210-5880

Packing List - Office Copy

Shipment #     S136464

**Sold**
**To:**  NAO Disbursements Operations
         MCD HQ BL, RM 480-210-201
         30001 Van Dyke
         Warren, MI  48092-9020

**Ship**
**To:**  Delphi E & E Mgmt. Syst.
         1000 Lexington Ave.
         Rochester, NY  14606

| | |
|---|---|
| **Customer No.:**      C315 | **Cust. P.O. Number:**  550005340/Z#7078 |
| **MC Sales Order No.:**  S136464 | **Cust. Sales Order #:**  87029983 |
| **Job ID:**            LAB | **Sales Order Date:**  09/28/05 |

| Quantity On Hand /Ordered | U/M | Quantity Shipped | Quantity On Backorder | Item Number | Description/Comments |
|---|---|---|---|---|---|
| 21,696 | EA | 420 | 21276 | 25333871 | ARMATURES |
| | | | | | COATED |
| | | | | | TC# 11436 |

Ship Via _MoHawk_

Ship Date _9 / 30 / 05_

Received in Good Condition By _____

Bill of Lading # _15446_

*Packing List - Office Copy*

Audit # _____

(Form # F15-07) 1

Remit To:

*Correspondence Address:*

**METAL CLADDING, INC.**
PO Box 3753
Syracuse, NY  13220

230 S. Niagara Street
Lockport, NY 14094
Tel. 716-434-5513
Fax 716-439-4010

DUNS NO. 00-210-5880

INVOICE NO:   37418

**Bill
To:**   NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI  48092-9020

**Ship
To:**   Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY  14606

| | |
|---|---|
| Packing List # | S136241-3/BOL#15446 |
| Invoice Date | 09/30/05 |
| Ship Via | |
| Shipment Date | 09/30/05 |
| Due Date | 10/30/05 |
| Terms | Net 30 Days |

| | |
|---|---|
| Customer ID | C315 |
| P.O. Number | 550005340/Z#7078 |
| Order Date | 09/09/05 |
| Our Order No. | S136241 |
| Cust SO No. | 86910910 |
| MC# | |
| MC#2 | |

| Item | Description | Job ID | Quantity Invoiced | Unit Price | Unit | Total Price |
|---|---|---|---|---|---|---|
| 25333871 | ARMATURES | LAB | 1,020 | 0.1625 | Each | 165.75 |
| | COATED | | | | | |
| | TC# 11220 | | | | | |

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Sales Tax: | INVOICE TOTAL U.S.FUNDS |
|---|---|---|---|
| 0.00 | 165.75 | 0.00 | 165.75 |

WHEN REMITTING, PLEASE SHOW THE INVOICE NUMBER AND
SEND PAYMENT TO REMITTANCE ADDRESS SHOWN ABOVE.

**Metal Cladding, Inc.**
230 South Niagara Street
Lockport, New York 14094
Phone: (716) 434-5513
DUNS #00-210-5880

Packing List - Office Copy

Shipment #    S136241-3

*BACKORDER*

**Sold To:** NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI  48092-9020

**Ship To:** Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY  14606

Customer No.:      C315
MC Sales Order No.: S136241
Job ID:            LAB

Cust. P.O. Number:   550005340/Z#7078
Cust. Sales Order #: 86910910
Sales Order Date:    09/09/05

| Quantity On Hand /Ordered | U/M | Quantity Shipped | Quantity On Backorder | Item Number | Description/Comments |
|---|---|---|---|---|---|
| 1,020 | EA | 020 | | 25333871 | ARMATURES |
| | | | | | COATED |
| | | | | | TC# 11220 |

Ship Via    MoHawk
Ship Date   9/30/05

Received in Good Condition By _____

Bill of Lading #   15446

Audit # _____

*Packing List - Office Copy*
(Form # F15-07) 1

Remit To:

**METAL CLADDING, INC.**
PO Box 3753
Syracuse, NY  13220

DUNS NO. 00-210-5880

*Correspondence Address:*
230 S. Niagara Street
Lockport, NY 14094
Tel. 716-434-5513
Fax 716-439-4010

**INVOICE NO:**    37419

**Bill To:**
NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI  48092-9020

**Ship To:**
Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY  14606

| | |
|---|---|
| **Packing List #** | S136051-1/BOL#15446 |
| **Invoice Date** | 09/30/05 |
| **Ship Via** | |
| **Shipment Date** | 09/30/05 |
| **Due Date** | 10/30/05 |
| **Terms** | Net 30 Days |

| | |
|---|---|
| **Customer ID** | C315 |
| **P.O. Number** | 550015064/Z#7078 |
| **Order Date** | 08/24/05 |
| **Our Order No.** | S136051 |
| **Cust SO No.** | 86810530 |
| **MC#** | |
| **MC#2** | |

| Item | Description | Job ID | Quantity Invoiced | Unit Price | Unit | Total Price |
|---|---|---|---|---|---|---|
| 17124112 | ARMATURE | LAB | 3,816 | 0.1655 | Each | 631.55 |
| | COATED | | | | | |
| | TC# 11026 | | | | | |

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Sales Tax: | INVOICE TOTAL U.S.FUNDS |
|---|---|---|---|
| 0.00 | 631.55 | 0.00 | 631.55 |

WHEN REMITTING, PLEASE SHOW THE INVOICE NUMBER AND
SEND PAYMENT TO REMITTANCE ADDRESS SHOWN ABOVE.

**Metal Cladding, Inc.**
230 South Niagara Street
Lockport, New York 14094
Phone: (716) 434-5513
DUNS #00-210-5880

Packing List - Office Copy

Shipment #     S136051-1

**BACKORDER**

**Sold To:**  NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI  48092-9020

**Ship To:**  Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY  14606

| | |
|---|---|
| Customer No.:     C315 | Cust. P.O. Number:   550015064/Z#7078 |
| MC Sales Order No.: S136051 | Cust. Sales Order #:  86810530 |
| Job ID:          LAB | Sales Order Date:    08/24/05 |

| Quantity On Hand /Ordered | U/M | Quantity Shipped | Quantity On Backorder | Item Number | Description/Comments |
|---|---|---|---|---|---|
| 3,816 | EA | 3816 | — | 17124112 | ARMATURE |
| | | | | | COATED |
| | | | | | TC# 11026 |

Ship Via   MoHawk

Ship Date:   9/30/05

Received in Good Condition By _____

Bill of Lading #   15446

Audit # _____

*Packing List - Office Copy*

(Form # F15-07) 1

DUNS NO. 00-210-5880

**Remit To:**

**METAL CLADDING, INC.**
PO Box 3753
Syracuse, NY 13220

*Correspondence Address:*
230 S. Niagara Street
Lockport, NY 14094
Tel. 716-434-5513
Fax 716-439-4010

**INVOICE NO:**       37420

| | |
|---|---|
| **Bill To:** | NAO Disbursements Operations<br>MCD HQ BL, RM 480-210-201<br>30001 Van Dyke<br>Warren, MI 48092-9020 |
| **Ship To:** | Delphi E & E Mgmt. Syst.<br>1000 Lexington Ave.<br>Rochester, NY 14606 |

| | | | |
|---|---|---|---|
| **Packing List #** | S136030-1/BOL#15446 | **Customer ID** | C315 |
| **Invoice Date** | 09/30/05 | **P.O. Number** | 550015064/Z#7078 |
| **Ship Via** | | **Order Date** | 08/23/05 |
| **Shipment Date** | 09/30/05 | **Our Order No.** | S136030 |
| **Due Date** | 10/30/05 | **Cust SO No.** | 86803501 |
| **Terms** | Net 30 Days | **MC#** | |
| | | **MC#2** | |

| Item | Description | Job ID | Quantity Invoiced | Unit Price | Unit | Total Price |
|---|---|---|---|---|---|---|
| 17124112 | ARMATURE | LAB | 4,664 | 0.1655 | Each | 771.89 |
| | COATED | | | | | |
| | TC# 11004 | | | | | |

| | | | |
|---|---|---|---|
| | | **INVOICE TOTAL**<br>**U.S.FUNDS** | |
| **Amount Subject to Sales Tax**<br>0.00 | **Amount Exempt from Sales Tax**<br>771.89 | **Sales Tax:**<br>0.00 | 771.89 |

WHEN REMITTING, PLEASE SHOW THE INVOICE NUMBER AND
SEND PAYMENT TO REMITTANCE ADDRESS SHOWN ABOVE.

**Metal Cladding, Inc.**
230 South Niagara Street
Lockport, New York 14094
Phone: (716) 434-5513

DUNS #00-210-5880

Packing List - Office Copy

Shipment #        S136030-1

*BACKORDER*

Sold
To:  NAO Disbursements Operations
     MCD HQ BL, RM 480-210-201
     30001 Van Dyke
     Warren, MI  48092-9020

Ship
To:  Delphi E & E Mgmt. Syst.
     1000 Lexington Ave.
     Rochester, NY  14606

| | |
|---|---|
| Customer No.:        C315 | Cust. P.O. Number:   550015064/Z#7078 |
| MC Sales Order No.: S136030 | Cust. Sales Order #:  86803501 |
| Job ID:              LAB | Sales Order Date:    08/23/05 |

| Quantity On Hand /Ordered | U/M | Quantity Shipped | Quantity On Backorder | Item Number | Description/Comments |
|---|---|---|---|---|---|
| 4,664 | EA | 4,664 | | 17124112 | ARMATURE |
| | | | | | COATED |
| | | | | | TC# 11004 |

Ship Via ___Mohawk___

Ship Date: __9/30/05__

Received in Good Condition By _____

Bill of Lading # ___15446___

*Packing List - Office Copy*

(Form # F15-07) 1

Audit # _____

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

*MOHAWK*

SHIPPER'S NO. 15446

CARRIER

CARRIER'S NO.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

AT **LOCKPORT, NY 14094**   9-30- 20 05   FROM   **METAL CLADDING, INC.**

This property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said Bill of Lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns. (Mail or street address of consignee—For purposes of notification only.)

CONSIGNED TO   *Delphi*

DESTINATION   *Rochester*   STATE   *NY*   COUNTY   *14606*

DELIVERY ADDRESS★   *1000 Lexington Ave*   (★To be filled in only when shipper desires and governing tariffs provide for delivery thereof.)

ROUTE

DELIVERING CARRIER   CAR OR VEHICLE INITIALS   NO.

| NO. PKGS. | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | ☀ WEIGHT (SUB TO COR.) | CLASS OR RATE | CK. COL. | |
|---|---|---|---|---|---|
| 4 | Skids  Auto parts | 4251 | | | Subject to Section 7 of conditions of applicable Bill of Lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. *Collect* (Signature of Consignor) |
| 2 | Empties | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | 136063   136241-3   136464 | | | | Received $_____ to apply in prepayment of the charges on the property described hereon. |
| | 136051-1   136230-1   136484 | | | | |

☀ If the shipment moves between two ports by a carrier by water, the law requires that the Bill of Lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
_____ per _____

Agent or Cashier

PER _____
(The signature here acknowledges only the amount prepaid.)

†The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification".
†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

**METAL CLADDING, INC.**   SHIPPER, PER   *R Bates*   Charges Advanced $_____

Permanent post-office address of shipper, 230 SO. NIAGARA ST., LOCKPORT, NEW YORK 14094   (This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same)   AGENT PER

F 15-04

DUNS NO. 00-210-5880

**Remit To:**

METAL CLADDING, INC.
PO Box 3753
Syracuse, NY  13220

*Correspondence Address:*
230 S. Niagara Street
Lockport, NY 14094
Tel. 716-434-5513
Fax 716-439-4010

**INVOICE NO:**      37442

**Bill To:**
NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI  48092-9020

**Ship To:**  Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY  14606

| | |
|---|---|
| Packing List # | S136485/BOL#15450 |
| Invoice Date | 10/04/05 |
| Ship Via | |
| Shipment Date | 10/03/05 |
| Due Date | 11/03/05 |
| Terms | Net 30 Days |

| | |
|---|---|
| Customer ID | C315 |
| P.O. Number | 550015064/z#7078 |
| Order Date | 09/30/05 |
| Our Order No. | S136485 |
| Cust SO No. | 00024979 |
| MC# | |
| MC#2 | |

| Item | Description | Job ID | Quantity Invoiced | Unit Price | Unit | Total Price |
|---|---|---|---|---|---|---|
| 25328530 | EGR BASE | EGR | 3,080 | 0.26 | Each | 800.80 |
| | COATED | | | | | |
| | TC# 11447 | | | | | |

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Sales Tax: | INVOICE TOTAL U.S. FUNDS |
|---|---|---|---|
| 0.00 | 800.80 | 0.00 | 800.80 |

WHEN REMITTING, PLEASE SHOW THE INVOICE NUMBER AND
SEND PAYMENT TO REMITTANCE ADDRESS SHOWN ABOVE.

**Metal Cladding, Inc.**
230 South Niagara Street
Lockport, New York 14094
Phone: (716) 434-5513

DUNS #00-210-5880

Packing List - Office Copy

Shipment #     S136485

**Sold**
**To:** NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI  48092-9020

**Ship**
**To:** Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY  14606

| | |
|---|---|
| Customer No.:   C315 | Cust. P.O. Number:  550015064/z#7078 |
| MC Sales Order No.:  S136485 | Cust. Sales Order #:  00024979 |
| Job ID:   EGR | Sales Order Date:   09/30/05 |

| Quantity On Hand /Ordered | U/M | Quantity Shipped | Quantity On Backorder | Item Number | Description/Comments |
|---|---|---|---|---|---|
| 3,080 | EA | 3080 | | 25328530 | EGR BASE |
| | | | | | COATED |
| | | | | | TC# 11447 |

K BAN #17

Ship Via  mohawk

Ship Date  10 / 3 / 05

Received in Good Condition By

Bill of Lading #  15450

Audit #

*Packing List - Office Copy*

(Form # F15-07) 1

INVOICE

**Correspondence Address:**
230 S. Niagara Street
Lockport, NY 14094
Tel. 716-434-5513
Fax 716-439-4010

METAL CLADDING, INC.
PO Box 3753
Syracuse, NY 13220

DUNS NO. 00-210-5880

**INVOICE NO:**          37443

**Bill To:** NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI 48092-9020

**Ship To:** Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY 14606

| | |
|---|---|
| **Packing List #** | S136087-1/BOL#15450 |
| **Invoice Date** | 10/04/05 |
| **Ship Via** | |
| **Shipment Date** | 10/03/05 |
| **Due Date** | 11/03/05 |
| **Terms** | Net 30 Days |

| | |
|---|---|
| **Customer ID** | C315 |
| **P.O. Number** | 550015064/Z#7078 |
| **Order Date** | 08/26/05 |
| **Our Order No.** | S136087 |
| **Cust SO No.** | 86828565 |
| **MC#** | |
| **MC#2** | |

| Item | Description | Job ID | Quantity Invoiced | Unit Price | Unit | Total Price |
|---|---|---|---|---|---|---|
| 17124112 | ARMATURE | LAB | 3,392 | 0.1655 | Each | 561.38 |
| | COATED | | | | | |
| | TC# 11066 | | | | | |

**INVOICE TOTAL U.S.FUNDS**

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Sales Tax: | |
|---|---|---|---|
| 0.00 | 561.38 | 0.00 | 561.38 |

WHEN REMITTING, PLEASE SHOW THE INVOICE NUMBER AND
SEND PAYMENT TO REMITTANCE ADDRESS SHOWN ABOVE.

**Metal Cladding, Inc.**
230 South Niagara Street
Lockport, New York 14094
Phone: (716) 434-5513

DUNS #00-210-5880

Packing List - Office Copy

Shipment #      S136087-1

*BACKORDER*

**Sold
To:** NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI  48092-9020

**Ship
To:** Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY  14606

**Customer No.:**      C315
**MC Sales Order No.:** S136087
**Job ID:**      LAB

**Cust. P.O. Number:**  550015064/Z#7078
**Cust. Sales Order #:** 86828565
**Sales Order Date:**   08/26/05

| Quantity On Hand /Ordered | U/M | Quantity Shipped | Quantity On Backorder | Item Number | Description/Comments |
|---|---|---|---|---|---|
| 13,144 | EA | 3392 | 9752 | 17124112 | ARMATURE |
| | | | | | COATED |
| | | | | | TC# 11066 |

Ship Via  *Mohawk*

Ship Date:  10 / 3 / 05

Received in Good Condition By _____

Bill of Lading #  *15450*

Audit # _____

*Packing List - Office Copy*

(Form # F15-07) 1

# INVOICE

**METAL CLADDING, INC.**
PO Box 3753
Syracuse, NY 13220

*Correspondence Address:*
230 S. Niagara Street
Lockport, NY 14094
Tel. 716-434-5513
Fax 716-439-4010

DUNS NO. 00-210-5880

**INVOICE NO:** 37444

**Bill To:**
NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI 48092-9020

**Ship To:**
Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY 14606

Packing List # S136109/BOL#15450
Invoice Date 10/04/05
Ship Via
Shipment Date 10/03/05
Due Date 11/03/05
Terms Net 30 Days

Customer ID C315
P.O. Number 550015064/Z#7078
Order Date 08/30/05
Our Order No. S136109
Cust SO No. 86848868
MC#
MC#2

| Item | Description | Job ID | Quantity Invoiced | Unit Price | Unit | Total Price |
|---|---|---|---|---|---|---|
| 17124112 | ARMATURE COATED TC# 11093 | LAB | 5,088 | 0.1655 | Each | 842.06 |

**INVOICE TOTAL U.S.FUNDS** 842.06

Amount Subject to Sales Tax 0.00
Amount Exempt from Sales Tax 842.06
Sales Tax: 0.00

INVOICE TOTAL 842.06

WHEN REMITTING, PLEASE SHOW THE INVOICE NUMBER AND
SEND PAYMENT TO REMITTANCE ADDRESS SHOWN ABOVE.

# Metal Cladding, Inc.

230 South Niagara Street
Lockport, New York 14094
Phone: (716) 434-5513

DUNS #00-210-5880

Packing List - Office Copy

Shipment #        S136109

**Sold**
**To:**  NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI  48092-9020

**Ship**
**To:**  Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY  14606

| | |
|---|---|
| Customer No.:        C315 | Cust. P.O. Number:    550015064/Z#7078 |
| MC Sales Order No.:  S136109 | Cust. Sales Order #:   86848868 |
| Job ID:              NICKEL    LAB | Sales Order Date:     08/30/05 |

| Quantity On Hand /Ordered | U/M | Quantity Shipped | Quantity On Backorder | Item Number | Description/Comments |
|---|---|---|---|---|---|
| 13,568 | EA | 5088 | 8490 | 7124112 | ARMATURE |
| | | | | | COATED |
| | | | | | TC# 11093 |

Ship Via  _Mohawk_

Ship Date  _10 / 3 /05_

Received in Good Condition By _____

Bill of Lading #  _15450_

## Packing List - Office Copy

Audit # _____

(Form # F15-07) 1

INVOICE

*Correspondence Address:*
230 S. Niagara Street
Lockport, NY 14094
Tel. 716-434-5513
Fax 716-439-4010

**METAL CLADDING, INC.**
PO Box 3753
Syracuse, NY  13220

DUNS NO. 00-210-5880

**INVOICE NO:**   37445

Bill
To:   **NAO Disbursements Operations**
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI  48092-9020

Ship
To:   Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY  14606

| | |
|---|---|
| Packing List # | S136464-1/BOL#15450 |
| Invoice Date | 10/04/05 |
| Ship Via | |
| Shipment Date | 10/03/05 |
| Due Date | 11/03/05 |
| Terms | Net 30 Days |

| | |
|---|---|
| Customer ID | C315 |
| P.O. Number | 550005340/Z#7078 |
| Order Date | 09/28/05 |
| Our Order No. | S136464 |
| Cust SO No. | 87029983 |
| MC# | |
| MC#2 | |

| Item | Description | Job ID | Quantity Invoiced | Unit Price | Unit | Total Price |
|---|---|---|---|---|---|---|
| 25333871 | ARMATURES | LAB | 1,440 | 0.1625 | Each | 234.00 |
| | COATED | | | | | |
| | TC# 11436 | | | | | |

**INVOICE TOTAL**
**U.S.FUNDS**

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Sales Tax: | |
|---|---|---|---|
| 0.00 | 234.00 | 0.00 | 234.00 |

WHEN REMITTING, PLEASE SHOW THE INVOICE NUMBER AND
SEND PAYMENT TO REMITTANCE ADDRESS SHOWN ABOVE.

**Metal Cladding, Inc.**
230 South Niagara Street
Lockport, New York 14094
Phone: (716) 434-5513

DUNS #00-210-5880

Packing List - Office Copy

Shipment #       S136464-1

*BACKORDER*

**Sold
To:** NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI  48092-9020

**Ship
To:** Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY  14606

| | | |
|---|---|---|
| **Customer No.:** C315 | **Cust. P.O. Number:** | 550005340/Z#7078 |
| **MC Sales Order No.:** S136464 | **Cust. Sales Order #:** | 87029983 |
| **Job ID:** LAB | **Sales Order Date:** | 09/28/05 |

| Quantity On Hand /Ordered | U/M | Quantity Shipped | Quantity On Backorder | Item Number | Description/Comments |
|---|---|---|---|---|---|
| 21,276 | EA | 1440 | 19,836 | 25333871 | ARMATURES |
| | | | | | COATED |
| | | | | | TC# 11436 |

(1) skid w/ (18) PANS

Ship Via: Mohawk                Received in Good Condition By _____

Ship Ship Date: 10 / 3 / 05            Bill of Lading # 15450

Packing List - Office Copy            Audit # _____

(Form # F15-07) 1

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

SHIPPER'S NO. 15450

Mohawk

CARRIER

CARRIER'S NO.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

AT **LOCKPORT, NY 14094**    10 3    2005    FROM    **METAL CLADDING, INC.**

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth: (1) In Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said Bill of Lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns. (Mail or street address of consignee—For purposes of notification only.)

CONSIGNED TO    Delphi  E + E  Mgmt  Syst

DESTINATION    Rochester    STATE N.Y.    COUNTY 14606

DELIVERY ADDRESS ★ 1000    Lexington    Ave

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereof.)

ROUTE

DELIVERING CARRIER    CAR OR VEHICLE INITIALS    NO.

| NO. PKGS. | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | ✳ WEIGHT (SUB TO COR.) | CLASS OR RATE | CK. COL. | |
|---|---|---|---|---|---|
| | | 3875 | | | Subject to Section 7 of conditions of applicable Bill of Lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. |
| SM | S136464-1  S136087-1 | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | S136109    S136485 | | | | Collect |
| | | | | | (Signature of Consignor) |
| | | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | | | | Agent or Cashier |

✳ If the shipment moves between two ports by a carrier by water, the law requires that the Bill of Lading shall state whether it is "carrier's or shipper's weight".

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

per

†The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification".

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

PER _____
(The signature here acknowledges only the amount prepaid.)

Charges
Advanced $

**METAL CLADDING, INC.**    SHIPPER, PER    7 Baker M    (AGENT, PER)

Permanent post-office address of shipper, 230 SO. NIAGARA ST., LOCKPORT, NEW YORK 14094    (This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same)

F 15-04

INVOICE

**METAL CLADDING, INC.**
PO Box 3753
Syracuse, NY  13220

Remit To:

*Correspondence Address:*
230 S. Niagara Street
Lockport, NY 14094
Tel. 716-434-5513
Fax 716-439-4010

DUNS NO. 00-210-5880

**INVOICE NO:**   37454

**Bill To:** NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI  48092-9020

**Ship To:** Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY  14606

| | |
|---|---|
| **Packing List #** | S136196/BOL#15456 |
| **Invoice Date** | 10/05/05 |
| **Ship Via** | |
| **Shipment Date** | 10/04/05 |
| **Due Date** | 11/04/05 |
| **Terms** | Net 30 Days |

| | |
|---|---|
| **Customer ID** | C315 |
| **P.O. Number** | 550015064/Z#7078 |
| **Order Date** | 09/06/05 |
| **Our Order No.** | S136196 |
| **Cust SO No.** | 86886890 |
| **MC#** | |
| **MC#2** | |

| Item | Description | Job ID | Quantity Invoiced | Unit Price | Unit | Total Price |
|---|---|---|---|---|---|---|
| 17124112 | ARMATURE | LAB | 7,830 | 0.1655 | Each | 1,295.87 |
| | COATED | | | | | |
| | TC# 11178 | | | | | |

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Sales Tax: | |
|---|---|---|---|
| 0.00 | 1,295.87 | 0.00 | |

**INVOICE TOTAL U.S. FUNDS**   1,295.87

WHEN REMITTING, PLEASE SHOW THE INVOICE NUMBER AND
SEND PAYMENT TO REMITTANCE ADDRESS SHOWN ABOVE.

**Metal Cladding, Inc.**
230 South Niagara Street
Lockport, New York 14094
Phone: (716) 434-5513

DUNS #00-210-5880

Packing List - Office Copy

Shipment #        S136196

**Sold**
**To:**  NAO Disbursements Operations
        MCD HQ BL, RM 480-210-201
        30001 Van Dyke
        Warren, MI 48092-9020

**Ship**
**To:**  Delphi E & E Mgmt. Syst.
        1000 Lexington Ave.
        Rochester, NY 14606

| | |
|---|---|
| Customer No.:       C315 | Cust. P.O. Number:  550015064/Z#7078 |
| MC Sales Order No.:  S136196 | Cust. Sales Order #:  86886890 |
| Job ID:             LAB | Sales Order Date:    09/06/05 |

| Quantity On Hand /Ordered | U/M | Quantity Shipped | Quantity On Backorder | Item Number | Description/Comments |
|---|---|---|---|---|---|
| 16,960 | EA | 7830 | 9130 | F1241-12 | ARMATURE COATED |
| | | | | | TC# 11178 |

Ship Via  _MoHawk_

Ship Date:  _10/4/05_

Received in Good Condition By  _____

Bill of Lading #  _15456_

*Packing List - Office Copy*

(Form # F15-07) 1

Audit #  _____

# INVOICE

Remit To:

**METAL CLADDING, INC.**
PO Box 3753
Syracuse, NY  13220

DUNS NO. 00-210-5880

*Correspondence Address:*
230 S. Niagara Street
Lockport, NY 14094
Tel. 716-434-5513
Fax 716-439-4010

**INVOICE NO:**  37455

| | | |
|---|---|---|
| **Bill To:** | NAO Disbursements Operations<br>MCD HQ BL, RM 480-210-201<br>30001 Van Dyke<br>Warren, MI  48092-9020 | **Ship To:** Delphi E & E Mgmt. Syst.<br>1000 Lexington Ave.<br>Rochester, NY  14606 |

| | | | | |
|---|---|---|---|---|
| **Packing List #** | S136225/BOL#15456 | **Customer ID** | C315 |
| **Invoice Date** | 10/05/05 | **P.O. Number** | 550015064/Z#7078 |
| **Ship Via** | | **Order Date** | 09/08/05 |
| **Shipment Date** | 10/04/05 | **Our Order No.** | S136225 |
| **Due Date** | 11/04/05 | **Cust SO No.** | 86904457 |
| **Terms** | Net 30 Days | **MC#** | |
| | | **MC#2** | |

| Item | Description | Job ID | Quantity Invoiced | Unit Price | Unit | Total Price |
|---|---|---|---|---|---|---|
| 17124112 | ARMATURE | LAB | 650 | 0.1655 | Each | 107.58 |
| | COATED | | | | | |
| | TC# 11206 | | | | | |

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Sales Tax: | **INVOICE TOTAL U.S.FUNDS** |
|---|---|---|---|
| 0.00 | 107.58 | 0.00 | 107.58 |

WHEN REMITTING, PLEASE SHOW THE INVOICE NUMBER AND
SEND PAYMENT TO REMITTANCE ADDRESS SHOWN ABOVE.

Barker Grading, Inc.
2 0 South Niagara Street
Lockport, New York 14094
Phone: (716) 434-5513
DUNS #00-210-5880

Packing List - Office Copy

Shipment #    S136225

**Sold To:** NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI  48092-9020

**Ship To:** Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY  14606

Customer No.:        C315
MC Sales Order No.:  S136225
Job ID:              LAB

Cust. P.O. Number:    550015064/Z#7078
Cust. Sales Order #:  86904457
Sales Order Date:     09/08/05

| Quantity On Hand /Ordered | U/M | Quantity Shipped | Quantity On Backorder | Item Number | Description/Comments |
|---|---|---|---|---|---|
| 8,480 | EA | 650 | 2830 | 15124112 | ARMATURE COATED |
|  |  |  |  |  | TC# 11206 |

Ship Via _____MotHaul C_____

Ship Date: ___10 / 4 / 05___

Received in Good Condition By _____

Bill of Lading # _____15450_____

Audit # _____

**Packing List - Office Copy**

(Form # F15-07) 1

# INVOICE

**Remit To:**

METAL CLADDING, INC.
PO Box 3753
Syracuse, NY 13220

DUNS NO. 00-210-5880

*Correspondence Address:*
230 S. Niagara Street
Lockport, NY 14094
Tel. 716-434-5513
Fax 716-439-4010

**INVOICE NO:** 37456

**Bill To:** NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI 48092-9020

**Ship To:** Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY 14606

| | |
|---|---|
| Packing List # | S136464-2/BOL#15456 |
| Invoice Date | 10/05/05 |
| Ship Via | |
| Shipment Date | 10/04/05 |
| Due Date | 11/04/05 |
| Terms | Net 30 Days |

| | |
|---|---|
| Customer ID | C315 |
| P.O. Number | 550005340/Z#7078 |
| Order Date | 09/28/05 |
| Our Order No. | S136464 |
| Cust SO No. | 87029983 |
| MC# | |
| MC#2 | |

| Item | Description | Job ID | Quantity Invoiced | Unit Price | Unit | Total Price |
|---|---|---|---|---|---|---|
| 25333871 | ARMATURES | LAB | 2,880. | 0.1625 | Each | 468.00 |
| | COATED | | | | | |
| | TC# 11436 | | | | | |

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Sales Tax: | INVOICE TOTAL U.S. FUNDS |
|---|---|---|---|
| 0.00 | 468.00 | 0.00 | 468.00 |

WHEN REMITTING, PLEASE SHOW THE INVOICE NUMBER AND
SEND PAYMENT TO REMITTANCE ADDRESS SHOWN ABOVE.

**Metal Cladding, Inc.**
230 South Niagara Street
Lockport, New York 14094
Phone: (716) 434-5513

DUNS #00-210-5880

Packing List - Office Copy

Shipment #        S136464-2

**BACKORDER**

**Sold
To:** NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI  48092-9020

**Ship
To:** Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY  14606

**Customer No.:**      C315
**MC Sales Order No.:**  S136464
**Job ID:**           LAB

Cust. P.O. Number:  550005340/Z#7078
Cust. Sales Order #:  87029983
Sales Order Date:    09/28/05

| Quantity On Hand /Ordered | U/M | Quantity Shipped | Quantity On Backorder | Item Number | Description/Comments |
|---|---|---|---|---|---|
| 19,836 | EA | 2880 | 16956 | 25333871 | ARMATURES COATED |
|  |  |  |  |  | TC# 11436 |

2 Skids

Ship Via   MOHAWK
Ship Date   10 / 4 / 05

Received in Good Condition By
Bill of Lading #    15456
Audit #

*Packing List - Office Copy*

(Form # F15-07) 1

INVOICE

Remit To:

**METAL CLADDING, INC.**
PO Box 3753
Syracuse, NY  13220

*Correspondence Address:*
230 S. Niagara Street
Lockport, NY 14094
Tel. 716-434-5513
Fax 716-439-4010

DUNS NO. 00-210-5880

**INVOICE NO:**   37457

Bill
To:   **NAO Disbursements Operations**
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI  48092-9020

Ship
To:   Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY  14606

| | |
|---|---|
| **Packing List #** | S136191/BOL#15456 |
| **Invoice Date** | 10/05/05 |
| **Ship Via** | |
| **Shipment Date** | 10/04/05 |
| **Due Date** | 11/04/05 |
| **Terms** | Net 30 Days |

| | |
|---|---|
| **Customer ID** | C315 |
| **P.O. Number** | 550005340/Z#7078 |
| **Order Date** | 09/02/05 |
| **Our Order No.** | S136191 |
| **Cust SO No.** | 00024446 |
| **MC#** | |
| **MC#2** | |

| Item | Description | Job ID | Quantity Invoiced | Unit Price | Unit | Total Price |
|---|---|---|---|---|---|---|
| 25317848 | EGR BASE | EGR | 3,080 | 0.209 | Each | 643.72 |
| | COATED | | | | | |
| | TC# 11158 | | | | | |

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Sales Tax: | **INVOICE TOTAL U.S.FUNDS** |
|---|---|---|---|
| 0.00 | 643.72 | 0.00 | 643.72 |

WHEN REMITTING, PLEASE SHOW THE INVOICE NUMBER AND
SEND PAYMENT TO REMITTANCE ADDRESS SHOWN ABOVE.

# Metal Cladding, Inc.
230 South Niagara Street
Lockport, New York 14094
Phone: (716) 434-5513

DUNS #00-210-5880

**Packing List - Office Copy**

Shipment # ____ S136191 ____

| | |
|---|---|
| **Sold To:** NAO Disbursements Operations<br>MCD HQ BL, RM 480-210-201<br>30001 Van Dyke<br>Warren, MI  48092-9020 | **Ship To:** Delphi E & E Mgmt. Syst.<br>1000 Lexington Ave.<br>Rochester, NY  14606 |

Customer No.:        C315
MC Sales Order No.: S136191
Job ID:              EGR

Cust. P.O. Number:  350005340/Z#7078
Cust. Sales Order #: 00024446
Sales Order Date:   09/02/05

| Quantity On Hand /Ordered | U/M | Quantity Shipped | Quantity On Backorder | Item Number | Description/Comments |
|---|---|---|---|---|---|
| 3,080 | EA | 3,080 | | 2531 849 | EGR BASE COATED |
| | | | | | TC# 11158 |

K. Bin
3

Ship Via: MoHawk

Ship Date: 10 / 4 / 05

Received in Good Condition By _____

Bill of Lading # ____ 15456

Audit # ____ 8807

## Packing List - Office Copy

(Form # F15-07) 1

**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.**

*MoHawk*

SHIPPER'S NO. 15456

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

CARRIER

CARRIER'S NO.

AT **LOCKPORT, N. 4094**    10-4-    20 **05**    FROM    **METAL CLADDING, INC.**

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Freight Classification in effect on the date hereof, if this is a rail or a railwater shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said Bill of Lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns. (Mail or street address of consignee—For purposes of notification only.)

CONSIGNED TO *Delphi*

DESTINATION *Rochester*    STATE *NY*    COUNTY *14606*

DELIVERY ADDRESS★ *1000 Lexington AVE*

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereof.)

ROUTE

DELIVERING CARRIER    CAR OR VEHICLE INITIALS    NO.

| NO. PKGS. | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | ✶ WEIGHT (SUB. TO COR.) | CLASS OR RATE | CK. COL. | |
|---|---|---|---|---|---|
| 4 | *Skids    Auto parts* | *4010* | | | Subject to Section 7 of conditions of applicable Bill of Lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
*Colved*
(Signature of Consignor) |
| | *136191    136464-2* | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid". |
| | *136196    136225* | | | | Received $_____ to apply in prepayment of the charges on the property described hereon.
Agent or Cashier
PER _____
(The signature here acknowledges only the amount prepaid.) |

✶ If the shipment moves between two ports by a carrier by water, the law requires that the Bill of Lading shall state whether it is "carrier's or shipper's weight".

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
per _____

†"The fibre boxes used for this shipment conforms to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification".
†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Charges Advanced $

**METAL CLADDING, INC.**    SHIPPER, PER *R BAER*

Permanent post-office address of shipper, 230 SO. NIAGARA ST., LOCKPORT, NEW YORK 14094

AGENT, PER

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

F 15-04

INVOICE

Correspondence Address:
230 S. Niagara Street
Lockport, NY 14094
Tel. 716-434-5513
Fax 716-439-4010

Remit To:

**METAL CLADDING, INC.**
PO Box 3753
Syracuse, NY 13220

DUNS NO. 00-210-5880

**INVOICE NO:**

37466

**Bill
To:**   NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI 48092-9020

**Ship
To:**   Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY 14606

| | |
|---|---|
| **Packing List #** | S136539/BOL#15463 |
| **Invoice Date** | 10/06/05 |
| **Ship Via** | |
| **Shipment Date** | 10/05/05 |
| **Due Date** | 11/05/05 |
| **Terms** | Net 30 Days |

| | |
|---|---|
| **Customer ID** | C315 |
| **P.O. Number** | 550015064/Z#7078 |
| **Order Date** | 10/04/05 |
| **Our Order No.** | S136539 |
| **Cust SO No.** | 00025043 |
| **MC#** | |
| **MC#2** | |

| Item | Description | Job ID | Quantity Invoiced | Unit Price | Unit | Total Price |
|---|---|---|---|---|---|---|
| 25328530 | EGR BASE | EGR | 3,080 | 0.26 | Each | 800.80 |
| | COATED | | | | | |
| | TC# 11509 | | | | | |

**INVOICE TOTAL
U.S. FUNDS**

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Sales Tax: | |
|---|---|---|---|
| 0.00 | 800.80 | 0.00 | 800.80 |

WHEN REMITTING, PLEASE SHOW THE INVOICE NUMBER AND
SEND PAYMENT TO REMITTANCE ADDRESS SHOWN ABOVE.

# Metal Cladding, Inc.

230 South Niagara Street
Lockport, New York 14094
Phone: (716) 434-5513

DUNS #00-210-5880

**Packing List - Office Copy**

**Shipment #    S136539**

**Sold
To:** NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI  48092-9020

**Ship
To:** Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY  14606

Customer No.:        C315
MC Sales Order No.:  S136539
Job ID:              EGR

Cust. P.O. Number:  550015064/Z#7078
Cust. Sales Order #:  00025043
Sales Order Date:    10/04/05

| Quantity On Hand /Ordered | U/M | Quantity Shipped | Quantity On Backorder | Item Number | Description/Comments |
|---|---|---|---|---|---|
| 3,080 | EA | 3080 | — | 28328530 | EGR BASE COATED TC# 11509 |

K-Ban
85

Ship Via   MoHAWK

Ship Date   10 /5 /05

Received in Good Condition By _____

Bill of Lading #   15463

Audit #   9488

*Packing List - Office Copy*

(Form # F15-07) 1

**INVOICE**

DUNS NO. 00-210-5880

Remit To:

**METAL CLADDING, INC.**
PO Box 3753
Syracuse, NY  13220

*Correspondence Address:*
230 S. Niagara Street
Lockport, NY 14094
Tel. 716-434-5513
Fax 716-439-4010

**INVOICE NO:**    37467

**Bill To:**  NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI  48092-9020

**Ship To:**  Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY  14606

| | |
|---|---|
| **Packing List #** | S136464-3/BOL#15463 |
| **Invoice Date** | 10/06/05 |
| **Ship Via** | |
| **Shipment Date** | 10/05/05 |
| **Due Date** | 11/05/05 |
| **Terms** | Net 30 Days |

| | |
|---|---|
| **Customer ID** | C315 |
| **P.O. Number** | 550005340/Z#7078 |
| **Order Date** | 09/28/05 |
| **Our Order No.** | S136464 |
| **Cust SO No.** | 87029983 |
| **MC#** | |
| **MC#2** | |

| Item | Description | Job ID | Quantity Invoiced | Unit Price | Unit | Total Price |
|---|---|---|---|---|---|---|
| 25333871 | ARMATURES | LAB | 2880 | 0.1625 | EACH | 468.00 |
| | COATED | | | | | |
| | TC# 11498 | | | | | |

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Sales Tax: | **INVOICE TOTAL U.S.FUNDS** |
|---|---|---|---|
| 0.00 | 468.00 | 0.00 | 468.00 |

WHEN REMITTING, PLEASE SHOW THE INVOICE NUMBER AND
SEND PAYMENT TO REMITTANCE ADDRESS SHOWN ABOVE.

# Metal Cladding, Inc.

230 South Niagara Street
Lockport, New York 14094
Phone: (716) 434-5513

DUNS #00-210-5860

**Packing List - Office Copy**

Shipment #    S136464-3

**BACKORDER**

**Sold To;** NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI  48092-9020

**Ship To:** Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY  14606

| | |
|---|---|
| Customer No.: C315 | Cust. P.O. Number: 550005340/Z#7078 |
| MC Sales Order No.: S136464 | Cust. Sales Order #: 87029983 |
| Job ID: LAB | Sales Order Date: 09/28/05 |

| Quantity On Hand /Ordered | U/M | Quantity Shipped | Quantity On Backorder | Item Number | Description/Comments |
|---|---|---|---|---|---|
| 16,956 | EA | 2880 | 14076 | 25333871 | ARMATURES |
| | | | | | COATED |
| | | | | | TC# 11436 |

2 skids

Ship Via  MoHawk

Ship Date:  10 , 5 , 05

Received in Good Condition By _____

Bill of Lading #  15463

*Packing List - Office Copy*

(Form # F15-07) 1

Audit # _____

**INVOICE**

Remit To:

Correspondence Address:
230 S. Niagara Street
Lockport, NY 14094
Tel. 716-434-5513
Fax 716-439-4010

METAL CLADDING, INC.
PO Box 3753
Syracuse, NY 13220

DUNS NO. 00-210-5880

**INVOICE NO:** 37468

Bill
To:    NAO Disbursements Operations
       MCD HQ BL, RM 480-210-201
       30001 Van Dyke
       Warren, MI 48092-9020

Ship
To:    Delphi E & E Mgmt. Syst.
       1000 Lexington Ave.
       Rochester, NY 14606

| | |
|---|---|
| Packing List # | S136087-2/BOL#15463 |
| Invoice Date | 10/06/05 |
| Ship Via | |
| Shipment Date | 10/05/05 |
| Due Date | 11/05/05 |
| Terms | Net 30 Days |

| | |
|---|---|
| Customer ID | C315 |
| P.O. Number | 550015064/Z#7078 |
| Order Date | 08/26/05 |
| Our Order No. | S136087 |
| Cust SO No. | 86828565 |
| MC# | |
| MC#2 | |

| Item | Description | Job ID | Quantity Invoiced | Unit Price | Unit | Total Price |
|---|---|---|---|---|---|---|
| 17124112 | ARMATURE | LAB | 8,480 | 0.1655 | EICH | 1,403.44 |
| | COATED | | | | | |
| | TC# 11066 | | | | | |

**INVOICE TOTAL**
**U.S. FUNDS**          1,403.44

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Sales Tax: |
|---|---|---|
| 0.00 | 1,403.44 | 0.00 |

WHEN REMITTING, PLEASE SHOW THE INVOICE NUMBER AND
SEND PAYMENT TO REMITTANCE ADDRESS SHOWN ABOVE.

**Metal Cladding, Inc.**
230 South Niagara Street
Lockport, New York 14094
Phone: (716) 434-5513

DUNS #00-210-5880

Packing List - Office Copy

Shipment #      S136087-2

*BACKORDER*

Sold
To:  NAO Disbursements Operations
     MCD HQ BL, RM 480-210-201
     30001 Van Dyke
     Warren, MI  48092-9020

Ship
To:  Delphi E & E Mgmt. Syst.
     1000 Lexington Ave.
     Rochester, NY  14606

Customer No.:      C315
MC Sales Order No.: S136087
Job ID:            LAB

Cust. P.O. Number:   550015064/Z#7078
Cust. Sales Order #: 86828565
Sales Order Date:    08/26/05

| Quantity On Hand /Ordered | U/M | Quantity Shipped | Quantity On Backorder | Item Number | Description/Comments |
|---|---|---|---|---|---|
| 9,752 | EA | 8480 | 1222 | 17124112 | ARMATURE |
| | | | | | COATED |
| | | | | | TC# 11066 |

Ship Via   MoHAuK

Ship Date:   10 / 5 / 05

Received in Good Condition By _____

Bill of Lading #   15463

Audit # _____

*Packing List - Office Copy*

(Form # F15-07) 1

**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.**

*MoHawk*

CARRIER

SHIPPER'S NO.  *15463*

CARRIER'S NO.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

AT **LOCKPORT, NY 14094**  *10-5-*  20*05*  FROM  **METAL CLADDING, INC.**

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said Bill of Lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns. (Mail or street address of consignee—For purposes of notification only.)

| | |
|---|---|
| CONSIGNED TO | *Delphi* |
| DESTINATION | *Rochester*  STATE *NY*  COUNTY *14606* |
| DELIVERY ADDRESS★ | *1000 Lexington Ave*  (★To be filled in only when shipper desires and governing tariffs provide for delivery thereof.) |
| ROUTE | |

| DELIVERING CARRIER | CAR OR VEHICLE INITIALS | | NO. | |

| NO. PKGS. | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | ✱ WEIGHT (SUB TO COR.) | CLASS OR RATE | CK. COL. |
|---|---|---|---|---|
| *4* | *Skids Auto parts* | *402)* | | |
| | *136539  136464-3* | | | |
| | *136087-2* | | | |

Subject to Section 7 of conditions of applicable Bill of Lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

*Collect*

(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

PER _____

(The signature here acknowledges only the amount prepaid.)

✱ If the shipment moves between two ports by a carrier by water, the law requires that the Bill of Lading shall state whether it is "carrier's or shipper's weight".

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

†The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification".

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Charges Advanced  $

**METAL CLADDING, INC.**  SHIPPER, PER  *Rick Baker*  AGENT, PER

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same)

Permanent post-office address of shipper, 230 SO. NIAGARA ST., LOCKPORT, NEW YORK 14094

F 15-04

INVOICE

Remit To:

**METAL CLADDING, INC.**
PO Box 3753
Syracuse, NY  13220

DUNS NO. 00-210-5880

*Correspondence Address:*
230 S. Niagara Street
Lockport, NY 14094
Tel. 716-434-5513
Fax 716-439-4010

**INVOICE NO:**    37491

Bill
To:    NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI  48092-9020

Ship
To:    Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY  14606

| | |
|---|---|
| **Packing List #** | S136563/BOL#15470 |
| **Invoice Date** | 10/07/05 |
| **Ship Via** | |
| **Shipment Date** | 10/06/05 |
| **Due Date** | 11/06/05 |
| **Terms** | Net 30 Days |

| | |
|---|---|
| **Customer ID** | C315 |
| **P.O. Number** | 550015064/Z#7078 |
| **Order Date** | 10/05/05 |
| **Our Order No.** | S136563 |
| **Cust SO No.** | 00025073 |
| **MC#** | |
| **MC#2** | |

| Item | Description | Job ID | Quantity Invoiced | Unit Price | Unit | Total Price |
|---|---|---|---|---|---|---|
| 25328530 | EGR BASE | EGR | 3,080 | 0.26 | Each | 800.80 |
| | COATED | | | | | |
| | TC# 11531 | | | | | |

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Sales Tax: | | | INVOICE TOTAL U.S.FUNDS |
|---|---|---|---|---|---|
| 0.00 | 800.80 | 0.00 | | | 800.80 |

WHEN REMITTING, PLEASE SHOW THE INVOICE NUMBER AND
SEND PAYMENT TO REMITTANCE ADDRESS SHOWN ABOVE.

# Metal Cladding, Inc.

230 South Niagara Street
Lockport, New York 14094
Phone: (716) 434-5513

DUNS #00-210-5880

**Packing List - Office Copy**

Shipment #    S136563

**Sold To:** NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI  48092-9020

**Ship To:** Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY  14606

| | |
|---|---|
| Customer No.:    C315 | Cust. P.O. Number:   550015064/Z#7078 |
| MC Sales Order No.: S136563 | Cust. Sales Order #:  00025073 |
| Job ID:    EGR | Sales Order Date:    10/05/05 |

| Quantity On Hand /Ordered | U/M | Quantity Shipped | Quantity On Backorder | Item Number | Description/Comments |
|---|---|---|---|---|---|
| 3,080 | EA | 3080 | — | 25328530 | EGR BASE |
| | | | | | COATED |
| | | | | | TC# 11531 |

K-Ban
22

Ship Via  MOHAWK

Ship Date  10 / 6 / 05

Received in Good Condition By _____

Bill of Lading # _____ 15470

Audit # _____ 9540

*Packing List - Office Copy*

(Form # F15-07) 1

# INVOICE

Remit To:

**METAL CLADDING, INC.**
PO Box 3753
Syracuse, NY  13220

DUNS NO. 00-210-5880

*Correspondence Address:*
· 230 S. Niagara Street
Lockport, NY 14094
Tel. 716-434-5513
Fax 716-439-4010

**INVOICE NO:**   37492

| Bill To: | NAO Disbursements Operations | Ship To: | Delphi E & E Mgmt. Syst. |
|---|---|---|---|
| | MCD HQ BL, RM 480-210-201 | | 1000 Lexington Ave. |
| | 30001 Van Dyke | | Rochester, NY  14606 |
| | Warren, MI  48092-9020 | | |

| | | | |
|---|---|---|---|
| Packing List # | S136464-4/BOL#15470 | Customer ID | C315 |
| Invoice Date | 10/07/05 | P.O. Number | 550005340/Z#7078 |
| Ship Via | | Order Date | 09/28/05 |
| Shipment Date | 10/06/05 | Our Order No. | S136464 |
| Due Date | 11/06/05 | Cust SO No. | 87029983 |
| Terms | Net 30 Days | MC# | |
| | | MC2# | |

| Item | Description | Job ID | Quantity Invoiced | Unit Price | Unit | Total Price |
|---|---|---|---|---|---|---|
| 25333871 | ARMATURES | LAB | 4,320 | 0.1625 | Each | 702.00 |
| | COATED | | | | | |
| | TC# 11435 | | | | | |

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Sales Tax: | INVOICE TOTAL U.S. FUNDS |
|---|---|---|---|
| 0.00 | 702.00 | 0.00 | 702.00 |

WHEN REMITTING, PLEASE SHOW THE INVOICE NUMBER AND
SEND PAYMENT TO REMITTANCE ADDRESS SHOWN ABOVE.

**Metal Cladding, Inc.**
230 South Niagara Street
Lockport, New York 14094
Phone: (716) 434-5513

DUNS #00-210-5880

Packing List - Office Copy

Shipment #    S136464-4

*BACKORDER*

Sold
To: NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI  48092-9020

Ship
To: Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY  14606

Customer No.:        C315
MC Sales Order No.: S136464
Job ID:              LAB

Cust. P.O. Number:  550005340/Z#7078
Cust. Sales Order #: 87029983
Sales Order Date:    09/28/05

| Quantity On Hand /Ordered | U/M | Quantity Shipped | Quantity On Backorder | Item Number | Description/Comments |
|---|---|---|---|---|---|
| 14,076 | EA | 4320 | 9756 | 25333871 | ARMATURES |
| | | | | | COATED |
| | | | | | TC# 11436 |

*3 skids*

Ship Via _MOHAWK_                Received in Good Condition By _____

Ship Date  10 / 6 / 05           Bill of Lading # _____15470_____

*Packing List - Office Copy*

Audit # _____

(Form # F15-07) 1

# INVOICE

Remit To:

Correspondence Address:
230 S. Niagara Street
Lockport, NY 14094
Tel. 716-434-5513
Fax 716-439-4010

**METAL CLADDING, INC.**
PO Box 3753
Syracuse, NY  13220

DUNS NO. 00-210-5880

**INVOICE NO:**    37493

| | |
|---|---|
| Bill To: | NAO Disbursements Operations<br>MCD HQ BL, RM 480-210-201<br>30001 Van Dyke<br>Warren, MI  48092-9020 |
| Ship To: | Delphi E & E Mgmt. Syst.<br>1000 Lexington Ave.<br>Rochester, NY  14606 |

| | | | |
|---|---|---|---|
| Packing List # | S136109-1/BOL#15470 | Customer ID | C315 |
| Invoice Date | 10/07/05 | P.O. Number | 550015064/Z#7078 |
| Ship Via | | Order Date | 08/30/05 |
| Shipment Date | 10/06/05 | Our Order No. | S136109 |
| Due Date | 11/06/05 | Cust SO No. | 86848868 |
| Terms | Net 30 Days | MC# | |
| | | MC#2 | |

| Item | Description | Job ID | Quantity Invoiced | Unit Price | Unit | Total Price |
|---|---|---|---|---|---|---|
| 17124112 | ARMATURE | LAB1 | 8,480 | 0.1655 | Each | 1,403.44 |
| | COATED | | | | | |
| | TC# 11099 | | | | | |

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Sales Tax: | INVOICE TOTAL U.S. FUNDS |
|---|---|---|---|
| 0.00 | 1,403.44 | 0.00 | 1,403.44 |

WHEN REMITTING, PLEASE SHOW THE INVOICE NUMBER AND
SEND PAYMENT TO REMITTANCE ADDRESS SHOWN ABOVE.

# Metal Cladding, Inc.

230 South Niagara Street
Lockport, New York 14094
Phone: (716) 434-5513

DUNS #00-210-5880

## Packing List - Office Copy

Shipment #        S136109-1

**BACKORDER**

| Sold To: | | Ship To: | |
|---|---|---|---|
| NAO Disbursements Operations | | Delphi E & E Mgmt. Syst. | |
| MCD HQ BL, RM 480-210-201 | | 1000 Lexington Ave. | |
| 30001 Van Dyke | | Rochester, NY 14606 | |
| Warren, MI 48092-9020 | | | |

| | | | |
|---|---|---|---|
| Customer No.: | C315 | Cust. P.O. Number: | 550015064/Z#7078 |
| MC Sales Order No.: | S136109 | Cust. Sales Order #: | 86848868 |
| Job ID: | LAB | Sales Order Date: | 08/30/05 |

| Quantity On Hand /Ordered | U/M | Quantity Shipped | Quantity On Backorder | Item Number | Description/Comments |
|---|---|---|---|---|---|
| 8,480 | EA | 8480 | — | 17124112 | ARMATURE |
| | | | | | COATED |
| | | | | | TC# 11093 |

1 SKID

| | | |
|---|---|---|
| Ship Via | MOHAWK | Received in Good Condition By _____ |
| Ship Date: | 10/6/05 | Bill of Lading # 15470 |
| | | Audit # _____ |

*Packing List - Office Copy*
Form #F15071

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

Mohawk

CARRIER

SHIPPER'S NO. 15470

CARRIER'S NO.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

AT LOCKPORT, NY 14094  10-6-2005  FROM

## METAL CLADDING, INC.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said Bill of Lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns. (Mail or street address of consignee—for purposes of notification only.)

CONSIGNED TO __Delni__

DESTINATION __Rochester__  STATE __NY__  COUNTY __14606__

DELIVERY ADDRESS* __1000 Lexington Ave__

ROUTE

DELIVERING CARRIER                  CAR OR VEHICLE INITIALS                  NO.

| NO. PKGS. | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | * WEIGHT (SUB TO COR) | CLASS OR RATE | CK. COL. |
|---|---|---|---|---|
| 5 | Skids Auto parts | 4275 | | |
| | 1B0303 B04094-4 | | | |
| | 1B04109-1 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

* If the shipment moves between two ports by a carrier by water, the law requires that the Bill of Lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____ per _____

†The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification."

‡Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Subject to Section 7 of conditions of applicable Bill of Lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

__Collect__

(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____ Agent or Cashier

PER _____

(The signature here acknowledges only the amount prepaid.)

Charges $ _____
Advanced

## METAL CLADDING, INC.

SHIPPER, PER __Ric BAC__  AGENT, PER _____

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

Permanent post-office address of shipper, 230 SO. NIAGARA ST., LOCKPORT, NEW YORK 14094

F 15-04

*(*)b to be filled in only when shipper desires and governing tariffs provide for delivery thereof.)

INVOICE

*Correspondence Address:*
230 S. Niagara Street
Lockport, NY 14094
Tel. 716-434-5513
Fax 716-439-4010

Remit To:

**METAL CLADDING, INC.**
PO Box 3753
Syracuse, NY 13220

DUNS NO. 00-210-5880

**INVOICE NO:**   37513

| Bill To: | NAO Disbursements Operations<br>MCD HQ BL, RM 480-210-201<br>30001 Van Dyke<br>Warren, MI 48092-9020 | Ship To: | Delphi E & E Mgmt. Syst.<br>1000 Lexington Ave.<br>Rochester, NY 14606 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Packing List #** | S136258/BOL#15473 | **Customer ID** | C315 |
| **Invoice Date** | 10/10/05 | **P.O. Number** | 550015064/Z#7078 |
| **Ship Via** | | **Order Date** | 09/12/05 |
| **Shipment Date** | 10/07/05 | **Our Order No.** | S136258 |
| **Due Date** | 11/09/05 | **Cust SO No.** | 86924522 |
| **Terms** | Net 30 Days | **MC#** | |
| | | **MC#2** | |

| Item | Description | Job ID | Quantity Invoiced | Unit Price | Unit | Total Price |
|---|---|---|---|---|---|---|
| 17124112 | ARMATURE | LAB | 6,360 | 0.1655 | Each | 1,052.58 |
| | COATED | | | | | |
| | TC# 11247 | | | | | |

**INVOICE TOTAL**
**U.S. FUNDS**            1,052.58

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Sales Tax: | |
|---|---|---|---|
| 0.00 | 1,052.58 | 0.00 | 1,052.58 |

WHEN REMITTING, PLEASE SHOW THE INVOICE NUMBER AND
SEND PAYMENT TO REMITTANCE ADDRESS SHOWN ABOVE.

**Metal Cladding, Inc.**
230 South Niagara Street
Lockport, New York 14094
Phone: (716) 434-5513

DUNS #00-210-5880

Packing List - Office Copy

Shipment #     S136258

**Sold**
**To:** NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI  48092-9020

**Ship**
**To:** Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY  14606

Customer No.:   C315
MC Sales Order No.: S136258
Job ID:   LAB

Cust. P.O. Number:  550015064/Z#7078
Cust. Sales Order #:  86924522
Sales Order Date:   09/12/05

| Quantity On Hand /Ordered | U/M | Quantity Shipped | Quantity On Backorder | Item Number | Description/Comments |
|---|---|---|---|---|---|
| 15,955 | EA | 6360 | 9595 | 17124112 | ARMATURE |
| | | | | | COATED |
| | | | | | TC# 11247 |

Ship Via   MOHAWK
Ship Date:   10 / 7 / 05

Received in Good Condition By _____
Bill of Lading #   15473
Audit # _____

*Packing List - Office Copy*

(Form # F15-07) 1

**METAL CLADDING, INC.**
PO Box 3753
Syracuse, NY 13220

Remit To:

*Correspondence Address:*
230 S. Niagara Street
Lockport, NY 14094
Tel. 716-434-5513
Fax 716-439-4010

DUNS NO. 00-210-5880

**INVOICE NO:**   37514

Bill
To:   NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI 48092-9020

Ship
To:   Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY 14606

| | |
|---|---|
| Packing List # | S136301/BOL#15473 |
| Invoice Date | 10/10/05 |
| Ship Via | |
| Shipment Date | 10/07/05 |
| Due Date | 11/09/05 |
| Terms | Net 30 Days |

| | |
|---|---|
| Customer ID | C315 |
| P.O. Number | 550015064/z#7078 |
| Order Date | 09/14/05 |
| Our Order No. | S136301 |
| Cust SO No. | 86940528 |
| MC# | |
| MC#2 | |

| Item | Description | Job ID | Quantity Invoiced | Unit Price | Unit | Total Price |
|---|---|---|---|---|---|---|
| 17124112 | ARMATURE | LAB | 2.120 | 0.1655 | Each | 350.86 |
| | COATED | | | | | |
| | tc# 11270 | | | | | |

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Sales Tax: | INVOICE TOTAL U.S.FUNDS |
|---|---|---|---|
| 0.00 | 350.86 | 0.00 | 350.86 |

WHEN REMITTING, PLEASE SHOW THE INVOICE NUMBER AND
SEND PAYMENT TO REMITTANCE ADDRESS SHOWN ABOVE.

**Metal Cladding, Inc.**
230 South Niagara Street
Lockport, New York 14094
Phone: (716) 434-5513

DUNS #00-210-5880

**Packing List - Office Copy**

**Shipment #      S136301**

**Sold
To:** NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI  48092-9020

**Ship
To:** Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY  14606

| | |
|---|---|
| **Customer No.:**      C315 | **Cust. P.O. Number:**   550015064/z#7078 |
| **MC Sales Order No.:**  S136301 | **Cust. Sales Order #:**  86940528 |
| **Job ID:**           LAB | **Sales Order Date:**   09/14/05 |

| Quantity On Hand /Ordered | U/M | Quantity Shipped | Quantity On Backorder | Item Number | Description/Comments |
|---|---|---|---|---|---|
| 8,480 | EA | 2120 | 6360 | 17124112 | ARMATURE |
| | | | | | COATED |
| | | | | | tc# 11270 |

Ship Via   MOHAWK

Ship Date   10 / 7 / 05

Received in Good Condition By _____

Bill of Lading #   15473

Audit # _____

*Packing List - Office Copy*

(Form # F15-07) 1

**METAL CLADDING, INC.**
PO Box 3753
Syracuse, NY 13220

Remit To:

DUNS NO. 00-210-5880

*Correspondence Address:*
230 S. Niagara Street
Lockport, NY 14094
Tel. 716-434-5513
Fax 716-439-4010

**INVOICE NO:** 37515

**Bill To:** NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI 48092-9020

**Ship To:** Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY 14606

| | |
|---|---|
| Packing List # | S136464-5/BOL#15473 |
| Invoice Date | 10/10/05 |
| Ship Via | |
| Shipment Date | 10/07/05 |
| Due Date | 11/09/05 |
| Terms | Net 30 Days |

| | |
|---|---|
| Customer ID | C315 |
| P.O. Number | 550005340/Z#7078 |
| Order Date | 09/28/05 |
| Our Order No. | S136464 |
| Cust SO No. | 87029983 |
| MC# | |
| MC#2 | |

| Item | Description | Job ID | Quantity Invoiced | Unit Price | Unit | Total Price |
|---|---|---|---|---|---|---|
| 25333871 | ARMATURES | 1AB | 4,320 | 70.1625 | Each | 702.00 |
| | COATED | | | | | |
| | TC# 11436 | | | | | |

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Sales Tax: | INVOICE TOTAL U.S.FUNDS |
|---|---|---|---|
| 0.00 | 702.00 | 0.00 | 702.00 |

WHEN REMITTING, PLEASE SHOW THE INVOICE NUMBER AND
SEND PAYMENT TO REMITTANCE ADDRESS SHOWN ABOVE.

**Metal Cladding, Inc.**
230 South Niagara Street
Lockport, New York 14094
Phone: (716) 434-5513
DUNS #00-210-5880

Packing List - Office Copy

Shipment #    S136464-5

*BACKORDER*

**Sold To:**  NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI  48092-9020

**Ship To:**  Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY  14606

Customer No.:  C315
MC Sales Order No.:  S136464
Job ID:  LAB

Cust. P.O. Number:  550005340/Z#7078
Cust. Sales Order #:  87029983
Sales Order Date:  09/28/05

| Quantity On Hand /Ordered | U/M | Quantity Shipped | Quantity On Backorder | Item Number | Description/Comments |
|---|---|---|---|---|---|
| 9,756 | EA | 4320 | 5436 | 25333871 | ARMATURES |
| | | | | | COATED |
| | | | | | TC# 11436 |

3 skids

Ship Via  MOHAWK

Ship Date:  10 / 7 / 05

Received in Good Condition By  _____

Bill of Lading #  15423

Audit #  _____

*Packing List - Office Copy*

(Form # F15-07) 1

**INVOICE**

**METAL CLADDING, INC.**
PO Box 3753
Syracuse, NY  13220

Remit To:

DUNS NO. 00-210-5880

*Correspondence Address:*
230 S. Niagara Street
Lockport, NY 14094
Tel. 716-434-5513
Fax 716-439-4010

**INVOICE NO:**   37516

Bill
To:   NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI  48092-9020

Ship
To:   Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY  14606

| | |
|---|---|
| Packing List # | S136570/BOL#15473 |
| Invoice Date | 10/10/05 |
| Ship Via | |
| Shipment Date | 10/07/05 |
| Due Date | 11/09/05 |
| Terms | Net 30 Days |

| | |
|---|---|
| Customer ID | C315 |
| P.O. Number | 550015064/Z#7078 |
| Order Date | 10/05/05 |
| Our Order No. | S136570 |
| Cust SO No. | 00025106 |
| MC# | |
| MC#2 | |

| Item | Description | Job ID | Quantity Invoiced | Unit Price | Unit | Total Price |
|---|---|---|---|---|---|---|
| 25328530 | EGR BASE | EGR | 13,000 | 0.26 | Each | 800.80 |
| | COATED | | | | | |
| | TC# 11535 | | | | | |

| | | | | |
|---|---|---|---|---|
| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Sales Tax: | | **INVOICE TOTAL U.S.FUNDS** |
| 0.00 | 800.80 | 0.00 | | 800.80 |

WHEN REMITTING, PLEASE SHOW THE INVOICE NUMBER AND
SEND PAYMENT TO REMITTANCE ADDRESS SHOWN ABOVE.

# Metal Cladding, Inc.

230 South Niagara Street
Lockport, New York 14094
Phone: (716) 434-5513

DUNS #00-210-5880

**Packing List - Office Copy**

Shipment #     S136570

**Sold**
**To:** NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI  48092-9020

**Ship**
**To:** Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY  14606

Customer No.:     C315
MC Sales Order No.:  S136570
Job ID:           EGR

Cust. P.O. Number:  550015064/Z#7078
Cust. Sales Order #:  00025106
Sales Order Date:   10/05/05

| Quantity On Hand /Ordered | U/M | Quantity Shipped | Quantity On Backorder | Item Number | Description/Comments |
|---|---|---|---|---|---|
| 3,080 | EA | 3080 | — | 25328530 | EGR BASE |
|  |  |  |  |  | COATED |
|  |  |  |  |  | TC# 11535 |

K. Ban
29

Ship Via   MOHAWK

Ship Date   10 / 7 / 05

Received in Good Condition By _____

Bill of Lading #   15473.

Audit #   9572

*Packing List - Office Copy*

(Form # F15-07) 1

**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.**

*MoHawk*

| | |
|---|---|
| CARRIER | SHIPPER'S NO. *15473* |
| | CARRIER'S NO. |

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

AT LOCKPORT, NY 14094    *10-7- 20 03*    FROM    **METAL CLADDING, INC.**

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said Bill of Lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns. (Mail or street address of consignee—For purposes of notification only.)

| | |
|---|---|
| CONSIGNED TO | *Delphi* |
| DESTINATION | *Rochester*    STATE *NY*    COUNTY *14606* |
| DELIVERY ADDRESS ★ | *1000 Lexington Ave* (★To be filled in only when shipper desires and governing tariffs provide for delivery thereof.) |
| ROUTE | |

| DELIVERING CARRIER | CAR OR VEHICLE INITIALS | NO. |
|---|---|---|

| NO. PKGS. | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | ★ WEIGHT (SUB TO COR.) | CLASS OR RATE | CK. COL. | |
|---|---|---|---|---|---|
| *5* | *skids Auto parts* | *4125* | | | Subject to Section 7 of conditions of applicable Bill of Lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | | | | *Collect* |
| | | | | | (Signature of Consignor) |
| *Qm* | *136570    136464-5* | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | *136258    130301* | | | | Received $_____ to apply in prepayment of the charges on the property described hereon. |

★ If the shipment moves between two ports by a carrier by water, the law requires that the Bill of Lading shall state whether it is "carrier's or shipper's weight".

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

†"The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification".

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

| | |
|---|---|
| Agent or Cashier | |
| PER | |
| (The signature here acknowledges only the amount prepaid.) | |
| Charges Advanced $ | |

**METAL CLADDING, INC.**    SHIPPER, PER *Rick Bach*    AGENT, PER _____

Permanent post-office address of shipper, 230 SO. NIAGARA ST., LOCKPORT, NEW YORK 14094    (This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

F 15-04

*1*

INVOICE

Remit To:

*Correspondence Address:*
230 S. Niagara Street
Lockport, NY 14094
Tel. 716-434-5513
Fax 716-439-4010

**METAL CLADDING, INC.**
PO Box 3753
Syracuse, NY  13220

DUNS NO. 00-210-5880

**INVOICE NO:**   37534

| Bill To: | NAO Disbursements Operations<br>MCD HQ BL, RM 480-210-201<br>30001 Van Dyke<br>Warren, MI  48092-9020 | Ship To: | Delphi E & E Mgmt. Syst.<br>1000 Lexington Ave.<br>Rochester, NY  14606 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Packing List # | S136599/BOL#15481 | Customer ID | C315 |
| Invoice Date | 10/11/05 | P.O. Number | 550015064/Z#7078 |
| Ship Via | | Order Date | 10/07/05 |
| Shipment Date | 10/10/05 | Our Order No. | S136599 |
| Due Date | 11/10/05 | Cust SO No. | 00025158 |
| Terms | Net 30 Days | MC# | |
| | | MC#2 | |

| Item | Description | Job ID | Quantity Invoiced | Unit Price | Unit | Total Price |
|---|---|---|---|---|---|---|
| 25328530 | EGR BASE | EGR | 3,080 | 0.26 | Each | 800.80 |
| | COATED | | | | | |
| | TC# 11569 | | | | | |

**INVOICE TOTAL**
**U.S. FUNDS**          800.80

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Sales Tax: |
|---|---|---|
| 0.00 | 800.80 | 0.00 |

WHEN REMITTING, PLEASE SHOW THE INVOICE NUMBER AND
SEND PAYMENT TO REMITTANCE ADDRESS SHOWN ABOVE.

# Metal Cladding, Inc.

230 South Niagara Street
Lockport, New York 14094
Phone: (716) 434-5513
DUNS #00-210-5880

**Packing List - Office Copy**

**Shipment #    S136599**

| Sold | | Ship | |
|---|---|---|---|
| **To:** | NAO Disbursements Operations | **To:** | Delphi E & E Mgmt. Syst. |
| | MCD HQ BL, RM 480-210-201 | | 1000 Lexington Ave. |
| | 30001 Van Dyke | | Rochester, NY 14606 |
| | Warren, MI 48092-9020 | | |

| | | | |
|---|---|---|---|
| **Customer No.:** | C315 | **Cust. P.O. Number:** | 550015064/Z#7078 |
| **MC Sales Order No.:** | S136599 | **Cust. Sales Order #:** | 00025158 |
| **Job ID:** | EGR | **Sales Order Date:** | 10/07/05 |

| Quantity On Hand /Ordered | U/M | Quantity Shipped | Quantity On Backorder | Item Number | Description/Comments |
|---|---|---|---|---|---|
| 3,080 | EA | 3080 | — | 25328530 | EGR BASE |
| | | | | | COATED |
| | | | | | TC# 11569 |

K-Ban
29

Ship Via _Mohawk_

Ship Date _10_ / _10_ / _05_

Received in Good Condition By _____

Bill of Lading # _15481_

Audit # _7662-A_

## Packing List - Office Copy

(Form # F15-07) 1

INVOICE

Remit To:

**METAL CLADDING, INC.**
PO Box 3753
Syracuse, NY  13220

DUNS NO. 00-210-5880

Correspondence Address:
230 S. Niagara Street
Lockport, NY 14094
Tel. 716-434-5513
Fax 716-439-4010

**INVOICE NO:**
37535

**Bill
To:**
NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI  48092-9020

**Ship
To:**  Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY  14606

| | |
|---|---|
| **Packing List #** | S136464-6/BOL#15481 |
| **Invoice Date** | 10/11/05 |
| **Ship Via** | |
| **Shipment Date** | 10/10/05 |
| **Due Date** | 11/10/05 |
| **Terms** | Net 30 Days |

| | |
|---|---|
| **Customer ID** | C315 |
| **P.O. Number** | 550005340/Z#7078 |
| **Order Date** | 09/28/05 |
| **Our Order No.** | S136464 |
| **Cust SO No.** | 87029983 |
| **MC#** | |
| **MC#2** | |

| Item | Description | Job ID | Quantity Invoiced | Unit Price | Unit | Total Price |
|---|---|---|---|---|---|---|
| 25333871 | ARMATURES | LAB | 2.880 | .01625 | Each | 468.00 |
| | COATED | | | | | |
| | TC# 11436 | | | | | |

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Sales Tax: | INVOICE TOTAL U.S.FUNDS |
|---|---|---|---|
| 0.00 | 468.00 | 0.00 | 468.00 |

WHEN REMITTING, PLEASE SHOW THE INVOICE NUMBER AND
SEND PAYMENT TO REMITTANCE ADDRESS SHOWN ABOVE.

**tal Cladding, Inc.**
2. .outh Niagara Street
Lockport, New York 14094
Phone: (716) 434-5513
DUNS #00-210-5B80

Packing List - Office Copy

Shipment #    S136464-6

**BACKORDER**

**Sold**
**To:** NAO Disbursements Operations
MCD HQ BL, RM 480-210-201
30001 Van Dyke
Warren, MI 48092-9020

**Ship**
**To:** Delphi E & E Mgmt. Syst.
1000 Lexington Ave.
Rochester, NY 14606

Customer No.:    C315
MC Sales Order No.: S136464
Job ID:    LAB

Cust. P.O. Number:   550005340/Z#7078
Cust. Sales Order #:   87029983
Sales Order Date:    09/28/05

| Quantity On Hand /Ordered | U/M | Quantity Shipped | Quantity On Backorder | Item Number | Description/Comments |
|---|---|---|---|---|---|
| 5,436 | EA | 2880 | 2556 | 25335371 | ARMATURES COATED TC# 11436 |

Ship Via   MoHawl

Ship Date   10 / 10 / 05

Received in Good Condition By _____

Bill of Lading #   15481

Audit # _____

**Packing List - Office Copy**
(Form # F15-07) 1

**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.**

*Mohawk*

SHIPPER'S NO. 15481

CARRIER

CARRIER'S NO.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

AT **LOCKPORT, NY 14094**    10-10-    20 05    FROM    **METAL CLADDING, INC.**

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said Bill of Lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns. (Mail or street address of consignee—For purposes of notification only.)

CONSIGNED TO    *Delphi*

DESTINATION    *Rochester*    STATE    *NY*    COUNTY    *14606*

DELIVERY ADDRESS★    *1000 Lexington    Ave*    (★To be filled in only when shipper desires and governing tariffs provide for delivery thereof.)

ROUTE

DELIVERING CARRIER    CAR OR VEHICLE INITIALS    NO.

| NO. PKGS. | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | ★ WEIGHT (SUB TO COR.) | CLASS OR RATE | CK. COL. |
|---|---|---|---|---|
| 3 | Skids    Auto parts | 2650 | | |
| | 136513 | | | |
| | 136599 | | | |

Subject to Section 7 of conditions of applicable Bill of Lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

*Collect*

(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid".

Received $_____ to apply in prepayment of the charges on the property described hereon.

★ If the shipment moves between two ports by a carrier by water, the law requires that the Bill of Lading shall state whether it is "carrier's or shipper's weight".

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
per

Agent or Cashier

PER _____
(The signature here acknowledges only the amount prepaid.)

†"The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification.
†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Charges Advanced $

**METAL CLADDING, INC.**    SHIPPER, PER

Permanent post-office address of shipper, 230 SO. NIAGARA ST., LOCKPORT, NEW YORK 14094

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

F 15-04