October 16, 2005

| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: John K. Lyons, Esq.<br>Attn: Allison Verderber Herriott, Esq.<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois  60606 | VIA FACSIMILE to (312) 407-0411 with Exhibit A and<br><br>e-mail to jlyonsch@skadden.com with Exhibits A and B |
|---|---|
| Delphi Corporation<br>World Headquarters<br>5725 Delphi Drive<br>Troy, Michigan 48098-2815 | VIA FACSIMILE to (248) 813-2499) with Exhibit A |

> RE:    Reclamation Demand by **Lorentson Manufacturing Company Southwest, Inc.** (the "Reclamation Notice")
> Bankruptcy Petition filed by Delphi Corporation, et al., Case No.05-44481 (AJG), Southern District of New York

Dear Sir/Madame:

It has come to our attention that the above-referenced debtors (the "Debtor") have filed for protection under Title 11 of the United States Code. Pursuant to Section 2-702 of the Uniform Commercial Code, and in accordance with Section 546(c) of the United States Bankruptcy Code, Lorentson Manufacturing Company Southwest, Inc. ("Lorentson") hereby demands reclamation of the goods received by the Debtor during the statutory reclamation period.

The demand specifically includes but is not limited to goods identified on the records annexed hereto. The records annexed hereto reflect unpaid invoices **totaling $87,905.03.** In light of your recent bankruptcy filing, you are further notified that all goods subject to our right of reclamation must be protected and segregated by you and shall not be used for any purpose whatsoever except those specifically authorized following notice and a hearing by the bankruptcy court.

Lorentson further reserves the right to amend and supplement this Reclamation Notice (including filing additional evidence in support of this Reclamation Notice) or to file additional reclamation notices or claims; including without limitation, all other claims at law or in equity. Lorentson also reserves all rights accruing to it, and the filing of this Reclamation Notice is not intended to be and shall not be construed as: (1) an election of remedy; (2) a waiver of any past, present, or future defaults or events of default; or (3) a waiver or limitation of any rights of Lorentson.

656067, v.1, Lorentson Mfg. Southwest, Inc.

Please acknowledge receipt of Lorentson's reclamation and payment demand by signing and dating this letter where indicated below and returning it to me by telecopier, **(765) 452-7940.** My telephone number is (765) 452-4425.

Thank you for your anticipated cooperation.

Sincerely,

*Leonard E. Lorentson*

Mr. Leonard Lorentson, President
Lorentson Manufacturing Company Southwest, Inc.

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

**PLEASE SIGN AND FAX TO (765) 452-7940**

Receipt acknowledged this _____ day of _____, 2005, at _____ ___.m.

Name: _____

Printed: _____

Title: _____

Page Two of Two

Reclamation Demand Letter Dated October 16, 2005
to Delphi Corporation LLC et al.

656067, v.1, Lorentson Mfg. Southwest, Inc.

## MEMORY TRANSMISSION REPORT

```
                                    TIME       : 2005-OCT-17  05:44PM
                                    TEL NUMBER : +13176845173
                                    NAME       : BOSE McKINNEY EVANS

FILE NUMBER         :  467

DATE                :  OCT-17 05:40PM

TO                  :  877#1#10#13124070411#

DOCUMENT PAGES      :  009

START TIME          :  OCT-17 05:40PM

END TIME            :  OCT-17 05:44PM

SENT PAGES          :  009

STATUS              :  OK

FILE NUMBER  : 467        *** SUCCESSFUL TX NOTICE ***
```

**BOSE McKINNEY & EVANS LLP**
ATTORNEYS AT LAW

Jeannette Eisan Hinshaw
Downtown Office
Direct Dial (317) 684-5296
Direct Fax (317) 223-0296
E-Mail: JHinshaw@boselaw.com

### FAX COVER SHEET

Date: 10/17/05                                           Time: _____

From: Jeannette Eisan Hinshaw                            Phone: (317) 684-5296

To: Skadden Arps Slate Meagher & Flom LLP    Facsimile: (312) 407-0411

User No. 877    Client/Matter No. Lorentson/Delphi    Return to JEH

No. of pages transmitted (including cover sheet): ____    Operator's initials _____

**MESSAGE:**

If you experience any problems in receiving any of these pages, please call the Copy Center as soon as possible at 317-684-5144. Thank you.

656596

Downtown • 2700 First Indiana Plaza • 135 North Pennsylvania Street • Indianapolis, Indiana 46204 • (317) 684-5000 • Fax (317) 684-5173
North Office • 600 East 96th Street • Suite 500 • Indianapolis, Indiana 46240 • (317) 684-5300 • Fax (317) 684-5316
Washington Office • 700 North One Lafayette Centre • 1120 20th Street, N.W. • Washington, D.C. 20036 • (202) 973-1229 • Fax (202) 973-1212
www.boselaw.com

# MEMORY TRANSMISSION REPORT

```
TIME       : 2005-OCT-17  05:48PM
TEL NUMBER : +13176845173
NAME       : BOSE McKINNEY EVANS
```

| | | |
|---|---|---|
| FILE NUMBER | : | 468 |
| DATE | : | OCT-17 05:43PM |
| TO | : | 877#1#10#124881324998 |
| DOCUMENT PAGES | : | 009 |
| START TIME | : | OCT-17 05:44PM |
| END TIME | : | OCT-17 05:48PM |
| SENT PAGES | : | 009 |
| STATUS | : | OK |

FILE NUMBER    : 468              \*\*\* SUCCESSFUL TX NOTICE \*\*\*

## BOSE McKINNEY & EVANS LLP
ATTORNEYS AT LAW

**Jeannette Eisan Hinshaw**
Downtown Office
Direct Dial (317) 684-5296
Direct Fax (317) 223-0296
E-Mail: JHinshaw@boselaw.com

### FAX COVER SHEET

Date: __10/17/05__                                                    Time: _____

From: __Jeannette Eisan Hinshaw__                        Phone: __(317) 684-5296__

To: __Delphi Corporation__                                     Facsimile: __(248) 813-2499__

User No. __877__     Client/Matter No. __Lorentson/Delphi__     Return to __JEH__

No. of pages transmitted (including cover sheet): ____     Operator's initials ____

**MESSAGE:**

If you experience any problems in receiving any of these pages, please call the Copy Center as soon as possible at 317-684-5144. Thank you.

658627

Downtown  •  2700 First Indiana Plaza  •  135 North Pennsylvania Street  •  Indianapolis, Indiana 46204  •  (317) 684-5000  •  Fax (317) 684-5173
North Office  •  600 East 96th Street  •  Suite 500  •  Indianapolis, Indiana 46240  •  (317) 684-5300  •  Fax (317) 684-5316
Washington Office  •  700 North One Lafayette Centre  •  1120 20th Street, N.W.  •  Washington, D.C. 20036  •  (202) 973-1229  •  Fax (202) 973-1212
www.boselaw.com

LORENTSON MFG. CO. SOUTHWEST, INC.

| Invoice # | Part # | Date Ship | # of Pieces | Purchase Order | Plant | # of boxes | Unit Price | Total | Customer |
|---|---|---|---|---|---|---|---|---|---|
| 34396 | 16184570 | 09/27/2005 | 330 | 550072587 | | 3 | 1.017 | $335.61 | Delphi |
| 34396 | 16184576 | 09/27/2005 | 1540 | 550072587 | | 14 | 1.038 | $1,598.52 | Delphi |
| 34398 | 16202943 | 09/27/2005 | 1200 | 550072587 | DELCO plt 5 &6 | 1 | 0.0692 | $83.04 | Delphi |
| 34399 | 15328733 | 09/27/2005 | 2100 | PEDP4290059 | | 7 | 0.15895 | $333.80 | Delphi |
| 34400 | 12065978 | 09/27/2005 | 18000 | PEDP4220157 | 3049 | 18 | 0.060048 | $1,080.88 | Delphi |
| 34401 | 15328733 | 09/27/2005 | 2700 | PEDP4290059 | 5000 | 9 | 0.15895 | $429.17 | Delphi |
| 34402 | 15328733 | 09/27/2005 | 13000 | PEDP4290059 | | | 0.012623 | $164.10 | Delphi |
| 34402 | 12047781 | 09/27/2005 | 900 | PEDP4290059 | 5300 | 3 | 0.15818 | $142.36 | Delphi |
| 34403 | 15328733 | 09/27/2005 | 600 | PEDP4290059 | 5700 | 2 | 0.15895 | $95.37 | Delphi |
| 34404 | 15329051 | 09/27/2005 | 3800 | PEDP4290059 | 5800 | 4 | 0.098428 | $374.03 | Delphi |
| 34405 | 15434787 | 09/27/2005 | 6000 | PEDP4710116 | 5900 | 24 | 0.2072 | $1,243.20 | Delphi |
| 34406 | 15336271 | 09/27/2005 | 26000 | PEDP4710116 | 6198 | 2 | 0.012623 | $328.20 | Delphi |
| 34407 | 15326071 | 09/27/2005 | 600 | PEDP4220157 | 6396 | 2 | 0.16471 | $98.83 | Delphi |
| 34408 | 12047781 | 09/27/2005 | 900 | PEDP4290059 | 8196 | 3 | 0.15818 | $142.36 | Delphi |
| 34409 | 15329051 | 09/27/2005 | 900 | PEDP4290059 | 8296 | 3 | 0.16807 | $151.26 | Delphi |
| 34410 | 15410630 | 09/27/2005 | 900 | PEDP4290059 | 8496 | 3 | 0.15587 | $140.28 | Delphi |
| 34411 | 15434787 | 09/27/2005 | 300 | PEDP4290059 | 8696 | 1 | 0.16471 | $49.41 | Delphi |
| 34412 | 15434788 | 09/27/2005 | 300 | PEDP4290059 | 8796 | 1 | 0.16471 | $49.41 | Delphi |
| 34413 | 12047781 | 09/27/2005 | 13000 | PEDP4220157 | 9696 | 2 | 0.012623 | $164.10 | Delphi |
| 34414 | 15329051 | 09/27/2005 | 300 | PEDP4290059 | | 1 | 0.15818 | $47.45 | Delphi |
| 34414 | 16184570 | 09/27/2005 | 220 | 550072587 | | 2 | 1.017 | $223.74 | Delphi |
| 34415 | 16184576 | 09/27/2005 | 1540 | 550072587 | DELCO plt 5 &6 | 14 | 1.038 | $1,598.52 | Delphi |
| 34415 | 16202943 | 09/28/2005 | 1200 | 550072587 | DELCO plt 5 &6 | 1 | 0.0692 | $83.04 | Delphi |
| 34419 → see | 12047781 | 09/28/2005 | 13000 | PEDP4220157 | DELCO plt 5 &6 | 2 | 0.012623 | $164.10 | Delphi |
| 34419 p. 6 | 15328733 | 09/28/2005 | 600 | PEDP4290059 | 3049 | 2 | 0.15895 | $95.37 | Delphi |
| 34420 | 15328733 | 09/28/2005 | 900 | PEDP4290059 | 8049 | 3 | 0.15818 | $142.36 | Delphi |
| 34421 | 15329051 | 09/28/2005 | 4500 | PEDP4290059 | 5000 | 1 | 0.01464 | $65.09 | Delphi |
| 34422 | 15328733 | 09/28/2005 | 2400 | PEDP4220157 | 3800 | 8 | 0.15895 | $381.48 | Delphi |
| 34423 | 12065978 | 09/28/2005 | 1000 | PEDP4220157 | 5700 | 1 | 0.060048 | $60.05 | Delphi |
| 34424 | 15328733 | 09/28/2005 | 600 | PEDP4290059 | 5700 | 2 | 0.15895 | $95.37 | Delphi |
| 34425 | 15328733 | 09/28/2005 | 13300 | PEDP4710116 | 5800 | 14 | 0.098428 | $1,309.09 | Delphi |
| 34426 | 15336271 | 09/28/2005 | 3250 | PEDP4710116 | 5900 | 13 | 0.2072 | $673.40 | Delphi |
| 34427 | 15326071 | 09/28/2005 | 300 | PEDP4220157 | 5900 | 1 | 0.15895 | $47.69 | Delphi |
| 34428 | 15328733 | 09/28/2005 | 600 | PEDP4290059 | 6396 | 2 | 0.16471 | $98.83 | Delphi |
| 34429 | 15434788 | 09/28/2005 | 1800 | PEDP4290059 | 8196 | 6 | 0.15895 | $286.11 | Delphi |
| 34430 | 15329051 | 09/28/2005 | 900 | PEDP4290059 | 8296 | 3 | 0.15818 | $142.36 | Delphi |
| 34431 | 15410630 | 09/28/2005 | 300 | PEDP4290059 | 8296 | 1 | 0.16807 | $50.42 | Delphi |
| 34432 | 15434787 | 09/28/2005 | 600 | PEDP4290059 | 8496 | 2 | 0.15587 | $93.52 | Delphi |
| 34433 | 15434788 | 09/28/2005 | 600 | PEDP4290059 | 8696 | 2 | 0.16471 | $98.83 | Delphi |
| 34434 | 15434788 | 09/28/2005 | 600 | PEDP4290059 | 8696 | 2 | 0.16471 | $98.83 | Delphi |
| 34435 | 12077572 | 09/28/2005 | 2300 | PEDP4220157 | 9696 | 1 | 0.021828 | $50.20 | Delphi |

| Invoice # | Part # | Date Ship | # of Pieces | Purchase Order | Plant | # of boxes | Unit Price | Total | Customer |
|---|---|---|---|---|---|---|---|---|---|
| 34439 | 16184570 | 09/29/2005 | 220 | 550072587 | DELCO plt 5 &6 | 2 | 1.017 | $223.74 | Delphi |
| 34439 | 16184576 | 09/29/2005 | 1540 | 550072587 | DELCO plt 5 &6 | 14 | 1.038 | $1,598.52 | Delphi |
| 34440 | 16202943 | 09/29/2005 | 1200 | 550072587 | DELCO plt 5 &6 | 1 | 0.0692 | $83.04 | Delphi |
| 34441 | 93756833 | 09/29/2005 | 4025 | 550046746 | DELCO span | 23 | 0.21154 | $851.45 | Delphi |
| 34442 | 15326071 | 09/29/2005 | 1750 | 550046746 | DELCO span | 7 | 0.2072 | $362.60 | Delphi |
| 34443 | 28017640 | 09/29/2005 | 10725 | 550064016 | 3049 | 39 | 0.2239 | $2,401.33 | Delphi |
| 34444 | 15336271 | 09/29/2005 | 2850 | PEDP4710116 | 3049 | 3 | 0.098428 | $280.52 | Delphi |
| 34445 | 12065978 | 09/29/2005 | 18000 | PEDP4220157 | 8049 | 18 | 0.060048 | $1,080.86 | Delphi |
| 34446 | 15356810 | 09/29/2005 | 7000 | PEDP4220157 | 8049 | 2 | 0.01286 | $88.62 | Delphi |
| 34446 | 12065826 | 09/29/2005 | 10000 | PEDP4220157 | 8049 | 1 | 0.011308 | $113.08 | Delphi |
| 34447 | 12065978 | 09/29/2005 | 4000 | PEDP4220157 | 3800 | 1 | 0.014815 | $59.28 | Delphi |
| 34448 | 15328733 | 09/29/2005 | 3300 | PEDP4290059 | 3300 | 1 | 0.15895 | $524.54 | Delphi |
| 34449 | 12047781 | 09/29/2005 | 13000 | PEDP4220157 | 5000 | 11 | 0.012623 | $164.10 | Delphi |
| 34450 | 12047781 | 09/29/2005 | 13000 | PEDP4220157 | 5200 | 1 | 0.012623 | $164.10 | Delphi |
| 34451 | 15329051 | 09/29/2005 | 1500 | PEDP4220157 | 5300 | 5 | 0.15818 | $237.27 | Delphi |
| 34452 | 12065978 | 09/29/2005 | 1000 | PEDP4290059 | 5700 | 1 | 0.060048 | $60.05 | Delphi |
| 34452 | 15328733 | 09/29/2005 | 900 | PEDP4290059 | 3800 | 1 | 0.15895 | $143.06 | Delphi |
| 34453 | 15336271 | 09/29/2005 | 5700 | PEDP4290059 | 5700 | 3 | 0.098428 | $561.04 | Delphi |
| 34454 | 15336271 | 09/29/2005 | 6700 | PEDP4710116 | 5800 | 6 | 0.098428 | $561.04 | Delphi |
| 34455 | 15326071 | 09/29/2005 | 8250 | PEDP4710116 | 5900 | 33 | 0.2072 | $1,709.40 | Delphi |
| 34456 | 15328733 | 09/29/2005 | 2100 | PEDP4290059 | 5900 | 7 | 0.15895 | $333.80 | Delphi |
| 34457 | 12047781 | 09/29/2005 | 26000 | PEDP4220157 | 8196 | 2 | 0.012623 | $328.20 | Delphi |
| 34458 | 15434788 | 09/29/2005 | 900 | PEDP4290059 | 8396 | 3 | 0.16471 | $148.24 | Delphi |
| 34459 | 15328733 | 09/29/2005 | 1200 | PEDP4290059 | 8198 | 4 | 0.15818 | $189.82 | Delphi |
| 34460 | 15329051 | 09/29/2005 | 1200 | PEDP4290059 | 8296 | 4 | 0.15818 | $189.82 | Delphi |
| 34460 | 15328733 | 09/29/2005 | 1200 | PEDP4290059 | 5700 | 4 | 0.15895 | $190.74 | Delphi |
| 34461 | 15410630 | 09/29/2005 | 300 | PEDP4290059 | 8296 | 1 | 0.16807 | $50.42 | Delphi |
| 34462 | 15434787 | 09/29/2005 | 1200 | PEDP4290059 | 8498 | 4 | 0.15587 | $187.04 | Delphi |
| 34463 | 15434788 | 09/29/2005 | 300 | PEDP4290059 | 8698 | 1 | 0.16471 | $49.41 | Delphi |
| 34464 | 15328733 | 09/29/2005 | 1500 | PEDP4290059 | 5000 | 5 | 0.15895 | $238.43 | Delphi |
| 34466 | 15328733 | 09/29/2005 | 900 | PEDP4290059 | 5300 | 3 | 0.15818 | $142.36 | Delphi |
| 34467 | 15329051 | 09/29/2005 | 2000 | PEDP4220157 | 5700 | 2 | 0.060048 | $120.10 | Delphi |
| 34468 | 12065978 | 09/29/2005 | 900 | PEDP4290059 | 5700 | 3 | 0.15895 | $143.06 | Delphi |
| 34469 | 15328733 | 09/29/2005 | 4750 | PEDP4710116 | 5800 | 5 | 0.098428 | $467.53 | Delphi |
| 34470 | 15326271 | 09/29/2005 | 4250 | PEDP4290059 | 5900 | 17 | 0.2072 | $880.60 | Delphi |
| 34471 | 15326071 | 09/29/2005 | 300 | PEDP4290059 | 5900 | 1 | 0.15895 | $47.69 | Delphi |
| 34472 | 15328733 | 09/29/2005 | 13000 | PEDP4290157 | 6196 | 1 | 0.012623 | $164.10 | Delphi |
| 34473 | 12047781 | 09/30/2005 | 900 | PEDP4290059 | 6396 | 3 | 0.16471 | $148.24 | Delphi |
| 34474 | 15434788 | 09/30/2005 | 300 | PEDP4290059 | 8196 | 1 | 0.15818 | $47.45 | Delphi |
| 34475 | 15329051 | 09/30/2005 | 600 | PEDP4290059 | 8296 | 2 | 0.15895 | $95.37 | Delphi |
| 34476 | 15328733 | 09/30/2005 | 1800 | PEDP4290059 | 8496 | 6 | 0.15587 | $280.57 | Delphi |
| 34477 | 15434787 | 09/30/2005 | | | | | | | Delphi |

LORENTSON MFG. CO. SOUTHWEST, INC.

| Invoice # | Part # | Date Ship | # of Pieces | Purchase Order | Plant | # of boxes | Unit Price | Total | Customer |
|---|---|---|---|---|---|---|---|---|---|
| 34478 | 15434788 | 09/30/2005 | 5400 | PEDP4290059 | 8696 | 18 | 0.16471 | $889.43 | Delphi |
| 34479 | 16184570 | 10/03/2005 | 220 | 550072587 | 3049 | 2 | 1.017 | $223.74 | Delphi |
| 34479 | 16184576 | 10/03/2005 | 1540 | 550072587 | pit 5 &6 | 14 | 1.038 | $1,598.52 | Delphi |
| 34479 | 16202943 | 10/03/2005 | 1200 | 550072587 | pit 5 &6 | 6 | 0.0692 | $83.04 | Delphi |
| 34480 | 28017640 | 10/03/2005 | 13200 | 550084016 | pit 1 & 5 & 6 | 48 | 0.2239 | $2,955.48 | Delphi |
| 34481 | 12047781 | 10/03/2005 | 39000 | PEDP4220157 | 3049 | 3 | 0.012623 | $492.30 | Delphi |
| 34482 | 12124852 | 10/03/2005 | 2900 | PEDP4220157 | 3049 | 2 | 0.08946 | $259.43 | Delphi |
| 34483 | 15328051 | 10/03/2005 | 1800 | PEDP4290059 | 8049 | 6 | 0.15818 | $284.72 | Delphi |
| 34484 | 15329051 | 10/03/2005 | 4500 | PEDP4290059 | 3800 | 1 | 0.014464 | $65.09 | Delphi |
| 34485 | 12065848 | 10/03/2005 | 3300 | PEDP4220157 | 5000 | 11 | 0.15895 | $524.54 | Delphi |
| 34486 | 15328733 | 10/03/2005 | 900 | PEDP4290059 | 5300 | 3 | 0.15818 | $142.36 | Delphi |
| 34487 | 15329051 | 10/03/2005 | 2000 | PEDP4290059 | 5700 | 2 | 0.080048 | $120.10 | Delphi |
| 34487 | 12065978 | 10/03/2005 | 600 | PEDP4220157 | 5700 | 2 | 0.15895 | $95.37 | Delphi |
| 34488 | 15328733 | 10/03/2005 | 5700 | PEDP4290059 | 5700 | 2 | 0.098428 | $561.04 | Delphi |
| 34489 | 15336271 | 10/03/2005 | 3250 | PEDP4710116 | 5800 | 6 | 0.2072 | $673.40 | Delphi |
| 34490 | 15326071 | 10/03/2005 | 1200 | PEDP4290059 | 5900 | 13 | 0.15895 | $190.74 | Delphi |
| 34491 | 15328733 | 10/03/2005 | 26000 | PEDP4220157 | 6196 | 2 | 0.012623 | $328.20 | Delphi |
| 34491 | 15410630 | 10/03/2005 | 300 | PEDP4290059 | 8296 | 4 | 0.15895 | $46.76 | Delphi |
| 34492 | 12047781 | 10/03/2005 | 300 | PEDP4290059 | 8696 | 2 | 0.16807 | $50.42 | Delphi |
| 34493 | 15434787 | 10/03/2005 | 600 | PEDP4290059 | 8296 | 1 | 0.15895 | $95.37 | Delphi |
| 34494 | 15329051 | 10/03/2005 | 600 | PEDP4290059 | 8196 | 2 | 0.15818 | $94.91 | Delphi |
| 34494 | 15347788 | 10/03/2005 | 600 | PEDP4220157 | 6396 | 2 | 0.16471 | $98.83 | Delphi |
| 34495 | 12047781 | 10/03/2005 | 26000 | PEDP4220157 | 6196 | 2 | 0.012623 | $328.20 | Delphi |
| 34496 | 15410630 | 10/03/2005 | 300 | PEDP4290059 | 8296 | 1 | 0.15587 | $46.76 | Delphi |
| 34497 | 15434787 | 10/03/2005 | 300 | PEDP4290059 | 8696 | 1 | 0.16471 | $148.24 | Delphi |
| 34498 | 15434788 | 10/03/2005 | 900 | PEDP4290059 | 8696 | 3 | 0.16471 | $148.24 | Delphi |
| 34499 | 12047781 | 10/03/2005 | 13000 | PEDP4220157 | 8796 | 1 | 0.012623 | $164.10 | Delphi |
| 34500 | 12047781 | 10/03/2005 | 13000 | PEDP4220157 | 9296 | 1 | 0.012623 | $164.10 | Delphi |
| 34502 | 28017640 | 10/03/2005 | 9625 | 550064016 | DELCO plt 1 & 4 | 35 | 0.2239 | $2,155.04 | Delphi |
| 34503 | 12047781 | 10/03/2005 | 220 | 550072587 | DELCO plt 5 &6 | 2 | 1.017 | $223.74 | Delphi |
| 34503 | 16184570 | 10/03/2005 | 1540 | 550072587 | DELCO plt 5 &6 | 14 | 1.038 | $1,598.52 | Delphi |
| 34504 | 16184578 | 10/03/2005 | 3300 | PEDP4220157 | DELCO plt 5 &6 | 6 | 0.012623 | $264.94 | Delphi |
| 34505 | 16202943 | 10/03/2005 | 1200 | PEDP4220157 | DC | 1 | 0.0692 | $98.77 | Delphi |
| 34505 | 12020704 | 10/03/2005 | 166000 | PEDP4220157 | 3049 | 12 | 0.070548 | $1,969.19 | Delphi |
| 34506 | 12047781 | 10/04/2005 | 1400 | PEDP4220157 | 3200 | 1 | 0.7122 | $164.10 | Delphi |
| 34507 | 12047781 | 10/04/2005 | 13000 | PEDP4220167 | 3300 | 6 | 0.7122 | $264.94 | Delphi |
| 34508 | 12146286 | 10/04/2005 | 372 | PEDP4220157 | 3800 | 4 | 0.7122 | $178.63 | Delphi |
| 34508 | 15328733 | 10/04/2005 | 248 | PEDP4280059 | 5000 | 8 | 0.15895 | $381.48 | Delphi |
| 34509 | 12065978 | 10/04/2005 | 2400 | PEDP4220157 | 5700 | 8 | 0.15895 | $120.10 | Delphi |
| 34510 | 15328733 | 10/04/2005 | 2000 | PEDP4220157 | 5700 | 2 | 0.060048 | $120.10 | Delphi |
| 34511 | 15327033 | 10/04/2005 | 600 | PEDP4290059 | 5700 | 2 | 0.15895 | $95.37 | Delphi |
| 34512 | 15336271 | 10/04/2005 | 8550 | PEDP4710116 | 5800 | 8 | 0.098428 | $841.56 | Delphi |
| 34513 | 15326071 | 10/04/2005 | 5750 | PEDP4710116 | 5900 | 23 | 0.2072 | $1,191.40 | Delphi |

| Invoice # | Part # | Date Ship | # of Pieces | Purchase Order | Plant | # of boxes | Unit Price | Total | Customer |
|---|---|---|---|---|---|---|---|---|---|
| 34514 | 15328733 | 10/04/2005 | 4800 | PEDP4290059 | 9296 | 16 | 0.15895 | $762.96 | Delphi |
| 34515 | 12047781 | 10/04/2005 | 26000 | PEDP4220157 | 8696 | 1 | 0.012623 | $328.20 | Delphi |
| 34516 | 15434788 | 10/04/2005 | 600 | PEDP4290059 | 8696 | 2 | 0.15895 | $95.37 | Delphi |
| 34517 | 15329051 | 10/04/2005 | 600 | PEDP4290059 | 8496 | 2 | 0.15818 | $94.91 | Delphi |
| 34518 | 15328733 | 10/04/2005 | 600 | PEDP4290059 | 8196 | 2 | 0.16471 | $98.83 | Delphi |
| 34519 | 15434787 | 10/04/2005 | 900 | PEDP4290059 | 8296 | 3 | 0.15895 | $143.06 | Delphi |
| 34520 | 15434788 | 10/04/2005 | 300 | PEDP4290059 | 8696 | 1 | 0.15587 | $93.52 | Delphi |
| 34521 | 12047781 | 10/04/2005 | 13000 | PEDP4220157 | 8696 | 1 | 0.16471 | $49.41 | Delphi |
| 34522 | 16184570 | 10/04/2005 | 220 | 5500725B7 | DELCO plt 5 & 6 | 1 | 0.012623 | $164.10 | Delphi |
| 34522 | 16184570 | 10/04/2005 | 1540 | 5500725B7 | DELCO plt 5 & 6 | 2 | 1.017 | $223.74 | Delphi |
| 34522 | 16184576 | 10/04/2005 | 1200 | 5500725B7 | DELCO plt 5 & 6 | 2 | 1.038 | $1,598.52 | Delphi |
| 34523 | 16202943 | 10/04/2005 | 9350 | 5500725B7 | DELCO plt 5 & 6 | 14 | 0.0692 | $83.04 | Delphi |
| 34524 | 28017640 | 10/04/2005 | 19525 | 5500840168 | DELCO plt 1 & 4 | 34 | 0.2239 | $2,093.47 | Delphi |
| 34524 | 28017640 | 10/04/2005 | 19525 | 5500840168 | DELCO plt 1 & 4 | 71 | 0.2239 | $4,371.65 | Delphi |
| 34525 | 28017640 | 10/04/2005 | 300 | 5500840168 | DELCO plt 1 & 4 | 2 | 0.2239 | $223.74 | Delphi |
| 34525 | 16184576 | 10/05/2005 | 1540 | 5500725B7 | DELCO plt 5 & 6 | 2 | 1.017 | $223.74 | Delphi |
| 34525 | 16184570 | 10/05/2005 | 1200 | 5500725B7 | DELCO plt 5 & 6 | 14 | 1.038 | $1,598.52 | Delphi |
| 34525 | 16202943 | 10/05/2005 | 1200 | 5500725B7 | DELCO plt 5 & 6 | 1 | 0.0692 | $83.04 | Delphi |
| 34531 | 12047781 | 10/05/2005 | 26000 | PEDP4220157 | 3049 | 2 | 0.012623 | $328.20 | Delphi |
| 34532 | 15329051 | 10/05/2005 | 4500 | PEDP4290059 | 8049 | 15 | 0.15818 | $711.81 | Delphi |
| 34533 | 12146286 | 10/05/2005 | 248 | PEDP4220157 | 3300 | 4 | 0.7051 | $174.86 | Delphi |
| 34534 | 12065848 | 10/05/2005 | 4500 | PEDP4220157 | 3800 | 1 | 0.014464 | $65.09 | Delphi |
| 34535 | 15328733 | 10/05/2005 | 2400 | PEDP4290059 | 5000 | 8 | 0.15895 | $381.48 | Delphi |
| 34536 | 12047781 | 10/05/2005 | 13000 | PEDP4220157 | 5200 | 1 | 0.012623 | $164.10 | Delphi |
| 34537 | 12085978 | 10/05/2005 | 4000 | PEDP4290059 | 5700 | 4 | 0.060048 | $240.19 | Delphi |
| 34538 | 15328733 | 10/05/2005 | 600 | PEDP4710116 | 5800 | 2 | 0.15895 | $95.37 | Delphi |
| 34539 | 15338271 | 10/05/2005 | 5700 | PEDP4710116 | 5800 | 6 | 0.098428 | $561.04 | Delphi |
| 34540 | 15326071 | 10/05/2005 | 4000 | PEDP4290059 | 5900 | 16 | 0.2072 | $828.80 | Delphi |
| 34541 | 15328733 | 10/05/2005 | 600 | PEDP4290059 | 5900 | 2 | 0.15895 | $95.37 | Delphi |
| 34542 | 12047781 | 10/05/2005 | 13000 | PEDP4220157 | 8196 | 1 | 0.012623 | $164.10 | Delphi |
| 34543 | 15434788 | 10/05/2005 | 900 | PEDP4290059 | 6396 | 3 | 0.16471 | $148.24 | Delphi |
| 34544 | 15329051 | 10/05/2005 | 900 | PEDP4290059 | 8196 | 3 | 0.15818 | $142.36 | Delphi |
| 34545 | 12065266 | 10/05/2005 | 600 | PEDP4220157 | 8296 | 2 | 0.002972 | $95.37 | Delphi |
| 34546 | 15328733 | 10/05/2005 | 30000 | PEDP4290059 | 8496 | 1 | 0.15895 | $89.16 | Delphi |
| 34547 | 15434787 | 10/05/2005 | 1800 | PEDP4220157 | 8496 | 6 | 0.15587 | $280.57 | Delphi |
| 34548 | 12047781 | 10/05/2005 | 13000 | PEDP4290059 | 8796 | 1 | 0.012623 | $164.10 | Delphi |
| 34549 | 12210960 | 10/05/2005 | 6600 | 550072580 | DELCO span | 12 | 0.09405 | $620.73 | Delphi |
| 34549 | 12210963 | 10/06/2005 | 6000 | 550072580 | DELCO span | 10 | 0.11148 | $668.88 | Delphi |
| 34550 | 28030518 | 10/06/2005 | 8400 | 550077288 | DELCO span | 48 | 0.22035 | $1,850.94 | Delphi |
| 34551 | 9375827 | 10/06/2005 | 12000 | 550077290 | DELCO span | 10 | 0.0775 | $930.00 | Delphi |
| 34551 | 9375828 | 10/06/2005 | 7000 | 550077290 | DELCO span | 20 | 0.062654 | $438.48 | Delphi |

10/14/2005 FRI 17:29 FAX 765 452 7940　　　　　　　　　　　　　U INC　　　　　　　　　　　　　Ø014
OCT-14-2005(FRI) 14:52
09-44481-rdd    Doc 484-1    Filed 10/21/05    Entered 10/21/05 09:43:13    Reclamation
Demand Letter Part 1    Pg 9 of 10
EXHIBIT A
Page 5 of 10

LORENTSON MFG. CO. SOUTHWEST, INC.

| Invoice # | Part # | Date Ship | # of Pieces | Purchase Order | Plant | # of boxes | Unit Price | Total | Customer |
|---|---|---|---|---|---|---|---|---|---|
| 34551 | 93758830 | 10/06/2005 | 7000 | 550077290 | DELCO span | 10 | 0.11316 | $792.12 | Delphi |
| 34555 | 12047781 | 10/06/2005 | 13000 | PEDP4220157 | 3049 | 1 | 0.012623 | $164.10 | Delphi |
| 34556 | 12077572 | 10/06/2005 | 2300 | PEDP4220157 | 3049 | 1 | 0.021828 | $50.20 | Delphi |
| 34557 | 12124652 | 10/06/2005 | 1450 | PEDP4220157 | 3049 | 1 | 0.08946 | $129.72 | Delphi |
| 34558 | 15326071 | 10/06/2005 | 1750 | PEDP4220157 | 3049 | 7 | 0.2072 | $362.60 | Delphi |
| 34559 | 15328733 | 10/06/2005 | 600 | PEDP4710116 | 3049 | 2 | 0.15895 | $95.37 | Delphi |
| 34560 | 12146286 | 10/06/2005 | 124 | PEDP4290059 | 3049 | 2 | 0.7051 | $87.43 | Delphi |
| 34561 | 12066050 | 10/06/2005 | 4000 | PEDP4220157 | 3800 | 1 | 0.014815 | $59.26 | Delphi |
| 34562 | 12066050 | 10/06/2005 | 6000 | PEDP4290059 | 5000 | 20 | 0.15895 | $953.70 | Delphi |
| 34563 | 12065978 | 10/06/2005 | 1000 | PEDP4220157 | 5700 | 1 | 0.060048 | $60.05 | Delphi |
| 34564 | 15328733 | 10/06/2005 | 900 | PEDP4290059 | 5700 | 3 | 0.15895 | $143.06 | Delphi |
| 34565 | 15328733 | 10/06/2005 | 6850 | PEDP4710116 | 5800 | 7 | 0.098428 | $654.55 | Delphi |
| 34566 | 15328733 | 10/06/2005 | 5000 | PEDP4290059 | 5900 | 20 | 0.2072 | $1,036.00 | Delphi |
| 34567 | 15326071 | 10/06/2005 | 900 | PEDP4290059 | 5900 | 3 | 0.15895 | $143.06 | Delphi |
| 34568 | 15328733 | 10/06/2005 | 13000 | PEDP4220157 | 6196 | 1 | 0.012623 | $164.10 | Delphi |
| 34569 | 12047781 | 10/06/2005 | 30000 | PEDP4220157 | 6298 | 1 | 0.0029872 | $89.16 | Delphi |
| 34570 | 15434788 | 10/06/2005 | 600 | PEDP4220157 | 6396 | 2 | 0.16471 | $98.83 | Delphi |
| 34571 | 15329051 | 10/06/2005 | 600 | PEDP4290059 | 8196 | 2 | 0.15818 | $94.91 | Delphi |
| 34572 | 15328733 | 10/06/2005 | 600 | PEDP4290059 | 8296 | 2 | 0.15895 | $95.37 | Delphi |
| 34573 | 15434787 | 10/06/2005 | 600 | PEDP4290059 | 8496 | 2 | 0.15587 | $93.52 | Delphi |
| 34574 | 12047781 | 10/06/2005 | 13000 | PEDP4220157 | 8696 | 1 | 0.012623 | $164.10 | Delphi |
| 34577 | 28017640 | 10/07/2005 | 11275 | 550064016 | | 41 | 0.22239 | $2,524.47 | Delphi |
| 34578 | 16184570 | 10/07/2005 | 220 | 550072587 | DELCO plt 5 &6 | 2 | 1.017 | $223.74 | Delphi |
| 34578 | 16184576 | 10/07/2005 | 1430 | 550072587 | DELCO plt 5 &6 | 13 | 1.038 | $1,484.34 | Delphi |
| 34579 | 16202943 | 10/07/2005 | 2400 | 550072587 | DELCO plt 5 &6 | 2 | 0.0692 | $166.08 | Delphi |
| 34579 | 12146286 | 10/07/2005 | 124 | PEDP4220157 | 3300 | 2 | 0.7051 | $87.43 | Delphi |
| 34580 | 12047781 | 10/07/2005 | 13000 | PEDP4220157 | 5200 | 1 | 0.012623 | $164.10 | Delphi |
| 34581 | 12047781 | 10/07/2005 | 2000 | PEDP4220157 | 5300 | 2 | 0.060048 | $120.10 | Delphi |
| 34582 | 12065978 | 10/07/2005 | 900 | PEDP4290059 | 5700 | 3 | 0.15895 | $143.06 | Delphi |
| 34583 | 15328733 | 10/07/2005 | 3800 | PEDP4290059 | 5800 | 4 | 0.098428 | $374.03 | Delphi |
| 34584 | 15326271 | 10/07/2005 | 4750 | PEDP4710116 | 5900 | 19 | 0.2072 | $984.20 | Delphi |
| 34585 | 15326071 | 10/07/2005 | 900 | PEDP4290059 | 5900 | 3 | 0.15895 | $143.06 | Delphi |
| 34586 | 15328733 | 10/07/2005 | 26000 | PEDP4220157 | 6196 | 2 | 0.012623 | $328.20 | Delphi |
| 34587 | 12047781 | 10/07/2005 | 600 | PEDP4290059 | 6396 | 2 | 0.16471 | $98.83 | Delphi |
| 34588 | 15434788 | 10/07/2005 | 2100 | PEDP4290059 | 8196 | 7 | 0.15818 | $332.18 | Delphi |
| 34589 | 15329051 | 10/07/2005 | 2100 | PEDP4290059 | 8296 | 7 | 0.15895 | $333.80 | Delphi |
| 34590 | 15328733 | 10/07/2005 | 1500 | PEDP4290059 | 8496 | 5 | 0.15587 | $233.81 | Delphi |
| 34591 | 15434787 | 10/07/2005 | | | | | | | Delphi |

OCT-14-2005(FRI) 14:02
05-44481-rdd   Doc 484-1   Filed 10/21/05   Entered 10/21/05 09:43:13   Reclamation Demand Letter EXHIBIT A   Pg 10 of 10

EXHIBIT A

Page 6 of 6

LORENTSON MFG. CO. SOUTHWEST, INC.

| Invoice # | Part # | Date Ship | # of Pieces | Purchase Order | Plant | # of boxes | Unit Price | Total | Customer |
|---|---|---|---|---|---|---|---|---|---|
| 34416 | 12047781 | 09/28/2005 | 156000 | PEDP4220212 | PIONEER | 12 | 0.012623 | $1,969.19 | Delphi |
| 34417 | 12065978 | 09/28/2005 | 6000 | PEDP4220212 | PIONEER | 6 | 0.060048 | $360.29 | Delphi |
| 34418 | 12066050 | 09/28/2005 | 8000 | PEDP4220212 | PIONEER | 2 | 0.014815 | $118.52 | Delphi |
| 34464 | 12047781 | 09/29/2005 | 13000 | PEDP4220212 | PIONEER | 1 | 0.012623 | $164.10 | Delphi |
| 34465 | 12047751 | 09/29/2005 | 2300 | PEDP4220212 | PIONEER | 1 | 0.037257 | $85.69 | Delphi |
| 34526 | 12047781 | 10/05/2005 | 169000 | PEDP4220212 | PIONEER | 13 | 0.012623 | $2,133.29 | Delphi |
| 34527 | 12065848 | 10/05/2005 | 4500 | PEDP4220212 | PIONEER | 1 | 0.014464 | $65.09 | Delphi |
| 34528 | 12065978 | 10/05/2005 | 12000 | PEDP4220212 | PIONEER | 12 | 0.060048 | $720.58 | Delphi |
| 34529 | 12066050 | 10/05/2005 | 8000 | PEDP4220212 | PIONEER | 2 | 0.014815 | $118.52 | Delphi |
| 34530 | 15328733 | 10/05/2005 | 300 | PEDP4290073 | PIONEER | 1 | 0.158895 | $47.69 | Delphi |

LORENTSON MFG. CO. SOUTHWEST, INC.     TOTAL     $ 87,905.03