# Lorentson Mfg. Co. Southwest, Inc.



2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS   TOOLS & DIES**
**CUSTOM MOLDING**

Remit To:  Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

| Terms: | NET 15TH. & 30TH |
|---|---|
| P.O. No: | 550072587 |
| Duns No.: | 61-868-7842 |

**Bill To:** DELPHI-DELCO ELECTRONICS de MEXICO SA de
P.O.BOX 981012
EL PASO, TX   79998-1012
ATTN:ACCOUNTS PAYABLE

**Ship To:** DELPHI E & S DELNOSA PLANT 5-6
LIRC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS RD.
LOS INDIOS, TEXAS   78567
SUPPLIER CODE 18961B

Invoice Date: **09/27/2005**    Shipped Date: **09/27/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 16184570 LIGHTPIPE | 3 | BOX | 330 | PIECES | $1.01700 | $335.61 |
| 16184576 LIGHTPIPE | 14 | BOX | 1540 | PIECES | $1.03800 | $1,598.52 |
| 16202943 CASE | 1 | BOX | 1200 | PIECES | $0.06920 | $83.04 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL   $2,017.17

## INVOICE

Collect: **x**    Prepaid: ___    Carrier Code:    **SEA HORSE**    Rev: 8/16/04

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

| | |
|---|---|
| Invoice No: | **34399** -TM |
| Terms: | NET 15TH. & 30TH |
| P.O. No: | PEDP4290059 |
| Duns No.: | 61-868-7842 |

**Remit To:** Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.3049
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60606

Invoice Date: **09/27/2005**    Shipped Date: **09/27/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 15328733 Wire Dress Cover | 7 | BOX | 2100 | PIECES | $0.15895 | $333.80 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $333.80

## INVOICE

Collect: x    Prepaid:    Carrier Code:    CENTRAL TRANSPORT    Rev: 8/16/04

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS      TOOLS & DIES
CUSTOM MOLDING

Invoice No: **34400**

| | |
|---|---|
| Terms: | **NET 15TH. & 30TH** |
| P.O. No: | **PEDP4220157** |
| Duns No.: | **61-868-7842** |

**Remit To:**  Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI PACKARD, PLANT 8049
DELPHI PACKARD FINISHED GOOD
13701 MINES ROAD
LAREDO, TX 78045
CISCO: 60611

Invoice Date: **09/27/2005**      Shipped Date: **09/27/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  12065978  Conn.Body | 18 | BOX | 18000 | PIECES | $0.060048 | $1,080.86 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL      $1,080.86

## INVOICE

Collect: **x**      Prepaid: ___      Carrier Code:      CENTRAL TRANSPORT    Rev: 8/16/04

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

Invoice No: **34401-TM**

Terms: NET 15TH. & 30TH

P.O. No: PEDP4290059

Duns No.: 61-868-7842

Remit To: Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.5000
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60455

Invoice Date: **09/27/2005**    Shipped Date: **09/27/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 15328733 Wire Dress Cover | 9 | BOX | 2700 | PIECES | $0.15895 | $429.17 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $429.17

## INVOICE

**Collect:** x    **Prepaid:** ___    **Carrier Code:** CENTRAL TRANSPORT    Rev: 8/16/04

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX  78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

Remit To:    Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34402 -TM**
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4220157**
Duns No.: **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.5200
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60852

Invoice Date: **09/27/2005**    Shipped Date: **09/27/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  12047781  Conn 150 series 3F | 1 | BOX | 13000 | PIECES | $0.012623 | $164.10 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $164.10

## INVOICE

Collect: **x**    Prepaid: _____    Carrier Code: U.P.S.    Rev: 8/16/04

EXHIBIT B

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

Invoice No: **34403** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4290059**
Duns No.: **61-868-7842**

Remit To:  Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.5300
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60853

Invoice Date: **09/27/2005**   Shipped Date: **09/27/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  15329051 Wire Dress Cover | 3 | BOX | 900 | PIECES | $0.15818 | $142.36 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL   $142.36

## INVOICE

Collect: **x**    Prepaid: ____    Carrier Code:    CENTRAL TRANSPORT  Rev: 8/16/04

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING**

Remit To:   Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34404 -TM**
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4290059**
Duns No.: **61-868-7842**

Bill To: **DELPHI-PACKARD ELECTRIC SYSTEMS**

Ship To: **DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.5700
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60857**

Invoice Date: **09/27/2005**    Shipped Date: **09/27/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 15328733 Wire Dress Cover | 2 | BOX | 600 | PIECES | $0.15895 | $95.37 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL   **$95.37**

## INVOICE

Collect: x    Prepaid: ___    Carrier Code:    **CENTRAL TRANSPORT** Rev: 8/16/04

EXHIBIT B

Page 8 of 185

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS     TOOLS & DIES**
**CUSTOM MOLDING**

Invoice No: **34405** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4710116**
Duns No.: **61-868-7842**

Remit To: Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.5800
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60858

Invoice Date: **09/27/2005**    Shipped Date: **09/27/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  15336271  Splint Harn | 4 | BOX | 3800 | PIECES | $0.098428 | $374.03 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $374.03

## INVOICE

Collect: **x**    Prepaid: ___    Carrier Code:    **CENTRAL TRANSPORT**    Rev: 8/16/04

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

Remit To:    Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34406-TM**

Terms: **NET 15TH. & 30TH**

P.O. No: **PEDP4710116**

Duns No.: **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.5900
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60895

Invoice Date: **09/27/2005**    Shipped Date: **09/27/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  15326071 Channel Splint | 24 | BOX | 6000 | PIECES | $0.207200 | $1,243.20 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $1,243.20

## INVOICE

Collect: **x**    Prepaid: ___    Carrier Code: ___    **CENTRAL TRANSPORT**    Rev: 8/16/04

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS   TOOLS & DIES**
**CUSTOM MOLDING**

Remit To:  Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34407 -TM**
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4220157**
Duns No.: **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI PACKARD PLT 6196, 60502
c/o RYDER, GUADALUPE, ZAC
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO:60863

Invoice Date: **09/27/2005**    Shipped Date: **09/27/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 12047781 Conn 150 series 3F | 2 | BOX | 26000 | PIECES | $0.012623 | $328.20 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $328.20

## INVOICE

Collect: x    Prepaid: ___    Carrier Code:    UPS    Rev: 8/16/04

EXHIBIT B

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX  78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

**Remit To:**   Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34408** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4290059**
Duns No.: **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI PACKARD PLT 6396, 60502
c/o RYDER, FRESNILLO, ZAC
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO:60861

Invoice Date: **09/27/2005**    Shipped Date: **09/27/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  15434788  Wire Dress Cover | 2 | BOX | 600 | PIECES | $0.16471 | $98.83 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $98.83

**INVOICE**

| Collect: x | Prepaid: | Carrier Code: | UPS | Rev: 8/16/04 |

EXHIBIT B

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS   TOOLS & DIES**
**CUSTOM MOLDING**

Invoice No: **34409 -TM**
Terms: NET 15TH. & 30TH
P.O. No: PEDP4290059
Duns No.: 61-868-7842

**Remit To:** Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI PACKARD PLT 8196, 60502
c/o RYDER, NUEVO LAREDO, TAM
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO: 60848

Invoice Date: **09/27/2005**   Shipped Date: **09/27/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  15329051 Wire Dress Cover | 3 | BOX | 900 | PIECES | $0.15818 | $142.36 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL   $142.36

## INVOICE

Collect: x   Prepaid: ___   Carrier Code:   UPS   Rev: 8/16/04

EXHIBIT B

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS   TOOLS & DIES
CUSTOM MOLDING

Remit To: Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

| | |
|---|---|
| Invoice No: | **34410** -TM |
| Terms: | NET 15TH. & 30TH |
| P.O. No: | PEDP4290059 |
| Duns No.: | 61-868-7842 |

Bill To: DELPHI-PACKARD ELECTRIC SYSTEMS

Ship To: DELPHI PACKARD PLT 8296, 60502
c/o RYDER, NUEVO LAREDO, TAM
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO:60882

Invoice Date: 09/27/2005    Shipped Date: 09/27/2005

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 15410630 Wire Dress Cover | 3 | BOX | 900 | PIECES | $0.16807 | $151.26 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL   $151.26

## INVOICE

| Collect: x | Prepaid: | Carrier Code: | UPS | Rev: 8/16/04 |
|---|---|---|---|---|

EXHIBIT B
Page 13 of 28

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

Remit To:   Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34411** -TM
Terms:   NET 15TH. & 30TH
P.O. No:   PEDP4290059
Duns No.:   61-868-7842

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI PACKARD PLT 8496, 60502
c/o RYDER, GUDALUPE, NL
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO:60884

Invoice Date: **09/27/2005**   Shipped Date: **09/27/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  15434787 Wire Dress Cover | 3 | BOX | 900 | PIECES | $0.15587 | $140.28 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL   $140.28

## INVOICE

| Collect: x | Prepaid: | Carrier Code: | UPS | Rev: 8/16/04 |
|---|---|---|---|---|

EXHIBIT B
Page 73 of 78

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

**Remit To:** Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34412** -TM
Terms: NET 15TH. & 30TH
P.O. No: PEDP4290059
Duns No.: 61-868-7842

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI PACKARD PLT 8696, 60502
c/o RYDER, LINARES, NL
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO:60886

Invoice Date: **09/27/2005**    Shipped Date: **09/27/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  15434788  Wire Dress Cover | 1 | BOX | 300 | PIECES | $0.16471 | $49.41 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $49.41

## INVOICE

Collect: x    Prepaid: ___    Carrier Code:    UPS    Rev: 8/16/04

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

**Remit To:** Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

| | |
|---|---|
| Invoice No: | **34413** -TM |
| Terms: | **NET 15TH. & 30TH** |
| P.O. No: | **PEDP4220157** |
| Duns No.: | **61-868-7842** |

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI PACKARD PLT 8796, 60502
c/o RYDER, ANAHUAC, NL
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO:60887

Invoice Date: **09/27/2005**    Shipped Date: **09/27/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  12047781  Conn 150 series 3F | 1 | BOX | 13000 | PIECES | $0.012623 | $164.10 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $164.10

## INVOICE

**Collect:** x    **Prepaid:** ___    **Carrier Code:**    UPS    Rev: 8/16/04

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

Invoice No: **34414 -TM**
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4290059**
Duns No.: **61-868-7842**

Remit To:    Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI PACKARD PLT 9696, 60502
c/o RYDER, GUDALUPE, NL
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO:60896

Invoice Date: **09/27/2005**    Shipped Date: **09/27/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 15329051 Wire Dress Cover | 1 | BOX | 300 | PIECES | $0.15818 | $47.45 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $47.45

## INVOICE

| Collect: x | Prepaid: | Carrier Code: | UPS | Rev: 8/16/04 |

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

| Terms: | NET 15TH. & 30TH |
|---|---|
| P.O. No: | 550072587 |
| Duns No.: | 61-868-7842 |

**Remit To:**   Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

**Bill To:** DELPHI-DELCO ELECTRONICS de MEXICO SA de
P.O.BOX 981012
EL PASO, TX  79998-1012
ATTN:ACCOUNTS PAYABLE

**Ship To:** DELPHI E & S DELNOSA PLANT 5-6
LIRC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS RD.
LOS INDIOS, TEXAS  78567
SUPPLIER CODE  18961B

Invoice Date: **09/28/2005**    Shipped Date: **09/28/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  16184570 LIGHTPIPE | 2 | BOX | 220 | PIECES | $1.01700 | $223.74 |
| 16184576 LIGHTPIPE | 14 | BOX | 1540 | PIECES | $1.03800 | $1,598.52 |
| 16202943 CASE | 1 | BOX | 1200 | PIECES | $0.06920 | $83.04 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $1,905.30

## INVOICE

Collect: x    Prepaid:    Carrier Code:    SEA HORSE    Rev: 8/16/04

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING

Remit To:    Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34416** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4220212**
Duns No.: **61-868-7842**

Bill To: **DELPHI-PACKARD ELECTRIC SYSTEMS**

Ship To: **POWER & SIGNAL GROUP**
**5440 NAIMAN PARKWAY**
**SOLON, OH 44139**

Invoice Date: **09/28/2005**    Shipped Date: **09/28/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 12047781 Conn 150 series 3F | 12 | BOX | 156000 | PIECES | $0.012623 | $1,969.19 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $1,969.19

## INVOICE

Collect: **x**    Prepaid: ___    Carrier Code:    **CONWAY**    Rev: 8/16/04

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING

Remit To:    Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34417 -TM**
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4220212**
Duns No.: **61-868-7842**

Bill To: **DELPHI-PACKARD ELECTRIC SYSTEMS**

Ship To: **POWER & SIGNAL GROUP**
**5440 NAIMAN PARKWAY**
**SOLON, OH 44139**

Invoice Date: **09/28/2005**    Shipped Date: **09/28/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  12065978  Conn.Body | 6 | BOX | 6000 | PIECES | $0.060048 | $360.29 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $360.29

## INVOICE

Collect: x    Prepaid: ___    Carrier Code:    CONWAY    Rev: 8/16/04