EXHIBIT B

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS     TOOLS & DIES**
**CUSTOM MOLDING**

Remit To:   Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34461** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4290059**
Duns No.: **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI PACKARD PLT 8296, 60502
c/o RYDER, NUEVO LAREDO, TAM
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO:60882

Invoice Date: **09/29/2005**      Shipped Date: **09/29/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  15410630 Wire Dress Cover | 1 | BOX | 300 | PIECES | $0.16807 | $50.42 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL      $50.42

## INVOICE

Collect: **x**     Prepaid:     Carrier Code:     UPS         Rev: 8/16/04

EXHIBIT B

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING

**Remit To:** Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

| | |
|---|---|
| Invoice No: | **34462** -TM |
| Terms: | NET 15TH. & 30TH |
| P.O. No: | PEDP4290059 |
| Duns No.: | 61-868-7842 |

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI PACKARD PLT 8496, 60502
c/o RYDER, GUDALUPE, NL
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO:60884

Invoice Date: **09/29/2005**    Shipped Date: **09/29/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 15434787 Wire Dress Cover | 4 | BOX | 1200 | PIECES | $0.15587 | $187.04 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $187.04

## INVOICE

Collect: x    Prepaid: ___    Carrier Code:    UPS    Rev: 8/16/04

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS     TOOLS & DIES**
**CUSTOM MOLDING**

Invoice No: **34463 -TM**
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4290059**
Duns No.: **61-868-7842**

Remit To:   Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI PACKARD PLT 8696, 60502
c/o RYDER, LINARES, NL
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO:60886

Invoice Date: **09/29/2005**     Shipped Date: **09/29/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  15434788  Wire Dress Cover | 1 | BOX | 300 | PIECES | $0.16471 | $49.41 |//
|  |  |  |  |  | FREIGHT |  |
|  |  |  |  |  | TOTAL | $49.41 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

## INVOICE

| Collect: x | Prepaid: ___ | Carrier Code: | UPS | Rev: 8/16/04 |
|---|---|---|---|---|

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING

Remit To:   Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34464 -TM**

Terms:      **NET 15TH. & 30TH**

P.O. No:    **PEDP4220212**

Duns No.:   **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** POWER & SIGNAL GROUP
5440 NAIMAN PARKWAY
SOLON, OH 44139

Invoice Date: **09/29/2005**    Shipped Date: **09/29/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 12047781 Conn 150 series 3F | 1 | BOX | 13000 | PIECES | $0.012623 | $164.10 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $164.10

## INVOICE

Collect: x    Prepaid:    Carrier Code:    UPS    Rev: 8/16/04

# Lorentson MFG. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING

Remit To: Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34465** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4220212**
Duns No.: **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** POWER & SIGNAL GROUP
5440 NAIMAN PARKWAY
SOLON, OH 44139

Invoice Date: **09/29/2005**    Shipped Date: **09/29/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 12047751 Secondary Lock | 1 | BOX | 2300 | PIECES | $0.037257 | $85.69 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL   $85.69

## INVOICE

Collect: **x**    Prepaid: ___    Carrier Code: UPS    Rev: 8/16/04

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS     TOOLS & DIES**
**CUSTOM MOLDING**

Remit To: Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34466** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4290059**
Duns No.: **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.5000
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60455

Invoice Date: **09/30/2005**     Shipped Date: **09/30/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  15328733 Wire Dress Cover | 5 | BOX | 1500 | PIECES | $0.15895 | $238.43 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL     $238.43

## INVOICE

Collect: x     Prepaid: ___     Carrier Code:     CENTRAL TRANSPORT    Rev: 8/16/04

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

Invoice No: **34467** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4290059**
Duns No.: **61-868-7842**

Remit To: Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.5300
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60853

Invoice Date: **09/30/2005**    Shipped Date: **09/30/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 15329051 Wire Dress Cover | 3 | BOX | 900 | PIECES | $0.15818 | $142.36 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $142.36

## INVOICE

Collect: **x**    Prepaid: ___    Carrier Code:    **CENTRAL TRANSPORT** Rev: 8/16/04

EXHIBIT B

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS   TOOLS & DIES
CUSTOM MOLDING

Remit To:   Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34468** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4220157**
Duns No.: **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.5700
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60857

Invoice Date: **09/30/2005**   Shipped Date: **09/30/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  12065978  Conn.Body | 2 | BOX | 2000 | PIECES | $0.060048 | $120.10 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL   $120.10

## INVOICE

| Collect: x | Prepaid: | Carrier Code: | UPS | Rev: 8/16/04 |

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

Remit To:    Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34469 -TM**
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4290059**
Duns No.: **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.5700
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60857

Invoice Date: **09/30/2005**    Shipped Date: **09/30/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  15328733 Wire Dress Cover | 3 | BOX | 900 | PIECES | $0.15895 | $143.06 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

**TOTAL    $143.06**

## INVOICE

Collect: **x**    Prepaid: ___    Carrier Code: **CENTRAL TRANSPORT**    Rev: 8/16/04

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING

Remit To:    Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34470 -TM**
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4710116**
Duns No.: **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.5800
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60858

Invoice Date: **09/30/2005**    Shipped Date: **09/30/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 15336271 Splint Harn | 5 | BOX | 4750 | PIECES | $0.098428 | $467.53 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $467.53

## INVOICE

Collect: x    Prepaid: ___    Carrier Code:    CENTRAL TRANSPORT    Rev: 8/16/04

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

Remit To: Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34471** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4710116**
Duns No.: **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.5900
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60895

Invoice Date: **09/30/2005**    Shipped Date: **09/30/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  15326071 Channel Splint | 17 | BOX | 4250 | PIECES | $0.207200 | $880.60 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $880.60

### INVOICE

Collect: **x**    Prepaid: ___    Carrier Code:    **CENTRAL TRANSPORT** Rev: 8/16/04

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

Remit To: Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34472** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: PEDP4290059
Duns No.: 61-868-7842

Bill To: DELPHI-PACKARD ELECTRIC SYSTEMS

Ship To: DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.5900
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60895

Invoice Date: **09/30/2005**    Shipped Date: **09/30/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  15328733 Wire Dress Cover | 1 | BOX | 300 | PIECES | $0.15895 | $47.69 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $47.69

## INVOICE

Collect: x    Prepaid:    Carrier Code:    CENTRAL TRANSPORT Rev: 8/16/04

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

Invoice No: **34473** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4220157**
Duns No.: **61-868-7842**

Remit To: Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI PACKARD PLT 6196, 60502
c/o RYDER, GUADALUPE, ZAC
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO:60863

Invoice Date: **09/30/2005**    Shipped Date: **09/30/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 12047781 Conn 150 series 3F | 1 | BOX | 13000 | PIECES | $0.012623 | $164.10 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $164.10

**INVOICE**

Collect: **x**    Prepaid: ___    Carrier Code:    UPS    Rev: 8/16/04

EXHIBIT B

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING

Invoice No: **34474** -TM

Terms: **NET 15TH. & 30TH**

P.O. No: **PEDP4290059**

Duns No.: **61-868-7842**

Remit To: Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI PACKARD PLT 6396, 60502
c/o RYDER, FRESNILLO, ZAC
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO:60861

Invoice Date: **09/30/2005**    Shipped Date: **09/30/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 15434788 Wire Dress Cover | 3 | BOX | 900 | PIECES | $0.16471 | $148.24 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $148.24

## INVOICE

Collect: **x**    Prepaid: ___    Carrier Code:    UPS    Rev: 8/16/04

EXHIBIT B

# Lorentson Mfg. Co. Southwest, Inc.



2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

Invoice No: **34475** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4290059**
Duns No.: **61-868-7842**

Remit To:   Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

**Bill To: DELPHI-PACKARD ELECTRIC SYSTEMS**

Ship To: DELPHI PACKARD PLT 8196, 60502
c/o RYDER, NUEVO LAREDO, TAM
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO: 60848

Invoice Date: **09/30/2005**    Shipped Date: **09/30/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  15329051 Wire Dress Cover | 1 | BOX | 300 | PIECES | $0.15818 | $47.45 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $47.45

## INVOICE

| Collect: x | Prepaid: | Carrier Code: | UPS | Rev: 8/16/04 |
|---|---|---|---|---|

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING

Remit To:    Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34476** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4290059**
Duns No.: **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI PACKARD PLT 8296, 60502
c/o RYDER, NUEVO LAREDO, TAM
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO:60882

Invoice Date: **09/30/2005**    Shipped Date: **09/30/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 15328733 Wire Dress Cover | 2 | BOX | 600 | PIECES | $0.15895 | $95.37 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $95.37

## INVOICE

| Collect: x | Prepaid: ___ | Carrier Code: | UPS | Rev: 8/16/04 |

EXHIBIT B



**Lorentson Mfg. Co. Southwest, Inc.**
2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING

Invoice No: **34477** -TM
Terms:   NET 15TH. & 30TH
P.O. No:  PEDP4290059
Duns No.: 61-868-7842

Remit To:    Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

Ship To:  DELPHI PACKARD PLT 8496, 60502
c/o RYDER, GUDALUPE, NL
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO:60884

Invoice Date: **09/30/2005**          Shipped Date: **09/30/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  15434787 Wire Dress Cover | 6 | BOX | 1800 | PIECES | $0.15587 | $280.57 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $280.57

**INVOICE**

Collect: x        Prepaid: ___       Carrier Code:       UPS

Rev: 8/16/04



## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS   TOOLS & DIES
CUSTOM MOLDING

Remit To:
Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Bill To: **DELPHI-PACKARD ELECTRIC SYSTEMS**

Invoice No: **34478** -TM
Terms: NET 15TH. & 30TH
P.O. No: PEDP4290059
Duns No.: 61-868-7842

Ship To: DELPHI PACKARD PLT 8696, 60502
c/o RYDER, LINARES, NL
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO:60886

Invoice Date: **09/30/2005**
Shipped Date: **09/30/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 15434788 Wire Dress Cover | 18 | BOX | 5400 | PIECES | $0.16471 | $889.43 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL   $889.43

**INVOICE**

Collect: x    Prepaid: ____    Carrier Code: **CENTRAL TRANSPORT** Rev: 8/16/04

EXHIBIT B

(25) 34479TM

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS     TOOLS & DIES**
**CUSTOM MOLDING**

Remit To: Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Terms: **NET 15TH. & 30TH**

P.O. No: **550072587**

Duns No.: **61-868-7842**

**Bill To:** DELPHI-DELCO ELECTRONICS de MEXICO SA de
P.O.BOX 981012
EL PASO, TX   79998-1012
ATTN:ACCOUNTS PAYABLE

**Ship To:** DELPHI E & S DELNOSA PLANT 5-6
LIRC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS RD.
LOS INDIOS, TEXAS   78567
SUPPLIER CODE  18961B

Invoice Date: **10/03/2005**     Shipped Date: **10/03/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  16184570 LIGHTPIPE | 2 | BOX | 220 | PIECES | $1.01700 | $223.74 |
| 16184576 LIGHTPIPE | 14 | BOX | 1540 | PIECES | $1.03800 | $1,598.52 |
| 16202943 CASE | 1 | BOX | 1200 | PIECES | $0.06920 | $83.04 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL     $1,905.30

## INVOICE

| Collect: x | Prepaid: | Carrier Code: | SEA HORSE | Rev: 8/16/04 |

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

Remit To:    Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Terms: **NET 15TH. & 30TH**
P.O. No: **550064016**
Duns No.: **61-868-7842**

Bill To: DELPHI-DELCO ELECTRONICS de MEXICO SA de
P.O.BOX 981012
EL PASO, TX   79998-1012
ATTN:ACCOUNTS PAYABLE

Ship To: DELPHI E & S DELNOSA PLANT 1 -4
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS RD.
LOS INDIOS, TEXAS   78567
SUPPLIER CODE 18961B

Invoice Date: **10/03/2005**    Shipped Date: **10/03/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  28017640 POD COVER | 48 | BOX | 13200 | PIECES | $0.22390 | $2,955.48 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $2,955.48

## INVOICE

| Collect: x | Prepaid: | Carrier Code: | SEA HORSE | Rev: 8/16/04 |
|---|---|---|---|---|