## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING

Invoice No: **34481** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4220157**
Duns No.: **61-868-7842**

Remit To:    Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.3049
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60606

Invoice Date: **10/03/2005**    Shipped Date: **10/03/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 12047781 Conn 150 series 3F | 3 | BOX | 39000 | PIECES | $0.012623 | $492.30 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $492.30

## INVOICE

Collect: x    Prepaid:    Carrier Code:    **CENTRAL TRANSPORT** Rev: 8/16/04

EXHIBIT B



## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

Remit To:  Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34482** -TM
Terms: NET 15TH. & 30TH
P.O. No: PEDP4220157
Duns No.: 61-868-7842

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.3049
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60606

Invoice Date: **10/03/2005**    Shipped Date: **10/03/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  12124652 LP Soc WGE Base V | 2 | BOX | 2900 | PIECES | $0.089460 | $259.43 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $259.43

## INVOICE

Collect: x    Prepaid: ___    Carrier Code:    CENTRAL TRANSPORT    Rev: 8/16/04

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS   TOOLS & DIES**
**CUSTOM MOLDING**

Remit To:   Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34483** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4290059**
Duns No.: **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI PACKARD, PLANT 8049
DELPHI PACKARD FINISHED GOOD
13701 MINES ROAD
LAREDO, TX 78045
CISCO: 60611

Invoice Date: **10/03/2005**    Shipped Date: **10/03/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 15329051 Wire Dress Cover | 6 | BOX | 1800 | PIECES | $0.15818 | $284.72 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $284.72

## INVOICE

| Collect: x | Prepaid: | Carrier Code: | UPS | Rev: 8/16/04 |
|---|---|---|---|---|

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING

Remit To: Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34484** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4220157**
Duns No.: **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.3800
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60838

Invoice Date: **10/03/2005**    Shipped Date: **10/03/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 12065848 TPA M M/P MXD | 1 | BOX | 4500 | PIECES | $0.014464 | $65.09 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $65.09

## INVOICE

Collect: **x**    Prepaid: ___    Carrier Code: **CENTRAL TRANSPORT**    Rev: 8/16/04

**Lorentson Mfg. Co. Southwest, Inc.**

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING

Remit To:    Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34485** -TM
Terms:    **NET 15TH. & 30TH**
P.O. No:    PEDP4290059
Duns No.:    61-868-7842

Bill To:  **DELPHI-PACKARD ELECTRIC SYSTEMS**

Ship To:   DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.5000
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60455

Invoice Date: **10/03/2005**    Shipped Date: **10/03/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 15328733 Wire Dress Cover | 11 | BOX | 3300 | PIECES | $0.15895 | $524.54 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $524.54

**INVOICE**

Collect: x    Prepaid:    Carrier Code:    CENTRAL TRANSPORT    Rev: 8/16/04

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS   TOOLS & DIES**
**CUSTOM MOLDING**

Invoice No: **34486** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4290059**
Duns No.: **61-868-7842**

Remit To: Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.5300
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60853

Invoice Date: **10/03/2005**   Shipped Date: **10/03/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 15329051 Wire Dress Cover | 3 | BOX | 900 | PIECES | $0.15818 | $142.36 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL   $142.36

## INVOICE

Collect: x    Prepaid: ___    Carrier Code:    **CENTRAL TRANSPORT** Rev: 8/16/04

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

Invoice No: **34487** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4220157**
Duns No.: **61-868-7842**

**Remit To:** Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.5700
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60857

Invoice Date: **10/03/2005**    Shipped Date: **10/03/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  12065978  Conn.Body | 2 | BOX | 2000 | PIECES | $0.060048 | $120.10 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $120.10

## INVOICE

| Collect: x | Prepaid: | Carrier Code: | **CENTRAL TRANSPORT** Rev: 8/16/04 |
|---|---|---|---|

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS     TOOLS & DIES**
**CUSTOM MOLDING**

Invoice No: **34488** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4290059**
Duns No.: **61-868-7842**

Remit To: Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.5700
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60857

Invoice Date: **10/03/2005**     Shipped Date: **10/03/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  15328733 Wire Dress Cover | 2 | BOX | 600 | PIECES | $0.15895 | $95.37 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $95.37

# INVOICE

| Collect: **x** | Prepaid: | Carrier Code: | **CENTRAL TRANSPORT** Rev: 8/16/04 |

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING

Invoice No: **34489** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4710116**
Duns No.: **61-868-7842**

**Remit To:** Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.5800
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60858

Invoice Date: **10/03/2005**    Shipped Date: **10/03/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  15336271  Splint Harn | 6 | BOX | 5700 | PIECES | $0.098428 | $561.04 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $561.04

## INVOICE

Collect: **x**    Prepaid: ___    Carrier Code:    **CENTRAL TRANSPORT** Rev: 8/16/04

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING

Invoice No: **34490** -TM
Terms: NET 15TH. & 30TH
P.O. No: PEDP4710116
Duns No.: 61-868-7842

Remit To: Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Bill To: DELPHI-PACKARD ELECTRIC SYSTEMS

Ship To: DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.5900
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60895

Invoice Date: **10/03/2005**    Shipped Date: **10/03/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  15326071 Channel Splint | 13 | BOX | 3250 | PIECES | $0.207200 | $673.40 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $673.40

## INVOICE

Collect: x    Prepaid: ___    Carrier Code:    CENTRAL TRANSPORT    Rev: 8/16/04

EXHIBIT B

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

Invoice No: **34491 -TM**
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4290059**
Duns No.: **61-868-7842**

Remit To: Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.5900
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60895

Invoice Date: **10/03/2005**    Shipped Date: **10/03/2005**

| | Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| P/N | 15328733 Wire Dress Cover | 4 | BOX | 1200 | PIECES | $0.15895 | $190.74 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $190.74

## INVOICE

| Collect: x | Prepaid: | Carrier Code: | CENTRAL TRANSPORT Rev: 8/16/04 |
|---|---|---|---|

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

Invoice No: **34492** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4220157**
Duns No.: **61-868-7842**

Remit To: Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Bill To: **DELPHI-PACKARD ELECTRIC SYSTEMS**

Ship To: **DELPHI PACKARD PLT 6196, 60502**
**c/o RYDER, GUADALUPE, ZAC**
**SAN ANTONIO DDC - PACKARD DO(**
**9440 BALL STREET**
**SAN ANTONIO, TX 78217**
**CISCO:60863**

Invoice Date: **10/03/2005**   Shipped Date: **10/03/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  12047781  Conn 150 series 3F | 2 | BOX | 26000 | PIECES | $0.012623 | $328.20 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL   $328.20

## INVOICE

Collect: x    Prepaid: ___    Carrier Code:    UPS    Rev: 8/16/04

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS   TOOLS & DIES**
**CUSTOM MOLDING**

Invoice No: **34493** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4290059**
Duns No.: **61-868-7842**

**Remit To:** Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI PACKARD PLT 6396, 60502
c/o RYDER, FRESNILLO, ZAC
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO:60861

Invoice Date: **10/03/2005**   Shipped Date: **10/03/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 15434788 Wire Dress Cover | 2 | BOX | 600 | PIECES | $0.16471 | $98.83 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL   $98.83

**INVOICE**

Collect: **x**   Prepaid: ___   Carrier Code:   UPS   Rev: 8/16/04

EXHIBIT B
Page 24 of 18



## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS   TOOLS & DIES**
**CUSTOM MOLDING**

Remit To: Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34494** -TM
Terms: NET 15TH. & 30TH
P.O. No: PEDP4290059
Duns No.: 61-868-7842

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI PACKARD PLT 8196, 60502
c/o RYDER, NUEVO LAREDO, TAM
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO: 60848

Invoice Date: **10/03/2005**   Shipped Date: **10/03/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 15329051 Wire Dress Cover | 2 | BOX | 600 | PIECES | $0.15818 | $94.91 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL   $94.91

## INVOICE

Collect: x    Prepaid: ___    Carrier Code:    UPS    Rev: 8/16/04

EXHIBIT B



## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

Remit To:   Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34495** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4290059**
Duns No.: **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI PACKARD PLT 8296, 60502
c/o RYDER, NUEVO LAREDO, TAM
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO:60882

Invoice Date: **10/03/2005**    Shipped Date: **10/03/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 15328733 Wire Dress Cover | 2 | BOX | 600 | PIECES | $0.15895 | $95.37 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL   $95.37

## INVOICE

| Collect: x | Prepaid: | Carrier Code: | UPS | Rev: 8/16/04 |
|---|---|---|---|---|

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

Invoice No: **34496** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4290059**
Duns No.: **61-868-7842**

Remit To:    Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI PACKARD PLT 8296, 60502
c/o RYDER, NUEVO LAREDO, TAM
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO:60882

Invoice Date: **10/03/2005**    Shipped Date: **10/03/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 15410630 Wire Dress Cover | 1 | BOX | 300 | PIECES | $0.16807 | $50.42 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $50.42

## INVOICE

| Collect: x | Prepaid: | Carrier Code: | UPS | Rev: 8/16/04 |

EXHIBIT B

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING**

Remit To: Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34497** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4290059**
Duns No.: **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI PACKARD PLT 8696, 60502
c/o RYDER, LINARES, NL
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO:60886

Invoice Date: **10/03/2005**     Shipped Date: **10/03/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  15434787 Wire Dress Cover | 1 | BOX | 300 | PIECES | $0.15587 | $46.76 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $46.76

## INVOICE

Collect: **x**    Prepaid: ___    Carrier Code:    UPS    Rev: 8/16/04



## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

Remit To:   Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34498** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4290059**
Duns No.: **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI PACKARD PLT 8696, 60502
c/o RYDER, LINARES, NL
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO:60886

Invoice Date: **10/03/2005**    Shipped Date: **10/03/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  15434788  Wire Dress Cover | 3 | BOX | 900 | PIECES | $0.16471 | $148.24 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $148.24

## INVOICE

Collect: x    Prepaid:    Carrier Code:    UPS    Rev: 8/16/04

EXHIBIT B

## Lorentson Mfg. Co. Southwest, Inc.



2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

Invoice No: **34499** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4220157**
Duns No.: **61-868-7842**

Remit To: Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI PACKARD PLT 8796, 60502
c/o RYDER, ANAHUAC, NL
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO:60887

Invoice Date: **10/03/2005**    Shipped Date: **10/03/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  12047781  Conn 150 series 3F | 1 | BOX | 13000 | PIECES | $0.012623 | $164.10 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $164.10

## INVOICE

**Collect:** x    **Prepaid:** ___    **Carrier Code:**    UPS    Rev: 8/16/04

EXHIBIT B

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING

Remit To:   Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34500** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4220157**
Duns No.: **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI PACKARD PLT 9196/9296, 6
c/o RYDER, VICTORIA, TAMAULIPAS
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO:60891

Invoice Date: **10/03/2005**     Shipped Date: **10/03/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  12047781  Conn 150 series 3F | 1 | BOX | 13000 | PIECES | $0.012623 | $164.10 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL   $164.10

## INVOICE

Collect: x     Prepaid:     Carrier Code:   UPS     Rev: 8/16/04