EXHIBIT B

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING

Terms: **NET 15TH. & 30TH**

P.O. No: **550064016**

Duns No.: **61-868-7842**

Remit To:    Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Bill To: DELPHI-DELCO ELECTRONICS de MEXICO SA de
P.O.BOX 981012
EL PASO, TX  79998-1012
ATTN:ACCOUNTS PAYABLE

Ship To: DELPHI E & S DELNOSA PLANT 1 -4
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS RD.
LOS INDIOS, TEXAS  78567
SUPPLIER CODE  18961B

Invoice Date: **10/03/2005**    Shipped Date: **10/03/2005**

| | Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| P/N | 28017640 POD COVER | 35 | BOX | 9625 | PIECES | $0.22390 | $2,155.04 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $2,155.04

## INVOICE

Collect: **x**    Prepaid: ___    Carrier Code:    **SEA HORSE**    Rev: 8/16/04

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING

Terms: NET 15TH. & 30TH

P.O. No: 550072587

Duns No.: 61-868-7842

Remit To:  Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Bill To: DELPHI-DELCO ELECTRONICS de MEXICO SA de
P.O. BOX 981012
EL PASO, TX   79998-1012
ATTN: ACCOUNTS PAYABLE

Ship To: DELPHI E & S DELNOSA PLANT 5-6
LIRC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS RD.
LOS INDIOS, TEXAS   78567
SUPPLIER CODE 18961B

Invoice Date: **10/03/2005**    Shipped Date: **10/03/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 16184570 LIGHTPIPE | 2 | BOX | 220 | PIECES | $1.01700 | $223.74 |
| 16184576 LIGHTPIPE | 14 | BOX | 1540 | PIECES | $1.03800 | $1,598.52 |
| 16202943 CASE | 1 | BOX | 1200 | PIECES | $0.06920 | $83.04 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $1,905.30

## INVOICE

Collect: x    Prepaid:    Carrier Code:    SEA HORSE    Rev: 8/16/04

**EXHIBIT B**
Page 103 of 183

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING

Invoice No: **34504** -TM
Terms: NET 15TH. & 30TH
P.O. No: PEDP4220157
Duns No.: 61-868-7842

**Remit To:** Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.3049
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60606

Invoice Date: **10/04/2005**   Shipped Date: **10/04/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 12047781 Conn 150 series 3F | 12 | BOX | 156000 | PIECES | $0.012623 | $1,969.19 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL   $1,969.19

### INVOICE

Collect: x    Prepaid:    Carrier Code:    CENTRAL TRANSPORT   Rev: 8/16/04

EXHIBIT B

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING

Remit To:    Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34505** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4220157**
Duns No.: **61-868-7842**

Bill To: **DELPHI-PACKARD ELECTRIC SYSTEMS**

Ship To: **DELPHI - AUTOMOTIVE SYSTEMS**
**DISTRIBUTION CENTER**
**655 N.RIVER ROAD**
**WARREN, OHIO 44483**
**CISCO NO: 60001**

Invoice Date: **10/04/2005**    Shipped Date: **10/04/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 12020704 Clip | 1 | BOX | 1400 | PIECES | $0.070548 | $98.77 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $98.77

## INVOICE

| Collect: x | Prepaid: | Carrier Code: | UPS | Rev: 8/16/04 |
|---|---|---|---|---|

**EXHIBIT B**

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING

Remit To:  Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34506** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4220157**
Duns No.: **61-868-7842**

Bill To: **DELPHI-PACKARD ELECTRIC SYSTEMS**

Ship To: **DELPHI-PACKARD ELECTRIC SYST**
**EPDC-DOCK 30 DLOC.3200**
**48 WALTER JONES BLVD.**
**EL PASO, TEXAS 79906**
**CISCO NO: 60841**

Invoice Date: **10/04/2005**    Shipped Date: **10/04/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 12047781 Conn 150 series 3F | 1 | BOX | 13000 | PIECES | $0.012623 | $164.10 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $164.10

## INVOICE

Collect: x    Prepaid: ___    Carrier Code:    **CENTRAL TRANSPORT** Rev: 8/16/04

EXHIBIT B
Page 106 of 785

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

Invoice No: **34507** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4220157**
Duns No.: **61-868-7842**

**Remit To:** Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.3300
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60842

Invoice Date: **10/04/2005**    Shipped Date: **10/04/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  12146286 COVER WIRE DRESS | 6 | BOX | 372 | PIECES | $0.71220 | $264.94 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $264.94

## INVOICE

**Collect:** x    **Prepaid:**    **Carrier Code:**    CENTRAL TRANSPORT    Rev: 8/16/04

**EXHIBIT B**

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS     TOOLS & DIES
CUSTOM MOLDING

Remit To:   Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34508** -TM
Terms:   **NET 15TH. & 30TH**
P.O. No:   **PEDP4220157**
Duns No.:   **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.3800
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60838

Invoice Date: **10/04/2005**    Shipped Date: **10/04/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  12146286 COVER WIRE DRESS | 4 | BOX | 248 | PIECES | $0.71220 | $176.63 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL   $176.63

## INVOICE

Collect: **x**   Prepaid:   Carrier Code:   **CENTRAL TRANSPORT** Rev: 8/16/04

EXHIBIT B
Page 228 of 785

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

Remit To:    Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34509** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4290059**
Duns No.: **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.5000
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60455

Invoice Date: **10/04/2005**    Shipped Date: **10/04/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 15328733 Wire Dress Cover | 8 | BOX | 2400 | PIECES | $0.15895 | $381.48 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $381.48

## INVOICE

Collect: **x**    Prepaid: ___    Carrier Code:    **CENTRAL TRANSPORT** Rev: 8/16/04

**EXHIBIT B**
Page 7 of 19

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

Invoice No: **34510** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4220157**
Duns No.: **61-868-7842**



Remit To: Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Bill To: **DELPHI-PACKARD ELECTRIC SYSTEMS**

Ship To: **DELPHI-PACKARD ELECTRIC SYST**
EPDC-DOCK 30 DLOC.5700
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60857

Invoice Date: **10/04/2005**    Shipped Date: **10/04/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 12065978 Conn.Body | 2 | BOX | 2000 | PIECES | $0.060048 | $120.10 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $120.10

## INVOICE

Collect: **x**    Prepaid: ___    Carrier Code: **CENTRAL TRANSPORT** Rev: 8/16/04



## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS
PLASTIC MOLDS     TOOLS & DIES
CUSTOM MOLDING**

**Remit To:** Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34511** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4290059**
Duns No.: **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.5700
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60857

Invoice Date: **10/04/2005**     Shipped Date: **10/04/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  15328733 Wire Dress Cover | 2 | BOX | 600 | PIECES | $0.15895 | $95.37 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL     $95.37

## INVOICE

**Collect: x**     **Prepaid:** ___     **Carrier Code:**     **CENTRAL TRANSPORT** Rev: 8/16/04



## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS     TOOLS & DIES**
**CUSTOM MOLDING**

**Remit To:**  Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34512** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4710116**
Duns No.: **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.5800
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60858

Invoice Date: **10/04/2005**    Shipped Date: **10/04/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  15336271  Splint Harn | 9 | BOX | 8550 | PIECES | $0.098428 | $841.56 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $841.56

### INVOICE

**Collect:** x     **Prepaid:**     **Carrier Code:**    CENTRAL TRANSPORT  Rev: 8/16/04

EXHIBIT B Page 12 of 25

## Lorentson Mfg. Co. Southwest, Inc.



2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

Remit To:    Lorentson MFG. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34513 -TM**
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4710116**
Duns No.: **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.5900
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60895

Invoice Date: **10/04/2005**    Shipped Date: **10/04/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 15326071 Channel Splint | 23 | BOX | 5750 | PIECES | $0.207200 | $1,191.40 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $1,191.40

## INVOICE

**Collect:** x    **Prepaid:** ___    **Carrier Code:**    **CENTRAL TRANSPORT** Rev: 8/16/04

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

| | |
|---|---|
| Invoice No: | **34514** -TM |
| Terms: | NET 15TH. & 30TH |
| P.O. No: | PEDP4290059 |
| Duns No.: | 61-868-7842 |

**Remit To:** Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.5900
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60895

Invoice Date: **10/04/2005**    Shipped Date: **10/04/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 15328733 Wire Dress Cover | 16 | BOX | 4800 | PIECES | $0.15895 | $762.96 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL   $762.96

## INVOICE

| Collect: x | Prepaid: | Carrier Code: | CENTRAL TRANSPORT Rev: 8/16/04 |
|---|---|---|---|

EXHIBIT B
Page 173 of 225



## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

Remit To:  Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

| Invoice No: | **34515** -TM |
|---|---|
| Terms: | NET 15TH. & 30TH |
| P.O. No: | PEDP4220157 |
| Duns No.: | 61-868-7842 |

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI PACKARD PLT 6196, 60502
c/o RYDER, GUADALUPE, ZAC
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO:60863

Invoice Date: **10/04/2005**    Shipped Date: **10/04/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  12047781  Conn 150 series 3F | 2 | BOX | 26000 | PIECES | $0.012623 | $328.20 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL   $328.20

## INVOICE

Collect: **x**    Prepaid: ___    Carrier Code:    UPS    Rev: 8/16/04

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX  78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS     TOOLS & DIES**
**CUSTOM MOLDING**

**Remit To:**   Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34516** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4290059**
Duns No.: **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI PACKARD PLT 6396, 60502
c/o RYDER, FRESNILLO, ZAC
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO:60861

Invoice Date: **10/04/2005**   Shipped Date: **10/04/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  15434788  Wire Dress Cover | 2 | BOX | 600 | PIECES | $0.16471 | $98.83 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL   $98.83

## INVOICE

Collect: **x**    Prepaid: ___    Carrier Code:    UPS    Rev: 8/16/04

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

Remit To:   Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34517** -TM
Terms:    **NET 15TH. & 30TH**
P.O. No:   **PEDP4290059**
Duns No.: **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI PACKARD PLT 8196, 60502
c/o RYDER, NUEVO LAREDO, TAM
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO: 60848

Invoice Date: **10/04/2005**    Shipped Date: **10/04/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 15329051 Wire Dress Cover | 2 | BOX | 600 | PIECES | $0.15818 | $94.91 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $94.91

## INVOICE

Collect: **x**    Prepaid: ___    Carrier Code:    UPS    Rev: 8/16/04

EXHIBIT B
Page 17 of 20

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX  78586
(956) 399-8902

DESIGNERS  &  BUILDERS
PLASTIC MOLDS     TOOLS & DIES
CUSTOM MOLDING

Remit To:  Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34518** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4290059**
Duns No.: **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI PACKARD PLT 8296, 60502
c/o RYDER, NUEVO LAREDO, TAM
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO:60882

Invoice Date: **10/04/2005**    Shipped Date: **10/04/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  15328733 Wire Dress Cover | 3 | BOX | 900 | PIECES | $0.15895 | $143.06 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $143.06

## INVOICE

Collect: x     Prepaid:     Carrier Code:     UPS     Rev: 8/16/04

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

Remit To:    Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34519** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4290059**
Duns No.: **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI PACKARD PLT 8496, 60502
c/o RYDER, GUDALUPE, NL
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO:60884

Invoice Date: **10/04/2005**    Shipped Date: **10/04/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 15434787 Wire Dress Cover | 2 | BOX | 600 | PIECES | $0.15587 | $93.52 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $93.52

## INVOICE

Collect: **x**    Prepaid: ___    Carrier Code:    UPS    Rev: 8/16/04

EXHIBIT B

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

Remit To:   Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34520** -TM
Terms: NET 15TH. & 30TH
P.O. No: PEDP4290059
Duns No.: 61-868-7842

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI PACKARD PLT 8696, 60502
c/o RYDER, LINARES, NL
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO:60886

Invoice Date: **10/04/2005**    Shipped Date: **10/04/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 15434788 Wire Dress Cover | 1 | BOX | 300 | PIECES | $0.16471 | $49.41 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $49.41

## INVOICE

Collect: x    Prepaid: ___    Carrier Code:    UPS    Rev: 8/16/04

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING

Remit To:   Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34521 -TM**
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4220157**
Duns No.: **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI PACKARD PLT 9196/9296, 6
c/o RYDER, VICTORIA, TAMAULIPAS
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO:60891

Invoice Date: **10/04/2005**   Shipped Date: **10/04/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  12047781  Conn 150 series 3F | 1 | BOX | 13000 | PIECES | $0.012623 | $164.10 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL   **$164.10**

## INVOICE

Collect: **x**   Prepaid: ___   Carrier Code:   UPS   Rev: 8/16/04