# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX  78586
(956) 399-8902

DESIGNERS  &  BUILDERS
PLASTIC MOLDS      TOOLS & DIES
CUSTOM MOLDING

Remit To:        Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34542** **-TM**

Terms:    **NET 15TH. & 30TH**

P.O. No:    **PEDP4220157**

Duns No.:    **61-868-7842**

**Bill To:**  **DELPHI-PACKARD ELECTRIC SYSTEMS**

**Ship To:**    **DELPHI PACKARD PLT 6196, 60502**
**c/o RYDER, GUADALUPE, ZAC**
**SAN ANTONIO DDC - PACKARD DO(**
**9440 BALL STREET**
**SAN ANTONIO, TX 78217**
**CISCO:60863**

Invoice Date: **10/05/2005**        Shipped Date:   **10/05/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| **P/N    12047781  Conn 150 series 3F** | 1 | BOX | 13000 | PIECES | $0.012623 | $164.10 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

**FREIGHT**

**TOTAL**    **$164.10**

# INVOICE

| Collect:  x | Prepaid: | Carrier Code: | UPS | Rev: 8/16/04 |
|---|---|---|---|---|

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS     TOOLS & DIES
CUSTOM MOLDING

Remit To:     Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34543** -TM

Terms: **NET 15TH. & 30TH**

P.O. No: **PEDP4290059**

Duns No.: **61-868-7842**

**Bill To:** **DELPHI-PACKARD ELECTRIC SYSTEMS**

**Ship To:** **DELPHI PACKARD PLT 6396, 60502**
**c/o RYDER, FRESNILLO, ZAC**
**SAN ANTONIO DDC - PACKARD DO(**
**9440 BALL STREET**
**SAN ANTONIO, TX 78217**
**CISCO:60861**

Invoice Date: **10/05/2005**     Shipped Date: **10/05/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| **P/N   15434788  Wire Dress Cover** | **3** | **BOX** | **900** | **PIECES** | **$0.16471** | **$148.24** |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

**FREIGHT**

**TOTAL**     **$148.24**

# INVOICE

Collect: _x_     Prepaid: ___     Carrier Code:     **UPS**     Rev: 8/16/04

EXHIBIT B
Page 7/73 78

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX  78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING

Remit To:    Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34544**  **-TM**

Terms:    **NET 15TH. & 30TH**

P.O. No:    **PEDP4290059**

Duns No.:    **61-868-7842**

**Bill To:  DELPHI-PACKARD ELECTRIC SYSTEMS**

**Ship To:    DELPHI PACKARD PLT 8196, 60502
c/o RYDER, NUEVO LAREDO, TAM
SAN ANTONIO DDC - PACKARD DOC
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO: 60848**

Invoice Date: <u>10/05/2005</u>    Shipped Date:  <u>10/05/2005</u>

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| **P/N  15329051 Wire Dress Cover** | 3 | BOX | 900 | PIECES | $0.15818 | $142.36 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

**FREIGHT**

**TOTAL    $142.36**

# INVOICE

<u>Collect: x</u>    <u>Prepaid:</u>    Carrier Code:    **UPS**    Rev: 8/16/04

EXHIBIT B
Page 44 of 123

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS      TOOLS & DIES
CUSTOM MOLDING

Invoice No: **34545** -TM

Terms: **NET 15TH. & 30TH**

P.O. No: **PEDP4290059**

Duns No.: **61-868-7842**

Remit To:      Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Bill To: **DELPHI-PACKARD ELECTRIC SYSTEMS**

Ship To: **DELPHI PACKARD PLT 8296, 60502
c/o RYDER, NUEVO LAREDO, TAM
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO:60882**

| Invoice Date: **10/05/2005** | | | Shipped Date: **10/05/2005** | | | |
|---|---|---|---|---|---|---|
| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
| **P/N   15328733 Wire Dress Cover** | **2** | **BOX** | **600** | **PIECES** | **$0.15895** | **$95.37** |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

**FREIGHT**

**TOTAL**    **$95.37**

# INVOICE

| Collect:  x | Prepaid: | Carrier Code: | **UPS** | Rev: 8/16/04 |
|---|---|---|---|---|

EXHIBIT B
Page 272 of 78

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS      TOOLS & DIES
CUSTOM MOLDING

Remit To:     Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34546** **-TM**

Terms:   **NET 15TH. & 30TH**

P.O. No:   **PEDP4220157**

Duns No.:   **61-868-7842**

Bill To:  **DELPHI-PACKARD ELECTRIC SYSTEMS**

Ship To:  **DELPHI PACKARD PLT 8496, 60502**
**c/o RYDER, GUDALUPE, NL**
**SAN ANTONIO DDC - PACKARD DO(**
**9440 BALL STREET**
**SAN ANTONIO, TX 78217**
**CISCO:60884**

Invoice Date: **10/05/2005**      Shipped Date:  **10/05/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| **P/N   12065266  Plug** | **1** | **BOX** | **30000** | **PIECES** | **$0.002972** | **$89.16** |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

**FREIGHT**

**TOTAL**      **$89.16**

# INVOICE

| Collect: x | Prepaid: | Carrier Code: | **UPS** | Rev: 8/16/04 |
|---|---|---|---|---|

EXHIBIT B
Page 6 of 105

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS     TOOLS & DIES
CUSTOM MOLDING

Remit To:     Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

**Invoice No:** **34547** -TM

**Terms:** **NET 15TH. & 30TH**

**P.O. No:** **PEDP4290059**

**Duns No.:** **61-868-7842**

**Bill To:** **DELPHI-PACKARD ELECTRIC SYSTEMS**

**Ship To:** **DELPHI PACKARD PLT 8496, 60502
c/o RYDER, GUDALUPE, NL
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO:60884**

Invoice Date: **10/05/2005**     Shipped Date: **10/05/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  **15434787 Wire Dress Cover** | 6 | BOX | 1800 | PIECES | $0.15587 | $280.57 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

**FREIGHT**

**TOTAL**     **$280.57**

# INVOICE

Collect: __x__     Prepaid: ____     Carrier Code:     **UPS**     Rev: 8/16/04

EXHIBIT B
Page 1 of 10

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS     TOOLS & DIES
CUSTOM MOLDING

Remit To:       Lorentson Mfg. Co., Inc.
                P.O. Box 932
                Kokomo, IN 46901

Invoice No:  **34548**  **-TM**

Terms:       **NET 15TH. & 30TH**

P.O. No:     **PEDP4220157**

Duns No.:    **61-868-7842**

Bill To:  **DELPHI-PACKARD ELECTRIC SYSTEMS**

Ship To:  **DELPHI PACKARD PLT 8796, 60502**
          **c/o RYDER, ANAHUAC, NL**
          **SAN ANTONIO DDC - PACKARD DO(**
          **9440 BALL STREET**
          **SAN ANTONIO, TX 78217**
          **CISCO:60887**

Invoice Date: **10/05/2005**        Shipped Date:  **10/05/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| **P/N   12047781  Conn 150 series 3F** | **1** | **BOX** | **13000** | **PIECES** | **$0.012623** | **$164.10** |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

**FREIGHT**

**TOTAL**     **$164.10**

# INVOICE

| Collect: __x__ | Prepaid: ____ | Carrier Code: | **UPS** | Rev: 8/16/04 |

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS     TOOLS & DIES
CUSTOM MOLDING

| | |
|---|---|
| Terms: | **NET 15TH. & 30TH** |
| P.O. No: | **550072580** |
| Duns No.: | **61-868-7842** |

Remit To:     Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

**Bill To:** DELPHI-DELCO ELECTRONICS de MEXICO SA de
P.O.BOX 981012
EL PASO, TX   79998-1012
ATTN:ACCOUNTS PAYABLE

**Ship To:** DELPHI-DELCO ELECTRONICS SYS
c/o SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD.
LOS INDIOS, TEXAS   78567
SUPPLIER CODE  18961B

Invoice Date: **10/06/2005**          Shipped Date: **10/06/2005**

| | Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| P/N | 12210960  Gear Temp. | 12 | BOX | 6600 | PIECES | $0.09405 | $620.73 |
| | 12210963 Lever Temp | 10 | BOX | 6000 | PIECES | $0.11148 | $668.88 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

**FREIGHT**

**TOTAL**      **$1,289.61**

# INVOICE

Collect:  x          Prepaid:          Carrier Code:      **SEA HORSE**      Rev: 8/16/04



**Lorentson Mfg. Co. Southwest, Inc.**

2101 Amistad
San Benito, TX  78586
(956) 399-8902

DESIGNERS  &  BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING

Remit To:       Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

| Terms: | **NET 15TH. & 30TH** |
| P.O. No: | **550077288** |
| Duns No.: | **61-868-7842** |

**Bill To:** **DELPHI-DELCO ELECTRONICS de MEXICO SA de**
P.O.BOX 981012
EL PASO, TX   79998-1012
ATTN:ACCOUNTS PAYABLE

**Ship To:** **DELPHI-DELCO ELECTRONICS SYS**
c/o SPAN INTERNATIONAL
702 JOAQUIN CAVAZOS RD.
LOS INDIOS, TEXAS   78567
SUPPLIER CODE  18961B

Invoice Date: <u>10/06/2005</u>          Shipped Date: <u>10/06/2005</u>

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| **P/N   28030518  LIGHTPIPE** | 48 | BOX | 8400 | PIECES | $0.22035 | $1,850.94 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

**FREIGHT**

**TOTAL**    **$1,850.94**

# INVOICE

| Collect:  x | Prepaid: | Carrier Code: | **SEA HORSE** | Rev: 8/16/04 |

EXHIBIT B
Page 10 of 385

(25) 34551TM

## Lorentson Mfg. Co. Southwest, Inc.



2101 Amistad
San Benito, TX  78586
(956) 399-8902

DESIGNERS  &  BUILDERS
PLASTIC MOLDS      TOOLS & DIES
CUSTOM MOLDING

Remit To:          Lorentson Mfg. Co., Inc.
                   P.O. Box 932
                   Kokomo, IN 46901

Terms:       **NET 15TH. & 30TH**

P.O. No:     **550077290**

Duns No.:   **61-868-7842**

Bill To:  **DELPHI-DELCO ELECTRONICS de MEXICO SA de**      Ship To:   **DELPHI-DELCO ELECTRONICS SYS**
          **P.O.BOX 981012**                                          **c/o SPÁN INTERNATIONAL**
          **EL PASO, TX   79998-1012**                                **702 JOAQUIN CAVAZOS RD.**
          **ATTN:ACCOUNTS PAYABLE**                                   **LOS INDIOS, TEXAS   78567**
                                                                      **SUPPLIER CODE  18961B**

Invoice Date: __10/06/2005__          Shipped Date: __10/06/2005__

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| **P/N   9375827 Lever** | **10** | **BOX** | **12000** | **PIECES** | **$0.07750** | **$930.00** |
| **9375828 Gear-Pinnion** | **20** | **BOX** | **7000** | **PIECES** | **$0.06264** | **$438.48** |
| **9375830 Gear-Mode** | **10** | **BOX** | **7000** | **PIECES** | **$0.11316** | **$792.12** |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

**FREIGHT**

**TOTAL     $2,160.60**

# INVOICE

Collect: x          Prepaid:          Carrier Code:          **SEA HORSE**          Rev: 8/16/04

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX  78586
(956) 399-8902

DESIGNERS  &  BUILDERS
PLASTIC MOLDS     TOOLS & DIES
CUSTOM MOLDING

Remit To:     Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34555** -TM

Terms:     **NET 15TH. & 30TH**

P.O. No:   **PEDP4220157**

Duns No.:  **61-868-7842**

Bill To:  **DELPHI-PACKARD ELECTRIC SYSTEMS**

Ship To:  **DELPHI-PACKARD ELECTRIC SYSTE**
**EPDC-DOCK 30 DLOC.3049**
**48 WALTER JONES BLVD.**
**EL PASO , TEXAS  79906**
**CISCO NO: 60606**

Invoice Date: **10/06/2005**          Shipped Date: **10/06/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N   12047781  Conn 150 series 3F | 1 | BOX | 13000 | PIECES | $0.012623 | $164.10 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL     $164.10

# INVOICE

Collect:  x          Prepaid:          Carrier Code:     **CENTRAL TRANSPORT** Rev: 8/16/04

EXHIBIT B

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX  78586
(956) 399-8902

DESIGNERS  &  BUILDERS
PLASTIC MOLDS      TOOLS & DIES
CUSTOM MOLDING

Remit To:        Lorentson Mfg. Co., Inc.
                 P.O. Box 932
                 Kokomo, IN 46901

Invoice No:  **34556**  **-TM**

Terms:      **NET 15TH. & 30TH**

P.O. No:    **PEDP4220157**

Duns No.:   **61-868-7842**

Bill To:  **DELPHI-PACKARD ELECTRIC SYSTEMS**

Ship To:  **DELPHI-PACKARD ELECTRIC SYST**
**EPDC-DOCK 30 DLOC.3049**
**48 WALTER JONES BLVD.**
**EL PASO , TEXAS  79906**
**CISCO NO: 60606**

Invoice Date: **10/06/2005**        Shipped Date: **10/06/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| **P/N   12077572  Comb Conv CTR** | **1** | **BOX** | **2300** | **PIECES** | **$0.021828** | **$50.20** |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

**FREIGHT**

**TOTAL**      **$50.20**

# INVOICE

Collect:  x ___        Prepaid: ___        Carrier Code: ___        **CENTRAL TRANSPORT** Rev: 8/16/04

EXHIBIT B
Page 13 of 279

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX  78586
(956) 399-8902

DESIGNERS  &  BUILDERS
PLASTIC MOLDS      TOOLS & DIES
CUSTOM MOLDING

Remit To:      Lorentson Mfg. Co., Inc.
               P.O. Box 932
               Kokomo, IN 46901

Invoice No:  **34557** -TM

Terms:      **NET 15TH. & 30TH**

P.O. No:    **PEDP4220157**

Duns No.:   **61-868-7842**

**Bill To:  DELPHI-PACKARD ELECTRIC SYSTEMS**

**Ship To:   DELPHI-PACKARD ELECTRIC SYST[
            EPDC-DOCK 30 DLOC.3049
            48 WALTER JONES BLVD.
            EL PASO , TEXAS  79906
            CISCO NO: 60606**

Invoice Date: **10/06/2005**          Shipped Date: **10/06/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| **P/N    12124652 LP Soc WGE Base V** | **1** | **BOX** | **1450** | **PIECES** | **$0.089460** | **$129.72** |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

**FREIGHT**

**TOTAL      $129.72**

# INVOICE

| Collect:  x | Prepaid: | Carrier Code: | **CENTRAL TRANSPORT** Rev: 8/16/04 |
|---|---|---|---|

EXHIBIT B
Page 14 of 19

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX  78586
(956) 399-8902

DESIGNERS  &  BUILDERS
PLASTIC MOLDS      TOOLS & DIES
CUSTOM MOLDING

Remit To:        Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No:  **34558** -TM

Terms:  **NET 15TH. & 30TH**

P.O. No:  **PEDP4710116**

Duns No.:  **61-868-7842**

Bill To:  **DELPHI-PACKARD ELECTRIC SYSTEMS**

Ship To:  **DELPHI-PACKARD ELECTRIC SYSTI
EPDC-DOCK 30 DLOC.3049
48 WALTER JONES BLVD.
EL PASO , TEXAS  79906
CISCO NO: 60606**

Invoice Date: **10/06/2005**          Shipped Date:  **10/06/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| **P/N   15326071 Channel Splint** | **7** | **BOX** | **1750** | **PIECES** | **$0.207200** | **$362.60** |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

**FREIGHT**

**TOTAL**      **$362.60**

# INVOICE

Collect:  x          Prepaid:          Carrier Code:          **CENTRAL TRANSPORT** Rev: 8/16/04

EXHIBIT B
Page 14 of 35

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS      TOOLS & DIES
CUSTOM MOLDING

Remit To:        Lorentson Mfg. Co., Inc.
                 P.O. Box 932
                 Kokomo, IN 46901

Invoice No:  **34559** -TM

Terms:  **NET 15TH. & 30TH**

P.O. No:  **PEDP4290059**

Duns No.:  **61-868-7842**

Bill To:  **DELPHI-PACKARD ELECTRIC SYSTEMS**

Ship To:  **DELPHI-PACKARD ELECTRIC SYST[**
**EPDC-DOCK 30 DLOC.3049**
**48 WALTER JONES BLVD.**
**EL PASO , TEXAS  79906**
**CISCO NO: 60606**

Invoice Date: **10/06/2005**        Shipped Date:  **10/06/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| **P/N  15328733 Wire Dress Cover** | **2** | **BOX** | **600** | **PIECES** | **$0.15895** | **$95.37** |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

**FREIGHT**

**TOTAL**   **$95.37**

# INVOICE

| Collect:  x | Prepaid: | Carrier Code: | **CENTRAL TRANSPORT** Rev: 8/16/04 |
|---|---|---|---|

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX  78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS      TOOLS & DIES
CUSTOM MOLDING

Remit To:     Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34560** **-TM**

Terms:   **NET 15TH. & 30TH**

P.O. No:   **PEDP4220157**

Duns No.:   **61-868-7842**

Bill To:  **DELPHI-PACKARD ELECTRIC SYSTEMS**

Ship To:  **DELPHI-PACKARD ELECTRIC SYST**
**EPDC-DOCK 30 DLOC.3300**
**48 WALTER JONES BLVD.**
**EL PASO , TEXAS  79906**
**CISCO NO: 60842**

Invoice Date: **10/06/2005**      Shipped Date: **10/06/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  **12146286COVER WIRE DRESS** | 2 | BOX | 124 | PIECES | $0.70510 | $87.43 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

**FREIGHT**

**TOTAL**      $87.43

# INVOICE

Collect:  x      Prepaid:      Carrier Code:      **CENTRAL TRANSPORT** Rev: 8/16/04

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS     TOOLS & DIES
CUSTOM MOLDING

Remit To:     Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

**Invoice No:** **34561** -TM

**Terms:** **NET 15TH. & 30TH**

**P.O. No:** **PEDP4220157**

**Duns No.:** **61-868-7842**

Bill To: **DELPHI-PACKARD ELECTRIC SYSTEMS**

Ship To: **DELPHI-PACKARD ELECTRIC SYST**
**EPDC-DOCK 30 DLOC.3800**
**48 WALTER JONES BLVD.**
**EL PASO , TEXAS 79906**
**CISCO NO: 60838**

Invoice Date: **10/06/2005**     Shipped Date: **10/06/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N   12066050   TPA F M/P MDX | 1 | BOX | 4000 | PIECES | $0.014815 | $59.26 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

**FREIGHT**

**TOTAL**     **$59.26**

# INVOICE

| Collect:  x | Prepaid: | Carrier Code: | CENTRAL TRANSPORT Rev: 8/16/04 |
|---|---|---|---|

EXHIBIT B
Page 238 of 335

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX  78586
(956) 399-8902

DESIGNERS  &  BUILDERS
PLASTIC MOLDS     TOOLS & DIES
CUSTOM MOLDING

Remit To:       Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

**Invoice No:** **34562** -TM

Terms:    **NET 15TH. & 30TH**

P.O. No:    **PEDP4290059**

Duns No.:    **61-868-7842**

**Bill To:  DELPHI-PACKARD ELECTRIC SYSTEMS**

**Ship To:   DELPHI-PACKARD ELECTRIC SYST**
**EPDC-DOCK 30 DLOC.5000**
**48 WALTER JONES BLVD.**
**EL PASO , TEXAS  79906**
**CISCO NO: 60455**

Invoice Date: **10/06/2005**        Shipped Date: **10/06/2005**

| | Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| P/N | **15328733 Wire Dress Cover** | 20 | BOX | 6000 | PIECES | $0.15895 | $953.70 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

**FREIGHT**

**TOTAL**    **$953.70**

## INVOICE

| Collect:  x | Prepaid: | Carrier Code: | **CENTRAL TRANSPORT** Rev: 8/16/04 |
|---|---|---|---|

EXHIBIT B
Page 19 of 19

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX  78586
(956) 399-8902

DESIGNERS  &  BUILDERS
PLASTIC MOLDS        TOOLS & DIES
CUSTOM MOLDING

Remit To:        Lorentson Mfg. Co., Inc.
                 P.O. Box 932
                 Kokomo, IN 46901

Invoice No: **34563** -TM

Terms:  **NET 15TH. & 30TH**

P.O. No:  **PEDP4220157**

Duns No.:  **61-868-7842**

**Bill To:  DELPHI-PACKARD ELECTRIC SYSTEMS**

**Ship To:  DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.5700
48 WALTER JONES BLVD.
EL PASO , TEXAS  79906
CISCO NO: 60857**

Invoice Date: **10/06/2005**        Shipped Date:  **10/06/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| **P/N   12065978  Conn.Body** | **1** | **BOX** | **1000** | **PIECES** | **$0.060048** | **$60.05** |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

**FREIGHT**

**TOTAL    $60.05**

# INVOICE

**Collect:  x**        **Prepaid:**        **Carrier Code:**        **CENTRAL TRANSPORT** Rev: 8/16/04

EXHIBIT B

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX  78586
(956) 399-8902

DESIGNERS  &  BUILDERS
PLASTIC MOLDS      TOOLS & DIES
CUSTOM MOLDING

Remit To:       Lorentson Mfg. Co., Inc.
                     P.O. Box 932
                     Kokomo, IN 46901

Invoice No: **34564** **-TM**

Terms:   **NET 15TH. & 30TH**

P.O. No:  **PEDP4290059**

Duns No.:  **61-868-7842**

Bill To: **DELPHI-PACKARD ELECTRIC SYSTEMS**

Ship To:  **DELPHI-PACKARD ELECTRIC SYSTE**
**EPDC-DOCK 30 DLOC.5700**
**48 WALTER JONES BLVD.**
**EL PASO , TEXAS  79906**
**CISCO NO: 60857**

Invoice Date: **10/06/2005**        Shipped Date: **10/06/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| **P/N   15328733 Wire Dress Cover** | **3** | **BOX** | **900** | **PIECES** | **$0.15895** | **$143.06** |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

**FREIGHT**

**TOTAL**      **$143.06**

# INVOICE

| Collect:  x | Prepaid: | Carrier Code: | **CENTRAL TRANSPORT** Rev: 8/16/04 |