## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING

Remit To:    Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34565** -TM

Terms:    **NET 15TH. & 30TH**

P.O. No:    **PEDP4710116**

Duns No.:    **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.5800
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60858

Invoice Date: **10/06/2005**    Shipped Date: **10/06/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 15336271 Splint Harn | 7 | BOX | 6650 | PIECES | $0.098428 | $654.55 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    **$654.55**

### INVOICE

Collect: x    Prepaid: ___    Carrier Code:    CENTRAL TRANSPORT    Rev: 8/16/04

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING

Remit To:  Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34566** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4710116**
Duns No.: **61-868-7842**

Bill To: DELPHI-PACKARD ELECTRIC SYSTEMS

Ship To: DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.5900
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60895

Invoice Date: **10/06/2005**    Shipped Date: **10/06/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 15326071 Channel Splint | 20 | BOX | 5000 | PIECES | $0.207200 | $1,036.00 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $1,036.00

## INVOICE

Collect: x    Prepaid: ___    Carrier Code:    CENTRAL TRANSPORT    Rev: 8/16/04

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING

Remit To:    Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34567** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4290059**
Duns No.: **61-868-7842**

Bill To: **DELPHI-PACKARD ELECTRIC SYSTEMS**

Ship To: **DELPHI-PACKARD ELECTRIC SYST**
EPDC-DOCK 30 DLOC.5900
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60895

Invoice Date: **10/06/2005**    Shipped Date: **10/06/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 15328733 Wire Dress Cover | 3 | BOX | 900 | PIECES | $0.15895 | $143.06 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $143.06

## INVOICE

Collect: x    Prepaid:    Carrier Code:    **CENTRAL TRANSPORT**    Rev: 8/16/04

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING

Remit To:    Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34568** -TM
Terms:    NET 15TH. & 30TH
P.O. No:    PEDP4220157
Duns No.:    61-868-7842

Bill To: DELPHI-PACKARD ELECTRIC SYSTEMS

Ship To: DELPHI PACKARD PLT 6196, 60502
c/o RYDER, GUADALUPE, ZAC
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO:60863

Invoice Date: **10/06/2005**    Shipped Date: **10/06/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 12047781 Conn 150 series 3F | 1 | BOX | 13000 | PIECES | $0.012623 | $164.10 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $164.10

## INVOICE

Collect: **x**    Prepaid: ___    Carrier Code:    UPS    Rev: 8/16/04

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

Remit To:   Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34569** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4220157**
Duns No.: **61-868-7842**

Bill To: **DELPHI-PACKARD ELECTRIC SYSTEMS**

Ship To: DELPHI PACKARD PLT 6292, 60502
c/o RYDER, FRESNILLO, ZAC
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO: 60860

Invoice Date: **10/06/2005**    Shipped Date: **10/06/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 12065266 Plug | 1 | BOX | 30000 | PIECES | $0.002972 | $89.16 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $89.16

## INVOICE

Collect: x    Prepaid: ___    Carrier Code:    UPS    Rev: 8/16/04

**EXHIBIT B**

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING

Remit To:  Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34570** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4290059**
Duns No.: **61-868-7842**

Bill To: DELPHI-PACKARD ELECTRIC SYSTEMS

Ship To: DELPHI PACKARD PLT 6396, 60502
c/o RYDER, FRESNILLO, ZAC
SAN ANTONIO DDC - PACKARD DOC
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO:60861

Invoice Date: **10/06/2005**    Shipped Date: **10/06/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 15434788 Wire Dress Cover | 2 | BOX | 600 | PIECES | $0.16471 | $98.83 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL  $98.83

## INVOICE

Collect: x    Prepaid:    Carrier Code: UPS    Rev: 8/16/04

**EXHIBIT B**

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS   TOOLS & DIES**
**CUSTOM MOLDING**

Remit To: Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34571** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4290059**
Duns No.: **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI PACKARD PLT 8196, 60502
c/o RYDER, NUEVO LAREDO, TAM
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO: 60848

Invoice Date: **10/06/2005**   Shipped Date: **10/06/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 15329051 Wire Dress Cover | 2 | BOX | 600 | PIECES | $0.15818 | $94.91 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL   $94.91

**INVOICE**

Collect: x    Prepaid:    Carrier Code:   UPS    Rev: 8/16/04

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

Remit To:    Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34572** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4290059**
Duns No.: **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI PACKARD PLT 8296, 60502
c/o RYDER, NUEVO LAREDO, TAM
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO:60882

Invoice Date: **10/06/2005**    Shipped Date: **10/06/2005**

| | Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| P/N | 15328733 Wire Dress Cover | 2 | BOX | 600 | PIECES | $0.15895 | $95.37 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    **$95.37**

# INVOICE

Collect: **x**    Prepaid: ___    Carrier Code:    UPS    Rev: 8/16/04

EXHIBIT B

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS   TOOLS & DIES
CUSTOM MOLDING

Remit To:  Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34573** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4290059**
Duns No.: **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI PACKARD PLT 8496, 60502
c/o RYDER, GUDALUPE, NL
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO:60884

Invoice Date: **10/06/2005**    Shipped Date: **10/06/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 15434787 Wire Dress Cover | 2 | BOX | 600 | PIECES | $0.15587 | $93.52 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL   $93.52

## INVOICE

Collect: x    Prepaid: ___    Carrier Code:    UPS    Rev: 8/16/04

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING

Remit To:    Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34574** -TM
Terms:    **NET 15TH. & 30TH**
P.O. No:  **PEDP4220157**
Duns No.: **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI PACKARD PLT 8696, 60502
c/o RYDER, LINARES, NL
SAN ANTONIO DDC - PACKARD DO(
9440 BALL STREET
SAN ANTONIO, TX 78217
CISCO:60886

Invoice Date: **10/06/2005**    Shipped Date: **10/06/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  12047781  Conn 150 series 3F | 1 | BOX | 13000 | PIECES | $0.012623 | $164.10 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $164.10

### INVOICE

Collect: x    Prepaid: ___    Carrier Code:    UPS    Rev: 8/16/04

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING

Remit To:    Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Terms: **NET 15TH. & 30TH**

P.O. No: **550064016**

Duns No.: **61-868-7842**

Bill To: DELPHI-DELCO ELECTRONICS de MEXICO SA de
P.O.BOX 981012
EL PASO, TX  79998-1012
ATTN:ACCOUNTS PAYABLE

Ship To: DELPHI E & S DELNOSA PLANT 1-4
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS RD.
LOS INDIOS, TEXAS  78567
SUPPLIER CODE  18961B

Invoice Date: **10/07/2005**    Shipped Date: **10/07/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  28017640 POD COVER | 41 | BOX | 11275 | PIECES | $0.22390 | $2,524.47 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL   $2,524.47

## INVOICE

Collect: x    Prepaid: ___    Carrier Code:    SEA HORSE    Rev: 8/16/04

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING

Remit To:    Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Terms:    **NET 15TH. & 30TH**

P.O. No:    **550072587**

Duns No.:    **61-868-7842**

**Bill To:** DELPHI-DELCO ELECTRONICS de MEXICO SA de
P.O.BOX 981012
EL PASO, TX 79998-1012
ATTN:ACCOUNTS PAYABLE

**Ship To:** DELPHI E & S DELNOSA PLANT 5-6
LIRC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS RD.
LOS INDIOS, TEXAS 78567
SUPPLIER CODE 18961B

Invoice Date: **10/07/2005**    Shipped Date: **10/07/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 16184570 LIGHTPIPE | 2 | BOX | 220 | PIECES | $1.01700 | $223.74 |
| 16184576 LIGHTPIPE | 13 | BOX | 1430 | PIECES | $1.03800 | $1,484.34 |
| 16202943 CASE | 2 | BOX | 2400 | PIECES | $0.06920 | $166.08 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    **$1,874.16**

## INVOICE

Collect: **x**    Prepaid: ___    Carrier Code:    SEA HORSE    Rev: 8/16/04

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING

Remit To: Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34579** -TM
Terms:    **NET 15TH. & 30TH**
P.O. No:    **PEDP4220157**
Duns No.:    **61-868-7842**

Bill To: **DELPHI-PACKARD ELECTRIC SYSTEMS**

Ship To: **DELPHI-PACKARD ELECTRIC SYST**
**EPDC-DOCK 30 DLOC. 3300**
**48 WALTER JONES BLVD.**
**EL PASO, TEXAS 79906**
CISCO NO: 60842

Invoice Date: **10/07/2005**    Shipped Date: **10/07/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  12146286 COVER WIRE DRESS | 2 | BOX | 124 | PIECES | $0.70510 | $87.43 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $87.43

## INVOICE

Collect: **x**    Prepaid: ___    Carrier Code:    UPS    Rev: 8/16/04

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS     TOOLS & DIES
CUSTOM MOLDING

Remit To: Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34580** -TM
Terms: NET 15TH. & 30TH
P.O. No: PEDP4220157
Duns No.: 61-868-7842

Bill To: DELPHI-PACKARD ELECTRIC SYSTEMS

Ship To: DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.5200
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60852

Invoice Date: **10/07/2005**     Shipped Date: **10/07/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 12047781 Conn 150 series 3F | 1 | BOX | 13000 | PIECES | $0.012623 | $164.10 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $164.10

## INVOICE

Collect: x     Prepaid: ___     Carrier Code:     CENTRAL TRANSPORT  Rev: 8/16/04

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING

Remit To:    Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34581** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4220157**
Duns No.: **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.5300
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60853

Invoice Date: **10/07/2005**    Shipped Date: **10/07/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 12047781 Conn 150 series 3F | 1 | BOX | 13000 | PIECES | $0.012623 | $164.10 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $164.10

## INVOICE

Collect: x    Prepaid: ___    Carrier Code:    CENTRAL TRANSPORT    Rev: 8/16/04

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING

Remit To:   Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34582** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4220157**
Duns No.: **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.5700
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60857

Invoice Date: **10/07/2005**    Shipped Date: **10/07/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N  12065978  Conn.Body | 2 | BOX | 2000 | PIECES | $0.060048 | $120.10 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $120.10

## INVOICE

Collect: x    Prepaid: ___    Carrier Code:    **CENTRAL TRANSPORT**    Rev: 8/16/04

EXHIBIT B
Page 7 of 10

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING

Remit To:    Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34583** -TM
Terms: NET 15TH. & 30TH
P.O. No: PEDP4290059
Duns No.: 61-868-7842

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.5700
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60857

Invoice Date: 10/07/2005    Shipped Date: 10/07/2005

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 15328733 Wire Dress Cover | 3 | BOX | 900 | PIECES | $0.15895 | $143.06 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $143.06

## INVOICE

Collect: x    Prepaid: ___    Carrier Code:    UPS    Rev: 8/16/04

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

DESIGNERS & BUILDERS
PLASTIC MOLDS    TOOLS & DIES
CUSTOM MOLDING

Remit To:  Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34584** -TM
Terms: **NET 15TH. & 30TH**
P.O. No: **PEDP4710116**
Duns No.: **61-868-7842**

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.5800
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60858

Invoice Date: **10/07/2005**    Shipped Date: **10/07/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 15336271 Splint Harn | 4 | BOX | 3800 | PIECES | $0.098428 | $374.03 |

ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $374.03

## INVOICE

Collect: **x**    Prepaid: ___    Carrier Code:    **CENTRAL TRANSPORT** Rev: 8/16/04

# Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

Remit To:  Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34585 -TM**
Terms:   NET 15TH. & 30TH
P.O. No:  PEDP4710116
Duns No.:  61-868-7842

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI-PACKARD ELECTRIC SYST[EMS]
EPDC-DOCK 30 DLOC.5900
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60895

Invoice Date: **10/07/2005**    Shipped Date: **10/07/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 15326071 Channel Splint | 19 | BOX | 4750 | PIECES | $0.207200 | $984.20 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL   $984.20

## INVOICE

Collect: **x**    Prepaid: ___    Carrier Code:    CENTRAL TRANSPORT   Rev: 8/16/04

## Lorentson Mfg. Co. Southwest, Inc.

2101 Amistad
San Benito, TX 78586
(956) 399-8902

**DESIGNERS & BUILDERS**
**PLASTIC MOLDS    TOOLS & DIES**
**CUSTOM MOLDING**

**Remit To:** Lorentson Mfg. Co., Inc.
P.O. Box 932
Kokomo, IN 46901

Invoice No: **34586** -TM
Terms: NET 15TH. & 30TH
P.O. No: PEDP4290059
Duns No.: 61-868-7842

**Bill To:** DELPHI-PACKARD ELECTRIC SYSTEMS

**Ship To:** DELPHI-PACKARD ELECTRIC SYST
EPDC-DOCK 30 DLOC.5900
48 WALTER JONES BLVD.
EL PASO, TEXAS 79906
CISCO NO: 60895

Invoice Date: **10/07/2005**    Shipped Date: **10/07/2005**

| Description | Container Count | Container Type | Quantity Shipped | UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| P/N 15328733 Wire Dress Cover | 3 | BOX | 900 | PIECES | $0.15895 | $143.06 |

ALL GOODS ON THIS INVOICE HAVE BEEN
PRODUCED IN COMPLIANCE W/ THE FAIR LABOR
STANDARDS ACT OF 1938 AS AMENDED.

FREIGHT

TOTAL    $143.06

4.04 9167    **INVOICE**

Collect: x    Prepaid:    Carrier Code: UPS    T Rev: 8/16/04