## Hinshaw, Jeannette

| | |
|---|---|
| **From:** | Hinshaw, Jeannette |
| **Sent:** | Monday, October 17, 2005 7:02 PM |
| **To:** | 'John K. Lyons Esq. (jlyonsch@skadden.com)' |
| **Subject:** | DELPHI-LORENTSON SOUTHWEST-reclamation demand ltr, 11 parts |
| **Attachments:** | DELPHI-LORENTSON SOUTHWEST, 1 of 11; DELPHI-LORENTSON SOUTHWEST, 2 of 11; DELPHI-LORENTSON SOUTHWEST-3 of 11; DELPHI-LORENTSON SOUTHWEST-4 of 11; DELPHI-SOUTHWEST-5 of 11; DELPHI-LORENTSON SOUTHWEST-6 of 11; DELPHI-LORENTSON SOUTHWEST-7 of 11; DELPHI-LORENTSON SOUTHWEST-8 of 11; DELPHI-LORENTSON SOUTHWEST-9 of 11; DELPHI-LORENTSON SOUTHWEST-10 of 11; DELPHI-LORENTSON SOUTHWEST-11 of 11 |

Please find attached the following:

- Reclamation demand letter from Lorentson Manufacturing Company Southwest, Inc., demanding reclamation in the amount of $87,905.03 (11 parts, including letter, Exhibit A and Exhibit B)
- Evidence of facsimile transmission to Delphi headquarters and Skadden Arps

I have entered an appearance on behalf of Lorentson Manufacturing Company Southwest, Inc. in the Delphi case. Should you have questions, I am available per the contact information below.

Regards, Jeannette Hinshaw
Jeannette Eisan Hinshaw, Esq.
Bose McKinney & Evans LLP
135 N. Pennsylvania St., Suite 2700
Indianapolis, Indiana  46204
  direct telephone:317-684-5296
  direct fax:        317-223-0296
  copy center fax: 317-684-5173
email: jhinshaw@boselaw.com

Visit our website at www.boselaw.com
To view biographies click on "Our People"

10/17/2005