October 16, 2005

| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: John K. Lyons, Esq.<br>Attn: Allison Verderber Herriott, Esq.<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606 | VIA FACSIMILE to (312) 407-0411 with Exhibit A<br><br>and e-mail to jlyonsch@skadden.com with Exhibits A, B, C, D, and E |
|---|---|
| Delphi Corporation<br>World Headquarters<br>5725 Delphi Drive<br>Troy, Michigan 48098-2815 | VIA FACSIMILE to (248) 813-2499) with Exhibit A |

RE:   Reclamation Demand by **Lorentson Manufacturing Company, Inc.** (the "Reclamation Notice")
Bankruptcy Petition filed by Delphi Corporation, et al., Case No.05-44481 (AJG),
Southern District of New York

Dear Sir/Madame:

It has come to our attention that the above-referenced debtors (the "Debtor") have filed for protection under Title 11 of the United States Code. Pursuant to Section 2-702 of the Uniform Commercial Code, and in accordance with Section 546(c) of the United States Bankruptcy Code, Lorentson Manufacturing Company, Inc. ("Lorentson") hereby demands reclamation of the goods received by the Debtor during the statutory reclamation period.

The demand specifically includes but is not limited to goods identified on the records annexed hereto. The records annexed hereto reflect unpaid invoices **totaling $257,094.00.** In light of your recent bankruptcy filing, you are further notified that all goods subject to our right of reclamation must be protected and segregated by you and shall not be used for any purpose whatsoever except those specifically authorized following notice and a hearing by the bankruptcy court.

Lorentson further reserves the right to amend and supplement this Reclamation Notice (including filing additional evidence in support of this Reclamation Notice) or to file additional reclamation notices or claims; including without limitation, all other claims at law or in equity. Lorentson also reserves all rights accruing to it, and the filing of this Reclamation Notice is not intended to be and shall not be construed as: (1) an election of remedy; (2) a waiver of any past, present, or future defaults or events of default; or (3) a waiver or limitation of any rights of Lorentson.

656043, v.1, Lorentson Kokomo

Please acknowledge receipt of Lorentson's reclamation and payment demand by signing and dating this letter where indicated below and returning it to me by telecopier, **(765) 452-7940.** My telephone number is (765) 452-4425.

Thank you for your anticipated cooperation.

Sincerely,

*Leonard E. Lorentson*

Mr. Leonard Lorentson, President
Lorentson Manufacturing Company, Inc.

∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎

**PLEASE SIGN AND FAX TO (765) 452-7940**

Receipt acknowledged this _____ day of _____, 2005, at _____ __.m.

Name: _____

Printed: _____

Title: _____

Page Two of Two

Reclamation Demand Letter Dated October 16, 2005
to Delphi Corporation LLC et al.

656043, v.1, Lorentson Kokomo

## MEMORY TRANSMISSION REPORT

```
                                    TIME       : OCT-17-2005  04:34PM
                                    TEL NUMBER : +3176845173
                                    NAME       : BOSE McKINNEY EVANS
```

| | |
|---|---|
| FILE NUMBER | : 426 |
| DATE | : OCT-17 04:29PM |
| TO | : 877#1#10#13124070411# |
| DOCUMENT PAGES | : 010 |
| START TIME | : OCT-17 04:31PM |
| END TIME | : OCT-17 04:34PM |
| SENT PAGES | : 010 |
| STATUS | : OK |
| FILE NUMBER | : 426 |

## *** SUCCESSFUL TX NOTICE ***

# BOSE McKINNEY & EVANS LLP
ATTORNEYS AT LAW

**Jeannette Eisan Hinshaw**
Downtown Office
Direct Dial (317) 684-5296
Direct Fax (317) 223-0296
E-Mail: JHinshaw@boselaw.com

### FAX COVER SHEET

Date: __10/17/05__                                      Time: _____

From: __Jeannette Eisan Hinshaw__                       Phone: (317) 684-5296

To: __Skadden Arps Slate Meagher & Flom LLP__           Facsimile: (312) 407-0411

User No. __877__    Client/Matter No. __Lorentson/Delphi__    Return to __JEH__

No. of pages transmitted (including cover sheet): ___    Operator's initials_____

**MESSAGE:**

If you experience any problems in receiving any of these pages, please call the Copy Center as soon as possible at 317-684-5144. Thank you.

656598

Downtown • 2700 First Indiana Plaza • 135 North Pennsylvania Street • Indianapolis, Indiana 46204 • (317) 684-5000 • Fax (317) 684-5173
North Office • 600 East 96th Street • Suite 500 • Indianapolis, Indiana 46240 • (317) 684-5300 • Fax (317) 684-5316
Washington Office • 700 North One Lafayette Centre • 1120 20th Street, N.W. • Washington, D.C. 20036 • (202) 973-1229 • Fax (202) 973-1212
www.boselaw.com

## MEMORY TRANSMISSION REPORT

|  |  |
|---|---|
| TIME | : OCT-17-2005  04:29PM |
| TEL NUMBER | : +3176845173 |
| NAME | : BOSE McKINNEY EVANS |

| FILE NUMBER | : 424 |
|---|---|
| DATE | : OCT-17 04:26PM |
| TO | : 877#1#10#12488132499# |
| DOCUMENT PAGES | : 010 |
| START TIME | : OCT-17 04:26PM |
| END TIME | : OCT-17 04:29PM |
| SENT PAGES | : 010 |
| STATUS | : OK |

FILE NUMBER    : 424                        *** SUCCESSFUL TX NOTICE ***

**BOSE McKINNEY & EVANS LLP**
ATTORNEYS AT LAW

Jeannette Eisan Hinshaw
Downtown Office
Direct Dial (317) 684-5296
Direct Fax (317) 223-0296
E-Mail: JHinshaw@boselaw.com

### FAX COVER SHEET

Date: _____10/17/05_____                                         Time: _____

From: _Jeannette Eisan Hinshaw_                    Phone: __(317) 684-5296__

To: *Delphi Corporation*                                       Facsimile: *(248) 813-2499*

User No. __877__         Client/Matter No. _Lorentson/Delphi_         Return to __JEH__

No. of pages transmitted (including cover sheet): ____          Operator's initials _____

**MESSAGE:**



If you experience any problems in receiving any of these pages, please call the Copy Center as soon as possible at 317-684-5144. Thank you.

656627

Downtown • 2700 First Indiana Plaza • 135 North Pennsylvania Street • Indianapolis, Indiana 46204 • (317) 684-5000 • Fax (317) 684-5173
North Office • 600 East 96th Street • Suite 500 • Indianapolis, Indiana 46240 • (317) 684-5300 • Fax (317) 684-5316
Washington Office • 700 North One Lafayette Centre • 1120 20th Street, N.W. • Washington, D.C. 20036 • (202) 973-1229 • Fax (202) 973-1212
www.boselaw.com

# AMOUNT DELPHI RECEIVED DURING STATUORY RECLAMATION PERIOD

## LORENTSON MANUFACTURING COMPANY, INC.

| ATTACHED EXHIBITS | DESCRIPTION ACCOUNT | AMOUNT |
|---|---|---|
| B | Delphi Packard Electric System-parts | 178,221.69 |
| C | Delphi Packard Electric System-tooling | 70,075.00 |
| D | Delphi E & S | 1,426.75 |
| E | Delphi Safety & Interior | 7,370.56 |
|   | **TOTAL>>** | 257,094 |

656411, Lorentson, created 10/17/05

| mfaine:SALES2 | Lorentson Manufacturing Co. | CIVV10:Customer Invoices |

**Customer Invoice Report** Rpo Names:L-LIST None None Exch Code: US
Sorted By:Customer Name Customer Type:Customer Customer#:1000 To:1000 List Prefixes: Invoice #:0 To:999999
List Classes: List Groups: Overbilling:no Payments:no Local Tax Code:All
Compare Date:Invoice Date Date:09/27/2005 To:10/07/2005 Inv Bal:+,-,0 Credit Status:Yes-On Hold

DELPHI PACKARD ELECTRIC SYSTEM

| Customer | | Inv. # | Date Inv | Due Date | Invoice Total |
|---|---|---|---|---|---|
| 1000 | 20 | 50466 | 09/27/05 | 11/26/05 | 298.28 |
| 1000 | 20 | 50467 | 09/27/05 | 11/26/05 | 44.52 |
| 1000 | 20 | 50468 | 09/27/05 | 11/26/05 | 285.35 |
| 1000 | 20 | 50469 | 09/27/05 | 11/26/05 | 2,053.38 |
| 1000 | 20 | 50470 | 09/27/05 | 11/26/05 | 232.80 |
| 1000 | 20 | 50471 | 09/27/05 | 11/26/05 | 223.91 |
| 1000 | 20 | 50472 | 09/27/05 | 11/26/05 | 276.83 |
| 1000 | 20 | 50473 | 09/27/05 | 11/26/05 | 610.98 |
| 1000 | 20 | 50474 | 09/27/05 | 11/26/05 | 581.00 |
| 1000 | 20 | 50475 | 09/27/05 | 11/26/05 | 91.08 |
| 1000 | 20 | 50476 | 09/27/05 | 11/26/05 | 1,609.85 |
| 1000 | 20 | 50477 | 09/27/05 | 11/26/05 | 3,773.58 |
| 1000 | 20 | 50478 | 09/27/05 | 11/26/05 | 165.13 |
| 1000 | 20 | 50479 | 09/27/05 | 11/26/05 | 62.72 |
| 1000 | 20 | 50480 | 09/27/05 | 11/26/05 | 364.58 |
| 1000 | 20 | 50481 | 09/27/05 | 11/26/05 | 247.50 |
| 1000 | 20 | 50482 | 09/27/05 | 11/26/05 | 232.80 |
| 1000 | 20 | 50483 | 09/27/05 | 11/26/05 | 497.78 |
| 1000 | 20 | 50492 | 09/27/05 | 11/26/05 | 421.60 |
| 1000 | 20 | 50493 | 09/28/05 | 11/27/05 | 280.67 |
| 1000 | 20 | 50494 | 09/28/05 | 11/27/05 | 159.76 |
| 1000 | 20 | 50495 | 09/28/05 | 11/27/05 | 197.48 |
| 1000 | 20 | 50496 | 09/28/05 | 11/27/05 | 44.52 |
| 1000 | 20 | 50497 | 09/28/05 | 11/27/05 | 2,067.11 |
| 1000 | 20 | 50498 | 09/28/05 | 11/27/05 | 4,884.18 |
| 1000 | 20 | 50499 | 09/28/05 | 11/27/05 | 698.40 |
| 1000 | 20 | 50500 | 09/28/05 | 11/27/05 | 223.91 |
| 1000 | 20 | 50501 | 09/28/05 | 11/27/05 | 660.36 |
| 1000 | 20 | 50502 | 09/28/05 | 11/27/05 | 68.33 |
| 1000 | 20 | 50503 | 09/28/05 | 11/27/05 | 484.59 |
| 1000 | 20 | 50504 | 09/28/05 | 11/27/05 | 6,014.90 |
| 1000 | 20 | 50505 | 09/28/05 | 11/27/05 | 1,718.19 |
| 1000 | 20 | 50506 | 09/28/05 | 11/27/05 | 58.40 |
| 1000 | 20 | 50507 | 09/28/05 | 11/27/05 | 62.72 |
| 1000 | 20 | 50508 | 09/28/05 | 11/27/05 | 232.80 |
| 1000 | 20 | 50509 | 09/28/05 | 11/27/05 | 401.33 |
| 1000 | 20 | 50510 | 09/28/05 | 11/27/05 | 125.44 |
| 1000 | 20 | 50511 | 09/28/05 | 11/27/05 | 121.32 |
| 1000 | 20 | 50512 | 09/28/05 | 11/27/05 | 62.72 |
| 1000 | 20 | 50513 | 09/28/05 | 11/27/05 | 228.55 |
| 1000 | 20 | 50514 | 09/28/05 | 11/27/05 | 637.55 |
| 1000 | 20 | 50517 | 09/28/05 | 11/27/05 | 672.00 |
| 1000 | 20 | 50518 | 09/28/05 | 11/27/05 | 420.00 |
| 1000 | 20 | 50525 | 09/29/05 | 11/28/05 | 7,722.43 |
| 1000 | 20 | 50526 | 09/29/05 | 11/28/05 | 285.17 |
| 1000 | 20 | 50529 | 09/29/05 | 11/28/05 | 470.09 |
| 1000 | 20 | 50530 | 09/29/05 | 11/28/05 | 142.01 |
| 1000 | 20 | 50531 | 09/29/05 | 11/28/05 | 74.86 |
| 1000 | 20 | 50532 | 09/29/05 | 11/28/05 | 120.20 |
| 1000 | 20 | 50533 | 09/29/05 | 11/28/05 | 434.28 |
| 1000 | 20 | 50534 | 09/29/05 | 11/28/05 | 3,848.87 |
| 1000 | 20 | 50535 | 09/29/05 | 11/28/05 | 3,022.22 |
| 1000 | 20 | 50536 | 09/29/05 | 11/28/05 | 465.60 |
| 1000 | 20 | 50537 | 09/29/05 | 11/28/05 | 58.78 |
| 1000 | 20 | 50538 | 09/29/05 | 11/28/05 | 764.46 |
| 1000 | 20 | 50539 | 09/29/05 | 11/28/05 | 100.88 |
| 1000 | 20 | 50540 | 09/29/05 | 11/28/05 | 791.35 |
| 1000 | 20 | 50541 | 09/29/05 | 11/28/05 | 523.76 |
| 1000 | 20 | 50542 | 09/29/05 | 11/28/05 | 62.23 |
| 1000 | 20 | 50543 | 09/29/05 | 11/28/05 | 91.08 |

Customer Invoice Report  Rpo Names:L-LIST None None  Exch Code: US
Sorted By:Customer Name  Customer Type:Customer  Customer#:1000 To:1000  List Prefixes: Invoice #:0 To:999999
List Classes:  List Groups:  Overbilling:no  Payments:no  Local Tax Code:All
Compare Date:Invoice Date  Date:09/27/2005 To:10/07/2005  Inv Bal:+,-,0  Credit Status:Yes-On Hold

DELPHI PACKARD ELECTRIC SYSTEM

| Customer | Inv. # |  | Date Inv | Due Date | Invoice Total |
|---|---|---|---|---|---|
| 1000 | 20 | 50544 | 09/29/05 | 11/28/05 | 4,691.25 |
| 1000 | 20 | 50545 | 09/29/05 | 11/28/05 | 492.90 |
| 1000 | 20 | 50546 | 09/29/05 | 11/28/05 | 314.98 |
| 1000 | 20 | 50547 | 09/29/05 | 11/28/05 | 125.44 |
| 1000 | 20 | 50548 | 09/29/05 | 11/28/05 | 279.95 |
| 1000 | 20 | 50549 | 09/29/05 | 11/28/05 | 125.44 |
| 1000 | 20 | 50550 | 09/29/05 | 11/28/05 | 232.80 |
| 1000 | 20 | 50551 | 09/29/05 | 11/28/05 | 470.81 |
| 1000 | 20 | 50552 | 09/29/05 | 11/28/05 | 228.55 |
| 1000 | 20 | 50553 | 09/29/05 | 11/28/05 | 285.35 |
| 1000 | 20 | 50556 | 09/29/05 | 11/28/05 | 277.74 |
| 1000 | 20 | 50560 | 09/30/05 | 11/29/05 | 543.73 |
| 1000 | 20 | 50561 | 09/30/05 | 11/29/05 | 434.28 |
| 1000 | 20 | 50562 | 09/30/05 | 11/29/05 | 142.01 |
| 1000 | 20 | 50563 | 09/30/05 | 11/29/05 | 119.73 |
| 1000 | 20 | 50564 | 09/30/05 | 11/29/05 | 656.24 |
| 1000 | 20 | 50565 | 09/30/05 | 11/29/05 | 6,510.78 |
| 1000 | 20 | 50566 | 09/30/05 | 11/29/05 | 232.80 |
| 1000 | 20 | 50567 | 09/30/05 | 11/29/05 | 165.13 |
| 1000 | 20 | 50568 | 09/30/05 | 11/29/05 | 833.09 |
| 1000 | 20 | 50569 | 09/30/05 | 11/29/05 | 1,131.32 |
| 1000 | 20 | 50570 | 09/30/05 | 11/29/05 | 206.25 |
| 1000 | 20 | 50571 | 09/30/05 | 11/29/05 | 91.08 |
| 1000 | 20 | 50572 | 09/30/05 | 11/29/05 | 5,747.70 |
| 1000 | 20 | 50573 | 09/30/05 | 11/29/05 | 109.49 |
| 1000 | 20 | 50574 | 09/30/05 | 11/29/05 | 115.26 |
| 1000 | 20 | 50575 | 09/30/05 | 11/29/05 | 629.95 |
| 1000 | 20 | 50576 | 09/30/05 | 11/29/05 | 58.40 |
| 1000 | 20 | 50577 | 09/30/05 | 11/29/05 | 62.72 |
| 1000 | 20 | 50578 | 09/30/05 | 11/29/05 | 443.65 |
| 1000 | 20 | 50579 | 09/30/05 | 11/29/05 | 165.13 |
| 1000 | 20 | 50580 | 09/30/05 | 11/29/05 | 250.88 |
| 1000 | 20 | 50581 | 09/30/05 | 11/29/05 | 121.32 |
| 1000 | 20 | 50582 | 09/30/05 | 11/29/05 | 457.10 |
| 1000 | 20 | 50583 | 09/30/05 | 11/29/05 | 73.98 |
| 1000 | 20 | 50586 | 09/30/05 | 11/29/05 | 69.92 |
| 1000 | 20 | 50588 | 09/30/05 | 11/29/05 | 151.14 |
| 1000 | 20 | 50592 | 09/30/05 | 11/29/05 | 1,780.01 |
| 1000 | 20 | 50595 | 10/03/05 | 12/02/05 | 933.42 |
| 1000 | 20 | 50596 | 10/03/05 | 12/02/05 | 319.52 |
| 1000 | 20 | 50597 | 10/03/05 | 12/02/05 | 272.33 |
| 1000 | 20 | 50598 | 10/03/05 | 12/02/05 | 4,650.66 |
| 1000 | 20 | 50599 | 10/03/05 | 12/02/05 | 5,947.38 |
| 1000 | 20 | 50600 | 10/03/05 | 12/02/05 | 873.80 |
| 1000 | 20 | 50601 | 10/03/05 | 12/02/05 | 58.78 |
| 1000 | 20 | 50602 | 10/03/05 | 12/02/05 | 886.44 |
| 1000 | 20 | 50603 | 10/03/05 | 12/02/05 | 100.88 |
| 1000 | 20 | 50604 | 10/03/05 | 12/02/05 | 368.33 |
| 1000 | 20 | 50605 | 10/03/05 | 12/02/05 | 698.63 |
| 1000 | 20 | 50606 | 10/03/05 | 12/02/05 | 178.65 |
| 1000 | 20 | 50607 | 10/03/05 | 12/02/05 | 1,925.49 |
| 1000 | 20 | 50608 | 10/03/05 | 12/02/05 | 109.49 |
| 1000 | 20 | 50609 | 10/03/05 | 12/02/05 | 314.98 |
| 1000 | 20 | 50610 | 10/03/05 | 12/02/05 | 58.40 |
| 1000 | 20 | 50611 | 10/03/05 | 12/02/05 | 125.44 |
| 1000 | 20 | 50612 | 10/03/05 | 12/02/05 | 435.66 |
| 1000 | 20 | 50613 | 10/03/05 | 12/02/05 | 232.80 |
| 1000 | 20 | 50614 | 10/03/05 | 12/02/05 | 45.54 |
| 1000 | 20 | 50623 | 10/04/05 | 12/03/05 | 35.50 |

Customer Invoice Report  Rpo Names:L-LIST None None  Exch Code: US
Sorted By:Customer Name  Customer Type:Customer  Customer#:1000 To:1000  List Prefixes: Invoice #:0 To:999999
List Classes:  List Groups:  Overbilling:no  Payments:no  Local Tax Code:All
Compare Date:Invoice Date  Date:09/27/2005 To:10/07/2005  Inv Bal:+,-,0  Credit Status:Yes-On Hold

DELPHI PACKARD ELECTRIC SYSTEM

| Customer | Inv. # | | Date Inv | Due Date | Invoice Total |
|---|---|---|---|---|---|
| 1000 | 20 | 50624 | 10/04/05 | 12/03/05 | 1,692.67 |
| 1000 | 20 | 50625 | 10/04/05 | 12/03/05 | 1,624.42 |
| 1000 | 20 | 50626 | 10/04/05 | 12/03/05 | 465.60 |
| 1000 | 20 | 50627 | 10/04/05 | 12/03/05 | 531.61 |
| 1000 | 20 | 50628 | 10/04/05 | 12/03/05 | 137.27 |
| 1000 | 20 | 50629 | 10/04/05 | 12/03/05 | 638.82 |
| 1000 | 20 | 50630 | 10/04/05 | 12/03/05 | 45.54 |
| 1000 | 20 | 50632 | 10/04/05 | 12/03/05 | 1,862.40 |
| 1000 | 20 | 50633 | 10/04/05 | 12/03/05 | 5,886.82 |
| 1000 | 20 | 50634 | 10/04/05 | 12/03/05 | 2,451.53 |
| 1000 | 20 | 50635 | 10/04/05 | 12/03/05 | 1,821.47 |
| 1000 | 20 | 50636 | 10/04/05 | 12/03/05 | 104.99 |
| 1000 | 20 | 50637 | 10/04/05 | 12/03/05 | 98.75 |
| 1000 | 20 | 50638 | 10/04/05 | 12/03/05 | 215.72 |
| 1000 | 20 | 50639 | 10/04/05 | 12/03/05 | 126.95 |
| 1000 | 20 | 50640 | 10/04/05 | 12/03/05 | 62.72 |
| 1000 | 20 | 50641 | 10/04/05 | 12/03/05 | 228.55 |
| 1000 | 20 | 50642 | 10/04/05 | 12/03/05 | 364.31 |
| 1000 | 20 | 50648 | 10/05/05 | 12/04/05 | 106.51 |
| 1000 | 20 | 50649 | 10/05/05 | 12/04/05 | 74.86 |
| 1000 | 20 | 50650 | 10/05/05 | 12/04/05 | 44.52 |
| 1000 | 20 | 50651 | 10/05/05 | 12/04/05 | 2,227.20 |
| 1000 | 20 | 50652 | 10/05/05 | 12/04/05 | 4,253.68 |
| 1000 | 20 | 50653 | 10/05/05 | 12/04/05 | 465.60 |
| 1000 | 20 | 50654 | 10/05/05 | 12/04/05 | 183.24 |
| 1000 | 20 | 50655 | 10/05/05 | 12/04/05 | 931.98 |
| 1000 | 20 | 50656 | 10/05/05 | 12/04/05 | 301.13 |
| 1000 | 20 | 50657 | 10/05/05 | 12/04/05 | 297.33 |
| 1000 | 20 | 50658 | 10/05/05 | 12/04/05 | 136.62 |
| 1000 | 20 | 50660 | 10/05/05 | 12/04/05 | 2,661.49 |
| 1000 | 20 | 50661 | 10/05/05 | 12/04/05 | 109.49 |
| 1000 | 20 | 50662 | 10/05/05 | 12/04/05 | 209.98 |
| 1000 | 20 | 50663 | 10/05/05 | 12/04/05 | 58.40 |
| 1000 | 20 | 50664 | 10/05/05 | 12/04/05 | 62.72 |
| 1000 | 20 | 50665 | 10/05/05 | 12/04/05 | 322.26 |
| 1000 | 20 | 50666 | 10/05/05 | 12/04/05 | 435.66 |
| 1000 | 20 | 50667 | 10/05/05 | 12/04/05 | 228.55 |
| 1000 | 20 | 50668 | 10/05/05 | 12/04/05 | 285.35 |
| 1000 | 20 | 50669 | 10/05/05 | 12/04/05 | 500.93 |
| 1000 | 20 | 50676 | 10/06/05 | 12/05/05 | 7,919.14 |
| 1000 | 20 | 50677 | 10/06/05 | 12/05/05 | 153.00 |
| 1000 | 20 | 50680 | 10/06/05 | 12/05/05 | 343.62 |
| 1000 | 20 | 50681 | 10/06/05 | 12/05/05 | 159.76 |
| 1000 | 20 | 50682 | 10/06/05 | 12/05/05 | 122.62 |
| 1000 | 20 | 50683 | 10/06/05 | 12/05/05 | 133.55 |
| 1000 | 20 | 50684 | 10/06/05 | 12/05/05 | 3,221.25 |
| 1000 | 20 | 50685 | 10/06/05 | 12/05/05 | 7,588.84 |
| 1000 | 20 | 50686 | 10/06/05 | 12/05/05 | 465.60 |
| 1000 | 20 | 50687 | 10/06/05 | 12/05/05 | 179.78 |
| 1000 | 20 | 50688 | 10/06/05 | 12/05/05 | 607.01 |
| 1000 | 20 | 50689 | 10/06/05 | 12/05/05 | 100.88 |
| 1000 | 20 | 50690 | 10/06/05 | 12/05/05 | 342.87 |
| 1000 | 20 | 50691 | 10/06/05 | 12/05/05 | 215.23 |
| 1000 | 20 | 50692 | 10/06/05 | 12/05/05 | 45.54 |
| 1000 | 20 | 50694 | 10/06/05 | 12/05/05 | 4,857.88 |
| 1000 | 20 | 50695 | 10/06/05 | 12/05/05 | 461.02 |
| 1000 | 20 | 50696 | 10/06/05 | 12/05/05 | 209.98 |
| 1000 | 20 | 50697 | 10/06/05 | 12/05/05 | 62.72 |
| 1000 | 20 | 50698 | 10/06/05 | 12/05/05 | 248.33 |
| 1000 | 20 | 50699 | 10/06/05 | 12/05/05 | 91.08 |

10/14/2005 FRI 17:19 FAX 765 4... N MFG CO INC  @005
EXHIBIT A
05-44481-rdd   Doc 485-1   Filed 10/21/05   Entered 10/21/05 10:56:21   Reclamation
Demand Letter Part 1   Pg 9 of 12
Page 5 of 7
mfaine:SALES2                        Lorentson Manufacturing Co.                        CIVV10:Customer Invoices

*Customer Invoice Report  Rpo Names:L-LIST None None  Exch Code: US*
*Sorted By:Customer Name  Customer Type:Customer  Customer#:1000 To:1000  List Prefixes:  Invoice #:0 To:999999*
*List Classes:  List Groups:  Overbilling:no  Payments:no  Local Tax Code:All*
*Compare Date:Invoice Date  Date:09/27/2005 To:10/07/2005  Inv Bal:+,-,0  Credit Status:Yes-On Hold*

| Customer | Inv. # | | Date Inv | Due Date | Invoice Total | |
|---|---|---|---|---|---|---|
| | | | | | | DELPHI PACKARD ELECTRIC SYSTEM |
| 1000 | 20 | 50700 | 10/06/05 | 12/05/05 | 125.44 | |
| 1000 | 20 | 50701 | 10/06/05 | 12/05/05 | 465.60 | |
| 1000 | 20 | 50702 | 10/06/05 | 12/05/05 | 62.72 | |
| 1000 | 20 | 50703 | 10/06/05 | 12/05/05 | 1,224.11 | |
| 1000 | 20 | 50704 | 10/06/05 | 12/05/05 | 73.98 | |
| 1000 | 20 | 50705 | 10/06/05 | 12/05/05 | 60.59 | |
| 1000 | 20 | 50706 | 10/06/05 | 12/05/05 | 121.01 | |
| 1000 | 20 | 50714 | 10/07/05 | 12/06/05 | 988.22 | |
| 1000 | 20 | 50715 | 10/07/05 | 12/06/05 | 17.75 | |
| 1000 | 20 | 50716 | 10/07/05 | 12/06/05 | 74.86 | |
| 1000 | 20 | 50717 | 10/07/05 | 12/06/05 | 129.96 | |
| 1000 | 20 | 50718 | 10/07/05 | 12/06/05 | 6,877.86 | |
| 1000 | 20 | 50719 | 10/07/05 | 12/06/05 | 3,673.38 | |
| 1000 | 20 | 50720 | 10/07/05 | 12/06/05 | 232.80 | |
| 1000 | 20 | 50721 | 10/07/05 | 12/06/05 | 58.78 | |
| 1000 | 20 | 50722 | 10/07/05 | 12/06/05 | 2,125.92 | |
| 1000 | 20 | 50723 | 10/07/05 | 12/06/05 | 495.32 | |
| 1000 | 20 | 50724 | 10/07/05 | 12/06/05 | 45.54 | |
| 1000 | 20 | 50725 | 10/07/05 | 12/06/05 | 954.72 | |
| 1000 | 20 | 50726 | 10/07/05 | 12/06/05 | 115.25 | |
| 1000 | 20 | 50727 | 10/07/05 | 12/06/05 | 104.99 | |
| 1000 | 20 | 50728 | 10/07/05 | 12/06/05 | 58.40 | |
| 1000 | 20 | 50729 | 10/07/05 | 12/06/05 | 62.72 | |
| 1000 | 20 | 50730 | 10/07/05 | 12/06/05 | 380.84 | |
| 1000 | 20 | 50731 | 10/07/05 | 12/06/05 | 125.44 | |
| 1000 | 20 | 50732 | 10/07/05 | 12/06/05 | 242.65 | |
| 1000 | 20 | 50733 | 10/07/05 | 12/06/05 | 94.16 | |
| 1000 | 20 | 50734 | 10/07/05 | 12/06/05 | 228.55 | |
| 1000 | 20 | 50735 | 10/07/05 | 12/06/05 | 235.20 | |
| | | | | | 178,221.69 | |
| | | | | | 178,221.69 | |

DELPHI PACKARD ELECTRIC SYSTEM

TOOLING INVOICES

| | | | |
|---|---|---|---|
| | 18023 | 9/30/05 | 42,525.00 |
| | 18025 | 9/30/05 | 24,725.00 |
| | 18034 | 9/30/05 | 2,825.00 |
| | | | 70,075.00 |

mfaine:SALES2 | Lorentson Manufacturing Co. | CIVV10:Customer Invoices

**Customer Invoice Report** Rpo Names:L-LIST None None Exch Code: US
**Sorted By:**Customer Name  Customer Type:Customer  Customer#:1001 To:1001  List Prefixes:  Invoice #:0 To:999999
**List Classes:** List Groups:  Overbilling:no  Payments:no  Local Tax Code:All
**Compare Date:**Invoice Date  Date:09/27/2005 To:10/07/2005  Inv Bal:+,-,0  Credit Status:Yes-On Hold

| Customer | Inv. # | | Date Inv | Due Date | Invoice Total | |
|---|---|---|---|---|---|---|
| 1001 | 20 | 50585 | 09/30/05 | 11/29/05 | 285.35 | DELPHI E & S |
| 1001 | 20 | 50615 | 10/03/05 | 12/02/05 | 285.35 | |
| 1001 | 20 | 50643 | 10/04/05 | 12/03/05 | 285.35 | |
| 1001 | 20 | 50670 | 10/05/05 | 12/04/05 | 285.35 | |
| 1001 | 20 | 50708 | 10/06/05 | 12/05/05 | 285.35 | |
| | | | | | 1,426.75 | |
| | | | | | 1,426.75 | |

10/14/2005 FRI 17:21 FAX 765 452 7... EXHIBIT A  G CO INC  ☒007
05-44481-rdd    Doc 485-1    Filed 10/21/05    Entered 10/21/05 10:56:21    Reclamation
Demand Letter Part 1    Pg 11 of 12
Page 10 of 12

mfaine:SALES2                        Lorentson Manufacturing Co.                    CIVV10:Customer Invoices

Customer Invoice Report  Rpo Names:L-LIST None None  Exch Code: US
Sorted By:Customer Name  Customer Type:Customer  Customer#:1018 To:1018  List Prefixes: Invoice #:0 To:999999
List Classes:  List Groups:  Overbilling:no  Payments:no  Local Tax Code:All
Compare Date:Invoice Date  Date:09/27/2005 To:10/07/2005  Inv Bal:+,-,0  Credit Status:Yes-On Hold

DELPHI SAFETY & INTERIOR

| Customer | | Inv. # | Date Inv | Due Date | Invoice Total |
|---|---|---|---|---|---|
| 1018 | 20 | 50486 | 09/27/05 | 11/26/05 | 398.57 |
| 1018 | 20 | 50487 | 09/27/05 | 11/26/05 | 254.43 |
| 1018 | 20 | 50488 | 09/27/05 | 11/26/05 | 16.38 |
| 1018 | 20 | 50489 | 09/27/05 | 11/26/05 | 206.97 |
| 1018 | 20 | 50490 | 09/27/05 | 11/26/05 | 36.68 |
| 1018 | 20 | 50491 | 09/27/05 | 11/26/05 | 206.97 |
| 1018 | 20 | 50519 | 09/28/05 | 11/27/05 | 249.27 |
| 1018 | 20 | 50520 | 09/28/05 | 11/27/05 | 254.43 |
| 1018 | 20 | 50521 | 09/28/05 | 11/27/05 | 80.90 |
| 1018 | 20 | 50522 | 09/28/05 | 11/27/05 | 206.97 |
| 1018 | 20 | 50523 | 09/28/05 | 11/27/05 | 36.68 |
| 1018 | 20 | 50524 | 09/28/05 | 11/27/05 | 112.22 |
| 1018 | 20 | 50557 | 09/29/05 | 11/28/05 | 159.34 |
| 1018 | 20 | 50558 | 09/29/05 | 11/28/05 | 715.82 |
| 1018 | 20 | 50559 | 09/29/05 | 11/28/05 | 47.46 |
| 1018 | 20 | 50589 | 09/30/05 | 11/29/05 | 281.04 |
| 1018 | 20 | 50590 | 09/30/05 | 11/29/05 | 254.43 |
| 1018 | 20 | 50591 | 09/30/05 | 11/29/05 | 80.90 |
| 1018 | 20 | 50616 | 10/03/05 | 12/02/05 | 551.13 |
| 1018 | 20 | 50617 | 10/03/05 | 12/02/05 | 547.75 |
| 1018 | 20 | 50618 | 10/03/05 | 12/02/05 | 31.77 |
| 1018 | 20 | 50619 | 10/03/05 | 12/02/05 | 254.43 |
| 1018 | 20 | 50620 | 10/03/05 | 12/02/05 | 193.43 |
| 1018 | 20 | 50621 | 10/03/05 | 12/02/05 | 178.02 |
| 1018 | 20 | 50646 | 10/04/05 | 12/03/05 | 143.81 |
| 1018 | 20 | 50647 | 10/04/05 | 12/03/05 | 254.43 |
| 1018 | 20 | 50672 | 10/05/05 | 12/04/05 | 224.78 |
| 1018 | 20 | 50673 | 10/05/05 | 12/04/05 | 113.26 |
| 1018 | 20 | 50674 | 10/05/05 | 12/04/05 | 112.22 |
| 1018 | 20 | 50675 | 10/05/05 | 12/04/05 | 18.91 |
| 1018 | 20 | 50709 | 10/06/05 | 12/05/05 | 245.34 |
| 1018 | 20 | 50710 | 10/06/05 | 12/05/05 | 94.92 |
| 1018 | 20 | 50711 | 10/07/05 | 12/06/05 | 55.03 |
| 1018 | 20 | 50712 | 10/07/05 | 12/06/05 | 36.68 |
| 1018 | 20 | 50736 | 10/07/05 | 12/06/05 | 132.97 |
| 1018 | 20 | 50737 | 10/07/05 | 12/06/05 | 301.89 |
| 1018 | 20 | 50738 | 10/07/05 | 12/06/05 | 36.68 |
| 1018 | 20 | 50739 | 10/07/05 | 12/06/05 | 36.68 |
| 1018 | 20 | 50740 | 10/07/05 | 12/06/05 | 206.97 |
| | | | | | 7,370.56 |
| | | | | | 7,370.56 |

LORENTSON MFG. CO., INC.   TOTAL   $257,094.00

AMOUNT DELPHI RECEIVED DURING
STATUORY RECLAMATION PERIOD

LORENTSON MANUFACTURING COMPANY, INC.

| ATTACHED EXHIBITS | DESCRIPTION ACCOUNT | AMOUNT |
|---|---|---|
| B | Delphi Packard Electric System-parts | 178,221.69 |
| C | Delphi Packard Electric System-tooling | 70,075.00 |
| D | Delphi E & S | 1,426.75 |
| E | Delphi Safety & Interior | 7,370.56 |
| | **TOTAL>>** | 257,094 |

656411, Lorentson, created 10/17/05