LORENTSON MFG CO., INC
111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

**EXHIBIT B**

Page  1  of  20

Invoice

Cust PO#: P4220156
Pro Number: 127318368
Invoice Date: 09/27/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
Delphi Packard Electric System

>>Ship To: 303300
Delphi Packard Plant 33 RBE IV
48 Walter Jones Blvd.
CISCO 60842     SAP# FV33
El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 13516641 | 01 | 60 | 1 | 60 | EA | 409.070 | /M | 24.54 |
| 13516642 | 01 | 60 | 9 | 540 | EA | 506.930 | /M | 273.74 |



ENTERED
SEP 27 2005

Remit to: Lorentson Mfg. Inc.
P.O. Box 932
Kokomo, IN 46903-0932

Invoice Sub Total: 298.28
Total Freight: 0.00
Total: $ 298.28

Payment Terms:   Total Skids:   Total Cartons:
net 60           0              10

Page 1

```
LORENTSON MFG CO., INC.                    Invoice  Invoice No. 150467
1111 Rank Parkway                          EXHIBIT B                Reclamation
Kokomo, IN  46901                          Page  2  of  20
Duns#: 006052690                                    Cust PO#: P4220156
Phone: (765)452-4425                                Pro Number: 127318368
  Fax: (765)452-7940                                Invoice Date: 09/27/05
Email:lorentsonmfg@iquest.net                       Freight: Collect
                                                    Ship Via: PJAX


>>Bill To: 1000                            >>Ship To: 303800
       Delphi Packard Electric System             Delphi Packard Plant 38 RBE V
                                                  48 Walter Jones Blvd.
                                                  CISCO 60838      SAP# FV38
                                                  El Paso, TX 79906
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 12066164 | D | 1,900 | 1 | 1,900 | EA | 23.430 /M | 44.52 |



ENTERED
SEP 2 7 2005

```
Remit to: Lorentson Mfg. Inc.              Invoice Sub Total:        44.52
          P.O. Box 932                       Total Freight:           0.00
          Kokomo, IN 46903-0932                                  ----------
                                                    Total: $         44.52

Payment Terms:      Total Skids:    Total Cartons:
  net 60                 0                1                      Page    1
```

LORENTSON MFG., INC.
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
  Phone: (765)452-4425
    Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

**EXHIBIT B**

Page 3 of 20

Invoice
Invoice No.: 50468
Cust PO#: P4220156
Pro Number: 127318368
Invoice Date: 09/27/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
   Delphi Packard Electric System

>>Ship To: 303900
   Delphi Packard Plant 39 RBE I
   48 Walter Jones Blvd.
   CISCO 60835    SAP# FV39
   El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 12193790 | C | 6,500 | 1 | 6,500 | EA | 43.900 /M | 285.35 |



ENTERED
SEP 2 7 2005

Remit to: Lorentson Mfg. Inc.
         P.O. Box 932
         Kokomo, IN 46903-0932

Invoice Sub Total:     285.35
Total Freight:           0.00
                    -----------
            Total: $  285.35

Payment Terms:    Total Skids:    Total Cartons:
  net 60                0               1                    Page 1

```
LORENTSON MFG CO., INC.                        Invoice        Invoice No:  20-50469
1111 Rank Parkway                                             Reclamation
Kokomo, IN   46901                                Cust PO#:   P4290036
Duns#:  006052690                                 Pro Number: 127318368
Phone:  (765)452-4425                             Invoice Date: 09/27/05
 Fax:   (765)452-7940                             Freight:    Collect
Email:lorentsonmfg@iquest.net                     Ship Via:   PJAX
```

>>Bill To: 1000
     Delphi Packard Electric System

>>Ship To: 303900
     Delphi Packard Plant 39 RBE I
     48 Walter Jones Blvd.
     CISCO 60835     SAP# FV39
     El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15326909 | 003 | 750 | 2 | 1,500 | EA | 122.170 | /M | 183.26 |
| 15326914 | B | 600 | 4 | 2,400 | EA | 95.970 | /M | 230.33 |
| 15332156 | 15 | 9,500 | 1 | 9,500 | EA | 41.830 | /M | 397.39 |
| 15336210 | 001 | 10,000 | 4 | 40,000 | EA | 26.660 | /M | 1,066.40 |
| 15464951 | 02AA | 2,750 | 1 | 2,750 | EA | 64.000 | /M | 176.00 |



ENTERED
SEP 27 2005

Remit to: Lorentson Mfg. Inc.
         P.O. Box 932
         Kokomo, IN 46903-0932

Invoice Sub Total:     2,053.38
Total Freight:             0.00
                    ------------
            Total: $  2,053.38

Payment Terms:      Total Skids:     Total Cartons:
net 60                    0                12                               Page  1

```
LORENTSON MFG. CO., INC.                    Invoice              Invoice No: 20-50470
1111 Rank Parkway                          EXHIBIT B             Reclamation
Kokomo, IN  46901                      Page  5  of  210
Duns#: 006052690                                                 Cust PO#: P4220156
Phone: (765)452-4425                                             Pro Number: 127318376
  Fax: (765)452-7940                                             Invoice Date: 09/27/05
Email:lorentsonmfg@iquest.net                                    Freight: Collect
                                                                 Ship Via: PJAX
```

>>Bill To: 1000
   Delphi Packard Electric System

>>Ship To: 305000
   Delphi Packard - Plant 30
   48 Walter Jones Blvd.
   Plant 30 Dock Store # 5000
   El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15356825 | 001 | 60,000 | 1 | 60,000 | EA | 3.880 | /M | 232.80 |



**ENTERED SEP 2 7 2005**

Remit to: Lorentson Mfg. Inc.
         P.O. Box 932
         Kokomo, IN 46903-0932

Invoice Sub Total:  232.80
Total Freight:        0.00
                 ----------
Total: $           232.80

Payment Terms:    Total Skids:    Total Cartons:
  net 60              0                 1                                    Page  1

LORENTSON MFG CO., INC.  
1111 Rank Parkway  
Kokomo, IN 46901  
Duns#: 006052690  
Phone: (765)452-4425  
  Fax: (765)452-7940  
Email:lorentsonmfg@iquest.net

**Invoice**

EXHIBIT B

Invoice No: 20-50471

Cust PO#: P4290036  
Pro Number: 127318376  
Invoice Date: 09/27/05  
Freight: Collect  
Ship Via: PJAX

>>Bill To: 1000  
Delphi Packard Electric System

>>Ship To: 305100  
Delphi Packard - Plant 30  
48 Walter Jones Blvd.  
Plant 30 Dock Store # 5100  
El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15369271 | A | 7,000 | 1 | 7,000 | EA | 23.590 | /M | 165.13 |
| 15405477 | 002 | 1,200 | 1 | 1,200 | EA | 48.980 | /M | 58.78 |



ENTERED  
SEP 27 2005

Remit to: Lorentson Mfg. Inc.  
P.O. Box 932  
Kokomo, IN 46903-0932

Invoice Sub Total: 223.91  
Total Freight: 0.00  
-----------------  
Total: $ 223.91

Payment Terms:  
  net 60

Total Skids:  
  0

Total Cartons:  
  2

Page 1

LORENTSON MFG.CO. INC
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

Invoice

EXHIBIT B
Page 7 of 20

Invoice No.: 20 50472
Cust PO#: P4220156
Pro Number: 127318376
Invoice Date: 09/27/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
   Delphi Packard Electric System

>>Ship To: 305200
   Delphi Packard - Plant 30
   48 Walter Jones Blvd.
   Plant 30 Dock Store #  5200
   El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12047840 | D | 1,800 | 1 | 1,800 | EA | 38.130 | /M | 68.63 |
| 13517800 | 01 | 3,000 | 2 | 6,000 | EA | 34.700 | /M | 208.20 |



ENTERED
SEP 27 2005

Remit to: Lorentson Mfg. Inc.
         P.O. Box 932
         Kokomo, IN 46903-0932

Invoice Sub Total:      276.83
Total Freight:            0.00
                      ----------
             Total: $   276.83

Payment Terms:        Total Skids:    Total Cartons:
net 60                      0                3                      Page 1

LORENTSON MFG CO., INC.  
1111 Rank Parkway  
Kokomo, IN  46901  
Duns#: 006052690  
Phone: (765)452-4425  
  Fax: (765)452-7940  
Email:lorentsonmfg@iquest.net  

Invoice

Invoice No: 150473  
Cust PO#: P4220156  
Pro Number: 127318376  
Invoice Date: 09/27/05  
Freight: Collect  
Ship Via: PJAX  

>>Bill To: 1000  
   Delphi Packard Electric System  

>>Ship To: 305300  
   Delphi Packard - Plant 30  
   48 Walter Jones Blvd.  
   Plant 30 Dock Store # 5300  
   El Paso, TX  79906  

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15355281 | 001 | 400 | 2 | 800 | EA | 169.410 | /M | 135.53 |
| 15356825 | 001 | 60,000 | 1 | 60,000 | EA | 3.880 | /M | 232.80 |
| 15489550 | 01 | 3,700 | 2 | 7,400 | EA | 32.790 | /M | 242.65 |



ENTERED  
SEP 27 2005

Remit to: Lorentson Mfg. Inc.  
         P.O. Box 932  
         Kokomo, IN  46903-0932  

Invoice Sub Total:       610.98  
Total Freight:             0.00  
                       ----------  
Total: $                 610.98  

Payment Terms:       Total Skids:     Total Cartons:  
   net 60                 0                 5                            Page   1

LORENTSON MFG. CO., INC.
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

Invoice

EXHIBIT B
Page 9 of 20

Invoice No: 20  50474
Cust PO#: P4220156
Pro Number: 127318376
Invoice Date: 09/27/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
    Delphi Packard Electric System

>>Ship To: 305700
    Delphi Packard - Plant 30
    48 Walter Jones Blvd.
    Plant 30 Dock Store # 5700
    El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12020692 | E  | 1,500 | 4 | 6,000 | EA | 53.570  | /M | 321.42 |
| 12064754 | B  | 1,300 | 2 | 2,600 | EA | 35.030  | /M | 91.08 |
| 12052402 | 04 | 700   | 1 | 700   | EA | 105.680 | /M | 73.98 |
| 15317807 | A  | 1,700 | 1 | 1,700 | EA | 55.600  | /M | 94.52 |



ENTERED
SEP 2 7 2005

Remit to: Lorentson Mfg. Inc.
    P.O. Box 932
    Kokomo, IN 46903-0932

Invoice Sub Total:    581.00
Total Freight:          0.00
                    ----------------
            Total: $   581.00

Payment Terms:          Total Skids:    Total Cartons:
net 60                       0                8                              Page  1

LORENTSON MFG. CO., INC.
1111 Rank Parkway
Kokomo, IN  46901
Duns#: 006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

Invoice

EXHIBIT B

Page  10  of  20

Invoice No.: 20-50475
Reclamation

Cust PO#: P4220156
Pro Number: 127318376
Invoice Date: 09/27/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
    Delphi Packard Electric System

>>Ship To: 305800
    Delphi Packard - Plant 30
    48 Walter Jones Blvd.
    Plant 30 Dock Store # 5800
    El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 12064754 | B | 1,300 | 2 | 2,600 | EA | 35.030  /M | 91.08 |



ENTERED
SEP 27 2005

Remit to: Lorentson Mfg. Inc.
    P.O. Box 932
    Kokomo, IN 46903-0932

Invoice Sub Total:          91.08
Total Freight:               0.00
                         ----------------
                Total: $     91.08

Payment Terms:          Total Skids:        Total Cartons:
  net 60                     0                    2                          Page 1

```
LORENTSON MFG.CO., INC.                                 Invoice           Invoice No:  20 - 50476
1111 Rank Parkway
Kokomo, IN  46901                                                     Cust PO#:  P4290036
Duns#: 006052690                                                      Pro Number: 127318376
Phone: (765)452-4425                                                  Invoice Date: 09/27/05
  Fax: (765)452-7940                                                       Freight: Collect
Email:lorentsonmfg@iquest.net                                             Ship Via: PJAX
```

>>Bill To: 1000
    Delphi Packard Electric System

>>Ship To: 305800
    Delphi Packard - Plant 30
    48 Walter Jones Blvd.
    Plant 30 Dock Store # 5800
    El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15467567 | 02 | 225 | 6 | 1,350 | EA | 397.000 | /M | 535.95 |
| 15467568 | 02 | 225 | 11 | 2,475 | EA | 433.900 | /M | 1,073.90 |



**ENTERED SEP 2 7 2005**

Remit to: Lorentson Mfg. Inc.
    P.O. Box 932
    Kokomo, IN 46903-0932

Invoice Sub Total: 1,609.85
Total Freight: 0.00
-----------------
Total: $ 1,609.85

Payment Terms:    Total Skids:    Total Cartons:
net 60              0             17

Page 1

```
LORENTSON MFG. INC.                                     Invoice            Invoice No: 20-50477
1111 Rank Parkway
Kokomo, IN  46901                                                Cust PO#: P4220156
Duns#: 006052690                                                 Pro Number: 127318384
Phone: (765)452-4425                                             Invoice Date: 09/27/05
  Fax: (765)452-7940                                             Freight: Collect
Email:lorentsonmfg@iquest.net                                    Ship Via: PJAX
```

>>Bill To: 1000  
    Delphi Packard Electric System

>>Ship To: 154660  
    Delphi Packard - Plant 15  
    1265 N. River Rd.  
    Plant 15 Dock Dept. 4660  
    Warren, OH 44483

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12015782 | B | 2,000 | 40 | 80,000 | EA | 22.670 | /M | 1,813.60 |
| 12059596 | G | 4,200 | 20 | 84,000 | EA | 18.150 | /M | 1,524.60 |
| 12103583 | A | 2,000 | 4 | 8,000 | EA | 28.700 | /M | 229.60 |
| 15324242 | A | 5,800 | 1 | 5,800 | EA | 35.480 | /M | 205.78 |




ENTERED SEP 27 2005

Remit to: Lorentson Mfg. Inc.  
    P.O. Box 932  
    Kokomo, IN 46903-0932

Invoice Sub Total: 3,773.58  
Total Freight: 0.00  
Total: $ 3,773.58

Payment Terms: net 60  
Total Skids: 1  
Total Cartons: 65

Page 1

LORENTSON MFG CO., INC
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
Fax: (765)452-7940
Email: lorentsonmfg@iquest.net

Invoice

EXHIBIT B

Page 13 of 20

Invoice No: 50478
Cust PO#: P4290036
Pro Number: 127318392
Invoice Date: 09/27/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
　　Delphi Packard Electric System

>>Ship To: 806196
　　Delphi P Plant 61 Zacatecas
　　Calzada De La Revolucion Mexic
　　Plant 61 Store  6196
　　Gudalupe, ZAC,  98600

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15369271 | A | 7,000 | 1 | 7,000 | EA | 23.590 | /M | 165.13 |



ENTERED
SEP 2 7 2005

Remit to: Lorentson Mfg. Inc.
　　P.O. Box 932
　　Kokomo, IN 46903-0932

Invoice Sub Total:　165.13
Total Freight:　0.00
　　　　　　　------------
　　　　Total: $　165.13

Payment Terms:　　Total Skids:　　Total Cartons:
net 60　　　　　　　0　　　　　　　1　　　　　　　Page   1

```
LORENTSON MFG CO.,  INC                Invoice       Invoice No: 20    50479
1111 Rank Parkway
Kokomo, IN  46901                                   Cust PO#: P4290036
Duns#: 006052690                                    Pro Number: 127318392
Phone: (765)452-4425                                Invoice Date: 09/27/05
  Fax: (765)452-7940                                     Freight: Collect
Email:lorentsonmfg@iquest.net                       Ship Via: PJAX


>>Bill To: 1000                          >>Ship To: 808196
   Delphi Packard Electric System           Delphi P Plan 81 N Laredo I
                                            Iturbide 6970, Parque Ind. Lon
                                            Plant 81 Store 8196
    ,                                       Nuevo Laredo, TAM,  78045
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15394385 | 002 | 1,600 | 1 | 1,600 | EA | 39.200 | /M | 62.72 |



**ENTERED**
**SEP 2 7 2005**

```
Remit to: Lorentson Mfg. Inc.            Invoice Sub Total:        62.72
          P.O. Box 932                   Total Freight:             0.00
          Kokomo, IN 46903-0932                              ----------------
                                                    Total: $       62.72

Payment Terms:       Total Skids:       Total Cartons:
  net 60                  0                   1                    Page   1
```

```
LORENTSON MFG. CO., INC.                         Invoice                         705-050486
1111 Rank Parkway                                EXHIBIT B
Kokomo, IN  46901                           Page 15 of 210          Cust PO#: P4290036
Duns#: 006052690                                                    Pro Number: 127318392
Phone: (765)452-4425                                                Invoice Date: 09/27/05
  Fax: (765)452-7940                                                Freight: Collect
Email:lorentsonmfg@iquest.net                                       Ship Via: PJAX


>>Bill To: 1000                                  >>Ship To: 808496
    Delphi Packard Electric System                   Delphi P Plant 84 Quadalupe
                                                     AV, Serafin Pena 2055, Col VI
                                                     Plant 84 Store 8496
                                                     Gudalupe, NL,  67170
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12161121 | A | 18,000 | 1 | 18,000 | EA | 8.500 | /M | 153.00 |
| 13552252 | 01 | 400 | 5 | 2,000 | EA | 105.790 | /M | 211.58 |

**ENTERED SEP 27 2005**

```
Remit to: Lorentson Mfg. Inc.                    Invoice Sub Total:         364.58
          P.O. Box 932                           Total Freight:               0.00
          Kokomo, IN  46903-0932                                      ---------------
                                                              Total: $     364.58

Payment Terms:          Total Skids:        Total Cartons:
  net 60                    0                   6                         Page  1
```

```
LORENTSON MFG.CO., INC.                              Invoice            Invoice No.: 20-50481
1111 Rank Parkway
Kokomo, IN  46901                                                       Cust PO#: P4290036
Duns#: 006052690                                                        Pro Number: 127318392
Phone: (765)452-4425                                                    Invoice Date: 09/27/05
  Fax: (765)452-7940                                                    Freight: Collect
Email:lorentsonmfg@iquest.net                                           Ship Via: PJAX
```

>>Bill To: 1000  
    Delphi Packard Electric System

>>Ship To: 809296  
    Delphi P 9296 Cuidad Victoria  
    Boulevard Adolfo Lopez Mateos  
    Plant 92  Store 9296  
    Victoria, Tamaulipas TM,  87020

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 15490959 | 03 | 2,500 | 1 | 2,500 | EA | 99.000 /M | 247.50 |



ENTERED SEP 27 2005

Remit to: Lorentson Mfg. Inc.  
    P.O. Box 932  
    Kokomo, IN 46903-0932

Invoice Sub Total:    247.50  
Total Freight:          0.00  
-----------------  
Total: $              247.50

Payment Terms:  net 60  
Total Skids:  0  
Total Cartons:  1  

Page  1

LORENTSON MFG CO., INC
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
Fax: (765)452-7940
Email: lorentsonmfg@iquest.net

**Invoice**

Invoice No: 20-50482
Cust PO#: P4220156
Pro Number: 127318392
Invoice Date: 09/27/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
Delphi Packard Electric System

>>Ship To: 809696
Delphi P Plant 96 Gudalupe
AV Mexico # 300, COL Ninos HE
Plant 96 Dock Store 9696
Gudalupe, NL, 67190

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 15356825 | 001 | 60,000 | 1 | 60,000 | EA | 3.880 /M | 232.80 |

ENTERED
SEP 2 7 2005

Remit to: Lorentson Mfg. Inc.
P.O. Box 932
Kokomo, IN 46903-0932

Invoice Sub Total: 232.80
Total Freight: 0.00
----------------
Total: $ 232.80

Payment Terms:      Total Skids:      Total Cartons:
net 60              0                 1

Page 1

```
LORENTSON MFG. CO., INC.                                                    Invoice        50483
1111 Bank Parkway                                             EXHIBIT B
Kokomo, IN  46901                              Page 19 of 20        Cust PO#: P4220156
Duns#: 006052690                                                    Pro Number: 1Z7406410375221918
Phone: (765)452-4425                                                Invoice Date: 09/27/05
   Fax: (765)452-7940                                                  Freight: Collect
Email:lorentsonmfg@iquest.net                                         Ship Via: UPS


>>Bill To: 1000                                      >>Ship To: DC0900
           Delphi Packard Electric System                       Delphi Packard Electric
                                                                1265 North River Rd.
                                                                Dock CC Dept 0900
                                                                Warren, OH 44483
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12015484 | A | 1,700 | 1 | 1,700 | EA | 18.930 | /M | 32.18 |
| 15356825 | 001 | 60,000 | 2 | 120,000 | EA | 3.880 | /M | 465.60 |



ENTERED
SEP 2 7 2005

```
Remit to: Lorentson Mfg. Inc.                          Invoice Sub Total:        497.78
          P.O. Box 932                                 Total Freight:              0.00
          Kokomo, IN  46903-0932                                           ----------------
                                                                  Total: $      497.78
Payment Terms:       Total Skids:        Total Cartons:
   net 60                 0                    3                                  Page  1
```

```
LORENTSON MFG CO., INC.
1111 Rank Parkway                                              Invoice No.: 50492
Kokomo, IN 46901
Duns#: 006052690                     EXHIBIT B        Cust PO#: P4220156
Phone: (765)452-4425                Page 19 of 210    Pro Number: 547814982
  Fax: (765)452-7940                                Invoice Date: 09/27/05
Email:lorentsonmfg@iquest.net                            Freight: Collect
                                                        Ship Via: BAX Global

>>Bill To: 1000
    Delphi Packard Electric System           >>Ship To: 303900
                                                 Delphi Packard Plant 39 RBE I
                                                 301 George Perry Blvd. Ste 1
         ,                                       CISCO 60835    SAP# FV39
                                                 El Paso, TX 79906
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 15446208 | 03 | 6,800 | 2 | 13,600 | EA | 31.000 /M | 421.60 |



**ENTERED**
**SEP 27 2005**

```
it to: Lorentson Mfg. Inc.                  Invoice Sub Total:      421.60
       P.O. Box 932                            Total Freight:         0.00
       Kokomo, IN 46903-0932                                   ----------------
                                                       Total: $     421.60
nent Terms:        Total Skids:     Total Cartons:
let 60                  0                 2
                                                                 Page   1
```

```
LORENTSON MFG. CO., INC.                         Invoice            Invoice No: 20-50493
1111 Rank Parkway                                EXHIBIT B
Kokomo, IN  46901                            Page 20 of 20      Cust PO#: P4220156
Duns#: 006052690                                                Pro Number: 127318426
Phone: (765)452-4425                                            Invoice Date: 09/28/05
   Fax: (765)452-7940                                           Freight: Collect
Email: lorentsonmfg@iquest.net                                  Ship Via: PJAX
```

>>Bill To: 1000
     Delphi Packard Electric System

>>Ship To: 303300
     Delphi Packard Plant 33 RBE IV
     48 Walter Jones Blvd.
     CISCO 60842       SAP# FV33
     El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 13516641 | 01 | 60 | 4 | 240 | EA | 409.070 | /M | 98.18 |
| 13516642 | 01 | 60 | 6 | 360 | EA | 506.930 | /M | 182.49 |



ENTERED
SEP 2 0 2005

Remit to: Lorentson Mfg. Inc.
         P.O. Box 932
         Kokomo, IN 46903-0932

Invoice Sub Total:    280.67
Total Freight:          0.00
                   -----------
Total: $              280.67

Payment Terms:        Total Skids:     Total Cartons:
net 60                      0                10                              Page  1