LORENTSON MFG.CO., INC.        Invoice        Invoice No.: 20 - 50494
1111 Rank Parkway
Kokomo, IN 46901        EXHIBIT B        Cust PO#: P4220156
Duns#: 006052690        Page 21 of 210        Pro Number: 127318426
Phone: (765)452-4425        Invoice Date: 09/28/05
Fax: (765)452-7940        Freight: Collect
Email:lorentsonmfg@iquest.net        Ship Via: PJAX

\>\>Bill To: 1000        \>\>Ship To: 303700
    Delphi Packard Electric System        Delphi Packard Plant 37 RBE IX
                               48 Walter Jones Blvd.
                               CISCO 60837      SAP# FV37
                               El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15463294 | 06 | 100 | 9 | 900 | EA | 177.510 | /M | 159.76 |



ENTERED
SEP 28 2005

Remit to: Lorentson Mfg. Inc.        Invoice Sub Total:      159.76
         P.O. Box 932        Total Freight:      0.00
         Kokomo, IN 46903-0932        ----------------
                               Total: $      159.76

Payment Terms:      Total Skids:      Total Cartons:
     net 60            0                9        Page   1

```
LORENTSON MFG. CO., INC.                      Invoice           Invoice No.: 20  - 50495
1111 Rank Parkway                                                              Reclamation
Kokomo, IN  46901                                                Cust PO#: P4290036
Duns#: 006052690                       Page 22 of 210            Pro Number: 127318426
Phone: (765)452-4425                                             Invoice Date: 09/28/05
  Fax: (765)452-7940                                             Freight: Collect
Email:lorentsonmfg@iquest.net                                    Ship Via: PJAX
```

EXHIBIT B

>>Bill To: 1000                                >>Ship To: 303700
    Delphi Packard Electric System                 Delphi Packard Plant 37 RBE IX
                                                   48 Walter Jones Blvd.
                                                   CISCO 60837      SAP# FV37
                                                   El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15462653 | 02 | 1,200 | 1 | 1,200 | EA | 62.380 | /M | 74.86 |
| 15462654 | 02 | 2,000 | 1 | 2,000 | EA | 61.310 | /M | 122.62 |



**ENTERED**
**SEP 2 8 2005**

Remit to: Lorentson Mfg. Inc.                    Invoice Sub Total:          197.48
         P.O. Box 932                            Total Freight:                0.00
         Kokomo, IN  46903-0932                                      ----------------
                                                 Total: $                    197.48

Payment Terms:          Total Skids:       Total Cartons:
  net 60                     0                   2                          Page  1

```
LORENTSON MFG CO., INC.                    Invoice         Invoice No.: 50496
1111 Rank Parkway                       EXHIBIT B
Kokomo, IN  46901                     Page 23 of 210   Cust PO#: P4220156
Duns#: 006052690                                       Pro Number: 127318426
Phone: (765)452-4425                                   Invoice Date: 09/28/05
  Fax: (765)452-7940                                   Freight: Collect
Email:lorentsonmfg@iquest.net                          Ship Via: PJAX
```

>>Bill To: 1000  
    Delphi Packard Electric System

>>Ship To: 303800  
    Delphi Packard Plant 38 RBE V  
    48 Walter Jones Blvd.  
    CISCO 60838    SAP# FV38  
    El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12066164 | D | 1,900 | 1 | 1,900 | EA | 23.430 | /M | 44.52 |



ENTERED  
SEP 2 0 2005

Remit to: Lorentson Mfg. Inc.  
    P.O. Box 932  
    Kokomo, IN 46903-0932

Invoice Sub Total: 44.52  
Total Freight: 0.00  
Total: $ 44.52

Payment Terms:    Total Skids:    Total Cartons:  
net 60    0    1    Page 1

LORENTSON MFG. CO., INC.
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
 Fax: (765)452-7940
Email: lorentsonmfg@iquest.net

Invoice

Invoice No.: 20 - 50497
Cust PO#: P4220156
Pro Number: 127318426
Invoice Date: 09/28/05
Freight: Collect
Ship Via: PJAX

\>\>Bill To: 1000
    Delphi Packard Electric System

\>\>Ship To: 303900
    Delphi Packard Plant 39 RBE I
    48 Walter Jones Blvd.
    CISCO 60835    SAP# FV39
    El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12193790 | C | 6,500 | 1 | 6,500 | EA | 43.900 | /M | 285.35 |
| 15425579 | 02 | 960 | 20 | 19,200 | EA | 92.800 | /M | 1,781.76 |



ENTERED
SEP 2 8 2005

Remit to: Lorentson Mfg. Inc.
    P.O. Box 932
    Kokomo, IN 46903-0932

Invoice Sub Total: 2,067.11
Total Freight:   0.00
-----------------
Total: $   2,067.11

Payment Terms:
  net 60

Total Skids:
  0

Total Cartons:
  21

Page 1

```
LORENTSON MFG. CO., INC.                                    Invoice            Invoice No.: 20 - 50498
1111 Rank Parkway                                          EXHIBIT B
Kokomo, IN  46901                                                               Cust PO#: P4290036
Duns#: 006052690                                        Page 25 of 210           Pro Number: 127318426
Phone: (765)452-4425                                                            Invoice Date: 09/28/05
   Fax: (765)452-7940                                                               Freight: Collect
Email:lorentsonmfg@iquest.net                                                      Ship Via: PJAX
```

>>Bill To: 1000                                        >>Ship To: 303900
  Delphi Packard Electric System                         Delphi Packard Plant 39 RBE I
                                                         48 Walter Jones Blvd.
                                                         CISCO 60835     SAP# FV39
                                                         El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price |     | Amount   |
|-------------|-----|----------------|-------------------|-------------|------|------------|-----|----------|
| 15326555    | 04  | 5,500          | 1                 | 5,500       | EA   | 24.030     | /M  | 132.17   |
| 15326909    | 003 | 750            | 5                 | 3,750       | EA   | 122.170    | /M  | 458.14   |
| 15332156    | 15  | 9,500          | 3                 | 28,500      | EA   | 41.830     | /M  | 1,192.16 |
| 15332172    | 15  | 6,400          | 1                 | 6,400       | EA   | 30.480     | /M  | 195.07   |
| 15336207    | 001 | 7,000          | 2                 | 14,000      | EA   | 29.160     | /M  | 408.24   |
| 15336210    | 001 | 10,000         | 4                 | 40,000      | EA   | 26.660     | /M  | 1,066.40 |
| 15336225    | 001 | 7,000          | 3                 | 21,000      | EA   | 28.480     | /M  | 598.08   |
| 15373433    | 08  | 6,500          | 2                 | 13,000      | EA   | 24.870     | /M  | 323.31   |
| 15476192    | 02  | 1,050          | 1                 | 1,050       | EA   | 129.150    | /M  | 135.61   |
| 15489044    | 05  | 2,500          | 2                 | 5,000       | EA   | 75.000     | /M  | 375.00   |



ENTERED
SEP 2 6 2005

Remit to: Lorentson Mfg. Inc.                          Invoice Sub Total:      4,884.18
          P.O. Box 932                                    Total Freight:          0.00
          Kokomo, IN 46903-0932                                              ----------
                                                                Total: $      4,884.18

Payment Terms:          Total Skids:       Total Cartons:
   net 60                   0                  24                              Page   1

LORENTSON MFG. CO., INC.
1111 Park Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email: lorentsonmfg@iquest.net

**Invoice**

Page 26 of 210    EXHIBIT B

Invoice No.: 20-50499
Cust PO#: P4220156
Pro Number: 127318434
Invoice Date: 09/28/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
   Delphi Packard Electric System

>>Ship To: 305000
   Delphi Packard - Plant 30
   48 Walter Jones Blvd.
   Plant 30 Dock Store # 5000
   El Paso, TX  79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15356825 | 001 | 60,000 | 3 | 180,000 | EA | 3.880 | /M | 698.40 |

ENTERED
SEP 28 2005

Remit to: Lorentson Mfg. Inc.
         P.O. Box 932
         Kokomo, IN 46903-0932

Invoice Sub Total:      698.40
Total Freight:            0.00
                    ----------
Total: $                698.40

Payment Terms:      Total Skids:       Total Cartons:
  net 60               0                   3                                Page  1

```
LORENTSON MFG. CO., INC.                        Invoice        Invoice No.: 20 - 50500
1111 Rank Parkway                                                            Reclamation
Kokomo, IN  46901                                              Cust PO#:    P4290036
Duns#: 006052690                                               Pro Number:  127318434
Phone: (765)452-4425                                           Invoice Date: 09/28/05
  Fax: (765)452-7940                                           Freight:     Collect
Email:lorentsonmfg@iquest.net                                  Ship Via:    PJAX


>>Bill To: 1000                                 >>Ship To: 305100
          Delphi Packard Electric System                  Delphi Packard - Plant 30
                                                          48 Walter Jones Blvd.
                                                          Plant 30 Dock Store # 5100
        ,                                                 El Paso, TX  79906
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15369271 | A | 7,000 | 1 | 7,000 | EA | 23.590 | /M | 165.13 |
| 15405477 | 002 | 1,200 | 1 | 1,200 | EA | 48.980 | /M | 58.78 |



ENTERED
SEP 28 2005

```
Remit to: Lorentson Mfg. Inc.              Invoice Sub Total:        223.91
          P.O. Box 932                     Total Freight:              0.00
          Kokomo, IN  46903-0932                                 ----------
                                                        Total: $    223.91

Payment Terms:       Total Skids:       Total Cartons:
  net 60                  0                   2                     Page 1
```

```
LORENTSON MFG CO., INC.                          Invoice         Invoice No.: 20-50501
1111 Rank Parkway                                                Reclamation
Kokomo, IN  46901                           EXHIBIT B            Cust PO#: P4220156
Duns#: 006052690                          Page 29 of 210         Pro Number: 127318434
Phone: (765)452-4425                                             Invoice Date: 09/28/05
  Fax: (765)452-7940                                             Freight: Collect
Email:lorentsonmfg@iquest.net                                    Ship Via: PJAX
```

>>Bill To: 1000  
    Delphi Packard Electric System

>>Ship To: 305200  
    Delphi Packard - Plant 30  
    48 Walter Jones Blvd.  
    Plant 30 Dock Store #  5200  
    El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 13517799 | 01 | 3,600 | 2 | 7,200 | EA | 62.800 | /M | 452.16 |
| 13517800 | 01 | 3,000 | 2 | 6,000 | EA | 34.700 | /M | 208.20 |

ENTERED  
SEP 28 2005

Remit to: Lorentson Mfg. Inc.  
    P.O. Box 932  
    Kokomo, IN 46903-0932

Invoice Sub Total: 660.36  
Total Freight: 0.00  
Total: $ 660.36

Payment Terms:      Total Skids:      Total Cartons:  
net 60                 0               4            Page 1

```
LORENTSON MFG CO., INC.                    Invoice          Invoice No.: 20 - 50502
1111 Rank Parkway                                           Cust PO#:   P4220156
Kokomo, IN  46901                     EXHIBIT B             Pro Number: 127318434
Duns#: 006052690                   Page 29 of 210           Invoice Date: 09/28/05
Phone: (765)452-4425                                        Freight: Collect
  Fax: (765)452-7940                                        Ship Via: PJAX
Email:lorentsonmfg@iquest.net
```

>>Bill To: 1000                              >>Ship To: 305300
         Delphi Packard Electric System              Delphi Packard - Plant 30
                                                     48 Walter Jones Blvd.
                                                     Plant 30 Dock Store # 5300
                                                     El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 12160712 | J | 600 | 1 | 600 | EA | 113.890 /M | 68.33 |

**ENTERED SEP 28 2005**

| | | |
|---|---|---|
| Remit to: Lorentson Mfg. Inc. | Invoice Sub Total: | 68.33 |
| P.O. Box 932 | Total Freight: | 0.00 |
| Kokomo, IN 46903-0932 | Total: $ | 68.33 |

Payment Terms:         Total Skids:      Total Cartons:
  net 60                    0                 1                          Page  1

LORENTSON MFG CO., INC.
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

**Invoice**

EXHIBIT B
Page 30 of 210

Invoice No.: 20 - 50503 Reclamation
Cust PO#: P4220156
Pro Number: 127318434
Invoice Date: 09/28/05
Freight: Collect
Ship Via: PJAX

&gt;&gt;Bill To: 1000
  Delphi Packard Electric System

&gt;&gt;Ship To: 305700
  Delphi Packard - Plant 30
  48 Walter Jones Blvd.
  Plant 30 Dock Store # 5700
  El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12020692 | E | 1,500 | 2 | 3,000 | EA | 53.570 | /M | 160.71 |
| 12064754 | B | 1,300 | 2 | 2,600 | EA | 35.030 | /M | 91.08 |
| 15356825 | 001 | 60,000 | 1 | 60,000 | EA | 3.880 | /M | 232.80 |



ENTERED
SEP 28 2005

Remit to: Lorentson Mfg. Inc.
         P.O. Box 932
         Kokomo, IN 46903-0932

Invoice Sub Total:  484.59
Total Freight:        0.00
                  ----------------
Total: $          484.59

Payment Terms:      Total Skids:    Total Cartons:
net 60              0               5                              Page 1

```
LORENTSON MFG CO., INC.                    Invoice        Invoice No:  20-150504
1111 Rank Parkway
Kokomo, IN  46901                                         Cust PO#:  P4220156
Duns#: 006052690                                          Pro Number: 127318442
Phone: (765)452-4425                                      Invoice Date: 09/28/05
  Fax: (765)452-7940                                      Freight: Collect
Email:lorentsonmfg@iquest.net                             Ship Via: PJAX
```

>>Bill To: 1000  
    Delphi Packard Electric System

>>Ship To: 154660  
    Delphi Packard - Plant 15  
    1265 N. River Rd.  
    Plant 15 Dock Dept. 4660  
    Warren, OH  44483

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12015782 | B | 2,000 | 50 | 100,000 | EA | 22.670 | /M | 2,267.00 |
| 12052493 | D | 850 | 9 | 7,650 | EA | 132.510 | /M | 1,013.70 |
| 12059596 | G | 4,200 | 12 | 50,400 | EA | 18.150 | /M | 914.76 |
| 12065286 | E | 6,000 | 14 | 84,000 | EA | 21.660 | /M | 1,819.44 |



ENTERED  
SEP 28 2005

Remit to: Lorentson Mfg. Inc.  
    P.O. Box 932  
    Kokomo, IN  46903-0932

Invoice Sub Total:    6,014.90  
Total Freight:    0.00  
-----------------  
Total: $    6,014.90

Payment Terms:    Total Skids:    Total Cartons:  
  net 60              1              85              Page 1

```
LORENTSON MFG. CO., INC.                                           Invoice                    Invoice No:  50505
1111 Rank Parkway
Kokomo, IN  46901                        EXHIBIT B                 Cust PO#:    P4220156
Duns#:  006052690                       Page 32 of 210             Pro Number:  127318442
Phone: (765)452-4425                                               Invoice Date: 09/28/05
  Fax: (765)452-7940                                               Freight:     Collect
Email:lorentsonmfg@iquest.net                                      Ship Via:    PJAX


>>Bill To: 1000                                   >>Ship To: DC0900
           Delphi Packard Electric System                    Delphi Packard Electric
                                                             1265 North River Rd.
                                                             Dock CC Dept 0900
            ,                                                Warren, OH  44483
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 02984887 | D  | 2,100 | 1 | 2,100  | EA | 61.620 | /M | 129.40 |
| 12020692 | E  | 1,500 | 4 | 6,000  | EA | 53.570 | /M | 321.42 |
| 12132223 | C  | 1,100 | 4 | 4,400  | EA | 51.020 | /M | 224.49 |
| 15317807 | A  | 1,700 | 7 | 11,900 | EA | 55.600 | /M | 661.64 |
| 15489550 | 01 | 3,700 | 1 | 3,700  | EA | 32.790 | /M | 121.32 |
| 12065286 | E  | 6,000 | 2 | 12,000 | EA | 21.660 | /M | 259.92 |



**ENTERED SEP 2 8 2005**

```
Remit to: Lorentson Mfg. Inc.                     Invoice Sub Total:        1,718.19
          P.O. Box 932                            Total Freight:                0.00
          Kokomo, IN  46903-0932                                        ----------------
                                                  Total: $                 1,718.19

Payment Terms:          Total Skids:     Total Cartons:
 net 60                      0                 19                          Page   1
```

```
LORENTSON MFG. CO., INC.                    Invoice              Invoice No. 50506
1111 Rank Parkway                                                Reclamation
Kokomo, IN  46901                        Page 33 of 210     Cust PO#: P4220156
Duns#: 006052690                                            Pro Number: 127318459
Phone: (765)452-4425                                        Invoice Date: 09/28/05
  Fax: (765)452-7940                                              Freight: Collect
Email:lorentsonmfg@iquest.net                                     Ship Via: PJAX


>>Bill To: 1000                              >>Ship To: 806396
     Delphi Packard Electric System              Delphi P Plant 63 Fresnillo
                                                 Calle Apozol # 101, COL, Solid
                                                 Plant 63 Store 6396
        ,                                        Fresnillo, ZAC,  99010
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12015983 | C | 2,100 | 1 | 2,100 | EA | 27.810 | /M | 58.40 |



**ENTERED**
**SEP 28 2005**

```
Remit to: Lorentson Mfg. Inc.                Invoice Sub Total:        58.40
          P.O. Box 932                       Total Freight:             0.00
          Kokomo, IN 46903-0932                                  ---------------
                                                     Total: $          58.40

Payment Terms:         Total Skids:     Total Cartons:
  net 60                    0                 1                       Page  1
```

LORENTSON MFG CO., INC.  
1111 Rank Parkway  
Kokomo, IN 46901  
Duns#: 006052690  
Phone: (765)452-4425  
Fax: (765)452-7940  
Email:lorentsonmfg@iquest.net  

Invoice  
Invoice No: 2050507  
Cust PO#: P4290036  
Pro Number: 127318459  
Invoice Date: 09/28/05  
Freight: Collect  
Ship Via: PJAX  

>>Bill To: 1000  
    Delphi Packard Electric System  

>>Ship To: 808196  
    Delphi P Plan 81 N Laredo I  
    Iturbide 6970, Parque Ind. Lon  
    Plant 81 Store 8196  
    Nuevo Laredo, TAM, 78045  

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 15394385 | 002 | 1,600 | 1 | 1,600 | EA | 39.200 /M | 62.72 |




ENTERED
SEP 28 2005

Remit to: Lorentson Mfg. Inc.  
    P.O. Box 932  
    Kokomo, IN 46903-0932  

Invoice Sub Total: 62.72  
Total Freight: 0.00  
Total: $ 62.72  

Payment Terms: net 60  
Total Skids: 0  
Total Cartons: 1  

Page 1

```
LORENTSON MFG. CO., INC.                           Invoice       59508
1111 Rank Parkway                     EXHIBIT B
Kokomo, IN  46901                    Page 35 of 210    Cust PO#: P4220156
Duns#: 006052690                                       Pro Number: 127318459
Phone: (765)452-4425                                   Invoice Date: 09/28/05
  Fax: (765)452-7940                                   Freight: Collect
Email:lorentsonmfg@iquest.net                          Ship Via: PJAX
```

>>Bill To: 1000
    Delphi Packard Electric System

>>Ship To: 808496
    Delphi P Plant 84 Quadalupe
    AV, Serafin Pena 2055, Col VI
    Plant 84 Store 8496
    Gudalupe, NL, 67170

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 15356825 | 001 | 60,000 | 1 | 60,000 | EA | 3.880 /M | 232.80 |





ENTERED
SEP 28 2005

---

Remit to: Lorentson Mfg. Inc.          Invoice Sub Total:      232.80
         P.O. Box 932                  Total Freight:            0.00
         Kokomo, IN 46903-0932                            ----------------
                                                Total: $       232.80

Payment Terms:      Total Skids:      Total Cartons:
  net 60                0                   1                  Page  1

LORENTSON MFG CO., INC
1111 Rank Parkway
Kokomo, IN  46901
Duns#: 006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

# Invoice

Invoice No.: 20 - 50509
Cust PO#: P4290036
Pro Number: 127318459
Invoice Date: 09/28/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
   Delphi Packard Electric System

>>Ship To: 808496
   Delphi P Plant 84 Quadalupe
   AV, Serafin Pena 2055, Col VI
   Plant 84 Store 8496
   Gudalupe, NL,  67170

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12161121 | A | 18,000 | 1 | 18,000 | EA | 8.500 | /M | 153.00 |
| 13552252 | 01 | 400 | 4 | 1,600 | EA | 105.790 | /M | 169.26 |
| 15326795 | 03 | 2,100 | 1 | 2,100 | EA | 37.650 | /M | 79.07 |



ENTERED
SEP 2 8 2005

Remit to: Lorentson Mfg. Inc.
         P.O. Box 932
         Kokomo, IN 46903-0932

Invoice Sub Total:   401.33
Total Freight:         0.00
                  ----------
Total: $             401.33

Payment Terms:       Total Skids:       Total Cartons:
   net 60                 0                   6                                    Page   1

```
LORENTSON MFG.CO., INC.                    Invoice        Invoice No.: 20 - 50510
1111 Rank Parkway                                                       Reclamation
Kokomo, IN  46901                                         Cust PO#: P4290036
Duns#: 006052690                                          Pro Number: 127318459
  Phone: (765)452-4425                                    Invoice Date: 09/28/05
    Fax: (765)452-7940                                    Freight: Collect
Email:lorentsonmfg@iquest.net                             Ship Via: PJAX


>>Bill To: 1000                            >>Ship To: 809296
    Delphi Packard Electric System            Delphi P 9296 Cuidad Victoria
                                              Boulevard Adolfo Lopez Mateos
                                              Plant 92  Store 9296
                                              Victoria, Tamaulipas TM,  87020
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 15394385 | 002 | 1,600 | 2 | 3,200 | EA | 39.200 /M | 125.44 |




ENTERED
SEP 2 8 2005

```
Remit to: Lorentson Mfg. Inc.              Invoice Sub Total:       125.44
          P.O. Box 932                     Total Freight:             0.00
          Kokomo, IN  46903-0932                                 ----------
                                                       Total: $    125.44

Payment Terms:       Total Skids:     Total Cartons:
    net 60                0                  2                      Page  1
```

```
LORENTSON MFG CO., INC.                 Invoice          Invoice No:  20-50511
1111 Rank Parkway                                                     Reclamation
Kokomo, IN  46901                    EXHIBIT B           Cust PO#:  P4220156
Duns#: 006052690                   Page 39 of 210        Pro Number: 127318459
Phone: (765)452-4425                                     Invoice Date: 09/28/05
  Fax: (765)452-7940                                     Freight: Collect
Email:lorentsonmfg@iquest.net                            Ship Via: PJAX


>>Bill To: 1000                              >>Ship To: 809696
   Delphi Packard Electric System               Delphi P Plant 96 Gudalupe
                                                AV Mexico # 300, COL Ninos HE
                                                Plant 96 Dock Store 9696
                                                Gudalupe, NL,   67190
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15489550 | 01 | 3,700 | 1 | 3,700 | EA | 32.790 | /M | 121.32 |



**ENTERED SEP 28 2005**

```
Remit to: Lorentson Mfg. Inc.              Invoice Sub Total:       121.32
          P.O. Box 932                        Total Freight:          0.00
          Kokomo, IN 46903-0932                                   ----------
                                                         Total: $    121.32

Payment Terms:      Total Skids:       Total Cartons:
 net 60                  0                  1                      Page  1
```

```
LORENTSON MFG. CO., INC.                          Invoice              Invoice No.: 20 - 50512
1111 Rank Parkway                                 EXHIBIT B            Reclamation
Kokomo, IN  46901                                                      Cust PO#:  P4290036
Duns#: 006052690                           Page 39 of 210              Pro Number: 127318459
Phone: (765)452-4425                                                   Invoice Date: 09/28/05
  Fax: (765)452-7940                                                   Freight: Collect
Email:lorentsonmfg@iquest.net                                          Ship Via: PJAX
```

>>Bill To: 1000
   Delphi Packard Electric System

>>Ship To: 809696
   Delphi P Plant 96 Gudalupe
   AV Mexico # 300, COL Ninos HE
   Plant 96 Dock Store 9696
   Gudalupe, NL,  67190

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15394385 | 002 | 1,600 | 1 | 1,600 | EA | 39.200 | /M | 62.72 |





SEP 28 2005

```
Remit to: Lorentson Mfg. Inc.                     Invoice Sub Total:        62.72
          P.O. Box 932                            Total Freight:             0.00
          Kokomo, IN 46903-0932                                       ----------------
                                                  Total:  $                 62.72

Payment Terms:        Total Skids:       Total Cartons:
  net 60                   0                    1                         Page  1
```

```
LORENTSON MFG.CO., INC.                    Invoice          Invoice No.: 20 - 50513
1111 Rank Parkway                                                         Reclamation
Kokomo, IN  46901                      EXHIBIT B            Cust PO#: P4290036
Duns#: 006052690                     Page 40 of 210         Pro Number: 1z7406410375212571
Phone: (765)452-4425                                        Invoice Date: 09/28/05
  Fax: (765)452-7940                                              Freight: Collect
Email:lorentsonmfg@iquest.net                                    Ship Via: UPS


>>Bill To: 1000                             >>Ship To: 23
    Delphi Packard Electric System              Delphi Packard - Plt 23
                                                923 Industrial Park Road

         ,                                      Brookhaven, MS  39601
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15400228 | 002 | 7,000 | 1 | 7,000 | EA | 32.650 | /M | 228.55 |

**ENTERED SEP 28 2005**

```
Remit to: Lorentson Mfg. Inc.                 Invoice Sub Total:      228.55
          P.O. Box 932                           Total Freight:         0.00
          Kokomo, IN 46903-0932                                    ----------
                                                       Total: $      228.55

Payment Terms:     Total Skids:     Total Cartons:
   net 60               0                 1                           Page 1
```