```
LORENTSON MFG CO., INC.                                    Invoice      Invoice No: 150514
1111 Rank Parkway
Kokomo, IN  46901                                   Cust PO#:  P4220156
Duns#: 006052690                                    Pro Number: 4703791589
Phone: (765)452-4425                                Invoice Date: 09/28/05
  Fax: (765)452-7940                                   Freight: Collect
Email:lorentsonmfg@iquest.net                         Ship Via: Central Transport


>>Bill To: 1000                          >>Ship To: 303049
     Delphi Packard Electric System          Delphi Packard - Plant 30
                                             48 Walter Jones Blvd.
                                             Plant 30 Dock Store # 3049
                                             El Paso, TX 79906
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 12064754 | B | 1,300 | 14 | 18,200 | EA | 35.030 /M | 637.55 |



ENTERED
SEP 28 2005

```
Remit to: Lorentson Mfg. Inc.               Invoice Sub Total:       637.55
          P.O. Box 932                        Total Freight:           0.00
          Kokomo, IN 46903-0932                                ----------------
                                                     Total: $        637.55

Payment Terms:       Total Skids:      Total Cartons:
    net 60                0                 14                    Page   1
```

```
LORENTSON MFG. CO., INC.                                  Invoice          Invoice No.:  20-50517
1111 Rank Parkway
Kokomo, IN  46901                                                  Cust PO#:    P4290036
Duns#: 006052690                                                   Pro Number:  127318434
Phone: (765)452-4425                                               Invoice Date: 09/28/05
  Fax: (765)452-7940                                               Freight:     Collect
Email:lorentsonmfg@iquest.net                                      Ship Via:    PJAX


>>Bill To: 1000                                   >>Ship To: 303099
      Delphi Packard Electric System                    Delphi Packard - Plant 30
                                                        48 Walter Jones Blvd.
                                                        Store 3099 - Dock 87 - 88
                                                        El Paso, TX  79906
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15499367 | 02 | 3,500 | 8 | 28,000 | EA | 24.000 | /M | 672.00 |



**ENTERED**
**SEP 28 2005**

```
Remit to: Lorentson Mfg. Inc.                     Invoice Sub Total:         672.00
          P.O. Box 932                            Total Freight:               0.00
          Kokomo, IN  46903-0932                                         ----------
                                                           Total: $         672.00

Payment Terms:          Total Skids:     Total Cartons:
  net 60                     0                 8                          Page    1
```

```
LORENTSON MFG CO., INC.                                Invoice            Invoice No. 50518
1111 Rank Parkway
Kokomo, IN  46901                                                Cust PO#: P4290036
Duns#: 006052690                                                 Pro Number: 792396249825
Phone: (765)452-4425                                             Invoice Date: 09/28/05
  Fax: (765)452-7940                                             Freight: Collect
Email:lorentsonmfg@iquest.net                                    Ship Via: Federal Express
```

>>Bill To: 1000                                  >>Ship To: 303099
        Delphi Packard Electric System                   Delphi Packard - Plant 30
                                                         48 Walter Jones Blvd.
                                                         Store 3099 - Dock 87 - 88
                                                         El Paso, TX  79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 15499367 | 02 | 3,500 | 5 | 17,500 | EA | 24.000 /M | 420.00 |

**ENTERED SEP 2 8 2005**

Remit to: Lorentson Mfg. Inc.                    Invoice Sub Total:         420.00
          P.O. Box 932                           Total Freight:               0.00
          Kokomo, IN 46903-0932                                      ----------------
                                                           Total: $        420.00

Payment Terms:        Total Skids:      Total Cartons:
  net 60                   0                  5                          Page   1



```
LORENTSON MFG. CO., INC.                                    Invoice              Invoice No: 20-50525
1111 Rank Parkway                                                             Cust PO#: P4220211
Kokomo, IN 46901                                                              Pro Number: 603868882
Duns#: 006052690                                                              Invoice Date: 09/29/05
Phone: (765)452-4425                                                          Freight: Collect
  Fax: (765)452-7940                                                          Ship Via: Conway Central Expre
Email:lorentsonmfg@iquest.net
```

\>\>Bill To: 1000                                          \>\>Ship To: PI
    Delphi Packard Electric System                       Power & Signal Group
                                    5440 Naiman Pkwy

                                    Solon, OH 44139

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 02962969 | J | 3,300 | 3 | 9,900 | EA | 61.640 | /M | 610.24 |
| 02965019 | L | 2,200 | 2 | 4,400 | EA | 27.450 | /M | 120.78 |
| 02965446 | E | 1,450 | 1 | 1,450 | EA | 37.830 | /M | 54.85 |
| 02965977 | E | 1,500 | 2 | 3,000 | EA | 37.430 | /M | 112.29 |
| 02973422 | E | 3,000 | 4 | 12,000 | EA | 38.720 | /M | 464.64 |
| 02973890 | B | 2,200 | 1 | 2,200 | EA | 16.780 | /M | 36.92 |
| 02977047 | A | 2,200 | 1 | 2,200 | EA | 31.620 | /M | 69.56 |
| 02977763 | A | 3,800 | 2 | 7,600 | EA | 52.650 | /M | 400.14 |
| 02984678 | A | 2,200 | 1 | 2,200 | EA | 31.850 | /M | 70.07 |
| 02984887 | D | 2,100 | 1 | 2,100 | EA | 61.620 | /M | 129.40 |
| 06288181 | D | 6,000 | 2 | 12,000 | EA | 24.060 | /M | 288.72 |
| 06288700 | A | 1,500 | 2 | 3,000 | EA | 39.510 | /M | 118.53 |
| 06294468 | B | 3,800 | 1 | 3,800 | EA | 11.460 | /M | 43.55 |
| 08911295 | C | 475 | 1 | 475 | EA | 72.750 | /M | 34.56 |
| 12015484 | A | 1,700 | 2 | 3,400 | EA | 18.930 | /M | 64.36 |
| 12015510 | E | 4,000 | 2 | 8,000 | EA | 22.580 | /M | 180.64 |
| 12015782 | B | 2,000 | 1 | 2,000 | EA | 22.670 | /M | 45.34 |



ENTERED
SEP 2 9 2005

```
TSON MFG CO., INC.                    Invoice          Invoice No.: 20 - 50525
  Rank Parkway
  omo, IN  46901                       EXHIBIT B        Cust PO#:    P4220211
ns#: 006052690                        Page 45 of 210   Pro Number:  603868882
hone: (765)452-4425                                    Invoice Date: 09/29/05
  Fax: (765)452-7940                                     Freight:    Collect
Email:lorentsonmfg@iquest.net                          Ship Via: Conway Central Expre
```

>>Bill To: 1000                                    >>Ship To: PI
    Delphi Packard Electric System                    Power & Signal Group
                                                      5440 Naiman Pkwy

                                                      Solon, OH  44139

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12015983 | C | 2,100 | 2 | 4,200 | EA | 27.810 | /M | 116.80 |
| 12020308 | C | 200 | 1 | 200 | EA | 79.820 | /M | 15.96 |
| 12020692 | E | 1,500 | 18 | 27,000 | EA | 53.570 | /M | 1,446.39 |
| 12047840 | D | 1,800 | 8 | 14,400 | EA | 38.130 | /M | 549.07 |
| 12052402 | 04 | 700 | 1 | 700 | EA | 105.680 | /M | 73.98 |
| 12064754 | B | 1,300 | 11 | 14,300 | EA | 35.030 | /M | 500.93 |
| 12066161 | D | 1,500 | 7 | 10,500 | EA | 19.410 | /M | 203.81 |
| 12066164 | D | 1,900 | 15 | 28,500 | EA | 23.430 | /M | 667.76 |
| 12089348 | A | 1,250 | 1 | 1,250 | EA | 65.690 | /M | 82.11 |
| 12129386 | D | 2,000 | 2 | 4,000 | EA | 45.730 | /M | 182.92 |
| 12191172 | A | 900 | 1 | 900 | EA | 76.070 | /M | 68.46 |
| 12191966 | A | 1,300 | 1 | 1,300 | EA | 57.850 | /M | 75.21 |
| 15317807 | A | 1,700 | 7 | 11,900 | EA | 55.600 | /M | 661.64 |
| 15356825 | 001 | 60,000 | 1 | 60,000 | EA | 3.880 | /M | 232.80 |

ENTERED
SEP 29 2005

| | |
|---|---|
| Remit to: Lorentson Mfg. Inc. | Invoice Sub Total: 7,722.43 |
| P.O. Box 932 | Total Freight: 0.00 |
| Kokomo, IN  46903-0932 | Total: $ 7,722.43 |

Payment Terms:          Total Skids:       Total Cartons:
  net 60                      0                 105                        Page  2

LORENTSON MFG CO., INC.
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
 Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

Invoice

Invoice No: 20-50526
Cust PO#: P4290072
Pro Number: 603868882
Invoice Date: 09/29/05
Freight: Collect
Ship Via: Conway Central Expre

>>Bill To: 1000
   Delphi Packard Electric System

>>Ship To: PI
   Power & Signal Group
   5440 Naiman Pkwy

   Solon, OH 44139

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12161121 | A | 18,000 | 1 | 18,000 | EA | 8.500 | /M | 153.00 |
| 15326555 | 04 | 5,500 | 1 | 5,500 | EA | 24.030 | /M | 132.17 |



ENTERED
SEP 29 2005

Remit to: Lorentson Mfg. Inc.
   P.O. Box 932
   Kokomo, IN 46903-0932

Invoice Sub Total:  285.17
Total Freight:  0.00
-----------------
Total: $  285.17

Payment Terms:   Total Skids:   Total Cartons:
  net 60             0              2                Page 1

```
LORENTSON MFG CO., INC.                    Invoice         Invoice No: 150520
1111 Rank Parkway
Kokomo, IN  46901                         EXHIBIT B
Duns#: 006052690                         Page 47 of 310    Cust PO#:   P4220156
Phone: (765)452-4425                                       Pro Number: 127318467
  Fax: (765)452-7940                                       Invoice Date: 09/29/05
Email:lorentsonmfg@iquest.net                              Freight: Collect
                                                           Ship Via: PJAX


>>Bill To: 1000                              >>Ship To: 303300
           Delphi Packard Electric System               Delphi Packard Plant 33 RBE IV
                                                        48 Walter Jones Blvd.
                                                        CISCO 60842    SAP# FV33
                                                        El Paso, TX 79906
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 13516641 | 01 | 60 | 8 | 480 | EA | 409.070 | /M | 196.35 |
| 13516642 | 01 | 60 | 9 | 540 | EA | 506.930 | /M | 273.74 |



**ENTERED**
**SEP 29 2005**

| | |
|---|---|
| Remit to: Lorentson Mfg. Inc. | Invoice Sub Total: 470.09 |
| P.O. Box 932 | Total Freight: 0.00 |
| Kokomo, IN 46903-0932 | Total: $ 470.09 |

Payment Terms:     Total Skids:     Total Cartons:
  net 60               0                 17                            Page   1

LORENTSON MFG.CO., INC.
1111 Rank Parkway
Kokomo, IN  46901
Duns#: 006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

# Invoice

EXHIBIT B
Page 48 of 210

Invoice No.: 20  - 50530  Reclamation
Cust PO#: P4220156
Pro Number: 127318467
Invoice Date: 09/29/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
    Delphi Packard Electric System

>>Ship To: 303700
    Delphi Packard Plant 37 RBE IX
    48 Walter Jones Blvd.
    CISCO 60837     SAP# FV37
    El Paso, TX  79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15463294 | 06 | 100 | 8 | 800 | EA | 177.510 | /M | 142.01 |



ENTERED
SEP 2 9 2005

Remit to: Lorentson Mfg. Inc.
         P.O. Box 932
         Kokomo, IN 46903-0932

Invoice Sub Total:       142.01
Total Freight:             0.00
                    ----------------
              Total: $    142.01

Payment Terms:          Total Skids:        Total Cartons:
  net 60                     0                    8                          Page  1

LORENTSON MFG CO., INC
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
Fax: (765)452-7940
Email: lorentsonmfg@iquest.net

**Invoice**

Invoice No: 20-50531
Cust PO#: P4290036
Pro Number: 127318467
Invoice Date: 09/29/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
Delphi Packard Electric System

>>Ship To: 303700
Delphi Packard Plant 37 RBE IX
48 Walter Jones Blvd.
CISCO 60837   SAP# FV37
El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 15462653 | 02 | 1,200 | 1 | 1,200 | EA | 62.380 /M | 74.86 |



ENTERED SEP 29 2005

Remit to: Lorentson Mfg. Inc.
P.O. Box 932
Kokomo, IN 46903-0932

Invoice Sub Total:   74.86
Total Freight:        0.00
                  ----------
Total: $             74.86

Payment Terms:    Total Skids:    Total Cartons:
net 60                 0                1                    Page 1

```
LORENTSON MFG CO., INC.                              Invoice            Invoice No: 20-50532
1111 Rank Parkway                                                       Reclamation
Kokomo, IN  46901                  EXHIBIT B                Cust PO#: P4220156
Duns#: 006052690               Page 50 of 210               Pro Number: 127318467
Phone: (765)452-4425                                        Invoice Date: 09/29/05
  Fax: (765)452-7940                                        Freight: Collect
Email:lorentsonmfg@iquest.net                               Ship Via: PJAX
```

>>Bill To: 1000  
    Delphi Packard Electric System

>>Ship To: 303800  
    Delphi Packard Plant 38 RBE V  
    48 Walter Jones Blvd.  
    CISCO 60838     SAP# FV38  
    El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12064754 | B | 1,300 | 2 | 2,600 | EA | 35.030 | /M | 91.08 |
| 12066161 | D | 1,500 | 1 | 1,500 | EA | 19.410 | /M | 29.12 |



ENTERED  
SEP 29 2005

Remit to: Lorentson Mfg. Inc.  
    P.O. Box 932  
    Kokomo, IN 46903-0932

Invoice Sub Total: 120.20  
Total Freight: 0.00  
Total: $ 120.20

Payment Terms:    Total Skids:    Total Cartons:  
net 60    0    3    Page 1

```
LORENTSON MFG. CO., INC.                    Invoice        Invoice No:  20    50533
1111 Rank Parkway
Kokomo, IN  46901                                          Cust PO#:   P4290036
Duns#: 006052690                                           Pro Number: 127318467
Phone: (765)452-4425                                       Invoice Date: 09/29/05
 Fax:  (765)452-7940                                       Freight: Collect
Email:lorentsonmfg@iquest.net                              Ship Via: PJAX
```

EXHIBIT B
Page 51 of 210

>>Bill To: 1000
    Delphi Packard Electric System

>>Ship To: 303800
    Delphi Packard Plant 38 RBE V
    48 Walter Jones Blvd.
    CISCO 60838     SAP# FV38
    El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15496486 | 02 | 2,200 | 1 | 2,200 | EA | 197.400 | /M | 434.28 |



ENTERED
SEP 29 2005

Remit to: Lorentson Mfg. Inc.
         P.O. Box 932
         Kokomo, IN 46903-0932

Invoice Sub Total:    434.28
Total Freight:          0.00
                    ----------
Total: $              434.28

Payment Terms:        Total Skids:    Total Cartons:
  net 60                   0                1                      Page 1

```
LORENTSON MFG. CO., INC.                    Invoice        Invoice No.: 20-50534
1111 Rank Parkway
Kokomo, IN  46901                          Page 52 of 210   Cust PO#: P4220156
Duns#: 006052690                                           Pro Number: 127318467
Phone: (765)452-4425                                       Invoice Date: 09/29/05
  Fax: (765)452-7940                                       Freight: Collect
Email:lorentsonmfg@iquest.net                              Ship Via: PJAX


>>Bill To: 1000                            >>Ship To: 303900
           Delphi Packard Electric System            Delphi Packard Plant 39 RBE I
                                                     48 Walter Jones Blvd.
                                                     CISCO 60835    SAP# FV39
                                                     El Paso, TX 79906
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12193790 | C  | 6,500 | 1  | 6,500  | EA | 43.900 | /M | 285.35 |
| 15425579 | 02 | 960   | 40 | 38,400 | EA | 92.800 | /M | 3,563.52 |

**ENTERED**
**SEP 29 2005**

```
Remit to: Lorentson Mfg. Inc.              Invoice Sub Total:    3,848.87
          P.O. Box 932                        Total Freight:         0.00
          Kokomo, IN 46903-0932                                  ----------
                                                     Total: $    3,848.87

Payment Terms:       Total Skids:    Total Cartons:
    net 60               1                41                      Page   1
```

```
LORENTSON MFG CO., INC.                    Invoice              Invoice No.: 20-50535
1111 Rank Parkway                                                Reclamation
Kokomo, IN  46901                      Page 53 of 210    Cust PO#: P4290036
Duns#: 006052690                                         Pro Number: 127318467
Phone: (765)452-4425                                     Invoice Date: 09/29/05
  Fax: (765)452-7940                                     Freight: Collect
Email:lorentsonmfg@iquest.net                            Ship Via: PJAX
```

EXHIBIT B

>>Bill To: 1000                           >>Ship To: 303900
   Delphi Packard Electric System            Delphi Packard Plant 39 RBE I
                                             48 Walter Jones Blvd.
                                             CISCO 60835     SAP# FV39
                                             El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15326909 | 003 | 750 | 7 | 5,250 | EA | 122.170 | /M | 641.39 |
| 15336210 | 001 | 10,000 | 5 | 50,000 | EA | 26.660 | /M | 1,333.00 |
| 15336225 | 001 | 7,000 | 1 | 7,000 | EA | 28.480 | /M | 199.36 |
| 15373433 | 08 | 6,500 | 3 | 19,500 | EA | 24.870 | /M | 484.97 |
| 15464951 | 02AA | 2,750 | 1 | 2,750 | EA | 64.000 | /M | 176.00 |
| 15489043 | 05 | 2,500 | 1 | 2,500 | EA | 75.000 | /M | 187.50 |



ENTERED
SEP 29 2005

Remit to: Lorentson Mfg. Inc.                Invoice Sub Total:    3,022.22
         P.O. Box 932                        Total Freight:            0.00
         Kokomo, IN 46903-0932                                   ----------
                                                        Total: $  3,022.22

Payment Terms:       Total Skids:     Total Cartons:
net 60                    0                18                          Page 1

```
LORENTSON MFG. CO., INC.                          Invoice            Invoice No.: 20R-50536
1111 Rank Parkway
Kokomo, IN  46901                                              Cust PO#:     P4220156
Duns#: 006052690                                               Pro Number:   127318475
Phone: (765)452-4425                                           Invoice Date: 09/29/05
  Fax: (765)452-7940                                           Freight:      Collect
Email:lorentsonmfg@iquest.net                                  Ship Via:     PJAX


>>Bill To: 1000                            >>Ship To: 305000
    Delphi Packard Electric System              Delphi Packard - Plant 30
                                                48 Walter Jones Blvd.
                                                Plant 30 Dock Store # 5000
                                                El Paso, TX 79906
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15356825 | 001 | 60,000 | 2 | 120,000 | EA | 3.880 | /M | 465.60 |



**ENTERED SEP 29 2005**

```
Remit to: Lorentson Mfg. Inc.                   Invoice Sub Total:        465.60
          P.O. Box 932                          Total Freight:              0.00
          Kokomo, IN 46903-0932                                       ------------
                                                          Total: $       465.60

Payment Terms:        Total Skids:       Total Cartons:
  net 60                   0                  2                            Page 1
```

```
LORENTSON MFG.CO., INC.              Invoice          Invoice No.: 20 - 50537
1111 Rank Parkway                                     Cust PO#: P4290036
Kokomo, IN  46901            EXHIBIT B                Pro Number: 127318475
Duns#: 006052690           Page 55 of 210             Invoice Date: 09/29/05
Phone: (765)452-4425                                  Freight: Collect
  Fax: (765)452-7940                                  Ship Via: PJAX
Email:lorentsonmfg@iquest.net
```

>>Bill To: 1000
   Delphi Packard Electric System

>>Ship To: 305100
   Delphi Packard - Plant 30
   48 Walter Jones Blvd.
   Plant 30 Dock Store # 5100
   El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15405477 | 002 | 1,200 | 1 | 1,200 | EA | 48.980 | /M | 58.78 |



ENTERED
SEP 2 9 2005

Remit to: Lorentson Mfg. Inc.           Invoice Sub Total:    58.78
         P.O. Box 932                   Total Freight:         0.00
         Kokomo, IN 46903-0932                              --------
                                                Total: $      58.78

Payment Terms:        Total Skids:       Total Cartons:
  net 60                   0                   1                    Page  1

```
LORENTSON MFG. CO., INC.                    Invoice         Invoice No: 20-50538
1111 Rank Parkway
Kokomo, IN  46901                                           Cust PO#:    P4220156
Duns#: 006052690                                            Pro Number:  127318475
Phone: (765)452-4425                                        Invoice Date: 09/29/05
  Fax: (765)452-7940                                        Freight:     Collect
Email:lorentsonmfg@iquest.net                               Ship Via:    PJAX
```

**EXHIBIT B**

Page 56 of 210

>>Bill To: 1000
    Delphi Packard Electric System

>>Ship To: 305200
    Delphi Packard - Plant 30
    48 Walter Jones Blvd.
    Plant 30 Dock Store #  5200
    El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 13517799 | 01 | 3,600 | 2 | 7,200 | EA | 62.800 | /M | 452.16 |
| 13517800 | 01 | 3,000 | 3 | 9,000 | EA | 34.700 | /M | 312.30 |





ENTERED
SEP 29 2005

| | |
|---|---|
| Remit to: Lorentson Mfg. Inc.<br>P.O. Box 932<br>Kokomo, IN 46903-0932 | Invoice Sub Total:    764.46<br>Total Freight:          0.00<br>-----------------<br>Total: $         764.46 |

Payment Terms:       Total Skids:      Total Cartons:
net 60                    0                  5                                    Page  1

```
LORENTSON MFG CO., INC.                                              Invoice No.: 20-50539    Reclamation
1111 Rank Parkway
Kokomo, IN  46901                                                    Cust PO#: P4290036
Duns#: 006052690                                                     Pro Number: 127318475
Phone: (765)452-4425                                                 Invoice Date: 09/29/05
  Fax: (765)452-7940                                                 Freight: Collect
Email:lorentsonmfg@iquest.net                                        Ship Via: PJAX
```

>>Bill To: 1000  
    Delphi Packard Electric System

>>Ship To: 305200  
    Delphi Packard - Plant 30  
    48 Walter Jones Blvd.  
    Plant 30 Dock Store #  5200  
    El Paso, TX  79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 15423410 | 03 | 4,000 | 1 | 4,000 | EA | 25.220 /M | 100.88 |

**ENTERED SEP 29 2005**

Remit to: Lorentson Mfg. Inc.  
    P.O. Box 932  
    Kokomo, IN 46903-0932

Invoice Sub Total: 100.88  
Total Freight: 0.00  
-----------------  
Total: $ 100.88

Payment Terms:  
net 60

Total Skids: 0

Total Cartons: 1

Page 1

```
LORENTSON MFG. CO., INC.                                    Invoice              Invoice No.: 20-50540
1111 Rank Parkway                                                                Reclamation
Kokomo, IN  46901                                    EXHIBIT B          Cust PO#: P4220156
Duns#: 006052690                                  Page 58 of 210         Pro Number: 127318475
Phone: (765)452-4425                                                   Invoice Date: 09/29/05
  Fax: (765)452-7940                                                        Freight: Collect
Email:lorentsonmfg@iquest.net                                              Ship Via: PJAX
```

>>Bill To: 1000                                      >>Ship To: 305300
   Delphi Packard Electric System                       Delphi Packard - Plant 30
                                                        48 Walter Jones Blvd.
                                                        Plant 30 Dock Store # 5300
                                                        El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12160712 | J | 600 | 2 | 1,200 | EA | 113.890 | /M | 136.67 |
| 15355281 | 001 | 400 | 1 | 400 | EA | 169.410 | /M | 67.76 |
| 15356825 | 001 | 60,000 | 2 | 120,000 | EA | 3.880 | /M | 465.60 |
| 15489550 | 01 | 3,700 | 1 | 3,700 | EA | 32.790 | /M | 121.32 |



ENTERED
SEP 2 9 2005

Remit to: Lorentson Mfg. Inc.                          Invoice Sub Total:         791.35
         P.O. Box 932                                   Total Freight:              0.00
         Kokomo, IN 46903-0932                                                ----------
                                                                Total: $        791.35

Payment Terms:       Total Skids:      Total Cartons:
  net 60                  0                  6                                    Page 1

```
LORENTSON MFG CO., INC.                    Invoice          Invoice No.: 20-50541
1111 Rank Parkway                                            Reclamation
Kokomo, IN  46901                                Cust PO#: P4220156
Duns#: 006052690                                 Pro Number: 127318475
Phone: (765)452-4425                             Invoice Date: 09/29/05
  Fax: (765)452-7940                             Freight: Collect
Email:lorentsonmfg@iquest.net                    Ship Via: PJAX
```

>>Bill To: 1000  
    Delphi Packard Electric System

>>Ship To: 305700  
    Delphi Packard - Plant 30  
    48 Walter Jones Blvd.  
    Plant 30 Dock Store # 5700  
    El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12020692 | E   | 1,500  | 1 | 1,500  | EA | 53.570  | /M | 80.36 |
| 12064754 | B   | 1,300  | 3 | 3,900  | EA | 35.030  | /M | 136.62 |
| 15356825 | 001 | 60,000 | 1 | 60,000 | EA | 3.880   | /M | 232.80 |
| 12052402 | 04  | 700    | 1 | 700    | EA | 105.680 | /M | 73.98 |



ENTERED SEP 29 2005

Remit to: Lorentson Mfg. Inc.  
    P.O. Box 932  
    Kokomo, IN 46903-0932

Invoice Sub Total: 523.76  
Total Freight: 0.00  
Total: $ 523.76

Payment Terms:  net 60  
Total Skids: 0  
Total Cartons: 6

Page 1

LORENTSON MFG.CO., INC.
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
 Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

**Invoice**

Invoice No.: 20 - 50542
Cust PO#: P4290036
Pro Number: 127318475
Invoice Date: 09/29/05
Freight: Collect
Ship Via: PJAX

&gt;&gt;Bill To: 1000
    Delphi Packard Electric System

&gt;&gt;Ship To: 305700
    Delphi Packard - Plant 30
    48 Walter Jones Blvd.
    Plant 30 Dock Store # 5700
    El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 15405478 | 002 | 1,200 | 1 | 1,200 | EA | 51.860 /M | 62.23 |



ENTERED
SEP 29 2005

Remit to: Lorentson Mfg. Inc.
    P.O. Box 932
    Kokomo, IN 46903-0932

Invoice Sub Total: 62.23
Total Freight: 0.00
----------------
Total: $ 62.23

Payment Terms:  Total Skids:  Total Cartons:
net 60          0             1                         Page 1