```
LORENTSON MFG. CO., INC.                                         Invoice         250543
1111 Rank Parkway
Kokomo, IN  46901                                     Cust PO#:   P4220156
Duns#: 006052690                                      Pro Number: 127318475
Phone: (765)452-4425                                  Invoice Date: 09/29/05
  Fax: (765)452-7940                                  Freight: Collect
Email:lorentsonmfg@iquest.net                         Ship Via: PJAX


>>Bill To: 1000                          >>Ship To: 305800
        Delphi Packard Electric System             Delphi Packard - Plant 30
                                                   48 Walter Jones Blvd.
                                                   Plant 30 Dock Store # 5800
        ,                                          El Paso, TX 79906
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12064754 | B | 1,300 | 2 | 2,600 | EA | 35.030 | /M | 91.08 |



ENTERED
SEP 29 2005

```
Remit to: Lorentson Mfg. Inc.                    Invoice Sub Total:      91.08
          P.O. Box 932                            Total Freight:          0.00
          Kokomo, IN 46903-0932                                        ---------
                                                          Total: $      91.08

Payment Terms:       Total Skids:     Total Cartons:
  net 60                  0                 2                           Page  1
```

```
LORENTSON MFG CO., INC                                    Invoice              Invoice No.: 20-50544
1111 Rank Parkway
Kokomo, IN  46901                                                              Cust PO#: P4220156
Duns#: 006052690                              EXHIBIT B                        Pro Number: 127318483
Phone: (765)452-4425                        Page 62 of 210                     Invoice Date: 09/29/05
  Fax: (765)452-7940                                                           Freight: Collect
Email:lorentsonmfg@iquest.net                                                  Ship Via: PJAX
```

>>Bill To: 1000  
Delphi Packard Electric System

>>Ship To: 154660  
Delphi Packard - Plant 15  
1265 N. River Rd.  
Plant 15 Dock Dept. 4660  
Warren, OH 44483

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12015782 | B | 2,000 | 46 | 92,000 | EA | 22.670 | /M | 2,085.64 |
| 12059596 | G | 4,200 | 8 | 33,600 | EA | 18.150 | /M | 609.84 |
| 12065286 | E | 6,000 | 8 | 48,000 | EA | 21.660 | /M | 1,039.68 |
| 15324036 | A | 4,200 | 6 | 25,200 | EA | 37.940 | /M | 956.09 |

ENTERED  
SEP 29 2005

Remit to: Lorentson Mfg. Inc.  
P.O. Box 932  
Kokomo, IN 46903-0932

Invoice Sub Total: 4,691.25  
Total Freight: 0.00  
-----------------  
Total: $ 4,691.25

Payment Terms:  Total Skids:  Total Cartons:  
net 60           1             68                                Page 1

LORENTSON MFG. CO., INC.
1111 Rank Parkway
Kokomo, IN  46901
Duns#: 006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

Invoice
Invoice No. 50545

Cust PO#: P4220156
Pro Number: 127318483
Invoice Date: 09/29/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
    Delphi Packard Electric System

>>Ship To: 114657
    Delphi Packard - Plant 15
    1265 N. River Rd.
    Plant 15-4657
    Warren, OH  44483

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12084941 | B | 1,000 | 6 | 6,000 | EA | 82.150 | /M | 492.90 |

ENTERED
SEP 29 2005

Remit to: Lorentson Mfg. Inc.
    P.O. Box 932
    Kokomo, IN  46903-0932

Invoice Sub Total:      492.90
Total Freight:            0.00
                      ----------
              Total: $  492.90

Payment Terms:      Total Skids:      Total Cartons:
  net 60                 0                 6

Page 1

LORENTSON MFG CO., INC
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

Invoice

Invoice No: 20-50546
Cust PO#: P4290036
Pro Number: 127318491
Invoice Date: 09/29/05
Freight: Collect
Ship Via: PJAX

\>\>Bill To: 1000
Delphi Packard Electric System

\>\>Ship To: 806196
Delphi P Plant 61 Zacatecas
Calzada De La Revolucion Mexic
Plant 61 Store 6196
Gudalupe, ZAC, 98600

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 15422301 | 001 | 1,700 | 3 | 5,100 | EA | 61.760 /M | 314.98 |

ENTERED
SEP 29 2005

Remit to: Lorentson Mfg. Inc.
P.O. Box 932
Kokomo, IN 46903-0932

Invoice Sub Total: 314.98
Total Freight: 0.00
----------------
Total: $ 314.98

Payment Terms:
net 60

Total Skids: 0

Total Cartons: 3

Page 1

```
LORENTSON MFG. CO., INC                       Invoice         Invoice No: 20    50547
1111 Rank Parkway                                         Reclamation
Kokomo, IN  46901                     EXHIBIT B          Cust PO#: P4290036
Duns#: 006052690                    Page 65 of 210       Pro Number: 127318491
Phone: (765)452-4425                                     Invoice Date: 09/29/05
Fax:   (765)452-7940                                     Freight: Collect
Email:lorentsonmfg@iquest.net                            Ship Via: PJAX
```

>>Bill To: 1000  
    Delphi Packard Electric System

>>Ship To: 808196  
    Delphi P Plan 81 N Laredo I  
    Iturbide 6970, Parque Ind. Lon  
    Plant 81 Store 8196  
    Nuevo Laredo, TAM,  78045

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 15394385 | 002 | 1,600 | 2 | 3,200 | EA | 39.200 /M | 125.44 |



ENTERED  
SEP 29 2005

Remit to: Lorentson Mfg. Inc.  
    P.O. Box 932  
    Kokomo, IN 46903-0932

Invoice Sub Total: 125.44  
Total Freight: 0.00  
Total: $ 125.44

Payment Terms:     Total Skids:     Total Cartons:  
net 60            0            2

Page 1

```
LORENTSON MFG. CO., INC                     Invoice        Invoice No: 20-50548
1111 Rank Parkway
Kokomo, IN  46901                                          Cust PO#:    P4290036
Duns#: 006052690                                           Pro Number:  127318491
Phone: (765)452-4425                                       Invoice Date: 09/29/05
    Fax: (765)452-7940                                     Freight: Collect
Email:lorentsonmfg@iquest.net                              Ship Via: PJAX
```

**EXHIBIT B**

Page 66 of 210

>>Bill To: 1000
      Delphi Packard Electric System

>>Ship To: 808496
      Delphi P Plant 84 Quadalupe
      AV, Serafin Pena 2055, Col VI
      Plant 84 Store 8496
      Gudalupe, NL,  67170

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12161121 | A | 18,000 | 1 | 18,000 | EA | 8.500 | /M | 153.00 |
| 13552252 | 01 | 400 | 3 | 1,200 | EA | 105.790 | /M | 126.95 |



**ENTERED**
**SEP 2 9 2005**

| | |
|---|---|
| Remit to: Lorentson Mfg. Inc. | Invoice Sub Total:   279.95 |
| P.O. Box 932 | Total Freight:         0.00 |
| Kokomo, IN 46903-0932 | ---------------- |
| | Total: $   279.95 |

| Payment Terms: | Total Skids: | Total Cartons: | |
|---|---|---|---|
| net 60 | 0 | 4 | Page  1 |

LORENTSON MFG CO., INC
1111 Rank Parkway
Kokomo, IN  46901
Duns#: 006052690
Phone: (765)452-4425
Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

**Invoice**

**EXHIBIT B**

Page 62 of 210

Invoice No.: 20   50549
Cust PO#: P4290036
Pro Number: 127318491
Invoice Date: 09/29/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
   Delphi Packard Electric System

>>Ship To: 809296
   Delphi P 9296 Cuidad Victoria
   Boulevard Adolfo Lopez Mateos
   Plant 92  Store 9296
   Victoria, Tamaulipas TM,  87020

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15394385 | 002 | 1,600 | 2 | 3,200 | EA | 39.200 | /M | 125.44 |



ENTERED
SEP 29 2005

Remit to: Lorentson Mfg. Inc.
         P.O. Box 932
         Kokomo, IN 46903-0932

Invoice Sub Total:     125.44
Total Freight:           0.00
                    -----------------
Total: $              125.44

Payment Terms:        Total Skids:      Total Cartons:
  net 60                    0                  2                                  Page  1

```
LORENTSON MFG. CO., INC.                    Invoice        Invoice No.: 20 - 50550
1111 Rank Parkway
Kokomo, IN  46901                                           Cust PO#: P4220156
Duns#: 006052690                                            Pro Number: 127318491
Phone: (765)452-4425                                        Invoice Date: 09/29/05
  Fax: (765)452-7940                                        Freight: Collect
Email:lorentsonmfg@iquest.net                               Ship Via: PJAX
```

Page 68 of 210

>>Bill To: 1000  
    Delphi Packard Electric System

>>Ship To: 809696  
    Delphi P Plant 96 Gudalupe  
    AV Mexico # 300, COL Ninos HE  
    Plant 96 Dock Store 9696  
    Gudalupe, NL, 67190

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15356825 | 001 | 60,000 | 1 | 60,000 | EA | 3.880 | /M | 232.80 |



**ENTERED SEP 2 9 2005**

Remit to: Lorentson Mfg. Inc.  
    P.O. Box 932  
    Kokomo, IN 46903-0932

Invoice Sub Total: 232.80  
Total Freight: 0.00  
-----------------  
Total: $ 232.80

Payment Terms:  
  net 60

Total Skids: 0

Total Cartons: 1

Page 1

```
LORENTSON MFG CO., INC.                    Invoice          2005-50551
1111 Rank Parkway                         EXHIBIT B
Kokomo, IN  46901                      Page 69 of 210         Cust PO#: P4290036
Duns#: 006052690                                              Pro Number: 1Z7406410375558798
Phone: (765)452-4425                                          Invoice Date: 09/29/05
  Fax: (765)452-7940                                          Freight: Collect
Email:lorentsonmfg@iquest.net                                 Ship Via: UPS
```

>>Bill To: 1000  
    Delphi Packard Electric System

>>Ship To: 22  
    Delphi Packard - Plt 22  
    1001 Industrial Drive  
    Plant 22 Dock  
    Clinton, MS 39056

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15332123 | 15 | 2,300 | 5 | 11,500 | EA | 40.940 | /M | 470.81 |



**ENTERED**  
**SEP 2 9 2005**

Remit to: Lorentson Mfg. Inc.  
    P.O. Box 932  
    Kokomo, IN 46903-0932

Invoice Sub Total: 470.81  
Total Freight: 0.00  
------------------  
Total: $ 470.81

Payment Terms:    Total Skids:    Total Cartons:  
  net 60              0             5                  Page  1

```
LORENTSON MFG. CO., INC                                    Invoice                    Invoice No: 20150552
1111 Rank Parkway                                        EXHIBIT B                     Cust PO#: P4290036
Kokomo, IN 46901                                       Page 76 of 210                  Pro Number: 1Z7406410375646844
Duns#: 006052690                                                                       Invoice Date: 09/29/05
Phone: (765)452-4425                                                                   Freight: Collect
Fax:   (765)452-7940                                                                   Ship Via: UPS
Email: lorentsonmfg@iquest.net
```

>>Bill To: 1000  
    Delphi Packard Electric System

>>Ship To: 23  
    Delphi Packard - Plt 23  
    923 Industrial Park Road  

    Brookhaven, MS 39601

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15400228 | 002 | 7,000 | 1 | 7,000 | EA | 32.650 | /M | 228.55 |



ENTERED  
SEP 29 2005

---

Remit to: Lorentson Mfg. Inc.  
    P.O. Box 932  
    Kokomo, IN 46903-0932

Invoice Sub Total: 228.55  
Total Freight: 0.00  
-----------------  
Total: $ 228.55

Payment Terms: net 60  
Total Skids: 0  
Total Cartons: 1  

Page 1

```
LORENTSON MFG CO., INC                         Invoice            Invoice No: 20-50553
1111 Rank Parkway
Kokomo, IN  46901                                         Cust PO#: P4220156
Duns#: 006052690                                          Pro Number: 1Z7406410375445454
Phone: (765)452-4425                                      Invoice Date: 09/29/05
  Fax: (765)452-7940                                      Freight: Collect
Email:lorentsonmfg@iquest.net                             Ship Via: UPS


>>Bill To: 1000                              >>Ship To: 191960
           Delphi Packard Electric System               Delphi Packard - Plant 19
                                                        1265 N. River Rd.
                                                        Plant 19 Dock
                                                        Warren, OH 44483
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 12193790 | C | 6,500 | 1 | 6,500 | EA | 43.900 /M | 285.35 |



ENTERED
SEP 29 2005

```
Remit to: Lorentson Mfg. Inc.              Invoice Sub Total:      285.35
          P.O. Box 932                     Total Freight:            0.00
          Kokomo, IN 46903-0932                                 ----------------
                                                        Total: $   285.35

Payment Terms:        Total Skids:    Total Cartons:
   net 60                  0                1                         Page  1
```

```
LORENTSON MFG CO., INC                          Invoice         Invoice No.:  20    50556
1111 Rank Parkway
Kokomo, IN  46901                                               Cust PO#:  P4220211
Duns#: 006052690                                                Pro Number: 603868882
  Phone: (765)452-4425                                          Invoice Date: 09/29/05
    Fax: (765)452-7940                                          Freight: Collect
Email:lorentsonmfg@iquest.net                                   Ship Via: Conway Central Expre


>>Bill To: 1000                                >>Ship To: PI
           Delphi Packard Electric System                 Power & Signal Group
                                                          5440 Naiman Pkwy

                                                          Solon, OH 44139
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15423007 | 001 | 1,800 | 2 | 3,600 | EA | 77.150 | /M | 277.74 |



**ENTERED**
**SEP 29 2005**

| | | |
|---|---|---|
| Remit to: Lorentson Mfg. Inc. | Invoice Sub Total: | 277.74 |
| P.O. Box 932 | Total Freight: | 0.00 |
| Kokomo, IN 46903-0932 | | ---------------- |
| | Total: $ | 277.74 |

| Payment Terms: | Total Skids: | Total Cartons: | |
|---|---|---|---|
| net 60 | 0 | 2 | Page 1 |

```
LORENTSON MFG CO., INC.                    Invoice    Invoice No: 20-50560
1111 Rank Parkway
Kokomo, IN  46901                                     Cust PO#: P4220156
Duns#: 006052690                                      Pro Number: 127318517
Phone: (765)452-4425                                  Invoice Date: 09/30/05
  Fax: (765)452-7940                                  Freight: Collect
Email:lorentsonmfg@iquest.net                         Ship Via: PJAX


>>Bill To: 1000                            >>Ship To: 303300
    Delphi Packard Electric System            Delphi Packard Plant 33 RBE IV
                                              48 Walter Jones Blvd.
                                              CISCO 60842      SAP# FV33
         ,                                    El Paso, TX  79906
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 13516641 | 01 | 60 | 11 | 660 | EA | 409.070 | /M | 269.99 |
| 13516642 | 01 | 60 | 9 | 540 | EA | 506.930 | /M | 273.74 |



ENTERED
SEP 30 2005

```
Remit to: Lorentson Mfg. Inc.              Invoice Sub Total:        543.73
          P.O. Box 932                     Total Freight:              0.00
          Kokomo, IN  46903-0932                                 ------------
                                                     Total: $       543.73

Payment Terms:      Total Skids:     Total Cartons:
  net 60                 0                20                        Page   1
```

```
LORENTSON MFG CO., INC.                           Invoice        Invoice No:  20-50561
1111 Rank Parkway
Kokomo, IN  46901                                                Cust PO#:   P4290036
Duns#: 006052690                                                 Pro Number: 127318517
Phone: (765)452-4425                                             Invoice Date: 09/30/05
  Fax: (765)452-7940                                             Freight: Collect
Email:lorentsonmfg@iquest.net                                    Ship Via: PJAX


>>Bill To: 1000                                 >>Ship To: 303300
           Delphi Packard Electric System                  Delphi Packard Plant 33 RBE IV
                                                           48 Walter Jones Blvd.
                                                           CISCO 60842     SAP# FV33
                                                           El Paso, TX 79906
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15496486 | 02 | 2,200 | 1 | 2,200 | EA | 197.400 | /M | 434.28 |





SEP 3 0 2005

```
Remit to: Lorentson Mfg. Inc.                    Invoice Sub Total:       434.28
          P.O. Box 932                           Total Freight:             0.00
          Kokomo, IN  46903-0932                                       ---------
                                                            Total: $     434.28

Payment Terms:          Total Skids:     Total Cartons:
net 60                       0                 1                         Page  1
```

```
LORENTSON MFG. CO., INC.                    Invoice                  Invoice No: 2R 50562
1111 Rank Parkway                          EXHIBIT B
Kokomo, IN  46901                     Page 75 of 310          Cust PO#: P4220156
Duns#: 006052690                                              Pro Number: 127318517
Phone: (765)452-4425                                          Invoice Date: 09/30/05
  Fax: (765)452-7940                                          Freight: Collect
Email:lorentsonmfg@iquest.net                                 Ship Via: PJAX
```

>>Bill To: 1000  
    Delphi Packard Electric System

>>Ship To: 303700  
    Delphi Packard Plant 37 RBE IX  
    48 Walter Jones Blvd.  
    CISCO 60837     SAP# FV37  
    El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15463294 | 06 | 100 | 8 | 800 | EA | 177.510 | /M | 142.01 |



**ENTERED**  
**SEP 3 0 2005**

---

Remit to: Lorentson Mfg. Inc.  
    P.O. Box 932  
    Kokomo, IN 46903-0932

Invoice Sub Total: 142.01  
Total Freight: 0.00  
-----------------  
Total: $ 142.01

Payment Terms:    Total Skids:    Total Cartons:  
net 60               0               8              Page 1

LORENTSON MFG. CO., INC.  
1111 Rank Parkway  
Kokomo, IN 46901  
Duns#: 006052690  
Phone: (765)452-4425  
Fax: (765)452-7940  
Email:lorentsonmfg@iquest.net  

Invoice  
Invoice No: 2050563  
Cust PO#: P4220156  
Pro Number: 127318517  
Invoice Date: 09/30/05  
Freight: Collect  
Ship Via: PJAX  

>>Bill To: 1000  
    Delphi Packard Electric System  

>>Ship To: 303800  
    Delphi Packard Plant 38 RBE V  
    48 Walter Jones Blvd.  
    CISCO 60838    SAP# FV38  
    El Paso, TX 79906  

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12066164 | D | 1,900 | 1 | 1,900 | EA | 23.430 | /M | 44.52 |
| 12191966 | A | 1,300 | 1 | 1,300 | EA | 57.850 | /M | 75.21 |



ENTERED  
SEP 3 0 2005

Remit to: Lorentson Mfg. Inc.  
    P.O. Box 932  
    Kokomo, IN 46903-0932  

Invoice Sub Total: 119.73  
Total Freight: 0.00  
Total: $ 119.73  

Payment Terms: net 60  
Total Skids: 0  
Total Cartons: 2  

Page 1

```
LORENTSON MFG CO., INC                Invoice            Invoice No: 20-50564
1111 Rank Parkway                                                    Reclamation
Kokomo, IN  46901                                    Cust PO#: P4220156
Duns#: 006052690                                     Pro Number: 127318517
Phone: (765)452-4425                                 Invoice Date: 09/30/05
  Fax: (765)452-7940                                 Freight: Collect
Email:lorentsonmfg@iquest.net                        Ship Via: PJAX
```

>>Bill To: 1000  
    Delphi Packard Electric System

>>Ship To: 303900  
    Delphi Packard Plant 39 RBE I  
    48 Walter Jones Blvd.  
    CISCO 60835    SAP# FV39  
    El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15425579 | 02 | 960 | 5 | 4,800 | EA | 92.800 | /M | 445.44 |
| 15446208 | 03 | 6,800 | 1 | 6,800 | EA | 31.000 | /M | 210.80 |



ENTERED  
SEP 3 0 2005

Remit to: Lorentson Mfg. Inc.  
    P.O. Box 932  
    Kokomo, IN  46903-0932

Invoice Sub Total: 656.24  
Total Freight: 0.00  
----------------  
Total: $ 656.24

Payment Terms:    Total Skids:    Total Cartons:  
  net 60             0                  6                   Page 1

LORENTSON MFG CO., INC.  
1111 Rank Parkway  
Kokomo, IN 46901  
Duns#: 006052690  
Phone: (765)452-4425  
Fax: (765)452-7940  
Email: lorentsonmfg@iquest.net

**Invoice**

EXHIBIT B

Page 78 of 20

Invoice No.: 20 - 50565  
Cust PO#: P4290036  
Pro Number: 127318517  
Invoice Date: 09/30/05  
Freight: Collect  
Ship Via: PJAX

>>Bill To: 1000  
Delphi Packard Electric System

>>Ship To: 303900  
Delphi Packard Plant 39 RBE I  
48 Walter Jones Blvd.  
CISCO 60835     SAP# FV39  
El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15326909 | 003 | 750 | 22 | 16,500 | EA | 122.170 | /M | 2,015.81 |
| 15326914 | B | 600 | 25 | 15,000 | EA | 95.970 | /M | 1,439.55 |
| 15332156 | 15 | 9,500 | 1 | 9,500 | EA | 41.830 | /M | 397.39 |
| 15336207 | 001 | 7,000 | 3 | 21,000 | EA | 29.160 | /M | 612.36 |
| 15336210 | 001 | 10,000 | 3 | 30,000 | EA | 26.660 | /M | 799.80 |
| 15336225 | 001 | 7,000 | 1 | 7,000 | EA | 28.480 | /M | 199.36 |
| 15404973 | 002 | 5,500 | 1 | 5,500 | EA | 19.820 | /M | 109.01 |
| 15489043 | 05 | 2,500 | 3 | 7,500 | EA | 75.000 | /M | 562.50 |
| 15489044 | 05 | 2,500 | 2 | 5,000 | EA | 75.000 | /M | 375.00 |



ENTERED SEP 30 2005

Remit to: Lorentson Mfg. Inc.  
P.O. Box 932  
Kokomo, IN 46903-0932

Invoice Sub Total: 6,510.78  
Total Freight: 0.00  
--------------  
Total: $ 6,510.78

Payment Terms:  
net 60

Total Skids:  
0

Total Cartons:  
61

Page 1

```
LORENTSON MFG.CO., INC.                    Invoice              Invoice No.: 20 - 50566
1111 Rank Parkway
Kokomo, IN  46901                                               Cust PO#: P4220156
Duns#: 006052690                                                Pro Number: 127318525
Phone: (765)452-4425                                            Invoice Date: 09/30/05
  Fax: (765)452-7940                                            Freight: Collect
Email:lorentsonmfg@iquest.net                                   Ship Via: PJAX
```

>>Bill To: 1000                             >>Ship To: 305000
   Delphi Packard Electric System              Delphi Packard - Plant 30
                                               48 Walter Jones Blvd.
                                               Plant 30 Dock Store # 5000
                                               El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15356825 | 001 | 60,000 | 1 | 60,000 | EA | 3.880 | /M | 232.80 |



ENTERED
SEP 3 0 2005

Remit to: Lorentson Mfg. Inc.            Invoice Sub Total:        232.80
         P.O. Box 932                    Total Freight:              0.00
         Kokomo, IN 46903-0932                                   ---------
                                                    Total: $      232.80

Payment Terms:      Total Skids:      Total Cartons:
 net 60                  0                 1                     Page    1