LORENTSON MFG.CO., INC.
1111 Rank Parkway    05-44481-rdd    Doc 485-6    Filed 10/21/05    Entered 10/21/05 10:56:21    Reclamation
Kokomo, IN  46901                    Demand Letter Part 6 Pg 1 of 21
Duns#: 006052690                         EXHIBIT B
Phone: (765)452-4425                   Page 80 of 210
   Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

Invoice
Invoice No.: 20 - 50567
Cust PO#: P4290036
Pro Number: 127318525
Invoice Date: 09/30/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
     Delphi Packard Electric System

>>Ship To: 305100
          Delphi Packard - Plant 30
          48 Walter Jones Blvd.
          Plant 30 Dock Store # 5100
          El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15369271 | A | 7,000 | 1 | 7,000 | EA | 23.590 | /M | 165.13 |

ENTERED
SEP 3 0 2005

Remit to: Lorentson Mfg. Inc.
          P.O. Box 932
          Kokomo, IN 46903-0932

Invoice Sub Total:        165.13
      Total Freight:        0.00
                        ----------------
                Total: $   165.13

Payment Terms:        Total Skids:      Total Cartons:
   net 60                   0                  1

LORENTSON MFG CO., INC.
05-44481-rdd   Doc 485-6   Filed 10/21/05   Entered 10/21/05 10:56:21   Reclamation
Demand Letter Part 6B   Pg 2 of 21

**Invoice**

Invoice No.: 20 - 50568

Page _81_ of _210_

1111 Rank Parkway
Kokomo, IN  46901
Duns#: 006052690
Phone: (765)452-4425
   Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

Cust PO#: P4220156
Pro Number: 127318525
Invoice Date: 09/30/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
        Delphi Packard Electric System

>>Ship To: 305200
        Delphi Packard - Plant 30
        48 Walter Jones Blvd.
        Plant 30 Dock Store #  5200
        El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12047840 | D | 1,800 | 1 | 1,800 | EA | 38.130 | /M | 68.63 |
| 13517799 | 01 | 3,600 | 2 | 7,200 | EA | 62.800 | /M | 452.16 |
| 13517800 | 01 | 3,000 | 3 | 9,000 | EA | 34.700 | /M | 312.30 |





SEP 3 0 2005

Remit to: Lorentson Mfg. Inc.
          P.O. Box 932
          Kokomo, IN 46903-0932

Invoice Sub Total:          833.09
    Total Freight:            0.00
                   ----------------
             Total: $       833.09

Payment Terms:        Total Skids:        Total Cartons:
  net 60                   0                   6                          Page  1

LORENTSON MFG CO., INC.
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

Invoice
Invoice No: 20   50569

Cust PO#: P4220156
Pro Number: 127318525
Invoice Date: 09/30/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
    Delphi Packard Electric System

>>Ship To: 305300
    Delphi Packard - Plant 30
    48 Walter Jones Blvd.
    Plant 30 Dock Store # 5300
    El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12160712 | J | 600 | 4 | 2,400 | EA | 113.890 | /M | 273.34 |
| 15355281 | 001 | 400 | 4 | 1,600 | EA | 169.410 | /M | 271.06 |
| 15356825 | 001 | 60,000 | 2 | 120,000 | EA | 3.880 | /M | 465.60 |
| 15489550 | 01 | 3,700 | 1 | 3,700 | EA | 32.790 | /M | 121.32 |



ENTERED
SEP 3 0 2005

| | |
|---|---|
| Remit to: Lorentson Mfg. Inc. | Invoice Sub Total: 1,131.32 |
| P.O. Box 932 | Total Freight: 0.00 |
| Kokomo, IN 46903-0932 | Total: $ 1,131.32 |

| Payment Terms: | Total Skids: | Total Cartons: | |
|---|---|---|---|
| net 60 | 0 | 11 | Page 1 |

LORENTSON MFG.CO., INC.
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765) 452-4425
  Fax: (765) 452-7940
Email:lorentsonmfg@iquest.net

EXHIBIT B

Invoice

Invoice No.: 20 - 50570
Reclamation
Cust PO#: P4220156
Pro Number: 127318525
Invoice Date: 09/30/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
        Delphi Packard Electric System

>>Ship To: 305700
        Delphi Packard - Plant 30
        48 Walter Jones Blvd.
        Plant 30 Dock Store # 5700
        El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12020692 | E | 1,500 | 2 | 3,000 | EA | 53.570 | /M | 160.71 |
| 12064754 | B | 1,300 | 1 | 1,300 | EA | 35.030 | /M | 45.54 |



ENTERED
SEP 3 0 2005

Remit to: Lorentson Mfg. Inc.
          P.O. Box 932
          Kokomo, IN 46903-0932

Invoice Sub Total:      206.25
   Total Freight:        0.00
                    ----------------
         Total: $       206.25

Payment Terms:        Total Skids:      Total Cartons:
   net 60                  0                  3                         Page  1

LORENTSON MFG CO., INC
1111 Rank Parkway
Kokomo, IN  46901
Duns#: 006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

Invoice

Invoice No.: 20    50571
Cust PO#: P4220156
Pro Number: 127318525
Invoice Date: 09/30/05
Freight: Collect
Ship Via: PJAX

Reclamation

>>Bill To: 1000
        Delphi Packard Electric System

>>Ship To: 305800
          Delphi Packard - Plant 30
          48 Walter Jones Blvd.
          Plant 30 Dock Store # 5800
          El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12064754 | B | 1,300 | 2 | 2,600 | EA | 35.030 | /M | 91.08 |



ENTERED
SEP 3 0 2005

Remit to: Lorentson Mfg. Inc.
          P.O. Box 932
          Kokomo, IN 46903-0932

Invoice Sub Total:        91.08
   Total Freight:          0.00
                   ----------------
           Total: $        91.08

Payment Terms:        Total Skids:        Total Cartons:
   net 60                 0                    2                    Page  1

LORENTSON MFG CO., INC
1111 Bank Parkway
Kokomo, IN  46901
Duns#:  006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

Invoice

Page **85** of **210**

Cust PO#: P4220156
Pro Number: 127318533
Invoice Date: 09/30/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
        Delphi Packard Electric System

>>Ship To: 154660
        Delphi Packard - Plant 15
        1265 N. River Rd.
        Plant 15 Dock Dept. 4660
        Warren, OH 44483

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12015782 | B | 2,000 | 42 | 84,000 | EA | 22.670 | /M | 1,904.28 |
| 12059596 | G | 4,200 | 24 | 100,800 | EA | 18.150 | /M | 1,829.52 |
| 12065286 | E | 6,000 | 14 | 84,000 | EA | 21.660 | /M | 1,819.44 |
| 12162225 | E | 6,000 | 1 | 6,000 | EA | 32.410 | /M | 194.46 |



ENTERED
SEP 3 0 2005



Remit to: Lorentson Mfg. Inc.
          P.O. Box 932
          Kokomo, IN 46903-0932

Invoice Sub Total:        5,747.70
       Total Freight:         0.00
                      ----------------
              Total: $    5,747.70

Payment Terms:          Total Skids:        Total Cartons:
  net 60                     1                  81                              Page  1

LORENTSON MFG CO., INC
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

**EXHIBIT 6**

**Page 86 of 210**

Invoice
Cust PO#: P4290036
Pro Number: 127318541
Invoice Date: 09/30/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
        Delphi Packard Electric System

>>Ship To: 809880
        Delphi P Centec Plant 98 SALT
        Carr Saltillo-Piedras Negras
        Plant 98 Store 9880
        Ramos Arizpe, COA, 25900

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15394102 | 02 | 600 | 1 | 600 | EA | 182.490 | /M | 109.49 |



ENTERED
SEP 3 0 2009

Remit to: Lorentson Mfg. Inc.
          P.O. Box 932
          Kokomo, IN 46903-0932

Invoice Sub Total:       109.49
Total Freight:             0.00
                   ---------------
          Total: $        109.49

Payment Terms:        Total Skids:       Total Cartons:
  net 60                   0                    1                        Page  1

LORENTSON MFG. CO., INC.
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
 Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

Invoice
Invoice No: 20 - 50574
Cust PO#: P4220156
Pro Number: 127318541
Invoice Date: 09/30/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
        Delphi Packard Electric System

>>Ship To: 809880
        Delphi P Centec Plant 98 SALT
        Carr Saltillo-Piedras Negras
        Plant 98 Store 9880
        Ramos Arizpe, COA,  25900

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15448383 | 001 | 600 | 1 | 600 | EA | 192.100 | /M | 115.26 |



ENTERED
SEP 3 0 2005

Remit to: Lorentson Mfg. Inc.
          P.O. Box 932
          Kokomo, IN 46903-0932

Invoice Sub Total:      115.26
     Total Freight:       0.00
                    ---------------
            Total: $     115.26

Payment Terms:          Total Skids:        Total Cartons:
  net 60                    0                    1                          Page  1

LORENTSON MFG CO., INC.
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

**Invoice**

**EXHIBIT B**

**Page** _89_ **of** _210_

Invoice No: 20 - 50575

Cust PO#: P4290036
Pro Number: 127318541
Invoice Date: 09/30/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
        Delphi Packard Electric System

>>Ship To: 806196
        Delphi P Plant 61 Zacatecas
        Calzada De La Revolucion Mexic
        Plant 61 Store  6196
        Gudalupe, ZAC,  98600

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 15422301 | 001 | 1,700 | 6 | 10,200 | EA | 61.760  /M | 629.95 |



ENTERED

SEP 3 0 2005

| | | |
|---|---|---|
| Remit to: Lorentson Mfg. Inc. | Invoice Sub Total: | 629.95 |
|        P.O. Box 932 | Total Freight: | 0.00 |
|        Kokomo, IN 46903-0932 | | --------------- |
| | Total: $ | 629.95 |

Payment Terms:        Total Skids:        Total Cartons:
  net 60                0                  6                              Page  1

LORENTSON MFG. CO., INC.
1111 Rank Parkway
Kokomo, IN  46901
Duns#: 006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

Invoice

Invoice No.: 20  -  50576
Cust PO#: P4220156
Pro Number: 127318541
Invoice Date: 09/30/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
        Delphi Packard Electric System

>>Ship To: 806396
        Delphi P Plant 63 Fresnillo
        Calle Apozol # 101, COL, Solid
        Plant 63 Store 6396
        Fresnillo, ZAC,  99010

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12015983 | C | 2,100 | 1 | 2,100 | EA | 27.810 | /M | 58.40 |



ENTERED
SEP 3 0 2005

Remit to: Lorentson Mfg. Inc.
          P.O. Box 932
          Kokomo, IN 46903-0932

Invoice Sub Total:        58.40
     Total Freight:        0.00
                    ----------------
            Total: $       58.40

Payment Terms:        Total Skids:        Total Cartons:
   net 60                  0                    1                          Page  1

LORENTSON MFG CO., INC.
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

Invoice
Invoice No.: 20 - 50577
Cust PO#: P4290036
Pro Number: 127318541
Invoice Date: 09/30/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
        Delphi Packard Electric System

>>Ship To: 808196
        Delphi P Plan 81 N Laredo I
        Iturbide 6970, Parque Ind. Lon
        Plant 81 Store 8196
        Nuevo Laredo, TAM,  78045

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 15394385 | 002 | 1,600 | 1 | 1,600 | EA | 39.200 /M | 62.72 |



ENTERED
SEP 3 0 2005

Remit to: Lorentson Mfg. Inc.
          P.O. Box 932
          Kokomo, IN 46903-0932

Invoice Sub Total:       62.72
  Total Freight:          0.00
                    ---------------
          Total: $       62.72

Payment Terms:          Total Skids:        Total Cartons:
  net 60                     0                   1                          Page  1

LORENTSON MFG CO., INC.
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

**Invoice**

**EXHIBIT B**

**Page 91 of 210**

Invoice No: 20    50578

Cust PO#: P4290036
Pro Number: 127318541
Invoice Date: 09/30/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
       Delphi Packard Electric System

>>Ship To: 808496
       Delphi P Plant 84 Quadalupe
       AV, Serafin Pena 2055, Col VI
       Plant 84 Store 8496
       Gudalupe, NL,  67170

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12161121 | A | 18,000 | 1 | 18,000 | EA | 8.500 | /M | 153.00 |
| 13552252 | 01 | 400 | 5 | 2,000 | EA | 105.790 | /M | 211.58 |
| 15326795 | 03 | 2,100 | 1 | 2,100 | EA | 37.650 | /M | 79.07 |




ENTERED
SEP 3 0 2005

Remit to: Lorentson Mfg. Inc.
          P.O. Box 932
          Kokomo, IN 46903-0932

Invoice Sub Total:      443.65
      Total Freight:        0.00
                     ----------------
              Total: $      443.65

Payment Terms:        Total Skids:        Total Cartons:
  net 60                   0                    7                      Page  1

LORENTSON MFG. CO., INC.                                    Invoice No.: 20 - 50579
1111 Rank Parkway
Kokomo, IN  46901                                    Cust PO#: P4290036
Duns#: 006052690                                    Pro Number: 127318541
Phone: (765)452-4425                                 Invoice Date: 09/30/05
 Fax: (765)452-7940                                      Freight: Collect
Email:lorentsonmfg@iquest.net                            Ship Via: PJAX

>>Bill To: 1000                              >>Ship To: 808696
         Delphi Packard Electric System                Delphi P Plant 86 Linares
                                                       AV. Alamo # 80 COL, Provileon
                                                       Plant 86 Store 8696
                                                       Linares, NL,  67755

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15369271 | A | 7,000 | 1 | 7,000 | EA | 23.590 | /M | 165.13 |



ENTERED
SEP 3 0 2005

---

Remit to: Lorentson Mfg. Inc.                    Invoice Sub Total:        165.13
          P.O. Box 932                            Total Freight:          0.00
          Kokomo, IN 46903-0932                                   ----------------
                                                         Total: $       165.13

Payment Terms:           Total Skids:       Total Cartons:
  net 60                     0                  1                         Page  1

LORENTSON MFG.CO., INC.
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
 Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

Invoice
Invoice No: 20   50580
Reclamation

Cust PO#: P4290036
Pro Number: 127318541
Invoice Date: 09/30/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
        Delphi Packard Electric System

>>Ship To: 809296
        Delphi P 9296 Cuidad Victoria
        Boulevard Adolfo Lopez Mateos
        Plant 92  Store 9296
        Victoria, Tamaulipas TM,  87020

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 15394385 | 002 | 1,600 | 4 | 6,400 | EA | 39.200  /M | 250.88 |



ENTERED
SEP 3 0 2005

Remit to: Lorentson Mfg. Inc.
          P.O. Box 932
          Kokomo, IN 46903-0932

Invoice Sub Total:        250.88
     Total Freight:         0.00
                  ----------------
             Total: $      250.88

Payment Terms:          Total Skids:      Total Cartons:
  net 60                    0                4                        Page  1

LORENTSON MFG. CO., INC.
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765) 452-4425
 Fax: (765) 452-7940
Email: lorentsonmfg@iquest.net

Invoice

Invoice No.: 20 - 50581
Cust PO#: P4220156
Pro Number: 127318541
Invoice Date: 09/30/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
        Delphi Packard Electric System

>>Ship To: 809696
        Delphi P Plant 96 Gudalupe
        AV Mexico # 300, COL Ninos HE
        Plant 96 Dock Store 9696
        Gudalupe, NL,  67190

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15489550 | 01 | 3,700 | 1 | 3,700 | EA | 32.790 | /M | 121.32 |



ENTERED
SEP 3 0 2005

Remit to: Lorentson Mfg. Inc.
        P.O. Box 932
        Kokomo, IN 46903-0932

Invoice Sub Total:       121.32
    Total Freight:         0.00
                    ----------------
            Total: $     121.32

Payment Terms:      Total Skids:      Total Cartons:
   net 60                 0                 1                      Page  1

LORENTSON MFG CO., INC.
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

**Invoice**

**EXHIBIT B**

Invoice No.: 20 - 50582
Cust PO#: P4290036
Pro Number: 1Z7406410375603283
Invoice Date: 09/30/05
Freight: Collect
Ship Via: UPS

>>Bill To: 1000
   Delphi Packard Electric System

>>Ship To: 23
   Delphi Packard - Plt 23
   923 Industrial Park Road

   Brookhaven, MS 39601

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 15400228 | 002 | 7,000 | 2 | 14,000 | EA | 32.650 /M | 457.10 |



ENTERED
SEP 3 0 2005

Remit to: Lorentson Mfg. Inc.
          P.O. Box 932
          Kokomo, IN 46903-0932

Invoice Sub Total:    457.10
   Total Freight:       0.00
   ------------------
           Total: $    457.10

Payment Terms:        Total Skids:      Total Cartons:
  net 60                  0                 2                    Page  1

LORENTSON MFG.CO., INC.    Invoice    Invoice No. 20    50583
1111 Rank Parkway
Kokomo, IN 46901                                        Page 96 of 210    Reclamation
Duns#: 006052690                                        Cust PO#: P4220156
Phone: (765)452-4425                                    Pro Number: 1Z7406410375023678
   Fax: (765)452-7940                                   Invoice Date: 09/30/05
Email:lorentsonmfg@iquest.net                           Freight: Collect
                                                        Ship Via: UPS

>>Bill To: 1000                          >>Ship To: 151575
      Delphi Packard Electric System           Delphi Packard - Plant 15
                                               1265 N. River Rd.
                                               Plant 15 Dock Dept. 1575
         ,                                     Warren, OH 44483

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12052402 | 04 | 700 | 1 | 700 | EA | 105.680 | /M | 73.98 |



ENTERED
SEP 3 0 2005

Remit to: Lorentson Mfg. Inc.                   Invoice Sub Total:          73.98
          P.O. Box 932                            Total Freight:            0.00
          Kokomo, IN 46903-0932                                   ---------------
                                                          Total: $         73.98

Payment Terms:          Total Skids:        Total Cartons:
   net 60                     0                    1                        Page  1

LORENTSON MFG.CO., INC.
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

Invoice
Invoice No.: 20 - 50586
Cust PO#: P4290036
Pro Number: 127318541
Invoice Date: 09/30/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
        Delphi Packard Electric System

>>Ship To: 806296
         Delphi P Plant 62 Fresnillo
         Calle Del Oarque # 33 COL ES
         Plant 62 Store 6296
         Fresnillo, Zac,  99080

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15476351 | 04 | 800 | 1 | 800 | EA | 87.400 | /M | 69.92 |



ENTERED
SEP 3 0 2005

| Remit to: Lorentson Mfg. Inc. | | |
|---|---|---|
| P.O. Box 932 | | |
| Kokomo, IN 46903-0932 | | |

Invoice Sub Total:       69.92
       Total Freight:     0.00
                     ----------------
               Total: $   69.92

Payment Terms:       Total Skids:       Total Cartons:
  net 60                 0                   1                        Page  1

LORENTSON MFG CO., INC.
1111 Rank Parkway
Kokomo, IN  46901
Duns#: 006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

EXHIBIT B
**Page _98_ of _210_**

Cust PO#: P4220156
Pro Number: 8790239220
Invoice Date: 09/30/05
Freight: Collect
Ship Via: DHL

>>Bill To: 1000
         Delphi Packard Electric System

>>Ship To: 303900
         Delphi Packard Plant 39 RBE I
         48 Walter Jones Blvd.
         CISCO 60835    SAP# FV39
         El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 12092002 | B | 6,300 | 1 | 6,300 | EA | 23.990 /M | 151.14 |





ENTERED
SEP 3 0 2005

Remit to: Lorentson Mfg. Inc.
         P.O. Box 932
         Kokomo, IN 46903-0932

Invoice Sub Total:    151.14
   Total Freight:      0.00
                   ----------------
           Total: $   151.14

Payment Terms:        Total Skids:        Total Cartons:
  net 60                   0                    1                    Page  1

```
LORENTSON MFG CO., INC.                Invoice              Invoice No.: 20 - 50592
1111 Rank Parkway                                           Cust PO#: P4290036
Kokomo, IN  46901
Duns#: 006052690                                           Pro Number:
Phone: (765)452-4425                                       Invoice Date: 09/30/05
  Fax: (765)452-7940                                          Freight: Collect
Email:lorentsonmfg@iquest.net                               Ship Via: BAX Global
```

>>Bill To: 1000                            >>Ship To: 303900
    Delphi Packard Electric System          Delphi Packard Plant 39 RBE I
                             48 Walter Jones Blvd.
                             CISCO 60835    SAP# FV39
                             El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15326909 | 003 | 750 | 10 | 7,500 | EA | 122.170 | /M | 916.28 |
| 15326914 | B | 600 | 15 | 9,000 | EA | 95.970 | /M | 863.73 |



ENTERED
SEP 3 0 2005

```
Remit to: Lorentson Mfg. Inc.              Invoice Sub Total:      1,780.01
          P.O. Box 932                        Total Freight:          0.00
          Kokomo, IN 46903-0932                                 ----------------
                                                       Total: $    1,780.01

Payment Terms:         Total Skids:     Total Cartons:
  net 60                    0                25                        Page  1
```

MWO 71352
MWO 71353

LORENTSON MFG.CO. , INC
1111 Ranco Parkway
Kokomo, IN  46901
Duns#: 006052690
Phone: (765)452-4425
   Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

**Invoice**

Invoice No. : 20   - 50595
Cust PO#: P4220156
Pro Number: 127318574
Invoice Date: 10/03/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
     Delphi Packard Electric System

>>Ship To: 303300
     Delphi Packard Plant 33 RBE IV
     48 Walter Jones Blvd.
     CISCO 60842     SAP# FV33
     El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 06294702 | A | 4,400 | 1 | 4,400 | EA | 31.690 | /M | 139.44 |
| 13516641 | 01 | 60 | 15 | 900 | EA | 409.070 | /M | 368.16 |
| 13516642 | 01 | 60 | 14 | 840 | EA | 506.930 | /M | 425.82 |



ENTERED
OCT 0 3 2005

Remit to: Lorentson Mfg. Inc.
     P.O. Box 932
     Kokomo, IN 46903-0932

Invoice Sub Total:       933.42
   Total Freight:         0.00
-----------------
Total: $       933.42

Payment Terms:        Total Skids:        Total Cartons:
  net 60                      0                      30

Page   1