```
LORENTSON MFG CO., INC.                Invoice            Invoice No.   50596
1111 Rank Parkway                                         Reclamation
Kokomo, IN  46901                                  Cust PO#:   P4220156
Duns#: 006052690                                   Pro Number:  127318574
  Phone: (765)452-4425                             Invoice Date: 10/03/05
  Fax:   (765)452-7940                             Freight: Collect
Email:lorentsonmfg@iquest.net                      Ship Via: PJAX


>>Bill To: 1000                        >>Ship To: 303700
    Delphi Packard Electric System          Delphi Packard Plant 37 RBE IX
                                            48 Walter Jones Blvd.
                                            CISCO 60837        SAP# FV37
         ,                                  El Paso, TX 79906
```

**EXHIBIT B**

Page 101 of 210

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15463294 | 06 | 100 | 18 | 1,800 | EA | 177.510 | /M | 319.52 |



ENTERED
OCT 0 3 2005

```
Remit to: Lorentson Mfg. Inc.          Invoice Sub Total:         319.52
          P.O. Box 932                 Total Freight:               0.00
          Kokomo, IN 46903-0932                              ---------------
                                                    Total: $      319.52

Payment Terms:      Total Skids:       Total Cartons:
  net 60                 0                 18                    Page   1
```

```
LORENTSON MFG. CO., INC.                    Invoice              Invoice No.: 20 - 50597
1111 Rank Parkway
Kokomo, IN  46901                                                Cust PO#: P4290036
Duns#: 006052690                                                 Pro Number: 127318574
Phone: (765)452-4425                                             Invoice Date: 10/03/05
  Fax: (765)452-7940                                             Freight: Collect
Email:lorentsonmfg@iquest.net                                    Ship Via: PJAX


>>Bill To: 1000                              >>Ship To: 303700
   Delphi Packard Electric System               Delphi Packard Plant 37 RBE IX
                                                48 Walter Jones Blvd.
                                                CISCO 60837      SAP# FV37
                                                El Paso, TX 79906
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15462653 | 02 | 1,200 | 2 | 2,400 | EA | 62.380 | /M | 149.71 |
| 15462654 | 02 | 2,000 | 1 | 2,000 | EA | 61.310 | /M | 122.62 |



ENTERED
OCT 0 3 2005

```
Remit to: Lorentson Mfg. Inc.                Invoice Sub Total:          272.33
          P.O. Box 932                        Total Freight:              0.00
          Kokomo, IN 46903-0932                                      ----------
                                                            Total: $    272.33

Payment Terms:        Total Skids:    Total Cartons:
  net 60                   0               3                         Page    1
```

```
LORENTSON MFG. CO., INC.                    Invoice          Invoice No.: 20 - 50598
1111 Rank Parkway
Kokomo, IN  46901                                            Cust PO#: P4220156
Duns#: 006052690                                             Pro Number: 127318574
Phone: (765)452-4425                                         Invoice Date: 10/03/05
  Fax: (765)452-7940                                         Freight: Collect
Email:lorentsonmfg@iquest.net                                Ship Via: PJAX


>>Bill To: 1000                              >>Ship To: 303900
    Delphi Packard Electric System               Delphi Packard Plant 39 RBE I
                                                 48 Walter Jones Blvd.
                                                 CISCO 60835     SAP# FV39
    ,                                            El Paso, TX 79906
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price |  | Amount |
|---|---|---|---|---|---|---|---|---|
| 12193790 | C | 6,500 | 1 | 6,500 | EA | 43.900 | /M | 285.35 |
| 15425579 | 02 | 960 | 49 | 47,040 | EA | 92.800 | /M | 4,365.31 |



ENTERED
OCT 0 3 2005

```
Remit to: Lorentson Mfg. Inc.              Invoice Sub Total:      4,650.66
          P.O. Box 932                     Total Freight:              0.00
          Kokomo, IN 46903-0932                                  ----------------
                                                     Total: $      4,650.66

Payment Terms:        Total Skids:     Total Cartons:
  net 60                  1                50                          Page   1
```

```
LORENTSON MFG., INC.                                         Invoice No.   50599
1111 Rank Parkway
Kokomo, IN  46901                              Cust PO#:  P4290036
Duns#: 006052690                               Pro Number: 127318574
  Phone: (765)452-4425                         Invoice Date: 10/03/05
  Fax:   (765)452-7940                              Freight: Collect
  Email:lorentsonmfg@iquest.net                     Ship Via: PJAX


>>Bill To: 1000                          >>Ship To: 303900
    Delphi Packard Electric System            Delphi Packard Plant 39 RBE I
                                              48 Walter Jones Blvd.
                                              CISCO 60835     SAP# FV39
                                              El Paso, TX 79906
```

| Part Number | Rev  | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15326555 | 04   | 5,500  | 1 | 5,500  | EA | 24.030 | /M | 132.17 |
| 15332156 | 15   | 9,500  | 2 | 19,000 | EA | 41.830 | /M | 794.77 |
| 15336207 | 001  | 7,000  | 5 | 35,000 | EA | 29.160 | /M | 1,020.60 |
| 15336210 | 001  | 10,000 | 2 | 20,000 | EA | 26.660 | /M | 533.20 |
| 15373433 | 08   | 6,500  | 4 | 26,000 | EA | 24.870 | /M | 646.62 |
| 15404973 | 002  | 5,500  | 2 | 11,000 | EA | 19.820 | /M | 218.02 |
| 15464951 | 02AA | 2,750  | 2 | 5,500  | EA | 64.000 | /M | 352.00 |
| 15489043 | 05   | 2,500  | 7 | 17,500 | EA | 75.000 | /M | 1,312.50 |
| 15489044 | 05   | 2,500  | 5 | 12,500 | EA | 75.000 | /M | 937.50 |




```
Remit to: Lorentson Mfg. Inc.          Invoice Sub Total:       5,947.38
          P.O. Box 932                 Total Freight:               0.00
          Kokomo, IN 46903-0932                              ---------------
                                                 Total: $     5,947.38

Payment Terms:       Total Skids:      Total Cartons:
  net 60                 0                  30                    Page  1
```

LORENTSON MFG CO., INC.
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

Invoice

Invoice No: 20-50600
Cust PO#: P4220156
Pro Number: 127318582
Invoice Date: 10/03/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
    Delphi Packard Electric System

>>Ship To: 305000
    Delphi Packard - Plant 30
    48 Walter Jones Blvd.
    Plant 30 Dock Store # 5000
    El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 08911256 | J | 10,000 | 2 | 20,000 | EA | 20.410 | /M | 408.20 |
| 15356825 | 001 | 60,000 | 2 | 120,000 | EA | 3.880 | /M | 465.60 |




OCT 0 3 2005

Remit to: Lorentson Mfg. Inc.
    P.O. Box 932
    Kokomo, IN 46903-0932

Invoice Sub Total: 873.80
Total Freight: 0.00
-----------------
Total: $ 873.80

Payment Terms:    Total Skids:    Total Cartons:
net 60                0                 4

Page 1

```
LORENTSON MFG. INC.                                    Invoice                 Invoice No: 50601
1111 Rank Parkway
Kokomo, IN  46901                                                              Cust PO#: P4290036
Duns#: 006052690                                                              Pro Number: 127318582
Phone: (765)452-4425                                                         Invoice Date: 10/03/05
  Fax: (765)452-7940                                                             Freight: Collect
Email:lorentsonmfg@iquest.net                                                   Ship Via: PJAX
```

>>Bill To: 1000                                  >>Ship To: 305100
        Delphi Packard Electric System                   Delphi Packard - Plant 30
                                                         48 Walter Jones Blvd.
                                                         Plant 30 Dock Store # 5100
                                                         El Paso, TX  79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15405477 | 002 | 1,200 | 1 | 1,200 | EA | 48.980 | /M | 58.78 |



ENTERED
OCT 03 2005

Remit to: Lorentson Mfg. Inc.                          Invoice Sub Total:    58.78
          P.O. Box 932                                    Total Freight:     0.00
          Kokomo, IN  46903-0932                                             ----------
                                                                 Total: $    58.78

Payment Terms:          Total Skids:        Total Cartons:
  net 60                    0                    1                           Page  1

```
LORENTSON MFG.CO., INC.                 Invoice          Invoice No.: 20 - 50602
1111 Ranch Parkway
Kokomo, IN  46901                  EXHIBIT B           Cust PO#: P4220156
Duns#: 006052690                 Page 107 of 220       Pro Number: 127318582
Phone: (765)452-4425                                   Invoice Date: 10/03/05
Fax:   (765)452-7940                                      Freight: Collect
Email:lorentsonmfg@iquest.net                            Ship Via: PJAX


>>Bill To: 1000                         >>Ship To: 305200
   Delphi Packard Electric System          Delphi Packard - Plant 30
                                           48 Walter Jones Blvd.
                                           Plant 30 Dock Store #  5200
                                           El Paso, TX 79906
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 13517799 | 01 | 3,600 | 3 | 10,800 | EA | 62.800 | /M | 678.24 |
| 13517800 | 01 | 3,000 | 2 | 6,000 | EA | 34.700 | /M | 208.20 |




OCT 0 3 2005

```
Remit to: Lorentson Mfg. Inc.              Invoice Sub Total:      886.44
          P.O. Box 932                        Total Freight:         0.00
          Kokomo, IN 46903-0932                                  -----------
                                                    Total: $      886.44

Payment Terms:        Total Skids:       Total Cartons:
  net 60                   0                   5                 Page   1
```

```
LORENTSON MFG., INC.                    Invoice                      Invoice No: 50603
1111 Rank Parkway
Kokomo, IN  46901                                           Cust PO#: P4290036
Duns#: 006052690                                            Pro Number: 127318582
Phone: (765)452-4425                                        Invoice Date: 10/03/05
  Fax: (765)452-7940                                        Freight: Collect
Email:lorentsonmfg@iquest.net                               Ship Via: PJAX
```

>>Bill To: 1000  
    Delphi Packard Electric System

>>Ship To: 305200  
    Delphi Packard - Plant 30  
    48 Walter Jones Blvd.  
    Plant 30 Dock Store #  5200  
    El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 15423410 | 03 | 4,000 | 1 | 4,000 | EA | 25.220  /M | 100.88 |



Remit to: Lorentson Mfg. Inc.  
    P.O. Box 932  
    Kokomo, IN 46903-0932

Invoice Sub Total: 100.88  
Total Freight: 0.00  
-----------------  
Total: $ 100.88

Payment Terms:     Total Skids:     Total Cartons:  
   net 60             0             1             Page 1

```
LORENTSON MFG. CO., INC.                              Invoice         Invoice No.: 20-50604
1111 Rank Parkway                                                                  Reclamation
Kokomo, IN  46901                                               Cust PO#:   P4220156
Duns#: 006052690                                                Pro Number: 127318582
Phone: (765)452-4425                                            Invoice Date: 10/03/05
  Fax: (765)452-7940                                            Freight: Collect
Email:lorentsonmfg@iquest.net                                   Ship Via: PJAX
```

EXHIBIT B

Page 109 of 210

>>Bill To: 1000
    Delphi Packard Electric System

>>Ship To: 305300
    Delphi Packard - Plant 30
    48 Walter Jones Blvd.
    Plant 30 Dock Store # 5300
    El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15355281 | 001 | 400 | 2 | 800 | EA | 169.410 | /M | 135.53 |
| 15356825 | 001 | 60,000 | 1 | 60,000 | EA | 3.880 | /M | 232.80 |



ENTERED
OCT 0 3 2005

| Remit to: Lorentson Mfg. Inc. | Invoice Sub Total: | 368.33 |
|---|---|---|
| P.O. Box 932 | Total Freight: | 0.00 |
| Kokomo, IN 46903-0932 | Total: $ | 368.33 |

Payment Terms:        Total Skids:        Total Cartons:
  net 60                    0                    3

Page 1

```
LORENTSON MFG. CO., INC.                    Invoice           Invoice No.: 20-50605
1111 Rank Parkway
Kokomo, IN 46901                                              Cust PO#: P4220156
Duns#: 006052690                                              Pro Number: 127318582
Phone: (765)452-4425                                          Invoice Date: 10/03/05
  Fax: (765)452-7940                                          Freight: Collect
Email:lorentsonmfg@iquest.net                                 Ship Via: PJAX
```

>>Bill To: 1000                            >>Ship To: 305700
         Delphi Packard Electric System             Delphi Packard - Plant 30
                                                    48 Walter Jones Blvd.
                                                    Plant 30 Dock Store # 5700
                                                    El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12020692 | E | 1,500 | 2 | 3,000 | EA | 53.570 | /M | 160.71 |
| 12052402 | 04 | 700 | 1 | 700 | EA | 105.680 | /M | 73.98 |
| 12064754 | B | 1,300 | 3 | 3,900 | EA | 35.030 | /M | 136.62 |
| 15317807 | A | 1,700 | 1 | 1,700 | EA | 55.600 | /M | 94.52 |
| 15356825 | 001 | 60,000 | 1 | 60,000 | EA | 3.880 | /M | 232.80 |



```
Remit to: Lorentson Mfg. Inc.              Invoice Sub Total:        698.63
          P.O. Box 932                     Total Freight:              0.00
          Kokomo, IN 46903-0932                                  ---------------
                                                    Total: $          698.63

Payment Terms:     Total Skids:      Total Cartons:
  net 60               0                  8                      Page    1
```

```
LORENTSON MFG.CO., INC.                  Invoice              Invoice No.: 20 - 50606
1111 Rank Parkway                                             Cust PO#: P4290036
Kokomo, IN  46901                     Page 111 of 210         Pro Number: 127318582
Duns#: 006052690                                              Invoice Date: 10/03/05
Phone: (765)452-4425                                          Freight: Collect
  Fax: (765)452-7940                                          Ship Via: PJAX
Email:lorentsonmfg@iquest.net
```

>>Bill To: 1000                                >>Ship To: 305800
     Delphi Packard Electric System                 Delphi Packard - Plant 30
                                                    48 Walter Jones Blvd.
                                                    Plant 30 Dock Store # 5800
                                                    El Paso, TX  79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15467567 | 02 | 225 | 2 | 450 | EA | 397.000 | /M | 178.65 |



OCT 03 2005

Remit to: Lorentson Mfg. Inc.                     Invoice Sub Total:      178.65
         P.O. Box 932                                Total Freight:        0.00
         Kokomo, IN 46903-0932                                        ---------
                                                          Total: $      178.65

Payment Terms:         Total Skids:       Total Cartons:
 net 60                    0                   2                        Page  1

```
LORENTSON MFG CO., INC.                    Invoice              Invoice No.: 20-50607
1111 Bank Parkway                                                Cust PO#: P4220156
Kokomo, IN  46901                                                Pro Number: 127318590
Duns#: 006052690                                                 Invoice Date: 10/03/05
Phone: (765)452-4425                                             Freight: Collect
  Fax: (765)452-7940                                             Ship Via: PJAX
Email:lorentsonmfg@iquest.net
```

>>Bill To: 1000                           >>Ship To: 154660
        Delphi Packard Electric System              Delphi Packard - Plant 15
                                                    1265 N. River Rd.
                                                    Plant 15 Dock Dept. 4660
                                                    Warren, OH 44483

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price |  | Amount |
|---|---|---|---|---|---|---|---|---|
| 12059596 | G | 4,200 | 8 | 33,600 | EA | 18.150 | /M | 609.84 |
| 12065286 | E | 6,000 | 1 | 6,000 | EA | 21.660 | /M | 129.96 |
| 12103583 | A | 2,000 | 4 | 8,000 | EA | 28.700 | /M | 229.60 |
| 15324036 | A | 4,200 | 6 | 25,200 | EA | 37.940 | /M | 956.09 |





ENTERED
OCT 0 3 2005

Remit to: Lorentson Mfg. Inc.                      Invoice Sub Total:      1,925.49
          P.O. Box 932                             Total Freight:              0.00
          Kokomo, IN 46903-0932                                         ---------------
                                                              Total: $   1,925.49

Payment Terms:        Total Skids:     Total Cartons:
net 60                     0                19                              Page  1

```
LORENTSON MFG CO., INC                    Invoice              Invoice No: 20-50608
1111 Rank Parkway
Kokomo, IN  46901                    EXHIBIT B         Cust PO#: P4290036
Duns#: 006052690                     Page 113 of 210   Pro Number: 127318608
Phone: (765)452-4425                                   Invoice Date: 10/03/05
  Fax: (765)452-7940                                   Freight: Collect
Email:lorentsonmfg@iquest.net                          Ship Via: PJAX
```

>>Bill To: 1000                              >>Ship To: 809880
    Delphi Packard Electric System              Delphi P Centec Plant 98 SALT
                                                Carr Saltillo-Piedras Negras
                                                Plant 98 Store 9880
                                                Ramos Arizpe, COA,  25900

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15394102 | 02 | 600 | 1 | 600 | EA | 182.490 | /M | 109.49 |

ENTERED
OCT 0 3 2005



| Remit to: Lorentson Mfg. Inc. | Invoice Sub Total: | 109.49 |
|---|---|---|
| P.O. Box 932 | Total Freight: | 0.00 |
| Kokomo, IN  46903-0932 | Total: $ | 109.49 |

Payment Terms:        Total Skids:       Total Cartons:
  net 60                   0                  1                          Page  1

```
LORENTSON MFG.CO., INC.                Invoice        Invoice No.: 20 - 50609
1111 Rank Parkway                                                  Reclamation
Kokomo, IN  46901                                       Cust PO#: P4290036
Duns#: 006052690                                      Pro Number: 127318608
Phone: (765)452-4425                                Invoice Date: 10/03/05
  Fax: (765)452-7940                                     Freight: Collect
Email:lorentsonmfg@iquest.net                           Ship Via: PJAX
```

\>\>Bill To: 1000                           \>\>Ship To: 806196
   Delphi Packard Electric System             Delphi P Plant 61 Zacatecas
                                              Calzada De La Revolucion Mexic
                                              Plant 61 Store  6196
  ,                                           Gudalupe, ZAC,   98600

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 15422301 | 001 | 1,700 | 3 | 5,100 | EA | 61.760 /M | 314.98 |



| | | |
|---|---|---|
| Remit to: Lorentson Mfg. Inc. | Invoice Sub Total: | 314.98 |
|          P.O. Box 932 | Total Freight: | 0.00 |
|          Kokomo, IN 46903-0932 | Total: $ | 314.98 |
| Payment Terms:   Total Skids:   Total Cartons: | | |
| net 60                0              3 | | Page 1 |

```
LORENTSON MFG CO., INC.                                    Invoice         Invoice No.: 20-50610
1111 Rank Parkway
Kokomo, IN  46901                                                 Cust PO#: P4220156
Duns#: 006052690                                                  Pro Number: 127318608
Phone: (765)452-4425                                              Invoice Date: 10/03/05
  Fax: (765)452-7940                                              Freight: Collect
Email:lorentsonmfg@iquest.net                                     Ship Via: PJAX


>>Bill To: 1000                              >>Ship To: 806396
   Delphi Packard Electric System               Delphi P Plant 63 Fresnillo
                                                Calle Apozol # 101, COL, Solid
                                                Plant 63 Store 6396
                                                Fresnillo, ZAC,  99010
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12015983 | C | 2,100 | 1 | 2,100 | EA | 27.810 | /M | 58.40 |



```
Remit to: Lorentson Mfg. Inc.               Invoice Sub Total:           58.40
          P.O. Box 932                         Total Freight:             0.00
          Kokomo, IN 46903-0932                                    ----------------
                                                       Total: $           58.40

Payment Terms:      Total Skids:      Total Cartons:
 net 60                  0                  1                           Page   1
```

```
LORENTSON MFG.CO., INC.                    Invoice         Invoice No.:  20  - 50611
1111 Rank05-44481-rdd    Doc 485-7    Filed 10/21/05    Entered 10/21/05 10:56:21    Reclamation
Kokomo, IN  46901                Demand Letter Part 7 B Pg 16 of 20  Cust PO#: P4290036
Duns#: 006052690                         Page 116 of 210    Pro Number: 127318608
Phone: (765)452-4425                                        Invoice Date: 10/03/05
  Fax: (765)452-7940                                              Freight: Collect
Email:lorentsonmfg@iquest.net                                     Ship Via: PJAX
```

>>Bill To: 1000
    Delphi Packard Electric System

>>Ship To: 808196
    Delphi P Plan 81 N Laredo I
    Iturbide 6970, Parque Ind. Lon
    Plant 81 Store 8196
    Nuevo Laredo, TAM,  78045

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15394385 | 002 | 1,600 | 2 | 3,200 | EA | 39.200 | /M | 125.44 |



ENTERED
OCT 03 2005

Remit to: Lorentson Mfg. Inc.
    P.O. Box 932
    Kokomo, IN 46903-0932

Invoice Sub Total:  125.44
Total Freight:  0.00
Total: $  125.44

Payment Terms:    Total Skids:    Total Cartons:
  net 60         0           2         Page   1

```
LORENTSON MFG CO., INC.
1111 Rank Parkway
Kokomo, IN  46901
Duns#: 006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email:lorentsonmfg@iquest.net
```

**Invoice**

Page _117_ of _210_

Invoice No: 20-50612 Reclamation Demand Letter Part 7B

Cust PO#: P4290036
Pro Number: 127318608
Invoice Date: 10/03/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
  Delphi Packard Electric System

>>Ship To: 809296
  Delphi P 9296 Cuidad Victoria
  Boulevard Adolfo Lopez Mateos
  Plant 92  Store 9296
  Victoria, Tamaulipas TM,  87020

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15394385 | 002 | 1,600 | 3 | 4,800 | EA | 39.200 | /M | 188.16 |
| 15490959 | 03 | 2,500 | 1 | 2,500 | EA | 99.000 | /M | 247.50 |



ENTERED
OCT 0 3 2005

Remit to: Lorentson Mfg. Inc.
         P.O. Box 932
         Kokomo, IN 46903-0932

Invoice Sub Total:     435.66
Total Freight:           0.00
                    -----------
           Total: $    435.66

Payment Terms:        Total Skids:      Total Cartons:
  net 60                   0                  4                               Page 1

```
LORENTSON MFG CO., INC                                    Invoice    Invoice No: 20-50613
1111 Rank Parkway
Kokomo, IN  46901                                        Cust PO#: P4220156
Duns#: 006052690                                         Pro Number: 127318608
Phone: (765)452-4425                                     Invoice Date: 10/03/05
  Fax: (765)452-7940                                     Freight: Collect
Email:lorentsonmfg@iquest.net                            Ship Via: PJAX


>>Bill To: 1000                           >>Ship To: 809696
      Delphi Packard Electric System            Delphi P Plant 96 Gudalupe
                                                AV Mexico # 300, COL Ninos HE
                                                Plant 96 Dock Store 9696
                                                Gudalupe, NL,   67190
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15356825 | 001 | 60,000 | 1 | 60,000 | EA | 3.880 | /M | 232.80 |



ENTERED
OCT 0 3 2005

```
Remit to: Lorentson Mfg. Inc.              Invoice Sub Total:         232.80
          P.O. Box 932                     Total Freight:               0.00
          Kokomo, IN  46903-0932                                 ----------
                                                        Total: $      232.80

Payment Terms:        Total Skids:      Total Cartons:
    net 60                  0                  1                      Page 1
```

```
LORENTSON MFG. CO., INC.                    Invoice          Invoice No.: 20 - 50614
1111 Rank Parkway
Kokomo, IN  46901                                            Cust PO#: P4220156
Duns#: 006052690                                             Pro Number: 1Z7406410375895218
Phone: (765)452-4425                                         Invoice Date: 10/03/05
  Fax: (765)452-7940                                         Freight: Collect
Email:lorentsonmfg@iquest.net                                Ship Via: UPS


>>Bill To: 1000                              >>Ship To: 303049
   Delphi Packard Electric System               Delphi Packard - Plant 30
                                                48 Walter Jones Blvd.
                                                Plant 30 Dock Store # 3049
   ,                                            El Paso, TX  79906
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 12064754 | B | 1,300 | 1 | 1,300 | EA | 35.030 /M | 45.54 |




OCT 0 3 2005

```
Remit to: Lorentson Mfg. Inc.                Invoice Sub Total:        45.54
          P.O. Box 932                       Total Freight:             0.00
          Kokomo, IN 46903-0932                                  ----------------
                                                       Total: $         45.54

Payment Terms:        Total Skids:       Total Cartons:
  net 60                    0                  1                       Page  1
```

```
LORENTSON MFG. CO., INC.                  Invoice        Invoice No.: 20-50623
1111 Rank Parkway
Kokomo, IN  46901                                         Cust PO#:    P4220156
Duns#: 006052690                                          Pro Number:  127318616
Phone: (765)452-4425                                      Invoice Date: 10/04/05
  Fax: (765)452-7940                                      Freight:     Collect
Email:lorentsonmfg@iquest.net                             Ship Via:    PJAX
```

>>Bill To: 1000
Delphi Packard Electric System

>>Ship To: 303700
Delphi Packard Plant 37 RBE IX
48 Walter Jones Blvd.
CISCO 60837        SAP# FV37
El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15463294 | 06 | 100 | 2 | 200 | EA | 177.510 | /M | 35.50 |




ENTERED
OCT 0 3 2005
OCT 0 4 2005

Remit to: Lorentson Mfg. Inc.
P.O. Box 932
Kokomo, IN 46903-0932

Invoice Sub Total:       35.50
Total Freight:            0.00
                    ----------
              Total: $   35.50

Payment Terms:       Total Skids:     Total Cartons:
net 60                    0                 2                                Page 1