```
LORENTSON MFG CO., INC                     Invoice        Invoice No.: 50624
1111 Rank Parkway                        EXHIBIT B
Kokomo, IN  46901                      Page 121 of 210   Cust PO#: P4220156
Duns#: 006052690                                         Pro Number: 127318616
Phone: (765)452-4425                                     Invoice Date: 10/04/05
  Fax: (765)452-7940                                     Freight: Collect
Email:lorentsonmfg@iquest.net                            Ship Via: PJAX


>>Bill To: 1000                                >>Ship To: 303900
     Delphi Packard Electric System                 Delphi Packard Plant 39 RBE I
                                                    48 Walter Jones Blvd.
                                                    CISCO 60835    SAP# FV39
          ,                                         El Paso, TX 79906
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15425579 | 02 | 960 | 19 | 18,240 | EA | 92.800 | /M | 1,692.67 |



ENTERED
OCT 0 3 2005
OCT 0 4 2005

---

```
Remit to: Lorentson Mfg. Inc.              Invoice Sub Total:       1,692.67
          P.O. Box 932                        Total Freight:            0.00
          Kokomo, IN  46903-0932                                 ---------------
                                                       Total: $     1,692.67

Payment Terms:     Total Skids:      Total Cartons:
  net 60                0                  19                        Page   1
```

```
LORENTSON MFG. CO., INC.                    Invoice        Invoice No.: 20-50625
1111 Rank Parkway                                          Reclamation
Kokomo, IN  46901                                          Cust PO#: P4290036
Duns#: 006052690                                           Pro Number: 127318616
Phone: (765)452-4425                                       Invoice Date: 10/04/05
  Fax: (765)452-7940                                       Freight: Collect
Email:lorentsonmfg@iquest.net                              Ship Via: PJAX


>>Bill To: 1000                              >>Ship To: 303900
   Delphi Packard Electric System               Delphi Packard Plant 39 RBE I
                                                48 Walter Jones Blvd.
                                                CISCO 60835    SAP# FV39
                                                El Paso, TX 79906
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15326662 | 003 | 900 | 1 | 900 | EA | 186.930 | /M | 168.24 |
| 15336225 | 001 | 7,000 | 3 | 21,000 | EA | 28.480 | /M | 598.08 |
| 15373433 | 08 | 6,500 | 1 | 6,500 | EA | 24.870 | /M | 161.66 |
| 15405954 | 002 | 900 | 4 | 3,600 | EA | 89.290 | /M | 321.44 |
| 15489043 | 05 | 2,500 | 2 | 5,000 | EA | 75.000 | /M | 375.00 |



ENTERED
OCT 0 3 2005

OCT 0 4 2005

```
Remit to: Lorentson Mfg. Inc.              Invoice Sub Total:    1,624.42
          P.O. Box 932                     Total Freight:            0.00
          Kokomo, IN 46903-0932                                 ----------
                                                      Total: $  1,624.42

Payment Terms:      Total Skids:     Total Cartons:
 net 60                  0                11                        Page 1
```

LORENTSON MFG CO., INC.
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

**Invoice**

Invoice No: 20-50626
Cust PO#: P4220156
Pro Number: 127318624
Invoice Date: 10/04/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
    Delphi Packard Electric System

>>Ship To: 305000
    Delphi Packard - Plant 30
    48 Walter Jones Blvd.
    Plant 30 Dock Store # 5000
    El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15356825 | 001 | 60,000 | 2 | 120,000 | EA | 3.880 | /M | 465.60 |



Remit to: Lorentson Mfg. Inc.
    P.O. Box 932
    Kokomo, IN 46903-0932

Invoice Sub Total: 465.60
Total Freight: 0.00
Total: $ 465.60

Payment Terms:    Total Skids:    Total Cartons:
  net 60              0                2

Page 1

```
LORENTSON MFG. CO., INC.                                    Invoice          Invoice No: 20-50627
1111 Rank Parkway
Kokomo, IN  46901                                                     Cust PO#: P4290036
Duns#: 006052690                                                      Pro Number: 127318624
Phone: (765)452-4425                                                  Invoice Date: 10/04/05
  Fax: (765)452-7940                                                  Freight: Collect
Email:lorentsonmfg@iquest.net                                         Ship Via: PJAX
```

>>Bill To: 1000  
    Delphi Packard Electric System

>>Ship To: 305100  
    Delphi Packard - Plant 30  
    48 Walter Jones Blvd.  
    Plant 30 Dock Store # 5100  
    El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15369271 | A | 7,000 | 1 | 7,000 | EA | 23.590 | /M | 165.13 |
| 15405477 | 002 | 1,200 | 2 | 2,400 | EA | 48.980 | /M | 117.55 |
| 15405478 | 002 | 1,200 | 4 | 4,800 | EA | 51.860 | /M | 248.93 |



ENTERED OCT 0 3 2005  
OCT 0 4 2005

```
Remit to: Lorentson Mfg. Inc.              Invoice Sub Total:       531.61
          P.O. Box 932                     Total Freight:             0.00
          Kokomo, IN  46903-0932                                 ---------
                                                    Total: $        531.61
Payment Terms:     Total Skids:    Total Cartons:
  net 60                0                7                       Page    1
```

```
LORENTSON MFG CO., INC.                          Invoice          Invoice No.: 50628
1111 Rank Parkway
Kokomo, IN  46901                                           Cust PO#: P4220156
Duns#: 006052690                                         Pro Number: 127318624
Phone: (765)452-4425                                   Invoice Date: 10/04/05
  Fax: (765)452-7940                                        Freight: Collect
Email:lorentsonmfg@iquest.net                              Ship Via: PJAX
```

>>Bill To: 1000
Delphi Packard Electric System

>>Ship To: 305200
Delphi Packard - Plant 30
48 Walter Jones Blvd.
Plant 30 Dock Store #  5200
El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12047840 | D | 1,800 | 2 | 3,600 | EA | 38.130 | /M | 137.27 |



| | |
|---|---|
| Remit to: Lorentson Mfg. Inc. | Invoice Sub Total:    137.27 |
| P.O. Box 932 | Total Freight:      0.00 |
| Kokomo, IN  46903-0932 | Total: $    137.27 |

| Payment Terms: | Total Skids: | Total Cartons: | |
|---|---|---|---|
| net 60 | 0 | 2 | Page   1 |

```
LORENTSON MFG CO., INC.                    Invoice            Invoice No.: 20-50629
1111 Rank Parkway                                                          Reclamation
Kokomo, IN  46901                                             Cust PO#: P4220156
Duns#: 006052690                                              Pro Number: 127318624
Phone: (765)452-4425                                          Invoice Date: 10/04/05
  Fax: (765)452-7940                                          Freight: Collect
Email:lorentsonmfg@iquest.net                                 Ship Via: PJAX
```

>>Bill To: 1000                          >>Ship To: 305700
    Delphi Packard Electric System           Delphi Packard - Plant 30
                                             48 Walter Jones Blvd.
                                             Plant 30 Dock Store # 5700
                                             El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12020692 | E | 1,500 | 1 | 1,500 | EA | 53.570 | /M | 80.36 |
| 12064754 | B | 1,300 | 3 | 3,900 | EA | 35.030 | /M | 136.62 |
| 15317807 | A | 1,700 | 2 | 3,400 | EA | 55.600 | /M | 189.04 |
| 15356825 | 001 | 60,000 | 1 | 60,000 | EA | 3.880 | /M | 232.80 |



```
Remit to: Lorentson Mfg. Inc.              Invoice Sub Total:        638.82
          P.O. Box 932                     Total Freight:              0.00
          Kokomo, IN 46903-0932                                  ----------
                                                      Total: $       638.82
Payment Terms:      Total Skids:       Total Cartons:
  net 60                  0                    7                    Page 1
```

LORENTSON MFG CO., INC.
1111 Rank Parkway
Kokomo, IN  46901
Duns#: 006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

**Invoice**

Page 127 of 210    EXHIBIT B

Invoice No.: 20 - 50630
Cust PO#: P4220156
Pro Number: 127318624
Invoice Date: 10/04/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
    Delphi Packard Electric System

>>Ship To: 305800
    Delphi Packard - Plant 30
    48 Walter Jones Blvd.
    Plant 30 Dock Store # 5800
    El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 12064754 | B | 1,300 | 1 | 1,300 | EA | 35.030 /M | 45.54 |



OCT 0 3 2005
OCT 0 4 2005

Remit to: Lorentson Mfg. Inc.
    P.O. Box 932
    Kokomo, IN 46903-0932

Invoice Sub Total:       45.54
Total Freight:            0.00
                    ----------
Total: $             45.54

Payment Terms:       Total Skids:       Total Cartons:
  net 60                 0                    1                Page  1

```
LORENTSON MFG. CO., INC.                    Invoice            Invoice No.: 20 - 50632
1111 Rank Parkway                                                    Reclamation
Kokomo, IN  46901                                              Cust PO#: P4220156
Duns#: 006052690                                               Pro Number: 127318624
Phone: (765)452-4425                                           Invoice Date: 10/04/05
  Fax: (765)452-7940                                           Freight: Collect
Email:lorentsonmfg@iquest.net                                  Ship Via: PJAX
```

>>Bill To: 1000                              >>Ship To: 305900
   Delphi Packard Electric System                Delphi Packard - Plant 30
                                                 48 Walter Jones Blvd.
                                                 Plant 30 Dock Store # 5900
   ,                                             El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 15356825 | 001 | 60,000 | 8 | 480,000 | EA | 3.880 /M | 1,862.40 |





| Remit to: Lorentson Mfg. Inc. | Invoice Sub Total: | 1,862.40 |
|---|---|---|
| P.O. Box 932 | Total Freight: | 0.00 |
| Kokomo, IN 46903-0932 | Total: $ | 1,862.40 |

Payment Terms:         Total Skids:      Total Cartons:
  net 60                    0                  8                           Page  1

```
LORENTSON MFG CO., INC                                    Invoice        Invoice No.: 20 - 50633
1111 Rank Parkway                                                         Reclamation
Kokomo, IN  46901                                                        Cust PO#:  P4220156
Duns#: 006052690                                                         Pro Number: 127318632
Phone: (765)452-4425                                                     Invoice Date: 10/04/05
  Fax: (765)452-7940                                                     Freight: Collect
Email:lorentsonmfg@iquest.net                                            Ship Via: PJAX
```

>>Bill To: 1000
    Delphi Packard Electric System

>>Ship To: 154660
    Delphi Packard - Plant 15
    1265 N. River Rd.
    Plant 15 Dock Dept. 4660
    Warren, OH  44483

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12015782 | B | 2,000 | 87 | 174,000 | EA | 22.670 | /M | 3,944.58 |
| 12052493 | D | 850 | 9 | 7,650 | EA | 132.510 | /M | 1,013.70 |
| 12059596 | G | 4,200 | 8 | 33,600 | EA | 18.150 | /M | 609.84 |
| 15324036 | A | 4,200 | 2 | 8,400 | EA | 37.940 | /M | 318.70 |



OCT 0 3 2005
OCT 0 4 2005

| | | |
|---|---|---|
| Remit to: Lorentson Mfg. Inc. | Invoice Sub Total: | 5,886.82 |
|   P.O. Box 932 | Total Freight: | 0.00 |
|   Kokomo, IN 46903-0932 | | ---------- |
| | Total: $ | 5,886.82 |

| Payment Terms: | Total Skids: | Total Cartons: | |
|---|---|---|---|
| net 60 | 2 | 106 | Page 1 |

```
LORENTSON MFG.CO., INC.                  Invoice              Invoice No.: 20  - 50634
1111 Rank Parkway                                                          Reclamation
Kokomo, IN  46901                                        Cust PO#: P4220156
Duns#: 006052690                  EXHIBIT B              Pro Number: 127318632
Phone: (765)452-4425           Page 130 of 210           Invoice Date: 10/04/05
  Fax: (765)452-7940                                     Freight: Collect
Email:lorentsonmfg@iquest.net                            Ship Via: PJAX
```

>>Bill To: 1000
   Delphi Packard Electric System

>>Ship To: DC0900
   Delphi Packard Electric
   1265 North River Rd.
   Dock CC Dept 0900
   Warren, OH  44483

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12015197 | 06 | 1,100 | 3 | 3,300 | EA | 32.570 | /M | 107.48 |
| 12015484 | A | 1,700 | 1 | 1,700 | EA | 18.930 | /M | 32.18 |
| 12015782 | B | 2,000 | 7 | 14,000 | EA | 22.670 | /M | 317.38 |
| 12020692 | E | 1,500 | 8 | 12,000 | EA | 53.570 | /M | 642.84 |
| 12132223 | C | 1,100 | 7 | 7,700 | EA | 51.020 | /M | 392.85 |
| 13515288 | 01 | 350 | 6 | 2,100 | EA | 124.000 | /M | 260.40 |
| 15356825 | 001 | 60,000 | 3 | 180,000 | EA | 3.880 | /M | 698.40 |




ENTERED
OCT 03 2005
OCT 04 2005

```
Remit to: Lorentson Mfg. Inc.              Invoice Sub Total:    2,451.53
          P.O. Box 932                     Total Freight:            0.00
          Kokomo, IN  46903-0932                                 ----------
                                                      Total: $   2,451.53

Payment Terms:          Total Skids:       Total Cartons:
  net 60                    0                   35                    Page 1
```

```
LORENTSON MFG.CO., INC.                    Invoice           Invoice No.: 20 - 50635
1111 Rank Parkway                                            Reclamation
Kokomo, IN  46901                                            Cust PO#: P4290036
Duns#: 006052690                                             Pro Number: 127318632
Phone: (765)452-4425                                         Invoice Date: 10/04/05
  Fax: (765)452-7940                                         Freight: Collect
Email:lorentsonmfg@iquest.net                                Ship Via: PJAX
```

>>Bill To: 1000
    Delphi Packard Electric System

>>Ship To: DC0900
    Delphi Packard Electric
    1265 North River Rd.
    Dock CC Dept 0900
    Warren, OH  44483

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15326795 | 03 | 2,100 | 1 | 2,100 | EA | 37.650 | /M | 79.07 |
| 15489828 | 03 | 2,200 | 12 | 26,400 | EA | 66.000 | /M | 1,742.40 |




ENTERED
OCT 0 3 2005
OCT 0 4 2005

Remit to: Lorentson Mfg. Inc.                Invoice Sub Total:      1,821.47
         P.O. Box 932                        Total Freight:              0.00
         Kokomo, IN 46903-0932                                    ---------------
                                                         Total: $    1,821.47

Payment Terms:       Total Skids:     Total Cartons:
net 60                    0                 13                         Page  1

```
LORENTSON MFG.CO., INC.                 Invoice           Invoice No.: 20 - 50636
1111 Rank Parkway                                                        Reclamation
Kokomo, IN  46901                                         Cust PO#: P4290036
Duns#: 006052690
  Phone: (765)452-4425                                    Pro Number: 127318640
    Fax: (765)452-7940                                    Invoice Date: 10/04/05
Email:lorentsonmfg@iquest.net                             Freight: Collect
                                                          Ship Via: PJAX
```

>>Bill To: 1000
    Delphi Packard Electric System

>>Ship To: 806196
    Delphi P Plant 61 Zacatecas
    Calzada De La Revolucion Mexic
    Plant 61 Store   6196
    Gudalupe, ZAC,   98600

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15422301 | 001 | 1,700 | 1 | 1,700 | EA | 61.760 | /M | 104.99 |




ENTERED
OCT 0 3 2005
OCT 0 4 2005

Remit to: Lorentson Mfg. Inc.                Invoice Sub Total:     104.99
          P.O. Box 932                       Total Freight:           0.00
          Kokomo, IN 46903-0932                                 ---------------
                                                    Total: $        104.99

Payment Terms:       Total Skids:    Total Cartons:
  net 60                  0                1                         Page  1

```
LORENTSON MFG.CO., INC.                    Invoice         Invoice No.: 20 - 50637
1111 Rank Parkway                          EXHIBIT B                    Reclamation
Kokomo, IN  46901                         Page 133 of 210
Duns#: 006052690                                           Cust PO#: P4290036
Phone: (765)452-4425                                       Pro Number: 127318640
  Fax: (765)452-7940                                       Invoice Date: 10/04/05
Email:lorentsonmfg@iquest.net                              Freight: Collect
                                                           Ship Via: PJAX
```

>>Bill To: 1000  
    Delphi Packard Electric System

>>Ship To: 806296  
    Delphi P Plant 62 Fresnillo  
    Calle Del Oarque # 33 COL ES  
    Plant 62 Store 6296  
    Fresnillo, Zac, 99080

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 15465072 | 02 | 2,500 | 1 | 2,500 | EA | 39.500 /M | 98.75 |



Remit to: Lorentson Mfg. Inc.  
    P.O. Box 932  
    Kokomo, IN 46903-0932

Invoice Sub Total: 98.75  
Total Freight: 0.00  
Total: $ 98.75

Payment Terms: net 60  
Total Skids: 0  
Total Cartons: 1

Page 1

```
LORENTSON MFG. CO., INC.                    Invoice              Invoice No.: 20 - 50638
1111 Rank Parkway                                                        Reclamation
Kokomo, IN  46901                                           Cust PO#:  P4290036
Duns#: 006052690                                            Pro Number: 127318640
Phone: (765)452-4425                                        Invoice Date: 10/04/05
   Fax: (765)452-7940                                       Freight: Collect
Email:lorentsonmfg@iquest.net                               Ship Via: PJAX


>>Bill To: 1000                             >>Ship To: 808196
    Delphi Packard Electric System              Delphi P Plan 81 N Laredo I
                                                Iturbide 6970, Parque Ind. Lon
                                                Plant 81 Store 8196
         ,                                      Nuevo Laredo, TAM,  78045
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12161121 | A | 18,000 | 1 | 18,000 | EA | 8.500 | /M | 153.00 |
| 15394385 | 002 | 1,600 | 1 | 1,600 | EA | 39.200 | /M | 62.72 |



```
Remit to: Lorentson Mfg. Inc.               Invoice Sub Total:          215.72
         P.O. Box 932                          Total Freight:             0.00
         Kokomo, IN  46903-0932                                      ----------
                                                       Total: $         215.72

Payment Terms:       Total Skids:       Total Cartons:
   net 60                 0                  2                       Page   1
```

```
LORENTSON MFG. CO.,  INC.                Invoice           Invoice No.: 20 - 50639
1111 Rank Parkway                                                       Reclamation
Kokomo, IN  46901                                          Cust PO#:  P4290036
Duns#: 006052690                                           Pro Number: 127318640
Phone: (765)452-4425                                       Invoice Date: 10/04/05
  Fax: (765)452-7940                                            Freight: Collect
Email:lorentsonmfg@iquest.net                                  Ship Via: PJAX
```

>>Bill To: 1000
    Delphi Packard Electric System

>>Ship To: 808496
    Delphi P Plant 84 Quadalupe
    AV, Serafin Pena 2055, Col VI
    Plant 84 Store 8496
    Gudalupe, NL,  67170

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 13552252 | 01 | 400 | 3 | 1,200 | EA | 105.790 | /M | 126.95 |



*OCT 0 3 2005*
*OCT 0 4 2005*

| | |
|---|---|
| Remit to: Lorentson Mfg. Inc. | Invoice Sub Total:  126.95 |
| P.O. Box 932 | Total Freight:    0.00 |
| Kokomo, IN 46903-0932 | ---------------- |
| | Total: $  126.95 |

Payment Terms:    Total Skids:    Total Cartons:
net 60    0    3    Page   1

```
LORENTSON MFG.CO., INC.                    Invoice              Invoice No.: 20 - 50640
1111 Rank Parkway
Kokomo, IN  46901                                                Cust PO#: P4290036
Duns#: 006052690                                                 Pro Number: 127318640
Phone: (765)452-4425                                             Invoice Date: 10/04/05
  Fax: (765)452-7940                                             Freight: Collect
Email:lorentsonmfg@iquest.net                                    Ship Via: PJAX
```

05-44481-rdd    Doc 485-8    Filed 10/21/05    Entered 10/21/05 10:56:21    Reclamation Demand Letter Part 8 B    Pg 16 of 20

EXHIBIT B

Page 136 of 270

>>Bill To: 1000                                      >>Ship To: 809296
    Delphi Packard Electric System                       Delphi P 9296 Cuidad Victoria
                                                         Boulevard Adolfo Lopez Mateos
                                                         Plant 92  Store 9296
        ,                                                Victoria, Tamaulipas TM,  87020

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15394385 | 002 | 1,600 | 1 | 1,600 | EA | 39.200 | /M | 62.72 |



OCT 0 3 2005
OCT 0 4 2005

Remit to: Lorentson Mfg. Inc.                    Invoice Sub Total:       62.72
          P.O. Box 932                             Total Freight:          0.00
          Kokomo, IN 46903-0932                                       ----------------
                                                          Total: $       62.72

Payment Terms:        Total Skids:       Total Cartons:
  net 60                   0                  1                            Page  1

```
LORENTSON MFG.CO., INC.                    Invoice            Invoice No.: 20 - 50641
1111 Rank Parkway                                                           Reclamation
Kokomo, IN  46901
Duns#: 006052690                                              Cust PO#: P4290036
Phone: (765)452-4425                                          Pro Number: 1Z7406410375552829
  Fax: (765)452-7940                                          Invoice Date: 10/04/05
Email:lorentsonmfg@iquest.net                                 Freight: Collect
                                                              Ship Via: UPS
```

>>Bill To: 1000                                    >>Ship To: 23
    Delphi Packard Electric System                     Delphi Packard - Plt 23
                                                       923 Industrial Park Road

                                                       Brookhaven, MS 39601

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15400228 | 002 | 7,000 | 1 | 7,000 | EA | 32.650 | /M | 228.55 |



Remit to: Lorentson Mfg. Inc.                      Invoice Sub Total:       228.55
          P.O. Box 932                             Total Freight:             0.00
          Kokomo, IN 46903-0932                                         ----------
                                                             Total: $      228.55

Payment Terms:        Total Skids:      Total Cartons:
  net 60                   0                  1                        Page    1

```
LORENTSON MFG. CO., INC.                    Invoice         Invoice No.: 20 - 50642
1111 Rank Parkway                                                        Reclamation
Kokomo, IN 46901                            Demand Letter   Cust PO#: P4220156
Duns#: 006052690                                            Pro Number: 4703791597
Phone: (765)452-4425                                        Invoice Date: 10/04/05
  Fax: (765)452-7940                                        Freight: Collect
Email: lorentsonmfg@iquest.net                              Ship Via: Central Transport


>>Bill To: 1000                                 >>Ship To: 303049
     Delphi Packard Electric System                  Delphi Packard - Plant 30
                                                     48 Walter Jones Blvd.
                                                     Plant 30 Dock Store # 3049
                                                     El Paso, TX 79906
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12064754 | B | 1,300 | 8 | 10,400 | EA | 35.030 | /M | 364.31 |

ENTERED
OCT 0 3 2005
ENTERED
OCT 0 4 2005

```
Remit to: Lorentson Mfg. Inc.                    Invoice Sub Total:       364.31
          P.O. Box 932                           Total Freight:             0.00
          Kokomo, IN 46903-0932                                       ----------
                                                        Total: $         364.31

Payment Terms:          Total Skids:    Total Cartons:
  net 60                     0               8                           Page  1
```

LORENTSON MFG. CO., INC.
1111 Rank Parkway
Kokomo, IN  46901
Duns#: 006052690
Phone: (765)452-4425
 Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

Invoice

Invoice No: 20-50648
Cust PO#: P4220156
Pro Number: 127318657
Invoice Date: 10/05/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
  Delphi Packard Electric System

>>Ship To: 303700
  Delphi Packard Plant 37 RBE IX
  48 Walter Jones Blvd.
  CISCO 60837     SAP# FV37
  El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15463294 | 06 | 100 | 6 | 600 | EA | 177.510 | /M | 106.51 |




ENTERED
OCT 0 5 2005

Remit to: Lorentson Mfg. Inc.
         P.O. Box 932
         Kokomo, IN 46903-0932

Invoice Sub Total:        106.51
Total Freight:              0.00
                   ----------------
Total: $                  106.51

Payment Terms:          Total Skids:       Total Cartons:
  net 60                     0                  6                           Page 1

```
LORENTSON MFG CO., INC.                      Invoice            Invoice No.: 20-50649
1111 Rank Parkway                                                Reclamation
Kokomo, IN  46901                        EXHIBIT B              Cust PO#: P4290036
Duns#: 006052690                        Page 190 of 210
Phone: (765)452-4425                                            Pro Number: 127318657
  Fax: (765)452-7940                                            Invoice Date: 10/05/05
Email:lorentsonmfg@iquest.net                                   Freight: Collect
                                                                Ship Via: PJAX
```

>>Bill To: 1000
    Delphi Packard Electric System

>>Ship To: 303700
    Delphi Packard Plant 37 RBE IX
    48 Walter Jones Blvd.
    CISCO 60837    SAP# FV37
    El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15462653 | 02 | 1,200 | 1 | 1,200 | EA | 62.380 | /M | 74.86 |

ENTERED
OCT 0 5 2005

Remit to: Lorentson Mfg. Inc.
    P.O. Box 932
    Kokomo, IN 46903-0932

Invoice Sub Total: 74.86
Total Freight: 0.00
-----------------
Total: $ 74.86

Payment Terms:    Total Skids:    Total Cartons:
net 60    0    1    Page 1