```
LORENTSON MFG. CO., INC.                    Invoice         Invoice No: 20-50650
1111 Rank Parkway
Kokomo, IN  46901                                        Cust PO#:  P4220156
Duns#: 006052690                                         Pro Number: 127318657
Phone: (765)452-4425                                     Invoice Date: 10/05/05
  Fax: (765)452-7940                                         Freight: Collect
Email:lorentsonmfg@iquest.net                               Ship Via: PJAX
```

>>Bill To: 1000
   Delphi Packard Electric System

>>Ship To: 303800
   Delphi Packard Plant 38 RBE V
   48 Walter Jones Blvd.
   CISCO 60838        SAP# FV38
   El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12066164 | D | 1,900 | 1 | 1,900 | EA | 23.430 | /M | 44.52 |



ENTERED
OCT 0 5 2005

| | |
|---|---|
| Remit to: Lorentson Mfg. Inc. | Invoice Sub Total:     44.52 |
|         P.O. Box 932 | Total Freight:      0.00 |
|         Kokomo, IN 46903-0932 | Total: $    44.52 |

Payment Terms:        Total Skids:        Total Cartons:
  net 60                   0                    1                         Page   1

```
LORENTSON MFG CO., INC.                    Invoice              Invoice No.: 20  - 50651
1111 Rank Parkway                         EXHIBIT B
Kokomo, IN  46901                       Page 142 of 210        Cust PO#:  P4220156
Duns#: 006052690                                               Pro Number: 127318657
Phone: (765)452-4425                                           Invoice Date: 10/05/05
  Fax: (765)452-7940                                           Freight: Collect
Email:lorentsonmfg@iquest.net                                  Ship Via: PJAX
```

>>Bill To: 1000                                >>Ship To: 303900
    Delphi Packard Electric System                 Delphi Packard Plant 39 RBE I
                                                   48 Walter Jones Blvd.
                                                   CISCO 60835    SAP# FV39
                                                   El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15425579 | 02 | 960 | 25 | 24,000 | EA | 92.800 | /M | 2,227.20 |



ENTERED
OCT 0 5 2005

Remit to: Lorentson Mfg. Inc.                   Invoice Sub Total:      2,227.20
         P.O. Box 932                           Total Freight:              0.00
         Kokomo, IN 46903-0932                                      ----------------
                                                        Total: $       2,227.20

Payment Terms:        Total Skids:      Total Cartons:
  net 60                    0                25                          Page   1

```
LORENTSON MFG. CO., INC.                    Invoice            Invoice No.: 20 - 50652
1111 Rank Parkway                         EXHIBIT B
Kokomo, IN  46901                         Page 143 of 210       Cust PO#: P4290036
Duns#: 006052690                                                Pro Number: 127318657
Phone: (765)452-4425                                            Invoice Date: 10/05/05
   Fax: (765)452-7940                                           Freight: Collect
Email:lorentsonmfg@iquest.net                                   Ship Via: PJAX
```

>>Bill To: 1000                                    >>Ship To: 303900
        Delphi Packard Electric System                     Delphi Packard Plant 39 RBE I
                                                           48 Walter Jones Blvd.
                                                           CISCO 60835    SAP# FV39
                                                           El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15326555 | 04 | 5,500 | 1 | 5,500 | EA | 24.030 | /M | 132.17 |
| 15332172 | 15 | 6,400 | 1 | 6,400 | EA | 30.480 | /M | 195.07 |
| 15336207 | 001 | 7,000 | 2 | 14,000 | EA | 29.160 | /M | 408.24 |
| 15336225 | 001 | 7,000 | 7 | 49,000 | EA | 28.480 | /M | 1,395.52 |
| 15373433 | 08 | 6,500 | 3 | 19,500 | EA | 24.870 | /M | 484.97 |
| 15404973 | 002 | 5,500 | 2 | 11,000 | EA | 19.820 | /M | 218.02 |
| 15405954 | 002 | 900 | 13 | 11,700 | EA | 89.290 | /M | 1,044.69 |
| 15489043 | 05 | 2,500 | 1 | 2,500 | EA | 75.000 | /M | 187.50 |
| 15489044 | 05 | 2,500 | 1 | 2,500 | EA | 75.000 | /M | 187.50 |



ENTERED
OCT 0 5 2005

Remit to: Lorentson Mfg. Inc.                      Invoice Sub Total:      4,253.68
          P.O. Box 932                             Total Freight:              0.00
          Kokomo, IN 46903-0932                                         ---------------
                                                              Total: $   4,253.68

Payment Terms:      Total Skids:       Total Cartons:
net 60                   0                  31                              Page  1

```
LORENTSON MFG. CO., INC.                    Invoice          Invoice No.: 20 - 50653
1111 Rank Parkway                                            Reclamation
Kokomo, IN  46901                         EXHIBIT B
Duns#: 006052690                        Page 144 of 210      Cust PO#: P4220156
Phone: (765)452-4425                                         Pro Number: 127318665
  Fax: (765)452-7940                                         Invoice Date: 10/05/05
Email:lorentsonmfg@iquest.net                                Freight: Collect
                                                             Ship Via: PJAX
```

>>Bill To: 1000  
    Delphi Packard Electric System

>>Ship To: 305000  
    Delphi Packard - Plant 30  
    48 Walter Jones Blvd.  
    Plant 30 Dock Store # 5000  
    El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 15356825 | 001 | 60,000 | 2 | 120,000 | EA | 3.880 /M | 465.60 |



ENTERED  
OCT 0 5 2005

Remit to: Lorentson Mfg. Inc.  
    P.O. Box 932  
    Kokomo, IN 46903-0932

Invoice Sub Total: 465.60  
Total Freight: 0.00  
-----------------  
Total: $ 465.60

Payment Terms:    Total Skids:    Total Cartons:  
  net 60               0                 2               Page 1

```
LORENTSON MFG.CO., INC.                    Invoice            Invoice No.: 20 - 50654
1111 Rank Parkway                                              Reclamation
Kokomo, IN  46901                                              Cust PO#: P4290036
Duns#: 006052690                                               Pro Number: 127318665
Phone: (765)452-4425                                           Invoice Date: 10/05/05
  Fax: (765)452-7940                                           Freight: Collect
Email:lorentsonmfg@iquest.net                                  Ship Via: PJAX
```

>>Bill To: 1000                                  >>Ship To: 305100
    Delphi Packard Electric System                  Delphi Packard - Plant 30
                                                    48 Walter Jones Blvd.
                                                    Plant 30 Dock Store # 5100
      ,                                             El Paso, TX  79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15405477 | 002 | 1,200 | 1 | 1,200 | EA | 48.980 | /M | 58.78 |
| 15405478 | 002 | 1,200 | 2 | 2,400 | EA | 51.860 | /M | 124.46 |



ENTERED
OCT 0 5 2005

Remit to: Lorentson Mfg. Inc.                    Invoice Sub Total:        183.24
         P.O. Box 932                            Total Freight:              0.00
         Kokomo, IN 46903-0932                                        ----------------
                                                           Total: $        183.24

Payment Terms:        Total Skids:     Total Cartons:
  net 60                   0                3                              Page  1

```
LORENTSON MFG. CO., INC.                    Invoice        Invoice No.: 20 - 50655
1111 Rank Parkway                                                         Reclamation
Kokomo, IN  46901                                          Cust PO#: P4220156
Duns#: 006052690                                           Pro Number: 127318665
  Phone: (765)452-4425                                     Invoice Date: 10/05/05
    Fax: (765)452-7940                                         Freight: Collect
  Email:lorentsonmfg@iquest.net                               Ship Via: PJAX
```

>>Bill To: 1000                                >>Ship To: 305200
   Delphi Packard Electric System                 Delphi Packard - Plant 30
                                                  48 Walter Jones Blvd.
                                                  Plant 30 Dock Store #  5200
   ,                                              El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12064754 | B | 1,300 | 1 | 1,300 | EA | 35.030 | /M | 45.54 |
| 13517799 | 01 | 3,600 | 3 | 10,800 | EA | 62.800 | /M | 678.24 |
| 13517800 | 01 | 3,000 | 2 | 6,000 | EA | 34.700 | /M | 208.20 |



ENTERED
OCT 0 5 2005

| | |
|---|---|
| Remit to: Lorentson Mfg. Inc. | Invoice Sub Total:    931.98 |
|            P.O. Box 932 | Total Freight:    0.00 |
|            Kokomo, IN 46903-0932 | Total: $    931.98 |

| Payment Terms: | Total Skids: | Total Cartons: | |
|---|---|---|---|
| net 60 | 0 | 6 | Page 1 |

```
LORENTSON MFG.CO., INC.                 Invoice              Invoice No.: 20 - 50656
1111 Rank Parkway                                                         Reclamation
Kokomo, IN  46901                      EXHIBIT B         Cust PO#: P4220156
Duns#: 006052690                    Page 142 of 210      Pro Number: 127318665
Phone: (765)452-4425                                     Invoice Date: 10/05/05
  Fax: (765)452-7940                                          Freight: Collect
Email:lorentsonmfg@iquest.net                                Ship Via: PJAX
```

>>Bill To: 1000                                     >>Ship To: 305300
    Delphi Packard Electric System                      Delphi Packard - Plant 30
                                                        48 Walter Jones Blvd.
                                                        Plant 30 Dock Store # 5300
                                                        El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12160712 | J | 600 | 1 | 600 | EA | 113.890 | /M | 68.33 |
| 15356825 | 001 | 60,000 | 1 | 60,000 | EA | 3.880 | /M | 232.80 |




ENTERED
OCT 0 5 2005

| | |
|---|---|
| Remit to: Lorentson Mfg. Inc. | Invoice Sub Total:       301.13 |
|  P.O. Box 932 | Total Freight:         0.00 |
|  Kokomo, IN 46903-0932 | Total: $       301.13 |

Payment Terms:            Total Skids:       Total Cartons:
  net 60                        0                  2                              Page   1

```
LORENTSON MFG. CO., INC.                    Invoice        Invoice No.:  50657
1111 Rank Parkway                                                        Reclamation
Kokomo, IN  46901                                     Cust PO#:  P4220156
Duns#: 006052690                                      Pro Number: 127318665
  Phone: (765)452-4425                                Invoice Date: 10/05/05
    Fax: (765)452-7940                                    Freight: Collect
  Email:lorentsonmfg@iquest.net                           Ship Via: PJAX
```

\>\>Bill To: 1000
    Delphi Packard Electric System

\>\>Ship To: 305700
    Delphi Packard - Plant 30
    48 Walter Jones Blvd.
    Plant 30 Dock Store # 5700
    El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12020692 | E | 1,500 | 2 | 3,000 | EA | 53.570 | /M | 160.71 |
| 12064754 | B | 1,300 | 3 | 3,900 | EA | 35.030 | /M | 136.62 |



ENTERED
OCT 05 2005

Remit to: Lorentson Mfg. Inc.
    P.O. Box 932
    Kokomo, IN 46903-0932

Invoice Sub Total: 297.33
Total Freight: 0.00
Total: $ 297.33

Payment Terms:  Total Skids:  Total Cartons:
  net 60        0        5        Page 1

```
LORENTSON MFG.CO., INC.                        Invoice            Invoice No.: 20-50658
1111 Rank Parkway                                                 Reclamation
Kokomo, IN  46901                                                 Cust PO#: P4220156
Duns#: 006052690                                                  Pro Number: 127318665
Phone: (765)452-4425                                              Invoice Date: 10/05/05
  Fax: (765)452-7940                                              Freight: Collect
Email:lorentsonmfg@iquest.net                                     Ship Via: PJAX
```

>>Bill To: 1000
    Delphi Packard Electric System

>>Ship To: 305800
    Delphi Packard - Plant 30
    48 Walter Jones Blvd.
    Plant 30 Dock Store # 5800
    El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12064754 | B | 1,300 | 3 | 3,900 | EA | 35.030 | /M | 136.62 |



ENTERED
OCT 0 5 2005

Remit to: Lorentson Mfg. Inc.
    P.O. Box 932
    Kokomo, IN 46903-0932

Invoice Sub Total:   136.62
Total Freight:         0.00
-----------------
Total: $            136.62

Payment Terms:    Total Skids:    Total Cartons:
net 60    0    3    Page 1

```
LORENTSON MFG. CO., INC.                    Invoice          Invoice No.: 20 - 50660
1111 Rank Parkway                                             Reclamation
Kokomo, IN  46901                                             Cust PO#: P4220156
Duns#: 006052690                                              Pro Number: 127318673
Phone: (765)452-4425                                          Invoice Date: 10/05/05
  Fax: (765)452-7940                                          Freight: Collect
Email:lorentsonmfg@iquest.net                                 Ship Via: PJAX
```

>>Bill To: 1000  
    Delphi Packard Electric System

>>Ship To: 154660  
    Delphi Packard - Plant 15  
    1265 N. River Rd.  
    Plant 15 Dock Dept. 4660  
    Warren, OH 44483

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12015782 | B  | 2,000 | 9 | 18,000 | EA | 22.670  | /M | 408.06 |
| 12052288 | 08 |   900 | 1 |    900 | EA | 109.710 | /M |  98.74 |
| 12065286 | E  | 6,000 | 7 | 42,000 | EA | 21.660  | /M | 909.72 |
| 12103583 | A  | 2,000 | 7 | 14,000 | EA | 28.700  | /M | 401.80 |
| 15324036 | A  | 4,200 | 4 | 16,800 | EA | 37.940  | /M | 637.39 |
| 15324242 | A  | 5,800 | 1 |  5,800 | EA | 35.480  | /M | 205.78 |



ENTERED  
OCT 0 5 2005

Remit to: Lorentson Mfg. Inc.  
    P.O. Box 932  
    Kokomo, IN 46903-0932

Invoice Sub Total: 2,661.49  
Total Freight: 0.00  
Total: $ 2,661.49

Payment Terms:    Total Skids:    Total Cartons:  
  net 60                 0                29

Page 1

```
LORENTSON MFG CO., INC.                        Invoice              Invoice No.: 20 - 50661
1111 Bank Parkway
Kokomo, IN  46901                            Page 151 of 216       Cust PO#: P4290036
Duns#: 006052690                                                   Pro Number: 127318681
Phone: (765)452-4425                                               Invoice Date: 10/05/05
  Fax: (765)452-7940                                                    Freight: Collect
Email:lorentsonmfg@iquest.net                                           Ship Via: PJAX
```

>>Bill To: 1000
    Delphi Packard Electric System

>>Ship To: 809880
    Delphi P Centec Plant 98 SALT
    Carr Saltillo-Piedras Negras
    Plant 98 Store 9880
    Ramos Arizpe, COA, 25900

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15394102 | 02 | 600 | 1 | 600 | EA | 182.490 | /M | 109.49 |



ENTERED
OCT 0 5 2005

| | | |
|---|---|---|
| Remit to: Lorentson Mfg. Inc. | Invoice Sub Total: | 109.49 |
| P.O. Box 932 | Total Freight: | 0.00 |
| Kokomo, IN  46903-0932 | Total: $ | 109.49 |

| Payment Terms: | Total Skids: | Total Cartons: | |
|---|---|---|---|
| net 60 | 0 | 1 | Page 1 |

```
LORENTSON MFG. CO., INC.                    Invoice     Invoice No:  20    50662
1111 Rank Parkway
Kokomo, IN  46901                                       Cust PO#:   P4290036
Duns#: 006052690                                        Pro Number: 127318681
Phone: (765)452-4425                                    Invoice Date: 10/05/05
  Fax: (765)452-7940                                    Freight: Collect
Email:lorentsonmfg@iquest.net                           Ship Via: PJAX


>>Bill To: 1000                             >>Ship To: 806196
           Delphi Packard Electric System              Delphi P Plant 61 Zacatecas
                                                       Calzada De La Revolucion Mexic
                                                       Plant 61 Store  6196
       ,                                               Gudalupe, ZAC,  98600
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15422301 | 001 | 1,700 | 2 | 3,400 | EA | 61.760 | /M | 209.98 |



ENTERED
OCT 0 5 2005

```
Remit to: Lorentson Mfg. Inc.              Invoice Sub Total:         209.98
          P.O. Box 932                     Total Freight:               0.00
          Kokomo, IN 46903-0932                                  ----------------
                                                        Total: $      209.98

Payment Terms:        Total Skids:      Total Cartons:
   net 60                  0                  2                        Page  1
```

```
LORENTSON MFG CO., INC.                        Invoice        Invoice No: 20-50663
1111 Rank Parkway                            EXHIBIT B
Kokomo, IN  46901                                            Cust PO#: P4220156
Duns#: 006052690                                             Pro Number: 127318681
Phone: (765)452-4425                                         Invoice Date: 10/05/05
  Fax: (765)452-7940                                         Freight: Collect
Email:lorentsonmfg@iquest.net                                Ship Via: PJAX


>>Bill To: 1000                              >>Ship To: 806296
           Delphi Packard Electric System               Delphi P Plant 62 Fresnillo
                                                        Calle Del Oarque # 33 COL ES
                                                        Plant 62 Store 6296
                                                        Fresnillo, Zac,  99080
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12015983 | C | 2,100 | 1 | 2,100 | EA | 27.810 | /M | 58.40 |



ENTERED
OCT 0 5 2005

```
Remit to: Lorentson Mfg. Inc.              Invoice Sub Total:         58.40
          P.O. Box 932                     Total Freight:              0.00
          Kokomo, IN 46903-0932                                 ---------------
                                                    Total: $          58.40

Payment Terms:       Total Skids:     Total Cartons:
  net 60                  0                 1                          Page  1
```

```
LORENTSON MFG CO., INC.                Invoice           Invoice No.: 20-50664
1111 Rank Parkway                                        EXHIBIT B
Kokomo, IN  46901                                             Cust PO#: P4290036
Duns#: 006052690                                           Pro Number: 127318681
Phone: (765)452-4425                                     Invoice Date: 10/05/05
  Fax: (765)452-7940                                          Freight: Collect
Email:lorentsonmfg@iquest.net                                Ship Via: PJAX


>>Bill To: 1000                              >>Ship To: 808196
    Delphi Packard Electric System               Delphi P Plan 81 N Laredo I
                                                 Iturbide 6970, Parque Ind. Lon
                                                 Plant 81 Store 8196
        ,                                        Nuevo Laredo, TAM,  78045
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15394385 | 002 | 1,600 | 1 | 1,600 | EA | 39.200 | /M | 62.72 |



ENTERED
OCT 0 5 2005

```
Remit to: Lorentson Mfg. Inc.                    Invoice Sub Total:      62.72
          P.O. Box 932                              Total Freight:        0.00
          Kokomo, IN 46903-0932                                     ------------
                                                           Total: $     62.72
Payment Terms:        Total Skids:       Total Cartons:
  net 60                   0                   1                       Page   1
```

```
LORENTSON MFG. CO., INC.                Invoice            Invoice No.: 20-50665
1111 Rank Parkway                                                       Reclamation
Kokomo, IN  46901                    EXHIBIT B             Cust PO#: P4290036
Duns#: 006052690                   Page 155 of 210         Pro Number: 127318681
Phone: (765)452-4425                                       Invoice Date: 10/05/05
  Fax: (765)452-7940                                            Freight: Collect
Email:lorentsonmfg@iquest.net                                   Ship Via: PJAX
```

>>Bill To: 1000　　　　　　　　　　　　　　　　　　　　>>Ship To: 808496
　　Delphi Packard Electric System　　　　　　　　　　　Delphi P Plant 84 Quadalupe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　AV, Serafin Pena 2055, Col VI
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Plant 84 Store 8496
　,　　　　　　　　　　　　　　　　　　　　　　　　　　Gudalupe, NL,  67170

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12161121 | A | 18,000 | 1 | 18,000 | EA | 8.500 | /M | 153.00 |
| 13552252 | 01 | 400 | 4 | 1,600 | EA | 105.790 | /M | 169.26 |




ENTERED
OCT 0 5 2005

| | |
|---|---|
| Remit to: Lorentson Mfg. Inc. | Invoice Sub Total: 322.26 |
| P.O. Box 932 | Total Freight: 0.00 |
| Kokomo, IN  46903-0932 | Total: $ 322.26 |

Payment Terms:　　　　Total Skids:　　　Total Cartons:
　net 60　　　　　　　　　　0　　　　　　　　　5　　　　　　　　　Page   1

```
LORENTSON MFG. CO., INC.                    Invoice              Invoice No.: 50666
1111 Rank Parkway                     Reclamation Demand Letter Part B
Kokomo, IN  46901                              EXHIBIT B           Cust PO#: P4290036
Duns#: 006052690                           Page 156 of 210         Pro Number: 127318681
Phone: (765)452-4425                                               Invoice Date: 10/05/05
  Fax: (765)452-7940                                                   Freight: Collect
Email:lorentsonmfg@iquest.net                                         Ship Via: PJAX
```

>>Bill To: 1000  
    Delphi Packard Electric System

>>Ship To: 809296  
    Delphi P 9296 Cuidad Victoria  
    Boulevard Adolfo Lopez Mateos  
    Plant 92   Store 9296  
    Victoria, Tamaulipas TM,  87020

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15394385 | 002 | 1,600 | 3 | 4,800 | EA | 39.200 | /M | 188.16 |
| 15490959 | 03 | 2,500 | 1 | 2,500 | EA | 99.000 | /M | 247.50 |

ENTERED  
OCT 0 5 2005

Remit to: Lorentson Mfg. Inc.  
    P.O. Box 932  
    Kokomo, IN 46903-0932

Invoice Sub Total: 435.66  
Total Freight: 0.00  
----------------  
Total: $ 435.66

Payment Terms: net 60        Total Skids: 0        Total Cartons: 4        Page 1

```
LORENTSON MFG.CO., INC.                    Invoice            Invoice No.: 20 - 50667
1111 Rank Parkway                                             Cust PO#: P4290036
Kokomo, IN  46901                      EXHIBIT B
Duns#: 006052690                       Page 157 of 210
   Phone: (765)452-4425                                       Pro Number: 1Z7406410375350145
   Fax:   (765)452-7940                                       Invoice Date: 10/05/05
 Email:lorentsonmfg@iquest.net                                   Freight: Collect
                                                                Ship Via: UPS
```

>>Bill To: 1000
    Delphi Packard Electric System

>>Ship To: 23
    Delphi Packard - Plt 23
    923 Industrial Park Road

    Brookhaven, MS 39601

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15400228 | 002 | 7,000 | 1 | 7,000 | EA | 32.650 | /M | 228.55 |



ENTERED
OCT 0 5 2005

| | | |
|---|---|---|
| Remit to: Lorentson Mfg. Inc. | Invoice Sub Total: | 228.55 |
|    P.O. Box 932 | Total Freight: | 0.00 |
|    Kokomo, IN 46903-0932 | Total: $ | 228.55 |

| Payment Terms: | Total Skids: | Total Cartons: | |
|---|---|---|---|
| net 60 | 0 | 1 | Page 1 |

```
LORENTSON MFG.CO., INC                    Invoice          Invoice No.: 20 - 50668
1111 Rank Parkway                                          Cust PO#: P4220156
Kokomo, IN  46901                    Page 158 of 210       Pro Number: 1Z7406410375458753
Duns#: 006052690                                           Invoice Date: 10/05/05
Phone: (765)452-4425                                       Freight: Collect
  Fax: (765)452-7940                                       Ship Via: UPS
Email:lorentsonmfg@iquest.net
```

EXHIBIT B

>>Bill To: 1000                          >>Ship To: 191960
   Delphi Packard Electric System           Delphi Packard - Plant 19
                                            1265 N. River Rd.
                                            Plant 19 Dock
                                            Warren, OH 44483

| Part Number | Rev | Pieces/Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12193790 | C | 6,500 | 1 | 6,500 | EA | 43.900 | /M | 285.35 |



ENTERED
OCT 0 5 2005

Remit to: Lorentson Mfg. Inc.              Invoice Sub Total:    285.35
         P.O. Box 932                      Total Freight:          0.00
         Kokomo, IN 46903-0932                                 -----------
                                                  Total: $     285.35

Payment Terms:    Total Skids:    Total Cartons:
net 60                 0                1                        Page  1

```
LORENTSON MFG.CO., INC.                      Invoice          Invoice No.: 20  -  50669
1111 Rank Parkway                                                            Reclamation
Kokomo, IN 46901                             EXHIBIT B         Cust PO#: P4220156
Duns#: 006052690                         Page 159 of 210       Pro Number: 4703791605
Phone: (765)452-4425                                           Invoice Date: 10/05/05
  Fax: (765)452-7940                                           Freight: Collect
Email:lorentsonmfg@iquest.net                                  Ship Via: Central Transport
```

>>Bill To: 1000                              >>Ship To: 303049
    Delphi Packard Electric System               Delphi Packard - Plant 30
                                                 48 Walter Jones Blvd.
                                                 Plant 30 Dock Store # 3049
                                                 El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 12064754 | B | 1,300 | 11 | 14,300 | EA | 35.030 /M | 500.93 |




ENTERED
OCT 0 5 2005

Remit to: Lorentson Mfg. Inc.              Invoice Sub Total:         500.93
          P.O. Box 932                     Total Freight:               0.00
          Kokomo, IN 46903-0932                                  ---------------
                                                      Total: $       500.93

Payment Terms:      Total Skids:    Total Cartons:
  net 60                 0              11                              Page  1

LORENTSON MFG. CO., INC.
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
Fax: (765)452-7940
Email: lorentsonmfg@iquest.net

Invoice

Invoice No.: 20 - 50676
Reclamation
Cust PO#: P4220211
Pro Number: 603868893
Invoice Date: 10/06/05
Freight: Collect
Ship Via: Conway Central Expre

\>\>Bill To: 1000
Delphi Packard Electric System

\>\>Ship To: PI
Power & Signal Group
5440 Naiman Pkwy

Solon, OH 44139

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 02965019 | L | 2,200 | 2 | 4,400 | EA | 27.450 | /M | 120.78 |
| 02965446 | E | 1,450 | 1 | 1,450 | EA | 37.830 | /M | 54.85 |
| 02965977 | E | 1,500 | 2 | 3,000 | EA | 37.430 | /M | 112.29 |
| 02973422 | E | 3,000 | 4 | 12,000 | EA | 38.720 | /M | 464.64 |
| 02973890 | B | 2,200 | 2 | 4,400 | EA | 16.780 | /M | 73.83 |
| 02977047 | A | 2,200 | 1 | 2,200 | EA | 31.620 | /M | 69.56 |
| 02977763 | A | 3,800 | 2 | 7,600 | EA | 52.650 | /M | 400.14 |
| 02984678 | A | 2,200 | 1 | 2,200 | EA | 31.850 | /M | 70.07 |
| 02984887 | D | 2,100 | 1 | 2,100 | EA | 61.620 | /M | 129.40 |
| 06288181 | D | 6,000 | 1 | 6,000 | EA | 24.060 | /M | 144.36 |
| 06294468 | B | 3,800 | 1 | 3,800 | EA | 11.460 | /M | 43.55 |
| 08911295 | C | 475 | 1 | 475 | EA | 72.750 | /M | 34.56 |
| 12004327 | A | 2,400 | 3 | 7,200 | EA | 42.240 | /M | 304.13 |
| 12015030 | H | 5,500 | 1 | 5,500 | EA | 24.930 | /M | 137.12 |
| 12015197 | 06 | 1,100 | 5 | 5,500 | EA | 32.570 | /M | 179.14 |
| 12015484 | A | 1,700 | 2 | 3,400 | EA | 18.930 | /M | 64.36 |
| 12015510 | E | 4,000 | 2 | 8,000 | EA | 22.580 | /M | 180.64 |



ENTERED
OCT 0 6 2005