LORENTSON MFG CO., INC.  
11 Rank Parkway  
Kokomo, IN 46901  
Duns#: 006052690  
Phone: (765)452-4425  
Fax: (765)452-7940  
Email: lorentsonmfg@iquest.net

Invoice

Invoice No.: 50676  
Cust PO#: P4220211  
Pro Number: 603868893  
Invoice Date: 10/06/05  
Freight: Collect  
Ship Via: Conway Central Expre

>>Bill To: 1000  
    Delphi Packard Electric System

>>Ship To: PI  
    Power & Signal Group  
    5440 Naiman Pkwy  
    Solon, OH 44139

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12020308 | C | 200 | 1 | 200 | EA | 79.820 | /M | 15.96 |
| 12020692 | E | 1,500 | 8 | 12,000 | EA | 53.570 | /M | 642.84 |
| 12047840 | D | 1,800 | 8 | 14,400 | EA | 38.130 | /M | 549.07 |
| 12052402 | 04 | 700 | 1 | 700 | EA | 105.680 | /M | 73.98 |
| 12064754 | B | 1,300 | 16 | 20,800 | EA | 35.030 | /M | 728.62 |
| 12066161 | D | 1,500 | 5 | 7,500 | EA | 19.410 | /M | 145.58 |
| 12066164 | D | 1,900 | 15 | 28,500 | EA | 23.430 | /M | 667.76 |
| 12066386 | D | 1,000 | 2 | 2,000 | EA | 91.160 | /M | 182.32 |
| 12089348 | A | 1,250 | 1 | 1,250 | EA | 65.690 | /M | 82.11 |
| 15317807 | A | 1,700 | 9 | 15,300 | EA | 55.600 | /M | 850.68 |
| 15356825 | 001 | 60,000 | 6 | 360,000 | EA | 3.880 | /M | 1,396.80 |



ENTERED  
OCT 06 2005

Remit to: Lorentson Mfg. Inc.  
    P.O. Box 932  
    Kokomo, IN 46903-0932

Invoice Sub Total: 7,919.14  
Total Freight: 0.00  
Total: $ 7,919.14

Payment Terms:    Total Skids: 0    Total Cartons: 104  
net 60

Page 2

```
LORENTSON MFG CO., INC.                                                  Invoice           50677
1111 Rank Parkway
Kokomo, IN 46901                            EXHIBIT B           Cust PO#: P4290072
Duns#: 006052690                       Page 162 of 210          Pro Number: 603868893
Phone: (765)452-4425                                            Invoice Date: 10/06/05
  Fax: (765)452-7940                                            Freight: Collect
Email:lorentsonmfg@iquest.net                                   Ship Via: Conway Central Expre


>>Bill To: 1000                                      >>Ship To: PI
         Delphi Packard Electric System                        Power & Signal Group
                                                               5440 Naiman Pkwy
       ,
                                                               Solon, OH 44139
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12161121 | A | 18,000 | 1 | 18,000 | EA | 8.500 | /M | 153.00 |



ENTERED
OCT 0 6 2005

```
Remit to: Lorentson Mfg. Inc.              Invoice Sub Total:        153.00
         P.O. Box 932                      Total Freight:              0.00
         Kokomo, IN 46903-0932                                    ----------------
                                                    Total: $        153.00

Payment Terms:          Total Skids:       Total Cartons:
   net 60                   0                   1                      Page  1
```

LORENTSON MFG., INC.
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

**EXHIBIT B**

Page 163 of 210

Invoice No: 50680
Cust PO#: P4220156
Pro Number: 127318707
Invoice Date: 10/06/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
    Delphi Packard Electric System

>>Ship To: 303300
    Delphi Packard Plant 33 RBE IV
    48 Walter Jones Blvd.
    CISCO 60842      SAP# FV33
    El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 13516641 | 01 | 60 | 14 | 840 | EA | 409.070 /M | 343.62 |



ENTERED
OCT 0 6 2005

Remit to: Lorentson Mfg. Inc.
         P.O. Box 932
         Kokomo, IN 46903-0932

Invoice Sub Total:    343.62
Total Freight:          0.00
                   -----------
Total: $              343.62

Payment Terms:       Total Skids:    Total Cartons:
  net 60                  0                14                    Page   1

LORENTSON MFG. CO., INC.  
1111 Rank Parkway  
Kokomo, IN 46901  
Duns#: 006052690  
Phone: (765)452-4425  
Fax: (765)452-7940  
Email:lorentsonmfg@iquest.net

**Invoice**

**EXHIBIT B**

Page 164 of 210

Invoice No: 50681  
Cust PO#: P4220156  
Pro Number: 127318707  
Invoice Date: 10/06/05  
Freight: Collect  
Ship Via: PJAX

>>Bill To: 1000  
  Delphi Packard Electric System

>>Ship To: 303700  
  Delphi Packard Plant 37 RBE IX  
  48 Walter Jones Blvd.  
  CISCO 60837    SAP# FV37  
  El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 15463294 | 06 | 100 | 9 | 900 | EA | 177.510 /M | 159.76 |





OCT 0 6 2005

Remit to: Lorentson Mfg. Inc.  
    P.O. Box 932  
    Kokomo, IN 46903-0932

Invoice Sub Total: 159.76  
Total Freight: 0.00  
---------  
Total: $ 159.76

Payment Terms:  
net 60

Total Skids: 0

Total Cartons: 9

Page 1

LORENTSON MFG CO., INC
1111 Rank Parkway
Kokomo, IN  46901
Duns#: 006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

Invoice

EXHIBIT B
Page 165 of 310

Invoice No: 20R-50682
Cust PO#: P4290036
Pro Number: 127318707
Invoice Date: 10/06/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
    Delphi Packard Electric System

>>Ship To: 303700
    Delphi Packard Plant 37 RBE IX
    48 Walter Jones Blvd.
    CISCO 60837     SAP# FV37
    El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15462654 | 02 | 2,000 | 1 | 2,000 | EA | 61.310 | /M | 122.62 |



ENTERED
OCT 0 6 2005

Remit to: Lorentson Mfg. Inc.
    P.O. Box 932
    Kokomo, IN 46903-0932

Invoice Sub Total:     122.62
Total Freight:           0.00
                  ---------------
            Total: $    122.62

Payment Terms:          Total Skids:        Total Cartons:
net 60                       0                    1                              Page  1

```
LORENTSON MFG. CO., INC                              Invoice              Invoice No: 50683
1111 Rank Parkway                                  EXHIBIT B
Kokomo, IN  46901                               Page 166 of 218      Cust PO#: P4220156
Duns#: 006052690                                                     Pro Number: 127318707
Phone: (765)452-4425                                                 Invoice Date: 10/06/05
  Fax: (765)452-7940                                                     Freight: Collect
Email:lorentsonmfg@iquest.net                                           Ship Via: PJAX
```

>>Bill To: 1000  
    Delphi Packard Electric System

>>Ship To: 303800  
    Delphi Packard Plant 38 RBE V  
    48 Walter Jones Blvd.  
    CISCO 60838    SAP# FV38  
    El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 12066164 | D | 1,900 | 3 | 5,700 | EA | 23.430 /M | 133.55 |




ENTERED OCT 06 2005

Remit to: Lorentson Mfg. Inc.  
       P.O. Box 932  
       Kokomo, IN 46903-0932

Invoice Sub Total: 133.55  
Total Freight: 0.00  
----------------  
Total: $ 133.55

Payment Terms:    Total Skids:    Total Cartons:  
net 60            0             3             Page 1

LORENTSON MFG. CO., INC.
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

**Invoice**

EXHIBIT B
Page 167 of 310

Invoice No: 50684
Cust PO#: P4220156
Pro Number: 127318707
Invoice Date: 10/06/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
    Delphi Packard Electric System

>>Ship To: 303900
    Delphi Packard Plant 39 RBE I
    48 Walter Jones Blvd.
    CISCO 60835    SAP# FV39
    El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12092001 | A | 7,500 | 1 | 7,500 | EA | 23.990 | /M | 179.93 |
| 12193790 | C | 6,500 | 2 | 13,000 | EA | 43.900 | /M | 570.70 |
| 15425579 | 02 | 960 | 23 | 22,080 | EA | 92.800 | /M | 2,049.02 |
| 15446208 | 03 | 6,800 | 2 | 13,600 | EA | 31.000 | /M | 421.60 |




ENTERED
OCT 06 2005

Remit to: Lorentson Mfg. Inc.
    P.O. Box 932
    Kokomo, IN 46903-0932

Invoice Sub Total: 3,221.25
Total Freight: 0.00
Total: $ 3,221.25

Payment Terms: net 60
Total Skids: 0
Total Cartons: 28

Page 1

LORENTSON MFG. CO., INC
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
 Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

```
                                                Invoice      Invoice No.:  20-50685
                                                             Cust PO#:  P4290036
                                                             Pro Number:  127318707
                                                             Invoice Date:  10/06/05
                                                             Freight:  Collect
                                                             Ship Via:  PJAX
```

&gt;&gt;Bill To: 1000                               &gt;&gt;Ship To: 303900
        Delphi Packard Electric System                Delphi Packard Plant 39 RBE I
                                                      48 Walter Jones Blvd.
                                                      CISCO 60835    SAP# FV39
                                                      El Paso, TX 79906

| Part Number | Rev  | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price |     | Amount   |
|-------------|------|----------------|-------------------|-------------|------|------------|-----|----------|
| 15326555    | 04   | 5,500          | 1                 | 5,500       | EA   | 24.030     | /M  | 132.17   |
| 15326662    | 003  | 900            | 6                 | 5,400       | EA   | 186.930    | /M  | 1,009.42 |
| 15332156    | 15   | 9,500          | 1                 | 9,500       | EA   | 41.830     | /M  | 397.39   |
| 15332172    | 15   | 6,400          | 1                 | 6,400       | EA   | 30.480     | /M  | 195.07   |
| 15336210    | 001  | 10,000         | 3                 | 30,000      | EA   | 26.660     | /M  | 799.80   |
| 15336225    | 001  | 7,000          | 5                 | 35,000      | EA   | 28.480     | /M  | 996.80   |
| 15373433    | 08   | 6,500          | 3                 | 19,500      | EA   | 24.870     | /M  | 484.97   |
| 15405954    | 002  | 900            | 13                | 11,700      | EA   | 89.290     | /M  | 1,044.69 |
| 15464951    | 02AA | 2,750          | 3                 | 8,250       | EA   | 64.000     | /M  | 528.00   |
| 15476189    | 02   | 1,050          | 4                 | 4,200       | EA   | 128.730    | /M  | 540.67   |
| 15476192    | 02   | 1,050          | 8                 | 8,400       | EA   | 129.150    | /M  | 1,084.86 |
| 15489044    | 05   | 2,500          | 2                 | 5,000       | EA   | 75.000     | /M  | 375.00   |




ENTERED
OCT 0 6 2005

Remit to: Lorentson Mfg. Inc.                 Invoice Sub Total:      7,588.84
          P.O. Box 932                             Total Freight:          0.00
          Kokomo, IN 46903-0932                                     ----------
                                                         Total: $    7,588.84

Payment Terms:        Total Skids:      Total Cartons:
 net 60                   0                  50                        Page  1

LORENTSON MFG CO INC
1111 Park Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

Invoice

EXHIBIT B
Page 169 of 210

Invoice No: 20-50686
Cust PO#: P4220156
Pro Number: 127318715
Invoice Date: 10/06/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
    Delphi Packard Electric System

>>Ship To: 305000
    Delphi Packard - Plant 30
    48 Walter Jones Blvd.
    Plant 30 Dock Store # 5000
    El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15356825 | 001 | 60,000 | 2 | 120,000 | EA | 3.880 | /M | 465.60 |



ENTERED
OCT 06 2005

Remit to: Lorentson Mfg. Inc.
    P.O. Box 932
    Kokomo, IN 46903-0932

Invoice Sub Total:     465.60
Total Freight:           0.00
                    ---------------
        Total: $      465.60

Payment Terms:         Total Skids:        Total Cartons:
  net 60                    0                    2                Page   1

```
LORENTSON MFG CO., INC                           Invoice            Invoice No. 50687
1111 Rank Parkway                                                   Reclamation
Kokomo, IN  46901                                  Demand Letter Part 10
Duns#: 006052690                                 Page 170 of 216    Cust PO#:  P4290036
Phone: (765)452-4425                                                Pro Number: 127318715
  Fax: (765)452-7940                                                Invoice Date: 10/06/05
Email:lorentsonmfg@iquest.net                                       Freight: Collect
                                                                    Ship Via: PJAX
```

>>Bill To: 1000
    Delphi Packard Electric System

>>Ship To: 305100
    Delphi Packard - Plant 30
    48 Walter Jones Blvd.
    Plant 30 Dock Store # 5100
    El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15405477 | 002 | 1,200 | 2 | 2,400 | EA | 48.980 | /M | 117.55 |
| 15405478 | 002 | 1,200 | 1 | 1,200 | EA | 51.860 | /M | 62.23 |




ENTERED
OCT 0 6 2005

| | | |
|---|---|---|
| Remit to: Lorentson Mfg. Inc. | Invoice Sub Total: | 179.78 |
| P.O. Box 932 | Total Freight: | 0.00 |
| Kokomo, IN 46903-0932 | Total: $ | 179.78 |

| Payment Terms: | Total Skids: | Total Cartons: | |
|---|---|---|---|
| net 60 | 0 | 3 | Page 1 |

LORENTSON MFG.CO., INC.  
1111 Rank Parkway  
Kokomo, IN  46901  
Duns#: 006052690  
Phone: (765)452-4425  
 Fax: (765)452-7940  
Email:lorentsonmfg@iquest.net  

**Invoice**

Invoice No.: 20  - 50688  
Reclamation  
Cust PO#: P4220156  
Pro Number: 127318715  
Invoice Date: 10/06/05  
Freight: Collect  
Ship Via: PJAX  

\>\>Bill To: 1000  
  Delphi Packard Electric System  

\>\>Ship To: 305200  
  Delphi Packard - Plant 30  
  48 Walter Jones Blvd.  
  Plant 30 Dock Store #  5200  
  El Paso, TX 79906  

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12047840 | D  | 1,800 | 1 | 1,800 | EA | 38.130 | /M | 68.63 |
| 13517799 | 01 | 3,600 | 1 | 3,600 | EA | 62.800 | /M | 226.08 |
| 13517800 | 01 | 3,000 | 3 | 9,000 | EA | 34.700 | /M | 312.30 |



ENTERED  
OCT 0 6 2005

Remit to: Lorentson Mfg. Inc.  
  P.O. Box 932  
  Kokomo, IN 46903-0932  

Invoice Sub Total:  607.01  
Total Freight:  0.00  
Total: $  607.01  

Payment Terms:  
 net 60  

Total Skids:  
 0  

Total Cartons:  
 5  

Page  1

```
LORENTSON MFG CO., INC.                    Invoice            Invoice No.: 50689
1111 Rank Parkway
Kokomo, IN  46901                                            Cust PO#: P4290036
Duns#: 006052690                                             Pro Number: 127318715
Phone: (765)452-4425                                         Invoice Date: 10/06/05
  Fax: (765)452-7940                                         Freight: Collect
Email:lorentsonmfg@iquest.net                                Ship Via: PJAX
```

Page 172 of 210 — Demand Letter EXHIBIT B

>>Bill To: 1000
   Delphi Packard Electric System

>>Ship To: 305200
   Delphi Packard - Plant 30
   48 Walter Jones Blvd.
   Plant 30 Dock Store #  5200
   El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15423410 | 03 | 4,000 | 1 | 4,000 | EA | 25.220 | /M | 100.88 |



ENTERED OCT 0 6 2005

Remit to: Lorentson Mfg. Inc.
         P.O. Box 932
         Kokomo, IN 46903-0932

Invoice Sub Total: 100.88
Total Freight: 0.00
------------------
Total: $ 100.88

Payment Terms:          Total Skids:        Total Cartons:
  net 60                     0                    1                         Page  1

```
LORENTSON MFG. CO., INC.                       Invoice          Invoice No.: 20 - 50690
1111 Rank Parkway                                                            Reclamation
Kokomo, IN  46901                         Page 173 of 210       Cust PO#: P4220156
Duns#: 006052690                                                Pro Number: 127318715
  Phone: (765)452-4425                                          Invoice Date: 10/06/05
    Fax: (765)452-7940                                          Freight: Collect
  Email:lorentsonmfg@iquest.net                                 Ship Via: PJAX
```

>>Bill To: 1000  
    Delphi Packard Electric System

>>Ship To: 305700  
    Delphi Packard - Plant 30  
    48 Walter Jones Blvd.  
    Plant 30 Dock Store # 5700  
    El Paso, TX 79906

| Part Number | Rev | Pieces/Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12020692 | E | 1,500 | 2 | 3,000 | EA | 53.570 | /M | 160.71 |
| 12064754 | B | 1,300 | 4 | 5,200 | EA | 35.030 | /M | 182.16 |



ENTERED OCT 0 6 2005

| | |
|---|---|
| Remit to: Lorentson Mfg. Inc. | Invoice Sub Total: 342.87 |
|     P.O. Box 932 | Total Freight: 0.00 |
|     Kokomo, IN 46903-0932 | ---------------- |
| | Total: $ 342.87 |

Payment Terms:    Total Skids:    Total Cartons:  
  net 60               0                6                Page 1

```
LORENTSON MFG.CO., INC.                              Invoice        Invoice No.: 20 - 50691
1111 Rank Parkway                    EXHIBIT B
Kokomo, IN  46901                                                   Cust PO#: P4290036
Duns#: 006052690                  Page 174 of 210                   Pro Number: 127318715
Phone: (765)452-4425                                                Invoice Date: 10/06/05
  Fax: (765)452-7940                                                Freight: Collect
Email:lorentsonmfg@iquest.net                                       Ship Via: PJAX


>>Bill To: 1000                                  >>Ship To: 305700
    Delphi Packard Electric System                    Delphi Packard - Plant 30
                                                      48 Walter Jones Blvd.
                                                      Plant 30 Dock Store # 5700
                                                      El Paso, TX 79906
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12161121 | A | 18,000 | 1 | 18,000 | EA | 8.500 | /M | 153.00 |
| 15405478 | 002 | 1,200 | 1 | 1,200 | EA | 51.860 | /M | 62.23 |



ENTERED
OCT 0 6 2005

```
Remit to: Lorentson Mfg. Inc.                    Invoice Sub Total:       215.23
          P.O. Box 932                              Total Freight:          0.00
          Kokomo, IN  46903-0932                                       ----------
                                                             Total: $    215.23

Payment Terms:      Total Skids:       Total Cartons:
  net 60                 0                    2                           Page  1
```

```
LORENTSON MFG CO., INC                                    Invoice         Invoice No: 20150692
1111 Rank Parkway
Kokomo, IN  46901                                                   Cust PO#: P4220156
Duns#: 006052690                                                    Pro Number: 127318715
  Phone: (765)452-4425                                              Invoice Date: 10/06/05
    Fax: (765)452-7940                                              Freight: Collect
Email:lorentsonmfg@iquest.net                                       Ship Via: PJAX


>>Bill To: 1000                                    >>Ship To: 305800
    Delphi Packard Electric System                     Delphi Packard - Plant 30
                                                       48 Walter Jones Blvd.
                                                       Plant 30 Dock Store # 5800
                                                       El Paso, TX  79906
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 12064754 | B | 1,300 | 1 | 1,300 | EA | 35.030 /M | 45.54 |



ENTERED
OCT 0 6 2005

```
Remit to: Lorentson Mfg. Inc.                      Invoice Sub Total:         45.54
          P.O. Box 932                             Total Freight:              0.00
          Kokomo, IN  46903-0932                                       ----------------
                                                              Total: $        45.54

Payment Terms:        Total Skids:      Total Cartons:
  net 60                  0                  1                             Page    1
```

LORENTSON MFG CO., INC
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

Invoice

Invoice No: 20-50694
Cust PO#: P4220156
Pro Number: 127318723
Invoice Date: 10/06/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
Delphi Packard Electric System

>>Ship To: 154660
Delphi Packard - Plant 15
1265 N. River Rd.
Plant 15 Dock Dept. 4660
Warren, OH 44483

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12015782 | B | 2,000 | 22 | 44,000 | EA | 22.670 | /M | 997.48 |
| 12052493 | D | 850 | 9 | 7,650 | EA | 132.510 | /M | 1,013.70 |
| 12059596 | G | 4,200 | 22 | 92,400 | EA | 18.150 | /M | 1,677.06 |
| 12065286 | E | 6,000 | 9 | 54,000 | EA | 21.660 | /M | 1,169.64 |




ENTERED
OCT 0 6 2005

Remit to: Lorentson Mfg. Inc.
P.O. Box 932
Kokomo, IN 46903-0932

Invoice Sub Total: 4,857.88
Total Freight: 0.00
Total: $ 4,857.88

Payment Terms:    Total Skids:    Total Cartons:
net 60            0               62

Page 1

```
LORENTSON MFG. CO., INC.                    Invoice              Invoice No.: 20 - 50695
1111 Rank Parkway
Kokomo, IN  46901                                             Cust PO#: P4290036
Duns#: 006052690                                              Pro Number: 127318731
  Phone: (765)452-4425                                        Invoice Date: 10/06/05
    Fax: (765)452-7940                                        Freight: Collect
  Email:lorentsonmfg@iquest.net                               Ship Via: PJAX


>>Bill To: 1000                                 >>Ship To: 809880
    Delphi Packard Electric System                  Delphi P Centec Plant 98 SALT
                                                    Carr Saltillo-Piedras Negras
                                                    Plant 98 Store 9880
         ,                                          Ramos Arizpe, COA,  25900
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15405092 | 002 | 600 | 4 | 2,400 | EA | 192.090 | /M | 461.02 |



ENTERED
OCT 0 6 2005

```
Remit to: Lorentson Mfg. Inc.                    Invoice Sub Total:        461.02
          P.O. Box 932                           Total Freight:              0.00
          Kokomo, IN 46903-0932                                       ---------------
                                                 Total:    $              461.02

Payment Terms:        Total Skids:      Total Cartons:
  net 60                   0                  4                         Page   1
```

```
LORENTSON MFG.CO., INC.                    Invoice       Invoice No: 20  -50696
1111 Rank Parkway                                                          Reclamation
Kokomo, IN  46901                                        Cust PO#: P4290036
Duns#: 006052690
Phone: (765)452-4425                                     Pro Number: 127318731
  Fax: (765)452-7940                                     Invoice Date: 10/06/05
Email:lorentsonmfg@iquest.net                            Freight: Collect
                                                         Ship Via: PJAX
```

\>\>Bill To: 1000
   Delphi Packard Electric System

\>\>Ship To: 806196
   Delphi P Plant 61 Zacatecas
   Calzada De La Revolucion Mexic
   Plant 61 Store   6196
   Gudalupe, ZAC,   98600

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15422301 | 001 | 1,700 | 2 | 3,400 | EA | 61.760 | /M | 209.98 |



ENTERED
OCT 0 6 2005

Remit to: Lorentson Mfg. Inc.                Invoice Sub Total:     209.98
         P.O. Box 932                         Total Freight:          0.00
         Kokomo, IN 46903-0932                                    -----------
                                                      Total: $    209.98

Payment Terms:        Total Skids:      Total Cartons:
net 60                     0                  2                   Page   1

```
LORENTSON MFG CO., INC                     Invoice         Invoice No:  20-50697
1111 Rank Parkway                       Page 179 of 210    Cust PO#:    P4290036
Kokomo, IN  46901                                          Pro Number:  127318731
Duns#: 006052690                                           Invoice Date: 10/06/05
Phone: (765)452-4425                                       Freight:     Collect
  Fax: (765)452-7940                                       Ship Via:    PJAX
Email:lorentsonmfg@iquest.net
```

>>Bill To: 1000                                >>Ship To: 808196
    Delphi Packard Electric System                Delphi P Plan 81 N Laredo I
                                                  Iturbide 6970, Parque Ind. Lon
                                                  Plant 81 Store 8196
                                                  Nuevo Laredo, TAM,  78045

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price |     | Amount |
|---|---|---|---|---|---|---|---|---|
| 15394385 | 002 | 1,600 | 1 | 1,600 | EA | 39.200 | /M | 62.72 |



ENTERED
OCT 0 6 2005

Remit to: Lorentson Mfg. Inc.                    Invoice Sub Total:      62.72
          P.O. Box 932                           Total Freight:           0.00
          Kokomo, IN 46903-0932                                    ------------
                                                          Total: $       62.72

Payment Terms:         Total Skids:      Total Cartons:
  net 60                   0                  1                      Page  1

LORENTSON MFG. CO., INC.  Invoice  Invoice No.: 20 - 50698
1111 Rank Parkway
Kokomo, IN  46901                                       Cust PO#: P4290036
Duns#: 006052690                 Page 180 of 210         Pro Number: 127318731
Phone: (765)452-4425                                    Invoice Date: 10/06/05
  Fax: (765)452-7940                                         Freight: Collect
Email:lorentsonmfg@iquest.net                              Ship Via: PJAX

>>Bill To: 1000                           >>Ship To: 808496
    Delphi Packard Electric System            Delphi P Plant 84 Quadalupe
                                              AV, Serafin Pena 2055, Col VI
                                              Plant 84 Store 8496
                                              Gudalupe, NL,  67170

| Part Number | Rev | Pieces/Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 13552252 | 01 | 400 | 4 | 1,600 | EA | 105.790 | /M | 169.26 |
| 15326795 | 03 | 2,100 | 1 | 2,100 | EA | 37.650 | /M | 79.07 |



ENTERED
OCT 0 6 2005

Remit to: Lorentson Mfg. Inc.                Invoice Sub Total:      248.33
         P.O. Box 932                           Total Freight:        0.00
         Kokomo, IN  46903-0932                                 ---------------
                                                       Total: $      248.33

Payment Terms:        Total Skids:      Total Cartons:
  net 60                   0                  5                        Page   1