LORENTSON MFG CO., INC
1111 Rank Parkway
Kokomo, IN  46901
Duns#: 006052690
Phone: (765)452-4425
Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

Invoice No.  50699
Cust PO#: P4220156
Pro Number: 127318731
Invoice Date: 10/06/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
        Delphi Packard Electric System

>>Ship To: 809296
        Delphi P 9296 Cuidad Victoria
        Boulevard Adolfo Lopez Mateos
        Plant 92  Store 9296
        Victoria, Tamaulipas TM,  87020

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 12064754 | B | 1,300 | 2 | 2,600 | EA | 35.030 /M | 91.08 |

ENTERED
OCT 0 6 2005

Remit to: Lorentson Mfg. Inc.
          P.O. Box 932
          Kokomo, IN 46903-0932

Invoice Sub Total:      91.08
Total Freight:           0.00
-----------------
Total: $      91.08

Payment Terms:        Total Skids:        Total Cartons:
  net 60                  0                    2                    Page  1

LORENTSON MFG. CO., INC.
1111 Rank Parkway
Kokomo, IN  46901
Duns#: 006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

**Invoice**

Invoice No.: 20 - 50700
Cust PO#: P4290036
Pro Number: 127318731
Invoice Date: 10/06/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
        Delphi Packard Electric System

>>Ship To: 809296
        Delphi P 9296 Cuidad Victoria
        Boulevard Adolfo Lopez Mateos
        Plant 92  Store 9296
        Victoria, Tamaulipas TM,  87020

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15394385 | 002 | 1,600 | 2 | 3,200 | EA | 39.200 | /M | 125.44 |



ENTERED
OCT 0 6 2005

| Remit to: Lorentson Mfg. Inc. | | |
|---|---|---|
| P.O. Box 932 | Invoice Sub Total: | 125.44 |
| Kokomo, IN 46903-0932 | Total Freight: | 0.00 |
| | Total: $ | 125.44 |

Payment Terms:          Total Skids:          Total Cartons:
  net 60                     0                     2                          Page  1

LORENTSON MFG. CO., INC.
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

Invoice
Invoice No.: 20 - 50701
Cust PO#: P4220156
Pro Number: 127318731
Invoice Date: 10/06/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
    Delphi Packard Electric System

>>Ship To: 809696
    Delphi P Plant 96 Gudalupe
    AV Mexico # 300, COL Ninos HE
    Plant 96 Dock Store 9696
    Gudalupe, NL,  67190

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15356825 | 001 | 60,000 | 2 | 120,000 | EA | 3.880 | /M | 465.60 |



ENTERED
OCT 0 6 2005

Remit to: Lorentson Mfg. Inc.
         P.O. Box 932
         Kokomo, IN 46903-0932

Invoice Sub Total:        465.60
     Total Freight:         0.00
                    ----------------
            Total: $      465.60

Payment Terms:        Total Skids:        Total Cartons:
  net 60                   0                    2                              Page  1

LORENTSON MFG. CO., INC.
1111 Rank Parkway
Kokomo, IN  46901
Duns#: 006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

Invoice
Demand Letter Part 18
Reclamation

Invoice No.: 20 - 50702
Cust PO#: P4290036
Pro Number: 127318731
Invoice Date: 10/06/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
        Delphi Packard Electric System

>>Ship To: 809696
        Delphi P Plant 96 Gudalupe
        AV Mexico # 300, COL Ninos HE
        Plant 96 Dock Store 9696
        Gudalupe, NL,  67190

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 15394385 | 002 | 1,600 | 1 | 1,600 | EA | 39.200   /M | 62.72 |




OCT 0 6 2005

Remit to: Lorentson Mfg. Inc.
          P.O. Box 932
          Kokomo, IN 46903-0932

Invoice Sub Total:       62.72
     Total Freight:        0.00
                    ---------------
           Total: $       62.72

Payment Terms:          Total Skids:        Total Cartons:
  net 60                     0                   1                        Page  1

LORENTSON MFG CO., INC
1111 Rank Parkway
Kokomo, IN  46901
Duns#: 006052690
Phone: (765)452-4425
 Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

**EXHIBIT B**

**Page _185_ of _210_**

**Invoice**

Invoice No: 20    50703
Cust PO#: P4290036
Pro Number: 1Z7406410375656977
Invoice Date: 10/06/05
Freight: Collect
Ship Via: UPS

>>Bill To: 1000
        Delphi Packard Electric System

>>Ship To: 22
        Delphi Packard - Plt 22
        1001 Industrial Drive
        Plant 22 Dock
        Clinton, MS 39056

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15332123 | 15 | 2,300 | 13 | 29,900 | EA | 40.940 | /M | 1,224.11 |



ENTERED
OCT 0 6 2005

Remit to: Lorentson Mfg. Inc.
          P.O. Box 932
          Kokomo, IN 46903-0932

Invoice Sub Total:     1,224.11
Total Freight:             0.00
----------------
Total: $     1,224.11

Payment Terms:          Total Skids:        Total Cartons:
  net 60                   0                   13                        Page  1

**EXHIBIT B**
Page _186_ of _210_

LORENTSON MFG. CO., INC
1111 Rank Parkway
Kokomo, IN  46901
Duns#: 006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

**Invoice**

Invoice No.: 20 - 50704
Cust PO#: P4220156
Pro Number: 1Z7406410375327902
Invoice Date: 10/06/05
Freight: Collect
Ship Via: UPS

>>Bill To: 1000
        Delphi Packard Electric System

>>Ship To: 151575
        Delphi Packard - Plant 15
        1265 N. River Rd.
        Plant 15 Dock Dept. 1575
        Warren, OH 44483

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12052402 | 04 | 700 | 1 | 700 | EA | 105.680 | /M | 73.98 |



ENTERED
OCT 0 6 2005

Remit to: Lorentson Mfg. Inc.
         P.O. Box 932
         Kokomo, IN 46903-0932

Invoice Sub Total:       73.98
   Total Freight:         0.00
                   ----------------
          Total: $       73.98

Payment Terms:        Total Skids:        Total Cartons:
  net 60                   0                    1                          Page  1

LORENTSON MFG CO., INC
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

Invoice

Invoice No. 50705
Cust PO#: P4220156
Pro Number: 1Z7406410375868515
Invoice Date: 10/06/05
Freight: Collect
Ship Via: UPS

>>Bill To: 1000
    Delphi Packard Electric System

>>Ship To: 303049
    Delphi Packard - Plant 30
    48 Walter Jones Blvd.
    Plant 30 Dock Store # 3049
    El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 12129385 | D | 300 | 1 | 300 | EA | 201.980 /M | 60.59 |





OCT 0 6 2005

Remit to: Lorentson Mfg. Inc.
    P.O. Box 932
    Kokomo, IN 46903-0932

| | |
|---|---|
| Invoice Sub Total: | 60.59 |
| Total Freight: | 0.00 |
| Total: $ | 60.59 |

Payment Terms:
    net 60

Total Skids: 0

Total Cartons: 1

Page 1

LORENTSON MFG CO., INC.
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

Invoice
Invoice No.: 20 - 50706.

Cust PO#: P4290036
Pro Number: 1Z7406410375836120
Invoice Date: 10/06/05
Freight: Collect
Ship Via: UPS

>>Bill To: 1000
      Delphi Packard Electric System

>>Ship To: 303049
      Delphi Packard - Plant 30
      48 Walter Jones Blvd.
      Plant 30 Dock Store # 3049
      El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15405477 | 002 | 1,200 | 1 | 1,200 | EA | 48.980 | /M | 58.78 |
| 15405478 | 002 | 1,200 | 1 | 1,200 | EA | 51.860 | /M | 62.23 |



ENTERED
OCT 0 6 2005

Remit to: Lorentson Mfg. Inc.
      P.O. Box 932
      Kokomo, IN 46903-0932

Invoice Sub Total:        121.01
   Total Freight:          0.00
                  ---------------
           Total: $       121.01

Payment Terms:        Total Skids:        Total Cartons:
   net 60                 0                    2                    Page 1

LORENTSON MFG CO., INC.
1111 Bank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

**Invoice**

**EXHIBIT B**

**Page 199 of 310**

Invoice No.: 20 - 50714

Cust PO#: P4220156
Pro Number: 127318749
Invoice Date: 10/07/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
        Delphi Packard Electric System

>>Ship To: 303300
        Delphi Packard Plant 33 RBE IV
        48 Walter Jones Blvd.
        CISCO 60842      SAP# FV33
        El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 13516641 | 01 | 60 | 13 | 780 | EA | 409.070 | /M | 319.07 |
| 13516642 | 01 | 60 | 22 | 1,320 | EA | 506.930 | /M | 669.15 |



ENTERED

OCT 0 7 2005

Remit to: Lorentson Mfg. Inc.
        P.O. Box 932
        Kokomo, IN 46903-0932

Invoice Sub Total:        988.22
      Total Freight:        0.00
                    ----------------
              Total: $      988.22

Payment Terms:        Total Skids:        Total Cartons:
  net 60                    0                    35                    Page  1

LORENTSON MFG CO., INC
1111 Rank Parkway
Kokomo, IN  46901
Duns#: 006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

Invoice                    Invoice No.: 20  - 50715
                           Cust PO#: P4220156
                           Pro Number: 127318749
                           Invoice Date: 10/07/05
                           Freight: Collect
                           Ship Via: PJAX

>>Bill To: 1000
       Delphi Packard Electric System

>>Ship To: 303700
       Delphi Packard Plant 37 RBE IX
       48 Walter Jones Blvd.
       CISCO 60837    SAP# FV37
       El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15463294 | 06 | 100 | 1 | 100 | EA | 177.510 | /M | 17.75 |





ENTERED
OCT 0 7 2005

Remit to: Lorentson Mfg. Inc.
          P.O. Box 932
          Kokomo, IN 46903-0932

Invoice Sub Total:        17.75
       Total Freight:      0.00
                     ----------------
              Total: $    17.75

Payment Terms:        Total Skids:        Total Cartons:
  net 60                   0                     1                    Page  1

LORENTSON MFG. CO., INC.
1111 Rank Parkway
Kokomo, IN  46901
Duns#: 006052690
Phone: (765)452-4425
 Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

**Invoice**

Page ___ of ___

Cust PO#: P4290036
Pro Number: 127318749
Invoice Date: 10/07/05
 Freight: Collect
Ship Via: PJAX

Invoice No  50716

>>Bill To: 1000
      Delphi Packard Electric System

>>Ship To: 303700
      Delphi Packard Plant 37 RBE IX
      48 Walter Jones Blvd.
      CISCO 60837      SAP# FV37
      El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15462653 | 02 | 1,200 | 1 | 1,200 | EA | 62.380 | /M | 74.86 |




ENTERED
OCT 0 7 2005

Remit to: Lorentson Mfg. Inc.
       P.O. Box 932
       Kokomo, IN 46903-0932

Invoice Sub Total:        74.86
    Total Freight:         0.00
                  ---------------
           Total: $       74.86

Payment Terms:        Total Skids:      Total Cartons:
 net 60                   0                 1                          Page  1

LORENTSON MFG. INC.
1111 Rank Parkway
Kokomo, IN  46901
Duns#: 006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

Invoice

Cust PO#: P4220156
Pro Number: 127318749
Invoice Date: 10/07/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
        Delphi Packard Electric System

>>Ship To: 303800
        Delphi Packard Plant 38 RBE V
        48 Walter Jones Blvd.
        CISCO 60838      SAP# FV38
        El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 12065286 | E | 6,000 | 1 | 6,000 | EA | 21.660  /M | 129.96 |





ENTERED
OCT 0 7 2005

Remit to: Lorentson Mfg. Inc.
          P.O. Box 932
          Kokomo, IN 46903-0932

Invoice Sub Total:      129.96
     Total Freight:       0.00
                    ----------------
            Total: $     129.96

Payment Terms:       Total Skids:       Total Cartons:
  net 60                 0                   1                              Page  1

LORENTSON MFG. CO., INC
1111 Rank Parkway
Kokomo, IN  46901
Duns#: 006052690
Phone: (765)452-4425
 Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

**Invoice**

Demand Letter Part B
Page _193_ of _210_

Invoice No :  20 - 50718

Cust PO#: P4220156
Pro Number: 127318749
Invoice Date: 10/07/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
          Delphi Packard Electric System

>>Ship To: 303900
          Delphi Packard Plant 39 RBE I
          48 Walter Jones Blvd.
          CISCO 60835    SAP# FV39
          El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12193790 | C | 6,500 | 1 | 6,500 | EA | 43.900 | /M | 285.35 |
| 15425579 | 02 | 960 | 74 | 71,040 | EA | 92.800 | /M | 6,592.51 |




ENTERED
OCT 0 7 2005

Remit to: Lorentson Mfg. Inc.
          P.O. Box 932
          Kokomo, IN 46903-0932

Invoice Sub Total:      6,877.86
Total Freight:          0.00
                  ----------------
Total: $      6,877.86

Payment Terms:          Total Skids:        Total Cartons:
 net 60                  2                   75                                          Page  1

LORENTSON MFG.CO., INC.
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

**Invoice**

Invoice Entered 10/21/05 10:56:21 No. 50719

Page _194_ of _210_

Cust PO#: P4290036
Pro Number: 127318749
Invoice Date: 10/07/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
        Delphi Packard Electric System

>>Ship To: 303900
        Delphi Packard Plant 39 RBE I
        48 Walter Jones Blvd.
        CISCO 60835    SAP# FV39
        El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|-------------|-----|-----------|-------------------|-------------|------|------------|---|--------|
| 15326662 | 003 | 900 | 2 | 1,800 | EA | 186.930 | /M | 336.47 |
| 15332156 | 15 | 9,500 | 2 | 19,000 | EA | 41.830 | /M | 794.77 |
| 15336207 | 001 | 7,000 | 3 | 21,000 | EA | 29.160 | /M | 612.36 |
| 15336210 | 001 | 10,000 | 2 | 20,000 | EA | 26.660 | /M | 533.20 |
| 15336225 | 001 | 7,000 | 3 | 21,000 | EA | 28.480 | /M | 598.08 |
| 15464951 | 02AA | 2,750 | 1 | 2,750 | EA | 64.000 | /M | 176.00 |
| 15489043 | 05 | 2,500 | 2 | 5,000 | EA | 75.000 | /M | 375.00 |
| 15490959 | 03 | 2,500 | 1 | 2,500 | EA | 99.000 | /M | 247.50 |





ENTERED
OCT 0 7 2005

| | | | |
|---|---|---|---|
| Remit to: Lorentson Mfg. Inc. | | Invoice Sub Total: | 3,673.38 |
| P.O. Box 932 | | Total Freight: | 0.00 |
| Kokomo, IN 46903-0932 | | | -------- |
| | | Total: $ | 3,673.38 |

Payment Terms:        Total Skids:        Total Cartons:
  net 60                      0                     16                          Page 1

LORENTSON MFG CO INC
1111 Rank Parkway
Kokomo, IN  46901
Duns#: 006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

Cust PO#: P4220156
Pro Number: 127318756
Invoice Date: 10/07/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
      Delphi Packard Electric System

>>Ship To: 305000
      Delphi Packard - Plant 30
      48 Walter Jones Blvd.
      Plant 30 Dock Store # 5000
      El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15356825 | 001 | 60,000 | 1 | 60,000 | EA | 3.880 | /M | 232.80 |



ENTERED
OCT 0 7 2005

emit to: Lorentson Mfg. Inc.
        P.O. Box 932
        Kokomo, IN 46903-0932

Invoice Sub Total:      232.80
      Total Freight:      0.00
                    ----------------
            Total: $      232.80

ayment Terms:        Total Skids:      Total Cartons:
  net 60                0                  1

Page  1

LORENTSON MFG CO., INC.
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

**EXHIBIT B**
**Invoice**
**Page 196 of 210**

Cust PO#: P4290036
Pro Number: 127318756
Invoice Date: 10/07/05
Freight: Collect
Ship Via: PJAX

Invoice No. 50721

>>Bill To: 1000
        Delphi Packard Electric System

>>Ship To: 305100
        Delphi Packard - Plant 30
        48 Walter Jones Blvd.
        Plant 30 Dock Store # 5100
        El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15405477 | 002 | 1,200 | 1 | 1,200 | EA | 48.980 | /M | 58.78 |



ENTERED
OCT 0 7 2005

Remit to: Lorentson Mfg. Inc.
         P.O. Box 932
         Kokomo, IN 46903-0932

Invoice Sub Total:       58.78
Total Freight:            0.00
                  ---------------
         Total: $        58.78

Payment Terms:        Total Skids:       Total Cartons:
 net 60                    0                    1                          Page 1

LORENTSON MFG. CO., INC
1111 Rank Parkway
Kokomo, IN  46901
Duns#: 006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

**Invoice**

Invoice No: 20 - 50722
Cust PO#: P4220156
Pro Number: 127318756
Invoice Date: 10/07/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
        Delphi Packard Electric System

>>Ship To: 305300
        Delphi Packard - Plant 30
        48 Walter Jones Blvd.
        Plant 30 Dock Store # 5300
        El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12160712 | J | 600 | 4 | 2,400 | EA | 113.890 | /M | 273.34 |
| 15355281 | 001 | 400 | 3 | 1,200 | EA | 169.410 | /M | 203.29 |
| 15356825 | 001 | 60,000 | 5 | 300,000 | EA | 3.880 | /M | 1,164.00 |
| 15489550 | 01 | 3,700 | 4 | 14,800 | EA | 32.790 | /M | 485.29 |



ENTERED
OCT 0 7 2005

---

Remit to: Lorentson Mfg. Inc.
          P.O. Box 932
          Kokomo, IN 46903-0932

Invoice Sub Total:    2,125.92
   Total Freight:         0.00
                   ----------------
           Total: $   2,125.92

Payment Terms:        Total Skids:        Total Cartons:
  net 60                    0                    16                    Page  1

LORENTSON MFG CO., INC.
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

EXHIBIT B
Page 198 of 210

Invoice No: 50723
Cust PO#: P4220156
Pro Number: 127318756
Invoice Date: 10/07/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
        Delphi Packard Electric System

>>Ship To: 305700
        Delphi Packard - Plant 30
        48 Walter Jones Blvd.
        Plant 30 Dock Store # 5700
        El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 12020692 | E | 1,500 | 1 | 1,500 | EA | 53.570  /M | 80.36 |
| 12064754 | B | 1,300 | 4 | 5,200 | EA | 35.030  /M | 182.16 |
| 15356825 | 001 | 60,000 | 1 | 60,000 | EA | 3.880  /M | 232.80 |



ENTERED
OCT 0 7 2005

| Remit to: Lorentson Mfg. Inc. | | Invoice Sub Total: | 495.32 |
|---|---|---|---|
| P.O. Box 932 | | Total Freight: | 0.00 |
| Kokomo, IN 46903-0932 | | | |
| | | Total: $ | 495.32 |

Payment Terms:       Total Skids:       Total Cartons:
  net 60                 0                   6                              Page  1

LORENTSON MFG CO., INC.
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

**Invoice**

**EXHIBIT B**

**Page 199 of 210**

Invoice No.: 50724

Cust PO#: P4220156
Pro Number: 127318756
Invoice Date: 10/07/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
          Delphi Packard Electric System

>>Ship To: 305800
           Delphi Packard - Plant 30
           48 Walter Jones Blvd.
           Plant 30 Dock Store # 5800
           El Paso, TX 79906

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 12064754 | B | 1,300 | 1 | 1,300 | EA | 35.030  /M | 45.54 |



ENTERED
OCT 0 7 2005

Remit to: Lorentson Mfg. Inc.
          P.O. Box 932
          Kokomo, IN 46903-0932

Invoice Sub Total: 45.54
Total Freight: 0.00
----------------
Total: $ 45.54

Payment Terms:        Total Skids:        Total Cartons:
  net 60                  0                   1                          Page 1

LORENTSON MFG CO., INC
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

Invoice

Invoice No 50725

Cust PO#: P4220156
Pro Number: 127318764
Invoice Date: 10/07/05
   Freight: Collect
  Ship Via: PJAX

>>Bill To: 1000
          Delphi Packard Electric System

>>Ship To: 154660
           Delphi Packard - Plant 15
           1265 N. River Rd.
           Plant 15 Dock Dept. 4660
           Warren, OH 44483

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12059596 | G | 4,200 | 4 | 16,800 | EA | 18.150 | /M | 304.92 |
| 12065286 | E | 6,000 | 5 | 30,000 | EA | 21.660 | /M | 649.80 |



ENTERED
OCT 0 7 2005

Remit to: Lorentson Mfg. Inc.
          P.O. Box 932
          Kokomo, IN 46903-0932

Invoice Sub Total:        954.72
  Total Freight:            0.00
                    ---------------
             Total: $     954.72

Payment Terms:        Total Skids:        Total Cartons:
  net 60                    0                   9                      Page 1