LORENTSON MFG. CO., INC.
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

Invoice

Invoice No: 20-50726
Cust PO#: P4290036
Pro Number: 127318772
Invoice Date: 10/07/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1000
    Delphi Packard Electric System

>>Ship To: 809880
    Delphi P Centec Plant 98 SALT
    Carr Saltillo-Piedras Negras
    Plant 98 Store 9880
    Ramos Arizpe, COA, 25900

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15405092 | 002 | 600 | 1 | 600 | EA | 192.090 | /M | 115.25 |



ENTERED
OCT 0 7 2005

Remit to: Lorentson Mfg. Inc.
        P.O. Box 932
        Kokomo, IN 46903-0932

Invoice Sub Total:   115.25
Total Freight:         0.00
                  ----------
Total: $             115.25

Payment Terms:        Total Skids:      Total Cartons:
  net 60                   0                  1                              Page  1

```
LORENTSON MFG.CO., INC.                    Invoice          Invoice No.: 20 - 50727
1111 Rank Parkway                                           Cust PO#: P4290036
Kokomo, IN  46901                       EXHIBIT B           Pro Number: 127318772
Duns#: 006052690                       Page 202 of 210      Invoice Date: 10/07/05
Phone: (765)452-4425                                        Freight: Collect
  Fax: (765)452-7940                                        Ship Via: PJAX
Email:lorentsonmfg@iquest.net
```

>>Bill To: 1000  
    Delphi Packard Electric System

>>Ship To: 806196  
    Delphi P Plant 61 Zacatecas  
    Calzada De La Revolucion Mexic  
    Plant 61 Store  6196  
    Gudalupe, ZAC,  98600

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15422301 | 001 | 1,700 | 1 | 1,700 | EA | 61.760 | /M | 104.99 |



ENTERED  
OCT 0 7 2005

Remit to: Lorentson Mfg. Inc.  
    P.O. Box 932  
    Kokomo, IN  46903-0932

Invoice Sub Total:     104.99  
Total Freight:           0.00  
-----------------  
Total: $              104.99

Payment Terms:    Total Skids:    Total Cartons:  
net 60              0                1                      Page   1

```
LORENTSON MFG CO., INC                    Invoice         Invoice No.: 20  -50728
1111 Rank Parkway                                                       Reclamation
Kokomo, IN  46901                      EXHIBIT B         Cust PO#: P4220156
Duns#: 006052690                      Page 203 of 210    Pro Number: 127318772
Phone: (765)452-4425                                     Invoice Date: 10/07/05
  Fax: (765)452-7940                                        Freight: Collect
Email:lorentsonmfg@iquest.net                              Ship Via: PJAX
```

>>Bill To: 1000                              >>Ship To: 806396
    Delphi Packard Electric System              Delphi P Plant 63 Fresnillo
                                                Calle Apozol # 101, COL, Solid
                                                Plant 63 Store 6396
                                                Fresnillo, ZAC, 99010

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 12015983 | C | 2,100 | 1 | 2,100 | EA | 27.810 /M | 58.40 |




OCT 0 7 2005

Remit to: Lorentson Mfg. Inc.              Invoice Sub Total:    58.40
         P.O. Box 932                        Total Freight:       0.00
         Kokomo, IN 46903-0932                                 ----------
                                                    Total: $     58.40

Payment Terms:      Total Skids:      Total Cartons:
net 60                  0                  1                   Page  1

```
LORENTSON MFG. CO., INC.                    Invoice         Invoice No.: 20 - 50729
1111 Rank Parkway                                                            Reclamation
Kokomo, IN  46901                          EXHIBIT B
Duns#: 006052690                           Page 204 of 210
Phone: (765)452-4425                                        Pro Number: 127318772
  Fax: (765)452-7940                                        Cust PO#:   P4290036
Email:lorentsonmfg@iquest.net                               Invoice Date: 10/07/05
                                                            Freight: Collect
                                                            Ship Via: PJAX
```

>>Bill To: 1000
    Delphi Packard Electric System

>>Ship To: 808196
    Delphi P Plan 81 N Laredo I
    Iturbide 6970, Parque Ind. Lon
    Plant 81 Store 8196
    Nuevo Laredo, TAM, 78045

| Part Number | Rev | Pieces/Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15394385 | 002 | 1,600 | 1 | 1,600 | EA | 39.200 | /M | 62.72 |




ENTERED
OCT 0 7 2005

Remit to: Lorentson Mfg. Inc.          Invoice Sub Total:      62.72
         P.O. Box 932                  Total Freight:           0.00
         Kokomo, IN 46903-0932                              ------------
                                                Total: $     62.72

Payment Terms:     Total Skids:     Total Cartons:
  net 60                0                1                    Page    1

```
LORENTSON MFG.CO., INC.                    Invoice            Invoice No.: 20 - 50730
1111 Rank Parkway                                                         Reclamation
Kokomo, IN  46901                                             Cust PO#: P4290036
Duns#: 006052690                                              Pro Number: 127318772
Phone: (765)452-4425                                          Invoice Date: 10/07/05
  Fax: (765)452-7940                                               Freight: Collect
Email:lorentsonmfg@iquest.net                                     Ship Via: PJAX
```

>>Bill To: 1000                          >>Ship To: 808496
    Delphi Packard Electric System           Delphi P Plant 84 Quadalupe
                                             AV, Serafin Pena 2055, Col VI
                                             Plant 84 Store 8496
    ,                                        Gudalupe, NL,  67170

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 13552252 | 01 | 400 | 9 | 3,600 | EA | 105.790 | /M | 380.84 |



ENTERED
OCT 0 7 2005

Remit to: Lorentson Mfg. Inc.                    Invoice Sub Total:      380.84
          P.O. Box 932                              Total Freight:         0.00
          Kokomo, IN 46903-0932                                       ----------
                                                            Total: $    380.84

Payment Terms:        Total Skids:      Total Cartons:
  net 60                   0                  9                          Page 1

LORENTSON MFG. CO., INC.  
1111 Rank Parkway  
Kokomo, IN 46901  
Duns#: 006052690  
Phone: (765)452-4425  
  Fax: (765)452-7940  
Email:lorentsonmfg@iquest.net

**Invoice**

**EXHIBIT B**  
Page 206 of 310

Invoice No.: 20 - 50731  
Cust PO#: P4290036  
Pro Number: 127318772  
Invoice Date: 10/07/05  
   Freight: Collect  
  Ship Via: PJAX

\>\>Bill To: 1000  
    Delphi Packard Electric System

\>\>Ship To: 809296  
    Delphi P 9296 Cuidad Victoria  
    Boulevard Adolfo Lopez Mateos  
    Plant 92  Store 9296  
    Victoria, Tamaulipas TM,  87020

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15394385 | 002 | 1,600 | 2 | 3,200 | EA | 39.200 | /M | 125.44 |



OCT 0 7 2005

Remit to: Lorentson Mfg. Inc.  
      P.O. Box 932  
      Kokomo, IN 46903-0932

Invoice Sub Total: 125.44  
Total Freight: 0.00  
-----------------  
Total: $ 125.44

Payment Terms:  
  net 60

Total Skids:  
  0

Total Cartons:  
  2

Page 1

```
LORENTSON MFG.CO., INC.                    Invoice                Invoice No.: 20 - 50732
1111 Rank Parkway
Kokomo, IN  46901                                                 Cust PO#:  P4220156
Duns#: 006052690                                                  Pro Number: 127318772
Phone: (765)452-4425                                              Invoice Date: 10/07/05
  Fax: (765)452-7940                                                   Freight: Collect
Email:lorentsonmfg@iquest.net                                         Ship Via: PJAX
```

>>Bill To: 1000                              >>Ship To: 809696
   Delphi Packard Electric System               Delphi P Plant 96 Gudalupe
                                                AV Mexico # 300, COL Ninos HE
                                                Plant 96 Dock Store 9696
                                                Gudalupe, NL, 67190

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15489550 | 01 | 3,700 | 2 | 7,400 | EA | 32.790 | /M | 242.65 |



ENTERED
OCT 0 7 2005

Remit to: Lorentson Mfg. Inc.                 Invoice Sub Total:        242.65
         P.O. Box 932                            Total Freight:           0.00
         Kokomo, IN 46903-0932                                      -------------
                                                         Total: $       242.65

Payment Terms:         Total Skids:      Total Cartons:
  net 60                   0                   2                     Page    1

```
LORENTSON MFG CO., INC                                      Invoice        Invoice No: 20     50733
1111 Rank Parkway                                                          2nd Reclamation
Kokomo, IN  46901                                        Cust PO#: P4290036
Duns#: 006052690                                         Pro Number: 1Z7406410375997224
Phone: (765)452-4425                                     Invoice Date: 10/07/05
  Fax: (765)452-7940                                         Freight: Collect
Email:lorentsonmfg@iquest.net                               Ship Via: UPS


>>Bill To: 1000                                >>Ship To: 22
    Delphi Packard Electric System                 Delphi Packard - Plt 22
                                                   1001 Industrial Drive
                                                   Plant 22 Dock
                                                   Clinton, MS 39056
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 15332123 | 15 | 2,300 | 1 | 2,300 | EA | 40.940 /M | 94.16 |




OCT 0 7 2005

```
Remit to: Lorentson Mfg. Inc.                    Invoice Sub Total:       94.16
          P.O. Box 932                              Total Freight:         0.00
          Kokomo, IN 46903-0932                                     ----------------
                                                          Total: $       94.16
Payment Terms:       Total Skids:    Total Cartons:
    net 60                0                1                              Page 1
```

```
LORENTSON MFG. CO., INC.                    Invoice         Invoice No.: 20 - 50734
1111 Rank Parkway
Kokomo, IN  46901                         Page 269 of 210
Duns#: 006052690                                             Pro Number: 1Z7406410375061832
Phone: (765)452-4425                                         Invoice Date: 10/07/05
  Fax: (765)452-7940                                              Freight: Collect
Email:lorentsonmfg@iquest.net                                    Ship Via: UPS
                                                             Cust PO#: P4290036
```

>>Bill To: 1000                                   >>Ship To: 23
   Delphi Packard Electric System                    Delphi Packard - Plt 23
                                                     923 Industrial Park Road

                                                     Brookhaven, MS 39601

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 15400228 | 002 | 7,000 | 1 | 7,000 | EA | 32.650 /M | 228.55 |



OCT 07 2005

Remit to: Lorentson Mfg. Inc.                    Invoice Sub Total:        228.55
         P.O. Box 932                              Total Freight:          0.00
         Kokomo, IN 46903-0932                                      ---------------
                                                          Total: $        228.55

Payment Terms:          Total Skids:        Total Cartons:
  net 60                     0                    1                    Page  1

```
LORENTSON MFG. CO., INC.                    Invoice          Invoice No. 50735
1111 Rank Parkway
Kokomo, IN  46901                  Page 210 of 210      Cust PO#: P4290036
Duns#: 006052690                                      Pro Number: 1Z7406410375353446
   Phone: (765)452-4425                             Invoice Date: 10/07/05
     Fax: (765)452-7940                                  Freight: Collect
   Email:lorentsonmfg@iquest.net                        Ship Via: UPS


>>Bill To: 1000                              >>Ship To: DC0900
           Delphi Packard Electric System               Delphi Packard Electric
                                                        1265 North River Rd.
                                                        Dock CC Dept 0900
                                                        Warren, OH  44483
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 13510403 | 02 | 28,000 | 1 | 28,000 | EA | 8.400 | /M | 235.20 |




ENTERED
OCT 0 7 2005

```
Remit to: Lorentson Mfg. Inc.                Invoice Sub Total:       235.20
          P.O. Box 932                         Total Freight:           0.00
          Kokomo, IN 46903-0932                                   ------------
                                                       Total: $       235.20

Payment Terms:        Total Skids:        Total Cartons:
  net 60                   0                    1                   Page   1
```