| PLASTIC MOLDS | **LORENTSON MFG. CO.** | Tool and Die |
| E. D. M. WORK | P. O. BOX 932 | EXHIBIT C |
|  | 765-452-4425 | Page _1_ of _3_ |

KOKOMO, IND. 46903-0932    September 30    20 05

:ckard Electric Systems
x 431  Sta. 13C
rren, Ohio  44486

*SIGNED & SENT THRU* [signature]

Your P. O. No. P1S48971

Terms: Net 2nd day of 2nd month

Invoice  **18023**

Job #8250-P

| | | "FOR TOOLING" | | | | |
|---|---|---|---|---|---|---|
| 00002 | 1 | PRT0575P 002  Tool #12020808-PM-C-0004:  Build one 8 | | | | |
| | | Cav Mold  CAV #17-24   P/N 12020808, ECL 05 | | | $42,525 | 00 |
| | | ~~ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.~~   Thank you | | | | |
| | | Mike Clark | | | | |

PLASTIC MOLDS  
E. D. M. WORK

# LORENTSON MFG. CO.
**P. O. BOX 932**  
**765-452-4425**

Tool and Die

**EXHIBIT C**  
Page 2 of 3

KOKOMO, IND. **46903-0932**   September 30   20 05

Packard Electric Systems  
Box 431  Sta. 13C  
Warren, Ohio  44486

Your P. O. No. P1S50069 ~~BBX~~ 002

Terms: Net 2nd day of 2nd month

Invoice  **18025**

Job #8268-P

| | | | | | | |
|---|---|---|---|---|---|---|
| | | "FOR TOOLING" | | | | |
| 00003 | 1 | PRT0646P 002  Tool #13531434-PM-A-0001:  Build one 4 CAV Mold CAV #1-4  P/N 13531434 @ ECL "01" | | | | $24,725.00 |
| | | Thank you   ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED. | | | | | |
| | | Gary Harvischak | | | | | |

PLASTIC MOLDS  
E. D. M. WORK

# LORENTSON MFG. CO.
P. O. BOX 932  
765-452-4425

Tool and Die

**EXHIBIT C**  
Page 3 of 3

KOKOMO, IND. 46903-0932  September 30  20 05

Packard Electric Systems  
Box 431 Sta. 13C  
Warren, Ohio 44486

Your P. O. No. P1S51821

Terms: Net 2nd day of 2nd month

Invoice 18034

Job #8268-P

| | | | | | |
|---|---|---|---|---|---|
| | | "FOR TOOLING" | | | |
| 00001 | 1 | PRT0810P 001  Tool #13531434-PM-A-0001:  Add Stationary ejection to design and tool P/N 13531434 @ ECL "01" | | $ 2,825 | 00 |
| | | Thank you | | | |
| | | Gary Harvischak | | | |

(Stamp: ALL GOODS ON THIS INVOICE HAVE BEEN PRODUCED IN COMPLIANCE W/ FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.)

```
LORENTSON MFG. CO., INC.                                    Invoice          Invoice No:   50585
1111 Bank Parkway
Kokomo, IN  46901                                              Cust PO#:   550076155
Duns#: 006052690                                               Pro Number: 547849562
Phone: (765)452-4425                                           Invoice Date: 09/30/05
  Fax: (765)452-7940                                              Freight: Collect
Email:lorentsonmfg@iquest.net                                    Ship Via: BAX Global


>>Bill To: 1001                             >>Ship To: DA31
    Delphi Delco Electronics                    Delphi E & S Delnosa Plant 5-6
                                                702 Joaquin Cavazos Rd.
                                                LIDC Receiving Warehouse
        ,                                       Los Indios, TX 78567
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12193790 | C | 6,500 | 1 | 6,500 | EA | 43.900 | /M | 285.35 |



ENTERED
SEP 3 0 2005

```
Remit to: Lorentson Mfg. Inc.              Invoice Sub Total:     285.35
          P.O. Box 932                        Total Freight:        0.00
          Kokomo, IN 46903-0932                                 ---------
                                                     Total: $     285.35

Payment Terms:        Total Skids:       Total Cartons:
  net 60                   0                   1                Page   1
```

```
LORENTSON MFG. INC.                    Invoice          Invoice No.: 20 - 50615
1111 Rank Parkway
Kokomo, IN  46901                                       Cust PO#:  550076155
Duns#: 006052690                                        Pro Number: 547863783
Phone: (765)452-4425                                    Invoice Date: 10/03/05
  Fax: (765)452-7940                                    Freight: Collect
Email:lorentsonmfg@iquest.net                           Ship Via: BAX Global


>>Bill To: 1001                          >>Ship To: DA31
      Delphi Delco Electronics               Delphi E & S Delnosa Plant 5-6
                                             702 Joaquin Cavazos Rd.
                                             LIDC Receiving Warehouse
                                             Los Indios, TX 78567
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12193790 | C | 6,500 | 1 | 6,500 | EA | 43.900 | /M | 285.35 |



ENTERED
OCT 0 3 2005

```
Remit to: Lorentson Mfg. Inc.            Invoice Sub Total:      285.35
          P.O. Box 932                   Total Freight:            0.00
          Kokomo, IN 46903-0932                                 --------
                                                    Total: $     285.35

Payment Terms:      Total Skids:   Total Cartons:
   net 60                0                1                      Page 1
```

```
LORENTSON MFG. CO., INC                    Invoice        Invoice No: 20-50643
1112 Rank Parkway                       Demand Exhibit 013      Reclamation
Kokomo, IN  46901                     Page  3  of  5      Cust PO#:  550076155
Duns#: 006052690                                          Pro Number: 547875974
Phone: (765)452-4425                                      Invoice Date: 10/04/05
  Fax: (765)452-7940                                      Freight: Collect
Email:lorentsonmfg@iquest.net                             Ship Via: BAX Global


>>Bill To: 1001                              >>Ship To: DA31
           Delphi Delco Electronics                      Delphi E & S Delnosa Plant 5-6
                                                         702 Joaquin Cavazos Rd.
                                                         LIDC Receiving Warehouse
                                                         Los Indios, TX 78567
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12193790 | C | 6,500 | 1 | 6,500 | EA | 43.900 | /M | 285.35 |



ENTERED
OCT 0 3 2005
OCT 0 4 2005

```
Remit to: Lorentson Mfg. Inc.                 Invoice Sub Total:      285.35
          P.O. Box 932                           Total Freight:         0.00
          Kokomo, IN 46903-0932                                   ------------
                                                        Total: $      285.35

Payment Terms:      Total Skids:     Total Cartons:
  net 60                 0                 1                           Page   1
```

```
LORENTSON MFG CO., INC                        Invoice            Invoice No: 21    50670
1111 Rank Parkway                         Demand Letter Part 13
Kokomo, IN 46901                          Page  7  of  5          Cust PO#: 550076155
Duns#: 006052690                                                  Pro Number: 547888946
Phone: (765)452-4425                                              Invoice Date: 10/05/05
  Fax: (765)452-7940                                              Freight: Collect
Email:lorentsonmfg@iquest.net                                     Ship Via: BAX Global


>>Bill To: 1001                              >>Ship To: DA31
          Delphi Delco Electronics                     Delphi E & S Delnosa Plant 5-6
                                                       702 Joaquin Cavazos Rd.
                                                       LIDC Receiving Warehouse
                                                       Los Indios, TX 78567
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12193790 | C | 6,500 | 1 | 6,500 | EA | 43.900 | /M | 285.35 |





ENTERED
OCT 0 5 2005

```
Remit to: Lorentson Mfg. Inc.                Invoice Sub Total:         285.35
          P.O. Box 932                       Total Freight:               0.00
          Kokomo, IN 46903-0932                                    ----------------
                                                           Total: $     285.35

Payment Terms:          Total Skids:      Total Cartons:
  net 60                     0                  1                      Page   1
```

LORENTSON, INC.
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
Fax: (765)452-7940
Email: lorentsonmfg@iquest.net

EXHIBIT D
Page 5 of 5

Cust PO#: 550076155
Pro Number: 547901723
Invoice Date: 10/06/05
Freight: Collect
Ship Via: BAX Global

\>\>Bill To: 1001
    Delphi Delco Electronics

\>\>Ship To: DA31
    Delphi E & S Delnosa Plant 5-6
    702 Joaquin Cavazos Rd.
    LIDC Receiving Warehouse
    Los Indios, TX 78567

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 12193790 | C | 6,500 | 1 | 6,500 | EA | 43.900 /M | 285.35 |



ENTERED
OCT 06 2005

Remit to: Lorentson Mfg. Inc.
    P.O. Box 932
    Kokomo, IN 46903-0932

Invoice Sub Total: 285.35
Total Freight: 0.00
Total: $ 285.35

Payment Terms:
  net 60

Total Skids:
  0

Total Cartons:
  1

Page 1