```
LORENTSON MFG. CO., INC.                    Invoice            Invoice No: 50486
1111 Rank Parkway                        EXHIBIT E
Kokomo, IN  46901                      Page  1  of 39          Cust PO#: 550023948
Duns#: 006052690                                               Pro Number: 127318400
Phone: (765)452-4425                                           Invoice Date: 09/27/05
  Fax: (765)452-7940                                           Freight: Collect
Email:lorentsonmfg@iquest.net                                  Ship Via: PJAX
```

>>Bill To: 1018  
Delphi Safety & Interior

>>Ship To: CMM  
Delphi CMM-Valley Whse  
3301 NAFTA Parkway-Suite B  
CISCO 39701   SAP RH01  
Brownsville, TX 78521

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 16643121 | 06 | 300 | 2 | 600 | EA | 274.060 | /M | 164.44 |
| 16643129 | 06 | 1,500 | 1 | 1,500 | EA | 64.100 | /M | 96.15 |
| 16643504 | 05 | 90 | 1 | 90 | EA | 181.970 | /M | 16.38 |
| 16643506 | 06 | 90 | 1 | 90 | EA | 210.100 | /M | 18.91 |
| 16644322 | 05 | 90 | 3 | 270 | EA | 176.510 | /M | 47.66 |
| 16644327 | 06 | 90 | 3 | 270 | EA | 203.810 | /M | 55.03 |



ENTERED  
SEP 27 2005

Remit to: Lorentson Mfg. Inc.  
P.O. Box 932  
Kokomo, IN 46903-0932

Invoice Sub Total:  398.57  
Total Freight:  0.00  
-----------------  
Total: $  398.57

Payment Terms:  
net 60

Total Skids: 0

Total Cartons: 11

Page 1

```
LORENTSON MFG., INC.                                          Invoice No.    50487
1111 Rank Parkway
Kokomo, IN  46901                         EXHIBIT E          Cust PO#:  550026080
Duns#: 006052690                        Page  2  of  39      Pro Number: 127318400
Phone: (765)452-4425                                         Invoice Date: 09/27/05
  Fax: (765)452-7940                                         Freight: Collect
Email:lorentsonmfg@iquest.net                                Ship Via: PJAX
```

Demand Letter Part 14

>>Bill To: 1018                               >>Ship To: CMM
          Delphi Safety & Interior                       Delphi CMM-Valley Whse
                                                         3301 NAFTA Parkway-Suite B
                                                         CISCO 39701   SAP RH01
                                                         Brownsville, TX 78521

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 16644359 | 04 | 180 | 1 | 180 | EA | 263.660 | /M | 47.46 |
| 16888954 | 02 | 224 | 2 | 448 | EA | 461.980 | /M | 206.97 |



ENTERED
SEP 27 2005

Remit to: Lorentson Mfg. Inc.              Invoice Sub Total:       254.43
         P.O. Box 932                      Total Freight:             0.00
         Kokomo, IN 46903-0932                                   ----------
                                                   Total: $        254.43

Payment Terms:        Total Skids:     Total Cartons:
  net 60                   0                 3                    Page   1

```
LORENTSON MFG. INC                          Invoice          Invoice No:  20    50488
1111 Rank Parkway                                            Reclamation
Kokomo, IN  46901                   EXHIBIT L               Cust PO#: 550023948
Duns#: 006052690                    Page 3 of 39            Pro Number: 547813442
Phone: (765)452-4425                                        Invoice Date: 09/27/05
  Fax: (765)452-7940                                             Freight: Collect
Email:lorentsonmfg@iquest.net                                   Ship Via: BAX Global


>>Bill To: 1018                              >>Ship To: CMM
     Delphi Safety & Interior                    Delphi CMM-Valley Whse
                                                 3301 NAFTA Parkway-Suite B
                                                 CISCO 39701  SAP RH01
                                                 Brownsville, TX 78521
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 16643504 | 05 | 90 | 1 | 90 | EA | 181.970 | /M | 16.38 |



ENTERED
SEP 2 7 2005

```
Remit to: Lorentson Mfg. Inc.              Invoice Sub Total:         16.38
          P.O. Box 932                        Total Freight:           0.00
          Kokomo, IN  46903-0932                                 ----------
                                                     Total: $         16.38

Payment Terms:       Total Skids:      Total Cartons:
   net 60                 0                  1                    Page   1
```

```
LORENTSON MFG. CO., INC                           Invoice        Invoice No: 50489
1111 Rank Parkway
Kokomo, IN  46901                                          Cust PO#:    550026080
Duns#: 006052690                                           Pro Number:  547813442
Phone: (765)452-4425                                       Invoice Date: 09/27/05
  Fax: (765)452-7940                                       Freight:     Collect
Email:lorentsonmfg@iquest.net                              Ship Via:    BAX Global


>>Bill To: 1018                              >>Ship To: CMM
        Delphi Safety & Interior                     Delphi CMM-Valley Whse
                                                     3301 NAFTA Parkway-Suite B
                                                     CISCO 39701    SAP RH01
                                                     Brownsville, TX  78521
```

EXHIBIT E

Page 4 of 39

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 16888954 | 02 | 224 | 2 | 448 | EA | 461.980 | /M | 206.97 |



ENTERED
SEP 27 2005

```
Remit to: Lorentson Mfg. Inc.              Invoice Sub Total:        206.97
          P.O. Box 932                     Total Freight:              0.00
          Kokomo, IN 46903-0932                                  ---------------
                                                        Total: $     206.97

Payment Terms:        Total Skids:     Total Cartons:
  net 60                   0                2                         Page  1
```

LORENTSON MFG. CO., INC.
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
 Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

Invoice
EXHIBIT E
Page 5 of 39

Invoice No: 20R-50490
Cust PO#: 550023948
Pro Number: 791739701330
Invoice Date: 09/27/05
Freight: Collect
Ship Via: Federal Express

>>Bill To: 1018
     Delphi Safety & Interior

>>Ship To: CMM
     Delphi CMM-Valley Whse
     3301 NAFTA Parkway-Suite B
     CISCO 39701   SAP RH01
     Brownsville, TX 78521

| Part Number | REV | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 16644326 | 06 | 90 | 2 | 180 | EA | 203.800 | /M | 36.68 |

ENTERED
SEP 2 7 2005



---

Remit to: Lorentson Mfg. Inc.
         P.O. Box 932
         Kokomo, IN 46903-0932

Invoice Sub Total:     36.68
Total Freight:          0.00
                   ----------
          Total: $    36.68

Payment Terms:        Total Skids:    Total Cartons:
net 60                      0                2           Page 1

**LORENTSON MFG. INC**
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
Fax: (765)452-7940
Email: lorentsonmfg@iquest.net

Invoice

Invoice No: 20 50491
Cust PO#: 550026080
Pro Number: 791739701362
Invoice Date: 09/27/05
Freight: Collect
Ship Via: Federal Express

>>Bill To: 1018
    Delphi Safety & Interior

>>Ship To: CMM
    Delphi CMM-Valley Whse
    3301 NAFTA Parkway-Suite B
    CISCO 39701  SAP RH01
    Brownsville, TX 78521

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 16888954 | 02 | 224 | 2 | 448 | EA | 461.980 | /M | 206.97 |



ENTERED
SEP 2 7 2005

Remit to: Lorentson Mfg. Inc.
    P.O. Box 932
    Kokomo, IN 46903-0932

Invoice Sub Total: 206.97
Total Freight: 0.00
Total: $ 206.97

Payment Terms:
  net 60

Total Skids: 0

Total Cartons: 2

Page 1

```
LORENTSON MFG. CO., INC                                    Invoice No: 20-50519
1111 Rank Parkway                          Invoice
Kokomo, IN  46901                                    Cust PO#: 550023948
Duns#: 006052690                                     Pro Number: 127318418
Phone: (765)452-4425                                 Invoice Date: 09/28/05
  Fax: (765)452-7940                                 Freight: Collect
Email:lorentsonmfg@iquest.net                        Ship Via: PJAX
```

**EXHIBIT E**

**Page 7 of 39**

>>Bill To: 1018
        Delphi Safety & Interior

>>Ship To: CMM
        Delphi CMM-Valley Whse
        3301 NAFTA Parkway-Suite B
        CISCO 39701   SAP RH01
        Brownsville, TX 78521

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 16643120 | 06 | 300 | 2 | 600 | EA | 274.060 | /M | 164.44 |
| 16643505 | 05 | 90 | 1 | 90 | EA | 181.970 | /M | 16.38 |
| 16644323 | 05 | 90 | 2 | 180 | EA | 176.510 | /M | 31.77 |
| 16644326 | 06 | 90 | 2 | 180 | EA | 203.800 | /M | 36.68 |



ENTERED
SEP 28 2005

| | | |
|---|---|---|
| Remit to: Lorentson Mfg. Inc. | Invoice Sub Total: | 249.27 |
| P.O. Box 932 | Total Freight: | 0.00 |
| Kokomo, IN 46903-0932 | Total: $ | 249.27 |

Payment Terms:      Total Skids:    Total Cartons:
net 60                   0                 7                                      Page 1

```
LORENTSON MFG. CO., INC                Invoice          Invoice No.: 20-50520
1111 Rank Parkway                                                    Reclamation
Kokomo, IN  46901                    EXHIBIT E           Cust PO#: 550026080
Duns#: 006052690                     Page 8 of 39        Pro Number: 127318418
Phone: (765)452-4425                                     Invoice Date: 09/28/05
  Fax: (765)452-7940                                     Freight: Collect
Email:lorentsonmfg@iquest.net                            Ship Via: PJAX
```

>>Bill To: 1018
   Delphi Safety & Interior

>>Ship To: CMM
   Delphi CMM-Valley Whse
   3301 NAFTA Parkway-Suite B
   CISCO 39701   SAP RH01
   Brownsville, TX 78521

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 16644358 | 04 | 180 | 1 | 180 | EA | 263.660 | /M | 47.46 |
| 16888955 | 02 | 224 | 2 | 448 | EA | 461.980 | /M | 206.97 |



ENTERED
SEP 2 8 2005

Remit to: Lorentson Mfg. Inc.          Invoice Sub Total:      254.43
         P.O. Box 932                  Total Freight:            0.00
         Kokomo, IN 46903-0932                                --------
                                              Total: $        254.43

Payment Terms:         Total Skids:    Total Cartons:
net 60                     0                 3                 Page 1

```
LORENTSON MFG. CO., INC.                    Invoice        Invoice No: 20-50521
1111 Rank Parkway                        EXHIBIT E         Cust PO#: 550023948
Kokomo, IN  46901                       Page 9 of 35      Pro Number: 547825714
Duns#: 006052690                                        Invoice Date: 09/28/05
Phone: (765)452-4425                                         Freight: Collect
  Fax: (765)452-7940                                        Ship Via: BAX Global
Email:lorentsonmfg@iquest.net
```

>>Bill To: 1018                               >>Ship To: CMM
          Delphi Safety & Interior                    Delphi CMM-Valley Whse
                                                      3301 NAFTA Parkway-Suite B
                                                      CISCO 39701   SAP RH01
                                                      Brownsville, TX 78521


| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 16643975 | 02 | 1,500 | 1 | 1,500 | EA | 53.930 | /M | 80.90 |



ENTERED
SEP 28 2005

Remit to: Lorentson Mfg. Inc.                    Invoice Sub Total:      80.90
         P.O. Box 932                              Total Freight:        0.00
         Kokomo, IN  46903-0932                                     ----------
                                                         Total: $       80.90

Payment Terms:        Total Skids:    Total Cartons:
  net 60                   0                1                         Page  1

```
LORENTSON MFG. CO., INC                                    Invoice          Invoice No. 50522
1111 Rank Parkway
Kokomo, IN  46901                                          Cust PO#: 550026080
Duns#: 006052690                                           Pro Number: 547825714
Phone: (765)452-4425                                       Invoice Date: 09/28/05
   Fax: (765)452-7940                                      Freight: Collect
Email:lorentsonmfg@iquest.net                              Ship Via: BAX Global


>>Bill To: 1018                          >>Ship To: CMM
     Delphi Safety & Interior                Delphi CMM-Valley Whse
                                             3301 NAFTA Parkway-Suite B
                                             CISCO 39701   SAP RH01
                                             Brownsville, TX 78521
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 16888955 | 02 | 224 | 2 | 448 | EA | 461.980 /M | 206.97 |



ENTERED
SEP 28 2005

```
Remit to: Lorentson Mfg. Inc.          Invoice Sub Total:        206.97
          P.O. Box 932                 Total Freight:              0.00
          Kokomo, IN 46903-0932                              ----------
                                                Total: $        206.97

Payment Terms:      Total Skids:    Total Cartons:
  net 60                 0                2                       Page 1
```

```
LORENTSON MFG CO., INC
1111 Rank Parkway
Kokomo, IN  46901
Duns#: 006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email:lorentsonmfg@iquest.net
```

Invoice # 18523

Cust PO#: 550023948
Pro Number: 1Z7406410175145746
Invoice Date: 09/28/05
Freight: Collect
Ship Via: UPS

>>Bill To: 1018
   Delphi Safety & Interior

>>Ship To: CMM
   Delphi CMM-Valley Whse
   3301 NAFTA Parkway-Suite B
   CISCO 39701   SAP RH01
   Brownsville, TX 78521

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 16644326 | 06 | 90 | 2 | 180 | EA | 203.800 | /M | 36.68 |



ENTERED SEP 28 2005

Remit to: Lorentson Mfg. Inc.
         P.O. Box 932
         Kokomo, IN 46903-0932

Invoice Sub Total:   36.68
Total Freight:        0.00
                   --------
Total: $             36.68

Payment Terms:        Total Skids:    Total Cartons:
  net 60                   0                2              Page 1

LORENTSON MFG. INC.
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

Invoice

Invoice No.: 20 - 50524
Cust PO#: 550026080
Pro Number: 1Z7406410175229969
Invoice Date: 09/28/05
Freight: Collect
Ship Via: UPS

>>Bill To: 1018
    Delphi Safety & Interior

>>Ship To: CMM
    Delphi CMM-Valley Whse
    3301 NAFTA Parkway-Suite B
    CISCO 39701   SAP RH01
    Brownsville, TX 78521

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 16643851 | 02 | 2,000 | 1 | 2,000 | EA | 56.110 /M | 112.22 |

ENTERED
SEP 2 8 2005

Remit to: Lorentson Mfg. Inc.
    P.O. Box 932
    Kokomo, IN 46903-0932

Payment Terms:
net 60

Total Skids: 0

Total Cartons: 1

Invoice Sub Total:  112.22
Total Freight:  0.00
-----------------
Total: $  112.22

Page 1

LORENTSON MFG. CO., INC.
1111 Park Parkway
Kokomo, IN  46901
Duns#: 006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

**EXHIBIT E**
**Page 13 of 39**

Invoice
Invoice No. 50557

Cust PO#: 550023948
Pro Number: 127318509
Invoice Date: 09/29/05
Freight: Collect
Ship Via: PJAX

\>\>Bill To: 1018
        Delphi Safety & Interior

\>\>Ship To: CMM
        Delphi CMM-Valley Whse
        3301 NAFTA Parkway-Suite B
        CISCO 39701   SAP RH01
        Brownsville, TX 78521

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 16643504 | 05 | 90 | 1 | 90 | EA | 181.970 | /M | 16.38 |
| 16643506 | 06 | 90 | 1 | 90 | EA | 210.100 | /M | 18.91 |
| 16643507 | 06 | 90 | 1 | 90 | EA | 210.100 | /M | 18.91 |
| 16644323 | 05 | 90 | 2 | 180 | EA | 176.510 | /M | 31.77 |
| 16644326 | 06 | 90 | 2 | 180 | EA | 203.800 | /M | 36.68 |
| 16644327 | 06 | 90 | 2 | 180 | EA | 203.810 | /M | 36.69 |



ENTERED
SEP 2 9 2005

Remit to: Lorentson Mfg. Inc.
          P.O. Box 932
          Kokomo, IN 46903-0932

Invoice Sub Total:   159.34
Total Freight:         0.00
                   ----------------
Total: $            159.34

Payment Terms:        Total Skids:       Total Cartons:
  net 60                   0                   9                    Page   1

```
LORENTSON MFG. CO., INC.                    Invoice        Invoice No.: 50558
1111 Rank Parkway                          EXHIBIT E
Kokomo, IN  46901                                          Cust PO#: 550026080
Duns#: 006052690                          Page 14 of 39    Pro Number: 127318509
Phone: (765)452-4425                                       Invoice Date: 09/29/05
 Fax: (765)452-7940                                        Freight: Collect
Email:lorentsonmfg@iquest.net                              Ship Via: PJAX
```

>>Bill To: 1018
          Delphi Safety & Interior

>>Ship To: CMM
          Delphi CMM-Valley Whse
          3301 NAFTA Parkway-Suite B
          CISCO 39701   SAP RH01
          Brownsville, TX 78521

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 16644360 | 04 | 180 | 1 | 180 | EA | 263.680 | /M | 47.46 |
| 16644361 | 04 | 180 | 1 | 180 | EA | 263.680 | /M | 47.46 |
| 16888954 | 02 | 224 | 3 | 672 | EA | 461.980 | /M | 310.45 |
| 16888955 | 02 | 224 | 3 | 672 | EA | 461.980 | /M | 310.45 |



ENTERED
SEP 29 2005

```
Remit to: Lorentson Mfg. Inc.              Invoice Sub Total:       715.82
          P.O. Box 932                       Total Freight:           0.00
          Kokomo, IN 46903-0932                                -----------
                                                     Total: $        715.82

Payment Terms:        Total Skids:    Total Cartons:
  net 60                   0              8                          Page 1
```

LORENTSON MFG., INC.
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
Fax: (765)452-7940
Email: lorentsonmfg@iquest.net

**Invoice**

**EXHIBIT E**

Page 15 of 39

Invoice No: 50559
Cust PO#: 550026080
Pro Number: 1Z7406410175271065
Invoice Date: 09/29/05
Freight: Collect
Ship Via: UPS

>>Bill To: 1018
    Delphi Safety & Interior

>>Ship To: CMM
    Delphi CMM-Valley Whse
    3301 NAFTA Parkway-Suite B
    CISCO 39701   SAP RH01
    Brownsville, TX 78521

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 16644361 | 04 | 180 | 1 | 180 | EA | 263.680 | /M | 47.46 |




ENTERED
SEP 29 2005

Remit to: Lorentson Mfg. Inc.
    P.O. Box 932
    Kokomo, IN 46903-0932

Invoice Sub Total:    47.46
Total Freight:         0.00
                   ----------
Total: $              47.46

Payment Terms:    Total Skids:    Total Cartons:
  net 60              0                1                                Page 1

LORENTSON MFG. CO., INC.
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

**Invoice**

EXHIBIT E
Page 16 of 39

Invoice No: 50580
Cust PO#: 550023948
Pro Number: 127318558
Invoice Date: 09/30/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1018
Delphi Safety & Interior

>>Ship To: CMM
Delphi CMM-Valley Whse
3301 NAFTA Parkway-Suite B
CISCO 39701   SAP RH01
Brownsville, TX 78521

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 16643120 | 06 | 300 | 2 | 600 | EA | 274.060 | /M | 164.44 |
| 16643505 | 05 | 90 | 1 | 90 | EA | 181.970 | /M | 16.38 |
| 16644322 | 05 | 90 | 2 | 180 | EA | 176.510 | /M | 31.77 |
| 16644323 | 05 | 90 | 2 | 180 | EA | 176.510 | /M | 31.77 |
| 16644326 | 06 | 90 | 2 | 180 | EA | 203.800 | /M | 36.68 |

ENTERED
SEP 3 0 2005

Remit to: Lorentson Mfg. Inc.
P.O. Box 932
Kokomo, IN 46903-0932

Invoice Sub Total:   281.04
Total Freight:         0.00
                   ----------
Total: $            281.04

Payment Terms:      Total Skids:    Total Cartons:
net 60                   0                9                    Page 1

LORENTSON MFG. CO., INC.
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

**Invoice**

Invoice No.: 20 - 50590
Cust PO#: 550026080
Pro Number: 127318558
Invoice Date: 09/30/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1018
    Delphi Safety & Interior

>>Ship To: CMM
    Delphi CMM-Valley Whse
    3301 NAFTA Parkway-Suite B
    CISCO 39701   SAP RH01
    Brownsville, TX 78521

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 16644361 | 04 | 180 | 1 | 180 | EA | 263.680 | /M | 47.46 |
| 16888954 | 02 | 224 | 2 | 448 | EA | 461.980 | /M | 206.97 |


ENTERED
SEP 3 0 2005



Remit to: Lorentson Mfg. Inc.
    P.O. Box 932
    Kokomo, IN 46903-0932

Payment Terms:
    net 60

Total Skids:
    0

Total Cartons:
    3

Invoice Sub Total:       254.43
Total Freight:             0.00
                    -------------
          Total: $       254.43

Page   1

LORENTSON MFG., INC.
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
Fax: (765)452-7940
Email: lorentsonmfg@iquest.net

**EXHIBIT E**

**Page _18_ of _39_**

Invoice No.: 20-ec-30591
Cust PO#: 550023948
Pro Number: 1Z7406410175191722
Invoice Date: 09/30/05
Freight: Collect
Ship Via: UPS

>>Bill To: 1018
Delphi Safety & Interior

>>Ship To: CMM
Delphi CMM-Valley Whse
3301 NAFTA Parkway-Suite B
CISCO 39701  SAP RH01
Brownsville, TX 78521

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 16643974 | 02 | 1,500 | 1 | 1,500 | EA | 53.930 /M | 80.90 |



ENTERED
SEP 3 0 2005

Remit to: Lorentson Mfg. Inc.
P.O. Box 932
Kokomo, IN 46903-0932

Payment Terms:
net 60

Total Skids: 0

Total Cartons: 1

Invoice Sub Total: 80.90
Total Freight: 0.00
-----------------
Total: $ 80.90

Page 1

```
LORENTSON MFG CO., INC                                      Invoice      Invoice No: 20-50616
1111 Bank Parkway                                           Cust PO#:  550023948
Kokomo, IN  46901                                           Pro Number: 127318566
Duns#: 006052690                                            Invoice Date: 10/03/05
Phone: (765)452-4425                                        Freight: Collect
  Fax: (765)452-7940                                        Ship Via: PJAX
Email:lorentsonmfg@iquest.net
```

>>Bill To: 1018                         >>Ship To: CMM
        Delphi Safety & Interior                Delphi CMM-Valley Whse
                                                3301 NAFTA Parkway-Suite B
                                                CISCO 39701   SAP RH01
                                                Brownsville, TX 78521

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 16643120 | 06 | 300 | 2 | 600 | EA | 274.060 | /M | 164.44 |
| 16643121 | 06 | 300 | 2 | 600 | EA | 274.060 | /M | 164.44 |
| 16643505 | 05 | 90 | 1 | 90 | EA | 181.970 | /M | 16.38 |
| 16644322 | 05 | 90 | 3 | 270 | EA | 176.510 | /M | 47.66 |
| 16644323 | 05 | 90 | 2 | 180 | EA | 176.510 | /M | 31.77 |
| 16644324 | 05 | 90 | 1 | 90 | EA | 181.970 | /M | 16.38 |
| 16644326 | 06 | 90 | 3 | 270 | EA | 203.800 | /M | 55.03 |
| 16644327 | 06 | 90 | 3 | 270 | EA | 203.810 | /M | 55.03 |



OCT 0 3 2005

```
Remit to: Lorentson Mfg. Inc.               Invoice Sub Total:      551.13
          P.O. Box 932                      Total Freight:            0.00
          Kokomo, IN  46903-0932                                   ----------
                                                       Total: $    551.13

Payment Terms:       Total Skids:    Total Cartons:
  net 60                 0                17                        Page 1
```

```
LORENTSON MFG. CO., INC.                    Invoice         Invoice No.:    50617
1111 Rank Parkway
Kokomo, IN  46901                                           Cust PO#: 550026080
Duns#: 006052690                                            Pro Number: 127318566
Phone: (765)452-4425                                        Invoice Date: 10/03/05
  Fax: (765)452-7940                                        Freight: Collect
Email:lorentsonmfg@iquest.net                               Ship Via: PJAX
```

Page 20 of 39

>>Bill To: 1018
    Delphi Safety & Interior

>>Ship To: CMM
    Delphi CMM-Valley Whse
    3301 NAFTA Parkway-Suite B
    CISCO 39701   SAP RH01
    Brownsville, TX 78521

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 16644358 | 04 | 180 | 1 | 180 | EA | 263.660 | /M | 47.46 |
| 16644359 | 04 | 180 | 1 | 180 | EA | 263.660 | /M | 47.46 |
| 16644360 | 04 | 180 | 1 | 180 | EA | 263.680 | /M | 47.46 |
| 16644361 | 04 | 180 | 2 | 360 | EA | 263.680 | /M | 94.92 |
| 16888955 | 02 | 224 | 3 | 672 | EA | 461.980 | /M | 310.45 |



ENTERED
OCT 0 3 2005

Remit to: Lorentson Mfg. Inc.
    P.O. Box 932
    Kokomo, IN 46903-0932

Invoice Sub Total:           547.75
Total Freight:                 0.00
                          ----------
                Total: $     547.75

Payment Terms:         Total Skids:      Total Cartons:
  net 60                    0                  8                          Page  1