```
LORENTSON MFG., INC.                          Invoice           Invoice No: 20-50618
1111 Bank Parkway
Kokomo, IN 46901                                                Cust PO#: 550023948
Duns#: 006052690                                                Pro Number: 547864925
 Phone: (765)452-4425                                           Invoice Date: 10/03/05
   Fax: (765)452-7940                                           Freight: Collect
 Email:lorentsonmfg@iquest.net                                  Ship Via: BAX Global
```

EXHIBIT E

Page 21 of 39

>>Bill To: 1018
         Delphi Safety & Interior

>>Ship To: CMM
         Delphi CMM-Valley Whse
         3301 NAFTA Parkway-Suite B
         CISCO 39701   SAP RH01
         Brownsville, TX 78521

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 16644323 | 05 | 90 | 2 | 180 | EA | 176.510 | /M | 31.77 |



| Remit to: Lorentson Mfg. Inc. | Invoice Sub Total: | 31.77 |
|---|---|---|
| P.O. Box 932 | Total Freight: | 0.00 |
| Kokomo, IN 46903-0932 | Total: $ | 31.77 |

| Payment Terms: | Total Skids: | Total Cartons: | |
|---|---|---|---|
| net 60 | 0 | 2 | Page 1 |

```
LORENTSON MFG. CO., INC.                    Invoice             Invoice No: 50619
1111 Rank Parkway
Kokomo, IN  46901                                       Cust PO#: 550026080
Duns#: 006052690                                        Pro Number: 547864925
Phone: (765)452-4425                                    Invoice Date: 10/03/05
  Fax: (765)452-7940                                    Freight: Collect
Email:lorentsonmfg@iquest.net                           Ship Via: BAX Global
```

EXHIBIT E
Page 32 of 39

>>Bill To: 1018                         >>Ship To: CMM
    Delphi Safety & Interior                Delphi CMM-Valley Whse
                                            3301 NAFTA Parkway-Suite B
                                            CISCO 39701   SAP RH01
                                            Brownsville, TX 78521

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 16644360 | 04 | 180 | 1 | 180 | EA | 263.680 | /M | 47.46 |
| 16888955 | 02 | 224 | 2 | 448 | EA | 461.980 | /M | 206.97 |



ENTERED OCT 03 2005

Remit to: Lorentson Mfg. Inc.              Invoice Sub Total:      254.43
         P.O. Box 932                      Total Freight:            0.00
         Kokomo, IN 46903-0932                                    ---------
                                                       Total: $    254.43

Payment Terms:       Total Skids:     Total Cartons:
  net 60                 0                 3                          Page 1

LORENTSON MFG. CO., INC.
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

Invoice
Invoice No.: 20-50620

Cust PO#: 550023948
Pro Number: 1Z7406410175416551
Invoice Date: 10/03/05
Freight: Collect
Ship Via: UPS

>>Bill To: 1018
    Delphi Safety & Interior

>>Ship To: CMM
    Delphi CMM-Valley Whse
    3301 NAFTA Parkway-Suite B
    CISCO 39701  SAP RH01
    Brownsville, TX 78521

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 16643129 | 06 | 1,500 | 1 | 1,500 | EA | 64.100 | /M | 96.15 |
| 16643975 | 02 | 1,500 | 1 | 1,500 | EA | 53.930 | /M | 80.90 |
| 16644325 | 05 | 90 | 1 | 90 | EA | 181.970 | /M | 16.38 |



Remit to: Lorentson Mfg. Inc.
    P.O. Box 932
    Kokomo, IN 46903-0932

Invoice Sub Total:    193.43
Total Freight:    0.00
--------------
Total: $    193.43

Payment Terms:    Total Skids:    Total Cartons:
net 60    0    3    Page 1

```
LORENTSON MFG. CO., INC.                    Invoice        Invoice No: 20-50621
1111 Rank Parkway
Kokomo, IN  46901                     EXHIBIT E
Duns#: 006052690                    Page 2d of 39     Cust PO#: 550026080
Phone: (765)452-4425                                  Pro Number: 1Z7406410175884386
  Fax: (765)452-7940                                  Invoice Date: 10/03/05
Email:lorentsonmfg@iquest.net                             Freight: Collect
                                                         Ship Via: UPS
```

>>Bill To: 1018                              >>Ship To: CMM
         Delphi Safety & Interior                    Delphi CMM-Valley Whse
                                                     3301 NAFTA Parkway-Suite B
                                                     CISCO 39701   SAP RH01
                                                     Brownsville, TX 78521

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 16643851 | 02 | 2,000 | 1 | 2,000 | EA | 56.110 | /M | 112.22 |
| 16644329 | 06 | 90 | 1 | 90 | EA | 203.800 | /M | 18.34 |
| 16644363 | 04 | 180 | 1 | 180 | EA | 263.660 | /M | 47.46 |



ENTERED
OCT 03 2005

| | |
|---|---|
| Remit to: Lorentson Mfg. Inc. | Invoice Sub Total:    178.02 |
| P.O. Box 932 | Total Freight:      0.00 |
| Kokomo, IN  46903-0932 | ---------------- |
| | Total: $    178.02 |
| Payment Terms:    Total Skids:    Total Cartons: | |
| net 60              0              3 | Page  1 |

LORENTSON MFG., INC.
1111 Rank Parkway
Kokomo, IN  46901
Duns#: 006052690
Phone: (765)452-4425
  Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

**EXHIBIT E**
Page 25 of 39

Cust PO#: 550023948
Pro Number: 1Z7406410175537439
Invoice Date: 10/04/05
Freight: Collect
Ship Via: UPS

>>Bill To: 1018
         Delphi Safety & Interior

>>Ship To: CMM
         Delphi CMM-Valley Whse
         3301 NAFTA Parkway-Suite B
         CISCO 39701   SAP RH01
         Brownsville, TX  78521

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 16643128 | 06 | 1,500 | 1 | 1,500 | EA | 64.100 | /M | 96.15 |
| 16644322 | 05 | 90 | 3 | 270 | EA | 176.510 | /M | 47.66 |




ENTERED
OCT 03 2005
OCT 04 2005

Remit to: Lorentson Mfg. Inc.        Invoice Sub Total:      143.81
         P.O. Box 932                Total Freight:            0.00
         Kokomo, IN  46903-0932                          ----------------
                                                Total: $      143.81

Payment Terms:        Total Skids:    Total Cartons:
   net 60                  0                4                 Page  1

```
LORENTSON MFG.CO., INC              Invoice            Invoice No.: 20  - 50647
1111 Park Parkway                EXHIBIT E
Kokomo, IN  46901            Page 26 of 39          Cust PO#: 550026080
Duns#: 006052690                                    Pro Number: 1Z7406410175745875
Phone: (765)452-4425                                Invoice Date: 10/04/05
  Fax: (765)452-7940                                    Freight: Collect
Email:lorentsonmfg@iquest.net                          Ship Via: UPS
```

&gt;&gt;Bill To: 1018  
    Delphi Safety & Interior

&gt;&gt;Ship To: CMM  
    Delphi CMM-Valley Whse  
    3301 NAFTA Parkway-Suite B  
    CISCO 39701   SAP RH01  
    Brownsville, TX 78521

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 16644360 | 04 | 180 | 1 | 180 | EA | 263.680 | /M | 47.46 |
| 16888954 | 02 | 224 | 2 | 448 | EA | 461.980 | /M | 206.97 |



Remit to: Lorentson Mfg. Inc.  
    P.O. Box 932  
    Kokomo, IN 46903-0932

Invoice Sub Total: 254.43  
Total Freight: 0.00  
-----------------  
Total: $ 254.43

Payment Terms:  
net 60

Total Skids:  
0

Total Cartons:  
3

Page 1

LORENTSON MFG CO., INC
1111 Rank Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
Fax:   (765)452-7940
Email:lorentsonmfg@iquest.net

Invoice

Invoice No: 20-50672
Cust PO#: 550023948
Pro Number: 127318699
Invoice Date: 10/05/05
Freight: Collect
Ship Via: PJAX

>>Bill To: 1018
    Delphi Safety & Interior

>>Ship To: CMM
    Delphi CMM-Valley Whse
    3301 NAFTA Parkway-Suite B
    CISCO 39701   SAP RH01
    Brownsville, TX 78521

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 16643504 | 05 | 90 | 1 | 90 | EA | 181.970 | /M | 16.38 |
| 16643506 | 06 | 90 | 1 | 90 | EA | 210.100 | /M | 18.91 |
| 16644322 | 05 | 90 | 3 | 270 | EA | 176.510 | /M | 47.66 |
| 16644323 | 05 | 90 | 2 | 180 | EA | 176.510 | /M | 31.77 |
| 16644326 | 06 | 90 | 3 | 270 | EA | 203.800 | /M | 55.03 |
| 16644327 | 06 | 90 | 3 | 270 | EA | 203.810 | /M | 55.03 |



ENTERED
OCT 0 5 2005

Remit to: Lorentson Mfg. Inc.
         P.O. Box 932
         Kokomo, IN 46903-0932

Invoice Sub Total:    224.78
Total Freight:          0.00
                   ----------
Total: $             224.78

Payment Terms:    Total Skids:    Total Cartons:
net 60                0                13                    Page 1

LORENTSON MFG CO., INC.  
1111 Rank Parkway  
Kokomo, IN  46901  
Duns#: 006052690  
Phone: (765)452-4425  
  Fax: (765)452-7940  
Email:lorentsonmfg@iquest.net

**Invoice**

**EXHIBIT E**

Page 28 of 39

Invoice No: 50673  
Cust PO#: 550026080  
Pro Number: 127318699  
Invoice Date: 10/05/05  
Freight: Collect  
Ship Via: PJAX

>>Bill To: 1018  
    Delphi Safety & Interior

>>Ship To: CMM  
    Delphi CMM-Valley Whse  
    3301 NAFTA Parkway-Suite B  
    CISCO 39701   SAP RH01  
    Brownsville, TX 78521

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 16644328 | 06 | 90 | 1 | 90 | EA | 203.800 | /M | 18.34 |
| 16644360 | 04 | 180 | 1 | 180 | EA | 263.680 | /M | 47.46 |
| 16644361 | 04 | 180 | 1 | 180 | EA | 263.680 | /M | 47.46 |



ENTERED  
OCT 0 5 2005

Remit to: Lorentson Mfg. Inc.  
    P.O. Box 932  
    Kokomo, IN  46903-0932

Invoice Sub Total:     113.26  
Total Freight:           0.00  
-----------------  
Total: $            113.26

Payment Terms:       Total Skids:       Total Cartons:  
  net 60                   0                  3                          Page   1

```
LORENTSON MFG. CO., INC.                    Invoice           Invoice No.: 20 - 50674
1111 Rank Parkway                                                          Reclamation
Kokomo, IN  46901                                             Cust PO#: 550026080
Duns#: 006052690                                              Pro Number: 1Z7406410175368532
Phone: (765)452-4425                                          Invoice Date: 10/05/05
  Fax: (765)452-7940                                          Freight: Collect
Email:lorentsonmfg@iquest.net                                 Ship Via: UPS


>>Bill To: 1018                              >>Ship To: CMM
    Delphi Safety & Interior                    Delphi CMM-Valley Whse
                                                3301 NAFTA Parkway-Suite B
                                                CISCO 39701   SAP RH01
         ,                                      Brownsville, TX 78521
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 16643851 | 02 | 2,000 | 1 | 2,000 | EA | 56.110  /M | 112.22 |



ENTERED
OCT 0 5 2005

```
Remit to: Lorentson Mfg. Inc.                 Invoice Sub Total:        112.22
          P.O. Box 932                        Total Freight:              0.00
          Kokomo, IN 46903-0932                                      ----------
                                                         Total: $       112.22
Payment Terms:       Total Skids:     Total Cartons:
  net 60                  0                 1                          Page   1
```

```
LORENTSON MFG CO., INC                                    Invoice          Invoice No: 20-50675
1111 Rank Parkway
Kokomo, IN  46901                                                    Cust PO#: 550023948
Duns#: 006052690                                                     Pro Number: 547890291
Phone: (765)452-4425                                                 Invoice Date: 10/05/05
  Fax: (765)452-7940                                                 Freight: Collect
Email:lorentsonmfg@iquest.net                                        Ship Via: BAX Global


>>Bill To: 1018                                  >>Ship To: CMM
        Delphi Safety & Interior                          Delphi CMM-Valley Whse
                                                          3301 NAFTA Parkway-Suite B
                                                          CISCO 39701   SAP RH01
            ,                                             Brownsville, TX 78521
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 16643507 | 06 | 90 | 1 | 90 | EA | 210.100 | /M | 18.91 |



OCT 0 5 2005

```
Remit to: Lorentson Mfg. Inc.                    Invoice Sub Total:          18.91
          P.O. Box 932                              Total Freight:            0.00
          Kokomo, IN 46903-0932                                       ---------------
                                                             Total: $       18.91

Payment Terms:        Total Skids:    Total Cartons:
  net 60                  0                 1                                Page  1
```

LORENTSON MFG.CO., INC.
1111 Ranyo Parkway
Kokomo, IN 46901
Duns#: 006052690
Phone: (765)452-4425
Fax: (765)452-7940
Email: lorentsonmfg@iquest.net

Invoice

Invoice No.: 20 - 50709
Reclamation
Cust PO#: 550023948
Pro Number: 547903274
Invoice Date: 10/06/05
Freight: Collect
Ship Via: BAX Global

>>Bill To: 1018
   Delphi Safety & Interior

>>Ship To: CMM
   Delphi CMM-Valley Whse
   3301 NAFTA Parkway-Suite B
   CISCO 39701   SAP RH01
   Brownsville, TX 78521

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 16643121 | 06 | 300 | 2 | 600 | EA | 274.060 | /M | 164.44 |
| 16643974 | 02 | 1,500 | 1 | 1,500 | EA | 53.930 | /M | 80.90 |

ENTERED
OCT 0 6 2005

Remit to: Lorentson Mfg. Inc.
          P.O. Box 932
          Kokomo, IN 46903-0932

Invoice Sub Total:    245.34
Total Freight:          0.00
                    -----------
            Total: $ 245.34

Payment Terms:       Total Skids:    Total Cartons:
net 60                     0              3                      Page   1

```
LORENTSON MFG CO., INC                                    Invoice                    Invoice #: 50710
1111 Rank Parkway                                                        Cust PO#: 550026080
Kokomo, IN  46901                         EXHIBIT E                      Pro Number: 547903274
Duns#: 006052690                        Page 32 of 39                    Invoice Date: 10/06/05
Phone: (765)452-4425                                                     Freight: Collect
  Fax: (765)452-7940                                                     Ship Via: BAX Global
Email:lorentsonmfg@iquest.net
```

>>Bill To: 1018
    Delphi Safety & Interior

>>Ship To: CMM
    Delphi CMM-Valley Whse
    3301 NAFTA Parkway-Suite B
    CISCO 39701   SAP RH01
    Brownsville, TX 78521

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 16644360 | 04 | 180 | 2 | 360 | EA | 263.680 /M | 94.92 |

OCT 0 6 2005

Remit to: Lorentson Mfg. Inc.            Invoice Sub Total:    94.92
         P.O. Box 932                    Total Freight:         0.00
         Kokomo, IN 46903-0932                                 --------
                                         Total: $             94.92

Payment Terms:        Total Skids:    Total Cartons:
  net 60                  0                2                   Page 1

```
LORENTSON MFG., INC.                                  Invoice            Invoice No:    50711
1111 Rank Parkway                                                        Cust PO#:  550023948
Kokomo, IN  46901                EXHIBIT E                               Pro Number: 791749208732
Duns#: 006052690                 Page 33 of 39                           Invoice Date: 10/07/05
Phone: (765)452-4425                                                     Freight: Collect
  Fax: (765)452-7940                                                     Ship Via: Federal Express
Email:lorentsonmfg@iquest.net
```

>>Bill To: 1018                                   >>Ship To: CMM
        Delphi Safety & Interior                          Delphi Interior Systems-CMM
                                                          1900 Billy Mitchell Blvd.
                                                          Bldg B Dock 1 & 2
        ,                                                 Brownsville, TX  78521

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 16644326 | 06 | 90 | 3 | 270 | EA | 203.800 | /M | 55.03 |





ENTERED
OCT 06 2005

Remit to: Lorentson Mfg. Inc.                     Invoice Sub Total:         55.03
         P.O. Box 932                             Total Freight:              0.00
         Kokomo, IN 46903-0932                                          ---------------
                                                                Total: $     55.03

Payment Terms:          Total Skids:       Total Cartons:
  net 60                    0                   3                       Page   1

```
LORENTSON MFG, INC                                    Invoice No   50712
1111 Rank Parkway                    EXHIBIT E         Cust PO#: 550023948
Kokomo, IN 46901                   Page 34 of 39       Pro Number: 790178836228
Duns#: 006052690                                       Invoice Date: 10/07/05
Phone: (765)452-4425                                   Freight: Collect
  Fax: (765)452-7940                                   Ship Via: Federal Express
Email:lorentsonmfg@iquest.net
```

>>Bill To: 1018                             >>Ship To: CMM
        Delphi Safety & Interior                    Delphi Interior Systems-CMM
                                                    1900 Billy Mitchell Blvd.
                                                    Bldg B Dock 1 & 2
                                                    Brownsville, TX 78521

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 16644326 | 06 | 90 | 2 | 180 | EA | 203.800 | /M | 36.68 |



OCT 0 6 2005



Remit to: Lorentson Mfg. Inc.                    Invoice Sub Total:      36.68
         P.O. Box 932                             Total Freight:          0.00
         Kokomo, IN 46903-0932                                       ----------
                                                  Total: $              36.68

Payment Terms:         Total Skids:    Total Cartons:
   net 60                    0              2                        Page  1

```
LORENTSON MFG. CO., INC.                    Invoice         Invoice No.: 20 - 50736
1111 Rank Parkway                       EXHIBIT 15
Kokomo, IN  46901                       Page 35 of 39         Cust PO#: 550023948
Duns#: 006052690                                              Pro Number: 127318780
Phone: (765)452-4425                                          Invoice Date: 10/07/05
  Fax: (765)452-7940                                          Freight: Collect
Email:lorentsonmfg@iquest.net                                 Ship Via: PJAX
```

>>Bill To: 1018  
    Delphi Safety & Interior

>>Ship To: CMM  
    Delphi CMM-Valley Whse  
    3301 NAFTA Parkway-Suite B  
    CISCO 39701  SAP RH01  
    Brownsville, TX 78521

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 16643505 | 05 | 90 | 2 | 180 | EA | 181.970 | /M | 32.75 |
| 16644322 | 05 | 90 | 2 | 180 | EA | 176.510 | /M | 31.77 |
| 16644323 | 05 | 90 | 2 | 180 | EA | 176.510 | /M | 31.77 |
| 16644326 | 06 | 90 | 2 | 180 | EA | 203.800 | /M | 36.68 |




OCT 07 2005

Remit to: Lorentson Mfg. Inc.  
    P.O. Box 932  
    Kokomo, IN 46903-0932

Invoice Sub Total: 132.97  
Total Freight: 0.00  
-----------------  
Total: $ 132.97

Payment Terms:  
  net 60

Total Skids: 0

Total Cartons: 8

Page 1

```
LORENTSON MFG. INC.                                                    Invoice No: 50737
1111 Rank Parkway
Kokomo, IN  46901                      EXHIBIT E              Cust PO#: 550026080
Duns#: 006052690                                              Pro Number: 127318780
Phone: (765)452-4425                  Page 36 of 39           Invoice Date: 10/07/05
  Fax: (765)452-7940                                          Freight: Collect
Email:lorentsonmfg@iquest.net                                 Ship Via: PJAX
```

\>\>Bill To: 1018                                    \>\>Ship To: CMM
    Delphi Safety & Interior                        Delphi CMM-Valley Whse
                                                    3301 NAFTA Parkway-Suite B
                                                    CISCO 39701   SAP RH01
                                                    Brownsville, TX 78521

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 16644361 | 04 | 180 | 2 | 360 | EA | 263.680 | /M | 94.92 |
| 16888955 | 02 | 224 | 2 | 448 | EA | 461.980 | /M | 206.97 |



ENTERED
OCT 0 7 2005

Remit to: Lorentson Mfg. Inc.                        Invoice Sub Total:      301.89
        P.O. Box 932                                 Total Freight:        0.00
        Kokomo, IN 46903-0932                                          ----------------
                                                                                Total: $         301.89

Payment Terms:              Total Skids:       Total Cartons:
  net 60                       0                  4                                    Page   1

```
LORENTSON MFG CO., INC                                    Invoice           Invoice No:  2050738
1111 Bank Parkway
Kokomo, IN  46901                                                     Cust PO#:     550023948
Duns#: 006052690                                                      Pro Number:   1Z7406414475976563
Phone: (765)452-4425                                                  Invoice Date: 10/07/05
  Fax: (765)452-7940                                                  Freight: Collect
Email:lorentsonmfg@iquest.net                                         Ship Via: UPS


>>Bill To: 1018                                     >>Ship To: CMM
           Delphi Safety & Interior                             Delphi Interior Systems-CMM
                                                                1900 Billy Mitchell Blvd.
                                                                Bldg B Dock 1 & 2
                                                                Brownsville, TX 78521
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 16644326 | 06 | 90 | 2 | 180 | EA | 203.800 /M | 36.68 |



OCT 07 2005

```
Remit to: Lorentson Mfg. Inc.                       Invoice Sub Total:        36.68
          P.O. Box 932                              Total Freight:             0.00
          Kokomo, IN 46903-0932                                         ----------------
                                                              Total: $        36.68

Payment Terms:          Total Skids:    Total Cartons:
  net 60                     0                2                              Page  1
```

```
LORENTSON MFG. CO., INC                              Invoice     Invoice No: 50739
1111 Rank Parkway
Kokomo, IN  46901                                    Cust PO#:   550023948
Duns#: 006052690                                     Pro Number: 1Z7406410175008788
Phone: (765)452-4425                                 Invoice Date: 10/07/05
  Fax: (765)452-7940                                 Freight: Collect
Email:lorentsonmfg@iquest.net                        Ship Via: UPS


>>Bill To: 1018                         >>Ship To: CMM
       Delphi Safety & Interior                Delphi Interior Systems-CMM
                                               1900 Billy Mitchell Blvd.
                                               Bldg B Dock 1 & 2
       ,                                       Brownsville, TX 78521
```

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 16644326 | 06 | 90 | 2 | 180 | EA | 203.800 | /M | 36.68 |



OCT 0 7 2005

```
Remit to: Lorentson Mfg. Inc.            Invoice Sub Total:    36.68
          P.O. Box 932                      Total Freight:     0.00
          Kokomo, IN 46903-0932                               --------
                                                 Total: $     36.68

Payment Terms:      Total Skids:    Total Cartons:
 net 60                  0                2                   Page  1
```

LORENTSON MFG. CO., INC.
1111 Rank Parkway
Kokomo, IN  46901
Duns#: 006052690
Phone: (765)452-4425
 Fax: (765)452-7940
Email:lorentsonmfg@iquest.net

**Invoice**

**EXHIBIT E**

Page 35 of 39

Invoice No: 50740
Cust PO#: 550026080
Pro Number: 1Z7406410175959002
Invoice Date: 10/07/05
Freight: Collect
Ship Via: UPS

>>Bill To: 1018
        Delphi Safety & Interior

>>Ship To: CMM
        Delphi CMM-Valley Whse
        3301 NAFTA Parkway-Suite B
        CISCO 39701    SAP RH01
        Brownsville, TX 78521

| Part Number | Rev | Pieces /Carton | Number of Cartons | Qty Shipped | Unit | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 16888955 | 02 | 224 | 2 | 448 | EA | 461.980 | /M | 206.97 |



OCT 0 7 2005

Remit to: Lorentson Mfg. Inc.
         P.O. Box 932
         Kokomo, IN 46903-0932

Invoice Sub Total:       206.97
Total Freight:             0.00
                        --------
               Total: $  206.97

Payment Terms:        Total Skids:      Total Cartons:
  net 60                   0                  2                                   Page  1