# Hinshaw, Jeannette

| | |
|---|---|
| **From:** | Hinshaw, Jeannette |
| **Sent:** | Monday, October 17, 2005 7:38 PM |
| **To:** | 'John K. Lyons Esq. (jlyonsch@skadden.com)' |
| **Cc:** | 'Leonard Lorentson (LELorentson@Lorentson.com)' |
| **Subject:** | DELPHI-LORENTSON MANU-reclamation demand letter-15 parts |
| **Attachments:** | DELPHI-LORENTSON MANU-1 of 15-reclamation demand ltr; DELPHI-LORENTSON MANU. 2 of 15-reclamation demand letter; DELPHI-LORENTSON MANU. 3 of 15-reclamation demand letter; DELPHI-LORENTSON MANU. 4 of 15-reclamation demand letter; DELPHI-LORENTSON MANU. 5 0f 15-reclamation demand letter; DELPHI-LORENTSON MANU. 6 of 15-reclamation demand letter; DELPHI-LORENTSON MANU. 7 of 15-reclamation demand letter; DELPHI-LORENTSON MANU. 8 of 15-reclamation demand letter; DELPHI-LORENTSON MANU. 9 of 15-reclamation demand letter; DELPHI-LORENTSON MANU. 10 of 15-relcamation demand letter; DELPHI-LORENTSON MANU. 11 of 15-reclamation demand letter; DELPHI-LORENTSON MANU. 12 of 15-reclamation demand letter; DELPHI-LORENTSON MANU. 13 of 15-reclamation demand letter; DELPHI-LORENTSON MANU. 14 of 15-reclamation demand letter; DELPHI-LORENTSON MANU. 15 of 15-reclamation demand letter |

Please find attached the following:

- Reclamation demand letter from Lorentson Manufacturing Company, Inc. ("Lorentson"), demanding reclamation in the amount of $257,094.00
- Exhibit A, summarizing attachments
- Evidence of facsimile transmission to Delphi headquarters and Skadden Arps
- Exhibits B through and including E

I have entered an appearance on behalf of Lorentson in the Delphi case. Should you have questions, I am available per the contact information below.

Regards, Jeannette Hinshaw

Jeannette Eisan Hinshaw, Esq.
Bose McKinney & Evans LLP
135 N. Pennsylvania St., Suite 2700
Indianapolis, Indiana  46204
 direct telephone:317-684-5296
 direct fax:       317-223-0296
 copy center fax: 317-684-5173
email: jhinshaw@boselaw.com

Visit our website at www.boselaw.com
To view biographies click on "Our People"

10/17/2005