# *Decatur Plastic Products, Inc.*
## *P.O. Box 1079*
## *3250 North State Hwy. 7*
## *North Vernon, IN 47265*

October 17, 2005

| | |
|---|---|
| Delphi Corporation<br>Attn: Joyce Luker, Plant Manager<br>4605 Airport Road<br>Gadsden, AL 35904 | VIA FACSIMILE to (256)413-4053 (with Exhibit A) |
| Delphi Corporation<br>Attn: Saundra Marion, Plant Manager<br>1105 Ed Stephens Rd<br>Cottondale, AL 35453-2516 | VIA FACSIMILE to (205) 554-3401 (with Exhibit A) |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: John K. Lyons, Esq.<br>Attn: Allison Verderber Herriott, Esq.<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606 | VIA FACSIMILE to (312) 407-0411(with Exhibit A) and<br><br>e-mail to jlyonsch@skadden.com (with Exhibit A) |
| Delphi Corporation<br>World Headquarters<br>5725 Delphi Drive<br>Troy, Michigan 48098-2815 | VIA FACSIMILE to (248) 813-2499 (with Exhibit A) |

RE:  **Reclamation Demand by Decatur Plastic Products, Inc.**
Bankruptcy Petition filed by Delphi Corporation, et al., Case No.05-44481 (AJG),
Southern District of New York

Dear Sir/Madame:

It has come to our attention that the above-referenced debtors (the "Debtor") have filed for protection under Title 11 of the United States Code. Pursuant to Section 2-702 of the Uniform Commercial Code, and in accordance with Section 546(c) of the United States Bankruptcy Code, Decatur Plastic Products, Inc. ("Decatur") hereby demands reclamation of the goods received by the Debtor during the relevant statutory period.

The demand specifically includes but is not limited to goods identified on the records annexed hereto. The records annexed hereto reflect unpaid invoices **totaling $219,053.60.** In light of your recent bankruptcy filing, you are further notified that all goods subject to our right of reclamation must be protected and segregated by you and shall not be used for any purpose whatsoever except those specifically authorized following notice and a hearing by the bankruptcy court.

Decatur further reserves the right to amend and supplement this Reclamation Notice (including filing additional evidence in support of this Reclamation Notice) or to file additional reclamation notices or claims; including without limitation, all other claims at law or in equity. Decatur also reserves all rights accruing to it, and the filing of this Reclamation Notice is not intended to be and shall not be construed as: (1) an election of remedy; (2) a waiver of any past, present, or future defaults or events of default; or (3) a

641910, v.5, last revised 10/17 (12212-1)

(1) an election of remedy; (2) a waiver of any past, present, or future defaults or events of default; or (3) a waiver or limitation of any rights of Decatur.

Please acknowledge receipt of Decatur's reclamation and payment demand by signing and dating this letter where indicated below and returning it to me by telecopier, (812) 346-5210. My telephone number is (812) 346-5159 ext.222.

Thank you for your anticipated cooperation.

Sincerely,

*Becky Gillenwater*

Ms. Becky Gillenwater
Chief Financial Officer, Decatur Plastic Products, Inc.

******************************************************************

**PLEASE SIGN AND FAX TO (812) 346-5210**

Receipt acknowledged this _____ day of _____, 2005, at _____ .m.

Name: _____
Printed: _____
Title: _____

Page Two of Two

Reclamation Demand Letter Dated October 17, 2005
to Delphi Corporation LLC et al.

641910, v.5, last revised 10/17 (12212-1)

## Reclamation Demand by Decatur Plastic Products, Inc.

Bankruptcy Petition filed by Delphi Corporation, et al., Case No.05-44481 (AJG), Southern District of New York

| Shipment ID # | Receipt Date | Invoice # | Invoice Amount | Notes |
|---|---|---|---|---|
| 773-4 | 9/27/2005 | 855-856 | 1,992.78 | |
| 776-7 | 9/27/2005 | 859-860 | 11,728.24 | |
| 778 | 9/27/2005 | 861 | 1,821.87 | |
| 779-780 | 9/27/2005 | 865-866 | 8,353.86 | |
| 781-2 | 9/28/2005 | 867-870 | 5,969.04 | |
| 784-5 | 9/28/2005 | 871-872 | 1,879.61 | |
| 225 | 9/29/2005 | 873,874,1013 | 6,794.14 | |
| 227A | 9/30/2005 | 875-876 | 10,813.88 | |
| 228 | 9/30/2005 | 877-878 | 15,822.78 | |
| 794-6 | 9/30/2005 | 879-883 | 9,698.81 | |
| 226A | 9/29/2005 | 884,885,1006 | 12,356.33 | |
| 800-801 | 9/30/2005 | 886-887 | 5,650.78 | |
| 229 | 10/1/2005 | 892-893 | 1,021.24 | |
| 230CARA | 10/3/2005 | 894 | 1,036.00 | |
| 231 | 10/4/2005 | 895-896 | 7,583.38 | |
| 232 | 10/3/2005 | 897-898 | 4,513.13 | |
| 233 | 10/4/2005 | 899 | 414.40 | |
| 234 | 10/3/2005 | 900-901 | 3,413.20 | |
| 236 | 10/3/2005 | 902-903 | 2,855.02 | |
| 237 | 10/4/2005 | 904-905 | 1,351.20 | |
| 238 | 10/5/2005 | 906-907 | 4,112.52 | |
| 239 | 10/4/2005 | 908-909 | 2,119.62 | |
| 240 | 10/4/2005 | 910,911,1007,1008 | 10,450.53 | |
| 822-823 | 10/5/2005 | 912,913,1009 | 9,084.21 | |
| 826-7 | 10/5/2005 | 921,923,1010,1011 | 8,696.57 | |
| 828-9 | 10/7/2005 | 922,924,925,927 | 8,232.80 | |
| 831-832 | 10/6/2005 | 926,928 | 1,181.49 | |
| 833-834 | 10/7/2005 | 929-930 | 11,722.32 | |
| 835-836 | 10/7/2005 | 931,932,1012 | 6,986.39 | |
| 839-840 | 10/7/2005 | 935-936 | 14,091.53 | |
| 841-2 | 10/7/2005 | 937-938 | 9,039.54 | |
| 837-8 | 10/7/2005 | 933-934 | 4,077.36 | Not able to verify receipt date |
| 844-5 | 10/8/2005 | 940-941 | 6,934.30 | Not able to verify receipt date |
| 846-7 | 10/8/2005 | 942-943 | 7,254.73 | Not able to verify receipt date |
| Total | | | 219,053.60 | |

10/17/2005                                C:\IETemp\Temporary Internet Files\OLK17E\Reclamation Total.xls\Sheet1

## Hinshaw, Jeannette

| | |
|---|---|
| **From:** | Hinshaw, Jeannette |
| **Sent:** | Monday, October 17, 2005 7:06 PM |
| **To:** | 'John K. Lyons Esq. (jlyonsch@skadden.com)' |
| **Subject:** | DELPHI-DECATUR-reclamation demand ltr, 1 of 1 |
| **Attachments:** | Decatur Plastic .pdf |

Please find attached the following:

- Reclamation demand letter from Decatur Plastic Products, Inc. ("Decatur") demanding reclamation in the amount of $219,053.60
- Exhibit A
- Evidence of facsimile transmission to Delphi headquarters and Skadden Arps

I have entered an appearance on behalf of Decatur in the Delphi case. Should you have questions, I am available per the contact information below.

Regards, Jeannette Hinshaw

Jeannette Eisan Hinshaw, Esq.
Bose McKinney & Evans LLP
135 N. Pennsylvania St., Suite 2700
Indianapolis, Indiana 46204
  direct telephone: 317-684-5296
  direct fax:       317-223-0296
  copy center fax: 317-684-5173
email: jhinshaw@boselaw.com

Visit our website at www.boselaw.com
To view biographies click on "Our People"

-----Original Message-----
From: sharescan25
Sent: Monday, October 17, 2005 6:38 PM
To: Hinshaw, Jeannette
Subject: DELPHI-DECATUR-reclamation demand ltr, 1 of 1


This PDF file was created using the eCopy Suite of products. For more information about how you can eCopy paper

Decatur Plastic .pdf
(224 KB)

documents and distribute them by email please visit http://www.ecopy.com

1

# MEMORY TRANSMISSION REPORT

```
                              TIME       : 2005-OCT-17  06:23PM
                              TEL NUMBER : +13176845173
                              NAME       : BOSE McKINNEY EVANS
```

| | | |
|---|---|---|
| FILE NUMBER | : | 470 |
| DATE | : | OCT-17 06:22PM |
| TO | : | 877#1#10#12564134053 |
| DOCUMENT PAGES | : | 004 |
| START TIME | : | OCT-17 06:22PM |
| END TIME | : | OCT-17 06:23PM |
| SENT PAGES | : | 004 |
| STATUS | : | OK |

FILE NUMBER    : 470          \*\*\* SUCCESSFUL TX NOTICE \*\*\*

## BOSE McKINNEY & EVANS LLP
ATTORNEYS AT LAW

**Jeannette Eisan Hinshaw**
Downtown Office
Direct Dial (317) 684-5296
Direct Fax (317) 223-0296
E-Mail: JHinshaw@boselaw.com

### FAX COVER SHEET

Date: __10/17/05__                                    Time: ____

From: __Jeannette Eisan Hinshaw__                     Phone: __(317) 684-5296__

To: __Delphi Corporation__                            Facsimile: __(256) 413-4053__

User No. __877__    Client/Matter No. __9912-Delphi__    Return to __JEH__

No. of pages transmitted (including cover sheet): ____    Operator's initials ____

**MESSAGE:**

If you experience any problems in receiving any of these pages, please call the Copy Center as soon as possible at 317-684-5144. Thank you.

658596

Downtown • 2700 First Indiana Plaza • 135 North Pennsylvania Street • Indianapolis, Indiana 46204 • (317) 684-5000 • Fax (317) 684-5173
North Office • 600 East 96th Street • Suite 500 • Indianapolis, Indiana 46240 • (317) 684-5300 • Fax (317) 684-5316
Washington Office • 700 North One Lafayette Centre • 1120 20th Street, N.W. • Washington, D.C. 20036 • (202) 973-1229 • Fax (202) 973-1212.
www.boselaw.com

MEMORY TRANSMISSION REPORT

```
TIME       : 2005-OCT-17  06:14PM
TEL NUMBER : +13176845173
NAME       : BOSE McKINNEY EVANS
```

| | | |
|---|---|---|
| FILE NUMBER | : | 469 |
| DATE | : | OCT-17 06:13PM |
| TO | : | 877#1#10#12055543401 |
| DOCUMENT PAGES | : | 004 |
| START TIME | : | OCT-17 06:13PM |
| END TIME | : | OCT-17 06:14PM |
| SENT PAGES | : | 004 |
| STATUS | : | OK |
| FILE NUMBER | : 469 | \*\*\* SUCCESSFUL TX NOTICE \*\*\* |

# BOSE McKINNEY & EVANS LLP
ATTORNEYS AT LAW

Jeannette Eisan Hinshaw
Downtown Office
Direct Dial (317) 684-5296
Direct Fax (317) 223-0296
E-Mail: JHinshaw@boselaw.com

## FAX COVER SHEET

Date: __10/17/05__    Time: _____

From: __Jeannette Eisan Hinshaw__    Phone: __(317) 684-5296__

**To:** *Delphi Corporation*    *Facsimile:* **(205) 554-3401**

User No. __877__    Client/Matter No. __9912-Delphi__    Return to __JEH__

No. of pages transmitted (including cover sheet): ____    Operator's initials _____

**MESSAGE:**

If you experience any problems in receiving any of these pages, please call the Copy Center as soon as possible at 317-684-5144. Thank you.

656596

Downtown • 2700 First Indiana Plaza • 135 North Pennsylvania Street • Indianapolis, Indiana 46204 • (317) 684-5000 • Fax (317) 684-5173
North Office • 600 East 96th Street • Suite 500 • Indianapolis, Indiana 46240 • (317) 684-5300 • Fax (317) 684-5316
Washington Office • 700 North One Lafayette Centre • 1120 20th Street, N.W. • Washington, D.C. 20036 • (202) 973-1229 • Fax (202) 973-1212
www.boselaw.com

MEMORY TRANSMISSION REPORT

```
                              TIME        : OCT-17-2005  06:32PM
                              TEL NUMBER  : +3176845173
                              NAME        : BOSE McKINNEY EVANS
```

| | | |
|---|---|---|
| FILE NUMBER | : | 440 |
| DATE | : | OCT-17 06:30PM |
| TO | : | 877#1#10#13124070411 |
| DOCUMENT PAGES | : | 004 |
| START TIME | : | OCT-17 06:30PM |
| END TIME | : | OCT-17 06:32PM |
| SENT PAGES | : | 004 |
| STATUS | : | OK |
| FILE NUMBER | : | 440 |

*** SUCCESSFUL TX NOTICE ***

**BOSE McKINNEY & EVANS LLP**
ATTORNEYS AT LAW

Jeannette Eisan Hinshaw
Downtown Office
Direct Dial (317) 684-5296
Direct Fax (317) 223-0296
E-Mail: JHinshaw@boselaw.com

## FAX COVER SHEET

Date: 10/17/05                                    Time: _____
From: Jeannette Eisan Hinshaw                     Phone: (317) 684-5296
To: Skadden Arps Slate Meagher & Flom LLP         Facsimile: (312) 407-0411
User No. 877    Client/Matter No. 9912-Delphi     Return to JEH
No. of pages transmitted (including cover sheet): ___    Operator's initials ___

**MESSAGE:**

If you experience any problems in receiving any of these pages, please call the Copy Center as soon as possible at 317-684-5144. Thank you.

656596

Downtown • 2700 First Indiana Plaza • 135 North Pennsylvania Street • Indianapolis, Indiana 46204 • (317) 684-5000 • Fax (317) 684-5173
North Office • 600 East 96th Street • Suite 500 • Indianapolis, Indiana 46240 • (317) 684-5300 • Fax (317) 684-5316
Washington Office • 700 North One Lafayette Centre • 1120 20th Street, N.W. • Washington, D.C. 20036 • (202) 973-1229 • Fax (202) 973-1212
www.boselaw.com

# MEMORY TRANSMISSION REPORT

```
                            TIME        : OCT-17-2005  06:25PM
                            TEL NUMBER  : +3176845173
                            NAME        : BOSE McKINNEY EVANS
```

| | |
|---|---|
| FILE NUMBER | : 438 |
| DATE | : OCT-17 06:24PM |
| TO | : 877#1#10#12488132499 |
| DOCUMENT PAGES | : 004 |
| START TIME | : OCT-17 06:24PM |
| END TIME | : OCT-17 06:25PM |
| SENT PAGES | : 004 |
| STATUS | : OK |
| FILE NUMBER | : 438 |

### *** SUCCESSFUL TX NOTICE ***

## BOSE McKINNEY & EVANS LLP
ATTORNEYS AT LAW

Jeannette Eisan Hinshaw
Downtown Office
Direct Dial (317) 684-5296
Direct Fax (317) 223-0296
E-Mail: JHinshaw@boselaw.com

## FAX COVER SHEET

Date: 10/17/05                                    Time: _____

From: Jeannette Eisan Hinshaw              Phone: (317) 684-5296

To: Delphi Corporation                     Facsimile: (248)813-2499

User No. 877     Client/Matter No. 9912-Delphi     Return to JEH

No. of pages transmitted (including cover sheet): ___     Operator's initials ___

**MESSAGE:**

If you experience any problems in receiving any of these pages, please call the Copy Center as soon as possible at 317-684-5144. Thank you.

658596

Downtown • 2700 First Indiana Plaza • 135 North Pennsylvania Street • Indianapolis, Indiana 46204 • (317) 684-5000 • Fax (317) 684-5173
North Office • 600 East 96th Street • Suite 500 • Indianapolis, Indiana 46240 • (317) 684-5300 • Fax (317) 684-5316
Washington Office • 700 North One Lafayette Centre • 1120 20th Street, N.W. • Washington, D.C. 20036 • (202) 973-1229 • Fax (202) 973-1212
www.boselaw.com