IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION., *et al.*<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD) |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF ALL NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that Sills Cummis Epstein & Gross P.C. ("Sills Cummis"), appears herein as attorneys for Hewlett-Packard Financial Services Company ("HPFS"), creditors and parties in interest in these chapter 11 cases. Pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Sills Cummis requests, on behalf of HPFS, that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given and served at the offices, addresses and telephone numbers set forth below and that Sills Cummis and HPFS be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as set forth below:

> Andrew H. Sherman, Esq.
> Sills Cummis Epstein & Gross P.C.
> 30 Rockefeller Plaza
> NewYork, New York 10112
> Telephone: (212) 643-7000
> Telecopier: (212) 643-6500
> E-mail: asherman@sillscummis.com

　　　　　　　　　　and

#966429 v1

Jack M. Zackin, Esq.
Sills Cummis Epstein & Gross P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
Telecopier: (973) 643-6500
E-mail: jzackin@sillscummis.com

and

Sharon Petrosino, Esq.
Hewlett-Packard Financial Services Company
420 Mountain Avenue
Murray Hill, New Jersey 07974
Telephone: (908) 898-4760
Telecopier: (908) 898-4133
E-mail: Sharon.Petrosino@hp.com

and

Glen Dumont, Esq.
Hewlett-Packard Financial Services Company
420 Mountain Avenue
Murray Hill, New Jersey 07974
Telephone: (908) 898-4750
Telecopier: (908) 898-4137
E-mail: glen.dumont@hp.com

**PLEASE TAKE FURTHER NOTICE**, that under section 1109(b) of the Bankruptcy Code, this request includes not only the notice and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of and all orders, applications, motions, petitions, pleadings, requests, complaints, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile, transmission, telegraph, telex, or otherwise that (1) affect or seek to affect in any way any rights or interests of any creditor or party in interest in these cases with respect to: (a) the debtors; (b) property of the estates; or (c) property or proceeds thereof in the possession, custody, or control of

#966429 v1

others that the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by HPFS.

**PLEASE TAKE FURTHER NOTICE**, that this Notice of Appearance includes and constitutes a request pursuant to Bankruptcy Rule 3017 to be served with each and every plan and disclosure statement which is filed herein by any person or entity.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance nor any later appearance, pleading, claim or suit waives (1) the right to have final orders in noncore matters entered only after de novo review by a District Court Judge, (2) the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: October 21, 2005

        SILLS CUMMIS EPSTEIN & GROSS P.C.
        30 Rockefeller Plaza
        New York, New York 10112
        (212) 643-7000
        Attorneys for Hewlett-Packard Financial
        Services Company

        By:   /s/ Andrew H. Sherman
             Andrew H. Sherman

#966429 v1