**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- :
In re:                                                       :     Chapter 11
                                                             :
DELPHI CORPORATION, et al.                                   :     Case No. 05-44481 (RDD)
                                                             :
     Debtors.                                                :     (Jointly Administered)
                                                             :
------------------------------------------------------------- :

### ORDER OF ADMISSION TO PRACTICE PRO HAC VICE

Jack M. Zackin, a member in good standing of the bar of the State of New Jersey and the bar of the United States District Court for the District of New Jersey, having requested admission *pro hac vice*, to represent Hewlett-Packard Financial Services Company in the above referenced case,

IT IS HEREBY ORDERED, that Jack M. Zackin is admitted to practice, *pro hac vice*, in the above referenced case in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated:

_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

#966424 v1