SILLS CUMMIS EPSTEIN & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: 973-643-7000
Attorneys for Hewlett-Packard Financial Services Company

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al. | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

### MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, Boris I. Mankovetskiy, a member in good standing of the bar of the State of New Jersey and the bar of the United States District Court for the District of New Jersey, request admission *pro hac vice* before the Honorable Robert D. Drain, to represent Hewlett-Packard Financial Services Company in the above referenced case.

My:  address is Sills Cummis Epstein & Gross P.C., One Riverfront Plaza, Newark, New Jersey 07102;

e-mail address is bmankovetskiy@sillscummis.com;

telephone number is: 973-643-7000

I agree to pay the fee of $25 upon approval by the Court of my admission to practice *pro hac vice*.

Dated: October 21, 2005

By  /s/ Boris I.Mankovetskiy
Boris I. Mankovetskiy (BM-4020)
SILLS CUMMIS EPSTEIN & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102

#966421 v1