**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, *et al.*,<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 05-44481-RDD<br><br>(Jointly Administered) |

### CERTIFICATION OF SERVICE

I, Lorraine D'Alessio, of full age, verify that on October 21, 2005, I caused to be served by First Class Mail a copy of the **Notice of Appearance and Request For Service of Papers Pursuant to § 1109(B) of the Bankruptcy Code and Bankruptcy Rules 2002(G) and 9010** on the persons on the annexed service list.

I verify under penalty of perjury that the forgoing statements are true.


Dated: October 21, 2005　　　　　　　By: /s/ Lorraine D'Alessio
　　　　　　　　　　　　　　　　　　　　　Lorraine D'Alessio

　　　　　　　　　　　　　　　　　　**LOWENSTEIN SANDLER PC**
　　　　　　　　　　　　　　　　　　65 Livingston Avenue
　　　　　　　　　　　　　　　　　　Roseland, New Jersey 07068
　　　　　　　　　　　　　　　　　　(973) 597-2500 (Telephone)
　　　　　　　　　　　　　　　　　　(973) 597-2481 (Facsimile)

　　　　　　　　　　　　　　　　　　*Attorneys for Cerberus Capital Management, L.P.*


99992/47
10/21/2005 1799489.01

-2-

## SERVICE LIST

| | |
|---|---|
| John William. Butler, Jr.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive<br>Chicago, IL 60606-1285<br>***Counsel for Delphi Corporation*** | Kayalyn A. Marafioti<br>Thomas J. Matz<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>***Counsel for Delphi Corporation*** |
| Alicia M. Leonhard<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004<br>***Counsel for the U.S. Trustee*** | |