IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case |
| | ) | |
| **DELPHI CORPORATION.** et al., | ) | Case No.  05-44481-RDD |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| Debtors. | ) | The Honorable Robert D. Drain |
| | ) | |

### NOTICE OF APPEARANCE AND
### DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Penn Aluminum International, Inc. ("Penn"), a creditor and party in interest in this proceeding, and pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §342 and § 1109(b), requests that all notices and pleadings given or required to be given in this case be given and served upon:

> Gary E. Green, Esq.
> Lauren Newman, Esq.
> FAGELHABER LLC
> 55 East Monroe, 40th Floor
> Chicago, Illinois 60603
> Phone: (312) 346-7500
> Fax: (312) 580-2201
> Email: ggreen@fagelhaber.com
>    lnewman@fagelhaber.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings therein.

456930-1

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Demand for

Notices and Papers shall not be deemed or construed to be a waiver of the rights of Penn (1) to

have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to

trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding

related to these cases, (3) to have the District Court withdraw the reference in any matter subject

to mandatory or discretionary withdrawal, or (4) to assert any other rights, claims, actions,

setoffs, or recoupments to which Penn is or may be entitled, in law or in equity, all of which

rights, claims, actions, defenses, setoffs, and recoupments Union expressly reserves.

DATED:    New York, New York
          October 21, 2005

                              Respectfully submitted,

                              **FAGELHABER, LLC**


                              /s/ Gary E. Green
                              Gary E. Green (IL Attorney No. 6199484)
                              Lauren Newman (IL Attorney No. 6188355)
                              FAGELHABER LLC
                              55 East Monroe, 40th Floor
                              Chicago, Illinois 60603
                              Phone: (312) 346-7500
                              Fax: (312) 580-2201

                              *Attorneys for Penn Aluminum International, Inc.*

456930-1

## CERTIFICATE OF SERVICE

I hereby certify that, on this 21st day of October 2005, I caused a true and correct copy of this **Notice of Appearance and Demand for Notices and Papers** to be served via electronic and/or United States first-class mail, postage prepaid, upon the following parties:

John Wm. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Kayalan A. Marafioti
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004

/s/ Gary E. Green

456930-1