William M. Hawkins (WH-1865)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-0037
212-407-4000

Attorney for Creditor Kyocera Industrial Ceramics Corp.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
In re:                                                      :
                                                            :   Chapter 11
                                                            :
DELPHI CORPORATION et al.,                                  :   Case No. 05-44481 (RDD)
                                                            :
                        Debtors.                            :   **NOTICE OF APPEARANCE**
                                                            :
------------------------------------------------------------X

      PLEASE TAKE NOTICE that, pursuant to, <u>inter alia</u>, Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and 11 U.S.C. § 1109(b), Kyocera Industrial Ceramics Corp., a creditor of one or more of the above-described debtors ("Kyocera"), hereby appears in the above cases by and through the below-indicated counsel. Kyocera requests that all notices given or required to be given and all papers served or required to be served in the aforesaid cases be given to and served upon:

      William M. Hawkins, Esq.
      Loeb & Loeb LLP
      345 Park Avenue
      New York, New York 10154-0037

      PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in Bankruptcy Rule 2002, but also all other notices and papers, including but not limited to: notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether

NY443618.2
004386G6624
10/19/2005 wh

transmitted or conveyed by mail, delivery, telephone, facsimile transmission, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings herein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed or construed to be a waiver of the rights of Kyocera to (i) have final orders in non-core matters entered only after de novo review by the District Court; (ii) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, set-offs or recoupments to which Kyocera is or may be entitled, all of which are expressly reserved.

Dated: New York, New York
October 20, 2005

LOEB & LOEB LLP

By *[signature]*
William M. Hawkins (WH-1865)
345 Park Avenue
New York, New York 10154-0037
(212) 407-4000

Attorney for Creditor Kyocera
Industrial Ceramics Corp.