KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Robert N. Michaelson, Esq. (RM-5925)
599 Lexington Avenue
New York, New York 10022
Telephone (212) 536-3900

*Attorneys for Assembleon America, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                      :     Chapter 11
                                                            :     Case No. 05-44481 (RDD)
DELPHI CORPORATON, et al.,                                  :     (Jointly Administered)
                                                            :     Hon. Robert D. Drain
                              Debtors.                      :
                                                            :
                                                            :
------------------------------------------------------------X

## RECLAMATION DEMAND OF ASSEMBLEON AMERICA, INC.

Assembleon America, Inc. ("Assembleon"), by its undersigned counsel, hereby makes this reclamation demand pursuant to section 546(c)(1) of the United States Bankruptcy Code and section 2-702 of the Uniform Commmercial Code and the procedures established by order of the United States Bankruptcy Court for the Southern District of New York granting the Motion for Order Under 11 U.S.C. §§ 362, 503 and 546 and Fed. R. Bankr. P. 9019 for Treatment of Reclamation Claims in the chapter 11 cases of the above-captioned debtors (the "Debtors").

Assembleon's reclamation demand is for goods delivered to the Debtors during the statutory reclamation period having an aggregate value of $264,863.25, as reflected on the spreadsheets annexed hereto. The goods delivered by Assembleon toe Debtors are too varied and extensive to itemize herein. However, the spreadsheets identify, among other things, the Debtors' purchase order numbers which Assembleon submits is sufficient to enable the Debtors

NY-392552 v7

- 2 -

to reasonably determine the goods Assembleon wishes to reclaim. Asseembleon reserves the right to amend this demand.

Dated: October 21, 2005

                                        KIRKPATRICK & LOCKHART
                                        NICHOLSON GRAHAM LLP
                                        Counsel for Assembleon America, Inc.
                                        599 Lexington Avenue
                                        New York, New York 10022
                                        Telephone (212) 536-3900

                                        By: _____
                                           Robert N. Michaelson (RM-5925)

**Assembleon America, Inc.**
**Delphi Corporation - Outstanding A/R Detail**
**As of: 14-Oct-05**

| NAME | Customer Number | Invoice Number | PO Number | Invoice Date | Prior to 09/28/05 | 09/28/05 to 10/07/05 | After 10/08/05 | Totals |
|---|---|---|---|---|---|---|---|---|
| CITY OF BROOKHAVEN | 50300000 | IN34202 | 03072 | 09/26/05 | 33,760.00 | - | - | 33,760.00 |
| CITY OF BROOKHAVEN | 50300000 | IN34696 | 03065 | 10/07/05 | - | 242,219.00 | - | 242,219.00 |
| | | | | | 33,760.00 | 242,219.00 | - | 275,979.00 |
| | | | | | | | | |
| DELCO ELECTRONICS | 50392900 | IN29184 | 450096519 | 05/12/05 | 2,791.60 | - | - | 2,791.60 |
| DELCO ELECTRONICS | 50392900 | IN34896 | 450118139 | 10/13/05 | - | - | 6,111.96 | 6,111.96 |
| | | | | | 2,791.60 | - | 6,111.96 | 8,903.56 |
| | | | | | | | | |
| DELPHI PACKARD | 50565300 | IN34743 | 05PR00001813 | 10/10/05 | - | - | 7,414.05 | 7,414.05 |
| | | | | | - | - | 7,414.05 | 7,414.05 |
| | | | | | | | | |
| PPU DELCO-KOKOMO | 50392100 | IN30481 | 450109117 | 06/17/05 | 6,517.00 | - | - | 6,517.00 |
| PPU DELCO-KOKOMO | 50392100 | IN33203 | 450121269 | 08/30/05 | 931.00 | - | - | 931.00 |
| PPU DELCO-KOKOMO | 50392100 | IN33244 | 450120935 | 08/30/05 | 3,724.00 | - | - | 3,724.00 |
| PPU DELCO-KOKOMO | 50392100 | IN33858 | 450144259 | 09/15/05 | 3,724.00 | - | - | 3,724.00 |
| PPU DELCO-KOKOMO | 50392100 | IN34311 | 450142165 | 09/28/05 | - | 4,655.00 | - | 4,655.00 |
| PPU DELCO-KOKOMO | 50392100 | IN34500 | 450144259 | 10/04/05 | - | 7,130.00 | - | 7,130.00 |
| PPU DELCO-KOKOMO | 50392100 | IN34855 | 4501046061 | 10/12/05 | - | - | 4,655.00 | 4,655.00 |
| | | | | | 14,896.00 | 11,785.00 | 4,655.00 | 31,336.00 |
| | | | | | | | | |
| SETECH, INC. (IN) | 51516900 | IN33277 | 232677 | 08/31/05 | 495.00 | - | - | 495.00 |
| SETECH, INC. (IN) | 51516900 | IN33399 | 126984 | 09/02/05 | 860.80 | - | - | 860.80 |
| SETECH, INC. (IN) | 51516900 | IN33400 | 126960 | 09/02/05 | 30.16 | - | - | 30.16 |
| SETECH, INC. (IN) | 51516900 | IN33410 | 126804 | 09/02/05 | 1,003.46 | - | - | 1,003.46 |
| SETECH, INC. (IN) | 51516900 | IN33435 | 229006 | 09/06/05 | 76.55 | - | - | 76.55 |
| SETECH, INC. (IN) | 51516900 | IN33534 | 234127 | 09/07/05 | 1,680.00 | - | - | 1,680.00 |
| SETECH, INC. (IN) | 51516900 | IN33578 | 234267 | 09/08/05 | 1,581.00 | - | - | 1,581.00 |
| SETECH, INC. (IN) | 51516900 | IN33669 | 234426 | 09/12/05 | 73.92 | - | - | 73.92 |
| SETECH, INC. (IN) | 51516900 | IN33732 | 234408 | 09/13/05 | 1,710.00 | - | - | 1,710.00 |
| SETECH, INC. (IN) | 51516900 | IN33796 | 127140 | 09/14/05 | 80.08 | - | - | 80.08 |
| SETECH, INC. (IN) | 51516900 | IN33798 | 234758 | 09/14/05 | 558.00 | - | - | 558.00 |
| SETECH, INC. (IN) | 51516900 | IN33808 | 234051 | 09/14/05 | 949.25 | - | - | 949.25 |
| SETECH, INC. (IN) | 51516900 | IN33846 | 234635 | 09/15/05 | 67.45 | - | - | 67.45 |
| SETECH, INC. (IN) | 51516900 | IN33847 | 127161 | 09/15/05 | 30.16 | - | - | 30.16 |
| SETECH, INC. (IN) | 51516900 | IN33879 | 234937 | 09/16/05 | 1,081.70 | - | - | 1,081.70 |
| SETECH, INC. (IN) | 51516900 | IN33953 | 235087 | 09/19/05 | 579.06 | - | - | 579.06 |
| SETECH, INC. (IN) | 51516900 | IN34014 | 127246 | 09/20/05 | 7,350.00 | - | - | 7,350.00 |
| SETECH, INC. (IN) | 51516900 | IN34040 | 232677 | 09/21/05 | 324.00 | - | - | 324.00 |
| SETECH, INC. (IN) | 51516900 | IN34045 | 235110 | 09/21/05 | 2,895.30 | - | - | 2,895.30 |
| SETECH, INC. (IN) | 51516900 | IN34068 | 234929 | 09/22/05 | 1,412.60 | - | - | 1,412.60 |
| SETECH, INC. (IN) | 51516900 | IN34071 | 127252 | 09/22/05 | 4.34 | - | - | 4.34 |
| SETECH, INC. (IN) | 51516900 | IN34071 | 127252 | 09/22/05 | 297.48 | - | - | 297.48 |
| SETECH, INC. (IN) | 51516900 | IN34072 | 127257 | 09/22/05 | 3.98 | - | - | 3.98 |
| SETECH, INC. (IN) | 51516900 | IN34072 | 127257 | 09/22/05 | 87.06 | - | - | 87.06 |
| SETECH, INC. (IN) | 51516900 | IN34102 | 126805 | 09/23/05 | 325.96 | - | - | 325.96 |
| SETECH, INC. (IN) | 51516900 | IN34122 | 235489 | 09/23/05 | 279.00 | - | - | 279.00 |
| SETECH, INC. (IN) | 51516900 | IN34124 | 235523 | 09/23/05 | 1,081.70 | - | - | 1,081.70 |
| SETECH, INC. (IN) | 51516900 | IN34126 | 127304 | 09/23/05 | 147.78 | - | - | 147.78 |
| SETECH, INC. (IN) | 51516900 | IN34179 | 234594 | 09/26/05 | 397.70 | - | - | 397.70 |
| SETECH, INC. (IN) | 51516900 | IN34180 | 235033 | 09/26/05 | 190.14 | - | - | 190.14 |
| SETECH, INC. (IN) | 51516900 | IN34182 | 235578 | 09/26/05 | 630.00 | - | - | 630.00 |
| SETECH, INC. (IN) | 51516900 | IN34183 | 235584 | 09/26/05 | 2,100.00 | - | - | 2,100.00 |
| SETECH, INC. (IN) | 51516900 | IN34234 | 235288 | 09/27/05 | 879.50 | - | - | 879.50 |
| SETECH, INC. (IN) | 51516900 | IN34242 | 235561 | 09/27/05 | 279.00 | - | - | 279.00 |
| SETECH, INC. (IN) | 51516900 | IN34261 | 235859 | 09/27/05 | 8,370.85 | - | - | 8,370.85 |
| ASETECH, INC. (IN) | 51516900 | IN34288 | 127245 | 09/28/05 | - | 30.89 | - | 30.89 |
| SETECH, INC. (IN) | 51516900 | IN34301 | 235755 | 09/28/05 | - | 465.00 | - | 465.00 |

05-44481-rdd    Doc 494    Filed 10/21/05    Entered 10/21/05 15:21:00    Main Document
Pg 4 of 4

Assembleon America, Inc.
Delphi Corporation - Outstanding A/R Detail
As of: 14-Oct-05

| NAME | Customer Number | Invoice Number | PO Number | Invoice Date | Prior to 09/28/05 | 09/28/05 to 10/07/05 | After 10/08/05 | Totals |
|---|---|---|---|---|---|---|---|---|
| SETECH, INC. (IN) | 51516900 | IN34343 | 235956 | 09/29/05 | - | 520.80 | - | 520.80 |
| SETECH, INC. (IN) | 51516900 | IN34383 | 127358 | 09/30/05 | - | 1,683.98 | - | 1,683.98 |
| SETECH, INC. (IN) | 51516900 | IN34384 | 235771 | 09/30/05 | - | 253.10 | - | 253.10 |
| SETECH, INC. (IN) | 51516900 | IN34385 | 127385 | 09/30/05 | - | 49.64 | - | 49.64 |
| SETECH, INC. (IN) | 51516900 | IN34430 | 127252 | 10/03/05 | - | 301.46 | - | 301.46 |
| SETECH, INC. (IN) | 51516900 | IN34435 | 235668 | 10/03/05 | - | 4.80 | - | 4.80 |
| SETECH, INC. (IN) | 51516900 | IN34436 | 235964 | 10/03/05 | - | 558.00 | - | 558.00 |
| SETECH, INC. (IN) | 51516900 | IN34451 | 127490 | 10/03/05 | - | 2,793.00 | - | 2,793.00 |
| SETECH, INC. (IN) | 51516900 | IN34494 | 236163 | 10/04/05 | - | 2,100.00 | - | 2,100.00 |
| SETECH, INC. (IN) | 51516900 | IN34495 | 236122 | 10/04/05 | - | 37.80 | - | 37.80 |
| SETECH, INC. (IN) | 51516900 | IN34496 | 236202 | 10/04/05 | - | 80.03 | - | 80.03 |
| SETECH, INC. (IN) | 51516900 | IN34498 | 127503 | 10/04/05 | - | 328.98 | - | 328.98 |
| SETECH, INC. (IN) | 51516900 | IN34553 | 236288 | 10/05/05 | - | 520.80 | - | 520.80 |
| SETECH, INC. (IN) | 51516900 | IN34571 | 127490 | 10/05/05 | - | 939.30 | - | 939.30 |
| SETECH, INC. (IN) | 51516900 | IN34676 | 127589 | 10/07/05 | - | 191.67 | - | 191.67 |
| SETECH, INC. (IN) | 51516900 | IN34720 | 127495 | 10/10/05 | - | - | 642.98 | 642.98 |
| SETECH, INC. (IN) | 51516900 | IN34772 | 236066 | 10/11/05 | - | - | 279.00 | 279.00 |
| SETECH, INC. (IN) | 51516900 | IN34778 | 236509 | 10/11/05 | - | - | 3,242.30 | 3,242.30 |
| SETECH, INC. (IN) | 51516900 | IN34780 | 236584 | 10/11/05 | - | - | 1,081.70 | 1,081.70 |
| SETECH, INC. (IN) | 51516900 | IN34841 | 127528 | 10/12/05 | - | - | 513.36 | 513.36 |
| SETECH, INC. (IN) | 51516900 | IN34854 | 127550 | 10/12/05 | - | - | 939.67 | 939.67 |
| SETECH, INC. (IN) | 51516900 | IN34876 | 235702 | 10/13/05 | - | - | 557.04 | 557.04 |
| SETECH, INC. (IN) | 51516900 | IN34878 | 236274 | 10/13/05 | - | - | 558.00 | 558.00 |
| SETECH, INC. (IN) | 51516900 | IN34885 | 127666 | 10/13/05 | - | - | 63.38 | 63.38 |
| SETECH, INC. (IN) | 51516900 | IN34893 | 237023 | 10/13/05 | - | - | 3,959.00 | 3,959.00 |
| SETECH, INC. (IN) | 51516900 | IN34948 | 236210 | 10/14/05 | - | - | 216.00 | 216.00 |
| SETECH, INC. (IN) | 51516900 | IN34965 | 237107 | 10/14/05 | - | - | 1,697.50 | 1,697.50 |
| | | | | | 37,912.98 | 10,859.25 | 13,749.93 | 62,522.16 |
| | | | | | 89,360.58 | 264,863.25 | 31,930.94 | **386,154.77** |