UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In RE:

DELPHI CORPORATION, et al.,

    Debtors.

Case No. 05-44481-RDD

In proceedings under Chapter 11

Hon. Richard D. Drain

## CERTIFICATE OF SERVICE

STATE OF MICHIGAN   )
                               )SS.
COUNTY OF WAYNE   )

     RONDA L. HARRIS, being first duly sworn, deposes and says that she is employed by Miller, Canfield, Paddock and Stone, P.L.C. and that she served a copy of the Limited Objection of Ford Motor Company to Interim Order Under 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364 (c)(2), 364(c)(3), 364(d)(1), and 364 (e) and Fed. Bankr. P. 2002, 2001 and 9014 (I) Authorizing Debtors to Obtain Postpetition Financing, (II) to Utilize Cash Collateral, (III) Granting Adequate Protection to Prepetition Secured Parties and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c), upon:

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

                                      \s\ Ronda L. Harris
                                      Ronda L. Harris, Administrative Assistant
                                      Miller, Canfield, Paddock and Stone, P.L.C.

Dated: October 21, 2005

DELIB:2671380.1\029982-00276