UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.,<br><br>        Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

**NOTICE OF RECLAMATION CLAIM**

Please be advised that a Notice of Reclamation Claim on behalf of OSRAM Opto Semiconductors Inc. was served on October 11, 2005 on the Debtors and on October 12, 2005 on their attorneys of record, John K. Lyons, Esq. and Ron E. Meisler, Esq. of Skadden, Arps, Slate, Meagher & Flom LLP.  A true and correct copy of the Notice of Reclamation Claim is attached hereto as Exhibit "A" and incorporated herein by reference for all purposes.

Dated: October 21, 2005              COOLEY GODWARD LLP


  /s/  Robert L. Eisenbach III
Robert L. Eisenbach III (CA State Bar #124896)
Gregg S. Kleiner (CA State Bar #141311)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone: (415) 693-2000
Facsimile:  (415) 693-2222
Email:  reisenbach@cooley.com

Attorneys for Creditor
OSRAM Opto Semiconductors Inc.

969425 v1/SF



October 11, 2005

**Via Facsimile, followed by Certified Mail, Return Receipt Requested.**

Rodney O'Neil            Jeffery Owens
President and COO        VP and President
Delphi Corporation       Delphi Electronics & Safety
5725 Delphi Drive        One Corporate Center P.O. Box 9005
Troy, Michigan, 48098-2815   Kokomo, Indiana 46904-9005
Fax 248-813-2670         Fax 765-451-5426

Re: **OSRAM Opto Semiconductor Inc.'s Demand for Reclamation of Goods pursuant to Uniform Commercial Code §2-702 and Bankruptcy Code §546(c)**

Dear Mr. O'Neil and Mr. Owens:

We understand that Delphi Corporation *et. al.* (collectively "Debtors"), commenced bankruptcy proceedings on or about October 8, 2005. Therefore, as required by Section 546(c) of the Bankruptcy Code and in accordance with our rights under Section 2-702 of the Uniform Commercial Code, OSRAM Opto Semiconductor Inc. ("OSRAM") hereby provides this written demand for reclamation of all goods delivered by OSRAM to any of the Debtors or otherwise provided to any of the Debtors within the ten (10) day period between September 29, 2005 and October 8, 2005. The enclosed documentation provides summary details on the invoices covered by our reclamation demand that are available at this time. Complete copies of the underlying invoices are available should you need them. However, our demand is not limited to the goods covered by those invoices, as other invoices may be in process and not available at this time.

This letter is intended to provide the requisite written demand to any of the Debtors to preserve our reclamation rights as required by Section 2-702 of the Uniform Commercial Code and Bankruptcy Code Section 546(c).

We would prefer to avoid the expense of immediate litigation, as it seems likely that there will be some bankruptcy court procedure instituted regarding reclamation claims, or that we may otherwise work out a resolution of our reclamation claim, subject to Bankruptcy Court approval. Thus, we would propose that in consideration for OSRAM refraining, for the time being, from filing an adversary proceeding complaint for reclamation, and in order for both sides to avoid the time and expense of immediate litigation, the Debtors agree that they will not interpose as a defense in respect of OSRAM's reclamation claim either: (1) OSRAM's delay in pursuing an adjudication of its reclamation claim pursuant to this agreement, or (2) any sale or other disposition of the goods which are the subject of such claim which occurred or may occur after the date this reclamation demand is received by Debtors. Debtors would, of course, reserve any and all other defenses or objections that they may have with respect to such reclamation claim.

**OSRAM**

If such an agreement interests you, please confirm this agreement in writing, or acknowledge such agreement by executing below and faxing back your signature and returning the original to me by mail.

We appreciate your understanding and cooperation in this matter.

OSRAM OPTO SEMICONDUCTORS INC.
3870 North First Street
San Jose, CA 95134
Fax 408-456-4343

Ron Terry
EVP & CFO
Ron.terry@osram-os.com
408-456-4139

Enclosures

cc:   John K. Lyons, Esq. sent via e-mail only JLYONSCH@skadden.com
      Ron E. Meisler, Esq. sent via e-mail only RMEISLER@skadden.com

Acknowledged and Agreed by:

Delphi Corporation

By: _____
Its:

Customer           502363
                   Delphi Electronics & Safety
                   Attn: Accounts Payable, m/s cta229
                   1 Corporate Center
                   46904 Kokomo US IN

| Delivery Note | Doc. No | Purchase Order | Date | Invoiced Amt | Curr |
|---|---|---|---|---|---|
| 57090690 | 94156243 | 351982 | 9/29/2005 | $1,488.00 | USD |
| 57090691 | 94156244 | 351974 | 9/29/2005 | $360.00 | USD |
| 57090692 | 94156245 | 351992 | 9/29/2005 | $1,136.00 | USD |
| 57090693 | 94156246 | 351984 | 9/29/2005 | $355.00 | USD |
| 57090695 | 94156247 | 351991 | 9/29/2005 | $418.00 | USD |
| 57090696 | 94156248 | 351981 | 9/29/2005 | $142.00 | USD |
| 57090697 | 94156249 | 351975 | 9/29/2005 | $352.00 | USD |
| 57090698 | 94156250 | 351994 | 9/29/2005 | $1,344.00 | USD |
| 57090699 | 94156251 | 351980 | 9/29/2005 | $630.00 | USD |
| 57090700 | 94156252 | 351985 | 9/29/2005 | $1,248.00 | USD |
| 57090701 | 94156253 | 351983 | 9/29/2005 | $180.00 | USD |
| 57090759 | 94156254 | 352005 | 9/29/2005 | $5,396.00 | USD |
| 57090761 | 94156255 | 352001 | 9/29/2005 | $82.80 | USD |
| 57090762 | 94156256 | 351976 | 9/29/2005 | $768.00 | USD |
| 57090758 | 94156257 | 351999 | 9/29/2005 | $840.00 | USD |
| 57090760 | 94156258 | 351977 | 9/29/2005 | $9,656.00 | USD |
| 57091261 | 94156759 | 352096 | 9/29/2005 | $6,900.00 | USD |
| 57091472 | 94157122 | 352195 | 9/29/2005 | $3,552.00 | USD |
| 57091473 | 94157123 | 352198 | 9/29/2005 | $1,560.00 | USD |
| 57091474 | 94157124 | 352185 | 9/29/2005 | $360.00 | USD |
| 57091475 | 94157125 | 352213 | 9/29/2005 | $1,008.00 | USD |
| 57091476 | 94157126 | 352194 | 9/29/2005 | $3,150.00 | USD |
| 57091478 | 94157127 | 352191 | 9/29/2005 | $497.00 | USD |
| 57091479 | 94157128 | 352189 | 9/29/2005 | $180.00 | USD |
| 57091480 | 94157129 | 352186 | 9/29/2005 | $710.00 | USD |
| 57091481 | 94157130 | 352192 | 9/29/2005 | $150.00 | USD |
| 57091482 | 94157131 | 352197 | 9/29/2005 | $1,776.00 | USD |
| 57091483 | 94157132 | 352188 | 9/29/2005 | $3,120.00 | USD |
| 57091484 | 94157133 | 352190 | 9/29/2005 | $165.00 | USD |
| 57091485 | 94157134 | 352196 | 9/29/2005 | $142.00 | USD |
| 57091487 | 94157135 | 352187 | 9/29/2005 | $165.00 | USD |
| 57091488 | 94157136 | 352184 | 9/29/2005 | $1,890.00 | USD |
| 57091489 | 94157137 | 352193 | 9/29/2005 | $781.00 | USD |
| 57091509 | 94157165 | 352216 | 9/29/2005 | $384.00 | USD |
| 57091513 | 94157166 | 352222 | 9/29/2005 | $852.00 | USD |
| 57091510 | 94157167 | 352212 | 9/30/2005 | $1,420.00 | USD |
| 57091512 | 94157168 | 352217 | 9/30/2005 | $165.60 | USD |
| 57091514 | 94157169 | 352218 | 9/30/2005 | $82.80 | USD |
| 57091515 | 94157170 | 352214 | 9/30/2005 | $2,556.00 | USD |
| 57092212 | 94157757 | 352362 | 10/5/2005 | $610.00 | USD |
| 57092213 | 94157758 | 352368 | 10/5/2005 | $222.00 | USD |
| 57092214 | 94157759 | 352377 | 10/5/2005 | $418.00 | USD |

| | | | | | |
|---|---|---|---|---|---|
| 57092215 | 94157760 | 352365 | 10/5/2005 | $157.50 | USD |
| 57092216 | 94157761 | 352369 | 10/5/2005 | $213.00 | USD |
| 57092217 | 94157762 | 352360 | 10/5/2005 | $11,360.00 | USD |
| 57092218 | 94157763 | 352366 | 10/5/2005 | $312.00 | USD |
| 57092219 | 94157764 | 352376 | 10/5/2005 | $336.00 | USD |
| 57092220 | 94157765 | 352361 | 10/5/2005 | $384.00 | USD |
| 57092221 | 94157766 | 352367 | 10/5/2005 | $284.00 | USD |
| 57092478 | 94158121 | 352471 | 10/6/2005 | $1,536.00 | USD |
| 57092479 | 94158122 | 352468 | 10/6/2005 | $142.00 | USD |
| 57092480 | 94158123 | 352475 | 10/6/2005 | $418.00 | USD |
| 57092481 | 94158124 | 352469 | 10/6/2005 | $312.00 | USD |
| 57092533 | 94158125 | 352476 | 10/6/2005 | $284.00 | USD |
| 57092535 | 94158126 | 352470 | 10/6/2005 | $165.60 | USD |
| 50183650 | 91184854 | 550061059 | 10/7/2005 | $9,372.00 | USD |
| 57092939 | 94158564 | 352547 | 10/7/2005 | $1,500.00 | USD |
| 57092940 | 94158565 | 352571 | 10/7/2005 | $157.50 | USD |
| 57092941 | 94158566 | 352545 | 10/7/2005 | $1,771.20 | USD |
| 57092942 | 94158567 | 352568 | 10/7/2005 | $366.00 | USD |
| 57092943 | 94158568 | 352544 | 10/7/2005 | $5,700.00 | USD |
| 57092944 | 94158569 | 352572 | 10/7/2005 | $312.00 | USD |
| 57092945 | 94158570 | 352557 | 10/7/2005 | $336.00 | USD |
| 57092946 | 94158571 | 352570 | 10/7/2005 | $2,886.00 | USD |
| 57092987 | 94158572 | 352558 | 10/7/2005 | $1,420.00 | USD |
| 57092990 | 94158573 | 352546 | 10/7/2005 | $315.00 | USD |
| 57092992 | 94158574 | 352569 | 10/7/2005 | $1,200.00 | USD |
| 57092991 | 94158575 | 352555 | 10/7/2005 | $7,384.00 | USD |
| 57093079 | 94158902 | 352672 | 10/8/2005 | $1,776.00 | USD |
| 57093080 | 94158903 | 352674 | 10/8/2005 | $1,560.00 | USD |
| 57093081 | 94158904 | 352676 | 10/8/2005 | $768.00 | USD |
| 57093082 | 94158905 | 352682 | 10/8/2005 | $150.00 | USD |
| 57093083 | 94158906 | 352675 | 10/8/2005 | $71.00 | USD |
| 57093084 | 94158907 | 352670 | 10/8/2005 | $418.00 | USD |
| 57093085 | 94158908 | 352671 | 10/8/2005 | $180.00 | USD |
| 57093086 | 94158909 | 352686 | 10/8/2005 | $366.00 | USD |
| 57093087 | 94158910 | 352668 | 10/8/2005 | $1,008.00 | USD |
| 57093298 | 94158911 | 352673 | 10/8/2005 | $150.00 | USD |
| 57093299 | 94158912 | 352677 | 10/8/2005 | $157.50 | USD |
| 57093753 | 94159741 | 352681 | 10/8/2005 | $180.00 | USD |
| 57093754 | 94159742 | 352669 | 10/8/2005 | $2,556.00 | USD |
| 57093755 | 94159743 | 352687 | 10/8/2005 | $336.00 | USD |
| 57093756 | 94159744 | 352700 | 10/8/2005 | $312.00 | USD |
| 57093757 | 94159745 | 352683 | 10/8/2005 | $3,120.00 | USD |
| 57093758 | 94159746 | 352680 | 10/8/2005 | $82.80 | USD |
| 57093759 | 94159747 | 352684 | 10/8/2005 | $5,197.50 | USD |
| | | | | $124,224.80 | |

OSRAM Opto Semiconductors Inc.
T. Ooi
Controller

**CERTIFICATE OF SERVICE**

I, Kris Tsao Cachia, hereby declare:

I am employed in the City of San Francisco, County of San Francisco, California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Cooley Godward LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800.

On October 21, 2005, I served the foregoing document(s) described as:

**Notice of Reclamation Claim**

on the interested parties in this action by placing a true copy(ies) thereof, on the above date, enclosed in sealed envelopes for service and prepared for processing as described below, and addressed and served in the manner indicated on the attached service list:

Counsel for the Debtors
John Wm. Butler Jr., Partner
John K. Lyons, Partner
Ron E. Meisler, Associate
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Counsel for the Debtors
Kayalyn A. Marafioti, Partner
Thomas J. Matz, Counsel
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Counsel to Creditors' Committee
Robert J. Rosenberg, Partner
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

United States Trustee
Deirdre A. Martini
U.S. Department of Justice
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-2111

  XX   (BY FIRST CLASS MAIL)  I am personally and readily familiar with the business practice of Cooley Godward LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

\* \* \* \* \* \* \*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on October 21, 2005 at San Francisco, California.

/s/  Kris Tsao Cachia
Kris Tsao Cachia