UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF RECLAMATION CLAIM

Please be advised that a Notice of Reclamation Claim on behalf of BEI Technologies,
Inc. and BEI Sensors & Systems Company was served on October 13, 2005 on the Debtors and
their attorneys of record, John K. Lyons, Esq. and Ron E. Meisler, Esq. of Skadden, Arps, Slate,
Meagher & Flom LLP.  A true and correct copy of the Notice of Reclamation Claim is attached
hereto as Exhibit "A" and incorporated herein by reference for all purposes.

Dated: October 21, 2005                    COOLEY GODWARD LLP


                                   /s/  Robert L. Eisenbach III
                                   Robert L. Eisenbach III (CA State Bar #124896)
                                   Gregg S. Kleiner (CA State Bar #141311)
                                   101 California Street, 5th Floor
                                   San Francisco, CA  94111-5800
                                   Telephone: (415) 693-2000
                                   Facsimile:  (415) 693-2222
                                   Email:  reisenbach@cooley.com

                                   Attorneys for Creditors
                                   BEI Technologies, Inc. and
                                   BEI Sensors & Systems Company

**BEI** *SYSTRON DONNER AUTOMOTIVE DIVISION*
B E I   T E C H N O L O G I E S ,   I N C

2700 Systron Drive ◻ Concord, California 94518-1399 ◻ Phone (925) 682-6161

October 13, 2005

**Via UPS Overnight and First Class Mail**

Mr. R. David Nelson
Vice President, Global Supply Management
Delphi Corporation
World Headquarters
5725 Delphi Drive
Troy, Michigan  48098-2815

Delphi Automotive Systems LLC
Attention:  Supply Management
5725 Delphi Drive
Troy, Michigan  48098-2815

Delphi Energy & Chassis Systems
Attention:  Supply Management
8 South Main Street
Pleasant Hill, Ohio  45359

**Re:  BEI Technologies, Inc.'s Demand for Reclamation of Goods pursuant to Uniform
Commercial Code §2-702 and Bankruptcy Code §546(c)**

Dear Sirs:

We understand that Delphi Corporation *et. al.* (collectively "Debtors"), commenced bankruptcy
proceedings on or about October 8, 2005. Therefore, as required by Section 546(c) of the
Bankruptcy Code and in accordance with our rights under Section 2-702 of the Uniform
Commercial Code, BEI Technologies, Inc. and its wholly owned subsidiary BEI Sensors &
Systems Company (collectively "BEI") hereby provides this written demand for reclamation of
all goods delivered by BEI to any of the Debtors or otherwise provided to any of the Debtors
within the ten (10) day period between September 29, 2005 and October 8, 2005. The enclosed
documentation provides summary details on the invoices covered by our reclamation demand
that are available at this time. Complete copies of the underlying invoices are available should
you need them. However, our demand is not limited to the goods covered by those invoices, as
other invoices may be in process and not available at this time.

This letter is intended to provide the requisite written demand to any of the Debtors to preserve
our reclamation rights as required by Section 2-702 of the Uniform Commercial Code and
Bankruptcy Code Section 546(c).

We would prefer to avoid the expense of immediate litigation, as it seems likely that there will be
some bankruptcy court procedure instituted regarding reclamation claims, or that we may

otherwise work out a resolution of our reclamation claim, subject to Bankruptcy Court approval. Thus, we would propose that in consideration for BEI refraining, for the time being, from filing an adversary proceeding complaint for reclamation, and in order for both sides to avoid the time and expense of immediate litigation, the Debtors agree that they will not interpose as a defense in respect of BEI's reclamation claim either: (1) BEI's delay in pursuing an adjudication of its reclamation claim pursuant to this agreement, or (2) any sale or other disposition of the goods which are the subject of such claim which occurred or may occur after the date this reclamation demand is received by Debtors. Debtors would, of course, reserve any and all other defenses or objections that they may have with respect to such reclamation claim.

If such an agreement interests you, please confirm this agreement in writing, or acknowledge such agreement by executing below and faxing back your signature and returning the original to me by mail.

We appreciate your understanding and cooperation in this matter.

Sincerely,

William J. Bush
Director of Finance

Enclosures

cc:    Robert Eisenbach, Cooley Godward LLP
       John K. Lyons, Esq. sent via e-mail only JLYONSCH@skadden.com
       Ron E. Meisler, Esq. sent via e-mail only RMEISLER@skadden.com

Acknowledged and Agreed by:

Delphi Corporation

By: _____
Its: 

**BEI** SYSTRON DONNER AUTOMOTIVE DIVISION
BEI TECHNOLOGIES, INC.

| Internal Inv # | inv_dt | Age | invoice_amt | inv_due_dt | External Inv # | invoice_base_amt | inv_po_no |
|---|---|---|---|---|---|---|---|
| 22394 | 09/26/2005 00:00:00 | -16 | 4,762.80 | 10/26/2005 00:00:00 | 10309005-61 | 4,762.80 | 0J3G0000 |
| 22395 | 09/26/2005 00:00:00 | -16 | 7,144.20 | 10/26/2005 00:00:00 | 10309205-55 | 7,144.20 | 0J3G0000 |
| 22396 | 09/26/2005 00:00:00 | -16 | 9,525.60 | 10/26/2005 00:00:00 | 10308705-59 | 9,525.60 | 0J3G0000 |
| 22397 | 09/26/2005 00:00:00 | -16 | 9,525.60 | 10/26/2005 00:00:00 | 10309305-67 | 9,525.60 | 0J3G0000 |
| 22398 | 09/26/2005 00:00:00 | -16 | 2,859.30 | 10/26/2005 00:00:00 | 10309105-44 | 2,859.30 | 0J3G0003 |
| 22406 | 09/27/2005 00:00:00 | -17 | 4,762.80 | 10/27/2005 00:00:00 | 10309005-62 | 4,762.80 | 0J3G0000 |
| 22407 | 09/27/2005 00:00:00 | -17 | 9,525.60 | 10/27/2005 00:00:00 | 10309205-56 | 9,525.60 | 0J3G0000 |
| 22409 | 09/27/2005 00:00:00 | -17 | 5,718.60 | 10/27/2005 00:00:00 | 10309105-45 | 5,718.60 | 0J3G0003 |
| 22410 | 09/27/2005 00:00:00 | -17 | 9,525.60 | 10/27/2005 00:00:00 | 10308705-60 | 9,525.60 | 0J3G0000 |
| 22415 | 09/28/2005 00:00:00 | -18 | 11,907.00 | 10/28/2005 00:00:00 | 10309205-57 | 11,907.00 | 0J3G0000 |
| 22416 | 09/28/2005 00:00:00 | -18 | 108.00 | 10/28/2005 00:00:00 | 103012E05-18 | 108.00 | 460005298 |
| 22417 | 09/28/2005 00:00:00 | -18 | 2,381.40 | 10/28/2005 00:00:00 | 10309005-64 | 2,381.40 | 0J3G0000 |
| 22418 | 09/28/2005 00:00:00 | -18 | 5,718.60 | 10/28/2005 00:00:00 | 10309105-46 | 5,718.60 | 0J3G0003 |
| 22419 | 09/28/2005 00:00:00 | -18 | 11,907.00 | 10/28/2005 00:00:00 | 10308705-61 | 11,907.00 | 0J3G0000 |
| 22425 | 09/29/2005 00:00:00 | -19 | 11,907.00 | 10/29/2005 00:00:00 | 10309205-58 | 11,907.00 | 0J3G0000 |
| 22426 | 09/29/2005 00:00:00 | -19 | 4,762.80 | 10/29/2005 00:00:00 | 10309005-65 | 4,762.80 | 0J3G0000 |
| 22427 | 09/29/2005 00:00:00 | -19 | 9,525.60 | 10/29/2005 00:00:00 | 10308705-62 | 9,525.60 | 0J3G0000 |
| 22428 | 09/29/2005 00:00:00 | -19 | 5,718.60 | 10/29/2005 00:00:00 | 10309105-47 | 5,718.60 | 0J3G0003 |
| 22429 | 09/29/2005 00:00:00 | -19 | 2,381.40 | 10/29/2005 00:00:00 | 10309305-69 | 2,381.40 | 0J3G0000 |
| 22435 | 09/30/2005 00:00:00 | -20 | 9,525.60 | 10/30/2005 00:00:00 | 10309305-70 | 9,525.60 | 0J3G0000 |
| 22436 | 09/30/2005 00:00:00 | -20 | 11,907.00 | 10/30/2005 00:00:00 | 10308705-64 | 11,907.00 | 0J3G0000 |
| 22437 | 09/30/2005 00:00:00 | -20 | 5,718.60 | 10/30/2005 00:00:00 | 10309105-49 | 5,718.60 | 0J3G0003 |
| 22438 | 09/30/2005 00:00:00 | -20 | 2,381.40 | 10/30/2005 00:00:00 | 10309005-66 | 2,381.40 | 0J3G0000 |
| 22439 | 09/30/2005 00:00:00 | -20 | 11,907.00 | 10/30/2005 00:00:00 | 10309205-59 | 11,907.00 | 0J3G0000 |
| 22448 | 10/03/2005 00:00:00 | -22 | 11,907.00 | 11/02/2005 00:00:00 | 10309205-60 | 11,907.00 | 0J3G0000 |
| 22449 | 10/03/2005 00:00:00 | -22 | 2,381.40 | 11/02/2005 00:00:00 | 10309005-67 | 2,381.40 | 0J3G0000 |
| 22450 | 10/03/2005 00:00:00 | -22 | 7,144.20 | 11/02/2005 00:00:00 | 10309305-71 | 7,144.20 | 0J3G0000 |
| 22451 | 10/03/2005 00:00:00 | -22 | 2,859.30 | 11/02/2005 00:00:00 | 10309105-50 | 2,859.30 | 0J3G0003 |
| 22452 | 10/03/2005 00:00:00 | -22 | 9,525.60 | 11/02/2005 00:00:00 | 10308705-65 | 9,525.60 | 0J3G0000 |
| 22460 | 10/04/2005 00:00:00 | -23 | 11,907.00 | 11/03/2005 00:00:00 | 10309205-61 | 11,907.00 | 0J3G0000 |
| 22461 | 10/04/2005 00:00:00 | -23 | 2,381.40 | 11/03/2005 00:00:00 | 10309005-68 | 2,381.40 | 0J3G0000 |
| 22464 | 10/04/2005 00:00:00 | -23 | 7,144.20 | 11/03/2005 00:00:00 | 10309305-72 | 7,144.20 | 0J3G0000 |
| 22465 | 10/04/2005 00:00:00 | -23 | 9,525.60 | 11/03/2005 00:00:00 | 10308705-66 | 9,525.60 | 0J3G0000 |
| 22466 | 10/04/2005 00:00:00 | -23 | 5,718.60 | 11/03/2005 00:00:00 | 10309105-55 | 5,718.60 | 0J3G0003 |
| 22472 | 10/05/2005 00:00:00 | -24 | 11,907.00 | 11/04/2005 00:00:00 | 10309205-62 | 11,907.00 | 0J3G0000 |
| 22473 | 10/05/2005 00:00:00 | -24 | 7,144.20 | 11/04/2005 00:00:00 | 10309005-70 | 7,144.20 | 0J3G0000 |
| 22477 | 10/05/2005 00:00:00 | -24 | 9,525.60 | 11/04/2005 00:00:00 | 10309305-75 | 9,525.60 | 0J3G0000 |
| 22478 | 10/05/2005 00:00:00 | -24 | 11,907.00 | 11/04/2005 00:00:00 | 10308705-67 | 11,907.00 | 0J3G0000 |
| 22479 | 10/05/2005 00:00:00 | -24 | 5,718.60 | 11/04/2005 00:00:00 | 10309105-59 | 5,718.60 | 0J3G0003 |
| 22486 | 10/06/2005 00:00:00 | -25 | 11,907.00 | 11/05/2005 00:00:00 | 10309205-63 | 11,907.00 | 0J3G0000 |
| 22487 | 10/06/2005 00:00:00 | -25 | 4,762.80 | 11/05/2005 00:00:00 | 10309005-71 | 4,762.80 | 0J3G0000 |
| 22488 | 10/06/2005 00:00:00 | -25 | 7,144.20 | 11/05/2005 00:00:00 | 10309305-76 | 7,144.20 | 0J3G0000 |
| 22489 | 10/06/2005 00:00:00 | -25 | 11,907.00 | 11/05/2005 00:00:00 | 10308705-68 | 11,907.00 | 0J3G0000 |
| 22490 | 10/06/2005 00:00:00 | -25 | 5,718.60 | 11/05/2005 00:00:00 | 10309105-60 | 5,718.60 | 0J3G0003 |
| 22497 | 10/07/2005 00:00:00 | -26 | 26,195.40 | 11/06/2005 00:00:00 | 10308705-69 | 26,195.40 | 0J3G0000 |
| 22499 | 10/07/2005 00:00:00 | -26 | 8,577.90 | 11/06/2005 00:00:00 | 10309105-61 | 8,577.90 | 0J3G0003 |
| 22500 | 10/07/2005 00:00:00 | -26 | 9,525.60 | 11/06/2005 00:00:00 | 10309305-77 | 9,525.60 | 0J3G0000 |
| 22501 | 10/07/2005 00:00:00 | -26 | 2,381.40 | 11/06/2005 00:00:00 | 10309005-72 | 2,381.40 | 0J3G0000 |
| 22503 | 10/07/2005 00:00:00 | -26 | 11,907.00 | 11/06/2005 00:00:00 | 10309205-64 | 11,907.00 | 0J3G0000 |
| | | | 387,830.70 | | | 387,830.70 | |

**CERTIFICATE OF SERVICE**

I, Kris Tsao Cachia, hereby declare:

I am employed in the City of San Francisco, County of San Francisco, California in the office of a member of the bar of this court at whose direction the following service was made.  I am over the age of eighteen years and not a party to the within action.  My business address is Cooley Godward LLP, 101 California Street, 5th Floor, San Francisco, California  94111-5800.

On October 21, 2005, I served the foregoing document(s) described as:

**Notice of Reclamation Claim**

on the interested parties in this action by placing a true copy(ies) thereof, on the above date, enclosed in sealed envelopes for service and prepared for processing as described below, and addressed and served in the manner indicated on the attached service list:

Counsel for the Debtors
John Wm. Butler Jr., Partner
John K. Lyons, Partner
Ron E. Meisler, Associate
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Counsel for the Debtors
Kayalyn A. Marafioti, Partner
Thomas J. Matz, Counsel
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Counsel to Creditors' Committee
Robert J. Rosenberg, Partner
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

United States Trustee
Deirdre A. Martini
U.S. Department of Justice
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-2111

  XX   (BY FIRST CLASS MAIL)  I am personally and readily familiar with the business practice of Cooley Godward LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

* * * * * * *

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on October 21, 2005 at San Francisco, California.

                                    /s/  Kris Tsao Cachia
                                    Kris Tsao Cachia