PHILLIPS LYTLE LLP
3400 HSBC Center
Buffalo, NY 14203
Tel: (716) 847-8400
William J. Brown, Esq.
Anne M. Peterson, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |
| DELPHI CORPORATION, ET AL., | |
| | Chapter 11 |
| Debtor. | |

## SEAL & DESIGN INC.'S
## NOTICE OF DEMAND FOR RECLAMATION

PLEASE TAKE NOTICE that on October 20, 2005, pursuant to 11 U.S.C. 546, Seal & Design Inc. served its written demand for reclamation for goods totaling not less than $12,562.50 upon Delphi Corporation, d/b/a Delphi Automotive Systems Corporation and Delphi Automotive Systems, LLC. A copy of the written demand is attached.

Dated: October 21, 2005

                              PHILLIPS LYTLE LLP

                              By    s/ Anne M. Peterson
                                   William J. Brown
                                   Anne M. Peterson
                             Attorneys for Seal & Design Inc.
                             3400 HSBC Center
                             Buffalo, New York  14203
                             (716) 847-8400

BFLO Doc. # 1521815.1