



CONFIDENTIAL



October 20, 2005

**Via Overnight Courier**
Delphi Corporation, d/b/a Delphi Automotive
    Systems Corporation
Delphi Automotive Systems, LLC
5725 Delphi Drive
Troy, MI 48908-2815

RE:     Seal & Design Inc. ("SDI") Demand for Reclamation upon Delphi Corporation,
        d/b/a Delphi Automotive Systems Corporation and Delphi Automotive Systems,
        LLC and their affiliated debtors (collectively, "Debtor")

SDI sold goods to the Debtor on credit totaling not less than $12,562.50, which goods
were received by the Debtor between September 30, 2005 and October 7, 2005
("Goods"). The Goods were received by the Debtor at a time when the Debtor was
insolvent, and were sold to the Debtor in the ordinary course of business.

Pursuant to the Order Under 11 U.S.C. §§ 362, 503 and 546 and Fed. R. Bankr. P. 9019
Establishing Procedures for the Treatment of Reclamation Claims (Docket No. 230)
entered on October 14, 2005, 11 U.S.C. § 546(c) and applicable provisions of the
Uniform Commercial Code, SDI hereby tenders its demand for reclamation of the Goods
that are more particularly described on the attached invoices dated September **30**, 2005
through October **7**, 2005.

This notice constitutes a timely demand for reclamation upon the Debtor. All other rights
and remedies of SDI are reserved. We hereby demand that the Goods delivered to your
facilities, including but not limited to the following facilities, be returned to us at once:

Delphi Corporation, d/b/a Delphi Automotive Systems Corporation/ALL DIVISIONS
Delphi Automotive Systems, LLC/ALL DIVISIONS

Delphi Harrison Thermal Systems
Attn: Joe Giarrino
200 Mountain Road
Lockport, NY 14094

Delphi Automotive Systems
October 20, 2005
Page 2

Delphi Harrison
Attn: Rick Lira
72 Celerity Wagon
El Paso, TX 79906

EAG Disbursement Center
P.O. Box 1550
Flint, MI 48501-1550

Please contact me immediately at (716) 759-2222 to discuss return of the Goods. We
also request written confirmation and inventory records confirming that the Goods are on
hand at your facility as of this date.

Sincerely,

Seal & Design Inc.

By

Adam Mikols
Controller

cc:    John Wm. Butler, Jr., Esq.
Kayalyn A. Marafioti, Esq.
Anne M. Peterson, Esq.
All Delphi Facilities listed herein

BFLO Doc. # 1521214.2





Bill To:

*Delphi Automotive Systems*
*EAG Disbursement Center*
*PO Box  1550*
*Flint, MI  48501-1550*

*Invoices for shipment period September 30, 2005 to October 7, 2005*

| Invoice Date | Invoice# | Reference # | Amount Due |
|---|---|---|---|
| 9/30/2005 | I-93416 | 450141890 | $ 75.00 |
| 9/30/2005 | I-93445 | 450138679 | $ 160.00 |
| 9/30/2005 | I-93434 | 450141812 | $ 552.50 |
| 9/30/2005 | I-93525 | 550050614 | $ 340.00 |
| 9/30/2005 | I-93436 | 550050614 | $ 340.00 |
| 9/30/2005 | I-93527 | 450141890 | $ 375.00 |
| 9/30/2005 | I-93524 | 550033101 | $ 1,700.00 |
| 10/4/2005 | I-93572 | 550033101 | $ 1,020.00 |
| 10/4/2005 | I-93573 | 550050614 | $ 340.00 |
| 10/4/2005 | I-93574 | 550075849 | $ 328.00 |
| 10/5/2005 | I-93643 | 550033101 | $ 1,020.00 |
| 10/5/2005 | I-93644 | 550033102 | $ 880.00 |
| 10/5/2005 | I-93645 | 550050614 | $ 340.00 |
| 10/6/2005 | I-93741 | 550033102 | $ 440.00 |
| 10/6/2005 | I-93742 | 550050614 | $ 1,360.00 |
| 10/6/2005 | I-93743 | 550075849 | $ 472.00 |
| 10/6/2005 | I-93740 | 550033101 | $ 1,360.00 |
| 10/7/2005 | I-93825 | 550033101 | $ 1,020.00 |
| 10/7/2005 | I-93826 | 550033102 | $ 440.00 |

Total Amount Due       $   12,562.50



# INVOICE
## I-93416

**4015 CASILIO PARKWAY**
**CLARENCE, NY 14031**
Phone: (716)759-2222   Fax: (716) 759-6425

| CUSTOMER P.O. NUMBER | |
|---|---|
| 450141890 | |
| **2** | **9/9/2005** |
| SHIPPING METHOD | |
| Pick-up | |

| SOLD TO | Cust #  101426 |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS<br>EAG DISBURSEMENT CENTER<br>P.O. BOX 1550<br>FLINT, MI  48501-1550 | |

| SHIPPED TO |
|---|
| DELPHI HARRISON THERMAL SYSTEMS<br>PLANT 4, BLDG. 9<br>200 UPPER MOUNTAIN ROAD<br>LOCKPORT, NY  14094 |

**INVOICE DATE:** 9/30/2005   **TERMS:** Net 30   **Order Ref #:** 1-D145220

| Qty Ordered | Qty Shipped | Qty B/Ord | U/M | S&D Part # | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 200 | 200 | 0 | EA | 2-026S700 | -026 silicone o-ring 70 duro | $0.2500 | $50.00 |
| 1 | 1 | 0 | FR | FREIGHT CHARGE | FREIGHT CHARGE FOR INBOUND UPS RED | $25.0000 | $25.00 |

PAGE: 1          [LAST PAGE]

Invoice Totals

Billing Notes

| | |
|---|---|
| **SUBTOTAL** | $75.00 |
| **FREIGHT** | $0.00 |
| **TAX** | $0.00 |
| **DISCOUNT** | $0.00 |
| ================ | |
| **PAY THIS AMOUNT** ⟶ | **$75.00** |

PLEASE PAY IN US DOLLARS



**SEAL & DESIGN INC.**

**Packing List**

Acct #:    101426
Order Status:    Complete

196860

4015 CASILIO PARKWAY
CLARENCE, NY 14031
PHONE: 716-759-2222    FAX: 716-759-6425

**SOLD TO**

DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT CENTER
P.O. BOX 1550
FLINT, MI  48501-1550

**SHIP TO**

DELPHI HARRISON THERMAL SYSTEMS
PLANT 4, BLDG. 9
200 UPPER MOUNTAIN ROAD
LOCKPORT, NY  14094

| ORDER # | CUSTOMER PO NUMBER | SHIP DATE | SHIP METHOD | WT | Pkgs |
|---------|--------------------|-----------|----|----|------|
| 145220 | ... | 9/9/2005 | Pick-up - | 0 | 0 |

**Order Placed By:** purchasing

| Qty Ordered | Qty Shipped | Current B/O | UM | Customer Part # | Description |
|-------------|-------------|-------------|----|-----------------|-------------|
| 200.0 | 200.0 | 0.0 | EA | 2-026S700 | -026 silicone o-ring 70 duro |
| 1.0 | 1.0 | 0.0 | FR | FREIGHT CHARGE | FREIGHT CHARGE FOR INBOUND UPS RED |

Do Not Charge UPS Unless Authorized by Delphi - Consignee

BVQi

*Raw materials for this order may not be manufactured under an ISO certified quality system.*

**Rev #: 1.1**

# PICKING TICKET

## ORDER INFORMATION

| | |
|---|---|
| **Entry Date:** | 09-09-2005 |
| **Tech:** | Amanda A Dean |
| **Customer:** | 101426-01 |
| **Customer PO #:** | credit card |
| **Ordered By:** | purchasing |
| **Salesman:** | Dean S Penman |

Printed on 09-09-2005 at 11:16 am By 1

### ORDER NOTES

### BILLING ADDRESS

DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT CENTER
P.O. BOX 1550
FLINT, MI  48501-1550

**Customer Phone #:**
(716)439-2406

**Customer Fax #:**
(716)439-3818

| Line | Rls Date | Amt Due | QTY Shipped | S&D Part # | UM | Part Description | Insp Level | S/P? | Certs |
|---|---|---|---|---|---|---|---|---|---|
| Ln: 1<br>Rls:<br>PO: 0 | 9/9/2005<br><br>Job: | 200. | 200 | 2-026s700<br>3G-00<br>OnHand: 223 | EA | 2-026S700<br>-026 silicone o-ring 70 duro | 3 | STD | No |
| Ln: 2<br>Rls:<br>PO: 0 | 9/9/2005<br><br>Job: | 1. | 1 | FREIGHT CHARGE<br><br>OnHand: 53 | FR | FREIGHT CHARGE<br>FREIGHT CHARGE FOR INBOUND<br>UPS RED | 3 | STD | No |

*Signature for P/U:*

PAGE: 1     [LAST PAGE]

**Ship Via:** Pick-up -       **PLD:**       **VFD:** 200 **DB:** 2uk **SHP:**       **Nafta Certs:** **False**

Do Not Charge UPS Unless Authorized by Delphi - Consignee

DELPHI HARRISON THERMAL SYSTEMS
PLANT 4, BLDG. 9
200 UPPER MOUNTAIN ROAD
LOCKPORT, NY  14094



# INVOICE
## I-93445

**SEAL & DESIGN INC.**

**4015 CASILIO PARKWAY**
**CLARENCE, NY 14031**
Phone: (716)759-2222    Fax: (716) 759-6425

| CUSTOMER P.O. NUMBER | |
|---|---|
| 450138679 | |
| SALESMAN | SHIPPED |
| 2 | 9/14/2005 |
| SHIPPED VIA | |
| Fed-EX P1 | |

**SOLD TO**    Cust # 101426
DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT CENTER
P.O. BOX 1550
FLINT, MI 48501-1550

**SHIPPED TO**
DELPHI HARRISON THERMAL SYSTEMS
6362 FRANKLIN VISTA DR.
EL PASO
JOHN KUTRYBALA

**INVOICE DATE:** 9/30/2005    **TERMS:** Net 30    **Order Ref #:** 1-D145320

| Qty Ordered | Qty Shipped | Qty B/Ord | U/M | S&D Part # | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 2000 | 2000 | 0 | EA | 2-026S700/W | -026 silicone o-ring 70 duro BAGGED AND WASHED | $0.0650 | $130.00 |
| 1 | 1 | 0 | FR | FREIGHT CHARGE FOR INB | INBOUND RED FREIGHT | $30.0000 | $30.00 |

PAGE: 1        [LAST PAGE]

**Invoice Totals**

**Billing Notes**

| | |
|---|---|
| **SUBTOTAL** | $160.00 |
| **FREIGHT** | $0.00 |
| **TAX** | $0.00 |
| **DISCOUNT** | $0.00 |
| ==================== | |
| **PAY THIS AMOUNT ——>** | **$160.00** |

**PLEASE PAY IN US DOLLARS**



# SEAL & DESIGN INC.

## Packing List

**4015 CASILIO PARKWAY**
**CLARENCE, NY 14031**
PHONE: 716-759-2222   FAX: 716-759-6425

1 9 7 0 7 3

**Acct #:** 101426
**Order Status:** Complete

| SOLD TO | SHIP TO |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS<br>EAG DISBURSEMENT CENTER<br>P.O. BOX 1550<br>FLINT, MI 48501-1550 | DELPHI HARRISON THERMAL SYSTEMS<br>6362 FRANKLIN VISTA DR.<br>EL PASO<br>JOHN KUTRYBALA |

| ORDER # | CUSTOMER PO NUMBER | SHIP DATE | SHIP METHOD | | WT | Pkgs |
|---|---|---|---|---|---|---|
| 145320 | verbal | 9/14/2005 | Fed-EX P1 | Collect | 0 | 0 |

**Order Placed By:** DICK

| Qty Ordered | Qty Shipped | Current B/O | UM | Customer Part # | Description |
|---|---|---|---|---|---|
| 2000.0 | 2000.0 | 0.0 | EA | 2-026S700/W | -026 silicone o-ring 70 duro<br>BAGGED AND WASHED |
| 1.0 | 1.0 | 0.0 | FR | FREIGHT CHARGE | INBOUND RED FREIGHT |

FEDEX OVERNIGHT COLLECT-1099-9267-4



*Raw materials for this order may not be manufactured under an ISO certified quality system.*

# INVOICE
## I-93434

**SEAL & DESIGN INC.**

**4015 CASILIO PARKWAY**
**CLARENCE, NY 14031**
Phone: (716)759-2222   Fax: (716) 759-6425

| CUSTOMER P.O. NUMBER | |
| --- | --- |
| 450141812 | |
| **2** | 9/22/2005 |

| SHIP VIA FREIGHT |
| --- |
| Fed-EX P1 |

| SOLD TO          Cust #  101426 | SHIPPED TO |
| --- | --- |
| DELPHI AUTOMOTIVE SYSTEMS<br>EAG DISBURSEMENT CENTER<br>P.O. BOX 1550<br>FLINT, MI  48501-1550 | DELPHI HARRISON THERMAL SYSTEMS<br>DELPHI HARRISON THERMAL<br>32 CELERITY WAGON<br>EL PASO, TX 79906-5315<br>JOSE LUIS ZAMORA/RBXX PC&L |

**INVOICE DATE:** 9/30/2005    **TERMS:** Net 30    **Order Ref #:** 1-D145636

| Qty<br>Ordered | Qty<br>Shipped | Qty<br>B/Ord | U/M | S&D Part # | Description | Unit Price | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 8500 | 8500 | 0 | EA | 52417727 | -026 SILICONE 70 DUROMETER<br>O-RING | $0.0650 | $552.50 |

PAGE: 1      [LAST PAGE]

| | |
| --- | --- |
| **SUBTOTAL** | $552.50 |
| **FREIGHT** | $0.00 |
| **TAX** | $0.00 |
| **DISCOUNT** | $0.00 |
| **PAY THIS AMOUNT ⟶** | **$552.50** |

PLEASE PAY IN US DOLLARS



**SEAL & DESIGN INC.**

**Packing List**

4015 CASILIO PARKWAY
CLARENCE, NY 14031
PHONE: 716-759-2222   FAX: 716-759-6425

1 9 7 6 3 9

Acct #:   101426
Order Status:   Complete

**SOLD TO**

DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT CENTER
P.O. BOX 1550
FLINT, MI  48501-1550

**SHIP TO**

DELPHI HARRISON THERMAL SYSTEMS
DELPHI HARRISON THERMAL
32 CELERITY WAGON
EL PASO, TX 79906-5315
JOSE LUIS ZAMORA/RBXX PC&L

| ORDER # | CUSTOMER PO NUMBER | SHIP DATE | SHIP METHOD | | WT | Pkgs |
|---------|--------------------|-----------|-------------|---|----|----|
| 145636 | verbal | 9/22/2005 | Fed-EX P1 | Collect | 0 | 0 |

**Order Placed By:** DICK NAPOLI

| Qty Ordered | Qty Shipped | Current B/O | UM | Customer Part # | Description |
|-------------|-------------|-------------|----|-----------------|-------------|
| 8500.0 | 8500.0 | 0.0 | EA | 52417727 | -026 SILICONE 70 DUROMETER O-RING |

FEDEX OVERNIGHT COLLECT-1099-9267-4



*Raw materials for this order may not be manufactured under an ISO certified quality system.*

# INVOICE

**I-93525**



**SEAL & DESIGN INC.**

**4015 CASILIO PARKWAY**
**CLARENCE, NY 14031**
Phone: (716)759-2222    Fax: (716) 759-6425

| CUSTOMER ORDER # | |
|---|---|
| 550050614 | |
| 2 | 9/30/2005 |
| SPECIAL SEE NOTES | |

| SOLD TO          Cust # 101426 | SHIPPED TO |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS<br>EAG DISBURSEMENT CENTER<br>P.O. BOX 1550<br>FLINT, MI 48501-1550 | DELPHI HARRISON<br>72 CELERITY WAGON<br>EL PASO, TX 79906<br>RICK LIRA |

**INVOICE DATE:** 9/30/2005    **TERMS:** Net 30    **Order Ref #:** 1-D143224

| Qty Ordere | Qty Shipped | Qty B/Ord | U/M | S&D Part # | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 370000 | 10000 | 140000 | EA | 52498347 | 52498347<br>-120 EPDM PEROXIDE CURED | $0.0340 | $340.00 |

| Invoice Totals |
|---|

| Billing Notes |
|---|
| SHIPPED SPEED MOTOR FREIGHT |

| | |
|---|---|
| SUBTOTAL | $340.00 |
| FREIGHT | $0.00 |
| TAX | $0.00 |
| DISCOUNT | $0.00 |
| PAY THIS AMOUNT ⟶ | $340.00 |

PLEASE PAY IN US DOLLARS

# DELPHI
## Driving Tomorrow's Technology

**NAME:** Dean S. Penmans
**USER ID:** DPENMANS

■ 1. SELECT PLANT ■ 2. SHIPMENT HEADER ■ 3. SELECT CONTAINER(S) ■ 4. REVIEW ■ 5

### ⌐ Delphi WebEDI

- ▪ VIEW FORECASTS
- ▪ VIEW SHIP SCHEDULES / KANBAN CALLS
- ▪ VIEW ORDERS
- ▪ VIEW GENERAL MESSAGES
- ▪ VIEW ADVANCE SHIP NOTICES
- ▪ VIEW APPLICATION ADVICE
- ▪ VIEW RECEIVING ADVICE
- ▪ CREATE ADVANCE SHIP NOTICE

### ⌐ Admin Menu

- MANAGE CUMULATIVE PART QUANTITY SHIPPED

### ⌐ Reports

- ▪ FORECAST SUMMARY
- ▪ DELJIT SUMMARY (NOT KANBAN CALLS)

### ⌐ Help

- ▪ CONTACT INFORMATION
- ▪ USERS MANUAL

| ASN Header Details | |
|---|---|
| Shipment Identification #: 198181-1-093005 | Master Bill of Lading: 198181 |
| Carrier PRO #: 623907 | Carrier Identification: speed motor freight |
| Dispatch Date: 2005-09-30 | Time: 04:56PM |
| Transportation Mode: LT-Less than trailer load | |
| Equipment: Trailer | Equipment Identification: 4864 |
| Gross Weight: 64 | Net Weight: 64 |
| Weight Unit Of Measure: Pounds | Schneider Logistics #: |

**Part: 52498347 shipping details.**

**Plant Name:** DELPHI HARRISON THERMAL - 8 D733  **Plant Cd:** J201
**Dock Cd:** J201LK7E                               **Storage Location:** 0001
**Manufacturer DUNS #:**

**Scheduling Agreement #:** 0550033101
**Unit of Measure:** PCE

| Part Container(s) | | | |
|---|---|---|---|
| Outer Container Type | Outer # of Containers | Kanban Call Number(s) | Quantity Per Container |
| box | 5 | | 10000 |
| Total Quantity Shipped: 50000 | | | |

BACK  SUBMIT  CREATE LABELS  CANCEL

© 2002 Delphi Corporation.
All rights reserved.



# INVOICE
## I-93436

**SEAL & DESIGN INC.**
**4015 CASILIO PARKWAY**
**CLARENCE, NY 14031**
Phone: (716)759-2222    Fax: (716) 759-6425

| 550050614 | |
|---|---|
| 2 | 9/29/2005 |
| SPECIAL SEE NOTES | |

**SOLD TO**    Cust # 101426
DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT CENTER
P.O. BOX 1550
FLINT, MI 48501-1550

**SHIPPED TO**
DELPHI HARRISON
72 CELERITY WAGON
EL PASO, TX 79906
RICK LIRA

**INVOICE DATE:** 9/30/2005    **TERMS:** Net 30    **Order Ref #:** 1-D143224

| Qty Ordere | Qty Shipped | Qty B/Ord | U/M | S&D Part # | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 370000 | 10000 | 150000 | EA | 52498347 | 52498347 -120 EPDM PEROXIDE CURED | $0.0340 | $340.00 |

Invoice Total

Billing Notes

| | |
|---|---|
| **SUBTOTAL** | $340.00 |
| **FREIGHT** | $0.00 |
| **TAX** | $0.00 |
| **DISCOUNT** | $0.00 |
| PAY THIS AMOUNT ⟶ | $340.00 |

PLEASE PAY IN US DOLLARS

# SEAL & DESIGN INC.

**Packing List**

**4015 CASILIO PARKWAY**
**CLARENCE, NY 14031**
PHONE: 716-759-2222   FAX: 716-759-6425

198182

Acct #:   101426
Order Status:   Partial

## SOLD TO

DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT CENTER
P.O. BOX 1550
FLINT, MI  48501-1550

## SHIP TO

DELPHI HARRISON
72 CELERITY WAGON
EL PASO, TX 79906
RICK LIRA

| ORDER # | CUSTOMER PO NUMBER | SHIP DATE | SHIP METHOD | WT | Pkgs |
|---------|--------------------|-----------|-------------|-----|------|
| 143224 | 550050614 | 9/30/2005 | SPECIAL SEE NOTES - | 0 | 0 |

**Order Placed By:** JUAN JUAREZ

| Qty Ordered | Qty Shipped | Current B/O | UM | Customer Part # | Description |
|-------------|-------------|-------------|-----|-----------------|-------------|
| 150000.0 | 10000.0 | 140000.0 | EA | 52498347<br>Rev: 041 | -120 EPDM PEROXIDE CURED<br>O-RING PER DELPHI SD2-299 |

ship 9-27 via BAX GLOBAL overnight delivery!!!! SHIP VIA BAX GLOBAL. 2ND DAY COLLECT ACCT.
152683624.



*Raw materials for this order may not be manufactured under an ISO certified quality system.*

WEBEDI HOME | LOG OUT | DELPHI HOME | ABOUT WEBEDI

# DELPHI
Driving Tomorrow's Technology

**NAME:** Dean S. Penmans
**USER ID:** DPENMANS

« 1. SELECT PLANT « 2. SHIPMENT HEADER « 3. SELECT CONTAINER(S) « 4. REVIEW » 5

## Delphi WebEDI

- VIEW FORECASTS
- VIEW SHIP SCHEDULES / KANBAN CALLS
- VIEW ORDERS
- VIEW GENERAL MESSAGES
- VIEW ADVANCE SHIP NOTICES
- VIEW APPLICATION ADVICE
- VIEW RECEIVING ADVICE
- CREATE ADVANCE SHIP NOTICE

## Admin Menu

- MANAGE CUMULATIVE PART QUANTITY SHIPPED

## Reports

- FORECAST SUMMARY
- DELJIT SUMMARY (NOT KANBAN CALLS)

## Help

- CONTACT INFORMATION
- USERS MANUAL

| ASN Header Details | |
|---|---|
| Shipment Identification #: 198181-1-093005 | Master Bill of Lading: 198181 |
| Carrier PRO #: 623907 | Carrier Identification: speed motor freight |
| Dispatch Date: 2005-09-30 | Time: 04:56PM |
| Transportation Mode: LT-Less than trailer load | |
| Equipment: Trailer | Equipment Identification: 4864 |
| Gross Weight: 64 | Net Weight: 64 |
| Weight Unit Of Measure: Pounds | Schneider Logistics #: |

**Part: 52498347 shipping details.**

| | |
|---|---|
| Plant Name: DELPHI HARRISON THERMAL - 8 D733 | Plant Cd: J201 |
| Dock Cd: J201LK7E | Storage Location: 0001 |
| Manufacturer DUNS #: | |

Scheduling Agreement #: 0550033101

Unit of Measure: PCE

| Part Container(s) | | | |
|---|---|---|---|
| Outer Container Type | Outer # of Containers | Kanban Call Number(s) | Quantity Per Container |
| box | 5 | | 10000 |
| Total Quantity Shipped: 50000 | | | |

BACK    SUBMIT    CREATE LABELS    CANCEL

© 2002 Delphi Corporation. All rights reserved.

delphi.com/webedi/go    9/30/2005


**SEAL & DESIGN INC.**

**4015 CASILIO PARKWAY**
**CLARENCE, NY 14031**
Phone: (716)759-2222    Fax: (716) 759-6425

# INVOICE
**I-93527**



| 450141890 | |
| 2 | 9/30/2005 |
| UPS-Ground | |

| SOLD TO          Cust #  101426 | SHIPPED TO |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS | DELPHI HARRISON THERMAL SYSTEMS |
| EAG DISBURSEMENT CENTER | PLANT 4, BLDG. 9 |
| P.O. BOX 1550 | 200 UPPER MOUNTAIN ROAD |
| FLINT, MI  48501-1550 | LOCKPORT, NY  14094 |

**INVOICE DATE:** 9/30/2005        **TERMS:** Net 30        **Order Ref #:** 1-D145961

| Qty Ordere | Qty Shipped | Qty B/Ord | U/M | S&D Part # | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 2000 | 2000 | 0 | EA | 52415502 | 52415502 SEAL-COVER | $0.1875 | $375.00 |

PAGE: 1        [LAST PAGE]

| | |
|---|---|
| SUBTOTAL | $375.00 |
| FREIGHT | $0.00 |
| TAX | $0.00 |
| DISCOUNT | $0.00 |
| PAY THIS AMOUNT ——▶ | $375.00 |

PLEASE PAY IN US DOLLARS

# SEAL & DESIGN INC.

**4015 CASILIO PARKWAY**
**CLARENCE, NY 14031**
PHONE: 716-759-2222   FAX: 716-759-6425

## Packing List

198228

Acct #:        101426
Order Status:   Complete

**SOLD TO**

DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT CENTER
P.O. BOX 1550
FLINT, MI  48501-1550

**SHIP TO**

DELPHI HARRISON THERMAL SYSTEMS
PLANT 4, BLDG. 9
200 UPPER MOUNTAIN ROAD
LOCKPORT, NY  14094

| ORDER # | CUSTOMER PO NUMBER | SHIP DATE | SHIP METHOD | | WT | Pkgs |
|---------|-------------------|-----------|-------------|---|-----|------|
| 145961 | 450141890 | 9/30/2005 | UPS-Ground | Consignee | 0 | 0 |

**Order Placed By:** JOHN SPTH

| Qty Ordered | Qty Shipped | Current B/O | UM | Customer Part # | Description |
|-------------|-------------|-------------|-----|----------------|-------------|
| 2000.0 | 2000.0 | 0.0 | EA | 52415502<br>Rev: 01 | SEAL-COVER<br>50 DUROMETER EPDM |

Do Not Charge UPS Unless Authorized by Delphi - Consignee



*Raw materials for this order may not be manufactured under an ISO certified quality system.*



# INVOICE
**I-93524**



| | |
|---|---|
| 550033101 | |
| 2 | 9/30/2005 |

**SPECIAL SEE NOTES**

**4015 CASILIO PARKWAY**
**CLARENCE, NY 14031**
Phone: (716)759-2222   Fax: (716) 759-6425

**SOLD TO**          Cust #  101426

DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT CENTER
P.O. BOX 1550
FLINT, MI 48501-1550

**SHIPPED TO**

DELPHI HARRISON THERMAL SYSTEMS
BLDG, 7 EAST DOCK
200 UPPER MOUNTAIN ROAD
LOCKPORT, NY 14094
JOE GIARRIZZO

**INVOICE DATE:** 9/30/2005     **TERMS:** Net 30     **Order Ref #:** 1-D143225

| Qty Ordered | Qty Shipped | Qty B/Ord | U/M | S&D Part # | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 1930000 | 50000 | 320000 | EA | 52498347 | 52498347 -120 EPDM PEROXIDE CURED | $0.0340 | $1,700.00 |

**Billing Notes**

SHIPPEED SPEED MOTOR FREIGHT

| | |
|---|---|
| **SUBTOTAL** | $1,700.00 |
| **FREIGHT** | $0.00 |
| **TAX** | $0.00 |
| **DISCOUNT** | $0.00 |
| **PAY THIS AMOUNT ⟶** | $1,700.00 |

PLEASE PAY IN US DOLLARS

# SEAL & DESIGN INC.

## Packing List

**4015 CASILIO PARKWAY**
**CLARENCE, NY 14031**
PHONE: 716-759-2222    FAX: 716-759-6425

1 9 8 1 8 1

Acct #:    101426
Order Status:    Partial

**SOLD TO**

DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT CENTER
P.O. BOX 1550
FLINT, MI  48501-1550

**SHIP TO**

DELPHI HARRISON THERMAL SYSTEMS
BLDG, 7 EAST DOCK
200 UPPER MOUNTAIN ROAD
LOCKPORT, NY  14094
JOE GIARRIZZO

| ORDER # | CUSTOMER PO NUMBER | SHIP DATE | SHIP METHOD | WT | Pkgs |
|---------|--------------------|-----------|-------------|----|------|
| 143225 | 550033101 | 9/30/2005 | SPECIAL SEE NOTES - | 0 | 0 |

Order Placed By: MARILYN

| Qty Ordered | Qty Shipped | Current B/O | UM | Customer Part # | Description |
|-------------|-------------|-------------|----|-----------------|-------------|
| 370000.0 | 50000.0 | 320000.0 | EA | 52498347<br>Rev: 041 | -120 EPDM PEROXIDE CURED<br>O-RING PER DELPHI SD2-299 |

**9-26-run though tonight and MArilyn from Delphi is going to pick up early amIII**DO NOT SHIP EARLY** SHIP VIA SPEED DELIVERY COLLECT*** DO NOT UNDERSHIP UNDER ANY CIRCUMSTANCE. NEED TO CREATE ASN DAILY***



*Raw materials for this order may not be manufactured under an ISO certified quality system.*

Seal & Design

## STRAIGHT BILL OF LADING

| SHIPPER (FROM): | SEAL & DESIGN, INC.<br>4015 CASILIO PKWY<br>CLARENCE NY 14031 | DATE: | 09-30-05 | CONSIGNEE (TO): | DELPHI HARRISON THERMAL SYSTEMS<br>BLDG 7 EAST DOCK<br>200 UPPER MOUNTAIN ROAD<br>LOCKPORT, NY 14094<br>ATTN:JOE GIARRIZZO |
|---|---|---|---|---|---|
| PHONE # | 716-759-2222 | | | | |

| PREPAID / COLLECT/ OR C.O.D. | COLLECT | (PACKING LIST # +1+DATE)  SHIPMENT ID#  198181-1-093005 |
|---|---|---|

| NO. OF PACKAGES | DESCRIPTION OF GOODS | WEIGHT | CLASS | MISC. |
|---|---|---|---|---|
| 5 BOXES | 5 BOXES OF O-RINGS | 64 | 70 | |
| -- -- | | | | |
| -- -- | | | | |
| | | | | |
| | | | | |
| | | | | |

| SHIPPER'S SIGNATURE | *[signature]* | DATE: | 9-30-05 |
|---|---|---|---|

| MASTER BILL OF LADING: (PACKING LIST #) | 198181 | PLACE PRO LABEL HERE<br>*623901*<br>*Spec* |
|---|---|---|

| CARRIER: | SPEED MOTOR FREIGHT 876-2235 | TRAILER #: | *4864* |
|---|---|---|---|
| DRIVER'S SIGNATURE | *NICK FNASE* | DATE: | 9/30/05 |

*BILL OF LADING1.  Rev. Date: 6/18/03*

Delphi WebEDI

WEBEDI HOME | LOG OUT | DELPHI HOME | ABOUT WEBEDI



**DELPHI**
Driving Tomorrow's Technology

**NAME:** Dean S. Penmans
**USER ID:** DPENMANS

« 1. SELECT PLANT  « 2. SHIPMENT HEADER  ■ 3. SELECT CONTAINER(S)  « 4. REVIEW  « 5

▼ **Delphi WebEDI**

» VIEW FORECASTS

■ VIEW SHIP SCHEDULES / KANBAN CALLS

« VIEW ORDERS

«« VIEW GENERAL MESSAGES

» VIEW ADVANCE SHIP NOTICES

ʋ VIEW APPLICATION ADVICE

ʋ VIEW RECEIVING ADVICE

« CREATE ADVANCE SHIP NOTICE

▼ **Admin Menu**

» MANAGE CUMULATIVE PART QUANTITY SHIPPED

▼ **Reports**

ı FORECAST SUMMARY

„ DELJIT SUMMARY (NOT KANBAN CALLS)

▼ **Help**

» CONTACT INFORMATION

ʒ USERS MANUAL

| ASN Header Details | |
|---|---|
| Shipment Identification #: 198182-2-093005 | Master Bill of Lading: 198182 |
| Carrier PRO #: 547853666 | Carrier Identification: bax global |
| Dispatch Date: 2005-09-30 | Time: 04:57PM |
| Transportation Mode: LT-Less than trailer load | |
| Equipment: Trailer | Equipment Identification: unknown |
| Gross Weight: 13 | Net Weight: 13 |
| Weight Unit Of Measure: Pounds | Schneider Logistics #: |

**Part: 52498347 shipping details.**

**Plant Name:** DELPHI HARRISON THERMAL-RB01  **Plant Cd:** J701
**Dock Cd:** J701                                        **Storage Location:** 1001
**Manufacturer DUNS #:**

**Scheduling Agreement #:** 0550050614
**Unit of Measure:** PCE

| Part Container(s) | | | |
|---|---|---|---|
| Outer Container Type | Outer # of Containers | Kanban Call Number(s) | Quantity Per Container |
| box | 1 | | 10000 |
| Total Quantity Shipped: 10000 | | | |

BACK    SUBMIT    CREATE LABELS    CANCEL

© 2002 Delphi Corporation.
All rights reserved.

# INVOICE

**I-93572**



SEAL & DESIGN INC.

**4015 CASILIO PARKWAY**
**CLARENCE, NY 14031**
Phone: (716)759-2222   Fax: (716) 759-6425

| | |
|---|---|
| 550033101 | |
| 2 | 10/3/2005 |
| SPECIAL SEE NOTES | |

**SOLD TO**      Cust # 101426

DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT CENTER
P.O. BOX 1550
FLINT, MI 48501-1550

**SHIPPED TO**

DELPHI HARRISON THERMAL SYSTEMS
BLDG, 7 EAST DOCK
200 UPPER MOUNTAIN ROAD
LOCKPORT, NY 14094
JOE GIARRIZZO

**INVOICE DATE:** 10/4/2005      **TERMS:** Net 30      **Order Ref #:** 1-D143225

| Qty Ordered | Qty Shipped | Qty B/Ord | U/M | S&D Part # | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 1930000 | 30000 | 290000 | EA | 52498347 | 52498347 -120 EPDM PEROXIDE CURED | $0.0340 | $1,020.00 |

SHIPPED SPEED MOTOR FREIGHT

| | |
|---|---|
| **SUBTOTAL** | $1,020.00 |
| **FREIGHT** | $0.00 |
| **TAX** | $0.00 |
| **DISCOUNT** | $0.00 |
| | ================= |
| **PAY THIS AMOUNT** ⟶ | **$1,020.00** |

PLEASE PAY IN US DOLLARS