# SEAL & DESIGN INC.

## Packing List



198246

**4015 CASILIO PARKWAY**
**CLARENCE, NY 14031**
PHONE: 716-759-2222    FAX: 716-759-6425

Acct #:   101426
Order Status:   Partial

### SOLD TO

DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT CENTER
P.O. BOX 1550
FLINT, MI  48501-1550

### SHIP TO

DELPHI HARRISON THERMAL SYSTEMS
BLDG, 7 EAST DOCK
200 UPPER MOUNTAIN ROAD
LOCKPORT, NY  14094
JOE GIARRIZZO

| ORDER # | CUSTOMER PO NUMBER | SHIP DATE | SHIP METHOD | WT | Pkgs |
|---------|--------------------|-----------|-------------|----|----|
| 143225 | 550033101 | 10/3/2005 | SPECIAL SEE NOTES - | 0 | 0 |

Order Placed By: MARILYN

| Qty Ordered | Qty Shipped | Current B/O | UM | Customer Part # | Description |
|-------------|-------------|-------------|----|-----------------|-------------|
| 320000.0 | 30000.0 | 290000.0 | EA | 52498347<br>Rev: 041 | -120 EPDM PEROXIDE CURED<br>O-RING PER DELPHI SD2-299 |

**9-26-run though tonight and MArilyn from Delphi is going to pick up early am!!!**DO NOT SHIP EARLY** SHIP VIA SPEED DELIVERY COLLECT*** DO NOT UNDERSHIP UNDER ANY CIRCUMSTANCE. NEED TO CREATE ASN DAILY***



*Raw materials for this order may not be manufactured under an ISO certified quality system.*

Seal & Design

## STRAIGHT BILL OF LADING

| | | | | |
|---|---|---|---|---|
| **SHIPPER (FROM):** | SEAL & DESIGN, INC. 4015 CASILIO PKWY CLARENCE NY 14031 | **DATE:** 10-03-05 | **CONSIGNEE (TO):** | DELPHI HARRISON THERMAL SYSTEMS BLDG 7 EAST DOCK 200 UPPER MOUNTAIN ROAD LOCKPORT, NY 14094 ATTN:JOE GIARRIZZO |
| **PHONE #** | 716-759-2222 | | | |

| PREPAID / COLLECT/ OR C.O.D. | COLLECT | *(PACKING LIST # +1+DATE)* **SHIPMENT ID# 198246-1-100305** |
|---|---|---|

| NO. OF PACKAGES | DESCRIPTION OF GOODS | WEIGHT | CLASS | MISC. |
|---|---|---|---|---|
| 3 BOXES | 3 BOXES OF O-RINGS | 39 | 70 | |
| -- -- | | | | |
| -- -- | | | | |
| | | | | |
| | | | | |
| | | | | |

| SHIPPER'S SIGNATURE | | DATE: | 10-3-05 |
|---|---|---|---|

| MASTER BILL OF LADING: *(PACKING LIST #)* | 198246 | PLACE PRO LABEL HERE 623982 |
|---|---|---|

| CARRIER: | SPEED MOTOR FREIGHT 876-2235 | TRAILER #: | |
|---|---|---|---|
| DRIVER'S SIGNATURE | | DATE: | |

*BILL OF LADING1. Rev. Date: 6/18/03*

WEBEDI HOME | LOG OUT | DELPHI HOME | ABOUT WEBEDI

# DELPHI
### Driving Tomorrow's Technology

**NAME:** Dean S. Penmans
**USER ID:** DPENMANS

■ 1. SELECT PLANT ■ 2. SHIPMENT HEADER ■ 3. SELECT CONTAINER(S) ■ 4. REVIEW ■ 5

## ▼ Delphi WebEDI

- ▪ VIEW FORECASTS
- ▪ VIEW SHIP SCHEDULES / KANBAN CALLS
- ▪ VIEW ORDERS
- ▪ VIEW GENERAL MESSAGES
- ▪ VIEW ADVANCE SHIP NOTICES
- ▪ VIEW APPLICATION ADVICE
- ▪ VIEW RECEIVING ADVICE
- ▪ CREATE ADVANCE SHIP NOTICE

## ▼ Admin Menu

- ▪ MANAGE CUMULATIVE PART QUANTITY SHIPPED

## ▼ Reports

- ▪ FORECAST SUMMARY
- ▪ DELJIT SUMMARY (NOT KANBAN CALLS)

## ▼ Help

- ▪ CONTACT INFORMATION
- ▪ USERS MANUAL

### ASN Header Details

Shipment Identification #: 198246-1-100305  Master Bill of Lading: 198246
Carrier PRO #: 623982                        Carrier Identification: speed motor freight
Dispatch Date: 2005-10-03                    Time: 11:01AM
Transportation Mode: LT-Less than trailer load
Equipment: Trailer                           Equipment Identification: unknown
Gross Weight: 39                             Net Weight: 39
Weight Unit Of Measure: Pounds               Schneider Logistics #:

### Part: 52498347 shipping details.

Plant Name: DELPHI HARRISON THERMAL - 8 D733   Plant Cd: J201
Dock Cd: J201LK7E                              Storage Location: 0001
Manufacturer DUNS #:

Scheduling Agreement #: 0550033101
Unit of Measure: PCE

### Part Container(s)

| Outer Container Type | Outer # of Containers | Kanban Call Number(s) | Quantity Per Container |
|---|---|---|---|
| box | 3 | | 10000 |
| Total Quantity Shipped: 30000 | | | |

[BACK] [SUBMIT] [CREATE LABELS] [CANCEL]

© 2002 Delphi Corporation.
All rights reserved.



# INVOICE
## I-93573

**SEAL & DESIGN INC.**
**4015 CASILIO PARKWAY**
**CLARENCE, NY 14031**
Phone: (716)759-2222     Fax: (716) 759-6425



| 550050614 | |
|---|---|
| 2 | 10/3/2005 |
| SPECIAL SEE NOTES | |

**SOLD TO**     Cust # 101426

DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT CENTER
P.O. BOX 1550
FLINT, MI 48501-1550

**SHIPPED TO**

DELPHI HARRISON
72 CELERITY WAGON
EL PASO, TX 79906
RICK LIRA

**INVOICE DATE:** 10/4/2005     **TERMS:** Net 30     **Order Ref #:** 1-D143224

| Qty Ordere | Qty Shipped | Qty B/Ord | U/M | S&D Part # | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 370000 | 10000 | 130000 | EA | 52498347 | 52498347<br>-120 EPDM PEROXIDE CURED | $0.0340 | $340.00 |

SHIIPPED BAX GLOBAL

| | |
|---|---|
| SUBTOTAL | $340.00 |
| FREIGHT | $0.00 |
| TAX | $0.00 |
| DISCOUNT | $0.00 |
| ================ | |
| PAY THIS AMOUNT ——→ | $340.00 |

PLEASE PAY IN US DOLLARS



**SEAL & DESIGN INC.**

**Packing List**

Acct #:   101426
Order Status:   Partial

**4015 CASILIO PARKWAY**
**CLARENCE, NY 14031**
PHONE: 716-759-2222   FAX: 716-759-6425

1 9 8 3 1 7

### SOLD TO

DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT CENTER
P.O. BOX 1550
FLINT, MI 48501-1550

### SHIP TO

DELPHI HARRISON
72 CELERITY WAGON
EL PASO, TX 79906
RICK LIRA

| ORDER # | CUSTOMER PO NUMBER | SHIP DATE | SHIP METHOD | WT | Pkgs |
|---|---|---|---|---|---|
| 143224 | 550050614 | 10/4/2005 | SPECIAL SEE NOTES - | 0 | 0 |

Order Placed By: JUAN JUAREZ

| Qty Ordered | Qty Shipped | Current B/O | UM | Customer Part # | Description |
|---|---|---|---|---|---|
| 130000.0 | 10000.0 | 120000.0 | EA | 52498347<br>Rev: 041 | -120 EPDM PEROXIDE CURED<br>O-RING PER DELPHI SD2-299 |

ship 9-27 via BAX GLOBAL overnight delivery!!!! SHIP VIA BAX GLOBAL. 2ND DAY COLLECT ACCT. 152683624.



*Raw materials for this order may not be manufactured under an ISO certified quality system.*



WEBEDI HOME | LOG OUT | DELPHI HOME | ABOUT WEBEDI

**NAME:** Dean S. Penmans
**USER ID:** DPENMANS

◾ 1. SELECT PLANT ◾ 2. SHIPMENT HEADER ◾ 3. SELECT CONTAINER(S) ◾ 4. REVIEW ◾ 5

## ▼ Delphi WebEDI

- ◾ VIEW FORECASTS
- ◾ VIEW SHIP SCHEDULES / KANBAN CALLS
- ◾ VIEW ORDERS
- ◾ VIEW GENERAL MESSAGES
- ◾ VIEW ADVANCE SHIP NOTICES
- ◾ VIEW APPLICATION ADVICE
- ◾ VIEW RECEIVING ADVICE
- ◾ CREATE ADVANCE SHIP NOTICE

### ▼ Admin Menu
- MANAGE CUMULATIVE PART QUANTITY SHIPPED

### ▼ Reports
- FORECAST SUMMARY
- DELJIT SUMMARY (NOT KANBAN CALLS)

### ▼ Help
- CONTACT INFORMATION
- USERS MANUAL

| ASN Header Details | |
|---|---|
| Shipment Identification #: 198317-2-100405 | Master Bill of Lading: 198317 |
| Carrier PRO #: 547879651 | Carrier Identification: BAX GLOBAL |
| Dispatch Date: 2005-10-04 | Time: 11:48AM |
| Transportation Mode: LT-Less than trailer load | |
| Equipment: Trailer | Equipment Identification: UNKNOWN |
| Gross Weight: 13 | Net Weight: 13 |
| Weight Unit Of Measure: Pounds | Schneider Logistics #: |

**Part: 52498347 shipping details.**

Plant Name: DELPHI HARRISON THERMAL-RB01  Plant Cd: J701
Dock Cd: J701                              Storage Location: 1001
Manufacturer DUNS #:

Scheduling Agreement #: 0550050614
Unit of Measure: PCE

| Part Container(s) | | | |
|---|---|---|---|
| Outer Container Type | Outer # of Containers | Kanban Call Number(s) | Quantity Per Container |
| BOX |  | | 10000 |

**Total Quantity Shipped:** 10000

BACK  SUBMIT  CREATE LABELS  CANCEL

© 2002 Delphi Corporation.
All rights reserved.

# INVOICE
**I-93574**

## SEAL & DESIGN INC.
**4015 CASILIO PARKWAY**
**CLARENCE, NY 14031**
Phone: (716)759-2222   Fax: (716) 759-6425



| 550075849 | |
|---|---|
| 2 | 10/3/2005 |
| SPECIAL SEE NOTES | |

| SOLD TO          Cust # 101426 | SHIPPED TO |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS<br>EAG DISBURSEMENT CENTER<br>P.O. BOX 1550<br>FLINT, MI 48501-1550 | DELPHI T & I RBXX<br>32 CELERITY WAGON<br>EL PASO, TX 79906<br>FERNANDO BOTELLO |

**INVOICE DATE:** 10/4/2005    **TERMS:** Net 30    **Order Ref #:** 1-D143232

| Qty Ordere | Qty Shipped | Qty B/Ord | U/M | S&D Part # | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 300000 | 4000 | 257600 | EA | 52415502 | 52415502<br>SEAL-COVER | $0.0820 | $328.00 |

|  |  |
|---|---|
| SUBTOTAL | $328.00 |
| FREIGHT | $0.00 |
| TAX | $0.00 |
| DISCOUNT | $0.00 |

==========================

SHIPPED BAX GLOBAL

PAY THIS AMOUNT ——→   **$328.00**

PLEASE PAY IN US DOLLARS



**NAME:** Dean S. Penmans
**USER ID:** DPENMANS

» 1. SELECT PLANT » 2. SHIPMENT HEADER « 3. SELECT CONTAINER(S) « 4. REVIEW « 5

### ▼ Delphi WebEDI

» VIEW FORECASTS
» VIEW SHIP SCHEDULES / KANBAN CALLS
» VIEW ORDERS
» VIEW GENERAL MESSAGES
» VIEW ADVANCE SHIP NOTICES
» VIEW APPLICATION ADVICE
» VIEW RECEIVING ADVICE
» CREATE ADVANCE SHIP NOTICE

### ▼ Admin Menu

» MANAGE CUMULATIVE PART QUANTITY SHIPPED

### ▼ Reports

» FORECAST SUMMARY
» DELJIT SUMMARY (NOT KANBAN CALLS)

### ▼ Help

» CONTACT INFORMATION
» USERS MANUAL

#### ASN Header Details

**Shipment Identification #:** 198255-2-100305   **Master Bill of Lading:** 198255
**Carrier PRO #:** 547865850   **Carrier Identification:** bax global
**Dispatch Date:** 2005-10-03   **Time:** 10:03AM
**Transportation Mode:** LT-Less than trailer load
**Equipment:** Trailer   **Equipment Identification:** unknown
**Gross Weight:** 21   **Net Weight:** 4
**Weight Unit Of Measure:** Pounds   **Schneider Logistics #:**

#### Part: 52415502 shipping details.

**Plant Name:** DELPHI HARRISON THERMAL-RB01   **Plant Cd:** J701
**Dock Cd:** J701   **Storage Location:** 0001
**Manufacturer DUNS #:**

**Scheduling Agreement #:** 0550075849
**Unit of Measure:** PCE

#### Part Container(s)

| Outer Container Type | Outer # of Containers | Kanban Call Number(s) | Quantity Per Container |
|---|---|---|---|
| box | 4 | | 1000 |

**Total Quantity Shipped: 4000**

BACK   SUBMIT   CREATE LABELS   CANCEL

© 2002 Delphi Corporation.
All rights reserved.



## SEAL & DESIGN INC.

# Packing List

**4015 CASILIO PARKWAY**
**CLARENCE, NY 14031**
**PHONE: 716-759-2222    FAX: 716-759-6425**

1 9 8 2 5 5

Acct #:   101426
Order Status:   Partial

| SOLD TO | SHIP TO |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS<br>EAG DISBURSEMENT CENTER<br>P.O. BOX 1550<br>FLINT, MI 48501-1550 | DELPHI T & I RBXX<br>32 CELERITY WAGON<br>EL PASO, TX 79906<br>FERNANDO BOTELLO |

| ORDER # | CUSTOMER PO NUMBER | SHIP DATE | SHIP METHOD | WT. | Pkgs |
|---|---|---|---|---|---|
| 143232 | 550075849 | 10/3/2005 | SPECIAL SEE NOTES - | 0 | 0 |

Order Placed By: JOHN SPOTH

| y Ordered | Qty Shipped | Current B/O | UM | Customer Part # | Description |
|---|---|---|---|---|---|
| 261600.0 | 4000.0 | 257600.0 | EA | 52415502<br>Rev: 01 | SEAL-COVER<br>PER DWG. 52415502 |

Do Not Charge UPS Unless Authorized by Delphi - Consignee*bag 500/ bag 1000/ box. 9x9x9***SHIP BAX GLOBAL 2ND DAY COLLECT** 152638624



*Raw materials for this order may not be manufactured under an ISO certified quality system.



# INVOICE
**I-93643**

**4015 CASILIO PARKWAY**
**CLARENCE, NY 14031**
Phone: (716)759-2222   Fax: (716) 759-6425



| 550033101 | |
|---|---|
| 2 | 10/4/2005 |
| SPECIAL SEE NOTES | |

| SOLD TO          Cust # 101426 | SHIPPED TO |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS<br>EAG DISBURSEMENT CENTER<br>P.O. BOX 1550<br>FLINT, MI 48501-1550 | DELPHI HARRISON THERMAL SYSTEMS<br>BLDG, 7 EAST DOCK<br>200 UPPER MOUNTAIN ROAD<br>LOCKPORT, NY 14094<br>JOE GIARRIZZO |

**INVOICE DATE:** 10/5/2005    **TERMS:** Net 30    **Order Ref #:** 1-D143225

| Qty Ordered | Qty Shipped | Qty B/Ord | U/M | S&D Part # | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 1870000 | 30000 | 200000 | EA | 52498347 | 52498347<br>-120 EPDM PEROXIDE CURED | $0.0340 | $1,020.00 |

Invoice I-93643

Billing Notes

SHIPPED SPEED MOTOR FREIGHT

| | |
|---|---|
| **SUBTOTAL** | $1,020.00 |
| **FREIGHT** | $0.00 |
| **TAX** | $0.00 |
| **DISCOUNT** | $0.00 |
| ===================== | |
| PAY THIS AMOUNT ⟶ | **$1,020.00** |
| PLEASE PAY IN US DOLLARS | |



**SEAL & DESIGN INC.**

**4015 CASILIO PARKWAY**
**CLARENCE, NY 14031**
PHONE: 716-759-2222   FAX: 716-759-6425

**Packing List**

198319

Acct #:     101426
Order Status:   Partial

**SOLD TO**

DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT CENTER
P.O. BOX 1550
FLINT, MI  48501-1550

**SHIP TO**

DELPHI HARRISON THERMAL SYSTEMS
BLDG, 7 EAST DOCK
200 UPPER MOUNTAIN ROAD
LOCKPORT, NY  14094
JOE GIARRIZZO

| ORDER # | CUSTOMER PO NUMBER | SHIP DATE | SHIP METHOD | WT | Pkgs |
|---------|--------------------|-----------|-------------|-----|------|
| 143225  | 550033101          | 10/4/2005 | SPECIAL SEE NOTES - | 0 | 0 |

Order Placed By: MARilyn

| Qty Ordered | Qty Shipped | Current B/O | UM | Customer Part # | Description |
|-------------|-------------|-------------|-----|-----------------|-------------|
| 230000.0 | 30000.0 | 200000.0 | EA | 52498347<br>Rev: 041 | -120 EPDM PEROXIDE CURED<br>O-RING PER DELPHI SD2-299 |

**9-26-run though tonight and MArilyn from Delphi is going to pick up early amIII**DO NOT SHIP EARLY** SHIP VIA SPEED DELIVERY COLLECT*** DO NOT UNDERSHIP UNDER ANY CIRCUMSTANCE. NEED TO CREATE ASN DAILY***



*Raw materials for this order may not be manufactured under an ISO certified quality system.*



# INVOICE
## I-93644

**4015 CASILIO PARKWAY**
**CLARENCE, NY 14031**
Phone: (716)759-2222   Fax: (716) 759-6425

| 550033102 | |
|---|---|
| 2 | 10/4/2005 |
| SPECIAL SEE NOTES | |

**SOLD TO**          Cust #  101426
DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT CENTER
P.O. BOX 1550
FLINT, MI 48501-1550

**SHIPPED TO**
DELPHI HARRISON THERMAL SYSTEMS
BLDG. 7 EAST DOCK plant 2
200 UPPER MOUNTAIN ROAD
LOCKPORT, NY 14094
JOE GIARRIZZO

**INVOICE DATE:** 10/5/2005   **TERMS:** Net 30   **Order Ref #:** 1-D142058

| Qty Ordere | Qty Shipped | Qty B/Ord | U/M | S&D Part # | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 450000 | 20000 | 50000 | EA | 52400212 | 52400212<br>-124 PEROXIDE CURED EPDM | $0.0440 | $880.00 |

SHIPPED SPEED MOTOR FREIGHT

| | |
|---|---|
| **SUBTOTAL** | $880.00 |
| **FREIGHT** | $0.00 |
| **TAX** | $0.00 |
| **DISCOUNT** | $0.00 |
| **PAY THIS AMOUNT ——→** | $880.00 |

PLEASE PAY IN US DOLLARS

Seal & Design

## STRAIGHT BILL OF LADING

| SHIPPER (FROM): | SEAL & DESIGN, INC.<br>4015 CASILIO PKWY<br>CLARENCE NY 14031 | DATE: | 10-04-05 | CONSIGNEE (TO): | DELPHI HARRISON THERMAL SYSTEMS<br>BLDG 7 EAST DOCK<br>200 UPPER MOUNTAIN ROAD<br>LOCKPORT, NY 14094<br>ATTN:JOE GIARRIZZO |
| --- | --- | --- | --- | --- | --- |
| PHONE # | 716-759-2222 | | | | |

| PREPAID / COLLECT/ OR C.O.D. | COLLECT | *(PACKING LIST # +1+DATE)* SHIPMENT ID# 198318-1-100405 |
| --- | --- | --- |

| NO. OF PACKAGES | DESCRIPTION OF GOODS | WEIGHT | CLASS | MISC. |
| --- | --- | --- | --- | --- |
| 5 BOXES | 5 BOXES OF O-RINGS | 57 | 70 | |
| -- | | | | |
| -- | | | | |
| | | | | |
| | | | | |
| | | | | |

| SHIPPER'S SIGNATURE | *(signature)* | DATE: | 10-4-05 |
| --- | --- | --- | --- |

| MASTER BILL OF LADING: *(PACKING LIST #)* | 198318 | PLACE PRO LABEL HERE<br>624085 |
| --- | --- | --- |

| CARRIER: | SPEED MOTOR FREIGHT 876-2235 | TRAILER #: | 50 |
| --- | --- | --- | --- |
| DRIVER'S SIGNATURE | *(signature)* | DATE: | |

*BILL OF LADINGt. Rev. Date: 6/18/03*

WEBEDI HOME | LOG OUT | DELPHI HOME | ABOUT WEBEDI

# DELPHI
### Driving Tomorrow's Technology

**NAME:** Dean S. Penmans
**USER ID:** DPENMANS

▪ 1. SELECT PLANT ▪ 2. SHIPMENT HEADER ▪ 3. SELECT CONTAINER(S) ▪ 4. REVIEW ▪ 5

## ▼ Delphi WebEDI

▪ VIEW FORECASTS

▪ VIEW SHIP SCHEDULES / KANBAN CALLS

▪ VIEW ORDERS

▪ VIEW GENERAL MESSAGES

▪ VIEW ADVANCE SHIP NOTICES

▪ VIEW APPLICATION ADVICE

▪ VIEW RECEIVING ADVICE

▪ CREATE ADVANCE SHIP NOTICE

## ▼ Admin Menu

▪ MANAGE CUMULATIVE PART QUANTITY SHIPPED

## ▼ Reports

▪ FORECAST SUMMARY

▪ DELJIT SUMMARY (NOT KANBAN CALLS)

## ▼ Help

▪ CONTACT INFORMATION

▪ USERS MANUAL

---

### ASN Header Details

**Shipment Identification #:** 198318-1-100405  **Master Bill of Lading:** 198318

**Carrier PRO #:** 624085

**Carrier Identification:** SPEED MOTOR FREIGHT

**Dispatch Date:** 2005-10-04                **Time:** 10:46AM

**Transportation Mode:** LT-Less than trailer load

**Equipment:** Trailer                        **Equipment Identification:** 50

**Gross Weight:** 57                           **Net Weight:** 57

**Weight Unit Of Measure:** Pounds            **Schneider Logistics #:**

---

### Part: 52400212 shipping details.

**Plant Name:** DELPHI HARRISON THERMAL - 8 D733  **Plant Cd:** J201

**Dock Cd:** J201LK7E                          **Storage Location:** 0001

**Manufacturer DUNS #:**

**Scheduling Agreement #:** 0550033102

**Unit of Measure:** PCE

| Part Container(s) | | | |
| --- | --- | --- | --- |
| Outer Container Type | Outer # of Containers | Kanban Call Number(s) | Quantity Per Container |
| BOX | 2 | | 10000 |
| Total Quantity Shipped: 20000 | | | |

---

### Part: 52498347 shipping details.

**Plant Name:** DELPHI HARRISON THERMAL - 8 D733  **Plant Cd:** J201

**Dock Cd:** J201LK7E                          **Storage Location:** 0001

**Manufacturer DUNS #:**

**Scheduling Agreement #:** 0550033101

**Unit of Measure:** PCE

| Part Container(s) | | | |
| --- | --- | --- | --- |
| Outer Container Type | Outer # of Containers | Kanban Call Number(s) | Quantity Per Container |
| BOX | 3 | | 10000 |
| Total Quantity Shipped: 30000 | | | |

© 2002 Delphi Corporation.
All rights reserved.

[ BACK ]  [ SUBMIT ]  [ CREATE LABELS ]  [ CANCEL ]

**SEAL & DESIGN INC.**

**4015 CASILIO PARKWAY**
**CLARENCE, NY 14031**
PHONE: 716-759-2222   FAX: 716-759-6425

## Packing List



198318

Acct #:     101426
Order Status:    Partial

| SOLD TO | SHIP TO |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS<br>EAG DISBURSEMENT CENTER<br>P.O. BOX 1550<br>FLINT, MI 48501-1550 | DELPHI HARRISON THERMAL SYSTEMS<br>BLDG. 7 EAST DOCK plant 2<br>200 UPPER MOUNTAIN ROAD<br>LOCKPORT, NY 14094<br>JOE GIARRIZZO |

| ORDER # | CUSTOMER PO NUMBER | SHIP DATE | SHIP METHOD | WT | Pkgs |
|---|---|---|---|---|---|
| '42058 | 550033102 | 10/4/2005 | SPECIAL SEE NOTES Collect | 0 | 0 |

Order Placed By: marilyn

| Qty Ordered | Qty Shipped | Current B/O | UM | Customer Part # | Description |
|---|---|---|---|---|---|
| 70000.0 | 20000.0 | 50000.0 | EA | 52400212<br>Rev: 041 | -124 PEROXIDE CURED EPDM<br>O-RING PER DELPHI SD2-299 |

Do Not Charge UPS Unless Authorized by Delphi - Consignee
DO NOT OVER/UNDERSHIP SHIP VIA SPEED DELIVERY. DO NOT SHIP
EARLY. ***CREATE ASN FOR EACH SHIPMENT.



*Raw materials for this order may not be manufactured under an ISO certified quality system.



# INVOICE
**I-93645**

**4015 CASILIO PARKWAY**
**CLARENCE, NY 14031**
Phone: (716)759-2222    Fax: (716) 759-6425

| 550050614 | |
|---|---|
| 2 | 10/4/2005 |
| SPECIAL SEE NOTES | |

**SOLD TO**          Cust #  101426
DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT CENTER
P.O. BOX 1550
FLINT, MI  48501-1550

**SHIPPED TO**
DELPHI HARRISON
72 CELERITY WAGON
EL PASO, TX 79906
RICK LIRA

**INVOICE DATE:** 10/5/2005       **TERMS:** Net 30       **Order Ref #:** 1-D143224

| Qty Ordere | Qty Shipped | Qty B/Ord | U/M | S&D Part # | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 370000 | 10000 | 120000 | EA | 52498347 | 52498347 -120 EPDM PEROXIDE CURED | $0.0340 | $340.00 |

Billing Note
shipped bax global

| | |
|---|---|
| SUBTOTAL | $340.00 |
| FREIGHT | $0.00 |
| TAX | $0.00 |
| DISCOUNT | $0.00 |

==================
PAY THIS AMOUNT ——➔                **$340.00**
PLEASE PAY IN US DOLLARS

**SEAL & DESIGN INC.**

**Packing List**



1 9 8 2 4 7

Acct #:    101426
Order Status:    Partial

**4015 CASILIO PARKWAY**
**CLARENCE, NY 14031**
PHONE: 716-759-2222    FAX: 716-759-6425

### S O L D   T O

DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT CENTER
P.O. BOX 1550
FLINT, MI  48501-1550

### S H I P   T O

DELPHI HARRISON
72 CELERITY WAGON
EL PASO, TX 79906
RICK LIRA

| ORDER # | CUSTOMER PO NUMBER | SHIP DATE | SHIP METHOD | WT | Pkgs |
|---------|--------------------|-----------|-------------|-----|------|
| 143224 | 550050614 | 10/3/2005 | SPECIAL SEE NOTES - | 0 | 0 |

Order Placed By: JUAN JUAREZ

| Qty Ordered | Qty Shipped | Current B/O | UM | Customer Part # | Description |
|-------------|-------------|-------------|-----|-----------------|-------------|
| 140000.0 | 10000.0 | 130000.0 | EA | 52498347 Rev: 041 | -120 EPDM PEROXIDE CURED O-RING PER DELPHI SD2-299 |

ship 9-27 via BAX GLOBAL overnight delivery!!!! SHIP VIA BAX GLOBAL. 2ND DAY COLLECT ACCT.
152683624.



*Raw materials for this order may not be manufactured under an ISO certified quality system.*

WEBEDI HOME | LOG OUT | DELPHI HOME | ABOUT WEBEDI



**NAME:** Dean S. Penmans
**USER ID:** DPENMANS

◼ **1. SELECT PLANT** ◼ **2. SHIPMENT HEADER** ◼ **3. SELECT CONTAINER(S)** ◼ **4. REVIEW** ◼ **5**

### Delphi WebEDI

◼ VIEW FORECASTS

◼ VIEW SHIP SCHEDULES / KANBAN CALLS

◼ VIEW ORDERS

◼ VIEW GENERAL MESSAGES

◼ VIEW ADVANCE SHIP NOTICES

◼ VIEW APPLICATION ADVICE

◻ VIEW RECEIVING ADVICE

◻ CREATE ADVANCE SHIP NOTICE

### Admin Menu

MANAGE CUMULATIVE PART QUANTITY SHIPPED

### Reports

FORECAST SUMMARY

DELJIT SUMMARY (NOT KANBAN CALLS)

### Help

◻ CONTACT INFORMATION

◻ USERS MANUAL

| ASN Header Details |
|---|
| **Shipment Identification #:** 198247-2-100305    **Master Bill of Lading:** 198247 |
| **Carrier PRO #:** 547864892    **Carrier Identification:** bax global |
| **Dispatch Date:** 2005-10-03    **Time:** 10:35AM |
| **Transportation Mode:** LT–Less than trailer load |
| **Equipment:** Trailer    **Equipment Identification:** unknown |
| **Gross Weight:** 13    **Net Weight:** 13 |
| **Weight Unit Of Measure:** Pounds    **Schneider Logistics #:** |

| Part: 52498347 shipping details. |
|---|
| **Plant Name:** DELPHI HARRISON THERMAL–RB01   **Plant Cd:** J701 |
| **Dock Cd:** J701    **Storage Location:** 1001 |
| **Manufacturer DUNS #:** |
| **Scheduling Agreement #:** 0550050614 |
| **Unit of Measure:** PCE |

| Part Container(s) | | | |
|---|---|---|---|
| Outer Container Type | Outer # of Containers | Kanban Call Number(s) | Quantity Per Container |
| box | 1 | | 10000 |
| **Total Quantity Shipped: 10000** | | | |



BACK   SUBMIT   CREATE LABELS   CANCEL



© 2002 Delphi Corporation.
All rights reserved.



**SEAL & DESIGN INC.**

**4015 CASILIO PARKWAY**
**CLARENCE, NY 14031**
Phone: (716)759-2222    Fax: (716) 759-6425

# INVOICE
### I-93741



| 550033102 | |
|---|---|
| 2 | 10/5/2005 |
| SPECIAL SEE NOTES | |

| SOLD TO          Cust #  101426 | SHIPPED TO |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS<br>EAG DISBURSEMENT CENTER<br>P.O. BOX 1550<br>FLINT, MI 48501-1550 | DELPHI HARRISON THERMAL SYSTEMS<br>BLDG. 7 EAST DOCK plant 2<br>200 UPPER MOUNTAIN ROAD<br>LOCKPORT, NY 14094<br>JOE GIARRIZZO |

**INVOICE DATE:** 10/6/2005     **TERMS:** Net 30     **Order Ref #:** 1-D142058

| Qty Ordere | Qty Shipped | Qty B/Ord | U/M | S&D Part # | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 450000 | 10000 | 40000 | EA | 52400212 | 52400212<br>-124 PEROXIDE CURED EPDM | $0.0440 | $440.00 |

SHIPPED SPEED MOTOR FREIGHT

| | |
|---|---|
| SUBTOTAL | $440.00 |
| FREIGHT | $0.00 |
| TAX | $0.00 |
| DISCOUNT | $0.00 |
| PAY THIS AMOUNT ⟶ | $440.00 |

PLEASE PAY IN US DOLLARS



**4015 CASILIO PARKWAY**
**CLARENCE, NY 14031**
Phone: (716)759-2222   Fax: (716) 759-6425

# INVOICE
### I-93742

| 550050614 | |
|---|---|
| 2 | 10/5/2005 |
| SPECIAL SEE NOTES | |

| SOLD TO | Cust # 101426 |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS | |
| EAG DISBURSEMENT CENTER | |
| P.O. BOX 1550 | |
| FLINT, MI 48501-1550 | |

| SHIPPED TO |
|---|
| DELPHI HARRISON |
| 72 CELERITY WAGON |
| EL PASO, TX 79906 |
| RICK LIRA |

**INVOICE DATE:** 10/6/2005   **TERMS:** Net 30   **Order Ref #:** 1-D143224

| Qty Ordere | Qty Shipped | Qty B/Ord | U/M | S&D Part # | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 370000 | 40000 | 80000 | EA | 52498347 | 52498347 -120 EPDM PEROXIDE CURED | $0.0340 | $1,360.00 |

Invoice Total

Billing Notes

SHIPPED BAX GLOBAL

| SUBTOTAL | $1,360.00 |
|---|---|
| FREIGHT | $0.00 |
| TAX | $0.00 |
| DISCOUNT | $0.00 |

========================

PAY THIS AMOUNT ——→ **$1,360.00**

PLEASE PAY IN US DOLLARS



**SEAL & DESIGN INC.**

**Packing List**

4015 CASILIO PARKWAY
CLARENCE, NY 14031
PHONE: 716-759-2222    FAX: 716-759-6425

1 9 8 4 0 2

Acct #:        101426
Order Status:  Partial

## SOLD TO

DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT CENTER
P.O. BOX 1550
FLINT, MI  48501-1550

## SHIP TO

DELPHI HARRISON
72 CELERITY WAGON
EL PASO, TX 79906
RICK LIRA

| ORDER # | CUSTOMER PO NUMBER | SHIP DATE | SHIP METHOD | WT | Pkgs |
|---------|--------------------|-----------|-------------|----|----|
| 143224  | 550050614          | 10/5/2005 | SPECIAL SEE NOTES - | 0 | 0 |

Order Placed By: JUAN JUAREZ

| Qty Ordered | Qty Shipped | Current B/O | UM | Customer Part # | Description |
|-------------|-------------|-------------|-----|----------------|-------------|
| 120000.0    | 40000.0     | 80000.0     | EA | 52498347<br>Rev: 041 | -120 EPDM PEROXIDE CURED<br>O-RING PER DELPHI SD2-299 |

ship 9-27 via BAX GLOBAL overnight delivery!!!! SHIP VIA BAX GLOBAL. 2ND DAY COLLECT ACCT. 152683624.



*Raw materials for this order may not be manufactured under an ISO certified quality system.*

# INVOICE
## I-93743

**SEAL & DESIGN INC.**

**4015 CASILIO PARKWAY**
**CLARENCE, NY 14031**
Phone: (716)759-2222   Fax: (716) 759-6425



| | |
|---|---|
| 550075849 | |
| 2 | 10/5/2005 |
| SPECIAL SEE NOTES | |

| SOLD TO          Cust # 101426 | SHIPPED TO |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS<br>EAG DISBURSEMENT CENTER<br>P.O. BOX 1550<br>FLINT, MI 48501-1550 | DELPHI T & I RBXX<br>32 CELERITY WAGON<br>EL PASO, TX 79906<br>FERNANDO BOTELLO |

**INVOICE DATE:** 10/6/2005   **TERMS:** Net 30   **Order Ref #:** 1-D143228

| Qty Ordere | Qty Shipped | Qty B/Ord | U/M | S&D Part # | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 302750 | 4000 | 259490 | EA | 52414031 | 52414031<br>SEAL-BASE, CORE | $0.1180 | $472.00 |

SHIPPED BAX GLOBAL

| | |
|---|---|
| SUBTOTAL | $472.00 |
| FREIGHT | $0.00 |
| TAX | $0.00 |
| DISCOUNT | $0.00 |

==========================
PAY THIS AMOUNT ——→   **$472.00**
PLEASE PAY IN US DOLLARS



**SEAL & DESIGN INC.**

**Packing List**

**4015 CASILIO PARKWAY**
**CLARENCE, NY 14031**
PHONE: 716-759-2222   FAX: 716-759-6425

1 9 8 4 0 7

Acct #:   101426
Order Status:   Partial

| SOLD TO | SHIP TO |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS<br>EAG DISBURSEMENT CENTER<br>P.O. BOX 1550<br>FLINT, MI 48501-1550 | DELPHI T & I RBXX<br>32 CELERITY WAGON<br>EL PASO, TX 79906<br>FERNANDO BOTELLO |

| ORDER # | CUSTOMER PO NUMBER | SHIP DATE | SHIP METHOD | WT | Pkgs. |
|---|---|---|---|---|---|
| 143228 | 550075849 | 10/5/2005 | SPECIAL SEE NOTES - | 0 | 0 |

Order Placed By: JOHN SPOTH

| Qty Ordered | Qty Shipped | Current B/O | UM | Customer Part # | Description |
|---|---|---|---|---|---|
| 263490.0 | 4000.0 | 259490.0 | EA | 52414031<br>Rev: 03 | SEAL-BASE, CORE<br>MEDIUM DENSITY SPONGE |

Do Not Charge UPS Unless Authorized by Delphi - Consignee** BAX GLOBAL SECOND DAY***



*Raw materials for this order may not be manufactured under an ISO certified quality system.*



# INVOICE
**I-93740**

**4015 CASILIO PARKWAY**
**CLARENCE, NY 14031**
Phone: (716)759-2222    Fax: (716) 759-6425

| 550033101 | |
|---|---|
| 2 | 10/5/2005 |
| SPECIAL SEE NOTES | |

**SOLD TO**                Cust #  101426
DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT CENTER
P.O. BOX 1550
FLINT, MI  48501-1550

**SHIPPED TO**
DELPHI HARRISON THERMAL SYSTEMS
BLDG, 7 EAST DOCK
200 UPPER MOUNTAIN ROAD
LOCKPORT, NY  14094
JOE GIARRIZZO

**INVOICE DATE:** 10/6/2005      **TERMS:** Net 30      **Order Ref #:** 1-D143225

| Qty Ordered | Qty Shipped | Qty B/Ord | U/M | S&D Part # | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 1940000 | 40000 | 230000 | EA | 52498347 | 52498347 -120 EPDM PEROXIDE CURED | $0.0340 | $1,360.00 |

**Invoice Totals**

**Billing Notes**
SHIPPED SPEED MOTOR FREIGHT

| | |
|---|---|
| SUBTOTAL | $1,360.00 |
| FREIGHT | $0.00 |
| TAX | $0.00 |
| DISCOUNT | $0.00 |
| PAY THIS AMOUNT ——➤ | $1,360.00 |

PLEASE PAY IN US DOLLARS



# SEAL & DESIGN INC.

**4015 CASILIO PARKWAY**
**CLARENCE, NY 14031**
**PHONE: 716-759-2222   FAX: 716-759-6425**

## Packing List

**1 9 8 4 0 5**

| | |
|---|---|
| Acct #: | 101426 |
| Order Status: | Partial |

**SOLD TO**

DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT CENTER
P.O. BOX 1550
FLINT, MI  48501-1550

**SHIP TO**

DELPHI HARRISON THERMAL SYSTEMS
BLDG, 7 EAST DOCK
200 UPPER MOUNTAIN ROAD
LOCKPORT, NY  14094
JOE GIARRIZZO

| ORDER # | CUSTOMER PO NUMBER | SHIP DATE | SHIP METHOD | WT | Pkgs |
|---|---|---|---|---|---|
| 143225 | 550033101 | 10/5/2005 | SPECIAL SEE NOTES - | 0 | 0 |

Order Placed By: MARILYN

| Qty Ordered | Qty Shipped | Current B/O | UM | Customer Part # | Description |
|---|---|---|---|---|---|
| 270000.0 | 40000.0 | 230000.0 | EA | 52498347 Rev: 041 | -120 EPDM PEROXIDE CURED O-RING PER DELPHI SD2-299 |

---

**9-26-run though tonight and MArilyn from Delphi is going to pick up early amIII**DO NOT SHIP EARLY** SHIP VIA SPEED DELIVERY COLLECT*** DO NOT UNDERSHIP UNDER ANY CIRCUMSTANCE. NEED TO CREATE ASN DAILY***



*Raw materials for this order may not be manufactured under an ISO certified quality system.*

# INVOICE
## I-93825

**SEAL & DESIGN INC.**

**4015 CASILIO PARKWAY**
**CLARENCE, NY 14031**
Phone: (716)759-2222    Fax: (716) 759-6425

| | |
|---|---|
| 550033101 | |
| 2 | 10/6/2005 |
| SPECIAL SEE NOTES | |

| SOLD TO          Cust # 101426 | SHIPPED TO |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS<br>EAG DISBURSEMENT CENTER<br>P.O. BOX 1550<br>FLINT, MI 48501-1550 | DELPHI HARRISON THERMAL SYSTEMS<br>BLDG, 7 EAST DOCK<br>200 UPPER MOUNTAIN ROAD<br>LOCKPORT, NY 14094<br>JOE GIARRIZZO |

**INVOICE DATE:** 10/7/2005    **TERMS:** Net 30    **Order Ref #:** 1-D143225

| Qty Ordere | Qty Shipped | Qty B/Ord | U/M | S&D Part # | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 1940000 | 30000 | 200000 | EA | 52498347 | 52498347<br>-120 EPDM PEROXIDE CURED | $0.0340 | $1,020.00 |

SHIPPED SPEED MOTOR FREIGHT

| | |
|---|---|
| SUBTOTAL | $1,020.00 |
| FREIGHT | $0.00 |
| TAX | $0.00 |
| DISCOUNT | $0.00 |
| **PAY THIS AMOUNT ⟶** | **$1,020.00** |

PLEASE PAY IN US DOLLARS

# SEAL & DESIGN INC.

## Packing List

**4015 CASILIO PARKWAY**
**CLARENCE, NY 14031**
PHONE: 716-759-2222    FAX: 716-759-6425

||||||||| 1 9 8 5 0 8

Acct #:    101426
Order Status:    Partial

**SOLD TO**

DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT CENTER
P.O. BOX 1550
FLINT, MI 48501-1550

**SHIP TO**

DELPHI HARRISON THERMAL SYSTEMS
BLDG, 7 EAST DOCK
200 UPPER MOUNTAIN ROAD
LOCKPORT, NY 14094
JOE GIARRIZZO

| ORDER # | P.O. NUMBER | REL # | SHIP VIA | SHIP METHOD | WT | FRGT |
|---------|-------------|-------|----------|-------------|-----|------|
| 143225 | 550033101 | | 10/6/2005 | SPECIAL SEE NOTES - | 0 | 0 |

Order Placed By: MARILYN

| Qty Ordered | Qty Shipped | Current B/O | UM | Customer Part # | Description |
|-------------|-------------|-------------|-----|-----------------|-------------|
| 230000.0 | 30000.0 | 200000.0 | EA | 52498347<br>Rev: 041 | -120 EPDM PEROXIDE CURED<br>O-RING PER DELPHI SD2-299 |

9-26-run though tonight and MArilyn from Delphi is going to pick up early amIII**DO NOT SHIP EARLY** SHIP
A SPEED DELIVERY COLLECT*** DO
OT UNDERSHIP UNDER ANY CIRCUMSTANCE. NEED TO CREATE
N DAILY***



*Raw materials for this order may not be manufactured under an ISO certified quality system.*

# INVOICE

**I-93826**



**SEAL & DESIGN INC.**

**4015 CASILIO PARKWAY**
**CLARENCE, NY 14031**
Phone: (716)759-2222   Fax: (716) 759-6425

| 550033102 | |
|---|---|
| 2 | 10/6/2005 |
| SPECIAL SEE NOTES | |

**SOLD TO**          Cust #  101426

DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT CENTER
P.O. BOX 1550
FLINT, MI  48501-1550

**SHIPPED TO**

DELPHI HARRISON THERMAL SYSTEMS
BLDG. 7 EAST DOCK plant 2
200 UPPER MOUNTAIN ROAD
LOCKPORT, NY  14094
JOE GIARRIZZO

**INVOICE DATE:** 10/7/2005   **TERMS:** Net 30   **Order Ref #:** 1-D142058

| Qty Ordere | Qty Shipped | Qty B/Ord | U/M | S&D Part # | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 450000 | 10000 | 30000 | EA | 52400212 | 52400212 -124 PEROXIDE CURED EPDM | $0.0440 | $440.00 |

**Billing Notes**

SHIPPED SPEED MOTOR FREIGHT

| | |
|---|---|
| SUBTOTAL | $440.00 |
| FREIGHT | $0.00 |
| TAX | $0.00 |
| DISCOUNT | $0.00 |

PAY THIS AMOUNT ⟶   **$440.00**

PLEASE PAY IN US DOLLARS

Seal & Design

# STRAIGHT BILL OF LADING

| SHIPPER (FROM): | SEAL & DESIGN, INC.<br>4015 CASILIO PKWY<br>CLARENCE NY 14031 | DATE: | 10-05-05 | CONSIGNEE (TO): | DELPHI HARRISON THERMAL SYSTEMS<br>BLDG 7 EAST DOCK<br>200 UPPER MOUNTAIN ROAD<br>LOCKPORT, NY 14094<br>ATTN:JOE GIARRIZZO |
| PHONE # | 716-759-2222 | | | | |

| PREPAID / COLLECT/ OR C.O.D. | COLLECT | *(PACKING LIST # +1+DATE)* SHIPMENT ID# 198403-1-100505 |

| NO. OF PACKAGES | DESCRIPTION OF GOODS | WEIGHT | CLASS | MISC. |
|---|---|---|---|---|
| 5 BOXES | 5 BOXES OF O-RINGS | 57 | 70 | |
| -- -- | | | | |
| -- -- | | | | |
| | | | | |
| | | | | |
| | | | | |

| SHIPPER'S SIGNATURE | | DATE: | 10-5-05 |

| MASTER BILL OF LADING: *(PACKING LIST #)* | 198403 | PLACE PRO LABEL HERE<br>624169 |

| CARRIER: | SPEED MOTOR FREIGHT 876-2235  (5) | TRAILER #: | 48106 |
| DRIVER'S SIGNATURE | D Regan | DATE: | 10/5 |

*BILL OF LADINGt. Rev. Date: 6/18/03*

# SEAL & DESIGN INC.

**4015 CASILIO PARKWAY**
**CLARENCE, NY 14031**
PHONE: 716-759-2222   FAX: 716-759-6425



# Packing List

| | |
|---|---|
| **Acct #:** | 101426 |
| **Order Status:** | Partial |

198403

## SOLD TO

DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT CENTER
P.O. BOX 1550
FLINT, MI 48501-1550

## SHIP TO

DELPHI HARRISON THERMAL SYSTEMS
BLDG. 7 EAST DOCK plant 2
200 UPPER MOUNTAIN ROAD
LOCKPORT, NY 14094
JOE GIARRIZZO

| ORDER # | CUSTOMER PO NUMBER | SHIP DATE | SHIP METHOD | Wt. | Pkgs. |
|---------|--------------------|-----------|-------------|-----|-------|
| 142058 | 550033102 | 10/5/2005 | SPECIAL SEE NOTES Collect | 0 | 0 |

Order Placed By: marilyn

| Qty Ordered | Qty Shipped | Current B/O | UM | Customer Part # | Description |
|-------------|-------------|-------------|----|-----------------|-------------|
| 50000.0 | 10000.0 | 40000.0 | EA | 52400212<br>Rev: 041 | -124 PEROXIDE CURED EPDM<br>O-RING PER DELPHI SD2-299 |

Do Not Charge UPS Unless Authorized by Delphi - Consignee
DO NOT OVER/UNDERSHIP SHIP VIA SPEED DELIVERY. DO NOT SHIP
EARLY. ***CREATE ASN FOR EACH SHIPMENT.



*Raw materials for this order may not be manufactured under an ISO certified quality system.*

STRAIGHT BILL OF LADING

| SHIPPER (FROM): | SEAL & DESIGN, INC.<br>4015 CASILIO PKWY<br>CLARENCE NY 14031 | DATE: | 10-05-05 | CONSIGNEE (TO): | DELPHI HARRISON THERMAL SYSTEMS<br>BLDG 7 EAST DOCK<br>200 UPPER MOUNTAIN ROAD<br>LOCKPORT, NY 14094<br>ATTN:JOE GIARRIZZO |
|---|---|---|---|---|---|
| PHONE # | 716-759-2222 | | | | |

| PREPAID / COLLECT/ OR C.O.D. | COLLECT | *(PACKING LIST # +1+DATE)* SHIPMENT ID# 198403-1-100505 |
|---|---|---|

| NO. OF PACKAGES | DESCRIPTION OF GOODS | WEIGHT | CLASS | MISC. |
|---|---|---|---|---|
| 5 BOXES | 5 BOXES OF O-RINGS | 57 | 70 | |
| -- | | | | |
| -- | | | | |
| -- | | | | |
| -- | | | | |
| | | | | |
| | | | | |
| | | | | |

| SHIPPER'S SIGNATURE | *[signature]* | DATE: | 10-5-05 |
|---|---|---|---|

| MASTER BILL OF LADING: *(PACKING LIST #)* | 198403 | PLACE PRO LABEL HERE<br>624169 |
|---|---|---|

| CARRIER: | SPEED MOTOR FREIGHT 876-2235   (5) | TRAILER #: | 48106 |
|---|---|---|---|
| DRIVER'S SIGNATURE | *[signature] DRagan* | DATE: | 10/5 |

*BILL OF LADINGl. Rev. Date: 6/18/03*