BOSE MCKINNEY & EVANS LLP
135 North Pennsylvania Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 684-5296
Facsimile:  (317) 223-0296
Jeannette Eisan Hinshaw, Esq.  (Indiana Bar 8238-49A)
Attorneys for Lorentson Manufacturing Company, Inc.,
Lorentson Manufacturing Company Southwest, Inc.
and Decatur Plastic Products, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DELPHI CORPORATION, | ) | Case No. 05-44481 |
| | ) | |
| Debtor. | ) | |

### CERTIFICATE OF SERVICE

The undersigned certifies that on October 20, 2005 a copy of

**LIMITED OBJECTION BY LORENTSON MANUFACTURING COMPANY, INC.
TO FINANCING MOTION AND INTERIM DIP FINANCING ORDER,
AND REQUEST BY LORENTSON FOR ADEQUATE
PROTECTION FOR PRE-PETITION SETOFF RIGHTS**

**LIMITED OBJECTION BY LORENTSON MANUFACTURING COMPANY
SOUTHWEST, INC. TO FINANCING MOTION AND
INTERIM DIP FINANCING ORDER, AND REQUEST BY LORENTSON
FOR ADEQUATE PROTECTION FOR PRE-PETITION SETOFF RIGHTS**

**LIMITED OBJECTION BY DECATUR PLASTIC PRODUCTS, INC.
TO FINANCING MOTION AND
INTERIM DIP FINANCING ORDER, AND REQUEST BY DECATUR
FOR ADEQUATE PROTECTION FOR PRE-PETITION SETOFF RIGHTS**

(collectively, the "Objections")

were served upon the following parties listed below via ECF transmission, via email transmission and/or by facsimile:

| | |
|---|---|
| John William Butler, Jr., Esq. | Douglas P. Bartner, Esq. |
| Skadden Arps Slate Meagher & Flom LLP | Shearman & Sterling, LLP |
| 333 West Wacker Drive | 599 Lexington Avenue |
| Chicago, IL  60606 | New York, NY  10022 |
| (312) 407-0411 (fax) | (212) 848-7179 (fax) |
| jbutler@skadden.com | dbartner@shearman.com |

657704

| | |
|---|---|
| Donald S. Bernstein, Esq.<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>(212) 450-5738 (fax)<br>Donald.bernstein@dpw.com | Kenneth S. Ziman, Esq.<br>Robert H. Trust, Esq.<br>Simpson Thacher & Bartlett, LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>kziman@stblaw.com<br>rtrust@sbtlaw.com |
| Alicia M. Leonhard, Esq.<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004<br>(212) 668-2255 (fax) | |
| Dated: October 21, 2005 | BOSE McKINNEY & EVANS LLP<br><br>/s/ Jeannette Eisan Hinshaw<br>Jeannette Eisan Hinshaw<br>(Indiana Bar No. 8238-49A)<br>Bose McKinney & Evans LLP<br>135 North Pennsylvania Street, Suite 2700<br>Indianapolis, IN 46204<br>(317) 684-5296 telephone<br>(317) 223-0296 facsimile<br><br>Attorneys for Lorentson Manufacturing Company, Inc., Lorentson Manufacturing Company Southwest, Inc. and Decatur Plastic Products, Inc. |

657704