BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
Telephone (317) 236-1313
Facsimile (317) 231-7433
Alan K. Mills (AKM 1408)
Counsel for Mays Chemical Company

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | |
|  | ) | Case No. 05-44481 |
| DELPHI CORPORATION, *et al.*, | ) ) | Chapter 11 |
| Debtors. | ) ) | Jointly Administered |

# CERTIFICATE OF SERVICE
*Docket Nos. 386 & 392*

The undersigned hereby certifies that a copy of the Motion for Admission to Practice *Pro Hac* Vice of Alan K. Mills, Notice of Appearance and Demand for Service of Papers for Mays Chemical Company (*Docket Nos. 386 & 392*) were served to the parties on the attached service list by either electronic mail or via regular mail, postage prepaid and properly addressed on the 19th day of October, 2005.

/s/ Alan K. Mills
Alan K. Mills (*pro hac vice pending*)
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204

**Electronic Mail**

David B. Aaronson     david.aaronson@dbr.com,

Elizabeth Abdelmasieh     eabdelmasieh@nmmlaw.com

Jason R. Adams     jadams@torys.com,

Jennifer L. Adamy     bankruptcy@goodwin.com,

William J. Barrett     william.barrett@bfkpn.com,

David S. Barritt     barritt@chapman.com,

W. Robinson Beard     jkirk@stites.com,

Jeffrey Bernstein     jb@carpben.com, ssolazzo@carpben.com

Charles E. Boulbol     rtrack@msn.com,

Timothy W. Brink     tbrink@lordbissell.com,

James L. Bromley     maofiling@cgsh.com

John Wm. Butler     jbutler@skadden.com

Aaron R. Cahn     cahn@clm.com

Madison L. Cashman     nashvillebankruptcyfilings@stites.com,

Maria E. Chavez-Ruark     maria.ruark@dlapiper.com, richard.kremen@dlapiper.com

Susan M. Cook     smcook@lambertleser.com,

Michael G. Cruse     mcruse@wnj.com,

Jeffry A. Davis     jeffdavis@graycary.com,

Gerard DiConza     gdiconza@dlawpc.com

Robert W. Dremluk     rdremluk@seyfarth.com,
rlauter@seyfarth.com,etrybantelser@cityofchicago.org,pbaisier@seyfarth.com

Judith Elkin     judith.elkin@haynesboone.com

Alyssa Englund     aenglund@orrick.com,

Robert Michael Farquhar     mfarquhar@winstead.com,

Charles J. Filardi     cfilardi@pepehazard.com

Edward M. Fox     efox@klng.com

Timothy A. Fusco     fusco@millercanfield.com,

Thomas M. Gaa     tgaa@bbslaw.com, clee@bbslaw.com

Yann Geron     nybkfilings@foxrothschild.com, ygeron@foxrothschild.com

Robert C. Goodrich     nashvillebankruptcyfilings@stites.com,

Warren R. Graham     wrg@dmlegal.com, ak@dmlegal.com;cfs@dmlegal.com

John T. Gregg     jgregg@btlaw.com,

Jonathan P. Guy     jpguy@swidlaw.com,

Michael Leo Hall     mhall@burr.com

Alan D. Halperin     ahalperin@halperinlaw.net, cbattaglia@halperinlaw.net;eganc@halperinlaw.net;cmitchell@halperinlaw.net

Brian W. Harvey     bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

William Heuer     wheuer@morganlewis.com,

Jeannette Eisan Hinshaw     jhinshaw@boselaw.com, pdidandeh@boselaw.com

Shannon E. Hoff     shoff@burr.com

Hilary Jewett     hjewett@foley.com,

Andrew C. Kassner     andrew.kassner@dbr.com

Alan M. Koschik     akoschik@brouse.com,

Lawrence J. Kotler     ljkotler@duanemorris.com,

Darryl S. Laddin     bkrfilings@agg.com

David E. Lemke     david.lemke@wallerlaw.com, cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;wallerbankruptcy@wallerlaw.com

Jeffrey M. Levinson     jml@ml-legal.com,

John S. Mairo     jsmairo@pbnlaw.com

Kayalyn A. Marafioti     kmarafio@skadden.com, jharring@skadden.com

Thomas J. Matz     tmatz@skadden.com

Austin L. McMullen     amcmulle@bccb.com,

Patrick E. Mears     patrick.mears@btlaw.com

Derek F. Meek     dmeek@burr.com

Robert N. Michaelson     rmichaelson@kl.com

Kathleen M. Miller     kmm@skfdelaware.com, tlc@skfdelaware.com

Joseph Thomas Moldovan     bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com

James P. Moloy     jmoloy@dannpecar.com,

Audrey E. Moog     amoog@hhlaw.com,

Brian F. Moore     bmoore@mccarter.com,

Alisa Mumola     alisa@contrariancapital.com,

Ingrid S. Palermo     ipalermo@hselaw.com

Lowell Peterson     lpeterson@msek.com

Alex Pirogovsky     apirogovsky@uhlaw.com,

Constantine Pourakis     cp@stevenslee.com

Steven J. Reisman     sreisman@cm-p.com, athau@cm-p.com;jdecristofaro@cm-p.com;jbarucha@cm-p.com;webmaster@docketware.com;mharwood@cm-p.com;kparker@cm-p.com

Craig Philip Rieders     crieders@gjb-law.com;gisabelle@gjb-law.com, gisabelle@gjb-law.com;bamron@gjb-law.com

Sandra A. Riemer     sriemer@phillipsnizer.com, mfay@phillipsnizer.com

Scott D. Rosen     srosen@cb-shea.com,

Robert B. Rubin     brubin@burr.com

Diane W. Sanders     austin.bankruptcy@publicans.com,

Thomas P. Sarb     ecfsarbt@millerjohnson.com

Mark A. Shaiken     mshaiken@stinsonmoheck.com, dcurran@stinsonmoheck.com;mjerde@stinsonmoheck.com;mleahy@stinsonmoheck.com;bpryor@stinsonmoheck.com;dcross@stinsonmoheck.com;dclark@stinsonmoheck.com;smecham@stinsonmoheck.com;aheppner@stinsonmoheck.com;jhoss@stinsonmoheck.com;atrain;edudley@stinsonmohec

Andrea Sheehan     sheehan@txschoollaw.com, greiner@txschoollaw.com;ashee1@yahoo.com

Sam O. Simmerman     sosimmerman@kwgd.com, mhelmick@kwgd.com

Marc P. Solomon     msolomon@burr.com

Brian D. Spector     bspector@selawfirm.com, kdillon@selawfirm.com

James M. Sullivan     jmsullivan@mwe.com, llopez@mwe.com

Gordon J. Toering     gtoering@wnj.com

Laura L. Torrado     ltorrado@bear.com, msussman@bear.com

Raymond J. Urbanik     rurbanik@munsch.com,

Robert Usadi     rusadi@cahill.com,

Joseph J. Vitale    jvitale@cwsny.com,

Michael D. Warner    bankruptcy@warnerstevens.com

Robert K. Weiler    rweiler@greenseifter.com, lellis@greenseifter.com

Elizabeth Weller    dallas.bankruptcy@publicans.com

Robert A White    rwhite@murthalaw.com,

## **Regular Mail**

Mark I Bane
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Glenn P. Berger
Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016

Patrick M. Costello
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palto Alto, CA 94306

Gary H. Cunningham
Kramer Mellen, P.C.
3000 Town Center, Ste. 1700
Southfield, MI 48075-1277

Gary H. Cunningham
Strobl Cunningham & Sharp, P.C.
300 E. Long Lake Road
Suite 200
Bloomingfield Hills, MI Suite 200

Craig Alan Damast
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174

Elizabeth K. Flaagan
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203

Mark T. Flewelling
Anglin, Flewelling, Rasmussen, Campbell
& Trytten LLP
199 South Los Robles Avenue
Suite 600
Pasadena, CA 91101

Ira P. Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Ira P. Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Scott R. Goldberg
Quarles & Brady Streich Lang, LLP
One Renaissance Sq.
2 N. Central Avenue
Phoenix, AZ 85004-2391

Stephen H. Gross
Hodgson Russ LLP
Carnegie Hall Tower
152 West 57th Street, 35th Floor
New York, NY 10019

Thomas H. Keyse
1700 Lincoln Street
Suite 4000
Denver, CO 80203

Steve Kieselstein
Kieselstein LawFirm, PLLC
43 British American Boulevard
Latham, NY 12110

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Jill Levi
Todd & Levi, LLP
444 Madison Avenue
New York, NY 10022

Timothy S. McFadden
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, IL 60603

Sandra A. Reimer
666 Fifth Avenue
New York, NY 10103

Harold Ritvo
Harold Ritvo, P.C.
One University Plaza
Hackensack, NJ 07601

Lawrence M. Schwab
BIALSON, BERGEN & SCHWAB, Esq.
2600 El Camino Real
Suite 300
Palto Alto, CA 94306

Bryan I. Schwartz
Levenfeld Pearlstein LLC
2 North LaSalle Street
Suite 1300
Chicago, IL 60602

Robert J. Sidman
Vorys, Sater, Seymour and Pease, LLP
52 East Gay Street
Columbus, OH 43216-1008

INDS01 SSPRUNGER 798688v1