Joseph E. Shickich, Jr. (JS 5229)
RIDDELL WILLIAMS P.S.
1001 4th Ave Ste 4500
Seattle WA  98154-1192
(206) 624-3600 Telephone
(206) 389-1708 Facsimile

Attorneys for Microsoft Corporation

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.<br><br>                    Debtors. | Case No. 05-44481 (rdd)<br>(administratively consolidated)<br><br>Chapter 11 |

**NOTICE OF APPEARANCE OF MICROSOFT CORPORATION AND
MICROSOFT LICENSING, GP AND REQUEST FOR SERVICE OF DOCUMENTS**

   PLEASE TAKE NOTICE that Microsoft Corporation, a Washington corporation, and its wholly-owned affiliate, Microsoft Licensing, GP (collectively "Microsoft"), as parties-in-interest in the above-captioned Chapter 11 case, hereby appear through their counsel, Riddell Williams P.S.; counsel hereby enters its appearance pursuant to Section 1109(b) of the U.S. Bankruptcy Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and counsel hereby requests that its name be added to the mailing list maintained by the Clerk of the Bankruptcy Court for this Chapter 11 case and that all notices and pleadings given or required to be given, and all papers served or required to be served, be given and served upon the following person:

   Joseph E. Shickich, Jr.
   Riddell Williams P.S.
   1001 4th Ave Ste 4500
   Seattle WA  98154-1192
   (206) 624-3600 Telephone
   (206) 389-1708 Facsimile
   jshickich@riddellwilliams.com

   PLEASE TAKE FURTHER NOTICE that pursuant to Bankruptcy Code § 1109(b), the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, all orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answering or reply papers, memoranda, and briefs in support of any of the foregoing and any other document (including, without limitation, operating reports, statements of affairs, schedules of assets and liabilities, disclosure statements and/or plans or reorganization) filed without, or otherwise brought before, this Court with respect to the above-referenced cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, email, facsimile transmission, telegraph, telex, or otherwise.

291/493408.01
102105/1421/20363.00376

      This Notice of Appearance and Request for Service of Documents shall not be deemed or construed as a waiver of the rights:  (1) to have final orders in non-core matters entered only after <u>de novo</u> review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the above-named entity is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

      DATED this 18th day of October, 2005.

                                  RIDDELL WILLIAMS P.S.

                                  By:/s/ Joseph E. Shickich, Jr.
                                      Joseph E. Shickich, Jr. (JS 5229)
                                      Washington State Bar No. 8751
                                      Riddell Williams P.S.
                                      1001 4th Ave Ste 4500
                                      Seattle WA  98154-1192
                                      (206) 624-3600 Telephone
                                      (206) 389-1708 Facsimile
                                      jshickich@riddellwilliams.com
                                      Counsel for Microsoft Corporation and
                                      Microsoft Licensing, GP

# DECLARATION OF SERVICE

Chris Collison declares:

1. I am an employee of Riddell Williams P.S. which represents Microsoft Corporation and Microsoft Licensing, GP. I am a United States citizen, over the age of 18, and competent to make this Declaration.

2. On Friday, October 21, 2005, I electronically filed via the U.S. Bankruptcy Court's CM/ECF System the foregoing pleading:

- Notice of Appearance of Microsoft Corporation and Microsoft Licensing, GP and Request for Service of Documents.

It is my understanding that at the time of filing this document on the ECF System, the Court will automatically send electronic notification to each of the individuals and/or entities (that are ECF participants) who appeared and/or requested special notice in this case.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED this 21st day of October, 2005.

/s/ Chris Collison
Chris Collison
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle WA  98154-1192
(206) 624-3600 Telephone
(206) 389-1708 Facsimile
ccollison@riddellwilliams.com