FAGELHABER LLC
55 East Monroe Street
40th Floor
Chicago, IL 60603
Telephone: (312) 346-7500
Facsimile: (312) 580-2201
Lauren Newman, Esq. (Illinois Bar 6188355)
Counsel for Penn Aluminum International, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DELPHI CORPORATION, ) | Case No: 05-44481 |
| ) | |
| Debtor. ) | |

### NOTICE OF RECLAMATION DEMAND BY PENN ALUMINUM INTERNATIONAL, INC.

PLEASE TAKE NOTICE THAT on October 14, 2005, pursuant to 11 U.S.C. Section 546(c), Penn Aluminum International, Inc. served its written demand for reclamation of goods upon Delphi Corporation and its affiliated debtors and their attorneys of record. A copy of the written demand for reclamation is attached hereto.

Dated:   Chicago, Illinois            /s/   Lauren Newman           .
         October 21, 2005             Lauren Newman

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following parties set out below via ECF transmission, this 21st day of October, 2005.

/s/   Lauren Newman           .
Lauren Newman

David B. Aaronson
david.aaronson@dbr.com

Elizabeth Abdelmasieh
eabdelmasieh@nmmlaw.com

Jennifer L. Adamy
bankruptcy@goodwin.com

David S. Barritt
barritt@chapman.com

W. Robinson Beard
jkirk@sites.com

Jeffrey Jernstein
jb@carpben.com, ssolazzo@carpben.com

Charles E. Bouldol
rtrack@msn.com

Wendy D. Brewer
wendy.brewer@btlaw.com, bankruptyindy@btlaw.com

Timothy W. Brink
tbrink@lordbissel.com

James L. Bromley
maofiling@cgsh.com

John Wm. Butler
jbutler@skadden.com

Madison L. Cashman
nashvillebankruptcyfilings@sites.com

Maria E. Chavez-Ruark
maria.ruark@dlapiper.com, richard.kremen@dlapiper.com

Michael G. Cruse
mcruse@wnj.com

Jeffry A. Davis
jeffdavis@graycary.com

Gerald DiConza
gdiconza@dlawpc.com

Robert W. Bremluk
rdremluk@seyfarth.com, rlauter@seyfarth.com,
etrybantelser@cityofchicago.org, pbaiser@seyfarth.com

Alyssa Englund
aeglund@orrick.com

Charles J. Filardi
cfilardi@pepehazard.com

Edward M. Fox
feos@klng.com

Yann Geron
mybkfilings@foxrothschild.com, ygeron@foxrothschild.com

Robert C. Goodrich
nashvillebankruptcyfilings@sites.com

Warren R. Graham
wrg@dmlegal.com, ak@dmlegal.com; cfs@dmlegal.com

John T. Gregg
jgregg@btlaw.com

Michael Leo Hall
mhall@burr.com

Alan D. Halperin
ahalperin@halperinlaw.net
cbattaglia@halperinlaw.net; eganc@halperinlaw.net; cmitchell@halperinlaw.net

Brian W. Harvey
bharvey@goodwinproctor.com, bharvey@goodwinprocter.com

William Heuer
wheuer@morganlewis.com

Shannon E. Hoff
shoff@burr.com

Hilary Jewett
hjewett@foley.com

Andrew C. Kassner
Andrew.kassner@dbr.com

Lawrence J. Kotler
ljkotler@duanemorris.com

Darryl S. Laddin
bkrfilings@agg.com

David E. Lemke
david.lemke@wallerlaw.com, cathy.thomas@wallerlaw.com, chris.cronk@wallerlaw.com, robert.welhoelter@wallerlaw.com, wallerbankruptcy@wallerlaw.com

Jeffrey M. Levinson
jml@ml-legal.com

John S. Mairo
jsmairo@pbnlaw.com

Kayalyn A. Marafioti
kmarafio@skadden.com, jharring@skadden.com

Thomas J. Matz
tmatz@skadden.com

Michael K. McCrory
michael.mccrory@btlaw.com

Austin L. McMullen
amcmulle@bccb.com

Patrick E. Mears
patrick.mears@btlaw.com

Derek F. Meek
dmeek@burr.com

Robert N. Michaelson
rmichaelson@kl.con

Kathleen M. Miller
kmm@skfdelaware.com, tlc@skfdelaware.com

Joseph Thomas Moldovan
bankruptcy@morrisoncohen.com, madallago@morrisoncohen.com

Audrey E. Moog
amoog@hhlaw.com

Brian F. Moore
bmoore@mccarter.com

Alisa Mumola
alisa@contrariancapital.com

Lowell Peterson
lpeterson@msek.com

Constantine Pourakis
cp@stevenslee.com

Steven J. Reisman
sreisman@cm-p.com, athau@cm-pcom;jdecristofaro@cm-p.com; jbarucha@cm-p.com;webmaster@docketware.com;mharwood@!cm-p.com; kparker@cm-p.com

Craig Phillip Rieders
crieders@gjb-law.com;gisabelle@gjb-law.com, gisabelle@gjb-law.com;bamron@gjb-law.com

Sandra A. Riemer
sriemer@phillipsnizer.com, mfay@phillipsnizer.com

Scott D. Rosen
srosen@cb-shea.com

Robert B. Rubin
brubin@burr.com

Diane W. Sanders
austin.bankruptcy@publicans.com

Thomas P. Sarb
ecfsarbt@millerjohnson.com

Mark A. Shaiken
mshaiken@stinsonmoheck.com, dcurran@stinsonmoheck.com; mjerda@stinsonmoheck.com; mleahy@stinsonmoheck.com; bpryor@stinsonmoheck.com; dcross@stinsonmoheck.com; dclark@stinsonmoheck.com; smecham@stinsonmoheck.com; aheppener@stinsonmoheck.com; jhoss@stinshonmoheck.com; atrian;edudley@stinsonmoheck

Andrea Sheehan
Sheehan@txschoollaw.com, greiner@txschoollaw.com; ashee1@yahoo.com

Sam O. Simmerman
sosimmerman@kwgd.com, mhelmick@kwgd.com

Marc P. Solomon
msolomon@burr.com

Brian D. Spector
bspector@selawfirm.com, kdillion@selawfrim.com

James M. Sullivan
jmsullivan@mwe.com, llopez@mwe.com

Gordon J. Toering
gtoering@wnj.com

Laura L. Torrado
ltorrado@bear.com, msussman@bear.com

Raymond J. Urbanik
rurbanik@munsch.com

Robert Usadi
rusadi@cahill.com

Joseph J. Vitale
jvitale@cwsny.com

Michael D. Warner
bankruptcy@warnerstevens.com

Elizabeth Weller
dallas.bankruptcy@publicans.com

Mark I. Bane
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178
mbane@kelleydrye.com

Stuart F. Cheney

Patrick M. Costello
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palto Alto, CA 94306

Gary H. Cunningham
Kramer Mellen, P.C.
3000 Town Center, Ste. 1700
Southfield, MI 48075-1277

Gary H. Cunningham
Strobl Cunningham & Sharp, P.C.
300 E. Long Lake Road
Suite 200
Bloomingfield Hills, MI

Elizabeth K. Flaagan
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203

Stephen H. Gross
Hodgson Russ LLP
Carnegie Hall Tower
152 West 57th Street, 35th Floor
New York, NY 10019
sgross@hodgsonruss.com  mramos@hodgsonruss.com

Thomas H. Keyse
1700 Lincoln Street
Suite 4000
Denver, CO 80203

Steve Kieselstein
Kieselstein Law Firm, PLLC
43 British American Boulevard
Latham, NY 12110

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Jill Levi
Todd & Levi, LLP
444 Madison Avenue
New York, NY 10022
jlevi@toddlevi.com, drosenberg@toddlevi.com

Timothy S. McFadden
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, IL 60603
tmcfadden@lordbissell.com, mklepper@lordbissell.com

Sandra A. Reimer
666 Fifth Avenue
New York, NY 10103

Robert J. Sidman
Vorys, Sater, Seymour and Pease, LLP
52 East Gay Street
Columbus, OH 43215-1008
rjsidman@vssp.com, bkbowers@vssp.com; eplitfin@vssp.com; cdfricke@vssp.com