# FAGEL HABER

ATTORNEYS AND
COUNSELORS AT LAW

**Lauren Newman**
Direct Dial (312) 580-2328
Direct Fax (312) 782-3659
E-mail lnewman@fagelhaber.com

**Via Facsimile Transmission**
<u>**Original via UPS Overnight Delivery**</u>
**Tracking No. 1Z A37 T66 01 9909 9214 (*Miller*)**
**Tracking No. 1Z A37 T66 01 9592 8825 (*Lyons*)**

October 14, 2005

| | |
|---|---|
| Mr. Robert S. Miller | John K. Lyons, Esq. |
| Chairman and Chief Executive Officer | Skadden Arps Slate Meagher & Flom, LLP |
| Delphi Corporation | 333 West Wacker Drive - Suite 2100 |
| 5725 Delphi Drive | Chicago, IL  60606-1285 |
| Troy, MI  48098 | Facsimile: (312) 407-0411 |
| Facsimile:  (248) 813-2670 | *Attorney for Delphi Corporation* |

Re:   **<u>Penn Aluminum International, Inc. – Delphi Corporation</u>**
        **Reclamation of Delivered Product**
        **Our file No. 731650.0016**

Dear Sirs:

Our client, Penn Aluminum International, Inc. sold and delivered to your company within the past ten (10) days various shipments of aluminum and related products in the total sum of $342,962.94 ("Reclamation Goods"). To date, the purchase price for such products has not been received and Delphi Corporation has filed for bankruptcy relief indicating its insolvency and inability to satisfy its obligations in the ordinary course of business.

Penn Aluminum International, Inc. does hereby demand the return and reclamation of all of the Reclamation Goods pursuant to Section 2-702 of the Uniform Commercial Code and Section 546(c) of the Bankruptcy Code. We will deliver within ten (10) days of this letter proof of the nature and value of goods provided to Delphi Corporation in the reclamation period as authorized by 11 U.S.C. §546(c).

You are directed to cease selling or otherwise disposing of the Reclamation Goods and to segregate same in a separate portion of your facilities, pending the return of the Reclamation Goods to Penn Aluminum International, Inc. Please contact me to make arrangements for the return of the Reclamation Goods. Penn Aluminum International, Inc. reserves all rights and remedies provided by applicable law or otherwise and does not waive any such right or remedy by making this demand or by accepting the return of the Reclamation Goods.



**FAGEL HABER**
ATTORNEYS AND
COUNSELORS AT LAW

October 14, 2005
Page 2

I look forward to speaking with you regarding this matter.

Very truly yours,

Lauren Newman

cc:  Donald Ursini, Penn Aluminum International, Inc. (by e mail)
Robert C. Webb, Esq. (by e mail)