**SEYFARTH SHAW LLP**
1270 Avenue of the Americas, Suite 2500
New York, New York 10020-1801
Telephone: (212) 218-5500
Facsimile: (212) 218-5526
Robert W. Dremluk (RD-3109)
Paul M. Baisier (*Pro Hac Vice*)

*Attorneys for Fujikura America, Inc.*

**Hearing Date and Time:** October 27, 2005 at 10:00 a.m.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
————————————————————————X
In re:                                                              :
                                                                         :         Chapter 11
DELPHI CORPORATION, et al.,                       :         Case No. 05-44481 (RDD)
                                                                         :         (Jointly Administered)
                                    Debtors.                   :
————————————————————————X

**JOINDER OF FUJIKURA AMERICA, INC. IN LIMITED OBJECTIONS
TO FINANCING MOTION AND INTERIM DIP FINANCING ORDER,
AND REQUEST BY FUJIKURA AMERICA, INC. FOR ADEQUATE
PROTECTION FOR PRE-PETITION SETOFF RIGHTS**

Fujikura America, Inc. ("Fujikura") hereby objects to the (i) motion of Delphi Corporation and certain of its affiliates (collectively, the "Debtors"), debtors and debtors-in-possession in the above-captioned jointly administered cases, filed October 8, 2005 (the "Motion") for a final order authorizing, among other things, post-petition financing, and (ii) the Interim Order dated October 12, 2005 (the "Interim Order") granting in part the Motion, and joins in the limited objections filed by Robert Bosch Corporation and affiliates (Doc. 428); Mercedes-Benz U.S. International, Inc. (Doc. 435); Venture Plastics, Inc. (Doc. 436); Calsonic Kansei North America, Inc. (Doc. 442); DaimlerChrysler Motors Company (Doc. 450); Decatur Plastic Products, Inc. (Doc. 451); Gibbs Die Casting Corporation (Doc. 455); Lorentson Manufacturing Company, Inc.

NY1 25137968.1

(Doc. 458); Autocam Corporation (Doc. 459); and Lorentson Manufacturing Company Southwest, Inc. (Doc. 461) to the extent the Debtors seek to subordinate any pre-petition setoff rights of Fujikura absent adequate protection.  Fujikura requests that it be granted a superior replacement lien as adequate protection for its pre-petition setoff rights, senior in priority over the liens and claims granted to the DIP Lenders and the Pre-Petition Secured Lenders; and such other and further relief as the Court deems just and proper.

Dated: October 21, 2005

Atlanta, GA

Respectfully submitted,

SEYFARTH SHAW LLP
By: /s/ Paul M. Baisier
Paul M. Baisier
SEYFARTH SHAW LLP
1545 Peachtree Street, N.E.
Suite 700
Atlanta, GA 30309-2401
Tel. (404) 885-1500
Fax: (404) 892-7056
Emails: pbaisier@seyfarth.com

Dated: October 21, 2005

New York, NY

SEYFARTH SHAW LLP
By: /s/ Robert W. Dremluk
Robert W. Dremluk
SEYFARTH SHAW LLP
1270 Avenue of the Americas
Suite 2500
New York, NY 10020-1801
Tel: (212) 218-5500
Fax: (212) 218-5526
Email: rdremluk@seyfarth.com

*Attorneys for Fujikura America, Inc.*

**CERTIFICATE OF SERVICE**

I, Robert W. Dremluk, an attorney, hereby certify that on this 21st day of October, 2005, a copy of the foregoing Joinder of Fujukura America, Inc. in Limited Objections to Financing Motion and Interim DIP Financing Order, and Request by Fujukura America, Inc. for Adequate Protection for Pre-Petition Setoff Rights was mailed, first-class, postage prepaid to:

| | |
|---|---|
| John Wm. Butler. Jr.<br>Skadden Arps Slate Meagher & Flom LLP<br>333 West Wacker Drive<br>Chicago, IL  60606-1285<br>(312) 407-0730<br>Fax: (312) 407-0411<br>jbutler@skadden.com | Alicia M. Leonhard<br>United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004<br>(212) 510-0500 |

Kayalyn A. Marafioti
Thomas J. Matz
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
(212) 735-3000
Fax: (212) 735-2000
kmarafio@skadden.com
tmatz@skadden.com

/s/ Robert W. Dremluk
Robert W. Dremluk (RD-3109)
**SEYFARTH SHAW LLP**
1270 Avenue of the Americas
Suite 2500
New York, New York 10020-1801
Telephone:  (212) 218-5500
Facsimile:  (212) 218-5526
rdremluk@seyfarth.com

*Attorneys for Fujukura America, Inc.*

NY1 25137968.1