<u>Hearing Date and Time:</u> October 27, 2005 at 10:00 a.m.

**SEYFARTH SHAW LLP**
1270 Avenue of the Americas, Suite 2500
New York, New York 10020-1801
Telephone: (212) 218-5500
Facsimile: (212) 218-5526
Robert W. Dremluk (RD-3109)
Paul M. Baisier (*Pro Hac Vice*)

*Attorneys for Murata Electronics North America, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――X
In re:                              :
                                    :     Chapter 11
DELPHI CORPORATION, et al.,         :     Case No. 05-44481 (RDD)
                                    :     (Jointly Administered)
                    Debtors.        :
―――――――――――――――――――――――X

**JOINDER OF MURATA ELECTRONICS NORTH AMERICA, INC. IN
LIMITED OBJECTIONS TO FINANCING MOTION AND INTERIM
DIP FINANCING ORDER, AND REQUEST BY MURATA
ELECTRONICS NORTH AMERICA, INC. FOR ADEQUATE
PROTECTION FOR PRE-PETITION SETOFF RIGHTS**

Murata Electronics North America, Inc. ("Murata") hereby objects to the (i) motion of Delphi Corporation and certain of its affiliates (collectively, the "Debtors"), debtors and debtors-in-possession in the above-captioned jointly administered cases, filed October 8, 2005 (the "Motion") for a final order authorizing, among other things, post-petition financing, and (ii) the Interim Order dated October 12, 2005 (the "Interim Order") granting in part the Motion, and joins in the limited objections filed by Robert Bosch Corporation and affiliates (Doc. 428); Mercedes-Benz U.S. International, Inc. (Doc. 435); Venture Plastics, Inc. (Doc. 436); Calsonic Kansei North America, Inc. (Doc. 442); DaimlerChrysler Motors Company (Doc. 450); Decatur Plastic Products, Inc.

NY1 25137970.1

(Doc. 451); Gibbs Die Casting Corporation (Doc. 455); Lorentson Manufacturing Company, Inc. (Doc. 458); Autocam Corporation (Doc. 459); and Lorentson Manufacturing Company Southwest, Inc. (Doc. 461) to the extent the Debtors seek to subordinate any pre-petition setoff rights of Murata absent adequate protection.  Murata requests that it be granted a superior replacement lien as adequate protection for its pre-petition setoff rights, senior in priority over the liens and claims granted to the DIP Lenders and the Pre-Petition Secured Lenders; and such other and further relief as the Court deems just and proper.

Dated: October 21, 2005

Atlanta, GA

Respectfully submitted,

SEYFARTH SHAW LLP
By: /s/ Paul M. Baisier
Paul M. Baisier
SEYFARTH SHAW LLP
1545 Peachtree Street, N.E.
Suite 700
Atlanta, GA 30309-2401
Tel. (404) 885-1500
Fax: (404) 892-7056
Emails: pbaisier@seyfarth.com

Dated: October 21, 2005

New York, NY

SEYFARTH SHAW LLP
By: /s/ Robert W. Dremluk
Robert W. Dremluk
SEYFARTH SHAW LLP
1270 Avenue of the Americas
Suite 2500
New York, NY 10020-1801
Tel: (212) 218-5500
Fax: (212) 218-5526
Email: rdremluk@seyfarth.com

*Attorneys for Murata Electronics North America, Inc.*

NY1 25137970.1

**CERTIFICATE OF SERVICE**

I, Robert W. Dremluk, an attorney, hereby certify that on this 21st day of October, 2005, a copy of the foregoing Joinder of Murata Electronics North America, Inc. in Limited Objections to Financing Motion and Interim DIP Financing Order, and Request by Murata Electronics North America, Inc. for Adequate Protection for Pre-Petition Setoff Rights was mailed, first-class, postage prepaid to:

| | |
|---|---|
| John Wm. Butler. Jr. | Alicia M. Leonhard |
| Skadden Arps Slate Meagher & Flom LLP | United States Trustee |
| 333 West Wacker Drive | 33 Whitehall Street |
| Chicago, IL  60606-1285 | 21st Floor |
| (312) 407-0730 | New York, NY 10004 |
| Fax: (312) 407-0411 | (212) 510-0500 |
| jbutler@skadden.com | |

Kayalyn A. Marafioti
Thomas J. Matz
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
(212) 735-3000
Fax: (212) 735-2000
kmarafio@skadden.com
tmatz@skadden.com

                                          /s/ Robert W. Dremluk
                                          Robert W. Dremluk (RD-3109)
                                          **SEYFARTH SHAW LLP**
                                          1270 Avenue of the Americas
                                          Suite 2500
                                          New York, New York 10020-1801
                                          Telephone:  (212) 218-5500
                                          Facsimile:   (212) 218-5526
                                          rdremluk@seyfarth.com

                                          *Attorneys for Murata Electronics North America, Inc.*