Michael J. Edelman (6476 ME)
Vedder, Price, Kaufman & Kammholz, P.C.
805 Third Avenue
New York, New York 10022
Telephone: (212) 407-7700
Facsimile: (212) 407-7799

Eric S. Prezant
Ryan O. Lawlor
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
Telephone: (312) 609-7500
Facsimile: (312) 609-5005
*Attorneys for The Intec Group, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, *et al.*,<br><br>Debtors | Chapter 11<br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

## NOTICE OF RECLAMATION DEMAND OF THE INTEC GROUP, INC. AND ITS AFFILIATES

PLEASE TAKE NOTICE that written reclamation demands (the "Intec Demands") were served on October 20, 2005 by The Intec Group, Inc., AI Technologies LLC, and Intec-Mexico, LLC, on the above-captioned Debtors and their counsel. A copy of the Intec Demands (with the exhibits thereto) are collectively attached as Exhibit A and incorporated herein by reference.

Dated: October 21, 2005

CHICAGO/#1431815.1

Respectfully submitted,

VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.,

/s/ Michael J. Edelman
  By:  Michael J. Edelman (6476 ME)
805 Third Avenue
New York, New York 10022
Telephone: (212) 407-7700
Facsimile: (212) 407-7799

Eric S. Prezant
Ryan O. Lawlor
222 North LaSalle Street, Suite 2600
Chicago, Illinois  60601
Telephone: (312) 609-7500
Facsimile: (312) 609-5005
*Attorneys for The Intec Group, Inc.*

CHICAGO/#1431815.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice of Reclamation Demand of The Intec Group, Inc. and its Affiliates was filed electronically this 21st day of October, 2005. Notice of this filing will be sent by operation of the Court's electronic filing system.

/s/ Michael J. Edelman
Michael J. Edelman

CHICAGO/#1431815.1

# EXHIBIT A

The Intec Group, Inc.
666 South Vermont Street
Palatine, Illinois 60067
847 358.0088
847 358.4391 Fax

**INTEC**

October 19, 2005

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

R. David Nelson
Vice President Global Supply Management
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Everett W. Montgomery, Jr.
Global Commodity Team Leader
Purchasing Plastic Components
P.O. Box 9005
Kokomo, IN 46904

Re: In re Delphi Corporation, et al. Case No. 05-44481
    Reclamation Notice of The Intec Group, Inc.

Dear Counsel:

Please be advised that pursuant to Section 2-702 of the applicable Uniform Commercial Code, Section 546 of the United State Bankruptcy Code (11 U.S.C. §§ 101 *et seq*.) and other applicable law, you are hereby notified that The Intec Group, Inc. ("Intec") demands reclamation of the goods described in the Schedule attached hereto (the "Goods"). Please contact the undersigned at (847) 202-3404 or Steven M. Perlman at (847) 202-3402 to arrange for the immediate return of the Goods. In the interim, please segregate the Goods and provide us with written confirmation that the Goods are on your premises.

Intec hereby expressly reserves every right, power, remedy, claim and defense now or hereinafter existing at law, in equity or by statute, and the exercise of any such right, power, remedy, claim or defense shall not be construed as a waiver of the right to exercise, at the same time or thereafter, such right, power, remedy, claim or defense.

Very truly yours,

The Intec Group, Inc.

*[signature]*

Daryl M. Dishong
Vice President & Chief Financial Officer

Enclosures

cc:  Eric S. Prezant, Esq.
     Ryan O. Lawlor, Esq.
     Steven M. Perlman

*QS-9000/ISO 9002 Registered*

**Intec Group, Inc**
DUNS 00-506-7004
**Reclamation**

| | Invoice Number | Ship Date |
|---|---|---|
| **Bill To:** | 1365809 | 10/7/2005 |
| **Delco Electronics** | 1365834 | 10/7/2005 |
| **Manual Receipts Processing** | 1365793 | 10/6/2005 |
| **MS-A241** | 1365794 | 10/6/2005 |
| **PO Box 9005** | 1365795 | 10/6/2005 |
| **Kokomo IN  46904-9005** | 1365810 | 10/6/2005 |
| | 1365768 | 10/5/2005 |
| **Ship to:** | 1365769 | 10/5/2005 |
| **JIT Services of Ind. Inc.** | 1365770 | 10/5/2005 |
| **ID 0001010606** | 1365771 | 10/5/2005 |
| **5150 W. 76th Street** | 1365774 | 10/5/2005 |
| **Indianapolis IN 46268** | 1365775 | 10/5/2005 |
| | 1365788 | 10/5/2005 |
| **Ship to:** | 1365754 | 10/4/2005 |
| **Delco Electronics** | 1365755 | 10/4/2005 |
| **Los Indios DC** | 1365735 | 10/3/2005 |
| **702 Joaquin Cavazos Rd** | 1365750 | 10/3/2005 |
| **Los Indios TX 78567** | 1365734 | 10/1/2005 |
| | 1365717 | 9/30/2005 |
| | 1365718 | 9/30/2005 |
| | 1365719 | 9/30/2005 |
| | 1365709 | 9/29/2005 |
| | 1365712 | 9/29/2005 |

**Intec Group, Inc**
DUNS 00-506-7004
**Reclamation**

**Bill To:**
**Delphi Automotive Systems**
**4800 S. Saginaw St.**
**PO Box 1360**
**Flint MI 48501-1360**

**Ship To:**
**Delphi E&E**
**999 Randall Rd**
**Coopersville MI 49404**

| Invoice Number | Shipment Date |
|---|---|
| 23967 | 10/7/2005 |
| 23959 | 10/6/2005 |
| 23956 | 10/5/2005 |
| 23951 | 10/4/2005 |
| 23948 | 10/3/2005 |
| 23946 | 9/30/2005 |
| 23944 | 9/29/2005 |

Pg 8 of 16

**Intec Group, Inc**
DUNS 00-506-7004
**Reclamation**

**Bill To:**
**Delphi Autotmotive Systems**
**AEG Disbursement Services**
**PO Box 1550**
**Flint MI 48501-1550**

**Ship To:**
**JITS Services of Ind. Inc.**
**ID 0001010606**
**5150 W 76th Street**
**Indianapolis IN 46268**

| Invoice Number | Shipment Date |
|---|---|
| 1365837 | 10/7/2005 |
| 1365838 | 10/7/2005 |
| 1365839 | 10/7/2005 |
| 1365840 | 10/7/2005 |
| 1365841 | 10/7/2005 |
| 1365842 | 10/7/2005 |
| 1365806 | 10/6/2005 |
| 1365812 | 10/6/2005 |
| 1365813 | 10/6/2005 |
| 1365814 | 10/6/2005 |
| 1365815 | 10/6/2005 |
| 1365816 | 10/6/2005 |
| 1365817 | 10/6/2005 |
| 1365766 | 10/5/2005 |
| 1365767 | 10/5/2005 |
| 1365787 | 10/5/2005 |
| 1365800 | 10/5/2005 |
| 1365801 | 10/5/2005 |
| 1365802 | 10/5/2005 |
| 1365803 | 10/5/2005 |
| 1365804 | 10/5/2005 |
| 1365805 | 10/5/2005 |
| 1365753 | 10/4/2005 |
| 1365782 | 10/4/2005 |
| 1365783 | 10/4/2005 |
| 1365784 | 10/4/2005 |
| 1365785 | 10/4/2005 |
| 1365786 | 10/4/2005 |
| 1365756 | 10/3/2005 |
| 1365757 | 10/3/2005 |
| 1365758 | 10/3/2005 |
| 1365759 | 10/3/2005 |
| 1365760 | 10/3/2005 |
| 1365742 | 9/30/2003 |
| 1365743 | 9/30/2003 |
| 1365744 | 9/30/2003 |
| 1365745 | 9/30/2003 |
| 1365746 | 9/30/2003 |
| 1365720 | 9/29/2005 |
| 1365721 | 9/29/2005 |
| 1365722 | 9/29/2005 |
| 1365723 | 9/29/2005 |
| 1365724 | 9/29/2005 |
| 1365725 | 9/29/2005 |



640 South Vermont Street
Palatine, Illinois 60067 USA
TEL: 847.202.3488
FAX: 847.358.4391

October 19, 2005

John Wm. Butler, Jr., Esq.　　　　　　　　　　Kayalyn A. Marafioti, Esq.
John K. Lyons, Esq.　　　　　　　　　　　　　Thomas J. Matz, Esq.
Ron E. Meisler, Esq.　　　　　　　　　　　　　Skadden, Arps, Slate, Meagher & Flom LLP
Skadden, Arps, Slate, Meagher & Flom LLP　　　Four Times Square
333 West Wacker Drive, Suite 2100　　　　　　　New York, NY  10036
Chicago, IL  60606

R. David Nelson　　　　　　　　　　　　　　　Everett W. Montgomery, Jr.
Vice President Global Supply Management　　　Global Commodity Team Leader
Delphi Corporation　　　　　　　　　　　　　　Purchasing Plastic Components
5725 Delphi Drive　　　　　　　　　　　　　　P.O. Box 9005
Troy, MI  48098　　　　　　　　　　　　　　　Kokomo, IN  46904

Re:　In re Delphi Corporation, et al. Case No. 05-44481
　　　Reclamation Notice of The Intec Group, Inc.

Dear Counsel:

　　　Please be advised that pursuant to Section 2-702 of the applicable Uniform Commercial Code, Section 546 of the United State Bankruptcy Code (11 U.S.C. §§ 101 *et seq*.) and other applicable law, you are hereby notified that The Intec Group, Inc. ("Intec") demands reclamation of the goods described in the Schedule attached hereto (the "Goods"). Please contact the undersigned at (847) 202-3404 or Steven M. Perlman at (847) 202-3402 to arrange for the immediate return of the Goods. In the interim, please segregate the Goods and provide us with written confirmation that the Goods are on your premises.

　　　Intec hereby expressly reserves every right, power, remedy, claim and defense now or hereinafter existing at law, in equity or by statute, and the exercise of any such right, power, remedy, claim or defense shall not be construed as a waiver of the right to exercise, at the same time or thereafter, such right, power, remedy, claim or defense.

Very truly yours,

The Intec Group, Inc.

Daryl M. Dishong
Vice President & Chief Financial Officer

Enclosures

cc:　Eric S. Prezant, Esq.
　　　Ryan O. Lawlor, Esq.
　　　Steven M. Perlman

PART OF THE INTEC GROUP GLOBAL PLASTICS ALLIANCE I MMBDC CERTIFIED

**AI Technologies LLC**
DUNS 10-275-0812
**Reclamation**

Bill To:
Delco Electronics
Manual Receipt Processing
Mail Station A241, PO Box 9005
Kokomo IN 46904-9005

Ship To:
Delphi D Delnosa
Plant 5-6
702 Joaquin Cavazos Rd
Los Indios TX 78567

| Invoice Number | Shipment Date |
|---|---|
| 19145 | 10/7/2005 |
| 19146 | 10/7/2005 |
| 19147 | 10/7/2005 |
| 19148 | 10/7/2005 |
| 19149 | 10/7/2005 |
| 19150 | 10/7/2005 |
| 19151 | 10/7/2005 |
| 19152 | 10/7/2005 |
| 19153 | 10/7/2005 |
| 19154 | 10/7/2005 |
| 19155 | 10/7/2005 |
| 19111 | 10/6/2005 |
| 19112 | 10/6/2005 |
| 19113 | 10/6/2005 |
| 19114 | 10/6/2005 |
| 19115 | 10/6/2005 |
| 19116 | 10/6/2005 |
| 19117 | 10/6/2005 |
| 19118 | 10/6/2005 |
| 19119 | 10/6/2005 |
| 19120 | 10/6/2005 |
| 19121 | 10/6/2005 |
| 19122 | 10/6/2005 |
| 19084 | 10/5/2005 |
| 19085 | 10/5/2005 |
| 19086 | 10/5/2005 |
| 19087 | 10/5/2005 |
| 19088 | 10/5/2005 |
| 19089 | 10/5/2005 |
| 19090 | 10/5/2005 |
| 19091 | 10/5/2005 |
| 19092 | 10/5/2005 |
| 19093 | 10/5/2005 |
| 19047 | 10/4/2005 |
| 19048 | 10/4/2005 |
| 19049 | 10/4/2005 |
| 19050 | 10/4/2005 |
| 19051 | 10/4/2005 |
| 19052 | 10/4/2005 |
| 19053 | 10/4/2005 |
| 19054 | 10/4/2005 |
| 19055 | 10/4/2005 |
| 19056 | 10/4/2005 |
| 19057 | 10/4/2005 |
| 19012 | 10/3/2005 |
| 19013 | 10/3/2005 |
| 19014 | 10/3/2005 |
| 19015 | 10/3/2005 |
| 19016 | 10/3/2005 |
| 19017 | 10/3/2005 |
| 19018 | 10/3/2005 |
| 19019 | 10/3/2005 |
| 19020 | 10/3/2005 |
| 19021 | 10/3/2005 |
| 19022 | 10/3/2005 |
| 19023 | 10/3/2005 |
| 18975 | 9/30/2005 |
| 18976 | 9/30/2005 |
| 18977 | 9/30/2005 |
| 18978 | 9/30/2005 |
| 18979 | 9/30/2005 |
| 18980 | 9/30/2005 |
| 18981 | 9/30/2005 |
| 18982 | 9/30/2005 |
| 18983 | 9/30/2005 |
| 18984 | 9/30/2005 |
| 18985 | 9/30/2005 |
| 18943 | 9/29/2005 |
| 18944 | 9/29/2005 |
| 18945 | 9/29/2005 |
| 18946 | 9/29/2005 |
| 18947 | 9/29/2005 |
| 18948 | 9/29/2005 |
| 18949 | 9/29/2005 |
| 18950 | 9/29/2005 |
| 18951 | 9/29/2005 |
| 18952 | 9/29/2005 |

**AI Technologies LLC**
DUNS 10-275-0812
**Reclamation**

**Bill To:**
Delphi Automotive Systems
1401 Crooks Road
Troy MI 48084

**Ship To:**
Delphi Thermal and Interiors
Lakle Orion Plant
4872 Lapeer Rd
Lake Orion MI 48359

**Ship To:**
Delphi E&S CMM 2
702 Joaquin Cavazos Rd
Los Indios TX 78567

**Ship To:**
Delphi CMM Operations
3301 Nafta Parkway, Suite B
Brownsville TX 78521

**Ship To:**
Delphi S&I
Vandalia
250 Northwoods Blvd.
Vandalia OH 45377

| Invoice Number | Shipment Date |
|---|---|
| 19164 | 10/7/2005 |
| 19165 | 10/7/2005 |
| 19166 | 10/7/2005 |
| 19167 | 10/7/2005 |
| 19168 | 10/7/2005 |
| 19169 | 10/7/2005 |
| 19170 | 10/7/2005 |
| 19171 | 10/7/2005 |
| 19134 | 10/6/2005 |
| 19135 | 10/6/2005 |
| 19136 | 10/6/2005 |
| 19137 | 10/6/2005 |
| 19138 | 10/6/2005 |
| 19139 | 10/6/2005 |
| 19098 | 10/5/2005 |
| 19099 | 10/5/2005 |
| 19100 | 10/5/2005 |
| 19101 | 10/5/2005 |
| 19102 | 10/5/2005 |
| 19103 | 10/5/2005 |
| 19070 | 10/4/2005 |
| 19071 | 10/4/2005 |
| 19072 | 10/4/2005 |
| 19073 | 10/4/2005 |
| 19074 | 10/4/2005 |
| 19034 | 10/3/2005 |
| 19035 | 10/3/2005 |
| 19036 | 10/3/2005 |
| 19037 | 10/3/2005 |
| 19038 | 10/3/2005 |
| 19039 | 10/3/2005 |
| 18991 | 9/30/2005 |
| 18992 | 9/30/2005 |
| 18993 | 9/30/2005 |
| 18994 | 9/30/2005 |
| 18995 | 9/30/2005 |
| 19000 | 9/30/2005 |
| 19011 | 9/30/2005 |
| 18963 | 9/29/2005 |
| 18964 | 9/29/2005 |
| 18965 | 9/29/2005 |
| 18966 | 9/29/2005 |
| 18967 | 9/29/2005 |

**AI Technologies LLC**
DUNS 10-275-0812
**Pre-Petition Payables**

**Bill To:**
**Delphi S&I**
**200 Georgesville Rd**
**Columbus OH 43228**

**Ship To:**
**Delphi S&C Columbus**
**200 Georgesville Rd**
**Columbus OH 43228**

| Invoice Number | Shipment Date |
|---|---|
| 19174 | 10/7/2005 |
| 19175 | 10/7/2005 |
| 19143 | 10/6/2005 |
| 19144 | 10/6/2005 |
| 19108 | 10/5/2005 |
| 19109 | 10/5/2005 |
| 19076 | 10/4/2005 |
| 19044 | 10/3/2005 |
| 19045 | 10/3/2005 |
| 18997 | 9/30/2005 |
| 18998 | 9/30/2005 |
| 18971 | 9/29/2005 |
| 18972 | 9/29/2005 |



Intec-Mexico, LLC
654 S. Vermont Street
Palatine, IL 60067
Tel 847-358-0088
Fax 847.358.4391

October 19, 2005

| | |
|---|---|
| John Wm. Butler, Jr., Esq.<br>John K. Lyons, Esq.<br>Ron E. Meisler, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606 | Kayalyn A. Marafioti, Esq.<br>Thomas J. Matz, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 |
| R. David Nelson<br>Vice President Global Supply Management<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098 | Everett W. Montgomery, Jr.<br>Global Commodity Team Leader<br>Purchasing Plastic Components<br>P.O. Box 9005<br>Kokomo, IN 46904 |

Re:   In re Delphi Corporation, et al. Case No. 05-44481
      <u>Reclamation Notice of The Intec Group, Inc.</u>

Dear Counsel:

Please be advised that pursuant to Section 2-702 of the applicable Uniform Commercial Code, Section 546 of the United State Bankruptcy Code (11 U.S.C. §§ 101 *et seq*.) and other applicable law, you are hereby notified that The Intec Group, Inc. ("Intec") demands reclamation of the goods described in the Schedule attached hereto (the "Goods"). Please contact the undersigned at (847) 202-3404 or Steven M. Perlman at (847) 202-3402 to arrange for the immediate return of the Goods. In the interim, please segregate the Goods and provide us with written confirmation that the Goods are on your premises.

Intec hereby expressly reserves every right, power, remedy, claim and defense now or hereinafter existing at law, in equity or by statute, and the exercise of any such right, power, remedy, claim or defense shall not be construed as a waiver of the right to exercise, at the same time or thereafter, such right, power, remedy, claim or defense.

Very truly yours,

The Intec Group, Inc.

*[signature]*

Daryl M. Dishong
Vice President & Chief Financial Officer

Enclosures

cc:   Eric S. Prezant, Esq.
      Ryan O. Lawlor, Esq.
      Steven M. Perlman

An Intec Group Company

**Intec-Mexico LLC**
DUNS 12-779-3987
**Reclamation**

| | Invoice Number | Shipment Date |
|---|---|---|
| **Bill To:** | 1003068 | 10/7/2005 |
| **Delphi Autotmotive Systems** | 1003070 | 10/7/2005 |
| **AEG Disbursement Services** | 1003071 | 10/7/2005 |
| **PO Box 1550** | 1003072 | 10/7/2005 |
| **Flint MI 48501-1550** | 1003057 | 10/6/2005 |
| | 1003069 | 10/6/2005 |
| **Ship To:** | 1003042 | 10/5/2005 |
| **Delphi E/SEC-Juarez** | 1003045 | 10/5/2005 |
| **32 Celebrity Wagon Street** | 1003046 | 10/5/2005 |
| **CISCO 35021** | 1003047 | 10/5/2005 |
| **SAP# JM01** | 1003029 | 10/4/2005 |
| **El Paso TX 79906** | 1003030 | 10/4/2005 |
| | 1003033 | 10/4/2005 |
| | 1003019 | 10/3/2005 |
| | 1003020 | 10/3/2005 |
| | 1003021 | 10/3/2005 |
| | 1002991 | 9/30/2005 |
| | 1002998 | 9/30/2005 |
| | 1002999 | 9/30/2005 |
| | 1003000 | 9/30/2005 |
| | 1002974 | 9/29/2005 |
| | 1002975 | 9/29/2005 |
| | 1002976 | 9/29/2005 |
| | 1002986 | 9/29/2005 |

**Intec-Mexico LLC**
DUNS 12-779-3987
**Reclamation**

**Bill To:**
**Delphi Automotive Systems**
**1401 Crooks Road**
**Troy MI 48084**

**Ship To:**
**Delphi S&I**
**200 Georgesville Rd**
**Columbus OH 43228**

**Ship To:**
**Delphi I CMM**
**3301 Nafta Parkway**
**Suite B**
**Cisco #39701**
**SAP# RH01**
**Brownsville TX 78521**

| Invoice Number | Shipment Date |
|---|---|
| 1003074 | 10/7/2005 |
| 1003075 | 10/7/2005 |
| 1003076 | 10/7/2005 |
| 1003077 | 10/7/2005 |
| 1003078 | 10/7/2005 |
| 1003079 | 10/7/2005 |
| 1003080 | 10/7/2005 |
| 1003081 | 10/7/2005 |
| 1003058 | 10/6/2005 |
| 1003059 | 10/6/2005 |
| 1003060 | 10/6/2005 |
| 1003062 | 10/6/2005 |
| 1003049 | 10/5/2005 |
| 1003050 | 10/5/2005 |
| 1003051 | 10/5/2005 |
| 1003052 | 10/5/2005 |
| 1003053 | 10/5/2005 |
| 1003054 | 10/5/2005 |
| 1003031 | 10/4/2005 |
| 1003032 | 10/4/2005 |
| 1003037 | 10/4/2005 |
| 1003038 | 10/4/2005 |
| 1003039 | 10/4/2005 |
| 1003040 | 10/4/2005 |
| 1003022 | 10/3/2005 |
| 1003023 | 10/3/2005 |
| 1003024 | 10/3/2005 |
| 1003025 | 10/3/2005 |
| 1003026 | 10/3/2005 |
| 1003027 | 10/3/2005 |
| 1002985 | 9/30/2005 |
| 1003001 | 9/30/2005 |
| 1003004 | 9/30/2005 |
| 1003005 | 9/30/2005 |
| 1003006 | 9/30/2005 |
| 1003007 | 9/30/2005 |
| 1003008 | 9/30/2005 |
| 1003009 | 9/30/2005 |
| 1003015 | 9/30/2005 |
| 1003016 | 9/30/2005 |
| 1003018 | 9/30/2005 |
| 1002977 | 9/29/2005 |
| 1002978 | 9/29/2005 |
| 1002979 | 9/29/2005 |
| 1002980 | 9/29/2005 |
| 1002981 | 9/29/2005 |
| 1002982 | 9/29/2005 |
| 1003012 | 9/29/2005 |

**Intec-Mexico LLC**
DUNS 12-779-3987
**Reclamation**

| Invoice Number | Shipment Date |
|---|---|
| 1003041 | 10/4/2005 |
| 1002984 | 9/30/2005 |
| 1002983 | 9/29/2005 |

**Bill To:**
**Delphi Chassis Kettering**
**Plant 18 Gate 4**
**Woodman Dr.**
**Kettering OH 45420**