LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (*pro hac vice* application to be filed)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
　　　　mitchell.seider@lw.com
　　　　mark.broude@lw.com

Proposed Attorneys for The Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**NOTICE OF APPEARANCE AND**
**<u>REQUEST FOR SERVICE OF PAPERS</u>**

　　　　PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned cases on behalf of the Official Committee of Unsecured Creditors in these proceedings, and, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code, hereby requests that any and all notices given or required to be given in these cases and all papers served or required to be served in these cases,

NY\1074242.1

be delivered to and served upon the persons listed below at the following addresses, telephone and facsimile numbers:

>Robert J. Rosenberg, Esq.
>Mitchell A. Seider, Esq.
>Mark A. Broude, Esq.
>Henry P. Baer, Jr. Esq
>John W. Weiss, Esq.
>Michael J. Riela, Esq.
>Erika Ruiz, Esq.
>Latham & Watkins LLP
>885 Third Avenue
>New York, New York 10022
>Tel:  (212) 906-1200
>Fax:  (212) 751-4864
>Email: robert.rosenberg@lw.com
>            mitchell.seider@lw.com
>            mark.broude@lw.com
>            henry.bear@lw.com
>            john.weiss@lw.com
>            michael.riela@lw.com
>            erika.ruiz@lw.com

PLEASE TAKE FURTHER NOTICE THAT the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and Federal Rules of Bankruptcy Procedure provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether formal or informal, whether

written or oral and whether transmitted or conveyed by mail, courier service, telegraph, telex,

telefax or otherwise.

Dated: October 21, 2005
New York, New York

          LATHAM & WATKINS LLP

          By: /s/ Robert J. Rosenberg
             Robert J. Rosenberg (RR-9585)
             885 Third Avenue, Suite 1000
             New York, New York 10022
             (212) 906-1200

          Proposed Attorneys for Official
          Committee of Unsecured Creditors