LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (*pro hac vice* application to be filed)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
      mitchell.seider@lw.com
      mark.broude@lw.com

Proposed Attorneys for The Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                             ) ss.:
COUNTY OF NEW YORK  )

      Leslie Salcedo, being duly sworn, deposes and says:

      1.      I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

      2.      On October 21, 2005, I caused true and correct copies of the Notice of Appearance and Request for Service of Papers, dated October 21, 2005 to be served upon the

parties on the annexed Service List in the manner indicated thereon.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
21st day of October, 2005

/s/ John W. Weiss
John W. Weiss
Notary Public, State of New York
No. 02WE6113201
Qualified in New York County
Commission Expires July 26, 2008

NY\1075294.1

## SERVICE LIST

**VIA FIRST CLASS MAIL**

| | |
|---|---|
| Michelle Robson<br>Capital Research and Management Company<br>11100 Santa Monica Blvd<br>15th Fl<br>Los Angeles, CA 90025 | Bruce Simon<br>Cohen Weiss & Simon<br>330 W 42nd St<br>New York, NY 10036 |
| Steven J Reisman<br>Curtis Mallet-Prevost Colt & Mosle LLP<br>101 Pk Ave<br>New York, NY 10178-0061 | Donald Bernstein<br>Davis Polk & Wardwell<br>450 Lexington Ave<br>New York, NY 10017 |
| Sean Corcoran<br>Karen Craft<br>Delphi Corporation<br>5725 Delphi Dr<br>Troy, MI 48098 | Michael Nefkens<br>Electronic Data Systems Corp<br>5505 Corporate Dr Msia<br>Troy, MI 48098 |
| Paul W Anderson<br>Flextronics International Asia-Pacific Ltd<br>c/o Flextronics International USA Inc<br>2090 Fortune Dr<br>San Jose, CA 95131 | Richard Lee Chambers III<br>Freescale Semiconductor Inc<br>6501 William Cannon Dr West<br>Md Oe16<br>Austin, TX 78735 |
| Randall S Eisenberg<br>FTI Consulting Inc<br>3 Times Square<br>11th Fl<br>New York, NY 10036 | Valerie Venable<br>General Electric Company<br>One Plastics Ave<br>Pittsfield, MA 01201 |
| John Devine<br>General Motors Corporation<br>300 Renaissance Ctr<br>PO Box 300<br>Detroit, MI 48265 | Lonie A Hassel<br>Groom Law Group<br>1701 Pennsylvania Ave Nw<br>Washington, DC 20006 |
| Stephen H Gross<br>Hodgson Russ LLP<br>152 West 57th St<br>35th Fl<br>New York, NY 10019 | Attn: Insolvency Department<br>Internal Revenue Service<br>290 Broadway<br>5th Fl<br>New York, NY 10007 |

NY\1075294.1

| | |
|---|---|
| Attn: Insolvency Department<br>Internal Revenue Service<br>477 Michigan Ave<br>Mail Stop 15<br>Detroit, MI 48226 | Henry Reichard<br>IUE-CWA<br>2360 W Dorothy Ln<br>Ste 201<br>Dayton, OH 45439 |
| Bill Derrough<br>Jefferies & Company Inc<br>520 Madison Ave<br>12th Fl<br>New York, NY 10022 | Thomas F Maher<br>Richard Duker<br>Gianni Russello<br>JPMorgan Chase Bank NA<br>270 Pk Ave<br>New York, NY 10017 |
| Clifford Trapani<br>JPMorgan Chase Bank NA<br>Loan And Agency Services Group<br>1111 Fannin 10th Fl<br>Houston, TX 77002 | Khuyen Ta<br>JPMorgan Chase Bank NA<br>Agent Bank Services Group<br>1111 Fannin 10th Fl<br>Houston, TX 77002 |
| Vilma Francis<br>JPMorgan Chase Bank NA<br>270 Pk Ave<br>New York, NY 10017 | James Le<br>Kurtzman Carson Consultants<br>12910 Culver Blvd<br>Ste I<br>Los Angeles, CA 90066 |
| Melissa Knolls<br>Mesirow Financial<br>350 N Clark St<br>Chicago, IL 60610 | Joseph T Moldovan Esq<br>Morrison Cohen LLP<br>909 Third Ave<br>New York, NY 10022 |
| Attorney General Eliot Spitzer<br>Office of New York State<br>120 Broadway<br>New York City, NY 10271 | Tom A Jerman<br>Rachel Janger<br>O'Melveny & Meyer LLP<br>1625 Eye St Nw<br>Washington, DC 20006 |
| Robert Siegel<br>O'Melveny & Meyer LLP<br>400 South Hope St<br>Los Angeles, CA 90071 | Jeffrey Cohen<br>Pension Benefit Guaranty Corporation<br>1200 K St Nw<br>Ste 340<br>Washington, DC 20005 |

| | |
|---|---|
| Ralph L Landy<br>Pension Benefit Guaranty Corporation<br>1200 K St Nw<br>Ste 340<br>Washington, DC 20005-4026 | Sandra A Riemer<br>Phillips Nizer LLP<br>666 Fifth Ave<br>New York, NY 10103 |
| David L Resnick<br>Rothchild Inc<br>1251 Ave Of The Americas<br>New York, NY 10020 | Reorganization Branch<br>Securities and Exchange Commission<br>233 Broadway<br>New York, NY 10279 |
| Robert W Dremluck<br>Seyfarth Shaw LLP<br>1270 Ave Of The Americas<br>Ste 2500<br>New York, NY 10020-1801 | Douglas Bartner<br>Jill Frizzley<br>Shearman & Sterling LLP<br>599 Lexington Ave<br>New York, NY 10022 |
| Kenneth S Ziman<br>Robert H Trust<br>William T Russell Jr<br>Simpson Thatcher & Bartlett LLP<br>425 Lexington Ave<br>New York, NY 10017 | John Wm Butler<br>John K Lyons<br>Ron E Meisler<br>Skadden Arps Slate Meagher & Flom LLP<br>333 W Wacker Dr<br>Ste 2100<br>Chicago, IL 60606 |
| Kayalyn A Marafioti<br>Thomas J Matz<br>Skadden Arps Slate Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036 | Chester B Salomon<br>Constantine D Pourakis<br>Stevens & Lee PC<br>485 Madison Ave<br>20th Fl<br>New York, NY 10022 |
| Albert Togut<br>Togut Segal & Segal LLP<br>One Penn Plaza<br>Ste 3335<br>New York, NY 10119 | Deirdre A Martini<br>United States Trustee<br>33 Whitehall St<br>Ste 2100<br>New York, NY 10004 |
| Alicia M Leonard<br>United States Trustee<br>33 Whitehall St<br>21st Fl<br>New York, NY 10004-2112 | Steven M Cimalore<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market St<br>Wilmington, DE 19890 |

NY\1075294.1

| | |
|---|---|
| Heath J. Vicente<br>Arnall Golden Gregory LLP<br>171 17th Street NW<br>Suite 2100<br>Atlanta, GA 30363 | Aaron R Cahn<br>Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005 |
| Mark Lee<br>Janice Stanton<br>Bill Raine<br>Seth Lax<br>Contrarian Capital Management LLC<br>411 West Putnam Avenue<br>Suite 225<br>Greenwich, CT 06830 | Richard M Kremen<br>Maria Ellena<br>Chavez-Ruark<br>DLA Piper Rudnick Gray Cary US LLP<br>The Marbury Building<br>6225 Smith Avenue<br>Baltimore, MD 21209 3600 |
| Duane Morris LLP<br>Wendy M Simkulak Esq<br>30 South 17th Street<br>Philadelphia, PA 19103 | Genovese Joblove & Battista PA<br>Craig P. Rieders Esq<br>100 SE 2nd Street<br>Miami, FL  33131 |
| Goulston & Storrs PC<br>Peter D Bilowz<br>400 Atlantic Avenue<br>Boston, MA  02110-333 | HAL/ERC-Legal<br>Tillie Lim Esq<br>50 Prospect Avenue<br>Tarrytown, NY  10591 |
| Hodgson Russ LLP<br>Cheryl R Storie<br>One M&T Plaza<br>Suite 2000<br>Buffalo, NY  14203 | Kirkpatrick & Lockhart Nicholson Graham LLP<br>Edward M Fox<br>599 Lexington Avenue<br>New York, NY  10022 |
| Linear Technology Corporation<br>John England Esq<br>1630 McCarthy Blvd<br>Milpitas, CA  95035 | Lord Bissel & Brook LLP<br>Kevin J Walsh<br>Rocco N Covino<br>885 Third Avenue<br>26th Floor<br>New York, NY 10022 |
| McCarter & English LLP<br>David J Adler Jr Esq<br>245 Park Avenue 27th Floor<br>New York, NY  10167 | Michigan Department of Labor and Economic Growth Worker's Compensation Agency<br>Dennis J Raternink<br>PO Box 30736<br>Lansing, MI  48909 |
| Miller Johnson<br>Thomas P Sarb<br>Robert D Wolford<br>250 Monroe Avenue NW<br>Suite 800 PO Box 306<br>Grand Rapids, MI  49501 | Morrison Cohen LLP<br>Joseph T Moldovan<br>Michael R Dal Lago<br>909 Third Avenue<br>New York. NY  10022 |

NY\1075294.1

| | |
|---|---|
| Munsch Hardt Kopf & Harr PC<br>Raymond J Urbanik Esq<br>Joseph J Wielebinski Esq<br>Davor Rukavina Esq<br>4000 Fountain Place<br>1445 Ross Avenue<br>Dallas, TX  75202 | QAD Inc<br>Jason Pickering Esq<br>10000 Midlantic Drive<br>Mt. Laurel, NJ  8054 |
| Russell Reynolds Associates Inc<br>Charles E Boulbol PC<br>26 Broadway 17th Floor<br>New York, NY  10004 | Stites & Harbison PLLC<br>400 West Market Street<br>Louisville. NK  40202 |
| Thompson & Knight<br>Rhett G Cambell<br>333 Clay Street, Suite 3300.<br>Houston, TX  77002 | Warner Norcross & Judd LLP<br>Gordon J Toering<br>900 Fifth Third Center<br>111 Lyon Street NW<br>Grand Rapids, NI  49503 |
| Weil Gotshal & Manges LLP<br>Martin J Bienenstock Michael Kessler Jeffrey L Tanenbaum<br>767 Fifth Avenue<br>New York, NY  10153 | Wilmington Trust Company<br>Steven M Cimalore Vice President<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE  19890 |

## **VIA E-MAIL**

david.boyle@airgas.com; dladdin@agg.com; william.barrett@bfkpm.com; kim.robinson@bfkpn.com; john.gregg@btlaw.com; wendy.brewer@btlaw.com; michael.mccrory@btlaw.com; pmears@btlaw.com; alan.mills@btlaw.com; klaw@bbslaw.com; lschwab@bbslaw.com; pcostello@bbslaw.com; tgaa@bbslaw.com; jhinshaw@boselaw.com; rjones@bccb.com; amcmullen@bccb.com; jonathan.greenberg@engelhard.com; rusadi@cahill.com; jonathan.greenberg@engelhard.com; maofiling@cgsh.com; jvitale@cwsny.com; srosen@cb-shea.com; jwisler@cblh.com; athau@cm-p.com; sreisman@cm-p.com; dkarp@cm-p.com; carol_sowa@denso-diam.com; gdiconza@dlawpc.com; andrew.kassner@dbr.com; david.aaronson@dbr.com; dmdelphi@duanemorris.com; fstevens@foxrothschild.com; mviscount@foxrothschild.com; office@gazesllc.com; ian@gazesllc.com; ckm@greensfelder.com; jpb@greensfelder.com; cbattaglia@halperinlaw.net' ahalperin@halperinlaw.net; anne.kennelly@hp.com; ken.higman@hp.com; sgross@hodgsonruss.com; elizabeth.flaagan@hro.com; fgorman@honigman.com; rweiss@honigman.com; rweiss@honigman.com; fgorman@honigman.com; john.sieger@kattenlaw.com; sk@kieselaw.com; sosimmerman@kwgd.com; rcharles@lrlaw.com; sfreeman@lrlaw.com; austin.bankruptcy@publicans.com; dallas.bankruptcy@publicans.com; tmcfadde@lordbissel.com; tbrink@lordbissel.com; jml@ml-legal.com; lmc@ml-legal.com; jmsullivan@mwe.com; jrobertson@mcdonaldhopkins.com; sopincar@mcdonaldhopkins.com; sriley@mcdonaldhopkins.com; jbernstein@mdmc-law.com; lpeterson@msek.com; fusco@millercanfield.com.com; resterkin@morganlewis.com; wheuer@morganlewis.com;

eabdelmasieh@nmmlaw.com; aenglund@orrick.com; fholden@orrick.com; landy.ralph@pbgc.gov; cfilardi@pepehazard.com; lawallf@pepperlaw.com; aaronsona@pepperlaw.com; sriemer@phillipsnizer.com; bsmoore@pbnlaw.com; jsmairo@pbnlaw.com; andrew.herenstein@quadranglegroup.com; patrick.bartels@quadranglegroup.com; jharris@quarles.com; sgoldber@quarles.com; jlapinsky@republicengineered.com; pbaisier@seyfarth.com; rdremluk@seyfarth.com; bankruptcy@goodwin.com; cfox@stblaw.com; cfox@stblaw.com; kmiller@skfdelaware.com; lloyd.sarakin@am.sony.com; bspector@selawfirm.com; "cs@stevenslee.com; cp@stevenslee.com; mshaiken@stinsonmoheck.com; robert.goodrich@stites.com; madison.cashman@stites.com; jlevi@toddlevi.com; bmcdonough@teamtogut.com; djury@steelworkers-usw.org; rjsidman@vssp.com; david.lemke@wallerlaw.com; robert.welhoelter@wallerlaw.com; mcruse@wnj.com; jeffrey.tanenbaum@weil.com; martin.bienenstock@weil.com; michael.kessler@weil.com