Hearing Date: October 27, 2005 at 10:00 a.m.

CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP
Steven J. Reisman (SR 4906)
101 Park Avenue
New York, New York  10178-0061
Tel:  (212) 696-6000
Fax:  (212) 697-1559
E-mail:  sreisman@cm-p.com

*Counsel for Multek Flexible Circuits, Inc.,*
 *Sheldahl de Mexico S.A. de C.V., and*
 *Northfield Acquisition Co.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

**JOINDER OF MULTEK FLEXIBLE CIRCUITS, INC., SHELDAHL DE MEXICO S.A. DE C.V. AND NORTHFIELD ACQUISITION CO. IN LIMITED OBJECTIONS TO DIP FINANCING MOTION AND INTERIM DIP FINANCING ORDER, AND REQUEST FOR ADEQUATE PROTECTION FOR PRE-PETITION SETOFF RIGHTS AS WELL AS PRESERVATION OF RECLAMATION RIGHTS**

Multek Flexible Circuits, Inc., Sheldahl de Mexico S.A. de C.V. and Northfield Acquisition Co. hereby follow in Joinder of Flextronics International Asia-Pacific Ltd. and Flextronics Technology (M) Sdn. Bhd. in Limited Objections to DIP Financing Motion and Interim DIP Financing Order, and Request for Adequate Protection For Pre-Petition Set Off Rights As Well As Preservation of Reclamation Rights.

Dated:  New York, New York
            October 23, 2005

                                                    CURTIS, MALLET-PREVOST,
                                                        COLT & MOSLE LLP
                                                    By:   /s/ Steven J. Reisman
                                                    Steven J. Reisman (SR 4906)
                                                    101 Park Avenue
                                                    New York, New York  l0178-0061
                                                    Tel:  (212) 696-6000
                                                    Fax:  (212) 697-1559
                                                    E-mail:  sreisman@cm-p.com

                                                    *Counsel for Multek Flexible Circuits, Inc.,*
                                                     *Sheldahl de Mexico S.A. de C.V., and*
                                                     *Northfield Acquisition Co.*

2554725v3