KELLEY DRYE & WARREN LLP
Mark I. Bane (MB 4883)
Mark R. Somerstein (MS 9721)
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

ATTORNEYS FOR PENSION BENEFIT
GUARANTY CORPORATION

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 05-44481 (RDD) |
| | ) | |
| **DELPHI CORPORATION,** *et al.*, | ) | |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

On October 20, 2005, I caused to be served the *Limited Omnibus Objection of Pension Benefit Guaranty Corporation to (A) Interim Cash Management Order and (B) Debtor in Possession Financing Motion [**Docket No. 437**]* to those parties listed on the annexed schedule. Service was made as indicated.

*/s/ Christena A. Lambrianakos*
Christena A. Lambrianakos

## SERVICE LIST

**VIA HAND DELIVERY**
Chambers of The Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408
Phone:          (212) 668-2870

**VIA HAND DELIVERY**
Alicia M. Leonhard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Phone:          (212) 510-0508

**VIA HAND DELIVERY**
Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
Phone:          (212) 735-3000

**VIA HAND DELIVERY**
Douglas P. Bartner, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

**VIA HAND DELIVERY**
Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
Phone:          (212) 906-1200

**VIA HAND DELIVERY**
Donald S. Bernstein, Esq.
David Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

**VIA HAND DELIVERY**
Kenneth S. Ziman, Esq.
Robert H. Trust, Esq.
William T. Russell, Jr., Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Phone:    (212) 455-2000

**VIA FAX AND OVERNIGHT MAIL**
John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL  60606
Phone:    (312) 407-0730
Fax:        (312) 407-0411

**VIA OVERNIGHT MAIL**
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098