MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
Attorneys for International Union of Electronic, Salaried,
  Machine and Furniture Workers - Communications Workers
  of America ("IUE - CWA")
1350 Broadway, Suite 501
New York, New York 10018
Hanan B. Kolko (HK 1307)
Phone:   (212) 239-4999
Fax:      (212) 239-1311
hkolko@msek.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

                    Chapter 11
                    Case No.  05-44481 (RDD)
                    Jointly Administered

DELPHI CORPORATION, et al.,

           Debtors.
-------------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appear as attorneys for the International Union of Electronic, Salaried, Machine and Furniture Workers- Communications Workers of America ('IUE-CWA") in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court, IUE-CWA requests that all notices given, or required to be given in this case or in adversary proceedings or contested matters therein and all papers served, or requested to be served, in this case or in adversary proceedings or contested matters therein be given to and served upon:

**Meyer, Suozzi, English & Klein, P.C.**
**1350 Broadway, Suite 501**
**New York, New York 10018**
**(212) 239-4999  (Telephone)**
**(212) 239-1311 (Telecopy)**
**Attn:  Hanan Kolko**
**hkolko@msek.com**

**and**

**Kennedy, Jennick & Murray, P.C.**
**113 University Place, 7th Floor**
**New York, New York 10003**
**(212) 358 1500 (Telephone)**
**(212) 358-0207 (Telecopy)**
**tkennedy@kjmlabor.com**

**PLEASE TAKE FURTHER NOTICE** that the foregoing request applies to and includes, without limitation, all notices and papers referred to in the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and any applicable local or chambers rules and includes, without limitation, all orders, proposed orders, notices, notices of presentment of orders, applications, ex parte applications, motions, petitions, pleadings, complaints, hearing requests, or demands, whether formal or informal, oral or written, and whether transmitted or conveyed by express courier, hand or mail delivery, telephone, telegraph, telex, facsimile, telecopy, electronic transmission or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice, the appearance entered hereby, nor any former or later appearance, pleading, claim or suit shall waive, or be deemed or construed a waiver of, (i) IUE-CWA's right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (ii) any rights of IUE-CWA to object to the exercise by this, or any other Court of personal or subject matter jurisdiction over or with respect to IUE-CWA (iii) any rights of IUE-CWA to move for this Court, or any other court, to abstain from exercising jurisdiction and (iv) any other rights, remedies, claims, actions, defenses, setoffs or recoupment to which IUE-CWA may be entitled under agreements, at law, in equity, or otherwise, all of which are expressly reserved.

Dated: New York, New York

    October 20, 2005

                      MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
                      Attorneys for IUE-CWA

                      By:/s/ Hanan B. Kolko
                      Hanan B. Kolko (HK 1307)
                      1350 Broadway, Suite 501
                      New York, New York 10018
                      (212) 239-4999 (Telephone)
                      (212) 239-1311 (Telecopy)
                      hkolko@msek.com

71246