**Ronald J Schmidt**
**Certified Public Accountant**
**11 Riverside Drive #13P – East**
**New York, NY 10023-2504**
(917) 441-7609   ron1613@msn.com

Tuesday, October 11, 2005

Re:   Delphi Automotive Systems – 8.25% Preferred Stock and
      Related Delphi Automotive Systems – 8.25% Junior Subordinated Notes

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004      (212) 668-2870

Dear Bankruptcy Court Judge:

I own 10,000 shares of Delphi Automotive Systems – 8.25% Preferred Stock which recently filed for bankruptcy protection. I am aware that my 10,000 shares are backed by about $250,000 of 8.25% Junior Subordinated Notes.

Please advise me as best you can as to the status of these notes.

Also, please put me on your Delphi Automotive Systems mailing list.

If you have any questions, please feel free to contact me.

Thank you.

Very truly yours,

Ronald J Schmidt

cc:
Attention: Patrick Healy, VP and Steven M Cimalore, VP
Wilmington Trust Company
Corporate Trust Office
11 North Market Street
Rodney Square North
Wilmington, DE 19890    (302) 636-6058



RECEIVED
OCT 1 2 2005
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK