**ORIGINAL**

David B. Draper, Esq. (#107790)
TERRA LAW LLP
60 South Market Street, Suite 200
San Jose, CA 95113-2336
Telephone: (408) 288-7325
Facsimile (408) 998-4895
E-mail address: ddraper@terra-law.com

Attorneys for Creditor and Party In Interest,
Maxim Integrated Products, Inc.

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, et al.<br><br>Debtors. | Chapter 11<br><br>Case No.: 05-44481 (RDD)<br>(Jointly Administered) |

## MOTION UNDER LOCAL BANKRUPTCY
## RULE 2090-1(b) FOR ADMISSION *PRO HAC VICE*

1.      I, David B. Draper, am a member in good standing of the Bar of the State of California, and admitted into practice before the United States District Courts for the Northern, Eastern, Central and Southern Districts of California. I am a partner in Terra Law LLP, and submit this motion (the "Motion") to this Court for an order permitting me to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York in the above captioned case, to appear and represent Maxim Integrated Products, Inc. (Maxim) which is a creditor and party in interest in this proceeding, under Rule 2090-1(b) of the Local Bankruptcy Rules of the Southern District of New York (the "Local Rules"). In support of the Motion, I state as follows:

2.      My address is 60 South Market Street, Suite 200, San Jose, CA 95113-2336; my e-mail address is ddraper@terra-law.com; my telephone number is (408) 299-1200 and my fax number is (408) 998-4895.

3.      I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

4.      I request that this Court allow this Motion so that I may file pleadings and appear and be heard at hearings in these jointly administered Chapter 11 cases.

5.      I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the course or the preparation of these cases. I have acquired or have access to a copy of the Local Bankruptcy Rules and am generally familiar with such rules.

WHEREFORE, I respectfully request that this Court enter an order permitting me to appear Pro hac vice as counsel for Maxim in these Chapter 11 cases.

Dated: October 18, 2005                           TERRA LAW LLP

                                                  By: _____
                                                  David B. Draper (SB#107790)
                                                  60 South Market Street, Ste 200
                                                  San Jose, CA 95113
                                                  Tel: (408) 299-1200
                                                  Email: ddraper@terra-law.com

MOTION UNDER LOCAL BANKRUPTCY RULE 2090-1(b) FOR ADMISSION PRO HAC VICE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DELPHI CORPORATION, et al.

               Debtors.

Chapter 11

Case No.: 05-44481 (RDD)
(Jointly Administered)

## ORDER UNDER LOCAL BANKRUPTCY RULE 2090-1(b) GRANTING ADMISSION *PRO HAC VICE* TO DAVID B. DRAPER

Upon the motion of David B. Draper dated October 18, 2005 for his admission to appear *pro hac vice* in this bankruptcy case, it is hereby

ORDERED, that David B. Draper is admitted to practice, *pro hac vice*, in the above referenced bankruptcy case, in the United Sates Bankruptcy Court, Southern District of New York, subject to the payment of the $25.00 filing fee.

Dated: \_\_\_\_ \_\_\_ \_\_\_\_, 2005

_____

The Honorable Robert D. Drain
United States Bankruptcy Judge

David B. Draper, Esq. (#107790)
TERRA LAW LLP
60 South Market Street, Suite 200
San Jose, CA 95113-2336
Telephone: (408) 288-7325
Facsimile (408) 998-4895
E-mail address: ddraper@terra-law.com

Attorneys for Creditor and Party In Interest,
Maxim Integrated Products, Inc.

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, et al.<br><br>          Debtors. | Chapter 11<br><br>Case No.: 05-44481 (RDD)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in the county aforesaid; I am over the age of eighteen years, and not a party to the within action; my business address is 60 South Market Street, Suite 200, San Jose, California 95113. On the date set forth below I served the documents described below:

**MOTION UNDER LOCAL BANKRUPTCY RULE 2090-1(b) FOR ADMISSION PRO HAC VICE**

**ORDER UNDER LOCAL BANKRUPTCY RULE 2090-1(b) GRANTING ADMISSION PRO HAC VICE TO DAVID B. DRAPER**

**NOTICE OF RECLAMATION DEMAND OF MAXIM**

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

John Wm. Butler, Jr. Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Delphi Electronics Systems
One Corporate Center
Mail Station 9151
Kokomo, Indiana 46904-9005
Attn: Roger Edwards

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Kayalyn A. Marafioti, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036

Delphi Mechatronics
615 Elca Lane, Ste A
Brownsville, TX 78521
Attn: Carlos Lara

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, suite 2100
New York, NY 1004

[X]   (BY U.S. MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

[ ]   (BY FACSIMILE) I caused such document(s) to be transmitted by facsimile on this date to each facsimile machine number listed above.

[ ]   (BY FEDERAL EXPRESS) I caused such envelope(s) with postage thereon fully prepaid to be placed in the Federal Express office at San Jose, California.

[X]   (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ ]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 18, 2005 at San Jose, California.

_____
Nancy Fenton