ORIGINAL

David B. Draper, Esq. (#107790)
TERRA LAW LLP
60 South Market Street, Suite 200
San Jose, CA 95113-2336
Telephone: (408) 288-7325
Facsimile (408) 998-4895
E-mail address: ddraper@terra-law.com

Attorneys for Creditor and Party In Interest,
Maxim Integrated Products, Inc.


## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK


|  |  |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al. | Case No.: 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |


## NOTICE OF RECLAMATION DEMAND OF MAXIM INTEGRATED PRODUCTS, INC.

Please be advised that a Notice of Reclamation Demand on behalf of Maxim Integrated

Products, Inc. was served on October 18, 2005 on the Debtors and their attorneys of record, John

Wm. Butler, Jr. and Kayalyn A. Marafioti, Skadden, Arps, Slate Meagher & Flom LLP. A true

and correct copy of the Notice of Reclamation Demand is attached hereto as Exhibit "A" and

incorporated herein by reference for all purposes.

Dated: October 18, 2005

_____
David B. Draper

**Exhibit A**

Maxim Integrated Products
120 San Gabriel Drive
Sunnyvale, California 94086
(408) 737-7600



October 18, 2005

**VIA FACSIMILIE AND EXPRESS MAIL**

Delphi
5725 Delphi Drive
Troy, Michigan 48098-2815
Attn:  Mr. Robert S. Miller, Jr., Chairman & CEO
      Mr. Flavio Costa
Fax:  248-813-2670

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn:  John Wm. Butler, Jr., Esq. and Kayalyn A. Marafioti, Esq.
Fax:  (312) 407-0411

Delphi Delco Electronics
Los Indios Distribution Center
702 Joaquin Cavazos Road
Plant
Los Indios, TX  78567
Attn:  Dennis R. Savoie

    Re: **In re Delphi Corporation et. al., Case No. 05-44481 (RDD) (Jointly Administered)**
      **Notice of Reclamation of Goods**

Dear Sirs:

    Pursuant to Section 2-2702 of the Uniform Commercial Code, as codified under applicable state law and 11 U.S.C. Section 546(c), and without waiving any rights, remedies or claims, Maxim Integrated Products, Inc. ("Maxim"), a Delaware corporation, hereby demands reclamation and return of all semiconductor chips and devices shipped, delivered and received by Delphi Corporation ("Delphi" including its subsidiaries and affiliated entities) as set forth in the attached Maxim invoices. A summary of such invoices is attached hereto as **Schedule 1** for your convenience. The amount due and outstanding on account of the Goods received by Delphi in such period totals $582,600. The Goods were shipped to the following address:

Delphi Delco Electronics
Los Indios Distribution Center
702 Joaquin Cavazos Road
Plant
Los Indios, TX  78567

Maxim instructs Delphi to inventory the Goods and keep the Goods segregated from all other inventory, equipment and machinery until appropriate arrangements can be made for the return of the Goods.   Delphi is not allowed to use, sell, encumber or transfer the Goods to any other party.

Please contact me to arrange for the immediate return of the Goods.

Very truly yours,

Mark Casper
Associate General Counsel

cc  Ken Huening
    Don Smith

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served on October 11, 2005 by Federal Express on the following:

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Delphi Electronics Systems
One Corporate Center
Mail Station 9151
Kokomo, Indiana 46904-9005
Attn: Roger Edwards

Delphi Mechatronics
615 Elca Lane, Ste A
Brownsville, Texas 78521
Attn: Carlos Lara

_____
Constantine D. Pourakis

## Schedule 1

| Date Shipped | Date Received | Invoice No. | Sales Order # | Description – Maxim Part # | No. | Price Per Unit | Total |
|---|---|---|---|---|---|---|---|
| 9/26/05 | 9/29/05 | 3757868 | 44013 | MAX234EWE-T | 1,000 | $1.60 | $1,600 |
| 9/26/05 | 9/29/05 | 3757869 | 44013 | MAX234EWE-T | 1,000 | $1.60 | $1,600 |
| 9/27/05 | 9/30/05 | 3759045 | 113245 | MAX2140ETH-T | 10,000 | $3.38 | $33,800 |
| 9/27/05 | 9/30/05 | 3759052 | 44013 | MAX234EWE-T | 2,000 | $1.60 | $3,200 |
| 9/29/05 | 10/04/05 | 3762714 | 113245 | MAX2140ETH-T | 10,000 | $3.38 | $33,800 |
| 9/29/05 | 10/04/05 | 3762715 | 113245 | MAX2140ETH-T | 47,500 | $3.38 | $160,550 |
| 9/12/05 | 10/06/05 | 3729674 | 113245 | MAX2140ETH-T | 7,500 | $3.38 | $25,350 |
| 9/12/05 | 10/06/05 | 3729671 | 113245 | MAX2140ETH-T | 7,500 | $3.38 | $25,350 |
| 9/12/05 | 10/06/05 | 3729672 | 113245 | MAX2140ETH-T | 10,000 | $3.38 | $33,800 |
| 10/03/05 | 10/07/05 | 3771386 | 113245 | MAX2140ETH-T | 17,500 | $3.38 | $59,150 |
| 10/05/05 | 10/10/05 | 3773535 | 113245 | MAX2140ETH-T | 10,000 | $3.38 | $33,800 |
| 10/05/05 | 10/10/05 | 3773538 | 113245 | MAX2140ETH-T | 7,500 | $3.38 | $25,350 |
| 10/07/05 | 10/12/05 | 3776486 | 113245 | MAX2140ETH-T | 42,500 | $3.38 | $143,650 |
| 10/07/05 | 10/12/05 | 3776489 | 44013 | MAX234EWE-T | 1,000 | $1.60 | $1,600 |

Total: $582,600

**INVOICE**

DALLAS SEMICONDUCTOR /ЛAXIЛ

Maxim Integrated Products, Inc.
120 San Gabriel Dr.
Sunnyvale, CA 94086
Please Remit Payment To:
Maxim Integrated Products, Inc.
File No. 73773
PO Box 60000
San Francisco, CA 94160-3773

(408) 737-7600
Fax# (408) 737-7194
Tax ID# 94-2896096

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING | PAGE |
|---|---|---|---|
| 4400302 | 09/26/05 | CV/DHL-2462265725 | |
| METHOD OF SHIPMENT | | FREIGHT TERMS | |
| COLL DHL DIRECT | | EX-FACTORY | |

| INVOICE NO. | INVOICE DATE | PRINTED ON | CUSTOMER PURCHASE ORDER NUMBER | |
|---|---|---|---|---|
| 3757868 | 09/28/05 | 10/14/05 | 550040964 | |
| SALES ORDER NO. | PAYMENT TERMS | | CONTRACT NUMBER | |
| 44013 | NET 30 | | | |

**REPRINT**

BILL TO
DELPHI DELCO
ATTN: MS-A241. PO BOX 9005

KOKOMO, IN 46904-9005

SHIP TO
DELPHI DELCO ELECTRONICS
LOS INDIOS DISTRIBUTION CENT
702 JOAQUIN CAVAZOS ROAD
PLANT 1-4 (DA24)
LOS INDIOS, TX
78567

SHIP TO CUSTOMER # 00003181

BILL TO CUSTOMER # 00003181

MAXIM SIGNATURE

| LINE | L/C #: PRODUCT NUMBER PRODUCT DESCRIPTION | QTY. INVOICED QTY. BACKORDERED | UOM | NET UNIT PRICE LIST PRICE | NET EXTENSION | T X |
|---|---|---|---|---|---|---|
| | DA24 | | | | | |
| 328 | MAX234EWE-TG128 | 1000.00 0.00 | EA | 1.600 | 1600.00 | T |
| | CUST PART: 9386266001 DA24 | | | | | |
| | | | | SUBTOTAL: | 1600.00 | |
| | | | | | 0.00 | |
| | TAX: 1600.00 @ 0.00% NON-TAXABLE | | | TOTAL: (USD ) | 1600.00 | |

THE SALE COVERED BY THIS INVOICE IS SUBJECT TO THE STANDARD TERMS AND
CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS INVOICE.

**INVOICE**

**DALLAS** ∕∕⩘∖⩘∕∕
SEMICONDUCTOR

Maxim Integrated Products, Inc.    (408) 737-7600
120 San Gabriel Dr.    Fax# (408) 737-7194
Sunnyvale, CA 94086    Tax ID# 94-2896006
**Please Remit Payment To:**
Maxim Integrated Products, Inc.
File No. 73773
PO Box 60000
San Francisco, CA 94160-3773

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING | PAG |
|---|---|---|---|
| 4400433 | 09/26/05 | CV/DHL--246 2269 725 | |
| METHOD OF SHIPMENT | | FREIGHT TERMS | |
| COLL DHL DIRECT | | EX-FACTORY | |

| INVOICE NO. | INVOICE DATE | PRINTED ON | CUSTOMER PURCHASE ORDER NUMBER |
|---|---|---|---|
| 3757869 | 09/28/05 | 10/14/05 | 550040964 |
| SALES ORDER NO. | PAYMENT TERMS | | CONTRACT NUMBER |
| 44013 | NET 30 | | |

**\*\*REPRINT\*\***

BILL TO

DELPHI DELCO
ATTN: MS-A241, PO BOX 9005

KOKOMO, IN  46904-9005

SHIP TO

DELPHI DELCO ELECTRONICS
LOS INDIOS DISTRIBUTION CENT
702 JOAQUIN CAVAZOS ROAD
PLANT 1-4 (DA24)
LOS INDIOS, TX
            78567

SHIP TO CUSTOMER #  00003181

BILL TO CUSTOMER #  00003181

MAXIM SIGNATURE

| LINE | PRODUCT NUMBER / PRODUCT DESCRIPTION | QTY. INVOICED / QTY. BACKORDERED | UOM | NET UNIT PRICE / LIST PRICE | NET EXTENSION | TAX |
|---|---|---|---|---|---|---|
| | DA24 | | | | | |
| 327 | MAX234EWE-TG128 | 1000.00 / 0.00 | EA | 1.600 | 1600.00 | T |
| | CUST PART: 9386266001 DA24 | | | | | |
| | | | | SUBTOTAL: | 1600.00 | |
| | | | | | 0.00 | |
| | TAX:    1600.00 @    0.00% NON-TAXABLE | | | TOTAL: (USD ) | 1600.00 | |

**THE SALE COVERED BY THIS INVOICE IS SUBJECT TO THE STANDARD TERMS AND
CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS INVOICE.**

**INVOICE**

**DALLAS** SEMICONDUCTOR **MAXIM**

Maxim Integrated Products, Inc.
120 San Gabriel Dr.
Sunnyvale, CA 94086
**Please Remit Payment To:**
Maxim Integrated Products, Inc.
File No. 73773
PO Box 60000
San Francisco, CA 94160-3773

(408) 737-7600
Fax# (408) 737-7194
Tax ID# 94-2898096

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING | PAGE |
|---|---|---|---|
| 4401187 | 09/27/05 | CV/DHL-246 2274 080 | |
| METHOD OF SHIPMENT | | FREIGHT TERMS | |
| COLL DHL DIRECT | | EX-FACTORY | |

| INVOICE NO. | INVOICE DATE | PRINTED ON | CUSTOMER PURCHASE ORDER NUMBER | |
|---|---|---|---|---|
| 3759045 | 09/28/05 | 10/14/05 | 550056562 | |
| SALES ORDER NO. | PAYMENT TERMS | | CONTRACT NUMBER | |
| 113245 | NET 45 | | | |

**\*\*REPRINT\*\***

BILL TO
DELPHI DELCO
ATTN: MS-A241, PO BOX 9005

KOKOMO, IN  46904-9005

SHIP TO
DELPHI DELCO ELECTRONICS
LOS INDIOS DISTRIBUTION CENT
702 JOAQUIN CAVAZOS ROAD
PLANT
LOS INDIOS, TX      78567

SHIP TO CUSTOMER ▶ 00003181

BILL TO CUSTOMER ▶ 00003181

MAXIM SIGNATURE

L/C #: _____

| LINE | PRODUCT NUMBER / PRODUCT DESCRIPTION | QTY. INVOICED QTY. BACKORDERED | UOM | NET UNIT PRICE / LIST PRICE | NET EXTENSION |
|---|---|---|---|---|---|
| | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | | | |
| | SHIP DIRECT VIA DHL | | | | |
| | DHL ACCT #960175677 | | | | |
| | DHL USA CONTACT INFO: | | | | |
| | MATT PERRIGO 734-582-6408 | | | | |
| | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | 10000.00 | EA | 3.380 | 33800.00T |
| | | 0.00 | | | |
| 80 | MAX2140ETH-TG128 | | | | |
| | CUST PART: 9402385 | | | | |
| | DA26 | | | | |

SUBTOTAL: 33800.00

0.00

TAX:    33800.00 @    0.00%
NON-TAXABLE

TOTAL: (USD )    33800.00

THE SALE COVERED BY THIS INVOICE IS SUBJECT TO THE STANDARD TERMS AND
CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS INVOICE.

Oct 18 05 01:59a                                          331-1318                    p.7
10/14/2005  12:29    97237140...                                    PAGE  10/19

**INVOICE**

**DALLAS** ∕ΛΛXIΛ∕
SEMICONDUCTOR

Maxim Integrated Products, Inc.
120 San Gabriel Dr.
Sunnyvale, CA 94086
**Please Remit Payment To:**
Maxim Integrated Products, Inc.
File No. 73773
PO Box 60000
San Francisco, CA 94160-3773

(408) 737-7600
Fax# (408) 737-7194
Tax ID# 94-2896096

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING | PAGE |
|---|---|---|---|
| 4401188 | 09/27/05 | CV/DHL-246  2274080 | |
| METHOD OF SHIPMENT | | FREIGHT TERMS | |
| COLL DHL DIRECT | | EX-FACTORY | |

| INVOICE NO. | INVOICE DATE | PRINTED ON | CUSTOMER PURCHASE ORDER NUMBER | CONTRACT NUMBER |
|---|---|---|---|---|
| 3759052 | 09/28/05 | 10/14/05 | 550040964 | |
| SALES ORDER NO. | PAYMENT TERMS | | | |
| 44013 | NET 30 | | | |

**\*\*REPRINT\*\***

SHIP TO

DELPHI DELCO ELECTRONICS
LOS INDIOS DISTRIBUTION CENT
702 JOAQUIN CAVAZOS ROAD
PLANT 1-4 (DA24)
LOS INDIOS, TX
                    78567

BILL TO

DELPHI DELCO
ATTN: MS-A241, PO BOX 9005

KOKOMO, IN  46904-9005

SHIP TO CUSTOMER ♦ 00003181

BILL TO CUSTOMER ♦ 00003181

MAXIM SIGNATURE

| LINE | L/C #: PRODUCT NUMBER PRODUCT DESCRIPTION | QTY. INVOICED QTY. BACKORDERED | UOM | NET UNIT PRICE LIST PRICE | NET EXTENSION | TAX |
|---|---|---|---|---|---|---|
| | DA24 | 1000.00 | EA | 1.600 | 1600.00T | |
| 329 | MAX234EWE-TG128 | 0.00 | | | | |
| | CUST PART: 9386266001 | | | | | |
| 330 | MAX234EWE-TG128 | 1000.00 | EA | 1.600 | 1600.00T | |
| | | 0.00 | | | | |
| | CUST PART: 9386266001 | | | | | |
| | PRODUCT: MAX234EWE-TG128 | 2000.00 | | | | |

SUBTOTAL:                              3200.00

                                          0.00

TAX:        3200.00 @    0.00%      ========
NON-TAXABLE          TOTAL: (USD )    3200.00

THE SALE COVERED BY THIS INVOICE IS SUBJECT TO THE STANDARD TERMS AND
CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS INVOICE.

# INVOICE

**DALLAS** **MAXIM**
SEMICONDUCTOR

Maxim Integrated Products, Inc.
120 San Gabriel Dr.
Sunnyvale, CA 94086
Please Remit Payment To:
Maxim Integrated Products, Inc.
File No. 73773
PO Box 60000
San Francisco, CA 94160-3773

(408) 737-7600
Fax# (408) 737-7194
Tax ID# 94-2896096

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING | PA |
|---|---|---|---|
| 4403862 | 09/29/05 | CV/DHL-246 2276 876 | |
| METHOD OF SHIPMENT | | FREIGHT TERMS | |
| COLL DHL DIRECT | | EX-FACTORY | |

| INVOICE NO. | INVOICE DATE | PRINTED ON | CUSTOMER PURCHASE ORDER NUMBER | |
|---|---|---|---|---|
| 3762714 | 10/02/05 | 10/14/05 | 550056562 | |
| SALES ORDER NO. | PAYMENT TERMS | | CONTRACT NUMBER | |
| 113245 | NET 45 | | | |

**\*\*REPRINT\*\***

SHIP TO
DELPHI DELCO ELECTRONICS
LOS INDIOS DISTRIBUTION CENT
702 JOAQUIN CAVAZOS ROAD
PLANT
LOS INDIOS. TX
78567

BILL TO
DELPHI DELCO
ATTN: MS-A241. PO BOX 9005

KOKOMO. IN 46904-9005

SHIP TO CUSTOMER # 00003181

BILL TO CUSTOMER # 00003181

MAXIM SIGNATURE

L/C #:

| LINE | PRODUCT NUMBER / PRODUCT DESCRIPTION | QTY. INVOICED / QTY. BACKORDERED | UOM | NET UNIT PRICE / LIST PRICE | NET EXTENSION |
|---|---|---|---|---|---|
| | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SHIP DIRECT VIA DHL DHL ACCT #960175677 DHL USA CONTACT INFO: MATT PERRIGO 734-582-6408 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | | | |
| 79 | MAX2140ETH-TG128 | 10000.00 / 0.00 | EA | 3.380 | 33800.00T |
| | CUST PART: 9402385 DA26 | | | | |
| | | | | SUBTOTAL: | 33800.00 |
| | TAX: 33800.00 @ 0.00% NON-TAXABLE | | | | 0.00 |
| | | | | TOTAL: (USD ) | 33800.00 |

THE SALE COVERED BY THIS INVOICE IS SUBJECT TO THE STANDARD TERMS AND
CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS INVOICE.

**INVOICE**

**DALLAS /VI/AXI/VI**
SEMICONDUCTOR

Maxim Integrated Products, Inc.
120 San Gabriel Dr.
Sunnyvale, CA 94086
**Please Remit Payment To:**
Maxim Integrated Products, Inc.
File No. 73773
PO Box 60000
San Francisco, CA 94160-3773

(408) 737-7600
Fax# (408) 737-7194
Tax ID# 94-2896098

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING | PA |
|---|---|---|---|
| 4403867 | 09/29/05 | CV/DHL~246 2276 876 | |
| METHOD OF SHIPMENT | | FREIGHT TERMS | |
| COLL DHL DIRECT | | EX~FACTORY | |

| INVOICE NO. | INVOICE DATE | PRINTED ON | CUSTOMER PURCHASE ORDER NUMBER |
|---|---|---|---|
| 3762715 | 10/02/05 | 10/14/05 | 550056562 |
| SALES ORDER NO. | PAYMENT TERMS | | CONTRACT NUMBER |
| 113245 | NET 45 | | |

**\*\*REPRINT\*\***

| BILL TO | SHIP TO |
|---|---|
| DELPHI DELCO | DELPHI DELCO ELECTRONICS |
| ATTN: MS-A241. PO BOX 9005 | LOS INDIOS DISTRIBUTION CENT |
| | 702 JOAQUIN CAVAZOS ROAD |
| | PLANT |
| KOKOMO. IN 46904-9005 | LOS INDIOS. TX |
| | 78567 |

BILL TO CUSTOMER # 00003181          SHIP TO CUSTOMER # 00003181

L/C #:                    MAXIM SIGNATURE

| LINE | PRODUCT NUMBER / PRODUCT DESCRIPTION | QTY. INVOICED / QTY. BACKORDERED | UOM | NET UNIT PRICE / LIST PRICE | NET EXTENSION | TAX |
|---|---|---|---|---|---|---|
| | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | | | | |
| | SHIP DIRECT VIA DHL | | | | | |
| | DHL ACCT #9601173677 | | | | | |
| | DHL USA CONTACT INFO: | | | | | |
| | MATT PERRIGO 734-582-6408 | | | | | |
| | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | | | | |
| 81 | MAX2140ETH-TG128 | 10000.00 / 0.00 | EA | 3.380 | 33800.00 | T |
| | CUST PART: 9402385 DA26 | | | | | |
| 82 | MAX2140ETH-TG128 | 10000.00 / 0.00 | EA | 3.380 | 33800.00 | T |
| | CUST PART: 9402385 DA26 | | | | | |
| 83 | MAX2140ETH-TG128 | 7500.00 / 0.00 | EA | 3.380 | 25350.00 | T |
| | CUST PART: 9402385 DA26 | | | | | |
| 84 | MAX2140ETH-TG128 | 10000.00 / 0.00 | EA | 3.380 | 33800.00 | T |
| | CUST PART: 9402385 DA26 | | | | | |
| 85 | MAX2140ETH-TG128 | 10000.00 / 0.00 | EA | 3.380 | 33800.00 | T |
| | CUST PART: 9402385 DA26 | | | | | |
| | PRODUCT: MAX2140ETH-TG128 | 47500.00 | | | | |

SUBTOTAL:          160550.00

THE SALE COVERED BY THIS INVOICE IS SUBJECT TO THE STANDARD TERMS AND
CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS INVOICE.

Oct 18 05 10:00a    K&S    960-24
10/14/2005  12:29   9723714001                    DALLASSEMI                        PAGE  03/19

# INVOICE

**DALLAS MAXIM**
SEMICONDUCTOR

Maxim Integrated Products, Inc.
120 San Gabriel Dr.
Sunnyvale, CA 94086
**Please Remit Payment To:**
Maxim Integrated Products, Inc.
File No. 73773
PO Box 60000
San Francisco, CA 94160-3773

(408) 737-7600
Fax# (408) 737-7194
Tax ID# 94-2896096

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING |
|---|---|---|
| 4403867 | 09/29/05 | CV/DHL-246 2276 876 |
| METHOD OF SHIPMENT | | FREIGHT TERMS |
| COLL DHL DIRECT | | EX-FACTORY |

| INVOICE NO. | INVOICE DATE | PRINTED ON | CUSTOMER PURCHASE ORDER NUMBER |
|---|---|---|---|
| 3762715 | 10/02/05 | 10/14/05 | 550056562 |
| SALES ORDER NO. | PAYMENT TERMS | | CONTRACT NUMBER |
| 113245 | NET 45 | | |

**\*\*REPRINT\*\***

BILL TO
DELPHI DELCO
ATTN: MS-A241, PO BOX 9005

KOKOMO, IN  46904-9005

SHIP TO
DELPHI DELCO ELECTRONICS
LOS INDIOS DISTRIBUTION CEN
702 JOAQUIN CAVAZOS ROAD
PLANT
LOS INDIOS, TX
78567

BILL TO CUSTOMER # 00003181                SHIP TO CUSTOMER # 00003181

L/C #: _____    MAXIM SIGNATURE _____

| LINE | PRODUCT NUMBER / PRODUCT DESCRIPTION | QTY. INVOICED / QTY. BACKORDERED | UOM | NET UNIT PRICE / LIST PRICE | NET EXTENSION |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | TAX:     160550.00 @   0.00% | | | | ============ |
| | NON-TAXABLE | | TOTAL: (USD ) | | 160550.00 |

THE SALE COVERED BY THIS INVOICE IS SUBJECT TO THE STANDARD TERMS AND
CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS INVOICE.

OCT-18-2005 09:12 MAXIM

**DALLAS** SEMICONDUCTOR **MAXIM** INVOICE

Maxim Integrated Products, Inc.
120 San Gabriel Dr.
Sunnyvale, CA 94086
(408) 737-7600
Fax# (408) 737-7194
Tax ID# 94-2896096

**Please Remit Payment To:**
Maxim Integrated Products, Inc.
File No. 73773
PO Box 60000
San Francisco, CA 94160-3773

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING | PAGE |
|---|---|---|---|
| #383203 | 09/12/05 | CV/DHL-246 2268 340 | 1 |
| METHOD OF SHIPMENT | | FREIGHT TERMS | |
| COLL DHL DIRECT | | EX-FACTORY | |

| INVOICE NO. | INVOICE DATE | PRINTED ON | CUSTOMER PURCHASE ORDER NUMBER |
|---|---|---|---|
| 3729674 | 09/13/05 | 10/18/05 | 550054562 |
| SALES ORDER NO. | PAYMENT TERMS | | CONTRACT NUMBER |
| 113245 | NET 45 | | |

**BILL TO**
DELPHI DELCO
ATTN: MS-A241, PO BOX 9005

KOKOMO, IN 46904-9005

**SHIP TO**
DELPHI DELCO ELECTRONICS
LOS INDIOS DISTRIBUTION CENTER
702 JOAQUIN CAVAZOS ROAD
PLANT
LOS INDIOS, TX
78567

BILL TO CUSTOMER # 00003181

SHIP TO CUSTOMER # 00003181

MAXIM SIGNATURE

| INF | PRODUCT NUMBER PRODUCT DESCRIPTION | L/C #: QTY INVOICED QTY BACKORDERED | UOM | NET UNIT PRICE LIST PRICE | NET EXTENSION |
|---|---|---|---|---|---|
| | ****************** SHIP DIRECT VIA DHL DHL ACCT #960175677 DHL USA CONTACT INFO: MATT PERRIGO 734-582-6408 ****************** | | | | |
| 76 | MAX2140ETH-TG128 | 7500.00 0.00 | EA | 3.380 | 25350.00T |
| | QUOTE NO.: 9402395 DA26 | | | | |

SUBTOTAL: 25350.00
0.00
============
TAX: 25350.00 @ 0.00%
NON-TAXABLE
TOTAL: (USD ) 25350.00

THE SALE COVERED BY THIS INVOICE IS SUBJECT TO THE STANDARD TERMS AND
CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS INVOICE

# DALLAS MAXIM
SEMICONDUCTOR

Maxim Integrated Products, Inc.
120 San Gabriel Dr.
Sunnyvale, CA 94086
**Please Remit Payment To:**
Maxim Integrated Products, Inc.
File No. 73773
PO Box 60000
San Francisco, CA 94160-3773

(408) 737-7600
Fax# (408) 737-7194
Tax ID# 94-2896096

INVOICE

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING | PAGE |
|---|---|---|---|
| 4383204 | 09/12/05 | CV/DHL.-246 2268 340. | 1 |
| METHOD OF SHIPMENT | | FREIGHT TERMS | |
| COLL DHL DIRECT | | EX-FACTORY | |

| INVOICE NO. | INVOICE DATE | PRINTED ON | CUSTOMER PURCHASE ORDER NUMBER |
|---|---|---|---|
| 3729671 | 09/13/05 | 10/18/05 | 550056562 |
| SALES ORDER NO. | PAYMENT TERMS | | CONTRACT NUMBER |
| 113245 | NET 45 | | |

BILL TO
DELPHI DELCO
ATTN: MS-A241, PO BOX 9005

KOKOMO, IN 46904-9005

SHIP TO
DELPHI DELCO ELECTRONICS
LOS INDIOS DISTRIBUTION CENTER
702 JOAQUIN CAVAZOS ROAD
PLANT
LOS INDIOS, TX
78567

BILL TO CUSTOMER # 00003181

SHIP TO CUSTOMER # 00003181

L/C #: _____  MAXIM SIGNATURE _____

| LINE | PRODUCT NUMBER / PRODUCT DESCRIPTION | QTY. INVOICED / QTY. BACKORDERED | UOM | NET UNIT PRICE / LIST PRICE | NET EXTENSION | TAX |
|---|---|---|---|---|---|---|
| | ******************************* SHIP DIRECT VIA DHL DHL ACCT #960175677 DHL USA CONTACT INFO: MATT PERRIGO 734-382-6408 ******************************* | | | | | |
| 77 | MAX2140ETH-TG128 QUOTE NO.: 9402385 DA26 | 7900.00 0.00 | EA | 3.380 | 25350.00 | T |
| | | | | SUBTOTAL: | 25350.00 | |
| | TAX: 25350.00 @ 0.00% NON-TAXABLE | | | | 0.00 | |
| | | | | TOTAL: (USD ) | 25350.00 | |

THE SALE COVERED BY THIS INVOICE IS SUBJECT TO THE STANDARD TERMS AND

OCT-18-2005 09:12 MAXIM 408 746 2693 P.03/03

INVOICE

**DALLAS** SEMICONDUCTOR **MAXIM**

Maxim Integrated Products, Inc.
120 San Gabriel Dr.
Sunnyvale, CA 94086

(408) 737-7600
Fax# (408) 737-7194
Tax ID# 94-2896096

**Please Remit Payment To:**
Maxim Integrated Products, Inc.
File No. 73773
PO Box 60000
San Francisco, CA 94160-3773

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING | PAGE |
|---|---|---|---|
| 4383308 | 09/12/05 | CV/DHL-246 2268 340 | 1 |
| METHOD OF SHIPMENT | | FREIGHT TERMS | |
| COLL DHL DIRECT | | EX-FACTORY | |

| INVOICE NO. | INVOICE DATE | PRINTED ON | CUSTOMER PURCHASE ORDER NUMBER | |
|---|---|---|---|---|
| 3729672 | 09/19/05 | 10/18/05 | 550056562 | |
| SALES ORDER NO. | PAYMENT TERMS | | CONTRACT NUMBER | |
| 113245 | NET 45 | | | |

**BILL TO**
DELPHI DELCO
ATTN: MS-A241, PO BOX 9005

KOKOMO, IN 46904-9005

**SHIP TO**
DELPHI DELCO ELECTRONICS
LOS INDIOS DISTRIBUTION CENTER
702 JOAQUIN CAVAZOS ROAD
PLANT
LOS INDIOS, TX
78567

BILL TO CUSTOMER # 00003181

SHIP TO CUSTOMER # 00003181

I/C #: _____ MAXIM SIGNATURE _____

| LINE | PRODUCT NUMBER / PRODUCT DESCRIPTION | QTY INVOICED / QTY BACKORDER | UOM | NET UNIT PRICE / LIST PRICE | NET EXTENSION |
|---|---|---|---|---|---|
| | ***************************** SHIP DIRECT VIA DHL DHL ACCT #960175677 DHL USA CONTACT INFO: MATT PERRIGO 734-582-6408 ***************************** | | | | |
| 75 | MAX2140ETH-TG128 | 10000.00 0.00 | EA | 3.380 | 33800.00T |
| | QUOTE NO.: 9402385 DA26 | | | | |
| | | | | SUBTOTAL: | 33800.00 |
| | | | | | 0.00 |
| | TAX: 33800.00 @ 0.00% NON-TAXABLE | | | TOTAL: (USD ) | 33800.00 |

THE SALE COVERED BY THIS INVOICE IS SUBJECT TO THE STANDARD TERMS AND

TOTAL P.03

**INVOICE**

📁 **DALLAS** SEMICONDUCTOR **MAXIM**

Maxim Integrated Products, Inc.
120 San Gabriel Dr.
Sunnyvale, CA 94086
(408) 737-7600
Fax# (408) 737-7194
Tax ID# 94-2896096
**Please Remit Payment To:**
Maxim Integrated Products, Inc.
File No. 73773
PO Box 60000
San Francisco, CA 94160-3773

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING | PAG |
|---|---|---|---|
| 4407018 | 10/03/05 | CV/DHL.-246 2279 750 | |
| METHOD OF SHIPMENT | | FREIGHT TERMS | |
| COLL DHL DIRECT | | EX-FACTORY | |

| INVOICE NO. | INVOICE DATE | PRINTED ON | CUSTOMER PURCHASE ORDER NUMBER |
|---|---|---|---|
| 3771386 | 10/06/05 | 10/14/05 | 550056562 |
| SALES ORDER NO. | PAYMENT TERMS | | CONTRACT NUMBER |
| 113245 | NET 45 | | |

**\*\*REPRINT\*\***

BILL TO
DELPHI DELCO
ATTN: MS-A241. PO BOX 9005

KOKOMO. IN 46904-9005

SHIP TO
DELPHI DELCO ELECTRONICS
LOS INDIOS DISTRIBUTION CENT
702 JOAQUIN CAVAZOS ROAD
PLANT
LOS INDIOS. TX
78567

BILL TO CUSTOMER # 00003181

SHIP TO CUSTOMER # 00003181

I/C #:

MAXIM SIGNATURE

| LINE | PRODUCT NUMBER / PRODUCT DESCRIPTION | QTY. INVOICED / QTY. BACKORDERED | UOM | NET UNIT PRICE / LIST PRICE | NET EXTENSION | TAX |
|---|---|---|---|---|---|---|
| | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SHIP DIRECT VIA DHL DHL ACCT #9601.75677 DHL USA CONTACT INFO: MATT PERRIGO 734-582-6408 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | | | | |
| 87 | MAX2140ETH-T612B CUST PART: 9402385 DA26 | 10000.00 0.00 | EA | 3.380 | 33800.00T | |
| 89 | MAX2140ETH-T612B CUST PART: 9402385 DA26 | 7500.00 0.00 | EA | 3.380 | 25350.00T | |
| | PRODUCT: MAX2140ETH-T612B | 17500.00 | | | | |
| | | | | SUBTOTAL: | 59150.00 | |
| | | | | | 0.00 | |
| | TAX: 59150.00 @ 0.00% NON-TAXABLE | | | TOTAL: (USD ) | 59150.00 | |

THE SALE COVERED BY THIS INVOICE IS SUBJECT TO THE STANDARD TERMS AND
CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS INVOICE

**INVOICE**

**DALLAS** **MAXIM**
SEMICONDUCTOR

Maxim Integrated Products, Inc.  (408) 737-7600
120 San Gabriel Dr.  Fax# (408) 737-7194
Sunnyvale, CA 94086  Tax ID# 94-2896096
**Please Remit Payment To:**
Maxim Integrated Products, Inc.
File No. 73773
PO Box 60000
San Francisco, CA 94160-3773

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING | PAG |
|---|---|---|---|
| 44009374 | 10/05/05 | CV/DHL-246 2280 295 | |
| METHOD OF SHIPMENT | | FREIGHT TERMS | |
| COLL DHL DIRECT | | EX-FACTORY | |

| INVOICE NO. | INVOICE DATE | PRINTED ON | CUSTOMER PURCHASE ORDER NUMBER | |
|---|---|---|---|---|
| 3773535 | 10/07/05 | 10/14/05 | 550056562 | |
| SALES ORDER NO. | PAYMENT TERMS | | CONTRACT NUMBER | |
| 113245 | NET 45 | | | |

**\*\*REPRINT\*\***

BILL TO
DELPHI DELCO
ATTN: MS-A241, PO BOX 9005

KOKOMO, IN  46904-9005

SHIP TO
DELPHI DELCO ELECTRONICS
LOS INDIOS DISTRIBUTION CENT
702 JOAQUIN CAVAZOS ROAD
PLANT
LOS INDIOS, TX
78567

BILL TO CUSTOMER # 00003181          SHIP TO CUSTOMER # 00003181

MAXIM SIGNATURE

| LINE | PRODUCT NUMBER / PRODUCT DESCRIPTION | QTY. INVOICED / QTY. BACKORDERED | UOM | NET UNIT PRICE / LIST PRICE | NET EXTENSION | TAX |
|---|---|---|---|---|---|---|
| | L/C #: | | | | | |
| | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | | | | |
| | SHIP DIRECT VIA DHL | | | | | |
| | DHL ACCT #960175677 | | | | | |
| | DHL USA CONTACT INFO: | | | | | |
| | MATT PERRIGO 734-582-6408 | | | | | |
| | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | | | | |
| | | 10000.00 | EA | 3.380 | 33800.00 | T |
| 88 | MAX2140ETH-TG128 | 0.00 | | | | |
| | CUST PART: 9402385 | | | | | |
| | DA26 | | | | | |

SUBTOTAL:  33800.00

TAX:  33800.00 @ 0.00%          0.00
NON-TAXABLE

TOTAL: (USD )  33800.00

THE SALE COVERED BY THIS INVOICE IS SUBJECT TO THE STANDARD TERMS AND
CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS INVOICE.

# INVOICE

**DALLAS MAXIM**
SEMICONDUCTOR

Maxim Integrated Products, Inc.
120 San Gabriel Dr.
Sunnyvale, CA 94086
Please Remit Payment To:
Maxim Integrated Products, Inc.
File No. 73773
PO Box 60000
San Francisco, CA 94160-3773

(408) 737-7600
Fax# (408) 737-7194
Tax ID# 94-2896096

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING | PAGE |
|---|---|---|---|
| 4409373 | 10/05/05 | CV/DHL--246 2280 295 | |
| METHOD OF SHIPMENT | | FREIGHT TERMS | |
| COLL DHL DIRECT | | EX-FACTORY | |

| INVOICE NO. | INVOICE DATE | PRINTED ON | CUSTOMER PURCHASE ORDER NUMBER | |
|---|---|---|---|---|
| 3773538 | 10/07/05 | 10/14/05 | 550056562 | |
| SALES ORDER NO. | PAYMENT TERMS | | CONTRACT NUMBER | |
| 113245 | NET 45 | | | |

**\*\*REPRINT\*\***

BILL TO
DELPHI DELCO
ATTN: MS-A241, PO BOX 9005

KOKOMO, IN 46904-9005

SHIP TO
DELPHI DELCO ELECTRONICS
LOS INDIOS DISTRIBUTION CENT
702 JOAQUIN CAVAZOS ROAD
PLANT
LOS INDIOS, TX
78567

BILL TO CUSTOMER # 00003181

SHIP TO CUSTOMER # 00003181

L/C #: _____                MAXIM SIGNATURE _____

| LINE | PRODUCT NUMBER / PRODUCT DESCRIPTION | QTY. INVOICED / QTY. BACKORDERED | UOM | NET UNIT PRICE / LIST PRICE | NET EXTENSION | TAX |
|---|---|---|---|---|---|---|
| | ************************** | | | | | |
| | SHIP DIRECT VIA DHL | | | | | |
| | DHL ACCT #960175677 | | | | | |
| | DHL USA CONTACT INFO: | | | | | |
| | MATT PERRIGO 734-582-6408 | | | | | |
| | ************************** | | | | | |
| 86 | MAX2140ETH-TG128 | 7500.00 / 0.00 | EA | 3.380 | 25350.00 | T |
| | CUST PART: 9402385 | | | | | |
| | DA26 | | | | | |

SUBTOTAL: 25350.00

0.00

TAX: 25350.00 @ 0.00%
NON-TAXABLE

TOTAL: (USD ) 25350.00

THE SALE COVERED BY THIS INVOICE IS SUBJECT TO THE STANDARD TERMS AND
CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS INVOICE.

**INVOICE**

**DALLAS MAXIM**
SEMICONDUCTOR

Maxim Integrated Products, Inc.  (408) 737-7600
120 San Gabriel Dr.  Fax# (408) 737-7194
Sunnyvale, CA 94086  Tax ID# 94-2896096
**Please Remit Payment To:**
Maxim Integrated Products, Inc.
File No. 73773
PO Box 60000
San Francisco, CA 94160-3773

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING | PAGE |
|---|---|---|---|
| 4412609 | 10/07/05 | CV/DHL-2462280590 | |
| METHOD OF SHIPMENT | | FREIGHT TERMS | |
| COLL DHL DIRECT | | EX-FACTORY | |

| INVOICE NO. | INVOICE DATE | PRINTED ON | CUSTOMER PURCHASE ORDER NUMBER |
|---|---|---|---|
| 3776486 | 10/10/05 | 10/14/05 | 550056562 |
| SALES ORDER NO. | PAYMENT TERMS | | CONTRACT NUMBER |
| 113245 | NET 45 | | |

**REPRINT**

**BILL TO**
DELPHI DELCO
ATTN: MS-A241, PO BOX 9005

KOKOMO, IN 46904-9005

**SHIP TO**
DELPHI DELCO ELECTRONICS
LOS INDIOS DISTRIBUTION CENT
702 JOAQUIN CAVAZOS ROAD
PLANT
LOS INDIOS, TX
78567

BILL TO CUSTOMER # 00003181     SHIP TO CUSTOMER # 00003181

L/C #: _____     MAXIM SIGNATURE _____

| NE | PRODUCT NUMBER / PRODUCT DESCRIPTION | QTY, INVOICED / QTY, BACKORDERED | UOM | NET UNIT PRICE / LIST PRICE | NET EXTENSION | T A X |
|---|---|---|---|---|---|---|
| | ************************** SHIP DIRECT VIA DHL DHL ACCT #960175677 DHL USA CONTACT INFO: MATT PERRIGO 734-582-6408 ************************** | | | | | |
| 90 | MAX2140ETH-TG128 CUST PART: 9402385 DA26 | 7500.00 0.00 | EA | 3.380 | 25350.00T | |
| 91 | MAX2140ETH-TG128 CUST PART: 9402385 DA26 | 10000.00 0.00 | EA | 3.380 | 33800.00T | |
| 92 | MAX2140ETH-TG128 CUST PART: 9402385 DA26 | 7500.00 0.00 | EA | 3.380 | 25350.00T | |
| 93 | MAX2140ETH-TG128 CUST PART: 9402385 DA26 | 10000.00 0.00 | EA | 3.380 | 33800.00T | |
| 94 | MAX2140ETH-TG128 CUST PART: 9402385 DA26 | 7500.00 0.00 | EA | 3.380 | 25350.00T | |
| | PRODUCT: MAX2140ETH-TG128 | 42500.00 | | | | |
| | | | | SUBTOTAL: | 143650.00 | |

THE SALE COVERED BY THIS INVOICE IS SUBJECT TO THE STANDARD TERMS AND
CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS INVOICE.

# INVOICE

**DALLAS MAXIM**

Maxim Integrated Products, Inc.
120 San Gabriel Dr.
Sunnyvale, CA 94086
**Please Remit Payment To:**
Maxim Integrated Products, Inc.
File No. 73773
PO Box 60000
San Francisco, CA 94160-3773

(408) 737-7600
Fax# (408) 737-7194
Tax ID# 94-2896098

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING | PAGE |
|---|---|---|---|
| 4412608 | 10/07/05 | CV/DHL-2462280590 | |
| METHOD OF SHIPMENT | | FREIGHT TERMS | |
| COLL DHL DIRECT | | EX-FACTORY | |

| INVOICE NO. | INVOICE DATE | PRINTED ON | CUSTOMER PURCHASE ORDER NUMBER |
|---|---|---|---|
| 3776486 | 10/10/05 | 10/14/05 | 550056562 |
| SALES ORDER NO. | PAYMENT TERMS | | CONTRACT NUMBER |
| 113245 | NET 45 | | |

**\*\*REPRINT\*\***

BILL TO
DELPHI DELCO
ATTN: MS-A241, PO BOX 9005

KOKOMO, IN 46904-9005

SHIP TO
DELPHI DELCO ELECTRONICS
LOS INDIOS DISTRIBUTION CENT
702 JOAQUIN CAVAZOS ROAD
PLANT
LOS INDIOS, TX
78567

BILL TO CUSTOMER # 00003181

SHIP TO CUSTOMER # 00003181

L/C #:

MAXIM SIGNATURE

| LINE | PRODUCT NUMBER / PRODUCT DESCRIPTION | QTY. INVOICED / QTY. BACKORDERED | UOM | NET UNIT PRICE / LIST PRICE | NET EXTENSION | TAX |
|---|---|---|---|---|---|---|
| | TAX: 143650.00 @ 0.00% NON-TAXABLE | | | | 0.00 | |
| | | TOTAL: (USD ) | | | 143650.00 | |

THE SALE COVERED BY THIS INVOICE IS SUBJECT TO THE STANDARD TERMS AND
CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS INVOICE.

**INVOICE**

# DALLAS MAXIM
SEMICONDUCTOR

Maxim Integrated Products, Inc.
120 San Gabriel Dr.
Sunnyvale, CA 94086
**Please Remit Payment To:**
Maxim Integrated Products, Inc.
File No. 73773
PO Box 60000
San Francisco, CA 94160-3773

(408) 737-7600
Fax# (408) 737-7194
Tax ID# 94-2896096

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING | PAGE |
|---|---|---|---|
| 4412202 | 10/07/05 | CV/DHL-246 2280 590 | |
| METHOD OF SHIPMENT | | FREIGHT TERMS | |
| COLL DHL DIRECT | | EX-FACTORY | |

| INVOICE NO. | INVOICE DATE | PRINTED ON | CUSTOMER PURCHASE ORDER NUMBER |
|---|---|---|---|
| 3776489 | 10/10/05 | 10/14/05 | 550040964 |
| SALES ORDER NO. | PAYMENT TERMS | | CONTRACT NUMBER |
| 44013 | NET 30 | | |

**\*\*REPRINT\*\***

BILL TO
DELPHI DELCO
ATTN: MS-A241, PO BOX 9005

KOKOMO, IN  46904-9005

SHIP TO
DELPHI DELCO ELECTRONICS
LOS INDIOS DISTRIBUTION CENTE
702 JOAQUIN CAVAZOS ROAD
PLANT 1-4 (DA24)
LOS INDIOS, TX
                78567

BILL TO CUSTOMER # 00003181

SHIP TO CUSTOMER # 00003181

L/C #:

MAXIM SIGNATURE

| LINE | PRODUCT NUMBER / PRODUCT DESCRIPTION | QTY. INVOICED QTY. BACKORDERED | UOM | NET UNIT PRICE LIST PRICE | NET EXTENSION | TAX |
|---|---|---|---|---|---|---|
| | DA24 | | | | | |
| 331 | MAX234EWE-TG128 | 1000.00 0.00 | EA | 1.600 | 1600.00 | T |
| | CUST PART: 9386266001 DA24 | | | | | |
| | | | | SUBTOTAL: | 1600.00 | |
| | TAX:      1600.00 @     0.00% NON-TAXABLE | | | | 0.00 | |
| | | | | TOTAL: (USD ) | 1600.00 | |

THE SALE COVERED BY THIS INVOICE IS SUBJECT TO THE STANDARD TERMS AND
CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS INVOICE.

# Exhibit A

Maxim Integrated Products
120 San Gabriel Drive
Sunnyvale, California 94086
(408) 737-7600



October 18, 2005

<u>**VIA FACSIMILIE AND EXPRESS MAIL**</u>

Delphi
5725 Delphi Drive
Troy, Michigan 48098-2815
Attn:   Mr. Robert S. Miller, Jr., Chairman & CEO
        Mr. Flavio Costa
Fax:  248-813-2670

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn:  John Wm. Butler, Jr., Esq. and Kayalyn A. Marafioti, Esq.
Fax:  (312) 407-0411

Delphi Delco Electronics
Los Indios Distribution Center
702 Joaquin Cavazos Road
Plant
Los Indios, TX  78567
Attn:  Dennis R. Savoie

> **Re:** <u>**In re Delphi Corporation et. al., Case No. 05-44481 (RDD) (Jointly Administered)**</u>
> **Notice of Reclamation of Goods**

Dear Sirs:

Pursuant to Section 2-2702 of the Uniform Commercial Code, as codified under applicable state law and 11 U.S.C. Section 546(c), and without waiving any rights, remedies or claims, Maxim Integrated Products, Inc. ("Maxim"), a Delaware corporation, hereby demands reclamation and return of all semiconductor chips and devices shipped, delivered and received by Delphi Corporation ("Delphi" including its subsidiaries and affiliated entities) as set forth in the attached Maxim invoices. A summary of such invoices is attached hereto as **Schedule 1** for your convenience. The amount due and outstanding on account of the Goods received by Delphi in such period totals $582,600. The Goods were shipped to the following address:

Delphi Delco Electronics
Los Indios Distribution Center
702 Joaquin Cavazos Road
Plant
Los Indios, TX  78567

Maxim instructs Delphi to inventory the Goods and keep the Goods segregated from all other inventory, equipment and machinery until appropriate arrangements can be made for the return of the Goods. Delphi is not allowed to use, sell, encumber or transfer the Goods to any other party.

Please contact me to arrange for the immediate return of the Goods.

Very truly yours,

Mark Casper
Associate General Counsel

cc Ken Huening
Don Smith

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served on October 11, 2005 by Federal Express on the following:

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Delphi Electronics Systems
One Corporate Center
Mail Station 9151
Kokomo, Indiana 46904-9005
Attn: Roger Edwards

Delphi Mechatronics
615 Elca Lane, Ste A
Brownsville, Texas 78521
Attn: Carlos Lara

Constantine D. Pourakis

SL1 579205v1/099999.00891

### Schedule 1

| Date Shipped | Date Received | Invoice No. | Sales Order # | Description — Maxim Part # | No. | Price Per Unit | Total |
|---|---|---|---|---|---|---|---|
| 9/26/05 | 9/29/05 | 3757868 | 44013 | MAX234EWE-T | 1,000 | $1.60 | $1,600 |
| 9/26/05 | 9/29/05 | 3757869 | 44013 | MAX234EWE-T | 1,000 | $1.60 | $1,600 |
| 9/27/05 | 9/30/05 | 3759045 | 113245 | MAX2140ETH-T | 10,000 | $3.38 | $33,800 |
| 9/27/05 | 9/30/05 | 3759052 | 44013 | MAX234EWE-T | 2,000 | $1.60 | $3,200 |
| 9/29/05 | 10/04/05 | 3762714 | 113245 | MAX2140ETH-T | 10,000 | $3.38 | $33,800 |
| 9/29/05 | 10/04/05 | 3762715 | 113245 | MAX2140ETH-T | 47,500 | $3.38 | $160,550 |
| 9/12/05 | 10/06/05 | 3729674 | 113245 | MAX2140ETH-T | 7,500 | $3.38 | $25,350 |
| 9/12/05 | 10/06/05 | 3729671 | 113245 | MAX2140ETH-T | 7,500 | $3.38 | $25,350 |
| 9/12/05 | 10/06/05 | 3729672 | 113245 | MAX2140ETH-T | 10,000 | $3.38 | $33,800 |
| 10/03/05 | 10/07/05 | 3771386 | 113245 | MAX2140ETH-T | 17,500 | $3.38 | $59,150 |
| 10/05/05 | 10/10/05 | 3773535 | 113245 | MAX2140ETH-T | 10,000 | $3.38 | $33,800 |
| 10/05/05 | 10/10/05 | 3773538 | 113245 | MAX2140ETH-T | 7,500 | $3.38 | $25,350 |
| 10/07/05 | 10/12/05 | 3776486 | 113245 | MAX2140ETH-T | 42,500 | $3.38 | $143,650 |
| 10/07/05 | 10/12/05 | 3776489 | 44013 | MAX234EWE-T | 1,000 | $1.60 | $1,600 |

Total: $582,600

**INVOICE**

**DALLAS** SEMICONDUCTOR **MAXIM**

Maxim Integrated Products, Inc.        (408) 737-7600
120 San Gabriel Dr.                    Fax# (408) 737-7194
Sunnyvale, CA 94086                    Tax ID# 94-2896096
**Please Remit Payment To:**
Maxim Integrated Products, Inc.
File No. 73773
PO Box 60000
San Francisco, CA 94160-3773

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING | PA |
|---|---|---|---|
| 4400302 | 09/26/05 | CV/DHL-2462265725 | |
| METHOD OF SHIPMENT | | FREIGHT TERMS | |
| COLL DHL DIRECT | | EX-FACTORY | |

| INVOICE NO. | INVOICE DATE | PRINTED ON | CUSTOMER PURCHASE ORDER NUMBER |
|---|---|---|---|
| 3757868 | 09/28/05 | 10/14/05 | 550040964 |
| SALES ORDER NO. | PAYMENT TERMS | | CONTRACT NUMBER |
| 44013 | NET 30 | | |

**\*\*REPRINT\*\***

**BILL TO**
DELPHI DELCO
ATTN: MS-A241. PO BOX 9005

KOKOMO, IN  46904-9005

**SHIP TO**
DELPHI DELCO ELECTRONICS
LOS INDIOS DISTRIBUTION CENT
702 JOAQUIN CAVAZOS ROAD
PLANT 1-4 (DA24)
LOS INDIOS, TX
            78567

BILL TO CUSTOMER # 00003181

SHIP TO CUSTOMER # 00003181

MAXIM SIGNATURE

| LINE | PRODUCT NUMBER / PRODUCT DESCRIPTION | QTY. INVOICED / QTY. BACKORDERED | UOM | NET UNIT PRICE / LIST PRICE | NET EXTENSION | TAX |
|---|---|---|---|---|---|---|
| | L/C #:_____ DA24 | | | | | |
| 328 | MAX234EWE-TG128 | 1000.00 / 0.00 | EA | 1.600 | 1600.00 | T |
| | CUST PART: 9386266001 DA24 | | | | | |
| | | | | SUBTOTAL: | 1600.00 | |
| | TAX:      1600.00 @   0.00% | | | | 0.00 | |
| | NON-TAXABLE | | TOTAL: (USD ) | | 1600.00 | |

THE SALE COVERED BY THIS INVOICE IS SUBJECT TO THE STANDARD TERMS AND
CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS INVOICE.

**INVOICE**

### DALLAS SEMICONDUCTOR /V\AXI/V\

Maxim Integrated Products, Inc.
120 San Gabriel Dr.
Sunnyvale, CA 94086
**Please Remit Payment To:**
Maxim Integrated Products, inc.
File No. 73773
PO Box 60000
San Francisco, CA 94160-3773

(408) 737-7600
Fax# (408) 737-7194
Tax ID# 94-2896096

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING | PAG |
|---|---|---|---|
| 4400433 | 09/26/05 | CV/DHL-246 2269 725 | |
| METHOD OF SHIPMENT | | FREIGHT TERMS | |
| COLL DHL DIRECT | | EX-FACTORY | |

| INVOICE NO. | INVOICE DATE | PRINTED ON | CUSTOMER PURCHASE ORDER NUMBER |
|---|---|---|---|
| 3757869 | 09/28/05 | 10/14/05 | 550040964 |
| SALES ORDER NO. | PAYMENT TERMS | | CONTRACT NUMBER |
| 44013 | NET 30 | | |

**\*\*REPRINT\*\***

**BILL TO**
DELPHI DELCO
ATTN: MS-A241, PO BOX 9005

KOKOMO, IN 46904-9005

**SHIP TO**
DELPHI DELCO ELECTRONICS
LOS INDIOS DISTRIBUTION CENT
702 JOAQUIN CAVAZOS ROAD
PLANT 1-4 (DA24)
LOS INDIOS, TX
78567

BILL TO CUSTOMER # 00003181

SHIP TO CUSTOMER # 00003181

MAXIM SIGNATURE

| LINE | PRODUCT NUMBER / PRODUCT DESCRIPTION | QTY. INVOICED / QTY. BACKORDERED | UOM | NET UNIT PRICE / LIST PRICE | NET EXTENSION |
|---|---|---|---|---|---|
| | DA24 | | | | |
| 327 | MAX234EWE-TG128 | 1000.00 / 0.00 | EA | 1.600 | 1600.00T |
| | CUST PART: 9386266001 DA24 | | | | |
| | | | | SUBTOTAL: | 1600.00 |
| | | | | | 0.00 |
| | TAX: 1600.00 @ 0.00% NON-TAXABLE | | | TOTAL: (USD ) | 1600.00 |

L/C #:

THE SALE COVERED BY THIS INVOICE IS SUBJECT TO THE STANDARD TERMS AND
CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS INVOICE.

# INVOICE

**DALLAS MAXIM**
SEMICONDUCTOR

Maxim Integrated Products, Inc.
120 San Gabriel Dr.
Sunnyvale, CA 94086
**Please Remit Payment To:**
Maxim Integrated Products, Inc.
File No. 73773
PO Box 60000
San Francisco, CA 94160-3773

(408) 737-7600
Fax# (408) 737-7194
Tax ID# 94-2896096

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING | PAGE |
|---|---|---|---|
| 4401187 | 09/27/05 | CV/DHL-246 2274 080 | |
| METHOD OF SHIPMENT | | FREIGHT TERMS | |
| COLL DHL DIRECT | | EX-FACTORY | |

| INVOICE NO. | INVOICE DATE | PRINTED ON | CUSTOMER PURCHASE ORDER NUMBER | CONTRACT NUMBER |
|---|---|---|---|---|
| 3789045 | 09/28/05 | 10/14/05 | 550056562 | |
| SALES ORDER NO. | PAYMENT TERMS | | | |
| 113245 | NET 45 | | | |

**\*\*REPRINT\*\***

BILL TO
DELPHI DELCO
ATTN: MS-A241, PO BOX 9005

KOKOMO, IN 46904-9005

SHIP TO
DELPHI DELCO ELECTRONICS
LOS INDIOS DISTRIBUTION CENT
702 JOAQUIN CAVAZOS ROAD
PLANT
LOS INDIOS, TX
78567

SHIP TO CUSTOMER # 00003181

BILL TO CUSTOMER # 00003181

MAXIM SIGNATURE

L/C #: _____

| LINE | PRODUCT NUMBER<br>PRODUCT DESCRIPTION | QTY. INVOICED<br>QTY. BACKORDERED | UOM | NET UNIT PRICE<br>LIST PRICE | NET EXTENSION | TAX |
|---|---|---|---|---|---|---|
| | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*<br>SHIP DIRECT VIA DHL<br>DHL ACCT #960175677<br>DHL USA CONTACT INFO:<br>MATT PERRIGO 734-582-6408<br>\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | | | | |
| 80 | MAX2140ETH-TG128<br><br>CUST PART: 9402385<br>DA26 | 10000.00<br>0.00 | EA | 3.380 | 33800.00T | |

SUBTOTAL: 33800.00

TAX#: 33800.00 @ 0.00%
NON-TAXABLE

0.00
==========
TOTAL: (USD ) 33800.00

THE SALE COVERED BY THIS INVOICE IS SUBJECT TO THE STANDARD TERMS AND
CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS INVOICE.

# INVOICE

**DALLAS MAXIM**
SEMICONDUCTOR

Maxim Integrated Products, Inc.      (408) 737-7600
120 San Gabriel Dr.                 Fax# (408) 737-7194
Sunnyvale, CA 94086                 Tax ID# 94-2896096
**Please Remit Payment To:**
Maxim Integrated Products, Inc.
File No. 73773
PO Box 60000
San Francisco, CA 94160-3773

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING | PAG|
|---|---|---|---|
| 4401180 | 09/27/05 | CV/DHL -246  227/080 | |
| METHOD OF SHIPMENT | | FREIGHT TERMS | |
| COLL DHL DIRECT | | EX-FACTORY | |

| INVOICE NO. | INVOICE DATE | PRINTED ON | CUSTOMER PURCHASE ORDER NUMBER |
|---|---|---|---|
| 3759052 | 09/28/05 | 10/14/05 | 5500400964 |
| SALES ORDER NO. | PAYMENT TERMS | | CONTRACT NUMBER |
| 44013 | NET 30 | | |

**\*\*REPRINT\*\***

BILL TO
DELPHI DELCO
ATTN: MS-A241, PO BOX 9005

KOKOMO, IN  46904-9005

SHIP TO
DELPHI DELCO ELECTRONICS
LOS INDIOS DISTRIBUTION CENT
702 JOAQUIN CAVAZOS ROAD
PLANT 1-4 (DA24)
LOS INDIOS, TX
                        78567

BILL TO CUSTOMER # 00003181                SHIP TO CUSTOMER # 00003181

L/C #:                              MAXIM SIGNATURE

| LINE | PRODUCT NUMBER<br>PRODUCT DESCRIPTION | QTY. INVOICED<br>QTY. BACKORDERED | UOM | NET UNIT PRICE<br>LIST PRICE | NET EXTENSION | TAX |
|---|---|---|---|---|---|---|
| | DA24 | | | | | |
| 329 | MAX234EWE-TG128 | 1000.00<br>0.00 | EA | 1.600 | 1600.00 | T |
| | CUST PART: 9386266001 | | | | | |
| 330 | MAX234EWE-TG128 | 1000.00<br>0.00 | EA | 1.600 | 1600.00 | T |
| | CUST PART: 9386266001 | | | | | |
| | PRODUCT: MAX234EWE-TG128 | 2000.00 | | | | |
| | | | | SUBTOTAL: | 3200.00 | |
| | | | | | 0.00 | |
| | TAX:      3200.00 @   0.00% | | | | | |
| | NON-TAXABLE | | | TOTAL: (USD ) | 3200.00 | |

THE SALE COVERED BY THIS INVOICE IS SUBJECT TO THE STANDARD TERMS AND
CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS INVOICE.

**INVOICE**

## DALLAS MAXIM
SEMICONDUCTOR

Maxim Integrated Products, Inc.
120 San Gabriel Dr.
Sunnyvale, CA 94086
**Please Remit Payment To:**
Maxim Integrated Products, Inc.
File No. 73773
PO Box 60000
San Francisco, CA 94160-3773

(408) 737-7600
Fax# (408) 737-7194
Tax ID# 94-2896096

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING | PAG |
|---|---|---|---|
| 4403862 | 09/29/05 | CV/DHL-246 2276 876 | |
| METHOD OF SHIPMENT | | FREIGHT TERMS | |
| COLL DHL DIRECT | | EX-FACTORY | |

| INVOICE NO. | INVOICE DATE | PRINTED ON | CUSTOMER PURCHASE ORDER NUMBER |
|---|---|---|---|
| 3762714 | 10/02/05 | 10/14/05 | 550056562 |
| SALES ORDER NO. | PAYMENT TERMS | | CONTRACT NUMBER |
| 113245 | NET 45 | | |

**\*\*REPRINT\*\***

BILL TO
DELPHI DELCO
ATTN: MS-A241. PO BOX 9005

KOKOMO. IN 46904-9005

SHIP TO
DELPHI DELCO ELECTRONICS
LOS INDIOS DISTRIBUTION CENT
702 JOAQUIN CAVAZOS ROAD
PLANT
LOS INDIOS. TX
78567

BILL TO CUSTOMER # 00003181     SHIP TO CUSTOMER # 00003181

L/C #: _____     MAXIM SIGNATURE _____

| LINE | PRODUCT NUMBER / PRODUCT DESCRIPTION | QTY. INVOICED / QTY. BACKORDERED | UOM | NET UNIT PRICE / LIST PRICE | NET EXTENSION | TAX |
|---|---|---|---|---|---|---|
| | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SHIP DIRECT VIA DHL DHL ACCT #960175677 DHL USA CONTACT INFO: MATT PERRIGO 734-582-6408 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | | | | |
| 79 | MAX2140ETH-TG128  CUST PART: 9402385 DA26 | 10000.00 / 0.00 | EA | 3.380 | 33800.00T | |
| | | | | SUBTOTAL: | 33800.00 | |
| | | | | | 0.00 | |
| | TAX:    33800.00 @    0.00%  NON-TAXABLE | | | TOTAL: (USD ) | 33800.00 | |

THE SALE COVERED BY THIS INVOICE IS SUBJECT TO THE STANDARD TERMS AND
CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS INVOICE.

# INVOICE

**DALLAS** SEMICONDUCTOR **MAXIM**

Maxim Integrated Products, Inc.
120 San Gabriel Dr.
Sunnyvale, CA 94086
**Please Remit Payment To:**
Maxim Integrated Products, Inc.
File No. 73773
PO Box 60000
San Francisco, CA 94160-3773

(408) 737-7600
Fax# (408) 737-7194
Tax ID# 94-2896096

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING | PA |
|---|---|---|---|
| 4403B67 | 09/29/05 | CV/DHL-246 2276 876 | |
| METHOD OF SHIPMENT | | FREIGHT TERMS | |
| COLL DHL DIRECT | | EX-FACTORY | |

| INVOICE NO. | INVOICE DATE | PRINTED ON | CUSTOMER PURCHASE ORDER NUMBER |
|---|---|---|---|
| 3762715 | 10/02/05 | 10/14/05 | 550056562 |
| SALES ORDER NO. | PAYMENT TERMS | | CONTRACT NUMBER |
| 113245 | NET 45 | | |

**\*\*REPRINT\*\***

| BILL TO | SHIP TO |
|---|---|
| DELPHI DELCO<br>ATTN: MS-A241. PO BOX 9005<br><br>KOKOMO. IN 46904-9005 | DELPHI DELCO ELECTRONICS<br>LOS INDIOS DISTRIBUTION CENT<br>702 JOAQUIN CAVAZOS ROAD<br>PLANT<br>LOS INDIOS. TX<br>78567 |

BILL TO CUSTOMER # 00003181          SHIP TO CUSTOMER # 00003181

L/C #:_____          MAXIM SIGNATURE_____

| LINE | PRODUCT NUMBER<br>PRODUCT DESCRIPTION | QTY. INVOICED<br>QTY. BACKORDERED | UOM | NET UNIT PRICE<br>LIST PRICE | NET EXTENSION | TAX |
|---|---|---|---|---|---|---|
| | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*<br>SHIP DIRECT VIA DHL<br>DHL ACCT #960175677<br>DHL USA CONTACT INFO:<br>MATT PERRIGO 734-582-6408<br>\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | | | | |
| 81 | MAX2140ETH-T6128<br><br>CUST PART: 9402385<br>DA26 | 10000.00<br>0.00 | EA | 3.380 | 33800.00 | T |
| 82 | MAX2140ETH-T6128<br><br>CUST PART: 9402385<br>DA26 | 10000.00<br>0.00 | EA | 3.380 | 33800.00 | T |
| 83 | MAX2140ETH-T6128<br><br>CUST PART: 9402385<br>DA26 | 7500.00<br>0.00 | EA | 3.380 | 25350.00 | T |
| 84 | MAX2140ETH-T6128<br><br>CUST PART: 9402385<br>DA26 | 10000.00<br>0.00 | EA | 3.380 | 33800.00 | T |
| 85 | MAX2140ETH-T6128<br><br>CUST PART: 9402385<br>DA26 | 10000.00<br>0.00 | EA | 3.380 | 33800.00 | T |
| | PRODUCT: MAX2140ETH-T6128 | 47500.00 | | | | |

SUBTOTAL: 160550.00

THE SALE COVERED BY THIS INVOICE IS SUBJECT TO THE STANDARD TERMS AND
CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS INVOICE.

INVOICE

**DALLAS** **MAXIM**
SEMICONDUCTOR

Maxim Integrated Products, Inc.      (408) 737-7600
120 San Gabriel Dr.                  Fax# (408) 737-7194
Sunnyvale, CA 94086                  Tax ID# 94-2896096
**Please Remit Payment To:**
Maxim Integrated Products, Inc.
File No. 73773
PO Box 60000
San Francisco, CA 94160-3773

**\*\*REPRINT\*\***

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING | PA |
|---|---|---|---|
| 4403867 | 09/29/05 | CV/DHL-246 2276 876 | |
| METHOD OF SHIPMENT | | FREIGHT TERMS | |
| COLL DHL DIRECT | | EX-FACTORY | |

| INVOICE NO. | INVOICE DATE | PRINTED ON | CUSTOMER PURCHASE ORDER NUMBER |
|---|---|---|---|
| 3762715 | 10/02/05 | 10/14/05 | 550056562 |
| SALES ORDER NO. | PAYMENT TERMS | | CONTRACT NUMBER |
| 113245 | NET 45 | | |

BILL TO

DELPHI DELCO
ATTN: MS-A241. PO BOX 9005

KOKOMO. IN  46904-9005

SHIP TO

DELPHI DELCO ELECTRONICS
LOS INDIOS DISTRIBUTION CENT
702 JOAQUIN CAVAZOS ROAD
PLANT
LOS INDIOS. TX
                    78567

BILL TO CUSTOMER #  00003181          SHIP TO CUSTOMER #  00003181

L/C #:_____          MAXIM SIGNATURE_____

| LINE | PRODUCT NUMBER PRODUCT DESCRIPTION | QTY. INVOICED QTY. BACKORDERED | UOM | NET UNIT PRICE LIST PRICE | NET EXTENSION | TAX |
|---|---|---|---|---|---|---|
| | TAX:     160550.00 @    0.00%  NON-TAXABLE | | | | 0.00 | |
| | | | | TOTAL: (USD ) | 160550.00 | |

THE SALE COVERED BY THIS INVOICE IS SUBJECT TO THE STANDARD TERMS AND
CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS INVOICE.

# DALLAS MAXIM

Maxim Integrated Products, Inc.
120 San Gabriel Dr.
Sunnyvale, CA 94086
**Please Remit Payment To:**
Maxim Integrated Products, Inc.
File No. 73773
PO Box 60000
San Francisco, CA 94160-3773

(408) 737-7600
Fax# (408) 737-7194
Tax ID# 94-2896098

INVOICE

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING | PAGE |
|---|---|---|---|
| 4383203 | 09/12/05 | CV/DHL-246 2268 340 | 1 |
| METHOD OF SHIPMENT | | FREIGHT TERMS | |
| COLL DHL DIRECT | | EX-FACTORY | |

| INVOICE NO. | INVOICE DATE | PRINTED ON | CUSTOMER PURCHASE ORDER NUMBER | |
|---|---|---|---|---|
| 3729674 | 09/13/05 | 10/18/05 | 550056562 | |
| SALES ORDER NO. | PAYMENT TERMS | | CONTRACT NUMBER | |
| 113245 | NET 45 | | | |

BILL TO
DELPHI DELCO
ATTN: MS-A241, PO BOX 9005

KOKOMO, IN 46904-9005

SHIP TO
DELPHI DELCO ELECTRONICS
LOS INDIOS DISTRIBUTION CENTER
702 JOAQUIN CAVAZOS ROAD
PLANT
LOS INDIOS, TX
78567

BILL TO CUSTOMER # 00003181

SHIP TO CUSTOMER # 00003181

L/C #: _____ MAXIM SIGNATURE _____

| INF | PRODUCT NUMBER / PRODUCT DESCRIPTION | QTY INVOICED / QTY BACKORDERED | UOM | NET UNIT PRICE / LIST PRICE | NET EXTENSION | TX |
|---|---|---|---|---|---|---|
| | ******************************** | | | | | |
| | SHIP DIRECT VIA DHL | | | | | |
| | DHL ACCT #960175677 | | | | | |
| | DHL USA CONTACT INFO: | | | | | |
| | MATT PERRIGO 734-582-6408 | | | | | |
| | ******************************** | | | | | |
| 76 | MAX2140ETH-TG128 | 7500.00 / 0.00 | EA | 3.380 | 25350.00 | T |
| | QUOTE NO.: 9402395 | | | | | |
| | DA26 | | | | | |
| | | | | SUBTOTAL: | 25350.00 | |
| | | | | | 0.00 | |
| | TAX: 25350.00 @ 0.00% | | | | | |
| | NON-TAXABLE | | TOTAL: (USD) | | 25350.00 | |

THE SALE COVERED BY THIS INVOICE IS SUBJECT TO THE STANDARD TERMS AND
CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS INVOICE.

# DALLAS MAXIM
## SEMICONDUCTOR

Maxim Integrated Products, Inc.
120 San Gabriel Dr.
Sunnyvale, CA 94086
**Please Remit Payment To:**
Maxim Integrated Products, Inc.
File No. 73773
PO Box 60000
San Francisco, CA 94160-3773

(408) 737-7600
Fax# (408) 737-7194
Tax ID# 94-2896096

INVOICE

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING | PAGE |
|---|---|---|---|
| 4383204 | 09/12/05 | CV/DHL-246 2268 340 | 1 |
| METHOD OF SHIPMENT | | FREIGHT TERMS | |
| COLL DHL DIRECT | | EX-FACTORY | |

| INVOICE NO. | INVOICE DATE | PRINTED ON | CUSTOMER PURCHASE ORDER NUMBER |
|---|---|---|---|
| 3729671 | 09/13/05 | 10/18/05 | 550056562 |
| SALES ORDER NO. | PAYMENT TERMS | | CONTRACT NUMBER |
| 113245 | NET 45 | | |

BILL TO
DELPHI DELCO
ATTN: MS-A241, PO BOX 9005

KOKOMO, IN  46904-9005

SHIP TO
DELPHI DELCO ELECTRONICS
LOS INDIOS DISTRIBUTION CENTER
702 JOAQUIN CAVAZOS ROAD
PLANT
LOS INDIOS, TX
                    78567

BILL TO CUSTOMER # 00003181

SHIP TO CUSTOMER # 00003181

L/C #: _____        MAXIM SIGNATURE _____

| LINE | PRODUCT NUMBER / PRODUCT DESCRIPTION | QTY. INVOICED / QTY. BACKORDERED | UOM | NET UNIT PRICE / LIST PRICE | NET EXTENSION | TAX |
|---|---|---|---|---|---|---|
| | ***************************** | | | | | |
| | SHIP DIRECT VIA DHL | | | | | |
| | DHL ACCT #960175677 | | | | | |
| | DHL USA CONTACT INFO: | | | | | |
| | MATT PERRIGO 734-582-6408 | | | | | |
| | ***************************** | | | | | |
| 77 | MAX2140ETH-TG128 | 7500.00 / 0.00 | EA | 3.380 | 25350.00 | T |
| | QUOTE NO.: 9402385 | | | | | |
| | DA26 | | | | | |
| | | | | SUBTOTAL: | 25350.00 | |
| | | | | | 0.00 | |
| | TAX:    25350.00 @    0.00% | | | | | |
| | NON-TAXABLE | | | | | |
| | | | | TOTAL: (USD ) | 25350.00 | |

THE SALE COVERED BY THIS INVOICE IS SUBJECT TO THE STANDARD TERMS AND

OCT-18-2005  09:12          MAXIM                                    408 746 2693    P.03/03
                                                                                    INVOICE

**DALLAS** **/V\/\XI/V\**
SEMICONDUCTOR

Maxim Integrated Products, Inc.     (408) 737-7600
120 San Gabriel Dr.                 Fax# (408) 737-7194
Sunnyvale, CA 94086                 Tax ID# 94-2896096
**Please Remit Payment To:**
Maxim Integrated Products, Inc.
File No. 73773
PO Box 60000
San Francisco, CA 94160-3773

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING | PAGE |
|---|---|---|---|
| 4383308 | 09/12/05 | CV/DHL-246 2268 340 | 1 |
| METHOD OF SHIPMENT | | FREIGHT TERMS | |
| COLL DHL DIRECT | | EX-FACTORY | |

| INVOICE NO. | INVOICE DATE | PRINTED ON | CUSTOMER PURCHASE ORDER NUMBER | |
|---|---|---|---|---|
| 3729672 | 09/13/05 | 10/18/05 | 550054562 | |
| SALES ORDER NO. | PAYMENT TERMS | | CONTRACT NUMBER | |
| 113245 | NET 45 | | | |

| BILL TO | SHIP TO |
|---|---|
| DELPHI DELCO<br>ATTN: MS-A241, PO BOX 9005<br><br>KOKOMO, IN  46904-9005 | DELPHI DELCO ELECTRONICS<br>LOS INDIOS DISTRIBUTION CENTER<br>702 JOAQUIN CAVAZOS ROAD<br>PLANT<br>LOS INDIOS, TX<br>78567 |

BILL TO CUSTOMER # 00003181                        SHIP TO CUSTOMER # 00003181

L/C #: _____          MAXIM SIGNATURE _____

| LINE | PRODUCT NUMBER<br>PRODUCT DESCRIPTION | QTY INVOICED<br>QTY BACKORDERED | UOM | NET UNIT PRICE<br>LIST PRICE | NET EXTENSION | T<br>A<br>X |
|---|---|---|---|---|---|---|
| | ***************************<br>SHIP DIRECT VIA DHL<br>DHL ACCT #960175677<br>DHL USA CONTACT INFO:<br>MATT PERRIGO 734-582-6408<br>*************************** | | | | | |
| 75 | MAX2140ETH-TG128<br><br>QUOTE NO.: 9402385<br>DA26 | 10000.00<br>0.00 | EA | 3.380 | 33800.00 | T |
| | | | | SUBTOTAL: | 33800.00 | |
| | TAX:    33800.00 @   0.00%<br>NON-TAXABLE | | | | 0.00 | |
| | | | TOTAL: | (USD ) | 33800.00 | |

THE SALE COVERED BY THIS INVOICE IS SUBJECT TO THE STANDARD TERMS AND
                                                                    TOTAL P.03

10/14/2005   12:29      9723714001                    DALLASSEMI                                PAGE  05/19

# INVOICE

**DALLAS** SEMICONDUCTOR **MAXIM**

Maxim Integrated Products, Inc.          (408) 737-7600
120 San Gabriel Dr.                      Fax# (408) 737-7194
Sunnyvale, CA 94086                      Tax ID# 94-2896096
**Please Remit Payment To:**
Maxim Integrated Products, Inc.
File No. 73773
PO Box 60000
San Francisco, CA 94160-3773

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING | PAG |
|---|---|---|---|
| 4407018 | 10/03/05 | CV/DHL-246 2279 750 | |
| METHOD OF SHIPMENT | | FREIGHT TERMS | |
| COLL DHL DIRECT | | EX-FACTORY | |

| INVOICE NO. | INVOICE DATE | PRINTED ON | CUSTOMER PURCHASE ORDER NUMBER | |
|---|---|---|---|---|
| 3771386 | 10/06/05 | 10/14/05 | 550056562 | |
| SALES ORDER NO. | PAYMENT TERMS | | CONTRACT NUMBER | |
| 113245 | NET 45 | | | |

**\*\*REPRINT\*\***

**BILL TO**
DELPHI DELCO
ATTN: MS-A241. PO BOX 9005

KOKOMO. IN  46904-9005

**SHIP TO**
DELPHI DELCO ELECTRONICS
LOS INDIOS DISTRIBUTION CENT
702 JOAQUIN CAVAZOS ROAD
PLANT
LOS INDIOS, TX
                    78567

BILL TO CUSTOMER # 00003181                    SHIP TO CUSTOMER # 00003181

L/C #:_____          MAXIM SIGNATURE_____

| LINE | PRODUCT NUMBER / PRODUCT DESCRIPTION | QTY. INVOICED / QTY. BACKORDERED | UOM | NET UNIT PRICE / LIST PRICE | NET EXTENSION | TAX |
|---|---|---|---|---|---|---|
| | ************************ | | | | | |
| | SHIP DIRECT VIA DHL | | | | | |
| | DHL ACCT #960175677 | | | | | |
| | DHL USA CONTACT INFO: | | | | | |
| | MATT PERRIGO 734-582-6408 | | | | | |
| | ************************ | | | | | |
| 87 | MAX2140ETH-TG128 | 10000.00 / 0.00 | EA | 3.380 | 33800.00T | |
| | CUST PART: 9402385 DA26 | | | | | |
| 89 | MAX2140ETH-TG128 | 7500.00 / 0.00 | EA | 3.380 | 25350.00T | |
| | CUST PART: 9402385 DA26 | | | | | |
| | PRODUCT: MAX2140ETH-TG128 | 17500.00 | | | | |
| | | | | SUBTOTAL: | 59150.00 | |
| | | | | | 0.00 | |
| | TAX:     59150.00 @    0.00% | | | | | |
| | NON-TAXABLE | | | | | |
| | | | | TOTAL: (USD) | 59150.00 | |

THE SALE COVERED BY THIS INVOICE IS SUBJECT TO THE STANDARD TERMS AND
CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS INVOICE

10/14/2005  12:29      9723714001                    DALLASSEMI                              PAGE  11/19

**DALLAS** **MAXIM**
SEMICONDUCTOR

**INVOICE**

Maxim Integrated Products, Inc.
120 San Gabriel Dr.
Sunnyvale, CA 94086
**Please Remit Payment To:**
Maxim Integrated Products, Inc.
File No. 73773
PO Box 60000
San Francisco, CA 94160-3773

(408) 737-7600
Fax# (408) 737-7194
Tax ID# 94-2896096

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING | PAG |
|---|---|---|---|
| 4409374 | 10/05/05 | CV/DHL--246 2280 295 | |
| METHOD OF SHIPMENT | | FREIGHT TERMS | |
| COLL DHL DIRECT | | EX-FACTORY | |

| INVOICE NO. | INVOICE DATE | PRINTED ON | CUSTOMER PURCHASE ORDER NUMBER |
|---|---|---|---|
| 3773535 | 10/07/05 | 10/14/05 | 5500056562 |
| SALES ORDER NO. | PAYMENT TERMS | | CONTRACT NUMBER |
| 113245 | NET 45 | | |

**\*\*REPRINT\*\***

**BILL TO**
DELPHI DELCO
ATTN: MS-A241, PO BOX 9005

KOKOMO, IN  46904-9005

**SHIP TO**
DELPHI DELCO ELECTRONICS
LOS INDIOS DISTRIBUTION CENT
702 JOAQUIN CAVAZOS ROAD
PLANT
LOS INDIOS, TX
                    78567

BILL TO CUSTOMER ▸ 00003181              SHIP TO CUSTOMER ▸ 00003181

L/C #:                                    MAXIM SIGNATURE

| LINE | PRODUCT NUMBER / PRODUCT DESCRIPTION | QTY. INVOICED / QTY. BACKORDERED | UOM | NET UNIT PRICE / LIST PRICE | NET EXTENSION | TAX |
|---|---|---|---|---|---|---|
| | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SHIP DIRECT VIA DHL DHL ACCT #960175677 DHL USA CONTACT INFO: MATT PERRIGO 734-582-6408 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | | | | |
| 88 | MAX2140ETH-TG120 | 10000.00 0.00 | EA | 3.380 | 33800.00 | T |
| | CUST PART: 9402385 DA26 | | | | | |

                                          SUBTOTAL:        33800.00

      TAX:      33800.00 @     0.00%                              0.00
      NON-TAXABLE

                          TOTAL:  (USD )          33800.00

THE SALE COVERED BY THIS INVOICE IS SUBJECT TO THE STANDARD TERMS AND
CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS INVOICE.

# DALLAS MAXIM
SEMICONDUCTOR

Maxim Integrated Products, Inc.
120 San Gabriel Dr.
Sunnyvale, CA 94086
**Please Remit Payment To:**
Maxim Integrated Products, Inc.
File No. 73773
PO Box 60000
San Francisco, CA 94160-3773

(408) 737-7600
Fax# (408) 737-7194
Tax ID# 94-2896096

**INVOICE**

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING | PAGE |
|---|---|---|---|
| 4409373 | 10/05/05 | CV/DHL--246 2280 295 | |
| METHOD OF SHIPMENT | | FREIGHT TERMS | |
| COLL DHL DIRECT | | EX-FACTORY | |

| INVOICE NO. | INVOICE DATE | PRINTED ON | CUSTOMER PURCHASE ORDER NUMBER |
|---|---|---|---|
| 3773538 | 10/07/05 | 10/14/05 | 550056562 |
| SALES ORDER NO. | PAYMENT TERMS | | CONTRACT NUMBER |
| 1132245 | NET 45 | | |

**\*\*REPRINT\*\***

BILL TO
DELPHI DELCO
ATTN: MS-A241, PO BOX 9005

KOKOMO, IN 46904-9005

SHIP TO
DELPHI DELCO ELECTRONICS
LOS INDIOS DISTRIBUTION CENT
702 JOAQUIN CAVAZOS ROAD
PLANT
LOS INDIOS, TX
78567

BILL TO CUSTOMER # 00003181

SHIP TO CUSTOMER # 00003181

L/C #: _____  MAXIM SIGNATURE _____

| LINE | PRODUCT NUMBER PRODUCT DESCRIPTION | QTY. INVOICED QTY. BACKORDERED | UOM | NET UNIT PRICE LIST PRICE | NET EXTENSION | |
|---|---|---|---|---|---|---|
| | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SHIP DIRECT VIA DHL DHL ACCT #960175677 DHL USA CONTACT INFO: MATT PERRIGO 734-582-6408 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | | | | |
| 86 | MAX2140ETH--T6128 CUST PART: 9402385 DA26 | 7500.00 0.00 | EA | 3.380 | 25350.00T | |
| | | | | SUBTOTAL: | 25350.00 | |
| | TAX: 25350.00 @ 0.00% NON-TAXABLE | | | | 0.00 | |
| | | | TOTAL: (USD ) | | 25350.00 | |

THE SALE COVERED BY THIS INVOICE IS SUBJECT TO THE STANDARD TERMS AND
CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS INVOICE.

10/14/2005  12:29   9723714001                    DALLASSEMI                         PAGE  07/19

**INVOICE**

🔷 DALLAS /MAXIM/
SEMICONDUCTOR

| | |
|---|---|
| Maxim Integrated Products, Inc.<br>120 San Gabriel Dr.<br>Sunnyvale, CA 94086<br>**Please Remit Payment To:**<br>Maxim Integrated Products, Inc.<br>File No. 73773<br>PO Box 60000<br>San Francisco, CA 94160-3773 | (408) 737-7600<br>Fax# (408) 737-7194<br>Tax ID# 94-2896096 |

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING | PAGE |
|---|---|---|---|
| 4412608 | 10/07/05 | CV/DHL-2462280590 | |
| METHOD OF SHIPMENT | | FREIGHT TERMS | |
| COLL DHL DIRECT | | EX-FACTORY | |

| INVOICE NO. | INVOICE DATE | PRINTED ON | CUSTOMER PURCHASE ORDER NUMBER | |
|---|---|---|---|---|
| 3776486 | 10/10/05 | 10/14/05 | 550056562 | |
| SALES ORDER NO. | PAYMENT TERMS | | CONTRACT NUMBER | |
| 113245 | NET 45 | | | |

**REPRINT**

BILL TO
DELPHI DELCO
ATTN: MS-A241, PO BOX 9005

KOKOMO, IN  46904-9005

SHIP TO
DELPHI DELCO ELECTRONICS
LOS INDIOS DISTRIBUTION CENT
702 JOAQUIN CAVAZOS ROAD
PLANT
LOS INDIOS, TX
78567

BILL TO CUSTOMER ♦  00003181                         SHIP TO CUSTOMER ♦  00003181

L/C #:_____                  MAXIM SIGNATURE_____

| LNE | PRODUCT NUMBER<br>PRODUCT DESCRIPTION | QTY. INVOICED<br>QTY. BACKORDERED | UOM | NET UNIT PRICE<br>LIST PRICE | NET EXTENSION | TAX |
|---|---|---|---|---|---|---|
| | ***************************<br>SHIP DIRECT VIA DHL<br>DHL ACCT #960175677<br>DHL USA CONTACT INFO:<br>MATT PERRIGO 734-582-6408<br>*************************** | | | | | |
| 90 | MAX2140ETH-TG128<br><br>CUST PART: 9402385<br>DA26 | 7500.00<br>0.00 | EA | 3.380 | 25350.00 | T |
| 91 | MAX2140ETH-TG128<br><br>CUST PART: 9402385<br>DA26 | 10000.00<br>0.00 | EA | 3.380 | 33800.00 | T |
| 92 | MAX2140ETH-TG128<br><br>CUST PART: 9402385<br>DA26 | 7500.00<br>0.00 | EA | 3.380 | 25350.00 | T |
| 93 | MAX2140ETH-TG128<br><br>CUST PART: 9402385<br>DA26 | 10000.00<br>0.00 | EA | 3.380 | 33800.00 | T |
| 94 | MAX2140ETH-TG128<br><br>CUST PART: 9402385<br>DA26 | 7500.00<br>0.00 | EA | 3.380 | 25350.00 | T |
| | PRODUCT: MAX2140ETH-TG128 | 42500.00 | | | | |

SUBTOTAL:                  143650.00

**THE SALE COVERED BY THIS INVOICE IS SUBJECT TO THE STANDARD TERMS AND**
**CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS INVOICE.**

**INVOICE**

**DALLAS MAXIM**

Maxim Integrated Products, Inc.
120 San Gabriel Dr.
Sunnyvale, CA 94086
**Please Remit Payment To:**
Maxim Integrated Products, Inc.
File No. 73773
PO Box 60000
San Francisco, CA 94160-3773

(408) 737-7600
Fax# (408) 737-7194
Tax ID# 94-2896096

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING | PAGE |
|---|---|---|---|
| 4412608 | 10/07/05 | CV/DHL-2462280590 | |
| METHOD OF SHIPMENT | | FREIGHT TERMS | |
| COLL DHL DIRECT | | EX-FACTORY | |

| INVOICE NO. | INVOICE DATE | PRINTED ON | CUSTOMER PURCHASE ORDER NUMBER | |
|---|---|---|---|---|
| 377648б | 10/10/05 | 10/14/05 | 550056562 | |
| SALES ORDER NO. | PAYMENT TERMS | | CONTRACT NUMBER | |
| 113245 | NET 45 | | | |

**\*\*REPRINT\*\***

BILL TO
DELPHI DELCO
ATTN: MS-A241, PO BOX 9005

KOKOMO, IN 46904-9005

SHIP TO
DELPHI DELCO ELECTRONICS
LOS INDIOS DISTRIBUTION CENT
702 JOAQUIN CAVAZOS ROAD
PLANT
LOS INDIOS, TX
78567

BILL TO CUSTOMER # 00003181

SHIP TO CUSTOMER # 00003181

MAXIM SIGNATURE

L/C #:

| NE | PRODUCT NUMBER / PRODUCT DESCRIPTION | QTY. INVOICED QTY. BACKORDERED | UOM | NET UNIT PRICE LIST PRICE | NET EXTENSION | T O X |
|---|---|---|---|---|---|---|
| | | | | | 0.00 | |
| | TAX: 143650.00 @ 0.00% | | | | | |
| | NON-TAXABLE | | | | | |
| | | | TOTAL: (USD ) | | 143650.00 | |

THE SALE COVERED BY THIS INVOICE IS SUBJECT TO THE STANDARD TERMS AND
CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS INVOICE.

10/14/2005  12:29    9723714001    DALLASSEMI    PAGE  09/19

**INVOICE**

**DALLAS** SEMICONDUCTOR **MAXIM**

Maxim Integrated Products, Inc.
120 San Gabriel Dr.
Sunnyvale, CA 94086

(408) 737-7600
Fax# (408) 737-7194
Tax ID# 94-2896096

Please Remit Payment To:
Maxim Integrated Products, Inc.
File No. 73773
PO Box 60000
San Francisco, CA 94160-3773

**\*\*REPRINT\*\***

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING | PAGE |
|---|---|---|---|
| 4412202 | 10/07/05 | CV/DHL-246 2280 590 | |
| METHOD OF SHIPMENT | | FREIGHT TERMS | |
| COLL DHL DIRECT | | EX-FACTORY | |

| INVOICE NO. | INVOICE DATE | PRINTED ON | CUSTOMER PURCHASE ORDER NUMBER | |
|---|---|---|---|---|
| 3776489 | 10/10/05 | 10/14/05 | 550040964 | |
| SALES ORDER NO. | PAYMENT TERMS | | CONTRACT NUMBER | |
| 44013 | NET 30 | | | |

BILL TO
DELPHI DELCO
ATTN: MS-A241, PO BOX 9005

KOKOMO, IN  46904-9005

SHIP TO
DELPHI DELCO ELECTRONICS
LOS INDIOS DISTRIBUTION CENTR
702 JOAQUIN CAVAZOS ROAD
PLANT 1-4 (DA24)
LOS INDIOS, TX
78567

BILL TO CUSTOMER # 00003181

SHIP TO CUSTOMER # 00003181

L/C #: _____  MAXIM SIGNATURE _____

| LNE | PRODUCT NUMBER / PRODUCT DESCRIPTION | QTY. INVOICED / QTY. BACKORDERED | UOM | NET UNIT PRICE / LIST PRICE | NET EXTENSION | TAX |
|---|---|---|---|---|---|---|
| | DA24 | | | | | |
| 331 | MAX234EWE-T6128 | 1000.00 / 0.00 | EA | 1.600 | 1600.00 | T |
| | CUST PART: 9386266001 | | | | | |
| | DA24 | | | | | |
| | | | | SUBTOTAL: | 1600.00 | |
| | TAX:   1600.00 @   0.00% | | | | .0.00 | |
| | NON-TAXABLE     . | | | | | |
| | | | | TOTAL: (USD ) | 1600.00 | |

THE SALE COVERED BY THIS INVOICE IS SUBJECT TO THE STANDARD TERMS AND
CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS INVOICE.