United Machining Inc.

October 17, 2005

## NOTICE OF RECLAMATION

TO: Delphi Corporation

Ref: Case No. 05-44481

Pursuant to your firm filing protection under Chapter 11 Bankruptcy on October 8, 2005 we wish to advise the following:

Certain goods valued at $29,249.30 were shipped to you within ten days of this filing as represented on the attached accounts receivable aging summary. Therefore, we are demanding the return and reclamation of all goods delivered to you within the ten days preceding this filing.

Regards,

Lou Sabel
General Manager
United Machining Inc.
(586) 323-1451

Duns# 023109726

attch.

cc: US Bankruptcy Court Southern District of New York



UNITED MACHINING
ACCOUNTS RECEIVABLE AGED TRIAL BALANCE          DATE 10/13/05
AGING BASED ON DOCUMENT DATE

DUNS #: 023109726

| ITEM | DOCUMENT DATE | CURRENT | 31 TO 60 DAYS | 61 TO 90 DAYS | 91 TO 120 DAYS | OVER 121 DAYS | P U BALANCE | P I CUR |
|---|---|---|---|---|---|---|---|---|

* CUSTOMER    ID : 500
* CUST NAME   DELPHI-E AUTOMOTIVE SYSTEMS MILWAUKEE
* ADDRESS     C/O CORPAY SOLUTIONS CISCO 31020
*             : PO BOX 9115
*             : NORWOOD
*             : MA
*             : 02062-9115
* CONTACT     : RICH KOHL
* PHONE       : 414 768 3439
* FAX         : 414 768 3743
* TERMS CODE  30 NET 30 DAYS

| ITEM | DOCUMENT DATE | CURRENT | 31 TO 60 DAYS |
|---|---|---|---|
| 112537 | 9/1/2005 |  | 12,546.26 |
| 112566 | 9/7/2005 |  | 14,608.09 |
| 112572 | 9/9/2005 |  | 16,147.97 |
| 112592 | 9/13/2005 | 6,408.28 |  |
| 112620 | 9/16/2005 | 11,122.80 |  |
| 112643 | 9/20/2005 | 6,795.00 |  |
| 112659 | 9/23/2005 | 15,222.60 |  |
| 112681 | 9/27/2005 | 2,752.20 |  |
| 112727 | 10/4/2005 | 5,827.10 |  |
| 112741 | 10/6/2005 | 11,008.80 |  |
| 112742 | 10/7/2005 | 12,413.40 |  |

| | | CURRENT | 31 TO 60 | 61 TO 90 | 91 TO 120 | OVER 121 | BALANCE |
|---|---|---|---|---|---|---|---|
| AS OF TOTALS | | 71,550.18 | 43,302.32 | 0.00 | 0.00 | 0.00 | 114,852.50 |
| PERCENT OF TOTAL | | 62.30 | 37.70 | 0.00 | 0.00 | 0.00 | |
| GRANT TOTALS | | 71,550.18 | 43,302.32 | 0.00 | 0.00 | 0.00 | 114,852.50 |
| PERCENT OF TOTAL | | 62.3 | 37.7 | 0 | 0 | 0 | |

Reclamation Claim = $29,249.30



Umi United Machining Inc.
6300 18½ Mile Road
Sterling Heights, MI 48314

OCT 19 2005

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004