

4040 Bronze Way, Dallas, TX 75237
(214) 333-4266

October 13, 2005

Delphi Corporation                    VIA FACSIMILE AT 248-813-2760
World and North American Headquarters
5725 Delphi Drive
Troy, Michigan 48098-2815

Re:    **Reclamation Demand** of FUJIKOKI AMERICA, INC.
       Cause No. 05-44481, *In re: Delphi Corporation,* United States Bankruptcy Court,
       Southern District of New York

Dear Sir or Madam:

On or after September 29, 2005 Delphi Corporation ("Delphi"), through its Delphi Harrison Thermal Systems division, took delivery of certain goods shipped by Fujikoki America, Inc. ("Fujikoki") pursuant to an output contract specifying the purchase of such goods from Fujikoki during for the calendar years 2002 through 2007. Delphi was insolvent at the time of receipt of these goods and payment for such goods has not been made by Delphi.

In the exercise of its rights under the Uniform Commercial Code, § 2-702 and under 11 U.S.C. § 546(c), Fujikoki hereby demands the immediate return of such goods to Fujikoki. Attached hereto are copies of invoices totaling $342,765.00, evidencing the goods received by Delphi from Fujikoki which are the subject of this reclamation demand. This demand is made within the time allowed by law.

We look forward to your prompt response to this demand.

Sincerely,

*Fujikoki America, Inc.*
By: *Donnie J Anderson*
Its: *Director, Personnel*

cc:    United States Bankruptcy Court              VIA OVERNIGHT DELIVERY
       Southern District of New York
       One Bowling Green
       New York, NY 10004

Kayalyn A. Marafioti, Partner
Thomas J. Matz, Counsel
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

VIA FACSIMILE AT 212-735-2000



**FUJIKOKI AMERICA INC.**
4040 Bronze Way  Dallas, TX 75237

REMIT TO:
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX 75320-0184

**INVOICE**

INVOICE NO. **13917**

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/26/05 | 0550029162 | Carey Polk | 14037 | 11/03/05 | 10/04/05 |

1330

S O L D T O
Delphi Harrison Thermal
48 Walter Jones Boulevard
Cisco 37009
El Paso, TX 79906

01

S H I P T O
Hutchinson FTS inc.
315 Tubular Drive
Livingston, TN 38570

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 10/03/05 | ROADWAY  / TRUC | 10/05/05 | Net 30 Days | THIRD PARTY BIL |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * | | | | |
| | | 3RD PARTY BILL: | | | | |
| | | DELPHI HARRISON THERMAL SYSTEM | | | | |
| | | 32 CELERITY WAGON | | | | |
| | | CISCO 37009 | | | | |
| | | EL PASO, TX 79906 | | | | |
| | | * * * * * | | | | |
| | | *****APPLY BILLING INFO STICKER TO BOL ******* | | | | |
| | | | | | | |
| | | ***SALES*** | | | | |
| | | SHIPMENTS 40 LBS TO 150 LBS | | | | |
| | | UPS ACCT# 123-398 | | | | |
| | | SHIPMENT OVER 150 LBS. | | | | |
| | | ROADWAY | | | | |
| | | **** | | | | |
| | | * * * * * * * * * * * * * * * * * * * * * | | | | |
| | | CHECK VISUAL AID FOR APPROPRIATE DESCRIPTION | | | | |
| | | AND REV LEVEL FOR LABELS | | | | |
| | | * * * * * * * * * * * * * * * * * * * * * * | | | | |
| 5 | 95 | TDP-P320QFKA-3     SP4112 | 1500 | 6.480 | 1500 | 9,720.00 |
| | | Cust Product: 52494330 | | | | |
| | | Lot ID: 052236     Qty:  1500 | | | | |

| 5 | 95 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | **PLEASE PAY THIS AMOUNT (US$):** | | | 9,720.00 |

Notice: All merchandise listed on this invoice has been carefully checked before shipment.  In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products.  No credits or deductions will be allowed by us.  No goods may be returned for credit without our written consent.

ORDER COMPLETE

INVOICE

**ACCOUNTING COPY**



**FUJIKOKI**
**AMERICA INC.**
4040 Bronze Way   Dallas, TX 75237

REMIT TO:
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX 75320-0184

**INVOICE**

INVOICE NO.   **13787**

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/20/05 | 0550053316 | Carey Polk | 13980 | 10/27/05 | 9/27/05 |

SOLD TO:
1293
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

SHIP TO:
03
DELPHI HARRISON THERMAL
32 CELERITY WAGON
ATTN; LEO VASQUEZ
EL PASO,, TX 79906

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 9/26/05 | CENTRAL TS/ TRUC | 9/27/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* | | | | |
| | | CHECK VISUAL AID FOR APPROPRIATE DESCRIPTION AND REV. LEVEL FOR LABELS | | | | |
| | | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* | | | | |
| | | SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON | | | | |
| | | 1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS | | | | |
| | | 2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT | | | | |
| | | AS OF SEPT. 1, 2005, PLEASE USE TREATED "WAREHOUSE PLEASE PUT THE INVOICE IN A SEPERATE ENVELOPE MARKED "INVOICE" ON THE TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| 14 | 317 | TOYOTA TACOMA TXV   SE2473-01     Cust Product: 52403067   Lot ID: V2092105     Qty:     840 | 840 | 5.730 | 840 | 4,813.20 |
| 14 | 317 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | **PLEASE PAY THIS AMOUNT (US$):** | | | 4,813.20 |

Notice: All merchandise listed on this invoice has been carefully checked before shipment. In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products. No credits or deductions will be allowed by us. No goods may be returned for credit without our written consent.

ORDER  COMPLETE

NVOICE

**ACCOUNTING COPY**

# FUJIKOKI AMERICA INC.
4040 Bronze Way · Dallas, TX 75237

**REMIT TO:**
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX 75320-0184

**INVOICE**

INVOICE NO. **13788**

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/20/05 | 0550027720 | Carey Polk | 13975 | 10/27/05 | 9/27/05 |

**SOLD TO:**
1293
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

**SHIP TO:**
05
DELPHI HARRISON THERMAL
32 CELERITY WAGON
ATTN: LEO VASQUEZ
El Paso, TX 79906

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 9/26/05 | CENTRAL TS/ TRUC | 9/27/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * *  | | | | |
| | | CHECK VISUAL AID FOR APPROPRIATE DESCRIPTION AND REV. LEVEL FOR LABELS | | | | |
| | | * * * * * * * * * * * * * * * * * * * * | | | | |
| | | SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON | | | | |
| | | 1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS | | | | |
| | | 2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT | | | | |
| | | AS OF SEPT. 1, 2005, PLEASE USE TREATED "WAREHOUSE PLEASE PUT THE INVOICE IN A SEPERATE ENVELOPE MARKED "INVOICE" ON THE TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| 15 | 282 | VDE-15QDAU-1 GMT35 SE2454-01    Cust Product: 52494043 Lot ID: 050872    Qty:    750 | 750 | 5.730 | 750 | 4,297.50 |
| 15 | 282 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | **PLEASE PAY THIS AMOUNT (US$):** | | | 4,297.50 |

Notice: All merchandise listed on this invoice has been carefully checked before shipment. In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products. No credits or deductions will be allowed by us. No goods may be returned for credit without our written consent.

ORDER COMPLETE

NVOICE

**ACCOUNTING COPY**

# FUJIKOKI AMERICA INC.
4040 Bronze Way   Dallas, TX 75217

REMIT TO:
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX 75320-0184

**INVOICE**

PAGE: 1

INVOICE NO. **13789**

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/26/05 | 0550071847 | Carey Polk | 14032 | 10/27/05 | 9/27/05 |

SOLD TO:
1293
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

SHIP TO:
04
DELPHI T&I
HERMOSILLO PLANT
32 CELERITY WAGON
CISCO 37695
EL PASO, TX 79906

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 9/26/05 | CENTRAL TS/ TRUC | 9/27/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * * | | | | |
| | | CHECK VISUAL AID FOR APPROPRIATE | | | | |
| | | DESCRIPTION AND REV. LEVEL FOR LABELS | | | | |
| | | * * * * * * * * * * * * * * * * * * * * | | | | |
| | | SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON | | | | |
| | | 1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS | | | | |
| | | 2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT | | | | |
| | | | | | | |
| | | AS OF SEPT. 1, 2005, PLEASE USE TREATED | | | | |
| | | "WAREHOUSE PLEASE PUT THE INVOICE IN A | | | | |
| | | SEPERATE ENVELOPE MARKED "INVOICE" ON THE | | | | |
| | | TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| | | | | | | |
| 3 | 68 | TOYOTA TACOMA TXV   SE2473-01 | 1500 | 5.730 | 180 | 1,031.40 |
| | | Cust Product: 52403067 | | | | |
| | | Lot ID: V2092105   Qty:   180 | | | | |
| 3 | 68 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | **PLEASE PAY THIS AMOUNT (US$):** | | | 1,031.40 |

Notice:  All merchandise listed on this invoice has been carefully checked before shipment.  In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products.  No credits or deductions will be allowed by us.  No goods may be returned for credit without our written consent.

UNSHIPPED ITEMS HAVE BEEN BACKORDERED

INVOICE

**ACCOUNTING COPY**

# FUJIKOKI AMERICA INC.
4040 Bronze Way, Dallas, TX 75237

REMIT TO:
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX  75320-0184

**INVOICE**

INVOICE NO. **13790**

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/20/05 | 0550027719 | Carey Polk | 13985 | 10/27/05 | 9/27/05 |

SOLD TO:
1293
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

SHIP TO:
00
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 9/26/05 | POINT DED./ TRUC | 9/29/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * | | | | |
| | | CHECK VISUAL AID FOR APPROPRIATE DESCRIPTION AND REV. LEVEL FOR LABELS | | | | |
| | | * * * * * * * * * * * * * * * * * * | | | | |
| | | SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON | | | | |
| | | 1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS | | | | |
| | | 2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT | | | | |
| | | | | | | |
| | | AS OF SEPT. 1, 2005, PLEASE USE TREATED "WAREHOUSE PLEASE PUT THE INVOICE IN A SEPERATE ENVELOPE MARKED "INVOICE" ON THE TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| | | | | | | |
| 12 | 224 | CBE TXV        SE2311-01 | 720 | 5.300 | 720 | 3,816.00 |
| | | Cust Product: 52401670 | | | | |
| | | Lot ID: 091905     Qty:    720 | | | | |

| 12 | 224 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | **PLEASE PAY THIS AMOUNT (US$):** | | | 3,816.00 |

Notice: All merchandise listed on this invoice has been carefully checked before shipment. In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products. No credits or deductions will be allowed by us. No goods may be returned for credit without our written consent.

ORDER COMPLETE

INVOICE                                **ACCOUNTING COPY**

# FUJIKOKI AMERICA INC.
4040 Bronze Way   Dallas, TX 75237

**REMIT TO:**
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX 75320-0184

**INVOICE**

PAGE: 1

INVOICE NO. **13791**

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/20/05 | 0550027716 | Carey Polk | 13988 | 10/27/05 | 9/27/05 |

**SOLD TO:** 1293
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

**SHIP TO:** 00
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 9/26/05 | POINT DED./ TRUC | 9/29/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * * | | | | |
| | | CHECK VISUAL AID FOR APPROPRIATE DESCRIPTION AND REV. LEVEL FOR LABELS | | | | |
| | | * * * * * * * * * * * * * * * * * * * * | | | | |
| | | SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON | | | | |
| | | 1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS | | | | |
| | | 2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT | | | | |
| | | AS OF SEPT. 1, 2005, PLEASE USE TREATED "WAREHOUSE PLEASE PUT THE INVOICE IN A SEPERATE ENVELOPE MARKED "INVOICE" ON THE TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| 1 | 22 | CBE TXV          SE2312     Cust Product: 52481690  Lot ID: 081905     Qty:     60 | 60 | 5.300 | 60 | 318.00 |
| 1 | 22 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | **PLEASE PAY THIS AMOUNT (US$):** | | | **318.00** |

Notice: All merchandise listed on this invoice has been carefully checked before shipment. In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products. No credits or deductions will be allowed by us. No goods may be returned for credit without our written consent.

ORDER COMPLETE

INVOICE

**ACCOUNTING COPY**

# FUJIKOKI AMERICA INC.
4040 Bronze Way, Dallas, TX 75237

REMIT TO:
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX  75320-0184

**INVOICE**

| | |
|---|---|
| PAGE: | 1 |
| INVOICE NO. | 13792 |

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/20/05 | 0550054540 | Carey Polk | 13993 | 10/27/05 | 9/27/05 |

SOLD TO:
1293
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

SHIP TO:
00
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 9/26/05 | POINT DED./ TRUC | 9/29/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * | | | | |
| | | CHECK VISUAL AID FOR APPROPRIATE | | | | |
| | | DESCRIPTION AND REV. LEVEL FOR LABELS | | | | |
| | | * * * * * * * * * * * * * * * * * * * | | | | |
| | | SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON | | | | |
| | | 1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS | | | | |
| | | 2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT | | | | |
| | | | | | | |
| | | AS OF SEPT. 1, 2005, PLEASE USE TREATED | | | | |
| | | "WAREHOUSE PLEASE PUT THE INVOICE IN A | | | | |
| | | SEPERATE ENVELOPE MARKED "INVOICE" ON THE | | | | |
| | | TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| | | | | | | |
| 3 | 68 | VHE TXV SlimSeal L SE2491-01 | 180 | 5.730 | 180 | 1,031.40 |
| | |   Cust Product: 52409352 | | | | |
| | | Lot ID: V2092005   Qty:   180 | | | | |
| 3 | 68 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | **PLEASE PAY THIS AMOUNT (US$):** | | | 1,031.40 |

Notice: All merchandise listed on this invoice has been carefully checked before shipment. In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products. No credits or deductions will be allowed by us. No goods may be returned for credit without our written consent.

ORDER COMPLETE

INVOICE

**ACCOUNTING COPY**

# FUJIKOKI AMERICA INC.
4040 Bronze Way, Dallas, TX 75237

**REMIT TO:**
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX  75320-0184

**INVOICE**

PAGE: 1

INVOICE NO. **13793**

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/26/05 | 0550027715 | Carey Polk | 14035 | 10/27/05 | 9/27/05 |

1293

**SOLD TO**
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

00

**SHIP TO**
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 9/26/05 | POINT DED./ TRUC | 9/29/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * * | | | | |
| | | CHECK VISUAL AID FOR APPROPRIATE | | | | |
| | | DESCRIPTION AND REV. LEVEL FOR LABELS | | | | |
| | | * * * * * * * * * * * * * * * * * * * * | | | | |
| | | SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON | | | | |
| | | 1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS | | | | |
| | | 2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT | | | | |
| | | | | | | |
| | | AS OF SEPT. 1, 2005, PLEASE USE TREATED | | | | |
| | | "WAREHOUSE PLEASE PUT THE INVOICE IN A | | | | |
| | | SEPERATE ENVELOPE MARKED "INVOICE" ON THE | | | | |
| | | TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| 136 | 2557 | VDE-15QDAU-2 DELPH SE2451-01 | 6800 | 5.730 | 6800 | 38,964.00 |
| | | Cust Product: 52494045 | | | | |
| | | Lot ID: 052496    Qty:    800 | | | | |
| | | Lot ID: 052675    Qty:   1700 | | | | |
| | | Lot ID: 052675    Qty:   4000 | | | | |
| | | Lot ID: 052725    Qty:    300 | | | | |
| 136 | 2557 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | **PLEASE PAY THIS AMOUNT (US$):** | | | 38,964.00 |

Notice: All merchandise listed on this invoice has been carefully checked before shipment. In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products. No credits or deductions will be allowed by us. No goods may be returned for credit without our written consent.

ORDER COMPLETE

INVOICE

**ACCOUNTING COPY**



PAGE: 1

REMIT TO:
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX 75320-0184

**INVOICE**

INVOICE NO. **13809**

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/26/05 | 0550071847 | Carey Polk | 14032 | 10/27/05 | 9/27/05 |

SOLD TO:
1293
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

SHIP TO:
04
DELPHI T&I
HERMOSILLO PLANT
32 CELERITY WAGON
CISCO 37695
EL PASO, TX 79906

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 9/27/05 | CENTRAL TS/ TRUC | 9/28/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * * | | | | |
| | | CHECK VISUAL AID FOR APPROPRIATE | | | | |
| | | DESCRIPTION AND REV. LEVEL FOR LABELS | | | | |
| | | * * * * * * * * * * * * * * * * * * * * | | | | |
| | | SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON | | | | |
| | | 1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS | | | | |
| | | 2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT | | | | |
| | | | | | | |
| | | AS OF SEPT. 1, 2005, PLEASE USE TREATED | | | | |
| | | "WAREHOUSE PLEASE PUT THE INVOICE IN A | | | | |
| | | SEPERATE ENVELOPE MARKED "INVOICE" ON THE | | | | |
| | | TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| | | | | | | |
| 22 | 498 | TOYOTA TACOMA TXV   SE2473-01 | 1500 | 5.730 | 1320 | 7,563.60 |
| | | Cust Product: 52403067 | | | | |
| | | Lot ID: V2092705    Qty:   1320 | | | | |

| 22 | 498 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | **PLEASE PAY THIS AMOUNT (US$):** | | | 7,563.60 |

Notice: All merchandise listed on this invoice has been carefully checked before shipment. In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products. No credits or deductions will be allowed by us. No goods may be returned for credit without our written consent.

ORDER COMPLETE

NVOICE                                    **ACCOUNTING COPY**

# FUJIKOKI
## AMERICA INC.
4040 Bronze Way   Dallas, TX 75237

**PAGE:** 1

REMIT TO:
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX 75320-0184

**INVOICE**

**INVOICE NO.** 13816

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/20/05 | 0550027719 | Carey Polk | 13986 | 10/28/05 | 9/28/05 |

| | | | |
|---|---|---|---|
| **S O L D T O** | 1293<br>Delphi Harrison Thermal<br>Plant 5 Bldg 8 West Dock<br>200 Upper Mountain Road<br>Lockport, NY 14094 | **S H I P T O** | 00<br>Delphi Harrison Thermal<br>Plant 5 Bldg 8 West Dock<br>200 Upper Mountain Road<br>Lockport, NY 14094 |

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 9/27/05 | POINT DED./ TRUC | 9/30/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * *<br>CHECK VISUAL AID FOR APPROPRIATE<br>DESCRIPTION AND REV. LEVEL FOR LABELS<br>* * * * * * * * * * * * * * * * * * * *<br>SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON<br>1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS<br>2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT<br><br>AS OF SEPT. 1, 2005, PLEASE USE TREATED<br>"WAREHOUSE PLEASE PUT THE INVOICE IN A<br>SEPERATE ENVELOPE MARKED "INVOICE" ON THE<br>TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| 11 | 205 | CBE TXV          SE2311~01<br>   Cust Product: 52401670<br>Lot ID: 091905     Qty:    660 | 660 | 5.300 | 660 | 3,498.00 |
| 11 | 205 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED | **PLEASE PAY THIS AMOUNT (US$):** | | | 3,498.00 |

Notice: All merchandise listed on this invoice has been carefully checked before shipment. In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products. No credits or deductions will be allowed by us. No goods may be returned for credit without our written consent.

ORDER COMPLETE

INVOICE                          **ACCOUNTING COPY**

# FUJIKOKI AMERICA INC.

4040 Bronze Way  Dallas, TX 75237

REMIT TO:
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX 75320-0184

**INVOICE**

PAGE: 1

INVOICE NO. **13817**

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/20/05 | 0550027716 | Carey Polk | 13989 | 10/28/05 | 9/28/05 |

**SOLD TO** 1293
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

**SHIP TO** 00
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 9/27/05 | POINT DED./ TRUC | 9/30/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * *<br>CHECK VISUAL AID FOR APPROPRIATE<br>DESCRIPTION AND REV. LEVEL FOR LABELS<br>* * * * * * * * * * * * * * * * * * * *<br>SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON<br>1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS<br>2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT<br><br>AS OF SEPT. 1, 2005, PLEASE USE TREATED<br>"WAREHOUSE PLEASE PUT THE INVOICE IN A<br>SEPERATE ENVELOPE MARKED "INVOICE" ON THE<br>TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| 2 | 44 | CBE TXV          SE2312<br>    Cust Product: 52481690<br>Lot ID: 092705     Qty:    120 | 120 | 5.300 | 120 | 636.00 |
| 2 | 44 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.   **PLEASE PAY THIS AMOUNT (US$):** | | | | 636.00 |

Notice: All merchandise listed on this invoice has been carefully checked before shipment. In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products. No credits or deductions will be allowed by us. No goods may be returned for credit without our written consent.

ORDER COMPLETE

INVOICE

**ACCOUNTING COPY**



**FUJIKOKI AMERICA INC.**
4040 Irontone Way   Dallas, TX 75237

REMIT TO:
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX 75320-0184

**INVOICE**

INVOICE NO.   **13818**

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/20/05 | 0550054540 | Carey Polk | 13994 | 10/28/05 | 9/28/05 |

SOLD TO:
1293
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

SHIP TO:
00
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 9/27/05 | POINT DED./ TRUC | 9/30/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * *<br>CHECK VISUAL AID FOR APPROPRIATE<br>DESCRIPTION AND REV. LEVEL FOR LABELS<br>* * * * * * * * * * * * * * * * * * *<br>SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON<br>1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS<br>2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT<br><br>AS OF SEPT. 1, 2005, PLEASE USE TREATED<br>"WAREHOUSE PLEASE PUT THE INVOICE IN A<br>SEPERATE ENVELOPE MARKED "INVOICE" ON THE<br>TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| 3 | 68 | VHE TXV SlimSeal L SE2491-01<br>    Cust Product: 52409352<br>Lot ID: V2092005    QTY:    180 | 180 | 5.730 | 180 | 1,031.40 |
| 3 | 68 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | **PLEASE PAY THIS AMOUNT (US$):** | | | 1,031.40 |

Notice: All merchandise listed on this invoice has been carefully checked before shipment.  In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products.  No credits or deductions will be allowed by us.  No goods may be returned for credit without our written consent.

ORDER COMPLETE

**ACCOUNTING COPY**

# FUJIKOKI AMERICA INC.
4040 Bronze Way, Dallas, TX 75237

REMIT TO:
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX 75320-0184

**INVOICE**

INVOICE NO. **13819**

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/26/05 | 0550027715 | Carey Polk | 14036 | 10/28/05 | 9/28/05 |

SOLD TO:
1293
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

SHIP TO:
00
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 9/27/05 | POINT DED./ TRUC | 9/30/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * *  | | | | |
| | | CHECK VISUAL AID FOR APPROPRIATE DESCRIPTION AND REV. LEVEL FOR LABELS | | | | |
| | | * * * * * * * * * * * * * * * * * * * * | | | | |
| | | SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON | | | | |
| | | 1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS | | | | |
| | | 2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT | | | | |
| | | AS OF SEPT. 1, 2005, PLEASE USE TREATED "WAREHOUSE PLEASE PUT THE INVOICE IN A SEPERATE ENVELOPE MARKED "INVOICE" ON THE TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| 140 | 2632 | VDE-15QDAU-2 DELPH SE2451-01 | 7000 | 5.730 | 7000 | 40,110.00 |
| | |    Cust Product: 52494045 | | | | |
| | | Lot ID: 052725      Qty:   1700 | | | | |
| | | Lot ID: 052725      Qty:   2000 | | | | |
| | | Lot ID: 052725      Qty:   1500 | | | | |
| | | Lot ID: 052725      Qty:   1800 | | | | |
| 140 | 2632 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | **PLEASE PAY THIS AMOUNT (US$):** | | | 40,110.00 |

Notice: All merchandise listed on this invoice has been carefully checked before shipment. In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products. No credits or deductions will be allowed by us. No goods may be returned for credit without our written consent.

ORDER COMPLETE

NVOICE

**ACCOUNTING COPY**



**FUJIKOKI AMERICA INC.**
4040 Bronze Way, Dallas, TX 75237

REMIT TO:
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX 75320-0184

**INVOICE**

| INVOICE NO. | 13822 |
|---|---|

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/20/05 | 0550027720 | Carey Polk | 13976 | 10/28/05 | 9/28/05 |

**SOLD TO**
1293
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

**SHIP TO**
05
DELPHI HARRISON THERMAL
32 CELERITY WAGON
ATTN: LEO VASQUEZ
El Paso, TX 79906

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 9/27/05 | CENTRAL TS/ TRUC | 9/28/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * * | | | | |
| | | CHECK VISUAL AID FOR APPROPRIATE | | | | |
| | | DESCRIPTION AND REV. LEVEL FOR LABELS | | | | |
| | | * * * * * * * * * * * * * * * * * * * * | | | | |
| | | SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON | | | | |
| | | 1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS | | | | |
| | | 2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT | | | | |
| | | | | | | |
| | | AS OF SEPT. 1, 2005, PLEASE USE TREATED | | | | |
| | | "WAREHOUSE PLEASE PUT THE INVOICE IN A | | | | |
| | | SEPERATE ENVELOPE MARKED "INVOICE" ON THE | | | | |
| | | TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| 15 | 282 | VDE-15QDAU-1 GMT35 SE2454-01 | 750 | 5.730 | 750 | 4,297.50 |
| | | Cust Product: 52494043 | | | | |
| | | Lot ID: 050872      Qty:      750 | | | | |

| 15 | 282 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | **PLEASE PAY THIS AMOUNT (US$):** | | | 4,297.50 |

Notice: All merchandise listed on this invoice has been carefully checked before shipment. In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products. No credits or deductions will be allowed by us. No goods may be returned for credit without our written consent.

ORDER COMPLETE

INVOICE                                **ACCOUNTING COPY**

# FUJIKOKI AMERICA INC.
4040 Breers Way  Dallas, TX 75237

REMIT TO:
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX 75320-0184

**INVOICE**

PAGE: 1

INVOICE NO. **13829**

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/26/05 | 0550071847 | Carey Polk | 14033 | 10/28/05 | 9/28/05 |

**S O L D T O**

1293
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

**S H I P T O**

04
DELPHI T&I
HERMOSILLO PLANT
32 CELERITY WAGON
CISCO 37695
EL PASO, TX 79906

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 9/28/05 | CENTRAL TS/ TRUC | 9/29/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * *<br>CHECK VISUAL AID FOR APPROPRIATE<br>DESCRIPTION AND REV. LEVEL FOR LABELS<br>* * * * * * * * * * * * * * * * * * * *<br>SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON<br>1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS<br>2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT<br><br>AS OF SEPT. 1, 2005, PLEASE USE TREATED<br>"WAREHOUSE PLEASE PUT THE INVOICE IN A<br>SEPERATE ENVELOPE MARKED "INVOICE" ON THE<br>TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| 25 | 566 | TOYOTA TACOMA TXV  SE2473-01<br>  Cust Product: 52403067<br>Lot ID: V2092805   Qty:  1500 | 1500 | 5.730 | 1500 | 8,595.00 |
| 25 | 566 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | **PLEASE PAY THIS AMOUNT (US$):** | | | 8,595.00 |

Notice:  All merchandise listed on this invoice has been carefully checked before shipment.  In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products.  No credits or deductions will be allowed by us.  No goods may be returned for credit without our written consent.

ORDER COMPLETE

INVOICE

**ACCOUNTING COPY**



**FUJIKOKI**
**AMERICA INC.**
4040 Bronze Way   Dallas, TX 75237

REMIT TO:
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX 75320-0184

**INVOICE**

INVOICE
NO.   **13850**

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/27/05 | 0550053316 | Carey Polk | 14118 | 10/29/05 | 9/29/05 |

1293

S
O
L
D
T
O

Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

03

S
H
I
P
T
O

DELPHI HARRISON THERMAL
32 CELERITY WAGON
ATTN; LEO VASQUEZ
EL PASO,, TX 79906

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 9/28/05 | CENTRAL TS/ TRUC | 9/29/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * | | | | |
| | | CHECK VISUAL AID FOR APPROPRIATE | | | | |
| | | DESCRIPTION AND REV. LEVEL FOR LABELS | | | | |
| | | * * * * * * * * * * * * * * * * * * * | | | | |
| | | SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON | | | | |
| | | 1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS | | | | |
| | | 2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT | | | | |
| | | | | | | |
| | | AS OF SEPT. 1, 2005, PLEASE USE TREATED | | | | |
| | | "WAREHOUSE PLEASE PUT THE INVOICE IN A | | | | |
| | | SEPERATE ENVELOPE MARKED "INVOICE" ON THE | | | | |
| | | TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| | | | | | | |
| 14 | 317 | TOYOTA TACOMA TXV   SE2473-01 | 840 | 5.730 | 840 | 4,813.20 |
| | | Cust Product: 52403067 | | | | |
| | | Lot ID: V2092705     QTY:   840 | | | | |

| 14 | 317 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | **PLEASE PAY THIS AMOUNT (US$):** | | | 4,813.20 |

Notice: All merchandise listed on this invoice has been carefully checked before shipment. In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products. No credits or deductions will be allowed by us. No goods may be returned for credit without our written consent.

ORDER COMPLETE

INVOICE

**ACCOUNTING COPY**

**FUJIKOKI AMERICA INC.**
4040 Bronze Way  Dallas, TX 75237

REMIT TO:
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX  75320-0184

**INVOICE**

| | | | | PAGE: | 1 |

| INVOICE NO. | **13851** |

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/27/05 | 0550027720 | Carey Polk | 14123 | 10/29/05 | 9/29/05 |

SOLD TO:
1293
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

SHIP TO:
05
DELPHI HARRISON THERMAL
32 CELERITY WAGON
ATTN: LEO VASQUEZ
El Paso, TX 79906

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 9/28/05 | CENTRAL TS/ TRUC | 9/29/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* | | | | |
| | | CHECK VISUAL AID FOR APPROPRIATE | | | | |
| | | DESCRIPTION AND REV. LEVEL FOR LABELS | | | | |
| | | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* | | | | |
| | | SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON | | | | |
| | | 1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS | | | | |
| | | 2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT | | | | |
| | | | | | | |
| | | AS OF SEPT. 1, 2005, PLEASE USE TREATED | | | | |
| | | "WAREHOUSE PLEASE PUT THE INVOICE IN A | | | | |
| | | SEPERATE ENVELOPE MARKED "INVOICE" ON THE | | | | |
| | | TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| 15 | 282 | VDE-15QDAU-1 GMT35 SE2454-01 | 750 | 5.730 | 750 | 4,297.50 |
| | | Cust Product: 52494043 | | | | |
| | | Lot ID: 050872    Qty:    750 | | | | |

| 15 | 282 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | PLEASE PAY THIS AMOUNT (US$): | | | 4,297.50 |

Notice: All merchandise listed on this invoice has been carefully checked before shipment. In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products. No credits or deductions will be allowed by us. No goods may be returned for credit without our written consent.

ORDER COMPLETE

INVOICE.

**ACCOUNTING COPY**



## FUJIKOKI AMERICA INC.
4040 Bronze Way  Dallas, TX 75237

REMIT TO:
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX  75320-0184

**INVOICE**

INVOICE NO.  **13855**

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/20/05 | 0550078828 | Carey Polk | 13995 | 10/29/05 | 9/29/05 |

1293

S O L D T O
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

00

S H I P T O
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 9/28/05 | POINT DED./ TRUC | 10/03/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * <br> CHECK VISUAL AID FOR APPROPRIATE <br> DESCRIPTION AND REV. LEVEL FOR LABELS <br> * * * * * * * * * * * * * * * * * * * <br> SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON <br> 1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS <br> 2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT <br><br> AS OF SEPT. 1, 2005, PLEASE USE TREATED <br> "WAREHOUSE PLEASE PUT THE INVOICE IN A <br> SEPERATE ENVELOPE MARKED "INVOICE" ON THE <br> TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| 1 | 23 | TOYOTA TACOMA TXV   SE2473-01 <br>   Cust Product: 52403067 <br> Lot ID: V2092705    Qty:    60 | 60 | 5.730 | 60 | 343.80 |
| 1 | 23 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | **PLEASE PAY THIS AMOUNT (US$):** | | | 343.80 |

Notice: All merchandise listed on this invoice has been carefully checked before shipment. In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products. No credits or deductions will be allowed by us. No goods may be returned for credit without our written consent.

ORDER  COMPLETE

INVOICE

**ACCOUNTING COPY**



**FUJIKOKI AMERICA INC.**
4040 Bronze Way   Dallas, TX 75237

REMIT TO:
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX  75320-0184

**INVOICE**

INVOICE NO.   **13856**

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/27/05 | 0550054540 | Carey Polk | 14128 | 10/29/05 | 9/29/05 |

**SOLD TO**
1293
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

**SHIP TO**
00
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 9/28/05 | POINT DED./ TRUC | 10/03/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | ******************* | | | | |
| | | CHECK VISUAL AID FOR APPROPRIATE | | | | |
| | | DESCRIPTION AND REV. LEVEL FOR LABELS | | | | |
| | | ******************* | | | | |
| | | SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON | | | | |
| | | 1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS | | | | |
| | | 2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT | | | | |
| | | | | | | |
| | | AS OF SEPT. 1, 2005, PLEASE USE TREATED | | | | |
| | | "WAREHOUSE PLEASE PUT THE INVOICE IN A | | | | |
| | | SEPERATE ENVELOPE MARKED "INVOICE" ON THE | | | | |
| | | TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| | | | | | | |
| 3 | 68 | VHE TXV SlimSeal L SE2491-01 | 180 | 5.730 | 180 | 1,031.40 |
| | | Cust Product: 52409352 | | | | |
| | | Lot ID: V2092005   Qty:   180 | | | | |

| 3 | 68 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | **PLEASE PAY THIS AMOUNT (US$):** | | | 1,031.40 |

Notice: All merchandise listed on this invoice has been carefully checked before shipment.  In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products.  No credits or deductions will be allowed by us.  No goods may be returned for credit without our written consent.

ORDER COMPLETE



FUJIKOKI
AMERICA INC.
4040 Bronze Way   Dallas, TX 75237

REMIT TO:
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX  75320-0184



**INVOICE**

| INVOICE NO. | 13857 |
|---|---|

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/27/05 | 0550027719 | Carey Polk | 14133 | 10/29/05 | 9/29/05 |

**1293**

S O L D   T O
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

**00**

S H I P   T O
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 9/28/05 | POINT DED./ TRUC | 10/03/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * *<br>CHECK VISUAL AID FOR APPROPRIATE<br>DESCRIPTION AND REV. LEVEL FOR LABELS<br>* * * * * * * * * * * * * * * * * * *<br>SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON<br>1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS<br>2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT<br><br>AS OF SEPT. 1, 2005, PLEASE USE TREATED<br>"WAREHOUSE PLEASE PUT THE INVOICE IN A<br>SEPERATE ENVELOPE MARKED "INVOICE" ON THE<br>TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| 8 | 149 | CBE TXV          SE2311-01<br>   Cust Product: 52401670<br>Lot ID: 091905     Qty:   180<br>Lot ID: 092205     Qty:   300 | 480 | 5.300 | 480 | 2,544.00 |
| 8 | 149 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | **PLEASE PAY THIS AMOUNT (US$):** | | | 2,544.00 |

Notice:  All merchandise listed on this invoice has been carefully checked before shipment.  In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products.  No credits or deductions will be allowed by us.  No goods may be returned for credit without our written consent.

ORDER COMPLETE

**ACCOUNTING COPY**

INVOICE



**FUJIKOKI AMERICA INC.**
4040 Bronze Way, Dallas, TX 75237

REMIT TO:
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX 75320-0184

**INVOICE**

INVOICE NO. **13858**

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/27/05 | 0550027716 | Carey Polk | 14137 | 10/29/05 | 9/29/05 |

1293

S O L D  T O:
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

00

S H I P  T O:
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 9/28/05 | POINT DED./ TRUC | 10/03/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * | | | | |
| | | CHECK VISUAL AID FOR APPROPRIATE DESCRIPTION AND REV. LEVEL FOR LABELS | | | | |
| | | * * * * * * * * * * * * * * * * * * * | | | | |
| | | SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON | | | | |
| | | 1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS | | | | |
| | | 2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT | | | | |
| | | AS OF SEPT. 1, 2005, PLEASE USE TREATED "WAREHOUSE PLEASE PUT THE INVOICE IN A SEPERATE ENVELOPE MARKED "INVOICE" ON THE TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| 3 | 66 | CBE TXV            SE2312    Cust Product: 52481690 Lot ID: 092805    Qty:   180 | 180 | 5.300 | 180 | 954.00 |
| 3 | 66 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | **PLEASE PAY THIS AMOUNT (US$):** | | | 954.00 |

Notice: All merchandise listed on this invoice has been carefully checked before shipment. In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products. No credits or deductions will be allowed by us. No goods may be returned for credit without our written consent.

ORDER COMPLETE

NVOICE                    **ACCOUNTING COPY**

# FUJIKOKI AMERICA INC.
4040 Bronze Way, Dallas, TX 75237

REMIT TO:
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX 75320-0184

**INVOICE**

PAGE: 1

INVOICE NO. **13859**

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/28/05 | 0550027715 | Carey Polk | 14145 | 10/29/05 | 9/29/05 |

1293

SOLD TO:
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

00

SHIP TO:
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 9/28/05 | POINT DED./ TRUC | 10/03/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * *<br>CHECK VISUAL AID FOR APPROPRIATE<br>DESCRIPTION AND REV. LEVEL FOR LABELS<br>* * * * * * * * * * * * * * * * * * * *<br>SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON<br>1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS<br>2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT<br><br>AS OF SEPT. 1, 2005, PLEASE USE TREATED<br>"WAREHOUSE PLEASE PUT THE INVOICE IN A<br>SEPERATE ENVELOPE MARKED "INVOICE" ON THE<br>TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| 120 | 2256 | VDE-15QDAU-2 DELPH SE2451-01<br>    Cust Product: 52494045<br>Lot ID: 052725      Qty:   200<br>Lot ID: 052725      Qty:  2000<br>Lot ID: 052725      Qty:  2000<br>Lot ID: 052725      Qty:  1800 | 6000 | 5.730 | 6000 | 34,380.00 |
| 120 | 2256 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | **PLEASE PAY THIS AMOUNT (US$):** | | | 34,380.00 |

Notice: All merchandise listed on this invoice has been carefully checked before shipment. In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products. No credits or deductions will be allowed by us. No goods may be returned for credit without our written consent.

ORDER COMPLETE

**ACCOUNTING COPY**

INVOICE



**FUJIKOKI AMERICA INC.**
4040 Bronze Way   Dallas, TX 75237

REMIT TO:
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX  75320-0184

**INVOICE**

INVOICE NO. **13872**

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/27/05 | 0550054540 | Carey Polk | 14129 | 10/30/05 | 9/30/05 |

1293

S
O
L
D

T
O

Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

00

S
H
I
P

T
O

Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 9/29/05 | POINT DED./ TRUC | 10/04/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * * | | | | |
| | | CHECK VISUAL AID FOR APPROPRIATE | | | | |
| | | DESCRIPTION AND REV. LEVEL FOR LABELS | | | | |
| | | * * * * * * * * * * * * * * * * * * * * | | | | |
| | | SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON | | | | |
| | | 1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS | | | | |
| | | 2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT | | | | |
| | | | | | | |
| | | AS OF SEPT. 1, 2005, PLEASE USE TREATED | | | | |
| | | "WAREHOUSE PLEASE PUT THE INVOICE IN A | | | | |
| | | SEPERATE ENVELOPE MARKED "INVOICE" ON THE | | | | |
| | | TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| | | | | | | |
| 3 | 68 | VHE TXV SlimSeal L SE2491-01 | 180 | 5.730 | 180 | 1,031.40 |
| | | Cust Product: 52409352 | | | | |
| | | Lot ID: V2092005    Qty:    180 | | | | |

| 3 | 68 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | **PLEASE PAY THIS AMOUNT (US$):** | | | 1,031.40 |

Notice: All merchandise listed on this invoice has been carefully checked before shipment. In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products. No credits or deductions will be allowed by us. No goods may be returned for credit without our written consent.

ORDER  COMPLETE

/OICE

**ACCOUNTING COPY**



FUJIKOKI AMERICA INC.
4040 Bronze Way, Dallas, TX 75237

FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX 75320-0184

**INVOICE**

| INVOICE NO. | 13873 |
|---|---|

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/27/05 | 0550027716 | Carey Polk | 14138 | 10/30/05 | 9/30/05 |

**SOLD TO**
1293
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

**SHIP TO**
00
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 9/29/05 | POINT DED./ TRUC | 10/04/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * | | | | |
| | | CHECK VISUAL AID FOR APPROPRIATE | | | | |
| | | DESCRIPTION AND REV. LEVEL FOR LABELS | | | | |
| | | * * * * * * * * * * * * * * * * * * * * | | | | |
| | | SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON | | | | |
| | | 1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS | | | | |
| | | 2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT | | | | |
| | | | | | | |
| | | AS OF SEPT. 1, 2005, PLEASE USE TREATED | | | | |
| | | "WAREHOUSE PLEASE PUT THE INVOICE IN A | | | | |
| | | SEPERATE ENVELOPE MARKED "INVOICE" ON THE | | | | |
| | | TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| 3 | 66 | CBE TXV         SE2312 | 180 | 5.300 | 180 | 954.00 |
| | |     Cust Product: 52481690 | | | | |
| | | Lot ID: 092905     Qty:    180 | | | | |
| 3 | 66 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | **PLEASE PAY THIS AMOUNT (US$):** | | | 954.00 |

Notice: All merchandise listed on this invoice has been carefully checked before shipment. In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products. No credits or deductions will be allowed by us. No goods may be returned for credit without our written consent.

ORDER COMPLETE

**ACCOUNTING COPY**



PAGE 1

**FUJIKOKI AMERICA INC.**
4040 Bronze Way, Dallas, TX 75237

REMIT TO:
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX 75320-0184

**INVOICE**

INVOICE NO.   **13874**

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/28/05 | 0550027715 | Carey Polk | 14165 | 10/30/05 | 9/30/05 |

1293

SOLD TO:
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

00

SHIP TO:
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 9/29/05 | POINT DED./ TRUC | 10/04/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * *<br>CHECK VISUAL AID FOR APPROPRIATE<br>DESCRIPTION AND REV. LEVEL FOR LABELS<br>* * * * * * * * * * * * * * * * * * *<br>SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON<br>1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS<br>2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT<br><br>AS OF SEPT. 1, 2005, PLEASE USE TREATED<br>"WAREHOUSE PLEASE PUT THE INVOICE IN A<br>SEPERATE ENVELOPE MARKED "INVOICE" ON THE<br>TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| 120 | 2256 | VDE-15QDAU-2 DELPH SE2451-01<br>    Cust Product: 52494045<br>Lot ID: 052725     Qty:   200<br>Lot ID: 052725     Qty:  2000<br>Lot ID: 052725     Qty:  2000<br>Lot ID: 052725     Qty:  1800 | 6000 | 5.730 | 6000 | 34,380.00 |
| 120 | 2256 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | **PLEASE PAY THIS AMOUNT (US$):** | | | 34,380.00 |

Notice: All merchandise listed on this invoice has been carefully checked before shipment. In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products. No credits or deductions will be allowed by us. No goods may be returned for credit without our written consent.

ORDER COMPLETE

VOICE

**ACCOUNTING COPY**



**FUJIKOKI AMERICA INC.**
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX 75320-0184

**INVOICE**

| INVOICE NO. | 13875 |

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/27/05 | 0550053316 | Carey Polk | 14119 | 10/30/05 | 9/30/05 |

**SOLD TO**
1293
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

**SHIP TO**
03
DELPHI HARRISON THERMAL
32 CELERITY WAGON
ATTN; LEO VASQUEZ
EL PASO,, TX 79906

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 9/29/05 | CENTRAL TS/ TRUC | 9/30/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * * | | | | |
| | | CHECK VISUAL AID FOR APPROPRIATE | | | | |
| | | DESCRIPTION AND REV. LEVEL FOR LABELS | | | | |
| | | * * * * * * * * * * * * * * * * * * * * | | | | |
| | | SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON | | | | |
| | | 1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS | | | | |
| | | 2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT | | | | |
| | | | | | | |
| | | AS OF SEPT. 1, 2005, PLEASE USE TREATED | | | | |
| | | "WAREHOUSE PLEASE PUT THE INVOICE IN A | | | | |
| | | SEPERATE ENVELOPE MARKED "INVOICE" ON THE | | | | |
| | | TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| | | | | | | |
| 14 | 317 | TOYOTA TACOMA TXV  SE2473-01 | 840 | 5.730 | 840 | 4,813.20 |
| | | Cust Product: 52403067 | | | | |
| | | Lot ID: V2092705    Qty:    840 | | | | |
| 14 | 317 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | **PLEASE PAY THIS AMOUNT (US$):** | | | 4,813.20 |

Notice: All merchandise listed on this invoice has been carefully checked before shipment. In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products. No credits or deductions will be allowed by us. No goods may be returned for credit without our written consent.

ORDER COMPLETE

VOICE                                    **ACCOUNTING COPY**



**FUJIKOKI
AMERICA INC.**
4040 Bronze Way, Dallas, TX 75237

REMIT TO:
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX 75320-0184

**INVOICE**

PAGE: 1

INVOICE NO. **13876**

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/27/05 | 0550027720 | Carey Polk | 14124 | 10/30/05 | 9/30/05 |

S O L D   T O
1293
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

S H I P   T O
05
DELPHI HARRISON THERMAL
32 CELERITY WAGON
ATTN: LEO VASQUEZ
El Paso, TX 79906

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 9/29/05 | CENTRAL TS/ TRUC | 9/30/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * * | | | | |
| | | CHECK VISUAL AID FOR APPROPRIATE | | | | |
| | | DESCRIPTION AND REV. LEVEL FOR LABELS | | | | |
| | | * * * * * * * * * * * * * * * * * * * * | | | | |
| | | SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON | | | | |
| | | 1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS | | | | |
| | | 2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT | | | | |
| | | AS OF SEPT. 1, 2005, PLEASE USE TREATED | | | | |
| | | "WAREHOUSE PLEASE PUT THE INVOICE IN A | | | | |
| | | SEPERATE ENVELOPE MARKED "INVOICE" ON THE | | | | |
| | | TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| 15 | 282 | VDE-15QDAU-1 GMT35 SE2454-01 | 750 | 5.730 | 750 | 4,297.50 |
| | | Cust Product: 52494043 | | | | |
| | | Lot ID: 050872    QTY:    750 | | | | |
| 15 | 282 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | **PLEASE PAY THIS AMOUNT (US$):** | | | 4,297.50 |

Notice: All merchandise listed on this invoice has been carefully checked before shipment. In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products. No credits or deductions will be allowed by us. No goods may be returned for credit without our written consent.

ORDER COMPLETE

**ACCOUNTING COPY**



**FUJIKOKI AMERICA INC.**
4040 bronze Way   Dallas, TX 75237

REMIT TO:
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX 75320-0184

**INVOICE**

INVOICE NO. **13883**

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/26/05 | 0550071847 | Carey Polk | 14034 | 10/30/05 | 9/30/05 |

SOLD TO:
1293
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

SHIP TO:
04
DELPHI T&I
HERMOSILLO PLANT
32 CELERITY WAGON
CISCO 37695
EL PASO, TX 79906

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 9/30/05 | CENTRAL TS/ TRUC | 10/03/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * * | | | | |
| | | CHECK VISUAL AID FOR APPROPRIATE | | | | |
| | | DESCRIPTION AND REV. LEVEL FOR LABELS | | | | |
| | | * * * * * * * * * * * * * * * * * * * * | | | | |
| | | SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON | | | | |
| | | 1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS | | | | |
| | | 2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT | | | | |
| | | | | | | |
| | | AS OF SEPT. 1, 2005, PLEASE USE TREATED | | | | |
| | | "WAREHOUSE PLEASE PUT THE INVOICE IN A | | | | |
| | | SEPERATE ENVELOPE MARKED "INVOICE" ON THE | | | | |
| | | TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| | | | | | | |
| 25 | 566 | TOYOTA TACOMA TXV   SE2473-01 | 1500 | 5.730 | 1500 | 8,595.00 |
| | | Cust Product: 52403067 | | | | |
| | | Lot ID: V2092705    Qty:    180 | | | | |
| | | Lot ID: V2092805    Qty: 1260 | | | | |
| | | Lot ID: V2092805    Qty:     60 | | | | |

| No. Pkgs | Net Wght (lbs) | | | | |
|---|---|---|---|---|---|
| 25 | 566 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | **PLEASE PAY THIS AMOUNT (US$):** | | **8,595.00** |

Notice: All merchandise listed on this invoice has been carefully checked before shipment.  In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products.  No credits or deductions will be allowed by us.  No goods may be returned for credit without our written consent.

ORDER COMPLETE



**FUJIKOKI AMERICA INC.**
4040 Bronze Way   Dallas, TX 75237

REMIT TO:
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX 75320-0184

**INVOICE**

INVOICE NO. **13890**

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/27/05 | 0550054540 | Carey Polk | 14130 | 10/30/05 | 9/30/05 |

1293

S
O   Delphi Harrison Thermal
L   Plant 5 Bldg 8 West Dock
D   200 Upper Mountain Road
T   Lockport, NY 14094
O

00

S
H   Delphi Harrison Thermal
I   Plant 5 Bldg 8 West Dock
P   200 Upper Mountain Road
T   Lockport, NY 14094
O

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 9/30/05 | POINT DED./ TRUC | 10/05/05 | Net 30 Days | COLLECT |

| No. Pkgs | Not Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * *<br>CHECK VISUAL AID FOR APPROPRIATE<br>DESCRIPTION AND REV. LEVEL FOR LABELS<br>* * * * * * * * * * * * * * * * * * * *<br>SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON<br>1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS<br>2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT<br><br>AS OF SEPT. 1, 2005, PLEASE USE TREATED<br>"WAREHOUSE PLEASE PUT THE INVOICE IN A<br>SEPERATE ENVELOPE MARKED "INVOICE" ON THE<br>TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| 3 | 68 | VHE TXV SlimSeal L SE2491-01<br>  Cust Product: 52409352<br>Lot ID: V2092005    Qty:   180 | 180 | 5.730 | 180 | 1,031.40 |
| 3 | 68 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | **PLEASE PAY THIS AMOUNT (US$):** | | | 1,031.40 |

Notice: All merchandise listed on this invoice has been carefully checked before shipment.  In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products.  No credits or deductions will be allowed by us.  No goods may be returned for credit without our written consent.

ORDER COMPLETE

VOICE                                    **ACCOUNTING COPY**

# FUJIKOKI AMERICA INC.

**FUJIKOKI AMERICA INC.**
P.O. BOX 200184
DALLAS, TX 75320-0184

4040 Bronze Way  Dallas, TX 75247

## INVOICE

| INVOICE NO. | **13891** |
|---|---|

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/27/05 | 0550027719 | Carey Polk | 14134 | 10/30/05 | 9/30/05 |

1293

**SOLD TO**
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

00

**SHIP TO**
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 9/30/05 | POINT DED./ TRUC | 10/05/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * * | | | | |
| | | CHECK VISUAL AID FOR APPROPRIATE | | | | |
| | | DESCRIPTION AND REV. LEVEL FOR LABELS | | | | |
| | | * * * * * * * * * * * * * * * * * * * * | | | | |
| | | SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON | | | | |
| | | 1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS | | | | |
| | | 2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT | | | | |
| | | | | | | |
| | | AS OF SEPT. 1, 2005, PLEASE USE TREATED | | | | |
| | | "WAREHOUSE PLEASE PUT THE INVOICE IN A | | | | |
| | | SEPERATE ENVELOPE MARKED "INVOICE" ON THE | | | | |
| | | TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| | | | | | | |
| 11 | 205 | CBE TXV          SE2311-01 | 660 | 5.300 | 660 | 3,498.00 |
| | | Cust Product: 52401670 | | | | |
| | | Lot ID: 092205     Qty:    420 | | | | |
| | | Lot ID: 092305     Qty:    240 | | | | |
| | | | | | | |
| 11 | 205 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | **PLEASE PAY THIS AMOUNT (US$):** | | | 3,498.00 |

Notice: All merchandise listed on this invoice has been carefully checked before shipment.  In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products.  No credits or deductions will be allowed by us.  No goods may be returned for credit without our written consent.

ORDER COMPLETE

# FUJIKOKI AMERICA INC.
4040 Bronze Way   Dallas, TX 75237

REMIT TO:
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX 75320-0184

**INVOICE**

INVOICE NO.   **13892**

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/27/05 | 0550027716 | Carey Polk | 14139 | 10/30/05 | 9/30/05 |

1293

S
O
L
D
T
O

Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

00

S
H
I
P
T
O

Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 9/30/05 | POINT DED./ TRUC | 10/05/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * | | | | |
| | | CHECK VISUAL AID FOR APPROPRIATE | | | | |
| | | DESCRIPTION AND REV. LEVEL FOR LABELS | | | | |
| | | * * * * * * * * * * * * * * * * * * | | | | |
| | | SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON | | | | |
| | | 1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS | | | | |
| | | 2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT | | | | |
| | | | | | | |
| | | AS OF SEPT. 1, 2005, PLEASE USE TREATED | | | | |
| | | "WAREHOUSE PLEASE PUT THE INVOICE IN A | | | | |
| | | SEPERATE ENVELOPE MARKED "INVOICE" ON THE | | | | |
| | | TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| | | | | | | |
| 1 | 22 | CBE TXV          SE2312 | 60 | 5.300 | 60 | 318.00 |
| | | Cust Product: 52481690 | | | | |
| | | Lot ID: 092905      Qty:      60 | | | | |

| No. Pkgs | Net Wght (lbs) | | | AMOUNT |
|---|---|---|---|---|
| 1 | 22 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | **PLEASE PAY THIS AMOUNT (US$):** | 318.00 |

Notice: All merchandise listed on this invoice has been carefully checked before shipment. In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products. No credits or deductions will be allowed by us. No goods may be returned for credit without our written consent.

ORDER COMPLETE

VOICE

**ACCOUNTING COPY**

**FUJIKOKI AMERICA INC.**

FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX 75320-0184

4040 Benega Way   Dallas, TX 75237

**INVOICE**

INVOICE NO. **13893**

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/28/05 | 0550027715 | Carey Polk | 14166 | 10/30/05 | 9/30/05 |

| | | |
|---|---|---|
| S O L D T O | 1293<br>Delphi Harrison Thermal<br>Plant 5 Bldg 8 West Dock<br>200 Upper Mountain Road<br>Lockport, NY 14094 | S H I P T O |
| | 00<br>Delphi Harrison Thermal<br>Plant 5 Bldg 8 West Dock<br>200 Upper Mountain Road<br>Lockport, NY 14094 | |

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 9/30/05 | POINT DED./ TRUC | 10/05/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * *<br>CHECK VISUAL AID FOR APPROPRIATE<br>DESCRIPTION AND REV. LEVEL FOR LABELS<br>* * * * * * * * * * * * * * * * * * * *<br>SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON<br>1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS<br>2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT<br><br>AS OF SEPT. 1, 2005, PLEASE USE TREATED<br>"WAREHOUSE PLEASE PUT THE INVOICE IN A<br>SEPERATE ENVELOPE MARKED "INVOICE" ON THE<br>TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| 128 | 2407 | VDE-15QDAU-2 DELPH SE2451-01<br>  Cust Product: 52494045<br>Lot ID: 052725   Qty:   200<br>Lot ID: 052799   Qty:  2000<br>Lot ID: 052799   Qty:  4000<br>Lot ID: 052799   Qty:   200 | 6400 | 5.730 | 6400 | 36,672.00 |

| No. Pkgs | Net Wght (lbs) | | | AMOUNT |
|---|---|---|---|---|
| 128 | 2407 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | PLEASE PAY THIS AMOUNT (US$): | 36,672.00 |

Notice: All merchandise listed on this invoice has been carefully checked before shipment. In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products. No credits or deductions will be allowed by us. No goods may be returned for credit without our written consent.

ORDER COMPLETE

INVOICE

**ACCOUNTING COPY**

# FUJIKOKI AMERICA INC.
4040 Bronze Way, Dallas, TX 75217

REMIT TO:
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX 75320-0184

**INVOICE**

| | |
|---|---|
| PAGE: | 1 |
| INVOICE NO. | 13894 |

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/27/05 | 0550053316 | Carey Polk | 14120 | 10/30/05 | 9/30/05 |

**SOLD TO:**
1293
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

**SHIP TO:**
03
DELPHI HARRISON THERMAL
32 CELERITY WAGON
ATTN; LEO VASQUEZ
EL PASO,, TX 79906

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 9/30/05 | CENTRAL TS/ TRUC | 10/03/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * | | | | |
| | | CHECK VISUAL AID FOR APPROPRIATE DESCRIPTION AND REV. LEVEL FOR LABELS | | | | |
| | | * * * * * * * * * * * * * * * * * * * | | | | |
| | | SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON | | | | |
| | | 1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS | | | | |
| | | 2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT | | | | |
| | | | | | | |
| | | AS OF SEPT. 1, 2005, PLEASE USE TREATED "WAREHOUSE PLEASE PUT THE INVOICE IN A SEPERATE ENVELOPE MARKED "INVOICE" ON THE TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| | | | | | | |
| 14 | 317 | TOYOTA TACOMA TXV  SE2473-01 | 840 | 5.730 | 840 | 4,813.20 |
| | | Cust Product: 52403067 | | | | |
| | | Lot ID: V2092805   Qty:   660 | | | | |
| | | Lot ID: V2092805   Qty:   180 | | | | |

| 14 | 317 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | PLEASE PAY THIS AMOUNT (US$): | | | 4,813.20 |

Notice: All merchandise listed on this invoice has been carefully checked before shipment. In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products. No credits or deductions will be allowed by us. No goods may be returned for credit without our written consent.

ORDER COMPLETE

VOICE:

**ACCOUNTING COPY**

# FUJIKOKI
## AMERICA INC.
4040 Bronze Way   Dallas, TX 75237

REMIT TO:
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX 75320-0184

**INVOICE**

INVOICE NO. **13895**

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/27/05 | 0550027720 | Carey Polk | 14125 | 10/30/05 | 9/30/05 |

SOLD TO:
1293
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

SHIP TO:
05
DELPHI HARRISON THERMAL
32 CELERITY WAGON
ATTN: LEO VASQUEZ
El Paso, TX 79906

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 9/30/05 | CENTRAL TS/ TRUC | 10/03/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * *<br>CHECK VISUAL AID FOR APPROPRIATE<br>DESCRIPTION AND REV. LEVEL FOR LABELS<br>* * * * * * * * * * * * * * * * * * * *<br>SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON<br>1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS<br>2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT<br><br>AS OF SEPT. 1, 2005, PLEASE USE TREATED<br>"WAREHOUSE PLEASE PUT THE INVOICE IN A<br>SEPERATE ENVELOPE MARKED "INVOICE" ON THE<br>TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| 15 | 282 | VDE-15QDAU-1 GMT35 SE2454-01<br>    Cust Product: 52494043<br>Lot ID: 050872      Qty:    750 | 750 | 5.730 | 750 | 4,297.50 |
| 15 | 282 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | **PLEASE PAY THIS AMOUNT (US$):** | | | 4,297.50 |

Notice: All merchandise listed on this invoice has been carefully checked before shipment. In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products. No credits or deductions will be allowed by us. No goods may be returned for credit without our written consent.

ORDER COMPLETE

INVOICE                                **ACCOUNTING COPY**

# FUJIKOKI
## AMERICA INC.
4040 Bronze Way  Dallas, TX 75237

REMIT TO:
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX  75320-0184

**INVOICE**

INVOICE NO.  **13902**

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/30/05 | 0550071847 | Carey Polk | 14172 | 11/02/05 | 10/03/05 |

S O L D   T O
1293
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

S H I P   T O
04
DELPHI T&I
HERMOSILLO PLANT
32 CELERITY WAGON
CISCO 37695
EL PASO, TX 79906

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 10/03/05 | CENTRAL TS/ TRUC | 10/05/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * * | | | | |
| | | CHECK VISUAL AID FOR APPROPRIATE DESCRIPTION AND REV. LEVEL FOR LABELS | | | | |
| | | * * * * * * * * * * * * * * * * * * * * | | | | |
| | | SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON | | | | |
| | | 1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS | | | | |
| | | 2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT | | | | |
| | | AS OF SEPT. 1, 2005, PLEASE USE TREATED "WAREHOUSE PLEASE PUT THE INVOICE IN A SEPERATE ENVELOPE MARKED "INVOICE" ON THE TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| 25 | 566 | TOYOTA TACOMA TXV  SE2473-01 | 1500 | 5.730 | 1500 | 8,595.00 |
| | | Cust Product: 52403067 | | | | |
| | | Lot ID: V2092805   Qty:   60 | | | | |
| | | Lot ID: V2100105   Qty:  1440 | | | | |
| 25 | 566 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | PLEASE PAY THIS AMOUNT (US$): | | | 8,595.00 |

Notice: All merchandise listed on this invoice has been carefully checked before shipment.  In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products.  No credits or deductions will be allowed by us.  No goods may be returned for credit without our written consent.

ORDER COMPLETE

**ACCOUNTING COPY**



**FUJIKOKI**
**AMERICA INC.**
4040 Bronze Way, Dallas, TX 75237

REMIT TO:
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX 75320-0184

**INVOICE**

INVOICE NO. **13911**



| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/27/05 | 0550027720 | Carey Polk | 14126 | 11/03/05 | 10/04/05 |

S O L D   T O
1293
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

S H I P   T O
05
DELPHI HARRISON THERMAL
32 CELERITY WAGON
ATTN: LEO VASQUEZ
El Paso, TX 79906

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 10/03/05 | CENTRAL TS/ TRUC | 10/04/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * * | | | | |
| | | CHECK VISUAL AID FOR APPROPRIATE | | | | |
| | | DESCRIPTION AND REV. LEVEL FOR LABELS | | | | |
| | | * * * * * * * * * * * * * * * * * * * * | | | | |
| | | SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON | | | | |
| | | 1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS | | | | |
| | | 2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT | | | | |
| | | | | | | |
| | | AS OF SEPT. 1, 2005, PLEASE USE TREATED | | | | |
| | | "WAREHOUSE PLEASE PUT THE INVOICE IN A | | | | |
| | | SEPERATE ENVELOPE MARKED "INVOICE" ON THE | | | | |
| | | TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| 15 | 282 | VDE-15QDAU-1 GMT35 SE2454-01 | 750 | 5.730 | 750 | 4,297.50 |
| | | Cust Product: 52494043 | | | | |
| | | Lot ID: 050872      Qty:     50 | | | | |
| | | Lot ID: 050872      Qty:    700 | | | | |
| 15 | 282 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | PLEASE PAY THIS AMOUNT (US$): | | | 4,297.50 |

Notice: All merchandise listed on this invoice has been carefully checked before shipment. In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee. we make no warranty or representation with reference to the use of the above products. No credits or deductions will be allowed by us. No goods may be returned for credit without our written consent.

ORDER COMPLETE

INVOICE

**ORIGINAL INVOICE**



**FUJIKOKI AMERICA INC.**
4040 Bronze Way   Dallas, TX 75237

REMIT TO:
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX  75320-0184

| INVOICE | |
|---|---|

PAGE: 1

INVOICE NO. **13912**

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/27/05 | 0550053316 | Carey Polk | 14121 | 11/03/05 | 10/04/05 |

S O L D T O
1293
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

S H I P T O
03
DELPHI HARRISON THERMAL
32 CELERITY WAGON
ATTN; LEO VASQUEZ
EL PASO,, TX 79906

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 10/03/05 | CENTRAL TS/ TRUC | 10/04/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * *  <br> CHECK VISUAL AID FOR APPROPRIATE <br> DESCRIPTION AND REV. LEVEL FOR LABELS <br> * * * * * * * * * * * * * * * * * * * * <br> SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON <br> 1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS <br> 2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT <br><br> AS OF SEPT. 1, 2005, PLEASE USE TREATED <br> "WAREHOUSE PLEASE PUT THE INVOICE IN A <br> SEPERATE ENVELOPE MARKED "INVOICE" ON THE <br> TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| 14 | 317 | TOYOTA TACOMA TXV  SE2473-01 <br>   Cust Product: 52403067 <br> Lot ID: V2092805    Qty:   540 <br> Lot ID: V2092805    Qty:   300 | 840 | 5.730 | 840 | 4,813.20 |
| 14 | 317 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | **PLEASE PAY THIS AMOUNT (US$):** | | | 4,813.20 |

Notice: All merchandise listed on this invoice has been carefully checked before shipment.  In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products.  No credits or deductions will be allowed by us.  No goods may be returned for credit without our written consent.

ORDER COMPLETE

**ACCOUNTING COPY**



**FUJIKOKI AMERICA INC.**
4040 Branse Way  Dallas, TX 75237

REMIT TO:
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX 75320-0184

**INVOICE**

INVOICE NO.   **13922**

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/20/05 | 0550078828 | Carey Polk | 13996 | 11/03/05 | 10/04/05 |

S
O 1293
L   Delphi Harrison Thermal
D   Plant 5 Bldg 8 West Dock
    200 Upper Mountain Road
T   Lockport, NY 14094
O

S
H 00
I   Delphi Harrison Thermal
P   Plant 5 Bldg 8 West Dock
    200 Upper Mountain Road
T   Lockport, NY 14094
O

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 10/03/05 | POINT DED./ TRUC | 10/06/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * *<br>CHECK VISUAL AID FOR APPROPRIATE<br>DESCRIPTION AND REV. LEVEL FOR LABELS<br>* * * * * * * * * * * * * * * * * * * *<br>SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON<br>1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS<br>2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT<br><br>AS OF SEPT. 1, 2005, PLEASE USE TREATED<br>"WAREHOUSE PLEASE PUT THE INVOICE IN A<br>SEPERATE ENVELOPE MARKED "INVOICE" ON THE<br>TOP OF THE PALLET GOING TO HERMOSILLO"<br><br>TOYOTA TACOMA TXV  SE2473-01 | | | | |
| 1 | 23 |    Cust Product: 52403067<br>Lot ID: V2092805   Qty:    60 | 60 | 5.730 | 60 | 343.80 |

| 1 | 23 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | **PLEASE PAY THIS AMOUNT (US$):** | | | 343.80 |

Notice: All merchandise listed on this invoice has been carefully checked before shipment. In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products. No credits or deductions will be allowed by us. No goods may be returned for credit without our written consent.

ORDER COMPLETE

INVOICE                                    **ACCOUNTING COPY**

# FUJIKOKI AMERICA INC.
4040 Bronze Way  Dallas  TX 75237

REMIT TO:
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX 75320-0184

**INVOICE**

PAGE: 1

INVOICE NO. **13923**

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/27/05 | 0550054540 | Carey Polk | 14131 | 11/03/05 | 10/04/05 |

**SOLD TO:**
1293
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

**SHIP TO:**
00
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 10/03/05 | POINT DED./ TRUC | 10/06/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * *<br>CHECK VISUAL AID FOR APPROPRIATE<br>DESCRIPTION AND REV. LEVEL FOR LABELS<br>* * * * * * * * * * * * * * * * * * * *<br>SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON<br>1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS<br>2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT<br><br>AS OF SEPT. 1, 2005, PLEASE USE TREATED<br>"WAREHOUSE PLEASE PUT THE INVOICE IN A<br>SEPERATE ENVELOPE MARKED "INVOICE" ON THE<br>TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| 3 | 68 | VHE TXV SlimSeal L SE2491-01<br>    Cust Product: 52409352<br>Lot ID: V2092005    Qty:   180 | 180 | 5.730 | 180 | 1,031.40 |
| 3 | 68 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1935, AS AMENDED. | **PLEASE PAY THIS AMOUNT (US$):** | | | 1,031.40 |

Notice: All merchandise listed on this invoice has been carefully checked before shipment. In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products. No credits or deductions will be allowed by us. No goods may be returned for credit without our written consent.

ORDER COMPLETE

INVOICE

**ACCOUNTING COPY**



**FUJIKOKI AMERICA INC.**
4040 Bronze Way   Dallas, TX 75237

REMIT TO:
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX 75320-0184

**INVOICE**

INVOICE NO.   **13924**

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/27/05 | 0550027719 | Carey Polk | 14135 | 11/03/05 | 10/04/05 |

S
O   1293
L   Delphi Harrison Thermal
D   Plant 5 Bldg 8 West Dock
    200 Upper Mountain Road
T   Lockport, NY 14094
O

S
H   00
I   Delphi Harrison Thermal
P   Plant 5 Bldg 8 West Dock
    200 Upper Mountain Road
T   Lockport, NY 14094
O

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 10/03/05 | POINT DED./ TRUC | 10/06/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| 11 | 205 | * * * * * * * * * * * * * * * * * * *<br>CHECK VISUAL AID FOR APPROPRIATE<br>DESCRIPTION AND REV. LEVEL FOR LABELS<br>* * * * * * * * * * * * * * * * * * *<br>SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON<br>1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS<br>2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT<br><br>AS OF SEPT. 1, 2005, PLEASE USE TREATED<br>"WAREHOUSE PLEASE PUT THE INVOICE IN A<br>SEPERATE ENVELOPE MARKED "INVOICE" ON THE<br>TOP OF THE PALLET GOING TO HERMOSILLO"<br><br>CBE TXV        SE2311-01<br>    Cust Product: 52401670<br>Lot ID: 092305      Qty:   660 | 660 | 5.300 | 660 | 3,498.00 |

| 11 | 205 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | **PLEASE PAY THIS AMOUNT (US$):** | | | 3,498.00 |

Notice:  All merchandise listed on this invoice has been carefully checked before shipment.  In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products.  No credits or deductions will be allowed by us.  No goods may be returned for credit without our written consent.

ORDER COMPLETE

**ACCOUNTING COPY**

INVOICE

**FUJIKOKI AMERICA INC.**
4040 Bronze Way  Dallas, TX 75237

PAGE: 1

REMIT TO:
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX 75320-0184

**INVOICE**

INVOICE NO. **13925**

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/27/05 | 0550027716 | Carey Polk | 14140 | 11/03/05 | 10/04/05 |

SOLD TO:
1293
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

SHIP TO:
00
Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 10/03/05 | POINT DED./ TRUC | 10/06/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * | | | | |
| | | CHECK VISUAL AID FOR APPROPRIATE | | | | |
| | | DESCRIPTION AND REV. LEVEL FOR LABELS | | | | |
| | | * * * * * * * * * * * * * * * * * * | | | | |
| | | SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON | | | | |
| | | 1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS | | | | |
| | | 2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT | | | | |
| | | | | | | |
| | | AS OF SEPT. 1, 2005, PLEASE USE TREATED | | | | |
| | | "WAREHOUSE PLEASE PUT THE INVOICE IN A | | | | |
| | | SEPERATE ENVELOPE MARKED "INVOICE" ON THE | | | | |
| | | TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| | | | | | | |
| 2 | 44 | CBE TXV          SE2312 | 120 | 5.300 | 120 | 636.00 |
| | | Cust Product: 52481690 | | | | |
| | | Lot ID: 092905     Qty:    120 | | | | |

| 2 | 44 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | **PLEASE PAY THIS AMOUNT (US$):** | | | 636.00 |

Notice: All merchandise listed on this invoice has been carefully checked before shipment. In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products. No credits or deductions will be allowed by us. No goods may be returned for credit without our written consent.

ORDER  COMPLETE

INVOICE

**ACCOUNTING COPY**



**FUJIKOKI AMERICA INC.**
4040 Bronze Way, Dallas, TX 75237

REMIT TO:
FUJIKOKI AMERICA INC.
P.O. BOX 200184
DALLAS, TX 75320-0184

**INVOICE**

INVOICE NO.  **13926**

| ORDER DATE | CUSTOMER ORDER NO. | SALESMAN | ORDER # | DUE DATE | INVOICE DATE |
|---|---|---|---|---|---|
| 9/28/05 | 0550027715 | Carey Polk | 14167 | 11/03/05 | 10/04/05 |

1293

S
O
L
D

T
O

Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

00

S
H
I
P

T
O

Delphi Harrison Thermal
Plant 5 Bldg 8 West Dock
200 Upper Mountain Road
Lockport, NY 14094

| DATE SHIPPED | SHIP VIA | DATE REQUIRED | PAYMENT TERMS | SHIPPING TERMS |
|---|---|---|---|---|
| 10/03/05 | POINT DED./ TRUC | 10/06/05 | Net 30 Days | COLLECT |

| No. Pkgs | Net Wght (lbs) | DESCRIPTION | Quantity Ordered | Unit Price | Quantity Shipped | AMOUNT |
|---|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * *<br>CHECK VISUAL AID FOR APPROPRIATE<br>DESCRIPTION AND REV. LEVEL FOR LABELS<br>* * * * * * * * * * * * * * * * * * * *<br>SHIPPING: APPLY BARCODE LABEL ON END OF EA CARTON<br>1. SEPERATE DIFFERENT PART NUMBER BOXES BY LAYERS<br>2. NOTIFY QUALITY TO PERFORM SHIPPING AUDIT<br><br>AS OF SEPT. 1, 2005, PLEASE USE TREATED<br>"WAREHOUSE PLEASE PUT THE INVOICE IN A<br>SEPERATE ENVELOPE MARKED "INVOICE" ON THE<br>TOP OF THE PALLET GOING TO HERMOSILLO" | | | | |
| 128 | 2407 | VDE-15QDAU-2 DELPH SE2451-01<br>    Cust Product: 52494045<br>Lot ID: 052799      Qty:   2000<br>Lot ID: 052799      Qty:   1800<br>Lot ID: 052799      Qty:   2000<br>Lot ID: 052799      Qty:    600 | 6400 | 5.730 | 6400 | 36,672.00 |

| 128 | 2407 | THE GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED AND/OR PERFORMED IN COMPLIANCE WITH SECTION 12 (a) OF THE NEW FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. | PLEASE PAY THIS AMOUNT (US$): | | | 36,672.00 |

Notice: All merchandise listed on this invoice has been carefully checked before shipment. In the event of shortage or damage, claim should be filed immediately with the Carrier by the Consignee, we make no warranty or representation with reference to the use of the above products. No credits or deductions will be allowed by us. No goods may be returned for credit without our written consent.

ORDER COMPLETE

ACCOUNTING COPY

INVOICE