# Schleuniger

Schleuniger, Inc.
87 Colin Drive
Manchester, NH 03103
USA

P (603) 668-8117
F (603) 668-8119
www.schleuniger-na.com

October 17, 2005

Rio Bravo Electricos SA De CV
P.O. Box 981012
El Paso  TX  79998

      Re: *In re Delphi Corporation, Case No. 05-44481 (RDD)—Notice of Demand for Reclamation*

Dear Sir/Madam:

    We understand that Delphi Corporation and various of its affiliated entities (collectively, the "Delphi Companies") filed for bankruptcy on October 8, 2005 pursuant to Chapter 11 of the US Bankruptcy Code, and that the addressee set forth above is or may be one of the Delphi Companies which is part of such filing.

    Pursuant to 11 U.S.C. § 546(c), Schleuniger hereby makes demand upon each of the Delphi Companies which is part of such filings to reclaim the goods listed and described on the chart attached hereto as Exhibit A entitled, "Delphi Invoices for Shipment of Goods Delivered after September 28, 2005". This demand for reclamation fits squarely into the statutorily prescribed time frame for reclamation based upon the bankruptcy filing date and the date of delivery of goods set forth on Exhibit A. See 546(c)(1)(B).

    Please contact me at your earliest convenience to arrange for return of the goods set forth in Exhibit A. If you have any questions in this regard, please feel free to contact me.

                            Very truly yours,

                            Sean Matulonis, Controller

cc:    United States Bankruptcy Court, Delphi Corporation Claim Docketing Center
       Matthew H. Benson, Esq.



RECEIVED
OCT 19 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

Schleuniger, Inc.
Delphi Invoices for Shipment of Goods Delivered after Sept. 28, 2005

| Cust # | Inv Date | Inv # | Due Date | P.O. # | Amount | Bill to Name | Billing Address Ship To Address | Type of Wire Processing Machinery, or Spare Parts | Tracking # | Delivery Date | Signed by |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RIO900 | 9/21/2005 | 0146332-IN | Due 11/02/0 | 10R21158 | $ 95.00 | Rio Bravo Electricos SA De CV | El Paso, Tex El Paso, Tex | blades, tool steel | UPS 1Z02360203001411207 | 9/28/2005 | AGUILAR |
| | 9/26/2005 | 0146516-IN | Due 11/02/0 | 10R21256 | $ 620.75 | Rio Bravo Electricos SA De CV | El Paso, Tex El Paso, Tex | v-blades | UPS 1Z02360203001422322 | 10/3/2005 | AGUILAR |
| | 9/28/2005 | 0146663-IN | Due 11/02/0 | 10R21328 | $ 456.00 | Rio Bravo Electricos SA De CV | El Paso, Tex El Paso, Tex | high wear belts | UPS 1Z02360203001431143 | 10/5/2005 | AGUILAR |
| | 9/30/2005 | 0146820-IN | Due 11/02/0 | 10R21346 | $ 95.00 | Rio Bravo Electricos SA De CV | El Paso, Tex El Paso, Tex | blades, tool steel | UPS 1Z02360203001441151 | 10/7/2005 | GONZALEZ |
| Total for: RIO900 | | | | | $ 1,171.75 | | | | | | |