## UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DELPHI MEDICAL SYSTEMS ) | Case No. 05-44481 |
| COLORADO CORPORATION, ) | |
| ) | (Chapter 11) |
| ) | |
| Debtor. ) | |
| _____) | |

### DEMAND FOR RECLAMATION OF GOODS PURSUANT TO
### 11 U.S.C. SECTION 546(C) FILED BY A.G. MACHINING

Comes Now A.G. Machining (hereafter "AGM"), by and through its undersigned counsel, and pursuant to 11 U.S.C. Section 546(c) and Colorado Revised Statutes, Section 4-2-702., hereby makes demand for the reclamation of goods as hereafter described:

1. The above Debtor filed its voluntary Chapter 11 petition in this Court on October 8, 2005.

2. Commencing on September 28, 2005 and continuing through October 10, 2005, AGM sold goods ("Goods") on credit to the Debtor in the ordinary course of business. The dates of such sales are described in **Exhibit A** attached hereto and incorporated herein by reference.

3. The Debtor received such Goods while insolvent and within twenty days prior to the date of this reclamation demand.

4. The Debtor has not paid AGM for the Goods.

5. AGM demands that the Goods be returned to AGM pursuant to 11 U.S.C. Section 546(c) and Colorado Revised Statutes, Section 4-2-702.

Dated: October 17, 2005.

Larry D. Harvey P.C.

By: _____

Larry D. Harvey, Esq. CO Reg. No. 10207
Attorneys for AGM
5290 DTC Parkway, Suite 150
Englewood, Colorado 80111
Telephone (303) 220-7810
Facsimile (303) 850-7115
lharvey@ldhpc.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the within **DEMAND FOR RECLAMATION OF GOODS** was served on the following persons by facsimile at the facsimile number set forth below on the 18th day of October, 2005:

| | | |
|---|---|---|
| John W. Butler Jr., Esq.<br>Skadden, Arps et al<br>333 West Wacker Dr.<br>Suite 2100<br>Chicago, IL 60606 | Facsimile: | (312) 407 - 0411 |
| Kayalyn A. Marafioti, Esq.<br>Skadden, Arps et al<br>Four Times Square<br>New York, NY 10036 | Facsimile: | (212) 735 - 2000 |
| Delphy Medical Systems<br>Colorado Corporation<br>4300 Road 18<br>Longmont, CO 80504 | Facsimile: | (303) 678 - 8138 |

_____
Larry D. Harvey, Esq.

```
Oct 17 05 11:44
```

AR0102    Trml # 071
10/17/05 11:50

A. G. MACHINING, INC. & SHEET METAL
Accounts Receivable Aging
Customer PEAK
Aging Dates 10/17/05 & Thru PEAK Invoice Date

PEAK    DELPHI MEDICAL SYSTEMS, INC.

Telephone: 303-678-8585
Fax:       303-678-8138

Terms: NET30    Customer Currency: USD

| Invoice No. | Invoice Date | Trans Type | Trans Date | Reference Number | Amount | Current | 30 - 60 | 60 - 90 | Over 90 | Not Aged |
|---|---|---|---|---|---|---|---|---|---|---|
| 045118 | 09/28/05 | INVOICE | 09/28/05 | 704277 | 1,932.74 | 1,932.74 | | | | |
| 045152 | 09/29/05 | INVOICE | 09/29/05 | 704277 | 134.82 | 134.82 | | | | |
| 045156 | 09/29/05 | INVOICE | 09/29/05 | 705033 | 3,724.00 | 3,724.00 | | | | |
| 045176 | 09/29/05 | INVOICE | 09/29/05 | 704496 | 578.20- | 578.20- | | | | |
| 045181 | 09/30/05 | INVOICE | 09/30/05 | 704277 | 434.56 | 434.56 | | | | |
| 045186 | 09/30/05 | INVOICE | 09/30/05 | 705033 | 10,591.25 | 10,591.25 | | | | |

Page 3

Exhibit A
Page 1 Of 2

AR0100    Trml # 071
10/17/05 11:56

DELPHI MEDICAL SYSTEMS, INC.

A. G. MACHINING, INC. & SHEET METAL
Accounts Receivable Aging
Customer PEAX
Aging Dates 10/17/05 & Thru PEAK
& Invoice Date

Telephone: 303-678-8585
Fax:       303-678-6138

Terms: NET30    Attn:                    Customer Currency: USD

| Invoice No. | Invoice Date | Trans Type | Trans Date | Reference Number | Amount | Current | 30-60 | 60-90 | Over 90 | Not Aged |
|---|---|---|---|---|---|---|---|---|---|---|
| PEAX |  |  |  |  |  |  |  |  |  |  |
| 045213 | 10/03/05 | INVOICE | 10/03/05 | 704277 | 2,085.51 | 2,085.51 |  |  |  |  |
| 045233 | 10/04/05 | INVOICE | 10/04/05 | 704277 | 2,468.00 | 2,468.00 |  |  |  |  |
| 045237 | 10/04/05 | INVOICE | 10/04/05 | 705552 | 314.40 | 314.40 |  |  |  |  |
| 045251 | 10/04/05 | INVOICE | 10/04/05 | 704496 | 578.20 | 578.20 |  |  |  |  |
| 045252 | 10/04/05 | INVOICE | 10/04/05 | 707577 | 104.00 | 104.00 |  |  |  |  |
| 045257 | 10/05/05 | INVOICE | 10/05/05 | 704277 | 2,275.84 | 2,275.84 |  |  |  |  |
| 045272 | 10/05/05 | INVOICE | 10/05/05 | 704496 | 381.54- | 381.54- |  |  |  |  |
| 045356 | 10/10/05 | INVOICE | 10/20/05 | 704277 | 367.20 | 367.20 |  |  |  |  |
| 045358 | 10/10/05 | INVOICE | 10/10/05 | 705033 | 5,624.00 | 5,624.00 |  |  |  |  |
| 045359 | 10/10/05 | INVOICE | 10/10/05 | 705755 | 2,692.00 | 8,692.00 |  |  |  |  |
| 045362 | 10/10/05 | INVOICE | 10/10/05 | 706928 | 260.00 | 260.00 |  |  |  |  |

Page 4

## UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DELPHI MEDICAL SYSTEMS ) | Case No.05-44481 |
| COLORADO CORPORATION, ) | |
| ) | (Chapter 11) |
| ) | |
| Debtor. ) | |
| _____ ) | |

### DEMAND FOR RECLAMATION OF GOODS PURSUANT TO 11 U.S.C. SECTION 546(C) FILED BY A.G. MACHINING

Comes Now A.G. Machining (hereafter "AGM"), by and through its undersigned counsel, and pursuant to 11 U.S.C. Section 546(c) and Colorado Revised Statutes, Section 4-2-702., hereby makes demand for the reclamation of goods as hereafter described:

    1.    The above Debtor filed its voluntary Chapter 11 petition in this Court on October 8, 2005.

    2.    Commencing on September 28, 2005 and continuing through October 10, 2005, AGM sold goods ("Goods") on credit to the Debtor in the ordinary course of business. The dates of such sales are described in **Exhibit A** attached hereto and incorporated herein by reference.

    3.    The Debtor received such Goods while insolvent and within twenty days prior to the date of this reclamation demand.

    4.    The Debtor has not paid AGM for the Goods.

    5.    AGM demands that the Goods be returned to AGM pursuant to 11 U.S.C. Section 546(c) and Colorado Revised Statutes, Section 4-2-702.

Dated: October 17, 2005.

Larry D. Harvey P.C.

By: _____
Larry D. Harvey, Esq. CO Reg. No. 10207
Attorneys for AGM
5290 DTC Parkway, Suite 150
Englewood, Colorado 80111
Telephone (303) 220-7810
Facsimile (303) 850-7115
lharvey@ldhpc.com



OCT 20 2005
U.S BANKRUPTCY COURT
SO. DIST OF NEW YORK

## CERTIFICATE OF SERVICE

The undersigned certifies that the within **DEMAND FOR RECLAMATION OF GOODS** was served on the following persons by facsimile at the facsimile number set forth below on the 18th day of October, 2005:

| | | |
|---|---|---|
| John W. Butler Jr., Esq.<br>Skadden, Arps et al<br>333 West Wacker Dr.<br>Suite 2100<br>Chicago, IL 60606 | Facsimile: | (312) 407 - 0411 |
| Kayalyn A. Marafioti, Esq.<br>Skadden, Arps et al<br>Four Times Square<br>New York, NY 10036 | Facsimile: | (212) 735 - 2000 |
| Delphy Medical Systems<br>Colorado Corporation<br>4300 Road 18<br>Longmont, CO 80504 | Facsimile: | (303) 678 - 8138 |

_____
Larry D. Harvey, Esq.

AR0100    Trnl # 071
10/17/05 11:50

A. G. MACHINING, INC. & SHEET METAL
Accounts Receivable Aging
Customer PEAX
Thru PEAX
Aging Dates 10/17/05 & Invoice Date

Page 3

303-678-8585    Terms: NET30    Customer Currency: USD
303-678-8138    Attn:

PEAX    DELPHI MEDICAL SYSTEMS, INC.

Telephone:
Fax:

| Invoice No. | Invoice Date | Trans Type | Trans Date | Reference Number | Amount | Current | 30 - 60 | 60 - 90 | Over 90 | Not Aged |
|---|---|---|---|---|---|---|---|---|---|---|
| 045118 | 09/28/05 | INVOICE | 09/28/05 | 704277 | 1,932.74 | 1,932.74 | | | | |
| 045152 | 09/29/05 | INVOICE | 09/29/05 | 704277 | 134.82 | 134.82 | | | | |
| 045156 | 09/29/05 | INVOICE | 09/29/05 | 705033 | 3,724.00 | 3,724.00 | | | | |
| 045176 | 09/29/05 | INVOICE | 09/29/05 | 704496 | 578.20- | 578.20- | | | | |
| 045181 | 09/30/05 | INVOICE | 09/30/05 | 704277 | 434.56 | 434.56 | | | | |
| 045186 | 09/30/05 | INVOICE | 09/30/05 | 705033 | 10,591.25 | 10,591.25 | | | | |



Exhibit A
Page 1 Of 2

```
AR0100    Tkml U 071
10/17/05 11:50
```

A. G. MACHINING, INC. & SHEET METAL
Accounts Receivable Aging
Customer PEAK
Thru PEAK
Aging Date: 10/17/05 & Invoice Date

PEAK    DELPHI MEDICAL SYSTEMS, INC.

Telephone: 303-678-8585
Fax:       303-678-8138        Terms: NET30      Customer Currency: USD
                               Attn:

| Invoice No. | Invoice Date | Trans Type | Trans Date | Reference Number | Amount | Current | 30 - 60 | 60 - 90 | Over 90 | Not Aged |
|---|---|---|---|---|---|---|---|---|---|---|
| 045213 | 10/03/05 | INVOICE | 10/03/05 | 704277 | 2,085.51 | 2,085.51 | | | | |
| 045233 | 10/04/05 | INVOICE | 10/04/05 | 704277 | 2,468.00 | 2,468.00 | | | | |
| 045237 | 10/04/05 | INVOICE | 10/04/05 | 705552 | 314.40 | 314.40 | | | | |
| 045251 | 10/04/05 | INVOICE | 10/04/05 | 704496 | 578.20 | 578.20 | | | | |
| 045252 | 10/04/05 | INVOICE | 10/04/05 | 707577 | 104.00 | 104.00 | | | | |
| 045257 | 10/05/05 | INVOICE | 10/05/05 | 704277 | 2,275.84 | 2,275.84 | | | | |
| 045273 | 10/05/05 | INVOICE | 10/05/05 | 704496 | 381.54- | 381.54- | | | | |
| 045356 | 10/10/05 | INVOICE | 10/10/05 | 704277 | 367.20 | 367.20 | | | | |
| 045358 | 10/10/05 | INVOICE | 10/10/05 | 705033 | 5,624.00 | 5,624.00 | | | | |
| 045359 | 10/10/05 | INVOICE | 10/10/05 | 705755 | 8,692.00 | 8,692.00 | | | | |
| 045362 | 10/10/05 | INVOICE | 10/10/05 | 706928 | 260.00 | 260.00 | | | | |

Page 1

Exhibit A
Page 2 Of 2