**BEST BEST & KRIEGER LLP**
3750 University Avenue, Suite 400
P.O. Box 1028
Riverside, California 92502-1028
Telephone: (909) 686-1450
Telecopier: (909) 686-3083

**United States Bankruptcy Court**
**Southern District of New York**
**One Bowling Green, Sixth Floor**
**New York, NY  10004-1408**

Re:    In Re: Delphi Corporation; Case No. 05-44481 (RDD)

Enclosed please find:            **NOTICE OF RECLAMATION DEMAND BY SOLID STATE STAMPING**

|       |   |
|---|---|
| _____ | For your information, files and/or records. |
| _____ | In accordance with your request. |
| _____ | Please read and return your comments to me. |
| _____ | Please contact this office to schedule an appointment. |
| _____ | Please sign (in **BLACK INK** only) where indicated and return. |
| __X__ | Please file and return a conformed copy to this office. |
| _____ | Please record and return to this office. |
| _____ | Enclosed, check number _____ in the amount of $_____ for _____ fees.  Kindly return your receipt |
| __X__ | Enclosed is self-addressed envelope for the return of the above-mentioned enclosure(s). |
| __X__ | Other _____ |

Sincerely,
FRANKLIN C. ADAMS
for BEST BEST & KRIEGER

RVLIT\LDS\627417.1

ORIGINAL

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.,<br><br>Debtor. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>(Jointly Administered)<br><br>NOTICE OF RECLAMATION DEMAND BY SOLID STATE STAMPING |

Solid State Stamping ("Solid State"), by and through its undersigned counsel, hereby gives notice that on October 14, 2005 Solid State served written demand of its demand for reclamation, a true and exact copy of which is attached hereto as Exhibit "A" (the "Notice"). The goods subject to Solid State's demand for reclamation are described in the Notice

Dated: Riverside, California.
October 14, 2005

Respectfully submitted,

BEST BEST & KRIEGER LLP

By: _____
FRANKLIN C. ADAMS, Bar No. 85351
3750 University Avenue
P.O. Box 1028
Riverside, California 92502
(951) 686-1450
Attorneys for Creditor
Solid State Stamping

RVLIT\FCA\691222.1

# EXHIBIT "A"

**BEST BEST & KRIEGER LLP**
A CALIFORNIA LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

| | LAWYERS | |
|---|---|---|
| INDIAN WELLS | 3750 UNIVERSITY AVENUE | SACRAMENTO |
| (760) 568-2611 | POST OFFICE BOX 1028 | (916) 325-4000 |
| IRVINE | RIVERSIDE, CALIFORNIA 92502-1028 | SAN DIEGO |
| (949) 263-2600 | (951) 686-1450 | (619) 525-1300 |
| | (951) 686-3083 FAX | |
| ONTARIO | BBKLAW.COM | WALNUT CREEK |
| (909) 989-8584 | | (925) 746-7300 |

QUEENIE K. NG
QUEENIE.NG@BBKLAW.COM

October 14, 2005

**VIA FACSIMILE AND MAIL**

Delphi Corporation
Attn: John D. Sheehan
Vice President and Chief Restructuring Officer
5725 Delphi Drive
Troy, MI 48098
Fax: (248) 813-2670

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John William Butler, Jr.
333 W. Wacker Dr., Suite 2100
Chicago, IL 60606-1285
Fax: (312) 407-0411

Re: In re Delphi Corporation, et al.; Case No. 05-44481
Notice of Reclamation by Solid State Stamping

Dear Sirs:

This firm represents Solid State Stamping ("Solid State") in connection with the above-referenced matter. Pursuant to Uniform Commercial Code Section 2-702 and Bankruptcy Code 546(c), 11 U.S.C. Section 546(c), Solid State hereby demands reclamation of all of its products received by the above-referenced debtors within the applicable statutory reclamation period, including but not limited to all products that were delivered in connection with the documents listed on Exhibit "A" attached hereby totaling $269,828.77. Solid State demands an immediate inventory from you of all products and all other items subject to reclamation pursuant to this Notice Solid State will provide additional documentation supporting this claim upon request.

Very truly yours,

Queenie K. Ng
for BEST BEST & KRIEGER LLP

QKN:lds
Enclosure
RVLIT\FCA\691224.1

EXHIBIT A

| Invoice Date | Shipment Date | Invoice Number | PO# | Invoice Amount |
|---|---|---|---|---|
| 9/28/2005 | 9/28/2005 | 3380-7 | PEDP4260005 | $249.54 |
| 9/28/2005 | 9/28/2005 | 3381-55 | PEDP4260005 | $5,755.80 |
| 9/28/2005 | 9/28/2005 | 3383-286 | PEDP4260005 | $5,768.96 |
| 9/28/2005 | 9/28/2005 | 3403-25 | PEDP4260009 | $5,695.89 |
| 9/28/2005 | 9/28/2005 | 3571-37 | PEDP4260004 | $97.60 |
| 9/28/2005 | 9/28/2005 | 3571-39 | PEDP4260004 | $1,861.65 |
| 9/28/2005 | 9/28/2005 | 3671-2 | PEDP4260002 | $3,077.00 |
| 9/29/2005 | 9/29/2005 | 3373-77 | PEDP4260004 | $1,419.42 |
| 9/29/2005 | 9/29/2005 | 3381-56 | PEDP4260005 | $6,248.65 |
| 9/29/2005 | 9/29/2005 | 3383-287 | PEDP4260005 | $6,248.65 |
| 9/29/2005 | 9/29/2005 | 3383-288 | PEDP4260005 | $5,730.96 |
| 9/29/2005 | 9/29/2005 | 3554-26 | P69326 | $6,234.41 |
| 9/29/2005 | 9/29/2005 | 3554-27 | P69326 | $6,246.26 |
| 9/29/2005 | 9/29/2005 | 3555-38 | P69326 | $5,526.56 |
| 9/29/2005 | 9/29/2005 | 3555-39 | P69326 | $5,514.36 |
| 9/30/2005 | 9/30/2005 | 3370-44 | PEDP4260004 | $1,167.59 |
| 9/30/2005 | 9/30/2005 | 3383-289 | PEDP4260005 | $5,748.50 |
| 9/30/2005 | 9/30/2005 | 3383-290 | PEDP4260005 | $5,713.42 |
| 9/30/2005 | 9/30/2005 | 3383-291 | PEDP4260005 | $5,736.81 |
| 9/30/2005 | 9/30/2005 | 3397-2 | PEDP4260006 | $596.76 |
| 9/30/2005 | 9/30/2005 | 3401-16 | PEDP4260006 | $222.50 |
| 9/30/2005 | 9/30/2005 | 3475-22 | 550015896 | $1,398.30 |
| 9/30/2005 | 9/30/2005 | 3475-23 | 550015896 | $1,398.30 |
| 10/3/2005 | 10/3/2005 | 3373-78 | PEDP4260004 | $3,222.42 |
| 10/3/2005 | 10/3/2005 | 3383-292 | PEDP4260005 | $5,760.19 |
| 10/3/2005 | 10/3/2005 | 3439-4 | 9571-054046 | $5,293.35 |
| 10/4/2005 | 10/4/2005 | 3369-513 | PEDP4260004 | $1,419.42 |
| 10/4/2005 | 10/4/2005 | 3369-514 | PEDP4260004 | $4,219.25 |
| 10/4/2005 | 10/4/2005 | 3369-515 | PEDP4260004 | $4,216.17 |
| 10/4/2005 | 10/4/2005 | 3369-516 | PEDP4260004 | $4,210.01 |
| 10/4/2005 | 10/4/2005 | 3369-517 | PEDP4260004 | $4,219.76 |
| 10/4/2005 | 10/4/2005 | 3369-518 | PEDP4260004 | $4,136.99 |
| 10/4/2005 | 10/4/2005 | 3369-519 | PEDP4260004 | $4,141.40 |
| 10/4/2005 | 10/4/2005 | 3369-520 | PEDP4260004 | $4,125.97 |
| 10/4/2005 | 10/4/2005 | 3369-521 | PEDP4260004 | $4,147.46 |
| 10/4/2005 | 10/4/2005 | 3369-522 | PEDP4260004 | $3,516.51 |
| 10/4/2005 | 10/4/2005 | 3369-523 | PEDP4260004 | $3,870.30 |
| 10/4/2005 | 10/4/2005 | 3369-524 | PEDP4260004 | $10,744.47 |
| 10/4/2005 | 10/4/2005 | 3369-525 | PEDP4260004 | $11,640.65 |
| 10/4/2005 | 10/4/2005 | 3370-45 | PEDP4260004 | $282.26 |
| 10/4/2005 | 10/4/2005 | 3373-79 | PEDP4260004 | $1,193.96 |
| 10/4/2005 | 10/4/2005 | 3375-19 | PEDP4260006 | $3,423.84 |
| 10/4/2005 | 10/4/2005 | 3376-68 | PEDP4260005 | $4,401.43 |
| 10/4/2005 | 10/4/2005 | 3383-293 | PEDP4260005 | $5,660.81 |
| 10/4/2005 | 10/4/2005 | 3571-40 | PEDP4260004 | $2,129.55 |
| 10/5/2005 | 10/5/2005 | 3373-80 | PEDP4260004 | $514.22 |
| 10/5/2005 | 10/5/2005 | 3383-294 | PEDP4260005 | $5,757.27 |
| 10/5/2005 | 10/5/2005 | 3383-295 | PEDP4260005 | $5,757.27 |
| 10/5/2005 | 10/5/2005 | 3571-41 | PEDP4260004 | $897.81 |
| 10/6/2005 | 10/6/2005 | 3373-81 | PEDP4260004 | $3,207.64 |
| 10/6/2005 | 10/6/2005 | 3380-8 | PEDP4260005 | $5,841.01 |
| 10/6/2005 | 10/6/2005 | 3380-9 | PEDP4260005 | $5,879.98 |
| 10/6/2005 | 10/6/2005 | 3383-296 | PEDP4260005 | $5,736.81 |
| 10/6/2005 | 10/6/2005 | 3383-297 | PEDP4260005 | $5,777.73 |
| 10/6/2005 | 10/6/2005 | 3554-28 | P69326 | $6,063.60 |
| 10/6/2005 | 10/6/2005 | 3554-29 | P69326 | $6,248.66 |
| 10/6/2005 | 10/6/2005 | 3555-40 | P69326 | $5,417.44 |
| 10/6/2005 | 10/6/2005 | 3555-41 | P69326 | $5,544.67 |
| 10/6/2005 | 10/6/2005 | 3571-42 | PEDP4260004 | $820.94 |
| 10/7/2005 | 10/7/2005 | 3370-46 | PEDP4260004 | $1,654.68 |
| 10/7/2005 | 10/7/2005 | 3380-10 | PEDP4260005 | $555.08 |
| 10/7/2005 | 10/7/2005 | 3381-57 | PEDP4260005 | $5,750.43 |
| 10/7/2005 | 10/7/2005 | 3383-298 | PEDP4260005 | $5,792.34 |
| 10/7/2005 | 10/7/2005 | 3383-299 | PEDP4260005 | $5,786.50 |
| 10/7/2005 | 10/7/2005 | 3475-24 | 550015896 | $1,398.30 |
| 10/7/2005 | 10/7/2005 | 3571-43 | PEDP4260004 | $1,792.33 |
| | | | TOTAL A/R | $269,828.77 |

# PROOF OF SERVICE

I, Lisa D. Spencer, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Best Best & Krieger LLP, 3750 University Avenue, P.O. Box 1028, Riverside, California 92502. On October 19, 2005, I served the within document(s):

**NOTICE OF RECLAMATION DEMAND BY SOLID STATE STAMPING**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Riverside, California addressed as set forth below.

☐ by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ I caused such envelope to be delivered via overnight delivery addressed as indicated on the attached service list. Such envelope was deposited for delivery by _____ following the firm's ordinary business practices.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 19, 2005, at Riverside, California.

_____
Lisa D. Spencer

# SERVICE LIST

**Debtor**
Delphi Corporation
Attn: John D. Sheehan
Vice President and Chief Restructuring Officer
5725 Delphi Dr.
Troy, MI   48098

**Debtor's Counsel**
John W. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Dr., Suite 2100
Chicago, IL   60606-1285

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY   10036

Alicia M. Leonhard
Office of the U. S. Trustee
33 Whitehall St.
New York, NY   10004