## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ) | CASE NO. 05-44481 |
| ) | |
| DELPHI CORP. ) | JUDGE DRAIN |
| ) | |
| DEBTOR. ) | **MOTION FOR ADMISSION** |
| ) | **PRO HAC VICE** |

Thomas C. Pavlik and Scott H. Scharf of the law firm of Novak, Robenalt, Pavlik & Scharf, LLP, pursuant to Local Rule 2090-1(b) for the United States Bankruptcy Court for the Southern District of New York, hereby move this Court for an Order admitting them to practice in this Court *pro hac vice* in the within matter on behalf of creditor National Paper & Packaging Corp. ("National").

Concurrently herewith, National, by and through the undersigned, have filed a Motion for Reclamation in the within matter.

Thomas C. Pavlik and Scott H. Scharf are attorneys duly licensed and in good standing to practice law in all Courts in the State of Ohio and in the US Bankruptcy Court for the Northern District of Ohio.

WHEREFORE, Thomas C. Pavlik and Scott H. Scharf respectfully request that this Court enter an Order permitting them to practice *pro hac vice* in this Court as set forth above and for other and further relief as is just and proper.

Dated: October 19, 2005

Respectfully submitted:

/s/Thomas C. Pavlik
/s/Scott H. Scharf
THOMAS C. PAVLIK (Ohio Bar #0017305)
SCOTT H. SCHARF (Ohio Bar #0046693)
Novak, Robenalt, Pavlik & Scharf, LLP
Skylight Office Tower #270
1660 West Second Street
Cleveland, Ohio 44113
(216) 781-8700
Attorneys for National Paper & Packaging Corp.



## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 19, 2005 the foregoing *Motion for Admission Pro Hac Vice* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Thomas C. Pavlik, Esq.
Attorneys for National Paper & Packaging Corp.