

# federal Screw Works

October 18, 2005

CORPORATE OFFICES:
20229 NINE MILE ROAD
ST. CLAIR SHORES, MICHIGAN 48080-1775
TELEPHONE (586) 443-4200
FAX (586) 443-4210

Counsel for Delphi
John Wm. Butler Jr., Partner
John K. Lyons, Partner
Ron E. Meisler, Associate
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Fax: 312-407-0411

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098-2815
Fax: 248-813-2670

Counsel for Delphi
Kayalyn A. Marafioti, Partner
Thomas J. Matz, Counsel
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Fax: 212-735-2000

Delphi Corporation
3900 East Holland Road
Saginaw, Michigan 48601-9494

RE:   **Reclamation Demand/In re Delphi Corporation, et al, Case 05-44481 (RDD),**
United States Bankruptcy Court, Southern District of New York

Dear Sir or Madam:

Federal Screw Works hereby demands, in accordance with, and based upon the Reclamation Order, as entered by the above-mentioned court in the above-mentioned case on October 13, 2005, section 546(c) of the Bankruptcy Code, and section 2-702 of the Uniform Commercial Code as codified under applicable state law, and without waiving any other rights, remedies, or claims, Federal Screw Works hereby demands the return of all goods shipped as described and as set forth in the attached invoices, which identify with specificity the goods for which reclamation is sought (the "Goods"). By this Reclamation Demand, you are instructed to immediately inventory the Goods and keep the Goods segregated from all other inventory, machinery, and equipment. Further, you are not permitted to use, sell, encumber, or transfer the Goods to any party. Please contact the undersigned to arrange for the return of the Goods.

RECEIVED
OCT 21 2005
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

Sincerely,

*Wade C. Plaskey* (signature)

Wade C. Plaskey
Treasurer, Corporate Controller

**Attachment**
cc:   U.S. Bankruptcy Court
New York, NY 10004

## FEDERAL SCREW WORKS

| SHIP DATE | PART NUMBER | DEST CODE | DESTINATION NAME | PIECES SHIPPED | SALES VALUE |
|---|---|---|---|---:|---:|
| 9/27/2005 | 12413113 | HC01 | DELPHI SANDUSKY | 2,520 | 1,787.99 |
| 9/27/2005 | 26017267 | 7 | DELPHI SAGINAW - PLANT 7 | 4,800 | 268.13 |
| 9/27/2005 | 26017267 | 21 | DELPHI SAGINAW - PLANT 21 | 13,500 | 754.11 |
| 9/27/2005 | 26114862 | 7 | DELPHI SAGINAW - PLANT 7 | 1,080 | 290.52 |
| 9/28/2005 | 26017267 | 7 | DELPHI SAGINAW - PLANT 7 | 3,200 | 178.75 |
| 9/28/2005 | 26017267 | 23 | DELPHI SAGINAW - PLANT 23 | 500 | 27.93 |
| 9/28/2005 | 26112481 | 7 | DELPHI SAGINAW - PLANT 7 | 4,500 | 972.00 |
| 9/28/2005 | 26114862 | 7 | DELPHI SAGINAW - PLANT 7 | 2,160 | 581.04 |
| 9/29/2005 | 26017267 | 7 | DELPHI SAGINAW - PLANT 7 | 4,800 | 268.13 |
| 9/29/2005 | 26017267 | 23 | DELPHI SAGINAW - PLANT 23 | 500 | 27.93 |
| 9/30/2005 | 26017267 | 7 | DELPHI SAGINAW - PLANT 7 | 4,800 | 268.13 |
| 9/30/2005 | 26017267 | 23 | DELPHI SAGINAW - PLANT 23 | 500 | 27.93 |
| 9/30/2005 | 26017267 | 43 | DELPHI SAGINAW - LAREDO,TX | 9,000 | 502.74 |
| 9/30/2005 | 26069417 | 23 | DELPHI SAGINAW - PLANT 23 | 8,160 | 4,550.18 |
| 10/3/2005 | 11516844 | DK017 | KETTERING PLANT 17 | 340 | 49.91 |
| 10/3/2005 | 26017267 | 7 | DELPHI SAGINAW - PLANT 7 | 3,200 | 178.75 |
| 10/3/2005 | 26017267 | 21 | DELPHI SAGINAW - PLANT 21 | 13,500 | 754.11 |
| 10/3/2005 | 26114862 | 7 | DELPHI SAGINAW - PLANT 7 | 1,080 | 290.52 |
| 10/4/2005 | 12413113 | HC01 | DELPHI SANDUSKY | 1,260 | 894.00 |
| 10/4/2005 | 26017267 | 7 | DELPHI SAGINAW - PLANT 7 | 4,800 | 268.13 |
| 10/4/2005 | 26017267 | 23 | DELPHI SAGINAW - PLANT 23 | 500 | 27.93 |
| 10/5/2005 | 26017267 | 7 | DELPHI SAGINAW - PLANT 7 | 3,200 | 178.75 |
| 10/5/2005 | 26017267 | 21 | DELPHI SAGINAW - PLANT 21 | 13,500 | 754.11 |
| 10/5/2005 | 26017267 | 23 | DELPHI SAGINAW - PLANT 23 | 500 | 27.93 |
| 10/5/2005 | 26062880 | 23 | DELPHI SAGINAW - PLANT 23 | 4,080 | 2,714.91 |
| 10/5/2005 | 26069417 | 23 | DELPHI SAGINAW - PLANT 23 | 8,160 | 4,550.18 |
| 10/5/2005 | 26112481 | 7 | DELPHI SAGINAW - PLANT 7 | 2,150 | 464.40 |
| 10/5/2005 | 26114862 | 7 | DELPHI SAGINAW - PLANT 7 | 1,080 | 290.52 |
| 10/6/2005 | 26017267 |  | DELPHI KOREA | 60,000 | 3,420.00 |
| 10/6/2005 | 26017267 | 7 | DELPHI SAGINAW - PLANT 7 | 4,800 | 268.13 |
| 10/6/2005 | 26017267 | 23 | DELPHI SAGINAW - PLANT 23 | 500 | 27.93 |
| 10/7/2005 | 12413113 | HC01 | DELPHI SANDUSKY | 2,520 | 1,787.99 |
| 10/7/2005 | 26017267 | 7 | DELPHI SAGINAW - PLANT 7 | 3,200 | 178.75 |
| 10/7/2005 | 26017267 | 21 | DELPHI SAGINAW - PLANT 21 | 13,500 | 754.11 |
| 10/7/2005 | 26017267 | 43 | DELPHI SAGINAW - LAREDO,TX | 14,000 | 782.04 |
| 10/7/2005 | 26114862 | 7 | DELPHI SAGINAW - PLANT 7 | 1,080 | 290.52 |
|  |  |  | TOTAL |  | 29,459.13 |



**federal Screw Works**
20229 Nine Mile Road, St. Clair Shores, Michigan 48080-1775

U.S. Bankruptcy Court
Ref: Delphi Corporation
Southern District of New York
One Bowling Green
New York, NY 10004

