LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Mark A. Broude (MB-1902)
Email: *mark.broude@lw.com*

Proposed Attorneys for The Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***

**TO THE HONORABLE ROBERT D. DRAIN**
**UNITED STATES BANKRUPTCY JUDGE:**

Pursuant to Local Rule 2090-1(b), Mark A. Broude, a member in good standing of the bar of this Court, hereby moves this Court for the admission *pro hac vice* of Mitchell A. Seider in the above-captioned jointly administered cases, and in support thereof respectfully states as follows:

1. Mitchell A. Seider is a partner of the law firm of Latham & Watkins LLP, located at 885 Third Avenue, New York, New York 10022-4802, is licensed to practice law in the State of Texas.

2. Mr. Seider is also admitted to practice before the United States District Court for the Northern, Southern and Western Districts of Texas, the United States District Court for the District of Arizona and the United States Court of Appeals for the Fifth Circuit.

NY\1074409.1

3. Mr. Seider has never been convicted of any crime nor publicly reprimanded, censured, suspended, disciplined or disbarred by any court. In addition, no disciplinary action, contempt or other proceeding involving Mr. Seider is pending before any court.

4. Mr. Seider is familiar with (a) the Bankruptcy Code, (b) the Federal Rules of Bankruptcy Procedure, (c) the Federal Rules of Civil Procedure and (d) the Local Rules of this Court and the United States District Court for the Southern District of New York and is willing to submit to the jurisdiction of this Court and comply with all rules and procedures established by this Court.

WHEREFORE, Mark A. Broude respectfully moves this Court for the admission, *pro hac vice*, of Mitchell A. Seider in the above-captioned jointly administered cases.

Dated: October 24, 2005
New York, New York

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ Mark A. Broude
Mark A. Broude (MB 1902)
885 Third Avenue, Suite 1000
New York, New York 10022-4802
(212) 906-1200

Proposed Attorneys for the Official Committee of Unsecured Creditors

NY\1074409.1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF MITCHELL A. SEIDER**

UPON the motion of Mark A. Broude, dated October 24, 2005, in support of the admission of Mitchell A. Seider *pro hac vice*, it is hereby

ORDERED, that Mitchell A. Seider is admitted *pro hac vice* in the above-captioned jointly administered cases.

Dated:_____ 2005
        New York, New York

_____
United States Bankruptcy Judge

NY\1074409.1