

# DEFENSE CONTRACT MANAGEMENT AGENCY
DEFENSE CONTRACT MANAGEMENT DETROIT
6501 E. 11 MILE ROAD
WARREN, MI 48397-5000

IN REPLY
REFER TO: DCMAW-MDG

October 17, 2005

SUBJECT: Bankruptcy of Delphi Corporation;
Case Number 05-44481

United States Bankruptcy Court for the
  Southern District of New York
ATTN: Court Clerk
One Bowling Green
New York, NY 10004

Dear Sir or Madame:

    This is to request that this office be added to the mailing matrix in the following bankruptcy case:

        Delphi Corporation, et al.
        Case Number 05-44481

Our mailing address is:   DCMA Detroit / DCMAW-MDG
                              MG Emmett J. Bean Center
                              8899 East 56th Street
                              Indianapolis, IN 46249-5701

    As this office is a component of the United States Government, I understand that there will be no fees associated with this request. Your assistance in this matter is appreciated.

    If you have any questions, please contact Ms. Regina Schaffner at (COMM) (317) 510-2345.

                                                    *Michelle A. Kaznecki*
                                                    MICHELLE A. KAZNECKI
                                                    Paralegal Specialist
                                                    DCMA Detroit Office of Counsel



RECEIVED
OCT 21 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

Federal Recycling Program  Printed on Recycled Paper