**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DELPHI CORPORATION, et al. | Case No. 05-44481 |
| | Chapter 11 |
| Debtors | (jointly administered) |
| | |
| | Judge Arthur J. Gonzalez |

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Thomas J. Schank, a member in good standing of the bar in the State of Ohio and of the bar of the U.S. District Court for the Northern District of Ohio, request admission, *pro hac vice*, before the Honorable Arthur J. Gonzalez, to represent ZF Group North American Operations, Inc. and/or its affiliates or other creditors in the above referenced bankruptcy case.

My address is Hunter & Schank Co., LPA, One Canton Square, 1700 Canton Avenue, Toledo, Ohio 43624; my e-mail address is tomschank@hunterschank.com; my telephone number is 419.255.4300.

I agree to pay the fee of $25.00 upon approval of this Court admitting me to practice *pro hac vice*.

Date: October 24, 2005                               /s/ Thomas J. Schank
         Toledo, Ohio

### ORDER

**ORDERED,**

That Thomas J. Schank, Esq. is admitted to practice, *pro hac vice*, in the above Court, Southern District of New York, subject to payment of the filing fee.

_____
UNITED STATES BANKRUPTCY JUDGE

P:\JR\Delphi\tjs.pro.hac.vice.DOC