

110 WEST FAYETTE STREET
ONE LINCOLN CENTER
SUITE 900
SYRACUSE, NEW YORK 13202
315-422-1391
315-422-3549 FAX
www.GSLaw.com

LEE ALCOTT
MICHAEL J. BALANOFF
LAURENCE G. BOUSQUET
PHILIP S. BOUSQUET
DAVID A. HOLSTEIN
VIRGINIA A. HOVEMAN
TIMOTHY M. LYNN
KEVIN R. MCAULIFFE
SHARON A. MCAULIFFE
STEVEN A. PAQUETTE
PAUL M. PREDMORE
LOWELL A. SEIFTER
JOHN F. VALENTINO
ROBERT K. WEILER
HARRISON V. WILLIAMS, JR.
DOUGLAS J. ZAMELIS
KIMBERLY M. ZIMMER

OF COUNSEL:
JAMES E. DWYER
DANIEL J. FRENCH
EDWARD S. GREEN
GARY J. LAVINE
SIDNEY L. MANES
THOMAS C. TAYLOR

JASON L. CENTOLELLA
ANTHONY J. DITTA
CHRISTINE W. DETTOR
KATHLEEN M. FADERKHAM
SHARON E. FELLOWS
KIM V. HEYMAN
DAINES KIRITSIS
FREDERICK W. MARTY
LAWRENCE M. ORDWAY, JR.

ROBERT D. MCAULIFFE
1993-1998
DAVID A. YAFFEE
1986-2004

October 19, 2005

Clerk
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re:    Delphi Corporation
       Case No. 05-44481 (RDD)
       NOTICE OF RECLAMATION DEMAND BY CARLISLE
       ENGINEERED PRODUCTS, INC. filed on October 18, 2005
       (Docket No. 316)

Dear Sir/Madam:

In our correspondence to you dated October 17, 2005, we enclosed a Notice of Reclamation Demand by Carlisle Engineered Products, Inc. along with a Certificate of Service for filing with the Court using the conventional method of filing and stated in our letter that once the PACER system was back up and running, we would file the documents electronically. However, on October 18, 2005, we received via e-mail a Notice of Electronic Filing of the above-referenced document (Docket No. 316).

My assistant spoke today with Juanita at the HELP Desk of the United States Bankruptcy Court for the Southern District of New York who advised her that if we had received Notice of Electronic Filing with a docket number that meant that the clerk had filed the document and that it would not be necessary for us to do a duplicate electronic filing of the same document so long as we log onto the PACER system this afternoon and confirm it is there. We have confirmed that the document is there under Docket No. 316 and will, therefore, not be doing a duplicate electronic filing.

Very truly yours,

GREEN & SEIFTER, ATTORNEYS, PLLC

Robert K. Weiler

RKW/lee
cc: Hon. Robert D. Drain
351287_1.DOC/C02071-00040

