

North America, Inc.

October 18, 2005

**Via Facsimile and Overnight Courier/Mail**
**(Unless Otherwise Indicated)**

Counsel for Delphi
John Wm. Butler Jr., Partner
John K. Lyons, Partner
Ron E. Meisler, Associate
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
F: 312-407-0411

Counsel for Delphi
Kayalyn A. Marafioti, Partner
Thomas J. Matz, Counsel
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
F: 212-735-2000

Delphi
5725 Delphi Drive
Troy, Michigan 48098-2815
USA
Fax: [1] 248.813.2670

Delphi Delco
Attention: Juan Carlos Gonzales
Plant 27
702 Joaqin Cavazos Road
Los Indios, TX 78567

Delphi
Electronics & Safety
P.O. Box 9005
Kokomo, IN 46904-9005
(via First Class Mail)

Re:    **Reclamation Demand** / In re Delphi Corporation, et. al., Case No. 05-44481 (RDD), United States Bankruptcy Court, Southern District of New York

Dear Sir or Madam:

Elmos NA, Inc. hereby demands, in accordance with, and based upon, the Reclamation Order, as entered by the above-mentioned court in the above-mentioned case on October 13, 2005, section 546(c) of the Bankruptcy Code, and section 2-702 of the Uniform Commercial Code as codified under applicable state law, and without waiving any other rights, remedies, or claims, Elmos NA, Inc. hereby demands the return of all goods shipped as described and as set forth in the attached invoices, which identify with specificity the goods for which reclamation is sought (the "Goods"). By this Reclamation Demand, you are instructed to immediately inventory the Goods and keep the Goods segregated from all other inventory, machinery, and equipment. Further, you are not permitted to use, sell, encumber, or transfer the Goods to any party. Please contact the undersigned to arrange for the return of the Goods.

Sincerely,

Franz-Simon Haider



**ELMOS**
**North America, Inc.**

31700 W. 13 Mile Rd.
Suite 110
Farmington Hills, MI
48334

Phone:
248.865.3200

Fax:
248.865.3203

Internet:
http://www.elmos.de

Attachments

cc:  United States Bankruptcy Court
     Southern District of New York
     One Bowling Green
     New York, NY 10004



North America, Inc.

ELMOS
North America, Inc.

31700 W. 13 Mile Rd.
Suite 110
Farmington Hills, MI
48334

Phone:
248.865.3200

Fax:
248.865.3203

Internet:
http://www.elmos.de



# Elmos NA, Inc.
31700 West Thirteen Mile Road - Suite 110
Farmington Hills, MI 48334
USA

# Invoice-USD

| Date | Invoice # |
|---|---|
| 9/27/2005 | 2005659 |

| Bill to |
|---|
| Delphi Delco |
| DO NOT MAIL |
| new ship to address as of 2/28/05 |

| Ship To |
|---|
| Delphi Delco |
| Attention: Juan Carlos Gonzales |
| Plant 27 |
| 702 Joaquin Cavazos Road |
| Los Indios, TX 78567 |

| Customer P.O. # | Terms | Due Date | Order Date | Ship Via | Reference # |
|---|---|---|---|---|---|
| 550047217 | MSN-2 | 12/2/2005 | 9/27/2005 | UPS | see below |

| Description | Line # | Cust Part # | Quantity | Unit Price | |
|---|---|---|---|---|---|
| E100.37A - Delphi Part # 09377975 | 1 | 09377975 | 5,836 | 3.06 | 17,858.16 |
| Parts shipped from Trilogy on 9/27/05, packing slip# 13093 | | | | | |
| Tracking# 1ZV838R00292346723 | | | | | |

| | Total - USD | $17,858.16 |
|---|---|---|

REMIT TO:
Standard Federal Bank 2600 W. Big Beaver Rd Troy, MI 48084 ABA# 072000805 Account# 0394001962
OR
ELMOS NA, Inc. 31700 W. 13 Mile Rd. Suite 110 Farmington Hills, MI 48334

VALID WITHOUT SIGNATURE                    ORIGINAL INVOICE

**ELMS**
North America, Inc.

## PACKING SLIP

| Number | Date | Page |
|---|---|---|
| 13093 | 9/27/2005 | 1 |

### Bill of Lading
13093

**From:**
Elmos NA. INC.
Vendor Code 082301B
c/o Trilogy Technologies, Inc    TRILOGY
180 Engelwood Dr. Suite J
Lake Orion, MI 48359

**Ship To:**
Delphi Delco Electronics
Plant 27
702 Joaquin Cavazos Rd
Los Indios, TX 78567 USA
Attn: Juan Carlos Gonzales
Phone# 956-228-5023

| S.A. # | Manuf. DUNS | Ship Via | F.O.B. Point |
|---|---|---|---|
| 550047217 | 000123620 | UPS 2day Consignee Billing | Lake Orion, MI 48359 |

| Quantity Ordered | Quantity Shipped | Part Number | Description |
|---|---|---|---|
| 5,654 | 5,836 | 09377975 | IC<br>Elmos P/N E100.37A<br>1ZV838R0029234672 3<br>Packstucknr #    Quantity    Lot number<br>T041219089    1500    404E<br>T041219082    1500    404E<br>T041219091    1500    404E<br>T041219093    1336    404E<br>5836 |

| 4 | Boxes | Instructions: | 14" x 14" x 3" ea |
|---|---|---|---|
| 12 | lbs Gross Weight | | |



**Elmos NA, Inc.**
31700 West Thirteen Mile Road - Suite 110
Farmington Hills, MI 48334
USA

# Invoice-USD

| Date | Invoice # |
|---|---|
| 9/28/2005 | 2005658 |

| Bill to |
|---|
| Delphi Delco |
| DO NOT MAIL |
| new ship to address as of 2/28/05 |

| Ship To |
|---|
| Delphi Delco |
| Attention: Juan Carlos Gonzales |
| Plant 27 |
| 702 Joaquin Cavazos Road |
| Los Indios, TX 78567 |

| Customer P.O. # | Terms | Due Date | Order Date | Ship Via | Reference # |
|---|---|---|---|---|---|
| 550047217 | MSN-2 | 12/2/2005 | 9/28/2005 | UPS | see below |

| Description | Line # | Cust Part # | Quantity | Unit Price | |
|---|---|---|---|---|---|
| E100.37A - Delphi Part # 09377975 | 1 | 09377975 | 3,596 | 3.06 | 11,003.76 |
| Parts shipped from Trilogy on 9/28/05, packing slip# 13114 | | | | | |
| Tracking# 1ZV838R00290841138 | | | | | |

**Total - USD**   $11,003.76

REMIT TO:
Standard Federal Bank 2600 W. Big Beaver Rd Troy, MI 48084 ABA# 072000805 Account# 0394001962
OR
ELMOS NA, Inc. 31700 W. 13 Mile Rd. Suite 110 Farmington Hills, MI 48334

VALID WITHOUT SIGNATURE            ORIGINAL INVOICE

**ELMS North America, Inc.**

## PACKING SLIP

| Number | Date | Page |
|---|---|---|
| 13114 | 9/28/2005 | 1 |

**Bill of Lading**: 13114

**From:**
Elmos NA. INC.
Vendor Code 082301B
c/o Trilogy Technologies, Inc
180 Engelwood Dr. Suite J
Lake Orion, MI 48359



**Ship To:**
Delphi Delco Electronics
Plant 27
702 Joaquin Cavazos Rd
Los Indios, TX 78567 USA
Attn: Juan Carlos Gonzales
Phone#: 956-228-5023

| S.A. # | Part Number | Manuf. DUNS | Ship Via | F.O.B. Point |
|---|---|---|---|---|
| 55047217 | 09377975 | 000123620 | UPS 2day Consignee Billing | Lake Orion, MI 48359 |

| Quantity Ordered | Quantity Shipped | Description |
|---|---|---|
| 2,818 | 3,596 | IC<br>Elmos P/N E100.37A<br>1ZV838R00290841138 |

| Packstucknr # | Quantity | Lot number |
|---|---|---|
| T041219100 | 794 | 404E |
| T041222163 | 500 | 405E |
| T041222064 | 609 | 399E |
| T050320173 | 602 | 443E |
| T050330072 | 1091 | 443E |
| | 3596 | |

**5** Boxes    Instructions: 14" x 14" x 3" ea
**15** lbs Gross Weight



**Elmos NA, Inc.**
31700 West Thirteen Mile Road - Suite 110
Farmington Hills, MI 48334
USA

# Invoice-USD

| Date | Invoice # |
|---|---|
| 9/29/2005 | 2005675 |

| Bill to |
|---|
| Delphi Delco<br>DO NOT MAIL<br>new ship to address as of 2/28/05 |

| Ship To |
|---|
| Delphi Delco<br>Attention: Juan Carlos Gonzales<br>Plant 27<br>702 Joaquin Cavazos Road<br>Los Indios, TX 78567 |

| Customer P.O. # | Terms | Due Date | Order Date | Ship Via | Reference # |
|---|---|---|---|---|---|
| 550047217 | MSN-2 | 12/2/2005 | 9/29/2005 | UPS | see below |

| Description | Line # | Cust Part # | Quantity | Unit Price | |
|---|---|---|---|---|---|
| E100.37A - Delphi Part # 09377975<br><br>Parts shipped from Trilogy on 9/29/05, packing slip# 13134<br>Tracking # 1ZV838R00296316669 | 1 | 09377975 | 1,008 | 3.06 | 3,084.48 |

**Total - USD** $3,084.48

REMIT TO:
Standard Federal Bank 2600 W. Big Beaver Rd Troy, MI 48084 ABA# 072000805 Account# 0394001962
OR
ELMOS NA, Inc. 31700 W. 13 Mile Rd. Suite 110 Farmington Hills, MI 48334

VALID WITHOUT SIGNATURE                         ORIGINAL INVOICE





**Elmos NA, Inc.**
31700 West Thirteen Mile Road - Suite 110
Farmington Hills, MI 48334
USA

# Invoice-USD

| Date | Invoice # |
|---|---|
| 10/5/2005 | 2005690 |

| Bill to |
|---|
| Delphi Delco |
| DO NOT MAIL |
| new ship to address as of 2/28/05 |

| Ship To |
|---|
| Delphi Delco |
| Attention: Juan Carlos Gonzales |
| Plant 27 |
| 702 Joaquin Cavazos Road |
| Los Indios, TX 78567 |

| Customer P.O. # | Terms | Due Date | Order Date | Ship Via | Reference # |
|---|---|---|---|---|---|
| 550047217 | MSN-2 | 12/2/2005 | 10/5/2005 | UPS | see below |

| Description | Line # | Cust Part # | Quantity | Unit Price | |
|---|---|---|---|---|---|
| B100.37A - Delphi Part # 09377975 | 1 | 09377975 | 1,500 | 3.06 | 4,590.00 |
| Parts shipped from Trilogy on 10/05/05, packing slip# 13215 | | | | | |
| Tracing #: 1ZV838R00398052831 | | | | | |

| | Total - USD | $4,590.00 |
|---|---|---|

REMIT TO:
Standard Federal Bank 2600 W. Big Beaver Rd Troy, MI 48084 ABA# 072000805 Account# 0394001962
OR
ELMOS NA, Inc.  31700 W. 13 Mile Rd. Suite 110  Farmington Hills, MI 48334

VALID WITHOUT SIGNATURE                    ORIGINAL INVOICE





**Elmos NA, Inc.**
31700 West Thirteen Mile Road - Suite 110
Farmington Hills, MI 48334
USA

# Invoice-USD

| Date | Invoice # |
|---|---|
| 10/6/2005 | 2005691 |

| Bill to |
|---|
| Delphi Delco |
| DO NOT MAIL |
| new ship to address as of 2/28/05 |

| Ship To |
|---|
| Delphi Delco |
| Attention: Juan Carlos Gonzales |
| Plant 27 |
| 702 Joaquin Cavazos Road |
| Los Indios, TX 78567 |

| Customer P.O. # | Terms | Due Date | Order Date | Ship Via | Reference # |
|---|---|---|---|---|---|
| 550047217 | MSN-2 | 12/2/2005 | 10/6/2005 | UPS | see below |

| Description | Line # | Cust Part # | Quantity | Unit Price | |
|---|---|---|---|---|---|
| E100.37A - Delphi Part # 09377975 | 1 | 09377975 | 1,500 | 3.06 | 4,590.00 |
| Parts shipped from Trilogy on 10/06/05, packing slip# 13232 | | | | | |
| Tracking#: 1ZV838R00397604844 | | | | | |

**Total - USD**   $4,590.00

REMIT TO:
Standard Federal Bank 2600 W. Big Beaver Rd Troy, MI 48084 ABA# 072000805 Account# 0394001962
OR
ELMOS NA, Inc. 31700 W. 13 Mile Rd. Suite 110 Farmington Hills, MI 48334

VALID WITHOUT SIGNATURE                 ORIGINAL INVOICE

# ELMS
North America, Inc.

## PACKING SLIP

| Number | Date | Page |
|---|---|---|
| 13232 | 10/6/2005 | 1 |

**Bill of Lading:** 13232

**From:**
Elmos NA, INC.
Vendor Code 082301B
c/o Trilogy Technologies, Inc
180 Engelwood Dr. Suite J
Lake Orion, MI 48359

TRILOGY

**Ship To:**
Delphi Delco Electronics
Plant 27
702 Joaquin Cavazos Rd
Los Indios, TX 78567 USA
Attn: Juan Carlos Gonzales
Phone# 956-228-5023

| S.A. # | Manuf. DUNS | Ship Via | F.O.B. Point |
|---|---|---|---|
| 550047217 | 000123620 | UPS 2day Consignee Billing | Lake Orion, MI 48359 |

| Quantity Ordered | Quantity Shipped | Part Number | Description |
|---|---|---|---|
| 1,500 | 1,500 | 09377975 | IC<br>Elmos P/N E100.37A<br>**1ZV838R00397604844**<br>Packstucknr #  Quantity  Lot number<br>T050117017  1500  416E |

| | | | 1500 |

**Instructions:** 14"x 14"x 3" ea

| 1 | Boxes |
| 3 | lbs Gross Weight |

| UPS Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z V83 | Delivered | Delivered on: | 30-Sep-05 10:16 A.M. |
| | | Delivered to: | LOS INDIOS, TX, US |
| | | Signed by: | CANTU |
| | | Service Type: | 2ND DAY AIR |
| 2. 1Z V83 | Delivered | Delivered on: | 3-Oct-05 10:14 A.M. |
| | | Delivered to: | LOS INDIOS, TX, US |
| | | Signed by: | ESHAVAERIA |
| | | Service Type: | 2ND DAY AIR |
| 3. 1Z V83 | Delivered | Delivered on: | 11-Oct-05 10:04 A.M. |
| | | Delivered to: | LOS INDIOS, TX, US |
| | | Signed by: | HERNADEZ |
| | | Service Type: | GROUND |
| 4. 1Z V83 | Delivered | Delivered on: | 12-Oct-05 9:59 A.M. |
| | | Delivered to: | LOS INDIOS, TX, US |
| | | Signed by: | PHACECO |

|  |  | Service Type: | GROUND |
|---|---|---|---|
| 5. 1Z V83 | Delivered | Delivered on: | 29-Sep-05 10:27 A.M. |
|  |  | Delivered to: | LOS INDIOS, TX, US |
|  |  | Signed by: | CHAVARRIA |
|  |  | Service Type: | 2ND DAY AIR |

Tracking results provided by UPS: Oct 17, 2005 9:42 A.M. Eastern Time (USA)

# DELPHI

Delphi Electronics and Safety

Page 1 of 6

**Buyer:**
DELPHI
ELECTRONICS & SAFETY
P.O. Box 9005
KOKOMO IN 46904-9005

**Requirements Contract**

PO Number: 550047217
Version
30-Sep-2005 14:04:14 EST

Date Issued: 01-Jan-2004

ELMOS NA INC
31700 W 13 MILE STE 110
FARMINGTON HILLS MI 48334

Vendor No: 1009768
DUNS No: 113117050

**Payment Terms:** Payment settled on 2nd, 2nd Month

**Currency:** USD

**Incoterms:** FOB-Freight Collect

| Item No. | Material No. / Description | Plant | | | | |
|---|---|---|---|---|---|---|
| 00030 | 9377975 IC-LIN,E100.37 | DA24 DELPHI D DELNOSA Plant 1-4 | | | | |
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 01-Jan-2003 | 04-Jan-2004 | USD | 2,550.00 | 1,000 | PC |
| | 05-Jan-2004 | 31-Dec-2006 | USD | 3,060.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record changed

| 00020 | 9381563 IC-LIN,E100.41 | DA24 DELPHI D DELNOSA Plant 1-4 | | | | |
|---|---|---|---|---|---|---|
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 01-Jan-2003 | 04-Jan-2004 | USD | 2,280.00 | 1,000 | PC |
| | 05-Jan-2004 | 31-Dec-2006 | USD | 3,187.50 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record changed

| 00010 | 9399682 IC-LIN,E100.41B | DA24 DELPHI D DELNOSA Plant 1-4 |
|---|---|---|

Purchasing Contact: Chang, Jacey
Phone: 65-6450-8488
Fax: 65-65526734

Contact Address:
DELPHI ELECTRONICS & SAFETY
501 ANG MO KIO INDUSTRIAL PARK 1,
SINGAPORE 569621

Date and Time Printed: 30-Sep-2005 14:04:14 EST

# DELPHI

Delphi Electronics and Safety

Page 2 of 6

ELMOS NA INC
31700 W 13 MILE STE 110
FARMINGTON HILLS MI 48334

**Requirements Contract**

PO Number: 550047217
Date Issued: 01-Jan-2004
Version: 30-Sep-2005 14:04:14 EST

| Item No. | Material No. Description | Plant | | | | |
|---|---|---|---|---|---|---|
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 01-Jan-2003 | 04-Jan-2004 | USD | 2,550.00 | 1,000 | PC |
| | 05-Jan-2004 | 31-Dec-2004 | USD | 3,187.50 | 1,000 | PC |
| | 01-Jan-2005 | 31-Dec-2006 | USD | 3,180.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* Condition record changed

DA24 DELPHI D DELNOSA Plant 1-4

| 00040 | 12212383 IC-ELMOS,EL100.42A | | | | | |
|---|---|---|---|---|---|---|
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 01-Jan-2005 | 31-Dec-2006 | USD | 610.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* Condition record changed

DA24 DELPHI D DELNOSA Plant 1-4

| 00060 | 12222383 IC-100.12,8020L | | | | | |
|---|---|---|---|---|---|---|
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 01-Jan-2005 | 31-Dec-2006 | USD | 750.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* Condition record changed

DA24 DELPHI D DELNOSA Plant 1-4

| 00050 | 12222384 IC-100.28,8020L | | | | | |
|---|---|---|---|---|---|---|
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 01-Jan-2005 | 31-Dec-2006 | USD | 1,050.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* Condition record changed

**Notes**
Correct pricing for PN 12222383 & 12212383.
Added PN 12212383, 12222384 & 12222383 on PO.
Update 2004 prices per agreement. - 20 Feb 04

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The ultimate destination of this purchase order is Mexico. When shipping from Mexico, use the following "Ship To" address:
Industrial Park
K. 13.5
Reynosa, Mexico
State of Texas Direct Payment Authorization Number 3-00093-5831-5
The undersigned hereby claims exemption from the payment of state, local and MTA sales & use taxes upon its purchases of taxable items. Permit Holder: Delco Electronics Corporation
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# DELPHI

# DELPHI

Delphi Electronics and Safety

Page 3 of 6

ELMOS NA INC
31700 W 13 MILE STE 110
FARMINGTON HILLS MI 48334

**Requirements Contract**

PO Number: 550047217
Version: 30-Sep-2005 14:04:14 EST
Date Issued: 01-Jan-2004

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes Continued:**

Material Pull System Terms and Conditions:
1. Delphi requires 100% on time delivery performance from suppliers.
2. Quantities or weights required against this order will in all cases be as buyer's current material delivery schedule. This order does not give any commitment to quantities, weights or materials except as shown by buyer's material delivery schedule and described below.
3. Delivery Schedules: The buyer shall transmit to the seller a delivery schedule Kanban DELJIT (Pull Signal) from time to time by electronic means that is specified by the Buyer. The Pull Signal shall specify quantity, and time that delivery of the goods shall be made from the Seller to the Buyer. The buyer shall not be required to make payment for goods delivered to Buyer which are in excess of the quantity specified in the Buyer's Pull Signal.
4. Material Commitment Authorization: The Buyer agrees to purchase from the Seller a specific amount of goods (Hereafter referred to as "The Committed Quantity") listed on the Buyer's forecast delivery schedule. The committed quantity shall be measured on the Forecast as a total quantity over the period of time between the most recent planning week and twelve (12) consecutive, subsequent weeks, inclusive. The Buyer reserves the right to update and change the forecast delivery schedule from time to time. The Seller agrees that no more than four (4) weeks of the committed quantity shall be processed into a finished state that is ready for delivery to the Buyer unless otherwise approved by the Buyer in writing. The balance of the committed material is to be work in process valued at no more than fifty percent (50%) of the purchase price.

****************************************************

Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

****************************************************

SPDP / PPAP:
Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

****************************************************

Toxic:
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the saleable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute sellers acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi Buyer.

****************************************************

Failure Analysis:
Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

# DELPHI

Delphi Electronics and Safety

Page 4 of 6

ELMOS NA INC
31700 W 13 MILE STE 110
FARMINGTON HILLS MI 48334

**Requirements Contract**

PO Number
550047217

Date Issued
01-Jan-2004

Version
30-Sep-2005 14:04:14 EST

| Item No. | Material No. | Plant |
|---|---|---|
| | Description | |

**Notes(Continued):**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

EDI:
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com thru Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Send the invoices to the following address:
Delphi Automotive Systems Singapore PTE Ltd.
Attention: Accounts Payable
501 Ang Mo Kio Industrial Park 1
Singapore 569621

Tel: 65-645-08-544 Fax: 65-645-48-247

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and said Delphi Customer Specific Requirements) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This Contract replaces previous contract # 00477927-001.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.

  _____ Delphi Electronics and Safety

Page 5 of 6

```
ELMOS NA INC
31700 W 13 MILE STE 110
FARMINGTON HILLS MI 48334
```

**Requirements Contract**

PO Number: 550047217
Version: 30-Sep-2005 14:04:14 EST
Date Issued: 01-Jan-2004

**Item No. / Material No. / Description / Plant**

**Notes Continued:**

Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the saleable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

# DELPHI

Delphi Electronics and Safety

Page 6 of 6

ELMOS NA INC
31700 W 13 MILE STE 110
FARMINGTON HILLS MI 48334

**Requirements Contract**

PO Number
550047217

Date Issued
01-Jan-2004

Version
30-Sep-2005  14:04:14  EST

**Plant**

**Item No.  Material No.
Description**

**Notes Continued:**

All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.