**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DELPHI CORPORATION, et al. | Case No. 05-44481 |
| | Chapter 11 |
| Debtors | (jointly administered) |
| | |
| | Judge Arthur J. Gonzalez |

**ENTRY OF APPEARANCE & REQUEST**
**FOR SERVICE OF NOTICE**

**NOW COME** the undersigned, attorneys for ZF Group North American Operations, Inc., and pursuant to 11 U.S.C. §1109 and Bankruptcy Rule 9010 enter their appearances on behalf of ZF Group North American Operations, Inc.  Thomas J. Schank and John J. Hunter, Jr. respectfully request that all notices and documents prescribed by Bankruptcy Rules 2002, 3017, 9007 and 9010 be served upon them electronically or at the mailing address indicated below:

| | |
|---|---|
| Hunter & Schank Co., LPA | Hunter & Schank Co., LPA |
| Thomas J. Schank | John J. Hunter, Jr. |
| One Canton Square | One Canton Square |
| 1700 Canton Avenue | 1700 Canton Avenue |
| Toledo, Ohio 43624 | Toledo, Ohio 43624 |
| E-mail: tomschank@hunterschank.com | E-mail: jrhunter@hunterschank.com |

**FURTHER** the foregoing request for service includes all pleadings, including but not limited to notices, applications, motions, complaints and orders, whether written or oral, formal or informal, however transmitted or conveyed, related in any way to the Debtors herein, their property or estates.  The undersigned request that their names be added to the Master Service List.

**FURTHER** neither this *Notice of Appearance and Request for Service of Notice* (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after *de novo* review by a District

Judge; (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; (v) an election of remedies; (vi) any other rights, claims, actions, defense, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims actions, defenses, setoffs and recoupments are expressly reserved.

Hunter & Schank Co. LPA

By: /s/ Thomas J. Schank
Thomas J. Schank (0025500)
John J. Hunter, Jr. (0034602)
Hunter & Schank Co. LPA
One Canton Square
1700 Canton Avenue
Toledo, Ohio 43624
(419) 255-4300
Fax (419) 255-9121

P:\JR\Delphi\zfnao.entry.appearance.DOC