

**Lars H. Fuller**
Attorney at Law
303.628.9569
lfuller@rothgerber.com

ROTHGERBER
JOHNSON &
LYONS LLP

One Labor Center, Suite 3000
1200 Seventeenth Street
Denver, Colorado 80202-5855
Telephone 303.623.9000
Fax 303.623.9222
www.rothgerber.com

Denver • Colorado Springs • Casper

October 20, 2005

Clerk of the Court
U.S. Bankruptcy Court
for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004

Re:    In re Delphi Corporation, et. al., case number 05-44481 RDD (Chapter 11)

Dear Clerk of the Court:

Please accept the enclosed Notice of Reclamation Claim for filing in the above bankruptcy case. Two copies are enclosed for the Court. An additional copy is enclosed to be conformed and returned to me via the self-addressed stamped envelope that is provided. If there are any problems with this filing, please call me at 303-628-9569. Thank you very much.

Sincerely,

ROTHGERBER JOHNSON & LYONS, LLP

Lars Fuller



00239200 / 1

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:                                              :
                                                    :
DELPHI CORPORATION, et al.,                         :   Chapter 11 Case
             Debtors.                               :   05-44481-RDD
                                                    :
_____              :   (Jointly Administered)

## NOTICE OF RECLAMATION CLAIM

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 546(c), U.C.C. § 2-702(2), and this Court's Order Under 11 U.S.C. § 362, 503, and 546 and Fed. R. Bankr. P. 9019 Establishing Procedures for the Treatment of Reclamation Claims dated October 13, 2005, the reclamation demand attached hereto as Exhibit A was served by Photo Stencil, LLC on the Debtors and their counsel on October 20, 2005.

Dated October 20, 2005.                ROTHGERBER JOHNSON & LYONS, LLP

                                       _____
                                       Lars H. Fuller, Esq. (Colo. Bar No. 26051)
                                       One Tabor Center, Suite 3000
                                       1200 Seventeenth Street
                                       Denver, CO 80202-5855
                                       Phone: (303) 628-9569
                                       Fax: (303) 623-9222
                                       email: lfuller@rothgerber.com


## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 20th day of October, 2005, the foregoing Notice of Reclamation Claim of Photo Stencil, LLC has been served upon the following parties by transmitting a copy of the same via the U.S. Mail, first class postage prepaid, addressed as follows:

John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom (IL)
333 West Wacker Drive
Chicago, IL 60606-1285

00239118 / 1


RECEIVED
OCT 21 2005
U.S. BANKRUPTCY COURT
SO. DIST OF NEW YORK

Mark I. Bane, Esq.
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Patrick M. Costello, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palto Alto, CA 94306

Gary H. Cunningham, Esq.
Strobl Cunningham & Sharp, P.C.
300 E. Long Lake Road, Suite 200
Bloomfield Hills, MI 48304

Elizabeth K. Flaagan, Esq.
Holme Roberts & Owen LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203

Ira P. Goldberg, Esq.
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Stephen H. Gross, Esq.
Hodgson Russ LLP
Carnegie Hall Tower
152 West 57th Street, 35th Floor
New York, NY 10019

Steve Kieselstein, Esq.
Kieselstein Law Firm, PLLC
43 British American Boulevard
Latham, NY 12110

Jill Levi, Esq.
Todd & Levi, LLP
444 Madison Avenue
New York, NY 10022

Glenn P. Berger, Esq.
Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016

Gary H. Cunningham, Esq.
Kramer Mellen, P.C.
3000 Town Center, Ste. 1700
Southfield, MI 48075-1277

Craig Alan Damast, Esq.
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174

Mark T. Flewelling, Esq.
Anglin, Flewelling, Rasmussen, Campbell
 & Trytten LLP
199 South Los Robles Avenue, Suite 600
Pasadena, CA 91101

Timothy S. McFadden, Esq.
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, IL 60603

Harold Ritvo, Esq.
Harold Ritvo, P.C.
One University Plaza
Hackensack, NJ 07601

Bryan I. Schwartz, Esq.
Levenfeld Pearlstein LLC
2 North LaSalle Street, Suite 1300
Chicago, IL 60602

Shmuel Vasser, Esq.
Edwards & Angell, LLP
750 Lexington Avenue
New York, NY 10022

Scott R. Goldberg, Esq.
Quarles & Brady Streich Lang, LLP
One Renaissance Sq.
2 N. Central Avenue
Phoenix, AZ 85004-2391

Thomas H. Keyse, Esq.
1700 Lincoln Street, Suite 4000
Denver, CO 80203

Alicia M. Leonhard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Jacob A. Manheimer, Esq.
Pierce Atwood
One Monument Square
Portland, ME 04101

Kenneth A. Reynolds, Esq.
Pryor & Mandelup, LLP
675 Old Country Road
Westbury, NY 11590

Lawrence M. Schwab, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palto Alto, CA 94306

Robert J. Sidman, Esq.
Vorys, Sater, Seymour and Pease, LLP
52 East Gay Street
Columbus, OH 43216-1008

_____



# ROTHGERBER JOHNSON & LYONS LLP

Lars H. Fuller
Attorney at Law
303.628.9569
lfuller@rothgerber.com

One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, Colorado 80202-5855
Telephone 303.623.9000
Fax 303.623.9222
www.rothgerber.com

Denver • Colorado Springs • Casper

October 20, 2005

VIA OVERNIGHT MAIL
Robert S. Miller, Jr.
Chairman and CEO
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

VIA FACSIMILE (248-813-2670)
AND ELECTRONIC MAIL (jbutler@skadden.com)
John Wm. Butler, Jr. Esq.
Skadden Arps Slate Meagher & Flom (IL)
333 West Wacker Drive
Chicago, IL 60606-1285

Re:   In re Delphi Corporation, et. al., Bankruptcy Case No. 05-44481 RDD (S.D.N.Y.) Notice
      of Reclamation Claim by Photo Stencil, LLC

Dear Sirs:

We represent Photo Stencil, LLC, a supplier located in Colorado. Photo Stencil, LLC hereby asserts its claim for reclamation of all applicable goods received by Delphi Corporation and its affiliated businesses (collectively, the "Debtor") within the time period from September 28, 2005, through October 8, 2005 (collectively, the "Shipments"). Photo Stencil, LLC asserts this demand pursuant to Section 2-702 of the Uniform Commercial Code and Section 546(c)(1)(B) of the Bankruptcy Code, 11 U.S.C. § 546(c)(1)(B), and any other applicable provisions of those codes. Accordingly, Photo Stencil, LLC demands the immediate return of all goods received by the Debtor from Photo Stencil, LLC within the time period of September 28, 2005 through October 8, 2005. If the shipments cannot be immediately returned, the Debtor should set aside, safeguard, insure and not sell any of the merchandise in inventory that is the subject of this reclamation demand. The Shipments may include, but are not necessarily limited to those identified on the attached Reclamation Schedule. Thank you for your prompt attention to this demand.

Sincerely,

ROTHGERBER JOHNSON & LYONS, LLP

Lars Fuller



EXHIBIT A

00239194 / 1

Photo Stencil, LLC
Reclamation Report

| Customer Name, Location, and Bill to/Ship to location | Cust | Invoice # | Order # | Inv Date | Sales Rep | PO # | Balance |
|---|---|---|---|---|---|---|---|
| DELCO ELECTRONICS (Kokomo, IN) Bill to/Ship to Kokomo, IN | 0847 | 306430 | 225667 | 09/28/05 | VGQ1 | 450142512 | 300.00 |
| DELCO ELECTRONICS (Kokomo, IN) Bill to/Ship to Kokomo, IN | 0847 | 306428 | 225668 | 09/28/05 | VGQ1 | 450142512 | 300.00 |
| DELCO ELECTRONICS (Kokomo, IN) Bill to/Ship to Kokomo, IN | 0847 | 306829 | 226055 | 10/05/05 | VGQ1 | 450144417 | 935.00 |
| DELCO ELECTRONICS (Kokomo, IN) Bill to/Ship to Kokomo, IN | 0847 | 306859 | 226056 | 10/05/05 | VGQ1 | 450144417 | 935.00 |
| DELCO ELECTRONICS (Kokomo, IN) Bill to/Ship to Kokomo, IN | 0847 | 306935 | 226058 | 10/06/05 | VGQ1 | 450144417 | 435.00 |
| DELCO ELECTRONICS (Kokomo, IN) Bill to/Ship to Kokomo, IN | 0847 | 306905 | 226057 | 10/06/05 | VGQ1 | 450144417 | 935.00 |
| DELPHI DELCO ELECTRONICS (Kokomo, IN) Bill to IN, Ship to El Paso,TX for import to MX | 2309 | 306265 | 225525 | 09/26/05 | RQV1 | 450140327 | 727.50 |
| DELPHI DELCO ELECTRONICS (Kokomo, IN) Bill to IN, Ship to El Paso,TX for import to MX | 2309 | 306266 | 225526 | 09/26/05 | RQV1 | 450140327 | 727.50 |
| DELPHI DELCO ELECTRONICS (Kokomo, IN) Bill to IN, Ship to El Paso,TX for import to MX | 2309 | 306353 | 225642 | 09/27/05 | RQV1 | 450140238 | 727.50 |
| DELPHI DELCO ELECTRONICS (Kokomo, IN) Bill to IN, Ship to El Paso,TX for import to MX | 2309 | 306843 | 226054 | 10/05/05 | RQV1 | 450144501 | 727.50 |
| DELPHI DELCO ELECTRONICS (Kokomo, IN) Bill to IN, Ship to El Paso,TX for import to MX | 2309 | 307150 | 226380 | 10/07/05 | RQV1 | 450146377 | 727.50 |
| DELPHI DELCO ELECTRONICS (Kokomo, IN) Bill to IN, Ship to El Paso,TX for import to MX | 2309 | 307133 | 226381 | 10/07/05 | RQV1 | 450146377 | 727.50 |
| DELPHI DELCO / SETECH (Kokomo, IN) Bill to/Ship to IN | 1637 | 306701 | 225925 | 09/30/05 | VGQ1 | 127450 | 435.00 |
| DELPHI DELCO / SETECH (Kokomo, IN) Bill to/Ship to IN | 1637 | 306705 | 225924 | 09/30/05 | VGQ1 | 127450 | 435.00 |
| DELPHI DELCO ELECTRONICS de MEXICO Bill to/Ship to El Paso TX, Ship to Los Indios, TX for import to MX | 0196 | 306407 | 225672 | 09/27/05 | RQV1 | 58N06355 | 727.50 |
| DELPHI DELCO ELECTRONICS de MEXICO Bill to/Ship to El Paso TX, Ship to Los Indios, TX for import to MX | 0196 | 306437 | 225707 | 09/28/05 | RQV1 | 58N06358 | 727.50 |
| DELPHI DELCO ELECTRONICS de MEXICO Bill to/Ship to El Paso TX, Ship to Los Indios, TX for import to MX | 0196 | 306465 | 225705 | 09/28/05 | RQV1 | 58N06358 | 727.50 |
| DELPHI DELCO ELECTRONICS de MEXICO Bill to/Ship to El Paso TX, Ship to Los Indios, TX for import to MX | 0196 | 306763 | 226008 | 10/04/05 | RQV1 | 58N06372 | 727.50 |
| DELPHI DELCO ELECTRONICS de MEXICO Bill to/Ship to El Paso TX, Ship to Los Indios, TX for import to MX | 0196 | 306764 | 226007 | 10/04/05 | RQV1 | 58N06372 | 727.50 |
| DELPHI DELCO ELECTRONICS de MEXICO Bill to/Ship to El Paso TX, Ship to Los Indios, TX for import to MX | 0196 | 307014 | 226009 | 10/06/05 | RQV1 | 75N06722 | 250.00 |
| DELPHI DELCO ELECTRONICS de MEXICO Bill to/Ship to El Paso TX, Ship to Los Indios, TX for import to MX | 0196 | 307011 | 226254 | 10/06/05 | RQV1 | 75N06722 | 250.00 |
| DELPHI MECHATRONICS SYSTEMS Bill to/Ship to Brownsville, TX for import to MX | 1648 | 306257 | 225523 | 09/26/05 | SOM5 | 9571-669402 | 400.00 |
| DELPHI MECHATRONICS SYSTEMS Bill to/Ship to Brownsville, TX for import to MX | 1648 | 306294 | 225522 | 09/26/05 | SOM5 | 9571-669402 | 900.00 |
| DELPHI MECHATRONICS SYSTEMS Bill to/Ship to Brownsville, TX for import to MX | 1648 | 306337 | 225524 | 09/26/05 | SOM5 | 9571-669402 | 900.00 |
| DELPHI MECHATRONICS SYSTEMS Bill to/Ship to Brownsville, TX for import to MX | 1648 | 307136 | 226101 | 10/07/05 | SOM5 | 9571-669421 | 900.00 |
| DELPHI MECHATRONICS SYSTEMS Bill to/Ship to Brownsville, TX for import to MX | 1648 | 307107 | 226102 | 10/07/05 | SOM5 | 9571-669421 | 400.00 |
| | | | | | | | 16,712.50 |