# TAFT, STETTINIUS & HOLLISTER LLP

3500 BP TOWER
200 PUBLIC SQUARE
CLEVELAND, OHIO 44114-2302
216-241-2838
FAX: 216-241-3707
www.taftlaw.com

CINCINNATI, OHIO OFFICE
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838
FAX: 513-381-0205

COLUMBUS, OHIO OFFICE
TWELFTH FLOOR
21 EAST STATE STREET
COLUMBUS, OHIO 43215-4221
614-221-2838
FAX: 614-221-2007

DAYTON, OHIO OFFICE
SUITE 900
110 NORTH MAIN STREET
DAYTON, OHIO 45402-1766
937-228-2838
FAX: 937-228-2816

NORTHERN KENTUCKY OFFICE
SUITE 340
1717 DIXIE HIGHWAY
COVINGTON, KENTUCKY 41011-4704
859-331-2838
513-381-2838
FAX: 513-381-6613

WILLIAM J. STAVOLE
(216) 706-3871
wstavole@taftlaw.com

October 20, 2005

**VIA FEDERAL EXPRESS**

Kathleen Farrell-Willoughby
Clerk of Court
U.S. Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004

    Re:    *In re: Delphi Corporation, et al., Debtors.*
            U.S. Bankruptcy Court, Southern District of New York
            Case No. 05-44481

Dear Ms. Farrell-Willoughby:

    Enclosed please find an original and two copies of a Motion for Admission to Practice Pro Hac Vice and Order of Admission to Practice Pro Hac Vice, along with the required filing fee of $25.00. Please file the original, stamp one of the copies with the time and date of filing, and return that copy to me in the enclosed envelope.

    I appreciate your assistance with this matter. Please feel free to contact me at 216-706-3871 if you have any questions.

Very truly yours,

*William J. Stavole*

[Stamp: OCT 21 2005 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK]

WJS/sms
Enclosure

{K0236685.1}

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

In re: Delphi Corporation, et al.

                                                          In re: Case No. 05-44481
                                                          Chapter 11
                            Debtor.
----------------------------------------------------------------x




                            Plaintiff           Adversary Proceeding
                                                Case No.

              v.





                            Defendant
----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, __William J. Stavole__, a member in good standing of the bar in the State of __Ohio__, or of the bar of the U.S. District Court for the __Northern__ District of __Ohio__, request admission, *pro hac vice*, before the Honorable __Robert D. Drain__, to represent __Koyo Corporation U.S.A.__, a __Creditor__ in the above referenced [X] case [ ] adversary proceeding.

My: address is __Taft, Stettinius & Hollister LLP, 3500 BP Tower, 200 Public Sq., Cleveland, OH 44114__

e-mail address is __wstavole@taftlaw.com__ telephone number is __216-241-2838__

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Dated:

                                    _____
                                    William J. Stavole (Ohio Bar I.D. No. 0040828)
                                    Taft, Stettinius & Hollister LLP
                                    3500 BP Tower, 200 Public Square
                                    Cleveland, OH 44114
                                    Phone: 216-241-2838 / Fax: 216-241-3707

                                    (ECF password and login for S.D. N.Y. Bankruptcy
                                    Court previously issued.)

RECEIVED
OCT 21 2005
U.S BANKRUPTCY COURT
SO. DIST. OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re: Delphi Corporation, et al.

                                                                                            In re: Case No. 05-44481
                                                                                            Chapter  11

                     Debtor.
-----------------------------------------------------------X

                    Plaintiff                       Adversary Proceeding
                                                                  Case No.

     v.

                    Defendant
-----------------------------------------------------------X

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

I, William J. Stavole, a member in good standing of the bar in the State of Ohio, or of the bar of the U.S. District Court for the Northern District of Ohio, having request admission, *pro hac vice*, to represent Koyo Corporation U.S.A., a Creditor, in the above referenced [X] case [ ] adversary proceeding.

**ORDERED,**

that William J. Stavole, Esq., is admitted to practice, *pro hac vice*, in the above referenced [X] case [ ] adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:

       New York, New York   /s/_____

                                                 UNITED STATES BANKRUPTCY JUDGE