UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                      :
      In re                           :    Chapter 11
                                      :
DELPHI CORPORATION, et al.,           :    Case No. 05-44481
                                      :
                  Debtors.            :    (Jointly Administered)
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL[1]

STATE OF INDIANA        )
                        )  ss:
COUNTY OF PORTER        )

Domenica N.S. Hartman, being duly sworn, deposes and says:

1. I am a principal of Hartman & Hartman, PC ("H&H") which firm maintains office at 552 East 700 North, Valparaiso, Indiana, 46383, and 15 North Franklin Street, Suite 250, Valparaiso, Indiana, 46383.

2. Neither I, "H&H", nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3. "H&H", has represented and advised the Debtors in Patent Law matters with respect to a broad range of aspects of the Debtors' businesses.

4. The Debtors has requested, and "H&H" has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and "H&H" proposes, to render the following services to the Debtors: Preparation and Prosecution of Patent Applications and related maters.

---

[1]  Only application to attorneys rendering legal services to the Debtors

1


RECEIVED
OCT 21 2005
U.S. BANKRUPTCY
SO. DIST. OF

5.  "H&H"'s current fees arrangement is hourly and billed as the work is completed.

6.  Except as set forth herein, no promises have been received by "H&H" or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7.  "H&H" has no agreement with any entity to share with such entity any compensation by "H&H".

8.  "H&H" and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. "H&H" does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9.  Neither I, "H&H", nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which "H&H" is to be engaged.

10. The foregoing constitutes the statement of "H&H" pursuant to section 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

_[signature]_
Domenica N.S. Hartman

Subscribed and sworn before me
this  20  day of  October , 2005

_[signature]_
Notary Public

Notary Public - State of Indiana
Porter County
My Commission Expires
February 5, 2012