

**PEC of America Corp**
2297 Noils Bohr, CT, STEE100
San Diego, CA 92154]
TELPHONE (619) 671-7850
Facsimile (619) 671-7854

October 18, 2005

Delphi Corporation
5725 Delphi Drive 483-400-216
Troy, MI 48098-2815

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O.Box 431, Warren, Ohio 44486

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn: Kayalyn Al Marafioti, Esq. (KM93632)
    Thomas J. Matz, Esq. (TM5986)

c.c.  United State Bankruptcy Court
    Southern District of New York
    One Bowling Green, New York, NY 10004

c.c. Delphi Packard ELECTRIC SYSTEMS
    48 Walter Jones Blvd, El Paso TX 79906

   In re : Delphi Corporation et al.(collectively the "Debtors),
      Case No. 05-44481 (RDD)

Reclamation Demand of PEC of America Corporation

Gentlemen:

   Pursuant to 2-702 of the Uniform Commercial Code, 11 U.S.C. section 546(c) and applicable law, we, PEC of America Corporation, hereby demands reclamation of the goods (hereafter "the Goods") described in the attached hereto, each of which was delivered and received during the period September 28, 2005 through October 8, 2005 by to Delphi Packard Electric Systems 48 Walter Jones BLVD, El Paso TX 79906 of Delphi Automotive Systems LLC. The documents and invoice numbers for the goods delivered, the quantities shipped and the amount owed are set forth on the attached documents.

   The goods were sold on credit and were received by the Debtor while they were insolvent. The aggregate amount due and owing to PEC of America Corporation for the



Goods delivered during the period September 28, 2005 through October 8, 2005 is US$ 90,096.90 plus applicable interest and costs.

    PEC of America Corporation demands reclamation of the goods and that they be returned to PEC of America Corporation or alternatively, that they be segregated and made available for pick-up by PEC of America Corporation or its agent. In the event that Debtor refuse or fail to permit reclamation of the Goods, PEC of America Corporation demands that it be granted a lien equal to the full amount of amount owed to it in respect of the Goods or, alternatively that it be allowed and paid an administrative priority claim in that amount pursuant to 11 U.S.C. section 503(b).

    PEC of America Corporation reserves the right to supplement or amend this Reclamation Demand (including the submission of additional evidence in support hereof) or to make additional reclamation demands or claims and further reserves all other claims and rights it may have. The submission of this Reclamation Demand is not intended to be, and shall not constitute or be construed as, an election of remedies, a waiver of any past present or future defaults or a waiver or limitation of any rights or remedies of PEC of America Corporation.

    We appreciate your prompt attention and cooperation in this matter.

Very truly yours,

By *(signature)*
*Hisashi Ishiguro,*
Secretary, PEC of America Corp

Attached Sheet of Reclamation Demand of PEC of America Corporation under Case No. 05-44481

## Company : Delphi Packard Electric System
## Shipping address: 48 Walter Jones Blvd. El Paso TX 79906
## Purchase Order: P4420077

| Decor Document No. | Document Date | Invoice No./PL | Quantity shipped | Invoice Amount |
|---|---|---|---|---|
| '3K9898900050928 | 9/28/2005 | 65593 | 1,000 | $715.80 |
| '3H3431400050928 | 9/28/2005 | 65796 | 4,000 | $477.20 |
| '3H3430900050928 | 9/28/2005 | 65797 | 4,000 | $477.20 |
| '3H3431000050928 | 9/28/2005 | 65798 | 4,000 | $477.20 |
| '3H3431100050928 | 9/28/2005 | 65799 | 10,000 | $250.00 |
| '3H3431200050928 | 9/28/2005 | 65800 | 5,000 | $125.00 |
| '3H3431300050928 | 9/28/2005 | 65801 | 500 | $162.50 |
| '3H3447900050928 | 9/28/2005 | 65871 | 2,000 | $238.60 |
| '3H3448000050928 | 9/28/2005 | 65872 | 4,000 | $477.20 |
| '3H3448100050928 | 9/28/2005 | 65873 | 5,000 | $125.00 |
| '3H3448200050928 | 9/28/2005 | 65874 | 5,000 | $125.00 |
| '3H3448300050928 | 9/28/2005 | 65875 | 500 | $162.50 |
| '3K9889700050928 | 9/28/2005 | 65876 | 2,000 | $238.60 |
| '3K9889800050928 | 9/28/2005 | 65877 | 30,000 | $3,579.00 |
| '3K9889900050928 | 9/28/2005 | 65881 | 38,000 | $4,533.40 |
| '3K9890000050928 | 9/28/2005 | 65882 | 10,000 | $1,193.00 |
| '3H3447800050928 | 9/28/2005 | 65993 | 500 | $162.50 |
| '3K9908900050929 | 9/29/2005 | 66007 | 36,000 | $4,294.80 |
| '3K9931800050930 | 9/30/2005 | 66010 | 24,000 | $2,863.20 |
| '3K9923900050930 | 9/30/2005 | 66100 | 140,000 | $16,702.00 |
| '3K9924000050930 | 9/30/2005 | 66101 | 56,000 | $6,680.80 |
| '3K9924100050930 | 9/30/2005 | 66102 | 6,000 | $715.80 |
| '3K9924200050930 | 9/30/2005 | 66103 | 44,000 | $5,249.20 |
| '3H3456400051001 | 10/1/2005 | 65870 | 2,000 | $238.60 |
| '3H3456600051001 | 10/1/2005 | 65995 | 6,000 | $715.80 |
| '3H3456700051001 | 10/1/2005 | 66096 | 1,500 | $487.50 |
| '3H3451500051003 | 10/3/2005 | 66000 | 4,000 | $477.20 |
| '3H3451600051003 | 10/3/2005 | 66002 | 10,000 | $250.00 |
| '3H3451700051003 | 10/3/2005 | 66003 | 10,000 | $250.00 |
| '3H3451800051003 | 10/3/2005 | 66004 | 5,000 | $125.00 |
| '3H3451900051003 | 10/3/2005 | 66005 | 1,000 | $325.00 |
| '3H3454900051003 | 10/3/2005 | 66097 | 2,000 | $238.60 |
| '3H3453200051003 | 10/3/2005 | 66098 | 10,000 | $250.00 |
| '3H3454400051003 | 10/3/2005 | 66196 | 500 | $162.50 |
| '3H3454300051003 | 10/3/2005 | 66197 | 12,000 | $633.60 |
| '3H3454200051003 | 10/3/2005 | 66198 | 2,000 | $238.60 |
| '3H3454100051003 | 10/3/2005 | 66199 | 10,000 | $250.00 |
| '3H3454000051003 | 10/3/2005 | 66200 | 10,000 | $250.00 |
| '3H3453900051003 | 10/3/2005 | 66201 | 500 | $162.50 |
| '3H3455000051003 | 10/3/2005 | 66313 | 10,000 | $250.00 |
| '3H3455100051003 | 10/3/2005 | 66315 | 5,000 | $125.00 |
| '3K9962500051004 | 10/4/2005 | 66202 | 48,000 | $5,726.40 |
| '3K9962600051004 | 10/4/2005 | 66203 | 4,000 | $477.20 |
| '3K9962700051004 | 10/4/2005 | 66204 | 16,000 | $1,908.80 |
| '3K9962400051004 | 10/4/2005 | 66322 | 34,000 | $4,056.20 |
| '3K9962300051004 | 10/4/2005 | 66323 | 8,000 | $954.40 |
| '3K9968700051004 | 10/4/2005 | 66412 | 2,000 | $238.60 |
| '3K9968300051004 | 10/4/2005 | 66413 | 106,000 | $12,645.80 |
| '3K9968400051004 | 10/4/2005 | 66415 | 8,000 | $954.40 |
| '3K9968500051004 | 10/4/2005 | 66416 | 24,000 | $2,863.20 |



| | | | | |
|---|---|---|---|---|
| '3H3468000051006 | 10/6/2005 | 66308 | 2,000 | $238.60 |
| '3H3468100051006 | 10/6/2005 | 66311 | 2,000 | $238.60 |
| '3H3468200051006 | 10/6/2005 | 66318 | 500 | $162.50 |
| '3H3473800051006 | 10/6/2005 | 66406 | 1,000 | $325.00 |
| '3H3473900051006 | 10/6/2005 | 66407 | 6,000 | $715.80 |
| '3H3473600051006 | 10/6/2005 | 66410 | 25,000 | $625.00 |
| '3H3473700051006 | 10/6/2005 | 66411 | 5,000 | $125.00 |
| '3H3474000051006 | 10/6/2005 | 66417 | 8,000 | $954.40 |
| '3O0000600051006 | 10/6/2005 | 66508 | 2,000 | $238.60 |
| '3O0000700051006 | 10/6/2005 | 66510 | 6,000 | $715.80 |
| '3O0000800051006 | 10/6/2005 | 66513 | 4,000 | $477.20 |
| Total Amount | | | | $90,096.90 |

*[signature]*
by Hisashi Ishiguro
Secretary
PEC of Amrica Corp
October 18, 2005