

166 FRELINGHUYSEN AVENUE, NEWARK, NEW JERSEY 07114-1694
973-242-2200 • 800-832-BAGS (2247) • FAX 973-242-1044
Sales - sales@pabco.com   Customer Service - service@pabco.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

In re:                                    Case No. 05-44481 (RDD)
                                          Chapter 11 Cases
    DELPHI CORPORATION, et al             Jointly Administered

                Debtors

------------------------------------------------X

### NOTICE OF RECLAMATION DEMOAND OR, ALTERNATIVELY, REQUEST FOR PRIORITY CLAIM OR LIEN TREATMENT OF PABCO INDUSTRIES, LLC

Pabco Industries, LLC submits this Notice of Reclamation Demand, or Alternatively, Request for Priority Claim or Lien Treatment and respectfully states:

1. On October 8, 2005 (the "Petition Date"), Delphi Corporation and certain of its affiliates and subsidiaries (collectively, the "Debtors of Delphi") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. Sec. 101 et. seq. (the "Bankruptcy Code").

2. Prior to the Petition Date, Pabco Industries, LLC supplied certain of the debtors with goods and products used by the Debtors in their business. The amount due from Delphi to Pabco Industries, LLC for goods received by Delphi within the ten days prior to petition date is $1,237.50. Copies of invoices identifying the goods subject to Pabco Industries, LLC right of reclamation are attached hereto as Exhibits "1" through "3". Additionally, each of the bags sold have our name and phone number printed on the bottom of each individual bag.

**QUALITY PLASTIC BAGS**
*"Our customers think we're thick and we're proud of it"*

RECEIVED
OCT 21 2005
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

3. Without waiving any other rights it may have, Pabco Industries, LLC herby demands reclamation of the good identified on Exhibits "1" through "3", pursuant to Section 2-702 on the Uniform Commercial Code and Section 546(c) of the Bankruptcy Code. In the alternative, Pabco Industries demands a priority claim or lien in the amount of $1,237.50.

Dated: Newark, New Jersey
October 20, 2005

PABCO INDUSTRIES, LLC

By: RICHARD SHERMAN
Managing Member

# PABCO INDUSTRIES, LLC

166 FRELINGHUYSEN AVENUE
NEWARK, NJ 07114-1694
(800) 832-BAGS (2247)
(973) 242-2200 • FAX: (973) 242-1044

Sales – *sales@pabco.com*
Customer Service – *service@pabco.com*

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/28/05 | 86233 | 1 |

Terms:  NET 30 DAYS
Due date:  10/28/05

### BILL TO
SETECH INC.
P.O. Box 131090
DAYTON, OH  45413

### SHIP TO
SETECH INC
2701 HOME AVE-20/BISH AVE
(DELPHI/HOME AVE PLANT)
DAYTON, OH  45417

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES REP | PURCHASE ORDER NO. | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|---|
| 86233 | 09/27/05 | SETECH | HSE | 125648 | ASAP | CENTRAL TRANSPO |

| QUANTITY ORDERED / QUANTITY SHIPPED | UNIT | ITEM NO. / QUANTITY BACK ORDERED | ITEM DESCRIPTION | PRICE UNIT / ITEM DISCOUNT | UNIT PRICE / EXTENDED PRICE |
|---|---|---|---|---|---|
| 66 / 66 | BDL | 602 | 2-PLY PAPER LEAF BAGS 50/BDL | BDL | 18.75 / 1,237.50 |

|  |  |
|---|---|
| SALES AMOUNT | 1,237.50 |
| MISC CHARGES | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| TOTAL | 1,237.50 |
| PAYMENT REC'D | 0.00 |
| BALANCE DUE | 1,237.50 |

**OFFICE COPY**

1½% PER MONTH CHARGED ON ALL BALANCES
OVER 30 DAYS (18% PER ANNUM).

YOU ARE RESPONSIBLE FOR A $25.00 FEE FOR ALL
DISHONORED CHECKS.

CUSTOMERS WILL BE RESPONSIBLE FOR ALL COLLECTION
FEES, LEGAL FEES, COURT COSTS & SIMILAR EXPENSES
INCURRED IN ORDER TO COLLECT PAST DUE ACCOUNTS.

ALL RETURNS REQUIRE A
RETURN MERCHANDISE AUTHORIZATION.
RE-STOCKING CHARGES MAY APPLY.

**ISSA MEMBER**
The Experts
on Cleaning and Maintenance

.IT BILL OF LADING—SHORT FORM—ORIGINAL—NOT NEGOTIABLE

DESIGNATE WITH AN (X)
BY TRUCK ☐   FREIGHT ☐

..D, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
..property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract
.. meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as
to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of
the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed
to by the shipper and accepted for himself and his assigns.

From: **PABCO INDUSTRIES, LLC**
166 Frelinghuysen Ave.
At: Newark, NJ 07114

DATE: 9/28/05
SHIPPER'S NO.: 86233

CARRIER ↓
BY: CENTRAL TRANSPORT

CONSIGNEE AND DESTINATION:
SETECH/DELPHI E & C
HOME AVE
2701 HOME AVE BLDG 5/MAIN RECV.
DAYTON, OH 45417

| NO. PACKAGES | HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | ERG # | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ |
|---|---|---|---|---|---|---|
| 66 BDLS | | PAPER BAGS ITEM# 602 50 BAGS PER BUNDLE | | 2000# | 55 | |
| 2 SKID | | | | | | |
| | | FREIGHT COLLECT | | | | |
| | | PO# 125648 | | | | |

Per **PABCO INDUS.**

Driver's Signature: (signed) 9-28-05
2SKDS (66 BdLs)

Driver's Signature Only Acknowledges Receipt of Freight

**070-415265-8**
SHIPPER LABEL
Central Transport

PABCO INDUSTRIES, LLC
166 Frelinghuysen Ave., Newark, NJ 07114
Permanent post-office address of shipper

FORM 1200, RAPIDFORMS, INC. THOROFARE, NJ 08086-0499

1

```
BILL TO:                       Purchase Order: 125648
  Setech Inc.                           Page: 1                      Attn:
  PO Box 131090                         Date: 09/26/05
  Dayton OH 45413                      Buyer: Lu Ann Adkins
  (937) 455-7543
                                    Ship Via: Delphi Routing
                                      F.O.B.: Consignee
                  5488                 Terms: 2nd Day/2nd Mth       Net 60 Days.

VENDOR:                        SHIP TO:
==============================  ==============================
  LINDA                          Setech/Delphi E&C
  PABCO INDUSTRIES               Home Avenue
  166 FRELINGHUYSEN AVENUE       2701 Home Ave
  NEWARK NJ 07114-1694           Bldg 5/Main Receiving
                                 Dayton OH 45417
                                 937-455-5482

----------------------------------------------------------------
REMIT TO: --- please accept our purchase order subject to conditions below
----------------------------------------------------------------
                         Our order/job number must appear
                         on invoice, B/L bundles, cases,
                         packing list and correspondence.
----------------------------------------------------------------
Line    Qty Ord   Qty Due   Item Description    Due Date    Unit Price/Ext
----------------------------------------------------------------
  1      66.000              0030 9086                         $18.75000
                  66.000     40 Bundles per Pallet (4/1/05)     $1,237.50
                             BND                  10/03/05

            BAG, 50# LEAF BAG 16" x 12" x 35"


Terms & Conditions Version 05 Effective 08/01/2005 Apply.
Notify SETECH of ALL Part Number/Price/Delivery differences.
Please notify by E-Mail or Fax.  Failure to do so will delay payment.
                                       Total:       $1,237.50
```

Issued by SETECH, Inc. as agent for Delphi Corporation.