BURR & FORMAN LLP
420 North 20th Street
Suite 3100
Birmingham, Alabama 35203
(205) 251-3000
Michael Leo Hall

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------
                                                :
   In re                                        :    Chapter 11
                                                :
DELPHI CORPORATION et al.,                      :    Case No. 05-44481 (RDD)
                                                :
   Debtors.                                     :    (Jointly Administered)
---------------------------------------------

## VERIFIED FEDERAL BANKRUPTCY RULE OF PROCEDURE 2019 STATEMENT OF BURR & FORMAN LLP

Pursuant to Federal Rule of Bankruptcy Procedure 2019, Burr & Forman LLP ("Burr & Forman") submits this verified statement and represents as follows:

1.  Burr & Forman LLP currently represents the following creditors and parties-in-interest in the above-styled case:

   (a)   Mercedes-Benz U.S. International, Inc. ("MBUSI")
         1 Mercedes Drive
         Vance, AL 35490

   (b)   Hyundai Motor Manufacturing of Alabama, Inc. ("Hyundai")
         700 Hyundai Blvd.
         Montgomery, AL 36105

   (c)   Citation Corporation ("Citation")
         2700 Corporate Drive
         Suite 100
         Birmingham, AL 35242

   (d)   Futaba Corporation of America ("FCA")
         2865 Wall Triana Hwy.
         Huntsville, AL 35824

1406247

2. Citation and Futaba are both suppliers to one or more of the Debtors. Citation and its affiliates are owed in excess of $1,400,000 for goods shipped to the Debtors pre-petition. FCA and its affiliates are owed in excess of $6,600,000 for goods shipped to the Debtors pre-petition.

3. MBUSI and Hyundai are both customers of one or more of the Debtors. MBUSI and Hyundai may hold rights of setoff against the Debtors.

4. Burr & Forman is representing each of the listed parties-in-interest individually in the Debtors' cases; the clients do not compromise a committee.

5. Burr & Forman has no written contracts with the entities described in paragraph 1, other than ordinary retainer/engagement letters.

6. Burr & Forman does not hold any claim against, or equity interest in, the Debtors.

7. Burr & Forman hereby expressly reserves the right to supplement and/or amend this statement in any respect.

I verify under penalty of perjury that the foregoing is true and correct.

Dated: Birmingham, Alabama
October 24, 2005

>BURR & FORMAN LLP
>
> By:/s/ Michael Leo Hall
> Michael Leo Hall (pro hac vice motion pending)
>
> 420 North 20th Street
> Suite 3100
> Birmingham, Alabama 35203
> (205) 251-3000

1406247                                    2

**CERTIFICATE OF SERVICE**

  I hereby certify that I have served a copy of the foregoing document on the following parties via electronic-mail or facsimile, and on all parties receiving electronic notice via the ECF system, on this the 24th day of October, 2005:

  John Wm. Butler, Jr., Esq.
  Attorney for the Debtors
  Skadden, Arps, Slate, Meagher & Flom LLP
  333 West Wacker Drive
  Chicago, Illinois 60606
  fax: (312) 407-0411
  jbutler@skadden.com

  Douglas P. Bartner, Esq.
  Attorney for the Debtors
  Shearman & Sterling LLP
  599 Lexington Avenue
  New York, New York 10022
  fax: (212) 848-7179
  dbartner@shearman.com

  Donald S. Bernstein, Esq.
  Attorney for the Agent and the Joint Lead Arrangers
  Davis, Polk & Wardwell
  450 Lexington Avenue
  New York, New York 10017
  fax: (212) 450-3800
  donald.bernstein@dpw.com

  Kenneth S. Ziman, Esq.
  Robert H. Trust, Esq.
  Attorneys for the Pre-Petition Agent
  Simpson Thacher & Bartlett LLP
  425 Lexington Avenue
  New York, New York 10017
  fax: (212) 455-2502
  kziman@stblaw.com
  rtrust@stblaw.com

  Office of the United States Trustee for the
  Southern District of New York
  Attn: Alicia M. Leonhard, Esq.
  33 Whitehall Street
  New York, NY 10004
  fax: (212) 668-2255

Robert Rosenberg
Latham & Watkins LLP
85 Third Avenue
Suite 1000
New York, NY 10022
robert.rosenberg@lw.com

/s/ Michael Leo Hall
OF COUNSEL

1406247                                          4