## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-44481 |
| | ) | |
| DELPHI CORP. | ) | JUDGE DRAIN |
| | ) | |
| DEBTOR. | ) | **MOTION FOR RECLAMATION** |
| | ) | |

National Paper & Packaging Corp. ("National"), by and through its undersigned attorneys, for its Motion for Reclamation (the "Motion"), respectfully represents:

1.     On or about October 8, 2005 Delphi Corp. and its affiliates (the "Debtor") filed its Chapter 11 petition in the United States Bankruptcy Court for the Southern District of New York and has continued as debtor in possession.

2.     At various times from September 27, 2005 through and including October 7, 2005 the Debtor received from National certain product including, but not limited to, polypropylene bags, cohesive bubbles, plastic and resin products and tape described in certain electronic transaction corresponding to the invoice ledger attached hereto collectively as Exhibit A (the "Goods").[1]

3.     Attached hereto as Exhibits B and C are the invoices that support the entries on Exhibit A.[2]

4.     National shipped the Goods to the Debtor on credit. The Debtor was insolvent at the time it received the Goods and has not paid National for the Goods.

---

[1] Exhibit A represents Goods received from National by the Debtor for September 27, 2005 through October 7, 2005. Exhibit A shows 108 invoice entries for shipments at issue as represented by Invoice Numbers 026000 through 031078. Although the Invoice Numbers are ascendant, they are not sequential.

[2] Exhibit B contains 104 invoices in ascendant order, and Exhibit C contains 4 invoices in ascendant order following those on Exhibit B.

RECEIVED
OCT 2 1 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

5.    On October 17, 2005 National made a written demand for reclamation pursuant to

Section 546(c) of title 11 of the United States Code (the "Bankruptcy Code") (the "Reclamation

Demand") with respect to the Goods. A copy of the Reclamation Demand is attached hereto as

Exhibit D. On October 19, 2005 National supplemented its demand for reclamation as per Exhibit

E attached hereto. As of the date hereof, the Debtor has not returned the Goods National or paid

National for the Goods.

WHEREFORE, NATIONAL respectfully requests that this Court enter an Order:

1.    Authorizing the reclamation of the Goods;

2.    Enjoining the Debtor from selling any of the Goods in its possession until further
      Order of this Court;

3.    Directing the Debtor to abandon, turn over and physically deliver the Goods in its
      possession and, to the extent that the Goods have been sold or otherwise disposed
      of, requiring the Debtor to turn over the proceeds of the Goods;

4.    In the alternative, granting National an administrative claim as provided for in
      Section 546(c)(2) of the Bankruptcy Code in such an amount to adequately protect
      its interest in the Goods; and

5.    Granting National such other and further relief as is just and proper.

Dated: October 19, 2005                      Respectfully submitted:


                                             /s/Thomas C. Pavlik, Esq.
                                             THOMAS C. PAVLIK  (0017305)
                                             SCOTT H. SCHARF (0046693)
                                             Novak, Robenalt, Pavlik & Scharf, LLP
                                             Skylight Office Tower #270
                                             1660 West Second Street
                                             Cleveland, Ohio  44113
                                             (216) 781-8700
                                             Attorneys for National Paper & Packaging Corp.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 19, 2005 the foregoing *Motion for Reclamation* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Thomas C. Pavlik, Esq.
Attorneys for National Paper & Packaging Corp.

| CUST | NAME | CUSTPO | INVOICE | INVDATE | TOTAL |
|---|---|---|---|---|---|
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 026000 | 9/27/2005 | 212.40 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 026001 | 9/27/2005 | 212.40 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 026002 | 9/27/2005 | 1,023.50 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 026003 | 9/27/2005 | 206.31 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 026004 | 9/27/2005 | 92.00 |
| 005188 | DELPHI PACKARD ELEC | PEDP43200 | 026005 | 9/27/2005 | 2,150.40 |
| 005188 | DELPHI PACKARD ELEC | PEDP43200 | 026006 | 9/27/2005 | 172.50 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 026007 | 9/27/2005 | 258.75 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 026008 | 9/27/2005 | 4,657.50 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 026009 | 9/27/2005 | 1,736.64 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 026011 | 9/27/2005 | 47.90 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 026012 | 9/27/2005 | 72.95 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 026013 | 9/27/2005 | 32.15 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 026632 | 9/28/2005 | 283.20 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 026633 | 9/28/2005 | 566.40 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 026634 | 9/28/2005 | 354.00 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 026635 | 9/28/2005 | 587.80 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 026636 | 9/28/2005 | 63.48 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 026637 | 9/28/2005 | 46.00 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 026638 | 9/28/2005 | 32.00 |
| 005188 | DELPHI PACKARD ELEC | PEDP43200 | 026639 | 9/28/2005 | 109.00 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 026640 | 9/28/2005 | 345.00 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 026641 | 9/28/2005 | 141.60 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 026642 | 9/28/2005 | 356.40 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 026643 | 9/28/2005 | 795.96 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 027560 | 9/29/2005 | 1,023.50 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 027561 | 9/29/2005 | 587.80 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 027562 | 9/29/2005 | 206.31 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 027563 | 9/29/2005 | 92.00 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 027564 | 9/29/2005 | 35.25 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 027565 | 9/29/2005 | 67.20 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 027566 | 9/29/2005 | 65.40 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 027567 | 9/29/2005 | 258.75 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 027568 | 9/29/2005 | 424.80 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 027569 | 9/29/2005 | 3,881.25 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 027570 | 9/29/2005 | 118.80 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 027571 | 9/29/2005 | 1,085.40 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 027572 | 9/29/2005 | 3,465.00 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 028244 | 9/30/2005 | 134.46 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 028705 | 10/3/2005 | 873.60 |
| 005188 | DELPHI PACKARD ELEC | PEDP43300 | 028705 | 10/3/2005 | 600.00 |



EXHIBIT
A

05-44401

Main Document

Doc 550

Filed 10/21/05

Entered 10/24/05

| CUSTID | NAME | | | CUSTPO | INVOICE | INVDATE | TOTAL |
|--------|--------|--------|------|----------|---------|-----------|---------|
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 028706 | 10/3/2005 | 142.83 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 028707 | 10/3/2005 | 46.00 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 028708 | 10/3/2005 | 47.00 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43200 | 028709 | 10/3/2005 | 160.00 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 028710 | 10/3/2005 | 345.00 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 028711 | 10/3/2005 | 258.75 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 028712 | 10/3/2005 | 1,035.00 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 028713 | 10/3/2005 | 70.80 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 028714 | 10/3/2005 | 65.40 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 028715 | 10/3/2005 | 356.40 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 028716 | 10/3/2005 | 65.40 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 028717 | 10/3/2005 | 129.00 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 028718 | 10/3/2005 | 129.00 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 028719 | 10/3/2005 | 43.60 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 028720 | 10/3/2005 | 47.90 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 028721 | 10/3/2005 | 72.95 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 028722 | 10/3/2005 | 44.50 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 028723 | 10/3/2005 | 95.22 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 028724 | 10/3/2005 | 92.00 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 028725 | 10/3/2005 | 65.40 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 028726 | 10/3/2005 | 258.75 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 028727 | 10/3/2005 | 258.75 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43324 | 028728 | 10/3/2005 | 424.80 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 028729 | 10/3/2005 | 3,622.50 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 029609 | 10/4/2005 | 945.00 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 029610 | 10/4/2005 | 238.05 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 029611 | 10/4/2005 | 47.00 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 029612 | 10/4/2005 | 65.40 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 029613 | 10/4/2005 | 172.50 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 029614 | 10/4/2005 | 776.25 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 029615 | 10/4/2005 | 212.40 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 029616 | 10/4/2005 | 517.50 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 029617 | 10/4/2005 | 118.80 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 029618 | 10/4/2005 | 1,293.75 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 029619 | 10/4/2005 | 125.45 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 029620 | 10/4/2005 | 2,634.45 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 029621 | 10/4/2005 | 2,634.45 |
| 005188 | DELPHI | PACKARD | ELEC | P1351813 | 029622 | 10/4/2005 | 808.32 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 029623 | 10/4/2005 | 72.95 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43300 | 029624 | 10/4/2005 | 32.15 |
| 005188 | DELPHI | PACKARD | ELEC | PEDP43200 | 029625 | 10/4/2005 | 150.00 |

September 30, 2002 Payable

| CUST# | NAME | CUST PO | INVOICE# | INVDATE | TOTAL |
|---|---|---|---|---|---|
| 05188 | DELPHI PACKARD ELEC | PEDP43200 | 029626 | 10/4/2005 | 5.00 |
| 05188 | DELPHI PACKARD ELEC | PEDP43300 | 030390 | 10/5/2005 | 126.96 |
| 05188 | DELPHI PACKARD ELEC | PEDP43300 | 030391 | 10/5/2005 | 172.50 |
| 05188 | DELPHI PACKARD ELEC | PEDP43300 | 030392 | 10/5/2005 | 258.75 |
| 05188 | DELPHI PACKARD ELEC | PEDP43300 | 030393 | 10/5/2005 | 141.60 |
| 05188 | DELPHI PACKARD ELEC | PEDP33300 | 030394 | 10/5/2005 | 1,552.50 |
| 05188 | DELPHI PACKARD ELEC | | 030395 | 10/5/2005 | 118.80 |
| 05188 | DELPHI PACKARD ELEC | PEDP43300 | 031060 | 10/6/2005 | 1,035.00 |
| 05188 | DELPHI PACKARD ELEC | PEDP43300 | 031061 | 10/6/2005 | 945.00 |
| 05188 | DELPHI PACKARD ELEC | PEDP43300 | 031062 | 10/6/2005 | 400.50 |
| 05188 | DELPHI PACKARD ELEC | PEDP43300 | 031063 | 10/6/2005 | 269.79 |
| 05188 | DELPHI PACKARD ELEC | PEDP43300 | 031064 | 10/6/2005 | 69.00 |
| 05188 | DELPHI PACKARD ELEC | PEDP43300 | 031065 | 10/6/2005 | 47.00 |
| 05188 | DELPHI PACKARD ELEC | PEDP43200 | 031066 | 10/6/2005 | 470.40 |
| 05188 | DELPHI PACKARD ELEC | PEDP43300 | 031067 | 10/6/2005 | 65.40 |
| 05188 | DELPHI PACKARD ELEC | PEDP43300 | 031068 | 10/6/2005 | 134.50 |
| 05188 | DELPHI PACKARD ELEC | PEDP43300 | 031069 | 10/6/2005 | 336.15 |
| 05188 | DELPHI PACKARD ELEC | PEDP43300 | 031070 | 10/6/2005 | 172.50 |
| 05188 | DELPHI PACKARD ELEC | PEDP43300 | 031071 | 10/6/2005 | 258.75 |
| 05188 | DELPHI PACKARD ELEC | PEDP43300 | 031072 | 10/6/2005 | 283.20 |
| 05188 | DELPHI PACKARD ELEC | PEDP43300 | 031073 | 10/6/2005 | 258.75 |
| 05188 | DELPHI PACKARD ELEC | PEDP43300 | 031074 | 10/6/2005 | 118.80 |
| 05188 | DELPHI PACKARD ELEC | PEDP43300 | 031075 | 10/6/2005 | 439.08 |
| 05188 | DELPHI PACKARD ELEC | PEDP43300 | 031076 | 10/6/2005 | 351.00 |
| 05188 | DELPHI PACKARD ELEC | PEDP53300 | 031077 | 10/6/2005 | 165.60 |
| 05188 | DELPHI PACKARD ELEC | PEDP43300 | 031078 | 10/6/2005 | 32.15 |

54,425.81

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

INVOICE

25401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 848-0000
PHONE (216) 514-7000
FAX (216) 514-7050

5308 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 089-4677
PHONE (614) 853-4834
FAX (614) 801-4887

ISO 9000
Certified/Registered 1997

| | |
|---|---|
| Invoice# | 026000 |
| Location# | 100 |
| Date | 09/27/05 |
| Page | 1 OF 1 |

P.O. Box 643784
Pittsburgh, PA 15264-3784
**      Reprint      **

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

** SHIP FEDEX NDA FOR WED 9/28 DEL!!!!
CISCO 60857
DOCK CODE 30 5700 CUAUHTEMOC

Ship To:
60606 DELPHI PACKARD ELECT. 30
EL PASO DIST. CTR. DOCK 30
48 WALTER JONES BLVD. DOCK 30
RECEIVING 24 HOURS A DAY
EL PASO, TX  79906

Cust P/O:PEDP4330069          Rep:108        Terms:NET 25 PROX
Ord-Date:09/16/05 Written:RBW Order#:970501 Ship Via:FEDERAL EXPRESS NEXT DAY
Shp-Date:09/27/05 Frt Terms:2    PREPAY & ALLOW    Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0008928 | 1800 | 1800 | 0 | 0.1180 | EA | 212.40 |
| POLY BAG 6"X50" .004 LDPE | | | | | | |
| 300/ROLL  600/CASE | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

EXHIBIT

B

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 212.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 212.40 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **          National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED.
NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.
Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

26401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 686-0300
PHONE (216) 514-7000
FAX (216) 514-7050

5800 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 929-4077
PHONE (614) 853-4884
FAX (614) 853-4887

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 026001 |
| Location# | 100 |
| Date | 09/27/05 |
| Page | 1 OF 1 |

P.O. Box 643784
Pittsburgh, PA 15264-3784
**        Reprint        **

** SHIP FEDEX 2ND DAY FOR THURS 9/29 DEL
CISCO 60857
DOCK CODE 30 5700 CUAUHTEMOC

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
60606 DELPHI PACKARD ELECT. 30
EL PASO DIST. CTR. DOCK 30
48 WALTER JONES BLVD. DOCK 30
RECEIVING 24 HOURS A DAY
EL PASO, TX  79906

---

Cust P/O:PEDP4330069            Rep:108            Terms:NET 25 PROX
Ord-Date:09/21/05 Written:GWP Order#:971871 Ship Via:FEDERAL EXPRESS 2ND DAY
Shp-Date:09/27/05 Frt Terms:2  PREPAY & ALLOW      Fob:DESTINATION

---

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0008928 | 1800 | 1800 | 0 | 0.1180 | EA | 212.40 |
| POLY BAG 6"X50" .004 LDPE | | | | | | |
| 300/ROLL  600/CASE | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

---

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 212.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 212.40 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **        National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED.    NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.    Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90ᵗʰ Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**          Reprint          **

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

23401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE  (800) 362-0000
PHONE      (216) 514-7000
FAX        (216) 514-7030

3300 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE  (800) 969-4077
PHONE      (614) 823-4884
FAX        (614) 855-4887

**INVOICE**

| | |
|---|---|
| Invoice# | 026002 |
| Location# | 100 |
| Date | 09/27/05 |
| Page | 1 OF 1 |

** MUST USE HEAT TREATED PALLETS **
CISCO: 60842 SAP# FV33
DOCK CODE 30 3300 RBE 4, JUAREZ

Ship To:
DELPHI PACKARD PLT 33 RBE IV
32 CELEBRITY WAGON PLT. 33
EL PASO, TX  79906

---

Cust P/O:PEDP4330069       Rep:108        Terms:NET 25 PROX
Ord-Date:09/26/05 Written:GWP Order#:973465 Ship Via:PJAX
Shp-Date:09/27/05 Frt Terms:8   3rd Party Billing    Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0005038 | 5750 | 5750 | 0 | 0.1780 | EA | 1,023.50 |
| POLY BAG 20"X48" .002 LDPE | | | | | | |
| 250/CS | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

---

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 1,023.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,023.50 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **          National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**       .Reprint        **

26601 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362 0900
PHONE      (216) 674 7000
FAX        (216) 514-7050

6259 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 889 4677
PHONE      (614) 823 4884
FAX        (614) 853-4527

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 026003 |
| Location# | 100 |
| Date | 09/27/05 |
| Page | 1 OF 1 |

** MUST USE HEAT TREATED PALLETS **
CISCO: 60842 SAP# FV33
DOCK CODE 30 3300 RBE 4, JUAREZ

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD PLT 33 RBE IV
32 CELEBRITY WAGON PLT. 33
EL PASO, TX  79906

Cust P/O:PEDP4330069        Rep:108        Terms:NET 25 PROX
Ord-Date:09/26/05 Written:GWP Order#:973467 Ship Via:PJAX
Shp-Date:09/27/05 Frt Terms:8  3rd Party Billing   Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0011596 | 1300 | 1300 | 0 | 0.1587 | EA | 206.31 |
| BUBBLE-OUT BAG 15"X17.5"-SPC+ | | | | | | |
| FLUSH CUT-NLNT-#449637-100/CS | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 206.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 206.31 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **         National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

| POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%. |
|---|---|---|

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**      Reprint      **

26401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362-9200
PHONE (216) 514-7000
FAX (216) 514-7060

9289 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 950-4677
PHONE (614) 853-4601
FAX (614) 853-4607

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 026004 |
| Location# | 100 |
| Date | 09/27/05 |
| Page | 1 OF 1 |

** MUST USE HEAT TREATED PALLETS **
CISCO: 60842 SAP# FV33
DOCK CODE 30 3300 RBE 4, JUAREZ

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD PLT 33 RBE IV
32 CELEBRITY WAGON PLT. 33
EL PASO, TX 79906

Cust P/O:PEDP4330069          Rep:108          Terms:NET 25 PROX
Ord-Date:09/26/05 Written:GWP Order#:973469 Ship Via:PJAX
Shp-Date:09/27/05 Frt Terms:8  3rd Party Billing    Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0011597<br>BUBBLE-OUT BAG 8.5x15.5"-SPC+<br>FLUSH CUT-NLNT-#449638-250/CS<br>CONF VIA TRADEBEAM | 1000 | 1000 | 0 | 0.0920 | EA | 92.00 |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 92.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 92.00 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **            National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Suction 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING
A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**    .Reprint    **

26401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE    (800) 362 0900
PHONE    (216) 514 7000
FAX    (216) 514-7050

6339 FISHER ROAD
COLUMBUS OHIO 43228
TOLL FREE (800) 969 4677
PHONE    (614) 853-4684
FAX    (614) 853-4887

ISO 9000

INVOICE

| | |
|---|---|
| Invoice# | 026005 |
| Location# | 100 |
| Date | 09/27/05 |
| Page | 1 OF 1 |

** MUST USE HEAT TREATED PALLETS **
CISCO: 60837  SAP# FV37
DOCK CODE 30 3700 RBE 9, JUAREZ

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
60606 DELPHI PACKARD ELECT. 30
EL PASO DIST. CTR. DOCK 30
48 WALTER JONES BLVD. DOCK 30
RECEVING 24 HOURS A DAY
EL PASO , TX  79906

Cust P/O:PEDP4320058      Rep:108        Terms:NET 25 PROX
Ord-Date:09/26/05 Written:GWP  Order#:973471 Ship Via:PJAX
Shp-Date:09/27/05 Frt Terms:8   3rd Party Billing   Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009113 | 9600 | 9600 | 0 | 0.2240 | EA | 2,150.40 |
| COHESIVE BUBBLE-1/2" 48"X125' | CPN~C0009113 | | | | | |
| SLIT 12"-CP20"-75PIECES/RL | | | | | | |
| ORDER ON BAR CODE LABEL IS | | | | | | |
| HAND WRITTEN BY NATIONAL PAPER | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 2,150.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,150.40 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **       National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED    NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.    Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.
SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING
A SupplyOne Company

*"Celebrating our 90th Year"*

26401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362-0000
PHONE (216) 514-7000
FAX (216) 514-7050

5200 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 589-4677
PHONE (614) 853-4684
FAX (614) 853-4697

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 026006 |
| Location# | 100 |
| Date | 09/27/05 |
| Page | 1 OF 1 |

P.O. Box 643784
Pittsburgh, PA 15264-3784
**       Reprint        **

** MUST USE HEAT TREATED PALLETS **
CISCO 60455
DOCK CODE 30 5000 PARRAL

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
60606 DELPHI PACKARD ELECTRIC
EL PASO DIST. CTR. DOCK 30
48 WALTER JONES BLVD. DOCK 30
RECEIVING 24 HOURS A DAY
EL PASO , TX  79906

---

Cust P/O:PEDP4330086          Rep:108          Terms:NET 25 PROX
Ord-Date:09/26/05 Written:GWP Order#:973473 Ship Via:PJAX
Shp-Date:09/27/05 Frt Terms:8   3rd Party Billing    Fob:DESTINATION

---

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009930 | 600 | 600 | 0 | 0.2875 | EA | 172.50 |
| BAG POLY 5-1/2X49" .005 CLR HI | | | | | | |
| SLIP 45 DEG ANGLE POR 600/CS | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

---

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 172.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 172.50 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **     National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.
SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90ᵗʰ Year"*

2641 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 562-0903
PHONE (216) 514-7000
FAX (216) 514-7030

5339 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 080-4877
PHONE (314) 853-4284
FAX (614) 853-4887

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 026007 |
| Location# | 100 |
| Date | 09/27/05 |
| Page | 1 OF 1 |

P.O. Box 643784
Pittsburgh, PA 15264-3784
**         Reprint         **

** MUST USE HEAT TREATED PALLETS **
CISCO 60455
DOCK CODE 30 5000 PARRAL

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
60606 DELPHI PACKARD ELECTRIC
EL PASO DIST. CTR. DOCK 30
48 WALTER JONES BLVD. DOCK 30
RECEIVING 24 HOURS A DAY
EL PASO , TX  79906

=================================================================

Cust P/O:BEDP4330086         Rep:108         Terms:NET 25 PROX
Ord-Date:09/26/05 Written:GWP Order#:973474 Ship Via:PJAX
Shp-Date:09/27/05 Frt Terms:8  3rd Party Billing     Fob:DESTINATION

=================================================================

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009942 | 900 | 900 | 0 | 0.2875 | EA | 258.75 |
| POLY BAG 5.5X43".005 CLR HI | | | | | | |
| SLIP 45 DEG ANGLE POR 900/CS | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

=================================================================

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 258.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 258.75 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **          National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
Pittsburgh, PA 15264-3784

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof.

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED.

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.

Service charge of 1-1/2% PER MONTH will be added to all past due amounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**        Reprint        **

25401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362 0800
PHONE   (216) 514-7000
FAX       (216) 514 7090

ISO 9000

5339 FISHER ROAD
COLUMBUS, OHIO 46228
TOLL FREE (800) 860 4877
PHONE   (614) 853 4884
FAX       (614) 853 4087

INVOICE

| | |
|---|---|
| Invoice# | 026008 |
| Location# | 100 |
| Date | 09/27/05 |
| Page | 1 OF 1 |

** MUST USE HEAT TREATED PALLETS **
CISCO: 60858 SAP# FV58
DOCK CODE 30 5800 MEOQUI

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
60606 DELPHI PACKARD ELECT. 30
EL PASO DIST. CTR. DOCK 30
48 WALTER JONES BLVD. DOCK 30
RECEIVING 24 HOURS A DAY
EL PASO, TX  79906

---

Cust P/O:PEDP4330086      Rep:108          Terms:NET 25 PROX
Ord-Date:09/26/05 Written:GWP Order#:973478 Ship Via:PJAX
Shp-Date:09/27/05 Frt Terms:8  3rd Party Billing    Fob:DESTINATION

---

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009942 | 16200 | 16200 | 0 | 0.2875 | EA | 4,657.50 |
| POLY BAG 5.5X43".005 CLR HI | | | | | | |
| SLIP 45 DEG ANGLE POR 900/CS | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

---

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 4,657.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,657.50 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **          National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                   Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED.    NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.    Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.
SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

2840 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362-9900
PHONE: (216) 514-7000
FAX: (216) 514-7050

5333 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 989-4877
PHONE (614) 853-4884
FAX (614) 853-4887

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 026009 |
| Location# | 100 |
| Date | 09/27/05 |
| Page | 1 OF 1 |

P.O. Box 643784
Pittsburgh, PA 15264-3784
**     .Reprint      **

IF SHIPPING UPS FRT TERMS ARE CONSIGNEE
** MUST USE HEAT TREATED PALLETS **
DOCK CODE 80 9296 ECCSA 8, VICTORIA 2

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
60502 DELPHI PACKARD ELECT. 80
92 9296 ECCSA 8, VICTORIA 2
RECEIVING DOCK 80
8802 KILLIAM INDUSTRIAL BLVD.
LAREDO, TX  78045

---

Cust P/O:PEDP4330075        Rep:108        Terms:NET 25 PROX
Ord-Date:09/26/05 Written:GWP Order#:973479 Ship Via:PJAX
Shp-Date:09/27/05 Frt Terms:8   3rd Party Billing     Fob:DESTINATION

---

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0010185 | 9600 | 9600 | 0 | 0.1809 | EA | 1,736.64 |
| POLY SLEEVE FLAT 5-1/2"X56" | | | | | | |
| .006 POR 200/RL 2RL/CS 400/CS | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

---

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 1,736.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,736.64 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **        National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

8640 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362 0900
PHONE (216) 514-7000
FAX (216) 914 7050

5339 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 869-4677
PHONE (614) 853-4484
FAX (614) 853-4087

ISO 9000

INVOICE

| | |
|---|---|
| Invoice# | 026011 |
| Location# | 100 |
| Date | 09/27/05 |
| Page | 1 OF 1 |

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**    Reprint    **

IF SHIPPING UPS FRT TERMS ARE CONSIGNEE

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD ELECTRIC PLT 19
1265 N. RIVER ROAD
DOCK 19 DEPT 1960
WARREN, OH  44483-1939

Cust P/O:PEDP4330077        Rep:108        Terms:NET 25 PROX
Ord-Date:09/26/05 Written:GWP Order#:973464 Ship Via:CLEVELAND NAPCO TRUCK
Shp-Date:09/28/05 Frt Terms:4   Delivered        Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009517 | 500 | 500 | 0 | 0.0958 | EA | 47.90 |
| POLY BAG 6-3/4X4-1/2X18" .004 | | | | | | |
| LDPE CLEAR 500/CS | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 47.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 47.90 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **        National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

| POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%. |
|---|---|---|

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**     Reprint     **

26407 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362-9600
PHONE (216) 514 7000
FAX (216) 514 7050

5330 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 989-4677
PHONE (614) 895-4884
FAX (614) 853-4887

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 026012 |
| Location# | 100 |
| Date | 09/27/05 |
| Page | 1 OF 1 |

IF SHIPPING UPS FRT TERMS ARE CONSIGNEE

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD ELECTRIC PLT 19
1265 N. RIVER ROAD
DOCK 19 DEPT 1960
WARREN, OH  44483-1939

Cust P/O:PEDP4330077        Rep:108        Terms:NET 25 PROX
Ord-Date:09/27/05 Written:RBW Order#:974480 Ship Via:CLEVELAND NAPCO TRUCK
Shp-Date:09/28/05 Frt Terms:4   Delivered         Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009522 | 500 | 500 | 0 | 0.1459 | EA | 72.95 |

POLY BAG 8-7/8X5-7/8X18" .004
LDPE CLEAR 500/CS
CNFRMD VIA TRADEBEAM

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 72.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 72.95 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **        National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                 Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 5, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This in an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING
A SupplyOne Company

6059 RICHMOND ROAD
CLEVELAND OHIO 44146
TOLL FREE (800) 792 0909
PHONE (216) 514-7000
FAX (216) 514-7052

5339 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 589-4277
PHONE (614) 853-4844
FAX (614) 853-4807

INVOICE

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**      Reprint      **

Invoice#   026013
Location#   100
Date   09/27/05
Page   1 OF 1
IF SHIPPING UPS FRT TERMS ARE CONSIGNEE

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD ELECTRIC PLT 46
DPES PLT. 46
1265 N. RIVER ROAD
DOCK 15, STORE 4660
WARREN, OH  44483

Cust P/O:PEDP4330068
Ord-Date:09/27/05  Written:RBW   Rep:108   Terms:NET 25 PROX
Shp-Date:09/28/05  Frt Terms:4   Order#:974492  Ship Via:CLEVELAND NAPCO TRUCK
Delivered   Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| PB221423-125EQV-EA POLY BAG 22X14X23" .00125 EQ VENTED CO-EX 3 LAYER 500/RL CNFRMD VIA TRADEBEAM | 500 CPN-MHC01226 | 500 | 0 | 0.0643 | EA | 32.15 |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 32.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32.15 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
National Paper & Packaging
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."
POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED
NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE
SUBJECT TO TERMS AND CONDITIONS ON BACK
Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

2940 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 382 0000
PHONE    (216) 514 7000
FAX      (216) 514 7050

5339 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 988 4677
PHONE    (614) 853 4884
FAX      (614) 853 4887

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 026632 |
| Location# | 100 |
| Date | 09/28/05 |
| Page | 1 OF 1 |

P.O. Box 643784
Pittsburgh, PA 15264-3784
**             Reprint           **

IF SHIPPING UPS FRT TERMS ARE CONSIGNEE
CISCO 60857
DOCK CODE 30 5700 CUAUHTEMOC

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
60606 DELPHI PACKARD ELECT. 30
EL PASO DIST. CTR. DOCK 30
48 WALTER JONES BLVD. DOCK 30
RECEIVING 24 HOURS A DAY
EL PASO, TX  79906

---

Cust P/O:PEDP4330069          Rep:108          Terms:NET 25 PROX
Ord-Date:09/20/05 Written:RBW Order#:971698 Ship Via:PJAX
Shp-Date:09/28/05 Frt Terms:8  3rd Party Billing     Fob:DESTINATION

---

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0008928 | 2400 | 2400 | 0 | 0.1180 | EA | 283.20 |
| POLY BAG 6"X50" .004 LDPE | | | | | | |
| 300/ROLL  600/CASE | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

---

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 283.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 283.20 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **         National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh  PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

| POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%. |
|---|---|---|

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

24101 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 960-0300
PHONE (216) 514-7000
FAX (216) 514-7050

5009 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 589-4577
PHONE (614) 853-6884
FAX (614) 853-4887

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 026633 |
| Location# | 100 |
| Date | 09/28/05 |
| Page | 1 OF 1 |

P.O. Box 643784
Pittsburgh, PA 15264-3784
**         Reprint        **

IF SHIPPING UPS FRT TERMS ARE CONSIGNEE
CISCO 60857
DOCK CODE 30 5700 CUAUHTEMOC

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
60606 DELPHI PACKARD ELECT. 30
EL PASO DIST. CTR. DOCK 30
48 WALTER JONES BLVD. DOCK 30
RECEIVING 24 HOURS A DAY
EL PASO, TX  79906

Cust P/O:PEDP4330069          Rep:108          Terms:NET 25 PROX
Ord-Date:09/22/05 Written:RBW Order#:972438 Ship Via:PJAX
Shp-Date:09/28/05 Frt Terms:8   3rd Party Billing    Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0008928 | 4800 | 4800 | 0 | 0.1180 | EA | 566.40 |
| POLY BAG 6"X50" .004 LDPE | | | | | | |
| 300/ROLL   600/CASE | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 566.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 566.40 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **          National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON. REFUSE SHIPMENT IS MADE | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90ᵗʰ Year"*

26461 RICHMOND ROAD
CLEVELAND OHIO 44146
TOLL FREE (800) 189-9900
PHONE   (216) 514-7000
FAX     (216) 514-7050

5089 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 989-4577
PHONE   (614) 850-4684
FAX     (614) 850-4887

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 026634 |
| Location# | 100 |
| Date | 09/28/05 |
| Page | 1 OF 1 |

P.O. Box 643784
Pittsburgh, PA 15264-3784
**   Reprint   **

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

IF SHIPPING UPS FRT TERMS ARE CONSIGNEE
CISCO 60857
DOCK CODE 30 5700 CUAUHTEMOC

Ship To:
60606 DELPHI PACKARD ELECT. 30
EL PASO DIST. CTR. DOCK 30
48 WALTER JONES BLVD. DOCK 30
RECEIVING 24 HOURS A DAY
EL PASO, TX  79906

=====================================================================================

Cust P/O:PEDP4330069        Rep:108           Terms:NET 25 PROX
Ord-Date:09/26/05 Written:GWP Order#:973477 Ship Via:PJAX
Shp-Date:09/28/05 Frt Terms:8   3rd Party Billing   Fob:DESTINATION

=====================================================================================

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0008928 | 3000 | 3000 | 0 | 0.1180 | EA | 354.00 |
| POLY BAG 6"X50" .004 LDPE | | | | | | |
| 300/ROLL   600/CASE | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

=====================================================================================

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 354.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 354.00 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **        National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof.

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**       Reprint       **

| | |
|---|---|
| 26401 RICHMOND ROAD | 6339 FISHER ROAD |
| CLEVELAND, OHIO 44146 | COLUMBUS, OHIO 43228 |
| TOLL FREE (900) 782 0900 | TOLL FREE (800) 909 4677 |
| PHONE (216) 514 7000 | PHONE (614) 853 4884 |
| FAX (216) 514 7050 | FAX (614) 851 4887 |

ISO 9008

**INVOICE**

Invoice#     026635
Location#    100
Date         09/28/05
Page         1 OF 1

** MUST USE HEAT TREATED PALLETS **
CISCO: 60842 SAP# FV33
DOCK CODE 30 3300 RBE 4, JUAREZ

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD PLT 33 RBE IV
32 CELEBRITY WAGON PLT. 33
EL PASO, TX  79906

---

Cust P/O:PEDP4330069        Rep:108        Terms:NET 25 PROX
Ord-Date:09/27/05 Written:RBW Order#:974483 Ship Via:PJAX
Shp-Date:09/28/05 Frt Terms:8   3rd Party Billing    Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| PLGMJ29152 | 2000 | 2000 | 0 | 0.2939 | EA | 587.80 |

PLACARD J-LABEL WHITE 6.5X4.5" CPN-C0009681
#GMJ29152  PX-1-F   2000/ROLL
CNFRMD VIA TRADEBEAM

---

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 587.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 587.80 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **        National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

| POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18% |
|---|---|---|

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**      .Reprint      **

ISO 9000

INVOICE

20401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 322-0900
PHONE   (216) 514-7000
FAX     (216) 514-7050

5339 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 991-4677
PHONE   (614) 853-4884
FAX     (614) 853-4887

| | |
|---|---|
| Invoice# | 026636 |
| Location# | 100 |
| Date | 09/28/05 |
| Page | 1 OF 1 |

** MUST USE HEAT TREATED PALLETS **
CISCO: 60842 SAP# FV33
DOCK CODE 30 3300 RBE 4, JUAREZ

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD PLT 33 RBE IV
32 CELEBRITY WAGON PLT. 33
EL PASO, TX  79906

Cust P/O:PEDP4330069      Rep:108      Terms:NET 25 PROX
Ord-Date:09/27/05 Written:RBW Order#:974484 Ship Via:PJAX
Shp-Date:09/28/05 Frt Terms:8  3rd Party Billing      Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0011596 | 400 | 400 | 0 | 0.1587 | EA | 63.48 |
| BUBBLE-OUT BAG 15"X17.5"-SPC+ | | | | | | |
| FLUSH CUT-NLNT-#449637-100/CS | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 63.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 63.48 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784.

National Paper & Packaging
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

25401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362-2090
PHONE (216) 514-7090
FAX (216) 514 7050

5820 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 929-4577
PHONE (614) 853-4884
FAX (614) 853-4897

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 026637 |
| Location# | 100 |
| Date | 09/28/05 |
| Page | 1 OF 1 |

P.O. Box 643784
Pittsburgh, PA 15264-3784
**       Reprint        **

** MUST USE HEAT TREATED PALLETS **
CISCO: 60842 SAP# FV33
DOCK CODE 30 3300 RBE 4, JUAREZ

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD PLT 33 RBE IV
32 CELEBRITY WAGON PLT. 33
EL PASO, TX  79906

---

Cust P/O:PEDP4330069        Rep:108        Terms:NET 25 PROX
Ord-Date:09/27/05 Written:RBW Order#:974487 Ship Via:PJAX
Shp-Date:09/28/05 Frt Terms:8  3rd Party Billing    Fob:DESTINATION

---

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0011597 | 500 | 500 | 0 | 0.0920 | EA | 46.00 |

BUBBLE-OUT BAG 8.5x15.5"-SPC+
FLUSH CUT-NLNT-#449638-250/CS
CNFRMD VIA TRADEBEAM

---

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 46.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 46.00 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **          National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

8407 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE  (800) 362-0900
PHONE     (216) 514-7050
FAX       (216) 514-7050

5330 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE  (800) 981-4677
PHONE     (614) 853-4384
FAX       (614) 853-4587

INVOICE

| | |
|---|---|
| Invoice# | 026638 |
| Location# | 100 |
| Date | 09/28/05 |
| Page | 1 OF 1 |

P.O. Box 643784
Pittsburgh, PA 15264-3784
**      Reprint        **

** MUST USE HEAT TREATED PALLETS **
CISCO: 60838 SAP# FV38
DOCK CODE 30 3800 RBE 5, JUAREZ

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD PLT38/38A RBE V
32 CELEBRITY WAGON PLT.38
**COPY OF PACKING LISTS MUST
BE ATTACHED TO 2ND PG OF BOL**
EL PASO, TX  79906

Cust P/O:PEDP4320058       Rep:108        Terms:NET 25 PROX
Ord-Date:09/27/05 Written:RBW Order#:974489 Ship Via:UPS
Shp-Date:09/28/05 Frt Terms:5   UPS Consignee      Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| AV1/42122.5 | 100 | 100 | 0 | 0.3200 | EA | 32.00 |

FOAM SHEET -1/4" - 21" X 22.5" CPN-C0008785
100/BOX - 25 BOX MINIMUM ORDER
CNFRMD VIA TRADEBEAM

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 32.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32.00 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784

National Paper & Packaging
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

26401 RICHMOND ROAD
· CLEVELAND, OHIO 44146
TOLL FREE (900) 289 0000
PHONE   (212) 514 7000
FAX     (216) 514-7050

5338 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 969-4677
PHONE   (614) 853-4884
FAX     (614) 853-4887

ISO-9000

**INVOICE**

| | |
|---|---|
| Invoice# | 026639 |
| Location# | 100 |
| Date | 09/28/05 |
| Page | 1 OF 1 |

P.O. Box 643784
Pittsburgh, PA 15264-3784
**       Reprint        **

```
005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***
```

** MUST USE HEAT TREATED PALLETS **
CISCO: 60835 SAP# FV39
DOCK CODE 30 3900 RBE I, JUAREZ

Ship To:
DELPHI PACKARD PLT 39 RBE I
32 CELEBRITY WAGON PLT. 39
**COPY OF PACKING LISTS MUST
BE ATTACHED TO 2ND PG OF BOL**
EL PASO, TX  79906

```
Cust P/O:PEDP4320058      Rep:108      Terms:NET 25 PROX
Ord-Date:09/27/05 Written:RBW Order#:974491 Ship Via:UPS
Shp-Date:09/28/05 Frt Terms:5   UPS Consignee      Fob:DESTINATION
```

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| MR24114 | 50 | 50 | 0 | 2.1800 | EA | 109.00 |
| TILTWATCH PLUS W/COMPANION | CPN-C0010139 | | | | | |
| LABEL 324114   50/CS | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 109.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 109.00 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784

National Paper & Packaging
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

2840 RICHMOND ROAD
CLEVELAND, OHIO 44140
TOLL FREE  (800) 362-0900
PHONE  (216) 514-7000
FAX  (216) 514-7060

5000 FISHER ROAD
COLUMBUS, OHIO 43220
TOLL FREE  (800) 589-4577
PHONE  (614) 851-4884
FAX  (614) 853-4887

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 026640 |
| Location# | 100 |
| Date | 09/28/05 |
| Page | 1 OF 1 |

P.O. Box 643784
Pittsburgh, PA 15264-3784
**   Reprint   **

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

** MUST USE HEAT TREATED PALLETS **
CISCO 60455
DOCK CODE 30 5000 PARRAL

Ship To:
60606 DELPHI PACKARD ELECTRIC
EL PASO DIST. CTR. DOCK 30
48 WALTER JONES BLVD. DOCK 30
RECEIVING 24 HOURS A DAY
EL PASO , TX  79906

Cust P/O:PEDP4330086          Rep:108          Terms:NET 25 PROX
Ord-Date:09/27/05 Written:RBW Order#:974493 Ship Via:PJAX
Shp-Date:09/28/05 Frt Terms:8  3rd Party Billing   Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009930 | 1200 | 1200 | 0 | 0.2875 | EA | 345.00 |
| BAG POLY 5-1/2X49" .005 CLR HI | | | | | | |
| SLIP 45 DEG ANGLE POR 600/CS | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 345.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.00 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **          National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
Pittsburgh, PA 15264-3784

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof.

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.

Service charge of 1-1/4% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 15%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**       Reprint       **

2540 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE  (800) 362-6900
PHONE      (216) 514-7000
FAX        (216) 514-7050

5039 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE  (800) 988-6577
PHONE      (614) 853-4824
FAX        (614) 853-4897

ISO 9000
Compliance Issue 9341

INVOICE

| | |
|---|---|
| Invoice# | 026641 |
| Location# | 100 |
| Date | 09/28/05 |
| Page | 1 OF 1 |

IF SHIPPING UPS FRT TERMS ARE CONSIGNEE
CISCO 60857
DOCK CODE 30 5700 CUAUHTEMOC

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
60606 DELPHI PACKARD ELECT. 30
EL PASO DIST. CTR. DOCK 30
48 WALTER JONES BLVD. DOCK 30
RECEIVING 24 HOURS A DAY
EL PASO, TX 79906

Cust P/O:PEDP4330069        Rep:108        Terms:NET 25 PROX
Ord-Date:09/27/05 Written:RBW  Order#:974495 Ship Via:PJAX
Shp-Date:09/28/05 Frt Terms:8  3rd Party Billing   Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0008928 | 1200 | 1200 | 0 | 0.1180 | EA | 141.60 |
| POLY BAG 6"X50" .004 LDPE | | | | | | |
| 300/ROLL  600/CASE | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 141.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 141.60 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **        National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof".

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**            Reprint         **

22407 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE  (800) 362 6600
PHONE     (216) 514 7000
FAX       (216) 514 7060

5036 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE  (800) 580 4877
PHONE     (614) 553-4884
FAX       (614) 553-4687

ISO 9000

|  | INVOICE |
|---|---|
| Invoice# | 026642 |
| Location# | 100 |
| Date | 09/28/05 |
| Page | 1 OF 1 |

IF SHIPPING UPS FRT TERMS ARE CONSIGNEE
** MUST USE HEAT TREATED PALLETS **
DOCK CODE 80 8796 ECCSA 5, ANAHUAC

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
60502 DELPHI PACKARD ELECT. 80
80 8796 ECCSA 5, ANAHUAC
RECEIVING DOCK 80
8802 KILLIAM IDUSTRIAL BLVD.
LAREDO, TX   78045

Cust P/O:PEDP4330075        Rep:108        Terms:NET 25 PROX
Ord-Date:09/27/05 Written:RBW Order#:974498 Ship Via:PJAX
Shp-Date:09/28/05 Frt Terms:8   3rd Party Billing    Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0010310 | 6000 | 6000 | 0 | 0.0594 | EA | 356.40 |
| POLY SLEEVE 3.5"X28" .004 LDPE | | | | | | |
| POR FLAT 500/RL 2000/CS | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 356.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 356.40 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784

National Paper & Packaging
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."
POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED
NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.
Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.
SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

26401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362-2000
PHONE (216) 514-7000
FAX (216) 514-7050

5253 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (909) 882-4677
PHONE (614) 853-4684
FAX (614) 853-4687

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 026643 |
| Location# | 100 |
| Date | 09/28/05 |
| Page | 1 OF 1 |

P.O. Box 643784
Pittsburgh, PA 15264-3784
**       Reprint       **

IF SHIPPING UPS FRT TERMS ARE CONSIGNEE
** MUST USE HEAT TREATED PALLETS **
DOCK CODE 80 9296 ECCSA 8, VICTORIA 2

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
60502 DELPHI PACKARD ELECT. 80
92 9296 ECCSA 8, VICTORIA 2
RECEIVING DOCK 80
8802 KILLIAM INDUSTRIAL BLVD.
LAREDO, TX 78045

Cust P/O:PEDP4330075          Rep:108          Terms:NET 25 PROX
Ord-Date:09/27/05 Written:RBW Order#:974499 Ship Via:PJAX
Shp-Date:09/28/05 Frt Terms:8  3rd Party Billing   Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0010185 | 4400 | 4400 | 0 | 0.1809 | EA | 795.96 |
| POLY SLEEVE FLAT 5-1/2"X56" | | | | | | |
| .006 POR 200/RL 2RL/CS 400/CS | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 795.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 795.96 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to:

National Paper & Packaging
P.O. BOX 643784
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

25401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 969 0000
PHONE   (216) 514 7000
FAX     (216) 514 7050

5339 FISHER ROAD ·
COLUMBUS, OHIO 43228
TOLL FREE (800) 969-4577
PHONE   (614) 850-4884
FAX     (614) 853-4887

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 027560 |
| Location# | 100 |
| Date | 09/29/05 |
| Page | 1 OF 1 |

P.O. BOX 643784
Pittsburgh, PA 15264-3784
**        Reprint        **

** MUST USE HEAT TREATED PALLETS **
CISCO: 60842 SAP# FV33
DOCK CODE 30 3300 RBE 4, JUAREZ

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD PLT 33 RBE IV
32 CELEBRITY WAGON PLT. 33
EL PASO, TX  79906

---

Cust P/O:PEDP4330069          Rep:108          Terms:NET 25 PROX
Ord-Date:09/28/05 Written:GWP Order#:974747 Ship Via:PJAX
Shp-Date:09/29/05 Frt Terms:8  3rd Party Billing    Fob:DESTINATION

---

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0005038 | 5750 | 5750 | 0 | 0.1780 | EA | 1,023.50 |
| POLY BAG 20"X48" .002 LDPE | | | | | | |
| 250/CS | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

---

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 1,023.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,023.50 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **          National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**       Reprint       **

26491 RICHMOND ROAD
CLEVELAND OHIO 44146
TOLL FREE (800) 362-0140
PHONE (216) 514 7000
FAX (216) 514 7000

3353 FISHER ROAD
COLUMBUS, OHIO 43206
TOLL FREE (800) 809-4677
PHONE (614) 853-4884
FAX (614) 853-4887

ISO 9003

**INVOICE**

| | |
|---|---|
| Invoice# | 027561 |
| Location# | 100 |
| Date | 09/29/05 |
| Page | 1 OF 1 |

** MUST USE HEAT TREATED PALLETS **
CISCO: 60842 SAP# FV33
DOCK CODE 30 3300 RBE 4, JUAREZ

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD PLT 33 RBE IV
32 CELEBRITY WAGON PLT. 33
EL PASO, TX  79906

==============================================================================

Cust P/O:PEDP4330069          Rep:108          Terms:NET 25 PROX
Ord-Date:09/28/05 Written:GWP Order#:974748 Ship Via:PJAX
Shp-Date:09/29/05 Frt Terms:8   3rd Party Billing    Fob:DESTINATION

==============================================================================

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| PLGMJ29152 | 2000 | 2000 | 0 | 0.2939 | EA | 587.80 |

PLACARD J-LABEL WHITE 6.5X4.5" CPN-C0009681
#GMJ29152  PX-1-F   2000/ROLL
CONF VIA TRADEBEAM

==============================================================================

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 587.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 587.80 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784

National Paper & Packaging
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**        Reprint        **

2840 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362-6000
PHONE (216) 514-7000
FAX (216) 514-7000

5339 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 852-4877
PHONE (614) 852-4084
FAX (614) 853-4887

ISO 9000

INVOICE

| | |
|---|---|
| Invoice# | 027562 |
| Location# | 100 |
| Date | 09/29/05 |
| Page | 1 OF 1 |

** MUST USE HEAT TREATED PALLETS **
CISCO: 60842 SAP# FV33
DOCK CODE 30 3300 RBE 4, JUAREZ

```
005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***
```

Ship To:
DELPHI PACKARD PLT 33 RBE IV
32 CELEBRITY WAGON PLT. 33
EL PASO, TX  79906

Cust P/O:PEDP4330069        Rep:108        Terms:NET 25 PROX
Ord-Date:09/28/05 Written:GWP Order#:974749 Ship Via:PJAX
Shp-Date:09/29/05 Frt Terms:8  3rd Party Billing   Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0011596 | 1300 | 1300 | 0 | 0.1587 | EA | 206.31 |
| BUBBLE-OUT BAG 15"X17.5"-SPC+ | | | | | | |
| FLUSH CUT-NLNT-#449637-100/CS | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 206.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 206.31 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **        National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**        Reprint        **

2640 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 352-0900
PHONE (216) 514-7000
FAX (216) 514-7040

5330 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 580-4877
PHONE (614) 465-4584
FAX (614) 653-4687

ISO 4000

**INVOICE**

| | |
|---|---|
| Invoice# | 027563 |
| Location# | 100 |
| Date | 09/29/05 |
| Page | 1 OF 1 |

** MUST USE HEAT TREATED PALLETS **
CISCO: 60842 SAP# FV33
DOCK CODE 30 3300 RBE 4, JUAREZ

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD PLT 33 RBE IV
32 CELEBRITY WAGON PLT. 33
EL PASO, TX  79906

Cust P/O:PEDP4330069        Rep:108        Terms:NET 25 PROX
Ord-Date:09/28/05 Written:GWP Order#:974750 Ship Via:PJAX
Shp-Date:09/29/05 Frt Terms:8  3rd Party Billing     Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0011597 | 1000 | 1000 | 0 | 0.0920 | EA | 92.00 |
| BUBBLE-OUT BAG 8.5x15.5"-SPC+ | | | | | | |
| FLUSH CUT-NLNT-#449638-250/CS | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 92.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 92.00 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **        National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                   Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**       Reprint       **

2601 RICHMOND ROAD
CLEVELAND, OHIO 44143
TOLL FREE  (800) 362-0800
PHONE    (216) 514-7000
FAX      (216) 514-7050

5330 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE  (800) 989-4677
PHONE    (614) 853-4884
FAX      (614) 853-4967

ISO 9000

INVOICE

| | |
|---|---|
| Invoice# | 027564 |
| Location# | 100 |
| Date | 09/29/05 |
| Page | 1 OF 1 |

** MUST USE HEAT TREATED PALLETS **
CISCO: 60842 SAP# FV33
DOCK CODE 30 3300 RBE 4, JUAREZ

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD PLT 33 RBE IV
32 CELEBRITY WAGON PLT. 33
EL PASO, TX  79906

---

Cust P/O:PEDP4330069        Rep:108        Terms:NET 25 PROX
Ord-Date:09/28/05 Written:GWP Order#:974752 Ship Via:PJAX
Shp-Date:09/29/05 Frt Terms:8   3rd Party Billing   Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0011598 | 750 | 750 | 0 | 0.0470 | EA | 35.25 |
| BUBBLE-OUT BAG 6.5" X 8"-SPC+ | | | | | | |
| FLUSH CUT-NLNT-#449639-250/CS | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

---

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 35.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35.25 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **        National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED    NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.    Service charge of 1-1/2% PER MONTH will be charged to all past due accounts. This is an ANNUAL RATE of 18%.
SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**     Reprint      **

2840 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362-0900
PHONE   (216) 514-7000
FAX     (216) 514-7060

5358 FISHER ROAD
COLUMBUS, OHIO 43220
TOLL FREE (800) 589-4677
PHONE   (614) 851-4884
FAX     (614) 851-4887

ISO 9000

INVOICE

| | |
|---|---|
| Invoice# | 027565 |
| Location# | 100 |
| Date | 09/29/05 |
| Page | 1 OF 1 |

** MUST USE HEAT TREATED PALLETS **
CISCO: 60837   SAP# FV37
DOCK CODE 30 3700 RBE 9, JUAREZ

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
60606 DELPHI PACKARD ELECT. 30
EL PASO DIST. CTR. DOCK 30
48 WALTER JONES BLVD. DOCK 30
RECEIVING 24 HOURS A DAY
EL PASO , TX  79906

Cust P/O:PEDP4330058        Rep:108        Terms:NET 25 PROX
Ord-Date:09/28/05 Written:GWP Order#:974754 Ship Via:PJAX
Shp-Date:09/29/05 Frt Terms:8   3rd Party Billing    Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009113 | 4200 | 300 | 3900 | 0.2240 | EA | 67.20 |
| COHESIVE BUBBLE-1/2" 48"X125' CPN-C0009113 | | | | | | |
| SLIT 12"-CP20"-75PIECES/RL | | | | | | |
| ORDER ON BAR CODE LABEL IS | | | | | | |
| HAND WRITTEN BY NATIONAL PAPER | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 67.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 67.20 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **          National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS OUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

5540 FISHER ROAD
CLEVELAND, OHIO 44146
TOLL FREE (900) 362-0900
PHONE (216) 514-7000
FAX (216) 514-7050

5309 FISHER ROAD
COLUMBUS, OHIO 43229
TOLL FREE (800) 589-4577
PHONE (614) 855-4884
FAX (614) 833-4667

ISO 9000
Certified Registered Firm

**INVOICE**

| | |
|---|---|
| Invoice# | 027566 |
| Location# | 100 |
| Date | 09/29/05 |
| Page | 1 OF 1 |

P.O. Box 643784
Pittsburgh, PA 15264-3784
**        Reprint        **

** MUST USE HEAT TREATED PALLETS **
CISCO: 60838 SAP# FV38
DOCK CODE 30 3800 RBE 5, JUAREZ

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD PLT38/38A RBE V
32 CELEBRITY WAGON PLT.38
**COPY OF PACKING LISTS MUST
BE ATTACHED TO 2ND PG OF BOL**
EL PASO, TX  79906

========================================================================

Cust P/O:PEDP4330069        Rep:108        Terms:NET 25 PROX
Ord-Date:09/28/05 Written:GWP Order#:974757 Ship Via:UPS
Shp-Date:09/29/05 Frt Terms:5   UPS Consignee        Fob:DESTINATION

========================================================================

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009050 | 2000 | 2000 | 0 | 0.0327 | EA | 65.40 |

POLY BAG 4-13/16"X13".004
LDPE W/THUMB CUT 2000/CS
CONF VIA TRADEBEAM

========================================================================

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 65.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 65.40 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784

National Paper & Packaging
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED.

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**       Reprint        **

INVOICE

2540 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE  (800) 362-0000
PHONE     (216) 514-7000
FAX       (216) 514-7050

5389 FISHER ROAD
COLUMBUS, OHIO 43220
TOLL FREE  (800) 589-4277
PHONE     (614) 853-4884
FAX       (614) 853-4887

ISO 9000
Certification Available

| | |
|---|---|
| Invoice# | 027567 |
| Location# | 100 |
| Date | 09/29/05 |
| Page | 1 OF 1 |

** MUST USE HEAT TREATED PALLETS **
CISCO 60455
DOCK CODE 30 5000 PARRAL

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
60606 DELPHI PACKARD ELECTRIC
EL PASO DIST. CTR. DOCK 30
48 WALTER JONES BLVD. DOCK 30
RECEIVING 24 HOURS A DAY
EL PASO , TX  79906

Cust P/O:PEDP4330086          Rep:108          Terms:NET 25 PROX
Ord-Date:09/28/05 Written:GWP Order#:974758 Ship Via:PJAX
Shp-Date:09/29/05 Frt Terms:8  3rd Party Billing    Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009942 | 900 | 900 | 0 | 0.2875 | EA | 258.75 |
| POLY BAG 5.5X43".005 CLR HI | | | | | | |
| SLIP 45 DEG ANGLE POR 900/CS | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 258.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 258.75 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **        National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**        Reprint        **

28401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362 0900
PHONE   (216) 514-7000
FAX       (216) 514-7050

5339 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 589-4577
PHONE   (614) 853-4864
FAX       (614) 853-4897

ISO 9000

| | |
|---|---|
| **INVOICE** | |
| Invoice# | 027568 |
| Location# | 100 |
| Date | 09/29/05 |
| Page | 1 OF 1 |

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

IF SHIPPING UPS FRT TERMS ARE CONSIGNEE
CISCO 60857
DOCK CODE 30 5700 CUAUHTEMOC

Ship To:
60606 DELPHI PACKARD ELECT. 30
EL PASO DIST. CTR. DOCK 30
48 WALTER JONES BLVD. DOCK 30
RECEIVING 24 HOURS A DAY
EL PASO, TX  79906

Cust P/O:PEDP4330069        Rep:108        Terms:NET 25 PROX
Ord-Date:09/28/05 Written:GWP Order#:974760 Ship Via:PJAX
Shp-Date:09/29/05 Frt Terms:8   3rd Party Billing    Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| | 3600 | 3600 | 0 | 0.1180 | EA | 424.80 |
| C0008928 | | | | | | |
| POLY BAG 6"X50" .004 LDPE | | | | | | |
| 300/ROLL  600/CASE | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 424.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 424.80 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to:

National Paper & Packaging
P.O. BOX 643784
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof.

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST
CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.

Service charge of 1-1/2% PER MONTH will be added to all past due amounts. This is an ANNUAL RATE of 18%.

# NATIONAL PAPER & PACKAGING
A SupplyOne Company

*"Celebrating our 90ᵗʰ Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**       Reprint       **

INVOICE

| | |
|---|---|
| Invoice# | 027569 |
| Location# | 100 |
| Date | 09/29/05 |
| Page | 1 OF 1 |

** MUST USE HEAT TREATED PALLETS **
CISCO: 60858 SAP# FV58
DOCK CODE 30 5800 MEOQUI

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
60606 DELPHI PACKARD ELECT. 30
EL PASO DIST. CTR. DOCK 30
48 WALTER JONES BLVD. DOCK 30
RECEIVING 24 HOURS A DAY
EL PASO, TX  79906

Cust P/O:PEDP4330086          Rep:108          Terms:NET 25 PROX
Ord-Date:09/28/05 Written:GWP Order#:974761 Ship Via:PJAX
Shp-Date:09/29/05 Frt Terms:8   3rd Party Billing    Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009942 | 13500 | 13500 | 0 | 0.2875 | EA | 3,881.25 |
| POLY BAG 5.5X43".005 CLR HI | | | | | | |
| SLIP 45 DEG ANGLE POR 900/CS | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 3,881.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,881.25 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784

National Paper & Packaging
Pittsburgh, PA 15264-3784

*We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**   Reprint   **

| | |
|---|---|
| 28401 RICHMOND ROAD<br>CLEVELAND, OHIO 44146<br>TOLL FREE (800) 362-0600<br>PHONE (216) 514-7000<br>FAX (216) 514-7050 | 5330 FISHER ROAD<br>COLUMBUS, OHIO 43228<br>TOLL FREE (800) 968-4677<br>PHONE (614) 851-4884<br>FAX (614) 851-4897 |

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 027570 |
| Location# | 100 |
| Date | 09/29/05 |
| Page | 1 OF 1 |

IF SHIPPING UPS FRT TERMS ARE CONSIGNEE
** MUST USE HEAT TREATED PALLETS **
DOCK CODE 80 8796 ECCSA 5, ANAHUAC

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
60502 DELPHI PACKARD ELECT. 80
80 8796 ECCSA 5, ANAHUAC
RECEIVING DOCK 80
8802 KILLIAM IDUSTRIAL BLVD.
LAREDO, TX  78045

Cust P/O:PEDP4330075         Rep:108      Terms:NET 25 PROX
Ord-Date:09/28/05 Written:GWP Order#:974762 Ship Via:PJAX
Shp-Date:09/29/05 Frt Terms:8   3rd Party Billing   Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0010310 | 2000 | 2000 | 0 | 0.0594 | EA | 118.80 |

POLY SLEEVE 3.5"X28" .004 LDPE
POR FLAT 500/RL 2000/CS
CONF VIA TRADEBEAM

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 118.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 118.80 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to:

National Paper & Packaging
P.O. BOX 643784
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS OUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

0216 514 7050    NAPCO
05-44481-rdd    Doc 550    Filed 10/21/05    Entered 10/24/05 13:01:36    Main Document
Pg 43 of 118

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90ᵗʰ Year"*

5940 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362-0000
PHONE (216) 514-7000
FAX (216) 514-7050

5350 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 869-4577
PHONE (614) 853-4084
FAX (614) 853-4097

ISO-9000

**INVOICE**

| | |
|---|---|
| Invoice# | 027571 |
| Location# | 100 |
| Date | 09/29/05 |
| Page | 1 OF 1 |

P.O. Box 643784
Pittsburgh, PA 15264-3784
**       Reprint       **

IF SHIPPING UPS FRT TERMS ARE CONSIGNEE
** MUST USE HEAT TREATED PALLETS **
DOCK CODE 80 9296 ECCSA 8, VICTORIA 2

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
.60502 DELPHI PACKARD ELECT. 80
92 9296 ECCSA 8, VICTORIA 2
RECEIVING DOCK 80
8802 KILLIAM INDUSTRIAL BLVD.
LAREDO, TX  78045

Cust P/O:PEDP4330075        Rep:108        Terms:NET 25 PROX
Ord-Date:09/28/05 Written:GWP Order#:974764 Ship Via:PJAX
Shp-Date:09/29/05 Frt Terms:8   3rd Party Billing    Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0010185 | 6000 | 6000 | 0 | 0.1809 | EA | 1,085.40 |
| POLY SLEEVE FLAT 5-1/2"X56" | | | | | | |
| .006 POR 200/RL 2RL/CS 400/CS | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 1,085.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,085.40 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **        National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**       Reprint        **

| | |
|---|---|
| 7849T RICHMOND ROAD | 5330 FISHER ROAD |
| CLEVELAND, OHIO 44146 | COLUMBUS, OHIO 43228 |
| TOLL FREE (800) 282 0050 | TOLL FREE (800) 080 4677 |
| PHONE (216) 514 7000 | PHONE (614) 853 4884 |
| FAX (216) 514 7050 | FAX (614) 853 4867 |

**INVOICE**

| | |
|---|---|
| Invoice# | 027572 |
| Location# | 100 |
| Date | 09/29/05 |
| Page | 1 OF 1 |

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

IF SHIPPING UPS FRT TERMS ARE CONSIGNEE
** MUST USE HEAT TREATED PALLETS **
DOCK CODE 80 8696 ECCSA 4, LINARES

Ship To:
60502 DELPHI PACKARD ELECT. 80
80 8696 ECCSA 4, LINARES
RECEIVING DOCK 80
8802 KILLIAM INDUSTRIAL BLVD.
LAREDO, TX  78045

---

| Cust P/O:PEDP4330075 | Rep:108 | Terms:NET 25 PROX |
|---|---|---|
| Ord-Date:09/28/05 Written:GWP | Order#:975086 | Ship Via:PJAX |
| Shp-Date:09/29/05 Frt Terms:8 | 3rd Party Billing | Fob:DESTINATION |

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0003601 | 16500 | 16500 | 0 | 0.2100 | EA | 3,465.00 |
| POLY BAG 6"X6".004 CLEAR | | | | | | |
| 3 SIDE SEAL W/TIN TIE 1,500/CS | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 3,465.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,465.00 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to:

National Paper & Packaging
P.O. BOX 643784
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90ᵗʰ Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**      Reprint      **

9607 RICHMOND ROAD
CLEVELAND, OHIO 44148
TOLL FREE (800) 362-0900
PHONE    (216) 514-7000
FAX      (216) 514-7050

5539 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 969-4677
PHONE    (614) 853-4884
FAX      (614) 853-4887

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 028244 |
| Location# | 100 |
| Date | 09/30/05 |
| Page | 1 OF 1 |

** MUST USE HEAT TREATED PALLETS **
CISCO: 60835 SAP# FV39
DOCK CODE 30 3900 RBE I, JUAREZ

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD PLT 39 RBE I
32 CELEBRITY WAGON PLT. 39
**COPY OF PACKING LISTS MUST
BE ATTACHED TO 2ND PG OF BOL**
EL PASO, TX   79906

Cust P/O:PEDP4330069          Rep:108          Terms:NET 25 PROX
Ord-Date:09/29/05 Written:RBW Order#:975524 Ship Via:UPS
Shp-Date:09/30/05 Frt Terms:5   UPS Consignee          Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0010334 | 600 | 600 | 0 | 0.2241 | EA | 134.46 |
| POLY BAG 15"X13"X24".002 CLEAR | | | | | | |
| LDPE 300/ROLL | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 134.46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 134.46 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **          National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

| POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON, BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%. |
|---|---|---|

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**        Reprint        **

20401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE  (800) 362-6900
PHONE      (216) 514-7000
FAX        (216) 514-7090

5390 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE  (800) 904-4677
PHONE      (614) 853-4894
FAX        (614) 853-4887

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 028704 |
| Location# | 100 |
| Date | 10/03/05 |
| Page | 1 OF 1 |

** MUST USE HEAT TREATED PALLETS **
CISCO: 60837   SAP# FV37
DOCK CODE 30 3700 RBE 9, JUAREZ

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
60606 DELPHI PACKARD ELECT. 30
EL PASO DIST. CTR. DOCK 30
48 WALTER JONES BLVD. DOCK 30
RECEIVING 24 HOURS A DAY
EL PASO , TX  79906

Cust P/O:PEDP4330058          Rep:108          Terms:NET 25 PROX
Ord-Date:09/28/05 Written:GWP Order#:974754 Ship Via:PJAX
Shp-Date:09/30/05 Frt Terms:8   3rd Party Billing    Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009113 | 3900 | 3900 | 0 | 0.2240 | EA | 873.60 |
| COHESIVE BUBBLE-1/2" 48"X125' | CPN-C0009113 | | | | | |
| SLIT 12"-CP20"-75PIECES/RL | | | | | | |
| ORDER ON BAR CODE LABEL IS | | | | | | |
| HAND WRITTEN BY NATIONAL PAPER | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 873.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 873.60 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **          National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

*We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof.*

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON, BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING
A SupplyOne Company

2060 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362-0000
PHONE (216) 514-7000
FAX (216) 514-7050

2806 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 909-4677
PHONE (614) 853-4894
FAX (614) 853-4887

**INVOICE**

| | |
|---|---|
| Invoice# | 028705 |
| Location# | 100 |
| Date | 10/03/05 |
| Page | 1 OF 1 |

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**          Reprint          **

IF SHIPPING UPS FRT TERMS ARE CONSIGNEE
** MUST USE HEAT TREATED PALLETS **
DOCK CODE 80 9880 CENTEC, SALTILLO

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***
,

Ship To:
060502 DELPHI PACKARD ELECT.80
80 9880 CENTEC, SALTILLO
9440 BALL STREET
SAN ANTONIO, TX  78217

Cust P/O:PEDP4330059          Rep:108          Terms:NET 25 PROX
Ord-Date:09/29/05 Written:RBW Order#:975512 Ship Via:PJAX
Shp-Date:09/30/05 Frt Terms:8   3rd Party Billing    Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009790 | 4000 | 4000 | 0 | 0.1500 | EA | 600.00 |
| TAPE 3M 375 CLEAR 5.312" WIDE  CPN-C0009790 | | | | | | |
| X .600" ZONE COATED W/3M 2104B | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 600.00 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to:

National Paper & Packaging
P.O. BOX 643784
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED
NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE
Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.
SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90ᵗʰ Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**      Reprint        **

6363 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362-6900
PHONE   (216) 514-7000
FAX     (216) 514-7050

5339 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 969-4577
PHONE   (614) 853-4664
FAX     (614) 853-4607

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 028706 |
| Location# | 100 |
| Date | 10/03/05 |
| Page | 1 OF 1 |

** MUST USE HEAT TREATED PALLETS **
CISCO: 60842 SAP# FV33
DOCK CODE 30 3300 RBE 4, JUAREZ

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD PLT 33 RBE IV
32 CELEBRITY WAGON PLT. 33
EL PASO, TX  79906

---

Cust P/O:PEDP4330069        Rep:108        Terms:NET 25 PROX
Ord-Date:09/29/05 Written:RBW Order#:975518 Ship Via:PJAX
Shp-Date:09/30/05 Frt Terms:8  3rd Party Billing   Fob:DESTINATION

---

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0011596<br>BUBBLE-OUT BAG 15"X17.5"-SPC+<br>FLUSH CUT-NLNT-#449637-100/CS<br>CNFRMD VIA TRADEBEAM | 900 | 900 | 0 | 0.1587 | EA | 142.83 |

---

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 142.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 142.83 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to:

National Paper & Packaging
P.O. BOX 643784
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING
A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**        Reprint        **

55401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 262-6500
PHONE    (216) 514-7000
FAX       (216) 514-7050

5500 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 969-4477
PHONE    (614) 853-4664
FAX       (614) 870-4667

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 028707 |
| Location# | 100 |
| Date | 10/03/05 |
| Page | 1 OF 1 |

** MUST USE HEAT TREATED PALLETS **
CISCO: 60842 SAP# FV33
DOCK CODE 30 3300 RBE 4, JUAREZ

```
005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***
```

Ship To:
DELPHI PACKARD PLT 33 RBE IV
32 CELEBRITY WAGON PLT. 33
EL PASO, TX  79906

Cust P/O:PEDP4330069      Rep:108      Terms:NET 25 PROX
Ord-Date:09/29/05 Written:RBW Order#:975520 Ship Via:PJAX
Shp-Date:09/30/05 Frt Terms:8   3rd Party Billing   Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0011597 | 500 | 500 | 0 | 0.0920 | EA | 46.00 |
| BUBBLE-OUT BAG 8.5x15.5"-SPC+ | | | | | | |
| FLUSH CUT-NLNT-#449638-250/CS | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 46.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 46.00 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **          National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**       Reprint       **

5339 FISHER ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362-0000
PHONE (216) 514-7000
FAX (216) 514-7050

5339 FISHER ROAD
COLUMBUS, OHIO 43220
TOLL FREE (800) 969-4077
PHONE (614) 853-4884
FAX (614) 853-4887

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 028708 |
| Location# | 100 |
| Date | 10/03/05 |
| Page | 1 OF 1 |

** MUST USE HEAT TREATED PALLETS **
CISCO: 60842 SAP# FV33
DOCK CODE 30 3300 RBE 4, JUAREZ

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD PLT 33 RBE IV
32 CELEBRITY WAGON PLT. 33
EL PASO, TX  79906

---

Cust P/O:PEDP4330069          Rep:108          Terms:NET 25 PROX
Ord-Date:09/29/05 Written:RBW Order#:975522 Ship Via:PJAX
Shp-Date:09/30/05 Frt Terms:8  3rd Party Billing    Fob:DESTINATION

---

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0011598<br>BUBBLE-OUT BAG 6.5" X 8"-SPC+<br>FLUSH CUT-NLNT-#449639-250/CS<br>CNFRMD VIA TRADEBEAM | 1000 | 1000 | 0 | 0.0470 | EA | 47.00 |

---

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 47.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 47.00 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784

National Paper & Packaging
P.O. BOX 643784
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED.

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**        Reprint        **

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

3940 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362-0500
PHONE    (216) 514-7000
FAX      (216) 514-7050

2339 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 980-4677
PHONE    (614) 853-4684
FAX      (614) 853-4887

ISO 9000

INVOICE

| Invoice# | 028709 |
| Location# | 100 |
| Date | 10/03/05 |
| Page | 1 OF 1 |

** MUST USE HEAT TREATED PALLETS **
CISCO: 60838 SAP# FV38
DOCK CODE 30 3800 RBE 5, JUAREZ

Ship To:
DELPHI PACKARD PLT38/38A RBE V
32 CELEBRITY WAGON PLT.38
**COPY OF PACKING LISTS MUST
BE ATTACHED TO 2ND PG OF BOL**
EL PASO, TX  79906

Cust P/O:PEDP4320058      Rep:108      Terms:NET 25 PROX
Ord-Date:09/29/05 Written:RBW Order#:975523 Ship Via:PJAX
Shp-Date:09/30/05 Frt Terms:8  3rd Party Billing   Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| AV1/42122.5 | 500 | 500 | 0 | 0.3200 | EA | 160.00 |
| FOAM SHEET -1/4" - 21" X 22.5" CPN-C0008785 | | | | | | |
| 100/BOX - 25 BOX MINIMUM ORDER | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 160.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 160.00 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to:

National Paper & Packaging
P.O. BOX 643784
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**       Reprint       **

SUBURBAN/CHAGRIN ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362-6800
PHONE (216) 514-7000
FAX (216) 514-7050

5800 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 989-4471
PHONE (614) 853-4844
FAX (614) 853-4897

ISO 9000 Certified

|  | INVOICE |
|---|---|
| Invoice# | 028710 |
| Location# | 100 |
| Date | 10/03/05 |
| Page | 1 OF 1 |

** MUST USE HEAT TREATED PALLETS **
CISCO 60455
DOCK CODE 30 5000 PARRAL

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
60606 DELPHI PACKARD ELECTRIC
EL PASO DIST. CTR. DOCK 30
48 WALTER JONES BLVD. DOCK 30
RECEIVING 24 HOURS A DAY
EL PASO , TX  79906

================================================================

Cust P/O:PEDP4330086        Rep:108        Terms:NET 25 PROX
Ord-Date:09/29/05 Written:RBW Order#:975525 Ship Via:PJAX
Shp-Date:09/30/05 Frt Terms:8  3rd Party Billing   Fob:DESTINATION

================================================================

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009930 | 1200 | 1200 | 0 | 0.2875 | EA | 345.00 |
| BAG POLY 5-1/2X49" .005 CLR HI | | | | | | |
| SLIP 45 DEG ANGLE POR 600/CS | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

================================================================

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 345.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.00 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **           National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

| POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%. |
|---|---|---|

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**       Reprint       **

ISO 9000
Certificate Number 7766

5530 RICHMOND ROAD
CLEVELAND OHIO 44146
TOLL FREE (800) 362 0300
PHONE (216) 514 7000
FAX (216) 514-7050

5539 FISHER ROAD
COLUMBUS OHIO 43228
TOLL FREE (800) 966 4677
PHONE (614) 853 4884
FAX (614) 853 4887

**INVOICE**

| | |
|---|---|
| Invoice# | 028711 |
| Location# | 100 |
| Date | 10/03/05 |
| Page | 1 OF 1 |

** MUST USE HEAT TREATED PALLETS **
CISCO 60455
DOCK CODE 30 5000 PARRAL

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
60606 DELPHI PACKARD ELECTRIC
EL PASO DIST. CTR. DOCK 30
48 WALTER JONES BLVD. DOCK 30
RECEIVING 24 HOURS A DAY
EL PASO , TX  79906

=========================================================================

Cust P/O:PEDP4330086        Rep:108        Terms:NET 25 PROX
Ord-Date:09/29/05 Written:RBW Order#:975526 Ship Via:PJAX
Shp-Date:09/30/05 Frt Terms:8   3rd Party Billing    Fob:DESTINATION
=========================================================================

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009942 | 900 | 900 | 0 | 0.2875 | EA | 258.75 |
| POLY BAG 5.5X43".005 CLR HI | | | | | | |
| SLIP 45 DEG ANGLE POR 900/CS | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

=========================================================================

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 258.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 258.75 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **          National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER
STOCK IS CUT OR PRINTED.

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST
CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.

Service charge of 1-1/2% PER MONTH will be added to
all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**          Reprint          **

| | | |
|---|---|---|
| 4060 RICHMOND ROAD | 5332 FISHER ROAD | INVOICE |
| CLEVELAND, OHIO 44146 | COLUMBUS, OHIO 43228 | |
| TOLL FREE (800) 362-0500 | TOLL FREE (800) 589-4577 | |
| PHONE (216) 514-7000 | PHONE (614) 853-4884 | |
| FAX (216) 514-7050 | FAX (614) 863-4887 | |

ISO 9000

|  |  |
|---|---|
| Invoice# | 028712 |
| Location# | 100 |
| Date | 10/03/05 |
| Page | 1 OF 1 |

** MUST US HEAT TREATED PALLETS **
CISCO 60853
DOCK CODE 30 5300 EMPALME

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
60606 DELPHI PACKARD ELECT. 30
EL PASO DIST CTR. DOCK 30
48 WALTER JONES BLVD.
RECEIVING 24 HOURS A DAY
EL PASO , TX  79906

Cust P/O:PEDP4330086        Rep:108        Terms:NET 25 PROX
Ord-Date:09/29/05 Written:RBW Order#:975527 Ship Via:PJAX
Shp-Date:09/30/05 Frt Terms:8  3rd Party Billing   Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009920 | 3600 | 3600 | 0 | 0.2875 | EA | 1,035.00 |
| BAG POLY 5-1/2x35.75".005 CLR  CPN-C0009920 | | | | | | |
| HISLIP W/45DEG ANGLE POR 900CS | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 1,035.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,035.00 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **          National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

| POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%. |
|---|---|---|

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*



26401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362-0000
PHONE (216) 514-7000
FAX (216) 514-7050

5358 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 989-4677
PHONE (614) 853-4684
FAX (614) 851-4887

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 028713 |
| Location# | 100 |
| Date | 10/03/05 |
| Page | 1 OF 1 |

P.O. Box 643784
Pittsburgh, PA 15264-3784
**     Reprint     **

IF SHIPPING UPS FRT TERMS ARE CONSIGNEE
CISCO 60857
DOCK CODE 30 5700 CUAUHTEMOC

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
60606 DELPHI PACKARD ELECT. 30
EL PASO DIST. CTR. DOCK 30
48 WALTER JONES BLVD. DOCK 30
RECEIVING 24 HOURS A DAY
EL PASO, TX  79906

Cust P/O:PEDP4330069          Rep:108          Terms:NET 25 PROX
Ord-Date:09/29/05 Written:RBW Order#:975569 Ship Via:PJAX
Shp-Date:09/30/05 Frt Terms:8  3rd Party Billing     Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0008928 | 600 | 600 | 0 | 0.1180 | EA | 70.80 |
| POLY BAG 6"X50" .004 LDPE | | | | | | |
| 300/ROLL  600/CASE | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 70.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.80 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **          National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                    Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90ᵗʰ Year"*

5407 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362-0300
PHONE (216) 314-7000
FAX (216) 514-7000

5479 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (900) 060-4677
PHONE (614) 853-4684
FAX (614) 853-4887

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 028714 |
| Location# | 100 |
| Date | 10/03/05 |
| Page | 1 OF 1 |

P.O. Box 643784
Pittsburgh, PA 15264-3784
**          Reprint          **

IF SHIPPING UPS FRT TERMS ARE CONSIGNEE
** MUST USE HEAT TREATED PALLETS **
DOCK CODE 80 6396 FRESNILLO 2

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
60502 DELPHI PACKARD ELECT. 80
80 6396 FRESNILLO 2
RECEIVING DOCK 80
8802 KILLIAM INDUSTRIAL BLVD.
LAREDO , TX  78045

Cust P/O:PEDP4330075          Rep:108          Terms:NET 25 PROX
Ord-Date:09/29/05 Written:RBW Order#:975594 Ship Via:PJAX
Shp-Date:09/30/05 Frt Terms:8  3rd Party Billing    Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009050 | 2000 | 2000 | 0 | 0.0327 | EA | 65.40 |
| POLY BAG 4-13/16"X13".004 | | | | | | |
| LDPE W/THUMB CUT 2000/CS | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 65.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 65.40 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **          National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**       Reprint       **

5909 PACKAGING ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362-0900
PHONE    (215) 514-7000
FAX      (215) 514-7050

5929 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 909-4677
PHONE    (614) 863-4604
FAX      (614) 863-4667

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 028715 |
| Location# | 100 |
| Date | 10/03/05 |
| Page | 1 OF 1 |

IF SHIPPING UPS FRT TERMS ARE CONSIGNEE
** MUST USE HEAT TREATED PALLETS **
DOCK CODE 80 8796 ECCSA 5, ANAHUAC

| | |
|---|---|
| 005188 | Ship To: |
| DELPHI PACKARD ELECTRIC # | 60502 DELPHI PACKARD ELECT. 80 |
| DUNS #00183404466 | 80 8796 ECCSA 5, ANAHUAC |
| ***DO NOT MAIL*** | RECEIVING DOCK 80 |
| | 8802 KILLIAM IDUSTRIAL BLVD. |
| | LAREDO, TX   78045 |

Cust P/O:PEDP4330075       Rep:108        Terms:NET 25 PROX
Ord-Date:09/29/05 Written:RBW  Order#:975595 Ship Via:PJAX
Shp-Date:09/30/05 Frt Terms:8   3rd Party Billing   Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0010310 | 6000 | 6000 | 0 | 0.0594 | EA | 356.40 |
| POLY SLEEVE 3.5"X28" .004 LDPE | | | | | | |
| POR FLAT 500/RL 2000/CS | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 356.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 356.40 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784

National Paper & Packaging
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**        Reprint        **

2940 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE  (800) 362-0900
PHONE      (216) 514-7000
FAX        (216) 514-7050

5053 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE  (800) 608-4677
PHONE      (614) 853-4884
FAX        (614) 853-4887

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 028716 |
| Location# | 100 |
| Date | 10/03/05 |
| Page | 1 OF 1 |

IF SHIPPING UPS FRT TERMS ARE CONSIGNEE
** MUST USE HEAT TREATED PALLETS **
DOCK CODE 80 9696 11, GUADLAUPE 3

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
60502 DELPHI PACKARD ELECT. 80
80 9696 ECCSA 11, GUADALUPE 3
RECEIVING DOCK 80
8802 KILLIAM INDUTRIAL BLVD.
LAREDO, TX  78045

Cust P/O:PEDP4330075        Rep:108        Terms:NET 25 PROX
Ord-Date:09/29/05 Written:RBW  Order#:975597 Ship Via:PJAX
Shp-Date:09/30/05 Frt Terms:8   3rd Party Billing   Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009050 | 2000 | 2000 | 0 | 0.0327 | EA | 65.40 |
| POLY BAG 4-13/16"X13".004 | | | | | | |
| LDPE W/THUMB CUT 2000/CS | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 65.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 65.40 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784

National Paper & Packaging
Pittsburgh, PA 15264-3784

*We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof.*

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED.

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST. CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

**NATIONAL PAPER & PACKAGING**
A SupplyOne Company
*"Celebrating our 90th Year"*
P.O. Box 643784
Pittsburgh, PA 15264-3784
**    Reprint    **

INVOICE

Invoice#    028717
Location#    100
Date    10/03/05
Page    1 OF 1
** REC'G HRS 7:00A-1:30P **
IF SHIPPING UPS FRT TERMS ARE CONSIGNEE

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD ELECTRIC PLT 15
1265 NO. RIVER ROAD DOCK 15
NO DELIVERIES AFTER 1:30 P.M.
WARREN, OH 44483

Cust P/O:PEDP4330058        Rep:108        Terms:NET 25 PROX
Ord-Date:09/19/05 Written:GWP Order#:970840 Ship Via:CLEVELAND NAPCO TRUCK
Shp-Date:10/03/05 Frt Terms:4    Delivered        Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009320 | 1000 | 1000 | 0 | 0.1290 | EA | 129.00 |
| POLY BAG 4-13/16X2-1/2X16*.004 | | | | | | |
| LDPE CLR V-CUT NOTCH 1000/CS | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 129.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 129.00 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **        National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
Pittsburgh, PA 15264-3784

---

**NATIONAL PAPER & PACKAGING**
A SupplyOne Company
*"Celebrating our 90th Year"*
P.O. Box 643784
Pittsburgh, PA 15264-3784
**    Reprint    **

INVOICE

Invoice#    028718
Location#    100
Date    10/03/05
Page    1 OF 1
** REC'G HRS 7:00A-1:30P **
IF SHIPPING UPS FRT TERMS ARE CONSIGNEE

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD ELECTRIC PLT 15
1265 NO. RIVER ROAD DOCK 15
NO DELIVERIES AFTER 1:30 P.M.
WARREN, OH 44483

Cust P/O:PEDP4330058        Rep:108        Terms:NET 25 PROX
Ord-Date:09/28/05 Written:GWP Order#:974740 Ship Via:CLEVELAND NAPCO TRUCK
Shp-Date:10/03/05 Frt Terms:4    Delivered        Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009320 | 1000 | 1000 | 0 | 0.1290 | EA | 129.00 |
| POLY BAG 4-13/16X2-1/2X16*.004 | | | | | | |
| LDPE CLR V-CUT NOTCH 1000/CS | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 129.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 129.00 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **        National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
Pittsburgh, PA 15264-3784

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**        Reprint        **

28401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362 0600
PHONE (216) 214 7000
FAX (216) 514 7050

5000 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 969 4677
PHONE (614) 851 4084
FAX (614) 851 4687

ISO 9000

INVOICE

| | |
|---|---|
| Invoice# | 028719 |
| Location# | 100 |
| Date | 10/03/05 |
| Page | 1 OF 1 |

IF SHIPPING UPS FRT TERMS ARE CONSIGNEE

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD ELECTRIC PLT 19
1265 N. RIVER ROAD
DOCK 19 DEPT 1960
WARREN, OH  44483-1939

Cust P/O:PEDP4330077          Rep:108          Terms:NET 25 PROX
Ord-Date:09/28/05 Written:GWP Order#:974746 Ship Via:CLEVELAND NAPCO TRUCK
Shp-Date:10/03/05 Frt Terms:4   Delivered       Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| MHC01257 | 500 | 500 | 0 | 0.0872 | EA | 43.60 |
| POLY BAG 4-1/2X4-1/2X18" .004 | | | | | | |
| CLEAR LDPE I/C 500/CS | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 43.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43.60 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **          National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS OUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK



# NATIONAL PAPER & PACKAGING
A SupplyOne Company

28401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE  (800) 362-0900
PHONE  (216) 514-7000
FAX  (216) 514-7050

5835 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE  (800) 589-4877
PHONE  (614) 850-4884
FAX  (614) 853-4887

ISO 9000

**INVOICE**

*"Celebrating our 90th Year"*

Invoice#   028720
Location#  100
Date       10/03/05
Page       1 OF 1

P.O. Box 643784
Pittsburgh, PA 15264-3784
**     Reprint     **

IF SHIPPING UPS FRT TERMS ARE CONSIGNEE

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD ELECTRIC PLT 19
1265 N. RIVER ROAD
DOCK 19 DEPT 1960
WARREN, OH  44483-1939

Cust P/O:PEDP4330077        Rep:108        Terms:NET 25 PROX
Ord-Date:09/29/05 Written:RBW Order#:975517 Ship Via:CLEVELAND NAPCO TRUCK
Shp-Date:10/03/05 Frt Terms:4   Delivered       Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009517 | 500 | 500 | 0 | 0.0958 | EA | 47.90 |
| POLY BAG 6-3/4X4-1/2X18" .004 | | | | | | |
| LDPE CLEAR 500/CS | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 47.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 47.90 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **        National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**       Reprint        **

2840 I RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE  (800) 362-0000
PHONE    (216) 514-7000
FAX      (216) 514-7050

5029 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE  (800) 683-4677
PHONE    (614) 853-4684
FAX      (614) 853-4687

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 028721 |
| Location# | 100 |
| Date | 10/03/05 |
| Page | 1 OF 1 |

IF SHIPPING UPS FRT TERMS ARE CONSIGNEE

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD ELECTRIC PLT 19
1265 N. RIVER ROAD
DOCK 19 DEPT 1960
WARREN, OH 44483-1939

Cust P/O:PEDP4330077        Rep:108            Terms:NET 25 PROX
Ord-Date:09/30/05 Written:RBW Order#:975993 Ship Via:CLEVELAND NAPCO TRUCK
Shp-Date:10/03/05 Frt Terms:4   Delivered        Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009522 | 500 | 500 | 0 | 0.1459 | EA | 72.95 |
| POLY BAG 8-7/8X5-7/8X18" .004 | | | | | | |
| LDPE CLEAR 500/CS | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 72.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 72.95 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **            National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                 Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

25401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362-0000
PHONE (216) 514-7000
FAX (216) 514-7050

5300 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 282-4677
PHONE (614) 853-4884
FAX (614) 853-4887

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 028722 |
| Location# | 100 |
| Date | 10/03/05 |
| Page | 1 OF 1 |

P.O. Box 643784
Pittsburgh, PA 15264-3784
**      Reprint        **

** MUST USE HEAT TREATED PALLETS **
CISCO: 60842 SAP# FV33
DOCK CODE 30 3300 RBE 4, JUAREZ

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD PLT 33 RBE IV
32 CELEBRITY WAGON PLT. 33
EL PASO, TX  79906

===============================================================================

Cust P/O:PEDP4330069      Rep:108        Terms:NET 25 PROX
Ord-Date:09/30/05 Written:RBW Order#:975995 Ship Via:PJAX
Shp-Date:10/03/05 Frt Terms:8   3rd Party Billing   Fob:DESTINATION

===============================================================================

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0005038 | 250 | 250 | 0 | 0.1780 | EA | 44.50 |
| POLY BAG 20"X48" .002 LDPE | | | | | | |
| 250/CS | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

===============================================================================

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 44.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 44.50 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **         National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

| POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS OUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18% |
|---|---|---|

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**        Reprint        **

2040 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE  (800) 362 0600
PHONE      (216) 514 7000
FAX        (216) 514 7060

5309 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE  (800) 969 4677
PHONE      (614) 853 4884
FAX        (614) 853 4587

**INVOICE**

| | |
|---|---|
| Invoice# | 028723 |
| Location# | 100 |
| Date | 10/03/05 |
| Page | 1 OF 1 |

** MUST USE HEAT TREATED PALLETS **
CISCO: 60842 SAP# FV33
DOCK CODE 30 3300 RBE 4, JUAREZ

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD PLT 33 RBE IV
32 CELEBRITY WAGON PLT. 33
EL PASO, TX  79906

Cust P/O:PEDP4330069       Rep:108       Terms:NET 25 PROX
Ord-Date:09/30/05 Written:RBW Order#:975996 Ship Via:PJAX
Shp-Date:10/03/05 Frt Terms:8   3rd Party Billing   Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0011596 | 600 | 600 | 0 | 0.1587 | EA | 95.22 |
| BUBBLE-OUT BAG 15"X17.5"-SPC+ | | | | | | |
| FLUSH CUT-NLNT-#449637-100/CS | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appl'd | Invoice Total |
|---|---|---|---|---|---|---|---|
| 95.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 95.22 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **       National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                   Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE | Service charge of 1-1/2% PER MONTH will be added to all past due amounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90ᵗʰ Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**      Reprint      **

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

26401 RICHMOND ROAD
CLEVELAND OHIO 44146
TOLL FREE (800) 382 0100
PHONE (216) 514 7000
FAX (216) 514 7050

5759 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 868-4577
PHONE (614) 853-4484
FAX (614) 853-4487

ISO 9000

INVOICE

| | |
|---|---|
| Invoice# | 028724 |
| Location# | 100 |
| Date | 10/03/05 |
| Page | 1 OF 1 |

** MUST USE HEAT TREATED PALLETS **
CISCO: 60842 SAP# FV33
DOCK CODE 30 3300 RBE 4, JUAREZ

Ship To:
DELPHI PACKARD PLT 33 RBE IV
32 CELEBRITY WAGON PLT. 33
EL PASO, TX  79906

Cust P/O:PEDP4330069        Rep:108        Terms:NET 25 PROX
Ord-Date:09/30/05 Written:RBW Order#:975998 Ship Via:PJAX
Shp-Date:10/03/05 Frt Terms:8  3rd Party Billing    Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0011597 | 1000 | 1000 | 0 | 0.0920 | EA | 92.00 |
| BUBBLE-OUT BAG 8.5x15.5"-SPC+ | | | | | | |
| FLUSH CUT-NLNT-#449638-250/CS | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 92.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 92.00 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **        National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                    Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

| POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%. |
|---|---|---|

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**         Reprint        **

20401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 382-6500
PHONE (216) 514-7000
FAX (216) 514-7200

5003 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 969-4677
PHONE (614) 895-4884
FAX (614) 853-4887

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 028725 |
| Location# | 100 |
| Date | 10/03/05 |
| Page | 1 OF 1 |

** MUST USE HEAT TREATED PALLETS **
CISCO: 60838 SAP# FV38
DOCK CODE 30 3800 RBE 5, JUAREZ

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD PLT38/38A RBE V
32 CELEBRITY WAGON PLT.38
**COPY OF PACKING LISTS MUST
BE ATTACHED TO 2ND PG OF BOL**
EL PASO, TX  79906

Cust P/O:PEDP4330069        Rep:108         Terms:NET 25 PROX
Ord-Date:09/30/05 Written:RBW Order#:976001 Ship Via:UPS
Shp-Date:10/03/05 Frt Terms:5   UPS Consignee     Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009050<br>POLY BAG 4-13/16"X13".004<br>LDPE W/THUMB CUT 2000/CS<br>CNFRMD VIA TRADEBEAM | 2000 | 2000 | 0 | 0.0327 | EA | 65.40 |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 65.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 65.40 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
National Paper & Packaging
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.
SUBJECT TO TERMS AND CONDITIONS ON BACK



# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**      Reprint       **

26401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 642-0900
PHONE  (216) 514-7000
FAX   (216) 514-7160

3330 FISHER ROAD
COLUMBUS, OHIO 43270
TOLL FREE (800) 889-4677
PHONE  (614) 850-4884
FAX   (614) 850-4887

ISO 9000

| | |
|---|---|
| Invoice# | 028726 |
| Location# | 100 |
| Date | 10/03/05 |
| Page | 1 OF 1 |

**INVOICE**

** MUST USE HEAT TREATED PALLETS **
CISCO 60455
DOCK CODE 30 5000 PARRAL

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
60606 DELPHI PACKARD ELECTRIC
EL PASO DIST. CTR. DOCK 30
48 WALTER JONES BLVD. DOCK 30
RECEIVING 24 HOURS A DAY
EL PASO , TX  79906

Cust P/O:PEDP4330086          Rep:108          Terms:NET 25 PROX
Ord-Date:09/30/05 Written:RBW Order#:976004 Ship Via:PJAX
Shp-Date:10/03/05 Frt Terms:8  3rd Party Billing    Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009942<br>POLY BAG 5.5X43".005 CLR HI<br>SLIP 45 DEG ANGLE POR 900/CS<br>CNFRMD VIA TRADEBEAM | 900 | 900 | 0 | 0.2875 | EA | 258.75 |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 258.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 258.75 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784

National Paper & Packaging
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

| POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%. |
|---|---|---|

SUBJECT TO TERMS AND CONDITIONS ON BACK



# NATIONAL PAPER & PACKAGING
A SupplyOne Company

*"Celebrating our 90th Year"*

25401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE  (800) 362-6960
PHONE      (216) 514 7000
FAX        (216) 514-7050

5338 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE  (800) 969-4577
PHONE      (614) 853-4694
FAX        (614) 853-4697

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 028727 |
| Location# | 100 |
| Date | 10/03/05 |
| Page | 1 OF 1 |

P.O. Box 643784
Pittsburgh, PA 15264-3784
**     Reprint     **

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

\*\* MUST US HEAT TREATED PALLETS \*\*
CISCO 60853
DOCK CODE 30 5300 EMPALME

Ship To:
60606 DELPHI PACKARD ELECT. 30
EL PASO DIST CTR. DOCK 30
48 WALTER JONES BLVD.
RECEIVING 24 HOURS A DAY
EL PASO , TX  79906

---

Cust P/O:PEDP4330086          Rep:108          Terms:NET 25 PROX
Ord-Date:09/30/05 Written:RBW Order#:976006 Ship Via:PJAX
Shp-Date:10/03/05 Frt Terms:8    3rd Party Billing      Fob:DESTINATION

---

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009920 | 900 | 900 | 0 | 0.2875 | EA | 258.75 |
| BAG POLY 5-1/2x35.75".005 CLR  CPN-C0009920 | | | | | | |
| HISLIP W/45DEG ANGLE POR 900CS | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

---

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 258.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 258.75 |

\*\* PLEASE NOTE NEW REMITTANCE ADDRESS \*\*         National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED.

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING
A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**     Reprint     **

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

26401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362-4000
PHONE (216) 514-7000
FAX (216) 514-7050

5508 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 908-4577
PHONE (614) 853-4804
FAX (614) 853-4857

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 028728 |
| Location# | 100 |
| Date | 10/03/05 |
| Page | 1 OF 1 |

IF SHIPPING UPS FRT TERMS ARE CONSIGNEE
CISCO 60857
DOCK CODE 30 5700 CUAUHTEMOC

Ship To:
60606 DELPHI PACKARD ELECT. 30
EL PASO DIST. CTR. DOCK 30
48 WALTER JONES BLVD. DOCK 30
RECEIVING 24 HOURS A DAY
EL PASO, TX  79906

Cust P/O:PEDP4330069       Rep:108          Terms:NET 25 PROX
Ord-Date:09/30/05 Written:RBW Order#:976009 Ship Via:PJAX
Shp-Date:10/03/05 Frt Terms:8   3rd Party Billing     Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0008928 | 3600 | 3600 | 0 | 0.1180 | EA | 424.80 |
| POLY BAG 6"X50" .004 LDPE | | | | | | |
| 300/ROLL  600/CASE | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 424.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 424.80 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **          National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                   Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14 thereof."

| POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%. |
|---|---|---|

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

26401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362-0000
PHONE (216) 514-7000
FAX (216) 514-7050

5339 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 989-4077
PHONE (614) 853-4584
FAX (614) 853-4887

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 028729 |
| Location# | 100 |
| Date | 10/03/05 |
| Page | 1 OF 1 |

P.O. Box 643784
Pittsburgh, PA 15264-3784
**       Reprint       **

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

** MUST USE HEAT TREATED PALLETS **
CISCO: 60858 SAP# FV58
DOCK CODE 30 5800 MEOQUI

Ship To:
60606 DELPHI PACKARD ELECT. 30
EL PASO DIST. CTR. DOCK 30
48 WALTER JONES BLVD. DOCK 30
RECEIVING 24 HOURS A DAY
EL PASO, TX  79906

Cust P/O:PEDP4330086        Rep:108        Terms:NET 25 PROX
Ord-Date:09/30/05 Written:RBW Order#:976012 Ship Via:PJAX
Shp-Date:10/03/05 Frt Terms:8   3rd Party Billing    Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009942 | 12600 | 12600 | 0 | 0.2875 | EA | 3,622.50 |
| POLY BAG 5.5X43".005 CLR HI | | | | | | |
| SLIP 45 DEG ANGLE POR 900/CS | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 3,622.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,622.50 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
National Paper & Packaging
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS OUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
** Reprint **

21401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362-0300
PHONE (216) 514-7000
FAX (216) 514-7050

6339 FISHER ROAD
COLUMBUS, OHIO 43232
TOLL FREE (800) 589-4577
PHONE (614) 853-4884
FAX (614) 853-4847

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 029609 |
| Location# | 100 |
| Date | 10/04/05 |
| Page | 1 OF 1 |

** MUST USE HEAT TREATED PALLETS **
CISCO: 60842 SAP# FV33
DOCK CODE 30 3300 RBE 4, JUAREZ

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD PLT 33 RBE IV
32 CELEBRITY WAGON PLT. 33
EL PASO, TX 79906

---

Cust P/O:PEDP4330069          Rep:108          Terms:NET 25 PROX
Ord-Date:10/03/05 Written:GWP Order#:976405 Ship Via:PJAX
Shp-Date:10/04/05 Frt Terms:8  3rd Party Billing   Fob:DESTINATION

---

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0003601 | 4500 | 4500 | 0 | 0.2100 | EA | 945.00 |
| POLY BAG 6"X6".004 CLEAR | | | | | | |
| 3 SIDE SEAL W/TIN TIE 1500/CS | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

---

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 945.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 945.00 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784

National Paper & Packaging
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

| POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON, BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%. |
|---|---|---|

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**      Reprint      **

28401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 252-9900
PHONE (216) 514-7000
FAX (216) 514-7050

5322 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 969-4877
PHONE (614) 853-4884
FAX (614) 853-4887

ISO 9008

**INVOICE**

Invoice#    029610
Location#   100
Date        10/04/05
Page        1 OF 1

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

** MUST USE HEAT TREATED PALLETS **
CISCO: 60842 SAP# FV33
DOCK CODE 30 3300 RBE 4, JUAREZ

Ship To:
DELPHI PACKARD PLT 33 RBE IV
32 CELEBRITY WAGON PLT. 33
EL PASO, TX  79906

---

Cust P/O:PEDP4330069          Rep:108          Terms:NET 25 PROX
Ord-Date:10/03/05 Written:GWP  Order#:976407 Ship Via:PJAX
Shp-Date:10/04/05 Frt Terms:8   3rd Party Billing    Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0011596 | 1500 | 1500 | 0 | 0.1587 | EA | 238.05 |
| BUBBLE-OUT BAG 15"X17.5"-SPC+ | | | | | | |
| FLUSH CUT-NLNT-#449637-100/CS | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

---

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 238.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 238.05 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **        National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%

# NATIONAL PAPER & PACKAGING
A SupplyOne Company

*"Celebrating our 90th Year"*

20401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362-0900
PHONE (216) 514-7000
FAX (216) 514-7050

5539 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 929-4677
PHONE (614) 853-4884
FAX (614) 853-4887

ISO 9002

**INVOICE**

| | |
|---|---|
| Invoice# | 029611 |
| Location# | 100 |
| Date | 10/04/05 |
| Page | 1 OF 1 |

P.O. Box 643784
Pittsburgh, PA 15264-3784
**    Reprint    **

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***
'

** MUST USE HEAT TREATED PALLETS **
CISCO: 60842 SAP# FV33
DOCK CODE 30 3300 RBE 4, JUAREZ

Ship To:
DELPHI PACKARD PLT 33 RBE IV
32 CELEBRITY WAGON PLT. 33
EL PASO, TX  79906

Cust P/O:PEDP4330069          Rep:108          Terms:NET 25 PROX
Ord-Date:10/03/05 Written:GWP Order#:976408 Ship Via:PJAX
Shp-Date:10/04/05 Frt Terms:8  3rd Party Billing   Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0011598 | 1000 | 1000 | 0 | 0.0470 | EA | 47.00 |
| BUBBLE-OUT BAG 6.5" X 8"-SPC+ | | | | | | |
| FLUSH CUT-NLNT-#449639-250/CS | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 47.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 47.00 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

| POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS OUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%. |
|---|---|---|
| | SUBJECT TO TERMS AND CONDITIONS ON BACK. | |

# NATIONAL PAPER & PACKAGING
A SupplyOne Company

*"Celebrating our 90th Year"*

| | 25401 RICHMOND ROAD<br>CLEVELAND, OHIO 44146<br>TOLL FREE (800) 362-0200<br>PHONE (216) 514-7000<br>FAX (216) 514-7050 | 6322 FISHER ROAD<br>COLUMBUS OHIO 43228<br>TOLL FREE (800) 969-4877<br>PHONE (614) 853-4664<br>FAX (614) 853-4697 | INVOICE |
|---|---|---|---|

TSO 9000

**INVOICE**

| Invoice# | 029612 |
|---|---|
| Location# | 100 |
| Date | 10/04/05 |
| Page | 1 OF 1 |

P.O. Box 643784
Pittsburgh, PA 15264-3784
**        Reprint        **

```
005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***
```

** MUST USE HEAT TREATED PALLETS **
CISCO: 60838 SAP# FV38
DOCK CODE 30 3800 RBE 5, JUAREZ

Ship To:
DELPHI PACKARD PLT38/38A RBE V
32 CELEBRITY WAGON PLT.38
**COPY OF PACKING LISTS MUST
BE ATTACHED TO 2ND PG OF BOL**
EL PASO, TX  79906

===============================================================

| Cust P/O:PEDP4330069 | Rep:108 | Terms:NET 25 PROX |
|---|---|---|
| Ord-Date:10/03/05 Written:GWP | Order#:976409 Ship Via:UPS | |
| Shp-Date:10/04/05 Frt Terms:5 | UPS Consignee | Fob:DESTINATION |

===============================================================

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009050<br>POLY BAG 4-13/16"X13".004<br>LDPE W/THUMB CUT 2000/CS<br>CONF VIA TRADEBEAM | 2000 | 2000 | 0 | 0.0327 | EA | 65.40 |

===============================================================

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 65.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 65.40 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to:

National Paper & Packaging
P.O. BOX 643784
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

ISO9000

**INVOICE**

3951 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362-0900
PHONE (218) 514-7000
FAX (218) 514-7090

5389 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 949-4677
PHONE (614) 850-4894
FAX (614) 850-4897

| | |
|---|---|
| Invoice# | 029613 |
| Location# | 100 |
| Date | 10/04/05 |
| Page | 1 OF 1 |

P.O. Box 643784
Pittsburgh, PA 15264-3784
**     Reprint     **

```
    005188
    DELPHI PACKARD ELECTRIC #
    DUNS #00183404466
    ***DO NOT MAIL***
```

** MUST USE HEAT TREATED PALLETS **
CISCO 60455
DOCK CODE 30 5000 PARRAL

Ship To:
60606 DELPHI PACKARD ELECTRIC
EL PASO DIST. CTR. DOCK 30
48 WALTER JONES BLVD. DOCK 30
RECEIVING 24 HOURS A DAY
EL PASO , TX  79906

Cust P/O:PEDP4330086        Rep:108          Terms:NET 25 PROX
Ord-Date:10/03/05 Written:GWP Order#:976410 Ship Via:PJAX
Shp-Date:10/04/05 Frt Terms:8   3rd Party Billing   Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009930<br>BAG POLY 5-1/2X49" .005 CLR HI<br>SLIP 45 DEG ANGLE POR 600/CS<br>CONF VIA TRADEBEAM | 600 | 600 | 0 | 0.2875 | EA | 172.50 |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 172.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 172.50 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to:

National Paper & Packaging
P.O. BOX 643784
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON, BEFORE SHIPMENT IS MADE

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

# NATIONAL PAPER & PACKAGING
### A SupplyOne Company
## *"Celebrating our 90th Year"*

25401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362-0020
PHONE (216) 514-7000
FAX (216) 514-7050

5309 FISHER ROAD
COLUMBUS, OHIO 43217
TOLL FREE (800) 969-4077
PHONE (614) 853-4654
FAX (614) 853-4657

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 029614 |
| Location# | 100 |
| Date | 10/04/05 |
| Page | 1 OF 1 |

P.O. Box 643784
Pittsburgh, PA 15264-3784
**       Reprint       **

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

** MUST US HEAT TREATED PALLETS **
CISCO 60853
DOCK CODE 30 5300 EMPALME

Ship To:
60606 DELPHI PACKARD ELECT. 30
EL PASO DIST CTR. DOCK 30
48 WALTER JONES BLVD.
RECEIVING 24 HOURS A DAY
EL PASO , TX  79906

===================================================================

Cust P/O:PEDP4330086          Rep:108          Terms:NET 25 PROX
Ord-Date:10/03/05 Written:GWP Order#:976413 Ship Via:PJAX
Shp-Date:10/04/05 Frt Terms:8  3rd Party Billing    Fob:DESTINATION

===================================================================

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009920 | 2700 | 2700 | 0 | 0.2875 | EA | 776.25 |
| BAG POLY 5-1/2x35.75".005 CLR CPN-C0009920 | | | | | | |
| HISLIP W/45DEG ANGLE POR 900CS | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

===================================================================

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 776.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 776.25 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **              National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON, BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK



**NATIONAL PAPER & PACKAGING**

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**   Reprint   **

| | | INVOICE |
|---|---|---|
| 25401 RICHMOND ROAD CLEVELAND, OHIO 44146 TOLL FREE (800) 362-0900 PHONE (216) 514-7000 FAX (216) 514-7050 | 5338 FISHER ROAD COLUMBUS, OHIO 43228 TOLL FREE (800) 083-4677 PHONE (614) 853-4894 FAX (614) 851-4997 | |

ISO 9000

Invoice#   029615
Location#   100
Date   10/04/05
Page   1 OF 1

IF SHIPPING UPS FRT TERMS ARE CONSIGNEE
CISCO 60857
DOCK CODE 30 5700 CUAUHTEMOC

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
60606 DELPHI PACKARD ELECT. 30
EL PASO DIST. CTR. DOCK 30
48 WALTER JONES BLVD. DOCK 30
RECEIVING 24 HOURS A DAY
EL PASO, TX   79906

=================================================================
Cust P/O:PEDP4330069        Rep:108        Terms:NET 25 PROX
Ord-Date:10/03/05 Written:GWP Order#:976415 Ship Via:PJAX
Shp-Date:10/04/05 Frt Terms:8   3rd Party Billing   Fob:DESTINATION
=================================================================

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0008928 | 1800 | 1800 | 0 | 0.1180 | EA | 212.40 |
| POLY BAG 6"X50" .004 LDPE | | | | | | |
| 300/ROLL   600/CASE | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

=================================================================

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 212.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 212.40 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **         National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

| POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%. |
|---|---|---|

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
** Reprint **

26401 RICHMOND ROAD
CLEVELAND OHIO 44146
TOLL FREE (800) 362-2900
PHONE (216) 514-7000
FAX (216) 514-7050

5399 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 889-4677
PHONE (614) 853-4594
FAX (614) 853-4697

ISO 9000

| | |
|---|---|
| **INVOICE** | |
| Invoice# | 029616 |
| Location# | 100 |
| Date | 10/04/05 |
| Page | 1 OF 1 |

** MUST USE HEAT TREATED PALLETS **
CISCO: 60858 SAP# FV58
DOCK CODE 30 5800 MEOQUI

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***
,

Ship To:
60606 DELPHI PACKARD ELECT. 30
EL PASO DIST. CTR. DOCK 30
48 WALTER JONES BLVD. DOCK 30
RECEIVING 24 HOURS A DAY
EL PASO, TX 79906

Cust P/O:PEDP4330086     Rep:108          Terms:NET 25 PROX
Ord-Date:10/03/05 Written:GWP Order#:976417 Ship Via:PJAX
Shp-Date:10/04/05 Frt Terms:8  3rd Party Billing   Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009942<br>POLY BAG 5.5X43".005 CLR HI<br>SLIP 45 DEG ANGLE POR 900/CS<br>CONF VIA TRADEBEAM | 1800 | 1800 | 0 | 0.2875 | EA | 517.50 |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 517.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 517.50 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **          National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

| POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON, BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%. |
|---|---|---|

SUBJECT TO TERMS AND CONDITIONS ON BACK



**NATIONAL PAPER & PACKAGING**
A SupplyOne Company
*"Celebrating our 90th Year"*
P.O. Box 643784
Pittsburgh, PA 15264-3784
**     Reprint     **

25401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362-9900
PHONE   (216) 514-7000
FAX     (216) 514-7008

5339 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 083-4877
PHONE   (614) 853-4884
FAX     (614) 853-4567

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 029617 |
| Location# | 100 |
| Date | 10/04/05 |
| Page | 1 OF 1 |

IF SHIPPING UPS FRT TERMS ARE CONSIGNEE
** MUST USE HEAT TREATED PALLETS **
DOCK CODE 80 8796 ECCSA 5, ANAHUAC

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
60502 DELPHI PACKARD ELECT. 80
80 8796 ECCSA 5, ANAHUAC
RECEIVING DOCK 80
8802 KILLIAM IDUSTRIAL BLVD.
LAREDO, TX  78045

Cust P/O:PEDP4330075      Rep:108         Terms:NET 25 PROX
Ord-Date:10/03/05 Written:GWP Order#:976419 Ship Via:UPS
Shp-Date:10/04/05 Frt Terms:5   UPS Consignee      Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0010310 | 2000 | 2000 | 0 | 0.0594 | EA | 118.80 |

POLY SLEEVE 3.5"X28" .004 LDPE
POR FLAT 500/RL 2000/CS
CONF VIA TRADEBEAM

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 118.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 118.80 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **      National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON, BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.
SUBJECT TO TERMS AND CONDITIONS ON BACK



# NATIONAL PAPER & PACKAGING
A SupplyOne Company

*"Celebrating our 90ᵗʰ Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**       Reprint       **

25401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362-0600
PHONE   (216) 514-7000
FAX     (216) 514-7050

5535 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 969-4977
PHONE   (614) 853-4594
FAX     (614) 853-4687

ISO 9000

**INVOICE**

Invoice#    029618
Location#   100
Date        10/04/05
Page        1 OF 1

** MUST USE HEAT TREATED PALLETS **
CISCO: 60858 SAP# FV58
DOCK CODE 30 5800 MEOQUI

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***
,

Ship To:
60606 DELPHI PACKARD ELECT. 30
EL PASO DIST. CTR. DOCK 30
48 WALTER JONES BLVD. DOCK 30
RECEIVING 24 HOURS A DAY
EL PASO, TX  79906

Cust P/O:PEDP4330086        Rep:108        Terms:NET 25 PROX
Ord-Date:10/03/05 Written:GWP Order#:976771 Ship Via:PJAX
Shp-Date:10/04/05 Frt Terms:8   3rd Party Billing    Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009942 | 4500 | 4500 | 0 | 0.2875 | EA | 1,293.75 |
| POLY BAG 5.5X43".005 CLR HI | | | | | | |
| SLIP 45 DEG ANGLE POR 900/CS | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 1,293.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,293.75 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **            National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED.    NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.    Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK



**NATIONAL PAPER & PACKAGING**

A SupplyOne Company

*"Celebrating our 90th Year"*

| 26401 RICHMOND ROAD | 5539 FISHER ROAD | **INVOICE** |
|---|---|---|
| CLEVELAND, OHIO 44146 | COLUMBUS, OHIO 43228 | |
| TOLL FREE (800) 242-0900 | TOLL FREE (800) 989-4877 | |
| PHONE (216) 514-7000 | PHONE (614) 853-4864 | |
| FAX (216) 514-7050 | FAX (614) 853-4867 | |

ISO 9000

| | |
|---|---|
| Invoice# | 029619 |
| Location# | 100 |
| Date | 10/04/05 |
| Page | 1 OF 1 |

P.O. Box 643784
Pittsburgh, PA 15264-3784
**       Reprint       **

SHIP VIA MAHONING
745 PINE ST. WARREN, OHIO 44483

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD ELECTRIC PLT 47
3400 AERO PARK DRIVE PLT.47
NO DELIVERIES AFTER 1:30P
VIENNA, OH  44473-8704

```
==============================================================================
Cust P/O:PEDP4330072        Rep:108          Terms:NET 25 PROX
Ord-Date:08/24/05 Written:RBW Order#:961065 Ship Via:CLEVELAND NAPCO TRUCK
Shp-Date:10/05/05 Frt Terms:4   Delivered           Fob:DESTINATION
==============================================================================
Product/Description      Order'd Ship'd   B/O      Price  U/M    Extension
------------------------------------------------------------------------------
PP231428-15-EA              650    650      0     0.1930 EA        125.45
BAG POLYPROP 23X14X28" .0015  CPN-MHC01209
FULL GAGE CLR I/C 325/CS
```

```
==============================================================================
Mdse Total Handling Misc Chg    Tax  Freight    Dep-amt Dep-Appld Invoice Total
------------------------------------------------------------------------------
 125.45    0.00    0.00    0.00    0.00      0.00      0.00        125.45
** PLEASE NOTE NEW REMITTANCE ADDRESS **              National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                 Pittsburgh, PA 15264-3784
```

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

| POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%. |
|---|---|---|

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**    Reprint    **

| | | INVOICE |
|---|---|---|
| | Invoice# | 029620 |
| | Location# | 100 |
| | Date | 10/04/05 |
| | Page | 1 OF 1 |

SHIP VIA MAHONING
745 PINE ST. WARREN, OHIO 44483

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD ELECTRIC PLT 47
3400 AERO PARK DRIVE PLT.47
NO DELIVERIES AFTER 1:30P
VIENNA, OH  44473-8704

Cust P/O:PEDP4330072          Rep:108          Terms:NET 25 PROX
Ord-Date:08/24/05 Written:RBW Order#:961067 Ship Via:CLEVELAND NAPCO TRUCK
Shp-Date:10/05/05 Frt Terms:4   Delivered      Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| PP231428-15-EA | 13650 | 13650 | 0 | 0.1930 | EA | 2,634.45 |
| BAG POLYPROP 23X14X28" .0015 | CPN-MHC01209 | | | | | |
| FULL GAGE CLR I/C 325/CS | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 2,634.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,634.45 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to:

National Paper & Packaging
P.O. BOX 643784
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON, BEFORE SHIPMENT IS MADE.

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING
A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**    Reprint    **

26401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE  (800) 942-4500
PHONE      (216) 514-7000
FAX        (216) 514-7050

5008 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE  (800) 283-4677
PHONE      (614) 853-4594
FAX        (614) 853-4007

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 029621 |
| Location# | 100 |
| Date | 10/04/05 |
| Page | 1 OF 1 |

SHIP VIA MAHONING
745 PINE ST. WARREN, OHIO 44483

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD ELECTRIC PLT 45
1000 WEST MAIN ST. DOCK 45
NO DELIVERIES AFTER 2:30P
CORTLAND, OH  44410

---

Cust P/O:PEDP4330082        Rep:108        Terms:NET 25 PROX
Ord-Date:08/24/05 Written:RBW Order#:961068 Ship Via:CLEVELAND NAPCO TRUCK
Shp-Date:10/05/05 Frt Terms:4  Delivered        Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| PP231428-15-EA | 13650 | 13650 | 0 | 0.1930 | EA | 2,634.45 |
| BAG POLYPROP 23X14X28" .0015 | CPN-MHC01209 | | | | | |
| FULL GAGE CLR I/C 325/CS | | | | | | |

---

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 2,634.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,634.45 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **        National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                 Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS OUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON, BEFORE SHIPMENT IS MADE

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**      Reprint       **

25401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362-9000
PHONE    (216) 514-7000
FAX      (216) 514-7000

5339 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 586-4677
PHONE    (614) 853-4984
FAX      (614) 853-4807

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 029622 |
| Location# | 100 |
| Date | 10/04/05 |
| Page | 1 OF 1 |

SHIP VIA MAHONING
745 PINE ST. WARREN, OHIO 44483

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD ELECTRIC PLT 47
3400 AERO PARK DRIVE PLT.47
NO DELIVERIES AFTER 1:30P
ATTN: ELAINE ROGERS
VIENNA, OH  44473-8704

Cust P/O:P1S51813          Rep:108          Terms:NET 25 PROX
Ord-Date:09/28/05 Written:RBW Order#:974822 Ship Via:CLEVELAND NAPCO TRUCK
Shp-Date:10/05/05 Frt Terms:4   Delivered        Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| 3M471-BLUE36YDX2IN | 1 | 1 | 0 | 404.1600 | CS | 404.16 |
| 3M PLASTIC FILM TAPE BLUE | CPN-PRX4146L 001 | | | | | |
| 2" X 36 YD - 24 ROLLS/CASE | | | | | | |
| | | | | | | |
| 3M471-RED36YDX2IN | 1 | 1 | 0 | 404.1600 | CS | 404.16 |
| 3M PLASTIC FILM TAPE RED | CPN-PRX4146L 002 | | | | | |
| 2 IN X 36 YD 24/CS | | | | | | |
| CNFRMD RP108 | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 808.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 808.32 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **          National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                 Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK



# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

25481 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362 0910
PHONE (216) 514 7000
FAX (216) 514 7050

5309 FRENCH ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 989 4677
PHONE (614) 850-4684
FAX (614) 850 4687

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 029623 |
| Location# | 100 |
| Date | 10/04/05 |
| Page | 1 OF 1 |

P.O. Box 643784
Pittsburgh, PA 15264-3784
**      Reprint      **

IF SHIPPING UPS FRT TERMS ARE CONSIGNEE

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD ELECTRIC PLT 19
1265 N. RIVER ROAD
DOCK 19 DEPT 1960
WARREN, OH  44483-1939

```
================================================================
Cust P/O:PEDP4330077      Rep:108        Terms:NET 25 PROX
Ord-Date:10/03/05 Written:GWP Order#:976403 Ship Via:CLEVELAND NAPCO TRUCK
Shp-Date:10/05/05 Frt Terms:4   Delivered        Fob:DESTINATION
================================================================
```

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009522 | 500 | 500 | 0 | 0.1459 | EA | 72.95 |
| POLY BAG 8-7/8X5-7/8X18" .004 | | | | | | |
| LDPE CLEAR 500/CS | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

```
================================================================
```

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appl'd | Invoice Total |
|---|---|---|---|---|---|---|---|
| 72.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 72.95 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to:

National Paper & Packaging
P.O. BOX 643784
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

| POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%. |
|---|---|---|

SUBJECT TO TERMS AND CONDITIONS ON BACK



# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**        Reprint        **

| | |
|---|---|
| 25461 RICHMOND ROAD | 5300 FISHER ROAD |
| CLEVELAND, OHIO 44146 | COLUMBUS, OHIO 43228 |
| TOLL FREE (800) 362-7000 | TOLL FREE (800) 969-4877 |
| PHONE (216) 514-7000 | PHONE (614) 853-4854 |
| FAX (216) 514-7050 | FAX (614) 853-4887 |

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 029624 |
| Location# | 100 |
| Date | 10/04/05 |
| Page | 1 OF 1 |

IF SHIPPING UPS FRT TERMS ARE CONSIGNEE

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***
,

Ship To:
DELPHI PACKARD ELECTRIC PLT 46
DPES PLT. 46
1265 N. RIVER ROAD
DOCK 15, STORE 4660
WARREN, OH 44483

---

Cust P/O:PEDP4330068        Rep:108        Terms:NET 25 PROX
Ord-Date:10/04/05 Written:RBW Order#:977391 Ship Via:CLEVELAND NAPCO TRUCK
Shp-Date:10/05/05 Frt Terms:4  Delivered        Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| PB221423-125EQV-EA | 500 | 500 | 0 | 0.0643 | EA | 32.15 |
| POLY BAG 22X14X23" .00125 EQ | CPN-MHC01226 | | | | | |
| VENTED CO-EX 3 LAYER 500/RL | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

---

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 32.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32.15 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **        National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

| POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%. |
|---|---|---|

SUBJECT TO TERMS AND CONDITIONS ON BACK



**NATIONAL PAPER & PACKAGING**
A SupplyOne Company
*"Celebrating our 90th Year"*

25401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 666-9900
PHONE (216) 514-7000
FAX (216) 514-7050

5338 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 982-4877
PHONE (614) 853-4884
FAX (614) 853-4887

ISO 9000

| | INVOICE |
|---|---|
| Invoice# | 029625 |
| Location# | 100 |
| Date | 10/04/05 |
| Page | 1 OF 1 |

P.O. Box 643784
Pittsburgh, PA 15264-3784
**      Reprint      **

\*\* SHIP NAPCO TRUCK FOR WED 10/5 DEL!!

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
\*\*\*DO NOT MAIL\*\*\*

Ship To:
DELPHI PACKARD ELECTRIC PLT 46
DPES PLT. 46
1265 N. RIVER ROAD
DOCK 15, STORE 4657
WARREN, OH  44483

---

Cust P/O:PEDP4320060          Rep:108          Terms:NET 25 PROX
Ord-Date:10/04/05 Written:RBW Order#:977392 Ship Via:CLEVELAND NAPCO TRUCK
Shp-Date:10/05/05 Frt Terms:4  Delivered          Fob:DESTINATION

---

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009790 | 1000 | 1000 | 0 | 0.1500 | EA | 150.00 |
| TAPE 3M 375 CLEAR 5.312" WIDE | CPN-C0009790 | | | | | |
| X .600" ZONE COATED W/3M 2104B | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

---

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 |

\*\* PLEASE NOTE NEW REMITTANCE ADDRESS \*\*          National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

| POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED. | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%. |
|---|---|---|

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING
A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**     Reprint     **

| | |
|---|---|
| 26401 RICHMOND ROAD | 5200 FISHER ROAD |
| CLEVELAND, OHIO 44146 | COLUMBUS, OHIO 43228 |
| TOLL FREE (800) 362-0000 | TOLL FREE (800) 962-4877 |
| PHONE (216) 514-7000 | PHONE (614) 853-4694 |
| FAX (216) 514-7050 | FAX (614) 853-4697 |

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 029626 |
| Location# | 100 |
| Date | 10/04/05 |
| Page | 1 OF 2 |

PLS REF INV# 881109/866975/860221/851004
842243   ORDER# 853719/840262/834367/
825257/816953

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***
,

Ship To:
** INTERNAL CREDIT **

DO NOT MAIL OUT!!!!
EL PASO, TX  79906

===========================================================================

Cust P/O:PEDP3320055          Rep:108     Terms:NET 25 PROX
Ord-Date:10/05/05 Written:RBW Order#:977736 Ship Via:PJAX
Shp-Date:10/05/05 Frt Terms:8  3rd Party Billing    Fob:DESTINATION

===========================================================================

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0010449<br>TAPE DIE CUT 3.25"X2" PRESSURE<br>SENS. W/LINER-YLW/CLR-500/CASE | -1000 | -1000 | 0 | 0.2000 | EA | -200.00 |
| C0010449<br>TAPE DIE CUT 3.25"X2" PRESSURE<br>SENS. W/LINER-YLW/CLR-500/CASE | -1000 | -1000 | 0 | 0.1900 | EA | -190.00 |
| C0010449<br>TAPE DIE CUT 3.25"X2" PRESSURE<br>SENS. W/LINER-YLW/CLR-500/CASE | -1000 | -1000 | 0 | 0.1900 | EA | -190.00 |
| C0010449<br>TAPE DIE CUT 3.25"X2" PRESSURE<br>SENS. W/LINER-YLW/CLR-500/CASE | -1000 | -1000 | 0 | 0.1900 | EA | -190.00 |
| C0010449<br>TAPE DIE CUT 3.25"X2" PRESSURE<br>SENS. W/LINER-YLW/CLR-500/CASE | -1000 | -1000 | 0 | 0.1900 | EA | -190.00 |
| C0010449<br>TAPE DIE CUT 3.25"X2" PRESSURE<br>SENS. W/LINER-YLW/CLR-500/CASE | 2000 | 2000 | 0 | 0.1930 | EA | 386.00 |
| C0010449<br>TAPE DIE CUT 3.25"X2" PRESSURE<br>SENS. W/LINER-YLW/CLR-500/CASE<br>CREDIT TO ADJUST PRICING<br>***************************** | 3000 | 3000 | 0 | 0.1930 | EA | 579.00 |

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

| POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%. |
|---|---|---|

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING
A SupplyOne Company

*"Celebrating our 90ᵗʰ Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**      Reprint      **

| 26401 RICHMOND ROAD CLEVELAND, OHIO 44146 | 5339 FISHER ROAD COLUMBUS, OHIO 43228 |
|---|---|
| TOLL FREE (800) 362 0900 | TOLL FREE (800) 989-4677 |
| PHONE (216) 514 7000 | PHONE (614) 853-4884 |
| FAX (216) 514 7050 | FAX (614) 853-4887 |

ISO 9000

**INVOICE**

Invoice#    029626
Location#    100
Date        10/04/05
Page        2 OF 2

PLS REF  INV# 881109/866975/860221/851004
842243   ORDER# 853719/840262/834367/
825257/816953

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
** INTERNAL CREDIT **

DO NOT MAIL OUT!!!!
EL PASO, TX  79906

===============================================================================
Cust P/O:PEDP3320055     Rep:108          Terms:NET 25 PROX
Ord-Date:10/05/05 Written:RBW Order#:977736 Ship Via:PJAX
Shp-Date:10/05/05 Frt Terms:8    3rd Party Billing    Fob:DESTINATION
===============================================================================

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|

*****************************
INTERNAL CREDIT!! DO NOT MAIL
OUT!!

===============================================================================

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **          National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                 Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON, BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK



**NATIONAL PAPER & PACKAGING**
A SupplyOne Company
*"Celebrating our 90ᵗʰ Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**   Reprint   **

25401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 342 0900
PHONE   (216) 514 7000
FAX   (216) 514 7050

5320 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 989 4677
PHONE   (614) 853-4884
FAX   (614) 653-4887

ISO 9000
C.M.K. REG. VN7

**INVOICE**

| | |
|---|---|
| Invoice# | 030390 |
| Location# | 100 |
| Date | 10/05/05 |
| Page | 1 OF 1 |

** MUST USE HEAT TREATED PALLETS **
CISCO: 60842 SAP# FV33
DOCK CODE 30 3300 RBE 4, JUAREZ

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD PLT 33 RBE IV
32 CELEBRITY WAGON PLT. 33
EL PASO, TX   79906

---

Cust P/O:PEDP4330069          Rep:108          Terms:NET 25 PROX
Ord-Date:10/04/05 Written:RBW Order#:977389 Ship Via:PJAX
Shp-Date:10/05/05 Frt Terms:8  3rd Party Billing   Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0011596 | 800 | 800 | 0 | 0.1587 | EA | 126.96 |

BUBBLE-OUT BAG 15"X17.5"-SPC+
FLUSH CUT-NLNT-#449637-100/CS
CNFRMD VIA TRADEBEAM

---

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 126.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 126.96 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
National Paper & Packaging
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON, BEFORE SHIPMENT IS MADE.

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK



# NATIONAL PAPER & PACKAGING
A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**   Reprint   **

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

25401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362 0900
PHONE (216) 514 7000
FAX (216) 514 7050

ISO 9000

5339 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 589-4677
PHONE (614) 853 4894
FAX (614) 853-4887

**INVOICE**

Invoice#   030391
Location#  100
Date       10/05/05
Page       1 OF 1

** MUST USE HEAT TREATED PALLETS **
CISCO 60455
DOCK CODE 30 5000 PARRAL

Ship To:
60606 DELPHI PACKARD ELECTRIC
EL PASO DIST. CTR. DOCK 30
48 WALTER JONES BLVD. DOCK 30
RECEIVING 24 HOURS A DAY
EL PASO , TX  79906

Cust P/O:PEDP4330086            Rep:108          Terms:NET 25 PROX
Ord-Date:10/04/05 Written:RBW Order#:977393 Ship Via:PJAX
Shp-Date:10/05/05 Frt Terms:8   3rd Party Billing   Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009930 | 600 | 600 | 0 | 0.2875 | EA | 172.50 |
| BAG POLY 5-1/2X49" .005 CLR HI | | | | | | |
| SLIP 45 DEG ANGLE POR 600/CS | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 172.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 172.50 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
National Paper & Packaging
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**    Reprint    **

28401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 522 2000
PHONE (216) 514 7000
FAX (216) 514 7050

5308 FISHER ROAD
COLUMBUS OHIO 43228
TOLL FREE (800) 695 4577
PHONE (614) 853 4584
FAX (614) 853 4887

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 030392 |
| Location# | 100 |
| Date | 10/05/05 |
| Page | 1 OF 1 |

** MUST USE HEAT TREATED PALLETS **
CISCO 60455
DOCK CODE 30 5000 PARRAL

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
60606 DELPHI PACKARD ELECTRIC
EL PASO DIST. CTR. DOCK 30
48 WALTER JONES BLVD. DOCK 30
RECEIVING 24 HOURS A DAY
EL PASO , TX  79906

Cust P/O:PEDP4330086    Rep:108    Terms:NET 25 PROX
Ord-Date:10/04/05 Written:RBW Order#:977395 Ship Via:PJAX
Shp-Date:10/05/05 Frt Terms:8  3rd Party Billing   Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009942 POLY BAG 5.5X43".005 CLR HI SLIP 45 DEG ANGLE POR 900/CS CNFRMD VIA TRADEBEAM | 900 | 900 | 0 | 0.2875 | EA | 258.75 |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 258.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 258.75 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **       National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh  PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

**NATIONAL PAPER & PACKAGING**

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**     Reprint     **

25401 RICHMOND ROAD
CLEVELAND, OHIO 44145
TOLL FREE (800) 362 0800
PHONE (216) 514 7000
FAX (216) 514 7050

5330 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 385 4677
PHONE (614) 853 4884
FAX (614) 853 4887

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 030393 |
| Location# | 100 |
| Date | 10/05/05 |
| Page | 1 OF 1 |

IF SHIPPING UPS FRT TERMS ARE CONSIGNEE
CISCO 60857
DOCK CODE 30 5700 CUAUHTEMOC

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
60606 DELPHI PACKARD ELECT. 30
EL PASO DIST. CTR. DOCK 30
48 WALTER JONES BLVD. DOCK 30
RECEIVING 24 HOURS A DAY
EL PASO, TX 79906

Cust P/O:PEDP4330069    Rep:108         Terms:NET 25 PROX
Ord-Date:10/04/05 Written:RBW Order#:977399 Ship Via:PJAX
Shp-Date:10/05/05 Frt Terms:8  3rd Party Billing    Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0008928 | 1200 | 1200 | 0 | 0.1180 | EA | 141.60 |
| POLY BAG 6"X50" .004 LDPE | | | | | | |
| 300/ROLL  600/CASE | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 141.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 141.60 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **          National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90ᵗʰ Year"*

26401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362 0900
PHONE (216) 514 7000
FAX (216) 514 7050

5330 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 868 4677
PHONE (614) 853 4884
FAX (614) 853 4887

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 030394 |
| Location# | 100 |
| Date | 10/05/05 |
| Page | 1 OF 1 |

P.O. Box 643784
Pittsburgh, PA 15264-3784
**       Reprint       **

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

** MUST USE HEAT TREATED PALLETS **
CISCO: 60858 SAP# FV58
DOCK CODE 30 5800 MEOQUI

Ship To:
60606 DELPHI PACKARD ELECT. 30
EL PASO DIST. CTR. DOCK 30
48 WALTER JONES BLVD. DOCK 30
RECEIVING 24 HOURS A DAY
EL PASO, TX  79906

Cust P/O:PEDP4330086         Rep:108               Terms:NET 25 PROX
Ord-Date:10/04/05 Written:RBW Order#:977402 Ship Via:PJAX
Shp-Date:10/05/05 Frt Terms:8   3rd Party Billing   Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009942 | 5400 | 5400 | 0 | 0.2875 | EA | 1,552.50 |
| POLY BAG 5.5X43".005 CLR HI | | | | | | |
| SLIP 45 DEG ANGLE POR 900/CS | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 1,552.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,552.50 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to:

National Paper & Packaging
P.O. BOX 643784
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED.
NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.
Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.
SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

| 29401 RICHMOND ROAD | 5309 FISHER ROAD · | INVOICE |
| CLEVELAND, OHIO 44146 | COLUMBUS, OHIO 43228 | |
| TOLL FREE (800) 362-0500 | TOLL FREE (800) 599-4677 | |
| PHONE (216) 514-7000 | PHONE (614) 853-4884 | |
| FAX (216) 514-7050 | FAX (614) 853-4887 | |

ISO 9000

| | | |
|---|---|---|
| Invoice# | 030395 |
| Location# | 100 |
| Date | 10/05/05 |
| Page | 1 OF 1 |

P.O. Box 643784
Pittsburgh, PA 15264-3784
**      Reprint      **

IF SHIPPING UPS FRT TERMS ARE CONSIGNEE
** MUST USE HEAT TREATED PALLETS **
DOCK CODE 80 8796 ECCSA 5, ANAHUAC

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
60502 DELPHI PACKARD ELECT. 80
80 8796 ECCSA 5, ANAHUAC
RECEIVING DOCK 80
8802 KILLIAM IDUSTRIAL BLVD.
LAREDO, TX  78045

Cust P/O:PEDP4330075       Rep:108       Terms:NET 25 PROX
Ord-Date:10/04/05 Written:RBW Order#:977405 Ship Via:UPS
Shp-Date:10/05/05 Frt Terms:5   UPS Consignee      Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0010310 | 2000 | 2000 | 0 | 0.0594 | EA | 118.80 |
| POLY SLEEVE 3.5"X28" .004 LDPE | | | | | | |
| POR FLAT 500/RL 2000/CS | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 118.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 118.80 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **            National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                 Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE | Service charge of 1-1/2% PER MONTH will be added to nk past due accounts. This is an ANNUAL RATE of 18%.

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**     Reprint     **

26401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362-9800
PHONE (216) 514-7000
FAX (216) 514-7050

5339 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 283-4577
PHONE (614) 853-4064
FAX (614) 853-4887

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 031060 |
| Location# | 100 |
| Date | 10/06/05 |
| Page | 1 OF 1 |

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

** MUST US HEAT TREATED PALLETS **
CISCO 60853
DOCK CODE 30 5300 EMPALME

Ship To:
60606 DELPHI PACKARD ELECT. 30
EL PASO DIST CTR. DOCK 30
48 WALTER JONES BLVD.
RECEIVING 24 HOURS A DAY
EL PASO , TX 79906

Cust P/O:PEDP4330086     Rep:108     Terms:NET 25 PROX
Ord-Date:10/04/05 Written:RBW Order#:977397 Ship Via:PJAX
Shp-Date:10/06/05 Frt Terms:8    3rd Party Billing    Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009920 | 3600 | 3600 | 0 | 0.2875 | EA | 1,035.00 |
| BAG POLY 5-1/2x35.75".005 CLR | CPN-C0009920 | | | | | |
| HISLIP W/45DEG ANGLE POR 900CS | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 1,035.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,035.00 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to:

National Paper & Packaging
P.O. BOX 643784
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON, BEFORE SHIPMENT IS MADE

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**       Reprint       **

21401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE  (800) 362-6000
PHONE     (216) 514-7000
FAX       (216) 514-7050

5339 FISHER ROAD
COLUMBUS OHIO 43228
TOLL FREE (800) 908-4677
PHONE    (614) 853-4884
FAX      (614) 853-4887

**INVOICE**

Invoice#  031061
Location#  100
Date     10/06/05
Page     1 OF 1

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

** MUST USE HEAT TREATED PALLETS **
CISCO: 60842 SAP# FV33
DOCK CODE 30 3300 RBE 4, JUAREZ

Ship To:
DELPHI PACKARD PLT 33 RBE IV
32 CELEBRITY WAGON PLT. 33
EL PASO, TX  79906

---

Cust P/O:PEDP4330069          Rep:108          Terms:NET 25 PROX
Ord-Date:10/05/05 Written:GWP Order#:977740 Ship Via:PJAX
Shp-Date:10/06/05 Frt Terms:8   3rd Party Billing   Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0003601 | 4500 | 4500 | 0 | 0.2100 | EA | 945.00 |
| POLY BAG 6"X6".004 CLEAR | | | | | | |
| 3 SIDE SEAL W/TIN TIE 1500/CS | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

---

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 945.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 945.00 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to:

National Paper & Packaging
P.O. BOX 643784
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**    Reprint    **

76401 RICHMOND ROAD
CLEVELAND, OHIO 44148
TOLL FREE  (800) 362-0900
PHONE  (216) 514-7000
FAX  (216) 514-7050

5338 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE  (800) 950-4677
PHONE  (614) 853-4364
FAX  (614) 853-4687

ISO 9006

**INVOICE**

| | |
|---|---|
| Invoice# | 031062 |
| Location# | 100 |
| Date | 10/06/05 |
| Page | 1 OF 1 |

** MUST USE HEAT TREATED PALLETS **
CISCO: 60842 SAP# FV33
DOCK CODE 30 3300 RBE 4, JUAREZ

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD PLT 33 RBE IV
32 CELEBRITY WAGON PLT. 33
EL PASO, TX  79906

Cust P/O:PEDP4330069        Rep:108            Terms:NET 25 PROX
Ord-Date:10/05/05 Written:GWP Order#:977742 Ship Via:PJAX
Shp-Date:10/06/05 Frt Terms:8   3rd Party Billing   Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0005038 | 2250 | 2250 | 0 | 0.1780 | EA | 400.50 |
| POLY BAG 20"X48" .002 LDPE | | | | | | |
| 250/CS | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 400.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 400.50 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **           National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

| POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18% |

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**      Reprint      **

38401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE  (800) 562 0050
PHONE     (216) 514 7000
FAX       (216) 514 7000

5930 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE  (800) 909 4677
PHONE     (614) 853-4884
FAX       (614) 8 04857

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 031063 |
| Location# | 100 |
| Date | 10/06/05 |
| Page | 1 OF 1 |

** MUST USE HEAT TREATED PALLETS **
CISCO: 60842 SAP# FV33
DOCK CODE 30 3300 RBE 4, JUAREZ

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD PLT 33 RBE IV
32 CELEBRITY WAGON PLT. 33
EL PASO, TX  79906

================================================================

Cust P/O:PEDP4330069     Rep:108     Terms:NET 25 PROX
Ord-Date:10/05/05 Written:GWP  Order#:977744 Ship Via:PJAX
Shp-Date:10/06/05 Frt Terms:8   3rd Party Billing   Fob:DESTINATION

================================================================

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0011596 | 1700 | 1700 | 0 | 0.1587 | EA | 269.79 |
| BUBBLE-OUT BAG 15"X17.5"-SPC+ | | | | | | |
| FLUSH CUT-NLNT-#449637-100/CS | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

================================================================

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 269.79 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 269.79 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to:

National Paper & Packaging
P.O. BOX 643784
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and all regulations and orders of the United States Department of Labor issued under Section 14, thereof."

| POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE | Service charge of 1-1/2% PER MONTH will be added to all past due amounts. This is an ANNUAL RATE of 18% |
|---|---|---|

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**    Reprint    **

20101 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362-0060
PHONE  (216) 514 7000
FAX    (216) 514 7050

5320 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 989-1677
PHONE  (614) 853-4894
FAX    (614) 853-4887

ISO 9000

| | |
|---|---|
| **INVOICE** | |
| Invoice# | 031064 |
| Location# | 100 |
| Date | 10/06/05 |
| Page | 1 OF 1 |

** MUST USE HEAT TREATED PALLETS **
CISCO: 60842 SAP# FV33
DOCK CODE 30 3300 RBE 4, JUAREZ

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD PLT 33 RBE IV
32 CELEBRITY WAGON PLT. 33
EL PASO, TX  79906

Cust P/O:PEDP4330069          Rep:108          Terms:NET 25 PROX
Ord-Date:10/05/05 Written:GWP  Order#:977745 Ship Via:PJAX
Shp-Date:10/06/05 Frt Terms:8   3rd Party Billing    Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0011597<br>BUBBLE-OUT BAG 8.5x15.5"-SPC+<br>FLUSH CUT-NLNT-#449638-250/CS<br>CONF VIA TRADEBEAM | 750 | 750 | 0 | 0.0920 | EA | 69.00 |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 69.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 69.00 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to:

National Paper & Packaging
P.O. BOX 643784
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**        Reprint        **

26401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362 0600
PHONE   (216) 514 7800
FAX     (216) 514 7960

5339 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 899-4877
PHONE   (614) 853-4884
FAX     (614) 853-4897

ISO 9000

**INVOICE**

|  |  |
|---|---|
| Invoice# | 031065 |
| Location# | 100 |
| Date | 10/06/05 |
| Page | 1 OF 1 |

** MUST USE HEAT TREATED PALLETS **
CISCO: 60842 SAP# FV33
DOCK CODE 30 3300 RBE 4, JUAREZ

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD PLT 33 RBE IV
32 CELEBRITY WAGON PLT. 33
EL PASO, TX  79906

---

Cust P/O:PEDP4330069        Rep:108        Terms:NET 25 PROX
Ord-Date:10/05/05 Written:GWP Order#:977746 Ship Via:PJAX
Shp-Date:10/06/05 Frt Terms:8   3rd Party Billing   Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0011598<br>BUBBLE-OUT BAG 6.5" X 8"-SPC+<br>FLUSH CUT-NLNT-#449639-250/CS<br>CONF VIA TRADEBEAM | 1000 | 1000 | 0 | 0.0470 | EA | 47.00 |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 47.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 47.00 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to:

National Paper & Packaging
P.O. BOX 643784
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE

Service charge of 1-1/2% PER MONTH will be added to

# NATIONAL PAPER & PACKAGING
A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**     Reprint     **

26401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362 0900
PHONE (216) 513 7000
FAX (216) 514 7050

5539 FISHER ROAD
CO:UMBUS, OHIO 43228
TOLL FREE (800) 999 4677
PHONE (614) 853 4694
FAX (614) 853 4697

ISO 9000

**INVOICE**

Invoice#   031066
Location#   100
Date   10/06/05
Page   1 OF 1

** MUST USE HEAT TREATED PALLETS **
CISCO: 60837   SAP# FV37
DOCK CODE 30 3700 RBE 9, JUAREZ

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
60606 DELPHI PACKARD ELECT. 30
EL PASO DIST. CTR. DOCK 30
48 WALTER JONES BLVD. DOCK 30
RECEVING 24 HOURS A DAY
EL PASO , TX  79906

Cust P/O:PEDP4320058          Rep:108          Terms:NET 25 PROX
Ord-Date:10/05/05 Written:GWP Order#:977747 Ship Via:PJAX
Shp-Date:10/06/05 Frt Terms:8   3rd Party Billing   Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009113 | 2100 | 2100 | 0 | 0.2240 | EA | 470.40 |
| COHESIVE BUBBLE-1/2" 48"X125' | CPN-C0009113 | | | | | |
| SLIT 12"-CP20"-75PIECES/RL | | | | | | |
| ORDER ON BAR CODE LABEL IS | | | | | | |
| HAND WRITTEN BY NATIONAL PAPER | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 470.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 470.40 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **          National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
Pittsburgh, PA 15264-3784

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof.

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

26401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE  (800) 362-0000
PHONE  (216) 514-7000
FAX  (216) 514-7050

5339 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE  (800) 409-4677
PHONE  (614) 853-4884
FAX  (614) 853-4887

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 031067 |
| Location# | 100 |
| Date | 10/06/05 |
| Page | 1 OF 1 |

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**       Reprint        **

** MUST USE HEAT TREATED PALLETS **
CISCO: 60838 SAP# FV38
DOCK CODE 30 3800 RBE 5, JUAREZ

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD PLT38/38A RBE V
32 CELEBRITY WAGON PLT.38
**COPY OF PACKING LISTS MUST
BE ATTACHED TO 2ND PG OF BOL**
EL PASO, TX  79906

=================================================================

Cust P/O:PEDP4330069          Rep:108          Terms:NET 25 PROX
Ord-Date:10/05/05 Written:GWP Order#:977748 Ship Via:UPS
Shp-Date:10/06/05 Frt Terms:5   UPS Consignee        Fob:DESTINATION

=================================================================

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009050 | 2000 | 2000 | 0 | 0.0327 | EA | 65.40 |
| POLY BAG 4-13/16"X13".004 | | | | | | |
| LDPE W/THUMB CUT 2000/CS | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

=================================================================

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 65.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 65.40 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **          National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

| POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%. |
|---|---|---|

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING
A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**       .Reprint       **

26901 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 364-0000
PHONE    (216) 514 7000
FAX      (216) 514 7090

5339 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 589-4577
PHONE    (614) 853-4884
FAX      (614) 853-4887

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 031068 |
| Location# | 100 |
| Date | 10/06/05 |
| Page | 1 OF 1 |

** MUST USE HEAT TREATED PALLETS **
CISCO: 60835 SAP# FV39
DOCK CODE 30 3900 RBE I, JUAREZ

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD PLT 39 RBE I
32 CELEBRITY WAGON PLT. 39
**COPY OF PACKING LISTS MUST
BE ATTACHED TO 2ND PG OF BOL**
EL PASO, TX  79906

Cust P/O:PEDP4330069          Rep:108          Terms:NET 25 PROX
Ord-Date:10/05/05 Written:GWP Order#:977749 Ship Via:UPS
Shp-Date:10/06/05 Frt Terms:5   UPS Consignee    Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| DS21218-EA | 1000 | 1000 | 0 | 0.1345 | EA | 134.50 |
| POLY BAG 12X18".002 PULL-TITE | CPN-C0009674 | | | | | |
| DOUBLE DRAW STRING 1000/CS | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 134.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 134.50 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **          National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh  PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED.

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.

Service charge of 1 1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**         Reprint        **

| | |
|---|---|
| 26401 RICHMOND ROAD CLEVELAND, OHIO 44146 TOLL FREE (800) 362 6900 PHONE (216) 514 7000 FAX (216) 514 7050 | 5531 FISHER ROAD COLUMBUS, OHIO 43228 TOLL FREE (800) 909 4677 PHONE (614) 853 4884 FAX (614) 853 4887 |

ISO 9000

INVOICE

Invoice#   031069
Location#  100
Date       10/06/05
Page       1 OF 1

** MUST USE HEAT TREATED PALLETS **
CISCO: 60835 SAP# FV39
DOCK CODE 30 3900 RBE I, JUAREZ

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD PLT 39 RBE I
32 CELEBRITY WAGON PLT. 39
**COPY OF PACKING LISTS MUST
BE ATTACHED TO 2ND PG OF BOL**
EL PASO, TX  79906

Cust P/O:PEDP4330069         Rep:108          Terms:NET 25 PROX
Ord-Date:10/05/05 Written:GWP Order#:977750 Ship Via:UPS
Shp-Date:10/06/05 Frt Terms:5   UPS Consignee    Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0010334 | 1500 | 1500 | 0 | 0.2241 | EA | 336.15 |
| POLY BAG 15"X13"X24".002 CLEAR | | | | | | |
| LDPE 300/ROLL | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 336.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 336.15 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to:

National Paper & Packaging
P.O. BOX 643784
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof.

| POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%. |
|---|---|---|

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING
A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**        .Reprint        **

25401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 1HC 6600
PHONE   (216) 511 7000
FAX     (216) 5H 7050

6338 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 9994677
PHONE   (614) 850 4684
FAX     (614) 653 468/

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 031070 |
| Location# | 100 |
| Date | 10/06/05 |
| Page | 1 OF 1 |

** MUST USE HEAT TREATED PALLETS **
CISCO 60455
DOCK CODE 30 5000 PARRAL

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
60606 DELPHI PACKARD ELECTRIC
EL PASO DIST. CTR. DOCK 30
48 WALTER JONES BLVD. DOCK 30
RECEIVING 24 HOURS A DAY
EL PASO , TX   79906

Cust P/O:PEDP4330086        Rep:108        Terms:NET 25 PROX
Ord-Date:10/05/05 Written:GWP Order#:977751 Ship Via:PJAX
Shp-Date:10/06/05 Frt Terms:8   3rd Party Billing   Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009930 | 600 | 600 | 0 | 0.2875 | EA | 172.50 |
| BAG POLY 5-1/2X49" .005 CLR HI | | | | | | |
| SLIP 45 DEG ANGLE POR 600/CS | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 172.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 172.50 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **        National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90ᵗʰ Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**      Reprint        **

28401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (866) 969 0900
PHONE  (216) 514 7000
FAX    (216) 514 7050

5339 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 080 4677
PHONE  (614) 853 4924
FAX    (614) 853 4887

**INVOICE**

| | |
|---|---|
| Invoice# | 031071 |
| Location# | 100 |
| Date | 10/06/05 |
| Page | 1 OF 1 |

** MUST US HEAT TREATED PALLETS **
CISCO 60853
DOCK CODE 30 5300 EMPALME

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
60606 DELPHI PACKARD ELECT. 30
EL PASO DIST CTR. DOCK 30
48 WALTER JONES BLVD.
RECEIVING 24 HOURS A DAY
EL PASO , TX  79906

Cust P/O:PEDP4330086       Rep:108        Terms:NET 25 PROX
Ord-Date:10/05/05 Written:GWP  Order#:977752 Ship Via:PJAX
Shp-Date:10/06/05 Frt Terms:8   3rd Party Billing    Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009920 | 900 | 900 | 0 | 0.2875 | EA | 258.75 |
| BAG POLY 5~1/2x35.75".005 CLR  CPN-C0009920 | | | | | | |
| HISLIP W/45DEG ANGLE POR 900CS | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 258.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 258.75 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **
Effective 1/7/05 All payments should be sent to:

National Paper & Packaging
P.O. BOX 643784
Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS OUT OR PRINTED.

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90ᵗʰ Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**       Reprint       **

24401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362 0000
PHONE   (216) 914 7000
FAX     (216) 914 7050

5230 FISHER ROAD
COLUMBUS, OHIO 43229
TOLL FREE (800) 959 4677
PHONE   (614) 253 4864
FAX     (614) 253-6087

ISO 9000

| | |
|---|---|
| **INVOICE** | |
| Invoice# | 031072 |
| Location# | 100 |
| Date | 10/06/05 |
| Page | 1 OF 1 |

IF SHIPPING UPS FRT TERMS ARE CONSIGNEE
CISCO 60857
DOCK CODE 30 5700 CUAUHTEMOC

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
60606 DELPHI PACKARD ELECT. 30
EL PASO DIST. CTR. DOCK 30
48 WALTER JONES BLVD. DOCK 30
RECEIVING 24 HOURS A DAY
EL PASO, TX  79906

Cust P/O:PEDP4330069     Rep:108        Terms:NET 25 PROX
Ord-Date:10/05/05 Written:GWP Order#:977753 Ship Via:PJAX
Shp-Date:10/06/05 Frt Terms:8  3rd Party Billing   Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0008928 | 2400 | 2400 | 0 | 0.1180 | EA | 283.20 |
| POLY BAG 6"X50" .004 LDPE | | | | | | |
| 300/ROLL   600/CASE | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 283.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 283.20 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **         National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and
orders of the United States Department of Labor issued under Section 14, thereof."

| POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE | Service charge of 1-1/2% PER MONTH will be added to |

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**      Reprint       **

20401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362 0000
PHONE   (216) 514 7000
FAX     (216) 514 7050

5309 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 280-4677
PHONE   (614) 851-4104
FAX     (614) 852-4897

ISO 9000

| | INVOICE |
|---|---|
| Invoice# | 031073 |
| Location# | 100 |
| Date | 10/06/05 |
| Page | 1 OF 1 |

** MUST USE HEAT TREATED PALLETS **
CISCO: 60858 SAP# FV58
DOCK CODE 30 5800 MEOQUI

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
60606 DELPHI PACKARD ELECT. 30
EL PASO DIST. CTR. DOCK 30
48 WALTER JONES BLVD. DOCK 30
RECEIVING 24 HOURS A DAY
EL PASO, TX  79906

=======================================================

Cust P/O:PEDP4330086         Rep:108        Terms:NET 25 PROX
Ord-Date:10/05/05 Written:GWP Order#:977754 Ship Via:PJAX
Shp-Date:10/06/05 Frt Terms:8   3rd Party Billing   Fob:DESTINATION

=======================================================

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0009942 POLY BAG 5.5X43".005 CLR HI SLIP 45 DEG ANGLE POR 900/CS CONF VIA TRADEBEAM | 6300 | 900 | 5400 | 0.2875 | EA | 258.75 |

=======================================================

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 258.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 258.75 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **            National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

26401 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362 6940
PHONE (215) 514 7000
FAX (216) 514 7050

5339 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 969 4577
PHONE (614) 801 4684
FAX (614) 893-4687

ISO 9000

**INVOICE**

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**    Reprint    **

| | |
|---|---|
| Invoice# | 031074 |
| Location# | 100 |
| Date | 10/06/05 |
| Page | 1 OF 1 |

IF SHIPPING UPS FRT TERMS ARE CONSIGNEE
** MUST USE HEAT TREATED PALLETS **
DOCK CODE 80 8796 ECCSA 5, ANAHUAC

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
60502 DELPHI PACKARD ELECT. 80
80 8796 ECCSA 5, ANAHUAC
RECEIVING DOCK 80
8802 KILLIAM IDUSTRIAL BLVD.
LAREDO, TX  78045

Cust P/O:PEDP4330075      Rep:108       Terms:NET 25 PROX
Ord-Date:10/05/05 Written:GWP Order#:977755 Ship Via:UPS
Shp-Date:10/06/05 Frt Terms:5   UPS Consignee       Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0010310 | 2000 | 2000 | 0 | 0.0594 | EA | 118.80 |
| POLY SLEEVE 3.5"X28"  .004 LDPE | | | | | | |
| POR FLAT 500/RL 2000/CS | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 118.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 118.80 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **       National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784.
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED.

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90ᵗʰ Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**        Reprint        **

ISO 9000

INVOICE

| | |
|---|---|
| Invoice# | 031074 |
| Location# | 100 |
| Date | 10/06/05 |
| Page | 1 OF 1 |

IF SHIPPING UPS FRT TERMS ARE CONSIGNEE
** MUST USE HEAT TREATED PALLETS **
DOCK CODE 80 8796 ECCSA 5, ANAHUAC

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
60502 DELPHI PACKARD ELECT. 80
80 8796 ECCSA 5, ANAHUAC
RECEIVING DOCK 80
8802 KILLIAM IDUSTRIAL BLVD.
LAREDO, TX  78045

Cust P/O:PEDP4330075        Rep:108        Terms:NET 25 PROX
Ord-Date:10/05/05 Written:GWP Order#:977755 Ship Via:UPS
Shp-Date:10/06/05 Frt Terms:5    UPS Consignee        Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0010310 | 2000 | 2000 | 0 | 0.0594 | EA | 118.80 |
| POLY SLEEVE 3.5"X28" .004 LDPE | | | | | | |
| POR FLAT 500/RL 2000/CS | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

EXHIBIT
C

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 118.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 118.80 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **        National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784.
Pittsburgh, PA 15264-3784

We hereby certify that those goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and of regulations and orders of the United States Department of Labor issued under Section 14, thereof.

| POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%. |

# NATIONAL PAPER & PACKAGING
A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**        Reprint        **

2440 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE  (800) 562-0600
PHONE      (216) 514-7000
FAX        (216) 514-7090

5309 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE  (800) 903-4677
PHONE      (614) 853-4684
FAX        (614) 853-4587

ISO 9000

| | |
|---|---|
| | **INVOICE** |
| Invoice# | 031075 |
| Location# | 100 |
| Date | 10/06/05 |
| Page | 1 OF 1 |

** MUST SHIP NAPCO TRUCK FOR FRI 10/7!!

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD ELECTRIC PLT 19
1265 N. RIVER ROAD
DOCK 19 DEPT 1960
WARREN, OH  44483-1939

=================================================================

Cust P/O:PEDP4330077        Rep:108        Terms:NET 25 PROX
Ord-Date:09/23/05 Written:RBW Order#:973031 Ship Via:CLEVELAND NAPCO TRUCK
Shp-Date:10/07/05 Frt Terms:4   Delivered        Fob:DESTINATION

=================================================================

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| PP231428-15-EA | 2275 | 2275 | 0 | 0.1930 | EA | 439.08 |
| BAG POLYPROP 23X14X28" .0015 | CPN-MHC01209 | | | | | |
| FULL GAGE CLR I/C 325/CS | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

=================================================================

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 439.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 439.08 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **          National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING
A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**      Reprint      **

**INVOICE**

2549 HIGHMOND ROAD
CLEVELAND, OHIO 44145
TOLL FREE (800) 362-0900
PHONE    (216) 514-7000
FAX      (216) 514-7050

5309 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE (800) 859-4177
PHONE    (614) 851-4064
FAX      (614) 851-4887

ISO 9000

| | |
|---|---|
| Invoice# | 031076 |
| Location# | 100 |
| Date | 10/06/05 |
| Page | 1 OF 1 |

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD ELECTRIC PLT 11
655 NO. RIVER RD. DOCK 11
NO DELIVERIES AFTER 2:30P
WARREN, OH  44483

Cust P/O:PEDP5330050          Rep:108          Terms:NET 25 PROX
Ord-Date:09/28/05 Written:RBW Order#:974801 Ship Via:CLEVELAND NAPCO TRUCK
Shp-Date:10/07/05 Frt Terms:44  PREPAY & ALLOW -     Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0011465<br>POLY BAG 41X27X51" 2MIL VCI<br>100/ROLL | 200 | 200 | 0 | 1.7550 | EA | 351.00 |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 351.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 351.00 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **          National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof.

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE.

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90ᵗʰ Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**        Reprint        **

5000 FISHER ROAD
CLEVELAND, OHIO 44146
TOLL FREE (800) 362-0200
PHONE (216) 514-7000
FAX (216) 514-7050

5000 FISHER ROAD
COLUMBUS OHIO 43291
TOLL FREE (800) 848-4677
PHONE (614) 253-4684
FAX (614) 253-4627

ISO 9000

**INVOICE**

| | |
|---|---|
| Invoice# | 031077 |
| Location# | 100 |
| Date | 10/06/05 |
| Page | 1 OF 1 |

**    REC'G HRS 7:00A-1:30P   **
IF SHIPPING UPS FRT TERMS ARE CONSIGNEE

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
***DO NOT MAIL***

Ship To:
DELPHI PACKARD ELECTRIC PLT 15
1265 NO. RIVER ROAD DOCK 15
NO DELIVERIES AFTER 1:30 P.M.
WARREN, OH 44483

```
==================================================================================
Cust P/O:PEDP4330068        Rep:108        Terms:NET 25 PROX
Ord-Date:10/05/05 Written:GWP Order#:977756 Ship Via:CLEVELAND NAPCO TRUCK
Shp-Date:10/07/05 Frt Terms:3   COLLECT FREIGHT      Fob:DESTINATION
==================================================================================
```

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| C0010273 | 1200 | 1200 | 0 | 0.1380 | EA | 165.60 |
| BUBBLE SHEET 3/16"A/S 6"X12" | | | | | | |
| PERF 6" W/ADHESIVE 1200/CS | | | | | | |
| CONF VIA TRADEBEAM | | | | | | |

```
==================================================================================
Mdse Total Handling Misc Chg    Tax  Freight    Dep-amt Dep-Appld  Invoice Total
==================================================================================
  165.60    0.00    0.00    0.00    0.00        0.00    0.00        165.60
```

** PLEASE NOTE NEW REMITTANCE ADDRESS **        National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
Pittsburgh, PA 15264-3784

*We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14, thereof.

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED

NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON, BEFORE SHIPMENT IS MADE.

Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

# NATIONAL PAPER & PACKAGING

A SupplyOne Company

*"Celebrating our 90th Year"*

P.O. Box 643784
Pittsburgh, PA 15264-3784
**       Reprint       **

005188
DELPHI PACKARD ELECTRIC #
DUNS #00183404466
**DO NOT MAIL***

5309 RICHMOND ROAD
CLEVELAND, OHIO 44146
TOLL FREE  (800) 362-0903
PHONE     (216) 514-7060
FAX       (216) 514-7090

5309 FISHER ROAD
COLUMBUS, OHIO 43228
TOLL FREE  (800) 991-4677
PHONE     (614) 853-4088
FAX       (614) 853-4887

ISO 9002

**INVOICE**

| | |
|---|---|
| Invoice# | 031078 |
| Location# | 100 |
| Date | 10/06/05 |
| Page | 1 OF 1 |

IF SHIPPING UPS FRT TERMS ARE CONSIGNEE

Ship To:
DELPHI PACKARD ELECTRIC PLT 46
DPES PLT. 46
1265 N. RIVER ROAD
DOCK 15, STORE 4660
WARREN, OH  44483

Cust P/O:PEDP4330068          Rep:108          Terms:NET 25 PROX
Ord-Date:10/06/05 Written:RBW Order#:978611 Ship Via:CLEVELAND NAPCO TRUCK
Shp-Date:10/07/05 Frt Terms:4  Delivered          Fob:DESTINATION

| Product/Description | Order'd | Ship'd | B/O | Price | U/M | Extension |
|---|---|---|---|---|---|---|
| PB221423-125EQV-EA | 500 | 500 | 0 | 0.0643 | EA | 32.15 |
| POLY BAG 22X14X23" .00125 EQ | | CPN-MHC01226 | | | | |
| VENTED CO-EX 3 LAYER 500/RL | | | | | | |
| CNFRMD VIA TRADEBEAM | | | | | | |

| Mdse Total | Handling | Misc Chg | Tax | Freight | Dep-amt | Dep-Appld | Invoice Total |
|---|---|---|---|---|---|---|---|
| 32.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32.15 |

** PLEASE NOTE NEW REMITTANCE ADDRESS **          National Paper & Packaging
Effective 1/7/05 All payments should be sent to: P.O. BOX 643784
                                                  Pittsburgh, PA 15264-3784

"We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended; and all regulations and orders of the United States Department of Labor issued under Section 14, thereof."

POSITIVELY NO CLAIMS ALLOWED AFTER STOCK IS CUT OR PRINTED | NO ALLOWANCE FOR FREIGHT, EXPRESS OR PARCEL POST CHARGES UNLESS AGREED UPON BEFORE SHIPMENT IS MADE. | Service charge of 1-1/2% PER MONTH will be added to all past due accounts. This is an ANNUAL RATE of 18%.

SUBJECT TO TERMS AND CONDITIONS ON BACK

## EXHIBIT D

# NOVAK ROBENALT PAVLIK & SCHARF L.L.P.
**Attorneys at Law**
**Tower City Center**
**Skylight Office Tower - Suite 950**
**1660 West Second Street**
**Cleveland, Ohio 44113-1498**

Phone          216.781.8700
Facsimile     216.781.9227
E-Mail   sscharf@nrpslaw.com

www.ohiomedicalmalpractice.com
www.ohiodebtrelief.com

October 17, 2005

**VIA E-MAIL (reclamations@delphi.com) AND FACSIMILE (248-813-2499)**
Delphi World Headquarters
Attn: Reclamations
5725 Delphi Drive
Mail Code 483.400.216
Troy, Michigan  48098

# DEMAND FOR RECLAMATION OF GOODS

**PLEASE TAKE NOTICE** that on behalf of NATIONAL PAPER & PACKAGING CORP. and pursuant to the Bankruptcy Code, Section 546(c), and by reason of your insolvency, demand is hereby made for the return of all goods delivered to you at various times from September 27, 2005 through and including October 7, 2005, including, but not limited to, polypropylene bags, cohesive bubbles, plastic and resin products and tape described in certain electronic transaction corresponding to the invoice ledger attached hereto as Exhibit A (the "Goods").

NATIONAL PAPER & PACKAGING CORP. has been selling goods to Delphi Corp. ("Delphi") in the past and has done so on an unsecured basis.  NATIONAL PAPER & PACKAGING CORP. learned about Delphi's insolvency on or about October 8, 2005.

**PLEASE TAKE FURTHER NOTICE** that unless the aforedescribed goods are returned forthwith, appropriate measures will be taken to reclaim the same.

Very truly yours,

/s/ Thomas C. Pavlik

Thomas C. Pavlik
Attorney for
National Paper & Packaging Corp.



EXHIBIT

D

**EXHIBIT E**

## NOVAK ROBENALT PAVLIK & SCHARF L.L.P.
**Attorneys at Law**
**Tower City Center**
**Skylight Office Tower - Suite 950**
**1660 West Second Street**
**Cleveland, Ohio 44113-1498**

Phone          216.781.8700
Facsimile     216.781.9227
E-Mail  sscharf@nrpslaw.com

www.ohiomedicalmalpractice.com
www.ohiodebtrelief.com

October 19, 2005

**VIA E-MAIL (reclamations@delphi.com)**
Delphi World Headquarters
Attn: Reclamations
5725 Delphi Drive
Mail Code 483.400.216
Troy, Michigan  48098

## SUPPLEMENT TO
## DEMAND FOR RECLAMATION OF GOODS

On October 17, 2005 a Demand for Reclamation was sent to you on behalf of NATIONAL PAPER & PACKAGING CORP. pursuant to the Bankruptcy Code, Section 546(c), and by reason of your insolvency, and demand was thereby made for the return of all goods delivered to you at various times from September 27, 2005 through and including October 7, 2005, including, but not limited to, polypropylene bags, cohesive bubbles, plastic and resin products and tape described in certain electronic transaction corresponding to the invoice ledger attached thereto as Exhibit A (the "Goods").

**PLEASE TAKE NOTICE** that on behalf of NATIONAL PAPER & PACKAGING CORP. and pursuant to the Bankruptcy Code, Section 546(c), and by reason of your insolvency, continuing demand is hereby made for the return of all goods delivered to you at various times from September 27, 2005 through and including October 7, 2005, including, but not limited to, polypropylene bags, cohesive bubbles, plastic and resin products and tape described in certain electronic transaction corresponding to the invoice ledger attached hereto as Exhibit A and as more fully described by and corresponding to the Invoices attached hereto as Exhibits B and C (the "Goods").

NATIONAL PAPER & PACKAGING CORP. has been selling goods to Delphi Corp. ("Delphi") in the past and has done so on an unsecured basis.  NATIONAL PAPER & PACKAGING CORP. learned about Delphi's insolvency on or about October 8, 2005.

**EXHIBIT**

**E**

**VIA E-MAIL (reclamations@delphi.com)**
Delphi World Headquarters
Attn: Reclamations


**PLEASE TAKE FURTHER NOTICE** that unless the aforedescribed goods are returned forthwith, appropriate measures will be taken to reclaim the same.

Very truly yours,

/s/ Thomas C. Pavlik

Thomas C. Pavlik
Attorney for
National Paper & Packaging Corp.