# **CERTIFICATE OF SERVICE**

I, Tracy L. Fruehauf, hereby certify that on October 24, 2005, I caused one copy of the foregoing to be served upon the persons listed below by first class United States mail, postage prepaid, unless otherwise indicated.

Kathleen Farrell
Clerk of the Court
United States Bankruptcy Court
One Bowling Green, Sixth Floor
New York, New York  10004-1408

John Wm. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom (IL)
333 West Wacker Drive
Chicago, IL 60606-1285

Kayalyn A. Marafioti, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Alicia M. Leonhard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

                s/ Tracy L. Fruehauf
                Tracy L. Fruehauf
                Paralegal

-#950176-