UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                     :   Chapter 11
                                                           :
                                                           :   Case No. 05-44481 (RDD)
DELPHI CORP., *et al.*,                                    :   (Jointly Administered)
                                                           :
            Debtors.                                       :
                                                           :
-----------------------------------------------------------X

## CERTIFICATION OF FILING AND PROOF OF SERVICE

BRIAN D. SPECTOR, of full age, hereby certifies as follows:

On October 19, 2005, I caused the following papers to be filed and served, as follows:

| | |
|---|---|
| DOCUMENTS: | Notice of Reclamation Demand of Hitachi Automotive Products (USA), Inc. |
| FILED WITH:<br>(Method of Filing) | Clerk, United States Bankruptcy Court<br>Southern District of New York<br>(Electronic Mail) |
| COPIES SERVED UPON:<br>(Method of Service) | All Parties Listed on Notice of Electronic Filing<br>(Electronic Mail)<br><br>All Parties Listed on Notice of Electronic Filing<br>(First-Class Mail) |

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Brian D. Spector
Brian D. Spector (BS/7343)
Spector & Ehrenworth, P.C.
30 Columbia Turnpike
Florham Park, New Jersey 07932
973-593-4800 (telephone)
973-593-4848 (fax)
Attorneys for Hitachi Automotive Products (USA), Inc.

Dated: October 24, 2005
       Florham Park, New Jersey

Case No. 05-44481(RDD)
K:\H105.0001\PLDG\Cert-Service.001.wpd
Our File No. H105.0001.0002