PRYOR & MANDELUP, L.L.P.
A. Scott Mandelup, Esq.
675 Old Country Road
Westbury, New York 11590
(516) 997-0999
asm@pryormandelup.com
11-3261335
asm-2780

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.* | : | Case No. 05-44481 (ajg) |
| | : | |
| Debtor. | : | Jointly Administered |

------------------------------------------------------------------x

**NOTICE OF APPEARANCE,**
**REQUEST FOR ADDITION TO MASTER SERVICE LIST,**
**AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE,** that National Molding Corporation ("Creditor"), by its attorneys, Pryor & Mandelup, L.L.P., hereby appears in the above-captioned Chapter 11 case, pursuant to section 1109(b) of Chapter 11, Title 11, United States Code, 11 U.S.C. §§ 101 *et. seq.*, as amended (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**PLEASE TAKE FURTHER NOTICE,** that Creditor, by its attorneys, Pryor & Mandelup, L.L.P., demands, pursuant to Sections 349 and 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 3017, 4004, 4007 and 9007, that copies of all notices, statements, papers, and pleadings

given or filed in this case, be given and served upon them at the following address, facsimile, telephone numbers and email addresses:

> Pryor & Mandelup, LLP
> 675 Old Country Road
> Westbury, New York 11590
> Attn: A. Scott Mandelup, Esq. and Kenneth A. Reynolds, Esq.
> Tel.:   (516) 997-0999
> Fax.:   (516) 333-7333
> Email:  asm@pryormandelup.com and kar@pryormandelup.com

**PLEASE TAKE FURTHER NOTICE**, that, pursuant to Paragraph "15(f)" of the "Case Management Order" entered October 8, 2005 in the above-captioned case, that Creditor, by its attorneys, Pryor & Mandelup, L.L.P., requests that Creditor, at the aforementioned address, be added to the Master Service List in this case.

**PLEASE TAKE FURTHER NOTICE,** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plan or plans of reorganization or liquidation, and disclosure statements, whether transmitted or conveyed by mail, courier service, telegraph, facsimile, telex, or otherwise, that affect the above-captioned debtor or its estate.

**PLEASE TAKE FURTHER NOTICE,** that neither this notice nor any subsequent appearance, pleading, claim or suit is intended to waive and shall not constitute a waiver of (i) Creditor's right to have final orders in non-core matters entered only after *de novo* review by a District Court;  (ii) Creditor's right to a jury trial in any proceedings so triable herein, or in any case, controversy, or proceeding related hereto;  (iii) Creditor's right to request to have the reference

withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Creditor is or may be entitled to under agreements, documents or instruments, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: Westbury, New York  
       October 21, 2005

PRYOR & MANDELUP, LLP  
Attorneys for National Molding Corporation

By:    /s/ A. Scott Mandelup  
A. Scott Mandelup (ASM2780)  
Kenneth A. Reynolds (KAR3808)  
675 Old Country Road  
Westbury, New York 11590  
Tel.: (516) 997-0999  
Fax.: (516) 333-7333  
Email: asm@pryormandelup.com

TO:

Delphi Corporation  
5725 Delphi Drive  
Troy, MI 48098

John Wm. Butler, Jr.  
Skadden Arps Slate Meagher & Flom (IL)  
333 West Wacker Drive  
Chicago, IL 60606-1285

Kayalyn A. Marafioti  
Skadden, Arps, Slate, Meagher & Flom LLP  
Four Times Square  
New York, NY 10036

Robert N. Michaelson  
Kirkpatrick & Lockhart, LLP  
599 Lexington Avenue  
New York, NY 10022

Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Allan S. Brilliant, Esq. and Brian W. Harvey, Esq.
Goodwin Procter LLP
Counsel for the Ad Hoc Committee of Prepetition Secured Lenders
599 Lexington Avenue
New York, New York 10022

All Parties Identified on the Master Service List Maintained by Debtor, a copy of which is annexed hereto