Delphi Corporation
Master Service List - Federal Express Overnight

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Capital Research and Management Company | Michelle Robson | 11100 Santa Monica Blvd | 15th Fl | Los Angeles | CA | 90025 | US | 310-996-6140 | | | Creditor Committee Member |
| Cohen Weiss & Simon | Bruce Simon | 330 W 42nd St | | New York | NY | 10036 | US | 212-563-0231 | 212-695-5436 | | |
| Curtis Mallet-Prevost Colt & mosle LLP | Steven J Reisman | 101 Pk Ave | | New York | NY | 10178-0061 | US | 212-696-6000 | 212-697-1559 | sreisman@cm-p.com | Counsel for Flextronics International USA Inc |
| Davis Polk & Wardwell | Donald Bernstein | 450 Lexington Ave | | New York | NY | 10017 | US | 212-450-4592 | 212-450-3092 | | Postpetition Administrative Agen |
| Delphi Corporation | Sean Corcoran Karen Craft | 5725 Delphi Dr | | Troy | MI | 48098 | US | 248-813-2000 | 248-813-2670 | | Debtors |
| Electronic Data Systems Corp | Michael Nefkens | 5505 Corporate Dr Msia | | Troy | MI | 48098 | US | 248-696-1729 | | | Creditor Committee Member |
| Flextronics International Asia-Pacific Ltd c/o Flextronics International USA Inc | Paul W Anderson | 2090 Fortune Dr | | San Jose | CA | 95131 | US | 408-428-1308 | | | Creditor Committee Member |
| Freescale Semiconductor Inc | Richard Lee Chambers II | 6501 William Cannon Dr West | Md Oe16 | Austin | TX | 78735 | US | 512-895-6357 | | | Creditor Committee Member |
| FTI Consulting Inc | Randall S Eisenberg | 3 Times Square | 11th Fl | New York | NY | 10036 | US | 212-247-1010 | 212-841-9350 | | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | One Plastics Ave | | Pittsfield | MA | 01201 | US | 704-992-5075 | | | Creditor Committee Member |
| General Motors Corporation | John Devine | 300 Renaissance Ctr | PO Box 300 | Detroit | MI | 48265 | US | 313-665-4898 | 517-272-3709 | | General Motors Corporation |
| Groom Law Group | Lonie A Hassel | 1701 Pennsylvania Ave Nw | | Washington | DC | 20006 | US | 202-857-0620 | 202-659-4503 | | Counsel for Employee Benefits |
| Hodgson Russ LLP | Stephen H Gross | 152 West 57th St | 35th Fl | New York | NY | 10019 | US | 212-751-4300 | | sgross@hodgsonruss.com | Counsel for Hexcel Corporation |
| Internal Revenue Service | Attn: Insolvency Department | 290 Broadway | 5th Fl | New York | NY | 10007 | US | | | | IRS |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | US | 313-628-3648 | 313-628-3602 | | Michigan IRS |
| IUE-CWA | Henry Reichard | 2360 W Dorothy Ln | Ste 201 | Dayton | OH | 45439 | US | 937-294-7813 | | | Creditor Committee Member |
| Jefferies & Company Inc | Bill Derrough | 520 Madison Ave | 12th Fl | New York | NY | 10022 | US | 212-284-2521 | 212-284-2470 | | UCC Professional |
| JPMorgan Chase Bank NA | Thomas F Maher Richard Duker Gianni Russello | 270 Pk Ave | | New York | NY | 10017 | US | 212-270-0426 | 212-270-0430 | | Postpetition Administrative Agent |
| JPMorgan Chase Bank NA | Clifford Trapani | Loan And Agency Services Group | 1111 Fannin 10th F | Houston | TX | 77002 | US | 713-750-7909 | 713-750-2948 | | Postpetition Administrative Agen |
| JPMorgan Chase Bank NA | Khuyen Ta | Agent Bank Services Group | 1111 Fannin 10th F | Houston | TX | 77002 | US | 713-750-3780 | 713-750-2938 | | Prepetition Administrative Agen |
| JPMorgan Chase Bank NA | Vilma Francis | 270 Pk Ave | | New York | NY | 10017 | US | | 212-270-5484 | | Prepetition Administrative Agen |
| Kurtzman Carson Consultants | James Le | 12910 Culver Blvd | Ste I | Los Angeles | CA | 90066 | US | 310-751-1511 | 310-751-1561 | | Noticing and Claims Agent: |
| Latham & Watkins LLP | Robert J Rosenberg | 885 Third Ave | | New York | NY | 10022 | US | 212-906-1370 | 212-751-4864 | | UCC Professional |
| Mesirow Financial | Melissa Knolls | 350 N Clark St | | Chicago | IL | 60610 | US | 800-453-0600 | | | UCC Professional |
| Morrison Cohen LLP | Joseph T Moldovan Esq | 909 Third Ave | | New York | NY | 10022 | US | 212-735-8600 | 212-735-8708 | bankruptcy@morrisoncohen.com | Counsel for Blue Cross and Blue Shield o Michigan |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | US | 212-416-8000 | | | New York Attorney General's Office |
| O'Melveny & Meyer LLP | Tom A Jerman Rachel Janger | 1625 Eye St Nw | | Washington | DC | 20006 | US | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counse |
| O'Melveny & Meyer LLP | Robert Siegel | 400 South Hope St | | Los Angeles | CA | 90071 | US | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counse |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K St Nw | Ste 340 | Washington | DC | 20005 | US | 202-326-4020 | 202-326-4112 | garrick.sandra@pbgc.gov efile@pbgc.gov | Counsel for Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L Landy | 1200 K St Nw | Ste 340 | Washington | DC | 20005-4026 | US | 202-326-4020 | 202-326-4112 | | Chief Counsel for the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A Riemer | 666 Fifth Ave | | New York | NY | 10103 | US | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel for Freescale Semiconductor Inc f/k/a Motorola Semiconductor Systems |
| Rothchild Inc | David L Resnick | 1251 Ave Of The Americas | | New York | NY | 10020 | US | 212-403-3500 | 212-403-5454 | | Financial Advisor |
| Securities and Exchange Commission | Reorganization Branch | 233 Broadway | | New York | NY | 10279 | US | | | | Securities and Exchange Commission |
| Seyfarth Shaw LLP | Robert W Dremluck | 1270 Ave Of The Americas | Ste 2500 | New York | NY | 10020-1801 | US | 212-218-5500 | 212-218-5526 | | Counsel for Murata Electroncs North |
| Shearman & Sterling LLP | Douglas Bartner Jill Frizzley | 599 Lexington Ave | | New York | NY | 10022 | US | 212-848-4000 | 212-848-7179 | | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S Ziman Robert H Trust William T Russell Jr | 425 Lexington Ave | | New York | NY | 10017 | US | 212-455-2565 | 212-455-2502 | | Prepetition Administrative Agent |
| Skadden Arps Slate Meagher & Flom LLP | John Wm Butler John K Lyons Ron E Meisler | 333 W Wacker Dr | Ste 2100 | Chicago | IL | 60606 | US | 312-407-0700 | 312-407-0411 | | Counsel to the Debtor |
| Skadden Arps Slate Meagher & Flom LLP | Kayalyn A Marafioti Thomas J Matz | 4 Times Square | | New York | NY | 10036 | US | 212-735-3000 | 212-735-2000 | | Counsel to the Debtor |
| Stevens & Lee PC | Chester B Salomon Constantine D Pourakis | 485 Madison Ave | 20th Fl | New York | NY | 10022 | US | 212-319-8500 | 212-319-8505 | cp@stevenslee.com cs@stevenslee.com | Counsel for Wamco Inc |
| Togut Segal & Segal LLP | Albert Togut | One Penn Plaza | Ste 3335 | New York | NY | 10119 | US | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| United States Trustee | Deirdre A Martini | 33 Whitehall St | Ste 2100 | New York | NY | 10004 | US | 212-510-0500 | 212-668-2256 | deirdre.martini@usdoj.gov | United States Trustee |
| United States Trustee | Alicia M Leonard | 33 Whitehall St | 21st Fl | New York | NY | 10004-2112 | US | 212-510-0500 | 212-668-2255 | | United States Trustee |
| Wilmington Trust Company | Steven M Cimalore | Rodney Square North | 1100 North Market St | Wilmington | DE | 19890 | US | 302-636-6058 | | | Creditor Committee Member/Indenture Trustee |