UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                  )   Chapter 11
                                                        )
                                                        )   Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                             )   Jointly Administered
                                                        )
                                                        )

         Debtors.

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Ralph E. McDowell, a member in good standing of the bar in the State of Michigan, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Freudenberg-NOK, General Partnership, Freudenberg-NOK, Inc., Flexitech Inc., and Vibracoustic de Mexico, S.A. de C.V., in the above referenced case.

   My address is: Bodman LLP, 34th Floor, 100 Renaissance Center, Detroit, Michigan 48324

   email address is rmcdowell@bodmanllp.com

   telephone number is 313-259-7777

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: October 24, 2005

                                                        By:_____
                                                        Ralph E. McDowell (P39235)
                                                        Bodman LLP
                                                        34th Floor, 100 Renaissance Center
                                                        Detroit, Michigan  48324

Detroit_653452_1