UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 05-44481(RDD) |
| DELPHI CORPORATION, et al., | ) | Jointly Administered |
| | ) | |
| | ) | |
| Debtors. | | |

**ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Ralph E. McDowell., a member in good standing of the bar in the State of Michigan, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Freudenberg-NOK, General Partnership, Freudenberg-NOK, Inc., Flexitech, Inc. and Vibracoustic de Mexico, S.A. de C.V., in the above referenced case.

**ORDERED**, that Ralph E. McDowell, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to the payment of the filing fee.

Dated:

New York, New York        /s/_____

UNITED STATES BANKRUPTCY JUDGE

Detroit_653462_1