UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
In re                                              :        Chapter 11
                                                   :
DELPHI CORPORATION, *et al.*                       :        Case No. 05-44481 (ajg)
                                                   :
                            Debtor.                :        Jointly Administered
-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE BY FIRST CLASS AND OVERNIGHT MAIL

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NASSAU      )

**Beads Land,** being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and reside in New Cassel, New York.

On October 21, 2005, I served the within **Notice of Appearance, Request for Addition to Master Service List, and Demand for Service of Papers**, on behalf of Security Plastics Division/NMC LLC (the "Notice"), upon the parties on the annexed service list, each at their respective address as listed on the annexed service list, by depositing a true copy in a postage-paid, properly-addressed envelope by first class mail, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

On the same day, I served the within Notice, upon the Debtor in the above-captioned case, at their address as listed on the annexed service list, by depositing a true copy in a postage-paid, properly-addressed envelope by overnight mail, in an official depository under the exclusive care and custody of the United Parcel Service within the State of New York.

                                                          /s/ Beads Land
                                                          Beads Land

Sworn to before me this
 24th   day of October, 2005

                                            A. SCOTT MANDELUP
                                            NOTARY PUBLIC, STATE OF NEW YORK
                                            QUALIFIED IN NASSAU COUNTY
     /s/ A. Scott Mandelup                  MY COMMISSION EXPIRES, JAN. 6, 2006
          Notary Public

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Kayalyn A. Marafioti
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Allan S. Brilliant, Esq. and Brian W. Harvey, Esq.
Goodwin Procter LLP
Counsel for the Ad Hoc Committee of Prepetition Secured Lenders
599 Lexington Avenue
New York, New York 10022

Bruce Simon
Cohen Weiss & Simon
330 W 42nd St
New York, NY 10036

Donald Bernstein
Davis Polk & Wardwell
Postpetition Administrative Agent
450 Lexington Ave
New York, NY 10017

Michael Nefkens
Electronic Data Systems Corp
Creditor Committee Member
5505 Corporate Dr Msia
Troy, MI 48098

Richard Lee Chambers III
Freescale Semiconductor Inc – Creditor Committee Member
6501 William Cannon Dr West
Md Oe16
Austin, TX 78735

Valerie Venable
General Electric Company
Creditor Committee Member
One Plastics Ave
Pittsfield, MA 01201

Lonie A Hassel
Groom Law Group
Counsel for Employee Benefits
1701 Pennsylvania Ave Nw
Washington, DC 20006

John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom (IL)
333 West Wacker Drive
Chicago, IL 60606-1285

Robert N. Michaelson
Kirkpatrick & Lockhart, LLP
599 Lexington Avenue
New York, NY 10022

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Michelle Robson
Capital Research and Management Company
Creditor Committee Member
11100 Santa Monica Blvd, 15th Fl
Los Angeles, CA 90025

Steven J Reisman
Curtis Mallet-Prevost Colt & mosle LLP
Counsel for Flextronics International USA Inc
101 Pk Ave
New York, NY 10178-0061

Sean Corcoran Karen Craft
Delphi Corporation
Debtors
5725 Delphi Dr
Troy, MI 48098

Paul W Anderson
Flextronics International Asia-Pacific Ltd
c/o Flextronics International USA Inc
Creditor Committee Member
2090 Fortune Dr
San Jose, CA 95131

Randall S Eisenberg – FTI Consulting Inc
Financial Advisors to Debtors
3 Times Square, 11th Fl
New York, NY 10036

John Devine
General Motors Corporation
300 Renaissance Ctr
PO Box 300
Detroit, MI 48265

Stephen H Gross
Hodgson Russ LLP
Counsel for Hexcel Corporation
152 West 57th St, 35th Fl
New York, NY 10019

Attn: Insolvency Department
Internal Revenue Service
290 Broadway, 5th Fl
New York, NY 10007

Attn: Insolvency Department
Internal Revenue Service – Michigan IRS
477 Michigan Ave
Mail Stop 15
Detroit, MI 48226

Henry Reichard
IUE-CWA
Creditor Committee Member
2360 W Dorothy Ln, Ste 201
Dayton, OH 45439

Bill Derrough
Jefferies & Company Inc
UCC Professional
520 Madison Ave, 12th Fl
New York, NY 10022

Thomas F Maher Richard Duker Gianni Russello
JPMorgan Chase Bank NA
Postpetition Administrative Agent
270 Pk Ave
New York, NY 10017

Clifford Trapani
JPMorgan Chase Bank NA
Postpetition Administrative Agent
Loan And Agency Services Group
1111 Fannin 10th Fl
Houston, TX 77002

Khuyen Ta
JPMorgan Chase Bank NA
Prepetition Administrative Agent
Agent Bank Services Group
1111 Fannin 10th Fl
Houston, TX 77002

Vilma Francis
JPMorgan Chase Bank NA
Prepetition Administrative Agent
270 Pk Ave
New York, NY 10017

James Le
Kurtzman Carson Consultants
Noticing and Claims Agent:
12910 Culver Blvd, Ste I
Los Angeles, CA 90066

Robert J Rosenberg
Latham & Watkins LLP
UCC Professional
885 Third Ave
New York, NY 10022

Melissa Knolls
Mesirow Financial
UCC Professional
350 N Clark St
Chicago, IL 60610

Joseph T Moldovan Esq
Morrison Cohen LLP
Counsel for Blue Cross and Blue Shield of Michigan
909 Third Ave
New York, NY 10022

Attorney General Eliot Spitzer
Office of New York State
New York Attorney General's Office
120 Broadway
New York City, NY 10271

Tom A Jerman Rachel Janger
O'Melveny & Meyer LLP
Special Labor Counsel
1625 Eye St Nw
Washington, DC 20006

Robert Siegel
O'Melveny & Meyer LLP
Special Labor Counsel
400 South Hope St
Los Angeles, CA 90071

Jeffrey Cohen
Pension Benefit Guaranty Corporation
Counsel for Pension Benefit Guaranty Corporation
1200 K St Nw, Ste 340
Washington, DC 20005

Ralph L Landy
Pension Benefit Guaranty Corporation
Chief Counsel for the Pension Benefit Guaranty Corporation
1200 K St Nw, Ste 340
Washington, DC 20005-4026

Sandra A Riemer – Phillips Nizer LLP
Counsel for Freescale Semiconductor Inc
f/k/a Motorola Semiconductor Systems
666 Fifth Ave
New York, NY 10103

David L Resnick
Rothchild Inc
Financial Advisor
1251 Ave Of The Americas
New York, NY 10020

Reorganization Branch
Securities and Exchange Commission
233 Broadway
New York, NY 10279

Robert W Dremluck  
Seyfarth Shaw LLP  
Counsel for Murata Electroncs North  
1270 Ave Of The Americas, Ste 2500  
New York, NY 10020-1801  

Douglas Bartner Jill Frizzley  
Shearman & Sterling LLP  
Local Counsel to the Debtors  
599 Lexington Ave  
New York, NY 10022  

Kenneth S Ziman Robert H Trust William T Russell Jr  
Simpson Thatcher & Bartlett LLP  
Prepetition Administrative Agent  
425 Lexington Ave  
New York, NY 10017  

John Wm Butler John K Lyons Ron E Meisler  
Skadden Arps Slate Meagher & Flom LLP  
Counsel to the Debtor  
333 W Wacker Dr, Ste 2100  
Chicago, IL 60606  

Kayalyn A Marafioti Thomas J Matz  
Skadden Arps Slate Meagher & Flom LLP  
Counsel to the Debtor  
4 Times Square  
New York, NY 10036  

Chester B Salomon Constantine D Pourakis  
Stevens & Lee PC  
Counsel for Wamco Inc  
485 Madison Ave, 20th Fl  
New York, NY 10022  

Albert Togut  
Togut Segal & Segal LLP  
Conflicts Counsel to the Debtors  
One Penn Plaza, Ste 3335  
New York, NY 10119  

Deirdre A Martini  
United States Trustee  
United States Trustee  
33 Whitehall St, Ste 2100  
New York, NY 10004  

Alicia M Leonard  
United States Trustee  
United States Trustee  
33 Whitehall St, 21st Fl  
New York, NY 10004-2112  

Steven M Cimalore – Wilmington Trust Company  
Creditor Committee Member/Indenture Trustee  
Rodney Square North  
1100 North Market St  
Wilmington, DE 19890