# EXHIBIT  A

**Minias, Joseph**

---

**From:**       Minias, Joseph
**Sent:**        Friday, October 21, 2005 2:25 PM
**To:**          'kmarafio@skadden.com'; 'Millie.p.ward@delphi.com'
**Cc:**          Keller, Robin E.
**Subject:**     Reclamation Demand Letter of Sokymat Automotive GmbH, Gewerbeparkstrasse 10, D-5180
              Reichshof-Wehnrath

   
Attachment      Attachment
A(v1).XLS (26 KB)  B(v1).XLS (29 KB)

Ms. Ward and Ms. Marafioti:

Below please find a reclamation demand letter of Sokymat Automotive GmbH,
Gewerbeparkstrasse 10, D-5180 Reichshof-Wehnrath, a client of ours in the Delphi Chapter
11 cases.  The reclamation demand is made pursuant to section 546(c) of the Bankruptcy
Code and section 2-702 of the Uniform Commercial Code.  Also please find two attachments
listing the Goods in question (as defined below) as well as certain open invoices.  Please
let us know if you require any additional information.

To the following parties:

Millie P. Ward, Delphi Corporation
Kayalyn A. Marafioti, Esq., of Skadden, Arps, Slate, Meagher & Flom LLP

On behalf of Sokymat Automotive GmbH, Gewerbeparkstrasse 10, D-5180 Reichshof-Wehnrath,
and pursuant to section 546(c) of the Bankruptcy Code and section 2-702 of the Uniform
Commercial Code, Sokymat Automotive GmbH demands the return of goods ("Goods") of any kind
or character shipped, delivered or otherwise provided to Delphi Corp. and/or its
affiliates during the statutory reclamation period.  The Goods consist of what is listed
on the worksheets attached to this letter.

By this letter you are instructed to immediately inventory the Goods and keep the Goods
segregated from all other inventory, machinery and equipment.  Further, you are not
permitted to use, sell, encumber or transfer the Goods to any other party.

Sokymat Automotive GmbH makes this demand for reclamation without prejudice to other
rights and remedies available to it at law or in equity.  Sokymat Automotive GmbH reserves
the right to amend and supplement this demand and to provide further information in
support of its right to reclamation.

1

## Deliveries to Delco, USA for a 10-days period ending October 08, 2005

| Invoice no. | Delivery note | Date | Article no. Sokymat | Article no. Delco | Quantity | BS | Amount | Date of receipt Delco | Text |
|---|---|---|---|---|---|---|---|---|---|
| 50856 | 802839 | 27/09/05 | 942050 | 9381540 | 12,000 | Invoice | 9,780.00 € | 29/09/05 | DHL Tracking no.: 556,5980,814 |
| 50857 | 802840 | 27/09/05 | 942050 | 9381540 | 12,000 | Invoice | 9,780.00 € | 29/09/05 | DHL Tracking no.: 556,5980,814 |
| 50859 | 802844 | 28/09/05 | 982060 | 12229263 | 24,000 | Invoice | 15,312.00 € | 30/09/05 | DHL Tracking no.: 556,5980,825 |
| 50864 | 802849 | 29/09/05 | 982060 | 12229263 | 24,000 | Invoice | 15,312.00 € | 03/10/05 | DHL Tracking no.: 556,5980,836 |
| 50868 | 802852 | 04/10/05 | 942050 | 9381540 | 12,000 | Invoice | 9,600.00 € | 06/10/05 | DHL Tracking no.: 556,5980,840 |
| 50869 | 802853 | 04/10/05 | 942050 | 9381540 | 12,000 | Invoice | 9,600.00 € | 06/10/05 | DHL Tracking no.: 556,5980,840 |

**OP-Salden**                                                   **69,384.00 €**

## Open Invoices Delco, USA

| Invoice no. | Delivery note | Date | Article no. Sokymat | Article no. Delco | Quantity | BS | Amount | Date of receipt Delco | Text |
|---|---|---|---|---|---|---|---|---|---|
| 17 | | 29/02/04 | | | | Payment - | 101,044.00 € | | Overpayment for Year 2003 |
| 50134 | 802130 | 17/02/05 | 942050 | 9381540 | 12,000 | Invoice | 9,960.00 € | | |
| 50349 | 802328 | 28/09/05 | | | | Payment - | 1,000.00 € | | Overpayment according price difference |
| 50350 | 802292 | 28/09/05 | | | | Payment - | 200.00 € | | Overpayment according price difference |
| 50777 | 802776 | 02/09/05 | 982060 | 12229263 | 24,000 | Invoice | 15,312.00 € | 08/09/05 | DHL Tracking no.: 556,5980,744 |
| 50778 | 802777 | 02/09/05 | 982060 | 12229263 | 24,000 | Invoice | 15,312.00 € | 08/09/05 | DHL Tracking no.: 556,5980,744 |
| 50779 | 802778 | 02/09/05 | 982060 | 12229263 | 24,000 | Invoice | 15,312.00 € | 08/09/05 | DHL Tracking no.: 556,5980,744 |
| 50780 | 802779 | 02/09/05 | 982060 | 12229263 | 24,000 | Invoice | 15,312.00 € | 08/09/05 | DHL Tracking no.: 556,5980,744 |
| 50781 | 802780 | 02/09/05 | 982060 | 12229263 | 24,000 | Invoice | 15,312.00 € | 08/09/05 | DHL Tracking no.: 556,5980,744 |
| 50782 | 802781 | 02/09/05 | 982060 | 12229263 | 24,000 | Invoice | 15,312.00 € | 08/09/05 | DHL Tracking no.: 556,5980,744 |
| 50811 | 802803 | 09/09/05 | 942050 | 9381540 | 12,000 | Invoice | 9,780.00 € | 13/09/05 | DHL Tracking no.: 556,5980,711 |
| 50812 | 802804 | 09/09/05 | 942050 | 9381540 | 12,000 | Invoice | 9,780.00 € | 13/09/05 | DHL Tracking no.: 556,5980,711 |
| 50813 | 802800 | 09/09/05 | 982060 | 12229263 | 24,000 | Invoice | 15,312.00 € | 13/09/05 | DHL Tracking no.: 556,5980,711 |
| 50822 | 802810 | 13/09/05 | 942050 | 9381540 | 12,000 | Invoice | 9,780.00 € | 21/09/05 | DHL Tracking no.: 556,5980,722 |
| 50823 | 802811 | 13/09/05 | 942050 | 9381540 | 12,000 | Invoice | 9,780.00 € | 21/09/05 | DHL Tracking no.: 556,5980,722 |
| 50824 | 802812 | 13/09/05 | 942050 | 9381540 | 12,000 | Invoice | 9,780.00 € | 21/09/05 | DHL Tracking no.: 556,5980,722 |
| 50825 | 802813 | 13/09/05 | 942050 | 9381540 | 12,000 | Invoice | 9,780.00 € | 21/09/05 | DHL Tracking no.: 556,5980,722 |
| 50826 | 802815 | 13/09/05 | 982060 | 12229263 | 24,000 | Invoice | 15,312.00 € | 21/09/05 | DHL Tracking no.: 556,5980,722 |
| 50838 | 802823 | 15/09/05 | 982060 | 12229263 | 24,000 | Invoice | 15,312.00 € | 22/09/05 | DHL Tracking no.: 556,5980,803 |
| 50856 | 802839 | 27/09/05 | 942050 | 9381540 | 12,000 | Invoice | 9,780.00 € | 29/09/05 | DHL Tracking no.: 556,5980,814 |
| 50857 | 802840 | 27/09/05 | 942050 | 9381540 | 12,000 | Invoice | 9,780.00 € | 29/09/05 | DHL Tracking no.: 556,5980,814 |
| 50859 | 802844 | 28/09/05 | 982060 | 12229263 | 24,000 | Invoice | 15,312.00 € | 30/09/05 | DHL Tracking no.: 556,5980,825 |
| 50864 | 802849 | 29/09/05 | 982060 | 12229263 | 24,000 | Invoice | 15,312.00 € | 03/10/05 | DHL Tracking no.: 556,5980,836 |
| 50868 | 802852 | 04/10/05 | 942050 | 9381540 | 12,000 | Invoice | 9,600.00 € | 06/10/05 | DHL Tracking no.: 556,5980,840 |
| 50869 | 802853 | 04/10/05 | 942050 | 9381540 | 12,000 | Invoice | 9,600.00 € | 06/10/05 | DHL Tracking no.: 556,5980,840 |

**OP-Salden**                    **173,588.00 €**