UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re

DELPHI CORPORATION, INC., et al.,

                              Debtor.
-----------------------------------------------------------x

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Jil Mazer-Marino, hereby certify on this on this 24th day of October 2005, I caused a true and correct copies of the following document to be served by first class mail postage prepaid on the parties listed on the annexed service list.

- Objection Of Certain Utility Companies To Motion For Interim And Final Orders Under 11 U.S.C.§§105, 366, 503, And 507 (I) Prohibiting Utilities From Altering, Refusing, Or Discontinuing Services On Account Of Prepetition Invoices And (II) Establishing Procedures For Determining Requests For Additional Assurance.

                                          /s/ Jil Mazer-Marino
                                          Jil Mazer-Marino (JMM-6470)

<u>Service List</u>

Delphi Corporation
5725 Dephi Drive
Troy, Michigan 48098
Attn: General Counsel

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Marlane Melican, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, New York 10017

Douglas P. Bartner, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022-6069

Marissa Wesley, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Wilmington Trust Company
Attn: Corporate Trust Office
1100 North Market Street
Rodney Square North
Wilmington, Delaware 19890

Law Debenture Trust Company of New York
Attn: Corporate Trust Office
780 Third Avenue, 31st Floor
New York, New York 10017

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004