# EXHIBIT B

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>U.S. DEPARTMENT OF TRANSPORTATION FEDERAL AVIATION ADMINISTRATION<br>**CRAFT BILL OF SALE** | FORM APPROVED<br>OMB NO. 2120-004 |

FOR AND IN CONSIDERATION OF $ 1 and OVER THE UNDERSIGNED OWNER(S) OF THE FULL LEGAL AND BENEFICIAL TITLE OF THE AIRCRAFT DESCRIBED AS FOLLOWS:

RECORDED FEDERAL AVIATION ADMINISTRATION

UNITED STATES REGISTRATION NUMBER **N 699DA**    DATE 1/29/02    TIME 7:55

AIRCRAFT MANUFACTURER & MODEL **Learjet Inc. 60**

CONVEYANCE NUMBER T 068687

AIRCRAFT SERIAL No. **B237**

CONVEYANCES EXAMINED

DOES THIS 20th DAY OF December, 2001, HEREBY SELL, GRANT, TRANSFER AND DELIVER ALL RIGHTS, TITLE, AND INTERESTS IN AND TO SUCH AIRCRAFT UNTO:

Do Not Write In This Block
FOR FAA USE ONLY

**NAME AND ADDRESS**
(IF INDIVIDUAL(S), GIVE LAST NAME, FIRST NAME, AND MIDDLE INITIAL.)

**PURCHASER**

Fleet National Bank
One Financial Plaza
Providence, R.I. 02903

DEALER CERTIFICATE NUMBER

AND TO its Successors ~~EXECUTORS, ADMINISTRATORS~~, AND ASSIGNS TO HAVE AND TO HOLD SINGULARLY THE SAID AIRCRAFT FOREVER, AND WARRANTS THE TITLE THEREOF.

IN TESTIMONY WHEREOF I HAVE SET my HAND ~~AND SEAL~~ THIS 20th DAY OF Dec., 2001.

| NAME (S) OF SELLER<br>(TYPED OR PRINTED) | SIGNATURE (S)<br>(IN INK) (IF EXECUTED FOR CO-OWNERSHIP, ALL MUST SIGN.) | TITLE<br>(TYPED OR PRINTED) |
|---|---|---|
| Learjet Inc. | *Janice Williams*<br>Janice Williams | Manager,<br>Domestic Contracts |
| | | |
| | | |

**SELLER**

ACKNOWLEDGMENT (NOT REQUIRED FOR PURPOSES OF FAA RECORDING: HOWEVER, MAY BE REQUIRED BY LOCAL LAW FOR VALIDITY OF THE INSTRUMENT) **(CERTIFIED COPY-TO BE RETURNED)**

PURCHASER'S COPY (This copy must be signed in ink if submitted to the FAA.)

AC Form 8050-2 (9/92) (NSN 0052-00-629-0003) Supersedes Previous Edition

FORM APPROVED
OMB No. 2120-0042

# COPY - TO BE RETURNED

UNITED STATES AMERICA DEPARTMENT OF TRANSPORTATION
FEDERAL AVIATION ADMINISTRATION-MIKE MONRONEY AERONAUTICAL CENTER
AIRCRAFT REGISTRATION APPLICATION

CERT. ISSUE DATE

| UNITED STATES REGISTRATION NUMBER | N 699DA |
|---|---|
| AIRCRAFT MANUFACTURER & MODEL | Learjet Inc Model 60 |
| AIRCRAFT SERIAL No. | 237 |

FOR FAA USE ONLY

**TYPE OF REGISTRATION (Check one box)**

☐ 1. Individual   ☐ 2. Partnership   ☒ 3. Corporation   ☐ 4. Co-owner   ☐ 5. Gov't.   ☐ 8. Non-Citizen Corporation

NAME OF APPLICANT (Person(s) shown on evidence of ownership. If individual, give last name, first name, and middle initial.)

Fleet National Bank
c/o SM 5105 LLC

TELEPHONE NUMBER: (248) 813-2564

ADDRESS (Permanent mailing address for first applicant listed.)

Number and street: 38500 Woodward Ave, Suite 100

P.O. Box:

Rural Route:

| CITY | STATE | ZIP CODE |
|---|---|---|
| Bloomfield Hills | MI | 48304 |

☐ **CHECK HERE IF YOU ARE ONLY REPORTING A CHANGE OF ADDRESS**

**ATTENTION!** Read the following statement before signing this application.
**This portion MUST be completed.**

A false or dishonest answer to any question in this application may be grounds for punishment by fine and / or imprisonment (U.S. Code, Title 18, Sec. 1001).

## CERTIFICATION

I/WE CERTIFY:
(1) That the above aircraft is owned by the undersigned applicant, who is a citizen (including corporations) of the United States. _____), or:
(For voting trust, give name of trustee: _____

CHECK ONE AS APPROPRIATE:
a. ☐ A resident alien, with alien registration (Form 1-151 or Form 1-551) No. _____
b. ☐ A non-citizen corporation organized and doing business under the laws of (state) _____ and said aircraft is based and primarily used in the United States. Records or flight hours are available for inspection at _____

(2) That the aircraft is not registered under the laws of any foreign country; and
(3) That legal evidence of ownership is attached or has been filed with the Federal Aviation Administration.

NOTE: If executed for co-ownership all applicants must sign. Use reverse side if necessary.

TYPE OR PRINT NAME BELOW SIGNATURE

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Banking Officer | 12/20/01 |
| SIGNATURE | TITLE | DATE |
| SIGNATURE John E. Hackenson, Jr. | TITLE | DATE |

EACH PART OF THIS APPLICATION MUST BE SIGNED IN INK.

NOTE  Pending receipt of the Certificate of Aircraft Registration, the aircraft may be operated for a period not in excess of 90 days, during which time the PINK copy of this application must be carried in the aircraft.

AC Form 8050-1 (12/90) (0052-00-628-9007) Supersedes Previous Edition