# EXHIBIT C

## AIRCRAFT TITLE REPORT from FAA RECORDS SEARCH

Account No.   71281
Phone No.   616-742-3953

**For:** Barnes & Thornburg LLP
300 Ottawa, N.W. Suite 500
Grand Rapids, MI 49503

 **Insured Aircraft Title Service, Inc.**
P.O. BOX 19527    405-681-6663
OKLAHOMA CITY, OKLAHOMA 73144
TOLL FREE:    PHONE 800-654-4882

Attn: Laura Schmidt

Re:   N/A

**FAA Records Search revealed the following TITLE information on the aircraft herein described.**

| | | | |
|---|---|---|---|
| **Registration** | N699DA    Learjet Inc. | **Model** | 60 |
| **Record Owner:** | Bank of America, N.A. *  c/o 7310 Highland Rd., Waterford, MI 48327 | **Serial No.** | 237 |
| **Title:** | Vice President | **Type:** | Corporation |
| **Signed By:** | Deborah M. Hayes | **Date Regstrd:** | 1-29-02 |
| **Acquired By:** | Bill of Sale | **Date:** | 12-20-01 |
| **Date Filed:** | 12-20-01    **Recorded:** 1-29-02 | **FAA Doc. #** | T068687 |
| **Prev. Owner:** | Learjet Inc.  Manufacturer | **Date Regstrd:** | -- |
| **Subject To:** | Lease Agreement    **Dated:** 12-20-01 | **Amount $** | Term: 144 months |
| **Filed at FAA:** | 12-20-01    **Recorded:** 1-29-02 | **FAA Doc. #** | T068688 ** |
| **Lessee:** | Delphi Automotive Systems Human Resources LLC ***  5725 Delphi Dr., Troy, MI 48098 | | |
| **Lessor:** | Bank of America, N.A. *  One Financial Plaza, Fifth Fl., Providence, RI 02903-2305 | | |

* (successor by Merger to Fleet National Bank)
** Covers N699DA and 2 Pratt & Whitney PW305A engines, serial numbers PCE-CA0319 and PCE-CA0318
*** Delphi Automotive Systems Human Resources LLC assumed the equitable interest as lessee from SM 5105 LLC in the above described Lease Doc. #T068688 through an Assumption/Assignment Agreement, dated 12-16-03, recorded 2-18-04 as FAA Doc. #H110456, with the consent of the Lessor.

| | |
|---|---|
| Page 2   N699DA    Ser. No. 237 | Account No.   71281 |
| 10/13/2005 | Phone No.   616-742-3953 |

For:    Barnes & Thornburg LLP
       300 Ottawa, N.W. Suite 500
       Grand Rapids, MI 49503



**Insured Aircraft Title Service, Inc.**
P.O. BOX 19527        405-681-6663
OKLAHOMA CITY, OKLAHOMA 73144
TOLL FREE:    PHONE 800-654-4882

Attn: Laura Schmidt

Re:   N/A

This search is subject to the filings reflected on the index of collateral provided by the FAA and Insured Aircraft Title Service, Inc. assumes no responsibility as to the accuracy of said source, and does not guarantee, insure, or warrant that said FAA index is free of error.

       10/13/2005
       7:29 a.m. Central
       **INSURED AIRCRAFT TITLE SERVICE, INC.**

       By_____E. Cotton_____
                          Title Examiner

EC/eb