# EXHIBIT D

| | |
|---|---|
| **CORPORATION SERVICE COMPANY** | CSC- Springfield |
| www.incspot.com | 801 Adlai Stevenson Drive |
| | Springfield, IL 62703 |
| | 217-544-5900 |
| | 217-492-2727 (Fax) |

| | | | |
|---|---|---|---|
| **Matter#** | NOT PROVIDED | **Order#** | 652124-1 |
| **Project Id :** | | **Order Date** | 10/14/2005 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| Subject : | **SM 5105 LLC** |
| Jurisdiction : | **DE-SECRETARY OF STATE** |
| Request for : | UCC Debtor Search |
| Result : | Records found |
| Thru Date : | October 04, 2005 |
| No. of findings : | 2 |
| Original UCC Filings : | 2 |
| Amendments : | 0 |
| Continuations : | 0 |
| Assignments : | 0 |
| Releases : | 0 |
| Corrections : | 0 |
| Terminations : | 0 |

Ordered by MARTHA LEDEZMA at BARNES & THORNBURG

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.incspot.com.

If you have any questions concerning this order or IncSpot, please feel free to contact us.

Margaret Pike
mpike@cscinfo.com

**CSC Article 9 Compliant Searching**
Under Revised Article 9, in order to conduct proper due diligence, all UCC debtor searches must be performed in both the old Article 9 and Revised Article 9 jurisdictions. CSC accepts no responsibility for omissions resulting from an incomplete search request.

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CORPORATION SERVICE COMPANY
www.incspot.com

CSC- Springfield
801 Adlai Stevenson Drive
Springfield, IL 62703
217-544-5900
217-492-2727 (Fax)

| | | | |
|---|---|---|---|
| Matter# | NOT PROVIDED | Order# | 652124-1 |
| Project Id : | | Order Date | 10/14/2005 |
| Additional Reference : | NOT PROVIDED | | |

Subject : SM 5105 LLC

Jurisdiction : **DE-SECRETARY OF STATE**

Request for : UCC Debtor Search

Result : Records found

File Type : Original
File Number : 20066583
File Date : 11/30/2001
Current Secured Party of Record : FLEET NATIONAL BANK

File Type : Original
File Number : 20146930
File Date : 12/17/2001
Current Secured Party of Record : FLEET NATIONAL BANK

Ordered by MARTHA LEDEZMA at BARNES & THORNBURG

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.incspot.com.

If you have any questions concerning this order or IncSpot, please feel free to contact us.

Margaret Pike
mpike@cscinfo.com

Corporation Service Company(R) Terms and Conditions
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

**CORPORATION SERVICE COMPANY**
www.incspot.com

CSC- Springfield
801 Adlai Stevenson Drive
Springfield, IL 62703
217-544-5900
217-492-2727 (Fax)

| | | | |
|---|---|---|---|
| Matter# | NOT PROVIDED | Order# | 652124-1 |
| Project Id : | | Order Date | 10/14/2005 |
| Additional Reference : | NOT PROVIDED | | |

Subject :                SM 5105 LLC

Jurisdiction :           DE-SECRETARY OF STATE

Request for :            Federal Tax Lien Search
Thru Date :              October 04, 2005

Result :                 Certified clear result retrieved


Ordered by MARTHA LEDEZMA at BARNES & THORNBURG

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.incspot.com.

If you have any questions concerning this order or IncSpot, please feel free to contact us.

Margaret Pike
mpike@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

# Delaware

PAGE   1

### The First State

CERTIFICATE

SEARCHED OCTOBER 14, 2005, AT 10:37 A.M.
FOR DEBTOR "SM 5105 LLC"

```
 1 OF    2   LEASE                                        20066583
         EXPIRATION DATE: NOVEMBER 30, 2006
DEBTOR:  SM 5105 LLC
         38500 WOODWARD AVENUE                       ADDED 11-30-01
         SUITE 100
         BLOOMFIELD               MI    48304
SECURED: FLEET NATIONAL BANK
         ONE FINANCIAL PLAZA, 5TH FLOOR              ADDED 11-30-01
         PROVIDENCE                    RI   02903
              F I L I N G     H I S T O R Y
20066583  FILED 11-30-01     AT  1:50 P.M.   LEASE

 2 OF    2   FINANCING STATEMENT                          20146930
         EXPIRATION DATE: DECEMBER 17, 2006
DEBTOR:  SM 5105 LLC
         38500 WOODWARD AVENUE                       ADDED 12-17-01
         SUITE 100
         BLOOMFIELD               MI    48304
SECURED: FLEET NATIONAL BANK
         ONE FINANCIAL PLAZA                         ADDED 12-17-01
         PROVIDENCE                    RI   02903
              F I L I N G     H I S T O R Y
20146930  FILED 12-17-01     AT 12:55 P.M.   FINANCING STATEMENT
        E N D   O F   F I L I N G     H I S T O R Y
```

THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS, LAPSED FINANCING STATEMENTS, FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE ABOVE DEBTOR, AS OF OCTOBER 4, 2005 AT 11:59 P.M.

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

20053178937UCXL

AUTHENTICATION: 4226165

050840455

DATE: 10-14-05



UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

PARASEARCH
222 Jefferson Boulevard
Warwick, RI 02888
(401) 732-2490  Fax: 739-7708

*STATE OF DELAWARE
SECRETARY OF STATE
DIVISION OF CORPORATIONS
FILED 01:50 PM 11/30/2001
2006658 3 - 0000000
SRV: 010645612*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| SM 5105 LLC | | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 38500 Woodward Avenue, Suite 100 | Bloomfield | | MI | 48304 | USA |
| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
| | | limited liability co. | Delaware | 3297657 | ☒ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (2a or 2b) – do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE OF ASSIGNOR S/P) – insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Fleet National Bank | | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| c/o Fleet Capital Coproration One Financial Plaza, 5th floor | Providence | | RI | 02903 | USA |

4. This FINANCING STATEMENT covers the following collateral: THOSE ASSETS INDICATED ON ITEM 16 OF THIS FINANCING STATEMENT. This initial financing statement is continues each financing statement (a "pre-effective-date financing statement") identified below. Each identified pre-effective-date financing statement remains effective.

| Secretary of State, Michigan | 5/1/01 | D769440 | N/A | N/A |
|---|---|---|---|---|

5. ALTERNATIVE DESIGNATION [if applicable]: ☒ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ SELLER/BUYER  ☐ AG. LIEN  ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum    (if applicable)

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional]    ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY – NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)
BUSDOCS:941298.4

UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME
**SM 5105 LLC**

OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – insert only one name (11a or 11b) – do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any ☐ NONE

**12.** ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNORS S/P'S NAME – insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as extracted collateral, or is filed as a ☐ fixture filing.
14. Description of real estate:

16. Additional collateral description

**All Collateral described on the attached Exhibit A.**

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate.

18. Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction – effective 30 years
☐ Filed in connection with a Public-Finance Transaction – effective 30 years

FILING OFFICE COPY – NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)
BUSDOCS:941298.4

**FINANCING STATEMENT** - FOLLOW INSTRUCTIONS CAREFULLY

This Financing Statement is presented for filing pursuant to the Uniform Commercial Code and will remain effective, with certain exceptions, for 5 years from date of filing.

EXHIBIT A

**A. NAME & TEL. # OF CONTACT AT FILER (optional)** | **B. FILING OFFICE ACCT. # (optional)**

Robbin A. Gossman, Paralegal
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, Maryland 21202

REC'D U.C.C. UNIT
05/01/01    9:00 AM
SECRETARY OF STATE
LANSING MI   D769440

**D. OPTIONAL DESIGNATION (if applicable):** ☐ LESSOR/LESSEE  ☐ CONSIGNOR/CONSIGNEE  ☐ NON-UCC FILING

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b)

**1a. ENTITY'S NAME:** SM 6105 LLC

**1c. MAILING ADDRESS:** 38500 Woodward Avenue, Suite 100
**CITY:** Bloomfield Hills
**STATE:** MI
**COUNTRY:** USA
**POSTAL CODE:** 48304

**1e. TYPE OF ENTITY:** limited liability company
**1f. ENTITY'S STATE OR COUNTRY OF ORGANIZATION:** Delaware

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b)

[blank]

*ACKNOWLEDGEMENT COPY*

**3. SECURED PARTY'S (ORIGINAL S/P or ITS TOTAL ASSIGNEE) EXACT FULL LEGAL NAME** - insert only one secured party name (3a or 3b)

**3a. ENTITY'S NAME:** FLEET NATIONAL BANK

**3c. MAILING ADDRESS:** One Financial Plaza, 5th Floor
**CITY:** Providence
**STATE:** RI
**COUNTRY:** USA
**POSTAL CODE:** 02903

**4. This FINANCING STATEMENT covers the following types or items of property:**

The items of property set forth on the attached Schedule A, and all additions, accessions, modifications, improvements, replacements, substitutions and accessories thereto and therefor, whether now owned, leased or hereafter acquired (the "Equipment"), and the proceeds, products and income of any of the foregoing, including insurance proceeds. Debtor has possession of the Equipment under a true lease. Secured Party has a security interest in the Equipment to the extent necessary to protect its title and/or interest therein.

The Equipment is generally described as One (1) Canadair Challenger Model CL-600-2B16 Variant 604 aircraft (N599DA)

35459-01/tkd
File: XX  S/S: MI      Town/County:

**5. CHECK BOX** ☐ This FINANCING STATEMENT is signed by the Secured Party instead of the Debtor to perfect a security interest (a) in collateral already subject to a security interest in another jurisdiction when it was brought into this state, or when the debtor's location was changed to this state, or (b) in accordance with other statutory provisions (additional data may be required)

**7. If filed in Florida (check one)** ☐ Documentary stamp tax paid  ☐ Documentary stamp tax not applicable

**6. REQUIRED SIGNATURE(S)**
Signature: *[signature]* John Blahnik
Printed Name/Title: John Blahnik, Vice President-Treasurer

**8.** ☐ This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS Attach Addendum (if applicable)

**9. Check to REQUEST SEARCH CERTIFICATE(S) on Debtor(s)** (ADDITIONAL FEE) (optional) ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

(1) FILING OFFICER COPY - NATIONAL FINANCING STATEMENT (FORM UCC-1) (TRANS) (REV. 12/18/95)   THIS SPACE FOR USE OF FILING OFFICER

# ATTACHMENT TO UNIFORM COMMERCIAL CODE FINANCING STATEMENT

1. SECURED PARTY: **FLEET NATIONAL BANK**
   c/o Fleet Capital Corporation
   One Financial Plaza, 5th Floor
   Mail Stop: RI/DE/03705A
   Providence, Rhode Island 02903

   D769440

   DEBTOR: **SM 5105 LLC**
   38500 Woodward Avenue
   Suite 100
   Bloomfield Hills, Michigan 48304

2. DESCRIPTION OF PROPERTY:

   Debtor hereby assigns to Secured Party, and grants to Secured Party a first priority security interest in and with respect to, all of Debtor's rights, title and interests of whatever kind or description (but none of its obligations) in and to: (a) the Purchase Documents; (b) the Aircraft, and all present or future additions, attachments, or accessories to the Aircraft, and replacements thereof; (c) all tools, manuals, service records, software and similar information and materials incorporated into or located on the Aircraft, and (d) the products, rents and profits and other proceeds therefrom or thereof, including, without limitation, all refunds and other amounts payable by Vendor under or with respect to the Purchase Agreement.

   For purposes hereof:

   "Aircraft" means the Canadair Challenger Model CL-600-2B16 Variant 604 (N599DA) (including, without limitation, the airframe, engines, auxiliary power unit, avionics, parts and records relating thereto) having a scheduled delivery date 4th quarter 2001, pursuant to the Purchase Agreement.

   "Purchase Agreement" means the Aircraft Purchase Agreement dated January 31, 2001, between Debtor and Vendor, as amended from time to time.

   "Purchase Documents" means any purchase orders or related documents, warranties and agreements with Vendor, including the Purchase Agreement.

   "Vendor" means Bombardier Aerospace Corporation.

GFJ 361814                                                                            (UCC)

**"IN LIEU" INITIAL UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
UCC Fleet

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

PARASEARCH INC.
222 Jefferson Boulevard
Warwick, RI 02888
(401) 732-2490    Fax: (401) 739-7708

*STATE OF DELAWARE*
*SECRETARY OF STATE*
*DIVISION OF CORPORATIONS*
*FILED 12:55 PM 12/17/2001*
*2014693 0 - 0000000*
*SRV: 020022197*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **SM 5105 LLC** | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **38500 Woodward Avenue, Suite 100** | **Bloomfield** | **MI** | **48304** | **USA** |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| 38-3575295 | | limited liability co | Delaware | 3297657 | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – insert only one debtor name (2a or 2b) – do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | USA |

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE OF ASSIGNOR S/P) – insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Fleet National Bank** | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **c/o Fleet Capital Corporation**<br>**One Financial Plaza** | **Providence** | **RI** | **02903** | **USA** |

**4. This FINANCING STATEMENT covers the following collateral:**

Equipment generally described as, one (1) Learjet 60 aircraft, serial number 237 and FAA registration mark N699DA, As further described in the attached Schedules U & A

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum    (if applicable)

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]    ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

Customer No. 35459-02

FILING OFFICE COPY – NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)
BUSDOCS:967500.4

SCHEDULE D
(Leases)

Debtor:  
SM 5105 LLC  
38500 Woodward Ave., Suite 100  
Bloomfield, MI 48304

Secured Party:  
Fleet National Bank  
c/o Fleet Capital Corporation  
One Financial Plaza  
Providence, RI 02903

The collateral is certain goods generally described as one (1) Learjet 60, serial number 237 and FAA registration mark N699DA, and more particularly described in the attached Schedule A's, in which the Debtor now or hereafter has rights, and all parts, accessories, accessions and attachments thereto, and all replacements, substitutions and exchanges (including trade-ins) for such goods, together with proceeds of all of the foregoing, including proceeds in the form of goods, accounts, chattel paper, documents, instruments, general intangibles, investment property, deposit accounts, letter of credit rights and supporting obligations.

*Initial financing statement to continue effectiveness of pre-effective-date financing statements.* The following information is provided so that, upon the later of the filing date of this financing statement or the effective date of Revised Article 9 as applicable under the law of any relevant jurisdiction, this financing statement shall be effective to continue the financing statements (the "*pre-effective-date financing statements*") identified below:

1. The above address of the Debtor is a mailing address of the Debtor.
2. The Debtor is an organization.
3. The Debtor's type of organization is a limited liability company.
4. The Debtor's jurisdiction of organization is Delaware.
5. The Debtor's organizational identification number is 3297657.
6. The pre-effective-date financing statements are those identified on the schedule below.
7. Each pre-effective-date financing statement remains effective.

*Schedule identifying pre-effective date financing statements.* The following schedule identifies each pre-effective-date financing statement:

| | | | | | |
|---|---|---|---|---|---|
| 35459-02 | Sec. Of State- MI | 5/1/01 | D769439 | N/a | N/a |

S:\Data\CorpAir\CAF2001\SM 5105\Sched02 Lear\schedU.doc

## SCHEDULE A

## ATTACHMENT TO UNIFORM COMMERCIAL CODE FINANCING STATEMENT

1. LESSOR: **FLEET NATIONAL BANK**
c/o Fleet Capital Corporation
One Financial Plaza, 5th Floor
Mail Stop: RI/DE/03705A
Providence, Rhode Island   02903

   LESSEE: **SM 5105 LLC**
38500 Woodward Avenue
Suite 100
Bloomfield Hills, Michigan   48304

2. DESCRIPTION OF PROPERTY:

   Lessee hereby grants and conveys to Lessor a security interest in and lien on (1) the Aircraft Lease (N699DA) (the "Lease") dated as of March 30, 2001, between Lessor, as lessor, and Lessee, as Lessee, (2) the Aircraft (as defined below), (3) any subleases relating to the Aircraft, and (4) any and all proceeds (including insurance proceeds) of any or all of the foregoing.

   For purposes hereof:

   Aircraft shall mean (i) the Airframe, (ii) the Engines, and (iii) to the extent applicable, the Records.

   Airframe shall mean (i) the Aircraft described in Schedule A hereto and (ii) any and all Parts from time to time incorporated in, installed on or attached to such Aircraft and any and all Parts removed therefrom so long as title thereto shall remain vested in Lessor in accordance with the applicable terms of the Lease after removal from the Aircraft.

   Engine shall mean (i) each of the engines and the auxiliary power unit described and listed by manufacturer's serial numbers in Schedule A hereto and currently installed on the Airframe, whether or not thereafter installed on such Airframe or any other airframe from time to time; (ii) any engine and/or auxiliary power unit that may from time to time be substituted, pursuant to the applicable terms of the Lease, for an Engine leased thereunder; and (iii) in each case set forth in clauses (i) and (ii) hereof, with any and all Parts incorporated in or installed on or attached to such Engine, engine and/or auxiliary power unit or any and all Parts removed therefrom so long as title thereto shall remain vested in Lessor in accordance with the applicable terms of the Lease after removal from such Engine.

Parts shall mean all appliances, avionics, parts, instruments, appurtenances, accessories, furnishings and other equipment of whatever nature (other than additions or complete Engines), that may from time to time be incorporated or installed in or attached to the Airframe or any Engine for so long as title thereto shall be vested in Lessor in accordance with the applicable terms of the Lease.

Records shall mean any and all logs, manuals, certificates and data and inspection, modification, maintenance, engineering, technical and overhaul records (including all computerized data, records and materials of any kind whatsoever) with respect to the Aircraft, including, without limitation, all records required to be maintained by the Federal Aviation Administration or any other governmental agency or authority having jurisdiction with respect to the Aircraft or any manufacturer or supplier of the Aircraft (or any part thereof) with respect to the enforcement of warranties or otherwise.

SCHEDULE A TO UCC

## DESCRIPTION OF AIRCRAFT

Learjet 60 aircraft which consists of the following components:

(a) Airframe bearing FAA Registration Mark N699DA and manufacturer's serial number 237.

(b) Two (2) Pratt and Whitney Canada, Model number PW305A, engines bearing manufacturer's serial numbers PCE-CA0319 and PCE-CA0318, (each of which has 750 or more rated takeoff horsepower or the equivalent of such horsepower).

(c) Standard accessories and optional equipment and such other items fitted or installed on the Aircraft and as may be more particularly described hereinafter:

See Schedule A-2 which is attached hereto and made a part hereof.

(d) Those items of Lessee furnished equipment described in a bill of sale or bills of sale therefor (copies of which may be appended hereto), delivered by Lessee to Lessor which constitute appliances and equipment which will be installed on the Aircraft.

(e) one (1) PATS, Inc. model T-20G-10C3A auxiliary power unit bearing manufacturer's serial number SP-E010358.

SCHEDULE A-2 TO UCC

## AVIONICS

Reduced vertical separation minimums (RVSM) compliant
Fireproofing protection per FAR 25.853 Appendix F compliant
EROS oxygen masks
FM Immunity for VIR-432 Nav Units
Heads-up Technologies Passenger Briefing System
Dual Collins VHF-422C comm with 8.33 khz channel spacing (exchange)
Honeywell Airborne flight information system (AFIS)
Collins traffic collision avoidance system (TCAS II)
Honeywell enhanced GPWS with windshear detection
Emergency locator transmitter
Magnastar C-2000 digital airborne telephone system (exchange)
Lighted control wheel chart holders
Floorplan M50-4 with exposed seat tracking on two (2) middle seats
Two (2) cabin throw rugs with the Delphi logo
110 VAC/60 hz power outlet (each)
Plated trim package
Pulsating recognition and landing lights
Hardwood trim strip
Wood veneer package
Collins TWR-850 enhanced weather radar (exchange)
Rosemount Ice Detection System
Dual rechargeable flashlights
Cockpit voice recorder
Fax/data outlet (without airshow network and/or Unilink selected)
Microwave
Detail Paint

Exterior: Matterhorn White with stripes of Gamma Grey, Fire Red, Sky Blue, Blue Green and Fed Ex Purple


AND ALL STANDARD EQUIPMENT, ALL ADDITIONS, ACCESSIONS, MODIFICATIONS, IMPROVEMENTS, REPLACEMENTS, SUBSTITUTIONS, AND ACCESSORIES THERETO AND THEREFOR, ALL AVIONICS, ONBOARD EQUIPMENT, LOOSE EQUIPMENT LOCATED IN THE AIRCRAFT, RECORDS, MANUALS, AND LOGBOOKS, IN BOTH WRITTEN AND COMPUTER DATA FORM, AND WHETHER NOW EXISTING OR HEREAFTER ACQUIRED.