# EXHIBIT E

# MICHIGAN DEPARTMENT OF STATE



Uniform Commercial Code Section
P.O. Box 30197
Lansing, Michigan 48909-7697
www.michigan.gov/sosucc

October 15, 2005

**Job Number:**   U20051013-0870

**Job Contents:**
  Search Request(s):                              2

**Special Handling Instructions:**

## Important Notice

**To comply with P.A. 212 of 2004, the UCC Unit is now mailing Debtor Notifications to individuals named as new debtors.** The notification includes a copy of the filed financing statement. Secured parties may receive calls from customers with questions or errors found in the filing. If a correction is needed, file a UCC3 Amendment.

Martha Ledezma
300 Ottawa Ave., NW
Suite 500
Grand Rapids MI  49503

# MICHIGAN DEPARTMENT OF STATE



Uniform Commercial Code Section
P.O. Box 30197
Lansing, Michigan 48909-7697
www.michigan.gov/sosucc

## Job Receipt

October 15, 2005

**Job Number:** U20051013-0870
**Account Number:**

### Charges

| Description | Filing Number | Filing Date/Time | Qty | Price | Amount |
|---|---|---|---|---|---|
| Information Request (Written Inquiry) | 0000722881-9 | | 1 | $6.00 | $6.00 |
| UCC Copy(ies) | 0000722881-9 | | 4 | $2.00 | $8.00 |
| Information Request (Written Inquiry) | 0000722882-1 | | 1 | $6.00 | $6.00 |
| Total | | | | | $20.00 |

### Payments

| Type | Description | Amount |
|---|---|---|
| | | $20.00 |
| Total | | $20.00 |

# MICHIGAN DEPARTMENT OF STATE



Uniform Commercial Code Section
P.O. Box 30197
Lansing, Michigan 48909-7697
www.michigan.gov/sosucc

## Search Request

October 15, 2005

**Job Number:** U20051013-0870
**Reference Number:** 0000722881-9
**Certification Date:** 10/12/2005 17:00 PM

The filing officer certifies that the attached is a record, according to the search criteria specified, of all financing statements, [tax liens,] and amendments which name the debtor as filed with the Michigan Secretary of State, Uniform Commercial Code Section, as of the above certification date.

**Search Criteria:**
Debtor Name:   SM 5105 LLC
Lien Type:     UCC/Tax
Lien Status:   All (Including lapsed)


Michigan Department of State
Jeffry C. Nickerson
Filing Officer


### Disclaimer

Information relative to security interests and statutory liens obtained from the index is for <u>information purposes</u> only. Such information <u>does not relieve</u> any person or business from liability, alter priorities of security interest or liens, or affect any other legal rights or responsibilities. The index primarily contains information relative to security interests and statutory liens which have been filed for record on or before the above certification date. There may be security interests and statutory liens filed after that date which are valid. A search request limited under R 440.508(1) may not reveal all filings against the debtor search. The searcher bears the risk of relying on the limited search.



# MICHIGAN DEPARTMENT OF STATE

Uniform Commercial Code Section
P.O. Box 30197
Lansing, Michigan 48909-7697
www.michigan.gov/sosucc

---

Financing Statement #D769439
FILED: 05/01/2001 09:00 AM

(D) S M 5105 LLC
    ORGANIZATION
    38500 WOODWARD AVE 100
    BLOOMFIELD HILLS, MI 48304

(S) FLEET NATIONAL BANK
    ORGANIZATION
    1 FINANCIAL PLAZA 5TH FL
    %FLEET CAPITAL CORP
    PROVIDENCE, RI 02903

| ACTIONS: | DATE | DOCUMENT # | PGS |
|---|---|---|---|
| Initial Financing Statement | 05/01/2001 09:00 AM | D769439 | 2 |

Financing Statement #D769440
FILED: 05/01/2001 09:00 AM

(D) S M 5105 LLC
    ORGANIZATION
    38500 WOODWARD AVE 100
    BLOOMFIELD HILLS, MI 48304

(S) FLEET NATIONAL BANK
    ORGANIZATION
    1 FINANCIAL PLAZA 5TH FL
    %FLEET CAPITAL CORP
    PROVIDENCE, RI 02903

| ACTIONS: | DATE | DOCUMENT # | PGS |
|---|---|---|---|
| Initial Financing Statement | 05/01/2001 09:00 AM | D769440 | 2 |

| | |
|---|---|
| **FINANCING STATEMENT - FOLLOW INSTRUCTIONS CAREFULLY**<br>This Financing Statement is presented for filing pursuant to the Uniform Commercial Code and will remain effective, with certain exceptions, for 5 years from date of filing.<br>A. NAME & TEL. # OF CONTACT AT FILER (optional)  B. FILING OFFICE ACCT. # (optional)<br>D. Robbin A. Gossman, Paralegal<br>C. Ober, Kaler, Grimes & Shriver<br>120 East Baltimore Street<br>Baltimore, Maryland 21202 | THIS SPACE FOR USE OF FILING OFFICER<br><br>REC'D U.C.C. UNIT<br>05/01/01   9:00 AM<br>SECRETARY OF STATE<br>LANSING MI   D769439<br>H<br>MDOS 903459 - 2 04/11/2001<br>2001 95016 12016 1032<br>$3.00<br>UCC          NEW YEAR |

D. OPTIONAL DESIGNATION (if applicable):  LESSOR/LESSEE   CONSIGNOR/CONSIGNEE   NON-UCC FILING

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b)

1a. ENTITY'S NAME: **SM 6105 LLC**

1c. MAILING ADDRESS: 38500 Woodward Avenue, Suite 100 | CITY: Bloomfield Hills | STATE: MI | COUNTRY: USA | POSTAL CODE: 48304

1d. S.S. OR TAX I.D. #: 38-3575295 | 1e. TYPE OF ENTITY: limited liability company | 1f. ENTITY'S STATE OR COUNTRY OF ORGANIZATION: Delaware | 1g. ENTITY'S ORGANIZATIONAL I.D. #, if any: ☐ NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b)

(blank)

3. SECURED PARTY'S (ORIGINAL S/P or ITS TOTAL ASSIGNEE) EXACT FULL LEGAL NAME - insert only one secured party name (3a or 3b)

3a. ENTITY'S NAME: **FLEET NATIONAL BANK**

3c. MAILING ADDRESS: One Financial Plaza, 5th Floor | CITY: Providence | STATE: RI | COUNTRY: USA | POSTAL CODE: 02903

4. This FINANCING STATEMENT covers the following types or items of property:

The items of property set forth on the attached Schedule A, and all additions, accessions, modifications, improvements, replacements, substitutions and accessories thereto and therefor, whether now owned, leased or hereafter acquired (the "Equipment"), and the proceeds, products and income of any of the foregoing, including insurance proceeds. Debtor has possession of the Equipment under a true lease. Secured Party has a security interest in the Equipment to the extent necessary to protect its title and/or interest therein.

The Equipment is generally described as One (1) Learjet 60 aircraft, serial number 237

35459-02/tkd
File: XX   S/S:   MI           Town/County:

5. CHECK BOX ☐ This FINANCING STATEMENT is signed by the Secured Party instead of the Debtor to perfect a security interest (a) in collateral already subject to a security interest in another jurisdiction when it was brought into this state, or when the debtor's location was changed to this state, or (b) in accordance with other statutory provisions (additional data may be required)

6. REQUIRED SIGNATURE(S)
Signature: *John Blahnik*
Printed Name/Title: John Blahnik / Vice President-Treasurer

7. If filed in Florida (check one)  ☐ Documentary  ☐ Documentary stamp stamps tax paid   tax not applicable

8. ☐ This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS Attach Addendum (if applicable)

9. Check to REQUEST SEARCH CERTIFICATE(S) on Debtor(s) (ADDITIONAL FEE) (optional)  ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2

(1) FILING OFFICER COPY - NATIONAL FINANCING STATEMENT (FORM UCC-1) (TRANS) (REV. 12/18/95)   THIS SPACE FOR USE OF FILING OFFICER

H74067 KAM

D769439

# ATTACHMENT TO UNIFORM COMMERCIAL CODE FINANCING STATEMENT

1. SECURED PARTY: **FLEET NATIONAL BANK**
   c/o Fleet Capital Corporation
   One Financial Plaza, 5th Floor
   Mail Stop: RI/DE/03705A
   Providence, Rhode Island 02903

   DEBTOR: **SM 5105 LLC**
   38500 Woodward Avenue
   Suite 100
   Bloomfield Hills, Michigan 48304

2. DESCRIPTION OF PROPERTY:

   Debtor hereby assigns to Secured Party, and grants to Secured Party a first priority security interest in and with respect to, all of Debtor's rights, title and interests of whatever kind or description (but none of its obligations) in and to: (a) the Purchase Documents; (b) the Aircraft, and all present or future additions, attachments, or accessories to the Aircraft, and replacements thereof, (c) all tools, manuals, service records, software and similar information and materials incorporated into or located on the Aircraft, and (d) the products, rents and profits and other proceeds therefrom or thereof, including, without limitation, all refunds and other amounts payable by Vendor under or with respect to the Purchase Agreement.

   For purposes hereof:

   "Aircraft" means the Learjet 60 (serial number 237) (including, without limitation, the airframe, engines, auxiliary power unit, avionics, parts and records relating thereto) having a scheduled delivery date 4th quarter 2001, pursuant to the Purchase Agreement.

   "Purchase Agreement" means the Aircraft Purchase Agreement dated March 22, 2001, between Debtor and Vendor, as amended from time to time.

   "Purchase Documents" means any purchase orders or related documents, warranties and agreements with Vendor, including the Purchase Agreement.

   "Vendor" means Learjet Inc.

RSCOMBS 367512.1 3/30/01 12:00 PM

■■■■■■■■■■■■■■■■■■■■■■■■

THIS SPACE FOR USE OF FILING OFFICER

**FINANCING STATEMENT - FOLLOW INSTRUCTIONS CAREFULLY**
This Financing Statement is presented for filing pursuant to the Uniform Commercial Code and will remain effective, with certain exceptions, for 5 years from date of filing.

| A. NAME & TEL. # OF CONTACT AT FILER (optional) | B. FILING OFFICE ACCT. # (optional) |
|---|---|

D
C
Robbin A. Gossman, Paralegal
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, Maryland 21202

REC'D U.C.C. UNIT
05/01/01    9:00 AM
SECRETARY OF STATE
LANSING MI   D769440
H
MDOS 903459 - 1 04/11/2001
2001 95016 12016 1032
$3.00
UCC        NEW YEAR

D. OPTIONAL DESIGNATION (if applicable):  ☐ LESSOR/LESSEE   ☐ CONSIGNOR/CONSIGNEE   ☐ NON-UCC FILING

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b)

| 1a. ENTITY'S NAME | | | | |
|---|---|---|---|---|
| OR SM 5105 LLC | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | COUNTRY | POSTAL CODE |
| 38500 Woodward Avenue, Suite 100 | Bloomfield Hills | MI | USA | 48304 |
| 1d. S.S. OR TAX I.D. # 38-3575295 | OPTIONAL ADD'L INFO RE: ENTITY DEBTOR | 1e. TYPE OF ENTITY  limited liability company | 1f. ENTITY'S STATE OR COUNTRY OF ORGANIZATION  Delaware | 1g. ENTITY'S ORGANIZATIONAL I.D. #, if any  ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b)

| 2a. ENTITY'S NAME | | | | |
|---|---|---|---|---|
| OR | | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | COUNTRY USA | POSTAL CODE |
| 2d. S.S. OR TAX I.D. # | OPTIONAL ADD'L INFO RE: ENTITY DEBTOR | 2e. TYPE OF ENTITY | 2f. ENTITY'S STATE OR COUNTRY OF ORGANIZATION | 2g. ENTITY'S ORGANIZATIONAL I.D. #, if any  ☐ NONE |

3. SECURED PARTY'S (ORIGINAL S/P or ITS TOTAL ASSIGNEE) EXACT FULL LEGAL NAME - insert only one secured party name (3a or 3b)

| 3a. ENTITY'S NAME | | | | |
|---|---|---|---|---|
| OR FLEET NATIONAL BANK | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | COUNTRY | POSTAL CODE |
| One Financial Plaza, 5th Floor | Providence | RI | USA | 02903 |

4. This FINANCING STATEMENT covers the following types or items of property:

The items of property set forth on the attached Schedule A, and all additions, accessions, modifications, improvements, replacements, substitutions and accessories thereto and therefor, whether now owned, leased or hereafter acquired (the "Equipment"), and the proceeds, products and income of any of the foregoing, including insurance proceeds. Debtor has possession of the Equipment under a true lease. Secured Party has a security interest in the Equipment to the extent necessary to protect its title and/or interest therein.

The Equipment is generally described as One (1) Canadair Challenger Model CL-600-2B16 Variant 604 aircraft (N599DA)

35459-01/tkd
File: XX   S/S: MI       Town/County:

5. CHECK ☐  This FINANCING STATEMENT is signed by the Secured Party instead of the Debtor to perfect a security interest...
BOX
6. REQUIRED SIGNATURE(S)
Signature:
Printed Name/Title:  John Blahnik / Vice President-Treasurer

7. If filed in Florida (check one)   ☐ Documentary stamp tax paid   ☐ Documentary stamp tax not applicable

8. ☐ This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS    Attach Addendum  (if applicable)

Signature:
Printed Name/Title:

9. Check to REQUEST SEARCH CERTIFICATE(S) on Debtor(s) (ADDITIONAL FEE) (optional)   ☐ All Debtors   ☐ Debtor 1   ☐ Debtor 2

(1) FILING OFFICER COPY - NATIONAL FINANCING STATEMENT (FORM UCC-1) (TRANS) (REV. 12/18/95)    THIS SPACE FOR USE OF FILING OFFICER

H74067
KAM



D769440

# ATTACHMENT TO UNIFORM COMMERCIAL CODE FINANCING STATEMENT

1. SECURED PARTY:    FLEET NATIONAL BANK
                     c/o Fleet Capital Corporation
                     One Financial Plaza, 5th Floor
                     Mail Stop: RI/DE/03705A
                     Providence, Rhode Island   02903

   DEBTOR:           SM 5105 LLC
                     38500 Woodward Avenue
                     Suite 100
                     Bloomfield Hills, Michigan   48304

2. DESCRIPTION OF PROPERTY:

Debtor hereby assigns to Secured Party, and grants to Secured Party a first priority security interest in and with respect to, all of Debtor's rights, title and interests of whatever kind or description (but none of its obligations) in and to: (a) the Purchase Documents; (b) the Aircraft, and all present or future additions, attachments, or accessories to the Aircraft, and replacements thereof, (c) all tools, manuals, service records, software and similar information and materials incorporated into or located on the Aircraft, and (d) the products, rents and profits and other proceeds therefrom or thereof, including, without limitation, all refunds and other amounts payable by Vendor under or with respect to the Purchase Agreement.

For purposes hereof:

"Aircraft" means the Canadair Challenger Model CL-600-2B16 Variant 604 (N599DA) (including, without limitation, the airframe, engines, auxiliary power unit, avionics, parts and records relating thereto) having a scheduled delivery date 4th quarter 2001, pursuant to the Purchase Agreement.

"Purchase Agreement" means the Aircraft Purchase Agreement dated January 31, 2001, between Debtor and Vendor, as amended from time to time.

"Purchase Documents" means any purchase orders or related documents, warranties and agreements with Vendor, including the Purchase Agreement.

"Vendor" means Bombardier Aerospace Corporation.

GFJ 361814                                                              (UCC)

## MICHIGAN DEPARTMENT OF STATE



Uniform Commercial Code Section
P.O. Box 30197
Lansing, Michigan 48909-7697
www.michigan.gov/sosucc

## Search Request

October 15, 2005

**Job Number:** U20051013-0870
**Reference Number:** 0000722882-1
**Certification Date:** 10/12/2005 17:00 PM

The filing officer certifies that the attached is a record, according to the search criteria specified, of all financing statements, [tax liens,] and amendments which name the debtor as filed with the Michigan Secretary of State, Uniform Commercial Code Section, as of the above certification date.

**Search Criteria:**
Debtor Name:   Delphi Automotive Systems Human Resources, LLC
Lien Type:     UCC/Tax
Lien Status:   All (Including lapsed)

Michigan Department of State
Jeffry C. Nickerson
Filing Officer

### Disclaimer

Information relative to security interests and statutory liens obtained from the index is for <u>information purposes</u> only. Such information <u>does not relieve</u> any person or business from liability, alter priorities of security interest or liens, or affect any other legal rights or responsibilities. The index primarily contains information relative to security interests and statutory liens which have been filed for record on or before the above certification date. There may be security interests and statutory liens filed after that date which are valid. A search request limited under R 440.508(1) may not reveal all filings against the debtor search. The searcher bears the risk of relying on the limited search.



# MICHIGAN DEPARTMENT OF STATE

Uniform Commercial Code Section
P.O. Box 30197
Lansing, Michigan 48909-7697
www.michigan.gov/sosucc

Search Criteria:

Debtor Name:   Delphi Automotive Systems Human Resources, LLC
Lien Type:     UCC/Tax
Lien Status:   All (Including lapsed)

No Matching Records Found.