# EXHIBIT G

**CORPORATION SERVICE COMPANY**
www.incspot.com

CSC- Springfield
801 Adlai Stevenson Drive
Springfield, IL 62703
217-544-5900
217-492-2727 (Fax)

| | |
|---|---|
| **To:** | MARTHA LEDEZMA |
| **From:** | Margaret Pike/jw3 |
| **Fax Number:** | 16167423999 |
| **Re:** | Order Results |
| **Date:** | 10/13/2005 |
| **Number of Pages:** | 4 |

---

This transmission is confidential and may contain legally privileged information. It is intended for the use of the named recipient only. No other person is authorized to read, copy or distribute this document. If you have received this transmission in error, please notify the sender immediately and mail it to the sender at the above address.

Printed by: jw3
Order #: 651188

**CORPORATION SERVICE COMPANY**
www.incspot.com

CSC- Springfield
801 Adlai Stevenson Drive
Springfield, IL 62703
217-544-5900
217-492-2727 (Fax)

| | |
|---|---|
| Matter# NOT PROVIDED | Order# 651188-1 |
| Project Id : | Order Date 10/13/2005 |
| Additional Reference : NOT PROVIDED | |

| | |
|---|---|
| Subject : | **DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES, LLC** |
| Jurisdiction : | **DE-SECRETARY OF STATE** |
| Request for : | UCC Debtor Search |
| Result : | Records found |
| Thru Date : | October 04, 2005 |
| No. of findings : | 2 |
| Original UCC Filings : | 2 |
| Amendments : | 0 |
| Continuations : | 0 |
| Assignments : | 0 |
| Releases : | 0 |
| Corrections : | 0 |
| Terminations : | 0 |

Ordered by MARTHA LEDEZMA at BARNES & THORNBURG

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.incspot.com.

If you have any questions concerning this order or IncSpot, please feel free to contact us.

Margaret Pike
mpike@cscinfo.com

**CSC Article 9 Compliant Searching**
Under Revised Article 9, in order to conduct proper due diligence, all UCC debtor searches must be performed in both the old Article 9 and Revised Article 9 jurisdictions. CSC accepts no responsibility for omissions resulting from an incomplete search request.

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

**CORPORATION SERVICE COMPANY**
www.incspot.com

CSC- Springfield
801 Adlai Stevenson Drive
Springfield, IL 62703
217-544-5900
217-492-2727 (Fax)

| | |
|---|---|
| Matter#   NOT PROVIDED | Order#   651188-1 |
| Project Id : | Order Date   10/13/2005 |
| Additional Reference :   NOT PROVIDED | |

Subject :              **DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES, LLC**

Jurisdiction :         **DE-SECRETARY OF STATE**

Request for :          UCC Debtor Search

Result :               Records found

File Type :                        Original
File Number :                      40699530
File Date :                        03/09/2004
Current Secured Party of Record :  FLEET NATIONAL BANK

File Type :                        Original
File Number :                      40699555
File Date :                        03/09/2004
Current Secured Party of Record :  FLEET NATIONAL BANK

Ordered by MARTHA LEDEZMA at BARNES & THORNBURG

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.incspot.com.

If you have any questions concerning this order or IncSpot, please feel free to contact us.

Margaret Pike
mpike@cscinfo.com

Corporation Service Company(R) Terms and Conditions
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

**CORPORATION SERVICE COMPANY**
www.incspot.com

CSC- Springfield
801 Adlai Stevenson Drive
Springfield, IL 62703
217-544-5900
217-492-2727 (Fax)

| | |
|---|---|
| **Matter#** NOT PROVIDED | **Order#** 651188-1 |
| **Project Id :** | **Order Date** 10/13/2005 |
| **Additional Reference :** NOT PROVIDED | |

      Subject :         **DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES, LLC**

      Jurisdiction :       **DE-SECRETARY OF STATE**

      Request for :       **Federal Tax Lien Search**
      Thru Date :       October 04, 2005

      Result :         Certified clear result retrieved


Ordered by MARTHA LEDEZMA at BARNES & THORNBURG

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.incspot.com.

If you have any questions concerning this order or IncSpot, please feel free to contact us.

Margaret Pike
mpike@cscinfo.com

Corporation Service Company(R) Terms and Conditions
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

**CORPORATION SERVICE COMPANY**
www.incspot.com

CSC- Springfield
801 Adlai Stevenson Drive
Springfield, IL 62703
217-544-5900
217-492-2727 (Fax)

| | |
|---|---|
| To: | MARTHA LEDEZMA |
| From: | Margaret Pike/jw3 |
| Fax Number: | 16167423999 |
| Re: | Order Results |
| Date: | 10/13/2005 |
| Number of Pages: | 4– 13 |

This transmission is confidential and may contain legally privileged information. It is intended for the use of the named recipient only. No other person is authorized to read, copy or distribute this document. If you have received this transmission in error, please notify the sender immediately and mail it to the sender at the above address.

Printed by: jw3
Order #: 651188

**CORPORATION SERVICE COMPANY**
www.incspot.com

CSC- Springfield
801 Adlai Stevenson Drive
Springfield, IL 62703
217-544-5900
217-492-2727 (Fax)

| | | | |
|---|---|---|---|
| Matter# | NOT PROVIDED | Order# | 651188-1 |
| Project Id : | | Order Date | 10/13/2005 |
| Additional Reference : | NOT PROVIDED | | |

Subject :                    DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES, LLC

Jurisdiction :               DE-SECRETARY OF STATE

Request for :                Federal Tax Lien Search
Thru Date :                  October 04, 2005

Result :                     Certified clear result retrieved

Ordered by MARTHA LEDEZMA at BARNES & THORNBURG

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.incspot.com.

If you have any questions concerning this order or IncSpot, please feel free to contact us.

Margaret Pike
mpike@cscinfo.com

Corporation Service Company(R) Terms and Conditions
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

**CORPORATION SERVICE COMPANY**
www.incspot.com

CSC- Springfield
801 Adlai Stevenson Drive
Springfield, IL 62703
217-544-5900
217-492-2727 (Fax)

| | | | |
|---|---|---|---|
| Matter# | NOT PROVIDED | Order# | 651188-1 |
| Project Id : | | Order Date | 10/13/2005 |
| Additional Reference : | NOT PROVIDED | | |

Subject : DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES, LLC

Jurisdiction : DE-SECRETARY OF STATE

Request for : UCC Debtor Search
Result : Records found
Thru Date : October 04, 2005
No. of findings : 2

Original UCC Filings : 2
Amendments : 0
Continuations : 0
Assignments : 0
Releases : 0
Corrections : 0
Terminations : 0

Ordered by MARTHA LEDEZMA at BARNES & THORNBURG

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.incspot.com.

If you have any questions concerning this order or IncSpot, please feel free to contact us.

Margaret Pike
mpike@cscinfo.com

**CSC Article 9 Compliant Searching**
Under Revised Article 9, in order to conduct proper due diligence, all UCC debtor searches must be performed in both the old Article 9 and Revised Article 9 jurisdictions. CSC accepts no responsibility for omissions resulting from an incomplete search request.

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

**CORPORATION SERVICE COMPANY**
www.incspot.com

CSC- Springfield
801 Adlai Stevenson Drive
Springfield, IL 62703
217-544-5900
217-492-2727 (Fax)

Matter#    NOT PROVIDED
Project Id :
Additional Reference :    NOT PROVIDED

Order#    651188-1
Order Date    10/13/2005

Subject :    DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES, LLC

Jurisdiction :    DE-SECRETARY OF STATE

Request for :    UCC Debtor Search

Result :    Records found

File Type :    Original
File Number :    40699530
File Date :    03/09/2004
Current Secured Party of Record :    FLEET NATIONAL BANK

File Type :    Original
File Number :    40699555
File Date :    03/09/2004
Current Secured Party of Record :    FLEET NATIONAL BANK

Ordered by MARTHA LEDEZMA at BARNES & THORNBURG

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.incspot.com.

If you have any questions concerning this order or IncSpot, please feel free to contact us.

Margaret Pike
mpike@cscinfo.com

Corporation Service Company(R) Terms and Conditions
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

# Delaware

PAGE 1

## The First State

### CERTIFICATE

SEARCHED OCTOBER 13, 2005, AT 4:36 P.M.
FOR DEBTOR "DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES, LLC"

1 OF  2  FINANCING STATEMENT                                40699530
        EXPIRATION DATE: MARCH 9, 2009
DEBTOR: DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC
        5725 DELPHI DRIVE                                   ADDED 03-09-04
        TROY                    MI    48098

SECURED: FLEET NATIONAL BANK                                ADDED 03-09-04
         ONE FINANCIAL PLAZA
         PROVIDENCE             RI    02903

         F I L I N G   H I S T O R Y
40699530  FILED 03-09-04  AT 11:00 A.M.  FINANCING STATEMENT

2 OF  2  FINANCING STATEMENT                                40699555
        EXPIRATION DATE: MARCH 9, 2009
DEBTOR: DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC
        5725 DELPHI DRIVE                                   ADDED 03-09-04
        TROY                    MI    48098

SECURED: FLEET NATIONAL BANK                                ADDED 03-09-04
         ONE FINANCIAL PLAZA
         PROVIDENCE             RI    02903

         F I L I N G   H I S T O R Y
40699555  FILED 03-09-04  AT 11:00 A.M.  FINANCING STATEMENT
  E N D   O F   F I L I N G   H I S T O R Y

THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS, LAPSED FINANCING STATEMENTS, FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE ABOVE DEBTOR, AS OF OCTOBER 4, 2005 AT 11:59 P.M.

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State
AUTHENTICATION: 4224940

20053172674UCXL

050839131

DATE: 10-13-05

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Parasearch Inc
222 Jefferson Blvd.
Warwick, RI 02888
401-732-2490   (F) 401-739-7708

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 11:00 AM 03/09/2004*
*INITIAL FILING NUM: 4069953 0*
*AMENDMENT NUMBER: 0000000*
*SRV: 040176170*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

- **1a. ORGANIZATION'S NAME:** Delphi Automotive Systems Human Resources LLC
- **1c. MAILING ADDRESS:** 5725 Delphi Drive
- **CITY:** Troy
- **STATE:** MI
- **POSTAL CODE:** 48098
- **COUNTRY:** U.S.A.
- **1d. TAX ID#: SSN OR EIN:** 38-3547664
- **1e. TYPE OF ORGANIZATION:** limited liability company
- **1f. JURISDICTION OF ORGANIZATION:** Delaware
- **1g. ORGANIZATIONAL ID #:** 3257568

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

(blank)

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

- **3a. ORGANIZATION'S NAME:** Fleet National Bank
- **3c. MAILING ADDRESS:** c/o Fleet Capital Corporation, One Financial Plaza
- **CITY:** Providence
- **STATE:** RI
- **POSTAL CODE:** 02903
- **COUNTRY:** U.S.A.

**4. This FINANCING STATEMENT covers the following collateral:**

All of Debtor's right, title and interest in and to a certain Bombardier Inc. CL-600-2B16 (Variant 604) aircraft bearing U.S. Registration Mark N599DA and manufacturer's serial number 5498 (the "Aircraft") and two (2) General Electric CF34-3B aircraft engines respectively bearing manufacturer's serial numbers 873033 and 873034 (collectively, the "Engines"), together with (i) all present and future parts, accessories, accessions and attachments related to the Aircraft, the Engines or any related goods, and all present and future replacements, substitutions and exchanges (including trade-ins) for the Aircraft, the Engines and any related goods, and (ii) all proceeds of all the foregoing, including goods, accounts, chattel paper, documents, instruments, general intangibles, investment property, deposit accounts, letter of credit rights and supporting obligations and all other items related thereto, including, without limitation, all of the items and/or the same as more particularly described on Schedule A which is attached hereto and made a part hereof. This financing statement is filed pursuant to the precautionary filing provisions of the Uniform Commercial Code in connection with a transaction in which Secured Party (except as otherwise provided in the applicable aircraft lease) leases the goods described above to Debtor, and shall not of itself be a factor in determining whether the collateral secures an obligation or whether the lease transaction creates a security interest.

File: SOS DE

**5. ALTERNATIVE DESIGNATION [if applicable]:** [ ] LESSEE/LESSOR  [ ] CONSIGNEE/CONSIGNOR  [ ] BAILEE/BAILOR  [ ] SELLER/BUYER  [ ] AG. LIEN  [ ] NON-UCC FILING

**6.** This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum [if applicable]   **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]   [ ] All Debtors  [ ] Debtor 1  [ ] Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**

Acct 35457 - TD

FILING OFFICE COPY— NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

SCHEDULE A
TO
UNIFORM COMMERCIAL CODE
FINANCING STATEMENT

**DEBTOR:**

Delphi Automotive Systems
Human Resources LLC
5725 Delphi Drive
Troy, Michigan 48098

**SECURED PARTY:**

Fleet National Bank
c/o Fleet Capital Corporation
One Financial Plaza
Providence, RI 02903

All of Debtor's right, title and interest in and to (i) a certain Bombardier Inc. CL-600-2B16 (Variant 604) aircraft bearing U.S. Registration Mark N599DA and manufacturer's serial number 5498 (the "Aircraft") and two (2) General Electric CF34-3B aircraft engines respectively bearing manufacturer's serial numbers 873033 and 873034 (collectively, the "Engines"), together with all accessories, appliances, additions, substitutions, replacements, accessions, parts, avionics, appurtenances, furnishings, and all other items or equipment related thereto, including, without limitation, all of the items and/or the same as more particularly described on Schedule A-1, which is attached hereto and made a part hereof, (ii) any and all subleases, management agreements, interchange agreements, charter agreements, purchase orders or agreements, aircraft leases (including, without limitation, a certain Aircraft Lease (N599DA) dated as of March 30, 2001 between Debtor [as assignee of SM 5105 LLC] and Secured Party, as the same may be amended or modified from time to time) and/or other agreements of any kind whatsoever relating to any of the foregoing or to any other goods, documents, things or items described in or relating to this Schedule A (including, without limitation, any payments, rents, profits, amounts, deposits, refunds, rebates or monies due, payable or relating to any of the foregoing), (iii) any and all security deposits in connection with or relating to a certain Aircraft Lease (N599DA) dated as of March 30, 2001 between Debtor [as assignee of SM 5105 LLC] and Secured Party, as the same may be amended or modified from time to time, (iv) any and all present and future goods, accounts, chattel paper, documents, instruments, general intangibles, investment property, deposit accounts, letter of credit rights and supporting obligations relating to any of the foregoing or to any other goods, documents, things or items described in or relating to this Schedule A, (v) any and all proceeds of any of the foregoing or of any other goods, documents, things or items described in or relating to this Schedule A (including insurance proceeds), and (vi) any and all present and future books and records relating to any of the foregoing or to any other goods, documents, things or items described in or relating to this Schedule A, including, without limitation, all tapes, cards, computer programs, computer

runs and computer data in the possession or control of the Debtor, any computer service bureau or other third party.

All terms used herein but not otherwise defined herein shall have the meaning used in the Uniform Commercial Code, as in effect in the State of New York as of December 16, 2003 (and as said Uniform Commercial Code may be amended or revised from time to time thereafter).

fleet\gm\schedule a to ucc-N599DA

2

SCHEDULE A—1
to
UCC

## AVIONICS

Canadair Cockpit audio system
Cabin/Lavatory Call System
Auxiliary Annunciator Panel
Galley/Cabin Disconnect Switch
One 3.5 KVA 115V 60 Hz electrical power converter
Four 115V 60 Hz outlets and modem ports
Strobe Beacon System Lights
MagnaStar C-2000 Airborne Telephone System
Audio System Including:
    Six mid/high range speakers and enclosures
    Two subwoofer speakers and enclosures
    One integrated chime/page- audio/video amplifier
    One CD changer with 12 disk remote unit
    One remote control Transmitter/Receiver
    One hand-held remote
Video System including:
    One video cassette player (VCP)(Multi standard VHS format)
    Two 18" flatscreen LCD displays
    One DVD player
Airshow Network Cabin Display System
5.6" Airshow cockpit display monitor
Refuel/Defuel panel
Collins 6000 Six Channel Satcom system
Safe Flight, AutoPower, Automatic Throttle System
Jumpseat Communication panel
Cockpit Voice Recorder
Loral Flight Data (DFDR) Recorder
AlliedSignal Ground Proximity Warning System
TCAS II Traffic Alert and Collision Avoidance System
Dual Collins Global Positioning System
Third Laser Inertial Reference System
Two weather radar control panels
Global Wulfsberg AFIS system

Exterior: Matterhorn White with stripes of Gamma Grey, Fire Red, Sky Blue, Blue Green and Fed Ex Purple.

    AND ALL STANDARD EQUIPMENT, ALL ADDITIONS, ACCESSIONS, MODIFICATIONS, IMPROVEMENTS, REPLACEMENTS, SUBSTITUTIONS, AND ACCESSORIES THERETO AND THEREFOR. ALL AVIONICS, ONBOARD EQUIPMENT, LOOSE EQUIPMENT LOCATED IN THE AIRCRAFT, RECORDS, MANUALS, AND LOGBOOKS, IN BOTH WRITTEN AND COMPUTER DATA FORM, AND WHETHER NOW EXISTING OR HEREAFTER ACQUIRED.

# UCC FINANCING STATEMENT
**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Parasearch INC
222 Jefferson Blvd.
Warwick, RI 02888

401-932-2490  (f) 401-739-7708

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 11:00 AM 03/09/2004*
*INITIAL FILING NUM: 4069955 5*
*AMENDMENT NUMBER: 0000000*
*SRV: 040176174*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME |
|---|
| Delphi Automotive Systems Human Resources LLC |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5725 Delphi Drive | Troy | MI | 48098 | U.S.A. |

| 1d. TAX ID#: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| 38-3547664 | | limited liability company | Delaware | 3257568 | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME |
|---|
| Fleet National Bank |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o Fleet Capital Corporation, One Financial Plaza | Providence | RI | 02903 | U.S.A. |

**4. This FINANCING STATEMENT covers the following collateral:**

All of Debtor's right, title and interest in and to a certain Learjet 60 aircraft bearing U.S. Registration Mark N699DA and manufacturer's serial number 237 (the "Aircraft") and two (2) Pratt & Whitney Canada model number PW305A aircraft engines respectively bearing manufacturer's serial numbers PCE-CA0319 and PCE-CA0318 (collectively, the "Engines"), together with (i) all present and future parts, accessories, accessions and attachments related to the Aircraft, the Engines or any related goods, and all present and future replacements, substitutions and exchanges (including trade-ins) for the Aircraft, the Engines and any related goods, and (ii) all proceeds of all the foregoing, including goods, accounts, chattel paper, documents, instruments, general intangibles, investment property, deposit accounts, letter of credit rights and supporting obligations and all other items related thereto, including, without limitation, all of the items and/or the same as more particularly described on Schedule A which is attached hereto and made a part hereof. This financing statement is filed pursuant to the precautionary filing provisions of the Uniform Commercial Code in connection with a transaction in which Secured Party (except as otherwise provided in the applicable aircraft lease) leases the goods described above to Debtor, and shall not of itself be a factor in determining whether the collateral secures an obligation or whether the lease transaction creates a security interest.

Fil SOS DE

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON UCC FILING |
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |

**8. OPTIONAL FILER REFERENCE DATA**
Acct. 35459-TD

FILING OFFICE COPY— NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

## SCHEDULE A
## TO
## UNIFORM COMMERCIAL CODE
## FINANCING STATEMENT

**DEBTOR:**

Delphi Automotive Systems
 Human Resources LLC
5725 Delphi Drive
Troy, Michigan 48098

**SECURED PARTY:**

Fleet National Bank
c/o Fleet Capital Corporation
One Financial Plaza
Providence, RI 02903

All of Debtor's right, title and interest in and to (i) a certain Learjet 60 aircraft bearing U.S. Registration Mark N699DA and manufacturer's serial number 237 (the "Aircraft") and two (2) Pratt & Whitney Canada model number PW305A aircraft engines respectively bearing manufacturer's serial numbers PCE-CA0319 and PCE-CA0318 (collectively, the "Engines"), together with all accessories, appliances, additions, substitutions, replacements, accessions, parts, avionics, appurtenances, furnishings, and all other items or equipment related thereto, including, without limitation, all of the items and/or the same as more particularly described on Schedule A-1, which is attached hereto and made a part hereof, (ii) any and all subleases, management agreements, interchange agreements, charter agreements, purchase orders or agreements, aircraft leases (including, without limitation, a certain Aircraft Lease (N699DA) dated as of March 30, 2001 between Debtor [as assignee of SM 5105 LLC] and Secured Party, as the same may be amended or modified from time to time) and/or other agreements of any kind whatsoever relating to any of the foregoing or to any other goods, documents, things or items described in or relating to this Schedule A (including, without limitation, any payments, rents, profits, amounts, deposits, refunds, rebates or monies due, payable or relating to any of the foregoing), (iii) any and all security deposits in connection with or relating to a certain Aircraft Lease (N699DA) dated as of March 30, 2001 between Debtor [as assignee of SM 5105 LLC] and Secured Party, as the same may be amended or modified from time to time, (iv) any and all present and future goods, accounts, chattel paper, documents, instruments, general intangibles, investment property, deposit accounts, letter of credit rights and supporting obligations relating to any of the foregoing or to any other goods, documents, things or items described in or relating to this Schedule A, (v) any and all proceeds of any of the foregoing or of any other goods, documents, things or items described in or relating to this Schedule A (including insurance proceeds), and (vi) any and all present and future books and records relating to any of the foregoing or to any other goods, documents, things or items described in or relating to this Schedule A, including, without limitation, all tapes, cards, computer programs, computer runs and computer data in the

possession or control of the Debtor, any computer service bureau or other third party.

All terms used herein but not otherwise defined herein shall have the meaning used in the Uniform Commercial Code, as in effect in the State of New York as of December 16, 2003 (and as said Uniform Commercial Code may be amended or revised from time to time thereafter).

fleet\sm\schedule a to ucc-N699DA

2

SCHEDULE A-1

to

UIC

## AVIONICS

Reduced vertical separation minimums (RVSM) compliant
Fireproofing protection per FAR 25.853 Appendix F compliant
EROS oxygen masks
FM Immunity for VIR-432 Nav Units
Heads-up Technologies Passenger Briefing System
Dual Collins VHF-422C comm with 8.33 khz channel spacing (exchange)
Honeywell Airborne flight information system (AFIS)
Collins traffic collision avoidance system (TCAS II)
Honeywell enhanced GPWS with windshear detection
Emergency locator transmitter
Magnastar C-2000 digital airborne telephone system (exchange)
Lighted control wheel chart holders
Floorplan M50-4 with exposed seat tracking on two (2) middle seats
Two (2) cabin throw rugs with the Delphi logo
110 VAC/60 hz power outlet (each)
Plated trim package
Pulsating recognition and landing lights
Hardwood trim strip
Wood veneer package
Collins TWR-850 enhanced weather radar (exchange)
Rosemount Ice Detection System
Dual rechargeable flashlights
Cockpit voice recorder
Fax/data outlet (without airshow network and/or Unilink selected)
Microwave
Detail Paint

Exterior: Matterhorn White with stripes of Gamma Grey, Fire Red, Sky Blue, Blue Green and Fed Ex Purple

AND ALL STANDARD EQUIPMENT, ALL ADDITIONS, ACCESSIONS, MODIFICATIONS, IMPROVEMENTS, REPLACEMENTS, SUBSTITUTIONS, AND ACCESSORIES THERETO AND THEREFOR, ALL AVIONICS, ONBOARD EQUIPMENT, LOOSE EQUIPMENT LOCATED IN THE AIRCRAFT, RECORDS, MANUALS, AND LOGBOOKS, IN BOTH WRITTEN AND COMPUTER DATA FORM, AND WHETHER NOW EXISTING OR HEREAFTER ACQUIRED.