# EXHIBIT J

FORM APPROVED
OMB NO. 2120-0042

UNITED STATES OF AMERICA
U.S. DEPARTMENT OF TRANSPORTATION FEDERAL AVIATION ADMINISTRATION

# AIRCRAFT BILL OF SALE

FOR AND IN CONSIDERATION OF $ 1 + OVC THE UNDERSIGNED OWNER(S) OF THE FULL LEGAL AND BENEFICIAL TITLE OF THE AIRCRAFT DESCRIBED AS FOLLOWS:

UNITED STATES REGISTRATION NUMBER **N 599DA**

AIRCRAFT MANUFACTURER & MODEL
**Bombardier Inc., CL600-2B16**

AIRCRAFT SERIAL No. **5498**

DOES THIS **17th** DAY OF **December**, 2001, HEREBY SELL, GRANT, TRANSFER AND DELIVER ALL RIGHTS, TITLE, AND INTERESTS IN AND TO SUCH AIRCRAFT UNTO:

**PURCHASER**
NAME AND ADDRESS
(IF INDIVIDUAL(S), GIVE LAST NAME, FIRST NAME, AND MIDDLE INITIAL.)

Fleet National Bank
c/o Fleet Captial Corporation
One Financial Plaza, 5th Floor
Providence, RI 02903

Do Not Write In This Block
FOR FAA USE ONLY
RECORDED JAN 25 2002
Federal Aviation Administration
Time 1:36
106952

DEALER CERTIFICATE NUMBER

AND TO **its successors** ~~EXECUTORS, ADMINISTRATORS, AND~~ ASSIGNS TO HAVE AND TO HOLD SINGULARLY THE SAID AIRCRAFT FOREVER, AND WARRANTS THE TITLE THEREOF.

IN TESTIMONY WHEREOF I HAVE SET MY HAND ~~AND SEAL~~ THIS **17th** DAY OF **Dec.**, 2001

**SELLER**

| NAME(S) OF SELLER (TYPED OR PRINTED) | SIGNATURE(S) (IN INK) (IF EXECUTED FOR CO-OWNERSHIP, ALL MUST SIGN.) | TITLE (TYPED OR PRINTED) |
|---|---|---|
| BOMBARDIER AEROSPACE CORPORATION by: William G. Monroe | /s/ William G. Monroe | President |
| | (CERTIFIED COPY-TO BE RETURNED) | |

ACKNOWLEDGMENT (NOT REQUIRED FOR PURPOSES OF FAA RECORDING; HOWEVER, MAY BE REQUIRED BY LOCAL LAW FOR VALIDITY OF THE INSTRUMENT.)

**ORIGINAL: TO FAA**

AC Form 8050-2 (9/92) (NSN 0052-00-629-0003) Supersedes Previous Edition

FORM APPROVED
OMB No. 2120-0042

UNITED STATES OF AMERICA DEPARTMENT OF TRANSPORTATION
FEDERAL AVIATION ADMINISTRATION-MIKE MONRONEY AERONAUTICAL CENTER
AIRCRAFT REGISTRATION APPLICATION

CERT. ISSUE DATE

| UNITED STATES REGISTRATION NUMBER | N 599DA |
|---|---|

AIRCRAFT MANUFACTURER & MODEL

Bombardier Inc CL-600-2B16

AIRCRAFT SERIAL No.

5498

RETURNED FOR YOUR RECORDS
NOT NEEDED FOR FAA FILES
FOR FAA USE ONLY

TYPE OF REGISTRATION (Check one box)

☐ 1. Individual   ☐ 2. Partnership   ☒ 3. Corporation   ☐ 4. Co-owner   ☐ 5. Gov't.   ☐ 8. Non-Citizen Corporation

NAME OF APPLICANT (Person(s) shown on evidence of ownership. If individual, give last name, first name, and middle initial.)

Fleet National Bank
c/o SM 5105 LLC

TELEPHONE NUMBER: (248) 813-2564

ADDRESS (Permanent mailing address for first applicant listed.)

Number and street: 38500 Woodward Ave, Suite 100

Rural Route:                                        P.O. Box:

| CITY | STATE | ZIP CODE |
|---|---|---|
| Bloomfield Hills | MI | 48304 |

☐ CHECK HERE IF YOU ARE ONLY REPORTING A CHANGE OF ADDRESS
ATTENTION! Read the following statement before signing this application.
This portion MUST be completed.

A false or dishonest answer to any question in this application may be grounds for punishment by fine and / or imprisonment (U.S. Code, Title 18, Sec. 1001).

## CERTIFICATION

I/WE CERTIFY:

(1) That the above aircraft is owned by the undersigned applicant, who is a citizen (including corporations) of the United States.
   (For voting trust, give name of trustee: _____ ), or:
   CHECK ONE AS APPROPRIATE:
   a. ☐ A resident alien, with alien registration (Form 1-151 or Form 1-551) No. _____
   b. ☐ A non-citizen corporation organized and doing business under the laws of (state) _____ and said aircraft is based and primarily used in the United States. Records or flight hours are available for inspection at _____
(2) That the aircraft is not registered under the laws of any foreign country; and
(3) That legal evidence of ownership is attached or has been filed with the Federal Aviation Administration.

NOTE: If executed for co-ownership all applicants must sign. Use reverse side if necessary.

TYPE OR PRINT NAME BELOW SIGNATURE

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Banking Officer | 12/17/01 |
| SIGNATURE  JOHN HAAKENSON JR. | TITLE | DATE |
| SIGNATURE | TITLE | DATE |

COPY TO BE RETURNED

NOTE  Pending receipt of the Certificate of Aircraft Registration, the aircraft may be operated for a period not in excess of 90 days, during which time the PINK copy of this application must be carried in the aircraft.

AC Form 8050-1 (12/90) (0052-00-628-9007) Supersedes Previous Edition