# EXHIBIT K

## AIRCRAFT TITLE REPORT from FAA RECORDS SEARCH

**Account No.**   71281
**Phone No.**   616-742-3953

**For:**   Barnes & Thornburg LLP
300 Ottawa, N.W. Suite 500
Grand Rapids, MI 49503

Attn: Laura Schmidt

**I A**
**T S**
**Insured Aircraft Title Service, Inc.**
P. O. BOX 19527     405-681-6663
OKLAHOMA CITY, OKLAHOMA 73144
TOLL FREE:   PHONE 800-654-4882

**Re:**  N/A

**FAA Records Search revealed the following TITLE information on the aircraft herein described.**

| | | | |
|---|---|---|---|
| **Registration** | N599DA          Bombardier Inc. | **Model** | CL-600-2B16 |

**Record Owner:** Bank of America, N.A. *                    **Serial No.**  5498
                  c/o 7310 Highland Rd., Waterford, MI 48327

| | | | |
|---|---|---|---|
| **Title:** | Vice President | **Type:** | Corporation |
| **Signed By:** | Debarah M. Hayes | **Date Regstrd:** | 1-25-02 |
| **Acquired By:** | Bill of Sale | **Date:** | 12-17-01 |
| **Date Filed:** | 12-17-01              **Recorded:**  1-25-02 | **FAA Doc. #** | I069527 |

**Prev. Owner:**   Bombardier Aerospace Corporation                    **Date Regstrd:**  6-5-01
                   14651 Dallas Parkway, Ste. 816, Dallas, TX 75240

| | | | |
|---|---|---|---|
| **Subject To:** | Lease Agreement          **Dated:**  3-30-01 | **Amount $** | Term: 144 months |
| **Filed at FAA:** | 12-17-01              **Recorded:**  1-25-02 | **FAA Doc. #** | I069528 ** |
| **Lessee:** | Delphi Automotive Systems Human Resources, LLC *** | | |
| | 5725 Delphi Dr., Troy, MI 48098 | | |
| **Lessor:** | Bank of America, N.A. * | | |
| | One Financial Plaza, Fifth Fl., Providence, RI 02903-2305 | | |

* (successor by Merger to Fleet National Bank)
** Covers N599DA and 2 General Electric CF34-3B engines, serial numbers 873033 and 873034
*** Delphi Automotive Systems Human Resources LLC assumed the equitable interest as lessee from SM 5105 LLC in the above described Lease Doc. #I069528 through an Assumption/Assignment Agreement, dated 12-16-03, recorded 2-18-04 as FAA Doc. #H110457, with the consent of the Lessor.

**Page 2    N599DA    Ser. No. 5498**
10/13/2005

For:  Barnes & Thornburg LLP
      300 Ottawa, N.W. Suite 500
      Grand Rapids, MI 49503

      Attn: Laura Schmidt

Account No.  71281
Phone No.  616-742-3953



Insured Aircraft Title Service, Inc.
P. O. BOX 19527    405-681-6663
OKLAHOMA CITY, OKLAHOMA 73144
TOLL FREE:    PHONE 800-654-4882

Re:  N/A

This search is subject to the filings reflected on the index of collateral provided by the FAA and Insured Aircraft Title Service, Inc. assumes no responsibility as to the accuracy of said source, and does not guarantee, insure, or warrant that said FAA index is free of error.

10/13/2005
7:29 a.m. Central
**INSURED AIRCRAFT TITLE SERVICE, INC.**

By_____    E. Cotton

Title Examiner

EC/eb