UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
SOUTHERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 )  )  Case No. 05-44481(RDD) )  Jointly Administered |
| DELPHI CORPORATION, et al., | ) ) ) |
| Debtors. | |

**NOTICE OF APPEARANCE FOR FREUDENBERG-NOK, GENERAL PARTNERSHIP, FREUDENBERG-NOK, INC., FLEXITECH, INC., VIBRACOUSTIC DE MEXICO, S.A. DE C.V., REQUEST TO BE ADDED TO MATRIX AND ANY LIMITED OR SPECIAL MATRIX, AND BANKRUPTCY RULE 2002 REQUEST**

Ralph E. McDowell of Bodman LLP, 100 Renaissance Center, 34th Floor, Detroit, Michigan 48243 enters his appearance as counsel for Freudenberg-NOK, General Partnership, Freudenberg-NOK, Inc., Flexitech Inc., and Vibracoustic de Mexico, S.A. de C.V., parties in interest in the above-captioned action under Bankruptcy Rule 2002, requests that he be added to the matrix and that copies of all notices given or requested to be given in these cases and all paper served in these cases be given and served as follows:

> Ralph E. McDowell.
> Bodman LLP
> 100 Renaissance Center, 34th Floor
> Detroit, Michigan 48243
> Phone: (313) 259-7777
> Email: rmcdowell@bodmanllp.com

The foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, any plan, complaint or demand whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail, telephone, telex or

otherwise. Please add the undersigned to any limited or special notice matrix and any email service list.

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of Lear's rights (i) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these case, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or of any other rights, claims, actions, setoffs, or recoupments to which Lear is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

                            BODMAN LLP

October 24, 2005                    By:  /s/ Ralph E. McDowell
                                                Ralph E. McDowell. (P39235)
                                                Attorneys for Freudenberg-NOK, General Partnership,
                                                            Freudenberg-NOK, Inc.
                                                            Flexitech, Inc.
                                                            Vibracoustic de Mexico, S.A. de C.V.
                                                100 Renaissance Center, 34th Floor
                                                Detroit, Michigan 48243
                                                (313) 259-7777