UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 05-44481(RDD) |
|  | ) | Jointly Administered |
| DELPHI CORPORATION, et al., | ) |  |
|  | ) |  |
|  | ) |  |
| Debtors. | | |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Ralph E. McDowell, a member in good standing of the bar in the State of Michigan, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Freudenberg-NOK, General Partnership, Freudenberg-NOK, Inc., Flexitech Inc., and Vibracoustic de Mexico, S.A. de C.V., in the above referenced case.

> My address is: Bodman LLP, 34th Floor, 100 Renaissance Center, Detroit, Michigan 48324
>
> email address is rmcdowell@bodmanllp.com
>
> telephone number is 313-259-7777

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: October 24, 2005

> By:/s/Ralph E. McDowell
> Ralph E. McDowell (P39235)
> Bodman LLP
> 34th Floor, 100 Renaissance Center
> Detroit, Michigan  48324