UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
SOUTHERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 05-44481(RDD) <br> ) Jointly Administered <br> DELPHI CORPORATION, et al., ) <br> ) <br> ) <br> Debtors. |

**ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Ralph E. McDowell., a member in good standing of the bar in the State of Michigan, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Freudenberg-NOK, General Partnership, Freudenberg-NOK, Inc., Flexitech, Inc. and Vibracoustic de Mexico, S.A. de C.V., in the above referenced case.

**ORDERED**, that Ralph E. McDowell, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to the payment of the filing fee.

Dated:


New York, New York            /s/_____

                              UNITED STATES BANKRUPTCY JUDGE


Detroit_653462_1