UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                                   Chapter 11

DELPHI CORPORATION et al.                                Case No. 05-44481
                                                         (Jointly Administered)
                        Debtors.

-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Charles P. Schulman, a member in good standing of the bar in the State of Illinois, or of the bar of the U.S. District Court for the Northern District of Illinois, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Infineon Technologies North America Corp. in the above referenced case.

My address is:     Charles P. Schulman
                   Sachnoff & Weaver, Ltd.
                   10 South Wacker Drive, 40th Floor
                   Chicago, Illinois  60606
                   cschulman@sachnoff.com
                   Telephone:  (312) 207-3912
                   Facsimile:   (312) 207-6400

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice ***pro hac vice.***


Dated:  October 24, 2005           Respectfully submitted.
        Chicago, IL
                                   SACHNOFF & WEAVER, LTD.


                                   By:__/s/_Charles P. Schulman__
                                       Charles P. Schulman
                                       Sachnoff & Weaver, Ltd.
                                       10 South Wacker Drive, 40th Floor
                                       Chicago, Illinois  60606
                                       cschulman@sachnoff.com
                                       Telephone:  (312) 207-6446
                                       Facsimile:   (312) 207-6400