UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re:                                                                Chapter 11

DELPHI CORPORATION et al.                            Case No. 05-44481
                                                                         (Jointly Administered)
                         Debtors.

--------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

IT IS ORDERED that Charles P. Schulman, Esq. is admitted to practice, ***pro hac vice,*** in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____                    /s/_____
            New York, New York                         United States Bankruptcy Judge