IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | * | |
| DELPHI CORPORATION, *et al.*, | * | Case Nos. 05-12685 *et al.* (Jointly Administered) |
| Debtors. | * | Chapter 11 |

\* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF SERVICE

STATE OF MARYLAND     )
                                            )  ss:
COUNTY OF BALTIMORE  )

Maria Ellena Chavez-Ruark, being duly sworn, deposes and says:

1. I am not a party to these proceedings, over eighteen years of age and employed by DLA Piper Rudnick Gray Cary US LLP, 6225 Smith Avenue, Baltimore, Maryland 21209-3600.

2. On the 24th day of October, 2005, I caused to be served true copies of the Response of Constellation NewEnergy, Inc. to Motion for Final Order Under 11 U.S.C. §§ 105, 366, 503 and 507 (I) Prohibiting Utilities from Altering, Refusing or Discontinuing Services on Account of Prepetition Invoices and (II) Establishing Procedures for Determining Requests for Additional Assurance by facsimile and first class mail, postage pre-paid, on all parties on the attached service list.

Dated: New York, New York          DLA PIPER RUDNICK GRAY CARY US LLP
            October 24, 2005

                                                         By:     /s/ Maria Ellena Chavez-Ruark
                                                                    Maria Ellena Chavez-Ruark, Esquire
                                                                    DLA Piper Rudnick Gray Cary US LLP
                                                                    6225 Smith Avenue
                                                                    Baltimore, Maryland 21209-3600
                                                                    Telephone:    (410) 580-3000
                                                                    Facsimile:     (410) 580-3001

                                                                    Attorneys for Constellation NewEnergy, Inc.

Sworn to before me this 24th day of October, 2005

       /s/ Lauren L. Gern
            Notary Public
            My Commission Expires: 4/1/08

| | | |
|---|---|---|
| Delphi Corporation<br>Attn:  General Counsel<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Fax:  (248) 813-2491 | Skadden, Arps, Slate, Meagher Flom<br>Attn:  John W. Butler, Jr., Esquire<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606<br>Fax:  (312) 407-0411 | Shearman & Sterling LLP<br>Attn:  Douglas P. Bartner, Esquire<br>599 Lexington Avenue<br>New York, New York 10022<br>Fax:  (646) 848-8190 |
| Simpson Thacher & Bartlett LLP<br>Attn:  Marissa Wesely, Esquire<br>425 Lexington Avenue<br>New York, New York 10017<br>Fax:  (212) 455-2502 | Davis Polk & Wardell<br>Attn:  Marlane Melican<br>450 Lexington Avenue<br>New York, New York 10017<br>Fax:  (212) 450-3533 | Latham & Watkins<br>Attn:  Mark A. Broude, Esquire<br>885 Third Avenue<br>New York, NY 10022-4802<br>Fax:  (212) 751-4864 |
| Office of the United States Trustee<br>Attn:  Alicia M. Leonhard, Esquire<br>33 Whitehall Street, Suite 2100<br>New York, New York 10044<br>Fax:  (212) 668-2255 | Wilmington Trust Company<br>Attn:  Corporate Trust Office<br>1100 North Market Street<br>Wilmington, Delaware 19890<br>Fax:  (302) 636-4145 | Law Debenture Trust Co. of NY<br>Attn:  Corporate Trust Office<br>780 Third Avenue, 31st Floor<br>New York, New York 10017<br>Fax:  (212) 750-1361 |