**John S. Brannon**
**Texas Bar No. 0289550**
**THOMPSON & KNIGHT LLP**
**1700 Pacific Avenue, Suite 3300**
**Dallas, Texas 75201**
**(214) 969-1505   Telephone**
**(214) 999-1608   Facsimile**

**ATTORNEYS FOR VICTORY PACKAGING**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | **CASE NO. 05-44481** |
| DELPHI CORPORATION, § | |
| § | |
| DEBTOR. § | |
| § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that pursuant to §1109(b) of the United States Bankruptcy Code and Rules 2002, 4001 and 9010(b) of the Bankruptcy Rules, the undersigned requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

> John S. Brannon
> THOMPSON & KNIGHT LLP
> 1700 Pacific Avenue, Suite 3300
> Dallas, Texas 75201-4693
> (214) 969-1505 Telephone
> (214) 969-1609 Facsimile
> john.brannon@tklaw.com Electronic Mail

Please take further notice that pursuant to §1109(b) of the United States Bankruptcy Code, the foregoing request includes the notices and papers referred to in Rule 2002 of the

Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or pleadings, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated: October 24, 2005

    Respectfully submitted,

By:    /s/ John S. Brannon
    John S. Brannon
    Texas Bar No. 0289550

THOMPSON & KNIGHT LLP
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201-4693
(214) 969-1700   Telephone
(214) 969-1799   Facsimile

ATTORNEYS FOR
VICTORY PACKAGING

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request For Service of Papers was served on the attached Service List in the manner indicated, (i) electronically on the parties which receive electronic notification in these proceedings and (ii) via regular mail to the parties that do not receive electronic service on this the 24th day of October, 2005.

/s/   John S. Brannon_____
John S. Brannon

406953 000001 DALLAS 1946605.1

## SERVICE LIST

**VIA ELECTRONIC MAIL**

John William Butler, Jr.
SKADDEN ARPS SLATE MEAGHER & FLOM (IL)
333 West Wacker Drive
Chicago, IL 60606-1285
jbutler@skadden.com

Kayalyn A. Marafioti
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
kmarafio@skadden.com

Thomas J. Matz
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
tmatz@skadden.com

**VIA REGULAR MAIL**

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004