UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, <u>et</u> <u>al.</u>,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

**VERIFIED STATEMENT OF STEVENS & LEE, P.C.**
<u>**UNDER FED. R. BANKR. P. 2019**</u>

I, Chester B. Salomon, declare as follows:

1. I am an attorney with the law firm of Stevens & Lee, P.C. ( "S&L"). I am a member in good standing of the bar of the state of New York and admitted to practice before the United States District Court for the Southern District of New York.

2. I have personal knowledge of the facts set forth herein. I make this Verified Statement (the "Statement") pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure.

3. S&L is a professional corporation organized under the laws of the state of Pennsylvania, with one of its offices for the practice of law located at 485 Madison Avenue, 20th Floor, New York, New York 10022.

4. Stevens & Lee, P.C. represents the following creditors (the "Creditors") in this proceeding:

(a) Wamco, Inc. ("Wamco"), is located at 11555 Coley River Circle, Fountain Valley, California 92708. Wamco is a reclamation creditor. Wamco was referred to S&L by Wamco's regular outside counsel. Arrangements are being made for the regular outside counsel to be substituted as counsel for Wamco.

      (b) Tonolli Canada, Ltd., ("Tonolli"), is located at 1333 Tonolli Road, Mississauga, Ontario L4Y 4C2, Canada.  Tonolli retained S&L to represent its interests as a reclamation creditor.  Tonolli was referred to S&L by a New York law firm.

      (c) VJ Technologies, Inc. and V.J. ElectroniX, Inc.. (together "VJT"), are located at 89 Carlough Road, Bohemia, New York, 11716.  VJT is a reclamation creditor.  VJT is a pre-existing client of S&L.

  5. S&L does not own any claims against or interests in the Debtors.

  6. S&L's current representation of the parties herein are separate representations. They are not under, or in connection with S&L's clients acting together pursuant to, a deposit agreement, proxy, trust mortgage, trust indenture, deed of trust or committee arrangement.  Information about the independent claims held by S&L's clients has been set forth in their respective reclamation claims.

  7. S&L may also represent other clients in matters pertaining to the Debtors and in the future may undertake other engagements.  Those representations may or may not result in representations in this jointly administered bankruptcy case.  If they come to involve representations in the bankruptcy case, this Statement shall be supplemented.

Dated: New York, New York
   October 24, 2005

              **STEVENS  & LEE P.C**.

              By:  Chester B. Salomon
                Chester B. Salomon (CS 2319)
                485 Madison Ave., 20th Floor
                New York, NY  10021
                Telephone: (212) 319-8500
                Facsimile: (212) 319-8505

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the *Verified Statement of Stevens & Lee, P.C. Under Fed. R. Bank. P. 2019* was served on the following parties in the methods identified below on the 24th day of October, 2005:

**By Electronic Mail to the following:**

David B. Aaronson   david.aaronson@dbr.com

Elizabeth Abdelmasieh   eabdelmasieh@nmmlaw.com

Jason R. Adams   jadams@torys.com

Jennifer L. Adamy   bankruptcy@goodwin.com

William J. Barrett   william.barrett@bfkpn.com

David S. Barritt   barritt@chapman.com

W. Robinson Beard   jkirk@stites.com

Jeffrey Bernstein   jb@carpben.com, ssolazzo@carpben.com

Charles E. Boulbol   rtrack@msn.com

Wendy D. Brewer   wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com

Timothy W. Brink   tbrink@lordbissell.com

James L. Bromley   maofiling@cgsh.com

Deborah M. Buell   maofiling@cgsh.com

John Wm. Butler   jbutler@skadden.com

Aaron R. Cahn   cahn@clm.com

Madison L. Cashman   nashvillebankruptcyfilings@stites.com

Maria E. Chavez-Ruark   maria.ruark@dlapiper.com, richard.kremen@dlapiper.com

Susan M. Cook   smcook@lambertleser.com

Michael G. Cruse   mcruse@wnj.com

Jeffry A. Davis     jeffdavis@graycary.com

Gerard DiConza     gdiconza@dlawpc.com

Robert W. Dremluk     rdremluk@seyfarth.com

rlauter@seyfarth.com,etrybantelser@cityofchicago.org,pbaisier@seyfarth.com

Judith Elkin     judith.elkin@haynesboone.com

Alyssa Englund     aenglund@orrick.com,

Robert Michael Farquhar     mfarquhar@winstead.com

Charles J. Filardi     cfilardi@pepehazard.com

Edward M. Fox     efox@klng.com

Timothy A. Fusco     fusco@millercanfield.com

Thomas M. Gaa     tgaa@bbslaw.com, clee@bbslaw.com

Yann Geron     nybkfilings@foxrothschild.com, ygeron@foxrothschild.com

Robert C. Goodrich     nashvillebankruptcyfilings@stites.com,

Warren R. Graham     wrg@dmlegal.com, ak@dmlegal.com;cfs@dmlegal.com

Gary E. Green     ggreen@fagelhaber.com

John T. Gregg     jgregg@btlaw.com

Jonathan P. Guy     jpguy@swidlaw.com

Michael Leo Hall     mhall@burr.com

Alan D. Halperin     ahalperin@halperinlaw.net

cbattaglia@halperinlaw.net;eganc@halperinlaw.net;cmitchell@halperinlaw.net

Brian W. Harvey     bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

William Heuer     wheuer@morganlewis.com,

Jeannette Eisan Hinshaw     jhinshaw@boselaw.com, pdidandeh@boselaw.com

Shannon E. Hoff    shoff@burr.com

Hilary Jewett    hjewett@foley.com

Roger G. Jones    rjones@bccb.com

Andrew C. Kassner    andrew.kassner@dbr.com

Alan M. Koschik    akoschik@brouse.com

Lawrence J. Kotler    ljkotler@duanemorris.com

Darryl S. Laddin    bkrfilings@agg.com

David E. Lemke    david.lemke@wallerlaw.com, cathy.thomas@wallerlaw.com;

chris.cronk@wallerlaw.com; robert.welhoelter@wallerlaw.com;

wallerbankruptcy@wallerlaw.

Ira M. Levee    ilevee@lowenstein.com

Jeffrey M. Levinson    jml@ml-legal.com

John S. Mairo    jsmairo@pbnlaw.com

Kayalyn A. Marafioti    kmarafio@skadden.com, jharring@skadden.com

Thomas J. Matz    tmatz@skadden.com

Daniel P. Mazo    dpm@curtinheefner.com

Michael K. McCrory    michael.mccrory@btlaw.com, vance.donahue@btlaw.com

Austin L. McMullen    amcmulle@bccb.com

Patrick E. Mears    patrick.mears@btlaw.com

Derek F. Meek    dmeek@burr.com

Robert N. Michaelson    rmichaelson@kl.com

Kathleen M. Miller    kmm@skfdelaware.com, tlc@skfdelaware.com

Alan K. Mills    amills@btlaw.com

Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com,

mdallago@morrisoncohen.com

James P. Moloy    jmoloy@dannpecar.com

Audrey E. Moog    amoog@hhlaw.com

Brian F. Moore    bmoore@mccarter.com

Alisa Mumola    alisa@contrariancapital.com

Lauren Newman    lnewman@fagelhaber.com

Ingrid S. Palermo    ipalermo@hselaw.com

Lowell Peterson    lpeterson@msek.com

Alex Pirogovsky    apirogovsky@uhlaw.com

Constantine Pourakis    cp@stevenslee.com

Steven J. Reisman    sreisman@cm-p.com, athau@cm-p.com;jdecristofaro@cm-p.com;

jbarucha@cm-p.com; webmaster@docketware.com; mharwood@cm-p.com;

kparker@cm-p.com

Kenneth A. Reynolds    kar@pryormandelup.com

Geoffrey A. Richards    gichards@kirkland.com

Craig Philip Rieders    crieders@gjb-law.com; gisabelle@gjb-law.com,

gisabelle@gjblaw.com; bamron@gjblaw.com

Sandra A. Riemer    sriemer@phillipsnizer.com, mfay@phillipsnizer.com

Scott D. Rosen    srosen@cb-shea.com

Robert B. Rubin    brubin@burr.com

Diane W. Sanders    austin.bankruptcy@publicans.com

Thomas P. Sarb    ecfsarbt@millerjohnson.com

Jay Selanders    selanders@danielsandkaplan.com,

Mark A. Shaiken    mshaiken@stinsonmoheck.com; dcurran@stinsonmoheck.com; mjerde@stinsonmoheck.com; mleahy@stinsonmoheck.com; bpryor@stinsonmoheck.com;

Andrea Sheehan    sheehan@txschoollaw.com; greiner@txschoollaw.com; asheel@yahoo.com

Sam O. Simmerman    sosimmerman@kwgd.com, mhelmick@kwgd.com

Marc P. Solomon    msolomon@burr.com

Brian D. Spector    bspector@selawfirm.com, kdillon@selawfirm.com

James M. Sullivan    jmsullivan@mwe.com, llopez@mwe.com

Robert Szwajkos    rsz@curtinheefner.com

Gordon J. Toering    gtoering@wnj.com

Laura L. Torrado    ltorrado@bear.com, msussman@bear.com

Raymond J. Urbanik    rurbanik@munsch.com

Robert Usadi    rusadi@cahill.com

Joseph J. Vitale    jvitale@cwsny.com

Michael D. Warner    bankruptcy@warnerstevens.com

Robert K. Weiler    rweiler@greenseifter.com, lellis@greenseifter.com

Elizabeth Weller    dallas.bankruptcy@publicans.com

Robert A. White    rwhite@murthalaw.com

Stephen L. Yonaty    syonaty@hodgsonruss.com

Robert J. Rosenberg, Esq.    robert.rosenberg@lw.com

Mitchell A. Seider, Esq.    mitchell.seider@lw.com

Mark A. Broude, Esq.    mark.broude@lw.com

Henry P. Baer, Esq.     henry.bear@lw.com

John W. Weiss, Esq.     john.weiss@lw.com

Michael J. Riela, Esq.     michael.riela@lw.com

Erika Ruiz, Esq.     erika.ruiz@lw.com

| **By U.S First Class Mail:** | |
| --- | --- |
| | |
| John Wm. Butler, Jr., Esq.<br>Skadden Aips Slate Meagher & Flom, LLP<br>333 W. Wacker Drive<br>Chicago, IL  60606 | Douglas P. Bartner, Esq.<br>Shearman & Sterling, LLP<br>599 Lexington Avenue<br>New York, NY  10022 |
| | |
| Donald S. Bernstein, Esq.<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY  10017 | Kenneth S. Ziman, Esq.<br>Robert H. Trust, Esq.<br>Simpson Thacher & Bartlett, LLP<br>425 Lexington Avenue<br>New York, NY  10017 |
| | |
| Alicia M. Leonhard, Esq.<br>Office of the United States Trustee<br>33 Whitehall Street, Suite 2100<br>New York, NY  10004 | |
| | |
| Mark I. Bane<br>Kelley Drye & Warren, LLP<br>101 Park Avenue<br>New York, NY  10178 | Patrick M. Costello<br>Bialson, Bergen & Schwab<br>2600 El Camino Real<br>Suite 300<br>Palto Alto, CA  94306 |
| | |
| Glenn P. Berger<br>Jaffe & Asher LLP<br>600 Third Avenue<br>New York, NY  10016 | Gary H. Cunningham<br>Kramer Mellen, P.C.<br>3000 Town Center, Ste. 1700<br>Southfield, MI  48075-1277 |
| | |
| Gary H. Cunningham<br>Strobl Cunningham & Sharp, P.C.<br>300 E. Long Lake Road, Suite 200<br>Bloomingfield Hills,  MI | Steve Kieselstein<br>Kieselstein Law Firm, PLLC<br>43 British American Boulevard<br>Latham, NY  12110 |

SL1 579742v1/016007.00005

| | |
|---|---|
| Craig Alan Damast<br>Blank Rome LLP<br>405 Lexington Avenue<br>New York, NY  10174 | Jill Levi<br>Todd & Levi, LLP<br>444 Madison Avenue<br>New York, NY  10022 |
| Elizabeth K. Flaagan<br>HOLME ROBERTS & OWEN LLP<br>1700 Lincoln Street, Suite 4100<br>Denver, CO  80203 | Jacob A. Manheimer<br>Pierce Atwood<br>One Monument Square<br>Portland, ME  04101 |
| Mark T. Flewelling<br>Anglin, Flewelling, Rasmussen, Campbell<br>  & Trytten LLP<br>199 South Los Robles Avenue<br>Suite 600<br>Pasadena, CA  91101 | Timothy S. McFadden<br>Lord, Bissell & Brook<br>115 S. LaSalle Street<br>Chicago, IL  60603 |
| Ira P. Goldberg<br>Di Monte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL  60068-5738 | Sandra A. Reimer<br>666 Fifth Avenue<br>New York, NY  10103 |
| Scott R. Goldberg<br>Quarles & Brady Streich Lang, LLP<br>One Renaissance Sq.<br>2 N. Central Avenue<br>Phoenix, AZ  85004-2391 | Kenneth A. Reynolds<br>Pryor & Madelup, LLP<br>675 Old Country Road<br>Westbury, NY  11590 |
| Stephen H. Gross<br>Hodgson Russ LLP<br>Carnegie Hall Tower<br>152 West 57th Street, 35th Floor<br>New York, NY  10019 | Harold Ritvo<br>Harold Ritvo, P.C.<br>One University Plaza<br>Hackensack, NJ  07601 |
| Thomas H. Keyse<br>1700 Lincoln Street<br>Suite 4000<br>Denver, CO  80203 | Lawrence M. Schwab<br>BIALSON, BERGEN & SCHWAB, Esq.<br>2600 El Camino Real<br>Suite 300<br>Palto Alto, CA  94306 |

| Robert J. Sidman                        | Bryan I. Schwartz        |
| Vorys, Sater, Seymour and Pease, LLP    | Levenfeld Pearlstein LLC |
| 52 East Gay Street                      | 2 North LaSalle Street   |
| Columbus, OH  43216-1008                | Suite 1300               |
|                                         | Chicago, IL  60602       |
| Mark R. Somerstein                      | Shmuel Vasser            |
| Kelley Drye & Warren LLP                | Edwards & Angell, LLP    |
| 101 Park Ave.                           | 750 Lexington Avenue     |
| New York, NY  10178                     | New York, NY  10022      |

                                              <u>Constantine D. Pourakis</u>

                                              Constantine D. Pourakis