UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION., et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of the Objection (the "Objection") of Entergy Mississippi, Inc. ("Entergy"), by its undersigned counsel, Debtors' motion for interim and final orders under 11 U.S.C. §§ 105, 366, 503 and 507 (i) prohibiting utilities from altering, refusing, or discontinuing services on account of prepetition invoices and (ii) establishing procedures for determining requests for additional assurance (the "Utility Motion") [Re: D.I. 41] and after considering of the Utility Motion, the Objection and any responses thereto of other parties in interest, it is hereby

**ORDERED THAT** the Debtors' Utility Motion is DENIED; and it is further

**ORDERED THAT** the Objection is granted; and it is further

**ORDERED THAT** within five business days of the date of this Order, the Debtors must furnish a cash deposit in the amount of $1,500,000 (the "Deposit"); and it is further

**ORDERED THAT** the Debtors' failure to furnish the Deposit as set forth herein shall entitle Entergy to immediately terminate all services provided to the Debtors.

SO ORDERED BY THE COURT:

_____
United States Bankruptcy Judge