Eric Lopez Schnabel (ES5553)
KLETT ROONEY LIEBER SCHORLING
A Professional Corporation
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
Phone: (302) 552-4200
Email: elschnabel@klettrooney.com
Counsel to Entergy

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION., et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

On October 24, 2005, the undersigned served or caused to be served the Objection of Entergy to the Motion of Debtors for Interim and Final Orders under 11 U.S.C. §§ 105, 366, 503 and 507 (i) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services on Account of Prepetition Invoices and (ii) Establishing Procedures for Determining Requests for Additional Assurance [docket no. 41], to those parties listed on the attached Service List in the manner indicated.

Dated: October 24, 2005

/s/ Eric Lopez Schnabel
Eric Lopez Schnabel (ES5553)
KLETT ROONEY LIEBER SCHORLING
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
Email: elschnabel@klettrooney.com

#488399v1

## SERVICE LIST

**VIA FEDERAL EXPRESS**
Chambers of The Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408
Phone:         (212) 668-2870

**VIA FACSIMILE TRANSMISSION**
Alicia M. Leonhard, Esq
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Phone:         (212) 510-0508
Fax :          (212) 668-2255

**VIA FACSIMILE TRANSMISSION**
Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate Meagher Flom LLP
Four Times Square
New York, NY 10036
Phone:         (212) 735-3000
Fax:           (212) 735-2000

**VIA FACSIMILE TRANSMISSION &**
Douglas P. Bartner, Esq.
Shearman Sterling LLP
599 Lexington Avenue
New York, NY 10022
Phone:         (212) 848-4000
Fax:           (212) 848-7179

**VIA FACSIMILE TRANSMISSION**
Robert J. Rosenberg, Esq.
Latham Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
Phone:         (212) 906-1200
Fax:           (212) 751-4864

#488399v1

**VIA FACSIMILE TRANSMISSION**
Donald S. Bernstein, Esq.
Davis Polk Wardwell
450 Lexington Avenue
New York, NY 10017
Phone:          (212) 450-4000
Fax:             (212) 450-3800

**VIA FACSIMILE TRANSMISSION**
Kenneth S. Ziman, Esq.
Robert H. Trust, Esq.
William T. Russell, Jr., Esq.
Simpson Thacher Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Phone:          (212) 455-2000
Fax:             (212) 455-2502

**VIA FACSIMILE TRANSMISSION**
John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Phone:          (312) 407-0730
Fax:             (312) 407-0411

**VIA FACSIMILE TRANSMISSION**
Delphi Corporation
David Sherbin, General Counsel
5725 Delphi Drive
Troy, MI 48098
Phone:          (248) 813-2000
Fax:             (248) 813-2491

**VIA FACSIMILE TRANSMISSION**
Wilmington Trust Company
Attn:  Steve Cimalore
1100 North Market Street
Wilmington, DE 19890
Phone:          (302) 636-6058
Fax:             (302) 636-4140

#488399v1

**VIA FACSIMILE TRANSMISSION**
Law Debenture Trust Company of New York
767 Third Avenue, 31st Floor
New York, NY 10017
Phone:        (212) 750-6474
Fax:           (212) 750-1361

#488399v1