Vorys, Sater, Seymour and Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone:  614-464-5463
Facsimile:  614-719-5169
E-mail:  rabell@vssp.com
Robert A. Bell, Jr., Ohio Supreme Court Registration 0072780

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Robert A. Bell, Jr., a member in good standing of the bar in the State of Ohio, and the bar of the United States District Court for the Southern District of Ohio, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Honda of America Mfg., Inc. and its affiliates as parties-in-interest in the above referenced case.

My address is: Vorys, Sater, Seymour and Pease LLP, 52 East Gay Street, P.O. Box 1008, Columbus, Ohio 43216-1008; my e-mail address is: rabell@vssp.com; and my telephone number is : 614-464-5469.

I agree to pay the fee of $25 upon approval by the Court admitting me to practice ***pro hac vice***.

Dated:  October 24, 2005
        Columbus, Ohio                      Respectfully submitted,

                                                /s/ Robert A. Bell, Jr.
                                                Robert A. Bell, Jr. (OH – 0072780)
                                                Vorys, Sater, Seymour and Pease LLP
                                                52 East Gay Street, P.O. Box 1008
                                                Columbus, Ohio 43216-1008
                                                Telephone:    614-464-5469
                                                Facsimile:    614-719-5169
                                                E-mail:    rabell@vssp.com

## **ORDER**

**ORDERED**,

that Robert A. Bell, Jr., Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:
    New York, New York      /s/ _____
                                               UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATE OF SERVICE

I, Robert A. Bell, Jr., hereby certify that on this the 24th day of October, 2005, I served a copy of the above Motion for Admission to Practice, Pro Hac Vice upon the parties on the following Service List by Electronic Noticing and by overnight mail or regular U.S. mail, postage prepaid, as indicated below.

/s/ Robert A. Bell, Jr.
Robert A Bell, Jr.

## SERVICE LIST

**By Overnight Mail:**

Delphi Corporation
Attn: Sean Corcoran, Karen Craft
5725 Delphi Drive
Troy, MI 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John W. Butler, Jr., John K. Lyons, Ron E. Meisler
Attorneys for the Debtors
333 West Wacher Drive
Chicago, IL 60606

Skadden, Arps, Slate Meagher & Flom LLP
Attn: Kayalyn A. Marafioit, Thomas J. Matz
Attorneys for the Debtors
Four Times Square
New York, New York 10036

Shearman & Sterling LLP
Attn: Douglas Bartner, Jill Frizzley
Local Counsel to Debtors
599 Lexington Avenue
New York, NY 10022

Latham & Watkins LLP
Attn: Robert J. Rosenberg
Attorneys for Creditors' Committee
885 Third Avenue, Suite 1000
New York, NY 10022-4834

The Office of the U.S. Trustee
Attn: Alicia M. Leonard, Deirdre A. Martin
33 Whitehall Street, 21st Floor
New York, New York 10004-2111

Davis Polk & Wardwell
Attn: Donald Bernstein
Postpetition Administrative Agent
450 Lexington Avenue
New York, NY 10017

Simpson Thatcher & Bartlett LLP
Attn: Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr.
Prepetition Administrative Agent
425 Lexington Avenue
New York, NY 10017

JP Morgan Chase Bank, N.A.
Attn: Clifford Trapani, Khuyen Ta
Pre/Postpetition Administrative Agents
1111 Fannin, 10th Floor
Houston, TX 77002

JP Morgan Chase Bank, N.A.
Attn: Gianni Russello, Vilma Francis
Pre/Postpetition Administrative Agents
270 Park Avenue
New York, NY 10017

**By Regular U.S. Mail:**

Capital Research and Management Company
Attn: Michelle Robson
11100 Santa Monica Blvd, 15th Floor
Los Angeles, CA 90025

Cohen Weiss & Simon
Attn: Bruce Simon
330 W. 42nd Street
New York, NY 10036

Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn: Steven J. Reisman
101 Park Avenue
New York, NY 10176-0061

Electronic Data Systems Corp.
Attn: Michael Nefkens
5505 Corporate Drive MSIA
Troy, MI 48098

Flextronics International Asia-Pacific Ltd.
c/o Flextronics International USA Inc.
Attn: Paul W. Anderson
2090 Furtune Drive
San Jose, CA 95131

Freescale Semiconductor, Inc.
Attn: Richard Lee Chambers, II
6501 William Cannon Drive West
MD OE16
Austin, TX 78735

FTI Consulting, Inc.
Attn: Randall S. Eisenberg
3 Times Square, 11th Floor
New York, NY 10036

General Electric Company
Attn: Valerie Venable
One Plastics Avenue
Pittsfield, MA 01201

General Motors Corporation
Attn: John Devine
300 Renaissance Center
P.O. Box 300
Detroit, MI 48265

Groom Law Group
Attn: Lonie A. Hasse
1701 Pennsylvania Avenue, NW
Washington, DC 20006

Hodgson Russ LLP
Attn: Stephen H. Gross
152 W. 57th Street, 35th Floor
New York, NY 10019

Internal Revenue Service
Attn: Insolvency Dept.
290 Broadway, 5th Floor
New York, NY 10007

Internal Revenue Service
Attn: Insolvency Dept.
477 Michigan Avenue, Mail Stop 15
Detroit, MI 48226

IUE-CWA
Attn: Hunry Reichard
2360 W. Dorothy Lane, Suite 201
Dayton, OH 45439

Jeffries & Company, Inc.
Attn: William Q. Derrough
520 Madison Avenue, 12th Floor
New York, NY 10022

Kurtzman Carson Consultants
Attn: James Le
12910 Culver Blvd, Suite 1
Los Angeles, CA 90066

Mesirow Financial
Attn: Melissa Knolls
321 N. Clark Street, 13th Floor
Chicago, IL 60601

Morrison Cohen LLP
Attn: Joseph T. Moldovan
909 Third Avenue
New York, NY 10022

Office of New York State
Attorney General Eliot Spitzer
120 Broadway
New York, NY 10271

O'Melveny & Meyer LLP
Attn: Robert Seigel
400 South Hope Street
Los Angeles, CA 90071

O'Melveny & Meyer LLP
Attn: Tom A. Jerman, Rachel Janger
1625 Eye Street, NW
Washington, DC 20006

Philips Nizer LLP
Attn: Sandra A. Riemer
666 Fifth Avenue
New York, NY 10103

Securities and Exchange Commission
Reorganization Branch
233 Broadway
New York, NY 10279

Stevens & Lee, PC
Attn: Chester B. Salomon, Constantine D. Pourakis
485 Madison Avenue, 20th Floor
New York, NY 10022

Wilmington Trust Company
Attn: Steven M. Cimalore
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

Pension Benefit Guaranty Corp.
Attn: Jeffrey Cohen, Ralph L. Landy
1200 K Street, NW, Suite 340
Washington, DC 20005

Rothchild Inc.
Attn: David L. Resnick
1251 Avenue of the Americas
New York, NY 10020

Seyfarth Shaw LLP
Attn: Robert W. Dremluk
1270 Avenue of the Americas, Suite 2500
New York, NY 10020-1801

Togut, Segal & Segal LLP
Attn: Albert Togut
One Penn Plaza, Suite 3335
New York, NY 10119