Thomas R. Slome (TS-0957)
Jil Mazer-Marino (JM-6470)
ROSEN SLOME MARDER LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale, New York 11553-3622
(516) 227-1600

      and

Russell R. Johnson III
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
(804) 749-8861

*Co-Counsel for American Electric Power; Dominion East Ohio;*
*New York State Electric and Gas Corporation;*
*Niagara Mohawk Power Corporation; Public Service Electric and*
*Gas Company; and Rochester Gas & Electric Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————————

| | |
|---|---|
| **In re:** | ) **Chapter 11** |
| | ) |
| **DELPHI CORPORATION, INC., <u>et al.</u>,** | ) **Case No. 05-44481 (RDD)** |
| | ) |
|         **Debtors.** | ) **(Jointly Administered)** |
| | ) |

———————————————————————————

## <u>MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*</u>

      1.      I, Russell R. Johnson III, a member in good standing of the bar in the state of Virginia

and the United States Bankruptcy and District Courts for the Eastern and Western Districts of Virginia,

request admission, *pro hac vice*, before this Court, to represent American Electric Power, Dominion

East Ohio, New York State Electric and Gas Corporation, Niagara Mohawk Power Corporation,

Public Service Electric and Gas Company, and Rochester Gas & Electric Corporation in the above-referenced Chapter 11 case and any and all adversary proceedings and contested matters in which any of these utilities is or may become a party, pursuant to Rule 2090-1(b) of the Local Bankruptcy Rules for the Southern District of New York.

2.    My address is: Russell R. Johnson III, 2258 Wheatlands Drive, Manakin-Sabot, Virginia 23103.

3.    My telephone number is (804) 749-8861.

4.    My e-mail address is russj4478@aol.com.

5.    I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro hac vice*.

Dated:  Manakin-Sabot, Virginia
        October 24, 2005                    By:   /s/ Russell R. Johnson III
                                                  Russell R. Johnson III
                                                  2258 Wheatlands Drive
                                                  Manakin-Sabot, Virginia 23103
                                                  (804) 749-8861

                                                     -and-

                                                  Thomas R. Slome (TS-0957)
                                                  Jil Mazer-Marino (JM-6470)
                                                  ROSEN SLOME MARDER LLP
                                                  333 Earle Ovington Boulevard
                                                  Suite 901
                                                  Uniondale, New York  11553-3622
                                                  (516) 227-1600

                                                  *Co-Counsel for American Electric Power;*
                                                  *Dominion East Ohio; New York State Electric*
                                                  *and Gas Corporation; Niagara Mohawk Power*
                                                  *Corporation; Public Service Electric and*

2

*Gas Company; and Rochester Gas & Electric
Corporation*

G:\Johnson\American\Delphi\lit\Delphi-Johnson-ProHacVice Motion.doc

3