**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                                                    )
In re:                                                              ) Chapter 11
                                                                    )
**DELPHI CORPORATION, INC., <u>et al.</u>,**                       ) Case No. 05-44481 (RDD)
                                                                    )
                              **Debtors.**                          ) (Jointly Administered)
                                                                    )
_____)

### CERTIFICATE OF SERVICE

I, Jil Mazer-Marino, hereby certify that on this 24th day of October 2005, I caused a true and correct copy of the Motion For Admission To Practice, *Pro Hac Vice*, and Order of Admission To Practice, *Pro Hac Vice*, to be sent via first-class mail, postage prepaid, on the parties listed below.

| | |
|---|---|
| John Wm. Butler, Jr., Esq. | Kayalyn A. Marafioti, Esq. |
| John K. Lyons, Esq. | Thomas J. Matz, Esq. |
| Ron E. Meisler, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP |
| Skadden, Arps, Slate, Meagher & Flom LLP | Four Times Square |
| 333 West Wacker Drive, Suite 2100 | New York, New York 10036 |
| Chicago, Illinois 60606 | *Counsel For Debtors* |
| *Counsel For Debtors* | |
| | |
| Douglas P. Bartner, Esq. | Alicia M. Leonhard |
| Constance A. Fratianni, Esq. | Office of the United States Trustee |
| Shearman & Sterling LLP | Southern District of New York |
| 599 Lexington Avenue | 33 Whitehall Street, Suite 2100 |
| New York, New York 10022-6069 | New York, NY 10004 |
| *Counsel For Debtors* | |

        /s/ Jil Mazer-Marino
        Jil Mazer-Marino (JM-6470)