SACHNOFF & WEAVER, LTD.
Attorneys for Infineon Technologies North America Corp.
Charles P. Schulman (IL # 6196461) *Pro Hac Vice pending*
cschulman@sachnoff.com
Arlene N. Gelman (IL # 6225631) *Pro Hac Vice pending*
agelman@sachnoff.com
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION et al. | Case No. 05-44481 (Jointly Administered) |
| Debtors. | |

------------------------------------------------------x

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

**NOTICE IS HEREBY GIVEN** pursuant to § 1109(b) of title 11 of the United States Code ("Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") that Sachnoff & Weaver, Ltd. appears for an on behalf of Infineon Technologies North America Corp. ("Infineon"), a party-in-interest in these bankruptcy cases.

**NOTICE IS FURTHER GIVEN** that Infineon requests that all notices given or required to be given in the above-captioned chapter 11 cases (including, but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them), be given and served upon the following:

>Charles P. Schulman
>Arlene N. Gelman
>SACHNOFF & WEAVER, LTD.
>10 South Wacker Drive, 40th Floor
>Chicago, Illinois  60606
>Telephone:  312.207.1000
>Facsimile:  312.207.6400
>e-mail: cschulman@sachnoff.com
>e-mail: agelman@sachnoff.com

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraphs, telex or otherwise, that affect the above-captioned Debtors or Debtors-in-Possession or the property of such Debtors or the Debtors' estates.

Dated:  October 24, 2005                     Attorneys for Infineon Technologies
                                             North America Corp.


                                             By: /s/ *Charles P. Schulman*
                                                 Charles P. Schulman (IL # 6196461)
                                                 Arlene N. Gelman (IL # 6225631)
                                                 SACHNOFF & WEAVER, LTD.
                                                 10 South Wacker Drive, 40th Floor
                                                 Chicago, IL 60606
                                                 Telephone:  312.207.1000
                                                 Facsimile:  312.207.6400

## CERTIFICATE OF SERVICE

I, Charles P. Schulman, hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers was served on the attached Service List in the manner indicated, (i) electronically on the parties which receive electronic notification listed on the attached Master Service List and (ii) via regular mail to the parties that do not receive electronic service on this 24th day of October, 2005

/s/ *Charles P. Schulman*
Charles P. Schulman

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Capital Research and Management Company | Michelle Robson | 11100 Santa Monica Blvd | 15th Floor | Los Angeles | CA | 90025 | | 310-996-6140 | 310-996-6091 | mlr@capgroup.com | Creditor Committee Member |
| Cohen Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | | 212-356-0231 | 212-695-5436 | b.simon@cwsny.com | Creditor Committee Member |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-6000 | 212-697-1559 | sreisman@cm-p.com | Counsel for Flextronics International USA, Inc. |
| Davis Polk & Wardwell | Donald Bernstein | 450 Lexington Avenue | | New York | NY | 10017 | | 212-450-4092 | 212-450-3092 | donald.bernstein@dpw.com | Postpetition Administrative Agen |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | | 248-813-2000 | 248-813-2670 | sean.p.corcoran@delphi.com; karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp | Michael Nefkens | 5505 Corporate Drive MS/A | | Troy | MI | 48098 | | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International Asia-Pacific, Ltd. c/o Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | | 408-428-1308 | | | Creditor Committee Member |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, II | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| FTI Consulting, Inc | Randall S. Eisenberg | 3 Times Square | 11h Floor | New York | NY | 10036 | | 212-247-1010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtor |
| General Electric Company | Valerie Venable | One Plastics Avenue | | Pittsfield | MA | 01201 | | 704-992-5075 | | | Creditor Committee Member |
| General Motors Corporation | John Devine | 300 Renaissance Center | P.O. Box 300 | Detroit | MI | 48265 | | 313-665-4898 | 517-272-2709 | | General Motors Corporation |
| Groom Law Group | Lonie A. Hasse | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel for Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 152 West 57th Street | 35th Floor | New York | NY | 10019 | | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel for Hexcel Corporation |
| Internal Revenue Service | Attn: Insolvency Departmen | 290 Broadway | 5th Floor | New York | NY | 10007 | | 212-436-3648 | | | IRS |
| Internal Revenue Service | Attn: Insolvency Departmen | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | | 313-628-3602 | | | Michigan IRS |
| IUE-CWA | Henry Reichard | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | | 937-294-7813 | | | Creditor Committee Member |
| Jefferies & Company, Inc. | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Clifford Trapani | Loan and Agency Services Group | 1111 Fannin, 10th Floor | Houston | TX | 77002 | | 713-750-7909 | 713-750-2948 | clifford.f.trapani@jpmchase.com | Postpetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Khuyen Ta | Agent Bank Services Group | 1111 Fannin, 10th Floor | Houston | TX | 77002 | | 713-750-3780 | 713-750-2938 | khuyen.k.ta@jpmchase.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Thomas F. Maher, Richard Duker, Gianni Russello | 270 Park Avenue | | New York | NY | 10017 | | 212-270-0426 | 212-270-0430 | thomas.f.maher@chase.com; richard.duker@jpmorgan.com; gianni.russello@jpmorgan.com | Postpetition Administrative Agen |
| JPMorgan Chase Bank, N.A. | Vilma Francis | 270 Park Avenue | | New York | NY | 10017 | | 212-270-5484 | | vilma.francis@jpmorgan.com | Prepetition Administrative Agent |
| Kurtzman Carson Consultant! | James Le | 12910 Culver Blvd | Suite I | Los Angeles | CA | 90066 | | 310-751-1511 | 310-751-1561 | jle@kccllc.com | Noticing and Claims Agent: |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | UCC Professional |
| Mesirow Financial | Melissa Knolls | 321 N. Clark St. | 13th Floor | Chicago | IL | 60601 | | 800-453-0600 | 312-644-8927 | mknoll@mesirowfinancial.com | UCC Professional |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | | 212-735-8600 | 212-735-8708 | bankruptcy@morrisoncohen.com | Counsel for Blue Cross and Blue Shield o Michigan |
| Office of New York State Attorney General | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | | 212-416-8000 | 212-416-6075 | | New York Attorney General's Office |
| O'Melveny & Meyer LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counse |
| O'Melveny & Meyer LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counse |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | | 202-326-4020 | 202-326-4112 | garrick.sandra@pbqc.gov; effie@pbgc.gov | Counsel for Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | | 202-326-4020 | 202-326-4112 | landy.ralph@pbgc.gov | Chief Counsel for the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel for Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-403-3500 | 212-403-3454 | david.resnick@us.rothschild.com | Financial Advisor |
| Securities and Exchange Commission | Reorganization Branch | 233 Broadway | | New York | NY | 10279 | | | | | Securities and Exchange Commission |
| Seyfarth Shaw LLP | Robert W. Dremluk | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel for Murata Electornics North |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | | 212-8484000 | 212-848-7179 | dbartner@shearman.com; jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | | 212-455-2000 | 212-455-2502 | kziman@stblaw.com; rtrust@stblaw.com; wrussell@stblaw.com | Prepetition Administrative Agent |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | | 312-407-0700 | 312-407-0411 | jbutler@skadden.com; jlyonsc@skadden.com; rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | | New York | NY | 10036 | | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com; tmatz@skadden.com | Counsel to the Debtor |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | 212-319-8505 | cp@stevenslee.com; cs@stevenslee.com | Counsel for Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| United States Trustee | Alicia M. Leonard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | | 212-510-0500 | 212-668-2255 | does.not.take.service.via.fax | United States Trustee |
| United States Trustee | Deirdre A. Martin | 33 Whitehall Street | Suite 2100 | New York | NY | 10004 | | 212-510-0500 | 212-668-2256 | deirdre.martin@usdoj.gov | United States Trustee |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | | 302-636-6058 | | | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

10/21/2005 6:42 PM
Delphi Master Service List