SEYFARTH SHAW LLP
Robert W. Dremluk (RD-3109)
1270 Avenue of the Americas
New York, New York 10178-0061
Tel: (212) 218-5269
Fax: (212) 218-5526
E-mail: rdremluk@seyfarth.com

*Counsel for Fujikura America, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
|  |  |  |
|---|---|---|
|  | : | Chapter 11 |
| In re | : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | : | (Jointly Administered) |
| Debtors. | : |  |

------------------------------------------------------------x

<u>NOTICE OF RECLAMATION DEMAND</u>

**PLEASE TAKE NOTICE** that pursuant to Section 546(c) of Title 11 of the

United States Code, Section 2-702 of the Uniform Commerical Code, applicable state law, and

the *Order Under 11 U.S.C. §§ 362, 503, and 546 and Fed. R. Bankr. P. 9019 Establishing*

*Procedures for the Treatment of Reclamation Claims,* dated October 13, 2005 [Dkt. 230],

establishing procedures for the treatment of reclamation claims in the bankruptcy cases of the

above-captioned debtors and debtors-in-possession (collectively the "<u>Debtors</u>"), Fujikura

America, Inc. and certain of their affiliates (collectively "Fujikura") served on October 14, 2005

written demands for reclamation of goods (the "<u>Reclamation Demands</u>") upon one or more of the

above-captioned Debtors, related entities, and the Debtors' attorneys of record.

A true and correct copy of the Reclamation Demands are attached hereto as <u>Exhibit 1</u> and

are incorporated by reference for all purposes.

Dated: New York, New York
       October 24, 2005

SEYFARTH SHAW LLP

By:_____/s/ Robert W. Dremluk_____
     Robert W. Dremluk
     1270 Avenus of the Americas
     New York, New York 10020
     Tel: (212) 218-5269
     Fax: (212) 218-5526
     E-mail: rdremluk@seyfarth.com

*Counsel for Fujikura America, Inc.*

EXHIBIT 1

# SEYFARTH
### ATTORNEYS SHAW LLP

1270 Avenue of the Americas

Suite 2500

New York, NY  10020-1801

212-218-5500

fax 212-218-5526

www.seyfarth.com

Writer's direct phone
212-218-5269

Writer's e-mail
rdremuk@seyfarth.com

October 14, 2005

**VIA FACSIMILE (312) 407-0411**
**VIA FEDERAL EXPRESS**

Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Re: **RECLAMATION CLAIM OF FUJIKURA AMERICA, INC.**

*In re Delphi Corporation, et al.*
**Chapter 11 Bankruptcy Case Nos.: 05-44481 (RDD) (Jointly Administered)**
**United States Bankruptcy Court, Southern District of New York**

Dear Mr. Meisler,

This Firm is counsel to Fujikura America, Inc. ("Fujikura").

On behalf of Fujikura, this is to advise you that, pursuant to Section 2-702 of the Uniform Commercial Code, Section 546(c) of the United States Bankruptcy Code (the "Bankruptcy Code") and the common law, Fujikura hereby requests reclamation of all material (the "Material") received by, and/or delivered to, Delphi Corporation and/or its affiliates ("Delphi"), the above referenced debtors and debtors-in-possession, on or within ten (10) days of the date of this letter or such extended time period as is authorized by the Bankruptcy Code (twenty days). During this time period, Delphi was insolvent. The Material was sold in the ordinary course of Fujikura's business and is believed to have been delivered to Delphi within the statutory time period for a valid reclamation claim.

A copy of the supporting documentation for Fujikura's reclamation claim is attached as Exhibit A and incorporated by reference in this letter.

At this time, we are able to estimate that the aggregate amount of Fujikura's reclamation claim for the time period at issue $61,514.83.  It is possible, however, that Delphi received additional Material from Fujikura during the reclamation time period in excess of this amount. Fujikura will obtain the necessary documentation and information to support this statement through formal discovery in the Bankruptcy Court or otherwise.

NY1 25137246.4



Ron E. Meisler, Esq.
October 14, 2005
Page 2

This reclamation demand letter shall not constitute a waiver of any rights, interests, claims, causes of actions, and/or interests under any agreement, at common law, by statute, or in equity, to which Fujikura and Delphi are parties. This letter is intended to serve as Fujikura's written notice that it has made a formal demand for reclamation under state law and as provided in Section 546(c) of the Bankruptcy Code.

In closing, Fujikura will pursue its rights and remedies in law and equity to recover the Material. This may include, among other things, the filing of a reclamation complaint with the Bankruptcy Court and request for a temporary restraining order and preliminary injunction <u>unless we hear from you on or before 12:00 p.m. Eastern Standard Time on October 17, 2005.</u> Furthermore, this reclamation demand letter is without prejudice to Fujikura's right to claim that the Material is owned by Fujikura and has yet to be received by Delphi.

If you have questions with respect to the foregoing, please contact me at (212) 218-5269 or by e-mail at <u>rdremluk@seyfarth.com</u>. If for some reason you cannot reach me, you may also contact my colleague Paul M. Baisier at (404) 885-6715 or at <u>pbaisier@seyfarth.com</u>.

Sincerely yours,

SEYFARTH SHAW LLP

Robert W. Dremluk

Enclosure

cc:    Mr. Susumu Sean Watanabe
       (Fujikura America, Inc. w/o enclosures)
       Paul M. Baisier, Esq.
       (Seyfarth Shaw LLP w/o enclosures)

# SEYFARTH SHAW LLP
ATTORNEYS

1270 Avenue of the Americas

Suite 2500

New York, NY 10020-1801

212-218-5500

fax 212-218-5526

www.seyfarth.com

Writer's direct phone
212-218-5269

Writer's e-mail
rdremuk@seyfarth.com

October 14, 2005

**VIA FACSIMILE (917) 777-2365**
**VIA EMAIL TMATZ@SKADDEN.COM**
**VIA HAND DELIVERY**

Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

Re: **RECLAMATION CLAIM OF FUJIKURA AMERICA, INC.**

*In re Delphi Corporation, et al.*
**Chapter 11 Bankruptcy Case Nos.: 05-44481 (RDD) (Jointly Administered)**
**United States Bankruptcy Court, Southern District of New York**

Dear Mr. Matz,

This Firm is counsel to Fujikura America, Inc. ("Fujikura").

On behalf of Fujikura, this is to advise you that, pursuant to Section 2-702 of the Uniform Commercial Code, Section 546(c) of the United States Bankruptcy Code (the "Bankruptcy Code") and the common law, Fujikura hereby requests reclamation of all material (the "Material") received by, and/or delivered to, Delphi Corporation and/or its affiliates ("Delphi"), the above referenced debtors and debtors-in-possession, on or within ten (10) days of the date of this letter or such extended time period as is authorized by the Bankruptcy Code (twenty days). During this time period, Delphi was insolvent. The Material was sold in the ordinary course of Fujikura's business and is believed to have been delivered to Delphi within the statutory time period for a valid reclamation claim.

A copy of the supporting documentation for Fujikura's reclamation claim is attached as Exhibit A and incorporated by reference in this letter.

At this time, we are able to estimate that the aggregate amount of Fujikura's reclamation claim for the time period at issue $61,514.83. It is possible, however, that Delphi received additional Material from Fujikura during the reclamation time period in excess of this

BRUSSELS   WASHINGTON, D.C.   SAN FRANCISCO   SACRAMENTO   NEW YORK   LOS ANGELES   HOUSTON   CHICAGO   BOSTON   ATLANTA



Thomas J. Matz, Esq.
October 14, 2005
Page 2

amount. Fujikura will obtain the necessary documentation and information to support this statement through formal discovery in the Bankruptcy Court or otherwise.

This reclamation demand letter shall not constitute a waiver of any rights, interests, claims, causes of actions, and/or interests under any agreement, at common law, by statute, or in equity, to which Fujikura and Delphi are parties. This letter is intended to serve as Fujikura's written notice that it has made a formal demand for reclamation under state law and as provided in Section 546(c) of the Bankruptcy Code.

In closing, Fujikura will pursue its rights and remedies in law and equity to recover the Material. This may include, among other things, the filing of a reclamation complaint with the Bankruptcy Court and request for a temporary restraining order and preliminary injunction <u>unless we hear from you on or before 12:00 p.m. Eastern Standard Time on October 17, 2005.</u> Furthermore, this reclamation demand letter is without prejudice to Fujikura's right to claim that the Material is owned by Fujikura and has yet to be received by Delphi.

If you have questions with respect to the foregoing, please contact me at (212) 218-5269 or by e-mail at rdremluk@seyfarth.com. If for some reason you cannot reach me, you may also contact my colleague Paul M. Baisier at (404) 885-6715 or at pbaisier@seyfarth.com.

Sincerely yours,

SEYFARTH SHAW LLP

Robert W. Dremluk

Enclosure

cc:    Mr. Susumu Sean Watanabe
       (Fujikura America, Inc. w/o enclosures)
       Paul M. Baisier, Esq.
       (Seyfarth Shaw LLP w/o enclosures)

# SEYFARTH
**ATTORNEYS** SHAW LLP

1270 Avenue of the Americas

Suite 2500

New York, NY 10020-1801

212-218-5500

fax 212-218-5526

www.seyfarth.com

Writer's direct phone
212-218-5269

Writer's e-mail
rdremuk@seyfarth.com

October 14, 2005

**VIA FACSIMILE (917) 777-2350**
**VIA EMAIL KMARAFIO@SKADDEN.COM**
**VIA HAND DELIVERY**

Kayalyn A. Marafioti, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

Re: **RECLAMATION CLAIM OF FUJIKURA AMERICA, INC.**

*In re Delphi Corporation, et al.*
**Chapter 11 Bankruptcy Case Nos.: 05-44481 (RDD) (Jointly Administered)**
**United States Bankruptcy Court, Southern District of New York**

Dear Ms. Marafioti,

       This Firm is counsel to Fujikura America, Inc. ("Fujikura").

       On behalf of Fujikura, this is to advise you that, pursuant to Section 2-702 of the Uniform Commercial Code, Section 546(c) of the United States Bankruptcy Code (the "Bankruptcy Code") and the common law, Fujikura hereby requests reclamation of all material (the "Material") received by, and/or delivered to, Delphi Corporation and/or its affiliates ("Delphi"), the above referenced debtors and debtors-in-possession, on or within ten (10) days of the date of this letter or such extended time period as is authorized by the Bankruptcy Code (twenty days). During this time period, Delphi was insolvent. The Material was sold in the ordinary course of Fujikura's business and is believed to have been delivered to Delphi within the statutory time period for a valid reclamation claim.

       A copy of the supporting documentation for Fujikura's reclamation claim is attached as Exhibit A and incorporated by reference in this letter.

       At this time, we are able to estimate that the aggregate amount of Fujikura's reclamation claim for the time period at issue $61,514.83. It is possible, however, that Delphi received additional Material from Fujikura during the reclamation time period in excess of this

BRUSSELS    WASHINGTON, D.C.    SAN FRANCISCO    SACRAMENTO    NEW YORK    LOS ANGELES    HOUSTON    CHICAGO    BOSTON    ATLANTA

NY1 25137246.3



amount. Fujikura will obtain the necessary documentation and information to support this statement through formal discovery in the Bankruptcy Court or otherwise.

This reclamation demand letter shall not constitute a waiver of any rights, interests, claims, causes of actions, and/or interests under any agreement, at common law, by statute, or in equity, to which Fujikura and Delphi are parties. This letter is intended to serve as Fujikura's written notice that it has made a formal demand for reclamation under state law and as provided in Section 546(c) of the Bankruptcy Code.

In closing, Fujikura will pursue its rights and remedies in law and equity to recover the Material. This may include, among other things, the filing of a reclamation complaint with the Bankruptcy Court and request for a temporary restraining order and preliminary injunction <u>unless we hear from you on or before 12:00 p.m. Eastern Standard Time on October 17, 2005.</u> Furthermore, this reclamation demand letter is without prejudice to Fujikura's right to claim that the Material is owned by Fujikura and has yet to be received by Delphi.

If you have questions with respect to the foregoing, please contact me at (212) 218-5269 or by e-mail at rdremluk@seyfarth.com. If for some reason you cannot reach me, you may also contact my colleague Paul M. Baisier at (404) 885-6715 or at pbaisier@seyfarth.com.

Sincerely yours,

SEYFARTH SHAW LLP

Robert W. Dremluk

Enclosures

cc:    Mr. Susumu Sean Watanabe
       (Fujikura America, Inc. w/o enclosures)
       Paul M. Baisier, Esq.
       (Seyfarth Shaw LLP w/o enclosures)

NY1 25137246.3

# SEYFARTH
**ATTORNEYS** SHAW LLP

1270 Avenue of the Americas

Suite 2500

New York, NY 10020-1801

212-218-5500

fax 212-218-5526

www.seyfarth.com

Writer's direct phone
212-218-5269

Writer's e-mail
rdremuk@seyfarth.com

October 14, 2005

**VIA FACSIMILE (312) 407-8532**
**VIA EMAIL JLYONSCH@SKADDEN.COM**
**VIA FEDERAL EXPRESS**

John K. Lyons, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Re: **RECLAMATION CLAIM OF FUJIKURA AMERICA, INC.**

*In re Delphi Corporation, et al.*
**Chapter 11 Bankruptcy Case Nos.: 05-44481 (RDD) (Jointly Administered)**
**United States Bankruptcy Court, Southern District of New York**

Dear Mr. Lyons,

This Firm is counsel to Fujikura America, Inc. ("Fujikura").

On behalf of Fujikura, this is to advise you that, pursuant to Section 2-702 of the Uniform Commercial Code, Section 546(c) of the United States Bankruptcy Code (the "Bankruptcy Code") and the common law, Fujikura hereby requests reclamation of all material (the "Material") received by, and/or delivered to, Delphi Corporation and/or its affiliates ("Delphi"), the above referenced debtors and debtors-in-possession, on or within ten (10) days of the date of this letter or such extended time period as is authorized by the Bankruptcy Code (twenty days). During this time period, Delphi was insolvent. The Material was sold in the ordinary course of Fujikura's business and is believed to have been delivered to Delphi within the statutory time period for a valid reclamation claim.

A copy of the supporting documentation for Fujikura's reclamation claim is attached as Exhibit A and incorporated by reference in this letter.

At this time, we are able to estimate that the aggregate amount of Fujikura's reclamation claim for the time period at issue $61,514.83. It is possible, however, that Delphi received additional Material from Fujikura during the reclamation time period in excess of this

NY1 25137246.5

BRUSSELS · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA



John K. Lyons, Esq.
October 14, 2005
Page 2

amount. Fujikura will obtain the necessary documentation and information to support this statement through formal discovery in the Bankruptcy Court or otherwise.

This reclamation demand letter shall not constitute a waiver of any rights, interests, claims, causes of actions, and/or interests under any agreement, at common law, by statute, or in equity, to which Fujikura and Delphi are parties. This letter is intended to serve as Fujikura's written notice that it has made a formal demand for reclamation under state law and as provided in Section 546(c) of the Bankruptcy Code.

In closing, Fujikura will pursue its rights and remedies in law and equity to recover the Material. This may include, among other things, the filing of a reclamation complaint with the Bankruptcy Court and request for a temporary restraining order and preliminary injunction unless we hear from you on or before 12:00 p.m. Eastern Standard Time on October 17, 2005. Furthermore, this reclamation demand letter is without prejudice to Fujikura's right to claim that the Material is owned by Fujikura and has yet to be received by Delphi.

If you have questions with respect to the foregoing, please contact me at (212) 218-5269 or by e-mail at rdremluk@seyfarth.com. If for some reason you cannot reach me, you may also contact my colleague Paul M. Baisier at (404) 885-6715 or at pbaisier@seyfarth.com.

Sincerely yours,

SEYFARTH SHAW LLP

Robert W. Dremluk

Enclosure

cc:     Mr. Susumu Sean Watanabe
        (Fujikura America, Inc. w/o enclosures)
        Paul M. Baisier, Esq.
        (Seyfarth Shaw LLP w/o enclosures)

NY1 25137246.5

# SEYFARTH
### ATTORNEYS
# SHAW LLP

1270 Avenue of the Americas

Suite 2500

New York, NY 10020-1801

212-218-5500

fax 212-218-5526

www.seyfarth.com

Writer's direct phone
212-218-5269

Writer's e-mail
rdremuk@seyfarth.com

October 14, 2005

**VIA FACSIMILE (312) 407-8501**
**VIA EMAIL JBUTLER@SKADDEN.COM**
**VIA FEDERAL EXPRESS**

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Re: **RECLAMATION CLAIM OF FUJIKURA AMERICA, INC.**

*In re Delphi Corporation, et al.*
**Chapter 11 Bankruptcy Case Nos.: 05-44481 (RDD) (Jointly Administered)**
**United States Bankruptcy Court, Southern District of New York**

Dear Mr. Butler,

This Firm is counsel to Fujikura America, Inc. ("Fujikura").

On behalf of Fujikura, this is to advise you that, pursuant to Section 2-702 of the Uniform Commercial Code, Section 546(c) of the United States Bankruptcy Code (the "Bankruptcy Code") and the common law, Fujikura hereby requests reclamation of all material (the "Material") received by, and/or delivered to, Delphi Corporation and/or its affiliates ("Delphi"), the above referenced debtors and debtors-in-possession, on or within ten (10) days of the date of this letter or such extended time period as is authorized by the Bankruptcy Code (twenty days). During this time period, Delphi was insolvent. The Material was sold in the ordinary course of Fujikura's business and is believed to have been delivered to Delphi within the statutory time period for a valid reclamation claim.

A copy of the supporting documentation for Fujikura's reclamation claim is attached as Exhibit A and incorporated by reference in this letter.

At this time, we are able to estimate that the aggregate amount of Fujikura's reclamation claim for the time period at issue $61,514.83. It is possible, however, that Delphi received additional Material from Fujikura during the reclamation time period in excess of this

NY1 25137246.1

BRUSSELS    WASHINGTON, D.C.    SAN FRANCISCO    SACRAMENTO    NEW YORK    LOS ANGELES    HOUSTON    CHICAGO    BOSTON    ATLANTA



amount. Fujikura will obtain the necessary documentation and information to support this statement through formal discovery in the Bankruptcy Court or otherwise.

This reclamation demand letter shall not constitute a waiver of any rights, interests, claims, causes of actions, and/or interests under any agreement, at common law, by statute, or in equity, to which Fujikura and Delphi are parties. This letter is intended to serve as Fujikura's written notice that it has made a formal demand for reclamation under state law and as provided in Section 546(c) of the Bankruptcy Code.

In closing, Fujikura will pursue its rights and remedies in law and equity to recover the Material. This may include, among other things, the filing of a reclamation complaint with the Bankruptcy Court and request for a temporary restraining order and preliminary injunction unless we hear from you on or before 12:00 p.m. Eastern Standard Time on October 17, 2005. Furthermore, this reclamation demand letter is without prejudice to Fujikura's right to claim that the Material is owned by Fujikura and has yet to be received by Delphi.

If you have questions with respect to the foregoing, please contact me at (212) 218-5269 or by e-mail at rdremluk@seyfarth.com. If for some reason you cannot reach me, you may also contact my colleague Paul M. Baisier at (404) 885-6715 or at pbaisier@seyfarth.com.

Sincerely yours,

SEYFARTH SHAW LLP

Robert W. Dremluk

Enclosure

cc:    Mr. Susumu Sean Watanabe
        (Fujikura America, Inc. w/o enclosures)
        Paul M. Baisier, Esq.
        (Seyfarth Shaw LLP w/o enclosures)

# EXHIBIT A

FAI shipping log 9/27/05 - 10/11/05

| P/N | Program | Shipped | Qty | Inv amount | Delivered | Note |
|---|---|---|---|---|---|---|
| 52402974 | P90 | 09/27/05 | 2,760 | $3,229.20 | 09/28/05 | |
| | | | | | | |
| 52409172 | GMX | 09/30/05 | 4,080 | $5,100.00 | 10/03/05 | |
| 52409172 | GMX | 10/05/05 | 4,080 | $5,100.00 | 10/05/05 | |
| 52409172 | GMX | 10/06/05 | 4,080 | $5,100.00 | 10/07/05 | |
| 52409172 | GMT | 09/27/05 | 4,080 | $5,100.00 | 10/05/05 | |
| | | | | | | |
| 52409025 | Delta | 09/30/05 | 3,960 | $5,385.60 | 10/04/05 | |
| | | | | | | |
| 52406833 | Rodman | 09/23/05 | 1,944 | $3,481.70 | 10/05/05 | |
| | | | | | | |
| 52409877 | Epsilon | 09/29/05 | 2,430 | $3,341.25 | 10/06/05 | KC |
| 52409877 | Epsilon | 10/06/05 | 4,860 | $6,682.50 | 10/06/05 | KC |
| 52409877 | Epsilon | 10/05/05 | 2,430 | $3,341.25 | 10/10/05 | Adrian   Delphi Received after Chapter 11 |
| 52409877 | Epsilon | 10/06/05 | 2,430 | $3,341.25 | 10/07/05 | Lockport |
| | | | | | | |
| 52408359 | 229N | 09/23/05 | 2,584 | $3,695.12 | TBA | Drop ship   ETA 10/13 |
| | | | | | | |
| 52405740 | 329N | 09/16/05 | 6,528 | $8,616.96 | 10/07/05 | Drop Ship |

## CERTIFICATE OF SERVICE

I hereby certify that, on the 24th day of October 2005, I caused a true and correct copy of the

Notice of Reclamation Demand to be served by United States first-class mail to the parties on the

attached Service List.


Dated: New York, New York
      October 24,2005


            /s/ Robert W. Dremluk

SERVICE LIST

Akihiko Imaya Group
Sharp Electronics Corp
Deputy General Manager
26131 Chinomoto Cho Tenri
Nara, 632-8567
Japan

Ann Wagoner
Applied Bio Systems
850 Lincoln Centre Dr
Foster City, CA 94404

Barry Perry
Engelhard Corporation
101 Wood Ave
Iselin, NJ 08830

Brad Countryman
Salesman
ISI ofIndiana Inc
1212 East Michigan St
Indianapolis, IN 46202

Brian Ruel Timken
Company
3 1100 Telegraph Rd Ste 270
Bingham Farms, MI 48025

Chet Korzeniewski
Fujitsu Ten Corporation
46029 Five Mile Rd
Plymouth, MI 48170

David Bader
HSS LLC
5446 Dixie Highway
Saginaw, MI 48601

Deirdre A Martini
Alicia M. Leonhard
United States Trustee
33 Whitehall Street
Suite 2100
New York, NY 10004
SERVICE

Albert Togut
Togut Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119

Attn: Insolvency Department
Internal Revenue Service
290 Broadway
5th Floor
New York, NY 10007

Bill Staron
Dmc 2 Canada Corporation
2347 Commercial Dr Auburn
Hills, MI 48326

Brent Mewhinney
Texas Instruments Inc
12900 North Meridian St
Suite 175, Ms 4070
Carmel, IN 46032

Bruce A Fassett
Carlisle Engineered Prods
100 Seventh Ave, Ste 100
Chardon,OH 44024

Clifford Trapani JPMorgan
Chase Bank NA
Loan and Agency Services Group
III I Fannin, 10th Floor Houston,
TX 77002

David L Resnick
Rothchild Inc
1251 Avenue of the Americas
New York, NY 10020

Devin Denner
Sales Manager
Olin Corp
427 N Shamrock St
East Alton, IL 62024

Alps Automotive Inc
Muneki Mitch Ishida
1500 Atlantic Blvd
Auburn Hills, MI 48326

Attorney General Eliot Spitzer
Office of New York State
120 Broadway
New York City, NY 10271

Bjoern Goeke
Victory Packaging
3555 Timmons Lane
Suite 1440
Houston, TX 77027

Brian McGowan
Sales Manager
Corus Lp
496 Highway 35 Rr2
Pontypool, ON LOA IKO
Canada

Burr & Forman LLP
Michael Leo Hal
420 North Twentieth Street
Suite 3100
Birmingham, AL 35203

Darrell Seitz
Senior Acct Mgr
Hitachi Automotive
955 Warwick Rd
Harrodsburg, KY 40330

David M Mcginnis
Murata Electronics North
2200 Lake Park Dr
Smyrna, GA 30080

Don Duda
President
Methode Electronics Inc
7401 W Wilson Chicago,
IL 60706

Donald Bernstein
Davis Polk & Wardwell
450 Lexington A venue
New York, NY 10017

Dr Jurgen W Gromer
Tyco Electronics Corp
PO Box 3608
Harrisburg, PA 17105-3608

Frank H Avant
President
TDK Corporation of America
1221 Business Center Dr
Mount Prospect, IL 60056

Harold M Stratton
Strattec Security Corp 3333
West Good Hope Rd
Milwaukee, WI 53209

Hitachi Chemical Asia Pacific
Bedok Plant 20
Bedock South Rd
Singapore, 469277
Singapore

James Le
KurtZman Carson Consultants
12910 Culver Blvd
Suite I
Los Angeles, CA 90066

Jim Offer
Pechiney Rolled Products
39111 W Six Mile Rd
Livonia, MI 48152

Joe Minville
Flextronics Intl Asia Pacific
2 Robbins Rd
Westford, MA 01886

Craig P. Rieders, Esq.
Genovese Joblove & Battista,
P.A. 100 S.E. 2nd Street, Suite
4400 Miami, FL 33 131
Counsel for Ryder Integrated Logistics,
Inc.

Douglas Bartner Jill Frizzley
Shearman & Sterling LLP 599
Lexington Avenue
New York, NY 10022

Dr Jurgen W Gromer
Tyco Electronics Corp
Amperestrabe 1214
Bensheim, D-64625
Germany

Gary Thoe
Chairman
Waupaca Foundry Inc
311 S Tower Rd
Waupaca, WI 54981

Hironobu Ono
Cataler North America Corp
7800 Chihama Kakegawa-
City Shizuoka Japan

Infineon Technologies
StMartinStrasse 53
Munich, 81669
Germany

Jeffrey Cohen
Pension Benefit Guaranty Corporation
1200 K Street NW
Suite 340
Washington, DC 20005

Jim Trent
NEC Electronics Inc
Three Galleria Tower
13155 Noel Rd Ste 1100
Dallas, TX 75240

Joel Robinson, President
Bob Finn, CEO
American Axle & Mfg Inc
One Dauch Dr
Detroit, MI 48211

John Nielsen
Dir Sales
TRW Automotive
12000 Tech Center Dr
Livonia, MI 48150
    Dr Jurgen W Gromer

Tyco Electronics Corp
PO Box 3608
Harrisburg, P A 17105

Ed Mike
Sales Manager
Solectron de Mexico SA de CV
Solectron Invotronics
26525 American Dr
Southfield, MI 48034

Gordon Diag
PBR Automotive USA Pacific Group
140 Ellen Dr
Orion Township, MI 48359

Hitachi Automotive
34500 Grand River Ave
Farmington Hills, MI 48335

James D Clark
IUE Comm Workers of America
501 3rd St NW 6th Floor
Washington, DC 20001

Gordon J. Toering, Esq.
Warner Norcross & Judd LLP
900 Fifth Third Center
III Lyon Street, N.W.
Grand Rapids, MI 49503
Attorneys for Robert Bosch Corporation

Joe M Dorris
President
Futaba Corp of America
2865 Wall Triana Hwy
Huntsville, AL 35824

John Devine
General Motors Corporation
300 Renaissance Center
PO Box 300
Detroit, MI 48265

John Wm Butler, J Lyons,
R Meisler
Skadden Arps Slate Meagher & Flom
333 W Wacker Dr
Suite 2100
Chicago, IL 60606

Kayalyn A Marafioti, Thomas J Matz
Skadden Arps Slate Meagher & F10m 4
Times Square
New York, NY 10036

Khuyen Ta
JPMorgan Chase Bank NA
Agent Bank Services Group
1111 Fannin, 10th Floor
Houston, TX 77002

Linda Lynch
Robert Bosch Corporation
38000 Hills Tech Dr
Farmington Hills, MI 48331

Michael Rudnicki
Niles USA Inc
41129 Jo Dr Novi,
MI 48375

Peter Bauer, EVP
Infineon Technologies
PO Box 80 09 49
Munich, 81609 Germany

Pioneer Indl Comp Auto
Electr Sales Inc Kevin M
Martin, SVP 22630
Haggerty Rd
Farmington,MI48335

Reorganization Branch
Securities and Exchange Commission
233 Broadway
New York, NY 10279

Robert Siegel
O'Melveny & Meyer LLP
400 South Hope Street Los
Angeles, CA 90071

Sam L Trency
Philips Semiconductors
1817 Dogwood Dr
Kokomo, IN 46902

Kenji Ito- VP, Larry Khaykin
A w Transmission Eng Aisin Seiki Co
Metro West Industrial Park
14933 Keel St
Plymouth, MI 48170

Lance Williams
Director of Sales
Semiconductor Components
2000 S County Trail
East Greenwich, RI 02818

Lonie A Hassel
Groom Law Group
1701 Pennsylvania Avenue NW
Washington, DC 20006

Patrick Healy
Law Debenture Trust Company of NY 780
Third Ave, 31 st Fl
New York, NY 10017

Jeannette Eisan Hinshaw, Esq.
Bose McKinney & Evans LLP
135 N. Pennsylvania Street, Suite 2700
Indianapolis, IN 46204
Decatur Plastics Products, Inc.

Ralph Seibt
Sales Manager Westwood
Associates Inc 612 Willers
Farm Rd Milford, CT
06460

Richard Shoemaker
United Auto Workers
8000 E Jefferson
Detroit, MI 48214

Ron Schubel
Molex Inc
222 Wellington Court
Lisle, IL 60532

Scott Dekoker Autocam
Corporation East Paris
Ave Kentwood, MI
49512

Kenneth S Ziman, Robert H Trust
Simpson Thatcher & Bartlett LLP
425 Lexington A venue
New York, NY 10017

Leo W Gerard
United Steel Workers 5
Gateway Center
Pittsburgh, PA 15222

Martin J Bienenstock
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Paul Grimme
Freescale Semiconductor Inc 6501
William Cannon Dr West Austin,
TX 78735

Peter H Huizinga Siemens
Automotive Ltd 2400
Executive Hill Blvd Auburn
Hills, MI 48326

Randall S Eisenberg
FTI Consulting Inc 3
Times Square
11 th Floor
New York, NY 10036

Robert Caruso
FTI Consulting Inc
333 West Wacker Drive
Suite 600
Chicago, IL 60606

Russ Pollack
Director of Sales
Traxle Mfg Ltd
25300 Telegraph Rd, Ste 450
Raleigh Office Center
Southfield, MI 48034

Scott King
FTI Consulting Inc
Park One Center
6100 Oaktree Blvd, Suite 200
Cleveland, OH 44131

Scott Shilling
Sales Director
SGS Thompson Victor
Park West 19575 Victor
Parkway Livonia, MI
48152

Ted B Opie
General Electric Company
Two Towne Square
Southfield, MI 48076

Tom A Jerman, Rachel Janger
O'Melveny & Meyer LLP 1625
Eye Street NW Washington, DC
20006

Vince Sarrecchia
Panasonic Automotive
26455 American Dr
Southfield, MI 48034

Muneki Ishida
Alps Automotive Inc.
1500 Atlantic Blvd.
Auburn Hills, MI 48326

Chester B. Salomon, Esq.
Constantine D. Pourakis, Esq.
Stevens & Lee, P.e.
485 Madison A venue, 20th Floor
New York, New York 10022
Attorneys for Wamco, Inc.

Joseph J. Vitale, Esq.
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, New York 10036

Richard M. Kremen, Esq.
Maria Ellena Chavez-Ruark, Esq.
DLA Piper Rudnick Gray Cary US
LLP The Marbury Building
6225 Smith A venue
Baltimore, MD 21209-3600

Kathleen M. Miller
Smith, Katzenstein & Furlow
800 Delaware A venue, 7th
Floor P.O. Box 410
Wilmington, DE 19899
Counsel for Airgas, Inc.

Sean Corcoran
Karen Craft
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Thomas F Maher
R Duker
G Russello
JPMorgan Chase Bank NA
270 Park A venue
New York, NY 10017

Tracy Delcampo
Calsonic N America Inc 27000
Hills Tech Court Farmington
Hills, MI 48331

Y Y okoya
Hitachi Chemical Asia Pacific
Loyang Plant 32
Loyang Way
Singapore, 508730
Singapore

Kevin M. Martin, Senior VP Sales Pioneer
Industrial Components (Pioneer Automotive
Electronic Sales, Inc.) 22630 Haggerty Road
Farmington, MI48335

Paul M. Baisier, Esq.
Seyfarth Shaw LLP
1545 Peachtree Street, N.E., Suite 700
Atlanta, GA 30309-2401
Attorneys for Murata Electronics North

Elizabeth Weller, Esq.
Linebarger Goggain Blair & Sampson,
LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Elizabeth L. Abdelmasieh, Esq.
Norris McLaugWin & Marcus 721
Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Attorneys for Rotor Clip Company, Inc.

Mr. David Boyle
Airgas, Inc.
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA 19087-8675

Steven M Cimalore

Wilmington Trust Company
1100 N Market St
Rodney Square N
Wilmington, DE 19890

Tim Kuppler V
ice President
TI Group Automotive System
12345 E Nine Mile
Warren, MI 48090

Vilma Francis
JPMorgan Chase Bank NA
270 Park A venue
New York, NY 10017

R yo Ishibashi
Kenji !to
Larry Khayhin, Sr.
Metro West Industrial Park
14933 Keel Street Plymouth,
MI 48170

Robert Egan Victory
Packaging 3555
Timmons Lane Suite
1440
Houston, TX 77027

Robert W. Dremluk, Esq.
Seyfarth Shaw LLP
1270 Avenue ofthe Americas, Suite
2500
New York, New York 10020-1801
Attorneys for Murata Electronics North

Mark Lee
Contrarian Capital Management, L.L.e.
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

Michael K. McCrorylWendy D. Brewer
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204
Counsel to Gibbs Die Casting
Corporation

Davor Rukavina, Esq.
Munsch Hardt Kopf & Harr,
P.c. 4000 Fountain Place
1445 Ross Avenue
Dallas, TX 75202-2790
Attorneys for Texas Instruments
Incorporated

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, New York 10022
Attorneys for Blue Cross and Blue Shield of
Michigan

Jeffrey M. Levinson, Esq.
Leah M. Caplan, Esq. Margulies
& Levinson, LLP 30100
Chagrin Blvd., Suite 250 Pepper
Pike, OH 44124
Counsel for Venture Plastics Inc.
Patrick Mears, Esq.
Barnes &
Thornburg LLP

300 Ottawa Avenue, NW, Suite 500
Grand Rapids, MI 49503
Counsel to Autocam Corp. and Bank of
America Leasing & Capital, LLC