Darryl S. Laddin (DL-5130)
Heath J. Vicente (Ga. Bar No. 728289)
ARNALL GOLDEN GREGORY LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia  30363-1031
(404) 873-8500

Attorneys for SBC Telecommunications, Inc. and
Daishinku (America) Corp. d/b/a KDS America

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                                              :
In re                                                         :      Chapter 11
                                                              :
DELPHI CORPORATION, et al.,                                   :      Case No. 05-44481 (rdd)
                                                              :
                              Debtors.                        :      (Jointly Administered)
-------------------------------------------------------------X


**VERIFIED STATEMENT OF ARNALL GOLDEN GREGORY LLP
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Arnall Golden Gregory LLP ("AGG") makes this statement pursuant to Federal Rule of Bankruptcy Procedure 2019:

1.    In connection with the above-captioned bankruptcy proceedings of Delphi Corporation and its affiliated debtors (the "Debtors"), AGG represents the following creditors (the "Creditors"):

| Creditor | Nature of Claim or Interest |
|---|---|
| Daishinku (America) Corp. d/b/a KDS America ("KDS") 1935 Davis Lane Marietta, Georgia  30067 | Trade Creditor; in process of determining amount of claim |

1930679v1

| Creditor | Nature of Claim or Interest |
|---|---|
| SBC Communications Inc. ("SBC")<br>208 S. Akard, Room 3000<br>Dallas, Texas  75202 | Trade Creditor; in process of determining amount of claim |

2.    AGG, which serves a counsel to KDS and SBC on other matters, was retained to represent these creditors in the Debtors' cases in October 2005.

3.    AGG does not hold any claim against the Debtors, nor does AGG hold any interest in the Debtors.

4.    AGG makes this statement solely for disclosure purposes pursuant to Rule 2019, and nothing herein is, or should be construed as, an admission, acknowledgement, or waiver by KDS or SBC.

I verify under penalty of perjury that the foregoing is true and correct.  Executed on this 24th day of October, 2005.

Respectfully submitted,

ARNALL GOLDEN GREGORY LLP

By: /s/Darryl S. Laddin
    Darryl S. Laddin (DL-5130)
    Heath J. Vicente (Ga. Bar. No. 728289)
171 17th Street NW, Suite 2100
Atlanta, Georgia  30363
404) 873-8500

1930679v1    2

# CERTIFICATE OF SERVICE

       I hereby certify that on the 24th day of October, 2005, I served the foregoing document by causing a true and correct copy to be deposited in the United States Mail, first class postage prepaid, addressed as follows:

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
*Counsel to the Debtors*

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
*Counsel to the Debtors*

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10044

Dated: October 24, 2005

                                            /s/Darryl S. Laddin
                                            Darryl S. Laddin

1930679v1