**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |
|---|---|
| | ) |
| **In re:** | ) **Chapter 11** |
| | ) |
| **DELPHI CORPORATION, INC., <u>et al.</u>,** | ) **Case No. 05-44481 (RDD)** |
| | ) |
| **Debtors.** | ) **(Jointly Administered)** |
| | ) |

_____)

## <u>CERTIFICATE OF SERVICE</u>

I, Jil Mazer-Marino, hereby certify that on this 24th day of October 2005, I caused a true

and correct copy of the Verified Statement Pursuant To Rule 2019(a) of the Federal Rules of

Bankruptcy Procedure to be sent via first-class mail, postage prepaid, on the parties listed below.

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
*Counsel For Debtors*

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York  10036
*Counsel For Debtors*

Douglas P. Bartner, Esq.
Constance A. Fratianni, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York  10022-6069
*Counsel For Debtors*

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

/s/ Jil Mazer-Marino
Jil Mazer-Marino (JM-6470)

1

G:\Johnson\American\Delphi\lit\cos-Verified Statement.doc