BERRY MOORMAN P.C.
James P. Murphy
535 Griswold, Suite 1900
Detroit, Michigan 48226
(313) 496-1200  Fax: (313) 496-1300
murph@berrymoorman.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
IN RE:                                                    :  Chapter 11
                                                          :
DELPHI CORPORATION, *et al.,*                             :  Case No. 05-44481 (RDD)
                                                          :
    Debtors.                                              :  (Jointly Administered)
------------------------------------------------------------ x

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

    I, James P. Murphy, a member in good standing of the bar of the State of Michigan, the bars of the U.S. District Court for the Eastern District of Michigan, U.S. District Court for the Western District of Michigan, the United States Bankruptcy Court for the Eastern District of Michigan, United States Appellate Courts--Sixth Circuit of Michigan, and the U.S. Supreme Court, request admission *pro hac vice,* before the Honorable Robert D. Drain to represent KAMAX, LP, a party-in-interest in the above-referenced case.

    My address is:    BERRY MOORMAN P.C.
                                 James P. Murphy
                                 535 Griswold, Suite 1900
                                 Detroit, Michigan 48226
                                 murph@berrymoorman.com
                                 Telephone: (313) 496-1200
                                 Facsimile:  (313) 496-1300

    I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice.*

Dated: October 24, 2005
       Detroit, MI
                                 /s/  James P. Murphy                     .
                                 James P. Murphy (MI Bar No. P36728)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
IN RE:                                          : Chapter 11
                                                :
DELPHI CORPORATION, *et al.,*                   : Case No. 05-44481 (RDD)
                                                :
    Debtors.                 : (Jointly Administered)
---------------------------------------------------------------- x

**ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

UPON the motion of James P. Murphy dated October 20, 2005, for admission *pro hac vice* in this bankruptcy case, it is hereby

ORDERED that James P. Murphy is admitted to practice, *pro hac vice*, in the above-referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____
     New York, New York

                                  /s/_____
                                  UNITED STATES BANKRUPTCY JUDGE