Daniel D. Doyle (*pro hac* pendin*g*)
Nicholas A. Franke (*pro hac* pending)
David M. Brown (*pro hac* pending)
SPENCER FANE BRITT & BROWNE, LLP
1 North Brentwood Boulevard, Tenth Floor
St. Louis, MO 63105
(314) 863-7733 – telephone
(314) 862-4656 – facsimile

J. Brian McTigue  (*pro hac* pending)
Cornish F. Hitchcock (*pro hac* pending)
MCTIGUE LAW FIRM
5301 Wisconsin Ave. N.W., Suite 350
Washington, DC  20015
(202) 364-6900 - telephone
(202) 364-9960 - fax

COUNSEL FOR MICHAEL BEARD, RUSSELL DETWILER, FLOYD JONES AND JOHN M. MCGRATH, as retirees not covered by the collective bargaining agreement.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | CASE No. 05-44481 (RDD) |
| | ) | Jointly Administered |
| DELPHI CORPORATION, et al., | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | **MOTION FOR ADMISSION TO** |
| | ) | **PRACTICE PRO HAC VICE** |

I, Nicholas A. Franke, a member in good standing of the bar in the State of Missouri, and of the bar of the U.S. District Court for the Eastern District of Missouri, request admission, *pro hac vice* before the Honorable Robert D. Drain, to represent Michael Beard, Russell Detwiler, Floyd Jones, and John M. McGrath, as retirees not covered by the collective bargaining agreement in the above referenced case.

191649.1

My address is: Spencer Fane Britt & Browne LLP, One North Brentwood Blvd, Tenth Floor, St. Louis, MO 63105; my e-mail is nfranke@spencerfane.com; and my telephone number is (314) 863-7733.

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: October 24, 2005					Respectfully submitted,

/s/Nicholas A. Franke
Daniel D. Doyle    (*pro hac* pending)
Nicholas A. Franke (*pro hac* pending)
David M. Brown    (*pro hac* pending)
1 North Brentwood Boulevard, 10th Floor
St. Louis, MO 63105
(314) 863-7733
(314) 862-4656– Fax

ATTORNEYS FOR MICHAEL BEARD,
RUSSELL DETWILER, FLOYD JONES AND
JOHN M. MCGRATH

**Certificate of Service**

The undersigned certifies that the foregoing document was sent by U.S. Mail, postage prepaid, unless electronically served, this 24th day of October, 2005 to the following:

John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Kayalyn A. Marafioti
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Kurtzman Carson Consultants LLC
12910 Culver Blvd
Suite I
Los Angeles, CA 90066

/s/ Kim Collier

3

191649.1