UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

Delphi Corporation,

                                                                                                                             In re: Case No. 05-44481-rdd
                                                                                                                             Chapter
                                Debtor.
-----------------------------------------------------------------x

                                          Plaintiff                    Adversary Proceeding
                                                                                 Case No.
            v.

                                          Defendant
-----------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, <u>George B. Cauthen</u>, a member in good standing of the bar in the State of

<u>South Carolina</u>, or of the bar of the U.S. District Court for the _____ District of

<u>South Carolina</u>, request admission, *pro hac vice*, before the Honorable

<u>Robert D. Drain</u>, to represent <u>Dätwyler Rubber & Plastics, Inc.</u>, a

<u>party-in-interest</u> in the above referenced [✔] case [ ] adversary proceeding.

My:   address is <u>Nelson Mullins Riley & Scarborough, LLP, PO Box 11070, Columbia, SC 29211</u>
         e-mail address is <u>george.cauthen@nelsonmullins.com</u>; telephone number is <u>(803) 255-9425</u>

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: October **21**, 2005
         New York, New York                     */s/ George B. Cauthen*
                                                                  George B. Cauthen
                                                                  Nelson Mullins Riley & Scarborough, LLP
                                                                  PO Box 11070
                                                                  Columbia, SC 29211