UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Delphi Corporation,

                                                                In re: Case No.  05-44481-rdd
                                                                Chapter

                          Debtor.
------------------------------------------------------------x



                          Plaintiff                 Adversary Proceeding
                                                    Case No.

              v.



                          Defendant
------------------------------------------------------------x

            **MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*


I, Jody A. Bedenbaugh                    , a member in good standing of the bar in the State of

South Carolina        , or of the bar of the U.S. District Court for the _____ District of

South Carolina , request admission, *pro hac vice*, before the Honorable

Robert D. Drain          , to represent Datwyler Rubber & Plastics, Inc.                    , a

party-in-interest                  in the above referenced ☑ case ☐ adversary proceeding.

My:    address is Nelson Mullins Riley & Scarborough, LLP, PO Box 11070, Columbia, SC 29211

       e-mail address is jody.bedenbaugh@nelsonmullins.com ; telephone number is (803) 255-9820

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.


Dated: October 2\ , 2005

              New York, New York              _____
                                              Jody A. Bedenbaugh
                                              Nelson Mullins Riley & Scarborough, LLP
                                              PO Box 11070
                                              Columbia, SC 29211