UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.,* | ) | Case No. 05-44481 |
| | ) | Judge Robert D. Drain |
| Debtors. | ) | |
| | ) | |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Robert D. Wolford, a member in good standing of the bar in the State of Michigan, request admission, ***pro hac vice,*** before the Honorable Robert D. Drain, to represent Pridgeon & Clay, Inc. a creditor in the above referenced case.

My:   address is Miller Johnson, 250 Monroe Avenue, NW, Suite 800, P.O. Box 306, Grand Rapids, MI 49501-0306

e-mail address is:  ecfWolfordR@mjsc.com; telephone number is:  (616) 831-1726

I agree to pay the fee of $25 upon approval of this Court admitting me to practice ***pro hac vice***.

Date: October 17, 2005        By   */s/ Robert D. Wolford*
                                     Robert D. Wolford (P62595)

## ORDER

**ORDERED,**
That Robert D. Wolford, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.
Dated:

   New York, New York
                                             UNITED STATES BANKRUPTCY JUDGE