PRYOR & MANDELUP, L.L.P.
Kenneth A. Reynolds, Esq.
675 Old Country Road
Westbury, New York 11590
(516) 997-0999
kar@pryormandelup.com
11-3261335
kar3808

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :
                                                                 :    Chapter 11
DELPHI CORPORATION, *et al.*                                     :
                                                                 :    Case No. 05-44481 (ajg)
                        Debtor.                                  :
-----------------------------------------------------------------x

## JOINDER OF NATIONAL MOLDING CORP. AND SECURITY PLASTICS DIVISION/NMC, LLC IN LIMITED OBJECTIONS TO DIP FINANCING MOTION AND INTERIM DIP FINANCING ORDER, AND REQUEST FOR ADEQUATE PROTECTION FOR PRE-PETITION SETOFF RIGHTS AS WELL AS PRESERVATION OF RECLAMATION RIGHTS

National Molding Corp. and Security Plastics Division/NMC, LLC hereby follow in Joinder of Omega Tool Corp., L&W Engineering Co., Southtec, LLC, Dott Industries, Inc., ALPS Automotive, Inc., Pioneer Automotive Technologies, Inc., Lakeside Plastics Limited, Android Industries, Inc., AI-Doraville, LLC and AI-Genesee, LLC in Limited Objections to DIP Financing Motion and Interim DIP Financing Order, and Request for Adequate Protection For Pre-Petition Set Off Rights As Well As Preservation of Reclamation Rights.

Dated: Westbury, New York
       October 24, 2005           PRYOR & MANDELUP, LLP
                                  Attorneys for National Molding Corporation and
                                  Security Plastics Division/NMC, LLC

                            By:   */s/ Kenneth A. Reynolds*
                                  Kenneth A. Reynolds (KAR3808)
                                  675 Old Country Road
                                  Westbury, New York 11590
                                  Tel.:  (516) 997-0999
                                  Fax.:  (516) 333-7333
                                  Email: kar@pryormandelup.com