PRYOR & MANDELUP, L.L.P.
Kenneth A. Reynolds, Esq.
675 Old Country Road
Westbury, New York 11590
(516) 997-0999
kar@pryormandelup.com
11-3261335
kar3808

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
In re                              :
                                   :      **Chapter 11**
**DELPHI CORPORATION,** *et al.*   :
                                   :      **Case No. 05-44481 (ajg)**
              Debtor.              :
----------------------------------------------------------------x

AFFIDAVIT OF SERVICE BY REGULAR MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

**DIANE GIUGLIANO**, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside at Lynbrook, New York.

On October 25, 2005, I served the **JOINDER OF NATIONAL MOLDING CORP. AND SECURITY PLASTICS DIVISION/NMC, LLC IN LIMITED OBJECTIONS TO DIP FINANCING MOTION AND INTERIM DIP FINANCING ORDER, AND REQUEST FOR ADEQUATE PROTECTION FOR PRE-PETITION SETOFF RIGHTS AS WELL AS PRESERVATION OF RECLAMATION RIGHTS** upon the following parties at their respective addresses on the annexed service list by depositing a true copy in a postpaid, properly addressed envelope by regular mail, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York:

SEE ANNEXED SERVICE LIST.

*/s/ Diane Giugliano*
Diane Giugliano

Sworn to before me this
25th day of October, 2005        **KAREN A. FRAUENTHAL**
                                            **Notary Public, State of New York**
                                            **No. 01FR6102738**
                                            **Qualified in Nassau County**
*/s/ Karen Frauenthal*                      **Commission Expires December 08, 2007**
Notary Public

**SERVICE LIST**
- 1 -

DELPHI CORPORATION
5725 DELPHI DRIVE
TROY, MI 48098

JOHN WM. BUTLER, JR.
SKADDEN ARPS SLATE MEAGHER & FLOM
333 WEST WACKER DRIVE
CHICAGO, IL 60606-1285

ALICIA M. LEONHARD
OFFICE OF THE UNITED STATES TRUSTEE - S.D.N.Y
33 WHITEHALL STREET, SUITE 2100
NEW YORK, NY 10004

KAYALYN A. MARAFIOTI
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
FOUR TIMES SQUARE
NEW YORK, NY 10036

ROBERT N. MICHAELSON
KIRKPATRICK & LOCKHART, LLP
599 LEXINGTON AVENUE
NEW YORK, NY 10022

THOMAS J. MATZ
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
FOUR TIMES SQUARE
NEW YORK, NY 10036-6522

ALLAN S. BRILLIANT, ESQ.
AND BRIAN W. HARVEY, ESQ.
GOODWIN PROCTER LLP
COUNSEL FOR THE AD HOC COMMITTEE OF PREPETITION SECURED LENDERS
599 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022

MICHELLE ROBSON
CAPITAL RESEARCH & MGMT CO
CREDITOR COMMITTEE MEMBER
11100 SANTA MONICA BLVD, 15TH FL
LOS ANGELES, CA 90025

BRUCE SIMON
COHEN WEISS & SIMON
330 W 42ND ST
NEW YORK, NY 10036

STEVEN J REISMAN
CURTIS MALLET-PREVOST COLT & MOSLE LLP
COUNSEL FOR FLEXTRONICS INTERNATIONAL USA INC
101 PK AVE
NEW YORK, NY 10178-0061

DONALD BERNSTEIN
DAVIS POLK & WARDWELL
POSTPETITION ADMINISTRATIVE AGENT
450 LEXINGTON AVE
NEW YORK, NY 10017

SEAN CORCORAN KAREN CRAFT
DELPHI CORPORATION
DEBTORS
5725 DELPHI DR
TROY, MI 48098

MICHAEL NEFKENS
ELECTRONIC DATA SYSTEMS CORP
CREDITOR COMMITTEE MEMBER
5505 CORPORATE DR MSIA
TROY, MI 48098

PAUL W ANDERSON
FLEXTRONICS INTERNL. ASIA-PACIFIC LTD
C/O FLEXTRONICS INTERNATIONAL USA INC
CREDITOR COMMITTEE MEMBER
2090 FORTUNE DR
SAN JOSE, CA 95131

RICHARD LEE CHAMBERS III
FREESCALE SEMICONDUCTOR INC
CREDITOR COMMITTEE MEMBER
6501 WILLIAM CANNON DR WEST, MD OE16
AUSTIN, TX 78735

RANDALL S EISENBERG – FTI CONSULTING INC
FINANCIAL ADVISORS TO DEBTORS
3 TIMES SQUARE, 11TH FL
NEW YORK, NY 10036

VALERIE VENABLE
GENERAL ELECTRIC COMPANY
CREDITOR COMMITTEE MEMBER
ONE PLASTICS AVE
PITTSFIELD, MA 01201

JOHN DEVINE
GENERAL MOTORS CORPORATION
300 RENAISSANCE CTR
PO BOX 300
DETROIT, MI 48265

LONIE A HASSEL
GROOM LAW GROUP
COUNSEL FOR EMPLOYEE BENEFITS
1701 PENNSYLVANIA AVE NW
WASHINGTON, DC 20006

STEPHEN H GROSS
HODGSON RUSS LLP
COUNSEL FOR HEXCEL CORPORATION
152 WEST 57TH ST, 35TH FL
NEW YORK, NY 10019

ATTN: INSOLVENCY DEPARTMENT
INTERNAL REVENUE SERVICE
290 BROADWAY, 5TH FL
NEW YORK, NY 10007

| | |
|---|---|
| ATTN: INSOLVENCY DEPARTMENT<br>INTERNAL REVENUE SERVICE – MICHIGAN IRS<br>477 MICHIGAN AVE<br>MAIL STOP 15<br>DETROIT, MI 48226 | JOSEPH T MOLDOVAN ESQ<br>MORRISON COHEN LLP<br>COUNSEL FOR BLUE CROSS AND BLUE SHIELD OF MICHIGAN<br>909 THIRD AVE<br>NEW YORK, NY 10022 |
| HENRY REICHARD<br>IUE-CWA<br>CREDITOR COMMITTEE MEMBER<br>2360 W DOROTHY LN, STE 201<br>DAYTON, OH 45439 | ATTORNEY GENERAL ELIOT SPITZER<br>OFFICE OF NEW YORK STATE<br>NEW YORK ATTORNEY GENERAL'S OFFICE<br>120 BROADWAY<br>NEW YORK CITY, NY 10271 |
| BILL DERROUGH<br>JEFFERIES & COMPANY INC<br>UCC PROFESSIONAL<br>520 MADISON AVE, 12TH FL<br>NEW YORK, NY 10022 | TOM A JERMAN RACHEL JANGER<br>O'MELVENY & MEYER LLP<br>SPECIAL LABOR COUNSEL<br>1625 EYE ST NW<br>WASHINGTON, DC 20006 |
| THOMAS F MAHER RICHARD DUKER GIANNI RUSSELLO<br>JPMORGAN CHASE BANK NA<br>POSTPETITION ADMINISTRATIVE AGENT<br>270 PK AVE<br>NEW YORK, NY 10017 | ROBERT SIEGEL<br>O'MELVENY & MEYER LLP<br>SPECIAL LABOR COUNSEL<br>400 SOUTH HOPE ST<br>LOS ANGELES, CA 90071 |
| CLIFFORD TRAPANI<br>JPMORGAN CHASE BANK NA<br>POSTPETITION ADMINISTRATIVE AGENT<br>LOAN AND AGENCY SERVICES GROUP<br>1111 FANNIN 10TH FL<br>HOUSTON, TX 77002 | JEFFREY COHEN<br>PENSION BENEFIT GUARANTY CORPORATION<br>COUNSEL FOR PENSION BENEFIT GUARANTY CORPORATION<br>1200 K ST NW, STE 340<br>WASHINGTON, DC 20005 |
| KHUYEN TA<br>JPMORGAN CHASE BANK NA<br>PREPETITION ADMINISTRATIVE AGENT<br>AGENT BANK SERVICES GROUP<br>1111 FANNIN 10TH FL<br>HOUSTON, TX 77002 | RALPH L LANDY<br>PENSION BENEFIT GUARANTY CORPORATION<br>CHIEF COUNSEL FOR THE PENSION BENEFIT GUARANTY CORPORATION<br>1200 K ST NW, STE 340<br>WASHINGTON, DC 20005-4026 |
| VILMA FRANCIS<br>JPMORGAN CHASE BANK NA<br>PREPETITION ADMINISTRATIVE AGENT<br>270 PK AVE<br>NEW YORK, NY 10017 | SANDRA A RIEMER – PHILLIPS NIZER LLP<br>COUNSEL FOR FREESCALE SEMICONDUCTOR INC F/K/A MOTOROLA SEMICONDUCTOR SYSTEMS<br>666 FIFTH AVE<br>NEW YORK, NY 10103 |
| JAMES LE<br>KURTZMAN CARSON CONSULTANTS<br>NOTICING AND CLAIMS AGENT:<br>12910 CULVER BLVD, STE I<br>LOS ANGELES, CA 90066 | DAVID L RESNICK<br>ROTHCHILD INC<br>FINANCIAL ADVISOR<br>1251 AVE OF THE AMERICAS<br>NEW YORK, NY 10020 |
| ROBERT J ROSENBERG<br>LATHAM & WATKINS LLP<br>UCC PROFESSIONAL<br>885 THIRD AVE<br>NEW YORK, NY 10022 | REORGANIZATION BRANCH<br>SECURITIES AND EXCHANGE COMMISSION<br>233 BROADWAY<br>NEW YORK, NY 10279 |
| MELISSA KNOLLS<br>MESIROW FINANCIAL<br>UCC PROFESSIONAL<br>350 N CLARK ST<br>CHICAGO, IL 60610 | ROBERT W DREMLUCK<br>SEYFARTH SHAW LLP<br>COUNSEL FOR MURATA ELECTRONCS NORTH<br>1270 AVE OF THE AMERICAS, STE 2500<br>NEW YORK, NY 10020-1801 |

I:\CLIENT FILES\National Molding\Joinder\AOSJoinder by RegMail.wpd

**DOUGLAS BARTNER JILL FRIZZLEY**
**SHEARMAN & STERLING LLP**
**LOCAL COUNSEL TO THE DEBTORS**
**599 LEXINGTON AVE**
**NEW YORK, NY 10022**

**KENNETH S ZIMAN ROBERT H TRUST WILLIAM T RUSSELL JR**
**SIMPSON THATCHER & BARTLETT LLP**
**PREPETITION ADMINISTRATIVE AGENT**
**425 LEXINGTON AVE**
**NEW YORK, NY 10017**

**JOHN WM BUTLER JOHN K LYONS RON E MEISLER**
**SKADDEN ARPS SLATE MEAGHER & FLOM LLP**
**COUNSEL TO THE DEBTOR**
**333 W WACKER DR, STE 2100**
**CHICAGO, IL 60606**

**KAYALYN A MARAFIOTI THOMAS J MATZ**
**SKADDEN ARPS SLATE MEAGHER & FLOM LLP**
**COUNSEL TO THE DEBTOR**
**4 TIMES SQUARE**
**NEW YORK, NY 10036**

**CHESTER B SALOMON**
**CONSTANTINE D POURAKIS**
**STEVENS & LEE PC**
**COUNSEL FOR WAMCO INC**
**485 MADISON AVE, 20TH FL**
**NEW YORK, NY 10022**

**ALBERT TOGUT**
**TOGUT SEGAL & SEGAL LLP**
**CONFLICTS COUNSEL TO THE DEBTORS**
**ONE PENN PLAZA, STE 3335**
**NEW YORK, NY 10119**

**DEIRDRE A MARTINI**
**UNITED STATES TRUSTEE**
**UNITED STATES TRUSTEE**
**33 WHITEHALL ST, STE 2100**
**NEW YORK, NY 10004**

**STEVEN M CIMALORE – WILMINGTON TRUST CO**
**CREDITOR COMMITTEE MEM/INDENTURE TRUSTEE**
**RODNEY SQUARE NORTH**
**1100 NORTH MARKET ST**
**WILMINGTON, DE 19890**