**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, | ) | Case No. 05-44481-rdd |
| | ) | |
| Debtor. | ) | Judge Robert D. Drain |
| | ) | |

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Michael G. Cruse, a member in good standing of the bar in the State of Michigan, and of the bar of the U. S. District Court for the Eastern District of Michigan, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent COMPUWARE CORPORATION, creditor and party in interest in the above-referenced case.

My address is:    Michael G. Cruse
Warner Norcross & Judd LLP
2000 Town Center, Suite 2700
Southfield, MI 48075-1313
e-mail address is mcruse@wnj.com; telephone number is (248) 784-5131.

I agree to pay the fee of $25 upon approval by this Court admitting me to practice ***pro hac vice***.

Dated: October 14, 2005
Southfield, Michigan            /s/Michael G. Cruse
                                                Michael G. Cruse (P38837)

---

**ORDER**

**IT IS ORDERED,**
that Michael G. Cruse, Esq. is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: October 25, 2005            /s/Robert D. Drain
New York, New York            Robert D. Drain
                                                United States Bankruptcy Judge

1177658