UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| | : Case No.  05-44481 (RDD) |
| DELPHI CORP., *et al.*, | : (Jointly Administered) |
| | : |
| Debtors. | : |
| | : |

------------------------------------------------------------X

## CERTIFICATION OF FILING AND PROOF OF SERVICE

BRIAN D. SPECTOR, of full age, hereby certifies as follows:

On October 24, 2005, I caused the following papers to be filed and served, as follows:

| | |
|---|---|
| DOCUMENTS: | Joinder of Hitachi Automotive Products (USA), Inc. in Limited Objections to DIP Financing Motion and Interim DIP Financing Order, and Request for Adequate Protection for Pre-Petition Setoff Rights As Well As Preservation of Reclamation Rights. |
| FILED WITH:<br>(Method of Filing) | Clerk, United States Bankruptcy Court<br>Southern District of New York<br>(Electronic Mail) |
| COPIES SERVED UPON:<br>(Method of Service) | All Parties Listed on Notice of Electronic Filing<br>(Electronic Mail) |
| | All Parties Listed on Notice of Electronic Filing<br>(First-Class Mail) |

I certify that the foregoing statements made by me are true.  I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.

                    /s/ Brian D. Spector
                    Brian D. Spector (BS/7343)
                    Spector & Ehrenworth, P.C.
                    30 Columbia Turnpike
                    Florham Park, New Jersey  07932
                    973-593-4800 (telephone)
                    973-593-4848 (fax)
                    Attorneys for Hitachi Automotive Products (USA), Inc.

Dated: October 25, 2005
       Florham Park, New Jersey