UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re:                                        Chapter 11

DELPHI CORPORATION et al.                     Case No. 05-44481
                                              (Jointly Administered)
                        Debtors.

--------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

IT IS ORDERED that Arlene N. Gelman, Esq. is admitted to practice, ***pro hac vice,*** in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.


Dated: October 25, 2005                    /s/ Robert D. Drain_____
       New York, New York                       United States Bankruptcy Judge