UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION et al. | Case No. 05-44481 |
| | (Jointly Administered) |
| Debtors. | |

--------------------------------------------------------x

# ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

IT IS ORDERED that Gary E. Green is admitted to practice, *pro hac vice,* in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.


Dated: October 25, 2005                    /s/ Robert D. Drain
       New York, New York                       United States Bankruptcy Judge