WALLER LANSDEN DORTCH & DAVIS, PLLC
Attorneys for Nissan North America, Inc.
511 Union Street, Suite 2700
Nashville, TN 37219
(615)244-6380
(615) 244-6804 (fax)
David E. Lemke, Esq. (TN: BPR No. 13586) *Pro Hac Vice*
David.Lemke@wallerlaw.com
Robert J. Welhoelter, Esq. (NY: RW 8830; TN: BPR No. 24203)
Robert.Welhoelter@wallerlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -- - - - - - - - - - - -x
In re:                                              :
                                                    :
DELPHI CORPORATION, et al.,         :          Chapter 11
                                                    :          Case No.  05-44481-rdd
                 Debtors.                       :          Jointly Administered
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Robert J. Welhoelter, a member in good standing of the bar of the State of New York and the State of Tennessee, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Nissan North America, Inc., a party-in-interest in the above referenced case.

My address is:  511 Union Street, Suite 2700
Nashville, TN 37219
Robert.Welhoelter@wallerlaw.com
(615) 244-6380 (phone)
(615) 244-6804 (fax)

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice ***pro hac vice***.

Dated:        October 25, 2005          Respectfully submitted,
                   Nashville, TN

                                                  WALLER LANSDEN DORTCH & DAVIS, PLLC

                                                  By: ___/s/ Robert J. Welhoelter_____
                                                          David E. Lemke
                                                          Robert J. Welhoelter
                                                          511 Union Street, Suite 2700
                                                          Nashville, TN 37219
                                                          (615) 244-6380
                                                          (615) 244-6804 (fax)
                                                          David.Lemke@wallerlaw.com
                                                          Robert.Welhoelter@wallerlaw.com