WALLER LANSDEN DORTCH & DAVIS, PLLC
Attorneys for Nissan North America, Inc.
511 Union Street, Suite 2700
Nashville, TN 37219
(615)244-6380
(615) 244-6804 (fax)
David E. Lemke, Esq. (TN 13586) *Pro Hac Vice pending*
David.Lemke@wallerlaw.com
Robert J. Welhoelter, Esq. (NY RW8830)
Robert.Welhoelter@wallerlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -- - - - - - - - - - -x
In re:                                    :
                                          :
DELPHI CORPORATION, et al.,               :        Chapter 11
                                          :        Case No.  05-44481-rdd
            Debtors.                      :        Jointly Administered
- - - - - - - - - - - - - - - - - - - - - - - - - - -x

### ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

        IT IS ORDERED that Robert J. Welhoelter, Esq., is admitted to practice, **pro hac**

**vice,** in the above referenced case, in the United States Bankruptcy Court, Southern District of

New York, subject to payment of the filing fee.


Dated:        _____        /s/_____
              New York, New York                  United States Bankruptcy Judge

1156137.1