John H. Maddock, III (JM-9924)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA  23219-4030
(804) 775-1000

Attorney for Siemens Logistics and Assembly Systems Inc.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 05-44481 |
| DELPHI CORPORATION, et al., ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

**NOTICE OF APPEARANCE AND REQUEST
TO BE PLACED ON SERVICE LIST**

McGuireWoods LLP of Richmond, Virginia, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), hereby notes its appearance on behalf of Siemens Logistics and Assembly Systems Inc., party in interest in this bankruptcy case, and requests that copies of all notices, pleadings and papers in this bankruptcy case, including, without limitation, any and all notices and pleadings required to be served under Federal Rule of Bankruptcy Procedure 2002, be mailed or otherwise served on it at the following address which should be added to the service list in this bankruptcy case:

05-44481-rdd    Doc 609    Filed 10/25/05    Entered 10/25/05 11:28:00    Main Document
Pg 2 of 3

        Elizabeth L. Gunn, Esq.
        McGUIREWOODS LLP
        One James Center
        901 East Cary Street
        Richmond, Virginia 23219-4030

**Please take notice** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive the right of Siemens Logistics and Assembly Systems Inc. (1) to have final orders in non-core matters entered only after *de novo* review by a District Court judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any rights, claims, actions, defenses, setoffs, or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, or recoupments are expressly reserved.

Dated: October 25, 2005                Respectfully Submitted,
       Richmond, Virginia

                              /s/ John H. Maddock, III
                          John H. Maddock, III, Esq. (JM-9924)
                          McGUIREWOODS LLP
                          One James Center
                          901 East Cary Street
                          Richmond, Virginia 23219-4030
                          (804) 775-1000

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed to each of the following this 25th day of October, 2005:

>John Wm. Butler, Jr.
>Skadden, Arps, Slate, Meagher & Flom LLP
>333 West Wacker Drive
>Chicago, IL  60606-1285

>Kayalyn A. Marafioti
>Thomas J. Matz
>Skadden, Arps, Slate, Meagher & Flom LLP
>Four Times Square
>New York, NY  10036

>Ira M. Levee
>Lowenstein Sandler, P.C.
>65 Livingston Ave.
>Roseland, NJ  07068

>Alicia M. Leonhard
>Office of the United States Trustee
>Southern District of New York
>33 Whitehall Street, Suite 2100
>New York, NY  10004

>Mark A. Broude
>Robert J. Rosenberg
>Latham & Watkins
>885 Third Avenue
>New York, NY  10022

>>/s/ John H. Maddock, III
>>John H. Maddock, III, Esq.

\\FIN\260019.1