## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| DELPHI CORPORATION, et al., | : | Chapter 11 |
| | : | |
| | : | Case No. 05-44481 |
| Debtors. | : | |

___

### NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES, AND
### REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MAILING LIST
___

J. Michael Debbeler, Susan M. Argo and GRAYDON HEAD & RITCHEY LLP enter their appearance as counsel (hereafter "GHR"). As directed by Federal Rule of Bankruptcy Procedure 9010(b), the attorneys' name, office address, telephone number, and facsimile number are:

J. Michael Debbeler, Esq.
Susan M. Argo, Esq.
GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202
Telephone: (513) 621-6464
Fax: (513) 651-3836

GHR hereby requests that copies of all notices required by the Federal Rules of Bankruptcy Procedure to be given, including notices under Rule 2002(I), be given to it by service upon its attorneys at the address shown above.

GHR, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), further requests that copies of all plans and disclosure statements filed herein by any party be served upon it at the address indicated above.

GHR also hereby requests special notice of all pleadings, motions, applications, and other documents and papers pertaining to the above-captioned case, or any adversary proceeding, contested or uncontested matter therein, including all notices required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, or any other rule or law to be noticed and served upon creditors, any creditors committee, the debtor or any other parties in interest.

This request includes all types of notice referred to in the Federal Rules of Bankruptcy Procedure and also includes, without limitation, the request that counsel as set forth above be served with all papers filed with the Bankruptcy Court, all reports and statements submitted to the United States Trustee, and all notices, orders, applications, complaints, demands, motions, petitions, pleadings and requests, or any other papers brought before the Court in this case, whether formal or informal, written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, e-mail, telecopier, or otherwise.

It is requested that all such pleadings, notices, and other papers or communications be directed to its counsel listed above, and that the above address be included in the mailing list that the debtor is required to maintain and properly furnish.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and demand for service of papers nor any subsequent appearance, pleading, proof of claim or other writing or conduct shall constitute a waiver of any of the GHR's (a) rights to have any and all final orders in any and all noncore matters entered only after *de novo* review by a United States District

Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, defenses, setoffs, or other matters.  All of such rights hereby are reserved and preserved by GHR without exemption and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participant in the case.

Respectfully submitted,

/s/ J. Michael Debbeler
J. Michael Debbeler (0012991)
Susan M. Argo (0067281)
GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202
Telephone:  (513) 621-6464
Fax:  (513) 651-3836
E-mail:  mdebbeler@graydon.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and accurate copy of the foregoing has been duly served via CM/ECF this 25th day of October, 2005.

                                         /s/ J. Michael Debbeler
                                         J. Michael Debbeler (0012991)