# **<u>EXHIBIT O</u>**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
          In re                               :    Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :    Case No. 05-44481 (RDD)
                                              :
                          Debtors.            :    (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

INTERIM ORDER UNDER 11 U.S.C. § 327(a) AND
FED. R. BANKR. P. 2014(a) (I) AUTHORIZING THE EMPLOYMENT AND
RETENTION OF TOGUT, SEGAL & SEGAL LLP AS CONFLICTS COUNSEL
<u>FOR THE DEBTORS AND (II) SCHEDULING FINAL HEARING THEREON</u>

("TOGUT RETENTION INTERIM ORDER")

Upon the application, dated October 8, 2005 (the "Application"),[1] of Delphi

Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), for an interim order (the "Interim Order")

under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) authorizing the employment and retention

of Togut, Segal & Segal ("TS&S") as conflicts counsel in these chapter 11 cases pursuant to the

engagement letter, dated October 5, 2005 (the "Engagement Letter"), attached to the Application

as <u>Exhibit B</u> and (b) scheduling a final hearing thereon; and upon the Affidavit Of Robert S.

Miller, Jr. In Support Of Chapter 11 Petitions And First Day Orders, sworn to October 8, 2005,

and the Declaration of Albert Togut, dated October 8, 2005, in support of the Application (the

"Togut Declaration"); and this Court having determined that the relief requested in the

Application is in the best interests of the Debtors, their estates, their creditors, and other

parties-in-interest; and it appearing that proper and adequate notice of the Application has been

---

[1]    Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the
Application.

given and that no other or further notice is necessary; and after due deliberation thereon; and

good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.    The Application is GRANTED on an interim basis.

2.    Subject to the terms of this Interim Order, the Application and the

Engagement Letter are approved in all respects.

3.    In accordance with section 327(a) of title 11 of the United States Code, 11

U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code") and Rule 2014(a) of the Federal Rules

of Bankruptcy Procedure (the "Bankruptcy Rules"), each of the Debtors, as a debtor-in-

possession, is authorized to employ and retain TS&S as its conflicts counsel, effective as of the

date of the Application, to perform the services described in the Application and as set forth in

the Engagement Letters.

4.    In accordance with section 327(a) of the Bankruptcy Code, the Debtors are

authorized to employ and retain TS&S as their conflicts counsel (a) to perform services on the

bankruptcy-related matters for which Skadden Arps Slate Meagher & Flom LLP and Affiliates

("Skadden") cannot handle because such matters involve its clients (each, a "Client," and

collectively, the "Clients") and could present conflicts of interest and (b) to perform other

discrete duties as are assigned by Skadden to TS&S as generally described in the Application

and the Togut Declaration.

5.    When a bankruptcy-related matter concerning any Client is identified in the

Debtors' cases, Skadden shall promptly notify TS&S of that fact so that TS&S may immediately

advise the Debtors.

2

6.   If the Debtors are adverse to any Client, TS&S and not Skadden shall represent the Debtors in such matter.

7.   TS&S shall be compensated in accordance with the standards and procedures set forth in sections 330 and 331 of the Bankruptcy Code and all applicable Bankruptcy Rules, Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), guidelines promulgated by the Office of the United States Trustee, and further orders of this Court.

8.   This Interim Order shall remain in full force and effect until such time as this Court enters an order ruling on the Application on a final basis.

9.   The Debtors shall serve a notice of the final hearing to approve the Application (the "Notice"), substantially in the form attached hereto as <u>Exhibit 1</u>, on (a) the Office of the United States Trustee, (b) the Debtors' 50 largest unsecured creditors, (c) counsel for the agent under the Debtors' prepetition credit facility, (d) counsel for the agent under the Debtors' proposed postpetition credit facility, and (e) any committee appointed under section 1102 of the Bankruptcy Code.  Notice served pursuant to the preceding sentence shall be via first class mail, postage prepaid.  No further notice of the final hearing to approve the Application or of the entry of this Interim Order need be served by the Debtors.

10.   Objections, if any, to approval of the Application on a final basis must be in writing and filed timely in accordance with the requirements set forth in the Notice.  There shall be a hearing held on October 27, 2005 at 10:00 a.m. (Prevailing Eastern Time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004, to determine whether to approve, on a final basis, the retention of TS&S on the terms described in the Application.

11.    Any party-in-interest shall have the right to raise the issue of the application

of TS&S's prepetition retainer to postpetition fees and expenses incurred at any time.

12.    This Court shall retain jurisdiction to hear and determine all matters arising

from the implementation of this Interim Order.

13.    The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for

the United States Bankruptcy Court for the Southern District of New York for the service and

filing of a separate memorandum of law is deemed satisfied by the Application.

Dated:    New York, New York
          October 14, 2005


                                        /s/ ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT 1

NOTICE

**Hearing Date: October 27, 2005, 10:00 a.m.**
**Objection Deadline: October 24, 2005, 4:00 p.m.**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
              :
   In re        :  Chapter 11
              :
DELPHI CORPORATION, et al., :  Case No. 05-44481 (RDD)
              :
       Debtors. :  (Jointly Administered)
              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

NOTICE OF APPLICATION AND ENTRY OF INTERIM ORDER
UNDER 11 U.S.C. § 327(a) AND FED. R. BANKR. P. 2014 (a)
(I) AUTHORIZING EMPLOYMENT AND RETENTION OF
TOGUT, SEGAL & SEGAL AS CONFLICTS COUNSEL FOR
DEBTORS AND (II) SCHEDULING FINAL HEARING THEREON

6

PLEASE TAKE NOTICE that on October 8, 2005, Delphi Corporation

("Delphi"), and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), filed the Application For Order Under 11

U.S.C. § 327(a) And Fed. R. Bankr. P. 2014(a) (I) Authorizing Employment And Retention Of

Togut, Segal & Segal LLP As Conflicts Counsel For Debtors And (II) Scheduling Final Hearing

Thereon (the "Application").

PLEASE TAKE FURTHER NOTICE that on October __, 2005, the United States

Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an

interim order granting the relief requested in the Application, a copy of which is enclosed

herewith.

PLEASE TAKE FURTHER NOTICE that a hearing ("the Hearing") to consider

approval of the Application on a final basis will be held on October 27, 2005, at 10:00 a.m.

(Prevailing Eastern Time) before the Honorable Robert D. Drain, United States Bankruptcy

Court for the Southern District of New York, One Bowling Green, Room 610, New York, New

York 10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to approval of the

Application on a final basis must (a) be in writing, (b) conform to the Federal Rules of

Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York,

(c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) –

registered users of the Bankruptcy Court's case filing system must file electronically, and all

other parties in interest must file on a 3.5 inch disk (preferably in Portable Document Format

(PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in

hard-copy form directly to the chambers of the Honorable Robert D. Drain, and (e) be served

upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General

Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West

Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) conflicts

counsel to the Debtors Togut, Segal & Segal LLP (Att'n:  Albert Togut), (iv) special counsel to

the Debtors, Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022

(Att'n:  Douglas P. Bartner), (v) counsel for the agent under the Debtors' prepetition credit

facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017

(Att'n:  Marissa Wesley), (vi) counsel for the agent under the Debtors' proposed postpetition

credit facility, Davis Polk & Wardell, 450 Lexington Avenue, New York, New York 10017

(Att'n:  Marlane Melican), (vii) counsel to any official committee formed in these cases, and

(viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall

Street, Suite 2100, New York, New York 10004 (Att'n:  Alicia M. Leonhard), in each case so as

to be **received** no later than **4:00 p.m. (Prevailing Eastern Time)** on **October 24, 2005** (the

"Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections made in writing and filed timely and received by the Objection Deadline will be considered by the Bankruptcy Court at the Hearing.  If no objections to the Application are filed timely and served in accordance with the procedures set forth herein, the Bankruptcy Court may enter a final order granting the Application **without further notice.**

Dated:  New York, New York
       October __, 2005

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By: _____
   John Wm. Butler, Jr.
   John K. Lyons
   Ron E. Meisler
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

   - and -

By: _____
   Kayalyn A. Marafioti (KM 9632)
   Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

# **EXHIBIT P**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
     In re                               :           Chapter 11
                                              :
DELPHI CORPORATION, <u>et</u> <u>al.</u>,                :           Case No. 05-44481 (RDD)
                                              :
                       Debtors.            :           (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

INTERIM ORDER UNDER 11 U.S.C. §§ 327(a) AND 329 AND
FED. R. BANKR. P. 2014 AND 2016 (I) AUTHORIZING EMPLOYMENT AND
RETENTION OF SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND
AFFILIATES AS ATTORNEYS FOR DEBTORS-IN-POSSESSION AND
<u>(II) SCHEDULING A FINAL HEARING THEREON</u>

("SKADDEN RETENTION INTERIM ORDER")

        Upon the application, dated October 8, 2005 (the "Application"), of

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and

debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for an

interim order (the "Interim Order") under 11 U.S.C. §§ 327(a) and 329 and Fed. R. Bankr.

P. 2014 and 2016, (a) authorizing each of the Debtors to employ and retain the law firm

of Skadden, Arps, Slate, Meagher & Flom LLP and affiliates ("Skadden" or the "Firm")

under a general retainer as their attorneys and (b) scheduling a final hearing thereon; and

upon the Affidavit Of Robert S. Miller, Jr. In Support Of Chapter 11 Petitions And First

Day Orders, sworn to October 8, 2005, and upon the Declaration Of John Wm. Butler,

Jr., a member of the Firm, dated October 8, 2005, in support of the Application (the

"Butler Declaration"); and this Court being satisfied with the representations made in

the Application and the Butler Declaration that such attorneys represent no interest

adverse to any of the Debtors' estates, that they are disinterested persons as that term is

defined under section 101(14) of the Bankruptcy Code, as modified by section 1107(b)

of the Bankruptcy Code, and that their employment is necessary and would be in the

best interests of the Debtors, their estates, their creditors, and other parties-in-interest;

and it appearing that proper and adequate notice of the Application has been given and

that no other or further notice is necessary; and after due deliberation thereon; and good

and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.      The Application is GRANTED on an interim basis.

2.      Pursuant to sections 327(a) and 329 of the Bankruptcy Code and

Rules 2014 and 2016 of the Bankruptcy Rules, each of the Debtors, as a debtor-in-

possession, is authorized to employ and retain Skadden on an interim basis as its

attorneys as of the Petition Date to perform the services as set forth in the Application.

3.      Skadden shall be compensated in accordance with the procedures

set forth in sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules

and Local Rules as may then be applicable, from time to time, and such procedures as

may be fixed by order of this Court.

4.      This Interim Order shall remain in full force and effect until such

time as this Court enters an order ruling on the Application on a final basis.

5.      The Debtors shall serve a notice of the final hearing to approve the

Application (the "Notice"), substantially in the form attached hereto as <u>Exhibit A</u>, on

(a) the Office of the United States Trustee, (b) the Debtors' 50 largest unsecured

creditors, (c) counsel for the agent under the Debtors' prepetition credit facility,

(d) counsel for the agent under the Debtors' proposed postpetition credit facility, and

(e) any committee appointed under section 1102 of the Bankruptcy Code.  Notice served

pursuant to the preceding sentence shall be via first class mail, postage prepaid.  No

further notice of the final hearing to approve the Application or of the entry of this

Interim Order need be served by the Debtors.

6.      Objections, if any, to approval of the Application on a final basis

must be in writing and filed timely in accordance with the requirements set forth in the

Notice.  There shall be a hearing held on October 27, 2005 at 10:00 a.m. (Prevailing

Eastern Time) before the Honorable Robert D. Drain, United States Bankruptcy Court

for the Southern District of New York, One Bowling Green, Room 610, New York,

New York 10004, to determine whether to approve, on a final basis, the retention of

Skadden on the terms described in the Application.

7.      Any party-in-interest shall have the right to raise the issue of the

application of Skadden's prepetition retainer to postpetition fees and expenses incurred

at any time.

8.    This Court shall retain jurisdiction to hear and determine all

matters arising from the implementation of this Interim Order.

9.    The requirement under Local Rule 9013-1(b) for the service and

filing of a separate memorandum of law is deemed satisfied by the Application.

Dated:        New York, New York
              October 14, 2005

                                        /s/ ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE

Exhibit A
Notice

<u>Hearing Date: October 27, 2005, 10:00 a.m.</u>
<u>Objection Deadline: October 24, 2005, 4:00 p.m.</u>

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler


        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, <u>et al.</u>,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                              :
            In re                             :     Chapter 11
                                              :
    DELPHI CORPORATION, <u>et al.</u>,             :     Case No. 05- 44481 (RDD)
                                              :
                            Debtors.          :     (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - -  x

NOTICE OF APPLICATION ~~FOR~~ AND ENTRY OF INTERIM ORDER UNDER 11
U.S.C. §§ 327(a) AND 329 AND FED. R. BANKR. P. 2014 AND 2016 ~~(A)~~(I) AUTHORIZ-
ING EMPLOYMENT AND RETENTION OF SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP AND ~~AFFILIATED LAW PRACTICE ENTITIES~~ AFFILIATES AS ATTOR-
NEYS FOR
DEBTORS-IN-POSSESSION AND ~~(B)~~(II) SCHEDULING FINAL HEARING THEREON

PLEASE TAKE NOTICE that on October 8, 2005, Delphi Corporation

("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases, filed the Application ~~for~~ For Order Under 11 U.S.C. §§ 327(a) ~~and~~ And

329 ~~and~~ And Fed. R. Bankr. P. 2014 ~~(a) and~~ And 2016 ~~(A)~~(I) Authorizing Employment And

Retention ~~of~~ Of Skadden, Arps, Slate, Meagher & Flom LLP ~~("Skadden") as~~ And Affiliates As

Attorneys ~~for the~~ For Debtors~~, and (B)~~-In-Possession And (II) Scheduling A Final Hearing

Thereon (the "Application").

PLEASE TAKE FURTHER NOTICE that on October ~~11~~__, 2005, the United

States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")

entered an interim order granting the relief requested in the Application, a copy of which is

enclosed herewith.

PLEASE TAKE FURTHER NOTICE that a hearing ("the Hearing") to consider

approval of the Application on a final basis will be held on October 27, 2005, ~~the first omnibus~~

~~hearing date scheduled by the~~ at 10:00 a.m. (Prevailing Eastern Time) before the Honorable

Robert D. Drain, United States Bankruptcy Court ~~(the "Hearing").~~ for the Southern District of

New York, One Bowling Green, Room 610, New York, New York  10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to approval of the Application on a final basis must (a) be in writing, ~~must~~ (b) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, ~~and must~~(c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties in interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF))~~;.~~, WordPerfect, or any other Windows-based word processing format)~~;.~~ (d) be submitted in hard-copy form directly to the chambers of the Honorable ~~Judge~~ Robert D. Drain, ~~United States Bankruptcy Judge; and~~ and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) ~~special employee benefit counsel to the Debtors, Groom Law Chartered, 1701 Pennsylvania Avenue, N.W., Washington D.C. 20006, (Att'n: Lonie A. Hassel), (iv)~~ special counsel to the Debtors, Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022 (Att'n:  Douglas P. Bartner), ~~(v)~~(iv) counsel ~~to~~ for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n:  Marissa Wesley), ~~(vi)~~(v) counsel ~~to~~ for the agent under the Debtors' proposed postpetition credit facility, Davis Polk & Wardell, 450 Lexington Avenue, New York, New York 10017 (Att'n:  Marlane Melican), ~~(vii)~~(vi) counsel to any official committee formed in these cases, ~~(viii)~~ and (vii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York

~~10044~~ 10004 (Att'n:  Alicia M. Leonhard), ~~and (ix) the indenture trustee for the Debtors'~~

~~outstanding debt securities, J.P. Morgan Trust Company, N.A., 611 Woodward Avenue,~~

~~Detroit, Michigan 48226 (Att'n: Global Corporate Trustee Services,~~ in each case so as to be

**received** no later than **4:00 p.m. (Prevailing Eastern ~~time three days prior to the first~~**

~~**omnibus hearing date scheduled by the Bankruptcy Court**~~ **Time) on October 24, 2005**

(the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections made in writing and timely filed and received by the Objection Deadline will be considered by the Bankruptcy Court at the Hearing, and that if. If no objections to the Application are timely filed and served in accordance with the procedures set forth herein, the Bankruptcy Court may enter a final order granting the Application **without further notice.**

Dated:  New York, New York
         October 12___, 2005

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: _____
     John Wm. Butler, Jr. (pro hac vice motion pending)
     John K. Lyons
     Ron E. Meisler
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

- and -

By: _____
     Kayalyn A. Marafioti (KM 9632)
     Thomas J. Matz (TM 5986)
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
        Debtors and Debtors-in-Possession

------------------ COMPARISON OF FOOTERS ------------------

-FOOTER 1-
466307.08-Chicago Server 1A Draft October 13, 2005 - 10:52 pm

# **EXHIBIT Q**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
         In re                            :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
                          Debtors.        :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

INTERIM ORDER UNDER 11 U.S.C. § 327(e) AND FED R. BANKR. P. 2014 (I)
AUTHORIZING EMPLOYMENT AND RETENTION OF SHEARMAN & STERLING
LLP AS SPECIAL COUNSEL TO DEBTORS
AND (II) SCHEDULING FINAL HEARING THEREON

("SHEARMAN & STERLING RETENTION INTERIM ORDER")

Upon the application, dated October 8, 2005 (the "Application"), of Delphi

Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), for an interim order (the "Interim Order")

under 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) (a) authorizing the employment and

retention of Shearman & Sterling LLP ("Shearman & Sterling") as special counsel to the Debtors

and (b) scheduling a final hearing thereon; and upon the Affidavit Of Robert S. Miller, Jr. In

Support Of Chapter 11 Petitions And First Day Orders, sworn to October 8, 2005, and upon the

Affidavit of Douglas P. Bartner, sworn to October 8, 2005, in support of the Application (the

"Bartner Affidavit"); and this Court being satisfied with the representations made in the

Application and the Bartner Affidavit that Shearman & Sterling does not represent or hold any

interest adverse to any of the Debtors' estates or the Debtors with respect to the matters on which

Shearman & Sterling is to be employed, and that Shearman & Sterling's employment is

necessary and would be in the best interests of each of the Debtors' estates; and it appearing that

proper and adequate notice has been given and that no other or further notice is necessary; and

upon the record herein; and after due deliberation thereon; and good and sufficient cause

appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.    The Application is GRANTED on an interim basis.

2.    Subject to the terms of this Interim Order, the Debtors' employment of Shearman

& Sterling as their special counsel, effective as of the Application date, to perform the services

set forth in the Application, is approved under section 327(e) of title 11 of the United States

Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"), and Rule 2014 of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

3.    Shearman & Sterling shall be compensated in accordance with the standards and

procedures set forth in sections 330 and 331 of the Bankruptcy Code and all applicable

Bankruptcy Rules, Local Bankruptcy Rules for the United States Bankruptcy Court for the

Southern District of New York, guidelines established by the Office of the United States Trustee,

and further orders of this Court.

4.    This Interim Order shall remain in full force and effect until such time as this

Court enters an order ruling on the Application on a final basis.

5.    The Debtors shall serve a notice of the final hearing to approve the Application

(the "Notice"), substantially in the form attached hereto as <u>Exhibit 1</u>, on (a) the Office of the

United States Trustee, (b) the Debtors' 50 largest unsecured creditors, (c) counsel for the agent

under the Debtors' prepetition credit facility, (d) counsel for the agent under the Debtors'

proposed postpetition credit facility, and (e) any committee appointed under section 1102 of the

Bankruptcy Code.  Notice served pursuant to the preceding sentence shall be via first class mail,

postage prepaid.  No further notice of the final hearing to approve the Application or of the entry of this Interim Order need be served by the Debtors.

6.    Objections, if any, to approval of the Application on a final basis must be in writing and filed timely in accordance with the requirements set forth in the Notice.  There shall be a hearing held on October 27, 2005 at 10:00 a.m. (Prevailing Eastern Time)  before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004, to determine whether to approve, on a final basis, the retention of Shearman & Sterling on the terms described in the Application.

7.    Any party-in-interest shall have the right to raise the issue of the application of Shearman & Sterling's prepetition retainer to postpetition fees and expenses incurred at any time.

8.    This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Interim Order.

9.    The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Application.

Dated:    New York, New York
             October 14, 2005


                                                    /s/ ROBERT D. DRAIN
                                                    UNITED STATES BANKRUPTCY JUDGE

3

## EXHIBIT 1

NOTICE

**Hearing Date: October 27, 2005, 10:00 a.m.**
**Objection Deadline: October 24, 2005, 4:00 p.m.**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler


     - and -


SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)


Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession


Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698


Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
            In re                                       :     Chapter 11
                                                        :
DELPHI CORPORATION, et al.,                             :     Case No. 05-44481 (RDD)
                                                        :
                        Debtors.                        :     (Jointly Administered)
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF APPLICATION AND ENTRY OF INTERIM ORDER
UNDER 11 U.S.C. § 327(e) AND FED. R. BANKR. P. 2014
(I) AUTHORIZING EMPLOYMENT AND RETENTION
OF SHEARMAN & STERLING LLP AS SPECIAL COUNSEL
TO DEBTORS AND (II) SCHEDULING FINAL HEARING THEREON

PLEASE TAKE NOTICE that on October 8, 2005, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed the Application For Order Under 11 U.S.C. §327(e) And Fed. R. Bankr. P. 2014 (I) Authorizing Employment And Retention Of Shearman & Sterling LLP As Special Counsel To Debtors And (II) Scheduling A Final Hearing Thereon (the "Application").

PLEASE TAKE FURTHER NOTICE that on October __, 2005, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an interim order granting the relief requested in the Application, a copy of which is enclosed herewith.

PLEASE TAKE FURTHER NOTICE that a hearing ("the Hearing") to consider approval of the Application on a final basis will be held on October 27, 2005 at 10:00 a.m. (Prevailing Eastern Time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to approval of the Application on a final basis must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties in interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, and (e) be served

2

upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General

Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West

Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) special

counsel to the Debtors, Shearman & Sterling LLP, 599 Lexington Avenue, New York, New

York 10022 (Att'n:  Douglas P. Bartner), (iv) counsel for the agent under the Debtors' prepetition

credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York

10017 (Att'n:  Marissa Wesley), (v) counsel for the agent under the Debtors' proposed

postpetition credit facility, Davis Polk & Wardell, 450 Lexington Avenue, New York, New York

10017 (Att'n:  Marlane Melican), (vi) counsel to any official committee formed in these cases,

and (vii) the Office of the United States Trustee for the Southern District of New York, 33

Whitehall Street, Suite 2100, New York, New York 10004 (Att'n:  Alicia M. Leonhard), in each

case so as to be **received** no later than **4:00 p.m. (Prevailing Eastern Time)** on **October 24,**

**2005** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections made in writing and filed timely and received by the Objection Deadline will be considered by the Bankruptcy Court at the Hearing.  If no objections to the Application are filed timely and served in accordance with the procedures set forth herein, the Bankruptcy Court may enter a final order granting the Application **without further notice.**

Dated:  New York, New York
       October __, 2005

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By: _____
   John Wm. Butler, Jr.
   John K. Lyons
   Ron E. Meisler
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

   - and -

By: _____
   Kayalyn A. Marafioti (KM 9632)
   Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

4

# **EXHIBIT R**