Bruce D. Angiolillo (BA-9271)
Kenneth S. Ziman (KZ-2486)
William T. Russell, Jr. (WR-0998)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Fax: (212) 455-2502

Attorneys for the Administrative Agent for the
Prepetition Secured Lenders

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 05-44481 (RDD) |
| | : | (Jointly Administered) |
| DELPHI CORPORATION., et al., | : | |
| Debtors. | : | |
| | : | |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the following was furnished by U.S. mail, postage prepaid, this 25th day of October, 2005, to the parties on the attached service list:

RESPONSE AND RESERVATION OF RIGHTS OF THE PREPETITION AGENT TO
THE PROPOSED ADEQUATE PROTECTION FOR THE PREPETITION LENDERS IN
THE DEBTOR IN POSSESSION FINANCING MOTION

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Attn: Alicia M. Leonard

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606
Attn: John W. Butler, Jr., Esq.

509265-1038-11179-NY02.2484149.1

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Attn: Douglas P. Bartner, Esq.

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attn: Donald S. Bernstein, Esq.


Dated: October 25, 2005
       New York, New York


/s/ Christina C. Fox