**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| | ) | **CASE NO. 05-44481** |
| **Delphi Corporation, *et al.,*** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Debtors.** | ) | |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appear in the above-captioned matter on behalf of The Procter & Gamble Company ("Proctor & Gamble") and request that all notices given or required to be given in this case, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by email, mail, hand delivery, telephone, telefax, telegraph, telex or otherwise, which affects the Debtors or any property of the Debtors are to be served upon:

John Persiani, Esq.
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
Telephone: (513) 977-8200
Facsimile: (513) 977-8141
john.persiani@dinslaw.com

Dated: October 25, 2005

Respectfully submitted,

<u>        /s/  Kim  Martin  Lewis</u>
Kim Martin Lewis (OH 0043533)
John Persiani  (PA 56548)
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio  45202
Telephone: (513) 977-8200
Facsimile: (513) 977-8141
john.persiani@dinslaw.com

**CERTIFICATE OF SERVICE**

I, Brandy McQueary, hereby certify that I have this day served the foregoing document upon the parties identified in Exhibit A by electronic correspondence, and on Exhibit B by depositing copies thereof in the United States mail, first class, postage paid.

Dated Cincinnati, Ohio this 25th day of October 2005.

/s/   Brandy McQueary

# EXHIBIT A

## MASTER NOTICE LIST

| COMPANY | CONTACT | EMAIL |
|---|---|---|
| Capital Research and Management Company | Michelle Robson | mlfr@capgroup.com |
| Cohen Weiss & Simon | Bruce Simon | b.simon@cwsny.com |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | sreisman@cm-p.com |
| Davis Polk & Wardwell | Donald Bernstein | donald.bernstein@dpw.com |
| Delphi Corporation | Sean Corcoran, Karen Craft | sean.p.corcoran@delphi.com<br>karen.j.craft@delphi.com |
| Electronic Data Systems Corp. | Michael Nefkens | mike.nefkens@eds.com |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | trey.chambers@freescale.com |
| FTI Consulting, Inc. | Randall S. Eisenberg | randall.eisenberg@fticonsulting.com |
| Groom Law Group | Lonie A. Hassel | lhassel@groom.com |
| Hodgson Russ LLP | Stephen H. Gross | sgross@hodgsonruss.com |
| Jefferies & Company, Inc, | William Q. Derrough | bderrough@jefferies.com |
| JPMorgan Chase Bank, N.A. | Clifford Trapani | clifford.r.trapani@jpmchase.com |
| JPMorgan Chase Bank, N.A. | Khuyen Ta | khuyen.k.ta@jpmchase.com |
| JPMorgan Chase Bank, N.A. | Thomas F. Maher, Richard Duker, Gianni Russello | thomas.fmaher@chase.com<br>richard.duker@jpmorgan.com<br>gianni.russello@jpmorgan.com |
| JPMorgan Chase Bank, N.A. | Vilma Francis | vilma.francis@jpmorgan.com |
| Kurtzman Carson Consultants | James Le | jle@kccllc.com |
| Latham & Watkins LLP | Robert J. Rosenberg | robert.rosenberg@lw.com |
| Mesirow Financial | Melissa Knolls | mknoll@mesirowfinancial.com |
| O'Melveny & Meyer LLP | Robert Siegel | rsiegel@omm.com |
| O'Melveny & Meyer LLP | Tom A. Jerman, Rachel Janger | tjerman@omm.com |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | garrick.sandra@pbgc.gov<br>efile@pbgc.gov |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | landy.ralph@pbgc.gov |
| Phillips Nizer LLP | Sandra A. Riemer | sriemer@phillipsnizer.com |
| Rothchild Inc. | David L. Resnick | david.resnick@us.rothschild.com |
| Seyfarth Shaw LLP | Robert W. Dremluk | rdremluk@seyfarth.com |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | dbartner@shearman.com<br>jfrizzley@shearman.com |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | kziman@stblaw.com<br>rtrust@stblaw.com<br>wrussell@stblaw.com |

| | | |
|---|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | jbutler@skadden.com<br>jlyonsch@skadden.com<br>rmeisler@skadden.com |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | kmarafio@skadden.com<br>tmatz@skadden.com |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | cp@stevenslee.com<br>cs@stevenslee.com |
| Togut, Segal & Segal LLP | Albert Togut | altogut@teamtogut.com |
| United States Trustee | Deirdre A. Martini | deirdre.martini@usdoj.gov |

## 2002 NOTICE LIST

| COMPANY | CONTACT | EMAIL |
|---|---|---|
| Airgas, Inc. | David Boyle | david.boyle@airgas.com |
| Ajamie LLP | Wallace A. Showman | wshowman@ajamie.com |
| Ajamie LLP | Thomas A. Ajamie | tajamie@ajamie.com |
| Angelo, Gordon & Co. | Leigh Walzer | lwalzer@angelogordon.com |
| Arnall Golden Gregory LLP | Darryl S. Laddin | dladdin@agg.com |
| Arnall Golden Gregory LLP | Heath J. Vicente | heath.vincente@agg.com |
| Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg LLP | William J. Barrett | william.barrett@bfkpm.com |
| Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg LLP | Kimberly J. Robinson | kim.robinson@bfkpn.com |
| Barnes & Thornburg LLP | Michael K. McCrory Wendy D. Brewer | wendy.brewer@btlaw.com michael.mccrory@btlaw.com |
| Barnes & Thornburg LLP | Alan K. Mills | alan.mills@btlaw.com |
| Barnes & Thornburg LLP | John T. Gregg | john.gregg@btlaw.com |
| Barnes & Thornburg LLP | Patrick E. Mears | pmears@btlaw.com |
| Bernstein Litowitz Berger & Grossman | John P. Coffey | sean@blbglaw.com |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | hannah@blbglaw.com |
| Bernstein Litowitz Berger & Grossman | Mark D. Debrowski | markd@blbglaw.com |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | klaw@bbslaw.com |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | lschwab@bbslaw.com |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | pcostello@bbslaw.com |
| Bialson, Bergen & Schwab | Thomas M. Gaa | tgaa@bbslaw.com |

| Firm | Name | Email |
|---|---|---|
| Bose McKinney & Evans LLP | Jeannette Eisan Hinshaw | jhinshaw@boselaw.com |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | rjones@bccb.com |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | amcmullen@bccb.com |
| Burr & Forman LLP | Michael Leo Hall | mhall@burr.com |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | jonathan.greenberg@engelhard.com |
| Cahill Gordon & Reindel LLP | Robert Usadi | rusadi@cahill.com |
| Cahill, Gordon & Reindel, LLP | Jonathan Greenberg | jonathan.greenberg@engelhard.com |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | cahn@clm.com |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | maofiling@cgsh.com |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale | jvitale@cwsny.com |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | srosen@cb-shea.com |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | jwisler@cblh.com |
| Contrarian Capital Management, L.L.C. | Mark Lee, Janice Stanton, Bill Raine, Seth Lax | mlee@contrariancapital.com jstanton@contrariancapital.com wraine@contrariancapital.com slax@contrariancapital.com |
| Curtin & Heefner, LLP | Robert Szwajkos | rsz@curtinheefner.com |
| Curtin & Heefner, LLP | Daniel P. Mazo | dpm@curtinheefner.com |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Andrew M. Thau | athau@cm-p.com |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Steven J. Reisman | sreisman@cm-p.com |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | David S. Karp | dkarp@cm-p.com |
| Damon & Morey LLP | William F. Savino | wsavino@damonmorey.com |
| Denso International America, Inc. | Carol Sowa | carol_sowa@denso-diam.com |
| DiConza Law, P.C. | Gerard DiConza, Esq. | gdiconza@dlawpc.com |

| Firm | Attorney | Email |
|---|---|---|
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen | richard.kremen@dlapiper.com |
| | Maria Ellena Chavez-Ruark | |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | andrew.kassner@dbr.com |
| Drinker Biddle & Reath LLP | David B. Aaronson | david.aaronson@dbr.com |
| Duane Morris LLP | Margery N. Reed, Esq. | dmdelphi@duanemorris.com |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | wmsimkulak@duanemorris.com |
| Fagel Haber LLC | Gary E. Green | ggreen@fagelhaber.com |
| Fagel Haber LLC | Lauren Newman | lnewman@fagelhaber.com |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | mviscount@foxrothschild.com |
| Fox Rothschild LLP | Fred Stevens | fstevens@foxrothschild.com |
| Gazes LLC | Eric Wainer | office@gazesllc.com |
| Gazes LLC | Ian J. Gazes | ian@gazesllc.com |
| Genovese Joblove & Battista, P.A. | Craig P. Rieders, Esq. | crieders@gjb-law.com |
| Goulston & Storrs, P.C. | Peter D. Bilowz | pbilowz@goulstonstorrs.com |
| Grant & Eisenhofer P.A. | Geoffrey C. Jarvis | gjarvis@ggelaw.com |
| Grant & Eisenhofer P.A. | Sharan Nirmul | snirmul@gelaw.com |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | jeisenhofer@gelaw.com |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald | ckm@greensfelder.com |
| | J. Patrick Bradley | jpb@greensfelder.com |
| HAL/ERC-Legal | Tillie Lim, Esq. | |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin | cbattaglia@halperinlaw.net |
| | Christopher J. Battaglia | ahalperin@halperinlaw.net |
| Hewlett-Packard Company | Anne Marie Kennelly | anne.kennelly@hp.com |
| Hewlett-Packard Company | Kenneth F. Higman | ken.higman@hp.com |
| Hewlett-Packard Company | Sharon Petrosino | sharon.petrosino@hp.com |
| Hewlett-Packard Company | Glen Dumont | glen.dumont@hp.com |
| Hodgson Russ LLP | Cheryl R. Storie | cstorie@hodgsonruss.com |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | sgross@hodgsonruss.com |
| Holland & Knight LLP | Peter A. Zisser | nyc-bkcyecf@hklaw.com |
| Holme Roberts & Owen, LLP | Elizabeth K. Flaagan | elizabeth.flaagan@hro.com |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | fgorman@honigman.com |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | rweiss@honigman.com |
| Honigman, Miller, Schwartz and Cohn, LLP | Robert B. Weiss, Frank L. Gorman | rweiss@honigman.com<br>fgorman@honigman.com |

| | | |
|---|---|---|
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | john.sieger@kattenlaw.com |
| Kieselstein Lawfirm PLLC | Steve Kieselstein | sk@kieselaw.com |
| Kirkland & Ellis LLP | Geoffrey A. Richards | grichards@kirkland.com |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | efox@klng.com |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | sosimmerman@kwgd.com |
| Lewis and Roca LLP | Rob Charles, Esq. | rcharles@lrlaw.com |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | sfreeman@lrlaw.com |
| Linear Technology Corporation | John England, Esq. | jengland@linear.com |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | austin.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Loeb & Loeb LLP | William M. Hawkins | whawkins@loeb.com |
| Lord, Bissel & Brook | Timothy S. McFadden | tmcfadde@lordbissel.com |
| Lord, Bissel & Brook | Timothy W. Brink | tbrink@lordbissel.com |
| Lord, Bissel & Brook LLP | Kevin J. Walsh<br>Rocco N. Covino | kwalsh@lordbissel.com<br>rcovino@lordbissel.com |
| Lowenstein Sandler PC | Michael S. Etikin | metkin@lowenstein.com |
| Lowenstein Sandler PC | Ira M. Levee | ilevee@lowenstein.com |
| Lowenstein Sandler PC | Kenneth A. Rosen | krosen@lowenstein.com |
| Lowenstein Sandler PC | Scott Cargill | scargill@lowenstein.com |
| Lowenstein Sandler PC | Michael S. Etikin | metkin@lowenstein.com |
| Lowenstein Sandler PC | Ira M. Levee | ilevee@lowenstein.com |
| Margulies & Levinson, LLP | Jeffrey M. Levinson, Esq.<br>Leah M. Caplan, Esq. | jml@ml-legal.com<br>lmc@ml-legal.com |
| McDermott Will & Emery LLP | James M. Sullivan | jmsullivan@mwe.com |
| McDonald Hopkins Co., LPA | Jean R. Robertson, Esq. | jrobertson@mcdonaldhopkins.com |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | sopincar@mcdonaldhopkins.com |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | sriley@mcdonaldhopkins.com |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | jbernstein@mdmc-law.com |

| | | |
|---|---|---|
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | lpeterson@msek.com |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raternink | |
| Miller Johnson | Thomas P. Sarb<br>Robert D. Wolford | sarbt@millerjohnson.com<br>wolfordr@millerjohnson.com |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | fusco@millercanfield.com.com |
| Molex Connector Corp | Jeff Ott | Jeff.Ott@molex.com |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | resterkin@morganlewis.com |
| Morgan, Lewis & Bockius LLP | William C. Heuer, Esq. | wheuer@morganlewis.com |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | rubanik@munsch.com<br>jwielebinski@munsch<br>drukavina@munsch.com |
| National City Commercial Capital | Lisa M. Moore | lisa.moore2@nationalcity.com |
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth | bbeckworth@nixlawfirm.com |
| Nix, Patterson & Roach, L.L.P. | Jeffrey J. Angelovich | jangelovich@nixlawfirm.com |
| Nix, Patterson & Roach, L.L.P. | Susan Whatley | swhatley@nixlawfirm.com |
| Norris, McLaughlin & Marcus | Elizabeth L. Abdelmasieh, Esq | eabdelmasieh@nmmlaw.com |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | fholden@orrick.com |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | aenglund@orrick.com |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | landy.ralph@pbgc.gov |
| Pepe & Hazard LLP | Charles J. Filardi, Jr., Esq. | cfilardi@pepehazard.com |
| Pepper, Hamilton LLP | Francis J. Lawall | lawallf@pepperlaw.com |
| Pepper, Hamilton LLP | Anne Marie Aaronson | aaronsona@pepperlaw.com |
| Phillips Nizer LLP | Sandra A. Riemer, Esq. | sriemer@phillipsnizer.com |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | bsmoore@pbnlaw.com |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | jsmairo@pbnlaw.com |

| | | |
|---|---|---|
| QAD, Inc. | Jason Pickering, Esq. | |
| Quadrangle Debt Recovery Advisors LLC | Andrew Herenstein | andrew.herenstein@quadranglegroup.com |
| Quadrangle Group LLC | Patrick Bartels | patrick.bartels@quadranglegroup.com |
| Quarles & Brady Streich Lang LLP | John A. Harris | jharris@quarles.com |
| Quarles & Brady Streich Lang LLP | Scott R. Goldberg | sgoldber@quarles.com |
| Republic Engineered Products, Inc. | Joseph Lapinsky | jlapinsky@republicengineered.com |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | jshickich@riddellwilliams.com |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | rtrack@msn.com |
| Schiffrin & Barroway, LLP | Michael Yarnoff | myarnoff@sbclasslaw.com |
| Schiffrin & Barroway, LLP | Sean M. Handler | shandler@sbclaslaw.com |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | pbaisier@seyfarth.com |
| Seyfarth Shaw LLP | Robert W. Dremluk, Esq. | rdremluk@seyfarth.com |
| Shipman & Goodwin LLP | Jennifer L. Adamy | bankruptcy@goodwin.com |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | asherman@sillscummis.com |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | jzackin@sillcummis.com |
| Simpson Thacher & Bartlett LLP | Kenneth S. Ziman, Esq. | cfox@stblaw.com |
| Simpson Thacher & Bartlett LLP | William T. Russell, Jr., Esq. | cfox@stblaw.com |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | kmiller@skfdelaware.com |
| Sony Electronics Inc. | Lloyd B. Sarakin - Chief Counsel, Finance and Credit | lloyd.sarakin@am.sony.com |
| Spector & Ehrenworth, P.C. | Brian D. Spector, Esq. | bspector@selawfirm.com |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | cs@stevenslee.com cp@stevenslee.com |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | mshaiken@stinsonmoheck.com |
| Stites & Harbison PLLC | Madison L. Cashman | robert.goodrich@stites.com |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | madison.cashman@stites.com |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | wbeard@stites.com |
| Swidler Berlin LLP | Jonathan P. Guy | jpguy@swidlaw.com |
| Swidler Berlin LLP | Richard H. Wyron | rhywron@swidlaw.com |

| Firm | Attorney | Email |
|---|---|---|
| Swidler Berlin LLP | Matthew W. Cheney | mwcheney@swidlaw.com |
| Swidler Berlin LLP | Robert N. Steinwurtzel | rnsteinwurtzel@swidlaw.com |
| Swidler Berlin LLP | Roger Frankel | rfrankel@swidlaw.com |
| Taft, Stettinius & Hollister LLP | Richard L. Ferrell | ferrell@taftlaw.com |
| Thompson & Knight | Rhett G. Cambell | rhett.campbell@tklaw.com |
| Todd & Levi, LLP | Jill Levi, Esq. | jlevi@toddlevi.com |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | bmcdonough@teamtogut.com |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO | David Jury, Esq. | djury@steelworkers-usw.org |
| Vorys, Sater, Seymour and Pease LLP | Robert J. Sidman, Esq. | rjsidman@vssp.com |
| Waller Lansden Dortch & Davis, PLLC | David E. Lemke, Esq. | david.lemke@wallerlaw.com |
| Waller Lansden Dortch & Davis, PLLC | Robert J. Welhoelter, Esq. | robert.welhoelter@wallerlaw.com |
| Warner Norcross & Judd LLP | Gordon J. Toering | gtoering@wnj.com |
| Warner Norcross & Judd LLP | Michael G. Cruse | mcruse@wnj.com |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | jeffrey.tanenbaum@weil.com |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | martin.bienenstock@weil.com |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | michael.kessler@weil.com |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Michael Kessler, Jeffrey L. Tanenbaum | martin.bienestock@weil.com michael.kessler@weil.com jeff.tanenbaum@weil.com |
| Zeichner Ellman & Krause LLP | Stuart Krause | skrause@zeklaw.com |
| Zeichner Ellman & Krause LLP | Peter Janovsky | pjanovsky@zeklaw.com |

# EXHIBIT B

**MASTER NOTICE LIST**

Flextronics International Asia-Pacific, Ltd.
 c/o Flextronics International USA, Inc.
Paul W. Anderson
2090 Fortune Drive
San Jose  CA  95131

General Electric Company
Valerie Venable
One Plastics Avenue
Pittsfield  MA  01201

General Motors Corporation
John Devine
300 Renaissance Center
P.O. Box 300
Detroit  MI  48265

Internal Revenue Service
Attn: Insolvency Department
290 Broadway 5th Floor
New York  NY  10007

Internal Revenue Service
Attn: Insolvency Department
477 Michigan Ave
Mail Stop 15
Detroit  MI 48226

IUE-CWA
Henry Reichard
2360 W. Dorothy Lane
Suite 201
Dayton  OH  45439

Office of New York State
New York Attorney General's Office
Attorney General Eliot Spitzer
120 Broadway
New York City   NY  10271

Securities and Exchange Commission
Reorganization Branch
233 Broadway
New York  NY  10279

United States Trustee
Alicia M. Leonard
33 Whitehall Street
21st Floor
New York  NY  10004-2112

Wilmington Trust Company
Steven M. Cimalore
Rodney Square North 1100
North Market Street
Wilmington DE 19890

**2002 NOTICE LIST**

McCarter & English, LLP
David J. Adler, Jr. Esq.
245 Park Avenue, 27th Floor
New York  NY  10167

Morrison Cohen LLP
Joseph T. Moldovan
Michael R. Dal Lago
909 Third Avenue
New York  NY  10022