Ralph L. Landy (PA Bar 41384)
Attorney
Office of the Chief Counsel
PENSION BENEFIT GUARANTY CORPORATION
1200 K Street, N.W.
Washington, D.C. 20005-4026
Phone: (202) 326-4020, ext. 3090
Fax: (202) 326-4112
E-mail: landy.ralph@pbgc.gov and efile@pbgc.gov
Attorney for Pension Benefit Guaranty Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |
|---|---|
| In re: ) | **Chapter 11** |
| ) | |
| ) | **Case No. 05-44481 (RDD)** |
| ) | |
| **DELPHI CORPORATION,** *et al.*, ) | |
| ) | **(Jointly Administered)** |
| Debtors. ) | |

_____)

**AMENDED MOTION FOR ADMISSION TO PRACTICE,**
***PRO HAC VICE*, OF RALPH L. LANDY**

I, Ralph L. Landy, a member in good standing of the bar of the United States District Court for the District of Maryland, United States Supreme Court, Supreme Court of the State of Pennsylvania and the United States Court of Appeals for the Fifth, Sixth, Eighth and Ninth Circuits, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the Pension Benefit Guaranty Corporation ("PBGC"), a creditor in the above-referenced case. The grounds for this motion are as follows:

1. PBGC is a wholly-owned United States government corporation that administers the pension plan termination program established under Title IV of the Employee Retirement Income Security Act of 1974 ("ERISA"), *as amended*, 29 U.S.C. §§ 1301-1461 (2000 & Supp. II 2002).

2. Under the Local Rules of the United States Bankruptcy Court for the Southern District of New York, upon motion to the Court, an attorney "in good standing of the bar of any state or of any United States District Court may be permitted to practice in this Court in a particular case, adversary proceeding, or contested matter." Local Bankruptcy Rule 2090-1(b).

3. My address is Ralph L. Landy, Office of the Chief Counsel, Pension Benefit Guaranty Corporation, 1200 K Street, N.W, Washington, D.C. 20005-4026. My telephone number is 202-326-4020. My e-mail address is landy.ralph@pbgc.gov.

4. As an agency of the United States government under 28 U.S.C. § 451, PBGC is exempt from filing fees.

Dated: October 25, 2005
       Washington, D.C.

*/s/ Ralph L. Landy*
Ralph L. Landy (PA Bar 41384)
Attorney
Office of the Chief Counsel
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, D.C. 20005-4026
Phone: 202-326-4020
Fax: 202-326-4112
E-mail: landy.ralph@pbgc.gov
Attorney for Pension Benefit Guaranty Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 05-44481 (RDD) |
| **DELPHI CORPORATION,** *et al.*, |  |
|  | (Jointly Administered) |
| Debtors. |  |

**ORDER**

**ORDERED**,

that Ralph L. Landy, Esq., is admitted to practice, *pro hac vice,* in the above referenced case, in the United States Bankruptcy Court, Southern District of New York.

Dated: _____, 2005
         New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE