MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 496-7997
Jonathan S. Green (P33140)(pro hac vice motion pending)
green@millercanfield.com
Timothy A. Fusco (P13768)(pro hac vice)
fusco@millercanfield.com

Attorneys for Ford Motor Company


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------
                                          :
In re                                     :    Chapter 11
                                          :
DELPHI CORPORATION et al.,                :    Case No. 05-44481 (RDD)
                                          :
        Debtors. [1]                      :    (Jointly Administered)
---------------------------------------------

**REQUEST OF FORD MOTOR COMPANY FOR DIFFERENT ADEQUATE PROTECTION PURSUANT TO PARAGRAPH 18 OF THE INTERIM ORDER UNDER 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), AND 364(e) AND FED.BANKR.P. 2002, 4001 AND 9014 (I) AUTHORIZING DEBTORS TO OBTAIN POSTPETITION FINANCING, (II) TO UTILIZE CASH COLLATERAL, (III) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED PARTIES AND (III) SCHEDULING FINAL HEARING PURSUANT TO BANKRUPTCY RULES 4001(b) AND (c)**

Ford Motor Company ("Ford"), by its counsel, Miller Canfield, Paddock and Stone,

P.L.C., requests, pursuant to paragraph 18 of the Interim Order Under 11 U.S.C. §§ 105, 361,

---

[1] In addition to Delphi Corporation, the following entities are debtors in these related cases: ASEC Manufacturing General Partnership, ASEC Sales General Partnership, Aspire, Inc., Delco Electronics Overseas Corporation, Delphi Automotive Systems (Holding), Inc., Delphi Automotive Systems Global (Holding), Inc., Delphi Automotive Systems Human Resources, LLC, Delphi Automotive Systems International, Inc., Delphi Automotive Systems Korea, Inc., Delphi Automotive Systems LLC, Delphi Automotive Systems Overseas Corporation, Delphi Automotive Systems Risk Management Corp., Delphi Automotive Systems Services LLC, Delphi Automotive Systems Tennessee, Inc., Delphi Automotive Systems Thailand, Inc., Delphi China LLC, Delphi Connection Systems, Delphi Diesel Systems Corp., Delphi Electronics (Holding) LLC, Delphi Foreign Sales Corporation, Delphi Integrated Services Solutions, Inc., Delphi International Holdings Corp., Delphi International Services, Inc., Delphi Liquidation Holding company, Delphi LLC, Delphi Mechatronic Systems, Inc., Delphi Medical Systems Colorado Corporation, Delphi Medical Systems Corporation, Delphi Services Holding Corporation, Delphi Technologies, Inc., DREAL, Inc, Environmental Catalysts, LLC, Exhaust Systems Corporation, Packard Hughes Interconnect Company, Specialty Electronics, Inc., and Specialty Electronics International Ltd.

362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and Fed.R.Bankr.P. 2002, 4001 and 9014 (I) Authorizing Debtors to Obtain Postpetition Financing, (II) To Utilize Cash Collateral, (III) Granting Adequate Protection to Prepetition Secured Parties and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) ("Interim DIP Order"), adequate protection as described in paragraph 4 below.  In support of its request, Ford states as follows:

    1.    On October 11, 2005, this Court entered the Interim DIP Order.

    2.    Paragraph 18 of the Interim DIP Order grants Ford, as the holder of a valid, perfected, enforceable, and non-avoidable right to setoff in respect of its pre-petition payables, a *fourth* priority replacement lien that purports to constitute adequate protection of Ford's *first* priority right of setoff.  There is no explanation as to why such a deeply subordinated lien would constitute adequate protection of a current right to deduct amounts the Debtors owe Ford from amounts otherwise payable to the Debtors by Ford.  Paragraph 18 of the Interim DIP Order, does not, however, affect Ford's right to "request further or different adequate protection under section 361 of the Bankruptcy Code" prior to "entry of the Final Order."[2]

    3.    Ford, together with no fewer than thirteen other similarly situated creditors, has objected to paragraph 18 of the Interim DIP Order on the basis that, among other things, paragraph 18 impermissibly subordinates the setoff rights of Ford and other creditors to the claims and liens of different creditors, including creditors whose pre-petition rights were junior and subordinate to the rights of Ford and those other similarly situated creditors as of the Petition Date, and does not adequately protect the setoff rights of Ford and the other similarly situated creditors to offset against their respective pre-petition payables.  Ford's objections to paragraph 18 of the Interim DIP Order are set forth in greater detail in the objections it filed to the Interim

---

[2] Presumably (or at least by negative implication), paragraph 18 of the Interim DIP Order is intended to bar Ford from seeking further or different adequate protection *after* entry of the Final Order.

DIP Order on October 21, 2005 (the "Objections"). The Objections are incorporated by this reference.

4. Ford believes that this Court will sustain the Objections, but, in an abundance of caution, and in the event the Court overrules the Objections, Ford hereby requests that, as adequate protection of its right of setoff as it existed as of the Petition Date against its pre-petition payables, Ford be granted the first and senior replacement lien in all amounts which are presently or hereafter owed by Ford to the Debtors during the case, with the replacement lien to be senior to the Carve-Out, the DIP Liens, the Adequate Protection Liens and any other liens and claims, to secure all of Ford's pre-petition claims up to the amount of the pre-petition payables owed by Ford to the Debtors as of the Petition Date.

Dated: Detroit, Michigan
October 25, 2005

Respectfully Submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By:   \s\ Timothy A. Fusco
  Jonathan S. Green (pro hac vice motion pending)
  Timothy A. Fusco (pro hac vice)

150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 496-7997

Attorneys for Ford Motor Company

DELIB:2671825.2\029982-00276

1405646

3