PRYOR & MANDELUP, L.L.P.
Kenneth A. Reynolds, Esq.
675 Old Country Road
Westbury, New York 11590
(516) 997-0999
kar@pryormandelup.com
11-3261335
kar3808

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re                                        :
                                             :        **Chapter 11**
**DELPHI CORPORATION,** *et al.*             :
                                             :        **Case No. 05-44481 (ajg)**
                       Debtor.               :
-------------------------------------------------------------x

<u>SUPPLEMENTAL AFFIDAVIT OF SERVICE BY REGULAR MAIL</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NASSAU       )

**DIANE GIUGLIANO**, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside at Lynbrook, New York.

On October 25, 2005, I served the **NOTICE OF RECLAMATION for National Molding Corp**. **and for Security Plastics Division/MNC, LLC** upon the following parties at their respective addresses on the annexed service list by depositing a true copy in a postpaid, properly addressed envelope by regular mail, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York:

SEE ANNEXED SERVICE LIST.

                                        */s/ Diane Giugliano*
                                        Diane Giugliano

Sworn to before me this
25th day of October, 2005

**KAREN A. FRAUENTHAL**
**Notary Public, State of New York**
**No. 01FR6102738**
**Qualified in Nassau County**
**Commission Expires December 08, 2007**

*/s/ Karen Frauenthal*
Notary Public

- 1 -

## SERVICE LIST

DELPHI CORPORATION
5725 DELPHI DRIVE
TROY, MI 48098

JOHN WM. BUTLER, JR.
SKADDEN ARPS SLATE MEAGHER & FLOM
333 WEST WACKER DRIVE
CHICAGO, IL 60606-1285

ALICIA M. LEONHARD
OFFICE OF THE UNITED STATES TRUSTEE - S.D.N.Y
33 WHITEHALL STREET, SUITE 2100
NEW YORK, NY 10004

KAYALYN A. MARAFIOTI
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
FOUR TIMES SQUARE
NEW YORK, NY 10036

ROBERT N. MICHAELSON
KIRKPATRICK & LOCKHART, LLP
599 LEXINGTON AVENUE
NEW YORK, NY 10022

THOMAS J. MATZ
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
FOUR TIMES SQUARE
NEW YORK, NY 10036-6522

ALLAN S. BRILLIANT, ESQ.
AND BRIAN W. HARVEY, ESQ.
GOODWIN PROCTER LLP
COUNSEL FOR THE AD HOC COMMITTEE OF PREPETITION SECURED LENDERS
599 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022

MICHELLE ROBSON
CAPITAL RESEARCH & MGMT CO
CREDITOR COMMITTEE MEMBER
11100 SANTA MONICA BLVD, 15TH FL
LOS ANGELES, CA 90025

BRUCE SIMON
COHEN WEISS & SIMON
330 W 42ND ST
NEW YORK, NY 10036

STEVEN J REISMAN
CURTIS MALLET-PREVOST COLT & MOSLE LLP
COUNSEL FOR FLEXTRONICS INTERNATIONAL USA INC
101 PK AVE
NEW YORK, NY 10178-0061

DONALD BERNSTEIN
DAVIS POLK & WARDWELL
POSTPETITION ADMINISTRATIVE AGENT
450 LEXINGTON AVE
NEW YORK, NY 10017

SEAN CORCORAN KAREN CRAFT
DELPHI CORPORATION
DEBTORS
5725 DELPHI DR
TROY, MI 48098

MICHAEL NEFKENS
ELECTRONIC DATA SYSTEMS CORP
CREDITOR COMMITTEE MEMBER
5505 CORPORATE DR MSIA
TROY, MI 48098

PAUL W ANDERSON
FLEXTRONICS INTERNL. ASIA-PACIFIC LTD
C/O FLEXTRONICS INTERNATIONAL USA INC
CREDITOR COMMITTEE MEMBER
2090 FORTUNE DR
SAN JOSE, CA 95131

RICHARD LEE CHAMBERS III
FREESCALE SEMICONDUCTOR INC
CREDITOR COMMITTEE MEMBER
6501 WILLIAM CANNON DR WEST, MD OE16
AUSTIN, TX 78735

RANDALL S EISENBERG – FTI CONSULTING INC
FINANCIAL ADVISORS TO DEBTORS
3 TIMES SQUARE, 11TH FL
NEW YORK, NY 10036

VALERIE VENABLE
GENERAL ELECTRIC COMPANY
CREDITOR COMMITTEE MEMBER
ONE PLASTICS AVE
PITTSFIELD, MA 01201

JOHN DEVINE
GENERAL MOTORS CORPORATION
300 RENAISSANCE CTR
PO BOX 300
DETROIT, MI 48265

LONIE A HASSEL
GROOM LAW GROUP
COUNSEL FOR EMPLOYEE BENEFITS
1701 PENNSYLVANIA AVE NW
WASHINGTON, DC 20006

STEPHEN H GROSS
HODGSON RUSS LLP
COUNSEL FOR HEXCEL CORPORATION
152 WEST 57TH ST, 35TH FL
NEW YORK, NY 10019

ATTN: INSOLVENCY DEPARTMENT
INTERNAL REVENUE SERVICE
290 BROADWAY, 5TH FL
NEW YORK, NY 10007

ATTN: INSOLVENCY DEPARTMENT
INTERNAL REVENUE SERVICE – MICHIGAN IRS
477 MICHIGAN AVE
MAIL STOP 15
DETROIT, MI 48226

HENRY REICHARD
IUE-CWA
CREDITOR COMMITTEE MEMBER
2360 W DOROTHY LN, STE 201
DAYTON, OH 45439

BILL DERROUGH
JEFFERIES & COMPANY INC
UCC PROFESSIONAL
520 MADISON AVE, 12TH FL
NEW YORK, NY 10022

THOMAS F MAHER RICHARD DUKER GIANNI RUSSELLO
JPMORGAN CHASE BANK NA
POSTPETITION ADMINISTRATIVE AGENT
270 PK AVE
NEW YORK, NY 10017

CLIFFORD TRAPANI
JPMORGAN CHASE BANK NA
POSTPETITION ADMINISTRATIVE AGENT
LOAN AND AGENCY SERVICES GROUP
1111 FANNIN 10TH FL
HOUSTON, TX 77002

KHUYEN TA
JPMORGAN CHASE BANK NA
PREPETITION ADMINISTRATIVE AGENT
AGENT BANK SERVICES GROUP
1111 FANNIN 10TH FL
HOUSTON, TX 77002

VILMA FRANCIS
JPMORGAN CHASE BANK NA
PREPETITION ADMINISTRATIVE AGENT
270 PK AVE
NEW YORK, NY 10017

JAMES LE
KURTZMAN CARSON CONSULTANTS
NOTICING AND CLAIMS AGENT:
12910 CULVER BLVD, STE I
LOS ANGELES, CA 90066

ROBERT J ROSENBERG
LATHAM & WATKINS LLP
UCC PROFESSIONAL
885 THIRD AVE
NEW YORK, NY 10022

MELISSA KNOLLS
MESIROW FINANCIAL
UCC PROFESSIONAL
350 N CLARK ST
CHICAGO, IL 60610

JOSEPH T MOLDOVAN ESQ
MORRISON COHEN LLP
COUNSEL FOR BLUE CROSS AND BLUE SHIELD OF MICHIGAN
909 THIRD AVE
NEW YORK, NY 10022

ATTORNEY GENERAL ELIOT SPITZER
OFFICE OF NEW YORK STATE
NEW YORK ATTORNEY GENERAL'S OFFICE
120 BROADWAY
NEW YORK CITY, NY 10271

TOM A JERMAN RACHEL JANGER
O'MELVENY & MEYER LLP
SPECIAL LABOR COUNSEL
1625 EYE ST NW
WASHINGTON, DC 20006

ROBERT SIEGEL
O'MELVENY & MEYER LLP
SPECIAL LABOR COUNSEL
400 SOUTH HOPE ST
LOS ANGELES, CA 90071

JEFFREY COHEN
PENSION BENEFIT GUARANTY CORPORATION
COUNSEL FOR PENSION BENEFIT GUARANTY CORPORATION
1200 K ST NW, STE 340
WASHINGTON, DC 20005

RALPH L LANDY
PENSION BENEFIT GUARANTY CORPORATION
CHIEF COUNSEL FOR THE PENSION BENEFIT GUARANTY CORPORATION
1200 K ST NW, STE 340
WASHINGTON, DC 20005-4026

SANDRA A RIEMER – PHILLIPS NIZER LLP
COUNSEL FOR FREESCALE SEMICONDUCTOR INC
F/K/A MOTOROLA SEMICONDUCTOR SYSTEMS
666 FIFTH AVE
NEW YORK, NY 10103

DAVID L RESNICK
ROTHCHILD INC
FINANCIAL ADVISOR
1251 AVE OF THE AMERICAS
NEW YORK, NY 10020

REORGANIZATION BRANCH
SECURITIES AND EXCHANGE COMMISSION
233 BROADWAY
NEW YORK, NY 10279

ROBERT W DREMLUCK
SEYFARTH SHAW LLP
COUNSEL FOR MURATA ELECTRONCS NORTH
1270 AVE OF THE AMERICAS, STE 2500
NEW YORK, NY 10020-1801

DOUGLAS BARTNER JILL FRIZZLEY
SHEARMAN & STERLING LLP
LOCAL COUNSEL TO THE DEBTORS
599 LEXINGTON AVE
NEW YORK, NY 10022

KENNETH S ZIMAN ROBERT H TRUST WILLIAM T RUSSELL JR
SIMPSON THATCHER & BARTLETT LLP
PREPETITION ADMINISTRATIVE AGENT
425 LEXINGTON AVE
NEW YORK, NY 10017

JOHN WM BUTLER JOHN K LYONS RON E MEISLER
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
COUNSEL TO THE DEBTOR
333 W WACKER DR, STE 2100
CHICAGO, IL 60606

KAYALYN A MARAFIOTI THOMAS J MATZ
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
COUNSEL TO THE DEBTOR
4 TIMES SQUARE
NEW YORK, NY 10036

CHESTER B SALOMON
CONSTANTINE D POURAKIS
STEVENS & LEE PC
COUNSEL FOR WAMCO INC
485 MADISON AVE, 20TH FL
NEW YORK, NY 10022

ALBERT TOGUT
TOGUT SEGAL & SEGAL LLP
CONFLICTS COUNSEL TO THE DEBTORS
ONE PENN PLAZA, STE 3335
NEW YORK, NY 10119

DEIRDRE A MARTINI
UNITED STATES TRUSTEE
UNITED STATES TRUSTEE
33 WHITEHALL ST, STE 2100
NEW YORK, NY 10004

STEVEN M CIMALORE – WILMINGTON TRUST CO
CREDITOR COMMITTEE MEM/INDENTURE TRUSTEE
RODNEY SQUARE NORTH
1100 NORTH MARKET ST
WILMINGTON, DE 19890

I:\CLIENT FILES\National Molding\Not Reclamation\AOS Supplemental by RegMail.wpd