MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 496-7997
Jonathan S. Green (P33140) (pro hac vice motion pending)
green@millercanfield.com
Timothy A. Fusco (P13768) (pro hac vice)
fusco@millercanfield.com

Attorneys for Ford Motor Company

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In RE:<br><br>DELPHI CORPORATION, et al.,<br><br>        Debtors. | Case No. 05-44481-RDD<br><br>In proceedings under<br>Chapter 11<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

STATE OF MICHIGAN     )
                         )SS.
COUNTY OF WAYNE     )

      RONDA L. HARRIS, being first duly sworn, deposes and says that she is employed by Miller, Canfield, Paddock and Stone, P.L.C. and that she served a copy of Request of Ford Motor Company for Different Adequate Protection Pursuant to Paragraph 18 of the Interim Order Under 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364 (c)(2), 364(c)(3), 364(d)(1), and 364 (e) and Fed. Bankr. P. 2002, 4001 and 9014 (I) Authorizing Debtors to Obtain Postpetition Financing, (II) to Utilize Cash Collateral, (III) Granting Adequate Protection to Prepetition Secured Parties and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c), upon:

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004


\s\ Ronda L. Harris
Ronda L. Harris, Administrative Assistant
Miller, Canfield, Paddock and Stone, P.L.C.


Dated:  October 25, 2005

DELIB:2672332.1\029982-00276