ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, NY 10022
Telephone (212) 223-0400
Telecopy (212) 753-0396
Stuart A. Krause, Esq. (SK-3847)
Michael G. Insalaco, Esq. (MI-1435)

*Attorneys for Toyota Tsusho America, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No.: 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF RECLAMATION DEMAND

PLEASE TAKE NOTICE that **Toyota Tsusho America, Inc.** timely served on October 10, 2005 and October 11, 2005, its demands for reclamation of certain merchandise referenced therein and in documents transmitted therewith, pursuant to section 2-702 of the Uniform Commercial Code, to each of Delphi Automotive Systems and Delphi Corporation, respectively, debtors and debtors-in-possession jointly administered under case numbered 05-44481. True and accurate

copies of the foregoing reclamation demand letters (with attachments) are attached

hereto as Exhibit A.

Dated: New York, New York
      October 25, 2005

                       ZEICHNER ELLMAN & KRAUSE LLP
                       *Attorneys for Toyota Tsusho America, Inc.*

                 By: /s/ Stuart A. Krause
                      Stuart A. Krause, Esq. (SK-3847)
                      Michael G. Insalaco, Esq. (MI-1435)
                      575 Lexington Avenue
                      New York, NY 10022
                      (212) 223-0400

472795.01/2209-048/MI

**Exhibit A**



**TOYOTA TSUSHO AMERICA, INC.**
437 Madison Ave., 29 FL.
New York, NY 10022
Phone: (212) 418-0100

October 10, 2005

Delphi Automotive Systems
48 Walter Jones Blvd.
El Paso, TX 79906
Phone: (915) 612-3879
Fax: (915) 612-3942

Attn: Edith Delacruz, Program Readiness Coordinator

Dear Ms. Delacruz,

Pursuant to Section 2-702 of the Uniform Commercial code, demand is herby made for reclamation of merchandise as specified on the attached documents. This merchandise was delivered to you on credit, while you were insolvent, between 9/29/05-10/8/05

- Invoice #37038046

- Invoice #37038081

You are directed to contact Ms. Kanako Ishikawa at phone number (510) 490-3600 X12 to make arrangements for the return of these goods. Please be guided accordingly.

Sincerely,

James Bade

James Bade
Senior Credit Analyst
Toyota Tsusho America, Inc
Tel: (212) 418-0170
Fax: (212) 752-3914
E-Mail: James_Bade@taiamerica.com

# INVOICE
# TOYOTA TSUSHO AMERICA, INC.

44901 INDUSTRIAL DRIVE
FREMONT, CA 94538
PHONE: [510 ]490-3600/ FAX: [510] 490-1294

**INVOICE NUMBER: 370.38046**

| Payment by Check: | Toyota Tsusho America, Inc.- LA Br.<br>Dept. LA 22392<br>Pasadena, CA 91185-2392 | Wire Remittance: | Union Bank, Gardena Branch<br>ABA# 1220-00496<br>For A/C of Toyota Tsusho America, Inc<br>Acct #03-930-297 |
|---|---|---|---|

**SOLD TO: Delphi Automotive Systems**
**48 Walter Jones Blvd**
**El Paso TX 79906**
**Attn: A/P ( Art Gamboa)**

| CUSTOMER NUMBER: | SECTION | INVOICE DATE: | DUE DATE | PAYMENT TERMS: | |
|---|---|---|---|---|---|
| 6105401 | 370 | 09/27/05 | 11/29/05 | 62 days after invoice day | VV |
| CUSTOMER ORDER #: | | OUR REF. NO | DATE SHIPPED: | SHIPPED VIA | |
| PEDP3840071 | | JS-27476 | 09/27/05 | DATS | |

| PART NO. | ORDER NUMBER | DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 15478646<br>(Tai# 82839-35010) | Jul 05 PO for Sep 05<br>Delivery | Breather Tube | 1,960 | 1.0480 | $2,054.08 |
| 15478646<br>(Tai# 82839-35010) | Aug 05 PO for Oct<br>05 Delivery | Breather Tube | 0 | 1.0480 | $0.00 |
| 41507-35080 | | Breather Tube | 0 | 0.7727 | $0.00 |

QTY. TOTAL       1,960       PCS.

## INVOICE TOTAL           $2,054.08

*Mike Hashimoto*

Toyota Tsusho America, Inc.

**Toyota Tsusho America, Inc. / Fremont, California Office**
Sales Office: 44901 Industrial Dr., Fremont, CA 94538  Ph: (510)480-3600 x11 / Fax: (510)490-1294
Shipping Warehouse: 1795 Atlantic Court, Union City, CA 94587  Ph: (510)489-0271 / Fax: (510)489-0867

| Auto Parts Section 370 | | Packing List No. | 370.38046 | | Date | 09/28/05 |
|---|---|---|---|---|---|---|
| | | | | | Page | 1 of 1 |

| Sold To: | Delphi Packard Systems | Ship To: | Delphi Packard Systems |
|---|---|---|---|
| | 48 Walter Jones Blvd. | | 48 Walter Jones Blvd. |
| | El Paso, TX  79906 | | El Paso, TX  79906 |

Edith Delacruz, Program Readiness Coordinator

| Customer Order: | PO# PEDP3840071 | | |
|---|---|---|---|
| Vendor Code: | RD151267929 | | |
| Date Shipped: | 9/28/2005 | Phone: | (915)783-7990 |
| Est. Delivery Date: | 10/3/2005 | Fax: | (915)783-7128 |

Carrier:       DATS

| Item Number Description | TAI Ref. | This Shipment Qty | | Ordered Date | Due |
|---|---|---|---|---|---|
| 41507-35080 (SSP) | DATS | 0 | pcs | Jun '04 | Aug '04 |
| 41507-35080 (SSP) | DATS | 0 | pcs | Jul '04 | Sep '04 |
| Delphi Packard Part No.15404489 | | | | | |
| Breather Tube | | | | | |
| TAI REF NO.        JS- | | | | | |

| Item Number Description | TAI Ref. | This Shipment Qty | | Ordered Date | Due |
|---|---|---|---|---|---|
| 82839-35010 (VV) | DATS | 1,960 | pcs | Jul '05 | Sep '05 |
| 82839-35010 (VV) | DATS | 0 | pcs | Aug '05 | Oct '05 |
| Delphi Packard Part No.15478646 | | | | | |
| Bracket Protector | | | | | |
| TAI REF NO.        JS- 27476 | | | | | |

Grand Total:    1,960    pcs

1/1 ページ

=DATS= Trucking – On-Line Services



| About | Divisions | Services | News | Forms | Help | Home | Log- |

LTL | Pool Distribution | Refrigerated TL | Break-Bulk Free LTL | Petroleum Services

Pro Tracking

- To search by Pro Number, enter our Pro Number and click Trace.
- To trace by Interline Pro, enter the Interline Pro, the carrier SCAC code and click Trace
- To search for a SCAC code, enter the first letter of the SCAC code, click Trace and select the SCAC you would like to use

PRO / Interline #   725073732                          SCAC

Pro: 725073732

**Shipper**
TOYOTA TSUSHO AMERICA
UNION CITY, CA 94587                                    Shpr #:NS

**Consignee**
DELPHI PACKARD ELECTRIC
EL PASO, TX 79906                                       P.O. #:NS

**Debtor**
TOYOTA TSUSHO AMERICA
FREMONT, CA 94538

| Signature | Status | Date | In | Out | Origin Term | Destination Term |
|---|---|---|---|---|---|---|
| PICK UP | PAT DISPATCHED | 20050927 | | | | |
| 00373042 | PICK UP MADE | 20050927 | | | HAYWARD, CA | HAYWARD, CA |
| 00373348 | IN TRANSIT | 20050927 | | | HAYWARD, CA | VERNON, CA |
| 60374595 | IN TRANSIT | 20050929 | | | FLAGSTAFF, AZ | ALBUQUERQUE, NM |
| 00374841 | IN TRANSIT | 20050929 | | | ALBUQUERQUE, NM | LAS CRUCES, NM |
| 00376466 | OUT FOR DELIV. | 20051003 | | | LAS CRUCES, NM | LAS CRUCES, NM |
| G VELOTA | DELIVERED | 20051003 | 1330 | 1100 | | |

Monday - Octob
© Copyright 2003, 2004 DATS T:

Help | Technical Support                Page 1 of 1                iSeries. mySe

370 380466
9/27/05

# INVOICE
## TOYOTA TSUSHO AMERICA, INC.
44901 INDUSTRIAL DRIVE
FREMONT, CA 94538
PHONE: [510 ]490-3600/ FAX: [510] 490-1294

**INVOICE NUMBER: 370.38081**

| Payment by Check: | Toyota Tsusho America, Inc.- LA Br.<br>Dept. LA  22392<br>Pasadena, CA  91185-2392 | Wire Remittance: | Union Bank, Gardena Branch<br>ABA# 1220-00496<br>For A/C of Toyota Tsusho America, Inc<br>Acct #03-930-297 |

**SOLD TO: Delphi Automotive Systems**
48 Walter Jones Blvd
El Paso TX 79906
Attn: A/P ( Art Gamboa)

| CUSTOMER NUMBER: | SECTION | INVOICE DATE: | DUE DATE | PAYMENT TERMS: | |
|---|---|---|---|---|---|
| 6105401 | 370 | 10/03/05 | 12/05/05 | 62 days after invoice day | VV |
| **CUSTOMER ORDER #:** | | **OUR REF. NO** | **DATE SHIPPED:** | **SHIPPED VIA** | |
| PEDP3840071 | | JS-27884 | 10/03/05 | DATS | |

| PART NO. | ORDER NUMBER | DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT | |
|---|---|---|---|---|---|---|
| 15478646<br>(Tai# 82839-35010) | Jul 05 PO for Sep 05<br>Delivery | Breather Tube | 760 | 1.0480 | $796.48 | 50715 |
| 15478646<br>(Tai# 82839-35010) | Aug 05 PO for Oct 05<br>Delivery | Breather Tube | 1,160 | 1.0480 | $1,215.68 | 50815 |
| 41507-35080 | | Breather Tube | 0 | 0.7727 | $0.00 | |

**QTY. TOTAL**      1,920      **PCS.**

**INVOICE TOTAL**      $2,012.16

*Mike Hashimoto*
Toyota Tsusho America, Inc.

**Toyota Tsusho America, Inc. / Fremont, California Office**
Sales Office: 44901 Industrial Dr., Fremont, CA 94538  Ph: (510)490-3600 x11  /  Fax: (510)490-1294
Shipping Warehouse: 1795 Atlantic Court, Union City, CA  94587  Ph: (510)489-0271 / Fax: (510)489-0867

| Auto Parts Section 370 | **Packing List No.** | **370.38081** | Date | 10/05/05 |
|---|---|---|---|---|
| | | | Page | 1 of 1 |

Sold To:  Delphi Packard Systems
          48 Walter Jones Blvd.
          El Paso, TX  79906

Ship To:  Delphi Packard Systems
          48 Walter Jones Blvd.
          El Paso, TX  79906

Edith Delacruz, Program Readiness Coordinator

| Customer Order: | PO# PEDP3840071 | | |
|---|---|---|---|
| Vendor Code: | RD151267929 | | |
| Date Shipped: | 10/5/2005 | Phone: | (915)783-7990 |
| Est. Delivery Date: | 10/10/2005 | Fax: | (915)783-7128 |

Carrier:    DATS

| Item Number Description | TAI Ref. | This Shipment Qty | | Ordered Date | Due |
|---|---|---|---|---|---|
| 41507-35080 (SSP) | DATS | 0 | pcs | Jun '04 | Aug '04 |
| 41507-35080 (SSP) | DATS | 0 | pcs | Jul '04 | Sep '04 |
| Delphi Packard Part No.15404489 | | | | | |
| Breather Tube | | | | | |
| TAI REF NO. | JS- | | | | |

| Item Number Description | TAI Ref. | This Shipment Qty | | Ordered Date | Due |
|---|---|---|---|---|---|
| 82839-35010 (VV) | DATS | 760 | pcs | Jul '05 | Sep '05 |
| 82839-35010 (VV) | DATS | 1,160 | pcs | Aug '05 | Oct '05 |
| Delphi Packard Part No.15473846 | | | | | |
| Bracket Protector | | | | | |
| TAI REF NO. | JS- 27884 | | | | |

Grand Total:    1,920    pcs



**TOYOTA TSUSHO AMERICA, INC.**
437 Madison Ave., 29 FL.
New York, NY 10022
Phone: (212) 418-0100

October 11, 2005

Delphi Corporation
M/C 483.400.216
5725 Delphi Drive
Troy, MI 48098-2815
**Fax: 248-813-2499**

**Attn: Christina Cattell**

RE: Demand for Reclamation

Dear Ms. Cattell,

Pursuant to Section 2-702 of the Uniform Commercial code, demand is herby made for
reclamation of merchandise as specified on the attached documents. This merchandise was
delivered to you on credit, while you were insolvent, between 9/29/05 – 10/8/05

Please find attached the following invoices.

- Invoices #'s 90042431, 90042880, 90042719, 90042400, 90042593, 90042930,
  90042932

You are directed to contact Joel Logan at (502-867-5030), to make arrangements for the
return of these goods. Please be guided accordingly.

Sincerely,

James Bade
Senior Credit Analyst
Toyota Tsusho America, Inc
Tel: (212) 418-0170
Fax: (212) 752-3914
E-Mail: James_Bade@taiamerica.com

OCT.11.2005   8:37AM                                                              NO.970   P.8

Repeat printout

# TOYOTA TSUSHO AMERICA, INC.

Remit: Toyota Tsusho America, Inc.
PO Box 631116
Cincinnati, OH 45263-1116

## Invoice

**INVOICE NUMBER: 90042431**

page 1 of 2

| BILL TO: | | |
|---|---|---|
| Delphi Saginaw | | |
| 3900 Holland Road | | |
| Saginaw MI 48601 | | |

| PAYER ADDRESS: | SHIP TO: |
|---|---|
| Delphi Saginaw | Delphi Saginaw Plant 6 |
| 3900 Holland Road | 3900 Holland Road |
| Saginaw MI 48601 | Saginaw MI 48601 |
| USA | |

| CUSTOMER NUMBER: | SECTION: | TAI ORDER NUMBER: |
|---|---|---|
| 20500245 | 510 | 11313 |

| CUSTOMER ORDER NBR: | INVOICE DATE: | SHIP DATE: | DUE DATE: |
|---|---|---|---|
| 9014456 | 09/27/2005 | 09/27/2005 | 10/25/2005 |

| YEN EXCHANGE RATE: | PAYMENT TERMS: | SHIP VIA: | INCO TERMS:CIF Customer | DELIVERY / PAYMENT REF NO: |
|---|---|---|---|---|
| 105.7900 | Net, Prox 25th | OCEAN | | 80031308 |

| LINE | DESCRIPTION | TAI MATERIAL No. | CUSTOMER MATERIAL No. | CUSTOMER P.O. No. | QUANTITY | PRICE PER 1000 | EXTENDED PRICE | TAX-ABLE |
|---|---|---|---|---|---|---|---|---|
| 1 | SCREW W/WASHER | 9015940259 | 26068944 | 9014456 | 3,000 PC | 56.7568 | 170.27 | |
| 2 | BRACKET ASSY STEERING COLUMN U<br>Order 11846 from 07/06/2005 | 4502034080 | 26075633 | 9014456 | 32 PC | 20,069.6988 | 642.23 | |
| 3 | BRACKET ASSY STEERING COLUMN U<br>Order 11846 from 07/06/2005 | 4502034070 | 26083043 | 9014456 | 1,408 PC | 39,086.1140 | 55,033.25 | |
| 4 | CLAMP STEERING COLUMN UPPER<br>Order 11846 from 07/06/2005 | 452271330010 | 26068942 | 9014458 | 3,000 PC | 351.0729 | 1,053.22 | |
| 5 | Bolt, Steering Lock<br>Order 11846 from 07/06/2005 | 4589712020 | 26068943 | 9014456 | 16,000 PC | 76.0658 | 1,217.05 | |
| 6 | SCREW W/WASHER<br>Order 11846 from 07/06/2005 | 9015940259 | 26068944 | 9014456 | 3,000 PC | 56.7568 | 170.27 | |
| 7 | ROCK ASSY, STEERING<br>Order 11846 from 07/06/2005 | 4502034090 | 26123736 | 9014458 | 56 PC | 38,372.2679 | 2,148.85 | |
| 8 | BRACKET ASSY STEERING COLUMN<br>Order 11846 from 07/06/2005 | 4502034051 | 26126341 | 9014456 | 1,280 PC | 22,023.9720 | 28,190.68 | |
| 9 | BRACKET ASSY STEERING COLUMN | 4502034081 | 26126343 | 9014456 | 1,536 PC | 21,029.2655 | 32,300.95 | |

E.A.O.E.

INTEREST WILL BE CHARGED AFTER DUE DATE AT CURRENT RATE.
ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF GOODS.
UNAUTHORIZED RETURNS ARE AT RISK OF THE PURCHASER.
NO RETURNS WILL BE ACCEPTED WITHOUT OUR WRITTEN CONSENT.

Currency: USD
IN THE CASE THAT TRANSACTION IS IN FOREIGN
CURRENCY, PLEASE ALSO TYPE UP US$ EQUIVALENT

OCT.11.2005    8:37AM                                                NO.970    P.9

# TOYOTA TSUSHO AMERICA, INC.

Remit: Toyota Tsusho America, Inc.
PO Box 631116
Cincinnati, OH 45263-1116

**Invoice**

page 2 of 2

## INVOICE NUMBER: 90042431

**BILL TO:**
Delphi Saginaw
3900 Holland Road
Saginaw MI 48601

**PAYER ADDRESS:**
Delphi Saginaw
3900 Holland Road
Saginaw MI 48601
USA

**SHIP TO:**
Delphi Saginaw Plant 6
3900 Holland Road
Saginaw MI 48601

| CUSTOMER NUMBER: | SECTION: | INVOICE DATE: | YEN EXCHANGE RATE: | | INCO TERMS:CIF Customer | | |
|---|---|---|---|---|---|---|---|
| 20500245 | 510 | 09/27/2005 | 105.7900 | | | | |

| CUSTOMER ORDER NBR: | TAI ORDER NUMBER: | DUE DATE: | SHIP DATE: | PAYMENT TERMS: | SHIP VIA: | DELIVERY / PAYMENT REF NO: | |
|---|---|---|---|---|---|---|---|
| 9004456 | 11313 | 10/25/2005 | 09/27/2005 | Net, Prox 25th | OCEAN | 80031308 | |

| LINE | DESCRIPTION | TAI MATERIAL No. | CUSTOMER MATERIAL No. | CUSTOMER P.O. No. | QUANTITY | PRICE PER 1000 | EXTENDED PRICE | TAX-ABLE |
|---|---|---|---|---|---|---|---|---|
| | Order 11846 from 07/08/2005 | | | | | | | |

| | | | |
|---|---|---|---|
| | | TOTAL ITEMS | 120,926.77 |
| | | TOTAL .... | 120,926.77 |

Document Total
$ 120,926.77
Toyota Tsusho America, Inc.

TERMS: Net, Prox 25th

Currency : USD
IN THE CASE THAT TRANSACTION IS IN FOREIGN
CURRENCY, PLEASE ALSO TYPE UP US$ EQUIVALENT

E.&O.E.
INTEREST WILL BE CHARGED AFTER DUE DATE AT CURRENT RATE.
ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF GOODS.
UNAUTHORIZED RETURNS ARE AT RISK OF THE PURCHASER.
NO RETURNS WILL BE ACCEPTED WITHOUT OUR WRITTEN CONSENT.

OCT.11.2005¡   8:37AM   5028630029          PHOENIX TRANSPORT          NO.970   P.10
PAGE  02/02

## STRAIGHT BILL OF LADING
### ORIGINAL - NOT NEGOTIABLE

Page 1 of    1



# TOYOTA TSUSHO AMERICA, INC.

BOL#: 25504
DATE: 09/29/2005

**SHIP TO:**
Delphi Saginaw Plant 6
3900 Holland Road
Saginaw MI  48601
USA

**SHIP FROM:**
Toyota Tsusho America, Inc.
Georgetown Warehouse
701 Triport Road
Georgetown KY  40324
USA

**NAME OF CARRIER:**          Phoenix Transportation Serv, LTD

Number of Pallets : 35
# Individual Boxes: 587

Weight :9076 lbs.

# Boxes + Masters : 92

Advance Ship Notices Included in this Shipment:
80031308

| CUSTOMER      RECEIVED   (PRINT) | TOTAL PALLETS:   35 |
|---|---|
| INFORMATION      BY;   (SIGN) | Approximate Weight: 9076 lbs. |

REMIT
C.O.D. TO:
ADDRESS

COD AMT: $

C.O.D. FEE:
PREPAID
COLLECT

NOTE - Where the rate is dependent on value,
shippers are required to state specifically in
writing the agreed or declared value of the
property.
The agreed or declared value of the
property is
hereby specifically stated by the shipper to be

This is to certify that the above-named
materials
are properly classified, described, packaged,
marked and labeled and are in proper
condition
for transportation according to the applicable
regulations of the Department of Transportation

Subject to Section 7 of the conditions, if this shipment is to
be
delivered to the consignee without recourse on the consignor,
the
consignor shall sign the following statement:
The carrier shall not make delivery of this shipment
without
payment of freight and all other lawful charges.

TOTAL

FREIGHT CHARGES
Freight Prepaid                    Check if
collect
except when checked

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of the Bill of Lading, the property described above in apparent
good
order, except as noted (contents and condition of contents of package unknown), marked consigned and destined as indicated above which said
carrier
(the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract)
agrees to carry to its usual place of delivery at said destination, of on its route, otherwise to deliver to another carrier on the route to said
destination.
it, mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at
any time
interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions
in the

| SHIPPER        TOYOTA TSUSHO AMERICA, INC. | CARRIER PER |
|---|---|
| | DATE |

OCT.11.2005   8:36AM                                                    NO.970   P.6

# TOYOTA TSUSHO AMERICA, INC.

**Repeat printout**

**Invoice**

Remit: Toyota Tsusho America, Inc.
PO Box 631116
Cincinnati, OH 45263-1116

**INVOICE NUMBER: 900-42880**

page 1 of 1

BILL TO:
Delphi Saginaw
3900 Holland Road
Saginaw MI 48601

PAYER ADDRESS:
Delphi Saginaw
3900 Holland Road
Saginaw MI 48601
USA

SHIP TO:
Delphi Saginaw Plant 6
3900 Holland Road
Saginaw MI 48601

| CUSTOMER NUMBER: 20500245 | SECTION: 510 | INVOICE DATE: 10/05/2005 | DUE DATE: 11/25/2005 | YEN EXCHANGE RATE: | PAYMENT TERMS: Net, Prox 25th | | |
| CUSTOMER ORDER NBR: 90\4456 | TAI ORDER NUMBER: 11846 | | SHIP DATE: 10/05/2005 | | SHIP VIA: OCEAN | DELIVERY / PAYMENT REF NO.: 80031573 | |

YEN EXCHANGE RATE: 109.1000   INCO TERMS:CIF Customer

| LINE | DESCRIPTION | TAI MATERIAL No. | CUSTOMER MATERIAL No. | CUSTOMER P.O. No. | QUANTITY | PRICE PER 1000 | EXTENDED PRICE | TAX-ABLE |
|---|---|---|---|---|---|---|---|---|
| 1 | BRACKET ASSY STEERING COLUMN U | 4502034060 | 26075633 | 90\4456 | 32 Pc | 19,460.7719 | 622.74 | |
| 2 | BRACKET ASSY STEERING COLUMN U | 4502034070 | 26083043 | 90\4456 | 896 Pc | 37,900.2749 | 33,958.65 | |
| 3 | CLAMP STEERING COLUMN UPPER | 4527133010 | 26068942 | 90\4456 | 1,600 pc | 340.4216 | 544.67 | |
| 4 | Bolt, Steering Lock | 4589712020 | 26068943 | 90\4456 | 9,000 pc | 73.7580 | 663.82 | |
| 5 | SCREW W/WASHER | 9015940259 | 26068944 | 90\4456 | 3,000 pc | 55.1483 | 165.45 | |
| 6 | ROCK ASSY, STEERING | 4502034090 | 26123736 | 90\4456 | 56 pc | 37,208.0839 | 2,083.65 | |
| 7 | BRACKET ASSY STEERING COLUMN | 4502034051 | 26126341 | 90\4456 | 1,152 Pc | 21,355.7837 | 24,601.86 | |
| 8 | BRACKET ASSY STEERING COLUMN | 4502034081 | 26126343 | 90\4456 | 1,536 Pc | 20,391.2858 | 31,320.97 | |
| 9 | BRACKET ASSY STEERING COLUMN | 4502034051 | 26126341 | 90\4456 | 128 Pc | 21,355.7828 | 2,733.54 | |
|  | Order 12300 from 08/05/2005 | | | | | | | |

TOTAL ITEMS    9

TOTAL....    96,695.36

E.O.E.

INTEREST WILL BE CHARGED AFTER DUE DATE AT CURRENT RATE.
ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF GOODS.
UNAUTHORIZED RETURNS ARE AT RISK OF THE PURCHASER.
NO RETURNS WILL BE ACCEPTED WITHOUT OUR WRITTEN CONSENT.

Currency : USD
IN THE CASE THAT TRANSACTION IS IN FOREIGN
CURRENCY, PLEASE ALSO TYPE UP US$ EQUIVALENT

Document Total
$ 96,695.36
Toyota Tsusho America, Inc.

OCT.11.2005  8:36AM  5028630029        PHOENIX TRANSPT        NO.970   P.?

PAGE  01/02

## STRAIGHT BILL OF LADING
### ORIGINAL - NOT NEGOTIABLE

Page 1 of    1



# TOYOTA TSUSHO AMERICA, INC.

**BOL#: 25755**
**DATE: 10/06/2005**

SHIP TO:
Delphi Saginaw Plant 6
3900 Holland Road
Saginaw MI  48601
USA

SHIP FROM:
Toyota Tsusho America, Inc.
Georgetown Warehouse
701 Triport Road
Georgetown KY  40324
USA

NAME OF CARRIER:     Phoenix Transportation Serv, LTD

Number of Pallets : 30
# Individual Boxes: 501                    Weight :7200 lbs.

# Boxes + Masters : 66

Advance Ship Notices Included in this Shipment:
80031573

CUSTOMER  RECEIVED  (PRINT)
INFORMATION  BY:
(SIGN)

TOTAL
PALLETS:      30

Approximate Weight:
7200 lbs.

REMIT
C.O.D. TO:
ADDRESS

COD AMT: $

C.O.D. FEE
PREPAID          $
COLLECT

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignee shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

TOTAL

FREIGHT CHARGES
Freight Prepaid          Check if
collect
except when checked

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of the Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of package unknown), marked consigned and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the

| SHIPPER | CARRIER |
| --- | --- |
| TOYOTA TSUSHO AMERICA, INC. | PER |
| | DATE  10/6 |

WHITE COPY - TAT        YELLOW COPY - CUSTOMER        PINK COPY - CARRIER

OCT.11.2005   8:36AM                                               NO.970   P.4

# TOYOTA TSUSHO AMERICA, INC.

**Repeat printout**

## Invoice

Remit: Toyota Tsusho America, Inc.
PO Box 631116
Cincinnati, OH 45263-1116

**INVOICE NUMBER: 90042719**

page 1 of 1

**BILL TO:**
Delphi Kettering Chassis
2000 Forrer Blvd.
Kettering OH 45420

**PAYER ADDRESS:**
Delphi Kettering Chassis
2000 Forrer Blvd.
Kettering OH 45420
USA

**SHIP TO:**
Crown Packaging
1885 Woodman Center Drive
Dayton OH 45420

| | |
|---|---|
| CUSTOMER NUMBER: | 20500121 |
| CUSTOMER ORDER NBR: | 550015751 |

| SECTION: | INVOICE DATE: |
|---|---|
| 510 | 10/03/2005 |

| SHIP DATE: | DUE DATE: |
|---|---|
| 10/03/2005 | 11/25/2005 |

| YEN EXCHANGE RATE: | 109.1000 | INCO TERMS:CIF Customer |
|---|---|---|

| PAYMENT TERMS: | SHIP VIA: |
|---|---|
| Net, Prox 25th | OCEAN |

| DELIVERY / PAYMENT REF NO: |
|---|
| 80031644 |

| TAI ORDER NUMBER: |
|---|
| 11844 |

| LINE | DESCRIPTION | TAI MATERIAL No. | CUSTOMER MATERIAL No. | CUSTOMER P.O. No. | QUANTITY | PRICE PER 1000 | EXTENDED PRICE | TAX-ABLE |
|---|---|---|---|---|---|---|---|---|
| 1 | LOCK NUT | 9017914015 | 22208258 | 550015751 | 500 PC | 221.9550 | 110.98 | |

| | |
|---|---|
| TOTAL ITEMS | 110.98 |
| TOTAL ..... | 110.98 |

**Document Total $ 110.98**
Toyota Tsusho America Inc.

E.&O.E.
INTEREST WILL BE CHARGED AFTER DUE DATE AT CURRENT RATE.
ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF GOODS.
UNAUTHORIZED RETURNS ARE AT RISK OF THE PURCHASER.
NO RETURNS WILL BE ACCEPTED WITHOUT OUR WRITTEN CONSENT.

Currency: USD
IN THE CASE THAT THIS TRANSACTION IS IN FOREIGN
CURRENCY, PLEASE ALSO TYPE UP US$ EQUIVALENT

OCT.11.2005 8:36AM racking                                   NO.970   P.5

*Crown 80031544*                                             Page 1 of 1



Home | About UPS | Contact UPS | Getting Started @ UPS.com



UPS Uni

Tracking

## Tracking

→ Track by Tracking Number
  › Track by E-mail
  › Import Tracking
    Numbers ⓐ
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking ⓐ
→ Void a Shipment ⓐ
→ Help

Log-In  User ID: [        ]  Password: [        ] →  | Forgot Password

## Track by Tracking Number

### View Tracking Summary

To see a detailed report for each package, please select the **View package progress** lir

| Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z X66 0X7 03 5107 830 7 → View package progress | Delivered | Delivered on: Delivered to: Signed by: Service Type: | Oct 6, 2005 9:52 A.M. DAYTON, O WILLIAMS GROUND |
| | | Multiple Packages: | 4 Show a |
| 2. 1Z X66 0X7 03 5244 931 5 → View package progress | Delivered | Delivered on: Delivered to: Signed by: Service Type: | Oct 6, 2005 9:52 A.M. DAYTON, O WILLIAMS GROUND |
| | | Multiple Packages: | 4 Show a |

**Hurricane-Related Service Updates**

Tracking results provided by UPS: Oct 10, 2005 3:37 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a information is strictly prohibited.

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.

http://wwwapps.ups.com/WebTracking/processInputRequest?HTMLVersion=5.0&trackn   10/10/2005

OCT.11.2005   8:37AM                                        NO.970   P.11

# TOYOTA TSUSHO AMERICA, INC.

Remit: Toyota Tsusho America, Inc.
PO Box 631116
Cincinnati, OH 45263-1116

page 1 of 1

**INVOICE NUMBER: 900424400**

Repeat printout

## Invoice

**BILL TO:**
Delphi Kettering Chassis
2000 Forrer Blvd.
Kettering OH 45420

**PAYER ADDRESS:**
Delphi Kettering Chassis
2000 Forrer Blvd.
Kettering OH 45420
USA

**SHIP TO:**
Crown Packaging
1885 Woodman Center Drive
Dayton OH 45420

| CUSTOMER NUMBER: | SECTION: | INVOICE DATE: | | | | |
|---|---|---|---|---|---|---|
| 20500121 | 510 | 09/27/2005 | | | | |

| CUSTOMER ORDER NBR: | TAI ORDER NUMBER: | DUE DATE: | | | | |
|---|---|---|---|---|---|---|
| 550015751 | 11844 | 10/25/2005 | | | | |

| | | SHIP DATE: | | | | |
|---|---|---|---|---|---|---|
| | | 09/27/2005 | | | | |

| YEN EXCHANGE RATE: | 105.7800 | INCO TERMS:CIF Customer | |
|---|---|---|---|

| | PAYMENT TERMS: Net, Prox 25th | | |
|---|---|---|---|

| | SHIP VIA: OCEAN | DELIVERY / PAYMENT REF NO: 80031239 | |
|---|---|---|---|

| LINE | DESCRIPTION | TAI MATERIAL No. | CUSTOMER MATERIAL No. | CUSTOMER P.O. No. | QUANTITY | PRICE PER 1000 | EXTENDED PRICE | TAX-ABLE |
|---|---|---|---|---|---|---|---|---|
| 1 | LOCK NUT | 9017914015 | 22208268 | 550015751 | 500 PC | 226.3252 | 113.16 | |

|  |  |
|---|---|
| TOTAL ITEMS | 113.16 |
| TOTAL .... | 113.16 |

Document Total
$   113.16
Toyota Tsusho America, Inc.

E.&O.E.
INTEREST WILL BE CHARGED AFTER DUE DATE AT CURRENT RATE.
ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF GOODS.
UNAUTHORIZED RETURNS ARE AT RISK OF THE PURCHASER.
NO RETURNS WILL BE ACCEPTED WITHOUT OUR WRITTEN CONSENT.

Currency: USD
IN THE CASE THAT TRANSACTION IS IN FOREIGN
CURRENCY, PLEASE ALSO TYPE UP US$ EQUIVALENT

OCT.11.2005   8:37AM.  UPS Package Tracking     *Crown 80031239*     NO.970   P.12

Page 1 of 1



Home | About UPS | Contact UPS | Getting Started @ UPS.com

UPS Uni

Tracking    Support    Business S....

## Tracking

Log-In    User ID: [        ]    Password: [        ]    [🔍] | Forgot Password

→ Track by Tracking Number
  > Track by E-mail
  > Import Tracking
    Numbers ⓐ
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking ⓐ
→ Void a Shipment ⓐ
→ Help



# Track by Tracking Number

### View Tracking Summary

To see a detailed report for each package, please select the **View package progress** lir

| Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z X66 0X7 03 5311 302 3<br>→ View package progress | Delivered | Delivered on:<br>Delivered to:<br>Signed by:<br>Service Type:<br>Multiple Packages: | Sep 29, 200<br>10:41 A.M.<br>DAYTON, O<br>BURTON<br>GROUND<br><br>2 🗐 Show A |
| 2. 1Z X66 0X7 03 5231 443 3<br>→ View package progress | Delivered | Delivered on:<br>Delivered to:<br>Signed by:<br>Service Type:<br>Multiple Packages: | Sep 29, 200<br>10:41 A.M.<br>DAYTON, O<br>BURTON<br>GROUND<br><br>2 🗐 Show A |

Tracking results provided by UPS: Oct 10, 2005 10:53 A.M.  Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende
you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a
information is strictly prohibited.

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.

OCT.11.2005   8:36AM                                                    NO.970   P.2

**TOYOTA TSUSHO AMERICA, INC.**

Remit: Toyota Tsusho America, Inc.
PO Box 631116
Cincinnati, OH 45263-1116

page 1 of 1

**INVOICE NUMBER: 90042593**

Repeat printout

**Invoice**

BILL TO:
Delphi Harrison
200 Upper Mountain Rd Building 6
Lockport NY 14094

PAYER ADDRESS:
Delphi Harrison
200 Upper Mountain Rd Building 6
Lockport NY 14094
USA

SHIP TO:
Gibbs Die Casting
369 Community Drive
Henderson KY 42420

| CUSTOMER NUMBER: | SECTION: | INVOICE DATE: |
|---|---|---|
| 20500381 | 510 | 09/29/2005 |

| CUSTOMER ORDER NBR: | TAI ORDER NUMBER: | DUE DATE: | SHIP DATE: |
|---|---|---|---|
| 550056532 | 11954 | 11/28/2005 | 09/29/2005 |

| YEN EXCHANGE RATE: | 105.7900 | INCO TERMS: CIF Lockport, NY |
|---|---|---|
| | PAYMENT TERMS: Net 60 Days | SHIP VIA: OCEAN |
| | DELIVERY / PAYMENT REF NO: 80031400 | |

| LINE | DESCRIPTION | TAI MATERIAL No. | CUSTOMER MATERIAL No. | CUSTOMER P.O. No. | QUANTITY | PRICE PER 1000 | EXTENDED PRICE | TAX-ABLE |
|---|---|---|---|---|---|---|---|---|
| 1 | PULLEY | 88404035140 | 88440-35140 | 550056532 | 800 Pc | 18,723.8869 | 14,979.11 | |

|  |  |  | TOTAL ITEMS | |
|---|---|---|---|---|
|  | TOTAL .... | 14,979.11 | | |

Currency: USD

IN THE CASE THAT TRANSACTION IS IN FOREIGN
CURRENCY, PLEASE ALSO TYPE UP US$ EQUIVALENT

E.&O.E.

INTEREST WILL BE CHARGED AFTER DUE DATE AT CURRENT RATE.
ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF GOODS.
UNAUTHORIZED RETURNS ARE AT RISK OF THE PURCHASER.
NO RETURNS WILL BE ACCEPTED WITHOUT OUR WRITTEN CONSENT.

Document Total:
$  14,979.11
Toyota Tsusho America, Inc.

OCT. 11. 2005 8:36AM NO.970 P.3

*Gibbs* 80031400

   

   News   Careers   Contact   Help   USF Shop   [Search]

Quick Tools & Forms

## Track Shipment Results Detail

Log in to USF Net

Not registered for USF Net? Register here.

» LTL Services
» New Customers
» Technology Services
» USF Bestway
» USF Holland
» USF Reddaway

Current Status Delivered Clear 10/03/05
Pro number 133-0124990
BOL number 25547
PO number
Shipper number

Origin GEORGETOWN, KY 40324
Terminal LEXINGTON  USF Holland

Destination HENDERSON, KY 42420
Terminal EVANSVILLE  USF Holland

Pickup Date Fri. Sep. 30, 2005
Standard Delivery Mon. Oct. 03, 2005
Appointment n/a
Service Type Premier

3rd Party Billed
DR Signature
Pieces 2
Weight 1,199 lbs

Did you know?

If you log in to USF Net, you can get more detailed tracking results for your shipments, including freight charges and shipment details!
See a sample >>

Not registered for USF Net? Register now!

Copyright © 2005  YRC Regional Transportation. All rights reserved  |  Privacy Policy  |
Terms of Use

OCT.11.2005   8:38AM                                                     NO.970   P.17

# TOYOTA TSUSHO AMERICA, INC.

**Z¡** Repeat printout

**Invoice**

Remit: Toyota Tsusho America, Inc.
PO Box 631116
Cincinnati, OH 45263-1116

page 1 of 1

**INVOICE NUMBER: 90042932**

**BILL TO:**
Delphi Harrison
200 Upper Mountain Rd Building 6
Lockport NY 14094

**PAYER ADDRESS:**
Delphi Harrison
200 Upper Mountain Rd Building 6
Lockport NY 14094
USA

**SHIP TO:**
Gibbs Die Casting
369 Community Drive
Henderson KY 42420

| CUSTOMER NUMBER: | SECTION: | INVOICE DATE: | SHIP DATE: | YEN EXCHANGE RATE: | | |
|---|---|---|---|---|---|---|
| 20500381 | 510 | 10/07/2005 | 10/06/2005 | 109.1000 | INCO TERMS:CIF Lockport, NY | |
| CUSTOMER ORDER NBR: | TAI ORDER NUMBER: | DUE DATE: | SHIP VIA: | PAYMENT TERMS: | DELIVERY / PAYMENT REF NO: | |
| 550056532 | 12479 | 10/07/2005 | OCEAN | Net, Prox 25th | 80031701 | |

| LINE | DESCRIPTION | TAI MATERIAL No. | CUSTOMER MATERIAL No. | CUSTOMER P.O. No. | QUANTITY | PRICE PER 1000 | EXTENDED PRICE | TAX. ABLE |
|---|---|---|---|---|---|---|---|---|
| 1 | PULLEY | 8844035140 | 88440-35140 | 550056532 | 360 PC | 18,155.8203 | 6,536.10 | |

TOTAL ITEMS                                                                  6,536.10
Expediting charges                                                             393.10
TOTAL ....                                                                   6,929.20

**Document Total**
$ 6,929.20
Toyota Tsusho Americe, Inc.

Currency: USD
IN THE CASE THAT TRANSACTION IS IN FOREIGN
CURRENCY, PLEASE ALSO TYPE UP US$ EQUIVALENT

E.&O.E.
INTEREST WILL BE CHARGED AFTER DUE DATE AT CURRENT RATE.
ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF GOODS.
UNAUTHORIZED RETURNS ARE AT RISK OF THE PURCHASER.
NO RETURNS WILL BE ACCEPTED WITHOUT OUR WRITTEN CONSENT.

# TOYOTA TSUSHO AMERICA, INC.

Remit: Toyota Tsusho America, Inc.

PO Box 631116

Cincinnati, OH 45263-1116

**Repeat printout**

**Invoice**

**INVOICE NUMBER: 90042930**

page 1 of 1

**BILL TO:**
Delphi Harrison
200 Upper Mountain Rd Building 6
Lockport NY 14094

**PAYER ADDRESS:**
Delphi Harrison
200 Upper Mountain Rd Building 6
Lockport NY 14094
USA

**SHIP TO:**
Gibbs Die Casting
369 Community Drive
Henderson KY 42420

| CUSTOMER NUMBER: | SECTION: | INVOICE DATE: | DUE DATE: | YEN EXCHANGE RATE: | INCO TERMS:CIF Lockport, NY |
|---|---|---|---|---|---|
| 20500381 | 510 | 10/05/2005 | 12/05/2005 | 109.1000 | |

| CUSTOMER ORDER NBR: | TAI ORDER NUMBER: | SHIP DATE: | PAYMENT TERMS: | DELIVERY / PAYMENT REF NO: |
|---|---|---|---|---|
| 550056532 | 11954 | 10/08/2005 | Net 60 Days | 80031652 |

| | | | | SHIP VIA: | |
| | | | | OCEAN | |

| LINE | DESCRIPTION | TAI MATERIAL No. | CUSTOMER MATERIAL No. | CUSTOMER P.O. No. | QUANTITY | PRICE PER 1000 | EXTENDED PRICE | TAX-ABLE |
|---|---|---|---|---|---|---|---|---|
| 1 | PULLEY | 8844035140 | 8840-35140 | 550056532 | 800 PC | 18,155.8204 | 14,524.66 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | TOTAL .... | | 14,524.66 | |
| | | | | | TOTAL ITEMS | | 14,524.66 | |

Currency : USD

Document Total
$     14,524.66
Toyota Tsusho America, Inc.

E.&O.E.
INTEREST WILL BE CHARGED AFTER DUE DATE AT CURRENT RATE.
ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF GOODS.
UNAUTHORIZED RETURNS ARE AT RISK OF THE PURCHASER.
NO RETURNS WILL BE ACCEPTED WITHOUT OUR WRITTEN CONSENT.

IN THE CASE THAT TRANSACTION IS IN FOREIGN
CURRENCY, PLEASE ALSO TYPE UP US$ EQUIVALENT

OCT.11.2005   8:39AM
ROM : RUTH TRUCKING          FAX NO. : 502 867 7395          NO.970   P.18
Oct. 10 2005 04:25PM P1



# STRAIGHT BILL OF LADING
## ORIGINAL - NOT NEGOTIABLE

Page 1 of   1

## TOYOTA TSUSHO AMERICA, INC.

BOL#: 25817
DATE: 10/06/2005

SHIP TO:
Gibbs Die Casting
369 Community Drive
Henderson KY  42420
USA

SHIP FROM:
Toyota Tsusho America, Inc.

NAME OF CARRIER:     Russell G. Burke

Number of Pallets: 2
# Individual Boxes: 58

Weight: 1734 lbs

# Boxes + Masters

Advance Ship Notices included in this shipment:
8003105521    8003105701

CUSTOMER RECEIVED BY
INFORMATION

TOTAL
PALLETS

Approximate Weight
1744 lbs