UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

DELPHI CORPORATION, et al.,

                  Debtors.

Chapter 11

Case No. 05-44481 (RDD)
(Jointly Administered)

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, John L. Bulger, a member in good standing of the bar in the State of New York, or of the bar of the U.S. District Court for the Western District of New York, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent T & L Automatics, Inc., a creditor in the above referenced case.

| | |
|---|---|
| Mailing Address: | John L. Bulger<br>Kaman, Berlove, Marafioti<br>Jacobstein & Goldman, LLP<br>135 Corporate Woods, Suite 300<br>Rochester, New York 14623 |
| E-mail: | jbulger@kamanesq.com |
| Telephone: | (585)-325-7440 |

I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice ***pro hac vice.***

Dated:   October 25, 2005
          Rochester, New York

                                         /s/ John L. Bulger_____
                                         John L. Bulger
                                         Kaman, Berlove, Marafioti, Jacobstein & Goldman, LLP
                                         135 Corporate Woods, Suite 300
                                         Rochester, New York 14623

**ORDER**

**ORDERED,**
that John L. Bulger, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:
       New York, New York        /s/_____
                                              UNITED STATES BANKRUPTCY JUDGE