**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al. | ) | Case No. 05-44481 (RDD) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Carrie M. Caldwell, a member in good standing of the bar in the State of Ohio, and the Northern District of Ohio, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent A. Schulman, Inc., in the above-referenced case.

My address is: Vorys, Sater, Seymour & Pease, LLP, 2100 One Cleveland Center, 1375 East Ninth Street, Cleveland, Ohio 44114-1724.

Email address: cmcaldwell@vssp.com

Telephone number is (216) 479-6100

I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice pro hac vice.

Dated: October 25, 2005

/S/ Carrie M. Caldwell
Carrie M. Caldwell (0075484)
VORYS, SATER, SEYMOUR AND
PEASE LLP
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, Ohio 44114
(216) 479-6100 Telephone
(216) 479-6060 Facsimile
cmcaldwell@vssp.com

Vorys, Sater, Seymour & Pease LLP
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, Ohio 44114
Telephone:     (216) 479-6100
Facsimile:      (216) 479-6060
Email:            ccaldwell@vssp.com
Carrie M. Caldwell, Ohio Supreme Court Registration 0075484

                NO HEARING REQUIRED

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al. | ) | Case No. 05-44481 (RDD) |
| | ) | Jointly Administered |
|       Debtors. | ) | |

**ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

Carrie M. Caldwell, a member in good standing of the bar in the State of Ohio, and of the bar of the U.S. District Court for the Northern District of Ohio, having requested admission, ***pro hac vice***, to represent A. Schulman, Inc., a creditor in the above-referenced case; it is

**ORDERED**, that Carrie M. Caldwell, Esq., is admitted to practice, pro hac vice, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the $25.00 filing fee.

Dated: _____

        New York, New York    /s/_____
                                                    UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF SERVICE

I, Carrie M. Caldwell, hereby certify that on this the 25th day of October, 2005, I served a copy of the above Motion for Admission to Practice, ***Pro Hac Vice*** upon the parties on the following Service List by Electronic Noticing and by overnight mail or regular U.S. mail, postage prepaid, as indicated below.

/s/ Carrie M. Caldwell_____
Carrie M. Caldwell

# SERVICE LIST

**By Overnight Mail:**

| | |
|---|---|
| Delphi Corporation<br>Attn: Sean Corcoran, Karen Craft<br>5725 Delphi Drive<br>Troy, MI 48098 | Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: John W. Butler, Jr., John K. Lyons, Ron E. Meisler<br>Attorneys for the Debtors<br>333 West Wacher Drive<br>Chicago, IL 60606 |
| Skadden, Arps, Slate Meagher & Flom LLP<br>Attn: Kayalyn A. Marafioit, Thomas J. Matz<br>Attorneys for the Debtors<br>Four Times Square<br>New York, New York 10036 | Shearman & Sterling LLP<br>Attn: Douglas Bartner, Jill Frizzley<br>Local Counsel to Debtors<br>599 Lexington Avenue<br>New York, NY 10022 |
| Latham & Watkins LLP<br>Attn: Robert J. Rosenberg<br>Attorneys for Creditors' Committee<br>885 Third Avenue, Suite 1000<br>New York, NY 10022-4834 | The Office of the U.S. Trustee<br>Attn: Alicia M. Leonard, Deirdre A. Martin<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004-2111 |
| Davis Polk & Wardwell<br>Attn: Donald Bernstein<br>Postpetition Administrative Agent<br>450 Lexington Avenue<br>New York, NY 10017 | Simpson Thatcher & Bartlett LLP<br>Attn: Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr.<br>Prepetition Administrative Agent<br>425 Lexington Avenue<br>New York, NY 10017 |
| JP Morgan Chase Bank, N.A.<br>Attn: Clifford Trapani, Khuyen Ta<br>Pre/Postpetition Administrative Agents<br>1111 Fannin, 10th Floor<br>Houston, TX 77002 | JP Morgan Chase Bank, N.A.<br>Attn: Gianni Russello, Vilma Francis<br>Pre/Postpetition Administrative Agents<br>270 Park Avenue<br>New York, NY 10017 |

**By Regular U.S. Mail:**

Capital Research and Management Company
Attn: Michelle Robson
11100 Santa Monica Blvd, 15th Floor
Los Angeles, CA 90025

Cohen Weiss & Simon
Attn: Bruce Simon
330 W. 42nd Street
New York, NY 10036

Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn: Steven J. Reisman
101 Park Avenue
New York, NY 10176-0061

Electronic Data Systems Corp.
Attn: Michael Nefkens
5505 Corporate Drive MSIA
Troy, MI 48098

Flextronics International Asia-Pacific Ltd.
c/o Flextronics International USA Inc.
Attn: Paul W. Anderson
2090 Fortune Drive
San Jose, CA 95131

Freescale Semiconductor, Inc.
Attn: Richard Lee Chambers, II
6501 William Cannon Drive West
MD OE16
Austin, TX 78735

FTI Consulting, Inc.
Attn: Randall S. Eisenberg
3 Times Square, 11th Floor
New York, NY 10036

General Electric Company
Attn: Valerie Venable
One Plastics Avenue
Pittsfield, MA 01201

General Motors Corporation
Attn: John Devine
300 Renaissance Center
P.O. Box 300
Detroit, MI 48265

Groom Law Group
Attn: Lonie A. Hasse
1701 Pennsylvania Avenue, NW
Washington, DC 20006

Hodgson Russ LLP
Attn: Stephen H. Gross
152 W. 57th Street, 35th Floor
New York, NY 10019

Internal Revenue Service
Attn: Insolvency Dept.
290 Broadway, 5th Floor
New York, NY 10007

Internal Revenue Service
Attn: Insolvency Dept.
477 Michigan Avenue, Mail Stop 15
Detroit, MI 48226

IUE-CWA
Attn: Henry Reichard
2360 W. Dorothy Lane, Suite 201
Dayton, OH 45439

Jeffries & Company, Inc.
Attn: William Q. Derrough
520 Madison Avenue, 12th Floor
New York, NY 10022

Kurtzman Carson Consultants
Attn: James Le
12910 Culver Blvd, Suite 1
Los Angeles, CA 90066

Mesirow Financial
Attn: Melissa Knolls
321 N. Clark Street, 13th Floor
Chicago, IL 60601

Morrison Cohen LLP
Attn: Joseph T. Moldovan
909 Third Avenue
New York, NY 10022

Office of New York State
Attorney General Eliot Spitzer
120 Broadway
New York, NY 10271

O'Melveny & Meyer LLP
Attn: Robert Seigel
400 South Hope Street
Los Angeles, CA 90071

O'Melveny & Meyer LLP
Attn: Tom A. Jerman, Rachel Janger
1625 Eye Street, NW
Washington, DC 20006

Philips Nizer LLP
Attn: Sandra A. Riemer
666 Fifth Avenue
New York, NY 10103

Securities and Exchange Commission
Reorganization Branch
233 Broadway
New York, NY 10279

Stevens & Lee, PC
Attn: Chester B. Salomon, Constantine D. Pourakis
485 Madison Avenue, 20th Floor
New York, NY 10022

Wilmington Trust Company
Attn: Steven M. Cimalore
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

Pension Benefit Guaranty Corp.
Attn: Jeffrey Cohen, Ralph L. Landy
1200 K Street, NW, Suite 340
Washington, DC 20005

Rothchild Inc.
Attn: David L. Resnick
1251 Avenue of the Americas
New York, NY 10020

Seyfarth Shaw LLP
Attn: Robert W. Dremluk
1270 Avenue of the Americas, Suite 2500
New York, NY 10020-1801

Togut, Segal & Segal LLP
Attn: Albert Togut
One Penn Plaza, Suite 3335
New York, NY 10119