**PORZIO, BROMBERG & NEWMAN, P.C.**   Hearing Date:  October 27, 2005 at 10:00 am
(Mail to) P.O. Box 1997, Morristown, NJ  07962-1997
(Delivery to) 100 Southgate Parkway, Morristown, NJ  07960
Telephone (973) 538-4006
Facsimile (973) 538-5146
-and-
156 West 56th Street
New York, NY  10019

Attorneys Appearing: John S. Mairo (JM-0670)
                            Brett S. Moore (BM-0014)

Attorneys for Neuman Aluminum Automotive, Inc. and
Neuman Aluminium Impact Extrusion, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                                                                 :      Chapter 11

In re:                                                     :

                                                                   :      Case No. 05-44481

DELPHI CORP., *et al.*,                        :
                                                                   :
                      Debtors.                        :
                                                                   :
----------------------------------------------------------------x

**JOINDER OF NEUMAN ALUMINUM AUTOMOTIVE, INC.
AND NEUMAN ALUMINIUM IMPACT EXTRUSION, INC. IN
LIMITED OBJECTIONS TO DIP FINANCING MOTION
AND INTERIM DIP FINANCING ORDER, AND REQUEST
FOR ADEQUATE PROTECTION FOR PRE-PETITION SETOFF
<u>RIGHTS AS WELL AS PRESERVATION OF RECLAMATION RIGHTS</u>**

982483

Neuman Aluminum Automotive, Inc. and Neuman Aluminium Impact Extrusion, Inc. (collectively, "Neuman") hereby join in the limited objections filed with respect to the Debtors' Motion[1] for Financing, dated October 3, 2005 (Dkt. No. 42), and the Interim Order Under 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(3) and Fed. Bankr. P. 2002, 4001 and 9014(I) Authorizing Debtors to Obtain Postpetition Financing, (II) to Utilize Cash Collateral, (III) Granting Adequate Protection to Prepetition Secured Parties and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c), dated October 12, 2005 (Dkt. No. 164) (the "Interim DIP Financing Order"), and request adequate protection for their pre-petition setoff rights as well as preservation of their reclamation rights.

Neuman supports the Debtors' request for the Financing and does not oppose the entry of the Final Order, but Neuman files this limited objection to the Motion and the Interim DIP Financing Order to request that the Court modify the Final Order to expressly provide that the relief granted therein does not impair or subordinate Neuman's setoff or reclamation rights.

## PRESERVATION OF SETOFF RIGHTS

1.    Neuman is a supplier to one or more of the Debtors.  In the ordinary course of business, one or more of the Debtors are indebted to Neuman for goods manufactured and sold by Neuman to one or more of the Debtors, and Neuman may be indebted to one or more of the Debtors for various credits, overpayments, or other sums, in certain amounts, some of which are yet to be determined.  As such, because these claims arise pre-petition and satisfy the mutuality requirement, Neuman has a valid right of setoff with respect to such claims involving one or more of the Debtors.

---

[1] All capitalized terms used herein and not otherwise defined shall have the meaning given to such terms in the Interim DIP Financing Motion (as defined below).

982483

2.     Neuman joins in the limited objections filed by Robert Bosch Corporation and affiliates (Dkt. No. 428); Mercedes-Benz U.S. International, Inc. (Dkt. No. 435); Venture Plastics, Inc. (Dkt. No. 436); Calsonic Kansei North America, Inc. (Dkt. No. 442); DaimlerChrylser Motors Company (Dkt. No. 450); Decatur Plastics Products, Inc. (Dkt. No. 451); Gibbs Die Casting Corporation (Dkt. No. 455); Lorentson Manufacturing Company, Inc. (Dkt. No. 458); Autocam Corporation (Dkt. No. 459); Lorentson Manufacturing Company Southwest, Inc. (Dkt. No. 461); Freescale Semiconductor, Inc. (Dkt. No. 501) and Flextronics International Asia-Pacific Ltd. (Dkt. No. 511) (collectively, the "<u>Limited Objections</u>") with respect to their request that the right of setoff be preserved for all suppliers to the Debtors.  Neuman's right of setoff should be adequately protected in the form of priority over the liens and claims to be granted to the Agent, the DIP Lenderes, the Pre-Petition Secured Lenders pursuant to the Motion and the Financing.  Neuman objects to the relief requested in the Motion to the extent that its right of setoff is modified or eliminated in any respect.

**<u>PRESERVATION OF RECLAMATION RIGHTS</u>**

3.     On October 13, 2005, a demand for the reclamation of goods was received by one or more of the Debtors from Neuman with respect to goods received by one or more of the Debtors within the ten-day period prior to the Petition Date (collectively, the "<u>Reclamation Claim</u>") (see Dkt. No. 208).  The Reclamation Claim was asserted pursuant to Neuman's rights under section 546(c) of the Bankruptcy Code, Section 2-702 of the Uniform Commercial Code and applicable state law.

4.     To the extent the relief sought in the Motion modifies or eliminates the Reclamation Claim, Neuman requests that the Final Order specifically provide that the relief granted therein does not effect in any way any valid reclamation claim of Neuman that existed as of the Petition Date or otherwise.

982483

WHEREFORE, for the reasons set forth herein, Neuman respectfully requests that this Court grant the Motion, but modify the Final Order to expressly provide that the relief granted therein does not impact or subordinate Neuman's setoff right or Reclamation Claim, by adding the following language to the Final Order.

> *Setoff Right and Reclamation Claims of Pre-Petition Suppliers.* Notwithstanding anything set forth in this Order the relief granted does not (i) impair or effect the setoff rights of the Debtors' pre-petition suppliers, or (ii) impair or effect the valid reclamation claims of reclamation claimants.

The Court should grant such other and further relief as it deems just and proper.

Dated: October 25, 2005

NEUMAN ALUMINUM AUTOMOTIVE, INC.
NEUMAN ALUMINIUM IMPACT
EXTRUSION, INC.


By:   /s/ John S. Mairo
    John S. Mairo (JM 0670)
    Brett S. Moore (BM 0114)

**PORZIO, BROMBERG & NEWMAN, P.C.**
(Mail to) P.O. Box 1997, Morristown, NJ  07962-1997
(Delivery to) 100 Southgate Parkway, Morristown, NJ  07960
Telephone (973) 538-4006
Facsimile (973) 538-5146
-and-
156 West 56th Street
New York, NY  10019

982483