**Hearing Date: 10/27/05**
                                                         **Time: 10:00 a.m.**

SANFORD P. ROSEN & ASSOCIATES, P.C.
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen (SR-4966)
Kenneth M. Lewis (KL-7679)

SCHAFER AND WEINER, PLLC
40950 Woodward Ave. Ste. 100
Bloomfield Hills, MI 48304
(248) 540-3340
Daniel J. Weiner
Ryan D. Heilman

Attorneys for Magna International, Inc.
  and Certain of its Affiliates

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re
                                           Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,      (Jointly Administered)

                        Debtors.    Chapter 11
------------------------------------x


**JOINDER OF MAGNA INTERNATIONAL, INC. AND CERTAIN OF ITS
AFFILIATES IN LIMITED OBJECTION OF OMEGA TOOL CORP., L&W
ENGINEERING CO., SOUTHTEC, LLC, DOTT INDUSTRIES, INC., ALPS
AUTOMOTIVE, INC., PIONEER AUTOMOTIVE TECHNOLOGIES, INC.,
LAKESIDE PLASTICS LIMITED, ANDROID INDUSTRIES, INC., AI-
DORAVILLE, LLC, AND AI-GENESEE, LLC TO ENTRY OF A FINAL ORDER
AUTHORIZING POSTPETITION FINANCING AND THE USE OF CASH
<u>COLLATERAL, AND GRANTING ADEQUATE PROTECTION</u>**

        Magna International, Inc. and certain of its foreign

and domestic affiliates, including, but not limited to,

Rotoform, a division of Magna Powertrain Inc. (an Ontario

Corporation); Deco Automotive, a division of Magna

International, Inc. (an Ontario Corporation); Vehma International of America, Inc. (a Delaware Corporation); Modatek, a division of Magna Structural Systems, Inc. (an Ontario Corporation); and Integram St. Louis Seating, a division of Intier Automotive Seating of America, Inc.; hereby join in the Limited Objection of Omega Tool Corp., L&W Engineering Co., Southtec, LLC, DOTT Industries, Inc., ALPS Automotive, Inc., Pioneer Automotive Technologies, Inc., Lakeside Plastics Limited, Android Industries, Inc., Ai-Doraville, LLC, and Ai-Genesee, LLC to Entry of a Final Order Authorizing Postpetition Financing and the Use of Cash Collateral, and Granting Adequate Protection (Document No. 551), specifically as it relates to the preservation of setoff rights.

Dated: New York, New York
       October 25, 2005

                                SANFORD P. ROSEN & ASSOCIATES, P.C.
                                Local Counsel for Magna
                                International, Inc. and Certain
                                  of its Affiliates

                                By: /s/ Kenneth M. Lewis
                                    Kenneth M. Lewis (KL-7679)

                                747 Third Avenue
                                New York, NY 10017-2803
                                (212) 223-1100

2

```
                    SCHAFER AND WEINER, PLLC
                    Attorneys for Magna International,
                      Inc. and Certain of its
                      Affiliates

                    By: /s/ Max J. Newman
                        Daniel J. Weiner
                        Max J. Newman
                        Ryan D. Heilman

                    40950 Woodward Ave. Ste. 100
                    Bloomfield Hills, MI 48304
                    (248) 540-3340
```

SANFORD P. ROSEN & ASSOCIATES, P.C.
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen (SR-4966)
Kenneth M. Lewis (KL-7679)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re
                                                       Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,       (Jointly Administered)

                            Debtors.       Chapter 11
------------------------------------x

**CERTIFICATE OF SERVICE OF JOINDER OF MAGNA INTERNATIONAL, INC. AND CERTAIN OF ITS AFFILIATES IN LIMITED OBJECTION OF OMEGA TOOL CORP., L&W ENGINEERING CO., SOUTHTEC, LLC, DOTT INDUSTRIES, INC., ALPS AUTOMOTIVE, INC., PIONEER AUTOMOTIVE TECHNOLOGIES, INC., LAKESIDE PLASTICS ANDROID INDUSTRIES, INC., AI-DORAVILLE, LLC, AND AI-GENESEE, LLC TO ENTRY OF A FINAL ORDER AUTHORIZING POSTPETITION FINANCING AND THE USE OF CASH COLLATERAL, AND GRANTING ADEQUATE PROTECTION**

       The undersigned, under penalty of perjury, hereby certifies as follows:

       I am over 18 years of age, reside in Waccabuc, New York and am not a party to this proceeding.

       On the 25th day of October 2005, I served the prefixed Joinder of Magna International, Inc. and Certain of Its Affiliates in Limited Objection of Omega Tool Corp., L&W Engineering Co., Southtec, LLC, DOTT Industries, Inc., ALPS Automotive, Inc., Pioneer Automotive Technologies, Inc., Lakeside Plastics Android Industries, Inc., Ai-Doraville, LLC,

and Ai-Genesee, LLC to Entry of a Final Order Authorizing Postpetition Financing and the Use of Cash Collateral, and Granting Adequate Protection upon the parties whose names and facsimile numbers are set forth below by causing copies of same to be transmitted by facsimile to said parties at their respective telephone numbers designated therefor.

        Skadden, Arps, Slate, Meager & Flom, LLP
        Attorneys for the Debtors
          Attn.: John Wm. Butler, Jr., Esq.
        Facsimile No. (312) 407-8501

        Shearman & Sterling LLP
        Attorneys for the Debtors
          Attn.: Douglas P. Bartner, Esq.
        Facsimile No. (646) 848-8190

        Davis Polk & Wardwell
        Attorneys for the Agent and the Joint
          Lead  Arrangers
          Attn.: Donald S. Bernstein, Esq.
        Facsimile No. (212) 450-2502

        Simpson Thacher & Bartlett LLP
        Attorneys for Pre-Petition Agent
        Attn.: Kenneth S. Ziman, Esq.
            Robert H. Trust, Esq.
        Facsimile No. (212) 455-2502

        Office of the U.S Trustee
          Attn.: Alicia M. Leonhard, Esq.
        Facsimile No. (212) 668-2255

Dated:  New York, New York
       October 25, 2005

                                    /s/ Kenneth M. Lewis
                                    Kenneth M. Lewis