**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                         :
        In re                            :    Chapter 11
                                         :
DELPHI CORPORATION et al.,               :    Case No. 05-44481 (rdd)
                                         :
                        Debtors.         :    (Jointly Administered)
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Amber M. Cerveny, being duly sworn according to law, deposes and says that I am employed by Kurtzman Carson Consultants, LLC, proposed claims and noticing agent for the Debtors in the above-captioned cases.

On October 17, 2005, under my direction and under my supervision, employees of KCC caused to be served, via facsimile the documents listed in Section 1 on the parties attached hereto as Exhibit A and via overnight mail the parties attached hereto as Exhibit B:

### *Section 1*

**I.**   Voluntary Petitions for the following Debtors: Delphi Furukawa Wiring Systems LLC, MobileAria, Inc., Delphi Receivables LLC, **[Attached hereto as Exhibit C]**

**II.**   Motion for Order Under Fed.R.Bank.R.P. 1015(b) Authorizing Joint Administration **(Docket No. 2 in Case No. 05-47474, 05-47459, 05-47452) [Attached hereto as Exhibit D]**

**III.**   Motion for Interim and Final Orders Under 11 U.S.C. § 105(a) Directing That Certain Orders in Chapter 11 Cases of Delphi Corporation, et al. be Made Applicable to Delphi Furukawa Wiring Systems, LLC, Delphi Receivables LLC, and Mobilearia, Inc. **(Docket No. 276) [Attached hereto as Exhibit E]**

**IV.**   Revised Notice of Hearing on First Day Motions **[Attached hereto as Exhibit F]**

Dated: October 25, 2005

                                         *Amber M. Cerveny*
                                         Amber M. Cerveny

Sworn to and subscribed before
me on October 25, 2005

*Evan J. Gershbein*
Notary Public
My Commission Expires:    1/19/07

1

# EXHIBIT A

| Contact | Company | Address 1 | Address 2 | City | State | Zip | Country | Fax |
|---|---|---|---|---|---|---|---|---|
| Akihiko Imaya Group | Sharp Electronics Corp | Deputy General Manager | 26131 Chinomoto Cho Tenri | Nara | | 632-8567 | Japan | 81-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 |
| Albert Togut | Togut Segal & Segal LLP | One Penn Plaza | Suite 3335 | New York | NY | 10119 | US | 212-967-4258 |
| Alps Automotive Inc | Muneki Mitch Ishida | 1500 Atlantic Blvd | | Auburn Hills | MI | 48326 | US | 248-391-1564 |
| Ann Wagoner | Applied Bio Systems | 850 Lincoln Centre Dr | | Foster City | CA | 94404 | US | 650-638-5998 |
| Attn Insolvency Department | Internal Revenue Service | 290 Broadway | 5th Floor | New York | NY | 10007 | US | |
| Attorney General Eliot Spitzer | Office of New York State | 120 Broadway | | New York City | NY | 10271 | US | |
| Barry Perry | Engelhard Corporation | 101 Wood Ave | | Iselin | NJ | 08830 | US | 732-906-0337 |
| Bill Staron | Dmc 2 Canada Corporation | 2347 Commercial Dr | | Auburn Hills | MI | 48326 | US | 248-340-2471 |
| Bjoern Goeke | Victory Packaging | 3555 Timmons Lane | Suite 1440 | Houston | TX | 77027 | US | 713-961-3824 |
| Brad Countryman  Salesman | Isi Of Indiana Inc | 1212 East Michigan St | | Indianapolis | IN | 46202 | US | 317-631-7981 |
| Brent Mewhinney | Texas Instruments Inc | 12900 North Meridian St | Suite 175 Ms 4070 | Carmel | IN | 46032 | US | 317-573-6410 |
| Brian Mcgowan Sales Manager | Corus Lp | 496 Highway 35 Rr2 | | Pontypool | ON | LOA 1KO | Canada | 705-277-9742 |
| Brian Ruel | Timken Company | 31100 Telegraph Rd Ste 270 | | Bingham Farms | MI | 48025 | US | 248-433-2253 |
| Bruce A Fassett | Carlisle Engineered Prods | 100 Seventh Ave Ste 100 | | Chardon | OH | 44024 | US | 734-367-1431 |
| Burr & Forman LLP | Michael Leo Hal | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | US | |
| Chet Korzeniewski | Fujitsu Ten Corporation | 46029 Five Mile Rd | | Plymouth | MI | 48170 | US | 734-414-6660 |
| Clifford Trapani | JPMorgan Chase Bank NA | Loan and Agency Services Group | 1111 Fannin 10th Floor | Houston | TX | 77002 | US | 713-750-2948 |
| Darrell Seitz Senior Acct Mgr | Hitachi Automotive | 955 Warwick Rd | | Harrodsburg | KY | 40330 | US | 248-474-5097 |
| David Bader | Hss Llc | 5446 Dixie Highway | | Saginaw | MI | 48601 | US | 989-777-4818 |
| David L Resnick | Rothchild Inc | 1251 Avenue of the Americas | | New York | NY | 10020 | US | 212-403-5454 |
| David M Mcginnis | Murata Electronics North | 2200 Lake Park Dr | | Smyrna | GA | 30080 | US | 678-842-6625 |
| Deirdre A Martini | United States Trustee | 33 Whitehall Street | Suite 2100 | New York | NY | 10004 | US | 212-668-2256 |
| Devin Denner Sales Manager | Olin Corp | 427 N Shamrock St | | East Alton | IL | 62024 | US | 618-258-3481 |
| Don Duda President | Methode Electronics Inc | 7401 W Wilson | | Chicago | IL | 60706 | US | 708-867-3288 |
| Donald Bernstein | Davis Polk & Wardwell | 450 Lexington Avenue | | New York | NY | 10017 | US | 212-450-3092 |
| Douglas Bartner Jill Frizzley | Shearman & Sterling LLP | 599 Lexington Avenue | | New York | NY | 10022 | US | 212-848-7179 |
| Dr Jurgen W Gromer | Tyco Electronics Corp | PO Box 3608 | | Harrisburg | PA | 17105 | US | 717-592-7555 |
| Dr Jurgen W Gromer | Tyco Electronics Corp | PO Box 3608 | | Harrisburg | PA | 17105-3608 | US | 717-592-7555 |
| Dr Jurgen W Gromer | Tyco Electronics Corp | Amperestrabe 1214 | | Bensheim | D-64625 | | Germany | 49-0-62-51-133-1-548 |
| Ed Mike Sales Manager | Solectron De Mexico Sa De Cv | Solectron Invotronics | 26525 American Dr | Southfield | MI | 48034 | US | 248-263-8701 |
| Frank H Avant  President | Tdk Corporation Of America | 1221 Business Center Dr | | Mount Prospect | IL | 60056 | US | 847-803-1125 |
| Gary Thoe Chairman | Waupaca Foundry Inc | 311 S Tower Rd | | Waupaca | WI | 54981 | US | 715-258-1712 |
| Gordon Diag | Pbr Automotive Usa Pacific Group | 140 Ellen Dr | | Orion Township | MI | 48359 | US | 248-377-4939 |
| Harold M Stratton | Strattec Security Corp | 3333 West Good Hope Rd | | Milwaukee | WI | 53209 | US | 414-247-3329 |
| Hironobu Ono | Cataler North America Corp | 7800 Chiharna | | Kakegawa-City Shizuoka | | | Japan | 81-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 |
| Hitachi Automotive | | 34500 Grand River Ave | | Farmington Hills | MI | 48335 | US | 248-474-5097 |
| Hitachi Chemical Asia Pacific | Hitachi Chemical Asia Pacific | Bedok Plant 20 | Bedock South Rd | Singapore | | 469277 | Singapore | 656-444-6002 |
| Infineon Technologies | | StMartinStrasse 53 | | Munich | | 81669 | Germany | 49-0-89-234-8-52-02 |
| James D Clark | IUE  Comm Workers of America | 501 3rd St NW 6th Floor | | Washington | DC | 20001 | US | 202-434-1343 |
| James Le | Kurtzman Carson Consultants | 12910 Culver Blvd | Suite I | Los Angeles | CA | 90066 | US | 310-751-1561 |
| Jeffrey Cohen | Pension Benefit Guaranty Corporation | 1200 K Street NW | Suite 340 | Washington | DC | 20005 | US | 202-326-4112 |
| Jeffrey Cohen | Pension Benefit Guaranty Corp | 1200 K St NW | | Washington | DC | 20005 | US | 202-326-4112 |
| Jim Offer | Pechiney Rolled Products | 39111 W Six Mile Rd | | Livonia | MI | 48152 | US | 734-632-8483 |
| Jim Trent | Nec Electronics Inc | Three Galleria Tower | 13155 Noel Rd Ste 1100 | Dallas | TX | 75240 | US | 972-655-5133 |
| Joe M Dorris President | Futaba Corp Of America | 2865 Wall Triana Hwy | | Huntsville | AL | 35824 | US | 256-461-7741 |
| Joe Minville | Flextronics Intl Asia Pacific | 2 Robbins Rd | | Westford | MA | 01886 | US | 978-392-3011 |
| Joel Robinson President Bob Finn | American Axle & Mfg Inc | One Dauch Dr | | Detroit | MI | 48211 | US | 313-974-2870 |
| John Devine | General Motors Corporation | 300 Renaissance Center | PO Box 300 | Detroit | MI | 48265 | US | 517-272-3709 |
| John Devine | General Motors Corporation | 300 Renaissance Center | PO Box 300 | Detroit | MI | 48265 | US | 517-272-3709 |
| John Nielsen Dir Sales | Trw Automotive | 12000 Tech Center Dr | | Livonia | MI | 48150 | US | 734-266-5704 |
| John Wm Butler J Lyons R Meisler | Skadden Arps Slate Meagher & Flom | 333 W Wacker Dr | Suite 2100 | Chicago | IL | 60606 | US | 312-407-0411 |
| Kayalyn A Marafioti Thomas J Matz | Skadden Arps Slate Meagher & Flom | 4 Times Square | | New York | NY | 10036 | US | 212-735-2000 |
| Kenji Ito Vp Larry Khaykin | Aw Transmission Eng Aisin Seiki Co | Metro West Industrial Park | 14933 Keel St | Plymouth | MI | 48170 | US | 734-416-3844 |
| Kenneth S Ziman Robert H Trust | Simpson Thatcher & Bartlett LLP | 425 Lexington Avenue | | New York | NY | 10017 | US | 212-455-2502 |
| Khuyen Ta | JPMorgan Chase Bank NA | Agent Bank Services Group | 1111 Fannin 10th Floor | Houston | TX | 77002 | US | 713-750-2938 |
| Lance Williams Director Of Sales | Semiconductor Components | 2000 S County Trail | | East Greenwich | RI | 02818 | US | 734-953-6860 |
| Leo W Gerard | United Steel Workers | 5 Gateway Center | | Pittsburgh | PA | 15222 | US | 412-562-2484 |
| Linda Lynch | Robert Bosch Corporation | 38000 Hills Tech Dr | | Farmington Hills | MI | 48331 | US | 248-848-6505 |
| Lonie A Hassel | Groom Law Group | 1701 Pennsylvania Avenue NW | | Washington | DC | 20006 | US | 202-659-4503 |
| Martin J Bienenstock | Weil Gotshal & Manges LLP | 767 Fifth Avenue | | New York | NY | 10153 | US | 212-310-8007 |
| Michael Rudnicki | Niles Usa Inc | 41129 Jo Dr | | Novi | MI | 48375 | US | 248-427-9701 |
| Patrick Healy | Law Debenture Trust Company of NY | 780 Third Ave 31st Fl | | New York | NY | 10017 | US | 212-750-1361 |
| Paul Grimme | Freescale Semiconductor Inc | 6501 William Cannon Dr West | | Austin | TX | 78735 | US | 512-895-8746 |
| Peter Bauer EVP | Infineon Technologies | PO Box 80 09 49 | | Munich | | 81609 | Germany | 49-0-89-234-8-52-02 |
| Peter Bauer, EVP | Infineon Technologies | PO Box 80 09 49 | | Munich | | 81609 | Germany | 49-0-89-234-8-52-02 |
| Peter H Huizinga | Siemens Automotive Ltd | 2400 Executive Hill Blvd | | Auburn Hills | MI | 48326 | US | 248-209-7877 |
| Pioneer Indl Comp | Auto Electr Sales Inc | Kevin M Martin SVP | 22630 Haggerty Rd | Farmington | MI | 48335 | US | 248-449-1940 |
| Ralph Seibt Sales Manager | Westwood Associates Inc | 612 Willers Farm Rd | | Milford | CT | 06460 | US | 203-283-3100 |
| Randall S Eisenberg | FTI Consulting Inc | 3 Times Square | 11th Floor | New York | NY | 10036 | US | 212-841-9350 |

In re Delphi Corporation et al
Case No. 05-44481

1 of 2

10/10/20058:44 AM

| Contact | Company | Address 1 | Address 2 | City | State | Zip | Country | Fax |
|---|---|---|---|---|---|---|---|---|
| Reorganization Branch | Securities and Exchange Commission | 233 Broadway | | New York | NY | 10279 | US | |
| Richard Shoemaker | United Auto Workers | 8000 E Jefferson | | Detroit | MI | 48214 | US | 313-823-6016 |
| Robert Caruso | FTI Consulting Inc | 333 West Wacker Drive | Suite 600 | Chicago | IL | 60606 | US | 312-759-8119 |
| Robert Siegel | O'Melveny & Meyer LLP | 400 South Hope Street | | Los Angeles | CA | 90071 | US | 213-430-6407 |
| Ron Schubel | Molex Inc | 222 Wellington Court | | Lisle | IL | 60532 | US | 630-813-5888 |
| Russ Pollack Director Of Sales | Traxle Mfg Ltd | 25300 Telegraph Rd Ste 450 | Raleigh Office Center | Southfield | MI | 48034 | US | 248-355-3558 |
| Sam L Trency | Philips Semiconductors | 1817 Dogwood Dr | | Kokomo | IN | 46902 | US | 765-452-9915 |
| Scott Dekoker | Autocam Corporation | East Paris Ave | | Kentwood | MI | 49512 | US | 616-698-6876 |
| Scott King | FTI Consulting Inc | Park One Center | 6100 Oaktree Blvd Suite 200 | Cleveland | OH | 44131 | US | 216-986-2749 |
| Scott Shilling Sales Director | Sgs Thompson | Victor Park West | 19575 Victor Parkway | Livonia | MI | 48152 | US | 734-462-4034 |
| Sean Corcoran Karen Craft | Delphi Corporation | 5725 Delphi Drive | | Troy | MI | 48098 | US | 248-813-2670 |
| Steven M Cimalore | Wilmington Trust Company | 1100 N Market St | Rodney Square N | Wilmington | DE | 19890 | US | 302-636-4143 |
| Ted B Opie | General Electric Company | Two Towne Square | | Southfield | MI | 48076 | US | 248-262-2663 |
| Thomas F Maher R Duker G Russello | JPMorgan Chase Bank NA | 270 Park Avenue | | New York | NY | 10017 | US | 212-270-0430 |
| Tim Kuppler Vice President | Ti Group Automotive System | 12345 E Nine Mile | | Warren | MI | 48090 | US | 586-427-3175 |
| Tom A Jerman Rachel Janger | O'Melveny & Meyer LLP | 1625 Eye Street NW | | Washington | DC | 20006 | US | 202-383-5414 |
| Tracy Delcampo | Calsonic N America Inc | 27000 Hills Tech Court | | Farmington Hills | MI | 48331 | US | 248-848-4850 |
| Vilma Francis | JPMorgan Chase Bank NA | 270 Park Avenue | | New York | NY | 10017 | US | 212-270-5484 |
| Vince Sarrecchia | Panasonic Automotive | 26455 American Dr | | Southfield | MI | 48034 | US | 248-447-7008 |
| Y Yokoya | Hitachi Chemical Asia Pacific | Loyang Plant 32 | Loyang Way | Singapore | | 508730 | Singapore | 656-546-2842 |

2002
051017

| NAME | COMPANY | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIPCODE | FAX | PARTYFUNCTION |
|---|---|---|---|---|---|---|---|---|
| Alan D Halperin Christopher JBattaglia | Halperin Battaglia Raicht LLP | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | 212-765-0964 | Counsel to Pacific Gas Turbine Center LLC and Chromalloy Gas Turbine |
| Albert Togut Esq | Togut Segal & Segal LLP | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-967-4258 | Conflicts counsel to Debtors |
| Alyssa Englund Esq | Orrick Herrington & Sutcliffe LLP | 666 Fifth Avenue | | New York | NY | 10103 | 212-506-5151 | Counsel to America President Lines Ltd And APL Co Pte Ltd |
| Andrew C Kassner | Drinker Biddle & Reath LLP | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | Counsel to Penske Truck Leasing Co LP |
| Andrew Herenstein | Quadrangle Debt Recovery Advisors LLC | 375 Park Avenue 14th Floor | | New York | NY | 10152 | 866-741-2505 | Counsel to Quadrangle Debt Recovery Advisors LLC |
| Brett S Moore Esq | Porzio Bromberg & Newman PC | 100 Southgate Parkway | PO Box 1997 | Morristown | NJ | 07960 | 973-538-5146 | |
| Brian D Spector Esq | Spector & Ehrenworth PC | 30 Columbia Turnpike | | Florham Park | NJ | 07102 | 973-593-4848 | Counsel to Hitachi Automotive Products (USA) Inc |
| Carol Sowa | Denso International America Inc | 24777 Denso Drive | | Southfield | MI | 48086 | | Counsel to Denso International America Inc |
| Charles E Boulbol PC | Russell Reynolds Associates Inc | 26 Broadway 17th Floor | | New York | NY | 10004 | 212-825-9414 | Counsel to Russell Reynolds Associates Inc |
| Charles J Filardi Jr Esq | Pepe & Hazard LLP | 30 Jelliff Lane | | Southport | CT | 06890 | 203-319-4034 | Counsel to FedEx Trade Networks Transport & |
| Cherie Macdonald J Patrick Bradley | Greensfelder Hemker & Gale PC | 10 S Broadway | Suite 200 | St Louis | MO | 63102 | 314-241-8624 | Counsel for ARC Automotive Inc |
| Cheryl R Storie | Hodgson Russ LLP | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | Counsel for Hexcel |
| Chester B Salomon Esq | Stevens & Lee | 485 Madison Avenue 20th Floor | | New York | NY | 10022 | 212-319-8505 | Counsel to Tonolli Canada Ltd; VJ Technologies Inc and VJ |
| Chester B Salomon Esq Constantine D Pourakis Esq | Stevens & Lee PC | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 212-319-8505 | Counsel to Wamco Inc |
| Constantine D Pourakis Esq | Stevens & Lee | 485 Madison Avenue 20th Floor | | New York | NY | 10022 | 212-319-8505 | Counsel to Tonolli Canada Ltd; VJ Technologies Inc and VJ |
| Craig P Rieders Esq | Genovese Joblove & Battista PA | 100 SE 2nd Street | Suite 4400 | Miami | FL | 33131 | 305-349-2310 | Counsel for Ryder Integrated Logistics Inc |
| Darryl S Laddin | Arnall Golden Gregory LLP | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | 404-873-8121 | Counsel to Daishinku (America) Corp d/b/a KDS |
| David B Aaronson | Drinker Biddle & Reath LLP | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | Counsel to Penske Truck Leasing Co LP |
| David E Lemke Esq | Waller Lansden Dortch & Davis PLLC | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | 615-244-6804 | Counsel to Nissan North America Inc |
| David J Adler Jr Esq | McCarter & English LLP | 245 Park Avenue 27th Floor | | New York | NY | 10167 | 212-609-6921 | Counsel to Ward Products |
| David Jury Esq | United Steel Paper and Forestry Rubber Manufacturing Energy Allied Industrial and Service Workers International Union (USW) AFLCIO | Five Gateway Center | Suite 807 | Pittsburgh | PA | 15222 | 412-562-2429 | Counsel to United Steel Paper and Forestry Rubber Manufacturing Energy Allied Industrial and Service |
| Diane W Sanders | Linebarger Goggan Blair & Sampson LLP | 1949 South IH 35 (78741) | PO Box 17428 | Austin | TX | 78760-7428 | 512-443-5114 | Counsel to Cameron County Brownsville ISD |
| Edward M Fox | Kirkpatrick & Lockhart Nicholson Graham LLP | 599 Lexington Avenue | | New York | NY | 10022 | | Counsel to Wilmington Trust Company as indenture trustee |
| Elizabeth L Abdelmasieh Esq | Norris McLaughlin & Marcus | 721 Route 202206 | PO Box 1018 | Somerville | NJ | 08876 | 908-722-0755 | Counsel for Rotor Clip |
| Elizabeth Weller | Linebarger Goggan Blair & Sampson LLP | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | 469-221-5002 | Counsel for Dallas County and Tarrant County |
| Eric Wainer | Gazes LLC | 32 Avenue of the Americas | Suite 1800 | New York | NY | 10013 | | Counsel to Setech Inc |
| Frank L Gorman Esq | Honigman Miller Schwartz and Cohn LLP | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-8000 | Counsel to General Motors Corporation |
| Fred Stevens | Fox Rothschild LLP | 13 East 37th Street | Suite 800 | New York | NY | 10016 | 212-682-4218 | Counsel to M&Q Plastic |
| Frederick D Holden Jr Esq | Orrick Herrington & Sutcliffe LLP | 405 Howard Street | | San Francisco | CA | 94105 | 415-773-5759 | Counsel to America President Lines Ltd And APL Co Pte Ltd |
| Gerard DiConza Esq | DiConza Law PC | 630 Third Avenue 7th Floor | | New York | NY | 10017 | 212-682-4942 | Counsel to Tyz-All Plastics Inc |
| Gordon J Toering | Warner Norcross & Judd LLP | 900 Fifth Third Center | 111 Lyon Street NW | Grand Rapids | MI | 49503 | | Counsel for Robert Bosch |

| NAME | COMPANY | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIPCODE | FAX | PARTYFUNCTION |
|---|---|---|---|---|---|---|---|---|
| Heath J Vicente | Arnall Golden Gregory LLP | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | 404-873-8121 | Counsel to Daishinku (America) Corp d/b/a KDS |
| Ian J Gazes | Gazes LLC | 32 Avenue of the Americas | | New York | NY | 10013 | | Counsel to Setech Inc |
| James M Sullivan | McDermott Will & Emery LLP | 50 Rockefeller Plaza | | New York | NY | 10020 | 212-547-5444 | Counsel to Linear Technology Corporation |
| Jason Pickering Esq | QAD Inc | 10000 Midlantic Drive | | Mt Laurel | NJ | 8054 | | Counsel to QAD Inc |
| Jeannette Eisan Hinshaw | Bose McKinney & Evans LLP | 135 N Pennsylvania Street | Suite 2700 | Indianapolis | IN | 46204 | 317-684-5173 | Counsel for Decatur Plastics Products Inc |
| Jeannette Eisan Hinshaw | Bose McKinney & Evans LLP | 135 N Pennsylvania Street | Suite 2700 | Indianapolis | IN | 46204 | 317-684-5173 | Counsel for Eikenberry & Associates Inc |
| Jeffrey Bernstein Esq | McElroy Deutsch Mulvaney & Carpenter LLP | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | 973-622-5314 | Counsel to New Jersey Self-Insurers Guaranty Association |
| Jeffrey L Tanenbaum Esq | Weil Gotshal & Manges LLP | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8007 | Counsel to General Motors Corporation |
| Jeffrey M Levinson Esq Leah M Caplan Esq | Margulies & Levinson LLP | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | 216-514-4936 | Counsel for Venture Plastics |
| Jennifer L Adamy | Shipman & Goodwin LLP | One Constitution Plaza | | Hartford | CT | 06103-1919 | 860-251-5218 | Counsel to Fortune Plastics Company of Illinois Inc; |
| Jill Levi Esq | Todd & Levi LLP | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | Counsel to Bank of |
| John England Esq | Linear Technology Corporation | 1630 McCarthy Blvd | | Milpitas | CA | 95035-7417 | 408-434-0507 | Counsel to Linear Technology Corporation |
| John P Sieger Esq | Katten Muchin Rosenman LLP | 525 West Monroe Street | | Chicago | IL | 60661 | 312-577-4733 | Counsel to TDK Corporation America and MEMC Electronic |
| John S Mairo Esq | Porzio Bromberg & Newman PC | 100 Southgate Parkway | PO Box 1997 | Morristown | NJ | 07960 | 973-538-5146 | Counsel to Neuman Aluminum Automotive Inc and Neuman Aluminum Impact Extrusion |
| John T Gregg | Barnes & Thornburg LLP | 300 Ottawa Avenue NW | Suite 500 | Grand Rapids | MI | 49503 | | Counsel to Priority Health |
| Joseph J Vitale | Cohen Weiss & Simon LLP | 330 West 42nd Street | | New York | NY | 10036 | 646-473-8238 | Counsel for International Union United Automobile Aerospace and Agriculture Implement |
| Joseph Lapinsky | Republic Engineered Products Inc | 3770 Embassy Parkway | | Akron | OH | 44333 | 330-670-3020 | Counsel to Republic Engineered Products Inc |
| Joseph T Moldovan Michael R Dal Lago | Morrison Cohen LLP | 909 Third Avenue | | New York | NY | 10022 | | Counsel to Blue Cross and Blue Shield of Michigan |
| Kathleen M Miller | Smith Katzenstein & Furlow LLP | 800 Delaware Avenue 7th Floor | PO Box 410 | Wilmington | DE | 19899 | 302-652-8405 | Counsel for Airgas Inc |
| Kenneth S Ziman Esq | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2502 | Counsel to JPMorgan Chase |
| Kevin J Walsh Rocco N Covino | Lord Bissel & Brook LLP | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | 212-947-1202 | Counsel to Sedgwick Claims Management Services Inc |
| Kevin J Walsh Rocco N Covino | Lord Bissel & Brook LLP | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | 212-947-1202 | Counsel to Methode Electronics Inc |
| Lowell Peterson Esq | Meyer Suozzi English & Klein PC | 1350 Broadway | Suite 501 | New York | NY | 10018 | 212-239-1311 | Counsel to United Steel Paper and Forestry Rubber Manufacturing Energy Allied Industrial and Service |
| Madison LCashman | Stites & Harbison PLLC | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | Counsel to Setech Inc |
| Margery N Reed Esq | Duane Morris LLP | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | 215-979-1020 | Counsel to ACE American Insurance Company |
| Mark A Shaiken | Stinson Morrison Hecker LLP | 1201 Walnut Street | | Kansas City | MO | 64106 | 816-691-3495 | Counsel to Thyssenkrupp Waupaca Inc and |
| Mark Lee Janice Stanton Bill Raine Seth Lax | Contrarian Capital Management LLC | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | 203-629-1977 | Counsel to Contrarian Capital Management LLC |
| Martin J Bienstock Esq | Weil Gotshal & Manges LLP | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8007 | Counsel to General Motors Corporation |
| Michael G Cruse | Warner Norcross & Judd LLP | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | Counsel to Compuware |
| Michael J Viscount Jr | Fox Rothschild LLP | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | 609-348-6834 | Counsel to M&Q Plastic |

2002
051017

| NAME | COMPANY | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIPCODE | FAX | PARTYFUNCTION |
|------|---------|----------|----------|------|-------|---------|-----|---------------|
| Michael K McCrory Wendy D Brewer | Barnes & Thornburg LLP | 11 S Meridian Street | | Indianapolis | IN | 46204 | 317-231-7433 | Counsel for Gibbs Die Casting Corporation |
| Michael Leo Hal | Burr & Forman LLP | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | 205-244-5651 | Counsel to Mercedes-Benz US International Inc |
| Michael Leo Hal | Burr & Forman LLP | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | 205-244-5651 | Counsel to Mercedes-Benz US International Inc |
| Michael P Kessler Esq | Weil Gotshal & Manges LLP | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8007 | Counsel to General Motors Corporation |
| Patrick Bartels | Quadrangle Group LLC | 375 Park Avenue 14th Floor | | New York | NY | 10152 | 866-552-2052 | Counsel to Quadrangle Group |
| Patrick E Mears | Barnes & Thornburg LLP | 300 Ottawa Avenue NW | Suite 500 | Grand Rapids | MI | 49503 | | Counsel to Armada Rubber Manufacturing Company Bank of America Leasing & Leasing & Capital LLC & AutoCam |
| Paul M Baisier | Seyfarth Shaw LLP | 1545 Peachtree Street NE | Suite 700 | Atlanta | GA | 30309-2401 | | Counsel for Murata Electroncs |
| Paul M Baisier Esq | Seyfarth Shaw LLP | 1545 Peachtree Street NE | Suite 700 | Atlanta | GA | 30309-2401 | 404-892-7056 | Counsel to Murata Electronics North America Inc; Fujikura |
| Peter D Bilowz | Goulston & Storrs PC | 400 Atlantic Avenue | | Boston | MA | 02110-333 | 617-574-4112 | Counsel to Thermotech |
| Ralph L Landy | Pension Benefit Guaranty Corporation | 1200 K Street NW | | Washington | DC | 20005-4026 | 202-326-4112 | Counsel to Pension Benefit Guaranty Corporation |
| Raymond J Urbanik Esq Joseph J Wielebinski Esq and Davor Rukavina Esq | Munsch Hardt Kopf & Harr PC | 4000 Fountain Place | 1445 Ross Avenue | Dallas | RX | 75202-2790 | 214-855-7584 | Counsel for Texas Instruments Incorporated |
| Richard M Kreman Maria Ellena ChavezRuark | DLA Piper Rudnick Gray Cary US LLP | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | 410-580-3001 | Counsel for Constellation NewEnergy Inc & Constellation NewEnergy - |
| Richard W Esterkin Esq | Morgan Lewis & Bockius LLP | 300 South Grand Avenue | | Los Angeles | CA | 90017 | 213-612-2501 | Counsel to Sumitomo |
| Rob Charles Esq | Lewis and Roca LLP | One South Church Street | Suite 700 | Tucson | AZ | 85701 | 520-879-4705 | Counsel to Freescale Semiconductor Inc f/k/a Motorola Semiconductor |
| Robert B Weiss Esq | Honigman Miller Schwartz and Cohn LLP | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-8000 | Counsel to General Motors Corporation |
| Robert C Goodrich Jr | Stites & Harbison PLLC | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | Counsel to Setech Inc |
| Robert J Sidman Esq | Vorys Sater Seymour and Pease LLP | 52 East Gay Street | PO Box 1008 | Columbus | OH | 43216-1008 | 614-719-8676 | |
| Robert J Welhoelter Esq | Waller Lansden Dortch & Davis PLLC | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | 615-244-6804 | Counsel to Nissan North America Inc |
| Robert Usadi | Cahill Gordon & Reindel LLP | 80 Pine Street | | New York | NY | 10005 | 212-269-5420 | Counsel to Engelhard |
| Robert W Dremluk | Seyfarth Shaw LLP | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | 212-218-5526 | Counsel to Murata Electronics |
| Robert W Dremluk Esq | Seyfarth Shaw LLP | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | 212-218-5526 | Counsel to Murata Electronics North America Inc; Fujikura |
| Sam O Simmerman | Krugliak Wilkins Griffiths & Dougherty CO LPA | 4775 Munson Street NW | PO Box 36963 | Canton | OH | 44735-6963 | 330-497-4020 | Counsel to for Millwood Inc |
| Sandra A Riemer Esq | Phillips Nizer LLP | 666 Fifth Avenue | | New York | NY | 10103 | 212-262-5152 | Counsel to Freescale Semiconductor Inc f/k/a Motorola Semiconductor |
| Scott D Rosen Esq | Cohn Birnbaum & Shea PC | 100 Pearl Street 12th Floor | | Hartford | CT | 06103 | 860-727-0361 | Counsel to Floyd |
| Scott N Opincar Esq | McDonald Hopkins Co LPA | 600 Superior Avenue E | Suite 2100 | Cleveland | OH | 44114 | 216-348-5474 | Counsel to Republic Engineered Products Inc |
| Shawn M Riley Esq | McDonald Hopkins Co LPA | 600 Superior Avenue E | Suite 2100 | Cleveland | OH | 44114 | 216-348-5474 | Counsel to Republic Engineered Products Inc |
| Stephen H Gross Esq | Hodgson Russ LLP | Carnegie Hall Tower | 152 West 57th Street 35th Street | New York | NY | 10019 | | Counsel to Hexcel Corporation |
| Steve Kieselstein | Kieselstein Lawfirm PLLC | 43 British American Boulevard | | Latham | NY | 12110 | | Counsel to NEC Electronics America Inc |
| Steven J Reisman | Curtis MalletPrevost Colt & Mosle LLP | 101 Park Avenue | | New York | NY | 10178-0061 | 212-697-1559 | Counsel for Flextronics International USA Inc |

2002
051017

| NAME | COMPANY | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIPCODE | FAX | PARTYFUNCTION |
|---|---|---|---|---|---|---|---|---|
| Steven J Reisman Andrew M Thau | Curtis MalletPrevost Colt & Mosle LLP | 101 Park Avenue | | New York | NY | 10178-0061 | 917-368-8898 | Counsel for Flextronics International Inc |
| Susan M Freeman Esq | Lewis and Roca LLP | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | 602-734-3824 | Counsel to Freescale Semiconductor Inc f/k/a Motorola Semiconductor |
| Thomas P Sarb Robert D Wolford | Miller Johnson | 250 Monroe Avenue NW | Suite 800 PO Box 306 | Grand Rapids | MI | 49501-0306 | | Counsel to Pridgeon & Clay Inc |
| Tillie Lim Esq | HAL/ERCLegal | 50 Prospect Avenue | | Tarrytown | NY | 10591 | | Counsel to Hitachi Automotive Products (USA) Inc |
| Timothy S McFadden | Lord Bissel & Brook | 115 South LaSalle Street | | Chicago | IL | 60603 | 312-443-0336 | Counsel for Methode |
| Timothy W Brink | Lord Bissel & Brook | 115 South LaSalle Street | | Chicago | IL | 60603 | 312-443-0336 | Counsel for Sedgwick Claims Management Services Inc |
| W Robinson Bears Esq | Stites & Harbison PLLC | 400 West market Street | | Louisville | KY | 40202 | 502-587-6391 | Counsel to WAKO Electronics (USA) Inc and Ambrake |
| Wendy M Simkulak Esq | Duane Morris LLP | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | 215-979-1020 | Counsel to ACE American Insurance Company |
| William C Heuer Esq | Morgan Lewis & Bockius LLP | 101 Park Avenue | | New York | NY | 10178-0060 | 212-309-6001 | Counsel to Sumitomo |
| William T Russell Jr Esq | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2502 | Counsel to JPMorgan Chase |

# **<u>EXHIBIT B</u>**

| Contact | Company | Address 1 | Address 2 | City | State | Zip | Description |
|---|---|---|---|---|---|---|---|
| Andrew C. Kassner | Drinker Biddle & Reath LLP | 18th and Cherry Streets | | Philadelphia | PA | 19103 | Counsel to Penske Truck Leasing Co., L.P. |
| Attn Insolvency Department | Internal Revenue Service | 290 Broadway | 5th Floor | New York | NY | 10007 | |
| Attorney General Eliot Spitzer | Office of New York State | 120 Broadway | | New York City | NY | 10271 | |
| Burr & Forman LLP | Michael Leo Hal | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | |
| Carol Sowa | Denso International America, Inc. | 24777 Denso Drive | | Southfield | MI | 48086 | Counsel to Denso International America, Inc. |
| Cheryl R. Storie | Hodgson Russ LLP | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | Counsel for Hexcel Corporation |
| David B. Aaronson | Drinker Biddle & Reath LLP | 18th and Cherry Streets | | Philadelphia | PA | 19103 | Counsel to Penske Truck Leasing Co., L.P. |
| Edward M. Fox | Kirkpatrick & Lockhart Nicholson Graham LLP | 599 Lexington Avenue | | New York | NY | 10022 | Counsel to Wilmington Trust Company, as indenture trustee |
| Eric Wainer | Gazes LLC | 32 Avenue of the Americas | Suite 1800 | New York | NY | 10013 | Counsel to Setech, Inc. |
| Gordon J. Toering | Warner Norcross & Judd LLP | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | Counsel for Robert Bosch Corporation |
| Ian J. Gazes | Gazes LLC | 32 Avenue of the Americas | | New York | NY | 10013 | Counsel to Setech, Inc. |
| Jason Pickering, Esq. | QAD, Inc. | 10,000 Midlantic Drive | | Mt. Laurel | NJ | 8054 | Counsel to QAD, Inc. |
| Jill Levi, Esq. | Todd & Levi, LLP | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | Counsel to Bank of Lincolnwood |
| John T. Gregg | Barnes & Thornburg LLP | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | Counsel to Priority Health |
| Joseph T. Moldovan Michael R. Dal Lago | Morrison Cohen LLP | 909 Third Avenue | | New York | NY | 10022 | Counsel to Blue Cross and Blue Shield of Michigan |
| Madison L.Cashman | Stites & Harbison PLLC | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | Counsel to Setech, Inc. |
| Michael G. Cruse | Warner Norcross & Judd LLP | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | Counsel to Compuware Corporation |
| Patrick E. Mears | Barnes & Thornburg LLP | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Leasing & Capital, LLC, & AutoCam Corporation |
| Reorganization Branch | Securities and Exchange Commission | 233 Broadway | | New York | NY | 10279 | |
| Robert C. Goodrich, Jr. | Stites & Harbison PLLC | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | Counsel to Setech, Inc. |
| Stephen H. Gross, Esq. | Hodgson Russ LLP | Carnegie Hall Tower | 152 West 57th Street, 35th Street | New York | NY | 10019 | Counsel to Hexcel Corporation |
| Steve Kieselstein | Kieselstein Lawfirm PLLC | 43 British American Boulevard | | Latham | NY | 12110 | Counsel to NEC Electronics America, Inc. |
| Thomas P. Sarb Robert D. Wolford | Miller Johnson | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | Counsel to Pridgeon & Clay, Inc. |
| Tillie Lim, Esq. | HAL/ERC-Legal | 50 Prospect Avenue | | Tarrytown | NY | 10591 | Counsel to Hitachi Automotive Products (USA), Inc. |

(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Delphi Furukawa Wiring Systems LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**N/A** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**20-2478586** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.  (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**Delphi Furukawa Wiring Systems LLC**<br>**5725 Delphi Drive**<br>**Troy, Michigan 48098-2815** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:<br>**Oakland County, Michigan** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**Same as Street Address** | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):<br>**Same as Street Address** | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7     ☒ Chapter 11     ☐ Chapter 13 | |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9     ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 – Case ancillary to foreign proceeding | |
| ☒ Other    LLC | ☐ Clearing Bank | | |

| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business   ☒ Business | **Filing Fee** (Check one box)<br>☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments.  Rule 1006(b).  See Official Form No. 3. |
|---|---|
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)
☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03)                                                                          FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Delphi Furukawa Wiring Systems LLC** |
|---|---|

<table>
<tr><td colspan="3" align="center"><b>Prior Bankruptcy Case Filed Within Last 6 Years</b> (If more than one, attach additional sheet)</td></tr>
<tr><td>Location<br>Where Filed:  <b>NONE</b></td><td>Case Number:<br><b>N/A</b></td><td>Date Filed:<br><b>N/A</b></td></tr>
</table>

<table>
<tr><td colspan="3" align="center"><b>Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor</b> (If more than one, attach additional sheet)</td></tr>
<tr><td>Name of Debtor:<br><b>See Schedule I attached</b></td><td>Case Number:<br><b>05-44481 (RDD)</b></td><td>Date Filed:<br><b>10/8/05</b></td></tr>
<tr><td>District:<br><b>Southern District of New York</b></td><td>Relationship:<br><b>Affiliate</b></td><td>Judge:<br><b>Hon. Robert D. Drain</b></td></tr>
</table>

## SIGNATURES

| Signature(s) of Debtor(s) (Individual/Joint) | Exhibit A |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11 of the United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>I request relief in accordance with the chapter of title 11 of the United States Code, specified in this petition.<br><br>X _____<br>　Signature of Debtor<br>X _____<br>　Signature of Joint Debtor<br><br>　Telephone Number (if not represented by attorney)<br><br>　Date | (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br>☐ Exhibit A is attached and made a part of this petition |

**Exhibit B**
(To be completed if debtor is an individual whose debts are primary consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11 of the United States Code, and have explained the relief available under each such chapter.

X _____
　Signature of Attorney for Debtor(s)　　　　　Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No.

| Signature of Attorney | Signature of Attorney |
|---|---|
| X  /s/ John Wm. Butler, Jr.<br>Signature of Attorney for Debtor(s)<br><br>John Wm. Butler, Jr.<br>Printed Name of Attorney Debtor(s)<br><br>Skadden, Arps, Slate,<br>Meagher & Flom LLP<br>Firm Name<br><br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606-1285<br>Address<br><br>(312) 407-0700<br>Telephone Number<br><br>October 14, 2005<br>Date | X  /s/ Kayalyn A. Marafioti<br>Signature of Attorney for Debtor(s)<br><br>Kayalyn A. Marafioti<br>Printed Name of Attorney Debtor(s)<br><br>Skadden, Arps, Slate,<br>Meagher & Flom LLP<br>Firm Name<br><br>Four Times Square<br>New York, New York 10036<br>Address<br><br>(212) 735-3000<br>Telephone Number<br><br>October 14, 2005<br>Date |

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
　Signature of Bankruptcy Petition Preparer

_____
　Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

**Signature of Debtor (Corporation/Partnership)**
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11 of the United States Code, specified in this petition.

X  /s/ John D. Sheehan
　Signature of Authorized Individual
　John D. Sheehan
　Printed Name of Authorized Individual
　Vice President, Chief Restructuring Officer, and Controller
　Title of Authorized Individual
　October 14, 2005
　Date

**SCHEDULE I**

**PENDING BANKRUPTCY CASES OF AFFILIATES**

The following affiliates, which include the Debtor, have filed voluntary petitions under chapter 11 with this Court, on the date hereof:

Delphi Furukawa Wiring Systems LLC (Delaware)
Delphi Receivables LLC (Delaware)
MobileAria, Inc. (Delaware)

The following affiliates of the Debtor filed voluntary petitions under chapter 11 with this Court, on October 8, 2005:

ASEC Manufacturing General Partnership (Delaware)
ASEC Sales General Partnership (Delaware)
Aspire, Inc. (Michigan)
Delco Electronics Overseas Corporation (Delaware)
Delphi Automotive Systems (Holding), Inc. (Delaware)
Delphi Automotive Systems Global (Holding), Inc. (Delaware)
Delphi Automotive Systems Human Resources LLC (Delaware)
Delphi Automotive Systems International, Inc. (Delaware)
Delphi Automotive Systems Korea, Inc. (Delaware)
Delphi Automotive Systems LLC (Delaware)
Delphi Automotive Systems Overseas Corporation (Delaware)
Delphi Automotive Systems Risk Management Corp. (Delaware)
Delphi Automotive Systems Services LLC (Delaware)
Delphi Automotive Systems Tennessee, Inc. (Delaware)
Delphi Automotive Systems Thailand, Inc. (Delaware)
Delphi China LLC (Delaware)
Delphi Connection Systems (California)
Delphi Corporation (Delaware)
Delphi Diesel Systems Corp. (Delaware)
Delphi Electronics (Holding) LLC (Delaware)
Delphi Foreign Sales Corporation (Virgin Islands)
Delphi Integrated Service Solutions, Inc. (Michigan)
Delphi International Holdings Corp. (Delaware)
Delphi International Services, Inc. (Delaware)
Delphi Liquidation Holding Company (Delaware)
Delphi LLC (Delaware)
Delphi Mechatronic Systems, Inc. (Delaware)
Delphi Medical Systems Colorado Corporation (Colorado)
Delphi Medical Systems Corporation (Delaware)
Delphi Medical Systems Texas Corporation (Delaware)
Delphi NY Holding Corporation (New York)
Delphi Services Holding Corporation (Delaware)
Delphi Technologies, Inc. (Delaware)
DREAL, Inc. (Delaware)
Environmental Catalysts, LLC (Delaware)
Exhaust Systems Corporation (Delaware)
Packard Hughes Interconnect Company (Delaware)
Specialty Electronics International Ltd. (Virgin Islands)
Specialty Electronics, Inc. (South Carolina)

**DELPHI FURUKAWA WIRING SYSTEMS LLC**
**UNANIMOUS WRITTEN CONSENT**
**OF THE MEMBERS**

**Dated as of October 14, 2005**

The undersigned, being all the members (the "Members")
of Delphi Furukawa Wiring Systems LLC, a Delaware limited liability
company (the "Company"), pursuant to Section 5.7 (h) of the Limited
Liability Company Agreement of the Company, do hereby adopt, by this
written consent, the following resolutions with the same force and effect
as if they had been adopted at a duly convened meeting of the Members
and direct that this written consent be filed with the minutes of the
proceedings of the Members:

WHEREAS, the Members have been presented with a
proposed petition to be filed by the Company in the United States
Bankruptcy Court for the Southern District of New York seeking relief
under the provisions of chapter 11 of title 11 of the United States Code
(the "Bankruptcy Code"), in which the authority to operate as a debtor-in-
possession will be sought; and

WHEREAS, the Members have determined that it is in the
best interests of this Company and its stakeholders that this Company file
a petition seeking relief under the provisions of chapter 11 of title 11 of
the Bankruptcy Code, in which the authority to operate as a debtor-in-
possession would be sought.

NOW THEREFORE, BE IT RESOLVED, that this
Company file a petition seeking relief under the provisions of chapter 11
of title 11 of the Bankruptcy Code, in which the authority to operate as a
debtor-in-possession will be sought, and the filing of such petition is
authorized hereby; and it is further

RESOLVED, that Marjorie Harris Loeb hereby is elected
an additional Assistant Secretary of the Company and shall have all of the
powers, authority and the duties of the Secretary during the absence or
disability of the Secretary; and it is further

RESOLVED, that each of the president, vice president,
secretary, treasurer, assistant secretary, assistant treasurer and chief tax
officer of the Company be appointed by the Members as an authorized
signatory (each, individually, an "Authorized Officer," and, collectively,
the "Authorized Officers") in connection with the chapter 11 case
authorized herein; and it is further

RESOLVED, that the Authorized Officers or any one of them be, and each of them hereby is, authorized, empowered and directed on behalf of this Company to execute and verify a petition in the name of the Company under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York in such form and at such time as the Authorized Officer executing said petition on behalf of this Company shall determine; and it is further

RESOLVED, that the Authorized Officers or any one of them be, and each hereby is, authorized to execute and file or cause to be executed and filed (or to direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all other action which they or any one of them deem necessary, proper or desirable in connection with the chapter 11 case contemplated hereby, with a view to the successful prosecution of such case; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Officers or any other officers of the Company to seek relief under chapter 11 of the Bankruptcy Code or in connection with the chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered to execute, deliver and perform for and on behalf of the Company, as a debtor and debtor-in-possession, such agreements, instruments and any and all other documents and amendments necessary or appropriate to facilitate the transactions contemplated by the foregoing resolutions, containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Authorized Officer or Authorized Officers so acting; and it is further

RESOLVED, that Rothschild, Inc. be, and hereby are, employed as financial advisors and investment bankers for the Company in the chapter 11 case; and it is further

RESOLVED, that the law firm of Skadden, Arps, Slate, Meagher & Flom LLP and its affiliates be, and hereby are, employed under general retainer as attorneys for the Company in the chapter 11 case; and it is further

RESOLVED, that the law firm of Shearman & Sterling LLP be, and hereby are, employed as special counsel for the Company in the chapter 11 case; and it is further

RESOLVED, that FTI Consulting, Inc. be, and hereby are, employed as restructuring advisor for the Company in the chapter 11 case; and it is further

RESOLVED, that the Authorized Officers of the Company be, and each of them, with full authority to act without the others, hereby is, authorized, in the name and on behalf of the Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur and pay or cause to be paid all such fees and expenses as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers of the Company, each of the Authorized Officers of the Company be, and they hereby are, authorized and directed to take or perform or cause to be taken or performed all such further actions, to execute and deliver or cause to be executed and delivered all such further certificates, agreements, instruments and documents in the name and on behalf of the Company, to incur and pay or cause to be paid all such fees and expenses as in their judgment shall be necessary or advisable in order to carry out fully the intent and purposes of the foregoing resolutions; and it is further

RESOLVED, that all actions heretofore taken consistent with the purpose and intent of the foregoing resolutions are hereby ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

RESOLVED, that this consent may be signed in any number of counterparts, each of which shall be an original and all of which, taken together, shall constitute one and the same instrument and that once signed, this consent shall be filed with the corporate records of the Company.

When signed by all Members of the Company, this unanimous written consent shall be effective as of the date first written above.

[SIGNATURE PAGE FOLLOWS]

IN WITNESS WHEREOF, the undersigned have executed this unanimous written consent of the Members as of the date first written above.

DELPHI AUTOMOTIVE SYSTEMS LLC

By: _____
Name: John D. Sheehan
Title: Vice President + Chief Restructuring
Date: 10-14-05                    Officer

FURUKAWA ELECTRIC NORTH AMERICA

By: _____
Name: Shoji Hayashida
Title: President & CEO
Date: Oct 14, 2005

4

Delphi Furukawa Wiring Systems LLC Member Consent

## CONSOLIDATED LIST OF CREDITORS HOLDING
## THE FIFTY LARGEST UNSECURED CLAIMS

Following is a list of the Debtors' creditors holding the fifty largest unsecured claims on a consolidated basis with its debtor-affiliates.[1]  The list is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing a chapter 11 case.  This list does not include (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31), or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the fifty largest unsecured claims.

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 1. | General Motors Corporation 300 Renaissance Center P.O. Box 300 Detroit, MI 48265-3000  Tel: 313-665-4898 (Legal) Tel: 313-556-5000 (Main) Fax: 517-272-3709 | John Devine, CFO | Trade, Warranty, and Other | Contingent and Unliquidated | Unknown |
| 2. | International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers – Communications Workers of America 501 3rd Street N.W., 6th Floor Washington, D.C. 20001  Tel:  202-434-1156 Fax:  202-434-1343 | James D. Clark, President | Wages and Benefits | Contingent and Unliquidated | Unknown |
| 3. | Pension Benefit Guaranty Corp 1200 K Street, N.W. Washington, D.C. 20005  Tel:  202-326-4020 Fax:  202-326-4112 | Jeffrey Cohen, Chief Counsel | Guaranty | Contingent and Unliquidated | Unknown |

---

[1]  All claims of affiliates are reported on a consolidated basis.

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 4. | United Auto Workers 8000 E. Jefferson Detroit, MI 48214<br><br>Tel: 313-926-5000 Fax: 313-823-6016 | Richard Shoemaker, Vice President & Director GM Department | Wages and Benefits | Contingent and Unliquidated | Unknown |
| 5. | United Steel Workers 5 Gateway Center Pittsburgh, PA 15222<br><br>Tel: 412-562-2400 Fax: 412-562-2484 | Leo W. Gerard, President | Wages and Benefits | Contingent and Unliquidated | Unknown |
| 6. | Wilmington Trust Company Corporate Trust Office 1100 North Market Street Rodney Square North, Wilmington, DE 19890<br><br>Tel: 302-636-6058 Fax: 302-636-4143 | Steven M. Cimalore, Vice President | Notes | | $2,000,000,000 |
| 7. | Law Debenture Trust Company of New York Corporate Trust Office 780 Third Ave, 31st Floor New York, NY 10017<br><br>Tel: 212-750-6474 Fax: 212-750-1361<br><br>and<br><br>Wilmington Trust Company Corporate Trust Office 1100 North Market Street Rodney Square North, Wilmington, DE 19890<br><br>Tel: 302-636-6058 Fax: 302-636-4143 | Patrick Healy, Vice President<br><br>and<br><br>Steven M. Cimalore, Vice President | Junior Subordinated Notes | | $412,371,975 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 8. | Flextronics International Asia Pacific<br>2 Robbins Road<br>Westford, MA  01886<br><br>Tel: 978-392-3015<br>Fax: 978-392-3011 | Joe Minville, Sr. Director, Business Development, Global Automotive Markets | Trade | | $40,781,535 |
| 9. | Freescale Semiconductor Inc<br>6501 William Cannon Drive West<br>Austin, TX  78735-8598<br><br>Tel: 512-895-2093<br>Fax: 512-895-8746 | Paul Grimme, Senior Vice President and General Manager, Transportation and Standard Products Group | Trade | | $22,710,027 |
| 10. | Robert Bosch Corporation<br>38000 Hills Tech Drive<br>Farmington Hills, MI  48331-3417<br><br>Tel: 248-848-2555<br>Fax: 248-848-6505 | Linda Lynch, Sales Manager, General Motors N.A. | Trade | | $15,069,265 |
| 11. | Siemens Automotive Ltd<br>2400 Executive Hill Blvd.<br>Auburn Hills, MI  48326-2980<br><br>Tel: 248-209-5874<br>Fax: 248-209-7877 | Peter H. Huizinga, Sales Manager, North American Sales | Trade | | $13,619,300 |
| 12. | PBR Automotive USA Pacific Group Ltd<br>140 Ellen Drive<br>Orion Township, MI  48359<br><br>Tel: 248-340-1290<br>Fax: 248-377-4939 | Gordon Diag, VP | Trade | | $10,542,285 |
| 13. | DMC 2 Canada Corporation<br>2347 Commercial Drive<br>Auburn Hills, MI  48326<br><br>Tel: 248-292-2261<br>Fax: 248-340-2471 | Bill Staron, Senior VP | Trade | | $8,976,696 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 14. | NEC Electronics Inc<br>Three Galleria Tower<br>13155 Noel Road, Ste 1100<br>Dallas, TX 75240<br><br>Tel: 972-855-5126<br>Fax: 972-655-5133 | Jim Trent, General Manager, Automotive SBU | Trade | | $8,896,819 |
| 15. | HSS LLC<br>5446 Dixie Highway<br>Saginaw, MI 48601<br><br>Tel: 989-777-2983<br>Fax: 989-777-4818 | David Bader, President | Trade | | $8,296,550 |
| 16. | Tyco Electronics Corp<br><br>Amperestrabe 12-14<br>Bensheim, Germany D-64625<br><br>Tel: 49-0-62-51-133-1-202<br>Fax: 49-0-62-51-133-1-548<br><br>and<br><br>P.O. Box 3608<br>Harrisburg, PA 17105-3608<br><br>Tel: 717-592-2298<br>Fax: 717-592-7555 | Dr. Jurgen W. Gromer, Vice President Tyco International Ltd., President and CEO Tyco Electronics Corp. | Trade | | $8,278,304 |
| 17. | Molex Inc<br>222 Wellington Court<br>Lisle, IL 60532-1682<br><br>Tel: 630-718-5888<br>Fax: 630-813-5888 | Ron Schubel, Executive Vice President, President Americas Region | Trade | | $8,014,656 |
| 18. | Panasonic Automotive<br>26455 American Drive<br>Southfield, MI 48034<br><br>Tel: 248-447-7111<br>Fax: 248-447-7008 | Vince Sarrecchia, President, Headquarters | Trade | | $7,429,854 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated, and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 19. | Olin Corp<br>427 N Shamrock Street<br>East Alton, IL  62024-1174<br><br>Tel: 618-258-26664<br>Fax: 618-258-3481 | Devin Denner, Sales Manager | Trade | | $7,231,721 |
| 20. | Methode Electronics Inc<br>7401 W. Wilson<br>Chicago, IL   60706<br><br>Tel: 708-867-6777<br>Fax: 708-867-3288 | Don Duda, President | Trade | | $6,397,471 |
| 21. | SGS Thompson<br>Victor Park West<br>19575 Victor Parkway<br>Livonia, MI  48152<br><br>Tel: 734-953-1711<br>Fax: 734-462-4034 | Scott Shilling, Sales Director | Trade | | $6,386,126 |
| 22. | Philips Semiconductors<br>1817 Dogwood Drive<br>Kokomo, IN  46902<br><br>Tel: 765-868-3861<br>Fax: 765-452-9915 | Sam L. Trency, Global Account Manager, Kokomo | Trade | | $6,242,258 |
| 23. | Infineon Technologies<br><br>P.O. Box 80 09 49<br>Munich, Germany  81609<br><br>Tel: 49-0-89-234-8-52-00<br>Fax: 49-0-89-234-8-52-02<br><br>and<br><br>St.-Martin-Strasse 53<br>Munich, Germany 81669 | Peter Bauer, Executive Vice President | Trade | | $5,582,352 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 24. | Aw Transmission Engineering Aisin Seiki Co Ltd<br>Metro West Industrial Park<br>14933 Keel St<br>Plymouth, MI 48170<br><br>Tel: 734-416-1162<br>Fax: 734-416-3844 | Ryo Ishibashi, Sales Contact<br><br>and<br><br>Kenji Ito, VP<br><br>and<br><br>Larry Khaykin, Sr. Sales Manager | Trade | | $5,509,700 |
| 25. | Applied Bio Systems<br>850 Lincoln Centre Drive<br>Foster City, CA 94404<br><br>Tel: 650-638-6431<br>Fax: 650-638-5998 | Ann Wagoner | Trade | | $5,491,366 |
| 26. | Alps Automotive Inc<br>1500 Atlantic Blvd.<br>Auburn Hills, MI 48326<br><br>Tel: 248-393-7626<br>Fax: 248-391-1564 | Muneki Ishida, General Sales Manager | Trade | | $5,182,441 |
| 27. | Texas Instruments Inc<br>12900 North Meridian Street<br>Suite 175 Ms 4070<br>Carmel, IN 46032<br><br>Tel: 317-574-2626<br>Fax: 317-573-6410 | Brent Mewhinney, US Automotive Sales Manager | Trade | | $5,041,608 |
| 28. | Hitachi Automotive<br><br>955 Warwick Rd<br>Harrodsburg, KY 40330<br><br>Tel: 248-482-0085<br>Fax: 248-474-5097<br><br>and<br><br>34500 Grand River Avenue<br>Farmington Hills, MI 48335 | Darrell Seitz, Senior Account Manager | Trade | | $4,979,093 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 29. | Sharp Electronics Corp 2613-1, Chinomoto, Cho, Tenri Nara, Japan 632-8567  Tel: 81-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 Fax: 81-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 | Akihiko Imaya, Group Deputy General Manager | Trade | | $4,974,247 |
| 30. | Semiconductor Components 2000 S County Trail East Greenwich, RI 02818  Tel: 734-953-6848 Fax: 734-953-6860 | Lance Williams, Director of Sales | Trade | | $4,865,672 |
| 31. | TRW Automotive 12000 Tech Center Drive Livonia, MI 48150  Tel: 734-266-3507 Fax: 734-266-5704 | John Nielsen, Director, Sales | Trade | | $4,821,907 |
| 32. | ISI of Indiana Inc 1212 East Michigan St. Indianapolis, IN 46202  Tel: 317-631-7980 Fax: 317-631-7981 | Brad Countryman | Trade | | $4,760,039 |
| 33. | Traxle Manufacturing Ltd 25300 Telegraph Rd. Ste 450 Raleigh Office Center Southfield, MI 48034  Tel: 248-355-3533 Fax: 248-355-3558 | Russ Pollack, Director of Sales | Trade | | $4,744,747 |
| 34. | Waupaca Foundry Inc 311 S Tower Rd Waupaca, WI 54981-0249  Tel: 715-258-6611 Fax: 715-258-1712 | Gary Thoe, Chairman | Trade | | $4,684,195 |

| | Name, Address, Phone and Fax No. of Creditor | Person or Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated, and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 35. | Hitachi Chemical Asia Pacific<br><br>Bedok Plant: 20, Bedock South Road Singapore, Singapore 469277<br><br>Tel: 6241-9811<br>Fax: 5455-407<br><br>and<br><br>Loyang Plant: 32, Loyang Way Singapore, Singapore 508730<br><br>Tel: 6542-8511 | Y. Yokoya, Deputy Managing Director | Trade | | $4,562,688 |
| 36. | American Axle & Manufacturing Inc.<br>One Dauch Drive<br>Detroit, MI 48211-1198<br><br>Tel: 313-758-4217<br>Fax: 313-974-2870 | Joel Robinson President<br><br>and<br><br>Bob Finn, CEO | Trade | | $4,525,561 |
| 37. | TDK Corporation Of America<br>1221 Business Center Drive<br>Mount Prospect, IL 60056<br><br>Tel: 847-803-6100<br>Fax: 847-803-1125 | Frank H. Avant, President | Trade | | $4,466,206 |
| 38. | Pioneer Industrial Components (Pioneer Automotive Electronics Sales, Inc.)<br>22630 Haggerty Road<br>Farmington, MI 48335<br><br>Tel: 248-449-6799<br>Fax: 248-449-1940 | Kevin M. Martin Senior VP, Sales | Trade | | $4,189,855 |
| 39. | Fujitsu Ten Corporation<br>46029 Five Mile Road<br>Plymouth, MI 48170<br><br>Tel: 734-414-6651<br>Fax: 734-414-6660 | Chet Korzeniewski V.P., Sales and Marketing | Trade | | $4,156,580 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 40. | Solectron De Mexico SA de CV Solectron Invotronics 26525 American Drive Southfield, MI 48034 Tel: 248-263-8714 Fax: 248-263-8701 | Ed Mike, Sales Manager | Trade | | $4,129,744 |
| 41. | TI Group Automotive System 12345 E Nine Mile Warren, MI 48090 Tel: 586-755-8312 Fax: 586-427-3175 | Tim Kuppler, Vice President | Trade | | $3,990,388 |
| 42. | Timken Company 31100 Telegraph Road, Suite 270 Bingham Farms, MI 48025 Tel: 248-554-4882 Fax: 248-433-2253 | Brian Ruel, Director, Sales | Trade | | $3,619,957 |
| 43. | Engelhard Corporation 101 Wood Ave Iselin, NJ 08830 Tel: 732-205-6497 Fax: 732-906-0337 | Barry Perry, Chairman & CEO | Trade | | $3,577,915 |
| 44. | Cataler North America Corp. 7800 Chihama Kakegawa-City Shizuoka, Japan Tel: 81-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 Fax: 81-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 | Hironobu Ono, President | Trade | | $3,462,855 |
| 45. | Pechiney Rolled Products 39111 W Six Mile Rd. Livonia, MI 48152 Tel: 734-632-8484 Fax: 734-632-8483 | Jim Offer, Sales Manager | Trade | | $3,393,879 |
| 46. | Autocam Corporation East Paris Avenue Kentwood, MI 49512 Tel: 616-541-8551 Fax: 616-698-6876 | Scott Dekoker, Customer Manager | Trade | | $3,352,518 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 47. | Futaba Corp Of America 2865 Wall Triana Hwy Huntsville, AL 35824 Tel: 256-461-7348 Fax: 256-461-7741 | Joe M. Dorris, President | Trade | | $3,350,622 |
| 48. | Victory Packaging 3555 Timmons Lane Suite 1440 Houston, TX 77027 Tel: 713-961-3299 Fax: 713-961-3824 | Robert Egan, President | Trade | | $3,327,441 |
| 49. | Murata Electronics North 2200 Lake Park Drive Smyrna, GA 30080-7604 Tel: 770-433-7846 Fax: 678-842-6625 | David M. McGinnis, Director Automotive Sales | Trade | | $3,234,841 |
| 50. | Niles USA Inc 41129 Jo Drive Novi, MI 48375 Tel: 248-427-9700 Fax: 248-427-9701 | Michael Rudnicki, Account Manager and Scot McColl, Business Unit Manager | Trade | | $3,171,181 |

## DECLARATION CONCERNING THE DEBTOR'S LIST OF CREDITORS
## HOLDING THE FIFTY LARGEST UNSECURED CLAIMS

I, John D. Sheehan, am the Vice President and Chief Restructuring Officer of Delphi Corporation and in such capacity am familiar with the financial affairs of the Debtors. I have reviewed the foregoing List of Creditors Holding the Fifty Largest Unsecured Claims, and declare that the information contained therein is true and correct to the best of my knowledge, belief and understanding.

Dated:  October 8, 2005

s/ John D. Sheehan
John D. Sheehan
Vice President and Chief
    Restructuring Officer

Delphi Corporation

| FORM B1 | | |
|---|---|---|
| **United States Bankruptcy Court**<br>**Southern District of New York** | | **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**MobileAria, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**Mobilaria, Inc.** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**31-1695929** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if<br>more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**MobileAria, Inc.**<br>**800 West El Camino Real**<br>**Suite 240**<br>**Mountain View, California 94040** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:<br>**Santa Clara County, California** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**Same as Street Address** | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):<br>**Same as Street Address** | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual(s)<br>☒ Corporation<br>☐ Partnership<br>☐ Other _____ | ☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank | ☐ Chapter 7          ☒ Chapter 11          ☐ Chapter 13<br>☐ Chapter 9          ☐ Chapter 12<br>☐ Sec. 304 – Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business     ☒ Business | ☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>    Must attach signed application for the court's consideration certifying<br>    that the debtor is unable to pay fee except in installments. Rule<br>    1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>    11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | |
|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than $100 million |
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | |
|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than $100 million |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

THIS SPACE IS FOR COURT USE ONLY

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**MobileAria, Inc.** | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
| Location<br>Where Filed:  **NONE** | Case Number:<br>**N/A** | Date Filed:<br>**N/A** |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**See Schedule I attached** | Case Number:<br>**05-44481 (RDD)** | Date Filed:<br>**10/8/05** |
| District:<br>**Southern District of New York** | Relationship:<br>**Affiliate** | Judge:<br>**Hon. Robert D. Drain** |

## SIGNATURES

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11 of the United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11 of the United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
   Telephone Number (if not represented by attorney)

_____
   Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primary consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11 of the United States Code, and have explained the relief available under each such chapter.

X _____
   Signature of Attorney for Debtor(s)     Date

### Signature of Attorney

X **/s/ John Wm. Butler, Jr.**
Signature of Attorney for Debtor(s)

**John Wm. Butler, Jr.**
Printed Name of Attorney Debtor(s)

**Skadden, Arps, Slate,
Meagher & Flom LLP**
Firm Name

**333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606-1285**
Address

**(312) 407-0700**
Telephone Number

**October 14, 2005**
Date

### Signature of Attorney

X **/s/ Kayalyn A. Marafioti**
Signature of Attorney for Debtor(s)

**Kayalyn A. Marafioti**
Printed Name of Attorney Debtor(s)

**Skadden, Arps, Slate,
Meagher & Flom LLP**
Firm Name

**Four Times Square
New York, New York 10036**
Address

**(212) 735-3000**
Telephone Number

**October 14, 2005**
Date

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No.

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
   Signature of Bankruptcy Petition Preparer

_____
   Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11 of the United States Code, specified in this petition.

X **/s/ Charles Goad**
   Signature of Authorized Individual
   **Charles Goad**
   Printed Name of Authorized Individual
   **President**
   Title of Authorized Individual
   **October 14, 2005**
   Date

## SCHEDULE I

## PENDING BANKRUPTCY CASES OF AFFILIATES

The following affiliates, which include the Debtor, have filed voluntary petitions under chapter 11 with this Court, on the date hereof:

Delphi Furukawa Wiring Systems LLC (Delaware)
Delphi Receivables LLC (Delaware)
MobileAria, Inc. (Delaware)

The following affiliates of the Debtor filed voluntary petitions under chapter 11 with this Court, on October 8, 2005:

ASEC Manufacturing General Partnership (Delaware)
ASEC Sales General Partnership (Delaware)
Aspire, Inc. (Michigan)
Delco Electronics Overseas Corporation (Delaware)
Delphi Automotive Systems (Holding), Inc. (Delaware)
Delphi Automotive Systems Global (Holding), Inc. (Delaware)
Delphi Automotive Systems Human Resources LLC (Delaware)
Delphi Automotive Systems International, Inc. (Delaware)
Delphi Automotive Systems Korea, Inc. (Delaware)
Delphi Automotive Systems LLC (Delaware)
Delphi Automotive Systems Overseas Corporation (Delaware)
Delphi Automotive Systems Risk Management Corp. (Delaware)
Delphi Automotive Systems Services LLC (Delaware)
Delphi Automotive Systems Tennessee, Inc. (Delaware)
Delphi Automotive Systems Thailand, Inc. (Delaware)
Delphi China LLC (Delaware)
Delphi Connection Systems (California)
Delphi Corporation (Delaware)
Delphi Diesel Systems Corp. (Delaware)
Delphi Electronics (Holding) LLC (Delaware)
Delphi Foreign Sales Corporation (Virgin Islands)
Delphi Integrated Service Solutions, Inc. (Michigan)
Delphi International Holdings Corp. (Delaware)
Delphi International Services, Inc. (Delaware)
Delphi Liquidation Holding Company (Delaware)
Delphi LLC (Delaware)
Delphi Mechatronic Systems, Inc. (Delaware)
Delphi Medical Systems Colorado Corporation (Colorado)
Delphi Medical Systems Corporation (Delaware)
Delphi Medical Systems Texas Corporation (Delaware)
Delphi NY Holding Corporation (New York)
Delphi Services Holding Corporation (Delaware)
Delphi Technologies, Inc. (Delaware)
DREAL, Inc. (Delaware)
Environmental Catalysts, LLC (Delaware)
Exhaust Systems Corporation (Delaware)
Packard Hughes Interconnect Company (Delaware)
Specialty Electronics International Ltd. (Virgin Islands)
Specialty Electronics, Inc. (South Carolina)

**MOBILEARIA, INC.**
**UNANIMOUS WRITTEN CONSENT**
**OF THE BOARD OF DIRECTORS**

**Dated as of October 14, 2005**

Pursuant to Section 141(f) of the Delaware General
Corporation Law and Article IV, Section 2(c) of the Second Amended and
Restated Certificate of Incorporation of MobileAria, Inc, a Delaware
corporation (the "Corporation"), the undersigned being all the members of
the Board of Directors (the "Board") of the Corporation, do hereby adopt,
by this written consent, the following resolutions with the same force and
effect as if they had been adopted at a duly convened meeting of the Board
and direct that this written consent be filed with the minutes of the
proceedings of the Board:

WHEREAS, the Board has been presented with a proposed
petition to be filed by the Corporation in the United States Bankruptcy
Court for the Southern District of New York seeking relief under the
provisions of chapter 11 of title 11 of the United States Code (the
"Bankruptcy Code"), in which the authority to operate as a debtor-in-
possession will be sought;

WHEREAS, the Board has determined that it is in the best
interests of this Corporation and its stakeholders that this Corporation file
a petition seeking relief under the provisions of chapter 11 of title 11 of
the Bankruptcy Code, in which the authority to operate as a debtor-in-
possession would be sought.

NOW THEREFORE, BE IT RESOLVED, that this
Corporation file a petition seeking relief under the provisions of chapter
11 of title 11 of the Bankruptcy Code, in which the authority to operate as
a debtor-in-possession will be sought, and the filing of such petition is
authorized hereby; and it is further

RESOLVED, that Marjorie Harris Loeb hereby is elected
Assistant Secretary of the Corporation and shall have all of the powers,
authority and the duties of the Secretary during the absence or disability of
the Secretary; and it is further

RESOLVED, that John Arle hereby is elected Assistant
Treasurer of the Corporation and shall have all of the powers, authority
and the duties of the Secretary during the absence or disability of the
Secretary; and it is further

RESOLVED, that each of the president, vice president, secretary, treasurer, assistant secretary, assistant treasurer and chief tax officer of the Corporation be appointed by the Board as an authorized signatory (each, individually, an "Authorized Officer," and, collectively, the "Authorized Officers") in connection with the chapter 11 case authorized herein; and it is further

RESOLVED, that the Authorized Officers or any one of them be, and each of them hereby is, authorized, empowered and directed on behalf of this Corporation to execute and verify a petition in the name of the Corporation under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York in such form and at such time as the Authorized Officer executing said petition on behalf of this Corporation shall determine; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Officers or any other officers of the Corporation to seek relief under chapter 11 of the Bankruptcy Code or in connection with the chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Corporation; and it is further

RESOLVED, that Rothschild, Inc. be, and hereby are, employed as financial advisors and investment bankers for the Corporation in the chapter 11 case; and it is further

RESOLVED, that the law firm of Skadden, Arps, Slate, Meagher & Flom LLP and its affiliates be, and hereby are, employed under general retainer as attorneys for the Corporation in the chapter 11 case; and it is further

RESOLVED, that the law firm of Shearman & Sterling LLP be, and hereby are, employed as special counsel for the Corporation in the chapter 11 case; and it is further

RESOLVED, that FTI Consulting, Inc. be, and hereby are, employed as restructuring advisor for the Corporation in the chapter 11 case; and it is further

RESOLVED, that the Authorized Officers of the Corporation be, and each of them, with full authority to act without the others, hereby is, authorized, in the name and on behalf of the Corporation, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur and pay or cause to be paid all such fees and expenses as in their judgment

2

shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

RESOLVED, that all actions heretofore taken consistent with the purpose and intent of the foregoing resolutions are hereby ratified, confirmed and approved in all respects as the acts and deeds of the Corporation.

RESOLVED, that this consent may be signed in any number of counterparts, each of which shall be an original and all of which, taken together, shall constitute one and the same instrument and that once signed, this consent shall be filed with the corporate records of the Corporation; and it is further

When signed by all members of the Corporation's Board of Directors, this unanimous written consent shall be effective as of the date first written above.

[SIGNATURE PAGE FOLLOWS]

3

IN WITNESS WHEREOF, the undersigned have executed this unanimous written consent of the Board of Directors as of the date first written above.

By: _____
Bob Schumacher

By: _____
Beth Schwarting

By: _____
Ronald. E. Jobe

By: _____
Dan Kolkowitz

IN WITNESS WHEREOF, the undersigned have executed this unanimous written consent of the Board of Directors as of the date first written above.

By: _____
Bob Schumacher

By: _____
Beth Schwarting

By: _____
Ronald. E. Jobe

By: _____
Dan Kolkowitz

IN WITNESS WHEREOF, the undersigned have executed this unanimous written consent of the Board of Directors as of the date first written above.

By: _____
    Bob Schumacher

By: _____
    Beth Schwarting

By: _____
    Ronald. E. Jobe

By: _____
    Dan Kolkowitz

IN WITNESS WHEREOF, the undersigned have executed this unanimous written consent of the Board of Directors as of the date first written above.

By: _____
Bob Schumacher

By: _____
Beth Schwarting

By: _____
Ronald. E. Jobe

By: _____
Dan Kolkowitz

## CONSOLIDATED LIST OF CREDITORS HOLDING
## THE FIFTY LARGEST UNSECURED CLAIMS

Following is a list of the Debtors' creditors holding the fifty largest unsecured claims on a consolidated basis with its debtor-affiliates.[1]  The list is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing a chapter 11 case.  This list does not include (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31), or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the fifty largest unsecured claims.

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 1. | General Motors Corporation<br>300 Renaissance Center<br>P.O. Box 300<br>Detroit, MI 48265-3000<br><br>Tel: 313-665-4898 (Legal)<br>Tel: 313-556-5000 (Main)<br>Fax: 517-272-3709 | John Devine, CFO | Trade, Warranty, and Other | Contingent and Unliquidated | Unknown |
| 2. | International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers – Communications Workers of America<br>501 3rd Street N.W., 6th Floor<br>Washington, D.C. 20001<br><br>Tel: 202-434-1156<br>Fax: 202-434-1343 | James D. Clark, President | Wages and Benefits | Contingent and Unliquidated | Unknown |
| 3. | Pension Benefit Guaranty Corp<br>1200 K Street, N.W.<br>Washington, D.C. 20005<br><br>Tel: 202-326-4020<br>Fax: 202-326-4112 | Jeffrey Cohen, Chief Counsel | Guaranty | Contingent and Unliquidated | Unknown |

---

[1]  All claims of affiliates are reported on a consolidated basis.

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 4. | United Auto Workers 8000 E. Jefferson Detroit, MI 48214  Tel: 313-926-5000 Fax: 313-823-6016 | Richard Shoemaker, Vice President & Director GM Department | Wages and Benefits | Contingent and Unliquidated | Unknown |
| 5. | United Steel Workers 5 Gateway Center Pittsburgh, PA 15222  Tel: 412-562-2400 Fax: 412-562-2484 | Leo W. Gerard, President | Wages and Benefits | Contingent and Unliquidated | Unknown |
| 6. | Wilmington Trust Company Corporate Trust Office 1100 North Market Street Rodney Square North, Wilmington, DE 19890  Tel: 302-636-6058 Fax: 302-636-4143 | Steven M. Cimalore, Vice President | Notes | | $2,000,000,000 |
| 7. | Law Debenture Trust Company of New York Corporate Trust Office 780 Third Ave, 31st Floor New York, NY 10017  Tel: 212-750-6474 Fax: 212-750-1361  and  Wilmington Trust Company Corporate Trust Office 1100 North Market Street Rodney Square North, Wilmington, DE 19890  Tel: 302-636-6058 Fax: 302-636-4143 | Patrick Healy, Vice President  and  Steven M. Cimalore, Vice President | Junior Subordinated Notes | | $412,371,975 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent Unliquidated and/or Disputed? | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 8. | Flextronics International Asia Pacific 2 Robbins Road Westford, MA 01886<br><br>Tel: 978-392-3015 Fax: 978-392-3011 | Joe Minville, Sr. Director, Business Development, Global Automotive Markets | Trade | | $40,781,535 |
| 9. | Freescale Semiconductor Inc 6501 William Cannon Drive West Austin, TX 78735-8598<br><br>Tel: 512-895-2093 Fax: 512-895-8746 | Paul Grimme, Senior Vice President and General Manager, Transportation and Standard Products Group | Trade | | $22,710,027 |
| 10. | Robert Bosch Corporation 38000 Hills Tech Drive Farmington Hills, MI 48331-3417<br><br>Tel: 248-848-2555 Fax: 248-848-6505 | Linda Lynch, Sales Manager, General Motors N.A. | Trade | | $15,069,265 |
| 11. | Siemens Automotive Ltd 2400 Executive Hill Blvd. Auburn Hills, MI 48326-2980<br><br>Tel: 248-209-5874 Fax: 248-209-7877 | Peter H. Huizinga, Sales Manager, North American Sales | Trade | | $13,619,300 |
| 12. | PBR Automotive USA Pacific Group Ltd 140 Ellen Drive Orion Township, MI 48359<br><br>Tel: 248-340-1290 Fax: 248-377-4939 | Gordon Diag, VP | Trade | | $10,542,285 |
| 13. | DMC 2 Canada Corporation 2347 Commercial Drive Auburn Hills, MI 48326<br><br>Tel: 248-292-2261 Fax: 248-340-2471 | Bill Staron, Senior VP | Trade | | $8,976,696 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 14. | NEC Electronics Inc<br>Three Galleria Tower<br>13155 Noel Road, Ste 1100<br>Dallas, TX 75240<br><br>Tel: 972-855-5126<br>Fax: 972-655-5133 | Jim Trent, General Manager, Automotive SBU | Trade | | $8,896,819 |
| 15. | HSS LLC<br>5446 Dixie Highway<br>Saginaw, MI 48601<br><br>Tel: 989-777-2983<br>Fax: 989-777-4818 | David Bader, President | Trade | | $8,296,550 |
| 16. | Tyco Electronics Corp<br><br>Amperestrabe 12-14<br>Bensheim, Germany D-64625<br><br>Tel: 49-0-62-51-133-1-202<br>Fax: 49-0-62-51-133-1-548<br><br>and<br><br>P.O. Box 3608<br>Harrisburg, PA 17105-3608<br><br>Tel: 717-592-2298<br>Fax: 717-592-7555 | Dr. Jurgen W. Gromer, Vice President Tyco International Ltd., President and CEO Tyco Electronics Corp. | Trade | | $8,278,304 |
| 17. | Molex Inc<br>222 Wellington Court<br>Lisle, IL 60532-1682<br><br>Tel: 630-718-5888<br>Fax: 630-813-5888 | Ron Schubel, Executive Vice President, President Americas Region | Trade | | $8,014,656 |
| 18. | Panasonic Automotive<br>26455 American Drive<br>Southfield, MI 48034<br><br>Tel: 248-447-7111<br>Fax: 248-447-7008 | Vince Sarrecchia, President, Headquarters | Trade | | $7,429,854 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 19. | Olin Corp<br>427 N Shamrock Street<br>East Alton, IL 62024-1174<br><br>Tel: 618-258-26664<br>Fax: 618-258-3481 | Devin Denner, Sales Manager | Trade | | $7,231,721 |
| 20. | Methode Electronics Inc<br>7401 W. Wilson<br>Chicago, IL 60706<br><br>Tel: 708-867-6777<br>Fax: 708-867-3288 | Don Duda, President | Trade | | $6,397,471 |
| 21. | SGS Thompson<br>Victor Park West<br>19575 Victor Parkway<br>Livonia, MI 48152<br><br>Tel: 734-953-1711<br>Fax: 734-462-4034 | Scott Shilling, Sales Director | Trade | | $6,386,126 |
| 22. | Philips Semiconductors<br>1817 Dogwood Drive<br>Kokomo, IN 46902<br><br>Tel: 765-868-3861<br>Fax: 765-452-9915 | Sam L. Trency, Global Account Manager, Kokomo | Trade | | $6,242,258 |
| 23. | Infineon Technologies<br><br>P.O. Box 80 09 49<br>Munich, Germany 81609<br><br>Tel: 49-0-89-234-8-52-00<br>Fax: 49-0-89-234-8-52-02<br><br>and<br><br>St.-Martin-Strasse 53<br>Munich, Germany 81669 | Peter Bauer, Executive Vice President | Trade | | $5,582,352 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors Account | Nature of Claim | Contingent Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 24. | Aw Transmission Engineering Aisin Seiki Co Ltd Metro West Industrial Park 14933 Keel St Plymouth, MI 48170 Tel: 734-416-1162 Fax: 734-416-3844 | Ryo Ishibashi, Sales Contact and Kenji Ito, VP and Larry Khaykin, Sr. Sales Manager | Trade | | $5,509,700 |
| 25. | Applied Bio Systems 850 Lincoln Centre Drive Foster City, CA 94404 Tel: 650-638-6431 Fax: 650-638-5998 | Ann Wagoner | Trade | | $5,491,366 |
| 26. | Alps Automotive Inc 1500 Atlantic Blvd. Auburn Hills, MI 48326 Tel: 248-393-7626 Fax: 248-391-1564 | Muneki Ishida, General Sales Manager | Trade | | $5,182,441 |
| 27. | Texas Instruments Inc 12900 North Meridian Street Suite 175 Ms 4070 Carmel, IN 46032 Tel: 317-574-2626 Fax: 317-573-6410 | Brent Mewhinney, US Automotive Sales Manager | Trade | | $5,041,608 |
| 28. | Hitachi Automotive 955 Warwick Rd Harrodsburg, KY 40330 Tel: 248-482-0085 Fax: 248-474-5097 and 34500 Grand River Avenue Farmington Hills, MI 48335 | Darrell Seitz, Senior Account Manager | Trade | | $4,979,093 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 29. | Sharp Electronics Corp 2613-1, Chinomoto, Cho, Tenri Nara, Japan 632-8567 Tel: 81-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 Fax: 81-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 | Akihiko Imaya, Group Deputy General Manager | Trade | | $4,974,247 |
| 30. | Semiconductor Components 2000 S County Trail East Greenwich, RI 02818 Tel: 734-953-6848 Fax: 734-953-6860 | Lance Williams, Director of Sales | Trade | | $4,865,672 |
| 31. | TRW Automotive 12000 Tech Center Drive Livonia, MI 48150 Tel: 734-266-3507 Fax: 734-266-5704 | John Nielsen, Director, Sales | Trade | | $4,821,907 |
| 32. | ISI of Indiana Inc 1212 East Michigan St. Indianapolis, IN 46202 Tel: 317-631-7980 Fax: 317-631-7981 | Brad Countryman | Trade | | $4,760,039 |
| 33. | Traxle Manufacturing Ltd 25300 Telegraph Rd. Ste 450 Raleigh Office Center Southfield, MI 48034 Tel: 248-355-3533 Fax: 248-355-3558 | Russ Pollack, Director of Sales | Trade | | $4,744,747 |
| 34. | Waupaca Foundry Inc 311 S Tower Rd Waupaca, WI 54981-0249 Tel: 715-258-6611 Fax: 715-258-1712 | Gary Thoe, Chairman | Trade | | $4,684,195 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 35. | Hitachi Chemical Asia Pacific<br><br>Bedok Plant: 20, Bedock South Road Singapore, Singapore  469277<br><br>Tel: 6241-9811<br>Fax: 5455-407<br><br>and<br><br>Loyang Plant: 32, Loyang Way Singapore, Singapore  508730<br><br>Tel: 6542-8511 | Y. Yokoya, Deputy Managing Director | Trade | | $4,562,688 |
| 36. | American Axle & Manufacturing Inc.<br>One Dauch Drive<br>Detroit, MI  48211-1198<br><br>Tel: 313-758-4217<br>Fax: 313-974-2870 | Joel Robinson President<br><br>and<br><br>Bob Finn, CEO | Trade | | $4,525,561 |
| 37. | TDK Corporation Of America<br>1221 Business Center Drive<br>Mount Prospect, IL  60056<br><br>Tel: 847-803-6100<br>Fax: 847-803-1125 | Frank H. Avant, President | Trade | | $4,466,206 |
| 38. | Pioneer Industrial Components (Pioneer Automotive Electronics Sales, Inc.)<br>22630 Haggerty Road<br>Farmington, MI  48335<br><br>Tel: 248-449-6799<br>Fax: 248-449-1940 | Kevin M. Martin Senior VP, Sales | Trade | | $4,189,855 |
| 39. | Fujitsu Ten Corporation<br>46029 Five Mile Road<br>Plymouth, MI  48170<br><br>Tel: 734-414-6651<br>Fax: 734-414-6660 | Chet Korzeniewski V.P., Sales and Marketing | Trade | | $4,156,580 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors Account | Nature of Claim | Contingent Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 40. | Solectron De Mexico SA de CV Solectron Invotronics 26525 American Drive Southfield, MI 48034<br><br>Tel: 248-263-8714 Fax: 248-263-8701 | Ed Mike, Sales Manager | Trade | | $4,129,744 |
| 41. | TI Group Automotive System 12345 E Nine Mile Warren, MI 48090<br><br>Tel: 586-755-8312 Fax: 586-427-3175 | Tim Kuppler, Vice President | Trade | | $3,990,388 |
| 42. | Timken Company 31100 Telegraph Road, Suite 270 Bingham Farms, MI 48025<br><br>Tel: 248-554-4882 Fax: 248-433-2253 | Brian Ruel, Director, Sales | Trade | | $3,619,957 |
| 43. | Engelhard Corporation 101 Wood Ave Iselin, NJ 08830<br><br>Tel: 732-205-6497 Fax: 732-906-0337 | Barry Perry, Chairman & CEO | Trade | | $3,577,915 |
| 44. | Cataler North America Corp. 7800 Chihama Kakegawa-City Shizuoka, Japan<br><br>Tel: 81-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 Fax: 81-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 | Hironobu Ono, President | Trade | | $3,462,855 |
| 45. | Pechiney Rolled Products 39111 W Six Mile Rd. Livonia, MI 48152<br><br>Tel: 734-632-8484 Fax: 734-632-8483 | Jim Offer, Sales Manager | Trade | | $3,393,879 |
| 46. | Autocam Corporation East Paris Avenue Kentwood, MI 49512<br><br>Tel: 616-541-8551 Fax: 616-698-6876 | Scott Dekoker, Customer Manager | Trade | | $3,352,518 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 47. | Futaba Corp Of America 2865 Wall Triana Hwy Huntsville, AL  35824  Tel: 256-461-7348 Fax: 256-461-7741 | Joe M. Dorris, President | Trade | | $3,350,622 |
| 48. | Victory Packaging 3555 Timmons Lane Suite 1440 Houston, TX  77027  Tel: 713-961-3299 Fax: 713-961-3824 | Robert Egan, President | Trade | | $3,327,441 |
| 49. | Murata Electronics North 2200 Lake Park Drive Smyrna, GA  30080-7604  Tel: 770-433-7846 Fax: 678-842-6625 | David M. McGinnis, Director Automotive Sales | Trade | | $3,234,841 |
| 50. | Niles USA Inc 41129 Jo Drive Novi, MI 48375  Tel: 248-427-9700 Fax: 248-427-9701 | Michael Rudnicki, Account Manager  and  Scot McColl, Business Unit Manager | Trade | | $3,171,181 |

## DECLARATION CONCERNING THE DEBTOR'S LIST OF CREDITORS HOLDING THE FIFTY LARGEST UNSECURED CLAIMS

      I, John D. Sheehan, am the Vice President and Chief Restructuring Officer of Delphi Corporation and in such capacity am familiar with the financial affairs of the Debtors.  I have reviewed the foregoing List of Creditors Holding the Fifty Largest Unsecured Claims, and declare that the information contained therein is true and correct to the best of my knowledge, belief and understanding.

Dated:  October 8, 2005

 

 

                         s/ John D. Sheehan
                          John D. Sheehan
                          Vice President and Chief
                              Restructuring Officer

                          Delphi Corporation