(Official Form 1) (12/03)

| FORM B1<br>United States Bankruptcy Court<br>Southern District of New York | | Voluntary Petition |
|---|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Delphi Receivables LLC** | | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**N/A** | | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**61-1446224** | | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**Delphi Receivables LLC**<br>**5725 Delphi Drive**<br>**Troy, Michigan 48098-2815** | | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:<br>**Oakland County, Michigan** | | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**Same as Street Address** | | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):<br>**Same as Street Address** | | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) | | |
|---|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7 | ☒ Chapter 11 | ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 – Case ancillary to foreign proceeding | | |
| ☒ Other <u>LLC</u> | ☐ Clearing Bank | | | |

| Nature of Debts (Check one box) | | Filing Fee (Check one box) |
|---|---|---|
| ☐ Consumer/Non-Business | ☒ Business | ☒ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | | ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | | |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | | |

**Statistical/Administrative Information** (Estimates only)     THIS SPACE IS FOR COURT USE ONLY
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03) FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Delphi Receivables LLC** | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
| Location Where Filed: **NONE** | Case Number: **N/A** | Date Filed: **N/A** |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **See Schedule I attached** | Case Number: **05-44481 (RDD)** | Date Filed: **10/8/2005** |
| District: **Southern District of New York** | Relationship: **Affiliate** | Judge: **Hon. Robert D. Drain** |

## SIGNATURES

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11 of the United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11 of the United States Code, specified in this petition.

X _____
  Signature of Debtor
X _____
  Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition

**Exhibit B**
(To be completed if debtor is an individual whose debts are primary consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11 of the United States Code, and have explained the relief available under each such chapter.

X _____
  Signature of Attorney for Debtor(s)        Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No.

| **Signature of Attorney** | **Signature of Attorney** |
|---|---|
| X /s/ John Wm. Butler, Jr. | X /s/ Kayalyn A. Marafioti |
| Signature of Attorney for Debtor(s) | Signature of Attorney for Debtor(s) |
| John Wm. Butler, Jr. | Kayalyn A. Marafioti |
| Printed Name of Attorney Debtor(s) | Printed Name of Attorney Debtor(s) |
| Skadden, Arps, Slate, Meagher & Flom LLP | Skadden, Arps, Slate, Meagher & Flom LLP |
| Firm Name | Firm Name |
| 333 West Wacker Drive, Suite 2100 Chicago, Illinois 60606-1285 | Four Times Square New York, New York 10036 |
| Address | Address |
| (312) 407-0700 | (212) 735-3000 |
| Telephone Number | Telephone Number |
| October 14, 2005 | October 14, 2005 |
| Date | Date |

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11 of the United States Code, specified in this petition.

X /s/ John P. Arle
  Signature of Authorized Individual
  John P. Arle
  Printed Name of Authorized Individual
  Manager and President
  Title of Authorized Individual
  October 14, 2005
  Date

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
  Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

## SCHEDULE I

## PENDING BANKRUPTCY CASES OF AFFILIATES

The following affiliates, which include the Debtor, have filed voluntary petitions under chapter 11 with this Court, on the date hereof:

    Delphi Furukawa Wiring Systems LLC (Delaware)
    Delphi Receivables LLC (Delaware)
    MobileAria, Inc. (Delaware)

The following affiliates of the Debtor filed voluntary petitions under chapter 11 with this Court, on October 8, 2005:

    ASEC Manufacturing General Partnership (Delaware)
    ASEC Sales General Partnership (Delaware)
    Aspire, Inc. (Michigan)
    Delco Electronics Overseas Corporation (Delaware)
    Delphi Automotive Systems (Holding), Inc. (Delaware)
    Delphi Automotive Systems Global (Holding), Inc. (Delaware)
    Delphi Automotive Systems Human Resources LLC (Delaware)
    Delphi Automotive Systems International, Inc. (Delaware)
    Delphi Automotive Systems Korea, Inc. (Delaware)
    Delphi Automotive Systems LLC (Delaware)
    Delphi Automotive Systems Overseas Corporation (Delaware)
    Delphi Automotive Systems Risk Management Corp. (Delaware)
    Delphi Automotive Systems Services LLC (Delaware)
    Delphi Automotive Systems Tennessee, Inc. (Delaware)
    Delphi Automotive Systems Thailand, Inc. (Delaware)
    Delphi China LLC (Delaware)
    Delphi Connection Systems (California)
    Delphi Corporation (Delaware)
    Delphi Diesel Systems Corp. (Delaware)
    Delphi Electronics (Holding) LLC (Delaware)
    Delphi Foreign Sales Corporation (Virgin Islands)
    Delphi Integrated Service Solutions, Inc. (Michigan)
    Delphi International Holdings Corp. (Delaware)
    Delphi International Services, Inc. (Delaware)
    Delphi Liquidation Holding Company (Delaware)
    Delphi LLC (Delaware)
    Delphi Mechatronic Systems, Inc. (Delaware)
    Delphi Medical Systems Colorado Corporation (Colorado)
    Delphi Medical Systems Corporation (Delaware)
    Delphi Medical Systems Texas Corporation (Delaware)
    Delphi NY Holding Corporation (New York)
    Delphi Services Holding Corporation (Delaware)
    Delphi Technologies, Inc. (Delaware)
    DREAL, Inc. (Delaware)
    Environmental Catalysts, LLC (Delaware)
    Exhaust Systems Corporation (Delaware)
    Packard Hughes Interconnect Company (Delaware)
    Specialty Electronics International Ltd. (Virgin Islands)
    Specialty Electronics, Inc. (South Carolina)

# DELPHI RECEIVABLES LLC
# UNANIMOUS WRITTEN CONSENT
# <u>OF THE MANAGERS</u>

### Dated as of October 11, 2005

        Pursuant to Section 18-404(d) of the Delaware Limited Liability Company Act, the undersigned, being all the managers, including the independent manager (collectively, the "<u>Managers</u>") of Delphi Receivables LLC, a Delaware limited liability company (the "<u>Company</u>"), do hereby adopt, by this written consent, the following resolutions with the same force and effect as if they had been adopted at a duly convened meeting of the Managers and direct that this written consent be filed with the minutes of the proceedings of the Managers:

        WHEREAS, the Managers have been presented with a proposed petition to be filed by the Company in the United States Bankruptcy Court for the Southern District of New York, seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), in which the authority to operate as a debtor-in-possession will be sought;

        WHEREAS, the Managers have determined that it is in the best interests of this Company and its stakeholders that this Company file a petition in the United States Bankruptcy Court for the Southern District of New York, seeking relief under the provisions of chapter 11 of title 11 of the Bankruptcy Code, in which the authority to operate as a debtor-in-possession would be sought.

        NOW THEREFORE, BE IT RESOLVED, that this Company file a petition in the United States Bankruptcy Court for the Southern District of New York, seeking relief under the provisions of chapter 11 of title 11 of the Bankruptcy Code, in which the authority to operate as a debtor-in-possession will be sought, and the filing of such petition is authorized hereby; and it is further

        RESOLVED, that each of the Managers be deemed an authorized signatory in connection with the chapter 11 case authorized herein; and it is further

        RESOLVED, that the Managers or any one of them be, and each of them hereby is, authorized, empowered and directed on behalf of this Company to execute and verify a petition in the name of the Company under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New

York in such form and at such time as the Manager executing said petition on behalf of this Company shall determine; and it is further

RESOLVED, that the Managers or any one of them be, and each hereby is, authorized to execute and file or cause to be executed and filed (or to direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all other action which they or any one of them deem necessary, proper or desirable in connection with the chapter 11 case contemplated hereby, with a view to the successful prosecution of such case; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any Manager to seek relief under chapter 11 of the Bankruptcy Code or in connection with the chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

RESOLVED, that Rothschild, Inc. be, and hereby are, employed as financial advisors and investment bankers for the Company in the chapter 11 case; and it is further

RESOLVED, that the law firm of Skadden, Arps, Slate, Meagher & Flom LLP and its affiliates be, and hereby are, employed under general retainer as attorneys for the Company in the chapter 11 case; and it is further

RESOLVED, that the law firm of Shearman & Sterling LLP be, and hereby are, employed as special counsel for the Company in the chapter 11 case; and it is further

RESOLVED, that FTI Consulting, Inc. be, and hereby are, employed as restructuring advisor for the Company in the chapter 11 case; and it is further

RESOLVED, that the Managers be, and each of them, with full authority to act without the others, hereby is, authorized, in the name and on behalf of the Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur and pay or cause to be paid all such fees and expenses as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

2

    RESOLVED, that all actions heretofore taken consistent with the purpose and intent of the foregoing resolutions are hereby ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

    RESOLVED, that this consent may be signed in any number of counterparts, each of which shall be an original and all of which, taken together, shall constitute one and the same instrument and that once signed, this consent shall be filed with the corporate records of the Company.

  When signed by all of the Company's Managers, this unanimous written consent shall be effective as of the date first written above.

**[SIGNATURE PAGE FOLLOWS]**

3

IN WITNESS WHEREOF, the undersigned have executed this unanimous written consent of the Managers of the Company as of the date first written above.

MANAGERS

By: _____
John P. Arle

By: _____
Tracy Krause

INDEPENDENT MANAGER

By: _____
Bernard J. Angelo

Delphi Receivables LLC Board Resolutions

IN WITNESS WHEREOF, the undersigned have executed this unanimous written consent of the Managers of the Company as of the date first written above.

MANAGERS

By: _____
John P. Arle

By: _____
Tracy Krause

INDEPENDENT MANAGER

By: _*[signature]*_____
Bernard J. Angelo

Delphi Receivables LLC Board Resolutions

# CONSOLIDATED LIST OF CREDITORS HOLDING
# THE FIFTY LARGEST UNSECURED CLAIMS

Following is a list of the Debtors' creditors holding the fifty largest unsecured claims on a consolidated basis with its debtor-affiliates.[1] The list is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing a chapter 11 case. This list does not include (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31), or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the fifty largest unsecured claims.

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 1. | General Motors Corporation<br>300 Renaissance Center<br>P.O. Box 300<br>Detroit, MI 48265-3000<br><br>Tel: 313-665-4898 (Legal)<br>Tel: 313-556-5000 (Main)<br>Fax: 517-272-3709 | John Devine, CFO | Trade, Warranty, and Other | Contingent and Unliquidated | Unknown |
| 2. | International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers – Communications Workers of America<br>501 3rd Street N.W., 6th Floor<br>Washington, D.C. 20001<br><br>Tel: 202-434-1156<br>Fax: 202-434-1343 | James D. Clark, President | Wages and Benefits | Contingent and Unliquidated | Unknown |
| 3. | Pension Benefit Guaranty Corp<br>1200 K Street, N.W.<br>Washington, D.C. 20005<br><br>Tel: 202-326-4020<br>Fax: 202-326-4112 | Jeffrey Cohen, Chief Counsel | Guaranty | Contingent and Unliquidated | Unknown |

---

[1] All claims of affiliates are reported on a consolidated basis.

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 4. | United Auto Workers<br>8000 E. Jefferson<br>Detroit, MI 48214<br><br>Tel: 313-926-5000<br>Fax: 313-823-6016 | Richard Shoemaker, Vice President & Director GM Department | Wages and Benefits | Contingent and Unliquidated | Unknown |
| 5. | United Steel Workers<br>5 Gateway Center<br>Pittsburgh, PA 15222<br><br>Tel: 412-562-2400<br>Fax: 412-562-2484 | Leo W. Gerard, President | Wages and Benefits | Contingent and Unliquidated | Unknown |
| 6. | Wilmington Trust Company<br>Corporate Trust Office<br>1100 North Market Street Rodney Square North,<br>Wilmington, DE 19890<br><br>Tel: 302-636-6058<br>Fax: 302-636-4143 | Steven M. Cimalore, Vice President | Notes | | $2,000,000,000 |
| 7. | Law Debenture Trust Company of New York<br>Corporate Trust Office<br>780 Third Ave, 31st Floor<br>New York, NY 10017<br><br>Tel: 212-750-6474<br>Fax: 212-750-1361<br><br>and<br><br>Wilmington Trust Company<br>Corporate Trust Office<br>1100 North Market Street Rodney Square North,<br>Wilmington, DE 19890<br><br>Tel: 302-636-6058<br>Fax: 302-636-4143 | Patrick Healy, Vice President<br><br>and<br><br>Steven M. Cimalore, Vice President | Junior Subordinated Notes | | $412,371,975 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 8. | Flextronics International Asia Pacific<br>2 Robbins Road<br>Westford, MA 01886<br><br>Tel: 978-392-3015<br>Fax: 978-392-3011 | Joe Minville, Sr. Director, Business Development, Global Automotive Markets | Trade | | $40,781,535 |
| 9. | Freescale Semiconductor Inc<br>6501 William Cannon Drive West<br>Austin, TX 78735-8598<br><br>Tel: 512-895-2093<br>Fax: 512-895-8746 | Paul Grimme, Senior Vice President and General Manager, Transportation and Standard Products Group | Trade | | $22,710,027 |
| 10. | Robert Bosch Corporation<br>38000 Hills Tech Drive<br>Farmington Hills, MI 48331-3417<br><br>Tel: 248-848-2555<br>Fax: 248-848-6505 | Linda Lynch, Sales Manager, General Motors N.A. | Trade | | $15,069,265 |
| 11. | Siemens Automotive Ltd<br>2400 Executive Hill Blvd.<br>Auburn Hills, MI 48326-2980<br><br>Tel: 248-209-5874<br>Fax: 248-209-7877 | Peter H. Huizinga, Sales Manager, North American Sales | Trade | | $13,619,300 |
| 12. | PBR Automotive USA Pacific Group Ltd<br>140 Ellen Drive<br>Orion Township, MI 48359<br><br>Tel: 248-340-1290<br>Fax: 248-377-4939 | Gordon Diag, VP | Trade | | $10,542,285 |
| 13. | DMC 2 Canada Corporation<br>2347 Commercial Drive<br>Auburn Hills, MI 48326<br><br>Tel: 248-292-2261<br>Fax: 248-340-2471 | Bill Staron, Senior VP | Trade | | $8,976,696 |

05-44481-rdd   Doc 633-1   Filed 10/25/05   Entered 10/25/05 16:41:26   Affidavit
Part 2   Pg 12 of 20

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors Account | Nature of Claim | Contingent Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 14. | NEC Electronics Inc<br>Three Galleria Tower<br>13155 Noel Road, Ste 1100<br>Dallas, TX 75240<br><br>Tel: 972-855-5126<br>Fax: 972-655-5133 | Jim Trent, General Manager, Automotive SBU | Trade | | $8,896,819 |
| 15. | HSS LLC<br>5446 Dixie Highway<br>Saginaw, MI 48601<br><br>Tel: 989-777-2983<br>Fax: 989-777-4818 | David Bader, President | Trade | | $8,296,550 |
| 16. | Tyco Electronics Corp<br><br>Amperestrabe 12-14<br>Bensheim, Germany D-64625<br><br>Tel: 49-0-62-51-133-1-202<br>Fax: 49-0-62-51-133-1-548<br><br>and<br><br>P.O. Box 3608<br>Harrisburg, PA 17105-3608<br><br>Tel: 717-592-2298<br>Fax: 717-592-7555 | Dr. Jurgen W. Gromer, Vice President Tyco International Ltd., President and CEO Tyco Electronics Corp. | Trade | | $8,278,304 |
| 17. | Molex Inc<br>222 Wellington Court<br>Lisle, IL 60532-1682<br><br>Tel: 630-718-5888<br>Fax: 630-813-5888 | Ron Schubel, Executive Vice President, President Americas Region | Trade | | $8,014,656 |
| 18. | Panasonic Automotive<br>26455 American Drive<br>Southfield, MI 48034<br><br>Tel: 248-447-7111<br>Fax: 248-447-7008 | Vince Sarrecchia, President, Headquarters | Trade | | $7,429,854 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 19. | Olin Corp<br>427 N Shamrock Street<br>East Alton, IL 62024-1174<br><br>Tel: 618-258-26664<br>Fax: 618-258-3481 | Devin Denner, Sales Manager | Trade | | $7,231,721 |
| 20. | Methode Electronics Inc<br>7401 W. Wilson<br>Chicago, IL 60706<br><br>Tel: 708-867-6777<br>Fax: 708-867-3288 | Don Duda, President | Trade | | $6,397,471 |
| 21. | SGS Thompson<br>Victor Park West<br>19575 Victor Parkway<br>Livonia, MI 48152<br><br>Tel: 734-953-1711<br>Fax: 734-462-4034 | Scott Shilling, Sales Director | Trade | | $6,386,126 |
| 22. | Philips Semiconductors<br>1817 Dogwood Drive<br>Kokomo, IN 46902<br><br>Tel: 765-868-3861<br>Fax: 765-452-9915 | Sam L. Trency, Global Account Manager, Kokomo | Trade | | $6,242,258 |
| 23. | Infineon Technologies<br><br>P.O. Box 80 09 49<br>Munich, Germany 81609<br><br>Tel: 49-0-89-234-8-52-00<br>Fax: 49-0-89-234-8-52-02<br><br>and<br><br>St.-Martin-Strasse 53<br>Munich, Germany 81669 | Peter Bauer, Executive Vice President | Trade | | $5,582,352 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 24. | Aw Transmission Engineering Aisin Seiki Co Ltd<br>Metro West Industrial Park<br>14933 Keel St<br>Plymouth, MI 48170<br><br>Tel: 734-416-1162<br>Fax: 734-416-3844 | Ryo Ishibashi, Sales Contact<br><br>and<br><br>Kenji Ito, VP<br><br>and<br><br>Larry Khaykin, Sr. Sales Manager | Trade | | $5,509,700 |
| 25. | Applied Bio Systems<br>850 Lincoln Centre Drive<br>Foster City, CA 94404<br><br>Tel: 650-638-6431<br>Fax: 650-638-5998 | Ann Wagoner | Trade | | $5,491,366 |
| 26. | Alps Automotive Inc<br>1500 Atlantic Blvd.<br>Auburn Hills, MI 48326<br><br>Tel: 248-393-7626<br>Fax: 248-391-1564 | Muneki Ishida, General Sales Manager | Trade | | $5,182,441 |
| 27. | Texas Instruments Inc<br>12900 North Meridian Street<br>Suite 175 Ms 4070<br>Carmel, IN 46032<br><br>Tel: 317-574-2626<br>Fax: 317-573-6410 | Brent Mewhinney, US Automotive Sales Manager | Trade | | $5,041,608 |
| 28. | Hitachi Automotive<br><br>955 Warwick Rd<br>Harrodsburg, KY 40330<br><br>Tel: 248-482-0085<br>Fax: 248-474-5097<br><br>and<br><br>34500 Grand River Avenue<br>Farmington Hills, MI 48335 | Darrell Seitz, Senior Account Manager | Trade | | $4,979,093 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors Account | Nature of Claim | Contingent Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 29. | Sharp Electronics Corp<br>2613-1, Chinomoto, Cho, Tenri<br>Nara, Japan  632-8567<br><br>Tel: 81-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<br>Fax: 81-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 | Akihiko Imaya, Group Deputy General Manager | Trade | | $4,974,247 |
| 30. | Semiconductor Components<br>2000 S County Trail<br>East Greenwich, RI  02818<br><br>Tel: 734-953-6848<br>Fax: 734-953-6860 | Lance Williams, Director of Sales | Trade | | $4,865,672 |
| 31. | TRW Automotive<br>12000 Tech Center Drive<br>Livonia, MI  48150<br><br>Tel: 734-266-3507<br>Fax: 734-266-5704 | John Nielsen, Director, Sales | Trade | | $4,821,907 |
| 32. | ISI of Indiana Inc<br>1212 East Michigan St.<br>Indianapolis, IN  46202<br><br>Tel: 317-631-7980<br>Fax: 317-631-7981 | Brad Countryman | Trade | | $4,760,039 |
| 33. | Traxle Manufacturing Ltd<br>25300 Telegraph Rd.<br>Ste 450 Raleigh Office Center<br>Southfield, MI  48034<br><br>Tel: 248-355-3533<br>Fax: 248-355-3558 | Russ Pollack, Director of Sales | Trade | | $4,744,747 |
| 34. | Waupaca Foundry Inc<br>311 S Tower Rd<br>Waupaca, WI  54981-0249<br><br>Tel: 715-258-6611<br>Fax: 715-258-1712 | Gary Thoe, Chairman | Trade | | $4,684,195 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 35. | Hitachi Chemical Asia Pacific<br><br>Bedok Plant: 20, Bedock South Road Singapore, Singapore 469277<br><br>Tel: 6241-9811<br>Fax: 5455-407<br><br>and<br><br>Loyang Plant: 32, Loyang Way Singapore, Singapore 508730<br><br>Tel: 6542-8511 | Y. Yokoya, Deputy Managing Director | Trade | | $4,562,688 |
| 36. | American Axle & Manufacturing Inc.<br>One Dauch Drive<br>Detroit, MI 48211-1198<br><br>Tel: 313-758-4217<br>Fax: 313-974-2870 | Joel Robinson President<br><br>and<br><br>Bob Finn, CEO | Trade | | $4,525,561 |
| 37. | TDK Corporation Of America<br>1221 Business Center Drive<br>Mount Prospect, IL 60056<br><br>Tel: 847-803-6100<br>Fax: 847-803-1125 | Frank H. Avant, President | Trade | | $4,466,206 |
| 38. | Pioneer Industrial Components (Pioneer Automotive Electronics Sales, Inc.)<br>22630 Haggerty Road<br>Farmington, MI 48335<br><br>Tel: 248-449-6799<br>Fax: 248-449-1940 | Kevin M. Martin Senior VP, Sales | Trade | | $4,189,855 |
| 39. | Fujitsu Ten Corporation<br>46029 Five Mile Road<br>Plymouth, MI 48170<br><br>Tel: 734-414-6651<br>Fax: 734-414-6660 | Chet Korzeniewski V.P., Sales and Marketing | Trade | | $4,156,580 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors Account | Nature of Claim | Contingent Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 40. | Solectron De Mexico SA de CV Solectron Invotronics 26525 American Drive Southfield, MI 48034 Tel: 248-263-8714 Fax: 248-263-8701 | Ed Mike, Sales Manager | Trade | | $4,129,744 |
| 41. | TI Group Automotive System 12345 E Nine Mile Warren, MI 48090 Tel: 586-755-8312 Fax: 586-427-3175 | Tim Kuppler, Vice President | Trade | | $3,990,388 |
| 42. | Timken Company 31100 Telegraph Road, Suite 270 Bingham Farms, MI 48025 Tel: 248-554-4882 Fax: 248-433-2253 | Brian Ruel, Director, Sales | Trade | | $3,619,957 |
| 43. | Engelhard Corporation 101 Wood Ave Iselin, NJ 08830 Tel: 732-205-6497 Fax: 732-906-0337 | Barry Perry, Chairman & CEO | Trade | | $3,577,915 |
| 44. | Cataler North America Corp. 7800 Chihama Kakegawa-City Shizuoka, Japan Tel: 81-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 Fax: 81-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 | Hironobu Ono, President | Trade | | $3,462,855 |
| 45. | Pechiney Rolled Products 39111 W Six Mile Rd. Livonia, MI 48152 Tel: 734-632-8484 Fax: 734-632-8483 | Jim Offer, Sales Manager | Trade | | $3,393,879 |
| 46. | Autocam Corporation East Paris Avenue Kentwood, MI 49512 Tel: 616-541-8551 Fax: 616-698-6876 | Scott Dekoker, Customer Manager | Trade | | $3,352,518 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 47. | Futaba Corp Of America<br>2865 Wall Triana Hwy<br>Huntsville, AL 35824<br><br>Tel: 256-461-7348<br>Fax: 256-461-7741 | Joe M. Dorris, President | Trade | | $3,350,622 |
| 48. | Victory Packaging<br>3555 Timmons Lane<br>Suite 1440<br>Houston, TX 77027<br><br>Tel: 713-961-3299<br>Fax: 713-961-3824 | Robert Egan, President | Trade | | $3,327,441 |
| 49. | Murata Electronics North<br>2200 Lake Park Drive<br>Smyrna, GA 30080-7604<br><br>Tel: 770-433-7846<br>Fax: 678-842-6625 | David M. McGinnis, Director Automotive Sales | Trade | | $3,234,841 |
| 50. | Niles USA Inc<br>41129 Jo Drive<br>Novi, MI 48375<br><br>Tel: 248-427-9700<br>Fax: 248-427-9701 | Michael Rudnicki, Account Manager<br><br>and<br><br>Scot McColl, Business Unit Manager | Trade | | $3,171,181 |

# DECLARATION CONCERNING THE DEBTOR'S LIST OF CREDITORS
# HOLDING THE FIFTY LARGEST UNSECURED CLAIMS

      I, John D. Sheehan, am the Vice President and Chief Restructuring Officer of Delphi Corporation and in such capacity am familiar with the financial affairs of the Debtors. I have reviewed the foregoing List of Creditors Holding the Fifty Largest Unsecured Claims, and declare that the information contained therein is true and correct to the best of my knowledge, belief and understanding.

Dated: October 8, 2005

                                                    s/ John D. Sheehan
                                                    John D. Sheehan
                                                    Vice President and Chief
                                                           Restructuring Officer

                                                    Delphi Corporation

# **EXHIBIT C**