**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 Case |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
|  | Jointly Administered |
| Debtors. |  |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                           )    s.s.:
COUNTY OF NEW YORK  )

       HEATHER WRENN, being duly sworn, deposes and says: that she resides in Queens, New York; that she is over the age of twenty-one years and that she is not a party to this proceeding.

       That on the 24th day of October, 2005, deponent caused to be served via electronic mail or first class mail, as indicated on the Service List annexed hereto, Appaloosa Management L.P.'s (A) Objection To Debtors' Motion For An Order Under 11 U.S.C. §§ 105, 362 And 541 And Fed. R. Bankr. P. 3001 Establishing Notification And Hearing Procedures For Trading In Claims And Equity Securities Or, In The Alternative, (B) Motion For Reconsideration Under Fed. R. Bankr. P. 9023 Of Interim Trading Order Dated October 12, 2005.

       That on the 25th day of October, 2005, deponent caused to be served via hand delivery to:

       Alicia M. Leonhard, Esq.
       Office of the U.S. Trustee
       33 Whitehall Street, 21st Floor
       New York, NY 10004

Appaloosa Management L.P.'s (A) Objection To Debtors' Motion For An Order Under 11 U.S.C. §§ 105, 362 And 541 And Fed. R. Bankr. P. 3001 Establishing Notification And Hearing Procedures For Trading In Claims And Equity Securities Or, In The

Alternative, (B) Motion For Reconsideration Under Fed. R. Bankr. P. 9023 Of Interim Trading Order Dated October 12, 2005

/s/ Heather Wrenn
Heather Wrenn

Sworn to before me this
25th day of October, 2005

/s/ Emily Thaler
Notary Public, State of New York
No. 01TH6114958
Qualified in New York County
Commission Expires August 30, 2008

# SERVICE LIST VIA EMAIL

| | |
|---|---|
| david.boyle@airgas.com | andrew.kassner@dbr.com |
| wshowman@ajamie.com | david.aaronson@dbr.com |
| tajamie@ajamie.com | dmdelphi@duanemorris.com |
| lwalzer@angelogordon.com | wmsimkulak@duanemorris.com |
| dladdin@agg.com | ggreen@fagelhaber.com |
| heath.vicente@agg.com | lnewman@fagelhaber.com |
| william.barrett@bfkpm.com | mviscount@foxrothschild.com' |
| kim.robinson@bfkpn.com | fstevens@foxrothschild.com |
| wendy.brewer@btlaw.com | office@gazesllc.com |
| michael.mccrory@btlaw.com | ian@gazesllc.com |
| alan.mills@btlaw.com | crieders@gjb-law.com |
| john.gregg@btlaw.com | pbilowz@goulstonstorrs.com |
| pmears@btlaw.com | gjarvis@ggelaw.com |
| sean@blbglaw.com | snirmul@gelaw.com |
| hannah@blbglaw.com | jeisenhofer@gelaw.com |
| markd@blbglaw.com | ckm@greensfelder.com |
| klaw@bbslaw.com | jpb@greensfelder.com |
| lschwab@bbslaw.com | cbattaglia@halperinlaw.net |
| pcostello@bbslaw.com | ahalperin@halperinlaw.net |
| tgaa@bbslaw.com | anne.kennelly@hp.com |
| hinshaw@boselaw.com | ken.higman@hp.com |
| rjones@bccb.com | sharon.petrosino@hp.com |
| amcmullen@bccb.com | glen.dumont@hp.com |
| mhall@burr.com | cstorie@hodgsonruss.com |
| jonathan.greenberg@engelhard.com | sgross@hodgsonruss.com |
| rusadi@cahill.com | nyc-bkcyecf@hklaw.com |
| jonathan.greenberg@engelhard.com | elizabeth.flaagan@hro.com |
| cahn@clm.com | fgorman@honigman.com |
| maofiling@cgsh.com | rweiss@honigman.com |
| jvitale@cwsny.com | rweiss@honigman.com |
| srosen@cb-shea.com | fgorman@honigman.com |
| jwisler@cblh.com | john.sieger@kattenlaw.com |
| mlee@contrariancapital.com | sk@kieselaw.com |
| jstanton@contrariancapital.com | grichards@kirkland.com |
| wraine@contrariancapital.com | efox@klng.com |
| slax@contrariancapital.com | sosimmerman@kwgd.com |
| rsz@curtinheefner.com | rcharles@lrlaw.com |
| dpm@curtinheefner.com | sfreeman@lrlaw.com |
| athau@cm-p.com | jengland@linear.com |
| sreisman@cm-p.com | austin.bankruptcy@publicans.com |
| dkarp@cm-p.com | dallas.bankruptcy@publicans.com |
| wsavino@damonmorey.com | whawkins@loeb.com |
| carol_sowa@denso-diam.com | tmcfadde@lordbissel.com |

| | |
|---|---|
| gdiconza@dlawpc.com | tbrink@lordbissel.com |
| richard.kremen@dlapiper.com | kwalsh@lordbissel.com |
| rcovino@lordbissel.com | shandler@sbclaslaw.com |
| metkin@lowenstein.com | pbaisier@seyfarth.com |
| ilevee@lowenstein.com | rdremluk@seyfarth.com |
| krosen@lowenstein.com | bankruptcy@goodwin.com |
| scargill@lowenstein.com | asherman@sillscummis.com |
| metkin@lowenstein.com | jzackin@sillcummis.com |
| ilevee@lowenstein.com | cfox@stblaw.com |
| jml@ml-legal.com | cfox@stblaw.com |
| lmc@ml-legal.com | kmiller@skfdelaware.com |
| jmsullivan@mwe.com | lloyd.sarakin@am.sony.com |
| jrobertson@mcdonaldhopkins.com | bspector@selawfirm.com |
| sopincar@mcdonaldhopkins.com | cs@stevenslee.com |
| sriley@mcdonaldhopkins.com | cp@stevenslee.com |
| jbernstein@mdmc-law.com | mshaiken@stinsonmoheck.com |
| lpeterson@msek.com | robert.goodrich@stites.com |
| sarbt@millerjohnson.com | madison.cashman@stites.com |
| wolfordr@millerjohnson.com | wbeard@stites.com |
| fusco@millercanfield.com.com | jpguy@swidlaw.com |
| Jeff.Ott@molex.com | rhywron@swidlaw.com |
| resterkin@morganlewis.com | mwcheney@swidlaw.com |
| wheuer@morganlewis.com | rnsteinwurtzel@swidlaw.com |
| rurbanik@munsch.com | rfrankel@swidlaw.com |
| drukavina@munsch.com | ferrell@taftlaw.com |
| lisa.moore2@nationalcity.com | rhett.campbell@tklaw.com |
| bbeckworth@nixlawfirm.com | jlevi@toddlevi.com |
| jangelovich@nixlawfirm.com | bmcdonough@teamtogut.com |
| swhatley@nixlawfirm.com | djury@steelworkers-usw.org |
| eabdelmasieh@nmmlaw.com | rjsidman@vssp.com |
| fholden@orrick.com | david.lemke@wallerlaw.com |
| aenglund@orrick.com | robert.welhoelter@wallerlaw.com |
| landy.ralph@pbgc.gov | gtoering@wnj.com |
| cfilardi@pepehazard.com | mcruse@wnj.com |
| lawallf@pepperlaw.com | jeffrey.tanenbaum@weil.com |
| aaronsona@pepperlaw.com | martin.bienenstock@weil.com |
| sriemer@phillipsnizer.com | michael.kessler@weil.com |
| bsmoore@pbnlaw.com | martin.bienestock@weil.com |
| jsmairo@pbnlaw.com | michael.kessler@weil.com |
| andrew.herenstein@quadranglegroup.com | jeff.tanenbaum@weil.com |
| patrick.bartels@quadranglegroup.com | skrause@zeklaw.com |
| jharris@quarles.com | pjanovsky@zeklaw.com |
| sgoldber@quarles.com | bruce.simon@cwsny.com |
| jlapinsky@republicengineered.com | sreisman@cm-p.com |
| jshickich@riddellwilliams.com | donald.bernstein@dpw.com |
| rtrack@msn.com | sean.p.corcoran@delphi.com |

| | |
|---|---|
| myarnoff@sbclasslaw.com<br>trey.chambers@freescale.com<br>randall.eisenberg@fticonsulting.com<br>lhassel@groom.com<br>sgross@hodgsonruss.com<br>bderrough@jefferies.com<br>clifford.r.trapani@jpmchase.com<br>khuyen.k.ta@jpmchase.com<br>thomas.fmaher@chase.com<br>richard.duker@jpmorgan.com<br>gianni.russello@jpmorgan.com<br>vilma.francis@jpmorgan.com<br>jle@kccllc.com<br>robert.rosenberg@lw.com<br>'mknoll@mesirowfinancial.com<br>bankruptcy@morrisoncohen.com<br>rsiegel@omm.com<br>tjerman@omm.com<br>garrick.sandra@pbgc.gov<br>efile@pbgc.gov<br>landy.ralph@pbgc.gov | karen.j.craft@delphi.com<br>mike.nefkens@eds.com<br>sriemer@phillipsnizer.com<br>david.resnick@us.rothschild.com<br>rdremluk@seyfarth.com<br>dbartner@shearman.com<br>jfrizzley@shearman.com<br>kziman@stblaw.com<br>rtrust@stblaw.com<br>wrussell@stblaw.com<br>jbutler@skadden.com<br>jlyonsch@skadden.com<br>rmeisler@skadden.com<br>kmarafio@skadden.com<br>tmatz@skadden.com<br>cp@stevenslee.com<br>cs@stevenslee.com<br>altogut@teamtogut.com'<br>deirdre.martini@usdoj.gov<br>mlfn@capgroup.com |

## SERVICE LIST VIA FIRST CLASS MAIL

HAL/ERC-Legal
Tillie Lim, Esq.
50 Prospect Avenue
Tarrytown, NY 10591

David J. Adler, Jr., Esq.
McCarter & English, LLP
245 Park Avenue, 27th Fl.
New York, NY 10167

Michigan Dept. of Labor &
  Economic Growth
Attn: Dennis J. Raternink
P.O. Box 30736
Lansing, MI 48909-7717

Joseph T. Moldovan, Esq.
Michael R. Dal Lago, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

QAD, Inc.  
Attn: Jason Pickering, Esq.  
10,000 Midlantic Drive  
Mt. Laurel, NJ 08054

Wilmington Trust Company  
Steven M. Cimalore, VP  
Rodney Square North  
1100 North Market Street

Flextronics International  
  Asia-Pacific, Ltd.  
C/o Flextronics  
  International USA, Inc.  
Attn: Paul W. Anderson  
2090 Fortune Drive  
San Jose, CA 95131

General Electric Co.  
Attn: Valerie Venable  
One Plastics Avenue  
Pittsfield, MA 01201

Office of the State of NY
  Attorney General
  Elliot Spitzer
120 Broadway
New York, NY 10271

General Motors Corp.
Attn: John Devine
300 Renaissance Center
P.O. Box 300
Detroit, MI 48265

Internal Revenue Service
Attn: Insolvency Dept.
290 Broadway
5th Fl.
New York, NY 10007

Internal Revenue Service
Attn: Insolvency Dept.
477 Michigan Avenue
Mail Stop 15
Detroit, MI 48226

Securities and Exchange
  Commission
Reorganization Branch
233 Broadway
New York, NY 10279

IUE-CWA
Attn: Henry Reichard
2360 Dorothy Lane
Suite 201
Dayton, OH 45439