UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, et al.,<br><br><br><br>Debtors. | Chapter 11<br><br>Case Nos. 05-44481(RDD)<br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )    ss.:
COUNTY OF NEW YORK   )

      Nora E. Morales, being duly sworn, deposes and says:

      I am not a party to this action, am over eighteen years of age and employed by Anderson Kill & Olick, P.C., located at 1251 Avenue of the Americas, New York, New York 10020.

      On October 18, 2005, I served a true and correct copy of the Notice of Reclamation Demand of Dell Receivables, L.P., by placing a true copy thereof in a securely sealed and duly postpaid and properly addressed envelope, and by placing the envelope in a depository under the exclusive care of the U.S. Postal Service within the state of New York, and by facsimile, upon the attached service list.

                                                                        /s/ Nora E. Morales
                                                                        Nora E. Morales

Sworn to me this 25th day
of October, 2005

/s/ Anne Suffern
Notary Public, State of New York
No. 5007433
Qualified in Rockland County
Commission Expires:  January 25, 2007

NYDOCS1-798458.1

## SERVICE LIST

John Wm. Butler Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Facsimile: 312-407-0411

Kayalyn A. Marafloti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Facsimile: 212-735-2000