IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------- x
:
In re : Chapter 11
:
DELPHI CORPORATION et al., : Case No. 05-44481 (rdd)
:
Debtors. : (Jointly Administered)
:
--------------------------------- x

**AFFIDAVIT OF SERVICE**

I, Amber M. Cerveny, being duly sworn according to law, deposes and says that I am employed by Kurtzman Carson Consultants, LLC, proposed claims and noticing agent for the Debtors in the above-captioned cases.

On October 20, 2005, I caused to be served, via overnight delivery the documents listed in Section 1 on the parties attached hereto as Exhibit A, via email the parties attached hereto as Exhibit B and via first class mail the parties attached hereto as Exhibit C:

*Section 1*

I. Order to Show Cause **(Docket No. 477) [Attached hereto as Exhibit D]**

II. Notice of Waiver **(Docket No. 476) [Attached hereto as Exhibit E]**

On October 20, 2005, I caused to be served, via overnight delivery the documents listed in Section 2 on the parties attached hereto as Exhibit F:

*Section 2*

III. Order to Show Cause **(Docket No. 477) [Attached hereto as Exhibit D]**

Dated: October 25, 2005

                                                     */s/ Amber M. Cerveny*
                                                     Amber M. Cerveny

Sworn to and subscribed before
me on October 25, 2005

    */s/ Evan J. Gershbein*
Notary Public

My Commission Expires:    1/19/07

1

# EXHIBIT A

Delphi Corporation
Master Service List - Federal Express Overnight

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Capital Research and Management Company | Michelle Robson | 11100 Santa Monica Blvd | 15th Fl | Los Angeles | CA | 90025 | US | 310-996-6140 | | | Creditor Committee Member |
| Cohen Weiss & Simon | Bruce Simon | 330 W 42nd St | | New York | NY | 10036 | US | 212-563-0231 | 212-695-5436 | | |
| Curtis Mallet-Prevost Colt & mosle LLP | Steven J Reisman | 101 Pk Ave | | New York | NY | 10178-0061 | US | 212-696-6000 | 212-697-1559 | sreisman@cm-p.com | Counsel for Flextronics International USA Inc |
| Davis Polk & Wardwell | Donald Bernstein | 450 Lexington Ave | | New York | NY | 10017 | US | 212-450-4592 | 212-450-3092 | | Postpetition Administrative Agen |
| Delphi Corporation | Sean Corcoran Karen Craft | 5725 Delphi Dr | | Troy | MI | 48098 | US | 248-813-2000 | 248-813-2670 | | Debtors |
| Electronic Data Systems Corp | Michael Nefkens | 5505 Corporate Dr Msia | | Troy | MI | 48098 | US | 248-696-1729 | | | Creditor Committee Member |
| Flextronics International Asia-Pacific Ltd c/c Flextronics International USA Inc | Paul W Anderson | 2090 Fortune Dr | | San Jose | CA | 95131 | US | 408-428-1308 | | | Creditor Committee Member |
| Freescale Semiconductor Inc | Richard Lee Chambers II | 6501 William Cannon Dr West | Md Oe16 | Austin | TX | 78735 | US | 512-895-6357 | | | Creditor Committee Member |
| FTI Consulting Inc | Randall S Eisenberg | 3 Times Square | 11th Fl | New York | NY | 10036 | US | 212-247-1010 | 212-841-9350 | | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | One Plastics Ave | | Pittsfield | MA | 01201 | US | 704-992-5075 | | | Creditor Committee Member |
| General Motors Corporation | John Devine | 300 Renaissance Ctr | PO Box 300 | Detroit | MI | 48265 | US | 313-665-4898 | 517-272-3709 | | General Motors Corporatior |
| Groom Law Group | Lonie A Hassel | 1701 Pennsylvania Ave Nw | | Washington | DC | 20006 | US | 202-857-0620 | 202-659-4503 | | Counsel for Employee Benefits |
| Hodgson Russ LLP | Stephen H Gross | 152 West 57th St | 35th Fl | New York | NY | 10019 | US | 212-751-4300 | | sgross@hodgsonruss.com | Counsel for Hexcel Corporatior |
| Internal Revenue Service | Attn: Insolvency Departmen | 290 Broadway | 5th Fl | New York | NY | 10007 | US | | | | IRS |
| Internal Revenue Service | Attn: Insolvency Departmen | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | US | 313-628-3648 | 313-628-3602 | | Michigan IRS |
| IUE-CWA | Henry Reichard | 2360 W Dorothy Ln | Ste 201 | Dayton | OH | 45439 | US | 937-294-7813 | | | Creditor Committee Member |
| Jefferies & Company Inc | Bill Derrough | 520 Madison Ave | 12th Fl | New York | NY | 10022 | US | 212-284-2521 | 212-284-2470 | | UCC Professional |
| JPMorgan Chase Bank NA | Thomas F Maher Richard Duker Gianni Russello | 270 Pk Ave | | New York | NY | 10017 | US | 212-270-0426 | 212-270-0430 | | Postpetition Administrative Agent |
| JPMorgan Chase Bank NA | Clifford Trapani | Loan And Agency Services Group | 1111 Fannin 10th F | Houston | TX | 77002 | US | 713-750-7909 | 713-750-2948 | | Postpetition Administrative Agen |
| JPMorgan Chase Bank NA | Khuyen Ta | Agent Bank Services Group | 1111 Fannin 10th F | Houston | TX | 77002 | US | 713-750-3780 | 713-750-2938 | | Prepetition Administrative Agen |
| JPMorgan Chase Bank NA | Vilma Francis | 270 Pk Ave | | New York | NY | 10017 | US | | 212-270-5484 | | Prepetition Administrative Agen |
| Kurtzman Carson Consultants | James Le | 12910 Culver Blvd | Ste I | Los Angeles | CA | 90066 | US | 310-751-1511 | 310-751-1561 | | Noticing and Claims Agent: |
| Latham & Watkins LLP | Robert J Rosenberg | 885 Third Ave | | New York | NY | 10022 | US | 212-906-1370 | 212-751-4864 | | UCC Professional |
| Mesirow Financia | Melissa Knolls | 350 N Clark St | | Chicago | IL | 60610 | US | 800-453-0600 | | | UCC Professional |
| Morrison Cohen LLP | Joseph T Moldovan Esq | 909 Third Ave | | New York | NY | 10022 | US | 212-735-8600 | 212-735-8708 | bankruptcy@morrisoncohen.com | Counsel for Blue Cross and Blue Shield of Michigan |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | US | 212-416-8000 | | | New York Attorney General's Office |
| O'Melveny & Meyer LLP | Tom A Jerman Rachel Janger | 1625 Eye St Nw | | Washington | DC | 20006 | US | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counse |
| O'Melveny & Meyer LLP | Robert Siegel | 400 South Hope St | | Los Angeles | CA | 90071 | US | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counse |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K St Nw | Ste 340 | Washington | DC | 20005 | US | 202-326-4020 | 202-326-4112 | garrick.sandra@pbgc.gov efile@pbgc.gov | Counsel for Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L Landy | 1200 K St Nw | Ste 340 | Washington | DC | 20005-4026 | US | 202-326-4020 | 202-326-4112 | | Chief Counsel for the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A Riemer | 666 Fifth Ave | | New York | NY | 10103 | US | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel for Freescale Semiconductor Inc f/k/a Motorola Semiconductor Systems |
| Rothchild Inc | David L Resnick | 1251 Ave Of The Americas | | New York | NY | 10020 | US | 212-403-3500 | 212-403-5454 | | Financial Advisor |
| Securities and Exchange Commission | Reorganization Branch | 233 Broadway | | New York | NY | 10279 | US | | | | Securities and Exchange Commission |
| Seyfarth Shaw LLP | Robert W Dremluck | 1270 Ave Of The Americas | Ste 2500 | New York | NY | 10020-1801 | US | 212-218-5500 | 212-218-5526 | | Counsel for Murata Electronics North |
| Shearman & Sterling LLP | Douglas Bartner Jill Frizzley | 599 Lexington Ave | | New York | NY | 10022 | US | 212-848-4000 | 212-848-7179 | | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S Ziman Robert H Trust William T Russell Jr | 425 Lexington Ave | | New York | NY | 10017 | US | 212-455-2565 | 212-455-2502 | | Prepetition Administrative Agent |
| Skadden Arps Slate Meagher & Flom LLP | John Wm Butler John K Lyons Ron E Meisler | 333 W Wacker Dr | Ste 2100 | Chicago | IL | 60606 | US | 312-407-0700 | 312-407-0411 | | Counsel to the Debtor |
| Skadden Arps Slate Meagher & Flom LLP | Kayalyn A Marafioti Thomas J Matz | 4 Times Square | | New York | NY | 10036 | US | 212-735-3000 | 212-735-2000 | | Counsel to the Debtor |
| Stevens & Lee PC | Chester B Salomon Constantine D Pourakis | 485 Madison Ave | 20th Fl | New York | NY | 10022 | US | 212-319-8500 | 212-319-8505 | cp@stevenslee.com cs@stevenslee.com | Counsel for Wamco Inc |
| Togut Segal & Segal LLP | Albert Togut | One Penn Plaza | Ste 3335 | New York | NY | 10119 | US | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| United States Trustee | Deirdre A Martini | 33 Whitehall St | Ste 2100 | New York | NY | 10004 | US | 212-510-0500 | 212-668-2256 | deirdre.martini@usdoj.gov | United States Trustee |
| United States Trustee | Alicia M Leonard | 33 Whitehall St | 21st Fl | New York | NY | 10004-2112 | US | 212-510-0500 | 212-668-2255 | | United States Trustee |
| Wilmington Trust Company | Steven M Cimalore | Rodney Square North | 1100 North Market St | Wilmington | DE | 19890 | US | 302-636-6058 | | | Creditor Committee Member/Indenture Trustee |

# EXHIBIT B

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Airgas Inc | David Boyle | 259 Radnor-Chester Road Suite 100 | PO Box 6675 | Radnor | PA | 19087-8675 | US | 610-230-3064 | 310-687-1052 | david.boyle@airgas.com | Counsel for Airgas, Inc. |
| Arnall Golden Gregory LLP | Darryl S Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | US | 404-873-8120 | 404-873-8121 | dladdin@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Barack Ferrazzano Kirschbaum Perlman & Nagelberg LLP | Kimberly J Robinson | 333 West Wacker Drive | Suite 2700 | Chicago | IL | 60606 | US | 312-629-5170 | 312-984-3150 | kim.robinson@bfkpn.com | Counsel for Motion Industries, Inc. |
| Barack Ferrazzano Kirschbaum Perlman & Nagelberg LLP | William J Barrett | 333 West Wacker Drive | Suite 2700 | Chicago | IL | 60606 | US | 312-629-5170 | 312-984-3150 | william.barrett@bfkpn.com | Counsel for Motion Industries, Inc. |
| Barnes & Thornburg LLP | Alan K Mills | 11 S Meridian Street | | Indianapolis | IN | 46204 | US | 317-236-1313 | 317-231-7433 | alan.mills@btlaw.com | Counsel for Mays Chemical Company |
| Barnes & Thornburg LLP | John T Gregg | 300 Ottawa Avenue NW | Suite 500 | Grand Rapids | MI | 49503 | US | 616-742-3930 | 626-742-3999 | john.gregg@btlaw.com | Counsel to Priority Health |
| Barnes & Thornburg LLP | Patrick E Mears | 300 Ottawa Avenue NW | Suite 500 | Grand Rapids | MI | 49503 | US | 616-742-3936 | 616-742-3999 | pmears@btlaw.com | Counsel for Armada Rubber Manufacturing Company, Bank of America Leasing & Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Michael K McCrory Wendy D Brewer | 11 S Meridian Street | | Indianapolis | IN | 46204 | US | 317-236-1313 | 317-231-7433 | wendy.brewer@btlaw.com michael.mccrory@btlaw.com | Counsel for Gibbs Die Casting Corporation |
| Bialson Bergen & Schwab | Kenneth T Law Esq | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | US | 650-857-9500 | 650-494-2738 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc. |
| Bialson Bergen & Schwab | Lawrence M Schwab Esq | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | US | 650-857-9500 | 650-494-2738 | lschwab@bbslaw.com | Counsel for UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson Bergen & Schwab | Patrick M Costello Esq | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | US | 650-857-9500 | 650-494-2738 | pcostello@bbslaw.com | Solectron Corporation; Solectron de Mexico SA de CV; Solectron Invotronics and Coherent, Inc. |
| Bialson Bergen & Schwab | Thomas M Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | US | 650-857-9500 | 650-494-2738 | tgaa@bbslaw.com | Counsel to Veritas Software Corporation |
| Bose McKinney & Evans LLP | Jeannette Eisan Hinshaw | 135 N Pennsylvania Street | Suite 2700 | Indianapolis | IN | 46204 | US | 317-684-5296 | 317-684-5173 | jhinshaw@boselaw.com | Counsel for Decatur Plastics Products, Inc. and Eikenberry & Associates, Inc |
| Boult Cummings Conners & Berry PLC | Austin L McMullen | 1600 Division Street Suite 700 | PO Box 34005 | Nashville | TN | 37203 | US | 615-252-2307 | 615-252-6307 | amcmullen@bccb.com | Counsel for Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult Cummings Conners & Berry PLC | Roger G Jones | 1600 Division Street Suite 700 | PO Box 34005 | Nashville | TN | 37203 | US | 615-252-2307 | 615-252-6307 | rjones@bccb.com | Counsel for Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | US | | | jonathan.greenberg@engelhard.com | Counsel for Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | Eighty Pine Street | | New York | NY | 10005-1702 | US | 212-701-3700 | 212-269-5420 | jonathan.greenberg@engelhard.com | Counsel for Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | US | 212-701-3000 | 212-269-5420 | rusadi@cahill.com | Counsel for Engelhard Corporation |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M Buell | One Liberty Plaza | | New York | NY | 10006 | US | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel for Arneses Electricos Automotrices, S.A.de C.V.; Cordaflex, S.A. de C.V. |
| Cohen Weiss & Simon LLP | Joseph J Vitale | 330 West 42nd Street | | New York | NY | 10036 | US | 212-356-0238 | 646-473-8238 | jvitale@cwsny.com | Counsel for International Union, United Automobile, Areospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea PC | Scott D Rosen Esq | 100 Pearl Street 12th Floor | | Hartford | CT | 06103 | US | 860-493-2200 | 860-727-0361 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C Wisler Esq | 1007 N Orange Street | PO Box 2207 | Wilmington | DE | 19899 | US | 302-658-9141 | 302-658-0380 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |
| Curtis Mallet-Prevost Colt & Mosle LLP | Andrew M Thau | 101 Park Avenue | | New York | NY | 10178-0061 | US | 212-696-8898 | 917-368-8898 | athau@cm-p.com | Counsel for Flextronics International, Inc., Flextronics International USA, Inc. |
| Curtis Mallet-Prevost Colt & Mosle LLP | David S Karp | 101 Park Avenue | | New York | NY | 10178-0061 | US | 212-696-6065 | 212-697-1559 | dkarp@cm-p.com | Counsel for Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co. |
| Curtis Mallet-Prevost Colt & Mosle LLP | Steven J Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | US | 212-696-6065 | 212-697-1559 | sreisman@cm-p.com | Counsel for Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co. |
| Denso International America Inc | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | US | 248-372-8531 | | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| DiConza Law PC | Gerard DiConza Esq | 630 Third Avenue 7th Floor | | New York | NY | 10017 | US | 212-682-4940 | 212-682-4942 | gdiconza@dlawpc.com | Counsel to Tyz-All Plastics, Inc. |
| Drinker Biddle & Reath LLP | Andrew C Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | US | 215-988-2700 | 215-988-2757 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | US | 215-988-2700 | 215-988-2757 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| Duane Morris LLP | Margery N Reed Esq | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | US | 215-979-1000 | 215-979-1020 | dmdelphi@duanemorris.com | Counsel to ACE American Insurance Company |
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | 10016 | US | 212-682-7575 | 212-682-4218 | fstevens@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Fox Rothschild LLP | Michael J Viscount Jr | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | US | 609-348-4515 | 609-348-6834 | mviscount@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Gazes LLC | Ian J Gazes | 32 Avenue of the Americas | | New York | NY | 10013 | US | 212-765-9000 | 212-765-9675 | ian@gazesllc.com | Counsel to Setech, Inc. |
| Gazes LLC | Eric Wainer | 32 Avenue of the Americas | Suite 1800 | New York | NY | 10013 | US | 212-765-9000 | 212-765-9675 | office@gazesllc.com | Counsel to Setech, Inc. |
| Greensfelder Hemker & Gale PC | Cherie Macdonald J Patrick Bradley | 10 S Broadway | Suite 200 | St. Louis | MO | 63102 | US | 314-241-9090 | 314-241-8624 | ckm@greensfelder.com jpb@greensfelder.com | Counsel for ARC Automotive, Inc. |
| Halperin Battaglia Raicht LLP | Alan D Halperin Christopher J Battaglia | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | US | 212-765-9100 | 212-765-0964 | cbattaglia@halperinlaw.net ahalperin@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromallo Gas Turbine Corporation |
| Hewlett-Packard Company | Anne Marie Kennelly | 3000 Hanover St M/S 1050 | | Palo Alto | CA | 94304 | US | 650-857-6902 | 650-852-8617 | anne.kennelly@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Kenneth F Higman | 2125 E Katella Avenue | Suite 400 | Anaheim | CA | 92806 | US | 714-940-7120 | 740-940-7539 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |
| Hodgson Russ LLP | Stephen H Gross Esq | Carnegie Hall Tower | 152 West 57th Street 35th Street | New York | NY | 10019 | US | 212-751-4300 | | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Holme Roberts & Owen LLP | Elizabeth K Flaagan | 1700 Lincoln | Suite 4100 | Denver | CO | 80203 | US | 303-861-7000 | 303-866-0200 | elizabeth.flaagan@hro.com | Counsel for CoorsTek, Inc. |
| Honigman Miller Schwartz and Cohn LLP | Frank L Gorman Esq | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | US | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B Weiss Esq | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | US | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B Weiss Frank L Gorman | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | US | 313-465-7000 | 313-465-8000 | rweiss@honigman.com fgorman@honigman.com | Counsel for General Motors Corporation |
| Katten Muchin Rosenman LLP | John P Sieger Esq | 525 West Monroe Street | | Chicago | IL | 60661 | US | 312-902-5200 | 312-577-4733 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kieselstein Lawfirm PLLC | Steve Kieselstein | 43 British American Boulevard | | Latham | NY | 12110 | US | 518-785-7800 | | sk@kieselaw.com | Counsel to NEC Electronics America, Inc. |
| Krugliak Wilkins Griffiths & Dougherty CO LPA | Sam O Simmerman | 4775 Munson Street NW | PO Box 36963 | Canton | OH | 44735-6963 | US | 330-497-0700 | 330-497-4020 | sosimmerman@kwgd.com | Counsel to Millwood, Inc. |
| Lewis and Roca LLP | Rob Charles Esq | One South Church Street | Suite 700 | Tucson | AZ | 85701 | US | 520-629-4427 | 520-879-4705 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M Freeman Esq | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | US | 602-262-5756 | 602-734-3824 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | 1949 South IH 35 (78741) | PO Box 17428 | Austin | TX | 78760-7428 | US | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel for Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | US | 214-880-0089 | 469-221-5002 | dallas.bankruptcy@publicans.com | Counsel for Dallas County and Tarrant County |
| Margulies & Levinson LLP | Jeffrey M Levinson Esq Leah M Caplan Esq | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | US | 216-514-4935 | 216-514-4936 | jml@ml-legal.com lmc@ml-legal.com | Counsel for Venture Plastics |
| McDermott Will & Emery LLP | James M Sullivan | 50 Rockefeller Plaza | | New York | NY | 10020 | US | 212-547-5400 | 212-547-5444 | jmsullivan@mwe.com | Counsel to Linear Technology Corporation |
| McDonald Hopkins Co LPA | Jean R Robertson Esq | 600 Superior Avenue East | Suite 2100 | Cleveland | OH | 44114 | US | 216-348-5400 | 216-348-5474 | jrobertson@mcdonaldhopkins.com | Counsel to Brush Engineered materials |
| McDonald Hopkins Co LPA | Scott N Opincar Esq | 600 Superior Avenue E | Suite 2100 | Cleveland | OH | 44114 | US | 216-348-5400 | 216-348-5474 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| McDonald Hopkins Co LPA | Shawn M Riley Esq | 600 Superior Avenue E | Suite 2100 | Cleveland | OH | 44114 | US | 216-348-5400 | 216-348-5474 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy Deutsch Mulvaney & Carpenter LLP | Jeffrey Bernstein Esq | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | US | 973-622-7711 | 973-622-5314 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| Meyer Suozzi English & Klein PC | Lowell Peterson Esq | 1350 Broadway | Suite 501 | New York | NY | 10018 | US | 212-239-4999 | 212-239-1311 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Morgan Lewis & Bockius LLP | Richard W Esterkin Esq | 300 South Grand Avenue | | Los Angeles | CA | 90017 | US | 213-612-1163 | 213-612-2501 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |
| Morgan Lewis & Bockius LLP | William C Heuer Esq | 101 Park Avenue | | New York | NY | 10178-0060 | US | 212-309-6000 | 212-309-6001 | wheuer@morganlewis.com | Counsel to Sumitomo Corporation |
| Norris McLaughlin & Marcus | Elizabeth L Abdelmasieh Esq | 721 Route 202-206 | PO Box 1018 | Somerville | NJ | 08876 | US | 908-722-0700 | 908-722-0755 | eabdelmasieh@nmmlaw.com | Counsel for Rotor Clip Company, Inc. |
| Orrick Herrington & Sutcliffe LLP | Alyssa Englund Esq | 666 Fifth Avenue | | New York | NY | 10103 | US | 212-506-5187 | 212-506-5151 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick Herrington & Sutcliffe LLP | Frederick D Holden Jr Esq | 405 Howard Street | | San Francisco | CA | 94105 | US | 415-773-5700 | 415-773-5759 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Pension Benefit Guaranty Corporation | Ralph L Landy | 1200 K Street NW | | Washington | DC | 20005-4026 | US | 202-326-4020 | 202-326-4112 | landy.ralph@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pepe & Hazard LLP | Charles J Filardi Jr Esq | 30 Jelliff Lane | | Southport | CT | 06890 | US | 203-319-4042 | 203-319-4034 | cfilardi@pepehazard.com | Counsel for FedEx Trade Networks Transport & Brokerage, Inc. |
| Pepper Hamilton LLP | Anne Marie Aaronson | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | US | 215-981-4000 | 215-981-4750 | aaronsona@pepperlaw.com | Counsel for Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper Hamilton LLP | Francis J Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | US | 215-981-4000 | 215-981-4750 | lawallf@pepperlaw.com | Counsel for Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Phillips Nizer LLP | Sandra A Riemer Esq | 666 Fifth Avenue | | New York | NY | 10103 | US | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Porzio Bromberg & Newman PC | Brett S Moore Esq | 100 Southgate Parkway | PO Box 1997 | Morristown | NJ | 07960 | US | 973-538-4006 | 973-538-5146 | bsmoore@pbnlaw.com | |
| Porzio Bromberg & Newman PC | John S Mairo Esq | 100 Southgate Parkway | PO Box 1997 | Morristown | NJ | 07960 | US | 973-538-4006 | 973-538-5146 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |
| Quadrangle Debt Recovery Advisors LLC | Andrew Herenstein | 375 Park Avenue 14th Floor | | New York | NY | 10152 | US | 212-418-1742 | 866-741-2505 | andrew.herenstein@quadranglegroup.com | Counsel to Quadrangle Debt Recovery Advisors LLC |
| Quadrangle Group LLC | Patrick Bartels | 375 Park Avenue 14th Floor | | New York | NY | 10152 | US | 212-418-1748 | 866-552-2052 | patrick.bartels@quadranglegroup.com | Counsel to Quadrangle Group LLC |
| Quarles & Brady Streich Lang LLP | John A Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | US | 602-229-5200 | 602-229-5690 | jharris@quarles.com | Counsel for Semiconductor Components Industries, Inc. |
| Quarles & Brady Streich Lang LLP | Scott R Goldberg | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | US | 602-229-5200 | 602-229-5690 | sgoldber@quarles.com | Counsel for Semiconductor Components Industries, Inc. |
| Republic Engineered Products Inc | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 | US | 330-670-3004 | 330-670-3020 | jlapinsky@republicengineered.com | Counsel to Republic Engineered Products, Inc. |
| Seyfarth Shaw LLP | Paul M Baisier Esq | 1545 Peachtree Street NE | Suite 700 | Atlanta | GA | 30309-2401 | US | 404-885-1500 | 404-892-7056 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W Dremluk Esq | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | US | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shipman & Goodwin LLP | Jennifer L Adamy | One Constitution Plaza | | Hartford | CT | 06103-1919 | US | 860-251-5811 | 860-251-5218 | bankruptcy@goodwin.com | Counsel for Fortune Plastics Company of Illinois, Inc.; Universal Metal Hose Co., |
| Simpson Thacher & Bartlett LLP | Kenneth S Ziman Esq | 425 Lexington Avenue | | New York | NY | 10017 | US | 212-455-2000 | 212-455-2502 | cfox@stblaw.com | Counsel to JPMorgan Chase Bank, N.A. |
| Simpson Thacher & Bartlett LLP | William T Russell Jr Esq | 425 Lexington Avenue | | New York | NY | 10017 | US | 212-455-2000 | 212-455-2502 | cfox@stblaw.com | Counsel to JPMorgan Chase Bank, N.A. |
| Smith Katzenstein & Furlow LLP | Kathleen M Miller | 800 Delaware Avenue 7th Floor | PO Box 410 | Wilmington | DE | 19899 | US | 302-652-8400 | 302-652-8405 | kmiller@skfdelaware.com | Counsel for Airgas, Inc. |
| Sony Electronics Inc | Lloyd B Sarakin - Chief Counsel Finance and Credit | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | US | 201-930-7483 | | lloyd.sarakin@am.sony.com | Counsel to Sony Electronics, Inc. |
| Spector & Ehrenworth PC | Brian D Spector Esq | 30 Columbia Turnpike | | Florham Park | NJ | 07102 | US | 973-593-4800 | 973-593-4848 | bspector@selawfirm.com | Counsel to Hitachi Automotive Products (USA), Inc. |
| Stevens & Lee PC | Chester B Salomon Esq Constantine D Pourakis Esq | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | US | 212-319-8500 | 212-319-8505 | cs@stevenslee.com cp@stevenslee.com | Counsel to Wamco, Inc., Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | US | 816-842-8600 | 816-691-3495 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp Stahl Company |
| Stites & Harbison PLLC | Robert C Goodrich Jr | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | US | 615-244-5200 | 615-782-2371 | madison.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | Madison LCashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | US | 615-244-5200 | 615-782-2371 | robert.goodrich@stites.com | Counsel to Setech, Inc. |
| Todd & Levi LLP | Jill Levi Esq | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | US | 212-308-7400 | | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| Togut Segal & Segal LLP | Albert Togut Esq | One Penn Plaza | Suite 3335 | New York | NY | 10119 | US | 212-594-5000 | 212-967-4258 | bmcdonough@teamtogut.com | Conflicts counsel to Debtors |
| United Steel Paper and Forestry Rubber Manufacturing Energy Allied Industrial and Service Workers International Union (USW) AFL-CIO | David Jury Esq | Five Gateway Center | Suite 807 | Pittsburgh | PA | 15222 | US | 412-562-2549 | 412-562-2429 | djury@steelworkers-usw.org | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Vorys Sater Seymour and Pease LLP | Robert J Sidman Esq | 52 East Gay Street | PO Box 1008 | Columbus | OH | 43216-1008 | US | 614-464-6422 | 614-719-8676 | rjsidman@vssp.com | |
| Waller Lansden Dortch & Davis PLLC | David E Lemke Esq | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | US | 615-244-6380 | 615-244-6804 | david.lemke@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Waller Lansden Dortch & Davis PLLC | Robert J Welhoelter Esq | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | US | 615-244-6380 | 615-244-6804 | robert.welhoelter@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Warner Norcross & Judd LLP | Michael G Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | US | 248-784-5131 | | mcruse@wnj.com | Counsel to Compuware Corporation |
| Weil Gotshal & Manges LLP | Martin J Bienenstock Esq | 767 Fifth Avenue | | New York | NY | 10153 | US | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil Gotshal & Manges LLP | Michael P Kessler Esq | 767 Fifth Avenue | | New York | NY | 10153 | US | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |

# EXHIBIT C

4

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Arnall Golden Gregory LLP | Heath J Vicente | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | US | 404-873-8120 | 404-873-8121 | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Burr & Forman LLP | Michael Leo Hal | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | US | 205-458-5367 | 205-244-5651 | Counsel to Mercedes-Benz U.S. International, In |
| Carter Ledyard & Milburn LLF | Aaron R Cahn | 2 Wall Street | | New York | NY | 10005 | US | 212-732-3200 | 212-732-3232 | Counsel for STMicroelectronics, Inc |
| Contrarian Capital Management LLC | Mark Lee Janice Stanton Bill Raine Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | US | 203-862-8200 | 203-629-1977 | Counsel to Contrarian Capital Management, L.L.C. |
| DLA Piper Rudnick Gray Cary US LLP | Richard M Kremen Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | MD | 21209-3600 | US | 410-580-3000 | 410-580-3001 | Counsel for Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Duane Morris LLP | Wendy M Simkulak Esq | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | US | 215-979-1000 | 215-979-1020 | Counsel to ACE American Insurance Company |
| Genovese Joblove & Battista PA | Craig P Rieders Esq | 100 SE 2nd Street | Suite 4400 | Miami | FL | 33131 | US | 305-349-2300 | 305-349-2310 | Counsel for Ryder Integrated Logistics, Inc |
| Goulston & Storrs PC | Peter D Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | US | 617-482-1776 | 617-574-4112 | Counsel to Thermotech Company |
| HAL/ERC-Legal | Tillie Lim Esq | 50 Prospect Avenue | | Tarrytown | NY | 10591 | US | | | Counsel to Hitachi Automotive Products (USA), Inc |
| Hodgson Russ LLP | Cheryl R Storie | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | US | 716-856-4000 | | Counsel for Hexcel Corporation |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M Fox | 599 Lexington Avenue | | New York | NY | 10022 | US | 212-536-3900 | | Counsel to Wilmington Trust Company, as indenture trustee |
| Linear Technology Corporation | John England Esq | 1630 McCarthy Blvd | | Milpitas | CA | 95035-7417 | US | 408-432-1900 | 408-434-0507 | Counsel to Linear Technology Corporation |
| Lord Bissel & Brook | Timothy W Brink | 115 South LaSalle Street | | Chicago | IL | 60603 | US | 312-443-0700 | 312-443-0336 | Counsel for Sedgwick Claims Management Services, Inc. |
| Lord Bissel & Brook | Timothy S McFadden | 115 South LaSalle Street | | Chicago | IL | 60603 | US | 312-443-0700 | 312-443-0336 | Counsel for Methode Electronics, Inc |
| Lord Bissel & Brook LLP | Kevin J Walsh Rocco N Covino | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | US | 212-947-4700 | 212-947-1202 | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| McCarter & English LLP | David J Adler Jr Esq | 245 Park Avenue 27th Floor | | New York | NY | 10167 | US | 212-609-6800 | 212-609-6921 | Counsel to Ward Products, LLC |
| Michigan Department of Labor and Economic Growth Worker's Compensation Agency | Dennis J Raternink | PO Box 30736 | | Lansing | MI | 48909-7717 | US | | | Counself for Worker's Compensation Agency |
| Miller Canfield Paddock and Stone PLC | Timothy A Fusco | 150 W Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | US | 313-496-8435 | | Counsel for Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |
| Miller Johnson | Thomas P Sarb Robert D Wolford | 250 Monroe Avenue NW | Suite 800 PO Box 306 | Grand Rapids | MI | 49501-0306 | US | 616-831-1700 | | Counsel to Pridgeon & Clay, Inc. |
| Morrison Cohen LLP | Joseph T Moldovan Michael R Dal Lago | 909 Third Avenue | | New York | NY | 10022 | US | 212-735-8600 | | Counsel to Blue Cross and Blue Shield of Michigan |
| Munsch Hardt Kopf & Harr PC | Raymond J Urbanik Esq Joseph J Wielebinski Esq and Davor Rukavina Esq | 4000 Fountain Place | 1445 Ross Avenue | Dallas | TX | 75202-2790 | US | 214-855-7500 | 214-855-7584 | Counsel for Texas Instruments Incorporated |
| QAD Inc | Jason Pickering Esq | 10000 Midlantic Drive | | Mt. Laurel | NJ | 08054 | US | | | Counsel to QAD, Inc |
| Russell Reynolds Associates Inc | Charles E Boulbol PC | 26 Broadway 17th Floor | | New York | NY | 10004 | US | 212-825-9457 | 212-825-9414 | Counsel to Russell Reynolds Associates, Inc |
| Stites & Harbison PLLC | W Robinson Bears Esq | 400 West Market Street | | Louisville | KY | 40202 | US | 502-587-3400 | 502-587-6391 | Counsel to WAKO Electronics (USA), Inc. and Ambrake Corporation |
| Thompson & Knight | Rhett G Cambell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | US | 713-654-1871 | 713-654-1871 | Counsel for STMicroelectronics, Inc |
| Warner Norcross & Judd LLP | Gordon J Toering | 900 Fifth Third Center | 111 Lyon Street NW | Grand Rapids | MI | 49503 | US | 616-752-2185 | | Counsel for Robert Bosch Corporation |
| Weil Gotshal & Manges LLP | Martin J Bienenstock Michael Kessler Jeffrey L Tanenbaum | 767 Fifth Avenue | | New York | NY | 10153 | US | 212-310-8530 | 212-310-8007 | Counsel to General Motors Corporation |
| Weil Gotshal & Manges LLP | Jeffrey L Tanenbaum Esq | 767 Fifth Avenue | | New York | NY | 10153 | US | 212-310-8000 | 212-310-8007 | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M Cimalore Vice President | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | US | 302-636-6058 | | Vice President, Wilmington Trust Co |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

10/25/2005 2:09 PM
First Class 051020

# **EXHIBIT D**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

\------------------------------------------------------------ x
: 
   In re : 
: Chapter 11
DELPHI CORPORATION, et al., :
: Case No. 05 – 44481 (RDD)
                    Debtors. :
: (Jointly Administered)
: 
\------------------------------------------------------------ x

## ORDER TO SHOW CAUSE

Upon the motion, dated October 8, 2005 (the "Motion"),[1] of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for an order (the "Order") under sections 105, 363, 1107, and 1108 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"), and Fed. R. Bankr. P. 6004 and 9019 authorizing the continuation of the Debtors' prepetition vendor rescue program and the payment of prepetition claims of financially-distressed sole source suppliers and vendors without enforceable contracts; and upon the order of this Court, entered October 13, 2005 (the "Order"), granting the relief requested in the Motion; and upon the Debtors' notice of waiver, dated October 20, 2005, with respect to Schmidt Technology GmbH ("Supplier"); and it appearing that proper and adequate notice of the Debtors' request for entry of this Order to Show Cause (the "Show Cause Order")

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1. The Debtors have complied with the procedures provided in paragraph 8 of the Order in determining to waive the conditions for payment of a prepetition claim under the Essential Supplier Claims Cap (as defined in the Motion) with respect to Supplier and conditionally paying prepetition claims of Supplier, which payments in the amounts of €77,000.00 and €23,000.00 were received by Supplier on or after October 17, 2005.

2. Supplier is hereby ordered to show cause before this Court at a hearing to be held at **10:00 a.m. Prevailing Eastern Time on November 29, 2005** before the Honorable Robert D. Drain, United States Bankruptcy Judge, in the Bankruptcy Court, Courtroom 610, One Bowling Green, New York, New York 10004-1408 (the "Hearing") why the Supplier should not be held in violation of the automatic stay provisions of 11 U.S.C. § 362 for willfully threatening to withhold essential goods from the Debtors under one or more contracts between the Debtors and Supplier, which action was automatically stayed by the Debtors' filing of voluntary petitions in this Court for reorganization relief under chapter 11 of the Bankruptcy Code.

3. Service of this Order to Show Cause is to be made by service upon (a) the Supplier, (b) the Office of the United States Trustee, (c) counsel for the official committee of unsecured creditors appointed in these cases pursuant to section 1102 of the Bankruptcy Code, (d) counsel for the agent under the Debtors' prepetition credit facility, and (e) counsel for the agent under Debtors' proposed postpetition credit facility. Notice served pursuant to the preceding sentence shall be via first class mail, postage prepaid. No further notice of the Hearing or of the entry of this Order to Show Cause need be served by the Debtors.

       4.   This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated:    New York, New York  
            October __, 2005

                                                                 UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT E

TOGUT SEGAL & SEGAL LLP
One Penn Plaza
Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Frank A. Oswald

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF WAIVER

PLEASE TAKE NOTICE that on October 8, 2005, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed the Motion For Order Under 11 U.S.C. §§ 105(a), 363, 364, 1107, And 1108 And Fed. R.  Bankr. P. 6004 And 9019 Authorizing Continuation Of Vendor Rescue Program And Payment Of Prepetition Claims Of Financially-Distressed Sole Source Suppliers And Vendors Without Contracts (the "Motion").

PLEASE TAKE FURTHER NOTICE that on October 13, 2005, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order granting the relief requested in the Motion (the "Order").

PLEASE TAKE FURTHER NOTICE that, pursuant to the authority granted to the Debtors pursuant to paragraph 8 of the Order, the Debtors have determined to waive the conditions for payment of a prepetition claim under the Essential Supplier Claims Cap (as defined in the Motion) with respect to Schmidt Technology GmbH ("Supplier") and conditionally paid prepetition claims of Supplier, which payments in the amounts of €77,000.00 and €23,000.00 were received by Supplier on or after October 17, 2005.

PLEASE TAKE FURTHER NOTICE that contemporaneously herewith the Debtors are filing a proposed Order to Show Cause requesting that the Bankruptcy Court order Supplier to appear before the Bankruptcy Court at a hearing to be held at **10:00 a.m. Prevailing Eastern Time on November 29, 2005** before the Honorable Robert D. Drain, United States Bankruptcy Judge, in the Bankruptcy Court, Courtroom 610, One Bowling Green, New York,

2

New York 10004-1408 (the "Hearing") and demonstrate why Supplier should not be held in violation of the automatic stay provisions of 11 U.S.C. § 362.

Dated: New York, New York
       October 20, 2005

                    TOGUT SEGAL & SEGAL LLP

                    By: _s/ Frank A. Oswald_____
                        Albert Togut (AT-9759)
                        Frank A. Oswald
                    One Penn Plaza
                    Suite 3335
                    New York, New York 10119
                    (212) 594-5000

                    Attorneys for Delphi Corporation, et al.,
                        Debtors and Debtors-in-Possession

# **EXHIBIT F**

7

Delphi Corporation
Special Party - Overnight Mail

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Schmidt Technology GmbH | Attn Gerhard Willmann | Feldbergstr 1 | | St Georgen | | 78112 | Germany |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

10/25/2005 2:29 PM
SP 051020