Cherie Macdonald, Esq.
J. Patrick Bradley, Esq.
**GREENSFELDER, HEMKER & GALE, P.C.**
12 Wolf Creek Drive, Suite 100
Swansea, Illinois 62226

Alan D. Halperin (AH-8432)
Christopher J. Battaglia (CB-4436)
**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, ET AL., | Case No. 05-44481-RDD |
| Debtors. | (Jointly Administered) |

--------------------------------------------------------x

### JOINDER OF ARC AUTOMOTIVE, INC. IN LIMITED OBJECTIONS TO DIP FINANCING MOTION AND INTERIM DIP FINANCING ORDER AND REQUEST FOR ADEQUATE PROTECTION FOR PRE-PETITION SETOFF RIGHTS

ARC Automotive, Inc. ("ARC") hereby joins in the limited objections

filed with respect to the Debtors' Motion for Interim and Final Orders under Sections

105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and

Fed.R.Bankr.P. 2002, 4001, and 9014 Authorizing Debtors to Obtain Secured

Postpetition Financing on Superpriority Secured and Priming Basis, etc. (the "DIP

Motion") and the Interim Order with respect thereto and requests adequate protection for

its pre-petition setoff rights.  ARC specifically joins in the limited objections filed by

Robert Bosch Corporation and affiliates (D.I. 428); Mercedes-Benz U.S. International,

Inc. (D.I. 435); Venture Plastics, Inc. (D.I. 436); Calsonic Kansei North America, Inc.

(D.I. 442); DaimlerChrysler Motors Company (D.I. 450); Decatur Plastic Products, Inc.

{00010260.1 / 0434-001}

(D.I. 451); Gibbs Die Casting Corporation (D.I. 455); Lorentson Manufacturing

Company, Inc. (D.I. 458); Autocam Corporation (D.I. 459); Lorentson Manufacturing

Company Southwest, Inc. (D.I. 461); Freescale Semiconductor, Inc. (D.I. 501); and

Hitachi Automotive Products (USA), Inc. (D.I. 591) with respect to their request that the

right of setoff be preserved for all suppliers to the Debtors.

ARC is a supplier to one or more of the Debtors.  One or more of the

Debtors are indebted to ARC for goods manufactured and sold by ARC to one or more of

the Debtors.  ARC, without conceding any liability, and for the limited purpose of this

objection, acknowledges that it may be indebted to one or more of the Debtors for various

credits, rebates, overpayments, or other sums.  As such, ARC has a valid right of setoff

with respect to such claims involving one or more of the Debtors.

Dated: New York, New York
      October 25, 2005

          **HALPERIN BATTAGLIA RAICHT, LLP**
          Co-Counsel to Pacific Gas Turbine Center,
          LLC and Chromalloy Gas Turbine
          Corporation

          By:  _/s/ Christopher J. Battaglia_
              Alan D. Halperin (AH-8432)
              Christopher J. Battaglia (CB-4436)
          555 Madison Avenue – 9th Floor
          New York, New York 10022
          (212) 765-9100

                -and-

          Cherie Macdonald, Esq.
          J. Patrick Bradley, Esq.
          **GREENSFELDER, HEMKER
           & GALE, P.C.**
          12 Wolf Creek Drive, Suite 100
          Swansea, Illinois 62226

          Co-Counsel to ARC Automotive, Inc.

{00010260.1 / 0434-001}         2