**Hearing Date and Time:** October 27, 2005 at 10:00 a.m.

**SEYFARTH SHAW LLP**
1270 Avenue of the Americas, Suite 2500
New York, New York 10020-1801
Telephone: (212) 218-5500
Facsimile: (212) 218-5526
Robert W. Dremluk (RD-3109)
Paul M. Baisier (*Pro Hac Vice*)

*Attorneys for Fujikura America, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
─────────────────────────────────────X
In re:                                      :
                                            :          Chapter 11
DELPHI CORPORATION, et al.,                 :          Case No. 05-44481 (RDD)
                                            :          (Jointly Administered)
                    Debtors.                :
─────────────────────────────────────X

**AMENDED JOINDER OF FUJIKURA AMERICA, INC. IN LIMITED
OBJECTIONS TO FINANCING MOTION AND INTERIM DIP
FINANCING ORDER, AND REQUEST BY FUJIKURA AMERICA, INC.
FOR ADEQUATE PROTECTION FOR PRE-PETITION SETOFF
RIGHTS AND PRESERVATION OF RECLAMATION RIGHTS**

Fujikura America, Inc. ("Fujikura") hereby submits this Amended Joinder in Limited Objections to Financing Motion and Interim DIP Financing Order, and Request for Adequate Protection for Pre-Petition Setoff Rights And Preservation of Reclamation Rights (the "Amended Objection") and states as follows:

1.      On October 21, 2005 Fujikura objected to the (i) Motion of Delphi Corporation and its affiliated debtors (collectively, the "Debtors"), for a final order authorizing, among other things, post-petition financing (the "Motion"), and (ii) the Interim Order dated October 12, 2005 (the "Interim Order") granting in part the Motion, and joined in the limited objections filed by Robert Bosch Corporation and affiliates (Doc. 428); Mercedes-Benz U.S. International, Inc. (Doc. 435); Venture  Plastics, Inc.

NY1 25138156.1

(Doc. 436); Calsonic Kansei North America, Inc. (Doc. 442); DaimlerChrysler Motors Company (Doc. 450); Decatur Plastic Products, Inc. (Doc. 451); Gibbs Die Casting Corporation (Doc. 455); Lorentson Manufacturing Company, Inc. (Doc. 458); Autocam Corporation (Doc. 459); and Lorentson Manufacturing Company Southwest, Inc. (Doc. 461) (the "Objection").

2.   This Amended Objection is being filed to supplement and amend the Objection by including a request for protection of Fujikura's reclamation rights. On October 12, 2005, a demand for the reclamation of goods in the sum of $61,514.83 was submitted by Fujikura with respect to goods received by one or more of the Debtors within the ten-day period prior to the date of filing of Debtor's Chapter 11 Petitions (the "Reclamation Claim"). The Reclamation Claim was asserted pursuant to Section 546(c) of the Bankruptcy Code, Section 2-702 of the Uniform Commercial Code and applicable state law.

3.   To the extent the relief sought in the Motion is granted, Fujikura requests that any final order entered by the Court, in addition to protecting its pre-petition setoff rights and granting it adequate protection, also preserve its Reclamation Claim and rights thereunder.

WHEREFORE, for the reasons set forth herein, Fujikura respectfully requests that any order entered by this Court with respect to the Motion address and grant the relief requested in the Objection and this Amended Objection, and that the Court grant such other and further relief as the Court deems just and proper.

NY1 25138156.1

Dated: October 25, 2005  
Atlanta, GA

Respectfully submitted,

SEYFARTH SHAW LLP  
By: /s/ Paul M. Baisier  
Paul M. Baisier  
SEYFARTH SHAW LLP  
1545 Peachtree Street, N.E.  
Suite 700  
Atlanta, GA 30309-2401  
Tel: (404) 885-1500  
Fax: (404) 892-7056  
Email: pbaisier@seyfarth.com

Dated: October 25, 2005  
New York, NY

SEYFARTH SHAW LLP  
By: /s/ Robert W. Dremluk  
Robert W. Dremluk  
SEYFARTH SHAW LLP  
1270 Avenue of the Americas  
Suite 2500  
New York, NY 10020-1801  
Tel: (212) 218-5500  
Fax: (212) 218-5526  
Email: rdremluk@seyfarth.com

*Attorneys for Fujikura America, Inc.*

## CERTIFICATE OF SERVICE

I, Robert W. Dremluk, an attorney, hereby certify that on this 25th day of October, 2005, a copy of the foregoing Amended Joinder of Fujukura America, Inc. in Limited Objections to Financing Motion and Interim DIP Financing Order, and Request by Fujukura America, Inc. for Adequate Protection for Pre-Petition Setoff Rights And Preservation of Reclamation Rights was mailed, first-class, postage prepaid to:

John Wm. Butler. Jr.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL  60606-1285
(312) 407-0730
Fax: (312) 407-0411
jbutler@skadden.com

Alicia M. Leonhard
United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500

Kayalyn A. Marafioti
Thomas J. Matz
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
(212) 735-3000
Fax: (212) 735-2000
kmarafio@skadden.com
tmatz@skadden.com

/s/ Robert W. Dremluk
Robert W. Dremluk (RD-3109)
**SEYFARTH SHAW LLP**
1270 Avenue of the Americas
Suite 2500
New York, New York 10020-1801
Telephone:  (212) 218-5500
Facsimile:   (212) 218-5526
rdremluk@seyfarth.com

*Attorneys for Fujikura America, Inc.*

NY1 25138156.1