Hearing Date and Time: October 27, 2005 at 10:00 a.m.

**SEYFARTH SHAW LLP**
1270 Avenue of the Americas, Suite 2500
New York, New York 10020-1801
Telephone:  (212) 218-5500
Facsimile:  (212) 218-5526
Robert W. Dremluk (RD-3109)
Paul M. Baisier (*Pro Hac Vice*)

*Attorneys for Murata Electronics North America, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
─────────────────────────────────────X
In re:                                              :
                                                    :    Chapter 11
DELPHI CORPORATION, et al.,                         :    Case No. 05-44481 (RDD)
                                                    :    (Jointly Administered)
                           Debtors.                 :
─────────────────────────────────────X

**AMENDED JOINDER OF MURATA ELECTRONICS NORTH AMERICA, INC. IN LIMITED OBJECTIONS TO FINANCING MOTION AND INTERIM DIP FINANCING ORDER, AND REQUEST BY FUJIKURA AMERICA, INC. FOR ADEQUATE PROTECTION FOR PRE-PETITION SETOFF RIGHTS AND PRESERVATION OF RECLAMATION RIGHTS**

Murata Electronics North America, Inc. ("Murata") hereby submits this Amended Joinder in Limited Objections to Financing Motion and Interim DIP Financing Order, and Request for Adequate Protection for Pre-Petition Setoff Rights And Preservation of Reclamation Rights (the "Amended Objection") and states as follows:

1.      On October 21, 2005 Murata objected to the (i) Motion of Delphi Corporation and its affiliated debtors (collectively, the "Debtors"), for a final order authorizing, among other things, post-petition financing (the "Motion"), and (ii) the Interim Order dated October 12, 2005 (the "Interim Order") granting in part the Motion, and joined in the limited objections filed by Robert Bosch Corporation and affiliates

NY1 25138209.1

(Doc. 428); Mercedes-Benz U.S. International, Inc. (Doc. 435); Venture Plastics, Inc. (Doc. 436); Calsonic Kansei North America, Inc. (Doc. 442); DaimlerChrysler Motors Company (Doc. 450); Decatur Plastic Products, Inc. (Doc. 451); Gibbs Die Casting Corporation (Doc. 455); Lorentson Manufacturing Company, Inc. (Doc. 458); Autocam Corporation (Doc. 459); and Lorentson Manufacturing Company Southwest, Inc. (Doc. 461) (the "Objection").

2. This Amended Objection is being filed to supplement and amend the Objection by including a request for protection of Murata's reclamation rights. On October 12, 2005, a demand for the reclamation of goods in the sum of $567,469.20 was submitted by Murata with respect to goods received by one or more of the Debtors within the ten-day period prior to the date of filing of Debtor's Chapter 11 Petitions (the "Reclamation Claim"). The Reclamation Claim was asserted pursuant to Section 546(c) of the Bankruptcy Code, Section 2-702 of the Uniform Commercial Code and applicable state law.

3. To the extent the relief sought in the Motion is granted, Murata requests that any final order entered by the Court, in addition to protecting its pre-petition setoff rights and granting it adequate protection, also preserve its Reclamation Claim and rights thereunder.

WHEREFORE, for the reasons set forth herein, Murata respectfully requests that any order entered by this Court with respect to the Motion address and grant the relief requested in the Objection and this Amended Objection, and that the Court grant such other and further relief as the Court deems just and proper.

NY1 25138209.1

| | |
|---|---|
| Dated: October 25, 2005<br>Atlanta, GA | Respectfully submitted,<br><br>SEYFARTH SHAW LLP<br>By: /s/ Paul M. Baisier<br>Paul M. Baisier<br>SEYFARTH SHAW LLP<br>1545 Peachtree Street, N.E.<br>Suite 700<br>Atlanta, GA 30309-2401<br>Tel: (404) 885-1500<br>Fax: (404) 892-7056<br>Email: pbaisier@seyfarth.com |
| Dated: October 25, 2005<br>New York, NY | SEYFARTH SHAW LLP<br>By: /s/ Robert W. Dremluk<br>Robert W. Dremluk<br>SEYFARTH SHAW LLP<br>1270 Avenue of the Americas<br>Suite 2500<br>New York, NY 10020-1801<br>Tel: (212) 218-5500<br>Fax: (212) 218-5526<br>Email: rdremluk@seyfarth.com<br><br>*Attorneys for Murata Electronics North America, Inc.* |

# CERTIFICATE OF SERVICE

I, Robert W. Dremluk, an attorney, hereby certify that on this 25th day of October, 2005, a copy of the foregoing Amended Joinder of Murata Electronics North America, Inc. in Limited Objections to Financing Motion and Interim DIP Financing Order, and Request by Murata Electronics North America, Inc. for Adequate Protection for Pre-Petition Setoff Rights And Preservation of Reclamation Rights was mailed, first-class, postage prepaid to:

John Wm. Butler. Jr.  
Skadden Arps Slate Meagher & Flom LLP  
333 West Wacker Drive  
Chicago, IL  60606-1285  
(312) 407-0730  
Fax: (312) 407-0411  
jbutler@skadden.com  

Alicia M. Leonhard  
United States Trustee  
33 Whitehall Street  
21st Floor  
New York, NY 10004  
(212) 510-0500  

Kayalyn A. Marafioti  
Thomas J. Matz  
Skadden Arps Slate Meagher & Flom LLP  
Four Times Square  
New York, NY 10036  
(212) 735-3000  
Fax: (212) 735-2000  
kmarafio@skadden.com  
tmatz@skadden.com  

/s/ Robert W. Dremluk  
Robert W. Dremluk (RD-3109)  
**SEYFARTH SHAW LLP**  
1270 Avenue of the Americas  
Suite 2500  
New York, New York 10020-1801  
Telephone:  (212) 218-5500  
Facsimile:  (212) 218-5526  
rdremluk@seyfarth.com  

*Attorneys for Murata Electronics North America, Inc.*

NY1 25138209.1