## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – – – – – – – – x
:
    In re                         :    Chapter 11
:
DELPHI CORPORATION et al.,     :    Case No. 05-44481 (rdd)
:
             Debtors.    :    (Jointly Administered)
:
– – – – – – – – – – – – – – – – – – – – – – – – – – – x

### AFFIDAVIT OF SERVICE

I, Evan Gershbein, being duly sworn according to law, deposes and says that I am employed by Kurtzman Carson Consultants, LLC, proposed claims and noticing agent for the Debtors in the above-captioned cases.

On October 21, 2005, under my direction and under my supervision, employees of KCC caused to be served, via overnight mail the documents listed in Section 1 on the parties attached hereto as Exhibit A:

### *Section 1*

**I.** Amended exhibit to the Order Under 11 U.S.C. § 105 Enforcing Protections of 11 U.S.C. §§ 362 and 525 and Approving Notice to Customers, Suppliers, and Other Stakeholders of Debtors' Non-Debtor Global Affiliates ("Non-Debtor Global Affiliates Order") **[Attached hereto as Exhibit B]**

On October 21, 2005, under my direction and under my supervision, employees of KCC caused to be served, via email the document listed in Section 2 on the parties attached hereto as Exhibit C and via first class mail the document listed in Section 2 on the parties attached hereto as Exhibit D:

### *Section 2*

**II.** Order Under 11 U.S.C. § 105 Enforcing Protections of 11 U.S.C. §§ 362 and 525 and Approving Notice to Customers, Suppliers, and Other Stakeholders of Debtors' Non-Debtor Global Affiliates ("Non-Debtor Global Affiliates Order") **(Docket No. 201)** **[Attached hereto as Exhibit E]**

Dated: October 25, 2005

                             *Evan Gershbein*
                             Evan Gershbein

Sworn to and subscribed before
me on October 25, 2005

*Sarah E. Frankel*
Notary Public
My Commission Expires: _____12/23/08_____

1

# EXHIBIT A

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Capital Research and Management Company | Michelle Robson | 11100 Santa Monica Blvd | 15th Floor | Los Angeles | CA | 90025 | | 310-996-6140 | 310-996-6091 | mlfr@capgroup.com | Creditor Committee Member |
| Cohen Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | | 212-356-0231 | 212-695-5436 | b.simon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-6000 | 212-697-1559 | sreisman@cm-p.com | Counsel for Flextronics International USA Inc. |
| Davis Polk & Wardwell | Donald Bernstein | 450 Lexington Avenue | | New York | NY | 10017 | | 212-450-4092 | 212-450-3092 | donald.bernstein@dpw.com | Postpetition Administrative Agen |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | | 248-813-2000 | 248-813-2670 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International Asia-Pacific, Ltd. c/o Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | | 408-428-1308 | | | Creditor Committee Member |
| Freescale Semiconductor, Inc | Richard Lee Chambers, II | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| FTI Consulting, Inc | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtor |
| General Electric Company | Valerie Venable | One Plastics Avenue | | Pittsfield | MA | 01201 | | 704-992-5075 | | | Creditor Committee Member |
| General Motors Corporation | John Devine | 300 Renaissance Center | P.O. Box 300 | Detroit | MI | 48265 | | 313-665-4898 | 517-272-3709 | | General Motors Corporator |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel for Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 152 West 57th Street | 35th Floor | New York | NY | 10019 | | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel for Hexcel Corporation |
| Internal Revenue Service | Attn: Insolvency Department | 290 Broadway | 5th Floor | New York | NY | 10007 | | | | | IRS |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | | 313-628-3648 | 313-628-3602 | | Michigan IRS |
| IUE-CWA | Henry Reichard | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | | 937-294-7813 | | | Creditor Committee Member |
| Jefferies & Company, Inc. | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Clifford Trapani | Loan and Agency Services Group | 1111 Fannin, 10th Floor | Houston | TX | 77002 | | 713-750-7909 | 713-750-2948 | clifford.r.trapani@jpmchase.com | Postpetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Khuyen Ta | Agent Bank Services Group | 1111 Fannin, 10th Floor | Houston | TX | 77002 | | 713-750-3780 | 713-750-2938 | khuyen.k.ta@jpmchase.com thomas.fmaher@chase.com richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Thomas F. Maher, Richard Duker, Gianni Russello | 270 Park Avenue | | New York | NY | 10017 | | 212-270-0426 | 212-270-0430 | gianni.russello@jpmorgan.com | Postpetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Vilma Francis | 270 Park Avenue | | New York | NY | 10017 | | | 212-270-5484 | vilma.francis@jpmorgan.com | Prepetition Administrative Agent |
| Kurtzman Carson Consultants | James Le | 12910 Culver Blvd | Suite I | Los Angeles | CA | 90066 | | 310-751-1511 | 310-751-1561 | jle@kccllc.com | Noticing and Claims Agent: |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | UCC Professional |
| Mesirow Financial | Melissa Knolls | 321 N. Clark St. | 13th Floor | Chicago | IL | 60601 | | 800-453-0600 | 312-644-8927 | mknoll@mesirowfinancial.com | UCC Professional |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | | 212-735-8600 | 212-735-8708 | bankruptcy@morrisoncohen.com | Counsel for Blue Cross and Blue Shield of Michigan |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | | 212-416-8000 | 212-416-6075 | | New York Attorney General's Office |
| O'Melveny & Meyer LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counse |
| O'Melveny & Meyer LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counse |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | | 202-326-4020 | 202-326-4112 | garrick.sandra@pbgc.gov efile@pbgc.gov | Counsel for Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | | 202-326-4020 | 202-326-4112 | landy.ralph@pbgc.gov | Chief Counsel for the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel for Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Securities and Exchange Commission | Reorganization Branch | 233 Broadway | | New York | NY | 10279 | | | | | Securities and Exchange Commission |
| Seyfarth Shaw LLP | Robert W. Dremluk | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel for Murata Electroncs North |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Prepetition Administrative Agent |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | 212-319-8505 | cp@stevenslee.com cs@stevenslee.com | Counsel for Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtor |
| United States Trustee | Alicia M. Leonard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | | 212-510-0500 | 212-668-2255 | does not take service via fax | United States Trustee |
| United States Trustee | Deirdre A. Martini | 33 Whitehall Street | Suite 2100 | New York | NY | 10004 | | 212-510-0500 | 212-668-2256 | deirdre.martini@usdoj.gov | United States Trustee |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | | 302-636-6058 | | | Creditor Committee Member/Indenture Trustee |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

10/21/2005 6:42 PM
Delphi Master Service List

# EXHIBIT B

# MEMORANDUM

To:      Interested Parties

Date:    October 25, 2005

RE:      Non-Debtor Global Affiliates

_____

Please find enclosed the first amended Exhibit A to the Order Under 11 U.S.C. § 105 Enforcing Protections Of 11 U.S.C. §§ 362 And 525 And Approving Notice To Customers, Suppliers, And Other Stakeholders Of Debtors' Non-Debtor Global Affiliates.

The amendments in Exhibit A reflect, among other thing, the fact that on October 14, 2005, three affiliates of Delphi Corporation, Delphi Receivables LLC, Delphi Furukawa Wiring Systems LLC, and MobileAria, Inc. filed for protection under chapter 11 of 11 U.S.C. §§ 101-1330 as amended.  Thus, such entities have been deleted from the non-filing domestic entities list.

<u>Exhibit A</u>

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
                           :

In re                         :

                         :   Chapter 11

DELPHI CORPORATION, <u>et al.</u>,    :

                         :   Case No.  05 – 44481 (RDD)

         Debtors.       :

                         :   (Jointly Administered)

                         :
------------------------------------------------------------------ x

**NOTICE**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

     1.      On October 8, 2005, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates (the "Affiliate Debtors"),[1] debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

     2.      The Debtors' non-U.S. subsidiaries and affiliates have not filed for chapter 11 protection.

     3.      As confirmed in the Order Under 11 U.S.C. § 105 (a) Enforcing the Protections of 11 U.S.C. §§ 362 and 525 and (b) Approving Notice to Customers, Suppliers, and Other Stakeholders of the Debtors' non-Debtor Global Affiliates entered by the Bankruptcy Court on October ●, 2005, Delphi's non-

---

[1]     In addition to Delphi, the following entities are debtors in these chapter 11 cases: ASEC Manufacturing General Partnership, ASEC Sales General Partnership, Aspire, Inc., Delco Electronics Overseas Corporation, Delphi Automotive Systems (Holding), Inc., Delphi Automotive Systems Global (Holding), Inc., Delphi Automotive Systems Human Resources LLC, Delphi Automotive Systems International, Inc., Delphi Automotive Systems Korea, Inc., Delphi Automotive Systems LLC, Delphi Automotive Systems Overseas Corporation, Delphi Automotive Systems Risk Management Corp., Delphi Automotive Systems Services LLC, Delphi Automotive Systems Tennessee, Inc., Delphi Automotive Systems Thailand, Inc., Delphi China LLC, Delphi Connection Systems, Delphi Diesel Systems Corp., Delphi Electronics (Holding) LLC, Delphi Foreign Sales Corporation, Delphi Integrated Service Solutions, Inc., Delphi International Holdings Corp., Delphi International Services, Inc., Delphi Liquidation Holding Company, Delphi LLC, Delphi Mechatronic Systems, Inc., Delphi Medical Systems Colorado Corporation, Delphi Medical Systems Corporation, Delphi Medical Systems Texas Corporation, Delphi NY Holdings Corporation, Delphi Services Holding Corporation, Delphi Technologies, Inc., DREAL, Inc., Environmental Catalysts, LLC, Exhaust Systems Corporation, Packard Hughes Interconnect Company, and Specialty Electronics, Inc., and Specialty Electronics International Ltd.

U.S. subsidiaries and affiliates are not subject to Bankruptcy Court supervision or the chapter 11 process.


Dated: October  ●, 2005

## Exhibit A To Notice

**Delphi Corporation's Non-Filing Domestic And Worldwide Subsidiaries And Affiliates**

**A.      Non-Filing Domestic Entities**


1.    Delphi Automotive Systems – Ashimori LLC (Michigan)
2.    Delphi Foundation, Inc. (Michigan)
3.    Delphi Trust I (Delaware)
4.    Delphi Trust II (Delaware)
5.    Delphi Trust III (Delaware)
6.    Delphi Trust IV (Delaware)
7.    HE Microwave LLC (Delaware)
8.    EnerDel, Inc. (Delaware)
9.    InPlay Technologies, Inc. (Nevada)
10.   PBR Knoxville L.L.C. (Delaware)
11.   SpaceForm, Inc. (Delaware)


**B.      Non-Filing Foreign Entities**

1.    Alambrados y Circuitos Eléctricos, S.A. de C.V. (Mexico)
2.    Arcomex S.A. de C.V. (Mexico)
3.    Arneses Electricos Automotrices, S.A. de C.V. (Mexico)
4.    AS Catalizadores Ambientales S.A. de C.V. (Mexico)
5.    ASEC Manfacturing (Thailand) Ltd. (Thailand)
6.    ASEC Private Limited (India)
7.    Ashimori Industry Co., Ltd. (Japan)
8.    Autoensambles y Logistica, S.A. de C.V. (Mexico)
9.    Beijing Delphi Technology Development Company, Ltd. (Peoples Republic of China)
10.   Beijing Delphi Wan Yuan Engine Management Systems Company, Ltd. (Peoples Republic of China)
11.   BGMD Servicos Automotivos Ltda. (Brazil)
12.   BlueStar Battery Systems International Corp. (Canada)
13.   Bujias Mexicanas, S.A. de C.V. (Mexico)
14.   Cablena, S.L (Spain)
15.   Calsonic Harrison Co., Ltd. (Japan)
16.   Centro Técnico Herramental, S.A. de C.V. (Mexico)
17.   Closed Joint Stock Company PES/SCC (Russian Federation)
18.   Condura, S. de R.L. (Mexico)
19.   Controladora Chihuahuense, S. de R.L. de C.V. (Mexico)
20.   Controladora de Alambrados y Circuitos Eléctricos, S. de R.L. de C.V. (Mexico)
21.   Controladora de Alambrados y Circuitos, S. de R.L. de C.V. (Mexico)
22.   Controladora de Rio Brave, S. de R.L. de C.V. (Mexico)
23.   Controladora Vesfron, S. de R.L. de C.V. (Mexico)
24.   Cordaflex Espana, S.A. (Spain)

2

25. Cordaflex, S.A. de C.V. (Mexico)
26. Daehan Electronics Yantai Co., Ltd. (Peoples Republic of China)
27. Daesung Electric Co., Ltd. (Korea)
28. Daewoo Motor Co., Ltd. (Korea)
29. Del Tech Co., Ltd. (Korea)
30. Delphi (China) Technical Centre Co. Ltd. (Peoples Republic of China)
31. Delphi Administración, S.A. de C.V. (Mexico)
32. Delphi Alambrados Automotrices, S.A. de C.V. (Mexico)
33. Delphi Automotive Systems – Portugal S.A. (Portugal)
34. Delphi Automotive Systems (China) Holding Company Limited (Peoples Republic of China)
35. Delphi Automotive Systems (Netherlands) B.V. (Netherlands)
36. Delphi Automotive Systems (Thailand) Ltd. (Thailand)
37. Delphi Automotive Systems Australia Ltd. (Australia)
38. Delphi Automotive Systems Cinq SAS (France)
39. Delphi Automotive Systems Deutschland Verwaltungs GmbH (Federal Republic of Germany)
40. Delphi Automotive Systems do Brasil Ltda. (Brazil)
41. Delphi Automotive Systems Espana S.L. (Spain)
42. Delphi Automotive Systems Holding GmbH (Austria)
43. Delphi Automotive Systems Huit SAS (France)
44. Delphi Automotive Systems Japan, Ltd. (Japan)
45. Delphi Automotive Systems Limited Sirketi (Turkey)
46. Delphi Automotive Systems Luxembourg S.A. (Luxembourg)
47. Delphi Automotive Systems Maroc (Morocco)
48. Delphi Automotive Systems Neuf SAS (France)
49. Delphi Automotive Systems Philippines, Inc. (Philippines)
50. Delphi Automotive Systems Private Ltd. (India)
51. Delphi Automotive Systems Singapore Investments Pte. Ltd (Singapore)
52. Delphi Automotive Systems Singapore Pte Ltd. (Singapore)
53. Delphi Automotive Systems Sweden AB (Sweden)
54. Delphi Automotive Systems UK Limited (England and Wales)
55. Delphi Automotive Systems Vienna GmbH (Austria)
56. Delphi Automotive Systems, S.A. de C.V. (Mexico)
57. Delphi Automotive Systems/Ashimori de Mexico, S.A. de C.V. (Mexico)
58. Delphi Automotive Systems-Portugal S.A. (Portugal)
59. Delphi Belgium N.V. (Belgium)
60. Delphi Cableados, S.A. de C.V. (Mexico)
61. Delphi Calsonic Compressors, S.A.S. (France)
62. Delphi Canada Inc. (Ontario)
63. Delphi Catalyst South Africa (Proprietary) Limited (South Africa)
64. Delphi Connection Systems - Tijuana, S.A. de C.V. (Mexico)
65. Delphi Controladora, S.A. de C.V. (Mexico)
66. Delphi Czech Republic, k.s. (Czech Republic)
67. Delphi Daesung Wuxi Electronics Co., Ltd. (Peoples Republic of China)
68. Delphi de Mexico, S.A. de C.V. (Mexico)
69. Delphi Delco Electronic Systems Suzhou Co., Ltd. (Peoples Republic of China)
70. Delphi Delco Electronics de Mexico, S.A. de C.V. (Mexico)
71. Delphi Delco Electronics Europe GmbH (Federal Republic of Germany)
72. Delphi Deutschland GmbH (Federal Republic of Germany)
73. Delphi Deutschland Technologies GmbH (Federal Republic of Germany)
74. Delphi Diesel Body Systems Mexico, S.A. de C.V. (Mexico)

2

| | |
|---|---|
| 75. | Delphi Diesel Body Systems, S.A. de C.V. (Mexico) |
| 76. | Delphi Diesel Systems Corporativo IDSA, S.A. de C.V. (Mexico) |
| 77. | Delphi Diesel Systems do Brasil Ltda. (Brazil) |
| 78. | Delphi Diesel Systems France SAS (France) |
| 79. | Delphi Diesel Systems Korea Ltd. (Korea) |
| 80. | Delphi Diesel Systems Limited (England and Wales) |
| 81. | Delphi Diesel Systems Pakistan (Private) Limited (Pakistan) |
| 82. | Delphi Diesel Systems Pension Trustees Limited (England and Wales) |
| 83. | Delphi Diesel Systems S.L. (Spain) |
| 84. | Delphi Diesel Systems Service Mexico, S.A. de C.V. (Mexico) |
| 85. | Delphi Diesel Systems, S.A. de C.V. (Mexico) |
| 86. | Delphi Electronic Suzhou Co. Ltd. (Peoples Republic of China) |
| 87. | Delphi Ensamble de Cables y Componentes, S. de R.L. de C.V. (Mexico) |
| 88. | Delphi France Holding SAS (France) |
| 89. | Delphi France SAS (France) |
| 90. | Delphi Harrison Calsonic, S.A. (France) |
| 91. | Delphi Holding GmbH (Austria) |
| 92. | Delphi Holding Hungary Asset Management Limited Liability Company (Hungary) |
| 93. | Delphi Holdings Luxembourg S.ar.l. (Luxembourg) |
| 94. | Delphi Insurance Limited (Ireland) |
| 95. | Delphi Interior Systems de Mexico, S.A. de C.V. (Mexico) |
| 96. | Delphi International Holdings Corporation Luxembourg S.C.S. (Luxembourg) |
| 97. | Delphi Italia Automotive Systems S.r.l. (Republic of Italy) |
| 98. | Delphi Korea Corporation (Korea) |
| 99. | Delphi Lockheed Automotive Limited (England and Wales) |
| 100. | Delphi Lockheed Automotive Pension Trustees Limited (England and Wales) |
| 101. | Delphi Otomotiv Sistemleri Sanayi ve Ticaret Anonim Sirket (Turkey) |
| 102. | Delphi Packard Austria GmbH & Co. KG (Austria) |
| 103. | Delphi Packard Electic Sielin Argentina S.A. (Argentina) |
| 104. | Delphi Packard Electric (Malaysia) Sdn. Bhd. (Malaysia) |
| 105. | Delphi Packard Electric Ceska Republika, S.R.O. (Czech Republic) |
| 106. | Delphi Packard Electric Sielin Argentina S.A. (Argentina) |
| 107. | Delphi Packard Electric Systems Company Ltd. (Peoples Republic of China) |
| 108. | Delphi Packard España, SLU (Spain) |
| 109. | Delphi Packard Hungary Kft (Hungary) |
| 110. | Delphi Packard Romania SRL (Romania) |
| 111. | Delphi Poland S.A. (Poland) |
| 112. | Delphi Polska Automotive Systems Sp. z.o.o. (Poland) |
| 113. | Delphi Saginaw Lingyun Drive Shaft Co., Ltd. (Peoples Republic of China) |
| 114. | Delphi Saginaw Steering Systems UK Limited (England and Wales) |
| 115. | Delphi Shanghai Dynamics and Propulsion Systems Co. Ltd. (Peoples Republic of China) |
| 116. | Delphi Sistemas de Energia, S.A. de C.V. (Mexico) |
| 117. | Delphi Slovensko s.r.o. (Slovak Republic) |
| 118. | Delphi Tychy Sp. z.o.o. (Poland) |
| 119. | Delphi-Calsonic Hungary Manufacturing Limited Liability Company (Hungary) |
| 120. | Delphi-TVS Diesel Systems Ltd. (India) |
| 121. | DEOC Pension Trustees Limited (England and Wales) |
| 122. | Diavia Aire, S.A. (Spain) |
| 123. | Electrotecnica Famar S.A.C.I.I.E. (Argentina) |
| 124. | Famar do Brasil Comercio e Representacao Ltda. (Brazil) |

3

125.    Famar Fueguina, S.A. (Argentina)
126.    FUBA Automotive GmbH & Co. KG (Federal Republic of Germany)
127.    Gabriel de Mexico, S.A. de C.V. (Mexico)
128.    Grundig Car InterMedia System GmbH (Federal Republic of Germany)
129.    Grundig Sistemas de Electronica Lda., Portugal (Portugal)
130.    Grundig Sistemas de Electronica, Lda., (Portugal)
131.    Holdcar S.A. (Argentina)
132.    Inmobiliaria Marlis, S.A. (Mexico)
133.    Inmuebles Wagon, S.A. (Mexico)
134.    Interessengemeinschaft fur Rundfunkschutzrechte GmbH (Federal Republic of Germany)
135.    Interessengemeinschaft fur Rundfunkschutzrechte GmbH Schutzrechtsverwertung & Co. KG
        (Federal Republic of Germany)
136.    Katcon, S.A. de C.V. (Mexico)
137.    KDAC (Thailand) Company Limited (Thailand)
138.    KDS Company, Ltd. (Korea)
139.    Korea Delphi Automotive Systems Corporation (Korea)
140.    Korea Technology Bank Network (Korea)
141.    Mecel AB (Sweden)
142.    Noteco Comércio e Participacoes Ltda. (Brazil)
143.    NSK Ltd. (Japan)
144.    On Se Telecom Co. Ltd. (Korea)
145.    P.T. Delphi Automotive Systems Indonesia (Indonesia)
146.    Packard Korea Incorporated (Korea)
147.    Productos Delco de Chihuahua, S.A. de C.V. (Mexico)
148.    Promotora de Partes Electricas Automotrices S.A. de C.V. (Mexico)
149.    PROSTEP AG (Federal Republic of Germany)
150.    Proveedora de Electricidad de Occidente, S.A. de C.V. (Mexico)
151.    Quingdao Daesung Electronic (Peoples Republic of China)
152.    Rio Bravo Eléctricos, S.A. de C.V. (Mexico)
153.    Shanghai Delco Electronics & Instrumentation Co., Ltd. (Peoples Republic of China)
154.    Shanghai Delphi Automotive Air-conditioning Systems Co., Ltd. (Peoples Republic of China)
155.    Shanghai Delphi Emission Control Systems Company, Ltd. (Peoples Republic of China)
156.    Shanghai-Delphi Automotive Door Systems Co., Ltd. (Peoples Republic of China)
157.    Shengyang Huali Automotive Air-conditioning Co. Ltd. (Peoples Republic of China)
158.    Sistemas Electricos y Conmutadores, S.A. de C.V. (Mexico)
159.    Speciality Electronics (Singapore) Pte Ltd. (Singapore)
160.    TECCOM GmbH (Federal Republic of Germany)
161.    TecDoc Information Systems GmbH (Federal Republic of Germany)
162.    Termoelectrica del Golfo, S. de R.L. de C.V. (Mexico)
163.    Unterstutzungsgesellschaft der Kabelwerke Reinshagen GmbH (Federal Republic of Germany)
164.    Wuhan Shenlong Automotive Air-conditioning Co. Ltd. (Peoples Republic of China)
165.    Yeon Kyung Electronics Co., Ltd (Korea)

# EXHIBIT C

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19087-8675 | | 610-230-3064 | 310-687-1052 | david.boyle@airgas.com | Counsel for Airgas, Inc. |
| Ajamie LLP | Thomas A. Ajamie | 711 Louisiana | Suite 2150 | Houston | TX | 77002 | | 713-860-1600 | 713-860-1699 | tajamie@ajamie.com | Counsel for SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Ajamie LLP | Wallace A. Showman | 1350 Avenue of the Americas | 29th Floor | New York | NY | 10019 | | 212-246-6820 | 212-581-8958 | wshowman@ajamie.com | Counsel for SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Angelo, Gordon & Co. | Leigh Walzer | 245 Park Avenue | 26th Floor | New York | NY | 10167 | | 212-692-8251 | 212-867-6395 | lwalzer@angelogordon.com | |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | 404-873-8121 | dladdin@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg LLP | Kimberly J. Robinson | 333 West Wacker Drive | Suite 2700 | Chicago | IL | 60606 | | 312-629-5170 | 312-984-3150 | kim.robinson@bfkpn.com | Counsel for Motion Industries, Inc. |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | alan.mills@btlaw.com | Counsel for Mays Chemical Company |
| Barnes & Thornburg LLP | John T. Gregg | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3930 | 626-742-3999 | john.gregg@btlaw.com | Counsel to Priority Health |
| Barnes & Thornburg LLP | Patrick E. Mears | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3936 | 616-742-3999 | pmears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Michael K. McCrory<br>Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | wendy.brewer@btlaw.com<br>michael.mccrory@btlaw.com | Counsel for Gibbs Die Casting Corporation |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | 2125541444 | hannah@blbglaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | Mark D. Debrowski | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1492 | 2125541444 | | Counsel for Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1409 | 2125541444 | sean@blbglaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | pcostello@bbslaw.com | Solectron Corporation; Solectron de Mexico SA de CV; Solectron Invotronics and Coherent, Inc. |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | tgaa@bbslaw.com | Counsel to Veritas Software Corporation |
| Bose McKinney & Evans LLP | Jeannette Eisan Hinshaw | 135 N. Pennsylvania Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-684-5296 | 317-684-5173 | jhinshaw@boselaw.com | Counsel for Decatur Plastics Products, Inc. and Eikenberry & Associates, Inc.; Lorentson Manufacturing, Company, Inc.; Lorentson Tooling, Inc.; L & S Tools, Inc.; Hewitt Tool Die, Inc. |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | amcmullen@bccb.com | Counsel for Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | rjones@bccb.com | Counsel for Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Burr & Forman LLP | Michael Leo Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | | (205) 458-5367 | (205) 244-5651 | mhall@burr.com | Counsel to Mercedes-Benz U.S. International, Inc |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 212-269-5420 | jonathan.greenberg@engelhard.com | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 212-269-5420 | rusadi@cahill.com | Counsel to Engelhard Corporation |
| Cahill, Gordon & Reindel, LLP | Jonathan Greenberg | Eighty Pine Street | | New York | NY | 10005 | 10005-1702 | | 212-701-3700 | 212-269-5420 | jonathan.greenberg@engelhard.com | Counsel to Engelhard Corporation |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | 212-732-3232 | cahn@clm.com | Counsel for STMicroelectronics, Inc. |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel for Ameses Electricos Automotrices, S.A.de C.V.; Cordaflex, S.A. de C.V. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | 646-473-8238 | jvitale@cwsny.com | Counsel for International Union, United Automobile, Aerospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | 860-727-0361 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | 302-658-0380 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |
| Contrarian Capital Management, L.L.C. | Mark Lee, Janice Stanton, Bill Raine | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | | 203-862-8200 | 203-629-1977 | mlee@contrariancapital.com<br>jstanton@contrariancapital.com<br>wraine@contrariancapital.com | Counsel to Contrarian Capital Management, L.L.C. |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | dpm@curtinheefner.com | Counsel for SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtin & Heefner, LLP | Robert Szwajkos | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | rsz@curtinheefner.com | Counsel for SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Andrew M. Thau | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-8898 | 917-368-8898 | athau@cm-p.com | Counsel for Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | David S. Karp | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-6065 | 212-697-1559 | dkarp@cm-p.com | Counsel for Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co. |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-6065 | 212-697-1559 | sreisman@cm-p.com | Counsel for Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Flextronics Technology (M) Sdn. Bhd |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | 716-856-5510 | wsavino@damonmorey.com | Counsel for Relco, Inc.; The Durham Companies, Inc. |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | 248-350-7772 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | | 212-682-4940 | 212-682-4942 | gdiconza@dlawpc.com | Counsel to Tyc-All Plastics, Inc. |
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen<br>Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | 410-580-3001 | richard.kremen@dlapiper.com | Counsel for Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 4

10/25/2005 3:52 PM
Book1

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | dmdelphi@duanemorris.com | Counsel to ACE American Insurance Company |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company |
| Fagel Haber LLC | Gary E. Green | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-580-2201 | ggreen@fagelhaber.com | Counsel for Aluminum International, Inc. |
| Fagel Haber LLC | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-580-2201 | lnewman@fagelhaber.com | Counsel for Aluminum International, Inc. |
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | 10016 | | 212-682-7575 | 212-682-4218 | fstevens@foxrothschild.com | Counsel to M&G Plastic Products, Inc. |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | | 609-348-4515 | 609-348-6834 | mviscount@foxrothschild.com | Counsel to M&G Plastic Products, Inc. |
| Gazes LLC | Ian J. Gazes | 32 Avenue of the Americas | | New York | NY | 10013 | | 212-765-9000 | 212-765-9675 | ian@gazesllc.com | Counsel to Setech, Inc. |
| Gazes LLC | Eric Wainer | 32 Avenue of the Americas | Suite 1800 | New York | NY | 10013 | | 212-765-9000 | 212-765-9675 | office@gazesllc.com | Counsel to Setech, Inc. |
| Genovese Joblove & Battista, P.A. | Craig P. Rieders, Esq. | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | | 305-349-2300 | 305-349-2310 | crieders@gjb-law.com | Counsel for Ryder Integrated Logistics, Inc. |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | | 617-482-1776 | 617-574-4112 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |
| Grant & Eisenhofer P.A. | Geoffrey C. Jarvis | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | | 302-622-7000 | 302-622-7100 | gjarvis@gelaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employe's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | 212-755-6503 | jeisenhofer@gelaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employe's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Sharan Nirmul | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | | 302-622-7000 | 302-622-7100 | snirmul@gelaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employe's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | 314-241-8624 | ckm@greensfelder.com jpb@greensfelder.com | Counsel for ARC Automotive, Inc. |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin Christopher J.Battaglia | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | 212-765-0964 | ahalperin@halperinlaw.net ahalperin@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation |
| Hewlett-Packard Company | Anne Marie Kennelly | 3000 Hanover St., M/S 1050 | | Palo Alto | CA | 94304 | | 650-857-6902 | 650-852-8617 | anne.kennelly@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Glen Dumont | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4750 | 908-698-4137 | glen.dumont@hp.com | Counsel for Hewlett-Packard Financial Services Company |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | 740-940-7539 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | 908-898-4133 | sharon.petrosino@hp.com | Counsel for Hewlett-Packard Financial Services Company |
| Hodgson Russ LLP | Cheryl R. Storie | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1275 | 716-849-0349 | cstorie@hodgsonruss.com | Counsel for Hexcel Corporation |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | Carnegie Hall Tower | 152 West 57th Street, 35th Street | New York | NY | 10019 | | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel for Hexcel Corporation |
| Holland & Knight LLP | Peter A. Zisser | 195 Broadway | | New York | NY | 10007 | | 212-513-3200 | 212-385-9010 | nyc-bkcyecf@hklaw.com | Counsel for New York Power Authority |
| Holme Roberts & Owen, LLP | Elizabeth K. Flaagan | 1700 Lincoln | Suite 4100 | Denver | CO | 80203 | | 303-861-7000 | 303-866-0200 | elizabeth.flaagan@hro.com | Counsel for CoorsTek, Inc.; Corus, L.P. |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel for General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Honigman, Miller, Schwartz and Cohn, LLP | Robert B. Weiss, Frank L. Gorman | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | | 313-465-7000 | 313-465-8000 | rweiss@honigman.com fgorman@honigman.com | Counsel for General Motors Corporation |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | 312-577-4733 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kieselstein Lawfirm PLLC | Steve Kieselstein | 43 British American Boulevard | | Latham | NY | 12110 | | 518-785-7800 | 518-785-7851 | sk@kieselaw.com | Counsel to NEC Electronics America, Inc. |
| Kirkland & Ellis LLP | Geoffrey A. Richards | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | 312-861-2200 | grichards@kirkland.com | Counsel for Lunt Manufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | 212-536-3901 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture trustee |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | 330-497-4020 | sosimmerman@kwgd.com | Counsel to for Millwood, Inc. |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | 520-879-4705 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | 602-734-3824 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Linear Technology Corporation | John England, Esq. | 1630 McCarthy Blvd. | | Milpitas | CA | 95035-7417 | | 408-432-1900 | 408-434-0507 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel to Cameron County, Brownsville ISD |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | 212-407-4990 | whawkins@loeb.com | Counsel for Industrial Ceramics Corporation |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | ilevee@lowenstein.com | Counsel for Teachers Retirement System of Oklahoma; Public Employe's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Ira M. Levee | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2481 | ilevee@lowenstein.com | Counsel for Teachers Retirement System of Oklahoma; Public Employe's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | krosen@lowenstein.com | Counsel for Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Michael S. Etkin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | metkin@lowenstein.com | Counsel for Teachers Retirement System of Oklahoma; Public Employe's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Michael S. Etkin | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2481 | metkin@lowenstein.com | Counsel for Teachers Retirement System of Oklahoma; Public Employe's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | scargill@lowenstein.com | Counsel for Cerberus Capital Management, L.P. |
| Margulies & Levinson, LLP | Jeffrey M. Levinson, Esq. Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | 216-514-4932 | jml@ml-legal.com lmc@ml-legal.com | Counsel for Venture Plastics |
| McDermott Will & Emery LLP | James M. Sullivan | 50 Rockefeller Plaza | | New York | NY | 10020 | | 212-547-5400 | 212-547-5444 | jmsullivan@mwe.com | Counsel to Linear Technology Corporation |
| McDonald Hopkins Co., LPA | Jean R. Robertson, Esq. | 600 Superior Avenue, East | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | jrobertson@mcdonaldhopkins.com | Counsel to Brush Engineered materials |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | 973-622-5314 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Miller Johnson | Thomas P. Sarb Robert D. Wolford | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1748 616-831-1726 | 616-988-1726 616-988-1726 | sarbt@millerjohnson.com wolfordr@millerjohnson.com | Counsel to Pridgeon & Clay, Inc. |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | 630-512-8610 | Jeff.Ott@molex.com | Counsel for Molex Connector Corp |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90017 | | 213-612-1163 | 213-612-2501 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |
| Morgan, Lewis & Bockius LLP | William C. Heuer, Esq. | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | 212-309-6001 | wheuer@morganlewis.com | Counsel to Sumitomo Corporation |
| Munsch Herdt Kopf & Harr, P.C. | Joseph J. Wielebinski, Esq, and Davor Rukavina, Esq. | 4000 Fountain Place | 1445 Ross Avenue | Dallas | TX | 75202-2790 | | 214-855-7500 214-855-7587 | 2148557584 | jwielebinski@munsch drukavina@munsch.com | Counsel for Traxans Incorporated |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | 866-298-4481 | lisa.moore2@nationalcity.com | Vice President and Senior Counsel for National City Commercial Capital |
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | bbeckworth@nixlawfirm.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Nix, Patterson & Roach, L.L.P. | Jeffrey J. Angelovich | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | jangelovich@nixlawfirm.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Norris, McLaughlin & Marcus | Elizabeth L. Abdelmasieh, Esq. | 721 Route 202-206 | P.O. Box 1018 | Somerville | NJ | 08876 | | 908-722-0700 | 908-722-0755 | eabdelmasieh@nmmlaw.com | Counsel for Rotor Clip Company, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | 212-506-5151 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | 415-773-5759 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K. Street, N.W. | | Washington | DC | 20005-4026 | | 202-326-4020 | 202-326-4112 | landy.ralph@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pepe & Hazard LLP | Charles J. Filardi, Jr., Esq. | 30 Jelliff Lane | | Southport | CT | 06890 | | 203-319-4042 | 203-319-4034 | cfilardi@pepehazard.com | Counsel to FedEx Trade Networks Transport & Brokerage, Inc. |
| Pepper, Hamilton LLP | Anne Marie Aaronson | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | aaronsona@pepperlaw.com | Counsel for Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | lawallf@pepperlaw.com | Counsel for Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Phillips Nizer LLP | Sandra A. Riemer, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | bsmoore@pbnlaw.com | |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |
| Quadrangle Debt Recovery Advisors LLC | Andrew Herenstein | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1742 | 866-741-2505 | andrew.herenstein@quadranglegroup.com | Counsel to Quadrangle Debt Recovery Advisors LLC |
| Quadrangle Group LLC | Patrick Bartels | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1748 | 866-552-2052 | patrick.bartels@quadranglegroup.com | Counsel to Quadrangle Group LLC |
| Quarles & Brady Streich Lang LLP | John A. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | jharris@quarles.com | Counsel for Semiconductor Components Industries, Inc. |
| Quarles & Brady Streich Lang LLP | Scott R. Goldberg | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | sgoldber@quarles.com | Counsel for Semiconductor Components Industries, Inc. |
| Republic Engineered Products, Inc. | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 | | 330-670-3004 | 330-670-3020 | jlapinsky@republicengineered.com | Counsel to Republic Engineered Products, Inc. |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | 206-389-1708 | jshickich@riddellwilliams.com | Counsel for Microsoft Corporation; Microsoft Licensing, GP |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | 212-825-9414 | rtrack@msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Schifrin & Barroway, LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7056 | 610-667-7056 | myarnoff@sbclasslaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | 404-892-7056 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk, Esq. | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shipman & Goodwin LLP | Jennifer L. Adamy | One Constitution Plaza | | Hartford | CT | 06103-1919 | | 860-251-5811 | 860-251-5218 | bankruptcy@goodwin.com | Counsel to Fortune Plastics Company of Illinois, Inc.; Universal Metal Hose Co., |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | asherman@sillscummis.com | Counsel for Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | jzackin@sillscummis.com | Counsel for Hewlett-Packard Financial Services Company |
| Simpson Thacher & Bartlett LLP | Kenneth S. Ziman, Esq. | 425 Lexington Avenue | | New York | NY | 10017 | | 212-455-2000 | 212-455-2502 | cfox@stblaw.com | Counsel to JPMorgan Chase Bank, N.A. |
| Simpson Thacher & Bartlett LLP | William T. Russell, Jr., Esq. | 425 Lexington Avenue | | New York | NY | 10017 | | 212-455-2000 | 212-455-2502 | cfox@stblaw.com | Counsel to JPMorgan Chase Bank, N.A. |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | 3026528405 | kmiller@skfdelaware.com | Counsel for Airgas, Inc. |
| Sony Electronics Inc. | Lloyd B. Sarakin - Chief Counsel, Finance and Credit | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | | 201-930-7483 | | lloyd.sarakin@am.sony.com | Counsel to Sony Electronics, Inc. |
| Spector & Ehrenworth, P.C. | Brian D. Spector, Esq. | 30 Columbia Turnpike | | Florham Park | NJ | 07102 | | 973-593-4800 | 973-593-4848 | bspector@selawfirm.com | Counsel to Hitachi Automotive Products (USA), Inc. |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | 212-319-8505 | cs@stevenslee.com cp@stevenslee.com | Counsel to Wamco, Inc., Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectronX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | | 816-842-8600 | 816-691-3495 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp Stahl Company |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | madison.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | Madison L. Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | robert.goodrich@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0448 | 502-779-8274 | wbeard@stites.com | Counsel to WAKO Electronics (USA), Inc. and Ambrake Corporation |
| Swidler Berlin LLP | Jonathan P. Guy | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | | 202-424-7500 | 202-424-7645 | jpguy@swidlaw.com | Counsel for Westwood Associates, Inc.; Sanders Lead Co. |
| Swidler Berlin LLP | Matthew W. Cheney | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | | 202-424-7500 | 202-424-7645 | mwcheney@swidlaw.com | Counsel for Westwood Associates, Inc.; Sanders Lead Co. |
| Swidler Berlin LLP | Roger Frankel | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | | 202-424-7500 | 202-424-7645 | rfrankel@swidlaw.com | Counsel for Sanders Lead Co. |
| Swidler Berlin LLP | Robert N. Steinwurtzel | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | | 202-424-7500 | 202-424-7645 | rnsteinwurtzel@swidlaw.com | Counsel for Sanders Lead Co. |
| Taft, Stettinius & Hollister LLP | Richard L. Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | | ferrell@taftlaw.com | Counsel for Wren Industries, Inc. |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 4

10/25/2005 3:52 PM
Book1

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Thompson & Knight | Rhett G. Cambell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | 713-654-1871 | rhett.campbell@tklaw.com | Counsel for STMicroelectronics, Inc. |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | | 212-594-5000 | 212-967-4258 | bmcdonough@teamtogut.com | Conflicts counsel to Debtors |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO | David Jury, Esq. | Five Gateway Center | Suite 807 | Pittsburgh | PA | 15222 | | 412-562-2549 | 412-562-2429 | djury@steelworkers-usw.org | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Vorys, Sater, Seymour and Pease LLP | Robert J. Sidman, Esq. | 52 East Gay Street | P.O. Box 1008 | Columbus | OH | 43216-1008 | | 614-464-6422 | 614-719-8676 | rjsidman@vssp.com | |
| Waller Lansden Dortch & Davis, PLLC | David E. Lemke, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | david.lemke@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Waller Lansden Dortch & Davis, PLLC | Robert J. Welhoelter, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | robert.welhoelter@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | 616-222-2185 | gtoering@wnj.com | Counsel for Robert Bosch Corporation |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | 248-603-9631 | mcruse@wnj.com | Counsel to Compuware Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Michael Kessler, Jeffrey L. Tanenbaum | 767 Fifth Avenue | | New York | NY | 10153 | | 2123108530 / 2123108675 / 2123108276 | 212-310-8007 | martin.bienenstock@weil.com / michael.kessler@weil.com / jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Zeichner Ellman & Krause LLP | Peter Janovsky | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | pjanovsky@zeklaw.com | Counsel for Toyota Tsusho America, Inc. |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | skrause@zeklaw.com | Counsel for Toyota Tsusho America, Inc. |

# EXHIBIT D

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Arnall Golden Gregory LLP | Heath J. Vicente | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8673 | 404-873-8121 | heath.vicente@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg LLP | William J. Barrett | 333 West Wacker Drive | Suite 2700 | Chicago | IL | 60606 | | 312-629-5170 | 312-984-1150 | william.barrett@bfkpn.com | Counsel for Motion Industries, Inc. |
| Contrarian Capital Management, L.L.C. | Mark Lee, Janice Stanton, Bill Raine, Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | | 203-862-8200 | 203-629-1977 | mlee@contrariancapital.com jstanton@contrariancapital.com wraine@contrariancapital.com slax@contrariancapital.com | Counsel to Contrarian Capital Management, L.L.C. |
| HAL/ERC-Legal | Tillie Lim, Esq. | 50 Prospect Avenue | | Tarrytown | NY | 10591 | | | | | Counsel to Hitachi Automotive Products (USA), Inc. |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | 4692215002 | dallas.bankruptcy@publicans.com | Counsel for Dallas County and Tarrant County |
| Lord, Bissel & Brook | Timothy S. McFadden | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-0700 | 312-443-0336 | tmcfadde@lordbissel.com | Counsel for Methode Electronics, Inc. |
| Lord, Bissel & Brook | Timothy W. Brink | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-0700 | 312-443-0336 | tbrink@lordbissel.com | Counsel for Sedgwick Claims Management Services, Inc. |
| Lord, Bissel & Brook LLP | Kevin J. Walsh Rocco N. Covino | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | | 212-947-4700 212-812-8340 | 212-947-1202 | kwalsh@lordbissel.com rcovino@lordbissel.com | Counsel for Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | 212-609-6921 | | Counsel to Ward Products, LLC |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | | Counsel for Worker's Compensation Agency |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | 313-496-7500 | fusco@millercanfield.com | Counsel for Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |
| Morrison Cohen LLP | Joseph T. Moldovan Michael R. Dal Lago | 909 Third Avenue | | New York | NY | 10022 | | 212-735-8600 | | | Counsel to Blue Cross and Blue Shield of Michigan |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq. | 4000 Fountain Place | 1445 Ross Avenue | Dallas | RX | 75202-2790 | | 214-855-7500 | 2148557584 | rubanik@munsch.com | Counsel for Texas Instruments Incorporated |
| Nix, Patterson & Roach, L.L.P. | Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | swhatley@nixlawfirm.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| QAD, Inc. | Jason Pickering, Esq. | 10,000 Midlantic Drive | | Mt. Laurel | NJ | 08054 | | | | | Counsel to QAD, Inc. |
| Schiffrin & Barroway, LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7056 | 610-667-7706 | shandler@sbclaslaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Swidler Berlin LLP | Richard H. Wyron | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | | 202-424-7500 | 202-424-7645 | rhwyron@swidlaw.com | Counsel for Westwood Associates, Inc. |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | | 212-310-8000 | 212-310-8007 | jeffrey.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore, Vice President | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | | 302-636-6058 | | | Vice President, Wilmington Trust Co. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

10/25/2005 3:54 PM
Book2

# EXHIBIT E

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
     In re                          :
                                          :    Chapter 11
DELPHI CORPORATION, et al.,                :
                                          :    Case No.  05 – 44481 (RDD)
                Debtors.               :
                                          :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER UNDER 11 U.S.C. § 105 ENFORCING PROTECTIONS
OF 11 U.S.C. §§ 362 AND 525 AND APPROVING NOTICE TO
CUSTOMERS, SUPPLIERS, AND OTHER STAKEHOLDERS OF
DEBTORS' NON-DEBTOR GLOBAL AFFILIATES

("NON-DEBTOR GLOBAL AFFILIATES NOTICE ORDER")

        Upon the motion, dated October 8, 2005 (the "Motion"), of Delphi

Corporation ("Delphi") and certain subsidiaries and affiliates, debtors and

debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry

of an order (the "Order") under section 105 of the Bankruptcy Code (a) enforcing the

protections of sections 362 and 525 of the Bankruptcy Code and (b) approving notice to

customers, suppliers, and other stakeholders of the Debtors' non-debtor global

subsidiaries and affiliates (the "non-Debtor Global Affiliates"); and upon the Affidavit Of

Robert S. Miller, Jr. In Support Of Chapter 11 Petitions And First Day Orders, sworn to

October 8, 2005; and upon the record of the hearing held on the Motion; and this Court

having determined that the relief requested in the Motion is in the best interests of the

Debtors, their estates, their creditors, and other parties in interest; and it appearing that



proper and adequate notice of the Motion has been given and that no other or further

notice is necessary; and after due deliberation thereon; good and sufficient cause

appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.      The Motion is GRANTED.

2.      All persons (including individuals, partnerships, and corporations,

and all those acting for or on their behalf), and all foreign or domestic governmental units

(and all those acting for or on their behalf) are hereby stayed, restrained, and enjoined

from:

(a)      Commencing or continuing any judicial, administrative, or

other proceeding against the Debtors, including the issuance or employment of process

that was or could have been commenced before any of the Debtors' chapter 11 cases were

commenced, or recovering a claim against any of the Debtors that arose before the

commencement of any of their chapter 11 cases;

(b)      Enforcing a judgment obtained before the commencement

of any of the Debtors' chapter 11 cases against any of the Debtors or against property of

any of the Debtors;

(c)      Taking any action to obtain possession of property of any of

the Debtors or of property from any of the Debtors;

(d)      Taking any action to create, perfect, or enforce any lien

against property of any of the Debtors, to the extent that such lien secures a claim that

2

arose before the commencement of any of the Debtors' chapter 11 cases;

        (e)    Taking any action to collect, assess, or recover a claim against any of the Debtors that arose before the commencement of any of their chapter 11 cases; and

        (f)    Offsetting any debt owing to any of the Debtors that arose before the commencement of any of the Debtors' chapter 11 cases against any claim against any of the Debtors.

        3.    All persons and all foreign and domestic governmental units, and all those acting on their behalf, including sheriffs, marshals, constables, and other or similar law enforcement officers and officials are stayed, restrained, and enjoined from in any way, seizing, attaching, foreclosing upon, levying against, or in any other way interfering with, any and all of the property of any of the Debtors, wherever located.

        4.    This Order shall not affect the exceptions to the automatic stay contained in section 362(b) of the Bankruptcy Code or the right of any party in interest to seek relief from the automatic stay in accordance with section 362(d) of the Bankruptcy Code.  In addition, this Order shall not affect the substantive rights of any party.

        5.    Pursuant to section 525 of the Bankruptcy Code, all governmental units are prohibited and enjoined from denying, revoking, suspending, or refusing to renew any license, permit, charter, franchise, or other similar grant to, condition such a grant to, or discriminate with respect to such a grant against, any of the Debtors solely because one or all of the Debtors (a) are debtors under the Bankruptcy Code, (b) may

have been insolvent before the commencement of the Debtors' chapter 11 cases, or (c) may be insolvent during the pendency of the Debtors' chapter 11 cases.

6.      The non-Debtor Global Affiliates have not filed for protection under chapter 11 of the Bankruptcy Code and may continue to operate their businesses, without regard to the provisions and restrictions of the Bankruptcy Code.

7.      The form of notice, substantially in the form of the notice attached as Exhibit A, is approved.

8.      The Debtors are authorized to cause the notice attached as Exhibit A to be translated into as many languages as may be deemed necessary and to distribute such notice as the Debtors deem appropriate.

9.      The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

10.      The requirement under Local Rule 9013-1(b) for the service and filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated:      New York, New York
            October 13, 2005

                                        /s/ ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE

Exhibit A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
                                                         :
       In re                                             :
                                                         :   Chapter 11
DELPHI CORPORATION, et al.,                              :
                                                         :   Case No.  05 – 44481 (RDD)
              Debtors.                                   :
                                                         :   (Jointly Administered)
                                                         :
------------------------------------------------------------------ x

**NOTICE**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.     On October 8, 2005, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates (the "Affiliate Debtors"),[1] debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

2.     The Debtors' non-U.S. subsidiaries and affiliates have not filed for chapter 11 protection.

3.     As confirmed in the Order Under 11 U.S.C. § 105 (a) Enforcing the Protections of 11 U.S.C. §§ 362 and 525 and (b) Approving Notice to Customers, Suppliers, and Other Stakeholders of the Debtors' non-Debtor Global Affiliates entered by the Bankruptcy Court on October ●, 2005, Delphi's non-

---

1        In addition to Delphi, the following entities are debtors in these chapter 11 cases: ASEC Manufacturing General Partnership, ASEC Sales General Partnership, Aspire, Inc., Delco Electronics Overseas Corporation, Delphi Automotive Systems (Holding), Inc., Delphi Automotive Systems Global (Holding), Inc., Delphi Automotive Systems Human Resources LLC, Delphi Automotive Systems International, Inc., Delphi Automotive Systems Korea, Inc., Delphi Automotive Systems LLC, Delphi Automotive Systems Overseas Corporation, Delphi Automotive Systems Risk Management Corp., Delphi Automotive Systems Services LLC, Delphi Automotive Systems Tennessee, Inc., Delphi Automotive Systems Thailand, Inc., Delphi China LLC, Delphi Connection Systems, Delphi Diesel Systems Corp., Delphi Electronics (Holding) LLC, Delphi Foreign Sales Corporation, Delphi Integrated Service Solutions, Inc., Delphi International Holdings Corp., Delphi International Services, Inc., Delphi Liquidation Holding Company, Delphi LLC, Delphi Mechatronic Systems, Inc., Delphi Medical Systems Colorado Corporation, Delphi Medical Systems Corporation, Delphi Medical Systems Texas Corporation, Delphi NY Holdings Corporation, Delphi Services Holding Corporation, Delphi Technologies, Inc., DREAL, Inc., Environmental Catalysts, LLC, Exhaust Systems Corporation, Packard Hughes Interconnect Company, and Specialty Electronics, Inc., and Specialty Electronics International Ltd.

U.S. subsidiaries and affiliates are not subject to Bankruptcy Court supervision or the chapter 11 process.


Dated: October  ●, 2005

## Exhibit A To Notice

**Delphi Corporation's Non-Filing Domestic And Worldwide Subsidiaries And Affiliates**

**A.      Non-Filing Domestic Entities**

1. Delphi Automotive Systems – Ashimori LLC (Michigan)
2. Delphi Foundation, Inc. (Michigan)
3. Delphi Trust I (Delaware)
4. Delphi Trust II (Delaware)
5. Delphi Trust III (Delaware)
6. Delphi Trust IV (Delaware)
7. HE Microwave LLC (Delaware)
8. EnerDel, Inc. (Delaware)
9. InPlay Technologies, Inc. (Nevada)
10. PBR Knoxville L.L.C. (Delaware)
11. SpaceForm, Inc. (Delaware)

**B.      Non-Filing Foreign Entities**

1. Alambrados y Circuitos Eléctricos, S.A. de C.V. (Mexico)
2. Arcomex S.A. de C.V. (Mexico)
3. Arneses Electricos Automotrices, S.A. de C.V. (Mexico)
4. AS Catalizadores Ambientales S.A. de C.V. (Mexico)
5. ASEC Manfacturing (Thailand) Ltd. (Thailand)
6. ASEC Private Limited (India)
7. Ashimori Industry Co., Ltd. (Japan)
8. Autoensambles y Logistica, S.A. de C.V. (Mexico)
9. Beijing Delphi Technology Development Company, Ltd. (Peoples Republic of China)
10. Beijing Delphi Wan Yuan Engine Management Systems Company, Ltd. (Peoples Republic of China)
11. BGMD Servicos Automotivos Ltda. (Brazil)
12. BlueStar Battery Systems International Corp. (Canada)
13. Bujias Mexicanas, S.A. de C.V. (Mexico)
14. Cablena, S.L (Spain)
15. Calsonic Harrison Co., Ltd. (Japan)
16. Centro Técnico Herramental, S.A. de C.V. (Mexico)
17. Closed Joint Stock Company PES/SCC (Russian Federation)
18. Condura, S. de R.L. (Mexico)
19. Controladora Chihuahuense, S. de R.L. de C.V. (Mexico)
20. Controladora de Alambrados y Circuitos Eléctricos, S. de R.L. de C.V. (Mexico)
21. Controladora de Alambrados y Circuitos, S. de R.L. de C.V. (Mexico)
22. Controladora de Rio Brave, S. de R.L. de C.V. (Mexico)
23. Controladora Vesfron, S. de R.L. de C.V. (Mexico)
24. Cordaflex Espana, S.A. (Spain)

2

25.  Cordaflex, S.A. de C.V. (Mexico)
26.  Daehan Electronics Yantai Co., Ltd. (Peoples Republic of China)
27.  Daesung Electric Co., Ltd. (Korea)
28.  Daewoo Motor Co., Ltd. (Korea)
29.  Del Tech Co., Ltd. (Korea)
30.  Delphi (China) Technical Centre Co. Ltd. (Peoples Republic of China)
31.  Delphi Administración, S.A. de C.V. (Mexico)
32.  Delphi Alambrados Automotrices, S.A. de C.V. (Mexico)
33.  Delphi Automotive Systems – Portugal S.A. (Portugal)
34.  Delphi Automotive Systems (China) Holding Company Limited (Peoples Republic of China)
35.  Delphi Automotive Systems (Netherlands) B.V. (Netherlands)
36.  Delphi Automotive Systems (Thailand) Ltd. (Thailand)
37.  Delphi Automotive Systems Australia Ltd. (Australia)
38.  Delphi Automotive Systems Cinq SAS (France)
39.  Delphi Automotive Systems Deutschland Verwaltungs GmbH (Federal Republic of Germany)
40.  Delphi Automotive Systems do Brasil Ltda. (Brazil)
41.  Delphi Automotive Systems Espana S.L. (Spain)
42.  Delphi Automotive Systems Holding GmbH (Austria)
43.  Delphi Automotive Systems Huit SAS (France)
44.  Delphi Automotive Systems Japan, Ltd. (Japan)
45.  Delphi Automotive Systems Limited Sirketi (Turkey)
46.  Delphi Automotive Systems Luxembourg S.A. (Luxembourg)
47.  Delphi Automotive Systems Maroc (Morocco)
48.  Delphi Automotive Systems Neuf SAS (France)
49.  Delphi Automotive Systems Philippines, Inc. (Philippines)
50.  Delphi Automotive Systems Private Ltd. (India)
51.  Delphi Automotive Systems Singapore Investments Pte. Ltd (Singapore)
52.  Delphi Automotive Systems Singapore Pte Ltd. (Singapore)
53.  Delphi Automotive Systems Sweden AB (Sweden)
54.  Delphi Automotive Systems UK Limited (England and Wales)
55.  Delphi Automotive Systems Vienna GmbH (Austria)
56.  Delphi Automotive Systems, S.A. de C.V. (Mexico)
57.  Delphi Automotive Systems/Ashimori de Mexico, S.A. de C.V. (Mexico)
58.  Delphi Automotive Systems-Portugal S.A. (Portugal)
59.  Delphi Belgium N.V. (Belgium)
60.  Delphi Cableados, S.A. de C.V. (Mexico)
61.  Delphi Calsonic Compressors, S.A.S. (France)
62.  Delphi Canada Inc. (Ontario)
63.  Delphi Catalyst South Africa (Proprietary) Limited (South Africa)
64.  Delphi Connection Systems - Tijuana, S.A. de C.V. (Mexico)
65.  Delphi Controladora, S.A. de C.V. (Mexico)
66.  Delphi Czech Republic, k.s. (Czech Republic)
67.  Delphi Daesung Wuxi Electronics Co., Ltd. (Peoples Republic of China)
68.  Delphi de Mexico, S.A. de C.V. (Mexico)
69.  Delphi Delco Electronic Systems Suzhou Co., Ltd. (Peoples Republic of China)
70.  Delphi Delco Electronics de Mexico, S.A. de C.V. (Mexico)
71.  Delphi Delco Electronics Europe GmbH (Federal Republic of Germany)
72.  Delphi Deutschland GmbH (Federal Republic of Germany)
73.  Delphi Deutschland Technologies GmbH (Federal Republic of Germany)
74.  Delphi Diesel Body Systems Mexico, S.A. de C.V. (Mexico)

2

75.  Delphi Diesel Body Systems, S.A. de C.V. (Mexico)
76.  Delphi Diesel Systems Corporativo IDSA, S.A. de C.V. (Mexico)
77.  Delphi Diesel Systems do Brasil Ltda. (Brazil)
78.  Delphi Diesel Systems France SAS (France)
79.  Delphi Diesel Systems Korea Ltd. (Korea)
80.  Delphi Diesel Systems Limited (England and Wales)
81.  Delphi Diesel Systems Pakistan (Private) Limited (Pakistan)
82.  Delphi Diesel Systems Pension Trustees Limited (England and Wales)
83.  Delphi Diesel Systems S.L. (Spain)
84.  Delphi Diesel Systems Service Mexico, S.A. de C.V. (Mexico)
85.  Delphi Diesel Systems, S.A. de C.V. (Mexico)
86.  Delphi Electronic Suzhou Co. Ltd. (Peoples Republic of China)
87.  Delphi Ensamble de Cables y Componentes, S. de R.L. de C.V. (Mexico)
88.  Delphi France Holding SAS (France)
89.  Delphi France SAS (France)
90.  Delphi Harrison Calsonic, S.A. (France)
91.  Delphi Holding GmbH (Austria)
92.  Delphi Holding Hungary Asset Management Limited Liability Company (Hungary)
93.  Delphi Holdings Luxembourg S.ar.l. (Luxembourg)
94.  Delphi Insurance Limited (Ireland)
95.  Delphi Interior Systems de Mexico, S.A. de C.V. (Mexico)
96.  Delphi International Holdings Corporation Luxembourg S.C.S. (Luxembourg)
97.  Delphi Italia Automotive Systems S.r.l. (Republic of Italy)
98.  Delphi Korea Corporation (Korea)
99.  Delphi Lockheed Automotive Limited (England and Wales)
100. Delphi Lockheed Automotive Pension Trustees Limited (England and Wales)
101. Delphi Otomotiv Sistemleri Sanayi ve Ticaret Anonim Sirket (Turkey)
102. Delphi Packard Austria GmbH & Co. KG (Austria)
103. Delphi Packard Electic Sielin Argentina S.A. (Argentina)
104. Delphi Packard Electric (Malaysia) Sdn. Bhd. (Malaysia)
105. Delphi Packard Electric Ceska Republika, S.R.O. (Czech Republic)
106. Delphi Packard Electric Sielin Argentina S.A. (Argentina)
107. Delphi Packard Electric Systems Company Ltd. (Peoples Republic of China)
108. Delphi Packard España, SLU (Spain)
109. Delphi Packard Hungary Kft (Hungary)
110. Delphi Packard Romania SRL (Romania)
111. Delphi Poland S.A. (Poland)
112. Delphi Polska Automotive Systems Sp. z.o.o. (Poland)
113. Delphi Saginaw Lingyun Drive Shaft Co., Ltd. (Peoples Republic of China)
114. Delphi Saginaw Steering Systems UK Limited (England and Wales)
115. Delphi Shanghai Dynamics and Propulsion Systems Co. Ltd. (Peoples Republic of China)
116. Delphi Sistemas de Energia, S.A. de C.V. (Mexico)
117. Delphi Slovensko s.r.o. (Slovak Republic)
118. Delphi Tychy Sp. z.o.o. (Poland)
119. Delphi-Calsonic Hungary Manufacturing Limited Liability Company (Hungary)
120. Delphi-TVS Diesel Systems Ltd. (India)
121. DEOC Pension Trustees Limited (England and Wales)
122. Diavia Aire, S.A. (Spain)
123. Electrotecnica Famar S.A.C.I.I.E. (Argentina)
124. Famar do Brasil Comercio e Representacao Ltda. (Brazil)

125.    Famar Fueguina, S.A. (Argentina)
126.    FUBA Automotive GmbH & Co. KG (Federal Republic of Germany)
127.    Gabriel de Mexico, S.A. de C.V. (Mexico)
128.    Grundig Car InterMedia System GmbH (Federal Republic of Germany)
129.    Grundig Sistemas de Electronica Lda., Portugal (Portugal)
130.    Grundig Sistemas de Electronica, Lda., (Portugal)
131.    Holdcar S.A. (Argentina)
132.    Inmobiliaria Marlis, S.A. (Mexico)
133.    Inmuebles Wagon, S.A. (Mexico)
134.    Interessengemeinschaft fur Rundfunkschutzrechte GmbH (Federal Republic of Germany)
135.    Interessengemeinschaft fur Rundfunkschutzrechte GmbH Schutzrechtsverwertung & Co. KG
        (Federal Republic of Germany)
136.    Katcon, S.A. de C.V. (Mexico)
137.    KDAC (Thailand) Company Limited (Thailand)
138.    KDS Company, Ltd. (Korea)
139.    Korea Delphi Automotive Systems Corporation (Korea)
140.    Korea Technology Bank Network (Korea)
141.    Mecel AB (Sweden)
142.    Noteco Comércio e Participacoes Ltda. (Brazil)
143.    NSK Ltd. (Japan)
144.    On Se Telecom Co. Ltd. (Korea)
145.    P.T. Delphi Automotive Systems Indonesia (Indonesia)
146.    Packard Korea Incorporated (Korea)
147.    Productos Delco de Chihuahua, S.A. de C.V. (Mexico)
148.    Promotora de Partes Electricas Automotrices S.A. de C.V. (Mexico)
149.    PROSTEP AG (Federal Republic of Germany)
150.    Proveedora de Electricidad de Occidente, S.A. de C.V. (Mexico)
151.    Quingdao Daesung Electronic (Peoples Republic of China)
152.    Rio Bravo Eléctricos, S.A. de C.V. (Mexico)
153.    Shanghai Delco Electronics & Instrumentation Co., Ltd. (Peoples Republic of China)
154.    Shanghai Delphi Automotive Air-conditioning Systems Co., Ltd. (Peoples Republic of China)
155.    Shanghai Delphi Emission Control Systems Company, Ltd. (Peoples Republic of China)
156.    Shanghai-Delphi Automotive Door Systems Co., Ltd. (Peoples Republic of China)
157.    Shengyang Huali Automotive Air-conditioning Co. Ltd. (Peoples Republic of China)
158.    Sistemas Electricos y Conmutadores, S.A. de C.V. (Mexico)
159.    Speciality Electronics (Singapore) Pte Ltd. (Singapore)
160.    TECCOM GmbH (Federal Republic of Germany)
161.    TecDoc Information Systems GmbH (Federal Republic of Germany)
162.    Termoelectrica del Golfo, S. de R.L. de C.V. (Mexico)
163.    Unterstutzungsgesellschaft der Kabelwerke Reinshagen GmbH (Federal Republic of Germany)
164.    Wuhan Shenlong Automotive Air-conditioning Co. Ltd. (Peoples Republic of China)
165.    Yeon Kyung Electronics Co., Ltd (Korea)

4