IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re : Chapter 11
:
DELPHI CORPORATION et al., : Case No. 05-44481 (RDD)
:
Debtors. : (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AFFIDAVIT OF SERVICE OF CANDY GLASS, ADP**

October 24, 2005

James M. Le
Kurtzman Carson Consultants LLC
12910 Culver Blvd, Suite I
Los Angeles, CA 90066-7066

Dear James:

This Affidavit of Mailing certifies that the package described below was mailed from Farmingdale, New York Post Office 11735.

| | |
|---|---|
| Company Name: | Delphi Corporation |
| Type of mailing: | Notice Of (A) Notification Procedures Applicable To Substantial Holders Of Claims And Equity Securities And (B) Notification And Hearing Procedures For Trading In Claims And Equity Securities |
| Mailing Date: | October 20, 2005 |
| Class of Mail: | First Class |
| Total Pieces: | 175,636 |

Sincerely,

Candy Glass
Manager, ADP ICS

Sworn to before me this 24th
Day of October, 2005

Notary Public

ROSAMARIA ANGILERI
Notary Public, State of New York
Qualified in Suffolk County
Commission Expires Sept. 18, 2006
01AN6045110