IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                             :
      In re                                                  :   Chapter 11
                                                             :
   DELPHI CORPORATION et al.,                                :   Case No. 05-44481 (rdd)
                                                             :
                                           Debtors.          :   (Jointly Administered)
                                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### AFFIDAVIT OF SERVICE

I, Amber M. Cerveny, being duly sworn according to law, deposes and says that I am employed by Kurtzman Carson Consultants, LLC, proposed claims and noticing agent for the Debtors in the above-captioned cases.

Between the dates of October 18, 2005 and October 20, 2005, under my direction and under my supervision, employees of KCC caused to be served, via first class US mail the documents listed in Section 1 on the parties attached hereto as Exhibit A:

*Section 1*

I. Notice of (A) Notification Procedures Applicable to Substantial Holders of Claims and Equity Securities and (B) Notification and Hearing Procedures for Trading in Claims and Equity Securities **(Docket No. 126) [Attached hereto as Exhibit B]**

II. Notice of Application and Entry of Interim Order Under 11 U.S.C. §§ 327(a) and 328 (I) Authorizing Employment and Retention of Rothschild Inc. as Financial Advisor and Investment Banker to Debtors and (II) Scheduling Final Hearing Theron **(Docket No. 333) [Attached hereto as Exhibit C]**

Dated: October 25, 2005

                                                 */s/ Amber M. Cerveny*
                                                 Amber M. Cerveny

Sworn to and subscribed before
me on October 25, 2005

     */s/ Evan J. Gershbein*
Notary Public

My Commission Expires:    1/19/07

1

# EXHIBIT A