HOGAN & HARTSON, L.L.P.
Scott A. Golden, Esq. (SG-6663)
875 Third Avenue
New York, NY  10022
(212) 918-3000

*Counsel for XM Satellite Radio Inc.*


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                      :
                                                           :   Chapter 11
DELPHI CORPORATION, *et al.*                               :
                                                           :   Case No. 05-44481 (rdd)
                        Debtors.                           :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

      Kristin Seal being duly sworn, deposes and says:

      I am over the age of 18 and I am employed with the law firm of Hogan & Hartson L.L.P., 875 Third Avenue, New York, NY  10022.

      On October 25, 2005, I caused a copy of the *JOINDER OF XM SATELLITE RADIO INC. IN LIMITED OBJECTIONS TO DIP FINANCING MOTION AND INTERIM DIP FINANCING ORDER, AND REQUEST FOR ADEQUATE PROTECTION FOR PRE-PETITION SETOFF*

*RIGHTS* to be served upon the party identified on Exhibit A attached hereto via Federal Express.

                              /s/ Kristin Seal
                              Kristin Seal

Sworn to and Subscribed by me this
25th day of October, 2005

/s/ Jason P. Conti
NOTARY PUBLIC
Jason P. Conti
Notary Public, State of New York
No. 02C06091760
Qualified in New York County
Commission Expires May 5, 2007

EXHIBIT A

Via Federal Express

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:  John Wm. Butler
333 W. Wacker Dr.
Suite 2100
Chicago, IL 60606

Shearman & Sterling LLP
Attn:  Douglas Bartner
599 Lexington Avenue
New York, NY 10022

Davis Polk & Wardwell
Attn:  Donald Bernstein
450 Lexington Avenue
New York, NY 10017

Simpson Thatcher & Bartlett LLP
Attn:  Kenneth S. Ziman
       Robert H. Trust
425 Lexington Avenue
New York, NY 10017

United States Trustee's Office
Alicia M. Leonard
33 Whitehall Street
21st Floor
New York, NY 10004-2112

Honorable Robert D. Drain
United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004