IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
        In re                           :    Chapter 11
                                        :
DELPHI CORPORATION et al.,              :    Case No. 05-44481 (rdd)
                                        :
                             Debtors.   :    (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Amber M. Cerveny, being duly sworn according to law, deposes and says that I am employed by Kurtzman Carson Consultants, LLC, proposed claims and noticing agent for the Debtors in the above-captioned cases.

On October 12, 2005, and October 13, 2005, under my direction and under my supervision, employees of KCC caused to be served caused to be served, via first class US mail the document listed in Section 1 on the parties attached hereto as Exhibit A:

*Section 1*

**I.** Notice of (A) Notification Procedures Applicable to Substantial Holders of Claims and Equity Securities and (B) Notification and Hearing Procedures for Trading in Claims and Equity Securities **(Docket No. 126) [Attached hereto as Exhibit B]**

Dated: October 25, 2005

                                                             */s/ Amber M. Cerveny*
                                                             Amber M. Cerveny

Sworn to and subscribed before
me on October 25, 2005

     */s/ Evan J. Gershbein*
Notary Public

My Commission Expires:    1/19/07

# EXHIBIT A