Martin J. Bienenstock, Esq. (MB 3001)
Michael P. Kessler, Esq. (MK 7134)
Jeffrey L. Tanenbaum, Esq. (JT 9797)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

– and –

Robert B. Weiss, Esq.
Frank L. Gorman, Esq.
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226-3506
Telephone: (313) 465-7000
Facsimile: (313) 465-8000

Attorneys for General Motors Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | : |  |
|  | : | **Chapter 11 Case No.** |
|  | : |  |
| **DELPHI CORPORATION, et al.,** | : | **05-44481 (RDD)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |

**MOTION PURSUANT TO RULE 2090-1(b) OF
THE LOCAL RULES OF THE UNITED STATES
DISTRICT COURT FOR THE SOUTHERN DISTRICT
OF NEW YORK FOR ADMISSION PRO HAC VICE**

Michael P. Kessler ("Movant"), a member in good standing of the Bar of

the State of New York, an attorney admitted to practice before the United States District

Court for the Southern District of New York, and a member of Weil, Gotshal & Manges

LLP, hereby moves the Court to enter an order permitting Robert B. Weiss, a member of

Honigman Miller Schwartz and Cohn LLP, to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York to represent General Motors Corporation ("General Motors"), a creditor in the above-captioned chapter 11 cases, pursuant to Local Rule 2090-1(b) of the United States District Court for the Southern District of New York.  In support of the Motion, Movant states as follows:

        1.        Mr. Weiss is a member in good standing of the Bar of the State of Michigan, and admitted to practice before the United States District Court for the Eastern District of Michigan and the United States District Court for the Western District of Michigan.  There are no disciplinary proceedings pending in any court against him.

        2.        In support of the relief requested in this Motion, attached as Exhibit A is a certificate pursuant to Local Rule 2090-1(b) of the United States District Court for the Southern District of New York.

        3.        Movant requests that this Court approve this Motion so that Mr. Weiss may file pleadings and appear and be heard at hearings in these chapter 11 cases.

        4.        No previous request for the relief sought herein has been made to this or any other Court.

WHEREFORE Movant respectfully requests that the Court enter an Order permitting Robert B. Weiss to appear *pro hac vice* in association with the Movant as counsel to General Motors in these chapter 11 cases and granting such other and further relief as is just.

Dated: New York, New York
October 24, 2005

/s/ Michael P. Kessler
Michael P. Kessler, Esq. (MK 7134)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for General Motors Corporation

**Exhibit A**

I certify that I am eligible for admission to this Court, am admitted to practice in the jurisdiction specified in the Motion, and am in good standing in such jurisdiction; I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of these chapter 11 cases, pursuant to Local Rule 2090-1(b) of the District Court for the Southern District of New York; and I have access to, or have acquired, a copy of the Local Rules of this Court and am generally familiar with such Rules.

Dated:  October 24, 2005
            Detroit, Michigan

/s/ Robert B. Weiss
Robert B. Weiss, Esq.
HONIGMAN MILLER SCHWARTZ
AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226-3506
Telephone: (313) 465-7000
Facsimile: (313) 465-8000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | : | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11 Case No.** |
| | : | |
| **DELPHI CORPORATION, <u>et al.</u>,** | : | **05-44481 (RDD)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------------x

**ORDER GRANTING MOTION PURSUANT**
**TO RULE 2090-1(b) OF THE LOCAL RULES OF THE**
**UNITED STATES DISTRICT COURT FOR THE SOUTHERN**
**DISTRICT OF NEW YORK FOR ADMISSION PRO HAC VICE**

Upon consideration of the Motion seeking admission *pro hac vice* of Robert B. Weiss to represent General Motors Corporation, a creditor in the above captioned chapter 11 cases, before the United States Bankruptcy Court for the Southern District of New York, as is more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and upon the Motion and all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that Robert B. Weiss is permitted to appear *pro hac vice* as counsel to General Motors Corporation in the above-captioned chapter 11 cases.

Dated: October __, 2005

_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

NY2:\1578488\02\XTYW02!.DOC\72240.5726