UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, ET AL., | Case No. 05-44481-RDD |
| Debtors. | (Jointly Administered) |

--------------------------------------------------------x

## CERTIFICATE OF SERVICE

Julie D. Dyas, being duly sworn, deposes and says:

I am not a party to the action. I am over the age of eighteen years and reside in New York, New York.

On October 25, 2005, I served a copy of the document listed below by causing true and correct copies of the same to be sent by first class mail, postage pre-paid to the persons listed on Exhibit A hereto, unless otherwise indicated:

JOINDER OF ARC AUTOMOTIVE, INC. IN LIMITED
OBJECTIONS TO DIP FINANCING MOTION AND INTERIM
DIP FINANCING ORDER AND REQUEST FOR ADEQUATE
PROTECTION FOR PRE-PETITION SETOFF RIGHTS.

                                                                                                                                                                            _/s/ Julie D. Dyas_
                                                                                                                                                                            Julie D. Dyas

Sworn to before me this 25th
day of October, 2005.

_/s/ Neal W. Cohen_
NOTARY PUBLIC
Neal W. Cohen
Notary Public, State of New York
No. 02CO5056426
Qualified in Nassau County
Commission Expires March 4, 2006

{00010280.1 / 0153-001}

# Exhibit A

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, Illinois 60606,
Att'n: John Wm. Butler, Jr., Esq.
attorneys for the Delphi Debtors

Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
Att'n: Douglas P. Bartner Esq.
attorneys for the Delphi Debtors

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Att'n: Donald S. Bernstein, Esq.
attorneys for the Agent and the Joint
Lead Arrangers re: Delphi

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Att'n: Kenneth S. Ziman, Esq., and Robert H. Trust, Esq.
attorneys for the Pre-Petition Agent re: Delphi

Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Att'n: Alicia M. Leonhard, Esq.
Re: Delphi