LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (*pro hac vice pending*)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
　　　　mitchell.seider@lw.com
　　　　mark.broude@lw.com

Proposed Attorneys for The Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK　　)
　　　　　　　　　　　) ss.:
COUNTY OF NEW YORK　)

　　　　Leslie Salcedo, being duly sworn, deposes and says:

　　　　1.　　I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

　　　　2.　　On October 25, 2005, I caused true and correct copies of the following documents to be served upon the parties on the annexed Service List in the manner indicated thereon.

- Statement of the Official Committee of Unsecured Creditors in Response to Debtors' Motion for Order Under 11 U.S.C. Sections 105, 361, 362, 363 and 364(c), 364(d) and

NY\1076486.1

364(e) and Fed. R. Bankr. P. 2002, 4001, and 9014 (I) Authorizing Debtors to Obtain Secured Postpetition Financing on Superpriority Secured and Priming Basis, (II) Authorizing Use of Cash Collateral, (III) Granting Adequate Protection to Prepetition Secured Lenders, (IV) Granting Interim Relief, and (V) Scheduling a Final Hearing Under Fed. R. Bankr. P. 4001 (b) and (c).

- Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Order Under 11 U.S.C. Sections 362, 503 and 546 and Fed. R. Bankr. P. 9019 Establishing Procedures for Treatment of Reclamation Claims.

- Statement of the Official Committee of Unsecured Creditors in Response to (A) Debtors' Motion for Order Under 11 U.S.C. Sections 105(a), 363, 364, 1107 and 1108 and Fed. R. Bankr. P. 6004 and 9019 Authorizing continuation of Vendor Rescue Program and Payment of Prepetition Claims of Financially Distressed Sole Source Suppliers without Contracts and (B) Motion for Order Under 11 U.S.C. Sections 105(a) and 363, 1107, and 1108 Authorizing (I) Payment of Prepetition Obligations to Foreign Creditors and (II) Financial Institutions to Honor and Process Related Checks and Transfer.

- Statement of the Official Committee of Unsecured Creditors in Response to Debtors' Motion for Order Under 11 U.S.C. Sections 363 and 553 Authorizing (I) Continued Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Cash Management System, (III) Continued Use of Existing Business Forms, (IV) Preservation and Exercise of Intercompany Setoff Rights, and (V) Grant of Administrative Status for Pospetition Intercomany Transactions.

- Statement of the Official Committee of Unsecured Creditors (I) In Support of the Motion for Order Authorizing the Debtors to Pay Prepetition Wages, Salaries and Benefits to

their Employees and Independent Contractors and (II) Requesting Adjournment of Hearing Solely with Respect to Certain Relief Sought in the Motion to the November 29, 2005 Omnibus Hearing Date.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
25th day of October, 2005

/s/ John W. Weiss
John W. Weiss
Notary Public, State of New York
No. 02WE6113201
Qualified in New York County
Commission Expires July 26, 2008

NY\1076486.1

# SERVICE LIST

**Via Hand Delivery and Facsimile**

| | |
|---|---|
| Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY  10017<br>Attn: Donald Bernstein<br>Fax: 212-450-3092 | Skadden, Arps, Slate, Meagher & Flom LLP<br>4 Times Square<br>PO Box 300<br>New York, NY  10036<br>Attn: John Wm. Butler<br>       Kayalyn A. Marafioti<br>       Thomas J. Matz<br>Fax: 212-735-2000 |
| Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY  10022<br>Attn: Douglas Barnter<br>       Jill Frizzley<br>Fax: 212-848-7179 | Simpson Thatcher & Barlett LLP<br>425 Lexington Avenue<br>New York, NY  10017<br>Attn: Kenneth S. Ziman<br>       Robert H. Trust<br>       William T. Russell, Jr.<br>Fax: 212-445-2502 |

**Via Overnight Mail and Facsimile**

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>333 W. Wacker Dr<br>Suite 2100<br>Chicago, IL  60606<br>Attn: John Wm. Butler<br>       John K. Lyons<br>       Ron E. Meisler<br>Fax: 312-704-0411 | Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI  48098<br>Attn: Sean Corcoran<br>       Karen Craft<br>Fax: 248-813-2670 |

**Via Overnight Mail**

| | |
|---|---|
| United States Trustee<br>33 Whitehall Street<br>Suite 2100<br>New York, NY  10004<br>Attn: Alicia M. Leonard | United States Trustee<br>33 Whitehall Street<br>Suite 2100<br>New York, NY  10004<br>Attn: Deirdre A. Martini |

NY\1076486.1