Allan S. Brilliant (AB 8455)
Emanuel C. Grillo (EG 1538)
Brian W. Harvey (BH 2518)
GOODWIN PROCTER LLP
Counsel for the Ad Hoc Committee
599 Lexington Avenue
New York, New York 10022
(212) 813-8800

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                         :
                                                               :    Chapter 11
                                                               :
DELPHI CORPORATION, et al.                                     :    Case No. 05-44481
                                                               :
                                    Debtors.                   :    Jointly Administered
                                                               :
---------------------------------------------------------------x

**NOTICE OF AMENDMENT TO ANNEX A TO VERIFIED STATEMENT PURSUANT
TO BANKRUPTCY RULE 2019 OF GOODWIN PROCTER LLP**

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that on October 24, 2005, the undersigned filed that certain Verified Statement Pursuant to Bankruptcy Rule 2019 of Goodwin Procter LLP (the "Statement").  Capitalized terms not defined herein have the meanings given to them in the Statement.

PLEASE TAKE FURTHER NOTICE that Annex A to the Statement, which sets forth a list of members of the Ad Hoc Committee, is hereby amended and restated in its entirety in the form attached hereto.

Dated: New York, New York
      October 26, 2005

                              GOODWIN PROCTER LLP

                              By: /s/ Brian W. Harvey

                              Allan S. Brilliant (AB 8455)
                              Emanuel C. Grillo (EG 1538)
                              Brian W. Harvey (BH 2518)
                              GOODWIN PROCTER LLP
                              599 Lexington Avenue
                              New York, New York 10022
                              (212) 813-8800
                              Counsel for the Ad Hoc Committee

ANNEX A

Quadrangle Master Funding Ltd.
375 Park Avenue, 14th Fl.
New York, NY  10152

DK Acquisition Partners LP
885 Third Avenue, Suite 3300
New York, NY  10022

Springfield Associates, LLC
Kensington International Limited
712 Fifth Avenue, 36th Fl.
New York, NY  10019

Cyrus Opportunities Master Fund II, Ltd.
c/o Cyrus Capital Partners
390 Park Avenue, 21st Floor
New York, NY  10022

Latigo Partners, L.P.
590 Madison Avenue, 9th Floor
New York, NY  10022

Canyon Capital Partners
9665 Wilshire Blvd.
Beverly Hills, CA  90212

D. E. Shaw Laminar Portfolios, L.L.C.
120 West 45th Street
39th Floor
New York, NY  10036

Special Situations Investing Group, Inc.
85 Broad Street
New York, NY  10004

Longacre Capital Partners (QP), L.P.
Longacre Master Fund, Ltd.
c/o Longacre Fund Management LLC
810 7th Avenue, 22nd Floor
New York,  NY 10019

Concordia Distressed Debt Fund LP
Concordia Mac 29 Ltd.
c/o Concordia Advisors LLC
1350 6th Avenue, Suite 3202
New York, NY  10019

Avenue Capital Group
535 Madison Avenue, 14th Floor
New York, NY  10022

LIBNY/4471150.1