UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
    In re                         :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                                        :
                                 Debtors.    :    (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

        Nicole A. Talma hereby declares, pursuant to 28 U.S.C. § 1746, and under penalties of perjury, the following:

        1.  I am employed by the law firm of Greenberg Traurig, LLP.

        2.  I am over 18 years of age and reside in New York, New York.  I am not a party to this action.

        3.  On October 25, 2005, I caused a true and correct copy of the **Objection of Duraswitch Industries, Inc. to Debtors' Motion for an Order Under 11 U.S.C. § 365(a) Authorizing Rejection of License Agreement With Duraswitch Industries, Inc.**, to be served upon the parties on the attached Service List at the addresses set forth by *Fed Ex delivery or e-mail.*

        4.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 25, 2005

                                                           /s/ Nicole A. Talma
                                                            Nicole A. Talma

# SERVICE LIST

**The following were served by *e-mail*:**

| | |
|---|---|
| jbutler@skadden.com | John Wm. Butler, Jr., Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606 |
| dbartner@shearman.com | Douglas P. Bartner, Esq.<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
| jfrizzley@shearman.com | Jill Frizzley, Esq.<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
| mwesley@stblaw.com | Marissa Wesley, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10022 |
| marlane.melican@dpw.com | Marlane Melican, Esq.<br>Davis Polk & Wardell<br>450 Lexington Avenue<br>New York, NY 10017 |
| robert.rosenberg@lw.com | Robert J. Rosenberg, Esq.<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022-4834 |

**The following were served by *Fed Ex*:**

| | |
|---|---|
| General Counsel<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098 | Marlane Melican, Esq.<br>Davis Polk & Wardell<br>450 Lexington Avenue<br>New York, NY 10017 |
| Alicia M. Leonard<br>United States Trustee for the<br>  Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 | Robert J. Rosenberg, Esq.<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022-4834 |

| | |
|---|---|
| John Wm. Butler, Jr., Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606 | Marissa Wesley, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10022 |
| Douglas P. Bartner, Esq.<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | |