ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, NY 10022
Telephone (212) 223-0400
Telecopy (212) 753-0396
Stuart A. Krause, Esq. (SK-3847)
Michael G. Insalaco, Esq. (MI-1435)

*Attorneys for Toyota Tsusho America, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, et al.,<br><br>                           Debtors. | Chapter 11<br><br>Case No.: 05-44481 (RDD)<br><br>(Jointly Administered)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK,
COUNTY OF NEW YORK,

        **Marion K. Millnamow**, being duly sworn, deposes and says:

        That deponent is not a party to the action, is over 18 years of age and resides in Nassau County, New York, that on the 26th day of October, 2005, deponent served a true copy of the following documents in the matter of the above-referenced bankruptcy case by depositing the same, in a properly enclosed post paid, properly addressed wrapper, in an official depository First Class Mail to the persons set forth below:

        **NOTICE OF RECLAMATION DEMAND TOGETHER WITH EXHIBIT A.**

        TO:
            Delphi Corporation
            Debtor
            5725 Delphi Drive
            Troy, MI 48098

John Wm. Butler, Jr.
Debtor's Counsel
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285

Alicia M. Leonhard , Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Robert J. Rosenberg, Esq.
The Official Committee Of Unsecured Creditors
*Creditor Committee*
Latham & Watkins
885 Third Avenue
New York, NY 10022

                                                        **Marion K. Millnamow**

Sworn to before me this
26th day of October, 2005

Notary Public, State of New York

**KIM SHAKESPEARE**
Notary Public, State of New York
No. 01SH6116209
Qualified in Queens County
Commission Expires September 20, 2008