CLEARY GOTTLIEB STEEN & HAMILTON LLP
Attorneys for Cordaflex, S.A. de C.V.
One Liberty Plaza
New York, NY 10006
Deborah M. Buell (3562)
(212) 225-2770

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | | (Jointly Administered) |
| | : | |
| Debtors. | | CERTIFICATE OF SERVICE |
| | : | |

------------------------------------------------------------------------ X

       I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       1. On the 25th day of October 2005, the Joinder of Arneses Electronics Automotrices, S.A. De C.V. and Condaflex, S.A. De C.V. in Limited Objections to Dip Financing Motion and Interim Dip Financing Order, and Request for Adequate Protection for Pre-Petition Setoff Rights as well as Preservation of Reclamation Rights, dated October 25, 2005 was served by hand, Federal Express and by facsimile, as indicated, upon:

       ***By Fax and FedEx***
       John Wm. Butler, Esq,
       Skadden, Arps, Slate, Meagher & Flom LLP
       333 West Wacker Drive, Suite 2100
       Chicago, IL 60606
       Fax: 312-407-0411

***By Fax and FedEx***
Sean Corcoran
Delphi Corporation
5725 Delphi Drive
Troy, MI 48908
Fax:  248-813-2670

***By Hand***
Kayalyn A. Marafioti, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

***By Hand***
Douglas P. Bartner, Esq.
Shearman & Sterling LLP
599 Lexington Ave
New York, NY 10022

***By Hand***
Donald S. Bernstein, Esq.
Davis Polk & Wardwell
450 Lexington Ave
New York, NY 10017

***By Hand***
Kenneth S. Ziman, Esq.
Robert H. Trust, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

***By Hand***
Robert J. Rosenberg, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802

***By Hand***
Alicia M. Leonard, Esq.
Office of the United States Trustee
33 Whitehall Street
New York, NY 10004


Dated: New York, New York
October 25, 2005

                                                /s/Richard V. Conza
                                                 Richard V. Conza