KLESTADT & WINTERS, LLP
Tracy L. Klestadt (TK-3591)
292 Madison Avenue, 17th Floor
New York, NY 10017-6314
(212) 972-3000
Counsel for Detroit Heading, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
In re:                           :
                                 :  Chapter 11
                                 :
DELPHI CORPORATION, et al.,      :  Case No. 05-44481 (RDD)
                                 :
            Debtors.             :  Jointly Administered
---------------------------------x

## NOTICE OF RECLAMATION DEMAND OF DETROIT HEADING, LLC

PLEASE TAKE NOTICE that the attached reclamation demand was served on October 24, 2005 by Detroit Heading, LLC on the above-captioned Debtors and on October 26, 2005 on their counsel. A copy of the demand is attached hereto and incorporated herein by this reference.

Dated: New York, New York
       October 26, 2005

                                KLESTADT & WINTERS, LLP
                                Counsel for Detroit Heading, LLC

                                By: __/s/Tracy L. Klestadt_____
                                    Tracy L. Klestadt (TK-3591)
                                292 Madison Avenue, 17th Floor
                                New York, New York 10017
                                (212) 972-3000

LIBNY/4457965.3

# Detroit Heading, LLC

*Manufacturers of Standard and Special Cold Headed Products*

6421 LYNCH RD • DETROIT, MICHIGAN 48234 • (313) 267-2240 • Fax (313) 267-2061

October 24, 2005

Delphi World Headquarters
ATTN: Christine Cattell
5725 Delphi Dr.
Troy, MI 48098
Mail Code 483.400.216

Dear Ms. Cattell

Detroit Heading, LLC believes that Delphi has received goods on credit from Detroit Heading, LLC while Delphi may have been insolvent. Pursuant to Section 2-702 of the Uniform Commercial Code and other applicable law, demand is hereby made by Detroit Heading, LLC to reclaim all goods by Delphi on and after September 18, 2005.

Documentation regarding the identity and purchase price of the goods enclosed.

We demand that you immediately segregate all of the goods which we have sold to you or allow us to take an inventory of the product we have sold to you for purposes of determining the goods subject to reclamation as of the petition date. We further demand that you either return these goods to us or allow and pay the amounts due as an administrative claim in accordance with section 546© of the Bankruptcy Code or in such manner as any reclamation order entered by the Bankruptcy Court directs.

We do not intend this letter to violate the automatic stay provided for in 11 U.S.C. 362. Instead it is intended to be the nature of the type of notice provided for in 11U.S.C. 546©.

Your immediate written response to this reclamation claim is required. If Delphi is not insolvent within the meaning of Section 2-207 of the Uniform Commercial Code, please advise us immediately in writing.

Very truly your,

Daniel J. Stawinski
Treasurer

# DETROIT HEADING, LLC

## DELPHI RECLAMATION INVOICES

| CUSTOMER # | ENTITY | DELPHI ENTITY | INVOICE # | DATE | AMOUNT | | |
|---|---|---|---|---|---|---|---|
| 5024 | DETROIT HEADING, LLC | DELPHI SAGINAW STEERING | 173484 | 9/21/2005 | 3052.69 | | |
| 5024 | DETROIT HEADING, LLC | DELPHI SAGINAW STEERING | 173994 | 9/27/2005 | 3052.69 | | |
| 5024 | DETROIT HEADING, LLC | DELPHI SAGINAW STEERING | 175107 | 10/11/2005 | 339.19 | 8,379.81 | |
| 5053 | DETROIT HEADING, LLC | DELPHI SAGINAW STEERING | 173391 | 9/20/2005 | 842.02 | | |
| 5053 | DETROIT HEADING, LLC | DELPHI SAGINAW STEERING | 173470 | 9/20/2005 | 140.34 | | |
| 5053 | DETROIT HEADING, LLC | DELPHI SAGINAW STEERING | 173485 | 9/21/2005 | 952.88 | | |
| 5053 | DETROIT HEADING, LLC | DELPHI SAGINAW STEERING | 173564 | 9/21/2005 | 140.34 | | |
| 5053 | DETROIT HEADING, LLC | DELPHI SAGINAW STEERING | 173565 | 9/21/2005 | 1,007.33 | | |
| 5053 | DETROIT HEADING, LLC | DELPHI SAGINAW STEERING | 173567 | 9/21/2005 | 1,905.73 | | |
| 5053 | DETROIT HEADING, LLC | DELPHI SAGINAW STEERING | 173596 | 9/22/2005 | 1,851.30 | | |
| 5053 | DETROIT HEADING, LLC | DELPHI SAGINAW STEERING | 173655 | 9/22/2005 | 3,267.00 | | |
| 5053 | DETROIT HEADING, LLC | DELPHI SAGINAW STEERING | 173777 | 9/23/2005 | 1,606.28 | | |
| 5053 | DETROIT HEADING, LLC | DELPHI SAGINAW STEERING | 173896 | 9/26/2005 | 1,660.73 | | |
| 5053 | DETROIT HEADING, LLC | DELPHI SAGINAW STEERING | 173991 | 9/27/2005 | 4,982.18 | | |
| 5053 | DETROIT HEADING, LLC | DELPHI SAGINAW STEERING | 174194 | 9/29/2005 | 1,660.73 | 16,420.89 | |
| 5053 | DETROIT HEADING, LLC | DELPHI SAGINAW STEERING | 174541 | 10/4/2005 | 140.34 | | |
| 5053 | DETROIT HEADING, LLC | DELPHI SAGINAW STEERING | 174548 | 10/4/2005 | 701.69 | | |
| 5053 | DETROIT HEADING, LLC | DELPHI SAGINAW STEERING | 174554 | 10/5/2005 | 1,197.90 | | |
| 5053 | DETROIT HEADING, LLC | DELPHI SAGINAW STEERING | 174755 | 10/7/2005 | 1,470.15 | | |
| 5053 | DETROIT HEADING, LLC | DELPHI SAGINAW STEERING | 174977 | 10/10/2005 | 982.36 | | |
| 5053 | DETROIT HEADING, LLC | DELPHI SAGINAW STEERING | 174986 | 10/10/2005 | 3,212.55 | 9,365.72 | |
| 5053 | DETROIT HEADING, LLC | DELPHI SAGINAW STEERING | 175109 | 10/11/2005 | 1,606.28 | | |
| 5053 | DETROIT HEADING, LLC | DELPHI SAGINAW STEERING | 175111 | 10/11/2005 | 140.34 | | |
| 5053 | DETROIT HEADING, LLC | DELPHI SAGINAW STEERING | 175226 | 10/12/2005 | 3,212.55 | 4,959.17 | 39,125.59 |