Michael L. Schein (MS-0241)
MINTZ LEVIN COHN FERRIS
 GLOVSKY AND POPEO, P.C.
666 Third Avenue
New York, New York 10017
(212) 935-3000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re                                                        :
                                                             :
                                                             :   Chapter 11
                                                             :
DELPHI CORPORATION, et al.,                                  :   Case No. 05-44481 (RDD)
                          Debtors.                           :
                                                             :   Jointly Administered
                                                             :
------------------------------------------------------------ x

## NOTICE OF SUBSTITUTION OF COUNSEL AND
## APPEARANCE, AND REQUEST FOR ADDITION TO MASTER
## SERVICE LIST AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the law firm of Mintz Levin Cohn Ferris Glovsky And Popeo, P.C. ("Mintz Levin") has replaced the law firm of Spector & Ehrenworth, P.C. as counsel to Hitachi Automotive Products (USA), Inc. ("HAP"), a creditor and supplier with respect to the above-captioned debtors ("Debtors"), and hereby appears in the above-captioned cases ("Cases") pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), and demands, pursuant to Bankruptcy Rules 2002, 9007 and 9010 and sections 102(1), 342 and 1109(b) of chapter 11, title 11 of the United States Code ("Bankruptcy Code"), that all notices given or required to be given in these Cases and all papers served or required to be served in these Cases be given to and served upon the undersigned at the following office address, telephone number and e-mail address:

>Michael L. Schein, Esq.
>Mintz Levin Cohn Ferris Glovsky And Popeo, P.C.
>666 Third Avenue
>New York, NY 10017

>Tel. No. (212) 935-3000
>Fax. No. (212) 983-3115
>E-Mail: mlschein@mintz.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Paragraph 15(f) of the Case Management Order dated October 14, 2005, HAP, by and through its attorneys, Mintz Levin, requests that HAP, at the aforementioned address, be added to the Master Service List maintained in these Cases.

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, e-mail or otherwise, which affect the Debtors or property of the Debtors.

PLEASE TAKE FURHTER NOTICE that this Notice of Substitution of Counsel and Appearance, and Request for Addition to Master Service List and Demand for Service of Papers shall not be deemed to be a waiver of HAP's right (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these Cases or any case, controversy, or proceeding related to these Cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, setoffs, or recoupments to

2

which HAP is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments HAP expressly reserves.

Dated: New York, New York
October 26, 2005

>*Attorneys for Hitachi Automotive Products (USA), Inc.*
>
>MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
>
>By: *s/Michael L. Schein*
>Michael L. Schein (MS-0241)
>666 Third Avenue
>New York, New York 10017-4011
>Tel. No. 212-935-3000
>Fax. No. 212-983-3115
>Email: mlschein@mintz.com

NYC 341309v1