VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone:  (614) 464-6400
Facsimile:  (614) 464-6450
Robert J. Sidman, Esq. (Ohio-0017390) (*pro hac vice* motion pending)
rjsidman@vssp.com
Tiffany Strelow Cobb (Ohio-0067516) (*pro hac vice* motion pending)
tscobb@vssp.com

Attorneys for Honda of America Manufacturing, Inc. and its affiliates
The Worthington Steel Company, Worthington Steel of Michigan, Inc.,
YUSA Corporation, and A. Schulman, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: § | |
| § | Case No: 05-44481-rdd |
| DELPHI CORPORATION, et al. § | Jointly Administered |
| § | |
| Debtors. § | |
| § | |

**VERIFIED STATEMENT PURSUANT TO RULE 2019 OF THE BANKRUPTCY CODE**

Vorys, Sater, Seymour and Pease LLP (the "Vorys Firm"), pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, hereby files this Verified Statement.

1. Name and address of creditors/parties in interest represented:

   Honda of America Manufacturing, Inc. and its affiliates
   The Worthington Steel Company
   Worthington Steel of Michigan, Inc.
   YUSA Corporation
   A. Schulman, Inc.

2. Nature and amount of claim or interest and time of acquisition thereof unless it is alleged to have been acquired more than one year prior to the filing of the petition.

A.  Honda of America Manufacturing, Inc. and its affiliates may be asserting claims in this Chapter 11 case with an amount that has not yet been determined. Counsel has been retained by these creditors to represent it in all matters regarding this Chapter 11 proceeding at its normal and customary hourly rates.

B.  The Worthington Steel Company and Worthington Steel of Michigan, Inc. may be asserting claims in this Chapter 11 case with an amount that has not yet been determined. Counsel has been retained by these creditors to represent it in all matters regarding this Chapter 11 proceeding at its normal and customary hourly rates.

C.  YUSA Corporation of 151 Jamison Road SW, Washington C.H., Ohio 43160 may be asserting a claim(s) in this Chapter 11 case with an amount(s) that has not yet been determined. Counsel has been retained by these creditors to represent it in all matters regarding this Chapter 11 proceeding at its normal and customary hourly rates.

D.  A. Schulman, Inc. may be asserting claims in this Chapter 11 case with an amount that has not yet been determined. Counsel has been retained by this creditor to represent it in all matters regarding this Chapter 11 proceeding at its normal and customary hourly rates.

3.  A recital of pertinent facts and circumstances in connection with the employment of the entity or entities at whose instance, directly or indirectly, the employment was arranged.

The Vorys Firm has represented each of the above creditors/parties in interest for a number of years on a variety of matters and was asked by each of these related entities to represent each in this Chapter 11 case.

4.  With reference to the time of the employment of the entity, the organization or formation of the committee, or the appearance in the case, the amounts of claims or interests owned by the entity, the times when acquired, the amounts paid therefor, and any sales or other

disposition thereof.

This is not applicable to the Vorys Firm.

Respectfully submitted,

By: /s/ Tiffany Strelow Cobb
Robert J. Sidman, Esq. (0017390)
Tiffany Strelow Cobb, Esq. (0067516)
Vorys, Sater, Seymour, and Pease LLP
52 East Gay Street
Columbus, Ohio 43216
Phone: (614) 464-8322
Fax:    (614) 719-4663
E-mail: tscobb@vssp.com

## VERIFICATION

I, Tiffany Strelow Cobb, of the law firm of Vorys, Sater, Seymour, and Pease LLP, declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

/s/ Tiffany Strelow Cobb
Tiffany Strelow Cobb

STATE OF OHIO         )
                      )    ss.
COUNTY OF FRANKLIN    )

SWORN TO AND SUBSCRIBED TO in my presence, this 26th of October, 2005.

/s/ Elissa P. Litfin
Notary Public, State of Ohio
My commission expires on March 27, 2008

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 26th day of October, 2005, a copy of the preceding Verified Rule 2019 Statement was electronically filed through the Court's ECF system and served upon the attached Master Service List by regular U.S. mail and by operation of the Court's electronic filing system.  Parties may also access this filing through the Court's system.

/s/ Tiffany Strelow Cobb
Tiffany Strelow Cobb, Esq.

## MASTER SERVICE LIST

Delphi Corporation
Attn: Sean Corcoran, Karen Craft
5725 Delphi Drive
Troy, MI 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John W. Butler, Jr., John K. Lyons, Ron E. Meisler
Attorneys for the Debtors
333 West Wacher Drive
Chicago, IL 60606

Skadden, Arps, Slate Meagher & Flom LLP
Attn: Kayalyn A. Marafioit, Thomas J. Matz
Attorneys for the Debtors
Four Times Square
New York, New York 10036

Shearman & Sterling LLP
Attn: Douglas Bartner, Jill Frizzley
Local Counsel to Debtors
599 Lexington Avenue
New York, NY 10022

Latham & Watkins LLP
Attn: Robert J. Rosenberg
Attorneys for Creditors' Committee
885 Third Avenue, Suite 1000
New York, NY 10022-4834

The Office of the U.S. Trustee
Attn: Alicia M. Leonard, Deirdre A. Martin
33 Whitehall Street, 21st Floor
New York, New York 10004-2111

Davis Polk & Wardwell
Attn: Donald Bernstein
Postpetition Administrative Agent
450 Lexington Avenue
New York, NY 10017

Simpson Thatcher & Bartlett LLP
Attn: Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr.
Prepetition Administrative Agent
425 Lexington Avenue
New York, NY 10017

JP Morgan Chase Bank, N.A.
Attn: Clifford Trapani, Khuyen Ta
Pre/Postpetition Administrative Agents
1111 Fannin, 10th Floor
Houston, TX 77002

JP Morgan Chase Bank, N.A.
Attn: Gianni Russello, Thomas F. Maher, Richard Duker, Vilma Francis
Pre/Postpetition Administrative Agents
270 Park Avenue
New York, NY 10017

Capital Research and Management Company
Attn: Michelle Robson
11100 Santa Monica Blvd, 15th Floor
Los Angeles, CA 90025

Cohen Weiss & Simon
Attn: Bruce Simon
330 W. 42nd Street
New York, NY 10036

Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn: Steven J. Reisman
101 Park Avenue
New York, NY 10176-0061

Electronic Data Systems Corp.
Attn: Michael Nefkens
5505 Corporate Drive MSIA
Troy, MI 48098

Flextronics International Asia-Pacific Ltd.
c/o Flextronics International USA Inc.
Attn: Paul W. Anderson
2090 Furtune Drive
San Jose, CA 95131

Freescale Semiconductor, Inc.
Attn: Richard Lee Chambers, II
6501 William Cannon Drive West
MD OE16
Austin, TX 78735

FTI Consulting, Inc.
Attn: Randall S. Eisenberg
3 Times Square, 11th Floor
New York, NY 10036

General Electric Company
Attn: Valerie Venable
One Plastics Avenue
Pittsfield, MA 01201

−5−

General Motors Corporation
Attn: John Devine
300 Renaissance Center
P.O. Box 300
Detroit, MI 48265

Hodgson Russ LLP
Attn: Stephen H. Gross
152 W. 57th Street, 35th Floor
New York, NY 10019

Internal Revenue Service
Attn: Insolvency Dept.
477 Michigan Avenue, Mail Stop 15
Detroit, MI 48226

Jeffries & Company, Inc.
Attn: William Q. Derrough
520 Madison Avenue, 12th Floor
New York, NY 10022

Mesirow Financial
Attn: Melissa Knolls
321 N. Clark Street, 13th Floor
Chicago, IL 60601

Office of New York State
Attorney General Eliot Spitzer
120 Broadway
New York, NY 10271

O'Melveny & Meyer LLP
Attn: Tom A. Jerman, Rachel Janger
1625 Eye Street, NW
Washington, DC 20006

Philips Nizer LLP
Attn: Sandra A. Riemer
666 Fifth Avenue
New York, NY 10103

Securities and Exchange Commission
Reorganization Branch
233 Broadway
New York, NY 10279

Stevens & Lee, PC
Attn: Chester B. Salomon, Constantine D. Pourakis
485 Madison Avenue, 20th Floor
New York, NY 10022

Wilmington Trust Company
Attn: Steven M. Cimalore
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

Groom Law Group
Attn: Lonie A. Hasse
1701 Pennsylvania Avenue, NW
Washington, DC 20006

Internal Revenue Service
Attn: Insolvency Dept.
290 Broadway, 5th Floor
New York, NY 10007

IUE-CWA
Attn: Hunry Reichard
2360 W. Dorothy Lane, Suite 201
Dayton, OH 45439

Kurtzman Carson Consultants
Attn: James Le
12910 Culver Blvd, Suite 1
Los Angeles, CA 90066

Morrison Cohen LLP
Attn: Joseph T. Moldovan
909 Third Avenue
New York, NY 10022

O'Melveny & Meyer LLP
Attn: Robert Seigel
400 South Hope Street
Los Angeles, CA 90071

Pension Benefit Guaranty Corp.
Attn: Jeffrey Cohen, Ralph L. Landy
1200 K Street, NW, Suite 340
Washington, DC 20005

Rothchild Inc.
Attn: David L. Resnick
1251 Avenue of the Americas
New York, NY 10020

Seyfarth Shaw LLP
Attn: Robert W. Dremluk
1270 Avenue of the Americas, Suite 2500
New York, NY 10020-1801

Togut, Segal & Segal LLP
Attn: Albert Togut
One Penn Plaza, Suite 3335
New York, NY 10119