UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: : | CASE NO. 05-44481 |
| DELPHI CORPORATION, ET AL : | |
| : | CHAPTER 11 |
| Debtors : | |
| : | |

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, W. Joe Wilson, a member in good standing of the bar in the State of Connecticut and the bar of the United States District Court for the District of Connecticut, request admission, **pro hac vice**, before the Honorable Arthur J. Gonzalez, to represent Barnes Group Inc., creditor and party in interest in the above-referenced case. My address is:

> W. Joe Wilson
> Tyler Cooper & Alcorn, LLP
> CityPlace – 35th Floor
> Hartford, CT  06103-3488
> Tel:  (860) 725-6200
> Fax:  (860) 278-3802
> e-mail: jwilson@tylercooper.com

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice **pro hac vice**.

Dated October 26, 2005           BARNES GROUP INC.
Hartford, CT

By: _____
W. Joe Wilson
Fed Bar No. ct 22292
TYLER COOPER & ALCORN, LLP
CityPlace – 35th Floor
Hartford, CT  06103-3488
Tel:  (860) 725-6200
Fax:  (860) 278-3802
e-mail: jwilson@tylercooper.com

## ORDER

**IT IS ORDERED,**
That W. Joe Wilson, Esq. is admitted to practice, **pro hac vice**, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2005         _____
    New York, NY                               Arthur J. Gonzales
                                            United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

This is to certify that on the 26th day of October, 2005, I served a copy of the above Motion for Admission to practice, Pro Hac Vice upon the parties on the following Service List by Electronic Noticing and by U.S. Mail, postage prepaid, as indicated below:

_____
W. Joe Wilson

Delphi Corporation
Attn: Sean Corcoran, Karen Craft
5725 Delphi Drive
Troy, MI 48098

Skadden Arps, Slate Meagher & Flom LLP
Attn: Johwn W. Butler, Jr., John K. Lyons, Ron E. Meisler
Attorneys for the Debtors
333 West Wacker Drive
Chicago, IL 60606

Skadden Arps, Slate Meagher & Flom LLP
Attn: Kayalyn A. Marafioit, Thomas J. Matz
Attorneys for the Debtors
Four Times Square
New York, NY 10036

Shearman & Sterling LLP
ATTN: Douglas Bartner, Jill Frizzley
Local Counsel to Debtors
599 Lexington Avenue
New York, NY 10022

Latham & Watkins LLP
Attn: Robert J. Rosenberg
Attorneys for Creditors' Committee
885 Third Avenue, Suite 1000
New York, NY 10022-4834

The Office of the U.S. Trustee
Attn: Alicia M. Leonard, Deirdre A. Martin
33 Whitehall street, 21st Floor
New York, NY 10004-2111

Davis Polk & Wardwell
Attn: Donald Bernstein
Postpetition Administrative Agent
450 Lexington Avenue
New York, NY 10017

Simpson Thatcher & Barlett, LLP
Attn: Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr.
Prepetition Administrative Agent
425 Lexington Avenue
New York, NY 10017

JP Morgan Chase Bank, N.A.
Attn: Clifford Trapani, Khuyen Ta
Pre/Postpetition Administrative Agents
1111 Fannin – 10th Floor
Houston, TX 77002

JP Morgan Chase Bank, N.A.
ATTN: Gianni Russello, Vilma Francis
Pre/Postpetition Administrative Agents
270 Park Avenue
New York, NY 10017

Capital Research and Management Company
Attn: Michelle Robson
11100 Santa Monica Blvd, 15th Floor
Los Angeles, CA  90025

Curtis, Mallet-Prevots, Colt & Mosle LLP
Attn: Steven J. Reisman
101 Park Avenue
New York, NY  10176-0061

Flextronics International Asia-Pacific Ltd
C/o Flextronics International USA Inc.
Attn: Paul W. Anderson
2090 Fortune Drive
San Jose, CA  95131

FTI Consulting, Inc.
Attn: Randall S. Eisenberg
3 Times Square, 11th Floor
New York, NY  10036

General Motors Corporation
Attn: John Devine
300 Renaissance Center
P.O. Box 300
Detroit, MI  48265

Hodgson Russ LLP
Attn: Stephen H. Gross
152 W. 57th Street – 35th Floor
New York, NY  10018

Internal Revenue Service
Attn: Insolvency Dept.
477 Michigan Avenue, Mail Stop 15
Detroit, MI  48226

Jeffries & Company, Inc.
Attn: William Q. Derrough
520 Madison Avenue – 12th Floor
New York, NY  10022

Office of New York State
Attorney General Eliot Spitzer
120 Broadway
New York, NY  10271

Cohen Weiss & Simon
Attn: Bruce Simon
330 W. 42nd Street
New York, NY  10036

Electronic Data Systems Corp.
Attn: Michael Nefkens
5505 Corporate Drive MSIA
Troy, MI  48098

Freescale Semiconductor, Inc.
Attn: Richard Lee Chambers, II
6501 William Cannon Drive West
MD OE16
Austin, TX  78735

General Electric Company
Attn: Valerie Venable
One Plastics Avenue
Pittsfield, MA  01201

Groom Law Group
Attn: Lonie A. Hasse
1701 Pennsylvania Avenue, NW
Washington, DC  20006

Internal Revenue Service
Attn: Insolvency Dept.
290 Broadway – 5th Floor
New York, NY  10007

IUE-CWA
Attn: Henry Reichard
2360 W. Dorothy Lane, Suite 201
Dayton, OH  45439

Kurtzman Carson Consultants
Attn: James Le
12910 Culver Blvd. Suite 1
Los Angeles, CA  90066

O'Melveny & Meyer, LLP
Attn: Robert Seigel
400 South Hope Street
Los Angeles, CA  90071

O'Melveny & Meyer LLP
Attn: Tom A. Jerman, Rachel Janger
1625 Eye Street, NW
Washington, DC 20006

Philips Nizer, LLP
Attn: Sandra A. Riemer
666 Fifth Avenue
New York, NY 10103

Securities and Exchange Commission
Reorganization Branch
233 Broadway
New York, NY 10279

Stevens & Lee, PC
Attn: Chester B. Salomon, Constantine D. Pourakis
485 Madison Avenue – 20th Floor
New York, NY 10022

Wilmington Trust Company
Attn: Steven M. Cimarlore
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

Pension Benefit Guaranty Corp.
Attn: Jeffrey Cohen, Ralph L. Landy
1200 K Street, NW, Suite 340
Washington, DC 20005

Rothchild Inc.
Attn: David L. Resnick
1251 Avenue of the Americas
New York, NY 10020

Seyfarth Shaw LLP
Attn: Robert W. Dremluk
1270 Avenue of the Americas, Suite 2500
New York, NY 10020-1801

Togut, Segal & Segal LLP
Attn: Albert Togut
One Penn Plaza, Suite 3335
New York, NY 10119