## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 05-44481 |
| DELPHI CORPORATION, ET AL | : | |
| | : | CHAPTER 11 |
| Debtors | : | |

## <u>APPEARANCE</u>

NOW COMES W. Joe Wilson of Tyler Cooper & Alcorn, LLP and hereby enters his Appearance for and on behalf of Barnes Group Inc., creditor and party in interest in the above-captioned case.

Dated October ___, 2005

BARNES GROUP INC.

By: _____
W. Joe Wilson
Fed Bar No. ct 22292
TYLER COOPER & ALCORN, LLP
CityPlace – 35th Floor
Hartford, CT  06103-3488
Tel:  (860) 725-6200
Fax:  (860) 278-3802
e-mail: jwilson@tylercooper.com