KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Robert N. Michaelson, Esq. (RM-5925)
599 Lexington Avenue
New York, New York 10022
Telephone (212) 536-3900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:                                           :         Chapter 11
                                                 :         Case No. 05-44481 (RDD)
DELPHI CORPORATON, *et al*.,                     :         (Jointly Administered)
                                                 :         Hon. Robert D. Drain
                          Debtors.               :
                                                 :
                                                 :
                                                 :
--------------------------------------------------------X

### STATEMENT OF KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP PURSUANT TO BANKRUPTCY RULE 2019(a)

Kirkpatrick & Lockhart Nicholson Graham LLP ("K&LNG") hereby submits this statement pursuant to Fed. R. Banr. P 2019(a) identifying each creditor, equity security holder and indenture trustee K&LNG represents in this chapter 11 case. This information is not intended as substitute for any proof of claim or as a final statement of the exact nature of the claims or interests indentified herein or of the amounts that may be due by any of the Debtors in respect of such claims and interests. It is merely an estimate and subject to further confirmation.

| **Name** | **Type of Interest** | **Amount**[1] |
|---|---|---|
| Philips Semiconductors, Inc. and affiliates<br>1109 McKay Dr.<br>San Jose, CA 95131 | Trade | $8,269,632 |

---

[1] All trade debt was incurred within the one year period immediately preceding commencment of the Debtors' chapter 11 case.

NY-392552 v2

| | | |
|---|---|---|
| State Street Bank & Trust Co., State Street Financial Center One Lincoln Street Boston, MA 02111 | Trustee of the State Street Bank and Trust Company Company Stock Funds for Employee Benefit Trusts, a collective trust, in which the Delphi Automotive Systems Savings Trust and the General Motors Savings Plans Trust own units on behalf of the Delphi Automotive Systems Corporation Savings-Stock Purchase Program for Salaried Employees, the Delphi Personal Savings Plan for Hourly Rate Employees, the General Motors Savings-Stock Purchase Program, the General Motors Puersonal Savings Plans and the General Motors Insurance Security Plan | 24,370,940 shares of the Common Stock of Delphi Corporation |
| Wilmington Trust Company 1100 North Market Street Wilimington, DE 19890 | Successor Indenture Trustee under Instrument of Resignation and Acceptance dated as of 9/15/05 by and among Delphi Corporation, J.P. Morgan Trust Company and Wilimgton Trust Company with respect to certain Notes and Debentures described therein | $2 billion plus accrued and unpaid interest. |
| WESCO Distribution, Inc. Law Department--Suite 700 225 West Station Square Dr. Pittsburgh, PA 15219-1122 | Trade | $1,734,000 |
| Applied BioSystems 500 Old Connecticut Path Framingham, MA 01701 | Trade | $5,491,366 |
| PPG Industries, Inc. Law Department One PPG Place, 40th Floor Pittsburgh, PA 15272-0001 | Trade | $201,000 |

05-44481-rdd    Doc 688    Filed 10/26/05    Entered 10/26/05 15:54:57    Main Document
Pg 3 of 3

| | | |
|---|---|---|
| RSR Corporation<br>2777 Stemmons Freeway,<br>Suite 1800, Dallas, TX 75207 | Trade | undetermined |
| Sensus Precision Die Casting, Inc.<br>232 Hopkinsville Road,<br>Russellville, KY 42276 | Trade | $2,796,000 |

Dated: October 26, 2005

                                         KIRKPATRICK & LOCKHART
                                         NICHOLSON GRAHAM LLP
                                         599 Lexington Avenue
                                         New York, New York 10022
                                         Telephone (212) 536-3900

                                  By:   /              /s/
                                         Robert N. Michaelson (RM-5925)