Michael L. Schein
MINTZ LEVIN COHN FERRIS
 GLOVSKY AND POPEO, P.C.
666 Third Avenue
New York, New York 10017
(212) 935-3000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
In re                                                         :     Chapter 11
                                                              :
                                                              :     Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                                   :
                                                              :     Jointly Administered
                              Debtors.                        :
                                                              :
------------------------------------------------------------- x

**CERTIFICATE OF SERVICE**

I, Michael L. Schein, hereby certify that on this 26th day of October, 2005, I caused a copy of Notice of Substitution of Counsel and Appearance, and Request For Addition to Master Service List and Demand For Service of Papers to be served on the below parties in the manner indicated thereby.

**FIRST CLASS MAIL**

| | |
|---|---|
| Kathleen Farrell | John William Butler, Esq. |
| Clerk of the Court | Skaden, Arps, Slate, Meagher & Flom, LLP |
| United States Bankruptcy Court | 333 W. Wacker Drive, Suite 2100 |
| One Bowling Green, Sixth Floor | Chicago, IL 60606 |
| New York, New York 10004-1408 | |
| | |
| Diedre A. Martini, Esq. | Kayalyn A. Marafioti, Esq. |
| Alicia M. Leonard, Esq. | Thomas J. Matz, Esq. |
| Office of the United States Trustee | Skadden, Arps, Slate, Meagher & Flom, LLP |
| 33 Whitehall Street - 21st Floor | Four Times Square |
| New York, New York 10004 | New York, New York 10036 |
| | |
| Robert J. Rosenberg, Esq. | Allan S. Brilliant, Esq. and Brian W. Harvey, Esq. |
| Latham & Watkins LLP | Goodwin Procter LLP |
| 885 Third Avenue | 599 Lexington Avenue |
| New York, New York 10022 | New York, New York 10022 |

All Parties Listed On Debtors' Master
Service List Attached Hereto

                                      /s/*Michael L. Schein*
                                      Michael L. Schein