```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re
                                        Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,             (Jointly Administered)


                      Debtors.          Chapter 11
------------------------------------x
```

## MOTION FOR ADMISSION, *PRO HAC VICE*

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:

I, Ryan D. Heilman, a member in good standing of the bar of the state of Michigan and the United States District Court for the Eastern District of Michigan and the United States District Court for the Eastern District of Michigan, the Western District of Michigan and the Sixth Circuit Court of Appeals, request admission, *pro hac vice*, before this Court, to represent Omega Tool Corp., L&W Engineering Co., Southtec, LLC, DOTT Industries, Inc., ALPS Automotive, Inc., Pioneer Automotive Technologies, Inc., Lakeside Plastics Limited, Android Industries, Inc., Ai-Doraville, LLC, Ai-Genesee, LLC, Jason, Incorporated, Ortech Co., Aisin AW Co., Ltd.; AW Transmission Engineering U.S.A. Inc., Sumitomo Wiring Systems (U.S.A.), Inc., Magna International, Inc. ("Magna") and certain of Magna's Affiliates in the above-captioned jointly administered cases, and in any related adversary proceedings.

{00076678}

My address is Schafer and Weiner, PLLC, 40950 Woodward Avenue, Suite 100, Bloomfield Hills, MI 48304, and my telephone number is (248) 540-3340. My email address is RHeilman@schaferandweiner.com.

I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro hac vice*.

Dated:  Bloomfield Hills, MI
        October 24, 2005

_____
Ryan D. Heilman