**STERNS & WEINROTH**
**A Professional Corporation**
50 West State Street
Suite 1400
P. O. Box 1298
Trenton, New Jersey 08607-1298
(609) 392-2100
Attorneys For Doosan Infracore America Corp.
Jeffrey S. Posta, Esq. (JP-1300)

| | |
|---|---|
| In the matter of:<br><br><br><br>DELPHI CORPORATION, et al.,<br><br>Debtors. | **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK**<br><br>Hon. Robert D. Drain, U.S.B.J.<br><br>Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS ON BEHALF OF DOOSAN INFRACORE AMERICA CORP.** |

**PLEASE TAKE NOTICE** that the undersigned, attorneys for Doosan Infracore America Corp., hereby request pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, that all notices to be given or required to be served in this case, be given and served upon the undersigned at the following address:

> Jeffrey S. Posta, Esquire
> **Sterns & Weinroth, P.C.**
> 50 West State Street, Suite 1400
> P.O. Box 1298
> Trenton, New Jersey 08607-1298
> Telephone:  (609) 989-5008
> Facsimile:   (609) 392-7956
> Email:  jposta@sternslaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices regarding any applications, motions, petitions, pleadings, legal memoranda, complaints, or demands transmitted or conveyed by mail, personal delivery, telephone, telegraph, telex, telecopy or otherwise which affect the Debtors or property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand shall also include, without limitation, all orders and notices regarding any applications, motions, pleadings, legal memoranda, complaints or demands filed in any adversary proceedings whether preceding or subsequent to the date of this Notice which affect the Debtors or property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither the filing of this Notice of Appearance nor any later pleading, Proof of Claim, claim or suit shall constitute a waiver of: (i) the right to have final orders in noncore matters entered only after de novo review by a District Judge; (ii) the right to a trial by jury; (iii) the right to have the District Court withdraw the reference of any matter; (iv) any objection to the jurisdiction of this Bankruptcy Court; (v) an election of remedy; or (vi) any other rights, claims, defenses, setoffs or recoupments, in law or in equity, all of which are expressly reserved.

          **STERNS & WEINROTH,**
          **A Professional Corporation**
          Attorneys for Doosan Infracore
          America Corp.

          By:  /s/ Jeffrey S. Posta
Dated: October 26, 2005          Jeffrey S. Posta