**MILLER JOHNSON**
250 Monroe Avenue, N.W., Suite 800
PO Box 306
Grand Rapids, Michigan  49501-0306
(616) 831-1700
Thomas P. Sarb (P-27520)
(Motion for Admission *Pro Hac Vice* pending)
**Attorneys for Benteler Automotive Corp.**


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| IN RE: | Case No. 05-44481-RDD |
| DELPHI CORPORATION, et al., | Chapter 11 |
| | (Jointly Administered) |
| Debtors. | |

-----------------------------------------------------------x

### JOINDER OF BENTELER AUTOMOTIVE CORP. IN LIMITED OBJECTIONS TO DIP FINANCING MOTION AND INTERIM DIP FINANCING ORDER AND REQUEST FOR ADEQUATE PROTECTION FOR PRE-PETITION SETOFF RIGHTS

Benteler Automotive Corp. ("Benteler") hereby joins in the limited objections filed with respect to the Debtors' Motion for Interim and Final Orders under Sections 105, 361, 362, 363(c), 365(c)(1), 364(c)92), 364(c)(3), 364(d)(1) and 365(e) and Fed.R.Bankr.P. 2002, 4001, and 9014 Authorizing Debtors to Obtain Secured Postpetition Financing on Superpriority Secured and Priming Basis, etc. (the "DIP Motion") and the Interim Order with respect thereto and requests adequate protection for its pre-petition setoff rights.  Benteler specifically joins in the limited objections filed by Robert Bosch Corporation and affiliates (Docket No. 428); Mercedes-Benz U.S. International, Inc. (Docket No. 435); Venture Plastics, Inc. (Docket No. 436); Calsonic Kansei North America, Inc. (Docket No. 442); DaimlerChrysler Motors Company (Docket No. 450); Decatur Plastic Products, Inc. (Docket No. 451); Gibbs Die Casting Corporation (Docket No. 455); Loreston Manufacturing Company, Inc. (Docket No., 458);

Autocam Corporation (Docket No. 459); Lorentson Manufacturing Company Southwest, Inc. (Docket No. 461); Freescale Semiconductor, Inc. (Docket No. 501); Hitachi Automotive Products (USA), Inc. (Docket No. 591); and numerous others, with respect to their request that the right of setoff be preserved for all suppliers to the Debtors.

Benteler is a supplier to one or more of the Debtors. One or more of the Debtors are indebted to Benteler for goods manufactured and sold by Benteler to one or more of the Debtors. Benteler, without conceding any liability, and for the limited purpose of this objection, acknowledges that it may be indebted to one or more of the Debtors for various purchases, credits, rebates, overpayments, or other sums. As such, Benteler has a valid right of setoff with respect to such claims involving one or more of the Debtors.

MILLER JOHNSON
Attorneys for Benteler Automotive Corp.

Date: October 26, 2005        By /s/ Thomas P. Sarb
                                            Thomas P. Sarb (P-27520)
                                            Robert D. Wolford (P62595)
                                     Business Address:
                                            250 Monroe Avenue, N.W., Suite 800
                                            PO Box 306
                                            Grand Rapids, Michigan  49501-0306
                                     Telephone:  (616) 831-1726
                                     ecfsarbt@millerjohnson.com