**STERNS & WEINROTH**
A Professional Corporation
50 West State Street
Suite 1400
P. O. Box 1298
Trenton, New Jersey 08607-1298
(609) 392-2100
Attorneys For Doosan Infracore America Corp.
Jeffrey S. Posta, Esq. (JP-1300)

| | |
|---|---|
| In the matter of:<br><br><br>DELPHI CORPORATION, <u>et al.</u>,<br><br>Debtors. | UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK<br><br>Hon. Robert D. Drain, U.S.B.J.<br><br>Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered)<br><br>**NOTICE OF RECLAMATION DEMAND OF DOOSAN INFRACORE AMERICA CORP.** |

**PLEASE TAKE NOTICE** that a Notice of Reclamation Demand on behalf of Doosan Infracore America Corp. was served on the Debtors on October 21, 2005 pursuant to Section 546 of the Bankruptcy Code and the Order Establishing Procedures for the Treatment of Reclamation Claims entered on October 13, 2005. A true copy of the Notice of Reclamation Demand is attached hereto as Exhibits A and B and incorporated herein by reference.

                                                **STERNS & WEINROTH,**
                                                **A Professional Corporation**
                                                Attorneys for Doosan Infracore
                                                America Corp.

                                                By:  <u>/s/ Jeffrey S. Posta</u>
Dated: October 26, 2005                            Jeffrey S. Posta