# STERNS & WEINROTH
A PROFESSIONAL CORPORATION
## COUNSELORS AT LAW
50 WEST STATE STREET
SUITE 1400
P.O. BOX 1298
TRENTON, NEW JERSEY 08607-1298
(609) 392-2100
FACSIMILE
(609) 392-7956
WWW.STERNSLAW.COM

Writer's Direct Line: (609) 989-5008
e-mail: jposta@sternslaw.com

File No. 51180-59

October 21, 2005

John Wm. Butler Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

**Re:    Delphi Corporation
Case No. 05-44181 (RDD)
<u>Reclamation Claim of Doosan Infracore America Corp.</u>**

Dear Mr. Butler:

The undersigned is counsel for Doosan Infracore America Corp. ("Doosan") in reference to the above matter. Pursuant to the Order Establishing Procedures for the Treatment of Reclamation Claims entered by the Court on October 13, and 11 U.S.C. Section 546 and applicable state law, please accept this as the Reclamation Demand of Doosan for the Goods described in the attached Invoices (Invoice # 798522, 799406-M98, 799465, 799853, 801359, 801360, 801778, 802525, & 802526). Please contact me if you have any questions.

Very truly yours,

<u>/s/Jeffrey S. Posta</u>
Jeffrey S. Posta

JSP/md
Encls.

CC: Kayalyn A. Marafiota, Esq.
    Robert J. Rosenberg, Esq.