# INVOICE

**Doosan Infracore America Corp.**
2905 SHAWNEE INDUSTRIAL WAY
SUWANEE, GA 30024-3633
Phone: (770)831-2200  FAX: (770)831-1040

Customer: MOH74A
Order No: 601033
Date: 09/15/05

Invoice No: 798522
Page: 1  REPRINT

**SOLD TO:**

DELPHI
DELPHI CHASSIS - SAGINAW OPS
2328 EAST GENESSEE
ATTN:
SAGINAW MI 48601

**SHIP TO:**

DELPHI CHASSIS SAGINAW # 41048
2328 E GENESEE
SAGINAW MI 48601
USA

===

Date Shipped: 09/15/05   P/O No: 450135185   Ship Via:        FOB Point: ORIGIN
Terms: NET 60 DAYS       Sales Person:        Territory:

| PART NO. | DESCRIPTION | ORD Qty | SHIP Qty | BKO Qty | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|
| 9MTS2000001245 | SLIDE RAIL 26 X 28 X 360 | 2 | 1 | 0 | 111.78 | 111.78 | |
| 9MTS2000001245 | SLIDE RAIL 26 X 28 X 360 | 2 | 1 | 0 | 111.78 | 111.78 | |
| 9MTSR28212B | VALVE DISTRIBUTOR  R28212B  DMP | 2 | 2 | 0 | 41.47 | 82.94 | |
| 9MTSC37016084 | KEY CHANGER ARM | 8 | 8 | 0 | 51.30 | 410.40 | |
| 9MTSC37041073E | COVER ROLL VERTICAL  C37041073E DMP | 1 | 1 | 0 | 711.00 | 711.00 | |

CURRENCY: USD - UNITED STATES DOLLARS

Sub-Tot: 1,427.90
Discount: .00
Misc: .00
Tax: .00
Freight: .00

Total Amounts: 1,427.90

**Doosan** Infracore America
**Doosan Infracore America Corp.**
2905 SHAWNEE INDUSTRIAL WAY
SUWANEE, GA 30024-3633
Phone: (770)831-2200   FAX: (770)831-1040

**INVOICE**

Customer: MOH74A
Order No: 600470
Date: 09/20/05

Invoice No: 799406-M98
Page: 1   REPRINT

**SOLD TO:**

DELPHI
DELPHI CHASSIS - SAGINAW OPS
2328 EAST GENESSEE
ATTN:
SAGINAW MI 48601

**SHIP TO:**

DELPHI AUTOMOTIVE SYSTEMS
DELPHI CHASSIS - SAGINAW OPS
ATTN: RICHARD LEMMER
SAGINAW MI 48601
USA

===

Date Shipped: 09/20/05         P/O No: 450130442 - M98      Ship Via:                FOB Point: ORIGIN
     Terms: NET 60 DAYS        Sales Person:                Territory:

| PART NO. | DESCRIPTION | ORD Qty | SHIP Qty | BKO Qty | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|
| PR237698 001 | GENERATE K-LIMO PART PROGRAM REF Q05-223.3 R1 | 1 | 1 | 0 | 1970.00 | 1,970.00 | |
| 9MTS3110000015 | PR237698 002 MODIFY LADDER TO WORK FOR T900 OR K-LIMO | 1 | 1 | 0 | 3700.00 | 3,700.00 | |
| PR237698 003 | UNMOUNT AND PACK T900 WORKHOLDING | 1 | 1 | 0 | 1470.00 | 1,470.00 | |
| PR237698 004 | RECEIVE, MOUNT AND HANDLE K-LIMO WH AND TOOLING | 1 | 1 | 0 | 1000.00 | 1,000.00 | |
| 9MTS3110000016 | PR237698 005 DEBUG LADDER AND PART PROGRAM | 1 | 1 | 0 | 1970.00 | 1,970.00 | |
| PR237698 006 | PERFORM 30-PIECE RUN | 1 | 1 | 0 | 1080.00 | 1,080.00 | |

CURRENCY: USD - UNITED STATES DOLLARS

Sub-Tot:        11,190.00
Discount:             .00
Misc:                 .00
Tax:                  .00
Freight:              .00

Total Amounts:  11,190.00

**Doosan Infracore America Corp.**
2905 SHAWNEE INDUSTRIAL WAY
SUWANEE, GA 30024-3633
Phone: (770)831-2200  FAX: (770)831-1040

Customer: MOH74A
Order No: 602952
Date: 09/20/05

**INVOICE**

Invoice No: 799465
Page: 1   REPRINT

**SOLD TO:**

DELPHI
DELPHI CHASSIS - SAGINAW OPS
2328 EAST GENESSEE
ATTN:
SAGINAW MI 48601

**SHIP TO:**

DELPHI AUTOMOTIVE SYSTEMS
DELPHI CHASSIS - SAGINAW OPS
ATTN: RICHARD LEMMER
SAGINAW MI 48601
USA

---

| Date Shipped: 09/20/05 | P/O No: 450130226-RECLAS | Ship Via: | FOB Point: ORIGIN |
|---|---|---|---|
| Terms: NET 60 DAYS | Sales Person: | Territory: | |

| PART NO. | DESCRIPTION | ORD Qty | SHIP Qty | BKO Qty | UNIT PRICE | EXTENSION TAX |
|---|---|---|---|---|---|---|
| PR236962 001 | ADDITIONAL SERVICE FROM DAEWOO FOR G. ELLIS | 990 | 990 | 0 | 1.00 | 990.00 |

CURRENCY: USD - UNITED STATES DOLLARS

Sub-Tot: 990.00
Discount: .00
Misc: .00
Tax: .00
Freight: .00

Total Amounts: 990.00

# INVOICE

**Doosan Infracore America Corp.**
2905 SHAWNEE INDUSTRIAL WAY
SUWANEE, GA 30024-3633
Phone: (770)831-2200  FAX: (770)831-1040

Customer: MOH74A
Order No: 603089
Date: 09/21/05

Invoice No: 799853
Page: 1   REPRINT

**SOLD TO:**
DELPHI
DELPHI CHASSIS - SAGINAW OPS
2328 EAST GENESSEE
ATTN:
SAGINAW MI 48601

**SHIP TO:**
DELPHI AUTOMOTIVE SYSTEMS
DELPHI CHASSIS - SAGINAW OPS
ATTN: RICHARD LEMMER
SAGINAW MI 48601
USA

```
Date Shipped: 09/21/05        P/O No: 450135596        Ship Via:                FOB Point: ORIGIN
     Terms: NET 60 DAYS       Sales Person:            Territory:
```

| PART NO. | DESCRIPTION | ORD Qty | SHIP Qty | BKO Qty | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|
| PR10209494 00010 | WEISSER SCREEN UPGRADES FOR WMF TAPER | 1 | 1 | 0 | 10800.00 | 10,800.00 | |

CURRENCY: USD - UNITED STATES DOLLARS

```
Sub-Tot:     10,800.00
Discount:          .00
Misc:              .00
Tax:               .00
Freight:           .00

Total Amounts:  10,800.00
```

# INVOICE

**Doosan Infracore America Corp.**
2905 SHAWNEE INDUSTRIAL WAY
SUWANEE, GA 30024-3633
Phone: (770)831-2200  FAX: (770)831-1040

Customer: MOH74A
Order No: 600392
Date: 09/27/05

Invoice No: 801359
Page: 1   REPRINT

**SOLD TO:**

DELPHI
DELPHI CHASSIS - SAGINAW OPS
2328 EAST GENESSEE
ATTN:
SAGINAW MI 48601

**SHIP TO:**

DELPHI CHASSIS SAGINAW # 41048
2328 E GENESEE
SAGINAW MI 48601
USA

===================================================================================================================
Date Shipped: 09/27/05           P/O No: 450130409           Ship Via:                      FOB Point: ORIGIN
    Terms: NET 60 DAYS           Sales Person:               Territory:
===================================================================================================================
PART NO.            DESCRIPTION                     ORD Qty      SHIP Qty     BKO Qty     UNIT PRICE     EXTENSION TAX
-------------------------------------------------------------------------------------------------------------------
PR237613 001        ADDITIONAL SERVICE SUPPORT        14000          671           0           1.00         671.00
                    CIWS 237613

CURRENCY: USD - UNITED STATES DOLLARS

Sub-Tot:         671.00
Discount:           .00
Misc:               .00
Tax:                .00
Freight:            .00

Total Amounts:   671.00

# INVOICE

**Doosan Infracore America Corp.**
2905 SHAWNEE INDUSTRIAL WAY
SUWANEE, GA 30024-3633
Phone: (770)831-2200  FAX: (770)831-1040

Customer: MOH74A
Order No: 600328
Date: 09/27/05

Invoice No: 801360
Page: 1    REPRINT

**SOLD TO:**

DELPHI
DELPHI CHASSIS - SAGINAW OPS
2328 EAST GENESSEE
ATTN:
SAGINAW MI 48601

**SHIP TO:**

DELPHI AUTOMOTIVE SYSTEMS
DELPHI CHASSIS - SAGINAW OPS
ATTN: RICHARD LEMMER
SAGINAW MI 48601
USA

====================================================================================================
Date Shipped: 09/27/05         P/O No: 450130226         Ship Via:              FOB Point: ORIGIN
      Terms: NET 60 DAYS       Sales Person:             Territory:
====================================================================================================

| PART NO. | DESCRIPTION | ORD Qty | SHIP Qty | BKO Qty | UNIT PRICE | EXTENSION | TAX |
|----------|-------------|---------|----------|---------|------------|-----------|-----|
| SERVICE  | PR236962 001 ADDITIONAL SERV FROM DAEWOO FOR G. ELLIS | 30000 | 1892 | 0 | 1.00 | 1,892.00 | |
| SERVICE  | PR236962 001 ADDITIONAL SERV FROM DAEWOO FOR G. ELLIS | 30000 | 1892 | 0 | 1.00 | 1,892.00 | |

CURRENCY: USD - UNITED STATES DOLLARS

```
              Sub-Tot:     3,784.00
             Discount:          .00
                 Misc:          .00
                  Tax:          .00
              Freight:          .00

        Total Amounts:     3,784.00
```

**Doosan Infracore America Corp.**
2905 SHAWNEE INDUSTRIAL WAY
SUWANEE, GA 30024-3633
Phone: (770)831-2200  FAX: (770)831-1040

Customer: MOH74A
Order No: 600328
Date: 09/28/05

# INVOICE

Invoice No: 801778
Page: 1    REPRINT

**SOLD TO:**

DELPHI
DELPHI CHASSIS - SAGINAW OPS
2328 EAST GENESSEE
ATTN:
SAGINAW MI 48601

**SHIP TO:**

DELPHI AUTOMOTIVE SYSTEMS
DELPHI CHASSIS - SAGINAW OPS
ATTN: RICHARD LEMMER
SAGINAW MI 48601
USA

================================================================================

| Date Shipped: 09/28/05 | P/O No: 450130226 | Ship Via: | FOB Point: ORIGIN |
|---|---|---|---|
| Terms: NET 60 DAYS | Sales Person: | Territory: | |

================================================================================

| PART NO. | DESCRIPTION | ORD Qty | SHIP Qty | BKO Qty | UNIT PRICE | EXTENSION TAX |
|---|---|---|---|---|---|---|
| SERVICE | PR236962 001 ADDITIONAL SERV FROM DAEWOO FOR G. ELLIS | 30000 | 4102 | 0 | 1.00 | 4,102.00 |

CURRENCY: USD - UNITED STATES DOLLARS

|  |  |
|---|---:|
| Sub-Tot: | 4,102.00 |
| Discount: | .00 |
| Misc: | .00 |
| Tax: | .00 |
| Freight: | .00 |
| Total Amounts: | 4,102.00 |

**Doosan Infracore America Corp.**
2905 SHAWNEE INDUSTRIAL WAY
SUWANEE, GA 30024-3633
Phone: (770)831-2200  FAX: (770)831-1040

Customer: MOH74A
Order No: 604754
Date: 09/29/05

# INVOICE

Invoice No: 802525
Page: 1   REPRINT

**SOLD TO:**

DELPHI
DELPHI CHASSIS - SAGINAW OPS
2328 EAST GENESSEE
ATTN:
SAGINAW MI 48601

**SHIP TO:**

DELPHI AUTOMOTIVE SYSTEMS
DELPHI CHASSIS - SAGINAW OPS
ATTN: RICHARD LEMMER
SAGINAW MI 48601
USA

---

Date Shipped: 09/29/05     P/O No: 450132307     Ship Via:              FOB Point: ORIGIN
Terms: NET 60 DAYS         Sales Person:         Territory:

| PART NO. | DESCRIPTION | ORD Qty | SHIP Qty | BKO Qty | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|
| 9MTS2000001248 | SLIDE RAIL 26 X 28 X 1980 | 2 | 2 | 0 | 340.00 | 680.00 | |
| 9MTS2000001247 | SLIDE RAIL 26 X 28 X 1180 | 2 | 2 | 0 | 221.25 | 442.50 | |
| 9MTS2000001246 | SLIDE RAIL 26 X 28 X 1000 | 2 | 2 | 0 | 352.50 | 705.00 | |
| 9MTS2000001245 | SLIDE RAIL 26 X 28 X 360  | 2 | 2 | 0 | 115.50 | 231.00 | |
| 9MTS2000001244 | STANDARD BRUSH STRIP      | 2 | 2 | 0 | 141.00 | 282.00 | |

CURRENCY: USD - UNITED STATES DOLLARS

```
Sub-Tot:      2,340.50
Discount:          .00
Misc:              .00
Tax:               .00
Freight:           .00

Total Amounts: 2,340.50
```



**Doosan Infracore America Corp.**
2905 SHAWNEE INDUSTRIAL WAY
SUWANEE, GA 30024-3633
Phone: (770)831-2200  FAX: (770)831-1040

Customer: MOH74A
Order No: 604769
Date: 09/29/05

# INVOICE

Invoice No: 802526
Page: 1    REPRINT

**SOLD TO:**
DELPHI
DELPHI CHASSIS - SAGINAW OPS
2328 EAST GENESSEE
ATTN:
SAGINAW MI 48601

**SHIP TO:**
DELPHI AUTOMOTIVE SYSTEMS
DELPHI CHASSIS - SAGINAW OPS
ATTN: RICHARD LEMMER
SAGINAW MI 48601
USA

===============================================================================================================
Date Shipped: 09/29/05        P/O No: 450132308.        Ship Via:                FOB Point: ORIGIN
    Terms: NET 60 DAYS        Sales Person:             Territory:
===============================================================================================================

| PART NO. | DESCRIPTION | ORD Qty | SHIP Qty | BKO Qty | UNIT PRICE | EXTENSION TAX |
|---|---|---|---|---|---|---|
| 9MTS2000001243 | STANDARD BRUSH STRIP | 4 | 4 | 0 | 141.00 | 564.00 |

CURRENCY: USD - UNITED STATES DOLLARS

|  |  |
|---|---:|
| Sub-Tot: | 564.00 |
| Discount: | .00 |
| Misc: | .00 |
| Tax: | .00 |
| Freight: | .00 |
| Total Amounts: | 564.00 |

===============================================================================================================