SCHULTE ROTH & ZABEL LLP
Michael L. Cook (MLC-7887)
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 595-5955
Counsel for Panasonic Automotive
        Systems Company of America,
        Division of Panasonic Corporation
        of North America

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X
In re:                                                       :
                                                             :    Chapter 11
                                                             :
DELPHI CORPORATION, et al.                                   :    Case No. 05-44481 (DRR)
                                                             :
                                                             :    (Jointly Administered)
                              Debtors.                       :
------------------------------------------------------------ X

**NOTICE OF APPEARANCE UNDER FED. R. BANKR. P. 2002(g)**

        PLEASE TAKE NOTICE that we appear for Panasonic Automotive Systems Company of America, Division of Panasonic Corporation of North America, and request, effective immediately, pursuant to Fed. R. Bankr. P. 2002(g), that further copies of all papers, including notices, pleadings, motions, orders to show cause, applications and orders filed or entered in these cases should be sent to the following counsel:

Michael L. Cook
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York  10022
Telephone: (212) 756-2000
Facsimile: (212) 595-5955
E-Mail: michael.cook@srz.com

9973556.1

05-44481-rdd    Doc 700    Filed 10/26/05    Entered 10/26/05 19:26:36    Main Document
Pg 2 of 2

Laurence Roach
Panasonic Automotive Systems Company Of America,
Division of Panasonic Corporation of North America
776 Hwy 74 South
Peachtree City, Georgia 30269
Telephone: 770-302-1519
Facsimile: 770-302-1597
E-Mail: roachl@us.panasonic.com


Dated:  New York, New York
        October 20, 2005

                SCHULTE ROTH & ZABEL LLP
                Counsel for  Panasonic Automotive Systems
                Company of America, Division of Panasonic
                Corporation of North America


                By: /s/ Michael L. Cook
                      Michael L. Cook (MLC-7887)
                      (A Member of the Firm)
                919 Third Avenue
                New York, New York  10022
                Telephone: (212) 756-2000
                Facsimile: (212) 595-5955
                E-Mail: michael.cook@srz.com

Laurence Roach
Panasonic Automotive Systems Company Of America,
Division of Panasonic Corporation of North America
776 Hwy 74 South
Peachtree City, Georgia 30269
Telephone: 770-302-1519
Facsimile: 770-302-1597
E-Mail: roachl@us.panasonic.com


Dated: New York, New York
       October 20, 2005

                SCHULTE ROTH & ZABEL LLP
                Counsel for  Panasonic Automotive Systems
                Company of America, Division of Panasonic
                Corporation of North America


                By: /s/ Michael L. Cook
                    Michael L. Cook (MLC-7887)
                    (A Member of the Firm)
                919 Third Avenue
                New York, New York  10022
                Telephone: (212) 756-2000
                Facsimile: (212) 595-5955
                E-Mail: michael.cook@srz.com