McDERMOTT WILL & EMERY LLP
James M. Sullivan (JS-2189)
50 Rockefeller Plaza
New York, New York  10020
Telephone:  (212) 547-5400
Facsimile:  (212) 547-5444

*Counsel for Linear Technology Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------- x

|  |  |
|---|---|
| In re | **Chapter 11** |
|  | **Case No. 05-44481 (RDD)** |
| DELPHI CORPORATION, et al., | **(Jointly Administered)** |
| Debtors. |  |

---------------------------------------------- x

**NOTICE OF RECLAMATION DEMAND**
**BY LINEAR TECHNOLOGY CORPORATION**

Linear Technology Corporation ("Linear"), by and through its undersigned

counsel, hereby gives notice that on October 25, 2005 Linear served written demand of its

amended demand for reclamation, a true and exact copy of which is attached hereto as

Exhibit A (the "Notice").  The goods subject to Linear's amended demand for reclamation

are described in the Notice.

Dated: New York, New York
      October 25, 2005

                     McDERMOTT WILL & EMERY LLP

                     By:   /s/  James M. Sullivan
                         James M. Sullivan (JS-2189)