# EXHIBIT A

# McDermott
# Will & Emery

October 25, 2005

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: John D. Sheehan, Vice President and Chief Restructuring Officer
FAX: 248-813-2670

and

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606-1285
Attn: John William Butler, Jr.
FAX: 312-407-0411

Re:   In re Delphi Corporation et al., Case No. 05-44481
      Notice of Amended Reclamation by Linear Technology Corporation

**By Facsimile and Regular Mail**

Dear Sirs:

This firm represents Linear Technology Corporation ("Linear") in connection with the above referenced matter. Pursuant to Uniform Commercial Code Section 2-702 and Bankruptcy Code Section 546(c), 11 U.S.C. Section 546(c), Linear hereby demands reclamation of all its products received by the above referenced debtors within the applicable statutory reclamation period, including but not limited to all products that were delivered in connection with the documents listed on Exhibit A attached hereto totaling $156,510. Linear demands an immediate inventory from you of all products and all other items subject to reclamation pursuant to this Notice. Linear will provide additional documentation supporting the claim upon request.

Very truly yours,

James Sullivan

Enclosure

bcc:   John England, Esq.
       David Wilkins

U.S. practice conducted through McDermott Will & Emery LLP.
NYK 989021-2.070386.0151
50 Rockefeller Plaza  New York, New York  10020-1605  Telephone: 212.547.5400  Facsimile: 212.547.5444  www.mwe.com

EXHIBIT A

| Invoice Date | Received Date | Invoice Number | PO # | Invoice Amount |
|---|---|---|---|---|
| 09/26/05 | 09/28/05 | 274060 | 550047252 | $6,450.00 |
| 09/26/05 | 09/28/05 | 274125 | 550045836 | $2,320.00 |
| 09/26/05 | 09/28/05 | 274138 | 550041995 | $4,125.00 |
| 09/26/05 | 09/28/05 | 274383 | 550045825 | $1,160.00 |
| 09/26/05 | 09/28/05 | 274389 | 550045825 | $1,160.00 |
| 09/26/05 | 09/28/05 | 274398 | 550045894 | $7,000.00 |
| 09/26/05 | 09/28/05 | 275447 | 550047252 | $3,225.00 |
| 09/27/05 | 09/29/05 | 274392 | 550045825 | $2,320.00 |
| 09/27/05 | 09/29/05 | 275584 | 550045894 | $2,520.00 |
| 09/27/05 | 09/29/05 | 275585 | 550044257 | $7,975.00 |
| 09/27/05 | 09/29/05 | 276872 | 550045825 | $4,640.00 |
| 09/27/05 | 09/29/05 | 276873 | 550045836 | $6,960.00 |
| 09/28/05 | 09/30/05 | 274061 | 550047252 | $6,450.00 |
| 09/28/05 | 09/30/05 | 277265 | 550045825 | $2,320.00 |
| 09/29/05 | 10/03/05 | 275586 | 550045894 | $3,500.00 |
| 09/29/05 | 10/03/05 | 275587 | 550047252 | $16,125.00 |
| 09/29/05 | 10/03/05 | 275627 | 550047252 | $16,125.00 |
| 09/29/05 | 10/03/05 | 275628 | 550047252 | $9,675.00 |
| 09/29/05 | 10/03/05 | 275629 | 550047252 | $12,900.00 |
| 09/29/05 | 10/03/05 | 277263 | 550044257 | $7,975.00 |
| 09/29/05 | 10/03/05 | 278914 | 550041434 | $4,775.00 |
| 09/29/05 | 10/03/05 | 279041 | 550045825 | $4,640.00 |
| 09/29/05 | 10/03/05 | 279044 | 550045825 | $8,120.00 |
| 10/03/05 | 10/05/05 | 279700 | 550041995 | $4,125.00 |
| 10/04/05 | 10/06/05 | 279688 | 550045836 | $3,480.00 |
| 10/04/05 | 10/06/05 | 279696 | 550045836 | $2,320.00 |
| 10/04/05 | 10/06/05 | 279697 | 550041995 | $4,125.00 |
| | | | **TOTAL A/R** | **$156,510.00** |

# LINEAR TECHNOLOGY

## LINEAR TECHNOLOGY CORPORATION

1630 McCarthy Blvd.
Milpitas, CA 95035-7417
PH: (408) 432-1900
FAX: (408) 434-0507

## INVOICE

**BILL TO:**
DELPHI DELCO
ONE CORPORATE CTR
MS 4241 PO BOX 9005
KOKOMO, IN 46904-9005 USA

**SHIP TO:** 702 DELPHI ELECTRONICS&SAFETY
JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567 USA

| INVOICE | INVOICE DATE | WAYBILL NUMBER | PAGE |
|---|---|---|---|
| 274060 | 09/26/05 | 706739034 | 1 |

| CUSTOMER ABBREVIATION | CUSTOMER PURCHASE ORDER NO. | CARD | TERMS | RT Category | LOCATION |
|---|---|---|---|---|---|
| DELPHI ELECT | 098585 | 550047252 | | NET 30 | M1 |

| DATE SHIPPED | PO NO | CUST PART NO | REV | PART NO | SPEC | CONTRACT NUMBER | TOTAL ORDERED QTY | QTY THIS SHIP | PRIORITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/26/05 | 07/08/05 | 00449007 | Y N N N PR | LT1766EFE#TR | | | 5000 | 5000 | N/A | 1.290 | 6,450.00 |

INTEGRATED LINEAR CIRCUITS

ITEM 60  09400290 R/D

**SPECIAL INSTRUCTIONS**
SHIP: FPS-SCS 2ND DAY
TEL: 1-800-577-8508

"THESE COMMODITIES,TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE U.S. EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED."

ALL CUSTOMER PART NUMBERS ARE FOR REFERENCE ONLY UNLESS NOTED IN A SPEC CONTROLLED DOCUMENT.
HARMONIZED TARIFF # 8542.29.0030

SUB TOTAL $ 6,450.00
TAX
FREIGHT
TOTAL $ 6,450.00

ORIGINAL                          U.S. DOLLARS









# LINEAR TECHNOLOGY CORPORATION — INVOICE

1630 McCarthy Blvd.
Milpitas, CA 95035-7417
PH: (408) 432-1900
FAX: (408) 434-0507

**BILL TO:**
DELPHI DELCO
ONE CORPORATE CTR
MS A241 PO BOX 9005
KOKOMO, IN 46904-9005 USA

**SHIP TO:**
DELPHI ELECTRONICS&SAFETY
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567 USA

| INVOICE | INVOICE DATE | WAYBILL NUMBER | | | | | PAGE |
|---|---|---|---|---|---|---|---|
| 274389 | 09/26/05 | 706737813 | | | | | 1 |

| CUSTOMER ABBREVIATION | SOLD NO | CUSTOMER PURCHASE ORDER NO | TAD | TERMS | AT FACTORY LOCATION |
|---|---|---|---|---|---|
| DELPHI ELECT. | 094107 | 55004582S- | CM1-C1-24 | NET 30 | SG |

| DATE SHIPPED | CUSTOMER P.O. DATE | CUSTOMER CODE | ORDER STATUS | F.O.B. | TAX PERCENT | CONTRACT NUMBER |
|---|---|---|---|---|---|---|
| 09/26/05 | 12/29/04 | 0044900? | Y N N PR | | =0 | |

| ITEM | CUSTOMER PART NO | REV | LT PART NO | SPEC | TOTAL ORDER QTY | QUANTITY ON THIS SHIP | UNIT PRICE | UOM | EXTENSION | REQUESTED ROUTING | ACTUAL ROUTING |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 91 | 09399004 REV A R/O | | LT1963ETH06 | | 1000 | 1000 | 1.160 | N/A | 1,160.00 | RAX2IDAY | RAX2IDAY |

INTEGRATED CIRCUITS

SPECIAL INSTRUCTIONS: UPS-SCS 2ND DAY
TEL: 1-800-577-8508

"THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE U.S. EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED."

ALL CUSTOMER PART NUMBERS ARE FOR REFERENCE ONLY UNLESS NOTED IN A SPEC CONTROLLED DOCUMENT.
HARMONIZED TARIFF # 8542.29.0030

SUB TOTAL: 1,160.00
TAX:
FREIGHT:
**TOTAL: $ 1,160.00**

ORIGINAL                U.S. DOLLARS

# LINEAR TECHNOLOGY CORPORATION

1630 McCarthy Blvd.
Milpitas, CA 95035-7417
PH: (408) 432-1900
FAX: (408) 434-0507

## INVOICE

**BILL TO:**
DELPHI DELCO
ONE CORPORATE CTR
MS 4241 PO BOX 9005
KOKOMO, IN 46904-9005 USA

**SHIP TO:** 702 DELPHI ELECTRONICS&SAFETY
JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567 USA

| INVOICE | INVOICE DATE | WAYBILL NUMBER |
|---|---|---|
| 274398 | 09/26/05 | 706758152 |

| SO NO. | CUSTOMER ABBREVIATION | CUSTOMER PURCHASE ORDER NO. | BPR REQUESTED ROUTING | TERMS |
|---|---|---|---|---|
| 086190 | 5500-45894 | DELPHI ELECT. | CN1-C1-24 | NET 30 |

LOCATION: MI

| ITEM | DATE SHIPPED | ITEM/PART NO. | ORDER ENTRY DATE | CUSTOMER ITEM NO. | CUSTOMER PART NO. | REV | CO | BER | GEO | SCI | FOB | TAX | PERCENT | CONTRACT NUMBER | SPEC | TOTAL ORDER QTY | QTY THIS SHIP | PRIORITY | UNIT PRICE | S/A | EXTENSION | BKX/DAY | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 89 | 09/26/05 | 09401693 | 01/06/04 | 0049007 | | Y | N | M | N | PR | | | 0 | LTC3727EG-1#TR | | 4000 | 4000 | N | 1.750 | A | 7,000.00 | | N |

VENDOR CODE 493066 MUST BE ON ALL PAPERWORK

**SPECIAL INSTRUCTIONS:**
SHIP UPS-SCS 2nd DAY
TEL: 1-800-577-8508

"THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE U.S. EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED."

ALL CUSTOMER PART NUMBERS ARE FOR REFERENCE ONLY UNLESS NOTED IN A SPEC CONTROLLED DOCUMENT.
HARMONIZED TARIFF # 8542.29.0030

INTEGRATED IN ELEC. CIRCUITS

| | |
|---|---|
| SUB TOTAL | 7,000.00 |
| TAX | |
| FREIGHT | |
| **TOTAL** | **$ 7,000.00** |

ORIGINAL                    U.S. DOLLARS