



# LINEAR TECHNOLOGY CORPORATION

## INVOICE

LINEAR TECHNOLOGY
1630 McCarthy Blvd.
Milpitas, CA 95035-7417
PH: (408) 432-1900
FAX: (408) 434-0507

BILL TO:
DELPHI DELCO
ONE CORPORATE CTR
MS 4241 PO BOX 9005
KOKOMO, IN 46904-9005
USA

SHIP TO: 702 ICOATLIN CAVAZOS RD
DELPHI ELECTRONICS SAFETY
LOS INDIOS, TX 78567
USA

| INVOICE | INVOICE DATE | WAYBILL NUMBER | PAGE |
|---|---|---|---|
| 279041 | 09/29/05 | 706738045 | 1 |

| SOLD TO | CUSTOMER PURCHASE ORDER NO | TERMS | LOCATION |
|---|---|---|---|
| 094107 | 5500045825 | NET 30 | MI |

CUSTOMER ABBREVIATION: DELPHI ELECT.
CARD: CN1-C1-24

| DATE SHIPPED | PO | CUSTOMER PART NO | REV | USA/TO | EC | GSI | DSI | FOR | TAX PERCENT | SPEC | CONTRACT NUMBER | PRIORITY | TOTAL ORDER QTY | QTY THIS SHIP | UNIT PRICE | EXTENSION | PAY 2 DAY | FAX | ACTUAL ROUTING | NET BALANCE DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/29/05 | NO | 12/29/04 | 00449007 | Y | N | N | N | PR | 0 | | | | 4000 | 4000 | 1.160 | 4,640.00 | N | A | Z | |

| ITEM | | REV | |
|---|---|---|---|
| 74. | 09399004 REV A R/O | | LT1963ET#06 |

INTEGRATED LINEAR CIRCUITS

SPECIAL INSTRUCTIONS: UPS-SCS 2ND DAY
SHIP:
TEL: 1-800-577-9508

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE
EXPORTED FROM THE UNITED STATES IN ACCORDANCE
WITH THE U.S. EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

ALL CUSTOMER PART NUMBERS ARE FOR REFERENCE ONLY
UNLESS NOTED IN A SPEC CONTROLLED DOCUMENT.
HARMONIZED TARIFF # 8542.29.0030

| | |
|---|---|
| SUB TOTAL | 4,640.00 |
| TAX | |
| FREIGHT | |
| **TOTAL** | **$ 4,640.00** |

ORIGINAL

U.S. DOLLARS

# LINEAR TECHNOLOGY CORPORATION

1630 McCarthy Blvd.
Milpitas, CA 95035-7417
PH: (408) 432-1900
FAX: (408) 434-0507

## INVOICE

**20 YEARS OF GROWTH**

| INVOICE | INVOICE DATE | WAYBILL NUMBER | PAGE |
|---|---|---|---|
| 277044 | 09/29/05 | 706737850 | 1 |

| SO NO. | CUSTOMER PURCHASE ORDER NO. |
|---|---|
| 094107 | 5500-45825- |

| CUSTOMER ABBREVIATION | CR REQUESTED ROUTING | ACTUAL ROUTING | TERMS | LOCATION |
|---|---|---|---|---|
| DELPHI ELECT. | CM1-C1-24 | | NET 30 | MI |

**BILL TO:**
DELPHI DELCO
ONE CORPORATE CTR
MS A221 PO BOX 9005
KOKOMO, IN 46904-9005
USA

**SHIP TO:** 702 DELPHI ELECTRONICS-SAFETY
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567
USA

| ITEM | DATE SHIPPED | CUST DUE DATE | CUSTOMER PART NO. | REV | ECCN | OTS | TDS | FED TAX PERCENT | LTC PART NO. | SPEC | TOTAL ORDER QTY | QTY THIS SHIP | UNIT PRICE | R/A | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75 | 09/29/05 | 12/29/04 | 09399004 REV A R/C 00449007 | Y | N | N | FR | .0 | LT1963ET#06 | | 7000 | 7000 | 1.160 | N A Z | 8,120.00 |

INTEGRATED LINEAR CIRCUITS

BAX2DAY BAX

| | |
|---|---|
| SUBTOTAL | 8,120.00 |
| TAX | |
| FREIGHT | |
| **TOTAL** | **$ 8,120.00** |

U.S. DOLLARS

**SPECIAL INSTRUCTIONS:**
SHIP DFS-SCS 2ND DAY
TEL: 1-800-577-8508

"THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE U.S. EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED."

ALL CUSTOMER PART NUMBERS ARE FOR REFERENCE ONLY UNLESS NOTED IN A SPEC CONTROLLED DOCUMENT.
HARMONIZED TARIFF #8542.29.0030

ORIGINAL



LINEAR TECHNOLOGY CORPORATION
1630 McCarthy Blvd.
Milpitas, CA 95035-7417
PH: (408) 432-1900
FAX: (408) 434-0507

**INVOICE**

BILL TO:
DELPHI DELCO
ONE CORPORATE CTR
MS A241 PO BOX 9005
KOKOMO, IN 46904-9005
USA

SHIP TO: 702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567
USA

| INVOICE | INVOICE DATE | WAYBILL NUMBER | PAGE |
|---|---|---|---|
| 279700 | 10/03/05 | 706738023 | 1 |

| SO NO. | CUSTOMER PURCHASE ORDER NO. | TERMS |
|---|---|---|
| 598049 | 550041995 | NET 30 |

| CUSTOMER ABBREV. | CUSTOMER ROUTING | ACTUAL ROUTING | LOCATION |
|---|---|---|---|
| DELPHI ELECT. | CN1-C1-24 | BAX2DAY | MI |

| DATE SHIPPED | CUSTOMER CODE | CUSTOMER CODE/DATE | CUSTOMER CODE | Y | N | N | PR | SPEC | CONTRACT NUMBER | TOTAL ORDER QTY | QTY THIS SHIP | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/03/05 | 00/15/05 | 00449007 | | Y | N | N | 0 | | | 2500 | 2500 | 1.650 | 4,125.00 |

ITEM 43  0939958P REV A   LTC1751GN#TR

INTEGRATED CIRCUITS

SPECIAL INSTRUCTIONS:
SHIP LTS-SCS 2ND DAY
TEL: 1-800-577-8508

"THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE
EXPORTED FROM THE UNITED STATES IN ACCORDANCE
WITH THE U.S. EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED."

ALL CUSTOMER PART NUMBERS ARE FOR REFERENCE ONLY
UNLESS NOTED IN A SPEC CONTROLLED DOCUMENT.
HARMONIZED TARIFF # 8542.29.0030

SUB TOTAL  4,125.00
TAX
FREIGHT
TOTAL  $ 4,125.00

ORIGINAL                                     U.S. DOLLARS



