

# LINEAR TECHNOLOGY CORPORATION — INVOICE

1630 McCarthy Blvd.
Milpitas, CA 95035-7417
PH: (408) 432-1900
FAX: (408) 434-0507

**20 YEARS OF GROWTH**

| INVOICE | INVOICE DATE | WAYBILL NUMBER | PAGE |
|---|---|---|---|
| 275447 | 09/26/05 | 706737916 | 1 |

**BILL TO:**
DELPHI DELCO
ONE CORPORATE CTR
MS A241 PO BOX 9005
KOKOMO, IN 46904-9005 USA

**SHIP TO:** 702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567
USA
DELPHI ELECTRONICS&SAFETY

| SOLD | CUSTOMER ABBREVIATION | CUSTOMER PURCHASE ORDER NO | TERMS | LOCATION |
|---|---|---|---|---|
| D98583 | 550047252 | CM-01-24 | NET 30 | M1 |

DELPHI ELECT.

| ITEM | DATE SHIPPED | PROD ORDER ENTRY DATE | CUSTOMER PART NO | REV | LTC PART NO | SPEC | TOTAL PO QUANTITY | QTY SHIPPED | PRIORITY | UNIT PRICE | EXTENSION | REQUESTED ROUTING | ACTUAL ROUTING |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59 | 09/26/05 | 07/08/05 09400290 R/O | 00449007 | | LT1766EFE#TR | Y N N N FR 0 | 2500 | 2500 | N A | 1.270 | 3,225.00 | BAX2DAY | BAX |

INTEGRATED CIRCUITS

**SPECIAL INSTRUCTIONS:** SHIP: UPS-SCS 2ND DAY
TEL: 1-800-577-8508

"THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE U.S. EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED."

ALL CUSTOMER PART NUMBERS ARE FOR REFERENCE ONLY UNLESS NOTED IN A SPEC CONTROLLED DOCUMENT.
HARMONIZED TARIFF # 8542.29.0030

| | |
|---|---|
| SUB TOTAL | 3,225.00 |
| TAX | |
| FREIGHT | |
| **TOTAL** | **$ 3,225.00** |

U.S. DOLLARS

ORIGINAL



# LINEAR TECHNOLOGY

**LINEAR TECHNOLOGY CORPORATION**
1630 McCarthy Blvd,
Milpitas, CA 95035-7417
PH: (408) 432-1900
FAX: (408) 434-0507

## INVOICE

**BILL TO:**
DELPHI DELCO
ONE CORPORATE DR
MS A241 PO BOX 9005
KOKOMO, IN 46904-9005, USA

**SHIP TO:** 702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567 USA

| INVOICE | INVOICE DATE | WAYBILL NUMBER | PAGE |
|---|---|---|---|
| 273584 | 09/27/05 | 706737894 | 1 |

| SOLD TO | CUSTOMER ABBREVIATION | CUSTOMER PURCHASE ORDER NO | TERMS | LOCATION |
|---|---|---|---|---|
| D00350 | DELPHI ELECT | 5500458994- | NET 30 | MI |

| DATE SHIPPED | P/O DATE | CUSTOMER PART NO | REV | CUSTOMER CODE | POTENTIAL FOB TAX EXEMPT | CONTRACT NUMBER | | |
|---|---|---|---|---|---|---|---|---|
| 09/27/05 | 09/15/05 | 00449007 | Y | N N PR | | | | |

| ITEM | | | | | | | PRIORITY | | |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 938497S001 | LT1129IST-3.3#TR | | SPEC | TOTAL ORDER QTY | TOTAL QTY SHIP | N A | SA | N BAY 2DAY MAX |
| | | | | | 2000 | 2000 | UNIT PRICE 1.260 | | EXTENSION 2,520.00 |

**SPECIAL INSTRUCTIONS**
SHIP: UPS-SCS 2ND DAY
TEL: 1-800-577-8508

INTEGRATED LINEAR CIRCUITS

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE
EXPORTED FROM THE UNITED STATES IN ACCORDANCE
WITH THE U.S. EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

ALL CUSTOMER PART NUMBERS ARE FOR REFERENCE ONLY
UNLESS NOTED IN A SPEC CONTROLLED DOCUMENT.
HARMONIZED TARIFF # 8542.29.0030

| | |
|---|---|
| SUB TOTAL | 2,520.00 |
| TAX | |
| FREIGHT | |
| **TOTAL** | **$ 2,520.00** |

ORIGINAL                    U.S. DOLLARS





# LINEAR TECHNOLOGY

## INVOICE

**LINEAR TECHNOLOGY CORPORATION**
1630 McCarthy Blvd.
Milpitas, CA 95035-7417
PH: (408) 432-1900
FAX: (408) 434-0507

**BILL TO:**
DELPHI DELCO
ONE CORPORATE CTR
MS A241 PO BOX 9005
KOKOMO, IN 46904-9005, USA

**SHIP TO:** 702 DELPHI ELECTRONICS&SAFETY
JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567
USA

| INVOICE | INVOICE DATE | WAYBILL NUMBER | PAGE |
|---|---|---|---|
| 275585 | 09/27/05 | 706738222 | 1 |

| SCAC NO | CUSTOMER PURCHASE ORDER NO | TERMS |
|---|---|---|
| 085820 | 55044257 | NET 30 |

| CUSTOMER ABBREVIATION | PAD | LOCATION |
|---|---|---|
| DELPHI ELECT | CN1-C1-24 | M1 |

| DATE SHIPPED | F.O.B. | CUSTOMER ORDER NO | REV | CUSTOMER CODE | C.O.B. | TAX EXEMPT |
|---|---|---|---|---|---|---|
| 09/27/05 | NO | 12/17/05 | 00449007 | Y | N | N PR |

| ITEM | CUSTOMER PART NO | REV | PART NO | SPEC | TOTAL ORDER QTY | QTY THIS ISSUE | PRIORITY | UNIT PRICE | EXTENSION | CR ROUTING |
|---|---|---|---|---|---|---|---|---|---|---|
| 63 | 9384972 REV A R/O | | LTC1436AEGN#TR | | 2500 | 2500 | N A | 3.190 | 7,975.00 | N Z BAX2DAY BAX |

VENDOR CODE 495060 MUST BE ON ALL PAPERWORK

**SPECIAL INSTRUCTIONS:** SHIP LPS-SCS 2ND DAY
TEL: 1-800-577-8308

"THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE U.S. EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED."

ALL CUSTOMER PART NUMBERS ARE FOR REFERENCE ONLY UNLESS NOTED IN A SPEC CONTROLLED DOCUMENT.
HARMONIZED TARIFF # 8542.29.0030

| | |
|---|---|
| SUB-TOTAL | 7,975.00 |
| TAX | |
| FREIGHT | |
| **TOTAL** | **$ 7,975.00** |

U.S. DOLLARS

ORIGINAL





