



# LINEAR TECHNOLOGY

LINEAR TECHNOLOGY CORPORATION

1630 McCarthy Blvd.
Milpitas, CA 95035-7417
PH: (408) 432-1900
FAX: (408) 434-0507

## INVOICE

| INVOICE | INVOICE DATE | WAYBILL NUMBER | PAGE |
|---|---|---|---|
| 273584 | 09/29/05 | 706738244 | 1 |

| SID NO | CUSTOMER PO/AGREEMENT NO | TERMS |
|---|---|---|
| 084190 | 550045894 | NET 30 |

| CUSTOMER ABBREVIATION | TRDD | LOCATION |
|---|---|---|
| DELPHI ELECT | DN1-C1-24 | M1 |

BILL TO:
DELPHI DELCO
ONE CORPORATE CTR
MS 4241 PO BOX 9005
KOKOMO, IN 46904-9005 USA

SHIP TO: 702 DELPHI ELECTRONICS&SAFETY
JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567 USA

| DATE SHIPPED | PO | CUSTOMER PART NO | TAX ID | PR | SPEC | TAX % | CONTRACT NUMBER | PRIORITY | S/A | REQUESTED ROUTING | ACTUAL ROUTING |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/29/05 | ND 01/06/04 | 00449007 | Y N N N PR | .0 | | | | N/A | N | BAY2DAY | BAY2DAY |

| ITEM | CUSTOMER PART NO | LTC PART NO | TOTAL ORDER QTY | QTY THIS SHIP | UNIT PRICE | EXTENSION | NET BALANCE DUE |
|---|---|---|---|---|---|---|---|
| 96 | 0P401693 | LTC3727EG-1#TR | 2000 | 2000 | 1.750 | 3,500.00 | 3,500.00 |

INTEGRATED CIRCUITS

VENDOR CODE 495066 MUST BE ON ALL PAPERWORK

SPECIAL INSTRUCTIONS:
SHIP VIA UPS-SCS 2ND DAY
TEL: 1-800-577-8508

"THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE U.S. EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED"

ALL CUSTOMER PART NUMBERS ARE FOR REFERENCE ONLY UNLESS NOTED IN A SPEC CONTROLLED DOCUMENT.
HARMONIZED TARIFF # 8542.29.0030

| | |
|---|---|
| SUB TOTAL | 3,500.00 |
| TAX | |
| FREIGHT | |
| **TOTAL** | **$ 3,500.00** |

U.S. DOLLARS

ORIGINAL

# LINEAR TECHNOLOGY

## INVOICE

**LINEAR TECHNOLOGY CORPORATION**
1630 McCarthy Blvd.
Milpitas, CA 95035-7417
PH: (408) 432-1900
FAX: (408) 434-0507

**BILL TO:**
DELPHI DELCO
ONE CORPORATE CTR
MS 424 PO BOX 9005
KOKOMO, IN 46904-9005 USA

**SHIP TO:** 0702
DELPHI ELECTRONICS&SAFETY
JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567 USA

| INVOICE | INVOICE DATE | WAYBILL NUMBER | | | PAGE |
|---|---|---|---|---|---|
| 275587 | 09/29/05 | 706738163 | | | 1 |

| SOLD TO | CUSTOMER PURCHASE ORDER NO. | | TERMS | |
|---|---|---|---|---|
| 098583 | 5500-47252 | | NET 30 | |

| CUSTOMER ABBREVIATION | TRD | | | LOCATION |
|---|---|---|---|---|
| DELPHI ELECT. | CN1-C1-24 | | | MI |

| ITEM | DATE SHIPPED | TRD'D ORDER ENTRY DATE | CUSTOMER CODE | CUSTOMER JOB | TAX EXEMPT | | |
|---|---|---|---|---|---|---|---|
| 56 | 09/29/05 | 07/03/05 | 00449007 | Y N N N FR | 0 | | |

| | CUSTOMER PART NO. | | INTEGRATED LINEAR CIRCUITS | SPEC | CONTRACT NUMBER | | PRIORITY | | |
|---|---|---|---|---|---|---|---|---|---|
| | 09400290 R/O | | LT1766EFE#TR | | | | | N/A | |

| | | | | TOTAL ORDERED QTY | QTY THIS SHIP | UNIT PRICE | | EXTENSION | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 12500 | 12500 | 1.290 | | 16,125.00 | SA N BAX2DAY |

| | | SUB TOTAL | 16,125.00 |
|---|---|---|---|
| | | TAX | |
| | | FREIGHT | |
| | | **TOTAL** | **$ 16,125.00** |

SPECIAL INSTRUCTIONS:
SHIP VIA: UPS-SCS 2ND DAY
TEL: 1-800-577-8508

"THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE U.S. EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED".

ALL CUSTOMER PART NUMBERS ARE FOR REFERENCE ONLY UNLESS NOTED IN A SPEC CONTROLLED DOCUMENT.
HARMONIZED TARIFF # 8542.29.0030

ORIGINAL                                      U.S. DOLLARS



# LINEAR TECHNOLOGY — INVOICE

**LINEAR TECHNOLOGY CORPORATION**
1630 McCarthy Blvd.
Milpitas, CA 95035-7417
PH: (408) 432-1900
FAX: (408) 434-0507

**BILL TO:**
DELPHI DELCO
ONE CORPORATE CTR
MS A241 PO BOX 9005
KOKOMO, IN 46904-9005 USA

**SHIP TO:** 702 DELPHI ELECTRONICS&SAFETY
JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567 USA

| INVOICE | INVOICE DATE | WAYBILL NUMBER | PAGE |
|---|---|---|---|
| 275628 | 09/29/05 | 706738200 | 1 |

| SO NO. | CUSTOMER PURCHASE ORDER NO. | CUSTOMER ABBREVIATION | TAD | TERMS | LOCATION |
|---|---|---|---|---|---|
| D98585 | 550047252 | DELPHI ELECT. | CN1-C1-24 | NET 30 | MI |

| ITEM | DATE SHIPPED | ORIG ORDER DATE | CUSTOMER CODE | PART NO. | REV | SUB/GEN/OS | EQ/ST/X/PERCENT | CONTRACT NUMBER | PRIORITY | GR | REGISTERED ROUTING | ACTUAL ROUTING |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 09/29/05 | 07/08/05 | 00449007 | LT1766EFE#TR | Y | N N FR | 0 | | N A | Z | BAX2DAY | BAX2DAY |

INTEGRATED LINEAR CIRCUITS

| COATING | SPEC | TOTAL ORDER QTY | QTY THIS SHIP | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| | | 7500 | 7500 | 1.290 | 9,675.00 |

**SPECIAL INSTRUCTIONS**
SHIP UPS-SCS 2ND DAY
TEL: 1-800-577-8508

"THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE U.S. EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED."

ALL CUSTOMER PART NUMBERS ARE FOR REFERENCE ONLY - UNLESS NOTED IN A SPEC CONTROLLED DOCUMENT.
HARMONIZED TARIFF # 8542.29.0030

| | |
|---|---|
| SUB-TOTAL | 9,675.00 |
| TAX | |
| FREIGHT | |
| **TOTAL** | **$ 9,675.00** |

ORIGINAL                    U.S. DOLLARS



# LINEAR TECHNOLOGY CORPORATION — INVOICE

1630 McCarthy Blvd.
Milpitas, CA 95035-7417
PH: (408) 432-1900
FAX: (408) 434-0507

**BILL TO:**
DELPHI DELCO
ONE CORPORATE CTR
MS A241 PO BOX 9005
KOKOMO, IN 46904-9005 USA

**SHIP TO:** 702 DELPHI ELECTRONICS&SAFETY
JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567 USA

| INVOICE | INVOICE DATE | WAYBILL NUMBER | PAGE |
|---|---|---|---|
| 275629 | 09/29/05 | 7067738141 | 1 |

| CUSTOMER NO | CUSTOMER PURCHASED ORDER NO | TERMS | | |
|---|---|---|---|---|
| 398583 | 550047252 | NET 30 | | |
| CUSTOMER ABBREVIATION | | YARD | LOCATION | |
| DELPHI ELECT. | | CN1-C1-2A | MI | |

| DATE SHIPPED | ITEM | CUSTOMER ITEM NO | DATE ORDERED | CUSTOMER ORDER NO | REV | CS | BE | GL | OST | FOB | TAX | PERCENT | | | REQUESTED ROUTING | ACTUAL ROUTING |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/29/05 | 51 | 09400290 R/D | 07/08/05 | 00449007 | Y | N | N | N | PR | | 0 | | | | BAX2DAY | BAX2DAY |

| ITEM DESCRIPTION | TOTAL ORDER QTY | QTY THIS ISSUE | PR/ID/M | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| LT1766EFE#TR INTEGRATED CIRCUITS | 10000 | 10000 | N/A | 1.290 | 12,900.00 |

SPECIAL INSTRUCTIONS
SHIP: UPS-SCS 2ND DAY
TEL: 1-800-577-8508

- THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE U.S. EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.
- ALL CUSTOMER PART NUMBERS ARE FOR REFERENCE ONLY UNLESS NOTED IN A SPEC CONTROLLED DOCUMENT.
- HARMONIZED TARIFF # 8542.29.0030

| | |
|---|---|
| SUBTOTAL | 12,900.00 |
| TAX | |
| FREIGHT | |
| **TOTAL** | **$ 12,900.00** |

ORIGINAL    U.S. DOLLARS



# LINEAR TECHNOLOGY CORPORATION

**INVOICE**

1630 McCarthy Blvd.
Milpitas, CA 95035-7417
PH: (408) 432-1900
FAX: (408) 434-0507

| INVOICE | INVOICE DATE | WAYBILL NUMBER | PAGE |
|---|---|---|---|
| 277263 | 09/29/05 | 706738082 | 1 |

| SO NO. | CUSTOMER PURCHASE ORDER NO. | TERMS |
|---|---|---|
| 085820 | 550-44257 | NET 30 |

| CUSTOMER ABBREVIATION | CARR | LOCATION |
|---|---|---|
| DELPHI ELECT | CM-C1-24 | M1 |

**BILL TO:**
DELPHI DELCO
ONE CORPORATE CTR
MS A241 PO BOX 9005
KOKOMO, IN 46904-9005, USA

**SHIP TO:** 702 DELPHI ELECTRONICS&SAFETY
JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567 USA

| ITEM | DATE SHIPPED | TO BE ORDERED | ENTERED DATE | CUSTOMER CODE | REV | LTC PART NO | S/N | N | PR | SPEC | TOTAL ORDER QTY | QTY ON THIS SHIP | UNIT PRICE | NA | TAX | EXTENSION | REQUESTED ROUTING | ACTUAL ROUTING |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 64 | 09/29/05 | | 12/17/03 | 0049007 | Y N N | LTC1436AEGN#TR | | | O | | 2500 | 2500 | 3.190 | N | | 7,975.00 | FAX2DAY | FAX2DAY |

VENDOR CODE 495046 MUST BE ON ALL PAPERWORK

**INTEGRATED LINEAR CIRCUITS**

**SPECIAL INSTRUCTIONS:** SHIP VIA UPS-SCS 2ND DAY
TEL: 1-800-577-8308

"THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE U.S. EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED"

ALL CUSTOMER PART NUMBERS ARE FOR REFERENCE ONLY UNLESS NOTED IN A SPEC CONTROLLED DOCUMENT.
HARMONIZED TARIFF # 8542.29.0030

| | |
|---|---|
| SUB TOTAL | 7,975.00 |
| TAX | |
| FREIGHT | |
| **TOTAL** | **$ 7,975.00** |

ORIGINAL                                                                                     U.S. DOLLARS