Leslie A. Plaskon (NY 7227)
Kristine M. Shryock (GA 644130)
Paul Hastings Janofsky & Walker, LLP
75 East 55th Street
New York, NY  10022
Ph. (212) 318-6000
Fax (212) 319-4090

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>DELPHI CORPORATION, <u>et al</u>. | Chapter 11<br><br>Jointly Administered under<br>Case No.: 05-44481 (RSD) |

## NOTICE OF FILING EXHIBITS TO NON-PARTY'S MOTION TO QUASH SUBPOENA [DOCKET NO. 697]

COMES NOW, Rafael De Paoli and / or GE Corporate Financial Services (collectively, "Movant") and files the attached Exhibits to Non-Party's Motion to Quash Subpoena filed on October 26, 2005 (the "Motion") as follows:

Exhibit "A" – Copy of the October 25, 2005 Subpoena

Exhibit "B" – Certificate of Service of the Motion and this notice.

Dated:  October 26, 2005                    Paul Hastings Janofsky & Walker, LLP


                                By:        /s  Leslie A. Plaskon
                                    Leslie A. Plaskon (NY 7227)
                                    Kristine M. Shryock (GA  644130)
                                    75 East 55th Street
                                    New York, NY  10022
                                    Ph. (212) 318-6000
                                    Fax (212) 319-4090

                                    Counsel to Movant

LEGAL_US_E # 6120933.4