UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | : X : | |
|  | : | Chapter 11  Case No. |
| Delphi Corporation et al., | : | 05-44481  (RDD) |
|  | : | |
| Debtors. | : X | Jointly Administered |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the Non-Party Motion to Quash Subpoena via facsimile upon the following parties:

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
facsimile no.: 212-668-2255

Emanuel C. Gillo
Goodwin Procter, LLP
599 Lexington Avenue
New York, NY  10022
Fax. no. (212) 355.3333
Counsel to the Ad Hoc Committee

John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285
Fax : (312) 407-0411
Counsel to the Debtors

This 26th day of October, 2005.

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:          /s  Leslie A. Plaskon
         Leslie A. Plaskon

Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY  10022
Ph.   (212) 318-6000
Fax: (212) 230-7881

LEGAL_US_E # 6120933.4