Quarles & Brady Streich Lang LLP
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
(602) 229-5200
John A. Harris, Esq. (AZ Bar No. 014459)
Scott R. Goldberg, Esq. (AZ Bar No. 015082)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

KIMBERLY BLUMER, being first duly sworn, upon her oath deposes and says:

1.   I am over the age of twenty-one years and a resident of the State of Arizona.

2.   In my capacity as Bankruptcy Support Clerk at Quarles & Brady Streich Lang LLP, attorneys for SEMICONDUCTOR COMPONENTS INDUSTRIES, INC., a subsidiary of ON SEMICONDUCTOR CORPORATION, a creditor in the above-captioned Chapter 11 cases, I caused true and correct copies of the "Limited Joinder Of Semiconductor Components Industries, LLC to Certain Objections to the Debtor's Financing Motion and

Related Orders" to be served on October 26, 2005 via electronic mail and United States first-class mail (as indicated) on all parties listed on Exhibit "A" attached hereto.

DATED this 26th day of October, 2005.

_____
Kimberly Blumer

STATE OF ARIZONA     )
                     )ss.
County of Maricopa   )

SUBSCRIBED AND SWORN to before me this 26th day of October, 2005.

_____
Notary Public

My commission expires:



OFFICIAL SEAL
SHERI L. BUFFINGTON
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires April 1, 2008

QBPHX\1587050.1

-2-