# EXHIBIT A

**File a Motion:**

05-44481-rdd Delphi Corporation and Lead Plaintiff and the Prospective Class

## U.S. Bankruptcy Court

## Southern District of New York

Notice of Electronic Filing

The following transaction was received from Goldberg, Scott R. entered on 10/26/2005 at 7:29 PM and filed on 10/26/2005

**Case Name:**  Delphi Corporation and Lead Plaintiff and the Prospective Class
**Case Number:**  05-44481-rdd
**Document Number:** 701

**Docket Text:**
Motion to Join / *Limited Joinder Of Semiconductor Components Industries, LLC To Certain Objections To The Debtor's Financing Motion And Related Orders* (related document(s)[42]) filed by Scott R. Goldberg on behalf of Semiconductor Components Industries, LLC. (Goldberg, Scott)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**R:\CENTER\BKR\SemiJoin.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=10/26/2005] [FileNumber=4541811-0] [8f307ac70ec304bb639f8763aa3471007c16e8064110384bd40b0f2f8a27f4226aed c9d277f4c82910194181b893a949c913564c9b1c68217e66f6e2592045b5]]

**05-44481-rdd Notice will be electronically mailed to:**

David B. Aaronson    david.aaronson@dbr.com,

Elizabeth Abdelmasieh    eabdelmasieh@nmmlaw.com

Franklin C. Adams    franklin.adams@bbklaw.com

Jason R. Adams    jadams@torys.com,

Jennifer L. Adamy    bankruptcy@goodwin.com,

William J. Barrett    william.barrett@bfkpn.com,

David S. Barritt    barritt@chapman.com,

Douglas P. Baumstein    dbaumstein@whitecase.com,

W. Robinson Beard    jkirk@stites.com,

Jeffrey Bernstein    jb@carpben.com, ssolazzo@carpben.com

Charles E. Boulbol    rtrack@msn.com,

Wendy D. Brewer    wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com

Timothy W. Brink    tbrink@lordbissell.com,

James L. Bromley    maofiling@cgsh.com

Mark A. Broude    mark.broude@lw.com

Deborah M. Buell    maofiling@cgsh.com,

John Wm. Butler    jbutler@skadden.com

Aaron R. Cahn    cahn@clm.com

Scott Cargill    scargill@lowenstein.com, jkramer@lowenstein.com;hpetersen@lowenstein.com

Madison L. Cashman    nashvillebankruptcyfilings@stites.com,

Maria E. Chavez-Ruark    maria.ruark@dlapiper.com, richard.kremen@dlapiper.com

Tiffany Strelow Cobb    tscobb@vssp.com, cdfricke@vssp.com;elcalhoun@vssp.com

Susan M. Cook    smcook@lambertleser.com,

Michael G. Cruse    mcruse@wnj.com,

Vincent D'Agostino    vdagostino@lowenstein.com

Jeffry A. Davis    jeffdavis@graycary.com,

Gerard DiConza    gdiconza@dlawpc.com

Maria J. DiConza    diconzam@gtlaw.com

Robert W. Dremluk    rdremluk@seyfarth.com,
rlauter@seyfarth.com,etrybantelser@cityofchicago.org,pbaisier@seyfarth.com

Robert L. Eisenbach    reisenbach@cooley.com

Judith Elkin    judith.elkin@haynesboone.com

Alyssa Englund    aenglund@orrick.com,

Robert Michael Farquhar    mfarquhar@winstead.com,

Bonnie Glantz Fatell    fatell@blankrome.com, recchiuti@blankrome.com

Richard L. Ferrell    Ferrell@taftlaw.com,

Charles J. Filardi   cfilardi@pepehazard.com

Edward M. Fox   efox@klng.com

Timothy A. Fusco    fusco@millercanfield.com,

Thomas M. Gaa    tgaa@bbslaw.com, clee@bbslaw.com

Yann Geron    nybkfilings@foxrothschild.com, ygeron@foxrothschild.com

Scott A. Golden    sagolden@hhlaw.com, khseal@hhlaw.com

Robert C. Goodrich    nashvillebankruptcyfilings@stites.com,

Warren R. Graham    wrg@dmlegal.com, ak@dmlegal.com;cfs@dmlegal.com

Gary E. Green    ggreen@fagelhaber.com,

John T. Gregg    jgregg@btlaw.com,

Jonathan P. Guy    jpguy@swidlaw.com,

Michael Leo Hall    mhall@burr.com

Alan D. Halperin    ahalperin@halperinlaw.net,
cbattaglia@halperinlaw.net;eganc@halperinlaw.net;cmitchell@halperinlaw.net

Brian W. Harvey    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

William M. Hawkins    whawkins@loeb.com

William Heuer    wheuer@morganlewis.com,

Jeannette Eisan Hinshaw    jhinshaw@boselaw.com, pdidandeh@boselaw.com

Shannon E. Hoff    shoff@burr.com

John J. Hunter    jrhunter@hunterschank.com, sharonaldrich@hunterschank.com

Michael G. Insalaco    minsalaco@zeklaw.com

Hilary Jewett    hjewett@foley.com,

Roger G. Jones    rjones@bccb.com,

Andrew C. Kassner    andrew.kassner@dbr.com

Tracy L. Klestadt    tklestadt@klestadt.com, tklestadt@gmail.com;jross@klestadt.com

Hanan B. Kolko      hkolko@msek.com

Alan M. Koschik     akoschik@brouse.com,

Lawrence J. Kotler    ljkotler@duanemorris.com,

Stuart A. Krause     skrause@zeklaw.com

Darryl S. Laddin     bkrfilings@agg.com

David E. Lemke     david.lemke@wallerlaw.com,
cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;wallerbank

Ira M. Levee     ilevee@lowenstein.com

Jill Levi      jlevi@toddlevi.com, drosenberg@toddlevi.com

Jeffrey M. Levinson     jml@ml-legal.com,

Kenneth M. Lewis     klewis@rosenpc.com, rpc@rosenpc.com

Kim Martin Lewis     brandy.mcqueary@dinslaw.com, john.persiani@dinslaw.com

Eric Lopez Schnabel     schnabel@klettrooney.com,

John S. Mairo     jsmairo@pbnlaw.com

Kayalyn A. Marafioti     kmarafio@skadden.com, jharring@skadden.com

Ilan Markus     imarkus@tylercooper.com,

Thomas J. Matz     tmatz@skadden.com

Daniel P. Mazo     dpm@curtinheefner.com,

Michael K. McCrory     michael.mccrory@btlaw.com, vance.donahue@btlaw.com

Ralph E. McDowell     rmcdowell@bodmanllp.com,

Austin L. McMullen     amcmulle@bccb.com,

Patrick E. Mears     patrick.mears@btlaw.com

Derek F. Meek     dmeek@burr.com

Robert N. Michaelson     rmichaelson@kl.com

Kathleen M. Miller     kmm@skfdelaware.com, tlc@skfdelaware.com

Alan K. Mills     amills@btlaw.com

Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com

James P. Moloy    jmoloy@dannpecar.com,

Audrey E. Moog    amoog@hhlaw.com,

Brian F. Moore    bmoore@mccarter.com,

Alisa Mumola    alisa@contrariancapital.com,

James P. Murphy    murph@berrymoorman.com,

Lauren Newman    inewman@fagelhaber.com,

Ingrid S. Palermo    ipalermo@hselaw.com

Lowell Peterson    lpeterson@msek.com

Ronald R. Peterson    rpeterson@jenner.com, anicoll@jenner.com

Alex Pirogovsky    apirogovsky@uhlaw.com

Leslie A. Plaskon    leslieplaskon@paulhastings.com,

Jeffrey S. Posta    jposta@sternslaw.com,

Constantine Pourakis    cp@stevenslee.com

Paul A. Rachmuth    prachmuth@andersonkill.com, bfiling@andersonkill.com

Steven J. Reisman    sreisman@cm-p.com, athau@cm-p.com;jdecristofaro@cm-p.com;jbarucha@cm-
p.com;webmaster@docketware.com;mharwood@cm-p.com;kparker@cm-p.com

Kenneth A. Reynolds    kar@pryormandelup.com,

Geoffrey A. Richards    grichards@kirkland.com,

Craig Philip Rieders    crieders@gjb-law.com;gisabelle@gjb-law.com, gisabelle@gjb-
law.com;bamron@gjb-law.com

Sandra A. Riemer    sriemer@phillipsnizer.com, mfay@phillipsnizer.com

Jean R. Robertson    jrobertson@mcdonaldhopkins.com,

Scott D. Rosen    srosen@cb-shea.com,

Paul M. Rosenblatt    prosenblatt@kilpatrickstockton.com

Robert B. Rubin    brubin@burr.com

Chester B. Salomon    cs@stevenslee.com

Diane W. Sanders    austin.bankruptcy@publicans.com,

Thomas P. Sarb    ecfsarbt@millerjohnson.com

William F. Savino    wsavino@damonmorey.com,

Thomas J. Schank    tomschank@hunterschank.com, tammymaus@hunterschank.com

Michael L. Schein    mlschein@mintz.com, ereyes@mintz.com;skhoos@mintz.com

Charles P. Schulman    cschulman@sachnoff.com,

Bryan I. Schwartz    bschwartz@lplegal.com,

Jay Selanders    selanders@danielsandkaplan.com,

Mark A. Shaiken    mshaiken@stinsonmoheck.com,
dcurran@stinsonmoheck.com;mjerde@stinsonmoheck.com;mleahy@stinsonmoheck.com;bpryor@stinso

Andrea Sheehan    sheehan@txschoollaw.com, greiner@txschoollaw.com;ashee1@yahoo.com

Andrew Howard Sherman    asherman@sillscummis.com, asherman@sillscummis.com

Joseph E. Shickich    jshickich@riddellwilliams.com

Wallace A. Showman    was@showmanlaw.com,

Sam O. Simmerman    sosimmerman@kwgd.com, mhelmick@kwgd.com

Thomas R. Slome    mail@srsllp.com

Marc P. Solomon    msolomon@burr.com

Brian D. Spector    bspector@selawfirm.com, kdillon@selawfirm.com

James M. Sullivan    jmsullivan@mwe.com, llopez@mwe.com

Robert Szwajkos    rsz@curtinheefner.com,

Gordon J. Toering    gtoering@wnj.com

Laura L. Torrado    ltorrado@bear.com, msussman@bear.com

Raymond J. Urbanik    rurbanik@munsch.com,

Robert Usadi    rusadi@cahill.com,

Joseph J. Vitale    jvitale@cwsny.com,

Michael D. Warner    bankruptcy@warnerstevens.com

Robert K. Weiler    rweiler@greenseifter.com, lellis@greenseifter.com

Elizabeth Weller    dallas.bankruptcy@publicans.com

Robert A White    rwhite@murthalaw.com,

Robert D. Wolford    ecfwolfordr@mjsc.com,

Stephen L. Yonaty    syonaty@hodgsonruss.com,

Peter Alan Zisser    nyc-bkcyecf@hklaw.com

**05-44481-rdd Notice will not be electronically mailed to:**

Mark I Bane
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178
mbane@kelleydrye.com

Glenn P. Berger
Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016

Stuart F. Cheney

,

Mark G. Claypool

,

Michael L. Cook
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
michael.cook@srz.com, michael.cook@srz.com

Patrick M. Costello
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palto Alto, CA 94306

Gary H. Cunningham
Kramer Mellen, P.C.
3000 Town Center, Ste. 1700
Southfield, MI 48075-1277

Gary H. Cunningham
Strobl Cunningham & Sharp, P.C.
300 E. Long Lake Road
Suite 200
Bloomingfield Hills, MI Suite 200

Craig Alan Damast
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174
cadamast@blankrome.com

J. Michael Debbeler
Graydon, Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202

Elizabeth K. Flaagan
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203

Mark T. Flewelling
Anglin, Flewelling, Rasmussen, Campbell
& Trytten LLP
199 South Los Robles Avenue
Suite 600
Pasadena, CA 91101

Lars H. Fuller
Rothgerber Johson & Lyons, LLP
One Tabor Center
Suite 3000
1200 Seventeenth Street
Denver, CO 80202-5855

Ira P. Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Ira P. Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Scott R. Goldberg
Quarles & Brady Streich Lang, LLP
One Renaissance Sq.
2 N. Central Avenue

Phoenix, AZ 85004-2391

Stephen H. Gross
Hodgson Russ LLP
Carnegie Hall Tower
152 West 57th Street, 35th Floor
New York, NY 10019
sgross@hodgsonruss.com, mramos@hodgsonruss.com

Larry D. Harvey
Larry D. Harvey P.C.
5290 DTC Parkway
Suite 150
Englewood, CO 80111

Dion W. Hayes
McGuireWoods LLP
901 East Cary Street
Richmond, VA 23219-4030
dhayes@mcguirewoods.com

Thomas H. Keyse
1700 Lincoln Street
Suite 4000
Denver, CO 80203

Steve Kieselstein
Kieselstein LawFirm, PLLC
43 British American Boulevard
Latham, NY 12110

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Jacob A. Manheimer
Pierce Atwood
One Monument Square
Portland, ME 04101
jmanheimer@pierceatwood.com, mpottle@pierceatwood.com

Jill Mazer-Marino
Scarcella Rosen & Slome, LLP
333 Earle Ovington Boulevard
9th Floor
Uniondale, NY 11553
jmmarino@srsllp.com

Timothy S. McFadden

Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, IL 60603
tmcfadden@lordbissell.com, mklepper@lordbissell.com

Thomas C. Pavlik
Novak, Robenalt, Pavlik
Skylight Office Tower, Suite 270
1660 West Second Street
Cleveland, OH 44113

Sandra A. Reimer
666 Fifth Avenue
New York, NY 10103

Kenneth A. Reynolds
Pryor & Madelup, LLP
675 Old Country Road
Westbury, NY 11590

Harold Ritvo
Harold Ritvo, P.C.
One University Plaza
Hackensack, NJ 07601

Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY 10022

Lawrence M. Schwab
BIALSON, BERGEN & SCHWAB, Esq.
2600 El Camino Real
Suite 300
Palto Alto, CA 94306

Robert J. Sidman
Vorys, Sater, Seymour and Pease, LLP
52 East Gay Street
Columbus, OH 43216-1008
rjsidman@vssp.com, bkbowers@vssp.com;eplitfin@vssp.com;cdfricke@vssp.com

Mark R. Somerstein
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10178
msomerstein@kelleydrye.com

Shmuel Vasser
Edwards &Angell, LLP
750 Lexington Avenue

New York, NY 10022

Timothy W. Walsh
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
timothy.walsh@dlapiper.com,
william.coleman@dlapiper.com;jeremy.johnson@dlapiper.com;john.mcnicholas@dlapiper.com;vincent.