# **EXHIBIT K**

Delphi Corporation
Master Service List
Overnight

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Capital Research and Management Company | Michelle Robson | 11100 Santa Monica Blvd | 15th Floor | Los Angeles | CA | 90025 | 310-996-6140 | 310-996-6091 | mlfr@capgroup.com | Creditor Committee Member |
| Cohen Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | b_simon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-6000 | 212-697-1559 | sreisman@cm-p.com | Counsel for Flextronics International USA, Inc. |
| Davis Polk & Wardwell | Donald Bernstein | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 | 212-450-3092 | donald.bernstein@dpw.com | Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2670 | sean.p.corcoran@delphi.com  karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 6328 Monarch Park Place | | Niwot | CO | 80503 | 303-652-4853 | 303-652-4716 | cshiff@flextronics.com | Counsel for Flextronics International |
| Flextronics International Asia-Pacific, Ltd. c/o Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | | Creditor Committee Member |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | One Plastics Avenue | | Pittsfield | MA | 01201 | 704-992-5075 | | | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel for Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 152 West 57th Street | 35th Floor | New York | NY | 10019 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel for Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Internal Revenue Service | Attn: Insolvency Department | 290 Broadway | 5th Floor | New York | NY | 10007 | | | | IRS |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3648 | 313-628-3602 | | Michigan IRS |
| IUE-CWA | Henry Reichard | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | | | Creditor Committee Member |
| Jefferies & Company, Inc. | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Thomas F. Maher, Richard Duker, Gianni Russello | 270 Park Avenue | | New York | NY | 10017 | 212-270-0426 | 212-270-0430 | thomas.fmaher@chase.com  richard.duker@jpmorgan.com  gianni.russello@jpmorgan.com | Postpetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Vilma Francis | 270 Park Avenue | | New York | NY | 10017 | | 212-270-6484 | vilma.francis@jpmorgan.com | Prepetition Administrative Agent |
| Kurtzman Carson Consultants | James Le | 12910 Culver Blvd. | Suite I | Los Angeles | CA | 90066 | 310-751-1511 | 310-751-1561 | jle@kccllc.com | Noticing and Claims Agent: |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | UCC Professional |
| Mesirow Financial | Melissa Knolls | 321 N. Clark St. | 13th Floor | Chicago | IL | 60601 | 800-453-0600 | 312-595-4246 | mknoll@mesirowfinancial.com | UCC Professional |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 212-735-8600 | 212-735-8708 | bankruptcy@morrisoncohen.com | Counsel for Blue Cross and Blue Shield of Michigan |
| Office of the New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | | New York Attorney General's Office |
| O'Melveny & Meyer LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Meyer LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | garrick.sandra@pbgc.gov  efile@pbgc.gov | Counsel for Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 202-326-4020 | 202-326-4112 | landy.ralph@pbgc.gov | Chief Counsel for the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel for Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Securities and Exchange Commission | Reorganization Branch | 233 Broadway | | New York | NY | 10279 | | | | Securities and Exchange Commission |
| Seyfarth Shaw LLP | Robert W. Dremluk | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel for Murata Electroncs North |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com  jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com  rtrust@stblaw.com  wrussell@stblaw.com | Prepetition Administrative Agent |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com  jlyonsch@skadden.com  rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com  tmatz@skadden.com | Counsel to the Debtor |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 212-319-8500 | 212-319-8505 | cp@stevenslee.com  cs@stevenslee.com | Counsel for Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| United States Trustee | Alicia M. Leonard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 | does not take service via fax | United States Trustee |
| United States Trustee | Deirdre A. Martini | 33 Whitehall Street | Suite 2100 | New York | NY | 10004 | 212-510-0500 | 212-668-2256 | deirdre.martini@usdoj.gov | United States Trustee |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeffrey.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 2

10/26/2005 5:23 PM
Master 051026 Overnight

Delphi Corporation
Master Service List
Overnight

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | | | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 2

10/26/2005 5:23 PM
Master 051026 Overnight

DIP Response
051026

| Company | Contact | Address 1 | Address 2 | City | State | Zip | Fax | Email |
|---|---|---|---|---|---|---|---|---|
| Warner Norcross & Judd LLP | Gordon J Toering | 900 Fifth Third Center | 111 Lyon St NW | Grand Rapids | MI | 49503 | 616-222-2185 | gtoering@wnj.com |
| Burr & Forman LLP | Michael Leo Hall | 420 North 20th St | Suite 3100 | Birmingham | AL | 35203 | 205-244-5651 | mhall@burr.com |
| Margulies & Levinson LLP | Jeffrey M Levinson | 30100 Chargrin Boulevard | | Cleveland | OH | 44124 | 216-514-4936 | jml@ml-legal.com |
| Merrill Stone | Kelly Drye & Warren LLP | 101 Park Ave | | New York | NY | 10178 | 212-808-7898 | |
| PBGC | Jeffrey Cohen | 1200 K Street NW | Suite 340 | Washington | DC | 20005 | 202-326-4112 | |
| Boult Cummings Conners & Berry PLC | Roger Jones Austin McMullen | 1600 Division St | Suite 700 | Nashville | TN | 37203 | 615-252-6323 | rjones@bccb.com |
| Daniels & Kaplan PC | Jay Selanders | 2405 Grand Blvd | Suite 900 | Kansas City | MO | 64108 | 816-221-3006 | selanders@danielsandkaplan.com |
| Bose McKinney & Evans LLP | Jeannette Eisan Hinshaw | 135 North Pennsylvania St | Suite 2700 | Indianapolis | IN | 46204 | 317-223-0296 | jhinshaw@boselaw.com |
| Barnes & Thornburg LLP | Michael McCrory Wendy Brewer | 11 S Meridian St | | Indianapolis | IN | 46204 | 317-231-7433 | michael.mccrory@btlaw.com |
| Bose McKinney & Evans LLP | Jeannette Eisan Hinshaw | 135 North Pennsylvania St | Suite 2700 | Indianapolis | IN | 46204 | 317-223-0296 | jhinshaw@boselaw.com |
| Barnes & Thornburg LLP | John Gregg | 300 Ottawa Ave NW | Suite 500 | Grand Rapids | MI | 49503 | 616-742-3999 | jgregg@btlaw.com |
| Bose McKinney & Evans LLP | Jeannette Eisan Hinshaw | 135 North Pennsylvania St | Suite 2700 | Indianapolis | IN | 46204 | 317-223-0296 | jhinshaw@boselaw.com |
| Miller Canfield Paddock & Stone PLC | Jonathan S Green Timothy A Fusco | 150 W Jefferson | Suite 2500 | Detroit | MI | 48226 | 313-496-8450 | fusco@millercanfield.com |
| Phillips Nizer LLP | Sandra A Riember Candice Frost | 666 Fifth Ave | | New York | NY | 10103 | 212-262-5152 | sriemer@phillipsnizer.com |
| Waller Lansden Dortch & Davis PLLC | David E Lemke Robert J Wlhoelter | 511 Union St | Suite 2700 | Nashville | TN | 37219 | 615-244-6804 | david.lemke@wallerlaw.com |
| Seyfarth Shaw LLP | Robert W Dremluk Paul M Baisier | 1270 Ave of the Americas | Suite 2500 | New York | NY | 10020 | 212-218-5526 | rdremluk@seyfarth.com |
| Seyfarth Shaw LLP | Robert W Dremluk Paul M Baisier | 1270 Ave of the Americas | Suite 2500 | New York | NY | 10020 | 404-892-7056 | pbaiser@seyfarth.com |
| Curtis Mallet Prevost Colt & Mosle LLP | Steven Reisman | 101 Park Ave | | New York | NY | 10178 | 212-697-1559 | sreisman@cm-p.com |
| Curtis Mallet Prevost Colt & Mosle LLP | Steven Reisman | 101 Park Ave | | New York | NY | 10178 | 212-697-1559 | sreisman@cm-p.com |
| Sanford P Rosen & Associates PC | Sanford P Rosen & Kenneth M Lewis | 747 Third Ave | | New York | NY | 10017 | 212-223-1102 | klweis@rosenpc.com |
| Schafer & Weiner PLLC | Daniel J Weiner Ryan D Heilman | 40950 Woodward Ave | Suite 100 | Bloomfield Hills | MI | 48304 | 248-642-2127 | |
| Goodwin Procter LLP | Allan S Brilliant Emanuel C Grillo Brian W Harvey | 599 Lexington Ave | | New York | NY | 10022 | 212-355-3333 | bharvey@goodwinprocter.com |
| Barnes & Thornburg LLP | Patric E Mears | 300 Ottawa Ave NW | Suite 500 | Grand Rapids | MI | 49503 | 616-742-3999 | pmears@btlaw.com |
| Vorys Sater Seymour & Pease LLP | Robert J Sidman Robert A Bell | 52 East Gay St | PO Box 1008 | Columbus | OH | 43215 | 614-719-4962 | |
| Robert L Eisenbach III | Gregg S Kleiner | 101 California ST | 5th Fl | San Francisco | CA | 94111 | 415-693-2222 | reisenbach@cooley.com |
| Vorys Sater Seymour & Pease LLP | Tiffany Strelow | 52 East Gay St | PO Box 1008 | Columbus | OH | 43215 | 614-719-4663 | |
| Brian D Spector | | 30 Columbia Turnpike | | Florham Park | NJ | 7932 | 973-593-4848 | bspector@selawfirm.com |
| Pryor & Mandelup LLP | Kenneth Reynolds | 675 Old Country Road | | Westbury | NY | 11590 | 516-333-7333 | kar@pryormandelup.com |
| Simpson Thacher & Bartlett LLP | Brude D Angiolillo Kenneth Ziman William T Russell Jr | 425 Lexington Ave | | New York | NY | 10017 | 212-455-2502 | |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M Buell | One Liberty Plaza | | New York | NY | 10006 | 212-225-3999 | maofiling@cgsh.com |
| Porzio Bromberg & Newman PC | John S Mairo Brett S Moore | 100 Southgate Parkway | | Morristown | NJ | 07960 | 973-538-5146 | jsmairo@pbnlaw.com |
| Sanford P Rosen & Associates PC | Sanford P Rosen & Kenneth M Lewis | 747 Third Ave | | New York | NY | 10017 | 212-223-1102 | klweis@rosenpc.com |
| Schafer & Weiner PLLC | Daniel J Weiner Ryan D Heilman | 40950 Woodward Ave | Suite 100 | Bloomfield Hills | MI | 48304 | 248-642-2127 | |
| Vorys Sater Seymour & Pease LLP | Carrie M Caldwell | 2100 One Cleveland Center | 1375 East Ninth St | Cleveland | OH | 44114 | 216-937-3719 | |
| Latham & Watkins LLP | Robert J Rosenberg Mitchell A Seider Mark A Broude | 885 Third Ave | | New York | NY | 10022 | 212-751-4864 | robert.rosenberg@lw.com; mitchell.seider@lw.com; mark.broude@lw.com |
| Klestadt & Winters LLP | Tracy L Klestadt | 292 Madison Ave | 17th Fl | New York | NY | 10017 | 212-972-2245 | tklestadt@klestadt.com |
| Greensfelder Hemker & Gale PC | Cherie Macdonald J Patrick Bradley | 12 Wolf Creek Drive | Suite 100 | Swansea | IL | 62226 | 618-257-7353 314-241-8624 | |
| Halperin Battaglia Raicht LLP | Alan D Halperin Christoper J Battaglia | 555 Madison Ave | 9th Fl | New York | NY | 10022 | 212-765-0964 | ahalperin@halperinlaw.net |
| Hogan & Hartson LLP | Scott Golden | 875 Third Ave | | New York | NY | 10022 | 212-918-3100 | sgolden@hhlaw.com |

# **<u>EXHIBIT L</u>**

Delphi Corporation
Master Service List
E-Mail

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Capital Research and Management Company | Michelle Robson | 11100 Santa Monica Blvd | 15th Floor | Los Angeles | CA | 90025 | | 310-996-6140 | 310-996-6091 | mlfr@capgroup.com | Creditor Committee Member |
| Cohen Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | | 212-356-0231 | 212-695-5436 | b.simon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-6000 | 212-697-1559 | sreisman@cm-p.com | Counsel for Flextronics International USA, Inc. |
| Davis Polk & Wardwell | Donald Bernstein | 450 Lexington Avenue | | New York | NY | 10017 | | 212-450-4092 | 212-450-3092 | donald.bernstein@dpw.com | Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | | 248-813-2000 | 248-813-2670 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 6328 Monarch Park Place | | Niwot | CO | 80503 | | 303-652-4853 | 303-652-4716 | cshiff@flextronics.com | Counsel for Flextronics International |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel for Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 152 West 57th Street | 35th Floor | New York | NY | 10019 | | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel for Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Jefferies & Company, Inc. | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Thomas F. Maher, Richard Duker, Gianni Russello | 270 Park Avenue | | New York | NY | 10017 | | 212-270-0426 | 212-270-0430 | thomas.fmaher@chase.com richard.duker@jpmorgan.com gianni.russello@jpmorgan.com | Postpetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Vilma Francis | 270 Park Avenue | | New York | NY | 10017 | | | 212-270-5484 | vilma.francis@jpmorgan.com | Prepetition Administrative Agent |
| Kurtzman Carson Consultants | James Le | 12910 Culver Blvd. | Suite I | Los Angeles | CA | 90066 | | 310-751-1511 | 310-751-1561 | jle@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | UCC Professional |
| Mesirow Financial | Melissa Knolls | 321 N. Clark St. | 13th Floor | Chicago | IL | 60601 | | 800-453-0600 | 312-644-8927 | mknoll@mesirowfinancial.com | UCC Professional |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | | 212-735-8600 | 212-735-8708 | bankruptcy@morrisoncohen.com | Counsel for Blue Cross and Blue Shield of Michigan |
| O'Melveny & Meyer LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Meyer LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | | 202-326-4020 | 202-326-4112 | garrick.sandra@pbgc.gov efile@pbgc.gov | Counsel for Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | | 202-326-4020 | 202-326-4112 | landy.ralph@pbgc.gov | Chief Counsel for the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel for Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel for Murata Electroncs North |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth E. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Prepetition Administrative Agent |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | 212-319-8505 | cp@stevenslee.com cs@stevenslee.com | Counsel for Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| United States Trustee | Deirdre A. Martini | 33 Whitehall Street | Suite 2100 | New York | NY | 10004 | | 212-510-0500 | 212-668-2256 | deirdre.martini@usdoj.gov | United States Trustee |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | | 212-310-8000 | 212-310-8007 | jeffrey.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

10/26/2005 5:23 PM
Master 051026 Email

DIP Response
Email Notification

| Company | Contact | Address 1 | Address 2 | City | State | Zip | Fax | Email |
|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | John Gregg | 300 Ottawa Ave NW | Suite 500 | Grand Rapids | MI | 49503 | 616-742-3999 | jgregg@btlaw.com |
| Barnes & Thornburg LLP | Michael McCrory Wendy Brewer | 11 S Meridian St | | Indianapolis | IN | 46204 | 317-231-7433 | michael.mccrory@btlaw.com |
| Barnes & Thornburg LLP | Patric E Mears | 300 Ottawa Ave NW | Suite 500 | Grand Rapids | MI | 49503 | 616-742-3999 | pmears@btlaw.com |
| Bose McKinney & Evans LLP | Jeannette Eisan Hinshaw | 135 North Pennsylvania St | Suite 2700 | Indianapolis | IN | 46204 | 317-223-0296 | jhinshaw@boselaw.com |
| Bose McKinney & Evans LLP | Jeannette Eisan Hinshaw | 135 North Pennsylvania St | Suite 2700 | Indianapolis | IN | 46204 | 317-223-0296 | jhinshaw@boselaw.com |
| Bose McKinney & Evans LLP | Jeannette Eisan Hinshaw | 135 North Pennsylvania St | Suite 2700 | Indianapolis | IN | 46204 | 317-223-0296 | jhinshaw@boselaw.com |
| Boult Cummings Conners & Berry PLC | Roger Jones Austin McMullen | 1600 Division St | Suite 700 | Nashville | TN | 37203 | 615-252-6323 615-252-6307 | rjones@bccb.com |
| Brian D Spector | | 30 Columbia Turnpike | | Florham Park | NJ | 7932 | 973-593-4848 | bspector@selawfirm.com |
| Burr & Forman LLP | Michael Leo Hall | 420 North 20th St | Suite 3100 | Birmingham | AL | 35203 | 205-244-5651 | mhall@burr.com |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M Buell | One Liberty Plaza | | New York | NY | 10006 | 212-225-3999 | maofiling@cgsh.com |
| Curtis Mallet Prevost Colt & Mosle LLP | Steven Reisman | 101 Park Ave | | New York | NY | 10178 | 212-697-1559 | sreisman@cm-p.com |
| Curtis Mallet Prevost Colt & Mosle LLP | Steven Reisman | 101 Park Ave | | New York | NY | 10178 | 212-697-1559 | sreisman@cm-p.com |
| Daniels & Kaplan PC | Jay Selanders | 2405 Grand Blvd | Suite 900 | Kansas City | MO | 64108 | 816-221-3006 | selanders@danielsandkaplan.com |
| Goodwin Procter LLP | Allan S Brilliant Emanuel C Grillo Brian W Harvey | 599 Lexington Ave | | New York | NY | 10022 | 212-355-3333 | bharvey@goodwinprocter.com |
| Halperin Battaglia Raicht LLP | Alan D Halperin Christoper J Battaglia | 555 Madison Ave | 9th Fl | New York | NY | 10022 | 212-765-0964 | ahalperin@halperinlaw.net |
| Hogan & Hartson LLP | Scott Golden | 875 Third Ave | | New York | NY | 10022 | 212-918-3100 | sagolden@hhlaw.com |
| Klestadt & Winters LLP | Tracy L Klestadt | 292 Madison Ave | 17th Fl | New York | NY | 10017 | 212-972-2245 | tklestadt@klestadt.com |
| Latham & Watkins LLP | Robert J Rosenberg Mitchell A Seider Mark A Broude | 885 Third Ave | | New York | NY | 10022 | 212-751-4864 | robert.rosenberg@lw.com; mitchell.seider@lw.com; mark.broude@lw.com |
| Margulies & Levinson LLP | Jeffrey M Levinson | 30100 Chargrin Boulevard | | Cleveland | OH | 44124 | 216-514-4936 | jml@ml-legal.com |
| Miller Canfield Paddock & Stone PLC | Jonathan S Green Timothy A Fusco | 150 W Jefferson | Suite 2500 | Detroit | MI | 48226 | 313-496-8450 313-496-8453 | fusco@millercanfield.com |
| Phillips Nizer LLP | Sandra A Riember Candice Frost | 666 Fifth Ave | | New York | NY | 10103 | 212-262-5152 | sriemer@phillipsnizer.com |
| Porzio Bromberg & Newman PC | John S Mairo Brett S Moore | 100 Southgate Parkway | | Morristown | NJ | 07960 | 973-538-5146 | jsmairo@pbnlaw.com |
| Pryor & Mandelup LLP | Kenneth Reynolds | 675 Old Country Road | | Westbury | NY | 11590 | 516-333-7333 | kar@pryormandelup.com |
| Robert L Eisenbach III | Gregg S Kleiner | 101 California ST | 5th Fl | San Francisco | CA | 94111 | 415-693-2222 | reisenbach@cooley.com |
| Sanford P Rosen & Associates PC | Sanford P Rosen & Kenneth M Lewis | 747 Third Ave | | New York | NY | 10017 | 212-223-1102 | klweis@rosenpc.com |
| Sanford P Rosen & Associates PC | Sanford P Rosen & Kenneth M Lewis | 747 Third Ave | | New York | NY | 10017 | 212-223-1102 | klweis@rosenpc.com |
| Seyfarth Shaw LLP | Robert W Dremluk Paul M Baisier | 1270 Ave of the Americas | Suite 2500 | New York | NY | 10020 | 404-892-7056 | pbaiser@seyfarth.com |
| Seyfarth Shaw LLP | Robert W Dremluk Paul M Baisier | 1270 Ave of the Americas | Suite 2500 | New York | NY | 10020 | 212-218-5526 | rdremluk@seyfarth.com |
| Waller Lansden Dortch & Davis PLLC | David E Lemke Robert J Wlhoelter | 511 Union St | Suite 2700 | Nashville | TN | 37219 | 615-244-6804 | david.lemke@wallerlaw.com |
| Warner Norcross & Judd LLP | Gordon J Toering | 900 Fifth Third Center | 111 Lyon St NW | Grand Rapids | MI | 49503 | 616-222-2185 | gtoering@wnj.com |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19087-8675 | 610-230-3064 | 310-687-1052 | david.boyle@airgas.com | Counsel for Airgas, Inc. |
| Ajamie LLP | Thomas A. Ajamie | 711 Louisiana | Suite 2150 | Houston | TX | 77002 | 713-860-1600 | 713-860-1699 | tajamie@ajamie.com | Counsel for SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Ajamie LLP | Wallace A. Showman | 1350 Avenue of the Americas | 29th Floor | New York | NY | 10019 | 212-246-6820 | 212-581-8958 | wshowman@ajamie.com | Counsel for SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Angelo, Gordon & Co. | Leigh Walzer | 245 Park Avenue | 26th Floor | New York | NY | 10167 | 212-692-8251 | 212-867-6395 | lwalzer@angelogordon.com | |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | 404-873-8120 | 404-873-8121 | dladdin@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg LLP | Kimberly J. Robinson | 333 West Wacker Drive | Suite 2700 | Chicago | IL | 60606 | 312-629-5170 | 312-984-3150 | kim.robinson@bfkpn.com | Counsel for Motion Industries, Inc. |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | 317-236-1313 | 317-231-7433 | alan.mills@btlaw.com | Counsel for Mays Chemical Company |
| Barnes & Thornburg LLP | John T. Gregg | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | 616-742-3930 | 626-742-3999 | john.gregg@btlaw.com | Counsel to Priority Health |
| Barnes & Thornburg LLP | Patrick E. Mears | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | 616-742-3936 | 616-742-3999 | pmears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Michael K. McCrory  Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | 317-236-1313 | 317-231-7433 | wendy.brewer@btlaw.com  michael.mccrory@btlaw.com | Counsel for Gibbs Die Casting Company |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | 212-554-1411 | 212-554-1444 | hannah@blbglaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Bernstein Litowitz Berger & Grossman | Mark D. Debrowski | 1285 Avenue of the Americas | | New York | NY | 10019 | 212-554-1492 | 212-554-1444 | markd@blbglaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Bernstein Litowitz Berger & Grossman | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | 212-554-1409 | 212-554-1444 | sean@blbglaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | 650-857-9500 | 650-494-2738 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | 650-857-9500 | 650-494-2738 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | 650-857-9500 | 650-494-2738 | pcostello@bbslaw.com | Solectron Corporation; Solectron de Mexico SA de CV; Solectron Invotronics and Coherent, Inc. |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | 650-857-9500 | 650-494-2738 | tgaa@bbslaw.com | Counsel to  Veritas Software Corporation |
| Blank Rome LLP | Bonnie Glantz Fatell | Chase Manhattan Centre | 1201 Market Street, Suite 800 | Wilmington | DE | 19801 | 302-425-6423 | 302-428-5110 | fatell@blankrome.com | Counsel for Special Devices, Inc. |
| Bose McKinney & Evans LLP | Jeannette Eisan Hinshaw | 135 N. Pennsylvania Street | Suite 2700 | Indianapolis | IN | 46204 | 317-684-5296 | 317-684-5173 | jhinshaw@boselaw.com | Counsel for Decatur Plastics Products, Inc. and Eikenberry & Associates, Inc.; Lorentson Manufacturing, Company, Inc.; Lorentson Tooling, Inc.; L & S Tools, Inc.; Hewitt Tool & Die, Inc. |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | 615-252-2307 | 615-252-6307 | amcmullen@bccb.com | Counsel for Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | 615-252-2307 | 615-252-6307 | rjones@bccb.com | Counsel for Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Burr & Forman LLP | Michael Leo Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | 205-458-5367 | 205-244-5651 | mhall@burr.com | Counsel to Mercedes-Benz U.S. International, Inc |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | 212-701-3000 | 212-269-5420 | jonathan.greenberg@engelhard.com | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | 212-701-3000 | 212-269-5420 | rusadi@cahill.com | Counsel to Engelhard Corporation |
| Cahill, Gordon & Reindel, LLP | Jonathan Greenberg | Eighty Pine Street | | New York | NY | 10005-1702 | 212-701-3700 | 212-269-5420 | jonathan.greenberg@engelhard.com | Counsel for Engelhard Corporation |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | 212-732-3200 | 212-732-3232 | cahn@clm.com | Counsel for STMicroelectronics, Inc. |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel for Arneses Electricos Automotrices, S.A de C.V.; Cordaflex, S.A. de C.V. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale | 330 West 42nd Street | | New York | NY | 10036 | 212-356-0238 | 646-473-8238 | jvitale@cwsny.com | Counsel for International Union, United Automobile, Aerospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | 860-493-2200 | 860-727-0361 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | 302-658-9141 | 302-658-0380 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |
| Contrarian Capital Management, L.L.C. | Mark Lee, Janice Stanton, Bill Raine | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | 203-862-8200 | 203-629-1977 | mlee@contrariancapital.com  jstanton@contrariancapital.com  wraine@contrariancapital.com  slax@contrariancapital.com | Counsel to Contrarian Capital Management, L.L.C. |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | 215-736-2521 | 215-736-3647 | dpm@curtinheefner.com | Counsel for SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtin & Heefner, LLP | Robert Szwajkos | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | 215-736-2521 | 215-736-3647 | rsz@curtinheefner.com | Counsel for SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Andrew M. Thau | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-8898 | 917-368-8898 | athau@cm-p.com | Counsel for Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | David S. Karp | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-6065 | 212-697-1559 | dkarp@cm-p.com | Counsel for Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 4

10/26/2005 5:30 PM
5 documents 2002 Service Lists

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-6065 | 212-697-1559 | sreisman@cm-p.com | Counsel for Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| DaimlerChrysler Corporation | Kim Kolb | CIMS 485-13-32 | 1000 Chrysler Drive | Auburn Hills | MI | 48326-2766 | 248-576-5741 | | krk4@daimlerchrysler.com | Counsel for DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | 716-856-5500 | 716-856-5510 | wsavino@damonmorey.com | Counsel for Relco, Inc.; The Durham Companies, Inc. |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | 248-372-8531 | 248-350-7772 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | 212-682-4940 | 212-682-4942 | gdiconza@dlawpc.com | Counsel to Tyz-All Plastics, Inc. |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | 513-977-8200 | 513-977-8141 | john.persiani@dinslaw.com | Counsel for The Procter & Gamble Company |
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen<br>Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | 410-580-3000 | 410-580-3001 | richard.kremen@dlapiper.com | Counsel for Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | 215-988-2700 | 215-988-2757 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | 215-988-2700 | 215-988-2757 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | 215-979-1000 | 215-979-1020 | dmdelphi@duanemorris.com | Counsel to ACE American Insurance Company |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | 215-979-1000 | 215-979-1020 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company |
| Fagel Haber LLC | Gary E. Green | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | 312-346-7500 | 312-580-2201 | ggreen@fagelhaber.com | Counsel for Aluminum International, Inc. |
| Fagel Haber LLC | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | 312-346-7500 | 312-580-2201 | lnewman@fagelhaber.com | Counsel for Aluminum International, Inc. |
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | 10016 | 212-682-7575 | 212-682-4218 | fstevens@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | 609-348-4515 | 609-348-6834 | mviscount@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Gazes LLC | Ian J. Gazes | 32 Avenue of the Americas | | New York | NY | 10013 | 212-765-9000 | 212-765-9675 | ian@gazesllc.com | Counsel to Setech, Inc. |
| Gazes LLC | Eric Wainer | 32 Avenue of the Americas | Suite 1800 | New York | NY | 10013 | 212-765-9000 | 212-765-9675 | office@gazesllc.com | Counsel to Setech, Inc. |
| Genovese Joblove & Battista, P.A. | Craig P. Rieders, Esq. | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | 305-349-2300 | 305-349-2310 | crieders@gjb-law.com | Counsel for Ryder Integrated Logistics, Inc. |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | 617-482-1776 | 617-574-4112 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |
| Grant & Eisenhofer P.A. | Geoffrey C. Jarvis | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | 302-622-7000 | 302-622-7100 | gjarvis@gelaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | 212-755-6501 | 212-755-6503 | jeisenhofer@gelaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Sharan Nirmul | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | 302-622-7000 | 302-622-7100 | snirmul@gelaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Graydon Head & Ritchey LLP | J. Michael Debbler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | 513-621-6464 | 513-651-3836 | mdebbeler@graydon.com | Counsel for ARC Automotive, Inc. |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald<br>J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | 314-241-9090 | 314-241-8624 | ckm@greensfelder.com<br>jpb@greensfelder.com | Counsel for ACE Automotive, Inc. |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin<br>Christopher J.Battaglia | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | 212-765-9100 | 212-765-0964 | cbattaglia@halperinlaw.net<br>ahalperin@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation |
| Hewlett-Packard Company | Anne Marie Kennelly | 3000 Hanover St., M/S 1050 | | Palo Alto | CA | 94304 | 650-857-6902 | 650-852-8617 | anne.kennelly@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Glen Dumont | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | 908-898-4750 | 908-898-4137 | glen.dumont@hp.com | Counsel for Hewlett-Packard Financial Services Company |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | 714-940-7120 | 740-940-7539 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | 908-898-4760 | 908-898-4133 | sharon.petrosino@hp.com | Counsel for Hewlett-Packard Financial Services Company |
| Hodgson Russ LLP | Cheryl R. Storie | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | 716-848-1275 | 716-849-0349 | cstorie@hodgsonruss.com | Counsel for Hexcel Corporation |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | Carnegie Hall Tower | 152 West 57th Street, 35th Street | New York | NY | 10019 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel for Hexcel Corporation |
| Holland & Knight LLP | Peter A. Zisser | 195 Broadway | | New York | NY | 10007 | 212-513-3200 | 212-385-9010 | nyc-bkcyref@hklaw.com | Counsel for New York Power Authority |
| Holme Roberts & Owen, LLP | Elizabeth K. Flaagan | 1700 Lincoln | Suite 4100 | Denver | CO | 80203 | 303-861-7000 | 303-866-0200 | elizabeth.flaagan@hro.com | Counsel for CoorsTek, Inc.; Corus, L.P. |
| Honigman, Miller, Schwartz and Cohn, LLP | Robert B. Weiss, Frank L. Gorman | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com<br>fgorman@honigman.com | Counsel for General Motors Corporation |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | 419-255-4300 | 419-255-9121 | jrhunter@hunterschank.com | Counsel for ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | 419-255-4300 | 419-255-9121 | tomschank@hunterschank.com | Counsel for ZF Group North America Operations, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | 408-501-6442 | 408-501-2488 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | 312-902-5200 | 312-577-4733 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kelley Drye & Warren, LLP | Mark I. Bane | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | 212-808-7897 | mbane@kelleydrye.com | Counsel for the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Mark. R. Somerstein | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | 212-808-7897 | msomerstein@kelleydrye.com | Counsel for the Pension Benefit Guaranty Corporation |
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | 212-358-1500 | 212-358-0207 | tkennedy@kjmlabor.com | Counsel for The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kieselstein Lawfirm PLLC | Steve Kieselstein | 43 British American Boulevard | | Latham | NY | 12110 | 518-785-7800 | 518-785-7851 | sk@kieselaw.com | Counsel to NEC Electronics America, Inc. |
| Kirkland & Ellis LLP | Geoffrey A. Richards | 200 East Randolph Drive | | Chicago | IL | 60601 | 312-861-2000 | 312-861-2200 | grichards@kirkland.com | Counsel for Lunt Manufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | 212-536-4812 | 212-536-3901 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture trustee |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | 330-497-0700 | 330-497-4020 | sosimmerman@kwgd.com | Counsel to for Millwood, Inc. |
| Lambert, Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | 989-893-3518 | | smcook@lambertleser.com | Counsel for Linamar Corporation |
| Latham & Watkins | Erika Ruiz | 885 Third Avenue | | New York | NY | 10022 | 212-906-1200 | 212-751-4864 | erika.ruiz@lw.com | UCC Professional |
| Latham & Watkins | Henry P. Baer, Jr. | 885 Third Avenue | | New York | NY | 10022 | 212-906-1200 | 212-751-4864 | henry.baer@lw.com | UCC Professional |
| Latham & Watkins | John W. Weiss | 885 Third Avenue | | New York | NY | 10022 | 212-906-1200 | 212-751-4864 | john.weiss@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | 212-906-1200 | 212-751-4864 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | 212-906-1200 | 212-751-4864 | mitchell.seider@lw.com | UCC Professional |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 4

10/26/2005 5:30 PM
5 documents 2002 Service Lists

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | 520-629-4427 | 520-879-4705 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | 602-262-5756 | 602-734-3824 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Linear Technology Corporation | John England, Esq. | 1630 McCarthy Blvd. | | Milpitas | CA | 95035-7417 | 408-432-1900 | 408-434-0507 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel to Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | 214-880-0089 | 469-221-5002 | dallas.bankruptcy@publicans.com | Counsel for Dallas County and Tarrant County |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | 212-407-4000 | 212-407-4990 | whawkins@loeb.com | Counsel for Industrial Ceramics Corporation |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | 212-262-6700 | 212-262-7402 | ilevee@lowenstein.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Ira M. Levee | 65 Livingston Avenue | | Roseland | NJ | 07068 | 973-597-2500 | 973-597-2481 | ilevee@lowenstein.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | 973-597-2500 | 973-597-2400 | krosen@lowenstein.com | Counsel for Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Michael S. Etkin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | 212-262-6700 | 212-262-7402 | metkin@lowenstein.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Michael S. Etkin | 65 Livingston Avenue | | Roseland | NJ | 07068 | 973-597-2500 | 973-597-2481 | metkin@lowenstein.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | 973-597-2500 | 973-597-2400 | scargill@lowenstein.com | Counsel for Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | 973-597-2500 | 973-597-2400 | vdagostino@lowenstein.com | Counsel for AT&T Corporation |
| Margulies & Levinson, LLP | Jeffrey M. Levinson, Esq. Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | 216-514-4935 | 216-514-4936 | jml@ml-legal.com lmc@ml-legal.com | Counsel for Venture Plastics |
| McDermott Will & Emery LLP | James M. Sullivan | 50 Rockefeller Plaza | | New York | NY | 10020 | 212-547-5400 | 212-547-5444 | jmsullivan@mwe.com | Counsel to Linear Technology Corporation, National Semiconductor Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 50 Rockefeller Plaza | | New York | NY | 10020 | 212-547-5400 | 212-547-5444 | sselbst@mwe.com | Counsel for National Semiconductor Corporation |
| McDonald Hopkins Co. LPA | Jean R. Robertson, Esq. | 600 Superior Avenue, East | Suite 2100 | Cleveland | OH | 44114 | 216-348-5400 | 216-348-5474 | jrobertson@mcdonaldhopkins.com | Counsel to Brush Engineered materials |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | 216-348-5400 | 216-348-5474 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | 216-348-5400 | 216-348-5474 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | 973-622-7711 | 973-622-5314 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuirewoods LLP | John H. Maddock | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | 804-775-1178 | 804-698-2186 | jmaddock@mcguirewoods.com | Counsel for Siemens Logistics Assembly Systems, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | 212-239-4999 | 212-239-1311 | hkolko@msek.com | Counsel for The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicatory Workers of America |
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | 212-239-4999 | 212-239-1311 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Miller Johnson | Thomas P. Sarb Robert D. Wolford | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | 616-831-1748 616-831-1726 | 616-988-1748 616-988-1726 | sarbt@millerjohnson.com wolfordr@millerjohnson.com | Counsel to Pridgeon & Clay, Inc. |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | 630-527-4254 | 630-512-8610 | Jeff.Ott@molex.com | Counsel for Molex Connector Corp |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90017 | 213-612-1163 | 213-612-2501 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |
| Morgan, Lewis & Bockius LLP | William C. Heuer, Esq. | 101 Park Avenue | | New York | NY | 10178-0060 | 212-309-6000 | 212-309-6001 | wheuer@morganlewis.com | Counsel to Sumitomo Corporation |
| Munsch Hardt Kopf & Harr, P.C. | Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 4000 Fountain Place | 1445 Ross Avenue | Dallas | RX | 75202-2790 | 214-855-7561 214-855-7587 | 214-855-7584 | jwielebinski@munsch.com drukavina@munsch.com | Counsel for Texas Instruments Incorporated |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | 513-455-2390 | 866-298-4481 | lisa.moore2@nationalcity.com | Vice President and Senior Counsel for National City Commercial Capital |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | 803-7255-9425 | 803-256-7500 | george.cauthen@nelsonmullins.com | Counsel for Datwyler Rubber & Plastics, Inc. |
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth | 205 Linda Drive | | Daingerfield | TX | 75638 | 903-645-7333 | 903-645-4415 | bbeckworth@nixlawfirm.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Jeffrey J. Angelovich | 205 Linda Drive | | Daingerfield | TX | 75638 | 903-645-7333 | 903-645-4415 | jangelovich@nixlawfirm.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Norris, McLaughlin & Marcus | Elizabeth L. Abdelmasieh, Esq | 721 Route 202-206 | P.O. Box 1018 | Somerville | NJ | 08876 | 908-722-0700 | 908-722-0755 | eabdelmasieh@nmmlaw.com | Counsel for Rotor Clip Company, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | 212-506-5187 | 212-506-5151 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | 415-773-5700 | 415-773-5759 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K. Street, N.W. | | Washington | DC | 20005-4026 | 202-326-4020 | 202-326-4112 | landy.ralph@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pepe & Hazard LLP | Charles J. Filardi, Jr., Esq. | 30 Jelliff Lane | | Southport | CT | 06890 | 203-319-4042 | 203-319-4034 | cfilardi@pepehazard.com | Counsel to FedEx Trade Networks Transport & Brokerage, Inc. |
| Pepper, Hamilton LLP | Anne Marie Aaronson | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | 215-981-4000 | 215-981-4750 | aaronsona@pepperlaw.com | Counsel for Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | 215-981-4000 | 215-981-4750 | lawallf@pepperlaw.com | Counsel for Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Phillips Nizer LLP | Sandra A. Riemer, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | 973-538-4006 | 973-538-5146 | bsmoore@pbnlaw.com | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 4

10/26/2005 5:30 PM
5 documents 2002 Service Lists

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | 973-538-4006 | 973-538-5146 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |
| Pryor & Mandelup, LLP | A. Scott Mandelup, Kenneth A. Reynolds | 675 Old Country Road | | Westbury | NY | 11590 | 516-997-0999 | 516-333-7333 | asm@pryormandelup.com; kar@pryormandelup.com | Counsel for National Molding Corporation; Security Plastics Division/NMC LLC |
| Quadrangle Debt Recovery Advisors LLC | Andrew Herenstein | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | 212-418-1742 | 866-741-2505 | andrew.herenstein@quadranglegroup.com | Counsel to Quadrangle Debt Recovery Advisors LLC |
| Quadrangle Group LLC | Patrick Bartels | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | 212-418-1748 | 866-552-2052 | patrick.bartels@quadranglegroup.com | Counsel to Quadrangle Group LLC |
| Quarles & Brady Streich Lang LLP | John A. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | 602-229-5200 | 602-229-5690 | jharris@quarles.com | Counsel for Semiconductor Components Industries, Inc. |
| Quarles & Brady Streich Lang LLP | Scott R. Goldberg | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | 602-229-5200 | 602-229-5690 | sgoldber@quarles.com | Counsel for Semiconductor Components Industries, Inc. |
| Republic Engineered Products, Inc. | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 | 330-670-3004 | 330-670-3020 | jlapinsky@republicengineered.com | Counsel to Republic Engineered Products, Inc. |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | 206-624-3600 | 206-389-1708 | jshickich@riddellwilliams.com | Counsel for Microsoft Corporation; Microsoft Licensing, GP |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | 212-825-9457 | 212-825-9414 | rtrack@msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Sachnoff & Weaver, Ltd | Charles S. Schulman, Arlene N. Gelman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | 312-207-1000 | 312-207-6400 | cschulman@sachnoff.com; agelman@sachnoff.com | Counsel for Infineon Technologies North America Corporation |
| Schiffrin & Barroway, LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 | 610-667-7056 | 610-667-7706 | myarnoff@sbclasslaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Seyfarth Shaw LLP | Robert W. Dremluk, Esq. | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shipman & Goodwin LLP | Jennifer L. Adamy | One Constitution Plaza | | Hartford | CT | 06103-1919 | 860-251-5811 | 860-251-5218 | bankruptcy@goodwin.com | Counsel to Fortune Plastics Company of Illinois, Inc.; Universal Metal Hose Co., |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | 212-643-7000 | 212-643-6500 | asherman@sillscummis.com | Counsel for Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | 212-643-7000 | 212-643-6500 | jzackin@sillscummis.com | Counsel for Hewlett-Packard Financial Services Company |
| Simpson Thacher & Bartlett LLP | Kenneth S. Ziman, Esq. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | cfox@stblaw.com | Counsel to JPMorgan Chase Bank, N.A. |
| Simpson Thacher & Bartlett LLP | William T. Russell, Jr., Esq. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | cfox@stblaw.com | Counsel to JPMorgan Chase Bank, N.A. |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | 302-652-8400 | 302-652-8405 | kmiller@skfdelaware.com | Counsel for Airgas, Inc. |
| Sony Electronics Inc. | Lloyd B. Sarakin - Chief Counsel, Finance and Credit | 1 Sony Drive | | MD #1 E-4 | Park Ridge | NJ | 07656 | 201-930-7483 | | lloyd.sarakin@am.sony.com | Counsel to Sony Electronics, Inc. |
| Sotiroff & Abramczyk, P.C. | Robert M. Goldi | 30400 Telegraph Road | Suite 444 | Bingham Farms | MI | 48025 | 248-642-6000 | 248-642-9001 | rgoldi@sotablaw.com | Counsel for  Michigan Heritage Bank; MHB Leasing, Inc. |
| Spector & Ehrenworth, P.C. | Brian D. Spector, Esq. | 30 Columbia Turnpike | | Florham Park | NJ | 07102 | 973-593-4800 | 973-593-4848 | bspector@selawfirm.com | Counsel to Hitachi Automotive Products (USA), Inc. |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 212-319-8500 | 212-319-8505 | cs@stevenslee.com cp@stevenslee.com | Counsel to Wamco, Inc., Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | 816-842-8600 | 816-691-3495 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp Stahl Company |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | 615-244-5200 | 615-782-2371 | madison.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | Madison L. Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | 615-244-5200 | 615-782-2371 | robert.goodrich@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | 502-681-0448 | 502-779-8274 | wbeard@stites.com | Counsel to WAKO Electronics (USA), Inc. and Ambrake Corporation |
| Swidler Berlin LLP | Jonathan P. Guy | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | 202-424-7500 | 202-424-7645 | jpguy@swidlaw.com | Counsel for Westwood Associates, Inc.; Sanders Lead Co. |
| Swidler Berlin LLP | Matthew W. Cheney | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | 202-424-7500 | 202-424-7645 | mwcheney@swidlaw.com | Counsel for Westwood Associates, Inc.; Sanders Lead Co. |
| Swidler Berlin LLP | Roger Frankel | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | 202-424-7500 | 202-424-7645 | rfrankel@swidlaw.com | Counsel for Sanders Lead Co. |
| Swidler Berlin LLP | Robert N. Steinwurtzel | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | 202-424-7500 | 202-424-7645 | msteinwurtzel@swidlaw.com | Counsel for Sanders Lead Co. |
| Taft, Stettinius & Hollister LLP | Richard L. Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | 513-381-2838 | | ferrell@taftlaw.com | Counsel for Wren Industries, Inc. |
| Thompson & Knight | Rhett G. Cambell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | 713-654-1871 | 713-654-1871 | rhett.campbell@tklaw.com | Counsel for STMicroelectronics, Inc. |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 300 | Dallas | TX | 75201 | 214-969-1505 | 214-969-1609 | john.brannon@tklaw.com | Counsel for Victory Packaging |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | 212-308-7400 | | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | bmcdonough@teamtogut.com | Conflicts counsel to Debtors |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO | David Jury, Esq. | Five Gateway Center | Suite 807 | Pittsburgh | PA | 15222 | 412-562-2549 | 412-562-2429 | djury@steelworkers-usw.org | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Vorys, Sater, Seymour and Pease LLP | Robert J. Sidman, Esq. | 52 East Gay Street | P.O. Box 1008 | Columbus | OH | 43216-1008 | 614-464-6422 | 614-719-8676 | rjsidman@vssp.com | |
| Waller Lansden Dortch & Davis, PLLC | David E. Lemke, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | 615-244-6380 | 615-244-6804 | david.lemke@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Waller Lansden Dortch & Davis, PLLC | Robert J. Welhoelter, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | 615-244-6380 | 615-244-6804 | robert.welhoelter@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | 616-752-2185 | 616-222-2185 | gtoering@wnj.com | Counsel for Robert Bosch Corporation |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | | Southfield | MI | 48075 | 248-784-5131 | 248-603-9631 | mcruse@wnj.com | Counsel to Compuware Corporation |
| Zeichner Ellman & Krause LLP | Peter Janovsky | 575 Lexington Avenue | | New York | NY | 10022 | 212-223-0400 | 212-753-0396 | pjanovsky@zeklaw.com | Counsel for Toyota Tsusho America, Inc. |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | 212-223-0400 | 212-753-0396 | skrause@zeklaw.com | Counsel for Toyota Tsusho America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 4

10/26/2005 5:30 PM
5 documents 2002 Service Lists

# **EXHIBIT M**

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Arnall Golden Gregory LLP | Heath J. Vicente | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | 404-873-8673 | 404-873-8121 | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg LLP | William J. Barrett | 333 West Wacker Drive | Suite 2700 | Chicago | IL | 60606 | 312-629-5170 | 312-984-3150 | Counsel for Motion Industries, Inc. |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | 313-393-7592 | 313-393-7579 | Counsel for Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Flextech, Inc.; Vibracoustic de Mexico, S.A. de C.V. |
| Contrarian Capital Management, L.L.C. | Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | 203-862-8200 | 203-629-1977 | Counsel to Contrarian Capital Management, L.L.C. |
| Daniels & Kaplan, P.C. | Jay Selanders | 2405 Grand Boulevard | Suite 900 | Kansas City | MO | 64108-2519 | 816-221-3000 | 816-221-3006 | Counsel for DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrylser Canada, Inc. |
| HAL/ERC-Legal | Tillie Lim, Esq. | 50 Prospect Avenue | | Tarrytown | NY | 10591 | | | Counsel to Hitachi Automotive Products (USA), Inc. |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | 765-454-2146 | 765-456-3836 | Global Account Manager for Infineon Technologies North America |
| Latham & Watkins | Mark A. Brouder | 885 Third Avenue | | New York | NY | 10022 | 212-906-1200 | 212-751-4864 | UCC Professional |
| Lord, Bissel & Brook | Timothy S. McFadden | 115 South LaSalle Street | | Chicago | IL | 60603 | 312-443-0700 | 312-443-0336 | Counsel for Methode Electronics, Inc. |
| Lord, Bissel & Brook | Timothy W. Brink | 115 South LaSalle Street | | Chicago | IL | 60603 | 312-443-0700 | 312-443-0336 | Counsel for Sedgwick Claims Management Services, Inc. |
| Lord, Bissel & Brook LLP | Kevin J. Walsh Rocco N. Covino | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | 212-947-4700 212-812-8340 | 212-947-1202 | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | 212-609-6800 | 212-609-6921 | Counsel to Ward Products, LLC |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raternink | PO Box 30736 | | Lansing | MI | 48909-7717 | 517-373-1820 | 517-373-2129 | Counself for Worker's Compensation Agency |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | 313-496-8435 | 313-496-7500 | Counsel for Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |
| Morrison Cohen LLP | Joseph T. Moldovan Michael R. Dal Lago | 909 Third Avenue | | New York | NY | 10022 | 212-735-8600 | | Counsel to Blue Cross and Blue Shield of Michigan |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq. | 4000 Fountain Place | 1445 Ross Avenue | Dallas | TX | 75202-2790 | 214-855-7500 | 214-855-7584 | Counsel for Texas Instruments Incorporated |
| Nix, Patterson & Roach, L.L.P. | Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | 903-645-7333 | 903-645-4415 | Counsel for Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| QAD, Inc. | Jason Pickering, Esq. | 10,000 Midlantic Drive | | Mt. Laurel | NJ | 08054 | | | Counsel to QAD, Inc. |
| Schiffrin & Barroway, LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | 610-667-7056 | 610-667-7706 | Counsel for Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | 404-885-1500 | 404-892-7056 | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | 502-245-2110 | | Counsel for Steel Technologies, Inc. |
| Stein, Rudser, Cohen & Magid LLP | Robert F. Kidd | 825 Washington Street | Suite 200 | Oakland | CA | 94607 | 510-987-8300 | 510-987-8333 | Counsel for Excel Global Logistics, Inc. |
| Swidler Berlin LLP | Richard H. Wyron | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | 202-424-7500 | 202-424-7645 | Counsel for Westwood Associates, Inc. |
| Wilmington Trust Company | Steven M. Cimalore, Vice President | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | | Vice President, Wilmington Trust Co. |

# **<u>EXHIBIT N</u>**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - x
                     :
     In re                 :     Chapter 11
                     :
DELPHI CORPORATION, et al.,    :     Case No. 05-44481 (RDD)
                     :
            Debtors.   :     (Jointly Administered)
                     :
- - - - - - - - - - - - - - - - - - - - - - - - - x

DEBTORS' FIRST SET OF INTERROGATORIES AND FIRST
REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO
AD HOC COMMITTEE OF PREPETITION LENDERS

Pursuant to Fed. R. Bankr. P. 7026, 7033, and 7034, Delphi Corporation

("Delphi") and certain of its subsidiaries and affiliates (the "Affiliate Debtors"), debtors and

debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), by and through

their attorneys, Skadden, Arps, Slate, Meagher & Flom LLP and Shearman & Sterling LLP,

hereby request that the Ad Hoc Committee (as defined below) answer fully and under oath the

following interrogatories and produce the requested documents by making them available for

inspection and/or copying at the offices of Shearman & Sterling LLP, 599 Lexington Avenue,

New York, New York, 10022, or at such other place and date as is agreed upon, on or before

Wednesday, October 26, 2005 at 11:00 a.m. local time.

<u>Definitions</u>

1.    "Ad Hoc Committee" means an ad hoc committee comprising certain funds

and managed accounts managed by DK Acquisition Partners LP, Latigo Partners, LP,

Quadrangle Master Funding Ltd., Cyrus Capital Partners, Canyon Capital Partners, Concordia

Advisors LLC, Avenue Capital Group, Special Situations Investing Group, Inc., D.E. Shaw &

Co., L.P., Longacre Fund Management LLC, and Elliott & Associates.

2.    "Bankruptcy Code" means title 11 of the United States Code, 11 U.S.C. §§

101-1330, as amended.

3.    "Bankruptcy Court" means the United States District Court for the Southern

District of New York having jurisdiction over these Chapter 11 Cases and, to the extent of any

reference made pursuant to 28 U.S.C. § 157 and/or a general order of such District Court

pursuant to 28 U.S.C. § 151, the bankruptcy unit of such District Court.

4.    "Bankruptcy Rules" means the Federal Rules of Bankruptcy Procedure, as

amended from time to time, as applicable to these Chapter 11 Cases, promulgated under 28

U.S.C. § 2075.

5.    "Chapter 11 Cases" means the above-captioned chapter 11 proceedings filed

by the Debtors and jointly administered under case number 05-44481.

6.  "Communication" means any transmission of words, ideas, or information between or among two or more Persons, including, but not limited to, spoken words, conversations, conferences, discussions, interviews, reports, meetings, negotiations, agreements, and understandings, whether transmitted in person or by an electronic device, and Documents, as defined below.

7.  "Describe" means: (a) describe fully by reference to underlying facts rather than by ultimate facts or conclusions of fact or law; (b) where applicable, particularize as to (i) time, (ii) date, and (iii) manner; and (c) identify each and every Person having personal knowledge of such facts.

8.  "DIP Credit Facility" means Delphi's secured postpetition credit facility, as guaranteed by certain of the Affiliate Debtors, up to an aggregate principal amount not to exceed $2 billion, consisting of a $1,750,000,000 revolving credit facility (inclusive of a sublimit in the aggregate of $325 million for the issuance of letters of credit) and a $250 million term loan facility, from JPMorgan Chase Bank, N.A., as administrative agent, and from a syndicate of other financial institutions arranged by J.P. Morgan Securities Inc. and Citigroup Global Markets, Inc., pursuant to the Revolving Credit, Term Loan and Guaranty Agreement, dated as of October 8, 2005, and the other loan documents to be executed and delivered in connection therewith, substantially in the form attached as <u>Exhibit A</u> to the Debtors' Motion For Order Under 11 U.S.C. §§ 105, 361, 362, 363, 364(c), 364(d), And 364(e) And Fed. R. Bankr. P. 2002, 4001, and 9014 (I) Authorizing Debtors To Obtain Secured Postpetition Financing On Superpriority Secured And Priming Basis, (II) Authorizing Use Of Cash Collateral, (III) Granting Adequate Protection To Prepetition Secured Lenders, (IV) Granting Interim

Relief, And (V) Scheduling A Final Hearing Under Fed. R. Bankr. P. 4001(b) and (c) (Docket No. 42).

9.   "DIP Financing Hearings" means those hearings at which approval, on an interim or final basis, of the DIP Credit Facility was, is, or will be considered by the Bankruptcy Court.

10.   "Document" shall have the same meaning as it has in Bankruptcy Rule 7034(a) and Rule 34 of the Federal Rules of Civil Procedure and shall include any written or other electronic record, graphic, or photographic matter of any kind or character, whether produced or reproduced, and shall include, without limiting the generality of the foregoing, all photographs, letters, telegrams, teletypes, facsimiles, correspondence, electronic mail, contracts, agreements, drafts, proofs, work papers, applications, pro formas, financial statements, resumes, notes to file, reports, memoranda, mechanical or electronic sound recordings or transcripts thereof, computer programs, tapes or discs, calendar or diary entries, memoranda of telephone or personal conversations or of Meetings or conferences, transcripts, maps, studies, reports, charts, interoffice communications, minutes of meetings, articles, announcements, ledgers, vouchers, checks, bills and invoices, including originals and copies of any of the foregoing, whether typed, printed, handwritten, or on tape or otherwise recorded, and any material underlying, supporting, or used in the preparation of any such document.

11.   "Identify," when used in connection with a natural person, means to state that person's full name, present business and home address, and present title and job description.

12.   "Identify," when used in connection with an entity, means to state that entity's full name and present address.

13.    "Identify," when used in connection with Documents, means to describe each Document, setting forth the date, title, author, addresses of all recipients, and a brief description of the substance thereof, with such reasonable particularity as is sufficient for a specific request for production, and its present or last known location or custodian.

14.    "Identify" or "state," when used with reference to a particular subject matter, means to state all facts that are known to you that refer or relate to that subject matter, to specify each event, occurrence, and instance that refers or relates to that subject matter, and to identify all Persons having knowledge of that subject matter.

15.    "Interrogatory" means this Interrogatory and any numbered interrogatory as set forth below, as the context requires.

16.    "Meeting" means any encounter between two or more Persons during which Communication of any kind occurred and includes, but is not limited to, formal or informal gatherings, conversations, and telephone calls.

17.    "Person" means an individual, firm, corporation, partnership, limited liability company, sole proprietorship, association, joint stock company, joint venture, estate, trust, unincorporated organization, or other legal or governmental entity, including any divisions or departments within any of the aforementioned.  All references to any Person (including any defined Person) shall include any of such Person's present or former parents, subsidiaries, divisions, subdivisions, affiliates, predecessors, successors, joint ventures, present and former officers, directors, financial advisors, consultants, analysts, employees, representatives, attorneys, agents, and all other Persons acting or purporting to act on behalf of such Person.

18.    "Prepetition Credit Facility" means the revolving loans, term loans, swingline loans, and letters of credit up to an aggregate principal amount of $2,825,000,000

pursuant to that certain Third Amended and Restated Credit Agreement, dated as of June 14, 2005, among Delphi, as borrower, JPMorgan Chase Bank, N.A., as administrative agent, the lenders from time to time party thereto, Citicorp USA, Inc., as syndication agent, Credit Suisse First Boston, Deutsche Bank AG, New York Branch, and HSBC Bank USA, as co-documentation agents for the revolving facility, Deutsche Bank AG, New York Branch, as documentation agent for the term facility, J.P. Morgan Securities Inc. and Citigroup Global Markets Inc., as joint bookrunners for the revolving facility, J.P. Morgan Securities Inc., Citigroup Global Markets, Inc., and Deutsche Bank Securities Inc., as joint bookrunners for the term facility, and J.P. Morgan Securities Inc. and Citigroup Global Markets, Inc., as joint lead arrangers.

19.  "Request" means this Document Request and any numbered request for production of Documents set forth below, as the context requires.

20.  "Statement" means and refers to any verbalizations and includes testimony given in connection with the instant matter.

21.  The following rules of construction apply to all discovery requests:

(a)  the use of the word "all" shall be construed as "any and all," the word "any" shall be construed as "any and all," and the word "each" shall be construed as "all and each";

(b)  the connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery requests all responses that otherwise might be construed to be outside of their scope;

(c)  the term "including" shall be construed to mean "without limitation";

(d)  the use of the singular form of any word includes the plural and vice versa; and

(e) the terms "relating to" or "concerning," or any derivative thereof, as used herein, mean: constitutes; refers to; reflects; concerns; pertains to; describes; evidences; or in any way logically or factually connects with the matter described in the request.

Instructions

1.   These Interrogatories are deemed to be continuing in nature so as to require supplementation as the answering party obtains further information relating to the answers provided in response hereto.

2.   If any Document or other information required to be identified in response to these Interrogatories is withheld on the basis of any claim of privilege, you shall provide, in lieu of identifying or providing any such Document or information, a written statement: (a) identifying the Person who prepared or authorized the Document and information and, if applicable, any Person to whom the Document was sent or shown; (b) specifying the date on which the Document was prepared or transmitted; (c) identifying the subject matter of the Document or information; (d) describing the nature of the Document (e.g., letter, telegram, etc.); (e) stating briefly why the Document or information is claimed to be privileged or to constitute work product; and (f) stating the paragraph of this request to which the Document or information relates.

3.   All Documents shall be produced in the file folders, envelopes, or other containers in which you keep or maintain the Documents.  If for any reason the container cannot be produced, produce copies of all labels or other identifying marks.  Documents shall be produced in such fashion as to identify the department, branch, or office in whose possession they were located and, where applicable, the natural person in whose possession they were found, and the business address of the custodian of each Document.  Documents attached to one another should not be separated.

4.   Documents not otherwise responsive to this request shall be produced if such Documents mention, discuss, refer to, or explain any Documents that are called for by this request, or if such Documents are attached to Documents called for by this request, or if such Documents constitute transmittal letters or memoranda, routing slips, letters, comments, evaluations, or similar materials.

5.   If any Interrogatory or portion thereof cannot be answered fully, the Interrogatory shall be answered to the extent possible and the response shall set forth the reasons for the failure to answer more fully.

6.   Where the answer to an Interrogatory requires the identification of Documents, it shall suffice to answer such Interrogatory by supplying copies of the Documents. However, if any of the aforementioned Documents cannot be produced because they have been lost or destroyed or otherwise disposed of, you are required to: (a) describe in detail the nature of the Document and its contents; (b) identify the Person who prepared or authorized the Document or material and, if applicable, the Persons to whom the Document was sent, copied, or blind copied; (c) specify the date on which the Document was prepared or transmitted; and (d) specify, if possible, (i) the date on which the Document was lost or destroyed and, if destroyed, the circumstances of and reasons for such destruction, and (ii) the Persons requesting or performing that destruction.

7.   If a Document was prepared in several copies or if additional copies are thereafter made, and if any such copies are identical but found in different files, are not identical, or are no longer identical by reason of subsequent notation or modification of any kind whatsoever, including, without limitation, notations on the front or back of any of the pages thereof, then each such copy is a separate Document and must be produced.

8.    In producing Documents and other materials, you shall furnish all Documents or things in your possession, custody, or control, regardless of whether such Documents or materials are possessed directly by you or your directors, officers, partners, members, agents, advisors, consultants, employees, representatives, subsidiaries, managing agents, affiliates, or investigators, or by your attorneys or their agents, advisors, consultants, employees, representatives, or investigators.

Interrogatories

1.    Identify and describe the backgrounds of all Persons whom the Ad Hoc Committee expects to call to provide live testimony, or an affidavit or declaration, concerning the DIP Financing Hearings or any other hearing in these Chapter 11 Cases related or ancillary to the DIP Financing Hearings, or any issue pertaining thereto, including without limitation the Prepetition Credit Facility and the DIP Credit Facility.

2.    With respect to each Person identified in Interrogatory 1, summarize the substance of his or her testimony, affidavit, or declaration and describe the relationship to the Ad Hoc Committee of each Person named and the terms of any engagement, employment, or retention by the Ad Hoc Committee or any member of the Ad Hoc Committee of each such Person.

3.    Identify each Person that the Ad Hoc Committee expects to call as an expert witness at the DIP Financing Hearings or any other hearing in these Chapter 11 Cases related or ancillary to the DIP Financing Hearings or any issue pertaining thereto, including without limitation the Prepetition Credit Facility and the DIP Credit Facility, and describe the terms of engagement, employment, or retention by the Ad Hoc Committee or any member of the Ad Hoc Committee of each such Person.

4. Describe the specific subject matter regarding which each expert witness identified in response to Interrogatory 3 is expected to testify.

5. State whether any expert witness identified in response to Interrogatory 3 rendered any Documents or oral reports as to his or her opinion(s) and provide a copy of each such Document and the substance or a summary of each such oral report.

6. Identify all financial advisors, law firms, accountants, and other advisors or professionals retained by the Ad Hoc Committee in connection with the Prepetition Credit Facility, the DIP Credit Facility, the DIP Financing Hearings, any valuation of the Debtors' tangible or intangible assets, or any other matter relating to these Chapter 11 Cases.

7. Identify all Communications with respect to any valuation of the tangible and intangible assets of the Debtors, including but not limited to any financial analyses or studies, projections, reports, internal memoranda, appraisals, pro formas, financial statements, work papers, liquidation analyses, or evaluations produced, prepared, or reviewed by the Ad Hoc Committee in connection therewith.

8. Identify all Communications among the Ad Hoc Committee, the members of the Ad Hoc Committee, or any of them, concerning the Prepetition Credit Facility, the DIP Credit Facility, the DIP Financing Hearings, the purchase of outstanding debt of the Debtors, the valuation of the Debtors' tangible or intangible assets, or these Chapter 11 Cases, and each Person who participated in such Communication.

9. Identify all information and Documents that were provided by the Ad Hoc Committee to the members of the Ad Hoc Committee, or any of them, regarding the Prepetition Credit Facility, the DIP Credit Facility, the DIP Financing Hearings, or the valuation of the Debtors' tangible or intangible assets, and any cover or transmittal letters relating thereto, and

identify each and every individual who provided such information to any members of the Ad Hoc Committee.

10.    Identify the members of the Ad Hoc Committee to whom the information and Documents identified in response to Interrogatory 9 were provided.

11.    Identify all information and Documents relating to the purchase by the Ad Hoc Committee, the members of the Ad Hoc Committee, or any of them, of any outstanding debt of the Debtors, including, but not limited to, duly executed assignment and acceptances, copies of the register of the administrative agent, written consents of the administrative agent, administration questionnaires, and evidence of payment of any processing or recordation fee.

12.    State the amount of outstanding debt of the Debtors held by each member of the Ad Hoc Committee on each of the following dates: (a) October 7, 2005; (b) October 11, 2005; (c) October 19, 2005; and (d) October 24, 2005.

13.    Identify all information and Documents verifying the amount of outstanding debt of the Debtors held by each member of the Ad Hoc Committee on each of the following dates: (a) October 7, 2005; (b) October 11, 2005; (c) October 19, 2005; and (d) October 24, 2005.

14.    Identify all trades effectuated by members of the Ad Hoc Committee between October 7, 2005 and October 25, 2005 relating to outstanding debt of the Debtors, and indicate the date on which each such trade settled.

15.    Identify all members of the Ad Hoc Committee that were original lenders under the Prepetition Credit Facility and the amount of each such member's commitment as of June 14, 2005.

16.   Identify and annex all Documents relied upon in responding to any of the
Interrogatories, or referring or relating to the facts set forth in any response to any of the
Interrogatories, identify each Person participating in the preparation of the answers to the
Interrogatories, and describe the relationship of each such Person to the Ad Hoc Committee.

<u>Request For Production Of Documents</u>

Please produce the following:

1.   All Documents identified in or relating to the subject matter of each of your
answers to the Interrogatories.

2.   All reports by any expert or by any Person consulted concerning expert
testimony for the DIP Financing Hearings or for any other hearing related or ancillary to the DIP
Financing Hearings in any of these Chapter 11 Cases, including all Documents relied upon by
any such expert or Person and all Documents reviewed by any such expert or Person in
connection with such reports.

3.   All Documents concerning the terms of engagement, employment, or
retention by the Ad Hoc Committee of any expert, or any Person consulted concerning expert
testimony, with respect to the DIP Financing Hearings or any other hearing related or ancillary to
the DIP Financing Hearings in any of these Chapter 11 Cases.

4.   All Documents that you intend or expect to use as exhibits or evidence or for
any other purpose at the DIP Financing Hearings, or at any other hearing related or ancillary to
the DIP Financing Hearings in any of these Chapter 11 Cases.

5.   All Documents concerning, reflecting, or discussing any valuation of the
tangible and intangible assets of the Debtors, including but not limited to any financial analyses
or studies, projections, reports, internal memoranda, appraisals, <u>pro formas</u>, financial statements,

work papers, liquidation analyses, or evaluations produced, prepared, or reviewed by the Ad Hoc Committee or any member of the Ad Hoc Committee in connection therewith.

6.  All Documents evidencing Communications between the Ad Hoc Committee and members of the Ad Hoc Committee, or any of them, relating to, referring to, or concerning the Prepetition Credit Facility, the DIP Credit Facility, the DIP Financing Hearings, the valuation of the tangible or intangible assets of the Debtors, or these Chapter 11 Cases.

7.  All Documents concerning the Ad Hoc Committee's or any members of the Ad Hoc Committee's decision to object to the DIP Financing.

8.  All Documents concerning the formation or purpose of the Ad Hoc Committee, including, but not limited to, any Communications between or among the Ad Hoc Committee, the members of the Ad Hoc Committee, any prospective members of the Ad Hoc Committee, or any of them relating to such formation or purpose, and any Communications made by DK Acquisition Partners LP regarding the organization of the Ad Hoc Committee.

9.  All Documents evidencing Communications between the Ad Hoc Committee, the members of the Ad Hoc Committee, or any of them, and the Debtors and/or their financial advisor, relating to, referring to, or concerning the Prepetition Credit Facility, the DIP Credit Facility, the DIP Financing Hearings, the valuation of the tangible or intangible assets of the Debtors, or these Chapter 11 Cases.

10.  Any agreements or contractual arrangements between the Ad Hoc Committee and the members of the Ad Hoc Committee, or any of them, including but not limited to powers of attorney, indemnification agreements, and conflicts or other waivers.

11.  All Documents, including, but not limited to, all reports, internal memoranda, appraisals, pro formas, financial statements, financial analyses or studies,

projections, work papers, liquidation analyses, or evaluations, prepared, produced, or reviewed by the Ad Hoc Committee, members of the Ad Hoc Committee, or any of them, relating to, referring to, or concerning the Prepetition Credit Facility, the DIP Credit Facility, the DIP Financing Hearings, the valuation of the tangible or intangible assets of the Debtors, or these Chapter 11 Cases.

12. All calendars, agendas, notes, and diaries, whether electronic or otherwise, of the Ad Hoc Committee, members of the Ad Hoc Committee, or any of them, relating to any Meetings in which items relating to, referring to, or concerning the Prepetition Credit Facility, the DIP Credit Facility, the DIP Financing Hearings, any valuation of the Debtors' tangible or intangible assets, or these Chapter 11 Cases were discussed.

13. All Documents relating to the purchase by the Ad Hoc Committee, the members of the Ad Hoc Committee, or any of them, of any outstanding debt of the Debtors, including, but not limited to, duly executed assignment and acceptances, copies of the register of the administrative agent, written consents of the administrative agent, administration questionnaires, and evidence of payment of the processing and recordation fee, and any other Documents indicating the date on which members of the Ad Hoc Committee acquired outstanding debt of the Debtors.

14. All Documents verifying the amount of outstanding debt of the Debtors held by each member of the Ad Hoc Committee on each of the following dates: (a) October 7, 2005; (b) October 11, 2005; (c) October 19, 2005; and (d) October 24, 2005.

15. All Documents relating to trades effectuated by members of the Ad Hoc Committee between October 7, 2005 and October 25, 2005 involving outstanding debt of the Debtors.

16.    With regard to each trade for which Documents are produced pursuant to Request 15, all Documents indicating the date on which each such trade settled.

17.    All Documents evidencing the Ad Hoc Committee's and each member of the Ad Hoc Committee's standing to appear and assert an objection in these Chapter 11 Cases.

18.    All Documents supporting the assertion in paragraph 2 of the Verified Statement Pursuant to Bankruptcy Rule 2019 of Goodwin Procter LLP that the members of the Ad Hoc Committee held or had "economic interests in, directly or indirectly, Loans (as defined in the Prepetition Credit Agreement) in the aggregate amount of at least $443,250,000" as of October 24, 2005.

19.    All Documents supporting the assertion in paragraph 2 of the Verified Statement Pursuant to Bankruptcy Rule 2019 of Goodwin Procter LLP that "[o]ne or more members of the Ad Hoc Committee are original Lenders under the Prepetition Credit Agreement."

Dated:  New York, New York
       October 25, 2005

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By: _John Butler Jr._ (by permission / LCK)

John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

- and -

SHEARMAN & STERLING LLP

By: _____

Douglas P. Bartner (DB 2301)
William J.F Roll, III (WR-8996)
Lynette C. Kelly (LK-7971)
599 Lexington Avenue
New York, NY 10022-6069
Telephone:  (212) 848-4000
Facsimile:  (212) 848-7179

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

# **EXHIBIT O**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

　　- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
　　Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - x
　　　　　　　　　　　　　　　　　:
　　　In re　　　　　　　　　　:　Chapter 11
　　　　　　　　　　　　　　　　　:
DELPHI CORPORATION, et al.,　　:　Case No. 05-44481 (RDD)
　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Debtors.　:　(Jointly Administered)
　　　　　　　　　　　　　　　　　:
- - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF DEPOSITION UPON ORAL EXAMINATION

PLEASE TAKE NOTICE that, pursuant to Rules 7026, 7030, and 7034 of the

Federal Rules of Bankruptcy Procedure, incorporating Rules 26, 30, and 34 of the Federal Rules

of Civil Procedure, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and

debtors-in-possession in the above-captioned cases, will, by their attorneys, take the deposition

upon oral examination of an officer, director, managing agent, employee, member or other

person of the Ad Hoc Committee,[1] whom the Ad Hoc Committee shall designate pursuant to

Rule 30(b)(6) of the Federal Rules of Civil Procedure as having the most knowledge concerning

the matters set forth in <u>Schedule A</u> annexed hereto.

   The deposition will commence on Wednesday, October 26, 2005 at 2:00 p.m. at

the offices of Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022,

or at such other location upon which the parties may agree.  The deposition will be taken before

a notary public or other officer authorized by law to administer oaths, will be recorded by

stenographic and/or videographic means, will continue from day to day until completed, and is

being taken for purposes of discovery, or use at trial, or for such other purposes as are permitted

under the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, or other

applicable rules of the Court.

   *[Remainder of page has been left blank by intention]*

---

[1] The "Ad Hoc Committee" means an ad hoc committee comprising certain funds and managed accounts managed by DK Acquisition Partners LP, Latigo Partners, LP, Quadrangle Master Funding Ltd., Cyrus Capital Partners, Canyon Capital Partners, Concordia Advisors LLC, Avenue Capital Group, Special Situations Investing Group, Inc., D.E. Shaw & Co., L.P., Longacre Fund Management LLC, and Elliott & Associates.

Dated:  New York, New York
         October 25, 2005

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: _____ (by permission/law)
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

          - and -

SHEARMAN & STERLING LLP

By: _____
    Douglas P. Bartner (DB 2901)
    William J.F Roll, III (WR-8996)
    Lynette C. Kelly (LK-7971)
599 Lexington Avenue
New York, NY 10022-6069
Telephone:  (212) 848-4000
Facsimile:  (212) 848-7179

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

## SCHEDULE A

### Definitions

The following definitions apply to all requests set forth below unless otherwise indicated.

1. "Ad Hoc Committee" means an ad hoc committee comprising certain funds and managed accounts managed by DK Acquisition Partners LP, Latigo Partners, LP, Quadrangle Master Funding Ltd., Cyrus Capital Partners, Canyon Capital Partners, Concordia Advisors LLC, Avenue Capital Group, Special Situations Investing Group, Inc., D.E. Shaw & Co., L.P., Longacre Fund Management LLC, and Elliott & Associates.

2. "Bankruptcy Court" means the United States District Court for the Southern District of New York having jurisdiction over these Chapter 11 Cases and, to the extent of any reference made pursuant to 28 U.S.C. § 157 and/or a general order of such District Court pursuant to 28 U.S.C. § 151, the bankruptcy unit of such District Court.

3. "Bankruptcy Rules" means the Federal Rules of Bankruptcy Procedure, as amended from time to time, as applicable to these Chapter 11 Cases, promulgated under 28 U.S.C. § 2075.

4. "Chapter 11 Cases" means the above-captioned chapter 11 proceedings filed by the Debtors and jointly administered under case number 05-44481.

5. "Communication" means any transmission of words, ideas, or information between or among two or more Persons, including, but not limited to, spoken words, conversations, conferences, discussions, interviews, reports, meetings, negotiations, agreements, and understandings, whether transmitted in person or by an electronic device, and Documents, as defined below.

6.  "DIP Credit Facility" means Delphi Corporation's secured postpetition credit facility, as guaranteed by certain of Delphi Corporation's subsidiaries and affiliates, up to an aggregate principal amount not to exceed $2 billion, consisting of a $1,750,000,000 revolving credit facility (inclusive of a sublimit in the aggregate of $325 million for the issuance of letters of credit) and a $250 million term loan facility, from JPMorgan Chase Bank, N.A., as administrative agent, and from a syndicate of other financial institutions arranged by J.P. Morgan Securities Inc. and Citigroup Global Markets, Inc., pursuant to the Revolving Credit, Term Loan and Guaranty Agreement, dated as of October 8, 2005, and the other loan documents to be executed and delivered in connection therewith, substantially in the form attached as Exhibit A to the Debtors' Motion For Order Under 11 U.S.C. §§ 105, 361, 362, 363, 364(c), 364(d), And 364(e) And Fed. R. Bankr. P. 2002, 4001, and 9014 (I) Authorizing Debtors To Obtain Secured Postpetition Financing On Superpriority Secured And Priming Basis, (II) Authorizing Use Of Cash Collateral, (III) Granting Adequate Protection To Prepetition Secured Lenders, (IV) Granting Interim Relief, And (V) Scheduling A Final Hearing Under Fed. R. Bankr. P. 4001(b) and (c) (Docket No. 42).

7.  "DIP Financing Hearings" means those hearings at which approval, on an interim or final basis, of the DIP Credit Facility was, is, or will be considered by the Bankruptcy Court.

8.  "Document" shall have the same meaning as it has in Bankruptcy Rule 7034(a) and Rule 34 of the Federal Rules of Civil Procedure and shall include any written or other electronic record, graphic, or photographic matter of any kind or character, whether produced or reproduced, and shall include, without limiting the generality of the foregoing, all photographs, letters, telegrams, teletypes, facsimiles, correspondence, electronic mail, contracts,

agreements, drafts, proofs, work papers, applications, pro formas, financial statements, resumes, notes to file, reports, memoranda, mechanical or electronic sound recordings or transcripts thereof, computer programs, tapes or discs, calendar or diary entries, memoranda of telephone or personal conversations or of Meetings or conferences, transcripts, maps, studies, reports, charts, interoffice communications, minutes of meetings, articles, announcements, ledgers, vouchers, checks, bills and invoices, including originals and copies of any of the foregoing, whether typed, printed, handwritten, or on tape or otherwise recorded, and any material underlying, supporting, or used in the preparation of any such document.

      9.  "Meeting" means any encounter between two or more Persons during which Communication of any kind occurred and includes, but is not limited to, formal or informal gatherings, conversations, and telephone calls.

      10. "Person" means an individual, firm, corporation, partnership, limited liability company, sole proprietorship, association, joint stock company, joint venture, estate, trust, unincorporated organization, or other legal or governmental entity, including any divisions or departments within any of the aforementioned.  All references to any Person (including any defined Person) shall include any of such Person's present or former parents, subsidiaries, divisions, subdivisions, affiliates, predecessors, successors, joint ventures, present and former officers, directors, financial advisors, consultants, analysts, employees, representatives, attorneys, agents, and all other Persons acting or purporting to act on behalf of such Person.

      11. "Prepetition Credit Facility" means the revolving loans, term loans, swingline loans, and letters of credit up to an aggregate principal amount of $2,825,000,000 pursuant to that certain Third Amended and Restated Credit Agreement, dated as of June 14, 2005, among Delphi, as borrower, JPMorgan Chase Bank, N.A., as administrative agent, the lenders from time

to time party thereto, Citicorp USA, Inc., as syndication agent, Credit Suisse First Boston,

Deutsche Bank AG, New York Branch, and HSBC Bank USA, as co-documentation agents for

the revolving facility, Deutsche Bank AG, New York Branch, as documentation agent for the

term facility, J.P. Morgan Securities Inc. and Citigroup Global Markets Inc., as joint bookrunners

for the revolving facility, J.P. Morgan Securities Inc., Citigroup Global Markets, Inc., and

Deutsche Bank Securities Inc., as joint bookrunners for the term facility, and J.P. Morgan

Securities Inc. and Citigroup Global Markets, Inc., as joint lead arrangers.

<u>Subjects Of Inquiry</u>

1.    The Prepetition Credit Facility, the DIP Credit Facility, the DIP Financing

Hearings, and the valuation of the tangible or intangible assets of the Debtors.

2.    The Ad Hoc Committee's or any members of the Ad Hoc Committee's

decision to object to the DIP Financing.

3.    The formation and purpose of the Ad Hoc Committee.

4.    Agreements or contractual arrangements between the Ad Hoc Committee and

the members of the Ad Hoc Committee, or any of them.

5.    Documents, reports, internal memoranda, appraisals, <u>pro formas</u>, financial

statements, financial analyses or studies, projections, work papers, liquidation analyses, or

evaluations, prepared, produced, or reviewed by the Ad Hoc Committee, members of the Ad Hoc

Committee, or any of them, relating to, referring to, or concerning the Prepetition Credit Facility,

the DIP Credit Facility, the DIP Financing Hearings, the valuation of the tangible or intangible

assets of the Debtors, or these Chapter 11 Cases.

6.    The purchase by the Ad Hoc Committee, the members of the Ad Hoc

Committee, or any of them, of any outstanding debt of the Debtors.

7.    The amount of outstanding debt of the Debtors held by each member of the Ad Hoc Committee on each of the following dates: (a) October 7, 2005; (b) October 11, 2005; (c) October 19, 2005; and (d) October 24, 2005.

8.    Trades involving outstanding debt of the Debtors effectuated by members of the Ad Hoc Committee between October 7, 2005 and October 25, 2005, and the dates on which each such trade settled.

# **EXHIBIT P**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

DELPHI CORPORATION, *et al.*,

                                  **Debtors.**

Chapter 11
Case No. 05-44481 (RDD)
Jointly Administered

--------------------------------------------------------------------------------- x

**SUBPOENA**

TO:    **Kevin C. Kelley**
        **JPMorgan Chase Bank, N.A.**
        270 Park Avenue, 39th Floor
        New York, NY 10017

☐ YOU ARE COMMANDED to appear in the United States Bankruptcy Court at the place, date, and time specified below to testify in the above case.

| PLACE of Testimony | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE | DATE AND TIME |
|---|---|

**X YOU ARE COMMANDED to produce and permit inspection and copying of documents listed on Annex I or objects at the place, date, and time specified below on Annex I.**

| PLACE | DATE AND TIME |
|---|---|
| Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, New York 10022<br>(212) 848-4000 | October 25, 2005<br>7:00 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

| ISSUING OFFICER SIGNATURE AND TITLE | DATE |
|---|---|
| /s/ Lynette C. Kelly | October 25, 2005 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
**Lynette C. Kelly, Esq. (LK-7971), Shearman & Sterling LLP, Counsel for the Debtors, 599 Lexington Avenue, New York, NY 10022 (212) 848-4000**

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| SERVED BY (PRINT NAME) | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
              DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

---

**Rule 45, Fed.RCiv.P., Parts (c) and (d)  made applicable in cases under Bankruptcy code by Rule 9016, Fed. R. Bankr. P.**

(C)PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the patty or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fees.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) OF THIS RULE, A PERSON COMMANDED TO PRODUCE AND PERMIT INSPECTION AND COPYING MAY, WITHIN 14 DAYS AFTER SERVICE OF THE SUBPOENA OR BEFORE THE TIME SPECIFIED FOR COMPLIANCE IF SUCH TIME IS LESS THAN 14 DAYS AFTER SERVICE, SERVE UPON THE PARTY OR ATTORNEY DESIGNATED IN THE SUBPOENA WRITTEN OBJECTION TO INSPECTION OR COPYING OF ANY OR ALL OF THE DESIGNATED MATERIALS OR OF THE PREMISES.  IF OBJECTION is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any item for an order to compel the production Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commended..

(3)(A) On timely motion- the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance:

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place

where that person resides, is employed or regularly transacts Business in person, except that, subject to the provisions of clause (cX3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden

(B)    If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not a the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they arc kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------------x

In re

DELPHI CORPORATION, *et al.,*.

                                        Debtors.

---------------------------------------------------------------------------------x

Chapter 11
Case No. 05-44481 (RDD)
Jointly Administered

---

# SUBPOENA

---

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 WEST WACKER DRIVE, SUITE 2100
CHICAGO, ILLINOIS 60606
(312) 407-0700

-and-

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
FOUR TIMES SQUARE
NEW YORK, NEW YORK 10036
(212) 735-3000

-and-

## SHEARMAN & STERLING LLP
599 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022
(212) 848-4000
ATTORNEYS FOR THE DEBTORS

## INSTRUCTIONS AND DEFINITIONS

1.    Unless otherwise indicated, the documents requested to be inspected in this Subpoena include all documents your possession, custody, or control. Without limitation of the terms "possession, custody, or control" as used in the preceding sentence, a document is in your  possession, custody or control if you have actual possession or custody or constructive possession, in that you have the right or the ability to obtain the document or a copy thereof upon demand from another person or public or private entity that has actual physical possession thereof, such as your attorneys.

2.    All documents are to be produced in their entirety, without abbreviation or redaction, and including both front and back thereof.  Requests for documents shall be deemed to include a request for any and all transmittal sheets, cover letters, exhibits, enclosures, or any other annexes or attachments to the documents, in addition to the document itself.

3.    For each document the production of which is withheld because it is claimed to be privileged, because it is claimed to be attorneys' work product, or because of any other ground of non-production, identify, at the time that documents are produced:

(a)    the nature of the privilege (including work product) or other ground of non-production that is being claimed; and, if the ground of non-production is a privilege, and if the privilege is being asserted in connection with a claim or defense governed by state law, indicate the state's or country's privilege rule being invoked; and

(b)    (i) the type of document; (ii) general subject matter of the document; (iii) the date of the document; and (iv) such other information as is sufficient to identify the document for a subpoena duces tecum, including, where appropriate, the author of the document, the addressees of the document, persons who received copies of the document, and, where not apparent, the relationship of the author and addressee to each other.

If a portion of an otherwise responsive document contains information subject to a claim of privilege, work product or other ground of non-production, those portions of the document subject to such claim shall be deleted or redacted from the document, the material redacted or deleted shall be specified in the privilege log, and the rest of the document shall be produced.

4.    Each paragraph and subparagraph of this subpoena and inspection shall be construed independently and without reference to any other paragraph or subparagraph for the purpose of limitation.

5.    If any document request cannot be complied with in full, it shall be complied with to the fullest extent possible, and an explanation shall be given as to why full compliance is not possible.

6.    For any document requested herein which was formerly in your possession, custody or control but which has been lost or destroyed:

(a) describe in detail the nature of the document and its contents;

(b) identify the person who prepared or authored the document, and, if applicable, the person to whom it was sent;

(c) specify the date on which the document was prepared or transmitted;

(d) specify, if possible, the date on which the document was lost or destroyed and, if destroyed, the manner of and reasons for such destruction and the persons authorizing, performing and having knowledge of the destruction; and

(e) specify in detail all efforts that were made to maintain or preserve the document.

7.    With respect to the documents produced, you shall produce them as they are kept in the usual course of business.

8.    These requests shall be deemed continuing so as to require further and supplemental responses by you in the event that they obtain or discover additional information after the time of their initial response.

9.    Unless otherwise indicated, these Requests seek responsive documents authored, generated, disseminated, drafted, produced, reproduced, or otherwise created or distributed from June 1, 2005 through October 25, 2005.

10.    "Prepetition Agent" means  JPMorgan Chase Bank, N.A., as administrative agent under the Prepetition Credit Agreement.

11.    "Prepetition Credit Agreement" means the Third Amended and Restated Credit Agreement, dated as of June 14, 2005, among Delphi Corporation, as borrower, JPMorgan Chase Bank, N.A., as administrative agent, the lenders from time to time party thereto, Citicorp USA, Inc., as syndication agent, Credit Suisse First Boston, Deutsche Bank AG, New York Branch, and HSBC Bank USA, as co-documentation agents for the revolving facility, Deutsche Bank AG, New York Branch, as documentation agent for the term facility, J.P. Morgan Securities Inc. and Citigroup Global Markets Inc., as joint bookrunners for the revolving facility, J.P. Morgan Securities Inc., Citigroup Global Markets, Inc., and Deutsche Bank Securities Inc., as joint bookrunners for the term facility, J.P. Morgan Securities Inc. and Citigroup Global Markets, Inc., as joint lead arrangers.

12.    "Prepetition Secured Lenders" means the lenders from time to time party thereto under the Prepetition Credit Agreement.

Annex I

**Subpoenaed Documents**

Please produce:

1.    All documents with respect to the Prepetition Secured Lenders of record, under the Prepetition Credit Agreement as of the following dates:

A.    October 8, 2005;

B.    October 11, 2005; and

C.    October 25, 2005 or as of the most recent date available.

2.    All documents with respect to Prepetition Secured Lenders who rejected and accepted the prepayment offered by Delphi Corporation in connection with the sale of Delphi Corporation's joint venture interest in Ambrake Corporation on September 9, 2005 and October 7, 2005.

3.    All documents relating to assignments of debt under the Prepetition Credit Agreement that, as of October 25, 2005 have not been recorded on the register.

4.    All documents relating to any possible filing of an objection by the Prepetition Secured Lenders to Delphi Corporation's motion to obtain post-petition financing.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

DELPHI CORPORATION, *et al.*,                                    Chapter 11
                                                                Case No. 05-44481 (RDD)
                              Debtors.                          Jointly Administered

-------------------------------------------------------------------- x        **SUBPOENA**

TO:     **Kevin C. Kelley**
        **JPMorgan Chase Bank, N.A.**
        270 Park Avenue, 39th Floor
        New York, NY 10017

☐ YOU ARE COMMANDED to appear in the United States Bankruptcy Court at the place, date, and time specified below to testify in the above case.

| PLACE of Testimony | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE | DATE AND TIME |
|---|---|

**X YOU ARE COMMANDED to produce and permit inspection and copying of documents listed on Annex I or objects at the place, date, and time specified below on Annex I.**

| PLACE | DATE AND TIME |
|---|---|
| Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, New York 10022<br>(212) 848-4000 | October 25, 2005<br>2:00 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| ISSUING OFFICER SIGNATURE AND TITLE | DATE |
| /s/ Lynette C. Kelly | October 25, 2005 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
**Lynette C. Kelly, Esq. (LK-7971), Shearman & Sterling LLP, Counsel for the Debtors, 599 Lexington Avenue, New York, NY 10022 (212) 848-4000**

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED |  |  |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| SERVED BY (PRINT NAME) | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

**Rule 45, Fed.RCiv.P., Parts (c) and (d)  made applicable in cases under Bankruptcy code by Rule 9016, Fed. R. Bankr. P.**

(C)PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena.  The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the patty or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fees.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) OF THIS RULE, A PERSON COMMANDED TO PRODUCE AND PERMIT INSPECTION AND COPYING MAY, WITHIN 14 DAYS AFTER SERVICE OF THE SUBPOENA OR BEFORE THE TIME SPECIFIED FOR COMPLIANCE IF SUCH TIME IS LESS THAN 14 DAYS AFTER SERVICE, SERVE UPON THE PARTY OR ATTORNEY DESIGNATED IN THE SUBPOENA WRITTEN OBJECTION TO INSPECTION OR COPYING OF ANY OR ALL OF THE DESIGNATED MATERIALS OR OF THE PREMISES.  if OBJECTION is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any item for an order to compel the production Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commended..

(3)(A) On timely motion- the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance:

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts Business in person, except that, subject to the provisions of clause (cX3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden

(B)    If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not a the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they arc kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------x
In re

DELPHI CORPORATION, *et al.*,.                          Chapter 11
                                                        Case No. 05-44481 (RDD)
                           Debtors.                     Jointly Administered

------------------------------------------------------------------------------x

---

# SUBPOENA

---

### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 WEST WACKER DRIVE, SUITE 2100
CHICAGO, ILLINOIS 60606
(312) 407-0700

-and-

### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
FOUR TIMES SQUARE
NEW YORK, NEW YORK 10036
(212) 735-3000

-and-

### SHEARMAN & STERLING LLP
599 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022
(212) 848-4000
ATTORNEYS FOR THE DEBTORS

# INSTRUCTIONS

1.    Unless otherwise indicated, the documents requested to be inspected in this Subpoena include all documents your possession, custody, or control. Without limitation of the terms "possession, custody, or control" as used in the preceding sentence, a document is in your possession, custody or control if you have actual possession or custody or constructive possession, in that you have the right or the ability to obtain the document or a copy thereof upon demand from another person or public or private entity that has actual physical possession thereof, such as your attorneys.

2.    All documents are to be produced in their entirety, without abbreviation or redaction, and including both front and back thereof. Requests for documents shall be deemed to include a request for any and all transmittal sheets, cover letters, exhibits, enclosures, or any other annexes or attachments to the documents, in addition to the document itself.

3.    For each document the production of which is withheld because it is claimed to be privileged, because it is claimed to be attorneys' work product, or because of any other ground of non-production, identify, at the time that documents are produced:

(a) the nature of the privilege (including work product) or other ground of non-production that is being claimed; and, if the ground of non-production is a privilege, and if the privilege is being asserted in connection with a claim or defense governed by state law, indicate the state's or country's privilege rule being invoked; and

(b) (i) the type of document; (ii) general subject matter of the document; (iii) the date of the document; and (iv) such other information as is sufficient to identify the document for a subpoena duces tecum, including, where appropriate, the author of the document, the addressees of the document, persons who received copies of the document, and, where not apparent, the relationship of the author and addressee to each other.

If a portion of an otherwise responsive document contains information subject to a claim of privilege, work product or other ground of non-production, those portions of the document subject to such claim shall be deleted or redacted from the document, the material redacted or deleted shall be specified in the privilege log, and the rest of the document shall be produced.

4.    Each paragraph and subparagraph of this subpoena and inspection shall be construed independently and without reference to any other paragraph or subparagraph for the purpose of limitation.

5.    If any document request cannot be complied with in full, it shall be complied with to the fullest extent possible, and an explanation shall be given as to why full compliance is not possible.

6.    For any document requested herein which was formerly in your possession, custody or control but which has been lost or destroyed:

(a) describe in detail the nature of the document and its contents;

(b) identify the person who prepared or authored the document, and, if applicable, the person to whom it was sent;

(c) specify the date on which the document was prepared or transmitted;

(d) specify, if possible, the date on which the document was lost or destroyed and, if destroyed, the manner of and reasons for such destruction and the persons authorizing, performing and having knowledge of the destruction; and

(e) specify in detail all efforts that were made to maintain or preserve the document.

7.    With respect to the documents produced, you shall produce them as they are kept in the usual course of business.

8.    These requests shall be deemed continuing so as to require further and supplemental responses by you in the event that they obtain or discover additional information after the time of their initial response.

9.    Unless otherwise indicated, these Requests seek responsive documents authored, generated, disseminated, drafted, produced, reproduced, or otherwise created or distributed from June 1, 2005 through October 25, 2005.

Annex I

**<u>Subpoenaed Documents</u>**

1.    Please produce all documents concerning the appraisal and/or value of certain machinery and equipment of Delphi Corporation and its subsidiaries prepared by, or for you, in your capacity as administrative agent under the Revolving Credit, Term Loan and Guaranty Agreement, dated as of October 14, 2005 among Delphi Corporation, as borrower, subsidiaries of Delphi Corporation parties thereto, as guarantors, each a debtor and debtor-in-possession, the several banks and other financial institutions parties to such agreement and JPMorgan Chase Bank, N.A., as administrative agent for such lenders.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re

DELPHI CORPORATION, *et al.*,

Debtors.

Chapter 11
Case No. 05-44481 (RDD)
Jointly Administered

---------------------------------------------------------------x    **SUBPOENA**

TO:    **Thomas Maher**
       **JPMorgan Chase Bank, N.A.**
       270 Park Avenue, 39th Floor
       New York, NY 10017

**X YOU ARE COMMANDED to appear in the United States Bankruptcy Court at the place, date, and time specified below to testify in the above case.**

| PLACE of Testimony | COURTROOM 610 |
|---|---|
| **United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, NY 10004-1408** | DATE AND TIME October 27, 2005, 10:00 a.m. |

☐ YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of documents listed on Annex I or objects at the place, date, and time specified below on Annex I.

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

| ISSUING OFFICER SIGNATURE AND TITLE | DATE 10/26/05 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
**Lynette C. Kelly, Esq. (LK-7971), Shearman & Sterling LLP, Counsel for the Debtors, 599 Lexington Avenue, New York, NY 10022 (212) 848-4000**

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| SERVED BY (PRINT NAME) | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

DATE                                SIGNATURE OF SERVER

ADDRESS OF SERVER

---

**Rule 45, Fed.RCiv.P., Parts (c) and (d)  made applicable in cases under Bankruptcy code by Rule 9016, Fed. R. Bankr. P.**

(C)PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena.  The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the patty or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fees.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) OF THIS RULE, A PERSON COMMANDED TO PRODUCE AND PERMIT INSPECTION AND COPYING MAY, WITHIN 14 DAYS AFTER SERVICE OF THE SUBPOENA OR BEFORE THE TIME SPECIFIED FOR COMPLIANCE IF SUCH TIME IS LESS THAN 14 DAYS AFTER SERVICE, SERVE UPON THE PARTY OR ATTORNEY DESIGNATED IN THE SUBPOENA WRITTEN OBJECTION TO INSPECTION OR COPYING OF ANY OR ALL OF THE DESIGNATED MATERIALS OR OF THE PREMISES.  if OBJECTION is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any item for an order to compel the production Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commended..

(3)(A) On timely motion- the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance:

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts Business in person, except that, subject to the provisions of clause (cX3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden

(B)      If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not a the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they arc kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

In re

DELPHI CORPORATION, *et al.,*.

                                 Debtors.

-------------------------------------------------------------------------x

Chapter 11
Case No. 05-44481 (RDD)
Jointly Administered

---

# SUBPOENA

---

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
333 WEST WACKER DRIVE, SUITE 2100
CHICAGO, ILLINOIS 60606
(312) 407-0700

-and-

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
FOUR TIMES SQUARE
NEW YORK, NEW YORK 10036
(212) 735-3000

-and-

**SHEARMAN & STERLING LLP**
599 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022
(212) 848-4000
ATTORNEYS FOR THE DEBTORS