WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 819-8200
Howard S. Beltzer (HB-5721)
Sheron Korpus (SK-3351)
Attorneys for Deutsche Bank Securities, Inc.,
Mark B. Cohen, and Thomas J. Maloney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Delphi Corporation, et al., | : | Case No. 05-44481 |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

-----------------------------------------------------------x

### NOTICE OF MOTION OF DEUTSCHE BANK SECURITIES, INC., MARK B. COHEN, AND THOMAS J. MALONEY FOR AN ORDER QUASHING THE SUBPOENAS SERVED UPON MR. COHEN AND MR. MALONEY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45(c)(3)(A)(i).

PLEASE TAKE NOTICE of the annexed motion of Deutsche Bank Securities, Inc., Mark B. Cohen, and Thomas J. Maloney, seeking entry of an order pursuant to Federal Rule of Civil Procedure 45(c)(3)(A)(i) quashing the subpoenas mandating that Mr. Cohen and Mr. Maloney appear before the Honorable Robert D. Drain on October 27, 2005 at 10:00 A.M..

Dated:  New York, New York
        October 26, 2005

WHITE & CASE LLP

By:  /s/  Sheron Korpus
Howard S. Beltzer (HB-5721)
Sheron Korpus (SK-3351)
1155 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 819-8200

Attorneys for Deutsche Bank Securities, Inc.,
Mark B. Cohen, and Thomas J. Maloney

NEWYORK 5239903 (2K)