UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| Delphi Corporation, et al., | : | Case No. 05-44481 |
| Debtors. | : | Jointly Administered |

-----------------------------------------------------------x

## (PROPOSED) ORDER

This matter coming before the Court on the Motion of Deutsche Bank Securities, Inc., Mark B. Cohen, and Thomas J. Maloney, by and through their undersigned counsel, for the entry of an order pursuant to Federal Rule of Civil Procedure 45(c)(3)(A)(i) quashing the subpoenas mandating that Mr. Cohen and Mr. Maloney appear before the Honorable Robert D. Drain on October 27, 2005 at 10:00 A.M (the "<u>Motion</u>"), and the Court having reviewed the Motion; and the Court having heard the statements of counsel regarding the relief requested in the Motion at a hearing before the Court (the "<u>Hearing</u>"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED in its entirety.

2. The subpoenas mandating that Mr. Cohen and Mr. Maloney appear before the Honorable Robert D. Drain on October 27, 2005 at 10:00 A.M are QUASHED.

Dated: New York, New York
       October __, 2005

                                                    _____
                                                    HONORABLE ROBERT D. DRAIN
                                                    UNITED STATES BANKRUPTCY JUDGE

NEWYORK 5239908 (2K)