Allan S. Brilliant (AB 8455)
Brian W. Harvey (BH 2518)
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
(212) 813-8800

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                     :
                                           :   Chapter 11
                                           :
DELPHI CORPORATION, et al.                 :   Case No. 05-44481
                                           :
            Debtors.                       :   Jointly Administered
                                           :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2005, I caused to be served by regular mail the following:

1. The Objection of Ad Hoc Committee of Prepetition Secured Lenders to Debtors' Motion for Postpetition Financing upon the parties listed on Schedule 1 annexed hereto; and

2. Verified Statement Pursuant to Bankruptcy Rule 2019 of Goodwin Procter LLP upon the parties listed on Schedule 2 annexed hereto.

Dated: New York, New York
       October 27, 2005

                                    /s/ Brian W. Harvey

LIBNY/4471572.1

<u>Schedule 1</u>

| | |
|---|---|
| Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Attention: Donald Bernstein | Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022<br>Attention: Robert J. Rosenberg |
| Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Attention: Douglas Bartner/Jill Frizzley | Simpson Thatcher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>Attention:    Kenneth S. Ziman/Robert H. Trust<br>William T. Russell, Jr. |
| Skadden Arps Slate Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>Attention:    John Wm Butler/John K. Lyons/<br>Ron E. Meisler | Skadden Arps Slate Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036<br>Attention:Kayalyn A. Marafioti/Thomas J. Matz |
| United States Trustee<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004<br>Attention: Deirdre A. Martini | United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004-2112<br>Attention: Alicia M. Leonard |

1

LIBNY/4471572.1

<u>Schedule 2</u>

| | |
|---|---|
| Capital Research and Management Company<br>11100 Santa Monica Boulevard, 15th Floor<br>Los Angeles, CA 90025<br>Attention: Michelle Robson | Cohen Weiss & Simon<br>330 West 42nd Street<br>New York, NY 10036<br>Attention: Bruce Simon |
| Curtis Mallet-Prevost Colt & Mosle LLP<br>101 Park Ave<br>New York, NY 10178-0061<br>Attention: Steven J. Reisman | Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Attention: Donald Bernstein |
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098<br>Attention: Sean Corcoran/Karen Craft | Electronic Data Systems Corp<br>5505 Corporate Drive Msia<br>Troy, MI 48098<br>Attention: Michael Nefkens |
| Flextronics International Asia-Pacific Ltd<br>c/o Flextronics International USA Inc.<br>2090 Fortune Drive<br>San Jose, CA 95131<br>Attention: Paul W. Anderson | Freescale Semiconductor Inc.<br>6501 William Cannon Dr West<br>Md Oe16<br>Austin, TX 78735<br>Attention: Richard Lee Chambers III |
| FTI Consulting Inc.<br>3 Times Square, 11th Floor<br>New York, NY 10036<br>Attention: Randall S. Eisenberg | General Electric Company<br>One Plastics Avenue<br>Pittsfield, MA 01201<br>Attention: Valerie Venable |
| General Motors Corporation<br>300 Renaissance Center<br>PO Box 300<br>Detroit, MI 48265<br>Attention: John Devine | Groom Law Group<br>1701 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Attention: Lonie A. Hassel |
| Hodgson Russ LLP<br>152 West 57th Street, 35th Floor<br>New York, NY 10019<br>Attention: Stephen H. Gross | Internal Revenue Service<br>290 Broadway, 5th Floor<br>New York, NY 10007<br>Attention: Insolvency Department |
| Internal Revenue Service<br>477 Michigan Avenue<br>Mail Stop 15<br>Detroit, MI 48226<br>Attention: Insolvency Department | IUE-CWA<br>2360 West Dorothy Lane, Suite 201<br>Dayton, OH 45439<br>Attention: Henry Reichard |
| Jefferies & Company Inc.<br>520 Madison Avenue, 12th Floor<br>New York, NY 10022<br>Attention:  Bill Derrough | JPMorgan Chase Bank NA<br>270 Park Ave<br>New York, NY 10017<br>Attention:    Thomas F. Maher/Richard Duker/<br>Gianni Russello |

LIBNY/4471572.1

| | |
|---|---|
| JPMorgan Chase Bank NA<br>Loan and Agency Services Group<br>1111 Fannin 10th Floor<br>Houston, TX 77002<br>Attention: Clifford Trapani | JPMorgan Chase Bank NA<br>Agent Bank Services Group<br>1111 Fannin 10th Floor<br>Houston, TX 77002<br>Attention: Khuyen Ta |
| JPMorgan Chase Bank NA<br>270 Park Avenue<br>New York, NY 10017<br>Attention: Vilma Frances | Kurtzman Carson Consultants<br>12910 Culver Boulevard, Suite I<br>Los Angeles, CA 90066<br>Attention: James Le |
| Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022<br>Attention: Robert J. Rosenberg | Mesirow Financial<br>350 North Clark Street<br>Chicago, IL 60610<br>Attention: Melissa Knolls |
| Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 10022<br>Attention: Joseph T. Moldovan, Esq. | Office of New York State<br>120 Broadway<br>New York City, NY 10271<br>Attention: Attorney General Eliot Spitzer |
| O'Melveny & Meyer LLP<br>1625 Eye Street NW<br>Washington, DC 20006<br>Attention: Tom A. Jerman/Rachel Janger | O'Melveny & Meyer LLP<br>400 South Hope Street<br>Los Angeles, CA 90071<br>Attention: Robert Siegel |
| Pension Benefit Guaranty Corporation<br>1200 K Street NW, Suite 340<br>Washington, DC 20005<br>Attention: Jeffrey Cohen | Pension Benefit Guaranty Corporation<br>1200 K Street NW, Suite 340<br>Washington, DC 20005-4026<br>Attention: Ralph L. Landy |
| Phillips Nizer LLP<br>666 Fifth Avenue<br>New York, NY 10103<br>Attention: Sandra A. Riemer | Rothchild Inc.<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Attention: David L. Resnick |
| Securities and Exchange Commission<br>233 Broadway<br>New York, NY 10279<br>Attention: Reorganization Branch | Seyfarth Shaw LLP<br>1270 Avenue of the Americas, Suite 2500<br>New York, NY 10020-1801<br>Attention: Robert W. Dremluck |
| Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Attention: Douglas Bartner/Jill Frizzley | Simpson Thatcher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>Attention:   Kenneth S. Ziman/Robert H. Trust<br>          William T. Russell, Jr. |

Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Attention:     John Wm Butler/John K. Lyons/
               Ron E. Meisler

Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY 10036
Attention:Kayalyn A. Marafioti/Thomas J. Matz

Stevens & Lee PC
485 Madison Avenue, 20th Floor
New York, NY 10022
Attention: Chester B. Salomon/Constantine D. Pourakis

Togut Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119
Attention: Albert Togut

United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004
Attention: Deirdre A. Martini

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-2112
Attention: Alicia M. Leonard

Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE 19890
Attention: Steven M. Cimalore

4

LIBNY/4471572.1