**MORGAN, LEWIS & BOCKIUS LLP**
**Attorneys for ITT Industries, Inc.**
**101 Park Avenue**
**New York, New York 10178-0060**
**Telephone No.: (212) 309-6000**
**Andrew D. Gottfried, Esq. (AG-1699)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al. | : | Case Nos. 05-44481 (RDD) |
| | : | (Jointly Administered) |
| Debtors. | : | |

-------------------------------------------------------x

### NOTICE OF APPEARANCE, REQUEST FOR
### SERVICE OF PAPERS AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that ITT Industries, Inc., by and through its undersigned counsel, hereby enters its appearance pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002 and 9010(b) of the Bankruptcy Rules and requests that all notices given or required to be given in these cases, and all pleadings and other documents served and required to be served herein, be given to and served upon:

> Andrew D. Gottfried, Esq.
> Morgan, Lewis & Bockius LLP
> 101 Park Avenue
> New York, New York 10178-0060
> Telephone No.: (212) 309-6000
> Telecopier No.: (212) 309-6001
> E-mail: agottfried@morganlewis.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or

1-NY/1965364.1

informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the Debtors or property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that, neither this notice nor any later appearance, pleading, claim or suit shall waive ITT Industries, Inc. right (i) to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (iv) to any other rights, claims, actions, defenses, setoffs, or recoupments to which ITT Industries, Inc. is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: New York, New York
      October 27, 2005

                              **MORGAN, LEWIS & BOCKIUS LLP**
                              Attorneys for ITT Industries, Inc.

                              By:  /s/ Andrew D. Gottfried
                                   Andrew D. Gottfried  (AG-1699)

                              101 Park Avenue
                              New York, New York  10178-0060
                              (212) 309-6000

TO:

John Wm. Butler Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive - Suite 2100
Chicago, IL 60606

Kayalyn A. Marafioti, Esq.
Thomas J. Matz,, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Alicia M. Leonhard, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004

## Certificate of Service

    I hereby certify that I served the foregoing Notice of Appearance and Reservation of Rights upon the above mentioned parties by first class mail on October 27, 2005.


Dated: New York, New York
       October 27, 2005

                                              /s/ Andrew D. Gottfried
                                              Andrew D. Gottfried