UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.* | : | Case No. 05-44481 (rdd) |
| | : | |
| Debtor. | : | Jointly Administered |

————————————————————————x

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF ALL NOTICES, PAPERS AND OTHER DOCUMENTS**

**PLEASE TAKE NOTICE** that Coolidge, Wall, Womsley & Lombard Co., L.P.A., as attorneys for Harco Industries, Inc., Harco Brake Systems, Inc. and Dayton Supply & Tool Company, creditors of the Debtor in the above-captioned case, hereby appears in the above-captioned case pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and §1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following person at the e-mail address indicated:

Ronald S. Pretekin (#0018496)
Steven M. Wachstein (#0073939)
Sylvie J. Derrien (#0072579)
Coolidge, Wall, Womsley & Lombard Co., L.P.A.
33 West First Street, Suite 600
Dayton, Ohio  45402
Telephone:  (937) 223-8177
Facsimile:  (937) 223-6705
e-mail:  pretekin@coollaw.com
wachstein@coollaw.com
derrien@coollaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of the rights: (1) to have final orders in noncore matters entered only after *de novo* review by a District Court Judge; (3) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to any other rights, claims, actions, setoffs, or recoupments to which the above-named entity is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  Dayton, Ohio
        October 26, 2005

> Respectfully submitted,
>
> **COOLIDGE, WALL, WOMSLEY & LOMBARD CO., L.P.A.**
>
> By:   */s/ Ronald S. Pretekin*
>       Ronald S. Pretekin (#0019684)
>       Steven M. Wachstein (#0073939)
>       33 West First Street, Suite 600
>       Dayton, Ohio  45402
>       Telephone:  (937) 223-8177
>       Facsimile:  (937) 223-6705
>       e-mail:  pretekin@coollaw.com
>                wachstein@coollaw.com

ATTORNEYS FOR HARCO INDUSTRIES, INC,
HARCO BRAKE SYSTEMS, INC. AND
DAYTON SUPPLY AND TOOL COMPANY

**Served upon:**

Kathleen Farrell
Clerk of the Court
United States Bankruptcy Court
One Bowling Green, Sixth Floor
New York, New York  10004-1408

John Wm. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom (IL)
333 West Wacker Drive
Chicago, IL  60606-1285

Kayalyn A. Marafioti, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY  10036

Thomas J. Matz, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY  10036

Alicia M. Leonhard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004

S:\Wdox\Client\000006\00100\00258243.Doc