Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400
Bonnie Glantz Fatell, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION | Case No. 05-44481 (RDD) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, *Bonnie Glantz Fatell*, certify that I am not less than 18 years of age, and that on

October 27, 2005, I caused service of the attached *Notice of Appearance for Bonnie Glantz*

*Fatell of Blank Rome LLP* to be made on the parties listed on the attached service list, in the

manner indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____*/s/ Bonnie Glantz Fatell*_____
Bonnie Glantz Fatell

900200.00001/21435283v.1