Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400
Bonnie Glantz Fatell, Esq.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION | Case No. 05-44481 (RDD) |
| Debtors. |  |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that the undersigned hereby enters an appearance pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b) in the above-captioned Chapter 11 cases as counsel to Special Devices Inc., a party in interest, and requests that, pursuant to Bankruptcy Rules 2002, 3017 and 9008, and 11 U.S.C. §§ 342 and 1109(b), all notices given or required to be given in this proceeding and all papers served or required to be served in this proceeding be given to and served upon:

> Bonnie Glantz Fatell, Esq.
> Blank Rome LLP
> Chase Manhattan Centre
> 1201 Market Street, Suite 800
> Wilmington, DE 19801
> Telephone:  (302) 425-6423
> Facsimile:  (302) 428-5110
> Email:  fatell@blankrome.com

900200.00001/21435276v.1

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the statute and Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, demand, hearing, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these cases and any proceedings therein, formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, electronic mail, telephone, telex or otherwise.

Dated: Wilmington, Delaware
      October 25, 2005

                              Respectfully Submitted,

                              BLANK ROME LLP

              By:        */s/ Bonnie Glantz Fatell*
                      Bonnie Glantz Fatell, Esq.
                      Chase Manhattan Centre
                      1201 Market Street, Suite 800
                      Wilmington, DE 19801
                      Bonnie Glantz Fatell, Esq.
                      Telephone:  (302) 425-6423
                      Facsimile:   (302) 428-5110
                      Email:        fatell@blankrome.com

                      Attorneys for Special Devices Inc.

900200.00001/21435276v.1