# SERVICE LIST

## SERVICE MADE ON ALL PARTIES BY FIRST CLASS U.S. MAIL

United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Alicia M. Leonhard, Esq.

David Boyle
Airgas, Inc.
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA 19087-8675

Wallace A. Showman
Ajamie LLP
1350 Avenue of the Americas
29th Floor
New York, NY 10019

Thomas A. Ajamie
Ajamie LLP
711 Louisiana
Suite 2150
Houston, TX 77002

Leigh Walzer
Angelo, Gordon & Co.
245 Park Avenue
26th Floor
New York, NY 10167

Darryl S. Laddin
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363-1031

Heath J. Vicente
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363-1031

William J. Barrett
Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg LLP
333 West Wacker Drive, Suite 2700
Chicago, IL 60606

Kimberly J. Robinson
Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg LLP
333 West Wacker Drive, Suite 2700
Chicago, IL 60606

Michael K. McCrory
Wendy D. Brewer
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204

Alan K. Mills
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204

John T. Gregg
Barnes & Thornburg LLP
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, MI 49503

Patrick E. Mears
Barnes & Thornburg LLP
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, MI 49503

John P. Coffey
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York, NY 10019

Hannah E. Greenwald
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York, NY 10019

Mark D. Debrowski
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York, NY 10019

Kenneth T. Law, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

Lawrence M. Schwab, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

Patrick M. Costello, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

Thomas M. Gaa
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

Jeannette Eisan Hinshaw
Bose McKinney & Evans LLP
135 N. Pennslyvania Street
Suite 2700
Indianapolis, IN 46204

Roger G. Jones
Boult, Cummings, Conners & Berry, PLC
1600 Division Street, Suite 700
PO Box 34005
Nashville, TN 37203

Austin L. McMullen
Boult, Cummings, Conners & Berry, PLC
1600 Division Street, Suite 700
PO Box 34005
Nashville, TN 37203

Michael Leo Hall
Burr & Forman LLP
420 North Twentieth Street
Suite 3100
Birmingham, AL 35203

Jonathan Greenberg
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005

Robert Usadi
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005

Jonathan Greenberg
Cahill, Gordon & Reindel, LLP
Eighty Pine Street
New York, NY 10005-1702

Aaron R. Cahn
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005

Deborah M. Buell
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Joseph J. Vitale
Cohen, Weiss & Simon LLP
330 West 42nd Street
New York, NY 10036

Scott D. Rosen, Esq.
Cohn Birnbaum & Shea P.C.
100 Pearl Street, 12th Floor
Hartford, CT 06103

Jeffrey C. Wisler, Esq.
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

Mark Lee, Janice Stanton, Bill Raine,
  Seth Lax
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

Robert Szwajkos
Curtin & Heefner, LLP
250 N. Pennslyvania Avenue
Morrisville, PA 19067

Daniel P. Mazo
Curtin & Heefner, LLP
250 N. Pennslyvania Avenue
Morrisville, PA 19067

Andrew M. Thau
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

David S. Karp
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

William F. Savino
Damon & Morey LLP
1000 Cathedral Place
298 Main Street
Buffalo, NY 14202-4096

Carol Sowa
Denso International America, Inc.
24777 Denso Drive
Southfield, MI 48086

Gerard DiConza, Esq.
DiConza Law, P.C.
630 Third Avenue, 7th Floor
New York, NY 10017

Richard M. Kremen
Maria Ellena Chavez-Ruark
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, MD 21209-3600

Andrew C. Kassner
Drinker Biddle & Reath LLP
18th & Cherry Streets
Philadelphia, PA 19103

David B. Aaronson
Drinker Biddle & Reath LLP
18th & Cherry Streets
Philadelphia, PA 19103

Margery N. Reed, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

Wendy M. Simkulak, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

Gary E. Green
Fagel Haber LLC
55 East Monroe
40th Floor
Chicago, IL 60603

Lauren Newman
Fagel Haber LLC
55 East Monroe
40th Floor
Chicago, IL 60603

Michael J. Viscount, Jr.
Fox Rothschild LLP
1301 Atlantic Avenue
Suite 400
Atlantic City, NJ 08401-7212

Fred Stevens
Fox Rothschild LLP
13 East 37th Street
Suite 800
New York, NY 10016

Eric Wainer
Gazes LLC
32 Avenue of the Americas
Suite 1800
New York, NY 10013

Ian J. Gazes
Gazes LLC
32 Avenue of the Americas
New York, NY 10013

Craig P. Rieders, Esq.
Genovese Joblove & Battista, P.A.
100 S.E. 2nd Street
Suite 4400
Miami, FL 33131

Peter D. Bilowz
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-333

Geoffrey C. Jarvis
Grant & Eisenhofer P.A.
1201 North Market Street
Suite 2100
Wilmington, DE 19801

Sharan Nirmul
Grant & Eisenhofer P.A.
1201 North Market Street
Suite 2100
Wilmington, DE 19801

Tillie Lim, Esq.
HAL/ERC-Legal
50 Prospect Avenue
Tarrytown, NY 10591

Kenneth F. Higman
Hewlett-Packard Company
2125 E. Katella Avenue
Suite 400
Anaheim, CA 92806

Cheryl R. Storie
Hodgson Russ LLP
One M&T Plaza
Suite 2000
Buffalo, NY 14203

Elizabeth K. Flaagan
Holme Roberts & Owen, LLP
1700 Lincoln
Suite 4100
Denver, CO 80203

Robert B. Weiss, Frank L. Gorman
Honigman, Miller, Schwartz &Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Geoffrey A. Richards
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Rob Charles, Esq.
Lewis & Roca LLP
One South Church Street
Suite 700
Tucson, AZ 85701

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
1949 South IH 35 (78741)
P.O. Box 17428
Austin, TX 78760-7428

Jay W. Eisenhofer
Grant & Eisenhofer P.A.
45 Rockefeller Center
650 Fifth Avenue
New York, NY 10111

Alan D. Halperin
Christopher J.Battaglia
Halperin Battaglia Raicht, LLP
555 Madison Avenue, 9th Floor
New York, NY 10022

Sharon Petrosino
Hewlett-Packard Company
420 Mountain Avenue
Murray Hill, NJ 07974

Stephen H. Gross, Esq.
Hodgson Russ LLP
Carnegie Hall Tower
152 West 57th Street, 35th Street
New York, NY 10019

Frank L. Gorman, Esq.
Honigman Miller Schwartz & Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

John P. Sieger, Esq.
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661

Edward M. Fox
Kirkpatrick & Lockhart Nicholson
   Graham LLP
599 Lexington Avenue
New York, NY 10022

Susan M. Freeman, Esq.
Lewis & Roca LLP
40 North Central Avenue
Suite 1900
Phoenix, AZ 85004-4429

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201

Cherie Macdonald
J. Patrick Bradley
Greensfelder, Hemker & Gale, P.C.
10 S. Broadway, Suite 200
St. Louis, MO 63102

Anne Marie Kennelly
Hewlett-Packard Company
3000 Hanover St., M/S 1050
Palo Alto, CA 94304

Glen Dumont
Hewlett-Packard Company
420 Mountain Avenue
Murray Hill, NJ 07974

Peter A. Zisser
Holland & Knight LLP
195 Broadway
New York, NY 10007

Robert B. Weiss, Esq.
Honigman Miller Schwartz & Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Steve Kieselstein
Kieselstein Lawfirm PLLC
43 British American Boulevard
Latham, NY 12110

Sam O. Simmerman
Krugliak, Wilkins, Griffiths & Dougherty
CO., L.P.A.
4775 Munson Street N.W.
Canton, OH 44735-6963

John England, Esq.
Linear Technology Corporation
1630 McCarthy Blvd.
Milpitas, CA 95035-7417

William M. Hawkins
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

| | | |
|---|---|---|
| Timothy S. McFadden<br>Lord, Bissel & Brook<br>115 South LaSalle Street<br>Chicago, IL 60603 | Timothy W. Brink<br>Lord, Bissel & Brook<br>115 South LaSalle Street<br>Chicago, IL 60603 | Kevin J. Walsh<br>Rocco N. Covino<br>Lord, Bissel & Brook LLP<br>885 Third Avenue, 26th Floor<br>New York, NY 10022-4802 |
| Michael S. Etikin<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 | Ira M. Levee<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 | Kenneth A. Rosen<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 |
| Scott Cargill<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 | Michael S. Etikin<br>Lowenstein Sandler PC<br>1251 Avenue of the Americas<br>18th Floor<br>New York, NY 10020 | Ira M. Levee<br>Lowenstein Sandler PC<br>1251 Avenue of the Americas<br>18th Floor<br>New York, NY 10020 |
| Jeffrey M. Levinson, Esq.<br>Leah M. Caplan, Esq.<br>Margulies & Levinson, LLP<br>30100 Chagrin Boulevard, Suite 250<br>Pepper Pike, OH 44124 | David J. Adler, Jr. Esq.<br>McCarter & English, LLP<br>245 Park Avenue, 27th Floor<br>New York, NY 10167 | James M. Sullivan<br>McDermott Will & Emery LLP<br>50 Rockefeller Plaza<br>New York, NY 10020 |
| Jean R. Robertson, Esq.<br>McDonald Hopkins Co., LPA<br>600 Superior Avenue, East<br>Suite 2100<br>Cleveland, OH 44114 | Scott N. Opincar, Esq.<br>McDonald Hopkins Co., LPA<br>600 Superior Avenue, E.<br>Suite 2100<br>Cleveland, OH 44114 | Shawn M. Riley, Esq.<br>McDonald Hopkins Co., LPA<br>600 Superior Avenue, E.<br>Suite 2100<br>Cleveland, OH 44114 |
| Jeffrey Bernstein, Esq.<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>100 Mulberry Street, Three Gateway Center<br>Newark, NJ 07102-4079 | Lowell Peterson, Esq.<br>Meyer, Suozzi, English & Klein, P.C.<br>1350 Broadway<br>Suite 501<br>New York, NY 10018 | Dennis J. Raternink<br>Michigan Depart. of Labor & Economic Growth, Worker's Compensation Agency<br>PO Box 30736<br>Lansing, MI 48909-7717 |
| Thomas P. Sarb, Robert D. Wolford<br>& Miller Johnson<br>250 Monroe Avenue, N.W.<br>Suite 800, PO Box 306<br>Grand Rapids, MI 49501-0306 | Timothy A. Fusco<br>Miller, Canfield, Paddock & Stone, P.L.C.<br>150 W. Jefferson Avenue<br>Suite 2500<br>Detroit, MI 48226 | Jeff Ott<br>Molex Connector Corp<br>2222 Wellington Ct.<br>Lisle, IL 60532 |
| Richard W. Esterkin, Esq.<br>Morgan, Lewis & Bockius LLP<br>300 South Grand Avenue<br>Los Angeles, CA 90017 | William C. Heuer, Esq.<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178-0060 | Joseph T. Moldovan<br>Michael R. Dal Lago<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 10022 |
| Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. & Davor Rukavina, Esq.<br>Munsch Hardt Kopf & Harr, P.C.<br>1445 Ross Avenue, 4000 Fountain Pl.<br>Dallas, TX 75202-2790 | Lisa M. Moore<br>National City Commercial Capital<br>995 Dalton Avenue<br>Cincinnati, OH 45203 | Bradley E. Beckworth<br>Nix, Patterson & Roach, L.L.P.<br>205 Linda Drive<br>Daingerfield, TX 75638 |

| | | |
|---|---|---|
| Jeffrey J. Angelovich<br>Nix, Patterson & Roach, L.L.P.<br>205 Linda Drive<br>Daingerfield, TX 75638 | Susan Whatley<br>Nix, Patterson & Roach, L.L.P.<br>205 Linda Drive<br>Daingerfield, TX 75638 | Elizabeth L. Abdelmasieh, Esq<br>Norris, McLaughlin & Marcus<br>721 Route 202-206<br>P.O. Box 1018<br>Somerville, NJ 08876 |
| Frederick D. Holden, Jr., Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, CA 94105 | Alyssa Englund, Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>666 Fifth Avenue<br>New York, NY 10103 | Ralph L. Landy<br>Pension Benefit Guaranty Corporation<br>1200 K. Street, N.W.<br>Washington, DC 20005-4026 |
| Charles J. Filardi, Jr., Esq.<br>Pepe & Hazard LLP<br>30 Jelliff Lane<br>Southport, CT 06890 | Francis J. Lawall<br>Pepper, Hamilton LLP<br>3000 Two logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA 19103-2799 | Anne Marie Aaronson<br>Pepper, Hamilton LLP<br>3000 Two logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA 19103-2799 |
| Sandra A. Riemer, Esq.<br>Phillips Nizer LLP<br>666 Fifth Avenue<br>New York, NY 10103 | Brett S. Moore, Esq.<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, NJ 07960 | John S. Mairo, Esq.<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, NJ 07960 |
| Jason Pickering, Esq.<br>QAD, Inc.<br>10,000 Midlantic Drive<br>Mt. Laurel, NJ 08054 | Andrew Herenstein<br>Quadrangle Debt Recovery Advisors LLC<br>375 Park Avenue, 14th Floor<br>New York, NY 10152 | Patrick Bartels<br>Quadrangle Group LLC<br>375 Park Avenue, 14th Floor<br>New York, NY 10152 |
| John A. Harris<br>Quarles & Brady Streich Lang LLP<br>Renaissance One<br>Two North Central Avenue<br>Phoenix, AZ 85004-2391 | Scott R. Goldberg<br>Quarles & Brady Streich Lang LLP<br>Renaissance One<br>Two North Central Avenue<br>Phoenix, AZ 85004-2391 | Joseph Lapinsky<br>Republic Engineered Products, Inc.<br>3770 Embassy Parkway<br>Akron, OH 44333 |
| Joseph E. Shickich, Jr.<br>Riddell Williams P.S.<br>1001 4th Ave.<br>Suite 4500<br>Seattle, WA 98154-1195 | Charles E. Boulbol, P.C.<br>Russell Reynolds Associates, Inc.<br>26 Broadway, 17th Floor<br>New York, NY 10004 | Michael Yarnoff<br>Schiffrin & Barroway, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 |
| Sean M. Handler<br>Schiffrin & Barroway, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 | Paul M. Baisier, Esq.<br>Seyfarth Shaw LLP<br>1545 Peachtree Street, N.E.<br>Suite 700<br>Atlanta, GA 30309-2401 | Robert W. Dremluk, Esq.<br>Seyfarth Shaw LLP<br>1270 Avenue of the Americas<br>Suite 2500<br>New York, NY 10020-1801 |
| Jennifer L. Adamy<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1919 | Andrew H. Sherman<br>Sills, Cummis Epstein & Gross, P.C.<br>30 Rockefeller Plaza<br>New York, NY 10112 | Jack M. Zackin<br>Sills, Cummis Epstein & Gross, P.C.<br>30 Rockefeller Plaza<br>New York, NY 10112 |

Kenneth S. Ziman, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Lloyd B. Sarakin, Chief Counsel, Finance & Credit
Sony Electronics Inc.
1 Sony Drive, MD #1 E-4
Park Ridge, NJ 07656

Mark A. Shaiken
Stinson Morrison Hecker LLP
1201 Walnut Street
Kansas City, MO 64106

W. Robinson Beard, Esq.
Stites & Harbison, PLLC
400 West Market Street
Louisville, KY 40202

Matthew W. Cheney
Swidler Berlin LLP
The Washington Harbour
3000 K Street, N.W. Suite 300
Washington, DC 20007

Richard L. Ferrell
Taft, Stettinius & Hollister LLP
425 Walnut Street
Suite 1800
Cincinnati, OH 45202-3957

Albert Togut, Esq.
Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119

David E. Lemke, Esq.
Waller Lansden Dortch & Davis, PLLC
511 Union Street
Suite 2700
Nashville, TN 37219

Michael G. Cruse
Warner Norcross & Judd LLP
2000 Town Center
Suite 2700
Southfield, MI 48075

William T. Russell, Jr., Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Brian D. Spector, Esq.
Spector & Ehrenworth, P.C.
30 Columbia Turnpike
Florham Park, NJ 07102

Madison L. Cashman
Stites & Harbison PLLC
424 Church Street
Suite 1800
Nashville, TN 37219

Jonathan P. Guy
Swidler Berlin LLP
The Washington Harbour
3000 K Street, N.W. Suite 300
Washington, DC 20007

Robert N. Steinwurtzel
Swidler Berlin LLP
The Washington Harbour
3000 K Street, N.W. Suite 300
Washington, DC 20007

Rhett G. Cambell
Thompson & Knight
333 Clay Street
Suite 3300
Houston, TX 77002

David Jury, Esq., United Steel, Paper & Forestry, Rubber, Mfg., Energy, Allied Indus. & Sv. Wkrs., Intl. Union, AFL-CIO
Five Gateway Center, Suite 807
Pittsburgh, PA 15222

Robert J. Welhoelter, Esq.
Waller Lansden Dortch & Davis, PLLC
511 Union Street
Suite 2700
Nashville, TN 37219

Jeffrey L. Tanenbaum, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Kathleen M. Miller
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

Chester B. Salomon, Esq.
Constantine D. Pourakis, Esq.
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022

Robert C. Goodrich, Jr.
Stites & Harbison PLLC
424 Church Street
Suite 1800
Nashville, TN 37219

Richard H. Wyron
Swidler Berlin LLP
The Washington Harbour
3000 K Street, N.W. Suite 300
Washington, DC 20007

Roger Frankel
Swidler Berlin LLP
The Washington Harbour
3000 K Street, N.W. Suite 300
Washington, DC 20007

Jill Levi, Esq.
Todd & Levi, LLP
444 Madison Avenue
Suite 1202
New York, NY 10022

Robert J. Sidman, Esq.
Vorys, Sater, Seymour & Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Gordon J. Toering
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503

Martin J. Bienenstock, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Michael P. Kessler, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Martin J. Bienenstock, Michael Kessler,
Jeffrey L. Tanenbaum
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Steven M. Cimalore, Vice President
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

Stuart Krause
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022

Peter Janovsky
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022