UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, *et al.* | : | Case No. 05-44481 (rdd) |
| Debtor. | : | Jointly Administered |

---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Ronald S. Pretekin, a member in good standing of the bar of the State of Ohio, and of the bar of the U.S. District Court for the Southern District of Ohio, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Harco Industries, Inc., Harco Brake Systems, Inc. and Dayton Supply & Tool Company and possibly other parties in the above-referenced case.

My mailing address is Coolidge, Wall, Womsley & Lombard Co., L.P.A., 33 West First Street, Suite 600, Dayton, OH 45402, e-mail address is pretekin@coollaw.com; and telephone: 937-223-8177; facsimile: 937-223-6705.

I agree to pay the fee of $25 upon approval by this Court admitting me to practice ***pro hac vice***.

Dated: October 26, 2005
       Dayton, Ohio                          */s/ Ronald S. Pretekin*
                                             Ronald S. Pretekin
                                             Ohio Supreme Court Registration #0018694

---

## ORDER

**IT IS ORDERED,** that Ronald S. Pretekin, Esq. is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2005
       New York, New York                    Robert D. Drain
                                             United States Bankruptcy Judge

258200