William M. Hawkins (WH-1865)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-0037
212-407-4000

Attorneys for Creditor
Kyocera Industrial Ceramics Corp.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re:                                                      :
                                                            :   Chapter 11
                                                            :
DELPHI CORPORATION et al.,,                                 :   Case No. 05-44481 (RDD)
                                                            :
            Debtors.                                        :
------------------------------------------------------------X

      TIMOTHY B. CUMMINS, under penalties of perjury, certifies as follows:

      1.      I am over 18 years of age and am employed as Managing Clerk for the law firm Loeb & Loeb LLP, attorneys for Kyocera Industrial Ceramics Corp. in this action.

      2,      On October 27, 2005, I served true copies of the Motion of Kyocera Industrial Ceramics Corp. for Adequate Protection as Contemplated under Paragraph 18 of Interim Financing Order (Doc. Entry 713) by Federal Express to the below listed parties:

**Counsel for Debtors**

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

NY444691.1
004386G6624
10/27/2005 mr

**Office of the United States Trustee**

Alicia M. Leonhard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004

**Counsel for the Committee of Unsecured Creditors**

Mark A. Broude, Esq.
Robert J. Rosenberg, Esq.
Latham & Watkins
885 Third Avenue
New York, New York 10022-4802

**Counsel for Agent and the Joint Lead Arrangers**

Donald S. Bernstein, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017

**Attorneys for Pre-Petition Agent**

Kenneth S. Ziman, Esq.
Robert H. Trust, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017

Dated: New York, New York
       October 27, 2005

/s/_____
Timothy B. Cummins