UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                            :          Chapter 11
                                                 :
Delphi Corporation, et al.,                      :          Case No. 05-44481
                                                 :
                          Debtors.               :          Jointly Administered
                                                 :
-----------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      )   s.s.:
COUNTY OF NEW YORK    )

      EMILY THALER, being duly sworn, deposes and says:  that she resides in New York, New York; that she is over the age of twenty-one years and that she is not a party to this proceeding.

      That on the 26th day of October, 2005, deponent caused to be served via first class mail, as indicated on the Service List annexed hereto, the (1) Notice Of Motion Of Deutsche Bank Securities, Inc., Mark B. Cohen, And Thomas J. Maloney For An Order Quashing The Subpoenas Served Upon Mr. Cohen And Mr. Maloney Pursuant To Federal Rule Of Civil Procedure 45(C)(3)(A)(I).; (2) Motion Of Deutsche Bank Securities, Inc., Mark B. Cohen, And Thomas J. Maloney For An Order Quashing The Subpoenas Served Upon Mr. Cohen And Mr. Maloney Pursuant To Federal Rule Of Civil Procedure 45(C)(3)(A)(I).

                                                                /s/ Emily Thaler
                                                                 Emily Thaler

Sworn to before me this
27$^h$ day of October, 2005

/s/ Adam Greenhouse
Notary Public, State of New York
No. 01GR6109518
Qualified in New York County
Commission Expires May 10, 2008

NEWYORK 5240325 (2K)

-2-

**SERVICE LIST VIA FIRST CLASS MAIL**

Douglas P. Bartner
Shearman & Sterling LLP
599 Lexington Ave.
New York, NY 10022

Alicia Leonhard
Office of the US Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden Arps et al.
333 West Wacker Drive
Chicago, IL 60606

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden Arps et al.
4 Times Square
New York, NY 10036

Donald Bernstein
Davis Polk & Wardwell
450 Lexington Ave.
New York, NY 10017

Kenneth Ziman
Simpson Thacher & Bartlett
425 Lexington Ave.
New York, NY 10017

Allan S. Brilliant
Brian W. Harvey
Goodwin Procter LLP
599 Lexington Avenue
New York, New York 10022