McDERMOTT WILL & EMERY LLP
Stephen B. Selbst (SS-6963)
James M. Sullivan (JS-2189)
50 Rockefeller Plaza
New York, New York  10020
Telephone:  (212) 547-5400
Facsimile:  (212) 547-5444

and

MCDERMOTT WILL & EMERY LLP
David D. Cleary
Mohsin N. Khambati
227 W. Monroe, Suite 5400
Chicago, Illinois  60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700

*Attorneys for Recticel North America, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x
:
**In re:**                           :
:   **Chapter 11**
:
**DELPHI CORPORATION. et. al.,**     :
:   **Case No. 05-44481-RDD**
:
:   **(Jointly Administered)**
:
        **Debtors.**                 :
:
:
:
------------------------------------ x

**NOTICE OF RECLAMATION DEMAND**
**OF RECTICEL NORTH AMERICA, INC.**

**PLEASE TAKE NOTICE** that Recticel North America, Inc. ("**Recticel**"), by and through its undersigned counsel, hereby gives notice that on October 27, 2005, Recticel served written demand for reclamation of its goods, a true and correct copy of which is attached hereto at **Exhibit A** and incorporated herein by this reference.  In support of its reclamation demand, Recticel states as follows:

1. On or about October 8, 2005 (the "**Petition Date**"), Delphi Corporation and certain of its subsidiaries and affiliates (collectively, the "**Debtors**") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

2. Prior to the Petition Date, Recticel manufactured certain automobile components, which included dashboard skins and glove box door skins (collectively, the "**Recticel Parts**") on behalf of the Debtors. Recticel sold and delivered Recticel Parts in the approximate amount of $406,930.83 to the Debtors during the period September 28, 2005 through October 7, 2005 (the "**Reclamation Period**"). The Recticel Parts were sold and delivered to the Debtors in the ordinary course of business.

3. Upon information and belief, the Debtors were insolvent during the Reclamation Period as they took delivery of the Recticel Parts. Under Section 2-702 of the Uniform Commercial Code (MCLA § 440.2702(2) as adopted in Michigan; Code of Ala. § 7-2-702 as adopted in Alabama) and Section 546(c) of the Bankruptcy Code, Recticel is entitled to recovery of the Recticel Parts delivered during the Reclamation Period from the Debtors. In the

—remainder of page intentionally left blank—

alternative, Recticel is entitled to an administrative expense priority claim in the amount of $406,930.83 representing the value of the goods delivered to the Debtors. *See* 11 U.S.C. §546(c).

New York, New York
Dated: October 27, 2005

    Respectfully submitted,

    McDERMOTT WILL & EMERY LLP

    By: /s/ James M. Sullivan
        Stephen B. Selbst (SS-6963)
        James M. Sullivan (JS-2189)
        50 Rockefeller Plaza
        New York, New York 10020
        Telephone: (212) 547-5400
        Facsimile: (212) 547-5444

    *and*

    David D. Cleary
    Mohsin N. Khambati
    McDermott Will & Emery LLP
    227 W. Monroe, Suite 5400
    Chicago, Illinois 60606
    Telephone: (312) 372-2000
    Facsimile: (312) 984-7700

    *Counsel for Recticel North America, Inc.*

3

# **EXHIBIT A**

CHI99 4544874-1.065122.0010

# **CERTIFICATE OF SERVICE**

I, Mohsin N. Khambati, an attorney, hereby certify that a true and correct copy of the Notice of Reclamation of Recticel North America, Inc. was served via facsimile and/or first class United States mail, postage prepaid, on each of the following:

<u>Attorneys for the Debtors</u>

John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom
333 West Wacker Drive
Chicago, Illinois 60606
Tel: 312.407.0730
Fax: 312.407.8501

<u>Attorneys for the Debtors</u>

Kayalan A. Marafioti
Thomas J. Matz
Skadden Arps Slate Meagher & Flom
Four Times Square
New York, NY 10036
Tel: 212.735.2350
Fax: 917.777.2350

<u>Debtors</u>

David M. Sherbin, VP and General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098-2815
Fax: 248-813-2670
Fax: 248-813-2491

<u>Debtors</u>

Ms. Stacy Calcatera
Delphi Safety & Interior Systems
1401 Crooks Road
Troy, MI 48084-7106
Tel: 248-655-8284
Fax: 248-655-8360

<u>Debtors</u>

Delphi T & Gadsden
4605 Airport Road
Gadsden, AL 35904

<u>Counsel to the Creditors' Committee</u>

Robert J. Rosenberg
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022

<u>Office of the United States Trustee</u>

Alicia M. Leonhard, Esq.
U.S. Department of Justice
Office of the U.S. Trustee
33 Whitehall Street
New York, NY 10004


Dated: October 27, 2005

/s/ Mohsin N. Khambati
Mohsin N. Khambati

5

CHI99 4544874-1.065122.0010