# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., ) | (Jointly Administered) |
| ) | |
| ) | |
| Debtors. ) | |
| ) | Hon. Robert D. Drain |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                        ) ss.:
COUNTY OF NEW YORK   )

Sarina Lo Cascio, being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in New York, New York.

On the 26th day of October, 2005, I caused to be served a true copy of each of the following:

1. Notice Of Appearance, Request For Service Of Papers, And Reservation Of Rights and

2. Verified Statement Of Law Debenture Trust Company New York, As Successor Indenture Trustee, Pursuant To Rule 2019 Of The Federal Rules Of Bankruptcy Procedure

on the parties listed on the attached service list by first-class mail, postage prepaid.

/s/Sarina Lo Cascio
Sarina Lo Cascio

Sworn to before me this
27th day of October, 2005.

/s/Evelyn Gonzalez
Notary Public
No. 01G05045489
Qualified in Queens County
Commission Expires June 19, 2007

8118678