SERVICE LIST

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler
333 W. Wacker Dr.
Suite 2100
Chicago, IL  60606

Shearman & Sterling LLP
Attn: Douglas Bartner
599 Lexington Avenue
New York, NY  10022

Davis Polk & Wardwell
Attn: Donald Bernstein
450 Lexington Avenue
New York, NY  10017

Simpson Thatcher & Bartlett LLP
Attn:     Kenneth S. Ziman
              Robert H. Trust
425 Lexington Avenue
New York, NY  10017

United States Trustee's Office
Alicia M. Leonard
33 Whitehall Street
21st Floor
New York, NY  10004-2112

Hogan & Hartson, L.L.P.
Attn: Scott A. Golden, Esq.
875 Third Avenue
New York, NY  10022

# 8118607 v1