McDERMOTT WILL & EMERY LLP
Stephen B. Selbst (SS-6963)
James M. Sullivan (JS-2189)
50 Rockefeller Plaza
New York, New York  10020
Telephone:  (212) 547-5400
Facsimile:  (212) 547-5444

and

MCDERMOTT WILL & EMERY LLP
David D. Cleary
Mohsin N. Khambati
227 W. Monroe, Suite 5400
Chicago, Illinois  60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700

*Attorneys for Recticel North America, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **DELPHI CORPORATION. et. al.,** | Case No. 05-44481-RDD |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF RECLAMATION DEMAND**
**OF RECTICEL NORTH AMERICA, INC.**

**PLEASE TAKE NOTICE** that Recticel North America, Inc. ("**Recticel**"), by and through its undersigned counsel, hereby gives notice that on October 27, 2005, Recticel served written demand for reclamation of its goods, a true and correct copy of which is attached hereto at **Exhibit A** and incorporated herein by this reference.  In support of its reclamation demand, Recticel states as follows:

CHI99 4544874-1.065122.0010

1. On or about October 8, 2005 (the "**Petition Date**"), Delphi Corporation and certain of its subsidiaries and affiliates (collectively, the "**Debtors**") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

2. Prior to the Petition Date, Recticel manufactured certain automobile components, which included dashboard skins and glove box door skins (collectively, the "**Recticel Parts**") on behalf of the Debtors. Recticel sold and delivered Recticel Parts in the approximate amount of $406,930.83 to the Debtors during the period September 28, 2005 through October 7, 2005 (the "**Reclamation Period**"). The Recticel Parts were sold and delivered to the Debtors in the ordinary course of business.

3. Upon information and belief, the Debtors were insolvent during the Reclamation Period as they took delivery of the Recticel Parts. Under Section 2-702 of the Uniform Commercial Code (MCLA § 440.2702(2) as adopted in Michigan; Code of Ala. § 7-2-702 as adopted in Alabama) and Section 546(c) of the Bankruptcy Code, Recticel is entitled to recovery of the Recticel Parts delivered during the Reclamation Period from the Debtors. In the

—remainder of page intentionally left blank—

CHI99 4544874-1.065122.0010

alternative, Recticel is entitled to an administrative expense priority claim in the amount of $406,930.83 representing the value of the goods delivered to the Debtors. *See* 11 U.S.C. §546(c).

New York, New York
Dated:  October 27, 2005

<div style="margin-left:50%">

Respectfully submitted,

McDERMOTT WILL & EMERY LLP

By: /s/ James M. Sullivan
    Stephen B. Selbst (SS-6963)
    James M. Sullivan (JS-2189)
    50 Rockefeller Plaza
    New York, New York  10020
    Telephone: (212) 547-5400
    Facsimile: (212) 547-5444

    *and*

    David D. Cleary
    Mohsin N. Khambati
    McDermott Will & Emery LLP
    227 W. Monroe, Suite 5400
    Chicago, Illinois  60606
    Telephone: (312) 372-2000
    Facsimile: (312) 984-7700

    *Counsel for Recticel North America, Inc.*

</div>

CHI99 4544874-1.065122.0010

# **EXHIBIT A**

CHI99 4544874-1.065122.0010

# McDermott
# Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Milan
Munich New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Mohsin N. Khambati
mkhambati@mwe.com
312.984.6888

October 27, 2005

VIA FEDEX AND FACSIMILE

| | |
|---|---|
| David M. Sherbin, VP and General Counsel<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098-2815 | Ms. Stacy Calcatera<br>Delphi Safety & Interior Systems<br>1401 Crooks Road<br>Troy, MI 48084-7106 |
| John Wm. Butler, Jr.<br>Skadden Arps Slate Meagher & Flom<br>333 West Wacker Drive<br>Chicago, Illinois 60606 | Kayalan A. Marafioti<br>Thomas J. Matz<br>Skadden Arps Slate Meagher & Flom<br>Four Times Square<br>New York, NY 10036 |

Re:    In re Delphi Corporation et. al., Case No. 05-44481 (RDD); Reclamation Demand of Recticel North America, Inc.

Gentlepeople:

     McDermott Will & Emery LLP is counsel to Recticel North America, Inc. ("**Recticel**"). Among other things, Recticel produces dashboard skins and glove box door skins (collectively, the "**Recticel Parts**"), which are used in automobiles, at its Tuscaloosa, Alabama plant for Delphi Corporation ("**Delphi**"). The Recticel Parts are shipped daily to Delphi's plant in Gadsden, Alabama. The Recticel Parts are produced and shipped to Delphi in the ordinary course of business pursuant to various purchase orders previously issued by Delphi. The purchase orders contain confidential terms between the parties and have not been attached to this reclamation demand letter, which will be filed with the Bankruptcy Court. True and correct copies of purchase orders can be made available to Delphi upon request. On October 8, 2005, Delphi filed for bankruptcy relief under Chapter 11 of Title 11 of the United States Code.

     Upon information and belief, Delphi was insolvent in the period September 28, 2005 through October 7, 2005 (the "**Reclamation Period**") during which time, Recticel shipped approximately $406,930.83 (the "**Reclamation Amount**") worth of Recticel Parts to Delphi at its Gadsden, Alabama plant. Pursuant to Section 2-702 of the Uniform Commercial Code as codified under applicable state law (MCLA § 440.2702(2) as adopted in Michigan; Code of Ala. § 7-2-702 as adopted in Alabama) and 11 U.S.C. §546(c), and without waiving any other rights, remedies or claims, Recticel hereby demands the return of all Recticel Parts received by Delphi

Delphi Corporation
John Wm. Butler, Esq.
October 27, 2005
Page 2

and/or any of its subsidiaries, affiliates and other related entities from Recticel during the Reclamation Period, including, without limitation, those goods received by Delphi as set forth in the attached spreadsheet at **Exhibit 1**. Among other things, the spreadsheet attached at Exhibit 1 includes the shipment date, the amounts due for each shipment, and a bill of lading number to help Delphi identify any of the Recticel Parts shipped during the Reclamation Period. Because of the integrated nature of the parties' operations, Recticel does not normally provide invoices to Delphi in the ordinary course of business. Instead, Delphi pays Recticel pursuant to agreed upon payment terms upon confirmation of each shipment of Recticel Parts. To the extent required by or deemed helpful to Delphi, Recticel will promptly provide invoices relating to all shipments aggregating to the Reclamation Amount.

By this demand letter, you are instructed to immediately inventory and segregate the Recticel Parts received by Delphi during the Reclamation Period from all other inventory, machinery and equipment in your plants. Further, you are not permitted to use, sell, encumber or transfer the Recticel Parts received by Delphi during the Reclamation Period to any other party. In lieu of a return of the Recticel Parts delivered during the Reclamation Period, we are willing to engage in discussions regarding allowance and payment of an administrative priority claim in the full Reclamation Amount as provided in Section 546(c) of the Bankruptcy Code.

Please contact Ms. Judi Gilliland, Finance & Accounting Manager at Recticel, at 248-241-9211 or gilliland.judi@recticel.com if you have any questions or need any assistance in the identification and segregation of the Recticel Parts delivered during the Reclamation Period, including submission of any invoices. Ms. Gilliland can also work with you to arrange for the prompt pick up of the applicable Recticel Parts. Please also feel free to contact me anytime at 312-984-6888 or mkhambati@mwe.com regarding this matter.

Regards,

McDermott Will & Emery LLP

Mohsin N. Khambati
Attachments

cc:   Ms. Judi Gilliland
      David D. Cleary, Esq.

CHI99 4544882-1.065122.0010

Delphi Corporation
John Wm. Butler, Esq.
October 27, 2005
Page 3

# EXHIBIT 1

# RECTICEL RECLAMATION SPREADSHEET

Delphi - open parts invoices and unresolved debits as of October 7, 2005
- Reclamation portion of the open invoices

| BOL # | Invoice # / Reference | Text - additional information | Invoice Date | Due Date | Amount | Currency |
|---|---|---|---|---|---|---|
| 80757619 | 191021673 | 8200-DELPHI CORPORATION | 09/28/05 | 11/02/05 | 5,965.58 | USD |
| 80758151 | 191021674 | 8200-DELPHI CORPORATION | 09/28/05 | 11/02/05 | 5,538.50 | USD |
| 80758460 | 191021675 | 8200-DELPHI CORPORATION | 09/28/05 | 11/02/05 | 636.00 | USD |
| 80758515 | 191021676 | 8200-DELPHI CORPORATION | 09/28/05 | 11/02/05 | 5,372.04 | USD |
| 80758522 | 191021677 | 8200-DELPHI CORPORATION | 09/28/05 | 11/02/05 | 505.60 | USD |
| 80758530 | 191021678 | 8200-DELPHI CORPORATION | 09/28/05 | 11/02/05 | 941.04 | USD |
| 80758631 | 191021679 | 8200-DELPHI CORPORATION | 09/28/05 | 11/02/05 | 615.68 | USD |
| 80758670 | 191021680 | 8200-DELPHI CORPORATION | 09/28/05 | 11/02/05 | 3,072.12 | USD |
| 80758698 | 191021681 | 8200-DELPHI CORPORATION | 09/28/05 | 11/02/05 | 263.68 | USD |
| 80758722 | 191021682 | 8200-DELPHI CORPORATION | 09/28/05 | 11/02/05 | 4,334.90 | USD |
| 80758731 | 191021683 | 8200-DELPHI CORPORATION | 09/28/05 | 11/02/05 | 1,846.50 | USD |
| 80758738 | 191021684 | 8200-DELPHI CORPORATION | 09/28/05 | 11/02/05 | 1,570.90 | USD |
| 80758739 | 191021685 | 8200-DELPHI CORPORATION | 09/28/05 | 11/02/05 | 2,282.56 | USD |
| 80758751 | 191021686 | 8200-DELPHI CORPORATION | 09/28/05 | 11/02/05 | 4,561.12 | USD |
| 80758779 | 191021687 | 8200-DELPHI CORPORATION | 09/28/05 | 11/02/05 | 3,813.36 | USD |
| 80758787 | 191021688 | 8200-DELPHI CORPORATION | 09/28/05 | 11/02/05 | 4,541.88 | USD |
| 80758805 | 191021689 | 8200-DELPHI CORPORATION | 09/28/05 | 11/02/05 | 257.92 | USD |
| 80758830 | 191021761 | 8200-DELPHI CORPORATION | 09/29/05 | 11/02/05 | 4,091.42 | USD |
| 80759114 | 191021762 | 8200-DELPHI CORPORATION | 09/29/05 | 11/02/05 | 5,397.74 | USD |
| 80759689 | 191021763 | 8200-DELPHI CORPORATION | 09/29/05 | 11/02/05 | 4,025.22 | USD |
| 80759827 | 191021764 | 8200-DELPHI CORPORATION | 09/29/05 | 11/02/05 | 1,404.40 | USD |
| 80759873 | 191021765 | 8200-DELPHI CORPORATION | 09/29/05 | 11/02/05 | 4,122.08 | USD |
| 80759890 | 191021766 | 8200-DELPHI CORPORATION | 09/29/05 | 11/02/05 | 153.56 | USD |
| 80759918 | 191021767 | 8200-DELPHI CORPORATION | 09/29/05 | 11/02/05 | 416.36 | USD |
| 80759928 | 191021768 | 8200-DELPHI CORPORATION | 09/29/05 | 11/02/05 | 3,862.90 | USD |
| 80760009 | 191021769 | 8200-DELPHI CORPORATION | 09/29/05 | 11/02/05 | 4,411.00 | USD |
| 80760034 | 191021770 | 8200-DELPHI CORPORATION | 09/29/05 | 11/02/05 | 284.16 | USD |
| 80760056 | 191021771 | 8200-DELPHI CORPORATION | 09/29/05 | 11/02/05 | 5,682.36 | USD |
| 80760064 | 191021772 | 8200-DELPHI CORPORATION | 09/29/05 | 11/02/05 | 5,268.42 | USD |
| 80760074 | 191021773 | 8200-DELPHI CORPORATION | 09/29/05 | 11/02/05 | 5,526.44 | USD |
| 80760126 | 191021774 | 8200-DELPHI CORPORATION | 09/30/05 | 11/02/05 | 5,479.46 | USD |
| 80760758 | 191021775 | 8200-DELPHI CORPORATION | 09/30/05 | 11/02/05 | 4,943.44 | USD |
| 80761124 | 191021776 | 8200-DELPHI CORPORATION | 09/30/05 | 11/02/05 | 6,987.70 | USD |
| 80761221 | 191021777 | 8200-DELPHI CORPORATION | 09/30/05 | 11/02/05 | 307.12 | USD |
| 80761245 | 191021778 | 8200-DELPHI CORPORATION | 09/30/05 | 11/02/05 | 293.76 | USD |
| 80761272 | 191021779 | 8200-DELPHI CORPORATION | 09/30/05 | 11/02/05 | 6,305.24 | USD |
| 80761370 | 191021780 | 8200-DELPHI CORPORATION | 09/30/05 | 11/02/05 | 498.06 | USD |
| 80761371 | 191021781 | 8200-DELPHI CORPORATION | 09/30/05 | 11/02/05 | 293.76 | USD |
| 80761396 | 191021782 | 8200-DELPHI CORPORATION | 09/30/05 | 11/02/05 | 462.96 | USD |
| 80761402 | 191021783 | 8200-DELPHI CORPORATION | 09/30/05 | 11/02/05 | 2,927.26 | USD |
| 80761409 | 191021784 | 8200-DELPHI CORPORATION | 09/30/05 | 11/02/05 | 1,687.18 | USD |
| 80761416 | 191021785 | 8200-DELPHI CORPORATION | 09/30/05 | 11/02/05 | 1,631.70 | USD |
| 80761425 | 191021786 | 8200-DELPHI CORPORATION | 09/30/05 | 11/02/05 | 4,965.96 | USD |
| 80761428 | 191021787 | 8200-DELPHI CORPORATION | 11/02/05 | 11/02/05 | 5,743.06 | USD |
| 80761457 | 191021788 | 8200-DELPHI CORPORATION | 11/02/05 | 11/02/05 | 5,902.14 | USD |
| 80761471 | 191021800 | 8200-DELPHI CORPORATION | 10/01/05 | 11/02/05 | 7,707.54 | USD |
| 80761477 | 191021801 | 8200-DELPHI CORPORATION | 10/01/05 | 11/02/05 | 7,099.54 | USD |
| 80761479 | 191021802 | 8200-DELPHI CORPORATION | 10/01/05 | 12/02/05 | 1,775.45 | USD |
| 80761480 | 191021803 | 8200-DELPHI CORPORATION | 10/01/05 | 12/02/05 | 615.92 | USD |
| 80761481 | 191021804 | 8200-DELPHI CORPORATION | 10/01/05 | 12/02/05 | 2,211.82 | USD |
| 80761482 | 191021805 | 8200-DELPHI CORPORATION | 10/01/05 | 12/02/05 | 1,053.92 | USD |
| 80761483 | 191021806 | 8200-DELPHI CORPORATION | 10/01/05 | 12/02/05 | 2,718.90 | USD |
| 80761486 | 191021807 | 8200-DELPHI CORPORATION | 10/01/05 | 12/02/05 | 3,043.36 | USD |
| 80761487 | 191021808 | 8200-DELPHI CORPORATION | 10/01/05 | 12/02/05 | 2,383.56 | USD |
| 80761488 | 191021809 | 8200-DELPHI CORPORATION | 10/01/05 | 12/02/05 | 1,084.72 | USD |
| 80761490 | 191021810 | 8200-DELPHI CORPORATION | 10/01/05 | 12/02/05 | 3,376.48 | USD |

| | | | | | | |
|---|---|---|---|---|---|---|
| 80761491 | 1910021811 | 8200-DELPHI CORPORATION | 10/01/05 | 12/02/05 | 846.72 | USD |
| 80761492 | 1910021847 | 8200-DELPHI CORPORATION | 10/03/05 | 12/02/05 | 5,234.24 | USD |
| 80761841 | 1910021848 | 8200-DELPHI CORPORATION | 10/03/05 | 12/02/05 | 1,782.00 | USD |
| 80762141 | 1910021849 | 8200-DELPHI CORPORATION | 10/03/05 | 12/02/05 | 6,148.10 | USD |
| 80762191 | 1910021850 | 8200-DELPHI CORPORATION | 10/03/05 | 12/02/05 | 587.52 | USD |
| 80762194 | 1910021851 | 8200-DELPHI CORPORATION | 10/03/05 | 12/02/05 | 5,266.36 | USD |
| 80762232 | 1910021852 | 8200-DELPHI CORPORATION | 10/03/05 | 12/02/05 | 4,928.70 | USD |
| 80762242 | 1910021853 | 8200-DELPHI CORPORATION | 10/03/05 | 12/02/05 | 4,716.56 | USD |
| 80762243 | 1910021854 | 8200-DELPHI CORPORATION | 10/03/05 | 12/02/05 | 262.80 | USD |
| 80762253 | 1910021855 | 8200-DELPHI CORPORATION | 10/03/05 | 12/02/05 | 5,406.78 | USD |
| 80762260 | 1910021856 | 8200-DELPHI CORPORATION | 10/03/05 | 12/02/05 | 5,062.88 | USD |
| 80762330 | 1910021890 | 8200-DELPHI CORPORATION | 10/04/05 | 12/02/05 | 3,258.60 | USD |
| 80762567 | 1910021891 | 8200-DELPHI CORPORATION | 10/04/05 | 12/02/05 | 1,711.92 | USD |
| 80762720 | 1910021892 | 8200-DELPHI CORPORATION | 10/04/05 | 12/02/05 | 3,345.96 | USD |
| 80763022 | 1910021893 | 8200-DELPHI CORPORATION | 10/04/05 | 12/02/05 | 2,527.76 | USD |
| 80763174 | 1910021894 | 8200-DELPHI CORPORATION | 10/04/05 | 12/02/05 | 3,994.48 | USD |
| 80763186 | 1910021895 | 8200-DELPHI CORPORATION | 10/04/05 | 12/02/05 | 257.92 | USD |
| 80763464 | 1910021896 | 8200-DELPHI CORPORATION | 10/04/05 | 12/02/05 | 6,948.84 | USD |
| 80763481 | 1910021897 | 8200-DELPHI CORPORATION | 10/04/05 | 12/02/05 | 257.92 | USD |
| 80763503 | 1910021898 | 8200-DELPHI CORPORATION | 10/04/05 | 12/02/05 | 4,605.04 | USD |
| 80763567 | 1910021899 | 8200-DELPHI CORPORATION | 10/04/05 | 12/02/05 | 881.28 | USD |
| 80763570 | 1910021900 | 8200-DELPHI CORPORATION | 10/04/05 | 12/02/05 | 5,707.20 | USD |
| 80763592 | 1910021901 | 8200-DELPHI CORPORATION | 10/04/05 | 12/02/05 | 153.56 | USD |
| 80763596 | 1910021902 | 8200-DELPHI CORPORATION | 10/04/05 | 12/02/05 | 177.60 | USD |
| 80763617 | 1910021903 | 8200-DELPHI CORPORATION | 10/04/05 | 12/02/05 | 257.92 | USD |
| 80763621 | 1910021904 | 8200-DELPHI CORPORATION | 10/04/05 | 12/02/05 | 153.56 | USD |
| 80763622 | 1910021905 | 8200-DELPHI CORPORATION | 10/04/05 | 12/02/05 | 4,605.04 | USD |
| 80763623 | 1910021906 | 8200-DELPHI CORPORATION | 10/04/05 | 12/02/05 | 142.88 | USD |
| 80763626 | 1910021907 | 8200-DELPHI CORPORATION | 10/04/05 | 12/02/05 | 5,981.66 | USD |
| 80763633 | 1910021908 | 8200-DELPHI CORPORATION | 10/04/05 | 12/02/05 | 6,600.60 | USD |
| 80763703 | 1910021947 | 8200-DELPHI CORPORATION | 10/05/05 | 12/02/05 | 4,766.60 | USD |
| 80764232 | 1910021948 | 8200-DELPHI CORPORATION | 10/05/05 | 12/02/05 | 4,170.84 | USD |
| 80764593 | 1910021949 | 8200-DELPHI CORPORATION | 10/05/05 | 12/02/05 | 4,551.25 | USD |
| 80764602 | 1910021950 | 8200-DELPHI CORPORATION | 10/05/05 | 12/02/05 | 44.65 | USD |
| 80764607 | 1910021951 | 8200-DELPHI CORPORATION | 10/05/05 | 12/02/05 | 635.04 | USD |
| 80764809 | 1910021952 | 8200-DELPHI CORPORATION | 10/05/05 | 12/02/05 | 153.56 | USD |
| 80764812 | 1910021953 | 8200-DELPHI CORPORATION | 10/05/05 | 12/02/05 | 505.60 | USD |
| 80764814 | 1910021954 | 8200-DELPHI CORPORATION | 10/05/05 | 12/02/05 | 515.84 | USD |
| 80764823 | 1910021955 | 8200-DELPHI CORPORATION | 10/05/05 | 12/02/05 | 4,733.75 | USD |
| 80764859 | 1910021956 | 8200-DELPHI CORPORATION | 10/05/05 | 12/02/05 | 263.68 | USD |
| 80764867 | 1910021957 | 8200-DELPHI CORPORATION | 10/05/05 | 12/02/05 | 8,887.56 | USD |
| 80764872 | 1910021958 | 8200-DELPHI CORPORATION | 10/05/05 | 12/02/05 | 1,141.28 | USD |
| 80764905 | 1910021959 | 8200-DELPHI CORPORATION | 10/05/05 | 12/02/05 | 5,498.30 | USD |
| 80764916 | 1910021960 | 8200-DELPHI CORPORATION | 10/05/05 | 12/02/05 | 307.12 | USD |
| 80764921 | 1910021961 | 8200-DELPHI CORPORATION | 10/05/05 | 12/02/05 | 5,543.50 | USD |
| 80764926 | 1910021962 | 8200-DELPHI CORPORATION | 10/05/05 | 12/02/05 | 614.24 | USD |
| 80764968 | 1910022058 | 8200-DELPHI CORPORATION | 10/06/05 | 12/02/05 | 6,425.94 | USD |
| 80765021 | 1910022059 | 8200-DELPHI CORPORATION | 10/06/05 | 12/02/05 | 3,919.30 | USD |
| 80765455 | 1910022060 | 8200-DELPHI CORPORATION | 10/06/05 | 12/02/05 | 4,398.72 | USD |
| 80765682 | 1910022061 | 8200-DELPHI CORPORATION | 10/06/05 | 12/02/05 | 2,712.90 | USD |
| 80765868 | 1910022062 | 8200-DELPHI CORPORATION | 10/06/05 | 12/02/05 | 515.84 | USD |
| 80765997 | 1910022063 | 8200-DELPHI CORPORATION | 10/06/05 | 12/02/05 | 941.04 | USD |
| 80766018 | 1910022064 | 8200-DELPHI CORPORATION | 10/06/05 | 12/02/05 | 5,880.24 | USD |
| 80766029 | 1910022065 | 8200-DELPHI CORPORATION | 10/06/05 | 12/02/05 | 516.48 | USD |
| 80766070 | 1910022066 | 8200-DELPHI CORPORATION | 10/06/05 | 12/02/05 | 307.12 | USD |
| 80766089 | 1910022067 | 8200-DELPHI CORPORATION | 10/06/05 | 12/02/05 | 778.40 | USD |
| 80766092 | 1910022068 | 8200-DELPHI CORPORATION | 10/06/05 | 12/02/05 | 307.12 | USD |
| 80766093 | 1910022069 | 8200-DELPHI CORPORATION | 10/06/05 | 12/02/05 | 257.92 | USD |
| 80766102 | 1910022070 | 8200-DELPHI CORPORATION | 10/06/05 | 12/02/05 | 4,635.16 | USD |
| 80766105 | 1910022071 | 8200-DELPHI CORPORATION | 10/06/05 | 12/02/05 | 257.92 | USD |
| 80766135 | 1910022072 | 8200-DELPHI CORPORATION | 10/06/05 | 12/02/05 | 803.64 | USD |

| | | | | | | |
|---|---|---|---|---|---|---|
| 80766140 | 1910022073 | 8200-DELPHI CORPORATION | 10/06/05 | 12/02/05 | 6,081.84 | USD |
| 80766143 | 1910022074 | 8200-DELPHI CORPORATION | 10/06/05 | 12/02/05 | 153.56 | USD |
| 80766161 | 1910022075 | 8200-DELPHI CORPORATION | 10/06/05 | 12/02/05 | 230.34 | USD |
| 80766164 | 1910022076 | 8200-DELPHI CORPORATION | 10/06/05 | 12/02/05 | 6,504.24 | USD |
| 80766205 | 1910022077 | 8200-DELPHI CORPORATION | 10/06/05 | 12/02/05 | 6,170.48 | USD |
| 80766285 | 1910022078 | 8200-DELPHI CORPORATION | 10/06/05 | 12/02/05 | 307.12 | USD |
| 80766171 | 1910022079 | 8200-DELPHI CORPORATION | 10/07/05 | 12/02/05 | 921.36 | USD |
| 80766230 | 1910022080 | 8200-DELPHI CORPORATION | 10/07/05 | 12/02/05 | 1,382.04 | USD |
| 80766307 | 1910022081 | 8200-DELPHI CORPORATION | 10/07/05 | 12/02/05 | 4,198.16 | USD |
| 80766754 | 1910022082 | 8200-DELPHI CORPORATION | 10/07/05 | 12/02/05 | 2,799.56 | USD |
| 80767026 | 1910022083 | 8200-DELPHI CORPORATION | 10/07/05 | 12/02/05 | 5,994.80 | USD |
| 80767071 | 1910022084 | 8200-DELPHI CORPORATION | 10/07/05 | 12/02/05 | 4,705.20 | USD |
| 80767074 | 1910022085 | 8200-DELPHI CORPORATION | 10/07/05 | 12/02/05 | 788.40 | USD |
| 80767187 | 1910022086 | 8200-DELPHI CORPORATION | 10/07/05 | 12/02/05 | 515.84 | USD |
| 80767202 | 1910022087 | 8200-DELPHI CORPORATION | 10/07/05 | 12/02/05 | 257.92 | USD |
| 80767226 | 1910022088 | 8200-DELPHI CORPORATION | 10/07/05 | 12/02/05 | 1,091.52 | USD |
| 80767264 | 1910022089 | 8200-DELPHI CORPORATION | 10/07/05 | 12/02/05 | 383.90 | USD |
| 80767265 | 1910022090 | 8200-DELPHI CORPORATION | 10/07/05 | 12/02/05 | 76.78 | USD |
| 80767270 | 1910022091 | 8200-DELPHI CORPORATION | 10/07/05 | 12/02/05 | 5,810.20 | USD |
| 80767274 | 1910022092 | 8200-DELPHI CORPORATION | 10/07/05 | 12/02/05 | 268.73 | USD |
| 80767280 | 1910022093 | 8200-DELPHI CORPORATION | 10/07/05 | 12/02/05 | 927.32 | USD |
| 80767284 | 1910022094 | 8200-DELPHI CORPORATION | 10/07/05 | 12/02/05 | 153.56 | USD |
| 80767287 | 1910022095 | 8200-DELPHI CORPORATION | 10/07/05 | 12/02/05 | 38.39 | USD |
| 80767324 | 1910022096 | 8200-DELPHI CORPORATION | 10/07/05 | 12/02/05 | 7,138.28 | USD |
| 80767325 | 1910022097 | 8200-DELPHI CORPORATION | 10/07/05 | 12/02/05 | 525.60 | USD |
| 80767327 | 1910022098 | 8200-DELPHI CORPORATION | 10/07/05 | 12/02/05 | 153.56 | USD |
| 80767328 | 1910022099 | 8200-DELPHI CORPORATION | 10/07/05 | 12/02/05 | 115.17 | USD |
| 80767337 | 1910022100 | 8200-DELPHI CORPORATION | 10/07/05 | 12/02/05 | 153.56 | USD |
| 80767338 | 1910022101 | 8200-DELPHI CORPORATION | 10/07/05 | 12/02/05 | 591.56 | USD |
| 80767339 | 1910022102 | 8200-DELPHI CORPORATION | 10/07/05 | 12/02/05 | 6,847.04 | USD |
| 80767340 | 1910022103 | 8200-DELPHI CORPORATION | 10/07/05 | 12/02/05 | 153.56 | USD |
| 80767346 | 1910022104 | 8200-DELPHI CORPORATION | 10/07/05 | 12/02/05 | 153.56 | USD |
| 80767351 | 1910022105 | 8200-DELPHI CORPORATION | 10/07/05 | 12/02/05 | 6,567.20 | USD |
| | | | | | **406,930.83** | |

# CERTIFICATE OF SERVICE

I, Mohsin N. Khambati, an attorney, hereby certify that a true and correct copy of the Notice of Reclamation of Recticel North America, Inc. was served via facsimile and/or first class United States mail, postage prepaid, on each of the following:

Attorneys for the Debtors

John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom
333 West Wacker Drive
Chicago, Illinois 60606
Tel: 312.407.0730
Fax: 312.407.8501

Attorneys for the Debtors

Kayalan A. Marafioti
Thomas J. Matz
Skadden Arps Slate Meagher & Flom
Four Times Square
New York, NY 10036
Tel: 212.735.2350
Fax: 917.777.2350

Debtors

David M. Sherbin, VP and General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098-2815
Fax: 248-813-2670
Fax: 248-813-2491

Debtors

Ms. Stacy Calcatera
Delphi Safety & Interior Systems
1401 Crooks Road
Troy, MI 48084-7106
Tel: 248-655-8284
Fax: 248-655-8360

Debtors

Delphi T & Gadsden
4605 Airport Road
Gadsden, AL 35904

Counsel to the Creditors' Committee

Robert J. Rosenberg
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022

Office of the United States Trustee

Alicia M. Leonhard, Esq.
U.S. Department of Justice
Office of the U.S. Trustee
33 Whitehall Street
New York, NY 10004

Dated: October 27, 2005                    /s/ Mohsin N. Khambati
                                            Mohsin N. Khambati

CHI99 4544874-1.065122.0010