UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DELPHI CORPORATION, et al

Debtors.

AMENDED*
NOTICE OF RECLAMATION
Case #05-44481 (RDD)
Chapter 11

FORWARDED BY FAX AND
CERTIFIED MAIL

To:  DELPHI CORPORATION, Attention: Randy Haseley, Buyer
OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN
DISTRICT OF NEW YORK, Attn: Mary Elizabeth Tom
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Attention: John Wm. Butler, Jr., Esq. and
Kayalyn A. Marafioti, Attorney

PLEASE TAKE NOTICE that, pursuant to Section 2-702 of the Uniform Commercial Code, and by reason of your insolvency, we reclaim from you the following goods sold to you on credit and received by you from September 27, 2005 through October 7, 2005 in the sum of Five Hundred Twenty Six Thousand Seven Hundred Forty Four and 66/100 Dollars ($526,744.66), or in lieu thereof payment in full of such amount, in accordance with the attached Schedule of Invoice Numbers, Invoice Dates and Amounts.

*This Amended Notice of Reclamation is forwarded to supplement the Notice of Reclamation previously forwarded, which was dated October 14, 2005, to include One Hundred Thirty One Thousand Five Hundred Forty Six and 95/100 ($131,546.95), which was paid by Debtors on or about October 11, 2005, and which payment was subsequently electronically reversed. The original Notice of Reclamation dated October 14, 2005 is to remain in effect and this Amended Notice of Reclamation is filed to cover and document the One Hundred Thirty One Thousand Five Hundred Forty Six and 95/100 ($131,546.95) above-referenced, by reason of such electronic reversal of payment.

Dated: October 17, 2005

Seller:    PARK ENTERPRISES OF ROCHESTER, INC.

By _____
Hyo-Sik Park, Executive Vice President

RECEIVED
OCT 24 2005
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

w:\wdox\clients\180554\000001\00008099.doc

All communications concerning this
matter should be sent to:
Chamberlain, D'Amanda, Oppenheimer & Greenfield, LLP
Attn: Jerry R. Greenfield, Esq.
2 State Street, Suite 1600
Rochester, NY 14614
Tel: (585) 232 3730; Facsimile: (585) 232-3882

| ChamberlainD'Amanda | FAX | The information contained in this facsimile is intended only for the |
|---|---|---|
| 1600 Crossroads Building   585 232 3730<br>Two State Street   FAX 585 232 3882<br>Rochester, NY 14614·1397   www.cdlawyers.com | | |
| TO: Mary Elizabeth Tom, Asst. Trustee | | 180554-1 |
| OF: Southern District of New York Bankruptcy Court | | |
| RE: Delphi Corporation | | |
| FAX #: 212 668 2255 | | |
| FROM: Jerry R. Greenfield | | |
| DATE: October 17, 2005 | | |
| PAGES: | | |

Re:  Amended Notice of Reclamation
     Park Enterprises of Rochester, Inc. (Claimant)
     Delphi Corporation (Debtor)
     Case No. 05-44481 (RDD)

Dear Ms. Tom:

Enclosed please find Amened Notice of Reclamation in the above-mentioned matter.

ATTORNEYS AND COUNSELORS AT LAW



Page: 2
Date: 10/13/2005 at 11:30 AM

Park Enterprises Of Rochester, Inc.
Open Receivables Aging Detail by Customer
Aged from Due Date, for Customer DELP
30-Jan

Customer: DELP02   DELPHI ENERGY & CHASSIS   Contact:   ROBERT THOMPSON   Salesperson:
Terms: Use for Delphi   Phone: / -

| Date | Invoice # | Amount | Current | 31-60 | 61-120 | Over 120 Balance |
|---|---|---|---|---|---|---|
| 9/14/2005 | 80819 | 125.23 | 0.00 | 0.00 | 0.00 | 125.23 |
| 9/14/2005 | 80822 | 153.00 | 0.00 | 153.00 | 0.00 | 153.00 |
| 9/15/2005 | 80832 | 375.51 | 0.00 | 375.51 | 0.00 | 375.51 |
| 9/15/2005 | 80833 | 104.39 | 0.00 | 104.39 | 0.00 | 104.39 |
| 9/15/2005 | 80847 | 330.23 | 0.00 | 330.23 | 0.00 | 330.23 |
| 9/16/2005 | 80848 | 35.87 | 0.00 | 35.87 | 0.00 | 35.87 |
| 9/19/2005 | 80854 | 267.88 | 0.00 | 267.88 | 0.00 | 267.88 |
| 9/20/2005 | 80861 | 51.00 | 0.00 | 51.00 | 0.00 | 51.00 |
| 9/20/2005 | 80860 | 306.00 | 0.00 | 306.00 | 0.00 | 306.00 |
| 9/20/2005 | 80862 | 39.59 | 0.00 | 39.59 | 0.00 | 39.59 |
| 9/21/2005 | 80873 | 525.45 | 0.00 | 525.45 | 0.00 | 525.45 |
| 9/21/2005 | 80880 | 153.00 | 0.00 | 153.00 | 0.00 | 153.00 |
| 9/21/2005 | 80901 | 313.08 | 0.00 | 313.08 | 0.00 | 313.08 |
| 9/27/2005 | 80896 | 153.00 | 0.00 | 153.00 | 0.00 | 153.00 |
| 9/27/2005 | 80904 | 378.31 | 0.00 | 378.31 | 0.00 | 378.31 |
| 9/29/2005 | 80929 | 153.00 | 0.00 | 153.00 | 0.00 | 153.00 |
| 9/29/2005 | 80930 | 185.13 | 0.00 | 185.13 | 0.00 | 185.13 |
| 9/29/2005 | 80931 | 236.32 | 0.00 | 236.32 | 0.00 | 236.32 |
| 9/29/2005 | 80932 | 271.46 | 0.00 | 271.46 | 0.00 | 271.46 |
| 10/3/2005 | 80955 | 153.00 | 0.00 | 153.00 | 0.00 | 153.00 |
| 10/3/2005 | 80957 | 342.82 | 0.00 | 342.82 | 0.00 | 342.82 |
| 10/5/2005 | 80975 | 120.53 | 0.00 | 120.53 | 0.00 | 120.53 |
| 10/5/2005 | 80976 | 88.74 | 0.00 | 88.74 | 0.00 | 88.74 |
| 10/5/2005 | 80980 | 451.36 | 0.00 | 451.36 | 0.00 | 451.36 |
| 10/6/2005 | 80988 | 517.63 | 0.00 | 517.63 | 0.00 | 517.63 |
| 10/7/2005 | 81304 | 507.19 | 0.00 | 507.19 | 0.00 | 507.19 |
| Totals: | | 6338.52 | 0.00 | | 0.00 | 6338.52 |

$ 3558.49

Open Receivable Totals for 10/10/2005
| Current | 1-30 | 31-60 | 61-120 | Over 120 | Total Amount |
|---|---|---|---|---|---|
| 0.00 | 403118.54 | 12841.73 | 0.00 | 38201.36 | 454161.63 |

Summary of Open Receivables Aging by Customer

SCHEDULE A

Page: 1
Date: 10/13/2005 at 11:36 AM

Park Enterprises Of Rochester, Inc.
Open Receivables Aging Detail by Customer
Aged from Due Date, for Customer DELP
30-Jan

Customer: DELP01  DELPHI AUTOMOTIVE SYS. DISBURSEMENT   Contact: SHARON PITSTICK   Salesperson:
Terms: Use for Delphi                                  Phone: 937/395-3391

| Date | Invoice # | Amount | Current | 31-60 | 61-120 | Over 120 Balance |
|---|---|---|---|---|---|---|
| 8/5/2005 | 80888 | 38201.36 | 0.00 | 0.00 | 0.00 | 38201.36 |
| 9/2/2005 | 80919 | 10383.36 | 0.00 | 10383.36 | 0.00 | |
| 9/2/2005 | 80745 | 0.00 | 0.00 | 0.00 | | |
| 9/7/2005 | 80073 | 2458.37 | 0.00 | 2458.37 | 0.00 | |
| 9/13/2005 | RECEIPT | -3083.80 | 0.00 | -3083.80 | | |
| 9/13/2005 | 5408 | -5091.00 | -5091.00 | | | |
| 9/27/2005 | 80940 | 5140.80 | 5140.80 | | | |
| 9/27/2005 | 80914 | 3940.00 | 3940.00 | | | |
| 9/28/2005 | 80919 | 13074.75 | 13074.75 | | | |
| 9/28/2005 | 80920 | 9014.40 | 9014.40 | | | |
| 9/28/2005 | 80921 | 13610.40 | 13610.40 | | | |
| 9/28/2005 | 80922 | 1331.23 | 1331.23 | | | |
| 9/28/2005 | 80923 | 2050.58 | 2050.58 | | | |
| 9/28/2005 | 80924 | 4139.52 | 4139.52 | | | |
| 9/28/2005 | 80925 | 1331.23 | 1331.23 | | | |
| 9/29/2005 | 80926 | 13074.75 | 13074.75 | | | |
| 9/29/2005 | 80927 | 9014.40 | 9014.40 | | | |
| 9/29/2005 | 80928 | 15295.20 | 15295.20 | | | |
| 9/29/2005 | 80933 | 22438.08 | 22438.08 | | | |
| 9/29/2005 | 80935 | 9993.60 | 9993.60 | | | |
| 9/29/2005 | 80936 | 8313.60 | 8313.60 | | | |
| 9/29/2005 | 80937 | 5266.90 | 5266.90 | | | |
| 9/30/2005 | 80944 | 12914.73 | 12914.73 | | | |
| 9/30/2005 | 80945 | 51601.88 | 51601.88 | | | |
| 9/30/2005 | 80949 | 6662.40 | 6662.40 | | | |
| 10/3/2005 | 80948 | 4177.92 | 4177.92 | | | |
| 10/3/2005 | 80947 | 2543.12 | 2543.12 | | | |
| 10/3/2005 | 80948 | 9014.40 | 9014.40 | | | |
| 10/3/2005 | 80950 | 6190.08 | 6190.08 | | | |
| 10/3/2005 | 80952 | 4870.80 | 4870.80 | | | |
| 10/3/2005 | 80690 | 12000.00 | 12000.00 | | | |
| 10/4/2005 | 80959 | 3974.35 | 3974.35 | | | |
| 10/4/2005 | 80963 | 18119.87 | 18119.87 | | | |
| 10/4/2005 | 80964 | 4139.52 | 4139.52 | | | |
| 10/4/2005 | 80966 | 14893.44 | 14893.44 | | | |
| 10/4/2005 | 80967 | 3292.80 | 3292.80 | | | |
| 10/4/2005 | 80970 | 4139.52 | 4139.52 | | | |
| 10/4/2005 | 80971 | 1311.89 | 1311.89 | | | |
| 10/4/2005 | 80972 | 11501.78 | 11501.78 | | | |
| 10/4/2005 | 80973 | 11953.92 | 11953.92 | | | |
| 10/5/2005 | 80982 | 4139.52 | 4139.52 | | | |
| 10/5/2005 | 80983 | 3974.35 | 3974.35 | | | |
| 10/5/2005 | 80984 | 13074.75 | 13074.75 | | | |
| 10/5/2005 | 80985 | 8585.60 | 8585.60 | | | |
| 10/5/2005 | 80987 | 11953.92 | 11953.92 | | | |
| 10/6/2005 | 81002 | 21033.80 | 21033.80 | | | |
| 10/7/2005 | 81005 | 8620.80 | 8620.80 | | | |
| 10/7/2005 | 81006 | 3693.60 | 3693.60 | | | |
| 10/7/2005 | 81008 | 8355.84 | 8355.84 | | | |
| Totals: | | 447815.91 | 0.00 | 12841.73 | 0.00 | 38201.36 | 447823.11 |

SCHEDULE A

$ 391,639.22

SEE ADDITIONAL PAGES FOR
DOCUMENTATION $ 131,546.95
TO SAID
                         TOTAL CLAIM IS
                         TOTAL $626,744.66

# PARK
Enterprises, Inc.

**Invoice 809080**
Invoice Date 09/27/05

**Park Enterprises Of Rochester, Inc.**
226 Jay Street
Rochester, NY 14608 USA

Telephone: 585/546-4200

**Bill To:**

DELPHI AUTOMOTIVE SYS. DISBURSEMENT
PO BOX 1550
FLINT, MI 48501-1550

**Ship To:**

DELPHI AUTOMOTIVE SYS. DISBURSEMENT
PO BOX 1550
FLINT, MI 48501-1550

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELP01 | | | Use for Delphi |

| Purchase Order Number | Salesperson | Order Date | Our Order Number |
|---|---|---|---|
| 0030150927 | BLNK | 09/27/05 | |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % | Tax | Extended Price |
|---|---|---|---|---|---|---|
| 5265 | 5265 / 0 | DELPHIYSCSA PO#550055249 (TOTE) | | 3.13000 | N | 16479.45 |

| | |
|---|---|
| Nontaxable Subtotal | 16479.45 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| **Total Invoice** | **16479.45** |

Customer Original

Page    1

# PARK
Enterprises, Inc.

**Invoice 808980**
Invoice Date 09/26/05

**Park Enterprises Of Rochester, Inc.**
226 Jay Street
Rochester, NY 14608 USA

Telephone: 585/546-4200

Bill To:

DELPHI AUTOMOTIVE SYS. DISBURSEMENT
PO BOX 1550
FLINT, MI 48501-1550

Ship To:

DELPHI AUTOMOTIVE SYS. DISBURSEMENT
PO BOX 1550
FLINT, MI 48501-1550

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELP01 | | | Use for Delphi |

| Purchase Order Number | Salesperson | Order Date | Our Order Number |
|---|---|---|---|
| 0050150928 | BLNK | 09/26/05 | |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % | Tax | Extended Price |
|---|---|---|---|---|---|---|
| 864 | 864 / 0 | DELPHIMTLSALE<br>PO#55053441 PN6570700/7CVC H.I. PULLEY | EA | 5.46170 | N | 4718.91 |
| 960 | 960 / 0 | DELPHIMTLSALE<br>PO#550064157 PN6562481/7CVC 111-6 SC PULLEY | EA | 4.35200 | N | 4177.92 |

|  |  |
|---|---|
| Nontaxable Subtotal | 8896.83 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 8896.83 |

Customer Original

Page  1

# PARK
Enterprises, Inc.

**Invoice 809130**
Invoice Date 09/27/05

**Park Enterprises Of Rochester, Inc.**
226 Jay Street
Rochester, NY 14608 USA

Telephone: 585/546-4200

**Bill To:**

DELPHI AUTOMOTIVE SYS. DISBURSEMENT
PO BOX 1550
FLINT, MI 48501-1550

**Ship To:**

DELPHI AUTOMOTIVE SYS. DISBURSEMENT
PO BOX 1550
FLINT, MI 48501-1550

| Customer | Ship Via | F.O.B | Terms |
|---|---|---|---|
| DELP01 | | | Use for Delphi |

| Purchase Order Number | Salesperson | Order Date | Our Order Number |
|---|---|---|---|
| 0070150927 | BLNK | 09/27/05 | |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % | Tax | Extended Price |
|---|---|---|---|---|---|---|
| 2400 | 2400 / 0 | DELPHIMTLSALE<br>PO#550053442 PN6562172/7CVC PULLEY (TOTE) | EA | 3.43000 | N | 8232.00 |

| | |
|---|---|
| Nontaxable Subtotal | 8232.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| **Total Invoice** | **8232.00** |

Customer Original

Page 1

# PARK
Enterprises, Inc.

**Invoice 808990**
Invoice Date 09/26/05

**Park Enterprises Of Rochester, Inc.**
226 Jay Street
Rochester, NY 14608 USA

Telephone: 585/546-4200

**Bill To:**

DELPHI AUTOMOTIVE SYS. DISBURSEMENT
PO BOX 1550
FLINT, MI 48501-1550

**Ship To:**

DELPHI AUTOMOTIVE SYS. DISBURSEMENT
PO BOX 1550
FLINT, MI 48501-1550

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELP01 | | | Use for Delphi |

| Purchase Order Number | Salesperson | Order Date | Cust Order Number |
|---|---|---|---|
| 0040150926 | BLNK | 09/26/05 | |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % | Tax | Extended Price |
|---|---|---|---|---|---|---|
| 1440 | 1440 / 0 | DELPHIYSCSALE<br>PO#550055247 PN6582676/7CVC COIL ASSEMBLY (TOTE) | EA | 3.06200 | N | 4409.28 |
| 2880 | 2880 / 0 | DELPHIYSCSALE<br>PO#550055249 PN6582677/7CVC COIL ASM W/DIODE (TOTE) | EA | 3.13000 | N | 9014.40 |

|  |  |
|---|---|
| Nontaxable Subtotal | 13423.68 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| **Total Invoice** | **13423.68** |

Customer Original

Page    1

# PARK
Enterprises, Inc.

**Invoice 8090900**
Invoice Date 09/27/05

**Park Enterprises Of Rochester, Inc.**
226 Jay Street
Rochester, NY 14608 USA

Telephone: 585/546-4200

**Bill To:**

DELPHI AUTOMOTIVE SYS. DISBURSEMENT
PO BOX 1550
FLINT, MI 48501-1550

**Ship To:**

DELPHI AUTOMOTIVE SYS. DISBURSEMENT
PO BOX 1550
FLINT, MI 48501-1550

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELP01 | | | Use for Delphi |

| Purchase Order Number | Salesperson | Order Date | Our Order Number |
|---|---|---|---|
| 0050150927 | BLNK | 09/27/05 | |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % / Tax | Extended Price |
|---|---|---|---|---|---|
| 480 | 480 / 0 | DELPHIYSCSALE<br>PO#550054730 PN6552423/6 POLE COIL ASSEMBLY (TOTE) | EA | 2.81539 / / N | 1351.39 |

| | |
|---|---:|
| Nontaxable Subtotal | 1351.39 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 1351.39 |

Customer Original

Page   1



# Invoice 809000
Invoice Date 09/26/05

**Park Enterprises Of Rochester, Inc.**
226 Jay Street
Rochester, NY 14608 USA

Telephone: 585/546-4200

**Bill To:**

DELPHI AUTOMOTIVE SYS. DISBURSEMENT
PO BOX 1550
FLINT, MI 48501-1550

**Ship To:**

DELPHI AUTOMOTIVE SYS. DISBURSEMENT
PO BOX 1550
FLINT, MI 48501-1550

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELP01 | | | Use for Delphi |

| Purchase Order Number | Salesperson | Order Date | Our Order Number |
|---|---|---|---|
| 0030150926 | BLNK | 09/26/05 | |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % | Tax | Extended Price |
|---|---|---|---|---|---|---|
| 960 | 960 / 0 | DELPHIMTLSALE PO#550053443 PN6562173/7CVC PULLEY (TOTES) | EA | 3.51000 | N | 3369.60 |
| 960 | 960 / 0 | DELPHIMTLSALE PO#550053442 PN6562172/7CVC PULLEY (TOTE) | EA | 3.43000 | N | 3292.80 |

|  |  |
|---|---|
| Nontaxable Subtotal | 6662.40 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 6662.40 |

Customer Original

Page 1



**Park Enterprises Of Rochester, Inc.**
226 Jay Street
Rochester, NY 14608 USA

Telephone: 585/546-4200

**Invoice 8091000**
Invoice Date 09/27/05

| Bill To: | Ship To: |
|---|---|
| DELPHI AUTOMOTIVE SYS. DISBURSEMENT<br>PO BOX 1550<br>FLINT, MI 48501-1550 | DELPHI AUTOMOTIVE SYS. DISBURSEMENT<br>PO BOX 1550<br>FLINT, MI 48501-1550 |

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELP01 | | | Use for Delphi |

| Purchase Order Number | Salesperson | Order Date | Our Order Number |
|---|---|---|---|
| 0060150927 | BLNK | 09/27/05 | |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % / Tax | Extended Price |
|---|---|---|---|---|---|
| 384 | 384 / 0 | DELPHIMTLSALE<br>PO#550054391 PN6582814/L6 PULLEY | EA | 5.53000 / / N | 2123.52 |

| | |
|---|---:|
| Nontaxable Subtotal | 2123.52 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 2123.52 |



# Invoice 54240
Invoice Date 10/03/05

**Park Enterprises Of Rochester, Inc.**
226 Jay Street
Rochester, NY 14608 USA

Telephone: 585/546-4200

**Bill To:**
DELPHI AUTOMOTIVE SYS. DISBURSEMENT
PO BOX 1550
FLINT, MI 48501-1550

**Ship To:**
DELPHI AUTOMOTIVE SYS. DISBURSEMENT
PO BOX 1550
FLINT, MI 48501-1550

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELP01 | | | Use for Delphi |

| Purchase Order Number | Salesperson | Order Date | Our Order Number |
|---|---|---|---|
| DCS07186 | BLNK | 10/03/05 | |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % | Tax | Extended Price |
|---|---|---|---|---|---|---|
| 46 | 46 / 0 | DELPHISALE<br>PO#DCS07186 PN PR679050 0002/FRONT BRACKET | EA | 71.00000 | N | 3266.00 |
| 46 | 46 / 0 | DELPHISALE<br>PO#DCS07186 PN PR679050 0003/REAR BRACKET | EA | 71.00000 | N | 3266.00 |
| 16 | 16 / 0 | DELPHISALE<br>PO#DCS07186 PN PR679050 0004/HYDRAULIC MANIFOLD ASSY | EA | 10.00000 | N | 160.00 |

|  |  |
|---|---|
| Nontaxable Subtotal | 6692.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 6692.00 |

Customer Original                    Page   1

# PARK
Enterprises, Inc.

**Invoice 809050**
Invoice Date 09/27/05

**Park Enterprises Of Rochester, Inc.**
226 Jay Street
Rochester, NY 14608 USA

Telephone: 585/546-4200

**Bill To:**
DELPHI AUTOMOTIVE SYS. DISBURSEMENT
PO BOX 1550
FLINT, MI 48501-1550

**Ship To:**
DELPHI AUTOMOTIVE SYS. DISBURSEMENT
PO BOX 1550
FLINT, MI 48501-1550

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELP01 | | | Use for Delphi |

| Purchase Order Number | Salesperson | Order Date | Our Order Number |
|---|---|---|---|
| 0010150927 | BLNK | 09/27/05 | |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % Tax | Extended Price |
|---|---|---|---|---|---|
| 576 | 576 / 0 | DELPHIMTLSALE<br>PO#55053441 PN6570700/7CVC H.I. PULLEY | EA | 5.46170 N | 3145.94 |
| 1440 | 1440 / 0 | DELPHIMTLSALE<br>PO#550064157 PN6562481/7CVC 111-6 SC PULLEY | EA | 4.35200 N | 6266.88 |

| | |
|---|---|
| Nontaxable Subtotal | 9412.82 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 9412.82 |

Customer Original

Page 1

# PARK
Enterprises, Inc.

**Invoice 8087100**
Invoice Date 09/20/05

**Park Enterprises Of Rochester, Inc.**
226 Jay Street
Rochester, NY 14608 USA

Telephone: 585/546-4200

**Bill To:**

DELPHI AUTOMOTIVE SYS. DISBURSEMENT
PO BOX 1550
FLINT, MI 48501-1550

**Ship To:**

DELPHI AUTOMOTIVE SYS. DISBURSEMENT
PO BOX 1550
FLINT, MI 48501-1550

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELP01 | | | Use for Delphi |

| Purchase Order Number | Salesperson | Order Date | Our Order Number |
|---|---|---|---|
| 450139350 | BLNK | 09/20/05 | |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % Tax | Extended Price |
|---|---|---|---|---|---|
| 1 | 1 / 0 | DELPHISALE<br>PO#450139350 PN PR10222655 0010/OBSOLESCENCE CLAIM #05-15 | EA | 37900.75000<br>N | 37900.75 |

| | |
|---|---|
| Nontaxable Subtotal | 37900.75 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| **Total Invoice** | **37900.75** |

Customer Original

Page 1



**Park Enterprises Of Rochester, Inc.**
226 Jay Street
Rochester, NY 14608 USA

Telephone: 585/546-4200

**Invoice 809060**
Invoice Date 09/27/05

**Bill To:**
DELPHI AUTOMOTIVE SYS. DISBURSEMENT
PO BOX 1550
FLINT, MI 48501-1550

**Ship To:**
DELPHI AUTOMOTIVE SYS. DISBURSEMENT
PO BOX 1550
FLINT, MI 48501-1550

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELP01 | | | Use for Delphi |

| Purchase Order Number | Salesperson | Order Date | Our Order Number |
|---|---|---|---|
| 0040150927 | BLNK | 09/27/05 | |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % / Tax | Extended Price |
|---|---|---|---|---|---|
| 960 | 960 / 0 | DELPHIMTLSALE<br>PO#550053443 PN6562173/7CVC PULLEY (TOTE) | EA | 3.51000 / / N | 3369.60 |
| 960 | 960 / 0 | DELPHIMTLSALE<br>PO#550053442 PN6562172/7CVC PULLEY (TOTE) | EA | 3.43000 / / N | 3292.80 |

|  |  |
|---|---|
| Nontaxable Subtotal | 6662.40 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 6662.40 |

Customer Original

Page    1

# PARK
Enterprises, Inc.

**Invoice 808940**
Invoice Date 09/26/05

**Park Enterprises Of Rochester, Inc.**
226 Jay Street
Rochester, NY 14608 USA

Telephone: 585/546-4200

Bill To:

DELPHI AUTOMOTIVE SYS. DISBURSEMENT
PO BOX 1550
FLINT, MI 48501-1550

Ship To:

DELPHI AUTOMOTIVE SYS. DISBURSEMENT
PO BOX 1550
FLINT, MI 48501-1550

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELP01 | | | Use for Delphi |

| Purchase Order Number | Salesperson | Order Date | Our Order Number |
|---|---|---|---|
| 0020150926 | BLNK | 09/26/05 | |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % | Tax | Extended Price |
|---|---|---|---|---|---|---|
| 480 | 480 / 0 | DELPHIYSCSALE<br>PO#550054723 PN6552422/6 POLE COIL ASSEMBLY (TOTE) | EA | 2.76643 | N | 1327.89 |
| 480 | 480 / 0 | DELPHIYSCSALE<br>PO#550054730A PN6552423/6 POLE COIL ASSEMBLY (TOTE) | EA | 2.81539 | N | 1351.39 |

| | |
|---|---|
| Nontaxable Subtotal | 2679.28 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 2679.28 |

Customer Original

Page 1



# Invoice 809070
Invoice Date 09/27/05

**Park Enterprises Of Rochester, Inc.**
226 Jay Street
Rochester, NY 14608 USA

Telephone: 585/546-4200

**Bill To:**

DELPHI AUTOMOTIVE SYS. DISBURSEMENT
PO BOX 1550
FLINT, MI 48501-1550

**Ship To:**

DELPHI AUTOMOTIVE SYS. DISBURSEMENT
PO BOX 1550
FLINT, MI 48501-1550

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| DELP01 | | | Use for Delphi |

| Purchase Order Number | Salesperson | Order Date | Our Order Number |
|---|---|---|---|
| 0020150927 | BLNK | 09/27/05 | |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % / Tax | Extended Price |
|---|---|---|---|---|---|
| 2880 | 2880 / 0 | DELPHIYSCSALE<br>PO#550055249 PN6582677/7CVC COIL ASM W/DIODE (TOTE) | EA | 3.13000 / / N | 9014.40 |

| | |
|---|---|
| Nontaxable Subtotal | 9014.40 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 9014.40 |

Customer Original

Page    1



**Invoice 808950**
Invoice Date 09/26/05

**Park Enterprises Of Rochester, Inc.**
226 Jay Street
Rochester, NY 14608 USA

Telephone: 585/546-4200

Bill To:

DELPHI AUTOMOTIVE SYS. DISBURSEMENT
PO BOX 1550
FLINT, MI 48501-1550

Ship To:

DELPHI AUTOMOTIVE SYS. DISBURSEMENT
PO BOX 1550
FLINT, MI 48501-1550

| Customer | Ship Via | F.O.B. | | Terms |
|---|---|---|---|---|
| DELP01 | | | | Use for Delphi |
| Purchase Order Number | | Salesperson | Order Date | Our Order Number |
| 0010150926 | | BLNK | 09/26/05 | |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % | Tax | Extended Price |
|---|---|---|---|---|---|---|
| 384 | 384 / 0 | DELPHIMTLSALE<br>PO#550054395 PN6582815/G6 PULLEY | EA | 5.25000 | N | 2016.00 |

|  |  |
|---|---|
| Nontaxable Subtotal | 2016.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 2016.00 |

Customer Original

Page   1