HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
(303) 871-7000
Elizabeth K. Flaagan (CO #22604)

Attorneys for Corus L.P.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| DELPHI CORPORATION, et al., ) | Case Nos. 05-44481 |
| ) | |
| Debtors. ) | (Jointly Administered) |

## CORUS L.P.'S NOTICE OF RECLAMATION CLAIM

PLEASE TAKE NOTICE that on October 10, 2005, pursuant to 11 U.S.C. §546(c), Corus L.P. ("Corus L.P."), served its written demand for reclamation of goods upon Delphi Corporation and its affiliated debtors. A copy of the written demand for reclamation is attached hereto as Exhibit A.

Dated this 21st day of October, 2005.

By: _____
Elizabeth K. Flaagan (#22604)
HOLME ROBERTS & OWEN LLP
1700 Lincoln, Suite 4100
Denver, Colorado 80203
(303) 861-7000
Fax: (303) 866-0200
E-Mail: elizabeth.flaagan@hro.com

Attorneys for Corus L.P.



RECEIVED
OCT 24 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

#1120265 v1



October 10, 2005

*VIA FACSIMILE (312-407-0411)*

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

*VIA FACSIMILE (212-735-2000)*

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

Re: In re Delphi Corporation, et al. (the "Debtors").
     Jointly Administered under Case No. 05-44481.
     United States Bankruptcy Court for the Southern District of New York

Dear Sirs and Madam:

Please be advised that Corus LP ("Corus") intends to exercise its reclamation rights pursuant to 11 U.S.C. §546(c) and under Section 2-702 of the Uniform Commercial Code, as enacted under applicable state law, in various shipments of aluminum coil products referenced by date, part number and amounts due as fully set forth on Exhibit A attached hereto. It is Corus' belief that all of the shipments referenced by part number on the attached Exhibit A were received by the Debtors within the reclamation period set forth in 11 U.S.C. §546(c) and Section 2-702 of the Uniform Commercial Code. Please consider this Corus' written notice of its reclamation claim in the amount of $ 698,397.70 with respect to those shipments. Please cease and desist any use of the goods referenced herein and notify Corus with instructions for picking up such goods.

Please contact me at your earliest convenience to discuss this matter.

Sincerely,

Dean Blakeney
General Manager, Corus Aluminium Rolled Products USA
Tel: 847-458-6440
Fax: 847-619-8515



EXHIBIT A

DELPHI

RELEASES October 2nd 2005 through October 7th 2005 (lb.)

| P/N # | No of pounds | US Price | Total | NOTES |
|---|---|---|---|---|
| 10305 | 17983 | 1.45 | 26255.13 | |
| 10307 | 4849 | 1.46 | 6781.54 | |
| 10309 | 0 | | | |
| 10311 | 27152 | 1.46 | 39641.92 | |
| 10313 | 0 | | | |
| 10659 | 10172 | 1.385 | 14088.22 | |
| 10660 | 13517 | 1.385 | 18721.045 | |
| 10660(M) | 11156 | 1.385 | 15450.6 | |
| 10662 | 7369 | 1.385 | 10206.75 | |
| 10667 | 5315 | 1.385 | 7361.55 | |
| 10669 | 93543 | 1.385 | 129557.055 | |
| 10670 | 0 | | | |
| 10673 | 63270 | 1.385 | 87628.95 | |
| 10680 | 29457 | 1.785 | 52580.745 | |
| 10680(M) | 4028 | 1.785 | 7189.98 | |
| 10685 | 64806 | 1.785 | 115678.71 | |
| 10685(M) | 43354 | 1.785 | 77386.74 | |
| 10656(M) | 0 | | | |
| 10658(M) | 0 | | | |
| 10903 | 9753 | 1.385 | 13507.905 | |
| 80634 | 0 | | | |
| 80645 | 9278 | 1.785 | 16561.23 | |
| 80647 | 30833 | 1.785 | 55036.83 | |
| 80657 | 2584 | 1.46 | 3918.64 | |
| TOTAL | 448920 | | 695,397.70 $ | |

M = Mexico shipments

PIERRE MICHAUD
10/13/2005

HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
(303) 871-7000
Elizabeth K. Flaagan (CO #22604)

Attorneys for Corus L.P.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| DELPHI CORPORATION, et al., ) | Case Nos. 05-44481 |
| ) | |
| Debtors. ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2005, a true and correct copy of the foregoing **CORUS L.P.'S NOTICE OF CLAMATION CLAIM** was placed in the United States Mail, postage pre-paid, addressed to the following:

Alicia M. Leonhard
Office of the US Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004

John William Butler, Jr., Esq.
Skadden Arps Slate, Meagher
  & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Kayalyn a. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden Arps Slate, Meagher
  & Flom, LLP
Four Times Square
New York, NY 10036



#1120265 v1

Stephen H. Gross, Esq.
Hodgson Russ LLP
152 West 57th Street
35th Floor
New York, NY 10019

Cheryl R. Storie, Esq.
Hodgson Russ LLP
One M&T Plaza, Suite 2000
Buffalo, NY 14203

Mark I. Bane, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Patrick M. Costello, Esq.
Bialson Bergen & Schwab
2600 El Camino Real, Suite 300
Palto Alto, CA 94306

Gary H. Cunningham, Esq.
Strobl Cunnington & Sharp, PC
300 E. Long Lake Road, Suite 200
Bloomfield Hills, MI 48304

Ira P. Goldberg, Esq.
Di Monte & Lizek LLC
216 West Higgins Road
Park Ridge, IL 60068

Steve Kieselstein, Esq.
Keiselstein Law Firm PLLCF
43 British American Blvd.
Latham, NY 12110

Jill Levi, Esq.
Todd & Levi, LLP
444 Madison Avenue
New York, NY 10022

Glenn P. Berger, Esq.
Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016

Gary H. Cunningham, Esq.
Kramer Mellen PC
3000 Town Center, Suite 1700
Southfield, MI 48075

Craig Alan Damast, Esq.
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174

Mark T. Flewelling, Esq.
Anglin Flewelling Rasmussen
199 S. Los Robles Ave., Suite 600
Pasadena, CA 91101

Timothy S. McFadden, Esq.
Lord Bissel & Brook
115 S. LaSalle Street
Chicago, IL 60603

Harold Ritvo, Esq.
One University Plaza
Hackensack, NJ 07601

Bryan I. Schwartz, Esq.
Levenfeld Pearlstein LLC
2 N. LaSalle Street, Suite 1300
Chicago, IL 60602

Shmuel Vasser, Esq.
Edwards & Angell LLP
750 Lexington Ave.
New York, NY 10022

Scott R. Goldberg, Esq.
Quarles & Brady
One Renaissance Square
2 N. Central Avenue
Phoenix, AZ 85004

Thomas H. Keyse, Esq.
1700 Lincoln Street
Suite 4000
Denver, CO 80203

#1120265 v1

Jacob A. Manheimer, Esq.
Pierce Atwood
One Monument Square
Portland, ME 04101

Kenneth A. Reynolds, Esq.
Pryor & Mandelup LLP
675 Old Country Road
Westbury, NY 11590

Lawrence M. Schwab, Esq.
Bialson Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

Robert J. Sidman, Esq.
Vorys Sater Seymour
52 East Gay Street
Columbus, OH 43216

Lars H. Fuller, Esq.
Rothgerber Johnson
1200 17th Street, Suite 3000
Denver, CO 80202

*[signature]*
Elizabeth K. Flaagan (#22604)
HOLME ROBERTS & OWEN LLP
1700 Lincoln, Suite 4100
Denver, Colorado 80203
(303) 861-7000
Fax: (303) 866-0200
E-Mail: elizabeth.flaagan@hro.com

#1120265 v1