# PRYOR & MANDELUP, L.L.P.
### A Limited Liability Partnership Including Professional Corporations

675 Old Country Road
Westbury, New York 11590-4513

A. Scott Mandelup, P.C.
Robert L. Pryor, P.C.
Randolph E. White
Kenneth A. Reynolds
Anthony F. Giuliano

Cory M. Goffin
Peter Corey *
\* Also admitted in Connecticut
\*\* Also Admitted in Florida

Barbara Anson, Paralegal
Margaret D'Agostino, Paralegal

Of Counsel
Randy Scott Zolin
Steven Sewell

October 20, 2005

Telephone:   (516) 997-0999
Facsimile:   (516) 333-7333

Extension: _____230_____

*VIA FIRST CLASS MAIL*
Clerk of the Court
United States Bankruptcy Court - S.D.N.Y.
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

RE:   Delphi Corporation, et al.
      Chapter 11 Case No.: 05-44481-rdd

Dear Sir/Madam

Enclosed please find Court courtesy copies of two **Affidavits of Service of Notices of Reclamation** regarding the above referenced case for two (2) different clients (National Molding Corp. and Security Plastics Division/NMC, LLC). These Affidavits were electronically filed on Wednesday, October 19, 2005.

Please call the undersigned should you have any questions.

Sincerely,

Diane S. Giugliano
Legal Secretary

/dsg
Enclosure:

RECEIVED
OCT 2 4 2005
U S BANKRUPTCY COURT
SO DIST OF NEW YORK

F:\CLIENT FILES\National Molding\Corres\10-19-05 Trans Ltr Ct.wpd

PRYOR & MANDELUP, L.L.P.
Kenneth A. Reynolds, Esq.
675 Old Country Road
Westbury, New York 11590
(516) 997-0999
kar@pryormandelup.com
11-3261335
knr3808

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re                                                       :
                                                            :   **Chapter 11**
**DELPHI CORPORATION**, *et al.*                            :
                                                            :   **Case No. 05-44481 (ajg)**
                Debtor.                                     :
------------------------------------------------------------X

### AFFIDAVIT OF SERVICE BY REGULAR MAIL

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NASSAU      )

**DIANE GIUGLIANO**, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside at Lynbrook, New York.

On October 19, 2005, I served the **NOTICE OF RECLAMATION for Security Plastics Division/NMC, LLC**, upon the following parties at their respective addresses on the annexed service list by depositing a true copy in a postpaid, properly addressed envelope by regular mail, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York:

SEE ANNEXED SERVICE LIST.

Diane Giugliano

Sworn to before me this
19th day of October, 2005

Notary Public

BRIAN KENNETH BARNETT
Notary Public, State of New York
No. 02BA6130046
Qualified in Nassau County
Commission Expires July 5, 20 09

RECEIVED
OCT 24 2005
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

- 1 -

F:\CLIENT FILES\National Molding\Not Reclamation\AOSSecurity by RegMail.wpd

## SERVICE LIST

DELPHI CORPORATION
5725 DELPHI DRIVE
TROY, MI 48098

JOHN WM. BUTLER, JR.
SKADDEN ARPS SLATE MEAGHER & FLOM
333 WEST WACKER DRIVE
CHICAGO, IL 60606-1285

ALICIA M. LEONHARD
OFFICE OF THE UNITED STATES TRUSTEE - S.D.N.Y
33 WHITEHALL STREET, SUITE 2100
NEW YORK, NY 10004