**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **DELPHI CORPORATION,** | ) | |
| | ) | Case No. 05-444481-rdd |
| **Debtor.** | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Reed Smith LLP hereby gives notice pursuant to Bankruptcy Rule 9010(b) that it is appearing in the above-captioned bankruptcy case on behalf of General Electric Capital Corporation, Strategic Asset Finance.  Reed Smith LLP requests that it receive all notices and all other papers served or filed in this case, including pleadings, motions, applications, orders, plans, disclosure statements, financial and other reports.  Pursuant to Bankruptcy Rule 2002(g), all notices and papers should be sent to the following address:

Elena Lazarou, Esq.
REED SMITH LLP
599 Lexington Avenue, 29th Floor
New York, New York 10022
Telephone: 212.521.5400
Facsimile: 212.521.5450
E-mail: elazarou@reedsmith.com

Reed Smith LLP further requests that it be added to the appropriate lists and matrixes in this case.

This request for notice is intended, without limitation, to constitute such request for service as is required by Bankruptcy Rules 2002(i) and 3017(a), and a request for court designated service as set forth in Bankruptcy Rules 3019, 3020(b)(1), 4001(a)(1), 6006(c), 9007, 9013, and 9019.

Dated: October 27, 2005

Respectfully submitted,

**REED SMITH LLP**

By: ___/s/ Elena Lazarou_____
Elena Lazarou, Esq.
599 Lexington Avenue, 29th Floor
New York, New York 10022
Telephone: 212.521.5400
Facsimile: 212.521.5450
ATTORNEYS FOR GENERAL ELECTRIC
CAPITAL CORPORATION, STRATEGIC ASSET
FINANCE