## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of October, 2005, a true and correct copy of the attached **GENERAL ELECTRIC CAPITAL CORPORATION, STRATEGIC ASSET FINANCE'S NOTICE OF APPEARANCE** was caused to be served via first-class US Mail, to the parties set forth below.

Dated: October 27, 2005      /s/ Amanda Leonard
      New York, New York      Amanda Leonard

DEBTOR:
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

DEBTOR'S COUNSEL:
John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom (IL)
333 West Wacker Drive
Chicago, IL 60606-1285

LEAD PLAINTIFF AND THE PROSPECTIVE CLASS
Ira M. Levee
Lowenstein Sandler, P.C.
65 Livingston Ave
Roseland, NJ 07068

US TRUSTEE:
Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

CLAIMS AND NOTICING AGENT:
Kurtzman Carson Consultants LLC
12910 Culver Blvd
Suite I
Los Angeles, CA 90066

OFFICIAL COMMITTEE OF UNSECURED CREDITORS COUNSEL:
Mark A. Broude
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802