PRYOR & MANDELUP, L.L.P.
Kenneth A. Reynolds, Esq.
675 Old Country Road
Westbury, New York 11590
(516) 997-0999
kar@pryormandelup.com
11-3261335
kar3808

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re                                                          :
                                                               :    Chapter 11
DELPHI CORPORATION, et al.                                     :
                                                               :    Case No. 05-44481 (ajg)
                                     Debtor.                   :
-----------------------------------------------------------X

### AFFIDAVIT OF SERVICE BY REGULAR MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

**DIANE GIUGLIANO**, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside at Lynbrook, New York. On October 19, 2005, I served the **NOTICE OF RECLAMATION for Security Plastics Division/NMC, LLC**, upon the following parties at their respective addresses on the annexed service list by depositing a true copy in a postpaid, properly addressed envelope by regular mail, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York:

SEE ANNEXED SERVICE LIST.

_____
Diane Giugliano

Sworn to before me this
19th day of October, 2005

_____
Notary Public

BRIAN KENNETH BARNETT
Notary Public, State of New York
No. 02BA6130046
Qualified in Nassau County
Commission Expires July 5, 20 09

RECEIVED
OCT 24 2005
U.S. BANKRUPTCY COURT
SO. DIST OF NEW YORK

- 1 -

I:\CLIENT FILES\National Molding\Not Reclamation\AOSSecurity by RegMail.wpd

## SERVICE LIST

DELPHI CORPORATION
5725 DELPHI DRIVE
TROY, MI 48098

JOHN WM. BUTLER, JR.
SKADDEN ARPS SLATE MEAGHER & FLOM
333 WEST WACKER DRIVE
CHICAGO, IL 60606-1285

ALICIA M. LEONHARD
OFFICE OF THE UNITED STATES TRUSTEE - S.D.N.Y
33 WHITEHALL STREET, SUITE 2100
NEW YORK, NY 10004

F:\CLIENT FILES\National Molding\Not Reclamation\AOSSecurity by RegMail.wpd

05-44481-rdd    Doc 731    Filed 10/24/05    Entered 10/27/05 12:57:19    Main Document
Pg 3 of 4

Chapter 11 Case No. 05-44481-ajg
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DELPHI CORPORATION, et al.,

Debtor.

---

AFFIDAVIT OF SERVICE OF NOTICE OF RECLAMATION

---

PRYOR & MANDELUP, L.L.P

Attorneys for    Security Plastics Division/NMC, LLC.

Office and Post Office Address, Telephone
675 Old Country Road
Westbury, New York 11590
(516) 997-0999

To

Attorney(s) for

Service of a copy of the within

Dated                    is hereby admitted.

..................

Attorney(s) for