

**RUTTER
HOBBS
DAVIDOFF**
INCORPORATED
LAWYERS

October 21, 2005

File No.: 5156.010

**BY FEDERAL EXPRESS**

Clerk
United States Bankruptcy Court
Southern District of New York
Manhattan Division
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

Direct Dial No:
(310) 789-1876

E-Mail Address:
csandino@rutterhobbs.com

Re:    **In re Delphi Corporation, et al., Chapter 11 Case No. 05-44481**

Dear Sir or Madam:

Please find enclosed the following documents:

1. Motion for Admission to Practice *Pro Hac Vice* of Duane Kumagai, with a pdf copy on diskette;

2. [Proposed] Order of Admission to Practice, *Pro Hac Vice*, with a Word copy on diskette, self-addressed stamped envelope;

3. Our firm's check in the amount of $25.00; and

4. Notice of Reclamation Demand of NMB Technologies Corp.

Kindly submit the attached for filing/lodging and return conformed copies in the envelope provided. Also enclosed are courtesy copies for chambers.

Thank you in advance for your attention to this matter.

Very truly yours,

Cindy A. Sandino
Assistant to Duane Kumagai

/cas
Enclosures

RECEIVED
OCT 24 2005
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

{5156.010-00257207.DOC-()}

RUTTER HOBBS & DAVIDOFF
   INCORPORATED
Duane Kumagai (State Bar No. 125063)
1901 Avenue of the Stars
Suite 1700
Los Angeles, CA 90067
Telephone: (310) 286-1700
Facsimile: (310) 286-1728

Attorneys for NMB TECHNOLOGIES CORP.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

MANHATTAN DIVISION

| | |
|---|---|
| In re | Case No.: 05-44481 |
| DELPHI CORPORATION, et al., | Chapter 11 |
| Defendants. | Jointly Administered |
| | **MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE* OF DUANE KUMAGAI** |

I, Duane Kumagai, a member in good standing of the bar of the State of California and of the bar in the U.S. District Court for the Central District of California, request admission, *pro hac vice*, before the Honorable Robert D. Drain to represent NMB Technologies Corp. and/or other creditors in the above-referenced bankruptcy case of Delphi Corporation, et al.

My address is 1901 Avenue of the Stars, Suite 1700, Los Angeles, California 90067; my email is dkumagai@rutterhobbs.com; and my telephone number is (310) 789-1850.

////

////

RECEIVED OCT 24 2005 U.S BANKRUPTCY COURT SO. DIST. OF NEW YORK

{5156.010-00257141.DOC-0}                    -1-

1  I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

2  DATED: October 21, 2005                RUTTER HOBBS & DAVIDOFF

            By _____
               DUANE KUMAGAI
               State Bar No. 125063
               Rutter Hobbs & Davidoff Incorporated
               1901 Avenue of the Stars, Suite 1700
               Los Angeles, California  90067
               (310) 286-1700

{5156.010-00257141.DOC-0}                    -2-

# PROOF OF SERVICE

STATE OF CALIFORNIA ) 
) ss.
COUNTY OF LOS ANGELES )

I, the undersigned, declare:

I am a citizen of the United States of America, am over the age of eighteen (18) years, and not a party to the within action. I am an employee of Rutter Hobbs & Davidoff Incorporated, and my business address is 1901 Avenue of the Stars, Suite 1700, Los Angeles, California 90067.

On October 21, 2005, I caused to be served the following document(s): **MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE* OF DUANE KUMAGAI**, on the parties involved addressed as follows:

| | |
|---|---|
| Karalyn A. Marafioti, Esq. | John Wm. Butler, Jr., Esq. |
| Thomas J. Matz, Esq. | John K. Lyons, Esq. |
| Skadden, Arps, Slate, Meagher & Flom LLP | Ron E. Meisler, Esq. |
| Four Times Square | Skadden, Arps, Slate, Meagher & Flom LLP |
| New York, New York 10036 | 333 West Wacker Drive, Suite 2100 |
| | Chicago, Illinois 60606 |

____ **BY PERSONAL DELIVERY**: I caused such envelope to be delivered by hand to the offices of each address listed.

_X_ **BY MAIL**: I caused each envelope, with postage thereon fully prepaid, to be placed in the United States mail at Los Angeles, California. I am readily familiar with the business practice for collection and processing of mail in this office; that in the ordinary course of business said document would be deposited with the US Postal Service in Los Angeles on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained on this declaration.

____ **BY FACSIMILE**: By use of facsimile machine telephone number (619) 235-0176 for Frederick S. Berretta, (619) 702-0349 for M. Richardson Lynn, (619) 231-6710 for Robert C. Wright, and (619) 696-7419 for Kenneth M. Fitzgerald, I served a copy of the within document on the above interested parties at the facsimile numbers listed.

_X_ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 21, 2005, at Los Angeles, California.

*Cindy A. Sandino*
(Cindy A. Sandino)

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

{5156.010-00257141.DOC-()}   -3-