UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                             : Chapter 11
                                                                       :
                                                                       : Case No. 05-44481 (RDD)
DELPHI CORP., *et al.*,                                 : (Jointly Administered)
                                                                       :
            Debtors.                                            :
                                                                       :
-------------------------------------------------------------X

## REQUEST FOR REMOVAL OF SPECTOR & EHRENWORTH, P.C. FROM MASTER SERVICE LIST

The law firm of Spector & Ehrenworth, P.C., having been replaced by the law firm of Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. as counsel to Hitachi Automotive Products (USA), Inc., hereby requests that it be removed from the Master Service List in the captioned case.

Dated: Florham Park, New Jersey
            October 27, 2005

                                                  SPECTOR & EHRENWORTH, P.C.
                                                Former Attorneys for Hitachi Automotive
                                                  Products (USA), Inc.

                                                By: /s/ Brian D. Spector
                                                     Brian D. Spector (BS/7343)
                                                     30 Columbia Turnpike
                                                     Florham Park, New Jersey 07932
                                                     Tel. No.: (973) 593-4800
                                                     Fax No.: (973) 593-4848
                                                     E-Mail: bspector@selawfirm.com

Case No. 05-44481(RDD)
K:\H105.0001\PLDG\Request for Removal.001.wpd
Our File No. H105.0001.0002