UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
: 
In re : Chapter 11
:
DELPHI CORPORATION, et al., : Case No. 05-44481 (RDD)
:
Debtors. : (Jointly Administered)
:
:
----------------------------------------------------------x

# RECLAMATION DEMAND

NOW COMES WHITLAM LABEL COMPANY, INC., (hereinafter "Seller") and demands Reclamation pursuant to the Reclamation Order by the Court, dated October 13, 2005, and pursuant to the Statutes and Court Rules recited therein and hereby demands Reclamation of the following property: All goods delivered within the applicable period under MCL 440.2702 and Section 546(c) of the Bankruptcy Code, including, but not limited to:

A.  2,000 labels with a price of $225.60 shipped to the Saturn Corporation, 100 Saturn Parkway, Spring Hill, Tennessee 37174, pursuant to the direction of the Delphi Harrison Thermal Systems, 200 Upper Mountain Road, Building 10 North, Lockport, New York 14094;

Shipped October 3, 2005;

Purchase Order/Release No. 550026937 A00188.

B.  2,000 labels with a price of $225.60 shipped to the Saturn Corporation, 100 Saturn Parkway, Spring Hill, Tennessee 37174, pursuant to the direction of the Delphi Harrison Thermal Systems, 200 Upper Mountain Road, Building 10 North, Lockport, New York 14094;

Shipped October 3, 2005;

Purchase Order/Release No. 550026937 A00187.



RECEIVED
OCT 24 2005
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

Seller discovered that Buyer received these goods on credit while insolvent and without foreknowledge of the insolvency.

WHITLAM LABEL COMPANY, INC.

Dated: 10-21-05     By: _____
Its V.P. Customer Relations

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re                                :    Chapter 11
                                     :
DELPHI CORPORATION, et al.           :    Case No. 05-44481 (RDD)
                                     :
            Debtors.                 :    (Jointly Administered)
                                     :
---------------------------------------------------------x

## PROOF OF SERVICE

The undersigned certifies that on October __21__, 2005, she served a copy of the Reclamation Demand of Whitlam Label Company, Inc. on all attorneys of record by depositing same in the U.S. Mail, postage prepaid, in an envelope addressed to the attorneys at the addresses as disclosed in the court records.

I DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_Elaine Danas_
ELAINE DANAS



RECEIVED
OCT 24 2005
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK



October 21, 2005

U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
Room 534
New York, NY  10004

To Whom It May Concern:

Please find enclosed copies of the Reclamation Demand Whitlam Label Co., Inc. is making against Delphi Corporation. Please return in the self-addressed envelope provided a date stamped copy. Thank you for your assistance.

Sincerely,

*Elaine Danas*

Elaine Danas
Controller



RECEIVED
OCT 2 4 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

Headquarters: 24800 Sherwood Avenue • Center Line, MI USA 48015-1059
Toll Free: (800) 755-2235 • Phone: (586) 757-5100 • Fax: (586) 757-1243
www.whitlam.com

WLF-9100-07 Rev 8.1 13-04