**Thomas Engineering Company**

October 17, 2005

Delphi Corporation, et al., Debtor   Case No. 05-44481

"RECLAMATION DEMAND"

Per sections 362, 503 and 546 of the Bankruptcy code Thomas Engineering Company is submitting this written "Reclamation Demand".

The following shipments fall within the guidelines for reclamation claim:

| Ship ID | Invoice # | Delphi Part Number | Item Amount | Delphi P.O. Number | Ship Date |
|---|---|---|---|---|---|
| 51817 | 107479 | 25357318 | 212.58 | 550023931 | 09/27/05 |
| 51809 | 107480 | 15359110 | 3241.00 | PEDP4900021 | 09/27/05 |
| 51815 | 107481 | 25335181 | 340.76 | 550016201 | 09/27/05 |
| 51816 | 107482 | 25335174 | 140.70 | 550016201 | 09/27/05 |
| 51827 | 107510 | 10485006 | 636.80 | 550057326 | 09/28/05 |
| 51831 | 107511 | 25335181 | 340.76 | 550016201 | 09/28/05 |
| 51830 | 107512 | 25335174 | 281.40 | 550016201 | 09/28/05 |
| 51868 | 107526 | 25335181 | 340.76 | 550016201 | 09/29/05 |
| 51870 | 107527 | 25335174 | 140.70 | 550016201 | 09/29/05 |
| 51891 | 107573 | 25375843 | 228.06 | 550065233 | 09/30/05 |
| 51889 | 107574 | 25335181 | 340.76 | 550016201 | 09/30/05 |
| 51890 | 107575 | 25335174 | 281.40 | 550016201 | 09/30/05 |
| 51925 | 107604 | 25353337 | 582.50 | 550009984 | 10/03/05 |
| 51926 | 107605 | 25353338 | 582.50 | 550009984 | 10/03/05 |
| 51946 | 107606 | 25335181 | 340.76 | 550016201 | 10/03/05 |
| 51985 | 107627 | 25357318 | 531.45 | 550023931 | 10/04/05 |
| 51981 | 107628 | 10485006 | 636.80 | 550057326 | 10/04/05 |
| 51982 | 107629 | 25335181 | 340.76 | 550016201 | 10/04/05 |
| 51983 | 107630 | 25335174 | 140.70 | 550016201 | 10/04/05 |
| 51987 | 107659 | 25335181 | 170.38 | 550016201 | 10/05/05 |
| 51988 | 107660 | 25335174 | 140.70 | 550016201 | 10/05/05 |
| 52040 | 107677 | 10485006 | 636.80 | 550057326 | 10/06/05 |
| 52041 | 107698 | 15359110 | 3250.89 | PEDP4900021 | 10/06/05 |
| 52036 | 107699 | 25335174 | 140.70 | 550016201 | 10/06/05 |
| 52076 | 107719 | 25353337 | 582.50 | 550009984 | 10/07/05 |

   

7024 Northland Drive North • Minneapolis, Minnesota 55428-1503
(763) 533-1501   Fax: (763) 533-8091
www.thomasengineering.com

| Ship ID | Invoice # | Delphi Part number | Item amount | Delphi P.O. Number | Ship Date |
|---------|-----------|--------------------|-------------|--------------------|-----------|
| 52075 | 107720 | 25353338 | 582.50 | 550009984 | 10/07/05 |
| 52084 | 107722 | 25350826 | 581.34 | 550033926 | 10/07/05 |
| 52062 | 107723 | 10485006 | 318.40 | 550057326 | 10/07/05 |
| 52063 | 107724 | 25375841 | 180.60 | 550065233 | 10/07/05 |
| 52060 | 107725 | 25335181 | 170.38 | 550016201 | 10/07/05 |
| 52061 | 107726 | 25335174 | 140.70 | 550016201 | 10/07/05 |
| 51814 | 107463 | 25335181 | 340.76 | 550016201 | 09/26/05 |
| 51768 | 107448 | 25357318 | 318.87 | 550023931 | 09/23/05 |
| 51756 | 107449 | 25350826 | 9689.00 | 550033926 | 09/23/05 |
| 51753 | 107450 | 25335181 | 340.76 | 550016201 | 09/23/05 |
| 51754 | 107451 | 25335174 | 140.70 | 550016201 | 09/23/05 |

$27407.13

The Basis for the "Reclamation Demand" is "if such 10-day period expires after the Petition Date, before 20 days after receipt of such Goods by the Debtors."

Sincerely,

*[signature]*

Richard C. Feyereisn, Controller

Thomas Engineering Company
7024 Northland Drive
Brooklyn Park, MN  55428

Phone   763-531-4106
Fax     - 763-971-4494
E-Mail  -  rfeyereisn@thomasengineering.com

Copy:  Skadden, Arps, Slate, Meagher & Flom LLP
       333 West Wacker Drive, Suite 2100
       Chicago, IL  60606

       Skadden, Arps, Slate, Meagher & Flom LLP
       Four Times Square
       New York, NY  10036

**Thomas Engineering Company**
7024 Northland Drive • Minneapolis, MN 55428

United States Bankruptcy Court
Delphi Corporation Claims Docketing Center
Bowling Green Station  PO Box 5058
New York, NY 10274-5058

10274+505833-59 3044

