# UNITED STATES BANKRUPTCY COURT FOR
# THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DELPHI MEDICAL SYSTEMS ) | Case No.05-44481 |
| COLORADO CORPORATION, ) | |
| ) | (Chapter 11) |
| ) | |
| Debtor. ) | |
| _____ ) | |

## DEMAND FOR RECLAMATION OF GOODS PURSUANT TO
## 11 U.S.C. SECTION 546(C) FILED BY A.G. MACHINING

Comes Now A.G. Machining (hereafter "AGM"), by and through its undersigned counsel, and pursuant to 11 U.S.C. Section 546(c) and Colorado Revised Statutes, Section 4-2-702., hereby makes demand for the reclamation of goods as hereafter described:

1. The above Debtor filed its voluntary Chapter 11 petition in this Court on October 8, 2005.

2. Commencing on September 28, 2005 and continuing through October 10, 2005, AGM sold goods ("Goods") on credit to the Debtor in the ordinary course of business. The dates of such sales are described in **Exhibit A** attached hereto and incorporated herein by reference.

3. The Debtor received such Goods while insolvent and within twenty days prior to the date of this reclamation demand.

4. The Debtor has not paid AGM for the Goods.

5. AGM demands that the Goods be returned to AGM pursuant to 11 U.S.C. Section 546(c) and Colorado Revised Statutes, Section 4-2-702.

Dated: October 17, 2005.

By:

Larry D. Harvey P.C.

Larry D. Harvey, Esq. CO Reg. No. 10207
Attorneys for AGM
5290 DTC Parkway, Suite 150
Englewood, Colorado 80111
Telephone (303) 220-7810
Facsimile (303) 850-7115
lharvey@ldhpc.com



## CERTIFICATE OF SERVICE

The undersigned certifies that the within **DEMAND FOR RECLAMATION OF GOODS** was served on the following persons by facsimile at the facsimile number set forth below on the 18th day of October, 2005:

John W. Butler Jr., Esq.          Facsimile:    (312) 407 - 0411
Skadden, Arps et al
333 West Wacker Dr.
Suite 2100
Chicago, IL 60606

Kayalyn A. Marafioti, Esq.     Facsimile:    (212) 735 - 2000
Skadden, Arps et al
Four Times Square
New York, NY 10036

Delphy Medical Systems         Facsimile:    (303) 678 - 8138
Colorado Corporation
4300 Road 18
Longmont, CO 80504

_____
Larry D. Harvey, Esq.

```
AR0100                                                                                                              Page
10/17/05 Trml # 071                                                                                                   3
Oct 17 05 11:50                                                                                                      p.3
                                         A. G. MACHINING, INC. & SHEET METAL
                                              Accounts Receivable Aging
                                                    Customer PEAK
                                                     Thru PEAK
                                         Aging Dates 10/17/05 & Invoice Date

PEAK   DELPHI MEDICAL SYSTEMS, INC.                    Telephone: 303-678-8585
                                                       Fax:       303-678-8139   Terms: NET30            Customer Currency: USD
                                                                                 Attn:

Invoice  Invoice    Trans    Trans     Reference
No.      Date       Type     Date      Number              Amount       Current        30 - 60     60 - 90   Over 90   Not Aged

/045118  09/28/05   INVOICE  09/28/05  704277           1,932.74        1,932.74
/045152  09/29/05   INVOICE  09/29/05  704277             134.82          134.82
/045156  09/29/05   INVOICE  09/29/05  705033           3,724.00        3,724.00
/045176  09/29/05   INVOICE  09/29/05  704496             578.20-         578.20-
/045181  09/30/05   INVOICE  09/30/05  704277             434.56          434.56
/045186  09/30/05   INVOICE  09/30/05  705033          10,591.25       10,591.25
```

```
AR0100   Trml # 071
10/17/05 11:50
```

A. G. MACHINING, INC. & SHEET METAL
Accounts Receivable Aging
Customer PEAK
Aging Dates 10/17/05 & Invoice Date

PEAK    DELPHI MEDICAL SYSTEMS, INC.

Telephone:  303-678-8585
Fax:        303-678-8139

Terms: NET10
Attn:

Customer Currency: USD

| Invoice No. | Invoice Date | Trans Type | Trans Date | Reference Number | Amount | Current | 30 - 60 | 60 - 90 | Over 90 | Not Aged |
|---|---|---|---|---|---|---|---|---|---|---|
| 045213 | 10/03/05 | INVOICE | 10/03/05 | 704277 | 2,085.51 | 2,085.51 | | | | |
| 045233 | 10/04/05 | INVOICE | 10/04/05 | 704277 | 2,468.00 | 2,468.00 | | | | |
| 045237 | 10/04/05 | INVOICE | 10/04/05 | 705552 | 314.40 | 314.40 | | | | |
| 045251 | 10/04/05 | INVOICE | 10/04/05 | 704496 | 578.20 | 578.20 | | | | |
| 045252 | 10/04/05 | INVOICE | 10/04/05 | 707577 | 104.00 | 104.00 | | | | |
| 045257 | 10/05/05 | INVOICE | 10/05/05 | 704277 | 2,275.84 | 2,275.84 | | | | |
| 045273 | 10/05/05 | INVOICE | 10/05/05 | 704496 | 381.54- | 381.54- | | | | |
| 045356 | 10/10/05 | INVOICE | 10/10/05 | 704277 | 367.20 | 367.20 | | | | |
| 045358 | 10/10/05 | INVOICE | 10/10/05 | 705033 | 5,624.00 | 5,624.00 | | | | |
| 045359 | 10/10/05 | INVOICE | 10/10/05 | 705755 | 8,692.00 | 8,692.00 | | | | |
| 045362 | 10/10/05 | INVOICE | 10/10/05 | 706523 | 260.00 | 260.00 | | | | |

Page 4

Exhibit A
Page 2 Of 2