05-44481-rdd    Doc 740    Filed 10/25/05    Entered 10/27/05 14:32:41    Main Document
Pg 1 of 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

In re                                              : Chapter 11
                                                   :
DELPHI CORPORATION, et al.,                        : Case No. 05-44481 (RDD)
                                                   :
                        Debtors.                   : (Jointly Administered)
                                                   :
------------------------------------------------------------ x

## NOTICE OF (A) NOTIFICATION PROCEDURES APPLICABLE TO SUBSTANTIAL HOLDERS OF CLAIMS AND EQUITY SECURITIES AND (B) NOTIFICATION AND HEARING PROCEDURES FOR TRADING IN CLAIMS AND EQUITY SECURITIES

**Delphi Claim Trading Motion**
**c/o Kurtzman Carson Consultants LLC**
P.O. Box 8902
Los Angeles, CA 90295

DECEASED 9/7/05

P.R.: JOSEPH LEVIN
8484 - 16th ST.
#104
SILVER SPRING, MD 20910

SAMUEL FISHBEIN
2B
3501 CLARKS LN
BALTIMORE MD 21215-2541

PROBATE:
REG. of WILLS
BALTIMORE COUNTY
MARYLAND
NO. 105877

2121542541-22 C003

/s/ Joseph Levin, P.R.


RECEIVED OCT 25 2005 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK