1  RUTTER HOBBS & DAVIDOFF
    INCORPORATED
2  Duane Kumagai (State Bar No. 125063)
   1901 Avenue of the Stars
3  Suite 1700
   Los Angeles, CA 90067
4  Telephone: (310) 286-1700
   Facsimile: (310) 286-1728
5
   Attorneys for NMB TECHNOLOGIES CORP.
6

7

8              UNITED STATES BANKRUPTCY COURT

9              SOUTHERN DISTRICT OF NEW YORK

10                  MANHATTAN DIVISION

11  In re                          )  Case No.: 05-44481
                                    )
12  DELPHI CORPORATION, et al.,     )  Chapter 11
                                    )
13              Defendants .        )  Jointly Administered
                                    )
14                                  )  **NOTICE OF RECLAMATION DEMAND**
                                    )  **OF NMB TECHNOLOGIES CORP.**
15                                  )
                                    )
16                                  )

17      PLEASE BE ADVISED that, on October 20, 2005, NMB Technologies Corp. served a Notice

18  of Reclamation Demand on John Wm. Butler and Karalyn A. Marafioti of Skadden, Arps, Slate,

19  Meagher & Flom LLP, in their capacity as counsel of record for debtor Delphi Corporation and other

20  debtors in this jointly administered case. Attached hereto collectively as Exhibit "A" and

21  incorporated by reference is a true copy of the Notice of Reclamation Demand.

22  DATED: October 20, 2005              RUTTER HOBBS & DAVIDOFF

23

24                                       By _____
25                                          DUANE KUMAGAI
                                            State Bar No. 125063
26                                          Rutter Hobbs & Davidoff Incorporated
                                            1901 Avenue of the Stars, Suite 1700
27                                          Los Angeles, California  90067
                                            (310) 286-1700
28

RECEIVED
OCT 2 4 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

ORIGINAL

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

{5156.010-00257077.DOC- 0}                    -1-

**Exhibit A**

# RUTTER
# HOBBS 🏛
# DAVIDOFF
### INCORPORATED
### LAWYERS

October 20, 2005

File No.: 5156.010

**VIA OVERNIGHT MAIL**

DELPHI MEDICAL SYSTEMS
4300 R OAD 18
LONGMONT, COLORADO  80504

Direct Dial No:
(310) 789-1850

E-Mail Address:
dkumagai@rutterhobbs.com

KARALYN A. MARAFIOTI, ESQ.
THOMAS J. MATZ, ESQ.
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
FOUR TIMES SQUARE
NEW YORK, NEW YORK  10036

JOHN WM. BUTLER, JR., ESQ.
JOHN K. LYONS, ESQ.
RON E. MEISLER, ESQ.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
LLP
333 WEST WACKER DRIVE, SUITE 2100
CHICAGO, ILLINOIS  60606

**Re:    NMB Technologies Corp. - Notice of Reclamation Demand**

To Whom it May Concern:

Please take notice that, pursuant to 11 U.S.C. Section 546(c) and applicable state law, including but not limited to California Commercial Code Section 2-702, and by virtue of the insolvency of Delphi Corporation and its affiliates and subsidiaries, including the above-named Delphi company, NMB Technologies Corp. ("NMB") hereby asserts the right of reclamation and demands the immediate segregation and return of all of the motors and other goods described in the enclosed invoices, that were delivered to you on or after October 28, 2005 (collectively, the "Goods"). You are to immediately segregate the Goods until arrangements can be made for their return or until action can be taken, under 11 U.S.C. Section 546(c) or otherwise, to acknowledge NMB's reclamation claim.  NMB also hereby demands an inventory of the Goods be taken to account for the Goods.  Unless you authorize the return of the Goods and provide an accounting immediately, further appropriate measures will be taken.

Please contact me to make arrangements to allow NMB to reclaim the Goods.

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
L A W Y E R S

Delphi Automotive Systems Espana
October 20, 2005
Page 2


NMB reserves the right to amend and supplement this Reclamation Notice or to file additional reclamation notices or claims; including without limitation, all other claims at law or in equity.  NMB also reserves all rights accruing to it, and the filing of this Reclamation Notice is not intended to be and shall not be construed as:  (1) an election of remedy; (2) a waiver of any past, present or future defaults or events of default; or (3) a waiver or limitation of any rights of NMB.

Sincerely,

Duane Kumagai

DK:cas
Enclosures

{5156.010-00257054.DOC- ()}

# INVOICE

NMB

9730 INDEPEND... AVENUE
CHATSWORTH, CA 91311
818 341-0820

**(REMITTANCE ADDRES. ONLY)**

NMB TECHNOLOGIES CORPORATION
P. O. BOX 4767
LOS ANGELES, CA 90051-4767

CUSTOMER NUMBER D276901*

PAGE 1.

**S H I P T O**

DELPHI MEDICAL SYSTEMS
4300 ROAD 18
LONGMONT          CO   80504

**B I L L T O**

DELPHI MEDICAL SYSTEMS
4300 ROAD 18
LONGMONT          CO   80504

| TERMS |
|---|
| SHIP POINT |
| MNS2 |

| N.M.B. INVOICE | INVOICE DATE |
|---|---|
| G44692 | 9/28/2005 |

| CUSTOMER P/O NUMBER |
|---|
| 701273 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G44692 | SYLVE |

| SHIP VIA |
|---|
| UPS GROUND SERVICE |

CUSTOMER NUMBER   D274900

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| AS-6364 | | | | |
| C1700-61705 | | | | |
|                              YN85502 | *I | 1,000 | 2.270 | 2,270.00 |
| | | *SHIPPING CHARGE.. | | 5.81 |
| | | | | |
| TOTAL WEIGHT 00025 LBS | | | | |
| # OF CARTONS 0001 | | | | |
| B/L   0341964244 | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

| PLEASE PAY THIS ➡ AMOUNT | 2,275.81 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

**CUSTOMER**

SA0115RFM  M21   811

**RUTTER**

**HOBBS &**

**DAVIDOFF**

INCORPORATED
L A W Y E R S

October 20, 2005                                                    File No.: 5156.010
**VIA OVERNIGHT MAIL**

DELPHI ENERGY & ENGINE          DELPHI AUTOMOTIVE SYSTEMS     Direct Dial No:
MANAGEMENT                      999 RANDALL ROAD             (310) 789-1850
DIVISION OF GENERAL MOTORS      COOPERSVILLE, MI  49404
ATTN:  ACCOUNTS PAYABLE                                      E-Mail Address:
P.O. BOX 436040                                              dkumagai@rutterhobbs.com
PONTIAC, MI  48343-6040


DELPHI - E                      DELPHI - E
C/O TRIALON CORPORATION         32 CELERITY WAGON
CENTER ROAD LAB                 EL PASO, TX  79906
1489 WALLI STRASSE BLVD.
BURTON, MI  48509


DELPHI - E                      DELPHI - E
1000 LEXINGTON AVENUE           RECEIVING AREA 501
ROCHESTER, NY  14606            1601 NORTH AVERILL ROAD
                                FLINT, MI  48556


DELPHI - FLINT EAST             DELPHI INC.
RECEIVING AREA 501              5500 W. HENRIETTA ROAD
1601 NORTH AVERILL ROAD         W. HENRIETTA, NEW YORK  14586
FLINT, MI  48343-6040


DELPHI ENERGY & CHASSIS         JOHN WM. BUTLER, JR., ESQ.
SYSTEM                          JOHN K. LYONS, ESQ.
48 WALTER JONES BLVD.           RON E. MEISLER, ESQ.
BUILDING "B" DOCK 87 & 88       SKADDEN, ARPS, SLATE, MEAGHER & FLOM
ATTN:  MR. JOSE MEZA            LLP
EL PASO, TX  79906              333 WEST WACKER DRIVE, SUITE 2100
                                CHICAGO, ILLINOIS  60606

KARALYN A. MARAFIOTI, ESQ.
THOMAS J. MATZ, ESQ.
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
FOUR TIMES SQUARE
NEW YORK, NEW YORK  10036


### Re:   **NMB Technologies Corp. - Notice of Reclamation Demand**

**RUTTER**

**HOBBS &**

**DAVIDOFF**

INCORPORATED
L A W Y E R S

Delphi Energy & Engine Management, et al.
October 20, 2005
Page 2

To Whom it May Concern:

Please take notice that, pursuant to 11 U.S.C. Section 546(c) and applicable state law, including but not limited to California Commercial Code Section 2-702, and by virtue of the insolvency of Delphi Corporation and its affiliates and subsidiaries, including the above-named Delphi companies, NMB Technologies Corp. ("NMB") hereby asserts the right of reclamation and demands the immediate segregation and return of all of the motors and other goods described in the enclosed invoices, that were delivered to you on or after October 28, 2005 (collectively, the "Goods"). You are to immediately segregate the Goods until arrangements can be made for their return or until action can be taken, under 11 U.S.C. Section 546(c) or otherwise, to acknowledge NMB's reclamation claim. NMB also hereby demands an inventory of the Goods be taken to account for the Goods. Unless you authorize the return of the Goods and provide an accounting immediately, further appropriate measures will be taken.

Please contact me to make arrangements to allow NMB to reclaim the Goods.

NMB reserves the right to amend and supplement this Reclamation Notice or to file additional reclamation notices or claims; including without limitation, all other claims at law or in equity. NMB also reserves all rights accruing to it, and the filing of this Reclamation Notice is not intended to be and shall not be construed as: (1) an election of remedy; (2) a waiver of any past, present or future defaults or events of default; or (3) a waiver or limitation of any rights of NMB.

Sincerely,

Duane Kumagai

DK:cas
Enclosures

# NMB

9730 INDEPEND. E AVENUE
CHATSWORTH, CA  91311
818 341-0820

## INVOICE

PLEASE REFUND TO
(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P. O. BOX 8000  (S-2475)
PHILADELPHIA, PA  19178-2475

**CUSTOMER NUMBER** AT05B1D

**S H I P   T O**

DELPHI ENGERY & CHASSIS SYSTEM
48 WALTER JONES BLVD
BUILDING "B" DOCK 87 & 88
ATTEN: MR. JOSE MEZA
EL PASO        TX  79906

PAGE

**B I L L   T O**

DELPHI ENERGY & ENGINE MANAGEM
DIVISION OF GENERAL MOTORS
ATTN:  ACCOUNTS PAYABLE
P. O. BOX 436040
PONTIAC        MI  48343-6040

| TERMS | |
|---|---|
| F.O.B.WIXOM | |
| MNS2 | |

| N.M.B. INVOICE | INVOICE DATE |
|---|---|
| G34446 | 8/18/2005 |

| CUSTOMER P/O NUMBER |
|---|
| JMS41928 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G34446 | TAKE |

| SHIP VIA |
|---|
| FEDEX OVERNITE (10 A |

**CUSTOMER NUMBER** AT05B0D

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | | M K G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|---|
| ITEM NO. 001 | | | | | |
| R-1340HH | R  A1 P58LY532 | | | | |
| 25385580 | | | | | |
| | YX83501 | *I | 200 | 2.000 | 400.00 |
| PLEASE ATTACH ORANGE ALERT STICKER TO CARTON | | | | | |
| TOTAL WEIGHT 00003 LBS | | | | | |
| # OF CARTONS 0001 | | | | | |
| B/L 624700140319 | | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

SHIP NEXT DAY BY FEDEX #276360209 OR UPS #2750RX
SHIP TO: MR. JOSE MEZA(SRA PRODUCT ENGINEER)
          TEL. 915-612-7331 EXT. 6618
**** PLEASE CONTACT YOSHIKO BEFORE SHIP OUT. NEED TO PUT THE
LABELS ON THE BOX ****

| PLEASE PAY THIS → AMOUNT | 400.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

CUSTOMER

SA011SRFM M21     800

# NMB

CHATSWORTH, CA 91311
818 341-0820

NMB TECHNOLOGIES CORPORATION
P.O. BOX 8500 (S-24750)
PHILADELPHIA, PA 19178-2475

# INVOICE

**CUSTOMER NUMBER** AT00911

<table>
<tr><td colspan="2"><b>SHIP TO</b></td></tr>
</table>

DELPHI ENGERY & CHASSIS SYSTEM
48 WALTER JONES BLVD
BUILDLING "B" DOCK 87 & 88
ATTEN: MR. JOSE MEZA
EL PASO        TX 79906

PAGE

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B.WIXOM | G35301 | 8/23/2005 |
| MNS2 | | |

**BILL TO**

DELPHI ENERGY & ENGINE MANAGEM
DIVISION OF GENERAL MOTORS
ATTN: ACCOUNTS PAYABLE
P. O. BOX 436040
PONTIAC        MI 48343-6040

| CUSTOMER P.O. NUMBER |
|---|
| JMS41928 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G35301 | TAKE |

| SHIP VIA |
|---|
| UPS RED NEXT DAY AIR |

**CUSTOMER NUMBER** AT05800

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| R-1340HH        R A1 P58LY489 | | | | |
| 25385580 | | | | |
| YY71901 | *I | 200 | 1.000 | 200.00 |
| TOTAL WEIGHT 00003 LBS | | | | |
| # OF CARTONS 0001 | | | | |
| B/L 155318880 | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

SHIP NEXT DAY BY FEDEX #276330209 OR UPS #2760EX
SHIP TO: MR. JOSE MEZA(SRA PRODUCT ENGINEER)
TEL: 915-642-7321 EXT 6838
**** PLEASE CONTACT YOSHIKO BEFORE SHIP OUT, NEED TO PUT THE
LABELS ON THE BOX ****

| PLEASE PAY THIS ⟶ AMOUNT | 200.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA0115RFM  M21        800

CUSTOMER

# INVOICE

## NMB

CHATSWORTH, CA 91311
818 341-0820

(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P.O. BOX 8500 (S-2475)
PHILADELPHIA, PA 19178-2475

**CUSTOMER NUMBER** A105808

PAGE

**SHIP TO**
DELPHI-E
32 CELERITY WAGON
EL PASO        TX   79906

**BILL TO**
DELPHI ENERGY & ENGINE MANAGEM
DIVISION OF GENERAL MOTORS
ATTN: ACCOUNTS PAYABLE
P. O. BOX 436040
PONTIAC        MI   48343-6040

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B. WOOD DALE  MNS2 | G37115 | 8/30/2005 |

| CUSTOMER P.O. NUMBER |
|---|
| 550037040 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G37115 | TAKE |

| SHIP VIA |
|---|
| BAX GLOBAL |

**CUSTOMER NUMBER** A105808

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER  CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| R-1340HH           R  A1 P58LY121 | | | | |
| 25180716 | | | | |
| YZ16801 | *I | 4,000 | 0.770 | 3,080.00 |
| TOTAL WEIGHT 00032 LBS | | | | |
| # OF CARTONS 0002 | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS. )

SHIPMENTS LESS THAN 150 LBS AND GREATER THAN 100 MILES SHIP
BAX GLOBAL 2ND DAY      866-229-7877 X23

| PLEASE PAY THIS AMOUNT → | 3,080.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA0115RFM  M21      881                                      **CUSTOMER**

# INVOICE

**NMB**

930 WEST 98TH RD.
CHATSWORTH, CA 91311
818 341-0820

CUSTOMER NUMBER

NMB TECHNOLOGIES CORPORATION
P.O. BOX 8500 (6-24767)
PHILADELPHIA, PA 19178-2475
(REMITTANCE ADDRESS ONLY)

SHIP TO

DELPHI-E
32 CELERITY WAGON
EL PASO        TX  79906

PAGE

DELPHI ENERGY & ENGINE MANAGEM
DIVISION OF GENERAL MOTORS
ATTN:  ACCOUNTS PAYABLE
P. O. BOX 436040
PONTIAC        MI  48343-6040

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B. WOOD DALE<br>MNS2 | G37116 | 8/30/2005 |

**CUSTOMER P.O. NUMBER**
550037196

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G37116 | TAKE |

**SHIP VIA**
BAX GLOBAL

CUSTOMER NUMBER

**PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE**

| ITEM DESCRIPTION - S/O NUMBER<br>CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| RI-1438DDSD429MT   R  A1 P811LY48 | | | | |
| 17089326 | | | | |
| YZ16901 | *I | 3,000 | 0.448 | 1,344.00 |
| TOTAL WEIGHT 00084 LBS | | | | |
| # OF CARTONS 0002 | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

SHIPMENTS LESS THAN 150 LBS AND GREATER THAN 500 MILES SHIP
BAX GLOBAL 2ND DAY  866-229-7877 X23

| PLEASE PAY THIS AMOUNT | 1,344.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA0115RFM  M21      881

CUSTOMER

**NMB**

0730 R 74
CHATSWORTH, CA 91311
818 341-0820

**INVOICE**

NMB TECHNOLOGIES CORPORATION
P. O. BOX 1000 18-2415
PHILADELPHIA, PA 19178

CUSTOMER NUMBER AT05803

S H I P T O

DELPHI-E
1000 LEXINGTON AVENUE
ROCHESTER NY 14606

PAGE

B I L L T O

DELPHI ENERGY & ENGINE MANAGEM
DIVISION OF GENERAL MOTORS
ATTN: ACCOUNTS PAYABLE
P. O. BOX 436040
PONTIAC MI 48343-6040

| TERMS | | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|---|
| F.O.B. WOOD DALE | | G37773 | 8/31/2005 |
| MNS2 | | | |

| CUSTOMER P.O. NUMBER |
|---|
| 550005908 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G37773 | GENT |

| SHIP VIA |
|---|
| POINT DEDICATED (800 |

CUSTOMER NUMBER AT05803

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| L-1910DDSD429 R A1 P811LY48 | | | | |
| 17104713 | | | | |
| YZ36101 | *I | 24,000 | 0.484 | 11,616.00 |
| SIGNAL 87 | | | | |
| MILK RUN 8/31 | | | | |
| TOTAL WEIGHT 00392 LBS | | | | |
| # OF CARTONS 0012 | | | | |
| B/L N/A | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

POINT DEDICATED (CARRIER NAME)

| PLEASE PAY THIS → AMOUNT | 11,616.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA0115RFM M21 821

CUSTOMER

# NMB

CHATSWORTH, CA 91311
818 341-0820

**CUSTOMER NUMBER** AP0L808

SHIP TO

DELPHI - E
32 CELERITY WAGON
EL PASO          TX   79906

NMB TECHNOLOGIES CORPORATION
P. O. BOX 8500 (S-2470)
PHILADEPHIA, PN   19178-2470

**INVOICE**

PAGE

BILL TO

DELPHI ENERGY & ENGINE MANAGEM
DIVISION OF GENERAL MOTORS
ATTN:  ACCOUNTS PAYABLE
P. O. BOX 436040
PONTIAC          MI   48343-6040

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B.WOOD DALE MNS2 | G38580 | 9/ 2/2005 |

**CUSTOMER P.O. NUMBER**
550037040

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G38580 | TAKE |

**SHIP VIA**
BAX GLOBAL

**CUSTOMER NUMBER**

**PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE**

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| R-1340HH          R  A1 P58LY121 | | | | |
| 25180716 | | | | |
| YZ50801 | *I | 6,000 | 0.770 | 4,620.00 |
| TOTAL WEIGHT 00048 LBS | | | | |
| # OF CARTONS 0003 | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

SHIPMENTS LESS THAN 150 LBS AND GREATER THAN 500 MILES SHIP VIA
BAX GLOBAL, 2ND DAY    866-229-7877 X23

| PLEASE PAY THIS → AMOUNT | 4,620.00 |
|---|---|

SUBJECT TO THE TERMS AND CONDITIONS ATTACHED HERETO OR ON THE REVERSE HEREOF

SA0115RFM  M21       881                                                    **CUSTOMER**

# NMB

738 ROUTE 31 73 N. AVENUE
CHATSWORTH, CA 91311
818 341-0820

**INVOICE**

(REMITTANCE ADDRESS ONLY)

CUSTOMER NUMBER AT05808

NMB TECHNOLOGIES CORPORATION
P.O. BOX 8501 G 2475
PHILADELPHIA PA 19178 2475

S H I P T O

DELPHI-E
32 CELERITY WAGON
EL PASO        TX   79906

PAGE 1

B I L L T O

DELPHI ENERGY & ENGINE MANAGEM
DIVISION OF GENERAL MOTORS
ATTN:  ACCOUNTS PAYABLE
P. O. BOX 436040
PONTIAC        MI   48343-6040

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B.WOOD DALE MNS2 | G38579 | 9/ 2/2005 |

| CUSTOMER P.O. NUMBER | |
|---|---|
| 550037196 | |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G38579 | TAKE |

| SHIP VIA |
|---|
| BAX GLOBAL |

CUSTOMER NUMBER  AT05808

**PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE**

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| RI-1438DDSD429MT    R  A1 P811LY48 | | | | |
| 17089326 | | | | |
| YZ50701 | *I | 1,500 | 0.448 | 672.00 |
| TOTAL WEIGHT 00042 LBS | | | | |
| # OF CARTONS 0001 | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS.DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS. )

SHIPMENTS LESS THAN 150 LBS AND GREATER THAN 500 MILES SHIP
BAX GLOBAL 2ND DAY  866-229-7877 X23

| PLEASE PAY THIS → AMOUNT | 672.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA0115RFM M21    881

CUSTOMER

# NMB

30 PACIFICATE AVENUE
CHATSWORTH, CA   91311
818 341-0820

CUSTOMER NUMBER  AEO5806

## INVOICE

(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P. O. BOX 8500 - 2175
PHILADELPHIA   PA  19178-2175

**SHIP TO**

DELPHI-E
32 CELERITY WAGON
EL PASO          TX   79906

PAGE

**BILL TO**

DELPHI ENERGY & ENGINE MANAGEM
DIVISION OF GENERAL MOTORS
ATTN:   ACCOUNTS PAYABLE
P. O. BOX 436040
PONTIAC          MI   48343-6040

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B. WOOD DALE<br>MNS2 | G39238 | 9/ 6/2005 |

**CUSTOMER P/O NUMBER**

550037196

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G39238 | TAKE |

**SHIP VIA**

BAX GLOBAL

CUSTOMER NUMBER   AEO5806          PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER<br>CUSTOMER PART NUMBER | M<br>F<br>G | QUANTITY<br>SHIPPED | UNIT<br>PRICE | AMOUNT<br>(US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| RT-1438DDSD429MT    R  A1  P811LY48 | | | | |
| I70U9326 | | | | |
| YZ55801 | *1 | 1,500 | 0.448 | 672.00 |
| TOTAL WEIGHT 00042 LBS | | | | |
| # OF CARTONS 0001 | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

SHIPMENTS LESS THAN 150 LBS AND GREATER THAN 500 MILES SHIP
BAX GLOBAL 2ND DAY  866-229-7877 X23

| PLEASE PAY<br>THIS ▷<br>AMOUNT | 672.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

**CUSTOMER**

SA0115RFM  M21     881

# NMB

730 WONDERFUL AVENUE
CHATSWORTH, CA 91311
818 341-0820

# INVOICE

CUSTOMER NUMBER: AT05800

**SHIP TO**
DELPHI ENGERY & CHASSIS SYSTEM
48 WALTER JONES BLVD
BUIDLDING "B" DOCK 87 & 88
ATTEN: MR. JOSE MEZA
EL PASO      TX  79906

(REMITTANCE ADDRESS ONLY)
NMB TECHNOLOGIES CORPORATION
P. O. BOX 8500 (S-2475)
PHILADELPHIA, PA 19178-2475

PAGE

**BILL TO**
DELPHI ENERGY & ENGINE MANAGEM
DIVISION OF GENERAL MOTORS
ATTN:  ACCOUNTS PAYABLE
P. O. BOX 436040
PONTIAC      MI  48343-6040

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B.WIXOM NC | G39807 | 9/ 7/2005 |

**CUSTOMER P/O NUMBER**
JMS42558

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G39807 | TAKE |

**SHIP VIA**
UPS GROUND COLLECT

CUSTOMER NUMBER      AT05800

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | MFG | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| RT-1438DDSD429MT    R  A1 P811LY489J | | | | |
| 25385581 | | | | |
| | YZ64901 | *I | 300 | 0.578 | 173.40 |
| TOTAL WEIGHT 00010 LBS | | | | |
| # OF CARTONS 0001 | | | | |
| B/L 156677535 | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS DIVERSION CONTRARY TO U.S LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

SHIP NEXT DAY BY FEDEX #276330209 OR UPS #2760EX
SHIP TO: MR. JOSE MEZA (SRA PRODUCT ENGINEER)
TEL: 915-612-7321 EXT 6938
**** PLEASE CONTACT YOSHIKO BEFORE SHIP OUT, NEED TO PUT THE
LABELS ON THE BOX.****

PLEASE PAY THIS → AMOUNT     173.40

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA0115RFM M21   800                                      CUSTOMER

**NMB**

CHATSWORTH, CA   91311
818 341-0820

**INVOICE**

(INVOICE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P. O. BOX 9800-18-2475
PHILADELPHIA, PA   19178-2475

**CUSTOMER NUMBER** AT05808

SHIP TO

DELPHI-E
32 CELERITY WAGON
EL PASO        TX   79906

PAGE

BILL TO

DELPHI ENERGY & ENGINE MANAGEM
DIVISION OF GENERAL MOTORS
ATTN:  ACCOUNTS PAYABLE
P. O. BOX 436040
PONTIAC        MI  48343-6040

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B. WOOD DALE | G40021 | 9/ 8/2005 |
| MNS2 | | |

| CUSTOMER P.O. NUMBER |
|---|
| 550037040 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G40021 | TAKE |

| SHIP VIA |
|---|
| BAX GLOBAL |

**CUSTOMER NUMBER**   AT05808

**PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE**

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| R-1340HH        R  A1 P58LY121 | | | | |
| 25180716 | | | | |
| | YZ79801 | *1 | 4,000 | 0.770 | 3,080.00 |
| TOTAL WEIGHT 00032 LBS | | | | |
| # OF CARTONS 0002 | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
** THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS. )

SHIPMENTS LESS THAN 150 LBS AND GREATER THAN 500 MILES SHIP
BAX GLOBAL, 2ND DAY   866-229-7877 X23

| PLEASE PAY THIS ➡ AMOUNT | 3,080.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

BA0115RFM  M21      881

**CUSTOMER**

## NMB

CHATSWORTH, CA 91311
818 341-0820

**INVOICE**

(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P. O. BOX 8500 (S-2475)
PHILADELPHIA, PA 15178-2475

CUSTOMER NUMBER A105800

S H I P T O

DELPHI-E
32 CELERITY WAGON
EL PASO      TX   79906

PAGE

B I L L T O

DELPHI ENERGY & ENGINE MANAGEM
DIVISION OF GENERAL MOTORS
ATTN:   ACCOUNTS PAYABLE
P. O. BOX 436040
PONTIAC      MI   48343-6040

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B.WOOD DALE | G40020 | 9/ 8/2005 |
| MNS2 | | |

| CUSTOMER P.O. NUMBER |
|---|
| 550037196 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G40020 | TAKE |

| SHIP VIA |
|---|
| BAX GLOBAL |

CUSTOMER NUMBER   A105800

**PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE**

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| RI-1438DDSD429MT      R  A1 P811LY48 | | | | |
| 17089326 | | | | |
| YZ79701 | *I | 3,000 | 0.448 | 1,344.00 |
| TOTAL WEIGHT 00084 LBS | | | | |
| # OF CARTONS 0002 | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

SHIPMENTS LESS THAN 150 LBS AND GREATER THAN 500 MILES SHIP
BAX GLOBAL 2ND DAY  866-229-7877 X23

| PLEASE PAY THIS ► AMOUNT | 1,344.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

A0115RFM  M21      881

CUSTOMER

# INVOICE

**NMB**

05/30/2005
CHATSWORTH, CA 91311
818 341-0820

(REMITTANCE ADDRESS ONLY)
NMB TECHNOLOGIES CORPORATION
P. O. BOX 8500 GS 2475
PHILADELPHIA, PA 19178-2475

**CUSTOMER NUMBER** ATO5803

| | |
|---|---|
| **S H I P T O** | DELPHI-E<br>1000 LEXINGTON AVENUE<br>ROCHESTER       NY 14606 |

PAGE

| **TERMS** | **N.M.B. INVOICE** | **INVOICE DATE** |
|---|---|---|
| F.O.B. WOOD DALE<br>MNS2 | G40310 | 9/ 9/2005 |

| | |
|---|---|
| **B I L L T O** | DELPHI ENERGY & ENGINE MANAGEM<br>DIVISION OF GENERAL MOTORS<br>ATTN:   ACCOUNTS PAYABLE<br>P. O. BOX 436040<br>PONTIAC         MI  48343-6040 |

**CUSTOMER P/O NUMBER**
550005908

| **PACKING SLIP NO.** | **SALES ENGINEER** |
|---|---|
| G40310 | GENT |

**SHIP VIA**
POINT DEDICATED (800

**CUSTOMER NUMBER** ATO5803

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER<br>CUSTOMER PART NUMBER | M F G | QUANTITY<br>SHIPPED | UNIT<br>PRICE | AMOUNT<br>(US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| RI-1438DDSD429MT    R  A1 P811LY48 | | | | |
| C7089326 | | | | |
| YZ85501 | *I | 22,500 | 0.448 | 10,080.00 |
| SIGNAL  142 | | | | |
| MILK RUN 9/9/5 | | | | |
| TOTAL WEIGHT 00569 LBS | | | | |
| # OF CARTONS 0015 | | | | |
| S/L       N/A | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

PD  POINT DEDICATED (CARRIER NAME)

| **PLEASE PAY<br>THIS →<br>AMOUNT** | 10,080.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA0115RPM M21      821

CUSTOMER

**NMB**

CHATSWORTH, CA  91311
818 341-0820

**INVOICE**

CUSTOMER NUMBER   AP05600 A

SHIP TO

DELPHI-E
32 CELERITY WAGON
EL PASO          TX   79906

PAGE

BILL TO

DELPHI ENERGY & ENGINE MANAGEM
DIVISION OF GENERAL MOTORS
ATTN:  ACCOUNTS PAYABLE
P. O. BOX 436040
PONTIAC          MI  48343-6040

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B. WOOD DALE | G40592 | 9/12/2005 |
| MNS2 | | |

| CUSTOMER P.O. NUMBER |
|---|
| 550037040 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G40592 | TAKE |

| SHIP VIA |
|---|
| BAX GLOBAL |

CUSTOMER NUMBER   AP05600 A

**PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE**

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M f g | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| R-1340HH          R  A1  P58LY121 | | | | |
| 25180716 | | | | |
|                                    YZ89301 | *I | 6,000 | 0.770 | 4,620.00 |
| TOTAL WEIGHT 00048 LBS | | | | |
| # OF CARTONS 0003 | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

SHIPMENTS LESS THAN 150 LBS AND GREATER THAN 300 MILES SHIP
BAX GLOBAL 2ND DAY     866-229-7877 X23

| | PLEASE PAY THIS → AMOUNT | 4,620.00 |
|---|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

3A0115RFM   M21       88J

**CUSTOMER**

# NMB

CHATSWORTH, CA 91311
818 341-0820

**INVOICE**

(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P.O. BOX 8500 (S-3495)
PHILADELPHIA, PA 19178-3495

**CUSTOMER NUMBER** AT05808

PAGE

SHIP TO

DELPHI-E
32 CELERITY WAGON
EL PASO      TX  79906

BILL TO

DELPHI ENERGY & ENGINE MANAGEM
DIVISION OF GENERAL MOTORS
ATTN:  ACCOUNTS PAYABLE
P. O. BOX 436040
PONTIAC      MI  48343-6040

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B. WOOD DALE | G41121 | 9/13/2005 |
| MNS2 | | |

**CUSTOMER P.O. NUMBER**
550037196

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G41121 | TAKE |

**SHIP VIA**
BAX GLOBAL

**CUSTOMER NUMBER** AT05808

**PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE**

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| RI-1438DDSD429MT      R A1 P811LY48 | | | | |
| 17089326 | | | | |
| | YZ97101 *I | 3,000 | 0.448 | 1,344.00 |
| TOTAL WEIGHT 00084 LBS | | | | |
| # OF CARTONS 0002 | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

SHIPMENTS LESS THAN 150 LBS AND GREATER THAN 300 MILES SHIP
BAX GLOBAL 2ND DAY   866-229-7877 X23

| | |
|---|---|
| PLEASE PAY THIS → AMOUNT | 1,344.00 |

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA0115RFM  M21      881

CUSTOMER

# NMB

CHATSWORTH, CA 91311
818 341-0820

**INVOICE**

NMB TECHNOLOGIES CORPORATION
P. O. BOX 8500 S-2495
PHILADELPHIA PA 19178-2495

(REMITTANCE ADDRESS ONLY)

CUSTOMER NUMBER AT05808

**SHIP TO**

DELPHI-E
32 CELERITY WAGON
EL PASO        TX   79906

PAGE

**BILL TO**

DELPHI ENERGY & ENGINE MANAGEM
DIVISION OF GENERAL MOTORS
ATTN:  ACCOUNTS PAYABLE
P. O. BOX 436040
PONTIAC          MI  48343-6040

| TERMS | | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|---|
| F.O.B.WOOD DALE | | G41440 | 9/14/2005 |
| MN82 | | | |

| CUSTOMER P/O NUMBER |
|---|
| 550037040 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G41440 | TAKE |

| SHIP VIA |
|---|
| BAX GLOBAL |

CUSTOMER NUMBER   AT05808

**PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE**

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| R-1340HH            R  A1 P58LY121 | | | | |
| 25180716 | | | | |
| ZA03501 | *I | 4,000 | 0.770 | 3,080.00 |
| TOTAL WEIGHT 00032 LBS | | | | |
| # OF CARTONS 0002 | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS. )

SHIPMENTS LESS THAN 150 LBS AND GREATER THAN 500 MILES SHIP
BAX GLOBAL 2ND DAY   866-229-7877 X23

| PLEASE PAY THIS AMOUNT | 3,080.00 |
|---|---|

**SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF**

BA0115RFM  M21      881

**CUSTOMER**

# NMB

CHATSWORTH, CA 91311
818 341-0820

**INVOICE**

NMB TECHNOLOGIES CORPORATION
P. O. BOX 8500 (S-2475)
PHILADELPHIA PA 19178-2475
(REMITTANCE ADDRESS ONLY)

**CUSTOMER NUMBER** A108003

S
H
I
P

T
O

DELPHI-E
1000 LEXINGTON AVENUE
ROCHESTER        NY  14606

PAGE

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B.  WOOD DALE | G41442 | 9/14/2005 |
| MNS2 | | |

B
I
L
L

T
O

DELPHI ENERGY & ENGINE MANAGEM
DIVISION OF GENERAL MOTORS
ATTN:  ACCOUNTS PAYABLE
P. O. BOX 436040
PONTIAC        MI  48343-6040

**CUSTOMER P/O NUMBER**
550005908

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G41442 | GENT |

**SHIP VIA**
POINT DEDICATED (800

**CUSTOMER NUMBER**        A108003

**PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE**

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| L-1910DDSD429      R  A1 P811LY48 | | | | |
| T/104713 | | | | |
| ZA03701 | *I | 24,000 | 0.484 | 11,616.00 |
| SIGNAL  88 | | | | |
| MILK RUN  9/14 | | | | |
| TOTAL WEIGHT 00392 LBS | | | | |
| # OF CARTONS 0012 | | | | |
| B/L        N/A | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

POINT DEDICATED (CARRIER NAME)

| | |
|---|---|
| PLEASE PAY THIS → AMOUNT | 11,616.00 |

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA0115RFM  M21      821

**CUSTOMER**

# NMB

CHATSWORTH, CA 91311
818 341-0820

**INVOICE**

CUSTOMER NUMBER AT05808

NMB TECHNOLOGIES CORPORATION
P.O. BOX 0500 (S-2975)
PHILADELPHIA, PA 19178-2975
(REMITTANCE ADDRESS ONLY)

PAGE

<table>
<tr><td rowspan="3">S H I P T O</td><td>DELPHI-E</td></tr>
<tr><td>32 CELERITY WAGON</td></tr>
<tr><td>EL PASO      TX   79906</td></tr>
</table>

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B.WOOD DALE<br>MNS2 | G42813 | 9/20/2005 |

<table>
<tr><td rowspan="4">B I L L T O</td><td>DELPHI ENERGY & ENGINE MANAGEM</td></tr>
<tr><td>DIVISION OF GENERAL MOTORS</td></tr>
<tr><td>ATTN:  ACCOUNTS PAYABLE</td></tr>
<tr><td>P. O. BOX 436040</td></tr>
<tr><td></td><td>PONTIAC        MI   48343-6040</td></tr>
</table>

| CUSTOMER P/O NUMBER |
|---|
| 550037040 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G42813 | TAKE |

| SHIP VIA |
|---|
| BAX GLOBAL |

CUSTOMER NUMBER AT05808

**PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE**

| ITEM DESCRIPTION - S/O NUMBER<br>CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| R-1340HH       R  A1 P58LY121 | | | | |
| 25180716 | | | | |
| ZA37801 | *I | 4,000 | 0.770 | 3,080.00 |
| TOTAL WEIGHT 00032 LBS | | | | |
| # OF CARTONS 0002 | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

SHIPMENTS LESS THAN 150 LBS AND GREATER THAN 500 MILES SHIP
BAX GLOBAL 2ND DAY      866-229-7877 X23

| PLEASE PAY THIS → AMOUNT | 3,080.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA0115RFM  M21      881

**CUSTOMER**

# INVOICE

**NMB**

MINEBEA CORPORATION
CHATSWORTH, CA 91311
818 341-0820

(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P.O. BOX 8500 (052-2791)
PHILADELPHIA, PA 19178-2791

CUSTOMER NUMBER [AT05803]

PAGE

S
H
I
P

T
O

DELPHI-E
1000 LEXINGTON AVENUE
ROCHESTER    NY   14606

B
I
L
L

T
O

DELPHI ENERGY & ENGINE MANAGEM
DIVISION OF GENERAL MOTORS
ATTN:  ACCOUNTS PAYABLE
P. O. BOX 436040
PONTIAC        MI   48343-6040

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B. WOOD DALE | G43040 | 9/21/2005 |
| MNS2 | | |

| CUSTOMER P/O NUMBER |
|---|
| 550005908 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G43040 | GENT |

| SHIP VIA |
|---|
| POINT DEDICATED (800 |

CUSTOMER NUMBER [AT05800]

**PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE**

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| RI-1438DDSD429MT    R  A1 P811LY48 | | | | |
| I7089326 | | | | |
| ZA46701 | *I | 22,500 | 0.448 | 10,080.00 |
| SIGNAL  143 | | | | |
| MILK RUN   9/21 | | | | |
| TOTAL WEIGHT 00569 LBS | | | | |
| # OF CARTONS 0015 | | | | |
| B/L        N/A | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

POINT DEDICATED (CARRIER NAME)

| PLEASE PAY THIS → AMOUNT | 10,080.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA0115RFM  M21     821

CUSTOMER

# NMB

CHATSWORTH, CA 91311
818 341-0820

(REMITTANCE ADDRESS ONLY)

## INVOICE

NMB TECHNOLOGIES CORPORATION
P. O. BOX 8500 (S-2475)
PHILADELPHIA PA 19178-2475

**CUSTOMER NUMBER** ATO5808

S
H
I
P

T
O

DELPHI-E
32 CELERITY WAGON
EL PASO      TX  79906

PAGE

| TERMS | | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|---|
| F.O.B.WOOD DALE | | G43292 | 9/22/2005 |
| MNS2 | | | |

B
I
L
L

T
O

DELPHI ENERGY & ENGINE MANAGEM
DIVISION OF GENERAL MOTORS
ATTN:  ACCOUNTS PAYABLE
P. O. BOX 436040
PONTIAC      MI  48343-6040

**CUSTOMER P.O NUMBER**
550037040

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G43292 | TAKE |

**SHIP VIA**
BAX GLOBAL

**CUSTOMER NUMBER** ATO5808

**PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE**

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| R-1340HH          R  A1 P58LY121 | | | | |
| 25180716 | | | | |
| | ZA54101  *I | 2,000 | 0.770 | 1,540.00 |
| TOTAL WEIGHT 00016 LBS | | | | |
| # OF CARTONS 0001 | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS DIVERSION CONTRARY TO U.S LAW PROHIBITED
I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

SHIPMENTS LESS THAN 750 LBS AND GREATER THAN 500 MILES SHIP
BAX GLOBAL 2ND DAY    866-229-7877 X23

| PLEASE PAY THIS ▶ AMOUNT | 1,540.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

A0115RFM  M21      881

CUSTOMER

# NMB

CHATSWORTH, CA 91311
818 341-0820

**INVOICE**

(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P.O. BOX 8500 (49-2475)
PHILADELPHIA PA 19178-2475

**CUSTOMER NUMBER** AT05808

S
H
I
P

T
O

DELPHI-E
32 CELERITY WAGON
EL PASO     TX   79906

PAGE

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B. WOOD DALE | G43823 | 9/26/2005 |
| MNS2 | | |

DELPHI ENERGY & ENGINE MANAGEM
DIVISION OF GENERAL MOTORS
ATTN:  ACCOUNTS PAYABLE
P. O. BOX 436040
PONTIAC        MI   48343-6040

| CUSTOMER P/O NUMBER |
|---|
| 550037040 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G43823 | TAKE |

| SHIP VIA |
|---|
| BAX GLOBAL |

**CUSTOMER NUMBER** AT05808

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| R-1340HH          R  A1 P58LY121 | | | | |
| 25180716 | | | | |
| ZA64501 | *1 | 2,000 | 0.770 | 1,540.00 |
| TOTAL WEIGHT 00016 LBS | | | | |
| # OF CARTONS 0001 | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

SHIPMENTS LESS THAN 150 LBS AND GREATER THAN 500 MILES SHIP
BAX GLOBAL 2ND DAY     866-229-7877 X23

| PLEASE PAY THIS → AMOUNT | |
|---|---|
| | 1,540.00 |

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA0115RFM  M21       881

**CUSTOMER**

# NMB

CHATSWORTH, CA 91311
818 341-0820

**INVOICE**

NMB TECHNOLOGIES CORPORATION
P.O. BOX 9000 (S 3475)
PHILADELPHIA, PA 19178-3475
(REMITTANCE ADDRESS ONLY)

**CUSTOMER NUMBER** AT05808

PAGE

<table>
<tr><td><b>S H I P T O</b></td><td>DELPHI-E<br>32 CELERITY WAGON<br>EL PASO      TX    79906</td></tr>
</table>

<table>
<tr><td><b>B I L L T O</b></td><td>DELPHI ENERGY & ENGINE MANAGEM<br>DIVISION OF GENERAL MOTORS<br>ATTN: ACCOUNTS PAYABLE<br>P. O. BOX 436040<br>PONTIAC      MI   48343-6040</td></tr>
</table>

| **TERMS** | **N.M.B. INVOICE** | **INVOICE DATE** |
|---|---|---|
| F.O.B. WOOD DALE<br>MNS2 | G44304 | 9/27/2005 |

**CUSTOMER P/O NUMBER**
550037040

| **PACKING SLIP NO.** | **SALES ENGINEER** |
|---|---|
| G44304 | TAKE |

**SHIP VIA**
BAX GLOBAL

**CUSTOMER NUMBER** AT05808

**PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE**

| ITEM DESCRIPTION - S/O NUMBER<br>CUSTOMER PART NUMBER | M F G | QUANTITY<br>SHIPPED | UNIT<br>PRICE | AMOUNT<br>(US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| R-1340HH     R   A1 P58LY121 | | | | |
| 25180716 | | | | |
|      ZA73301 | *1 | 2,000 | 0.770 | 1,540.00 |
| TOTAL WEIGHT 00016 LBS | | | | |
| # OF CARTONS 0001 | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED
THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS. )

SHIPMENTS LESS THAN 100 LBS AND GREATER THAN 500 MILES SHIP
BAX GLOBAL 2ND DAY    866-229-7877 X23

| PLEASE PAY<br>THIS →<br>AMOUNT | 1,540.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

A0115RFM M21    881

**CUSTOMER**

# NMB

8730 NORTHRIDGE AVENUE
CHATSWORTH, CA   91311
818 341-0820

(PLEASE REMIT
REMITTANCE ADDRESS ONLY)

# INVOICE

NMB TECHNOLOGIES CORPORATION
P.O. BOX 13500
PHILADELPHIA    PA   19178-2475

CUSTOMER NUMBER **AT05808**

PAGE

S
H
I
P

T
O

DELPHI-E
32 CELERITY WAGON
EL PASO        TX   79906

B
I
L
L

T
O

DELPHI ENERGY & ENGINE MANAGEM
DIVISION OF GENERAL MOTORS
ATTN:   ACCOUNTS PAYABLE
P. O. BOX 436040
PONTIAC         MI   48343-6040

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B.WOOD DALE<br>MNS2 | G44633 | 9/28/2005 |

| CUSTOMER P.O. NUMBER |
|---|
| 550037040 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G44633 | TAKE |

| SHIP VIA |
|---|
| BAX GLOBAL |

CUSTOMER NUMBER   **AT05808**

## PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER<br>CUSTOMER PART NUMBER | | MFG | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|---|
| ITEM NO. 001 | | | | | |
| R-1340HH          R A1 P58LY121 | | | | | |
| 25180716 | | | | | |
| | ZA89501 | *I | 2,000 | 0.770 | 1,540.00 |
| TOTAL WEIGHT 00016 LBS | | | | | |
| # OF CARTONS 0001 | | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

HIPMENTS LESS THAN 150 LBS AND GREATER THAN 500 MILES SHIP B
BAX GLOBAL 2ND DAY    866-229-7877 X23

| | PLEASE PAY THIS → AMOUNT | 1,540.00 |
|---|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

A0115RFM  M21       881

CUSTOMER

# NMB

CHATSWORTH, CA   91311
818 341-0820

(REMIT TO/REMITTANCE ADDRESS ONLY)

## INVOICE

NMB TECHNOLOGIES CORPORATION
P.O. BOX 0900 (24701)
PHILADELPHIA, PA 19178-0725

**CUSTOMER NUMBER** AT05808

PAGE

SHIP TO:
DELPHI-E
32 CELERITY WAGON
EL PASO       TX   79906

BILL TO:
DELPHI ENERGY & ENGINE MANAGEM
DIVISION OF GENERAL MOTORS
ATTN:  ACCOUNTS PAYABLE
P. O. BOX 436040
PONTIAC        MI  48343-6040

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B. WOOD DALE  MNS2 | G45184 | 9/30/2005 |

**CUSTOMER P/O NUMBER**
550037040

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G45184 | TAKE |

**SHIP VIA**
BAX GLOBAL

**CUSTOMER NUMBER** AT05808

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | MFG | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| R-1340HH          R  A1 P58LY121 | | | | |
| 25180716 | | | | |
| | ZB00401 | 2,000 | 0.700 | 1,400.00 |
| | *I | | | |
| TOTAL WEIGHT 00016 LBS | | | | |
| # OF CARTONS 0001 | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS DIVERSION CONTRARY TO U.S LAW PROHIBITED.
I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

SHIPMENTS LESS THAN 150 LBS AND GREATER THAN 500 MILES SHIP
BAX GLOBAL 2ND DAY     866-229-7877 X23

| | |
|---|---|
| PLEASE PAY THIS → AMOUNT | 1,400.00 |

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

A0115RFM  M21       881

**CUSTOMER**

# NMB

CHATSWORTH, CA   91311
818 341-0820

(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P. O. BOX 8500   (S-2405)
PHILADELPHIA, PA   19178-2405

# INVOICE

**CUSTOMER NUMBER** AT05803

| S H I P   T O | DELPHI-E<br>1000 LEXINGTON AVENUE<br>ROCHESTER      NY  14606 |

PAGE

| **TERMS** | | **N.M.B. INVOICE** | **INVOICE DATE** |
|---|---|---|---|
| F.O.B. CHATSWORTH<br>MNS2 | | G45280 | 9/30/2005 |

| B I L L   T O | DELPHI ENERGY & ENGINE MANAGEM<br>DIVISION OF GENERAL MOTORS<br>ATTN:  ACCOUNTS PAYABLE<br>P. O. BOX 436040<br>PONTIAC          MI  48343-6040 |

**CUSTOMER P/O NUMBER**
550075288

| **PACKING SLIP NO.** | **SALES ENGINEER** |
|---|---|
| G45280 | GENT |

**SHIP VIA**
UPS GROUND COLLECT

**CUSTOMER NUMBER** AT05803

**PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE**

| ITEM DESCRIPTION – S/O NUMBER<br>CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| DDR-1030ZZMT        R  A1 P25LY677 | | | | |
| 25362811 | | | | |
| ZA95301 | *I | 950 | 0.689 | 654.55 |
| SHIP VIA DAX GLOBAL OR BEST WAY TO THE ATTN OF | | | | |
| DOUG GERMAN | | | | |
| SIGNAL NUMBER    01  (THIS NUMBER SHOULD APPEAR ON BAR CODE | | | | |
| TOTAL WEIGHT 00005 LBS | | | | |
| # OF CARTONS 0001 | | | | |
| B/L 356806936 | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

SHIP VIA DAX GLOBAL
ATTN. DOUG GERMAN

| PLEASE PAY THIS → AMOUNT | 654.55 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA011SRFM  M21       800

CUSTOMER

# NMB

21030 NORDHOFF AVENUE
CHATSWORTH, CA 91311
818 341-0820

**INVOICE**

(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P.O. BOX 88500?
PHILADELPHIA, PA

**CUSTOMER NUMBER** AT05803

S
H
I
P
T
O

DELPHI-E
1000 LEXINGTON AVENUE
ROCHESTER    NY 14606

**PAGE**

| **TERMS** | **N.M.B. INVOICE** | **INVOICE DATE** |
|---|---|---|
| F.O.B. WOOD DALE | G45188 | 9/30/2005 |
| MNS2 | | |

B
I
L
L
T
O

DELPHI ENERGY & ENGINE MANAGEM
DIVISION OF GENERAL MOTORS
ATTN: ACCOUNTS PAYABLE
P. O. BOX 436040
PONTIAC        MI 48343-6040

**CUSTOMER P/O NUMBER**
550005908

| **PACKING SLIP NO.** | **SALES ENGINEER** |
|---|---|
| G45188 | GENT |

**SHIP VIA**
POINT DEDICATED (800

**CUSTOMER NUMBER** AT05800

**PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE**

| **ITEM DESCRIPTION - S/O NUMBER** **CUSTOMER PART NUMBER** | **M F G** | **QUANTITY SHIPPED** | **UNIT PRICE** | **AMOUNT (US.$)** |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| L-1910DDSD429      R A1 P811LY48 | | | | |
| I/T04713 | | | | |
| | ZB00601  *I | 24,000 | 0.484 | 11,616.00 |
| SIGNAL   87 | | | | |
|       MILK RUN 9/30 | | | | |
| TOTAL WEIGHT 00392 LBS | | | | |
| # OF CARTONS 0012 | | | | |
| B/L         N/A | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS DIVERSION CONTRARY TO U.S. LAW PROHIBITED
I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

SD   POINT DEDICATED (CARRIER NAME)

| | **PLEASE PAY THIS → AMOUNT** | |
|---|---|---|
| | | 11,616.00 |

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

A0115RFM M21    821

**CUSTOMER**

# NMB

CHATSWORTH, CA 91311
818 341-0820

**INVOICE**

(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P. O. BOX 8500 (S-2275)
PHILADELPHIA, PA 19178-2275

**CUSTOMER NUMBER** AT05800

S
H
I
P

T
O

DELPHI-E
32 CELERITY WAGON
EL PASO          TX   79906

PAGE

B
I
L
L

T
O

DELPHI ENERGY & ENGINE MANAGEM
DIVISION OF GENERAL MOTORS
ATTN:  ACCOUNTS PAYABLE
P. O. BOX 436040
PONTIAC          MI   48343-6040

| **TERMS** | **N.M.B. INVOICE** | **INVOICE DATE** |
|---|---|---|
| F.O.B.WOOD DALE   MNS2 | G45506 | 10/ 3/2005 |

| **CUSTOMER P.O. NUMBER** |
|---|
| 550037040 |

| **PACKING SLIP NO.** | **SALES ENGINEER** |
|---|---|
| G45506 | TAKE |

| **SHIP VIA** |
|---|
| BAX GLOBAL |

**CUSTOMER NUMBER** AT05800

**PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE**

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| L-1910DDSD459      R  A1 P811LY48 | | | | |
| 25362690 | | | | |
| ZB03501 | *I | 900 | 0.610 | 549.00 |
| TOTAL WEIGHT 00016 LBS | | | | |
| # OF CARTONS 0001 | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

SHIPMENTS LESS THAN 150 LBS AND GREATER THAN 600 MILES SHIP
BAX GLOBAL 2ND DAY    866-229-7877 X23

| PLEASE PAY THIS → AMOUNT | 549.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA0115RFM  M21      888

**CUSTOMER**

# NMB

MODERNL RD/736 PARK... ELCHANOR...
CHATSWORTH, CA  91311
818 341-0820

## INVOICE

NMB TECHNOLOGIES CORPORATION
P. O. BOX 8500  (S-2475)
PHILADELPHIA, PA  19178-2475
(REMITTANCE ADDRESS ONLY)

CUSTOMER NUMBER  AT05808

**SHIP TO**

DELPHI-E
32 CELERITY WAGON
EL PASO     TX  79906

PAGE  1

**BILL TO**

DELPHI ENERGY & ENGINE MANAGEM
DIVISION OF GENERAL MOTORS
ATTN:  ACCOUNTS PAYABLE
P. O. BOX 436040
PONTIAC     MI  48343-6040

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B.WOOD DALE<br>MNS2 | G45507 | 10/ 3/2005 |

**CUSTOMER P/O NUMBER**
550037040

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G45507 | TAKE |

**SHIP VIA**
BAX GLOBAL

CUSTOMER NUMBER   AT05800

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER<br>CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| R-1340HH        R  A1 P58LY121 | | | | |
| 25180716 | | | | |
| | ZB03601 | *I | 2,000 | 0.770 | 1,540.00 |
| TOTAL WEIGHT 00016 LBS | | | | |
| # OF CARTONS 0001 | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS.DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

SHIPMENTS LESS THAN 150 LBS AND GREATER THAN 500 MILES SHIP
BAX GLOBAL 2ND DAY    866-229-7877 X23

| PLEASE PAY THIS ➤ AMOUNT | 1,540.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA0115RFM  M21     881

**CUSTOMER**

**NMB**

CHATSWORTH, CA 91311
818 341-0820

(REMITTANCE ADDRESS ONLY)

**INVOICE**

NMB TECHNOLOGIES CORPORATION
P.O. BOX 8500 (8-2475)
PHILADELPHIA, PA 19178-2475

**CUSTOMER NUMBER** AT05800

| S H I P T O |
|---|

DELPHI-E
32 CELERITY WAGON
EL PASO TX 79906

**PAGE** 1

| **TERMS** |
|---|
| F.O.B.WOOD DALE |
| MNS2 |

| **N.M.B. INVOICE** |
|---|
| G45990 |

| **INVOICE DATE** |
|---|
| 10/ 4/2005 |

| B I L L T O |
|---|

DELPHI ENERGY & ENGINE MANAGEM
DIVISION OF GENERAL MOTORS
ATTN: ACCOUNTS PAYABLE
P. O. BOX 436040
PONTIAC MI 48343-6040

| **CUSTOMER P/O NUMBER** |
|---|
| 550037040 |

| **PACKING SLIP NO.** | **SALES ENGINEER** |
|---|---|
| G45990 | TAKE |

| **SHIP VIA** |
|---|
| BAX GLOBAL |

**CUSTOMER NUMBER** AT05800

**PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE**

| ITEM DESCRIPTION – S/O NUMBER CUSTOMER PART NUMBER | | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|---|
| ITEM NO. 001 | | | | | |
| R-1340EH R A1 P58LY121 | | | | | |
| 25180716 | | | | | |
| | ZB09301 | *I | 6,000 | 0.770 | 4,620.00 |
| TOTAL WEIGHT 00048 LBS | | | | | |
| # OF CARTONS 0003 | | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

SHIPMENTS LESS THAN 150 LBS AND GREATER THAN 500 MILES SHIP
BAX GLOBAL 2ND DAY 866-229-7877 X23

| PLEASE PAY THIS ➡ AMOUNT | 4,620.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA0115RFM M21 881

**CUSTOMER**

# NMB

CHATSWORTH, CA 91311
818 341-0820

## INVOICE

NMB TECHNOLOGIES CORPORATION
P.O. BOX 8500 (S-2475)
PHILADELPHIA, PA 19178-2475
(REMITTANCE ADDRESS ONLY)

CUSTOMER NUMBER AT05808

**S H I P  T O**

DELPHI-E
32 CELERITY WAGON
EL PASO        TX   79906

PAGE        1

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B.WOOD DALE MNS2 | G45991 | 10/ 4/2005 |

**B I L L  T O**

DELPHI ENERGY & ENGINE MANAGEM
DIVISION OF GENERAL MOTORS
ATTN:  ACCOUNTS PAYABLE
P. O. BOX 436040
PONTIAC        MI   48343-6040

| CUSTOMER P/O NUMBER |
|---|
| 550037040 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G45991 | TAKE |

| SHIP VIA |
|---|
| BAX GLOBAL |

CUSTOMER NUMBER AT05800

**PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE**

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| L-1910DDSD459      R A1 P811LY48 | | | | |
| 25362690 | | | | |
| | ZB09401 | *I | 900 | 0.610 | 549.00 |
| TOTAL WEIGHT 00016 LBS | | | | |
| # OF CARTONS 0001 | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS DIVERSION CONTRARY TO U.S LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

SHIPMENTS LESS THAN 150 LBS AND GREATER THAN 500 MILES SHIP
BAX GLOBAL 2ND DAY      866-229-7877 X23

| PLEASE PAY THIS ➡ AMOUNT | 549.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA0115RFM  M21      888

CUSTOMER

# NMB

**INVOICE**

CHATSWORTH, CA 91311
818 341-0820

NMB TECHNOLOGIES CORPORATION
P.O. BOX 8500 (S-24751)
PHILADELPHIA, PA 19178-2475

(REMITTANCE ADDRESS ONLY)

CUSTOMER NUMBER AT05908

S
H
I
P

T
O

DELPHI-E
32 CELERITY WAGON
EL PASO      TX  79906

PAGE    1

B
I
L
L

T
O

DELPHI ENERGY & ENGINE MANAGEM
DIVISION OF GENERAL MOTORS
ATTN:  ACCOUNTS PAYABLE
P. O. BOX 436040
PONTIAC      MI  48343-6040

| TERMS | | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|---|
| F.O.B. WOOD DALE | | G46469 | 10/ 6/2005 |
| MNS2 | | | |

**CUSTOMER P/O NUMBER**
550037040

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G46469 | TAKE |

**SHIP VIA**
BAX GLOBAL

CUSTOMER NUMBER   AT05800

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER<br>CUSTOMER PART NUMBER | M<br>F<br>G | QUANTITY<br>SHIPPED | UNIT<br>PRICE | AMOUNT<br>(US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| R-1340HH        R  A1 P58LY121 | | | | |
| 25180716 | | | | |
| ZB26301 | *I | 2,000 | 0.770 | 1,540.00 |
| TOTAL WEIGHT 00016 LBS | | | | |
| # OF CARTONS 0001 | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS. )

SHIPMENTS LESS THAN 150 LBS AND GREATER THAN 500 MILES SHIP
BAX GLOBAL 2ND DAY      866-229-7877 X23

| PLEASE PAY<br>THIS ➔<br>AMOUNT | 1,540.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA0115RFM  M21      881

**CUSTOMER**

# NMB

CHATSWORTH, CA  91311
818 341-0820

**INVOICE**

(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P.O. BOX 8500  (S-2475)
PHILADELPHIA, PA  19178-2475

CUSTOMER NUMBER  AT05003

```
S
H   DELPHI-E
I   1000 LEXINGTON AVENUE
P   ROCHESTER      NY  14606
T
O
```

PAGE  1

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B. WOOD DALE | G46750 | 10/ 7/2005 |
| MNS2 | | |

```
B   DELPHI ENERGY & ENGINE MANAGEM
I   DIVISION OF GENERAL MOTORS
L   ATTN:  ACCOUNTS PAYABLE
L   P. O. BOX 436040
T   PONTIAC        MI  48343-6040
O
```

| CUSTOMER P/O NUMBER |
|---|
| 550005908 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G46750 | GENT |

| SHIP VIA |
|---|
| POINT DEDICATED (800 |

CUSTOMER NUMBER  AT05000

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M P G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| RI-1438DDSD429MT    R  A1 P811LY48 | | | | |
| 17089326 | | | | |
| | ZB29601  *I | 22,500 | 0.448 | 10,080.00 |
| SIGNAL  142 | | | | |
| TOTAL WEIGHT 00569 LBS | | | | |
| # OF CARTONS 0015 | | | | |
| B/L      N/A | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

PD - POINT DEDICATED (CARRIER NAME)

| PLEASE PAY THIS → AMOUNT | 10,080.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA0115RFM  M21      821

**CUSTOMER**

# INVOICE

**NMB**

CHATSWORTH, CA 91311
818 341-0820

(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P.O. BOX 8500 (S-2475)
PHILADELPHIA, PA 19178-2475

CUSTOMER NUMBER  AT05808

**SHIP TO**

DELPHI-E
32 CELERITY WAGON
EL PASO      TX  79906

PAGE  1

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B.WOOD DALE<br>MNS2 | G47044 | 10/10/2005 |

**BILL TO**

DELPHI ENERGY & ENGINE MANAGEM
DIVISION OF GENERAL MOTORS
ATTN:  ACCOUNTS PAYABLE
P. O. BOX 436040
PONTIAC       MI  48343-6040

| CUSTOMER P/O NUMBER |
|---|
| 550037040 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G47044 | TAKE |

| SHIP VIA |
|---|
| BAX GLOBAL |

CUSTOMER NUMBER   AT05800

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER<br>CUSTOMER PART NUMBER | Mfg | QUANTITY<br>SHIPPED | UNIT<br>PRICE | AMOUNT<br>(US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| R-1340HH      R  A1 P58LY121 | | | | |
| 25180716 | | | | |
| ZB36101 | *I | 2,000 | 0.770 | 1,540.00 |
| TOTAL WEIGHT 00016 LBS | | | | |
| # OF CARTONS 0001 | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS.DIVERSION CONTRARY TO U.S LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

SHIPMENTS LESS THAN 150 LBS AND GREATER THAN 500 MILES SHIP
BAX GLOBAL 2ND DAY    866-229-7877 X23

| PLEASE PAY<br>THIS →<br>AMOUNT | 1,540.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA0115RFM  M21    881

**CUSTOMER**

# NMB

CHATSWORTH, CA   91311
818 341-0820

**INVOICE**
(REMITTANCE ADDRE.... ONLY)

NMB TECHNOLOGIES CORPORATION
P. O. BOX 8500   (45-3475)
PHILADELPHIA, PA  19178-2475

CUSTOMER NUMBER   AT05808

**SHIP TO**
DELPHI-E
32 CELERITY WAGON
EL PASO        TX  79906

PAGE     1

**BILL TO**
DELPHI ENERGY & ENGINE MANAGEM
DIVISION OF GENERAL MOTORS
ATTN:  ACCOUNTS PAYABLE
P. O. BOX 436040
PONTIAC        MI  48343-6040

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B.WOOD DALE  MNS2 | G47486 | 10/11/2005 |

| CUSTOMER P/O NUMBER |
|---|
| 550037040 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G47486 | TAKE |

| SHIP VIA |
|---|
| BAX GLOBAL |

CUSTOMER NUMBER    AT05800

**PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE**

| ITEM DESCRIPTION - S/O NUMBER  CUSTOMER PART NUMBER | MFG | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| R-1340HH        R  A1 P58LY121 | | | | |
| 25180716 | | | | |
| ZB41701 | *I | 8,000 | 0.770 | 6,160.00 |
| TOTAL WEIGHT 00064 LBS | | | | |
| # OF CARTONS 0004 | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS,DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS. )

SHIPMENTS LESS THAN 150 LBS AND GREATER THAN 500 MILES SHIP
BAX GLOBAL 2ND DAY    866-229-7877 X23

| PLEASE PAY THIS → AMOUNT | 6,160.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA0115RFM  M21      881

**CUSTOMER**

# NMB

9730 INDEPENDENCE AVENUE
CHATSWORTH, CA   91311
818 341-0820

**INVOICE**
(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P.O. BOX 8500   (S-2475)
PHILADELPHIA, PA   19178-2475

CUSTOMER NUMBER   AT05668

**SHIP TO**
DELPHI-E
32 CELERITY WAGON
EL PASO      TX   79906

PAGE   1

**BILL TO**
DELPHI ENERGY & ENGINE MANAGEM
DIVISION OF GENERAL MOTORS
ATTN:  ACCOUNTS PAYABLE
P. O. BOX 436040
PONTIAC      MI   48343-6040

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B.WOOD DALE MNS2 | G48145 | 10/13/2005 |

**CUSTOMER P/O NUMBER**
550037040

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G48145 | TAKE |

**SHIP VIA**
BAX GLOBAL

CUSTOMER NUMBER   AT05800

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | MFG | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| R-1340HH        R  A1 P58LY121 | | | | |
| 25180716 | | | | |
| ZB65201 | *I | 2,000 | 0.770 | 1,540.00 |
| TOTAL WEIGHT 00016 LBS | | | | |
| # OF CARTONS 0001 | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS. )

SHIPMENTS LESS THAN 150 LBS AND GREATER THAN 500 MILES SHIP
BAX GLOBAL 2ND DAY      866-229-7877 X23

| PLEASE PAY THIS → AMOUNT | 1,540.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA0115RFM  M21      881

CUSTOMER

# NMB

30/0 MASON STREET
CHATSWORTH, CA 91311
818 341-0820

**INVOICE**

(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P.O. BOX 0500 (S-2475)
PHILADELPHIA, PA 19178-2475

**CUSTOMER NUMBER** AT05901

PAGE 1

<table>
<tr><td>

S
H
I
P

T
O

</td><td>

DELPHI E
1000 LEXINGTON AVENUE
ROCHESTER    NY  14606

</td></tr>
</table>

PAGE 1

| **TERMS** | **N.M.B. INVOICE** | **INVOICE DATE** |
|---|---|---|
| F.O.B. WIXOM<br>MNS2 | G39243 | 9/ 6/2005 |

<table>
<tr><td>

B
I
L
L

T
O

</td><td>

DELPHI ENERGY & ENGINE MAN
DIVISION OF GENERAL MOTORS
ATTN:  ACCOUNTS PAYABLE
P. O. BOX 436040
PONTIAC      MI  48343-6040

</td></tr>
</table>

| **CUSTOMER P/O NUMBER** |
|---|
| 550006084 |

| **PACKING SLIP NO.** | **SALES ENGINEER** |
|---|---|
| G39243 | GENT |

| **SHIP VIA** |
|---|
| BAX GLOBAL |

**CUSTOMER NUMBER** AT05900

**PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE**

| **ITEM DESCRIPTION - S/O NUMBER**<br>**CUSTOMER PART NUMBER** | **M<br>F<br>G** | **QUANTITY<br>SHIPPED** | **UNIT<br>PRICE** | **AMOUNT**<br>**(US.$)** |
|---|---|---|---|---|
| ITEM NO. 001<br>BALL 1/16 440C        STAINLESS STEEL<br>T7084893 | | | | |
| YZ56201 | *D | 15,000 | 0.015 | 225.00 |
| SIGNAL   04<br>     LOT NUMBER MBV2340-E<br>TOTAL WEIGHT 00001 LBS<br># OF CARTONS 0001<br>B/L 690738344 | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*D 100% U.S.A. MADE.

SHIP VIA BAX GLOBAL

| PLEASE PAY<br>THIS ➤<br>AMOUNT | 225.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

GA0115RFM  M21    881

**CUSTOMER**

# NMB

9730 CONTINENTAL
CHATSWORTH, CA 91311
818 341-0820

PLEASE REMIT TO:
(REMITTANCE ADDRESS ONLY)

# INVOICE

NMB TECHNOLOGIES CORPORATION
P.O. BOX 8500 (S-24755)
PHILADELPHIA, PA 19178-2475

**CUSTOMER NUMBER** AT05962

S
H
I
P

T
O

DELPHI AUTOMOTIVE
SYSTEMS
999 RANDALL ROAD
COOPERSVILLE    MI  49404

**PAGE** 1

B
I
L
L

T
O

DELPHI ENERGY & ENGINE MAN
DIVISION OF GENERAL MOTORS
ATTN:  ACCOUNTS PAYABLE
P. O. BOX 436040
PONTIAC      MI  48343-6040

| TERMS | | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|---|
| WIXOM | | G39748 | 9/ 7/2005 |
| MNS2 | | | |

| CUSTOMER P/O NUMBER |
|---|
| 550006085 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G39748 | GENT |

| SHIP VIA |
|---|
| BAX GLOBAL |

**CUSTOMER NUMBER** AT05900

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| BALL 1/16 440C          STAINLESS STEEL | | | | |
| 17084893 | | | | |
| YZ71501 | *D | 15,000 | 0.015 | 225.00 |
| SIGNAL    01 | | | | |
|      LOT NUMBER MBV2340-E | | | | |
| TOTAL WEIGHT 00001 LBS | | | | |
| # OF CARTONS 0001 | | | | |
| B/L 690738226 | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S LAW PROHIBITED.
*D 100% U.S.A. MADE.

SHIP VIA BAX GLOBAL

| PLEASE PAY THIS → AMOUNT | 225.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA0115RFM  M21      881

**CUSTOMER**

# INVOICE

NMB

CHATSWORTH, CA 91311
818 341-0820

(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P. O. BOX 8500 (8-2475)
PHILADELPHIA, PA 19178-2475

**CUSTOMER NUMBER** AT05901

S H I P   T O
DELPHI E
1000 LEXINGTON AVENUE
ROCHESTER        NY   14606

**PAGE** 1

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B. WIXOM | G41104 | 9/13/2005 |
| MNS2 | | |

B I L L   T O
DELPHI ENERGY & ENGINE MAN
DIVISION OF GENERAL MOTORS
ATTN:  ACCOUNTS PAYABLE
P. O. BOX 436040
PONTIAC        MI   48343-6040

**CUSTOMER P/O NUMBER**
550006084

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G41104 | GENT |

**SHIP VIA**
BAX GLOBAL

**CUSTOMER NUMBER** AT05900

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| BALL 1/16 440C        STAINLESS STEEL | | | | |
| 17084893 | | | | |
| | YZ97001  *D | 15,000 | 0.015 | 225.00 |
| SIGNAL 1 | | | | |
| LOT # MBV2330-B | | | | |
| TOTAL WEIGHT 00001 LBS | | | | |
| # OF CARTONS 0001 | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*D 100% U.S.A. MADE.

SHIP VIA BAX GLOBAL

| PLEASE PAY THIS AMOUNT ▷ | 225.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA0115RFM  M21      881

**CUSTOMER**

# INVOICE

NMB

730 ANDERSEN AVENUE
CHATSWORTH, CA 91311
818 341-0820

(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P.O. BOX 8500 (S-3475)
PHILADELPHIA, PA 19178-2475

**CUSTOMER NUMBER** AT05901

SHIP TO

DELPHI E
1000 LEXINGTON AVENUE
ROCHESTER    NY 14606

PAGE    1

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B. WIXOM | G42339 | 9/19/2005 |
| MNS2 | | |

BILL TO

DELPHI ENERGY & ENGINE MAN
DIVISION OF GENERAL MOTORS
ATTN:  ACCOUNTS PAYABLE
P. O. BOX 436040
PONTIAC      MI  48343-6040

| CUSTOMER P/O NUMBER |
|---|
| 550006084 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G42339 | GENT |

| SHIP VIA |
|---|
| BAX GLOBAL |

**CUSTOMER NUMBER** AT05900

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|---|
| ITEM NO. 001 | | | | | |
| BALL 1/16 440C      STAINLESS STEEL | | | | | |
| 17084893 | | | | | |
| | ZA34201 | *D | 15,000 | 0.015 | 225.00 |
| SIGNAL   04 | | | | | |
| LOT NUMBER   MBV2340-F | | | | | |
| TOTAL WEIGHT 00001 LBS | | | | | |
| # OF CARTONS 0001 | | | | | |
| B/L 690702725 | | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*D 100% U.S.A. MADE.

SHIP VIA BAX GLOBAL

| PLEASE PAY THIS AMOUNT → | 225.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA0115RFM  M21      881

CUSTOMER

# NMB

073 DE ANZA AVE
CHATSWORTH, CA 91311
818 341-0820

(REMITTANCE ADDRESS ONLY)

**INVOICE**

**CUSTOMER NUMBER** AT05901

NMB TECHNOLOGIES CORPORATION
P.O. BOX 8500 (S-2475)
PHILADELPHIA, PA 19178-2475

**SHIP TO**

DELPHI E
1000 LEXINGTON AVENUE
ROCHESTER        NY   14606

**PAGE**   1

**BILL TO**

DELPHI ENERGY & ENGINE MAN
DIVISION OF GENERAL MOTORS
ATTN:  ACCOUNTS PAYABLE
P. O. BOX 436040
PONTIAC         MI   48343-6040

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|-------|----------------|--------------|
| F.O.B. WIXOM | G44925 | 9/29/2005 |
| MNS2 | | |

| CUSTOMER P/O NUMBER |
|---------------------|
| 550006084 |

| PACKING SLIP NO. | SALES ENGINEER |
|------------------|----------------|
| G44925 | GENT |

| SHIP VIA |
|----------|
| BAX GLOBAL |

**CUSTOMER NUMBER**   AT05900

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|---|
| ITEM NO. 001 | | | | | |
| BALL 1/16 440C        STAINLESS STEEL | | | | | |
| 17084893 | | | | | |
| | ZA94801 | *D | 15,000 | 0.015 | 225.00 |
| SIGNAL  01 | | | | | |
| LOT NUMBER MBV2340-A | | | | | |
| TOTAL WEIGHT 00001 LBS | | | | | |
| # OF CARTONS 0001 | | | | | |
| B/L 690702703 | | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*D 100% U.S.A. MADE.

SHIP VIA BAX GLOBAL

| PLEASE PAY THIS ➡ AMOUNT | 225.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA0115RFM  M21      881

**CUSTOMER**

# NMB

CHATSWORTH, CA 91311
818 341-0820

(REMITTANCE ADDRESS ONLY)

# INVOICE

NMB TECHNOLOGIES CORPORATION
P.O. BOX 8500 (G-2475)
PHILADELPHIA, PA 19178-2475

CUSTOMER NUMBER AT05902

<table>
<tr><td rowspan="4">S H I P T O</td><td>DELPHI AUTOMOTIVE</td></tr>
<tr><td>SYSTEMS</td></tr>
<tr><td>999 RANDALL ROAD</td></tr>
<tr><td>COOPERSVILLE MI 49404</td></tr>
</table>

PAGE 1

<table>
<tr><td colspan="2">TERMS</td><td>N.M.B. INVOICE</td><td>INVOICE DATE</td></tr>
<tr><td>WIXOM</td><td></td><td>G44926</td><td>9/29/2005</td></tr>
<tr><td>MNS2</td><td></td><td></td><td></td></tr>
</table>

<table>
<tr><td rowspan="5">B I L L T O</td><td>DELPHI ENERGY & ENGINE MAN</td></tr>
<tr><td>DIVISION OF GENERAL MOTORS</td></tr>
<tr><td>ATTN: ACCOUNTS PAYABLE</td></tr>
<tr><td>P. O. BOX 436040</td></tr>
<tr><td>PONTIAC MI 48343-6040</td></tr>
</table>

| CUSTOMER P/O NUMBER |
| --- |
| 550006085 |

| PACKING SLIP NO. | SALES ENGINEER |
| --- | --- |
| G44926 | GENT |

| SHIP VIA |
| --- |
| BAX GLOBAL |

CUSTOMER NUMBER AT05900

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
| --- | --- | --- | --- | --- |
| ITEM NO. 001 | | | | |
| BALL 1/16 440C        STAINLESS STEEL | | | | |
| 17084893 | | | | |
| ZA94901 | *D | 15,000 | 0.015 | 225.00 |
| SIGNAL 01 | | | | |
| LOT NUMBER MBV2340-A | | | | |
| TOTAL WEIGHT 00001 LBS | | | | |
| # OF CARTONS 0001 | | | | |
| B/L 690702714 | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*D 100% U.S.A. MADE.

SHIP VIA BAX GLOBAL

| PLEASE PAY THIS → AMOUNT | 225.00 |
| --- | --- |

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA0115RFM M21 881

CUSTOMER

# NMB

07306 CONDE EANI
CHATSWORTH, CA   91311
818 341-0820

# INVOICE

NMB TECHNOLOGIES CORPORATION
P.O. BOX 8500   (S-3475)
PHILADELPHIA, PA   19178-2475.

**CUSTOMER NUMBER** AT05901

(REMITTANCE ADDRESS. ONLY)

PAGE   1

<table>
<tr><td>S H I P<br>T O</td><td>DELPHI E<br>1000 LEXINGTON AVENUE<br>ROCHESTER       NY   14606</td></tr>
</table>

| TERMS | | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|---|
| F.O.B. WIXOM | | G45992 | 10/ 4/2005 |
| MNS2 | | | |

<table>
<tr><td>B I L L<br>T O</td><td>DELPHI ENERGY & ENGINE MAN<br>DIVISION OF GENERAL MOTORS<br>ATTN:   ACCOUNTS PAYABLE<br>P. O. BOX 436040<br>PONTIAC       MI   48343-6040</td></tr>
</table>

| CUSTOMER P.O. NUMBER |
|---|
| 550006084 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G45992 | GENT |

| SHIP VIA |
|---|
| BAX GLOBAL |

**CUSTOMER NUMBER** AT05900

**PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE**

| ITEM DESCRIPTION - S/O NUMBER<br>CUSTOMER PART NUMBER | M<br>F<br>G | QUANTITY<br>SHIPPED | UNIT<br>PRICE | AMOUNT<br>(US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| BALL 1/16 440C              STAINLESS STEEL | | | | |
| 17084893 | | | | |
| ZB09501 | *D | 15,000 | 0.015 | 225.00 |
| TOTAL WEIGHT 00001 LBS | | | | |
| # OF CARTONS 0001 | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*D 100% U.S.A. MADE.

SHIP VIA BAX GLOBAL

| PLEASE PAY<br>THIS →<br>AMOUNT | 225.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA0115RFM  M21      881

**CUSTOMER**

# INVOICE

**NMB**

CHATSWORTH, CA 91311
818 341-0820

(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P. O. BOX 8500 (S-2475)
PHILADELPHIA, PA 19170-2475

**CUSTOMER NUMBER** AT05902

<table>
<tr><td rowspan="6">S<br>H<br>I<br>P<br><br>T<br>O</td><td>DELPHI AUTOMOTIVE</td></tr>
<tr><td>SYSTEMS</td></tr>
<tr><td>999 RANDALL ROAD</td></tr>
<tr><td>COOPERSVILLE   MI  49404</td></tr>
</table>

**PAGE** 1

| TERMS | | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|---|
| WIXOM | | G46232 | 10/ 5/2005 |
| MNS2 | | | |

<table>
<tr><td rowspan="6">B<br>I<br>L<br>L<br><br>T<br>O</td><td>DELPHI ENERGY & ENGINE MAN</td></tr>
<tr><td>DIVISION OF GENERAL MOTORS</td></tr>
<tr><td>ATTN:  ACCOUNTS PAYABLE</td></tr>
<tr><td>P. O. BOX 436040</td></tr>
<tr><td>PONTIAC         MI  48343-6040</td></tr>
</table>

| CUSTOMER P.O. NUMBER |
|---|
| 550006085 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G46232 | GENT |

| SHIP VIA |
|---|
| BAX GLOBAL |

**CUSTOMER NUMBER** AT05900

**PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE**

| ITEM DESCRIPTION - S/O NUMBER<br>CUSTOMER PART NUMBER | M<br>F<br>G | QUANTITY<br>SHIPPED | UNIT<br>PRICE | AMOUNT<br>(US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| BALL 1/16 440C          STAINLESS STEEL | | | | |
| 17084893 | | | | |
| ZB19701 | *D | 15,000 | 0.015 | 225.00 |
| SIGNAL  01 | | | | |
|      LOT NUMBER   MAQ6580 | | | | |
| TOTAL WEIGHT 00001 LBS | | | | |
| # OF CARTONS 0001 | | | | |
| B/L 690702681 | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*D 100% U.S.A. MADE.

SHIP VIA BAX GLOBAL

| PLEASE PAY<br>THIS →<br>AMOUNT | 225.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA0115RPM M21    881

**CUSTOMER**

# NMB

CHATSWORTH, CA   91311
818 341-0820

(REMITTANCE ADDRESS ONLY)   **INVOICE**

**SHIP TO**

CUSTOMER NUMBER  AT05902

DELPHI AUTOMOTIVE
SYSTEMS
999 RANDALL ROAD
COOPERSVILLE   MI   49404

NMB TECHNOLOGIES CORPORATION
P. O. BOX 8500  (8-2475)
PHILADELPHIA, PA  19178-2475

PAGE   1

**BILL TO**

DELPHI ENERGY & ENGINE MAN
DIVISION OF GENERAL MOTORS
ATTN:  ACCOUNTS PAYABLE
P. O. BOX 436040
PONTIAC   MI   48343-6040

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| WIXOM | G46516 | 10/ 6/2005 |
| MNS2 | | |

| CUSTOMER P.O. NUMBER |
|---|
| 550006085 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G46516 | GENT |

| SHIP VIA |
|---|
| BAX GLOBAL |

CUSTOMER NUMBER   AT05900

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | | MFG | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US. $) |
|---|---|---|---|---|---|
| ITEM NO. 001 | | | | | |
| BALL 1/16 440C          STAINLESS STEEL | | | | | |
| 17084893 | | | | | |
| | ZB26401 | *D | 15,000 | 0.015 | 225.00 |
| SIGNAL    02 | | | | | |
| LOT NUMBER MBG3520-C | | | | | |
| TOTAL WEIGHT 00001 LBS | | | | | |
| # OF CARTONS 0001 | | | | | |
| B/L 690702666 | | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*D 100% U.S.A. MADE.

SHIP VIA BAX GLOBAL

| PLEASE PAY THIS → AMOUNT | 225.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA0115RFM  M21     881                                           **CUSTOMER**

# NMB

ANDERSON AVENUE
CHATSWORTH, CA 91311
818 341-0820

**INVOICE**
(REMITTANCE ADDRESS. ONLY)

CUSTOMER NUMBER AT09901

NMB TECHNOLOGIES CORPORATION
P. O. BOX 8500 (S-24751)
PHILADELPHIA, PA 19178-2475

SHIP TO
DELPHI E
1000 LEXINGTON AVENUE
ROCHESTER     NY 14606

PAGE       1

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B. WIXOM | G46817 | 10/ 7/2005 |
| MNS2 | | |

BILL TO
DELPHI ENERGY & ENGINE MAN
DIVISION OF GENERAL MOTORS
ATTN:  ACCOUNTS PAYABLE
P. O. BOX 436040
PONTIAC     MI 48343-6040

**CUSTOMER P/O NUMBER**
550006084

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G46817 | GENT |

**SHIP VIA**
BAX GLOBAL

CUSTOMER NUMBER   AT09900

**PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE**

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M/U/O | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| BALL 1/16 440C        STAINLESS STEEL | | | | |
| 17084893 | | | | |
| ZB30001 | *D | 15,000 | 0.015 | 225.00 |
| SIGNAL   01 | | | | |
| LOT NUMBER  MBG3500-B | | | | |
| TOTAL WEIGHT 00001 LBS | | | | |
| # OF CARTONS 0001 | | | | |
| B/L 6907021670 | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*D 100% U.S.A. MADE.

SHIP VIA BAX GLOBAL

| PLEASE PAY THIS AMOUNT | 225.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA0115RFM M21    881

CUSTOMER

# NMB

9730 INDEPENDENCE AVENUE
CHATSWORTH, CA 91311
818 341-0820

**INVOICE**

NMB TECHNOLOGIES CORPORATION
P. O. BOX 8500 (S-2475)
PHILADELPHIA, PA 19178-2475
(REMITTANCE ADDRESS ONLY)

CUSTOMER NUMBER AT05902

| S<br>H<br>I<br>P<br><br>T<br>O | DELPHI AUTOMOTIVE<br>SYSTEMS<br>999 RANDALL ROAD<br>COOPERSVILLE   MI   49404 |
|---|---|

PAGE   1

| B<br>I<br>L<br>L<br><br>T<br>O | DELPHI ENERGY & ENGINE MAN<br>DIVISION OF GENERAL MOTORS<br>ATTN:  ACCOUNTS PAYABLE<br>P. O. BOX 436040<br>PONTIAC        MI   48343-6040 |
|---|---|

| TERMS | | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|---|
| WIXOM<br>MNS2 | | G47487 | 10/11/2005 |

**CUSTOMER P/O NUMBER**
550006085

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G47487 | GENT |

**SHIP VIA**
BAX GLOBAL

CUSTOMER NUMBER   AT05900

**PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE**

| ITEM DESCRIPTION - S/O NUMBER<br>CUSTOMER PART NUMBER | M<br>F<br>G | QUANTITY<br>SHIPPED | UNIT<br>PRICE | AMOUNT<br>(US.$) |
|---|---|---|---|---|
| ITEM NO. 001 | | | | |
| BALL 1/16 440C         STAINLESS STEEL | | | | |
| 17084893 | | | | |
| ZB41801 | *1 | 15,000 | 0.015 | 225.00 |
| SIGNAL   01 | | | | |
| LOT NUMBER MBG3500-B | | | | |
| TOTAL WEIGHT 00001 LBS | | | | |
| # OF CARTONS 0001 | | | | |
| B/L 690738215 | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*D 100% U.S.A. MADE.

SHIP VIA BAX GLOBAL

| PLEASE PAY<br>THIS →<br>AMOUNT | 225.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

CUSTOMER

SA0115RFM  M21      881

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
L A W Y E R S

October 20, 2005

File No.: 5156.010

**VIA OVERNIGHT MAIL**

DELPHI AUTOMOTIVE SYSTEMS
DO BRASIL
AV. COM LEOPOLDO DEDINI,
1363-
PIRACICABA-SP CEP 13422-210
PIRACICABA-SP
BRAZIL

Direct Dial No:
(310) 789-1850

E-Mail Address:
dkumagai@rutterhobbs.com

KARALYN A. MARAFIOTI, ESQ.           JOHN WM. BUTLER, JR., ESQ.
THOMAS J. MATZ, ESQ.                 JOHN K. LYONS, ESQ.
SKADDEN, ARPS, SLATE,                RON E. MEISLER, ESQ.
MEAGHER & FLOM LLP                   SKADDEN, ARPS, SLATE, MEAGHER & FLOM
FOUR TIMES SQUARE                    LLP
NEW YORK, NEW YORK  10036            333 WEST WACKER DRIVE, SUITE 2100
                                     CHICAGO, ILLINOIS  60606

Re:    **NMB Technologies Corp. - Reclamation Demand**

To Whom it May Concern:

Please take notice that, pursuant to 11 U.S.C. Section 546(c) and applicable state law, including but not limited to California Commercial Code Section 2-702, and by virtue of the insolvency of Delphi Corporation and its affiliates and subsidiaries, including the above-named Delphi company, NMB Technologies Corp. ("NMB") hereby asserts the right of reclamation and demands the immediate segregation and return of all of the motors and other goods described in the enclosed invoices, that were delivered to you on or after October 28, 2005 (collectively, the "Goods"). You are to immediately segregate the Goods until arrangements can be made for their return or until action can be taken, under 11 U.S.C. Section 546(c) or otherwise, to acknowledge NMB's reclamation claim. NMB also hereby demands an inventory of the Goods be taken to account for the Goods. Unless you authorize the return of the Goods and provide an accounting immediately, further appropriate measures will be taken.

Please contact me to make arrangements to allow NMB to reclaim the Goods.

**RUTTER**

**HOBBS**

**DAVIDOFF**

INCORPORATED
LAWYERS

Delphi Automotive Systems Do Brasil, et al.
October 20, 2005
Page 2

NMB reserves the right to amend and supplement this Reclamation Notice or to file additional reclamation notices or claims; including without limitation, all other claims at law or in equity.  NMB also reserves all rights accruing to it, and the filing of this Reclamation Notice is not intended to be and shall not be construed as:  (1) an election of remedy; (2) a waiver of any past, present or future defaults or events of default; or (3) a waiver or limitation of any rights of NMB.

Sincerely,

Duane Kumagai

DK:cas
Enclosures

October 20, 2005

File No.: 5156.010

**VIA OVERNIGHT MAIL**

DELPHI AUTOMOTIVE SYSTEMS
DO BRASIL
AV. COM LEOPOLDO DEDINI,
1363-
PIRACICABA-SP CEP 13422-210
PIRACICABA-SP
BRAZIL

Direct Dial No:
(310) 789-1850

E-Mail Address:
dkumagai@rutterhobbs.com

| KARALYN A. MARAFIOTI, ESQ. | JOHN WM. BUTLER, JR., ESQ. |
|---|---|
| THOMAS J. MATZ, ESQ. | JOHN K. LYONS, ESQ. |
| SKADDEN, ARPS, SLATE, | RON E. MEISLER, ESQ. |
| MEAGHER & FLOM LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM |
| FOUR TIMES SQUARE | LLP |
| NEW YORK, NEW YORK 10036 | 333 WEST WACKER DRIVE, SUITE 2100 |
| | CHICAGO, ILLINOIS 60606 |

Re:     **NMB Technologies Corp. - Notice of Reclamation**

To Whom it May Concern:

Please take notice that, pursuant to 11 U.S.C. Section 546(c) and applicable state law, including but not limited to California Commercial Code Section 2-702, and by virtue of the Debtor's insolvency, NMB Technologies Corp. ("NMB") hereby asserts the right of reclamation and demands the immediate segregation and return of all of the goods, including motors, described in the enclosed invoices, that were delivered to you on or after October 28, 2005 (collectively, the "Goods"). You are to immediately segregate the Goods until arrangements can be made for their return or until action can be taken, under 11 U.S.C. Section 546(c) or otherwise, to acknowledge NMB's reclamation claim. NMB also hereby demands an inventory of the Goods be taken to account for the Goods. Unless you authorize the return of the Goods and provide an accounting immediately, further appropriate measures will be taken.

Please contact me to make arrangements to allow NMB to reclaim the Goods.

Delphi Automotive Systems Do Brasil, et al.
October 20, 2005
Page 2


     NMB reserves the right to amend and supplement this Reclamation Notice or to file additional reclamation notices or claims; including without limitation, all other claims at law or in equity. NMB also reserves all rights accruing to it, and the filing of this Reclamation Notice is not intended to be and shall not be construed as: (1) an election of remedy; (2) a waiver of any past, present or future defaults or events of default; or (3) a waiver or limitation of any rights of NMB.

                   Sincerely,


                  Duane Kumagai

DK:cas
Enclosures

CHATSWORTH, CA 91311 (REMITTANCE ADDRESS ONLY)
818 341-0820

# NMB

# INVOICE

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

**CUSTOMER NUMBER** G100101

**SHIP TO**

DELPHI AUTOMOTIVE SYSTEMS DO B
AV.COM LEOPOLDO DEDINI
1363- PIRACICABA, SP
CEP: 13422-210
PIRACICABA-SP-BRASILO
BRAZIL

PAGE 1

**BILL TO**

DELPHI AUTOMOTIVE SYSTEMS DO B
AV. COM LEOPOLDO DEDINI, 1363-
PIRACICABA-SP CEP 13422-210
PIRACICABA-SP
BRAZIL
BRAZIL

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|-------|----------------|--------------|
| F.O.B. L.A.X. NET 90 DAYS | G28242 | 7/22/2005 |

**CUSTOMER P/O NUMBER**
DEP10420/10-04

| PACKING SLIP NO. | SALES ENGINEER |
|------------------|----------------|
| G28242 | IMPEX |

**SHIP VIA**
PANALPINA INC

**CUSTOMER NUMBER** G100100

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | MFG | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 M&I STANDARD A | | | | |
| L-1680X5DDSD429    R  A1 P811LY48 | | | | |
| T7103439B REF | | | | |
| 8482.10.5044 BALL BEARINGS | | | | |
| | YM61504  *1 | 8,000 | 0.647 | 5,176.00 |
| TOTAL WEIGHT 00116 LBS | | | | |
| # OF CARTONS 0004 | | | | |
| B/L G28242-G28243 NET WT: 80 # | | | | |
| SHIPPING MARKS: | | | | |
| DEP10420/10-04    /    /CTN 4  OF 4 /BRAZIL | | | | |
| MADE IN SINGAPORE | | | | |
| (NMBTC)  SIGNED BY: | | | | |
| EXPORT DEPT. | | | | |

EXPORT LICENSE: NLR    ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
** THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS. )

FORWARDER: PANALPINA INC    PH 734-955-1401 MR RUSS HERRING
    11505-S.WAYNE ROAD, BLDG.I/SUITE 100
    ROMULUS, MI 48174
SPECIAL MARKING REQUIRED. ADD PORT OF DEST.ON BOX LABEL.
AND ALL CARTONS CUST. PART NUMBER, GROSS AND NET WEIGHT
CUST. ALL BE INCLUDED AND CLEARLY STATED **

| PLEASE PAY THIS AMOUNT → | 5,176.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

A0115RFM  M21    821

**CUSTOMER**

NMB

CHATSWORTH, CA  91311
818 341-0820

(REMITTANCE ADDRESS ONLY)

**INVOICE**

**CUSTOMER NUMBER** G100101

**S H I P  T O**
DELPHI AUTOMOTIVE SYSTEMS DO B
AV.COM LEOPOLDO DEDINI
1363- PIRACICABA, SP
CEP:  13422-210
PIRACICABA-SP-BRASIL0
BRAZIL

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

**PAGE** 1

**B I L L  T O**
DELPHI AUTOMOTIVE SYSTEMS DO B
AV. COM LEOPOLDO DEDINI, 1363-
PIRACICABA-SP CEP 13422-210
PIRACICABA-SP
BRAZIL
BRAZIL

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B. L.A.X.<br>NET 90 TERMS | G28243 | 7/22/2005 |

**CUSTOMER P/O NUMBER**
DEP10420/11-04

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G28243 | IMPEX |

**SHIP VIA**
PANALPINA INC

**CUSTOMER NUMBER** G100100

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER<br>CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 PELMEC BEARING | | | | |
| RI-1438DDSD429MT    R  A1 P811LY48 | | | | |
| T7089326 | | | | |
| 8482.10.5044 BALL BEARINGS | | | | |
| | YN93202 *1 | 14,000 | 0.448 | 6,272.00 |
| TOTAL WEIGHT 00404 LBS | | | | |
| # OF CARTONS 0010 | | | | |
| B/L G28242-G28243  NET WT: 393 # | | | | |
| | | | | |
| SHIPPING MARKS: | | | | |
| | | | | |
| DEP10420/11-04      /        /CTN 10   OF 10 /BRAZIL | | | | |
| MADE IN THAILAND | | | | |
| (NMBTC)     SIGNED BY: | | | | |
| | | | | |
| EXPORT  DEPT. | | | | |

EXPORT LICENSE: NLR         ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

FORWARDER: PANALPINA INC    PH: 734-955-1401 MR RUSS HERRING
11505-S.WAYNE ROAD, BLDG.I/SUITE 100
ROMULUS, MI 48174
* SPECIAL MARKING REQUIRED, ADD PORT OF DEST.ON BOX LABEL,
AND ALL CARTONS, CUST. PART NUMBER, GROSS AND NET WEIGHT
MUST ALL BE INCLUDED AND CLEARLY STATED

| PLEASE PAY THIS AMOUNT | 6,272.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

GA0115RFM  M21    821

**CUSTOMER**

9730 DeSOTO AVENUE
CHATSWORTH, CA  91311
818 341-0820

**NMB**

(REMIT/REMITTANCE ADDRESS ONLY)

**INVOICE**

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

PAGE  1

CUSTOMER NUMBER  G100101

DELPHI AUTOMOTIVE SYSTEMS DO B
AV.COM LEOPOLDO DEDINI
1363- PIRACICABA, SP
CEP:  13422-210
PIRACICABA-SP-BRASILO
BRAZIL

**S
H
I
P
T
O**

**B
I
L
L
T
O**

DELPHI AUTOMOTIVE SYSTEMS DO B
AV. COM LEOPOLDO DEDINI, 1363-
PIRACICABA-SP CEP 13422-210
PIRACICABA-SP
BRAZIL
BRAZIL

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B. L.A.X. | G29489 | 7/28/2005 |
| NET 90 DAYS | | |

| CUSTOMER P/O NUMBER |
|---|
| DEP10420/10-04 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G29489 | IMPEX |

| SHIP VIA |
|---|
| PANALPINA INC |

CUSTOMER NUMBER  G100100

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 M&I STANDARD A | | | | |
| L-1680X5DDSD429    R  A1 P811LY48 | | | | |
| 171034398 REF | | | | |
| 8482.10.5044 BALL BEARINGS | | | | |
| | YM61505 | *1 | 2,000 | 0.647 | 1,294.00 |
| TOTAL WEIGHT 00020 LBS | | | | |
| # OF CARTONS 0001 | | | | |
| B/L G29489/G29491  NET WT.18 LBS | | | | |
| | | | | |
| SHIPPING MARKS: | | | | |
| | | | | |
| DEP10420/10-04     /     /CTN 1   OF 1  /BRAZIL | | | | |
| MADE IN SINGAPORE | | | | |
| (NMBTC)    SIGNED BY: | | | | |
| | | | | |
| EXPORT  DEPT. | | | | |

EXPORT LICENSE: NLR          ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

FORWARDER: PANALPINA INC.    PH: 734-955-1401 MR RUSS HERRING
11505 S.WAYNE ROAD, BLDG.I/SUITE 100
ROMULUS MI 48174

SPECIAL MARKING REQUIRED. ADD PORT OF DEST.ON BOX LABEL.
ON ALL CARTONS, CUST. PART NUMBER, GROSS AND NET WEIGHT
MUST ALL BE INCLUDED AND CLEARLY STATED **

| PLEASE PAY THIS → AMOUNT | 1,294.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

A0115RFM M21    821

**CUSTOMER**

# NMB

CHATSWORTH, CA 91311
818 341-0820

(REMITTANCE ADDRESS ONLY)

## INVOICE

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

**CUSTOMER NUMBER** GI00101

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS DO B
AV.COM LEOPOLDO DEDINI
1363- PIRACICABA, SP
CEP: 13422-210
PIRACICABA-SP-BRASIL0
BRAZIL

**PAGE** 1

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B. L.A.X. NET 90 TERMS | G29491 | 7/28/2005 |

BILL TO:
DELPHI AUTOMOTIVE SYSTEMS DO B
AV. COM LEOPOLDO DEDINI, 1363-
PIRACICABA-SP CEP 13422-210
PIRACICABA-SP
BRAZIL
BRAZIL

**CUSTOMER P/O NUMBER**
DEP10420/11-04

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G29491 | IMPEX |

**SHIP VIA**
PANALPINA INC

**CUSTOMER NUMBER** GI00100

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 PBLMEC BEARING | | | | |
| RI-1438DDSD429MT    R  A1 P811LY48 | | | | |
| 17089326 | | | | |
| 8482.10.5044 BALL BEARINGS | | | | |
| | YN93203 *I | 12,000 | 0.448 | 5,376.00 |
| TOTAL WEIGHT 00355 LBS | | | | |
| # OF CARTONS 0008 | | | | |
| B/L G29489/G29491  NET WT 320 # | | | | |
| | | | | |
| SHIPPING MARKS: | | | | |
| | | | | |
| DEP10420/11-04    /      /CTN 8   OF 8  /BRAZIL | | | | |
| MADE IN THAILAND | | | | |
| (NMBTC)    SIGNED BY: | | | | |
| | | | | |
| EXPORT  DEPT. | | | | |

EXPORT LICENSE: NLR        ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS DIVERSION CONTRARY TO U.S LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

FORWARDER: PANALPINA INC.     PH:734-955-1401 MR RUSS HERRING
11505 S.WAYNE ROAD, BLDG.I/SUITE 100
ROMULUS, MI 48174
* SPECIAL MARKING REQUIRED. ADD PORT OF DEST.ON BOX LABEL.
AND ALL CARTONS, CUST. PART NUMBER, GROSS AND NET WEIGHT
MUST ALL BE INCLUDED AND CLEARLY STATED

| PLEASE PAY THIS AMOUNT | 5,376.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

BA0115RFM  M21     821

**CUSTOMER**

# INVOKE

**NMB**

CHATSWORTH, CA 91311
818 341-0820

(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

CUSTOMER NUMBER G100101

| | |
|---|---|
| **S H I P T O** | DELPHI AUTOMOTIVE SYSTEMS DO B<br>AV.COM LEOPOLDO DEDINI<br>1363- PIRACICABA, SP<br>CEP: 13422-210<br>PIRACICABA-SP-BRASIL0<br>BRAZIL |

PAGE 1

| **TERMS** | **N.M.B. INVOICE** | **INVOICE DATE** |
|---|---|---|
| F.O.B. L.A.X.<br>NET 90 DAYS | G30847 | 8/ 3/2005 |

| | |
|---|---|
| **B I L L T O** | DELPHI AUTOMOTIVE SYSTEMS DO B<br>AV. COM LEOPOLDO DEDINI, 1363-<br>PIRACICABA-SP CEP 13422-210<br>PIRACICABA-SP<br>BRAZIL<br>BRAZIL |

**CUSTOMER P/O NUMBER**
DEP10420/10-04

| **PACKING SLIP NO.** | **SALES ENGINEER** |
|---|---|
| G30847 | IMPEX |

**SHIP VIA**
PANALPINA INC

CUSTOMER NUMBER G100100

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER<br>CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 M&I STANDARD A | | | | |
| L-1680X5DDSD429    R  A1 P811LY48 | | | | |
| 17103439B REF | | | | |
| 8482.10.5044 BALL BEARINGS | | | | |
| | YMG1506 | *1 | 4,000 | 0.647 | 2,588.00 |
| TOTAL WEIGHT 00040 LBS | | | | |
| # OF CARTONS 0002 | | | | |
| B/L DEL-7,8,2,3   NET WT: 36 # | | | | |
| | | | | |
| SHIPPING MARKS: | | | | |
| | | | | |
| DEP10420/10-04   /   /CTN 2  OF 2  /BRAZIL | | | | |
| MADE IN SINGAPORE | | | | |
| (NMBTC)   SIGNED BY: | | | | |
| | | | | |
| EXPORT  DEPT. | | | | |

EXPORT LICENSE: NLR         ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS DIVERSION CONTRARY TO U.S LAW PROHIBITED
I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

FORWARDER: PANALPINA INC   PH: 734-955-1401 MR. RUSS HERRING
11505 S.WAYNE ROAD, BLDG.I/SUITE 100
ROMULUS MI 48174
SPECIAL MARKING REQUIRED. ADD PORT OF DEST.ON BOX LABEL.
AND ALL CARTONS, CUST. PART NUMBER, GROSS AND NET WEIGHT
CUST ADD BE INCLUDED AND CLEARLY STATED **

A0115RFM M21   821

| PLEASE PAY THIS AMOUNT → | 2,588.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

**CUSTOMER**

# NMB

CHATSWORTH, CA 91311
818 341-0820

**INVOICE**
(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P. O. BOX 4767
LOS ANGELES, CA 90051-4767

CUSTOMER NUMBER G100101

**SHIP TO**
DELPHI AUTOMOTIVE SYSTEMS DO B
AV. COM LEOPOLDO DEDINI
1363- PIRACICABA, SP
CEP: 13422-210
PIRACICABA-SP-BRASILO
BRAZIL

PAGE 1.

**BILL TO**
DELPHI AUTOMOTIVE SYSTEMS DO B
AV. COM LEOPOLDO DEDINI, 1363-
PIRACICABA-SP CEP 13422-210
PIRACICABA-SP
BRAZIL
BRAZIL

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B. L.A.X. NET 90 DAYS | G30848 | 8/ 3/2005 |

**CUSTOMER P/O NUMBER**
DEP10420/10-05

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G30848 | IMPEX |

**SHIP VIA**
PANALPINA INC

CUSTOMER NUMBER G100100

**PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE**

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | MFG | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 M&I STANDARD A | | | | |
| L-1680X5DDSD429    R  A1 P811LY48 | | | | |
| 17103439 REF | | | | |
| 8482.10.5044 BALL BEARINGS | | | | |
| YQ38802 | *1 | 2,000 | 0.647 | 1,294.00 |
| FOUR ORIGINAL INVOICE COPIES ALL OF THEM SIGNED IN | | | | |
| BLUE INK AND ATTACHED PACKING SLIPS TO PANALPINA | | | | |
| TOTAL WEIGHT 00020 LBS | | | | |
| # OF CARTONS 0001 | | | | |
| B/L DEL-7,8,2,3   NET WT: 18 # | | | | |

SHIPPING MARKS:

DEP10420/10-05    /    /CTN 1  OF 1  /BRAZIL
MADE IN SINGAPORE
(NMBTC)    SIGNED BY:

------------------
    EXPORT   DEPT.

EXPORT LICENSE: NLR    ECCN: EAR99.
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

FORWARDER: PANALPINA INC    TEL:734-955-1401 MR. RUSS HERRING
    11505-S.WAYNE ROAD, BLDG.I/SUITE 100
    ROMULUS, MI  40174
* SPECIAL MARKING REQUIRED. ADD PORT OF DEST.ON BOX LABEL.
AND ALL CARTONS, CUST. PART NUMBER,  GROSS AND NET WEIGHT
MUST ALL BE INCLUDED AND CLEARLY STATED **

| PLEASE PAY THIS ➤ AMOUNT | 1,294.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA0115RFM  M21    821

**CUSTOMER**

# INVOICE

**NMB**

CHATSWORTH, CA 91311
818 341-0820

(REMITTANCE ADDRESS. ONLY)

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

**CUSTOMER NUMBER** G100101

**S H I P T O**

DELPHI AUTOMOTIVE SYSTEMS DO B
AV.COM LEOPOLDO DEDINI
1363- PIRACICABA, SP
CEP: 13422-210
PIRACICABA-SP-BRASILO
BRAZIL

**PAGE** 1

**B I L L T O**

DELPHI AUTOMOTIVE SYSTEMS DO B
AV. COM LEOPOLDO DEDINI, 1363-
PIRACICABA-SP CEP 13422-210
PIRACICABA-SP
BRAZIL
BRAZIL

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B. L.A.X. NET 90 TERMS | G30792 | 8/ 3/2005 |

**CUSTOMER P/O NUMBER**
DEP10420/11-04

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G30792 | IMPEX |

**SHIP VIA**
PANALPINA INC

**CUSTOMER NUMBER** G100100

**PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE**

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 PELMEC BEARING | | | | |
| RI-1438DDSD429MT    R  A1 P811LY48 | | | | |
| 17089326 | | | | |
| 8482.10.5044 BALL BEARINGS | | | | |
| | YN93204  *1 | 14,000 | 0.448 | 6,272.00 |
| TOTAL WEIGHT 00420 LBS | | | | |
| # OF CARTONS 0010 | | | | |
| B/L DEL-7,8,2,3   NET WT: 393 # | | | | |
| | | | | |
| SHIPPING MARKS: | | | | |
| | | | | |
| DEP10420/11-04     /     /CTN 10   OF 10 /BRAZIL | | | | |
| MADE IN THAILAND | | | | |
| (NMBTC)    SIGNED BY: | | | | |
| | | | | |
| EXPORT  DEPT. | | | | |

EXPORT LICENSE: NLR      ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS.DIVERSION CONTRARY TO U.S.LAW PROHIBITED
*1 THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS. )

FORWARDER PANALPINA INC    PH:734-955-1401 MR.RUSS HERRING
11505-S.WAYNE ROAD, BLDG.I/SUITE 100
ROMULUS, MI 48174
SPECIAL MARKING REQUIRED. ADD PORT OF DEST.ON BOX LABEL,
AND ALL CARTONS, CUST PART NUMBER,  GROSS AND NET WEIGHT
MUST ALL BE INCLUDED AND CLEARLY STATED **
SA0115RPM M21    821

| PLEASE PAY THIS AMOUNT | 6,272.00 |
|---|---|

**SUBJECT TO THE TERMS AND CONDITIONS ATTACHED HERETO OR ON THE REVERSE HEREOF**

**CUSTOMER**

# NMB

CHATSWORTH, CA 91311
818 341-0820

(REMITTANCE ADDRESS ONLY)

# INVOICE

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

CUSTOMER NUMBER G100101

**SHIP TO**

DELPHI AUTOMOTIVE SYSTEMS DO B
AV.COM LEOPOLDO DEDINI
1363- PIRACICABA, SP
CEP: 13422-210
PIRACICABA-SP-BRASILO
BRAZIL

PAGE 1

**BILL TO**

DELPHI AUTOMOTIVE SYSTEMS DO B
AV. COM LEOPOLDO DEDINI, 1363-
PIRACICABA-SP CEP 13422-210
PIRACICABA-SP
BRAZIL
BRAZIL

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| FCA WOODALE NET 90 DAYS | G30793 | 8/ 3/2005 |

| CUSTOMER P/O NUMBER |
|---|
| DEP18086-06 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G30793 | IMPEX |

**SHIP VIA**
PANALPINA INC

CUSTOMER NUMBER G100100

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 PELMEC BEARING | | | | |
| L-1910DDSD429 R A1 P13LY48 | | | | |
| 25371016 REF | | | | |
| 8482.10.5044 BALL BEARINGS | | | | |
| YN57903 | *I | 10,000 | 0.484 | 4,840.00 |
| TOTAL WEIGHT 00165 LBS | | | | |
| # OF CARTONS 0005 | | | | |
| B/L DEL-7,8,2,3 NET WT: 149 # | | | | |
| SHIPPING MARKS: | | | | |
| DEP18086-06 / /CTN 5 OF 5 /BRAZIL | | | | |
| MADE IN THAILAND | | | | |
| (NMBTC) SIGNED BY: | | | | |
| EXPORT DEPT. | | | | |

EXPORT LICENSE: NLR ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

FORWARDER PANALPINA INC PH.734-955-1401 MR.RUSS HERRING
11505 S.WAYNE ROAD, BLDG.I/SUITE 100
ROMULUS,MI 48174
* SPECIAL MARKING REQUIRED. ADD PORT OF DEST.ON BOX LABEL.
AND ALL CARTONS, CUST. PART NUMBER, GROSS AND NET WEIGHT
MUST ALL BE INCLUDED AND CLEARLY STATED **
SA0115RFM M21 821

| PLEASE PAY THIS AMOUNT | 4,840.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

CUSTOMER

# NMB

CHATSWORTH, CA 91311
818 341-0820

**INVOICE**

(REMITTANCE ADDRES. ONLY)

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

**CUSTOMER NUMBER** G100101

**S H I P T O**

DELPHI AUTOMOTIVE SYSTEMS DO B
AV.COM LEOPOLDO DEDINI
1363- PIRACICABA, SP
CEP: 13422-210
PIRACICABA-SP-BRASILO
BRAZIL

PAGE 1

**B I L L T O**

DELPHI AUTOMOTIVE SYSTEMS DO B
AV. COM LEOPOLDO DEDINI, 1363-
PIRACICABA-SP CEP 13422-210
PIRACICABA-SP
BRAZIL
BRAZIL

| TERMS |
|---|
| F.O.B. L.A.X. |
| NET 90 DAYS |

| N.M.B. INVOICE | INVOICE DATE |
|---|---|
| G32840 | 8/11/2005 |

| CUSTOMER P/O NUMBER |
|---|
| DEP10420/10-05 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G32840 | IMPEX |

| SHIP VIA |
|---|
| PANALPINA INC |

**CUSTOMER NUMBER** G100100

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M f g | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 M&I STANDARD A | | | | |
| L-1680X5DDSD429    R  A1 P811LY48 | | | | |
| 17103439 REF | | | | |
| 8482.10.5044 BALL BEARINGS | | | | |
| YQ38803 | *I | 6,000 | 0.647 | 3,882.00 |
| FOUR ORIGINAL INVOICE COPIES ALL OF THEM SIGNED IN | | | | |
| BLUE INK AND ATTACHED PACKING SLIPS TO PANALPINA | | | | |
| TOTAL WEIGHT 00082 LBS | | | | |
| # OF CARTONS 0003 | | | | |
| B/L G32840       NET WT: 74 # | | | | |
| SHIPPING MARKS: | | | | |
| DEP10420/10-05    /    /CTN 3    OF 3  /BRAZIL | | | | |
| MADE IN SINGAPORE | | | | |
| (NMBTC)    SIGNED BY: | | | | |
| EXPORT  DEPT. | | | | |

EXPORT LICENSE: NLR       ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

FORWARDER: PANALPINA INC.   PH: 734-955-1401 MR. RUSS HERRING
11505 S.WAYNE ROAD, BLDG.I/SUITE 100
ROMULUS, MI 48174
* SPECIAL MARKING REQUIRED. ADD PORT OF DEST. ON BOX LABEL.
AND ALL CARTONS, CUST. PART NUMBER, GROSS AND NET WEIGHT
MUST ALL BE INCLUDED AND CLEARLY STATED **

| PLEASE PAY THIS AMOUNT | 3,882.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

**CUSTOMER**

SA0115RFM M21    821

# INVOICE

**NMB**

CHATSWORTH, CA  91311
818 341-0820

(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

**CUSTOMER NUMBER**  G100101

PAGE   1

S
H
I
P

T
O

DELPHI AUTOMOTIVE SYSTEMS DO B
AV.COM LEOPOLDO DEDINI
1363- PIRACICABA, SP
CEP: 13422-210
PIRACICABA-SP-BRASILO
BRAZIL

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B. L.A.X.<br>NET 90 DAYS | G34054 | 8/19/2005 |

B
I
L
L

T
O

DELPHI AUTOMOTIVE SYSTEMS DO B
AV. COM LEOPOLDO DEDINI, 1363-
PIRACICABA-SP CEP 13422-210
PIRACICABA-SP
BRAZIL
BRAZIL

**CUSTOMER P/O NUMBER**
DEP10420/10-06

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G34054 | IMPEX |

**SHIP VIA**
PANALPINA INC

**CUSTOMER NUMBER**   G100100

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER<br>CUSTOMER PART NUMBER | M<br>F<br>G | QUANTITY<br>SHIPPED | UNIT<br>PRICE | AMOUNT<br>(US.$) |
|---|---|---|---|---|
| ITEM NO. 001 M&I STANDARD A | | | | |
| L-1680X5DDSD429    R  A1 P811LY48 | | | | |
| 17I03439B  REF | | | | |
| 8482.10.5044 BALL BEARINGS | | | | |
| YR38301 | *1 | 4,000 | 0.647 | 2,588.00 |
| TOTAL WEIGHT 00040 LBS | | | | |
| # OF CARTONS 0002 | | | | |
| B/L G34052-G34054  NET WT: 36 # | | | | |
| SHIPPING MARKS: | | | | |
| DEP10420/10-06    /    /CTN 2  OF 2 /BRAZIL | | | | |
| MADE IN SINGAPORE | | | | |
| (NMBTC)    SIGNED BY: | | | | |
| EXPORT  DEPT. | | | | |

EXPORT LICENSE: NLR          ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

FORWARDER: PANALPINA INC.   PH:734-955-1401 MR.ROSS HERRING
     11505-S.WAYNE ROAD, BLDG.I/SUITE 100
     ROMULUS,MI  48174
* SPECIAL MARKING REQUIRED. ADD PORT OF DEST. ON BOX LABEL.
AND ALL CARTONS, CUST. PART NUMBER, GROSS AND NET WEIGHT
MUST ALL BE INCLUDED AND CLEARLY STATED **
SA0115RFM M21    821

| PLEASE PAY<br>THIS ➤<br>AMOUNT | 2,588.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

CUSTOMER

# NMB

CHATSWORTH, CA 91311
818 341-0820

**INVOICE**

PLEASE REMIT TO
(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

**CUSTOMER NUMBER** G100101

**S H I P T O**
DELPHI AUTOMOTIVE SYSTEMS DO B
AV.COM LEOPOLDO DEDINI
1363- PIRACICABA, SP
CEP: 13422-210
PIRACICABA-SP-BRASILO
BRAZIL

PAGE 1

**B I L L T O**
DELPHI AUTOMOTIVE SYSTEMS DO B
AV. COM LEOPOLDO DEDINI, 1363-
PIRACICABA-SP CEP 13422-210
PIRACICABA-SP
BRAZIL
BRAZIL

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B. L.A.X. | G34052 | 8/19/2005 |
| NET 90 DAYS | | |

**CUSTOMER P/O NUMBER**
DEP10420/86-07

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G34052 | IMPEX |

**SHIP VIA**
PANALPINA INC

**CUSTOMER NUMBER** G100100

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 PELMEC BEARING | | | | |
| L-1910DDSD429     R  A1 P13LY48 | | | | |
| 25371016 | | | | |
| 8482.10.5044 BALL BEARINGS | | | | |
| | YY44301   *I | 6,000 | 0.484 | 2,904.00 |
| TOTAL WEIGHT 00099 LBS | | | | |
| # OF CARTONS 0003 | | | | |
| B/L G34052-G34054  NET WT: 89 # | | | | |
| SHIPPING MARKS: | | | | |
| DEP10420/86-07    /    /CTN 3   OF 3 /BRAZIL | | | | |
| MADE IN THAILAND | | | | |
| (NMBTC)    SIGNED BY: | | | | |
| EXPORT  DEPT. | | | | |

EXPORT LICENSE: NLR        ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

FORWARDER PANALPINA INC   PH:734-955-1401 MR. RUSS HERRING
11505-S.WAYNE ROAD, BLDG.I/SUITE 100
ROMULUS,MI 48174
* SPECIAL MARKING REQUIRED. ADD PORT OF DEST. ON BOX LABEL.
AND ALL CARTONS, CUST. PART NUMBER, GROSS AND NET WEIGHT
MUST ALL BE INCLUDED AND CLEARLY STATED *

| PLEASE PAY THIS ➡ AMOUNT | 2,904.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA0115RFM  M21    821

**CUSTOMER**

# NMB

CHATSWORTH, CA 91311
818 341-0820

**INVOICE**

REMITTANCE ADDRESS ONLY
NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

**CUSTOMER NUMBER** G100101

SHIP TO
DELPHI AUTOMOTIVE SYSTEMS DO B
AV.COM LEOPOLDO DEDINI
1363- PIRACICABA, SP
CEP: 13422-210
PIRACICABA-SP-BRASILO
BRAZIL

PAGE 1

BILL TO
DELPHI AUTOMOTIVE SYSTEMS DO B
AV. COM LEOPOLDO DEDINI, 1363-
PIRACICABA-SP CEP 13422-210
PIRACICABA-SP
BRAZIL
BRAZIL

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B. L.A.X. NET 90 TERMS | G34053 | 8/19/2005 |

**CUSTOMER P/O NUMBER**
DEP10420/11-04

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G34053 | IMPEX |

**SHIP VIA**
PANALPINA INC

**CUSTOMER NUMBER** G100100

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | MFG | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 PBLMEC BEARING | | | | |
| RI-1438DDSD429MT R A1 P811LY48 | | | | |
| 17089326 | | | | |
| 8482.10.5044 BALL BEARINGS | | | | |
| YN93205 | *I | 8,000 | 0.448 | 3,584.00 |
| TOTAL WEIGHT 00243 LBS | | | | |
| # OF CARTONS 0006 | | | | |
| B/L G34052-G34054 NET WT: 219 # | | | | |
| SHIPPING MARKS: | | | | |
| DEP10420/11-04 / /CTN 6 OF 6 /BRAZIL. | | | | |
| MADE IN THAILAND | | | | |
| (NMBTC) SIGNED BY: | | | | |
| EXPORT DEPT. | | | | |

EXPORT LICENSE: NLR ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
PI THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

FORWARDER: PANALPINA INC PH:734-955-1401 MR RUSS HERRING
11505 S.WAYNE ROAD, BLDG.I/SUITE 100
ROMULUS MI 48174
SPECIAL MARKING REQUIRED). ADD PORT OF DEST.ON BOX LABEL.
AND ALL CARTONS, CUST PART NUMBER, GROSS AND NET WEIGHT
MUST AND BE INCLUDED AND CLEARLY STATED **
3A0115RFM M21 821

| PLEASE PAY THIS → AMOUNT | 3,584.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

**CUSTOMER**

# NMB

**INVOICE**

CHATSWORTH, CA 91311
818 341-0820

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

(REMITTANCE ADDRESS ONLY)

**CUSTOMER NUMBER** G100101

| S H I P | DELPHI AUTOMOTIVE SYSTEMS DO B |
|---|---|
| | AV.COM LEOPOLDO DEDINI |
| | 1363- PIRACICABA, SP |
| T O | CEP: 13422-210 |
| | PIRACICABA-SP-BRASIL0 |
| | BRAZIL |

**PAGE** 1

| | **TERMS** | | **N.M.B. INVOICE** | **INVOICE DATE** |
|---|---|---|---|---|
| | F.O.B. L.A.X. | | G35689 | 8/25/2005 |
| | NET 90 DAYS | | | |

| B I L L | DELPHI AUTOMOTIVE SYSTEMS DO B |
|---|---|
| | AV. COM LEOPOLDO DEDINI, 1363- |
| | PIRACICABA-SP CEP 13422-210 |
| T O | PIRACICABA-SP |
| | BRAZIL |
| | BRAZIL |

**CUSTOMER P/O NUMBER**
DEP10420/10-06

| **PACKING SLIP NO.** | **SALES ENGINEER** |
|---|---|
| G35689 | IMPEX |

**SHIP VIA**
PANALPINA INC

**CUSTOMER NUMBER** G100100

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 M&I STANDARD A | | | | |
| L-1680X5DDSD429  R A1 P811LY48 | | | | |
| 171034398 REF | | | | |
| 8482.10.5044 BALL BEARINGS | | | | |
| YR38302 *I | | 2,000 | 0.647 | 1,294.00 |
| TOTAL WEIGHT 00020 LBS | | | | |
| # OF CARTONS 0001 | | | | |
| B/L G35687-G35690  NET WT: 18 # | | | | |
| | | | | |
| SHIPPING MARKS: | | | | |
| DEP10420/10-06  /  /CTN 1 OF 1 /BRAZIL | | | | |
| MADE IN SINGAPORE | | | | |
| (NMBTC) SIGNED BY: | | | | |
| | | | | |
| EXPORT DEPT. | | | | |

EXPORT LICENSE: NLR     ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

| FORWARDER PANALPINA INC. PH: 734-955-1401 MR RUSS HERRING | **PLEASE PAY THIS →** | |
|---|---|---|
| 11505-S.WAYNE ROAD, BLDG.I/SUITE 100 | **AMOUNT** | 1,294.00 |
| ROMULUS, MI 48174 | | |
| * SPECIAL MARKING REQUIRED. ADD PORT OF DEST.ON BOX LABEL. | SUBJECT TO THE TERMS AND | |
| AND ALL CARTONS, CUST. PART NUMBER, GROSS AND NET WEIGHT | CONDITIONS ATTACHED HERETO | |
| MUST ALL BE INCLUDED AND CLEARLY STATED ** | OR ON THE REVERSE HEREOF | |

SA0115RFM M21  821

**CUSTOMER**

**NMB**

NMB TECHNOLOGIES CORPORATION
CHATSWORTH, CA  91311
818 341-0820

# INVOICE

(REMITTANCE ADDRES. ONLY)

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

CUSTOMER NUMBER  G100101

S H I P   T O:
DELPHI AUTOMOTIVE SYSTEMS DO B
AV. COM LEOPOLDO DEDINI
1363- PIRACICABA, SP
CEP:  13422-210
PIRACICABA-SP-BRASIL0
BRAZIL

PAGE  1

B I L L   T O:
DELPHI AUTOMOTIVE SYSTEMS DO B
AV. COM LEOPOLDO DEDINI, 1363-
PIRACICABA-SP CEP 13422-210
PIRACICABA-SP
BRAZIL
BRAZIL

| TERMS |
|---|
| F.O.B. L.A.X. |
| NET 90 TERMS |

| N.M.B. INVOICE | INVOICE DATE |
|---|---|
| G35687 | 8/25/2005 |

| CUSTOMER P/O NUMBER |
|---|
| DEP10420/11-04 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G35687 | IMPEX |

| SHIP VIA |
|---|
| PANALPINA INC |

CUSTOMER NUMBER  G100100

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 PELMEC BEARING | | | | |
| RI-1438DDSD429MT    R  A1 P811LY48 | | | | |
| 17089326 | | | | |
| 8482.10.5044 BALL BEARINGS | | | | |
| YN93206 | *I | 10,000 | 0.448 | 4,480.00 |
| | | | | |
| TOTAL WEIGHT 00280 LBS | | | | |
| # OF CARTONS 0007 | | | | |
| B/L G35687-G35690  NET WT: 252 # | | | | |
| | | | | |
| SHIPPING MARKS: | | | | |
| | | | | |
| DEP10420/11-04    /    /CTN 7   OF 7  /BRAZIL | | | | |
| MADE IN THAILAND | | | | |
| (NMBTC)    SIGNED BY: | | | | |
| | | | | |
| EXPORT  DEPT. | | | | |

EXPORT LICENSE: NLR     ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

FORWARDER: PANALPINA INC.  PH:734-955-3401 MR.RUSS HERRING
   11505-S.WAYNE ROAD, BLDG.I/SUITE 100
   ROMULUS,MI  48174
* SPECIAL MARKING REQUIRED. ADD PORT OF DEST.ON BOX LABEL.
AND ALL CARTONS, CUST. PART NUMBER, GROSS AND NET WEIGHT
MUST ALL BE INCLUDED AND CLEARLY STATED **
SA0115RFM M21    821

| PLEASE PAY THIS → AMOUNT | 4,480.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

CUSTOMER

# INVOICE

**NMB**

9730 INDEPENDENCE AVENUE
CHATSWORTH, CA   91311
818 341-0820

PLEASE REMIT TO:
(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

CUSTOMER NUMBER   G100101

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS DO B
AV.COM LEOPOLDO DEDINI
1363- PIRACICABA, SP
CEP:  13422-210
PIRACICABA-SP-BRASILO
BRAZIL

PAGE   1

BILL TO:
DELPHI AUTOMOTIVE SYSTEMS DO B
AV. COM LEOPOLDO DEDINI, 1363-
PIRACICABA-SP CEP 13422-210
PIRACICABA-SP
BRAZIL
BRAZIL

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|-------|----------------|--------------|
| F.O.B. L.A.X. NET 90 DAYS | G35688 | 8/25/2005 |

**CUSTOMER P/O NUMBER**
DEP10420/11-05

| PACKING SLIP NO. | SALES ENGINEER |
|------------------|----------------|
| G35688 | IMPEX |

**SHIP VIA**
PANALPINA INC

CUSTOMER NUMBER   G100100

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 PEIMEC BEARING | | | | |
| RI-1438DDSD429MT     R  A1 P811LY48 | | | | |
| 17089326 | | | | |
| 8482.10.5044 BALL BEARINGS            YQ51901 | *I | 12,000 | 0.448 | 5,376.00 |

FOUR ORIGINAL COPIES OF INVOICES  ALL OF THEM SIGNED IN BLUE
INK.
TOTAL WEIGHT 00380 LBS
# OF CARTONS 0008
B/L G35687-G35690   NET WT: 336 #

SHIPPING MARKS:

DEP10420/11-05    /     /CTN 8   OF 8  /BRAZIL
MADE IN THAILAND
(NMBTC)   SIGNED BY:
                   ------------------
                   EXPORT  DEPT.

EXPORT LICENSE: NLR          ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS.DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

FORWARDER: PANALPINA INC   PH:734-955-1401 MR. RUSS HERRING
           11505-S.WAYNE ROAD, BLDG.I/SUITE 100
           ROMULUS,MI  48174
* SPECIAL MARKING REQUIRED. ADD PORT OF DEST.ON BOX LABEL.
AND ALL CARTONS, CUST. PART NUMBER,  GROSS AND NET WEIGHT
MUST ALL BE INCLUDED AND CLEARLY STATED *

PLEASE PAY
THIS →
AMOUNT                  5,376.00

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

CUSTOMER

SA0115RPM M21    821

# NMB

CHATSWORTH, CA 91311
818 341-0820

**INVOICE**

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767
(REMITTANCE ADDRESS ONLY)

CUSTOMER NUMBER G100101

SHIP TO
DELPHI AUTOMOTIVE SYSTEMS DO B
AV.COM LEOPOLDO DEDINI
1363- PIRACICABA, SP
CEP: 13422-210
PIRACICABA-SP-BRASILO
BRAZIL

PAGE 1

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B. L.A.X. | G35690 | 8/25/2005 |
| NET 90 DAYS | | |

BILL TO
DELPHI AUTOMOTIVE SYSTEMS DO B
AV. COM LEOPOLDO DEDINI, 1363-
PIRACICABA-SP CEP 13422-210
PIRACICABA-SP
BRAZIL
BRAZIL

**CUSTOMER P/O NUMBER**
DEP10420/86-07

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G35690 | IMPEX |

**SHIP VIA**
PANALPINA INC

CUSTOMER NUMBER G100100

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | MFG | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 PELMEC BEARING | | | | |
| L-1910DDSD429      R  A1 P13LY48 | | | | |
| 25371016 | | | | |
| 8482.10.5044 BALL BEARINGS | | | | |
|                              YY44302 | *I | 8,000 | 0.484 | 3,872.00 |
| | | | | |
| TOTAL WEIGHT 00132 LBS | | | | |
| # OF CARTONS 0004 | | | | |
| B/L G35687-G35690  NET WT: 119 # | | | | |
| | | | | |
| SHIPPING MARKS: | | | | |
| | | | | |
| DEP10420/86-07      /      /CTN 4   OF 4  /BRAZIL | | | | |
| MADE IN THAILAND | | | | |
| (NMBTC)      SIGNED BY: | | | | |
| | | | | |
|            EXPORT   DEPT. | | | | |

EXPORT LICENSE: NLR      ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS.DIVERSION CONTRARY TO U.S LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

FORWARDER PANALPINA INC   PH:734-955-1401 MR RUSS HERRING
11505-S.WAYNE ROAD, BLDG.I/SUITE 100
ROMULUS MI 48174
* SPECIAL MARKING REQUIRED. ADD PORT OF DEST.ON BOX LABEL.
AND ALL CARTONS, CUST. PART NUMBER, GROSS AND NET WEIGHT
MUST ALL BE INCLUDED AND CLEARLY STATED **
SA0115RFM M21    821

| PLEASE PAY THIS → AMOUNT | 3,872.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

CUSTOMER

# NMB

CHATSWORTH, CA 91311
818 341-0820

**INVOICE**

(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

**CUSTOMER NUMBER** G100101

PAGE 1

**SHIP TO**
DELPHI AUTOMOTIVE SYSTEMS DO B
AV.COM LEOPOLDO DEDINI
1363- PIRACICABA, SP
CEP: 13422-210
PIRACICABA-SP-BRASIL0
BRAZIL

**BILL TO**
DELPHI AUTOMOTIVE SYSTEMS DO B
AV. COM LEOPOLDO DEDINI, 1363-
PIRACICABA-SP CEP 13422-210
PIRACICABA-SP
BRAZIL
BRAZIL

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B. L.A.X. | G36368 | 8/30/2005 |
| NET 90 DAYS | | |

**CUSTOMER P/O NUMBER**
DEP10420/SPCLSPOR

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G36368 | IMPEX |

**SHIP VIA**
PANALPINA INC

**CUSTOMER NUMBER** G100100

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 PELMEC BEARING | | | | |
| RI-1438DDSD429MT    R  A1 P811LY48 | | | | |
| 17089326 | | | | |
| 8482.10.5044 BALL BEARINGS | | | | |
| YZ03001 | *1 | 2,500 | 0.448 | 1,120.00 |

TOTAL WEIGHT 00088 LBS
# OF CARTONS 0002
B/L G36367-G36368 NET WT: 70 #

SHIPPING MARKS:

DEP10420/SPCLSP   /      /CTN 2   OF 2   /BRAZIL
MADE IN SINGAPORE
(NMBTC)    SIGNED BY:

EXPORT DEPT.

EXPORT LICENSE: NLR _____ ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

FORWARDER: PANALPINA INC.   PH: 734-955-1401 MR. RUSS HERRING
11505-S.WAYNE ROAD, BLDG.I/SUITE 100
ROMULUS, MI 48174
* SPECIAL MARKING REQUIRED. ADD PORT OF DEST.ON BOX LABEL.
AND ALL CARTONS, CUST. PART NUMBER, GROSS AND NET WEIGHT
MUST ALL BE INCLUDED AND CLEARLY STATED *

| PLEASE PAY THIS ► AMOUNT | 1,120.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

**CUSTOMER**

SA0115RFM M21    821

# INVOICE

**NMB**

20630 NORDHOFF STREET
CHATSWORTH, CA 91311
818 341-0820

(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

**CUSTOMER NUMBER** G100101

PAGE   1

SHIP TO
DELPHI AUTOMOTIVE SYSTEMS DO B
AV.COM LEOPOLDO DEDINI
1363- PIRACICABA, SP
CEP: 13422-210
PIRACICABA-SP-BRASIL0
BRAZIL

BILL TO
DELPHI AUTOMOTIVE SYSTEMS DO B
AV. COM LEOPOLDO DEDINI, 1363-
PIRACICABA-SP CEP 13422-210
PIRACICABA-SP
BRAZIL
BRAZIL

| TERMS |
| --- |
| F.O.B. L.A.X. |
| NET 90 DAYS |

| N.M.B. INVOICE | INVOICE DATE |
| --- | --- |
| G36367 | 8/30/2005 |

| CUSTOMER P/O NUMBER |
| --- |
| DEP10420/86-07 |

| PACKING SLIP NO. | SALES ENGINEER |
| --- | --- |
| G36367 | IMPEX |

| SHIP VIA |
| --- |
| PANALPINA INC |

**CUSTOMER NUMBER**   G100100

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
| --- | --- | --- | --- | --- |
| ITEM NO. 001 PELMEC BEARING | | | | |
| L-1910DDSD429     R   A1 P13LY48 | | | | |
| 25371U16 | | | | |
| 8482.10.5044 BALL BEARINGS | | | | |
| YY44303 | *I | 4,000 | 0.484 | 1,936.00 |

TOTAL WEIGHT 00066 LBS
# OF CARTONS 0002
B/L G36367-G36368  NET WT: 59 #

SHIPPING MARKS:

DEP10420/86-07   /     /CTN 2   OF 2  /BRAZIL
MADE IN THAILAND
(NMBTC)     SIGNED BY:

                    EXPORT   DEPT.

EXPORT LICENSE: NLR        ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

FORWARDER: PANALPINA INC   PH: 734-955-1401 MR RUSS HERRING
          11505-S.WAYNE ROAD, BLDG.I/SUITE 100
          ROMULUS, MI 48174
* SPECIAL MARKING REQUIRED, ADD PORT OF DEST.ON BOX LABEL.
AND ALL CARTONS, CUST. PART NUMBER, GROSS AND NET WEIGHT
MUST ALL BE INCLUDED AND CLEARLY STATED **

SA0115RFM  M21     821

| PLEASE PAY THIS AMOUNT | 1,936.00 |
| --- | --- |

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

**CUSTOMER**

9730 INDEPENDENCE AVENUE
CHATSWORTH, CA   91311
818 341-0820

**NMB**

**INVOICE**

PLEASE REMIT TO
(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P.O. BOX 1767
LOS ANGELES, CA 90051-4767

CUSTOMER NUMBER  G100101

**PAGE**   1

| | |
|---|---|
| **S H I P T O** | DELPHI AUTOMOTIVE SYSTEMS DO B<br>AV. COM LEOPOLDO DEDINI<br>1363- PIRACICABA, SP<br>CEP:  13422-210<br>PIRACICABA-SP-BRASILO<br>BRAZIL |

| **TERMS** |
|---|
| F.O.B. L.A.X.<br>NET 90   DAYS |

| N.M.B. INVOICE | INVOICE DATE |
|---|---|
| G38276 | 9/ 2/2005 |

| | |
|---|---|
| **B I L L T O** | DELPHI AUTOMOTIVE SYSTEMS DO B<br>AV. COM LEOPOLDO DEDINI, 1363-<br>PIRACICABA-SP CEP 13422-210<br>PIRACICABA-SP<br>BRAZIL<br>BRAZIL |

| CUSTOMER P/O NUMBER |
|---|
| DEP10420/10-06 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G38276 | IMPEX |

| SHIP VIA |
|---|
| PANALPINA INC |

CUSTOMER NUMBER   G100100

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER<br>CUSTOMER PART NUMBER | MFG | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 M&I STANDARD A | | | | |
| L-1680X5DDSD429     R  A1 P811LY48 | | | | |
| 17I03439B  REF | | | | |
| 8482.10.5044 BALL BEARINGS | | | | |
| YR38303  *I | | 2,000 | 0.647 | 1,294.00 |
| TOTAL WEIGHT 00019 LBS | | | | |
| # OF CARTONS 0001 | | | | |
| B/L G38274-G38276  NET WT: 17 # | | | | |
| SHIPPING MARKS: | | | | |
| DEP10420/10-06      /      /CTN 1   OF 1  /BRAZIL | | | | |
| MADE IN SINGAPORE | | | | |
| (NMBTC)    SIGNED BY: | | | | |
| EXPORT  DEPT. | | | | |

EXPORT LICENSE: NLR        ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

| FORWARDER: PANALPINA INC    PH:734-955-1401 MR. RUSS HERRING<br>11505-S.WAYNE ROAD, BLDG.I/SUITE 100<br>ROMULUS, MI  48274<br>* SPECIAL MARKING REQUIRED. ADD PORT OF DEST. ON BOX LABEL.<br>AND ALL CARTONS, CUST. PART NUMBER,  GROSS AND NET WEIGHT<br>MUST ALL BE INCLUDED AND CLEARLY STATED * | PLEASE PAY THIS → AMOUNT | 1,294.00 |
|---|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

**CUSTOMER**

SA0115RFM  M21     821

# NMB

7730 IMPERIAL AVENUE
CHATSWORTH, CA 91311
818 341-0820

**INVOICE**

(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

**CUSTOMER NUMBER** G100101

S H I P T O
DELPHI AUTOMOTIVE SYSTEMS DO B
AV.COM LEOPOLDO DEDINI
1363- PIRACICABA, SP
CEP: 13422-210
PIRACICABA-SP-BRASILO
BRAZIL

PAGE

B I L L T O
DELPHI AUTOMOTIVE SYSTEMS DO B
AV. COM LEOPOLDO DEDINI, 1363-
PIRACICABA-SP CEP 13422-210
PIRACICABA-SP
BRAZIL
BRAZIL

| **TERMS** | **N.M.B. INVOICE** | **INVOICE DATE** |
|---|---|---|
| F.O.B. L.A.X. | G38274 | 9/ 2/2005 |
| NET 90 DAYS | | |

**CUSTOMER P/O NUMBER**
DEP10420/11-05

| **PACKING SLIP NO.** | **SALES ENGINEER** |
|---|---|
| G38274 | IMPEX |

**SHIP VIA**
PANALPINA INC

**CUSTOMER NUMBER** G100100

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | MFG | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 PELMEC BEARING | | | | |
| RI-1438DDSD429MT    R A1 P811LY48 | | | | |
| 17089326 | | | | |
| 8482.10.5044 BALL BEARINGS | | | | |
|                          YQ51902 | *I | 16,000 | 0.448 | 7,168.00 |

FOUR ORIGINAL COPIES OF INVOICES  ALL OF THEM SIGNED IN BLUE
INK.
TOTAL WEIGHT 00467 LBS
# OF CARTONS 0011
B/L G38274-G38276  NET WT: 450 #

SHIPPING MARKS:

DEP10420/11-05    /     /CTN 11  OF 11 /BRAZIL
MADE IN THAILAND
(NMBTC)    SIGNED BY:
          --------------
          EXPORT  DEPT.

EXPORT LICENSE: NLR          ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

FORWARDER: PANALPINA INC    PH: 734-955-1401 MR RUSS HERRING
11505 S. WAYNE ROAD, BLDG.I/SUITE 100
ROMULUS, MI 48174
* SPECIAL MARKING REQUIRED. ADD PORT OF DEST. ON BOX LABEL,
AND ALL CARTONS, CUST. PART NUMBER, GROSS AND NET WEIGHT
MUST ALL BE INCLUDED AND CLEARLY STATED **

| PLEASE PAY THIS ➡ AMOUNT | 7,168.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

**CUSTOMER**

SA0115RFM M21    821

# INVOICE

**NMB**

CHATSWORTH, CA 91311
818 341-0820

PLEASE REMIT TO
(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4787
LOS ANGELES, CA 90051-4767

CUSTOMER NUMBER G100101

**SHIP TO**
DELPHI AUTOMOTIVE SYSTEMS DO B
AV.COM LEOPOLDO DEDINI
1363- PIRACICABA, SP
CEP: 13422-210
PIRACICABA-SP-BRASILO
BRAZIL

PAGE 1

**BILL TO**
DELPHI AUTOMOTIVE SYSTEMS DO B
AV. COM LEOPOLDO DEDINI, 1363-
PIRACICABA-SP CEP 13422-210
PIRACICABA-SP
BRAZIL
BRAZIL

| TERMS |
|---|
| F.O.B. L.A.X. |
| NET 90 DAYS |

| N.M.B. INVOICE | INVOICE DATE |
|---|---|
| G38275 | 9/ 2/2005 |

| CUSTOMER P/O NUMBER |
|---|
| DEP10420/86-07 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G38275 | IMPEX |

| SHIP VIA |
|---|
| PANALPINA INC |

CUSTOMER NUMBER G100100

**PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE**

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | MFG | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 PELMEC BEARING | | | | |
| L-1910DDSD429   R  A1 F13LY48 | | | | |
| 25371016 REF | | | | |
| 8482.10.5044 BALL BEARINGS | | | | |
|                        YZ44501 | *I | 8,000 | 0.484 | 3,872.00 |
| | | | | |
| TOTAL WEIGHT 00128 LBS | | | | |
| # OF CARTONS 0004 | | | | |
| B/L G38274-G38276  NET WT: 115 # | | | | |

SHIPPING MARKS:

DEP10420/86-07    /        /CTN 4    OF 4  /BRAZIL
MADE IN THAILAND
(NMBTC)    SIGNED BY:

---------------
EXPORT DEPT.

EXPORT LICENSE: NLR        ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS DIVERSION CONTRARY TO U.S LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

FORWARDER: PANALPINA INC  PH:(734) 955-1401 MR.RUSS HERRING
11505-S.WAYNE ROAD, BLDG.1/SUITE 100
ROMULUS,MI 48174
* SPECIAL MARKING REQUIRED. ADD PORT OF DEST.ON BOX LABEL.
AND ALL CARTONS, CUST. PART NUMBER, GROSS AND NET WEIGHT
MUST ALL BE INCLUDED AND CLEARLY STATED **
SA0115RFM M21    821

| PLEASE PAY THIS → AMOUNT | 3,872.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

CUSTOMER

**NMB**

# INVOICE

9730 INDEPENDENCE AVENUE (REMITTANCE ADDRESS ONLY)
CHATSWORTH, CA  91311
818 341-0820

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

CUSTOMER NUMBER  G100101

PAGE   1

**S H I P   T O**
DELPHI AUTOMOTIVE SYSTEMS DO B
AV.COM LEOPOLDO DEDINI
1363- PIRACICABA, SP
CEP: 13422-210
PIRACICABA-SP-BRASIL0
BRAZIL

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B. L.A.X. | G39790 | 9/ 8/2005 |
| NET 90   DAYS | | |

**B I L L   T O**
DELPHI AUTOMOTIVE SYSTEMS DO B
AV. COM LEOPOLDO DEDINI, 1363-
PIRACICABA-SP CEP 13422-210
PIRACICABA-SP
BRAZIL
BRAZIL

| CUSTOMER P/O NUMBER |
|---|
| DEP10420/10-06 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G39790 | IMPEX |

| SHIP VIA |
|---|
| PANALPINA INC |

CUSTOMER NUMBER   G100100

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 M&I STANDARD A | | | | |
| L-1680X5DDSD429     R  A1 F811LY48 | | | | |
| 17103439B  REF | | | | |
| 8482.10.5044 BALL BEARINGS | | | | |
| YR38304  *I | | 4,000 | 0.647 | 2,588.00 |
| | | | | |
| TOTAL WEIGHT 00040 LBS | | | | |
| # OF CARTONS 0002 | | | | |
| B/L G39789-G39791  NET WT: 36 # | | | | |
| | | | | |
| SHIPPING MARKS: | | | | |
| | | | | |
| DEP10420/10-06      /     /CTN 2  OF 2  /BRAZIL | | | | |
| MADE IN SINGAPORE | | | | |
| (NMBTC)   SIGNED BY: | | | | |
| | | | | |
| EXPORT DEPT. | | | | |

EXPORT LICENSE: NLR        ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS DIVERSION CONTRARY TO U.S LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

FORWARDER  PANALPINA INC     PH:734-955-1401 MR RUSS HERRING
11505 S.WAYNE ROAD, BLDG.1/SUITE 100
ROMULUS,MI 48174
* SPECIAL MARKING REQUIRED. ADD PORT OF DEST.ON BOX LABEL.
AND ALL CARTONS. CUST. PART NUMBER, GROSS AND NET WEIGHT
MUST ALL BE INCLUDED AND CLEARLY STATED *

| PLEASE PAY THIS → AMOUNT | 2,588.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

CUSTOMER

SA0115RFM  M21      821

# INVOICE

**NMB**

9730 INDEPEN CE AVENUE
CHATSWORTH, CA 91311
818 341-0820

(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

**CUSTOMER NUMBER** G100101

| S H I P T O |  |
|---|---|
|  | DELPHI AUTOMOTIVE SYSTEMS DO B<br>AV.COM LEOPOLDO DEDINI<br>1363- PIRACICABA, SP<br>CEP: 13422-210<br>PIRACICABA-SP-BRASILO<br>BRAZIL |

PAGE 1

| B I L L T O |  |
|---|---|
|  | DELPHI AUTOMOTIVE SYSTEMS DO B<br>AV. COM LEOPOLDO DEDINI, 1363-<br>PIRACICABA-SP CEP 13422-210<br>PIRACICABA-SP<br>BRAZIL<br>BRAZIL |

| TERMS |
|---|
| F.O.B. L.A.X.<br>NET 90 DAYS |

| N.M.B. INVOICE | INVOICE DATE |
|---|---|
| G39789 | 9/ 8/2005 |

| CUSTOMER P/O NUMBER |
|---|
| DEP10420/11-05 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G39789 | IMPEX |

| SHIP VIA |
|---|
| PANALPINA INC |

**CUSTOMER NUMBER** G100105

### PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER<br>CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 PELMEC BEARING | | | | |
| RI-1438DDSD429MT   R  A1 P811LY48 | | | | |
| 17089326 | | | | |
| 8482.10.5044 BALL BEARINGS | | | | |
| YQ51903 | *I | 10,000 | 0.448 | 4,480.00 |
| FOUR ORIGINAL COPIES OF INVOICES  ALL OF THEM SIGNED IN BLUE | | | | |
| INK. | | | | |
| TOTAL WEIGHT 00318 LBS | | | | |
| # OF CARTONS 0007 | | | | |
| D/L G39789-G39791  NET WT: 280 # | | | | |
| | | | | |
| SHIPPING MARKS: | | | | |
| | | | | |
| DEP10420/11-05    /    /CTN 7   OF 7  /BRAZIL | | | | |
| MADE IN THAILAND | | | | |
| (NMBTC)    SIGNED BY: | | | | |
| | | | | |
| EXPORT  DEPT. | | | | |

EXPORT LICENSE: NLR        ECCN EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

FORWARDER PANALPINA INC.   PH 734-955-1401 MR RUSS HERRING
   11505-S.WAYNE ROAD, BLDG.I/SUITE 100
   ROMULUS, MI 48174
* SPECIAL MARKING REQUIRED. ADD PORT OF DEST. ON BOX LABEL.
AND ALL CARTONS. CUST. PART NUMBER, GROSS AND NET WEIGHT
MUST ALL BE INCLUDED AND CLEARLY STATED **

| PLEASE PAY THIS → AMOUNT | 4,480.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

CUSTOMER

SA0115RFM M21    821

# NMB

9730 INDEPEND. 5 AVENUE
CHATSWORTH, CA   91311
818 341-0820

**INVOICE**

(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

CUSTOMER NUMBER   G100101

**PAGE**   1

<table>
<tr><td>
<b>SHIP TO</b><br>
DELPHI AUTOMOTIVE SYSTEMS DO B<br>
AV.COM LEOPOLDO DEDINI<br>
1363 - PIRACICABA, SP<br>
CEP: 13422-210<br>
PIRACICABA-SP-BRASILO<br>
BRAZIL
</td></tr>
</table>

| TERMS |
|---|
| F.O.B. L.A.X. |
| NET  90 DAYS |

| N.M.B. INVOICE | INVOICE DATE |
|---|---|
| G39791 | 9/ 8/2005 |

**BILL TO**
DELPHI AUTOMOTIVE SYSTEMS DO B
AV. COM LEOPOLDO DEDINI, 1363-
PIRACICABA-SP CEP 13422-210
PIRACICABA-SP
BRAZIL
BRAZIL

| CUSTOMER P/O NUMBER |
|---|
| DEP 10420/86-08 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G39791 | IMPEX |

| SHIP VIA |
|---|
| PANALPINA INC |

CUSTOMER NUMBER   G100100

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | MFG | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 PELMEC BEARING | | | | |
| L-1910DDSD429     R  A1 P13LY48 | | | | |
| Z5371016 | | | | |
| 8482.10.5044 BALL BEARINGS | | | | |
| YZ70701 | *I | 10,000 | 0.484 | 4,840.00 |
| TOTAL WEIGHT 00165 LBS | | | | |
| # OF CARTONS 0005 | | | | |
| B/L G39789-G39791  NET WT: 148 # | | | | |
| SHIPPING MARKS: | | | | |

SHIPPING MARKS:

DEP10420/86-08     /     /CTN 5  OF 5  /BRAZIL
MADE IN THAILAND
(NMBTC)     SIGNED BY:
                    --------------
                    EXPORT  DEPT.

EXPORT LICENSE: NLR         ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

FORWARDER PANALPINA INC.   PH: 734-955-1401 MR. RUSS HERRING
          11505-S.WAYNE ROAD, BLDG.I/SUITE 100
          ROMULUS, MI 48174
* SPECIAL MARKING REQUIRED. ADD PORT OF DEST.ON BOX LABEL.
AND ALL CARTONS, CUST. PART NUMBER, GROSS AND NET WEIGHT
MUST ALL BE INCLUDED AND CLEARLY STATED **

| PLEASE PAY THIS → AMOUNT | 4,840.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

**CUSTOMER**

SA0115RFM  M21      821

# NMB

**INVOICE**

CHATSWORTH, CA 91311
818 341-0820

REMITTANCE ADDRESS: (NLY)

NMB TECHNOLOGIES CORPORATION
P. O. BOX 4767
LOS ANGELES, CA 90051-4767

| CUSTOMER NUMBER | G100101 |
|---|---|

DELPHI AUTOMOTIVE SYSTEMS DO B
AV.COM LEOPOLDO DEDINI
1363- PIRACICABA, SP
CEP: 13422-210
PIRACICABA-SP-BRASILO
BRAZIL

**PAGE** 1.

S
H
I
P

T
O

DELPHI AUTOMOTIVE SYSTEMS DO B
AV. COM LEOPOLDO DEDINI, 1363-
PIRACICABA-SP CEP 13422-210
PIRACICABA-SP
BRAZIL
BRAZIL

B
I
L
L

T
O

| **TERMS** | | **N.M.B. INVOICE** | **INVOICE DATE** |
|---|---|---|---|
| F.O.B. L.A.X. | | G41218 | 9/15/2005 |
| NET 90 DAYS | | | |

| **CUSTOMER P/O NUMBER** |
|---|
| DEP10420/10-07 |

| **PACKING SLIP NO.** | **SALES ENGINEER** |
|---|---|
| G41218 | IMPEX |

| **SHIP VIA** |
|---|
| PANALPINA INC |

| CUSTOMER NUMBER | G100100 |
|---|---|

**PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE**

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 M&I STANDARD A | | | | |
| L-1680X5DDSD429    R  A1 P811LY48 | | | | |
| 1710343B REF | | | | |
| 8482.10.5044 BALL BEARING | | | | |
| | Y970801 | *1 | 2,000 | 0.647 | 1,294.00 |
| TOTAL WEIGHT 00020 LBS | | | | |
| # OF CARTONS 0001 | | | | |
| B/L G41218-9-20    NET WT 18 # | | | | |
| SHIPPING MARKS: | | | | |
| DEP10420/10-07    /    /CTN 1   OF 1 /BRAZIL | | | | |
| MADE IN SINGAPORE | | | | |
| (NMBTC)    SIGNED BY: | | | | |
| EXPORT DEPT. | | | | |

EXPORT LICENSE: NLR        ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS. )

FORWARDER: PANALPINA INC   PH:734-955-1401 MR. RUSS HERRING
11505 S.WAYNE ROAD, BLDG.I/SUITE 100
ROMULUS, MI 48174
* SPECIAL MARKING REQUIRED. ADD PORT OF DEST.ON BOX LABEL.
AND ALL CARTONS. CUST. PART NUMBER, GROSS AND NET WEIGHTS
MUST ALL BE INCLUDED AND CLEARLY STATED **

| PLEASE PAY THIS → AMOUNT | 1,294.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

**CUSTOMER**

SA0115RFM M21    821

# INVOICE

NMB

6730 VARIEL AVENUE
CHATSWORTH, CA 91311
818 341-0820

(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

**CUSTOMER NUMBER** G100101

SHIP TO

DELPHI AUTOMOTIVE SYSTEMS DO B
AV.COM LEOPOLDO DEDINI
1363- PIRACICABA, SP
CEP: 13422-210
PIRACICABA-SP-BRASILO
BRAZIL

PAGE 1

BILL TO

DELPHI AUTOMOTIVE SYSTEMS DO B
AV. COM LEOPOLDO DEDINI, 1363-
PIRACICABA-SP CEP 13422-210
PIRACICABA-SP
BRAZIL
BRAZIL

| TERMS |
|---|
| F.O.B. L.A.X. |
| NET 90 DAYS |

| N.M.B. INVOICE | INVOICE DATE |
|---|---|
| G41219 | 9/15/2005 |

| CUSTOMER P/O NUMBER |
|---|
| DEP10420-04 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G41219 | 1MPEX |

| SHIP VIA |
|---|
| PANALPINA INC |

**CUSTOMER NUMBER** G100100

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 PELMEC BEARING | | | | |
| L-1910DDSD429    R  A1 P13LY48 | | | | |
| 2537I016 REF | | | | |
| 8482.10.5044 BALL BEARING | | | | |
|                          YN91101 | *I | 6,000 | 0.493 | 2,958.00 |
| | | | | |
| TOTAL WEIGHT 00099 LBS | | | | |
| # OF CARTONS 0003 | | | | |
| B/L G41218-9-20   NET WT. 89 # | | | | |
| | | | | |
| SHIPPING MARKS: | | | | |
| | | | | |
| DEP10420-04      /      /CTN 3   OF 3  /BRAZIL | | | | |
| MADE IN THAILAND | | | | |
| (NMBTC)    SIGNED BY: | | | | |
| | | | | |
|                EXPORT  DEPT. | | | | |

EXPORT LICENSE: NLR        ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

FORWARDER: PANALPINA INC    PH: 734-955-1401 MR. RUSS HERRING
11505-S. WAYNE ROAD, BLDG.I/SUITE 100
ROMULUS MI  48174
* SPECIAL MARKING REQUIRED. ADD PORT OF DEST.ON BOX LABEL.
AND ALL CARTONS, CUST. PART NUMBER, GROSS AND NET WEIGHT
MUST ALL BE INCLUDED AND CLEARLY STATED **
SA0115RFM M21     821

| PLEASE PAY THIS → AMOUNT | 2,958.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

CUSTOMER

# NMB

CHATSWORTH, CA 91311
818 341-0820

**INVOICE**

(PLEASE REMIT TO
REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

CUSTOMER NUMBER G100101

**S H I P T O**
DELPHI AUTOMOTIVE SYSTEMS DO B
AV.COM LEOPOLDO DEDINI
1363- PIRACICABA, SP
CEP: 13422-210
PIRACICABA-SP-BRASIL0
BRAZIL

PAGE 1.

| **TERMS** |
|---|
| F.O.B. L.A.X. |
| NET 90 DAYS |

| **N.M.B. INVOICE** | **INVOICE DATE** |
|---|---|
| G41220 | 9/15/2005 |

**B I L L T O**
DELPHI AUTOMOTIVE SYSTEMS DO B
AV. COM LEOPOLDO DEDINI, 1363-
PIRACICABA-SP CEP 13422-210
PIRACICABA-SP
BRAZIL
BRAZIL

| **CUSTOMER P/O NUMBER** |
|---|
| DEP10420/11-05 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G41220 | IMPEX |

| **SHIP VIA** |
|---|
| PANALPINA INC |

CUSTOMER NUMBER G100100

**PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE**

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 PELMEC BEARING | | | | |
| RI-1438DDSD429MT    R  A1 P811LY48 | | | | |
| 17089326 | | | | |
| 8482.10.5044 BALL BEARING | | | | |
| YQ51904 | *I | 10,000 | 0.448 | 4,480.00 |
| FOUR ORIGINAL COPIES OF INVOICES  ALL OF THEM SIGNED IN BLUE | | | | |
| INK. | | | | |
| TOTAL WEIGHT 00303 LBS | | | | |
| # OF CARTONS 0007 | | | | |
| B/L G41218-9-20    NET WT. 273 # | | | | |
| | | | | |
| SHIPPING MARKS: | | | | |
| | | | | |
| DEP10420/11-05     /      /CTN 7   OF 7 /BRAZIL | | | | |
| MADE IN THAILAND | | | | |
| (NMBTC)    SIGNED BY: | | | | |
| EXPORT  DEPT. | | | | |

EXPORT LICENSE: NLR      ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

FORWARDERS PANALPINA INC.   PH: 734-965-1401 MR. RUSS HERRING
    11505-S.WAYNE ROAD, BLDG.I/SUITE 100
    ROMULUS MI  48174
* SPECIAL MARKING REQUIRED. ADD PORT OF DEST.ON BOX LABEL.
AND ALL CARTONS, CUST. PART NUMBER, GROSS AND NET WEIGHT
MUST ALL BE INCLUDED AND CLEARLY STATED **
SA0115RPFM M21    821

| PLEASE PAY THIS → AMOUNT | 4,480.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

**CUSTOMER**

# INVOICE

**NMB**

21730 NORDHOFF AVENUE
CHATSWORTH, CA   91311
818 341-0820

(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

CUSTOMER NUMBER  G100101

PAGE        1

S H I P   T O:
DELPHI AUTOMOTIVE SYSTEMS DO B
AV. COM LEOPOLDO DEDINI
1363- PIRACICABA, SP
CEP: 13422-210
PIRACICABA-SP-BRASILO
BRAZIL

B I L L   T O:
DELPHI AUTOMOTIVE SYSTEMS DO B
AV. COM LEOPOLDO DEDINI, 1363-
PIRACICABA-SP CEP 13422-210
PIRACICABA-SP
BRAZIL
BRAZIL

| TERMS |
|---|
| F.O.B. L.A.X. |
| MNS2 |

| N.M.B. INVOICE | INVOICE DATE |
|---|---|
| G42992 | 9/26/2005 |

| CUSTOMER P/O NUMBER |
|---|
| DEP10420/10-07 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G42992 | IMPEX |

| SHIP VIA |
|---|
| PANALPINA INC |

CUSTOMER NUMBER  G100100

**PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE**

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 M&I STANDARD A | | | | |
| L-1680X5DDSD429    R  A1 P811LY48 | | | | |
| I/103439B REF | | | | |
| 8482.10.5044 BALL BEARINGS | | | | |
| YV70802 | *I | 7,000 | 0.647 | 4,529.00 |
| | | | | |
| TOTAL WEIGHT 00071 LBS | | | | |
| # OF CARTONS 0004 | | | | |
| B/L G42992/93 | | | | |
| | | | | |
| SHIPPING MARKS: | | | | |
| | | | | |
| DEP10420/10-07   /    /CTN 4   OF 4  /BRAZIL | | | | |
| MADE IN SINGAPORE | | | | |
| (NMBTC)    SIGNED BY: | | | | |
| ------------ | | | | |
| EXPORT  DEPT. | | | | |

EXPORT LICENSE: NLR         ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS.DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

FORWARDER: PANALPINA INC   PH:734-955-1401 MR.RUSS HERRING
11505-S.WAYNE ROAD, BLDG.I/SUITE 100
ROMULUS, MI 48174
* SPECIAL MARKING REQUIRED. ADD PORT OF DEST.ON BOX LABEL.
AND ALL CARTONS, CUST. PART NUMBER,  GROSS AND NET WEIGHT
MUST ALL BE INCLUDED AND CLEARLY STATED.**

| PLEASE PAY THIS ➡ AMOUNT | 4,529.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

**CUSTOMER**

SA0115RFM  M21      821

# NMB

CHATSWORTH, CA 91311
818 341-0820

**INVOICE**

PLEASE REMIT TO
(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

**CUSTOMER NUMBER** G100101

SHIP TO
DELPHI AUTOMOTIVE SYSTEMS DO B
AV.COM LEOPOLDO DEDINI
1363- PIRACICABA, SP
CEP: 13422-210
PIRACICABA-SP-BRASILO
BRAZIL

PAGE 1

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B. L.A.X. | G42993 | 9/26/2005 |
| NET 90 DAYS | | |

BILL TO
DELPHI AUTOMOTIVE SYSTEMS DO B
AV. COM LEOPOLDO DEDINI, 1363-
PIRACICABA-SP CEP 13422-210
PIRACICABA-SP
BRAZIL
BRAZIL

**CUSTOMER P/O NUMBER**
DEP10420-04

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G42993 | IMPEX |

**SHIP VIA**
PANALPINA INC

**CUSTOMER NUMBER** G100100

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 PELMEC BEARING | | | | |
| L-1910DDSD429    R  A1 P13LY48 | | | | |
| 25371016 REF | | | | |
| 8482.10.5044 BALL BEARINGS | | | | |
| YN91102 | *I | 8,000 | 0.484 | 3,872.00 |
| TOTAL WEIGHT 00145 LBS | | | | |
| # OF CARTONS 0004 | | | | |
| B/L G42992/93 | | | | |
| | | | | |
| SHIPPING MARKS: | | | | |
| DEP10420-04    /    /CTN 4   OF 4  /BRAZIL | | | | |
| MADE IN THAILAND | | | | |
| (NMBTC)    SIGNED BY: | | | | |
| | | | | |
| EXPORT  DEPT. | | | | |

EXPORT LICENSE NLR    ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS. )

FORWARDER: PANALPINA INC.    PH: 734 955-1401 MR. ROSS HERRING
11505-S.WAYNE ROAD, BLDG.I/SUITE 100
ROMULUS,MI. 48174
* SPECIAL MARKING REQUIRED. ADD PORT OF DEST. ON BOX LABEL.
AND ALL CARTONS. CUST. PART NUMBER,  GROSS AND NET WEIGHT
MUST ALL BE INCLUDED AND CLEARLY STATED **

SA0115RFM  M21    821

| PLEASE PAY THIS ➔ AMOUNT | 3,872.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

**CUSTOMER**

# INVOKE

CHATSWORTH, CA  91311
818 341-0820

## NMB

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

CUSTOMER NUMBER   G100101

**SHIP TO**

DELPHI AUTOMOTIVE SYSTEMS DO B
AV.COM LEOPOLDO DEDINI
1363- PIRACICABA, SP
CEP: 13422-210
PIRACICABA-SP-BRASILO
BRAZIL

PAGE   1

**BILL TO**

DELPHI AUTOMOTIVE SYSTEMS DO B
AV. COM LEOPOLDO DEDINI, 1363-
PIRACICABA-SP CEP 13422-210
PIRACICABA-SP
BRAZIL
BRAZIL

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B. L.A.X. | G44512 | 9/30/2005 |
| MNS2 | | |

| CUSTOMER P/O NUMBER |
|---|
| DEP10420/10-07 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G44512 | IMPEX |

| SHIP VIA |
|---|
| PANALPINA INC |

CUSTOMER NUMBER   G100100

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | MFG | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 M&I STANDARD A | | | | |
| L-1680X5DDSD429    R  A1 P811LY48 | | | | |
| 17103439B REF | | | | |
| 8482.10.5044   BALL BEARINGS | | | | |
| YV70803 | *I | 3,000 | 0.647 | 1,941.00 |
| TOTAL WEIGHT 00031 LBS | | | | |
| # OF CARTONS 0002 | | | | |
| B/L G44512-G44515  NET WT.: 28# | | | | |

SHIPPING MARKS:

DEP10420/10-07   /      /CTN 2   OF 2  /BRAZIL
MADE IN SINGAPORE
(NMBTC)      SIGNED BY:

EXPORT DEPT.

EXPORT LICENSE: NLR         ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

FORWARDER: PANALPINA INC   PH: 734-955-1401 MR RUSS HERRING
11505-S.WAYNE ROAD, BLDG.I/SUITE 100
ROMULUS, MI  48174
* SPECIAL MARKING REQUIRED. ADD PORT OF DEST. ON BOX LABEL.
AND ALL CARTONS, CUST. PART NUMBER, GROSS AND NET WEIGHT.
MUST ALL BE INCLUDED AND CLEARLY STATED **

| PLEASE PAY THIS → AMOUNT | 1,941.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA0115RFM  M21      821

CUSTOMER

# NMB

CHATSWORTH, CA 91311
818 341-0820

**INVOICE**

(REMITTANCE ADDRESS ONLY)
NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

**CUSTOMER NUMBER** G100101

S H I P T O
DELPHI AUTOMOTIVE SYSTEMS DO B
AV.COM LEOPOLDO DEDINI
1363- PIRACICABA, SP
CEP: 13422-210
PIRACICABA-SP-BRASIL0
BRAZIL

**PAGE** 1

B I L L T O
DELPHI AUTOMOTIVE SYSTEMS DO B
AV. COM LEOPOLDO DEDINI, 1363-
PIRACICABA-SP CEP 13422-210
PIRACICABA-SP
BRAZIL
BRAZIL

| TERMS |
|---|
| F.O.B. L.A.X. |
| NET 90 DAYS |

| N.M.B. INVOICE | INVOICE DATE |
|---|---|
| G44513 | 9/30/2005 |

| CUSTOMER P/O NUMBER |
|---|
| DEP10420/11-05 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G44513 | IMPEX |

| SHIP VIA |
|---|
| PANALPINA INC |

**CUSTOMER NUMBER** G100100

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 PELMEC BEARING | | | | |
| RI-1438DDSD429MT     R  A1 P811LY48 | | | | |
| 17089326 | | | | |
| 8482.10.5044   BALL BEARINGS | | | | |
| YQ51905 | *I | 14,000 | 0.448 | 6,272.00 |

FOUR ORIGINAL COPIES OF INVOICES  ALL OF THEM SIGNED IN BLUE
INK.
TOTAL WEIGHT 00408 LBS
# OF CARTONS 0010
B/L G44512-G44515  NET WT.: 354#

SHIPPING MARKS:

  DEP10420/11-05   /      /CTN 10   OF 10  /BRAZIL
MADE IN THAILAND
(NMBTC)   SIGNED BY:
  _____
       EXPORT   DEPT.

EXPORT LICENSE: NLR         ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

FORWARDER: PANALPINA INC   PH:734 955-1401 MR RUSS HERRING
    11505 S.WAYNE ROAD, BLDG.I/SUITE 100
    ROMULUS MI   48174
* SPECIAL MARKING REQUIRED. ADD PORT OF DEST.ON BOX LABEL.
AND ALL CARTONS CUST. PART NUMBER, GROSS AND NET WEIGHT
MUST ALL BE INCLUDED AND CLEARLY STATED **

| PLEASE PAY THIS → AMOUNT | 6,272.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

**CUSTOMER**

SA0115RFM M21    821

# NMB

30300 AGOURA ROAD
CHATSWORTH, CA 91311
818 341-0820

PLEASE REMIT TO:
(REMITTANCE ADDRESS ONLY)

## INVOICE

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

**CUSTOMER NUMBER** G100101

S
H
I
P

T
O

DELPHI AUTOMOTIVE SYSTEMS DO B
AV.COM LEOPOLDO DEDINI
1363- PIRACICABA, SP
CEP: 13422-210
PIRACICABA-SP-BRASIL0
BRAZIL

**PAGE** 1

B
I
L
L

T
O

DELPHI AUTOMOTIVE SYSTEMS DO B
AV. COM LEOPOLDO DEDINI, 1363-
PIRACICABA-SP CEP 13422-210
PIRACICABA-SP
BRAZIL
BRAZIL

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B. L.A.X. NET 90 DAYS | G44514 | 9/30/2005 |

| CUSTOMER P/O NUMBER |
|---|
| DEP10420/11-06 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G44514 | IMPEX |

| SHIP VIA |
|---|
| PANALPINA INC |

**CUSTOMER NUMBER** G100100

**PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE**

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 PELMEC BEARING | | | | |
| RI-1438DDSD429MT    R  A1 P811LY48 | | | | |
| 17089326 | | | | |
| 8482.10.5044    BALL BEARINGS | | | | |
| YR38401 | *1 | 8,000 | 0.448 | 3,584.00 |
| TOTAL WEIGHT 00225 LBS | | | | |
| # OF CARTONS 0006 | | | | |
| B/L G44512-G44515   NET WT.: 201# | | | | |
| | | | | |
| SHIPPING MARKS: | | | | |
| | | | | |
| DEP10420/11-06   /      /CTN 6   OF 6   /BRAZIL | | | | |
| MADE IN THAILAND | | | | |
| (NMBTC)      SIGNED BY: | | | | |
| | | | | |
| EXPORT   DEPT. | | | | |

EXPORT LICENSE: NLR        ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*1 THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS. )

FORWARDER: PANALPINA INC   PH:734 955-1401 MR.RUSS HERRING
      11505-S.WAYNE ROAD, BLDG.I/SUITE 100
      ROMULUS, MI  48174
* SPECIAL MARKING REQUIRED. ADD PORT OF DEST.ON BOX LABEL.
AND ALL CARTONS, CUST. PART NUMBER, GROSS AND NET WEIGHT
MUST ALL BE INCLUDED AND CLEARLY STATED **
SA0115RFM  M21     821

| PLEASE PAY THIS → AMOUNT | 3,584.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

**CUSTOMER**

# INVOICE

NMB

30 CHATSWORTH, CA   91311
818 341-0820

PLEASE REMIT TO REMITTANCE ADDRESS ONLY

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

**CUSTOMER NUMBER** G100101

| S H I P  T O | DELPHI AUTOMOTIVE SYSTEMS DO B<br>AV.COM LEOPOLDO DEDINI<br>1363- PIRACICABA, SP<br>CEP: 13422-210<br>PIRACICABA-SP-BRASIL0<br>BRAZIL |
|---|---|

PAGE   1

| B I L L  T O | DELPHI AUTOMOTIVE SYSTEMS DO B<br>AV. COM LEOPOLDO DEDINI, 1363-<br>PIRACICABA-SP CEP 13422-210<br>PIRACICABA-SP<br>BRAZIL<br>BRAZIL |
|---|---|

| TERMS |
|---|
| F.O.B. L.A.X.<br>NET 90 DAYS |

| N.M.B. INVOICE | INVOICE DATE |
|---|---|
| G44515 | 9/30/2005 |

| CUSTOMER P/O NUMBER |
|---|
| DEP10420-04 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G44515 | IMPEX |

| SHIP VIA |
|---|
| PANALPINA INC |

**CUSTOMER NUMBER** G100100

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER<br>CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 PELMEC BEARING<br>L-1910DDSD429      R  A1 P13LY48<br>25371016 REF<br>8482.10.5044   BALL BEARINGS | | | | |
| YN91103 | *I | 8,000 | 0.484 | 3,872.00 |

TOTAL WEIGHT 00132 LBS

# OF CARTONS 0004
B/L G44512-G44515  NET WT.: 120#

SHIPPING MARKS:

DEP10420-04      /      /CTN 4   OF 4   /BRAZIL
MADE IN THAILAND
(NMBTC)      SIGNED BY:

EXPORT   DEPT.

EXPORT LICENSE: NLR        ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS. )

FORWARDER: PANALPINA INC   PH:734-955-1401 MR. ROSS HERRING
11505-S.WAYNE ROAD, BLDG.I/SUITE 100
ROMULUS, MI  48174
* SPECIAL MARKING REQUIRED, ADD PORT OF DEST.ON BOX LABEL,
AND ALL CARTONS, CUST. PART NUMBER, GROSS AND NET WEIGHT
MUST ALL BE INCLUDED AND CLEARLY STATED **

SA0115RFM M21      821

| PLEASE PAY THIS AMOUNT | 3,872.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

CUSTOMER

# INVOICE

**NMB**

CHATSWORTH, CA 91311
818 341-0820

(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

<table>
<tr><td>S<br>H<br>I<br>P<br><br>T<br>O</td><td>CUSTOMER NUMBER G100101<br>DELPHI AUTOMOTIVE SYSTEMS DO B<br>AV.COM LEOPOLDO DEDINI<br>1363- PIRACICABA, SP<br>CEP: 13422-210<br>PIRACICABA-SP-BRASIL0<br>BRAZIL</td></tr>
</table>

PAGE 1

<table>
<tr><td>B<br>I<br>L<br>L<br><br>T<br>O</td><td>DELPHI AUTOMOTIVE SYSTEMS DO B<br>AV. COM LEOPOLDO DEDINI, 1363-<br>PIRACICABA-SP CEP 13422-210<br>PIRACICABA-SP<br>BRAZIL<br>BRAZIL</td></tr>
</table>

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B. L.A.X.<br>MNS2-2 | G46140 | 10/ 6/2005 |

**CUSTOMER P/O NUMBER**
DEP10420/10-08

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G46140 | IMPEX |

**SHIP VIA**
PANALPINA INC

CUSTOMER NUMBER G100100

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER<br>CUSTOMER PART NUMBER | M<br>F<br>G | QUANTITY<br>SHIPPED | UNIT<br>PRICE | AMOUNT<br>(US.$) |
|---|---|---|---|---|
| ITEM NO. 001 M&I STANDARD A | | | | |
| L-1680X5DDSD429    R A1 P811LY48 | | | | |
| 17IU3439B REF | | | | |
| 8482.10.5044 BALL BEARINGS | | | | |
| YV96301 | *I | 4,000 | 0.647 | 2,588.00 |
| TOTAL WEIGHT 00040 LBS | | | | |
| # OF CARTONS 0002 | | | | |
| B/L G46138-G46140  NET WT: 36 # | | | | |
| SHIPPING MARKS: | | | | |
| DEP10420/10-08     /      /CTN 2   OF 2 /BRAZIL | | | | |
| MADE IN SINGAPORE | | | | |
| (NMBTC)    SIGNED BY: | | | | |
| EXPORT DEPT. | | | | |

EXPORT LICENSE: NLR      ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS.DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

FORWARDER PANALPINA INC    PH:734-955-1401 MR RUSS HERRING
11505-S.WAYNE ROAD, BLDG.I/SUITE 100
ROMULUS,MI  48174
* SPECIAL MARKING REQUIRED, ADD PORT OF DEST.ON BOX LABEL.
AND ALL CARTONS, CUST. PART NUMBER,  GROSS AND NET WEIGHT
MUST ALL BE INCLUDED AND CLEARLY STATED.

| PLEASE PAY<br>THIS →<br>AMOUNT | 2,588.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA0115RFM  M21      821

CUSTOMER

# NMB

CHATSWORTH, CA  91311
818 341-0820

# INVOICE

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

**CUSTOMER NUMBER** G100101

DELPHI AUTOMOTIVE SYSTEMS DO B
AV.COM LEOPOLDO DEDINI
1363- PIRACICABA, SP
CEP: 13422-210
PIRACICABA-SP-BRASIL0
BRAZIL

PAGE

| **SHIP TO** | |
|---|---|

| | |
|---|---|
| **B I L L   T O** | DELPHI AUTOMOTIVE SYSTEMS DO B
AV. COM LEOPOLDO DEDINI, 1363-
PIRACICABA-SP CEP 13422-210
PIRACICABA-SP
BRAZIL
BRAZIL |

| **TERMS** |
|---|
| F.O.B. L.A.X.
NET 90 DAYS |

| **N.M.B. INVOICE** | **INVOICE DATE** |
|---|---|
| G46138 | 10/ 6/2005 |

| **CUSTOMER P/O NUMBER** |
|---|
| DEP10420-04 |

| **PACKING SLIP NO.** | **SALES ENGINEER** |
|---|---|
| G46138 | IMPEX |

| **SHIP VIA** |
|---|
| PANALPINA INC |

**CUSTOMER NUMBER** G100100

**PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE**

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001  PELMEC BEARING | | | | |
| L-1910DDSD429      R  A1 P13LY48 | | | | |
| 25371016 REF | | | | |
| 8482.10.5044 BALL BEARINGS | | | | |
| YN91104 | *I | 8,000 | 0.484 | 3,872.00 |
| TOTAL WEIGHT 00132 LBS | | | | |
| # OF CARTONS 0004 | | | | |
| B/L G46138-G46140  NET WT: 119 # | | | | |
| | | | | |
| SHIPPING MARKS: | | | | |
| DEP10420-04      /      /CTN 4    OF 4  /BRAZIL | | | | |
| MADE IN THAILAND | | | | |
| (NMBTC)     SIGNED BY: | | | | |
| | | | | |
| EXPORT   DEPT. | | | | |

EXPORT LICENSE: NLR      ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS.DIVERSION CONTRARY TO U.S.LAW.PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

FORWARDER: PANALPINA INC     PH:734-254-1401 MR RUSS HERRING
11505-S.WAYNE ROAD, BLDG.I/SUITE 100
ROMULUS MI  48174
* SPECIAL MARKING REQUIRED. ADD PORT OF DEST.ON BOX LABEL.
AND ALL CARTONS, CUST. PART NUMBER, GROSS AND NET WEIGHT
MUST ALL BE INCLUDED AND CLEARLY STATED **
SA0115RFM  M21      821

| **PLEASE PAY THIS → AMOUNT** | 3,872.00 |
|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ATTACHED HERETO OR ON THE REVERSE HEREOF | |

CUSTOMER

# INVOICE

NMB

73 DEDINI AVENUE
CHATSWORTH, CA 91311
818 341-0820

(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P. O. BOX 4767
LOS ANGELES, CA 90051-4767

**CUSTOMER NUMBER** G100101

S
H
I
P

T
O
DELPHI AUTOMOTIVE SYSTEMS DO B
AV.COM LEOPOLDO DEDINI
1363- PIRACICABA, SP
CEP: 13422-210
PIRACICABA-SP-BRASIL0
BRAZIL

PAGE 1

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| F.O.B. L.A.X.<br>NET 90 DAYS | G46139 | 10/ 6/2005 |

B
I
L
L

T
O

DELPHI AUTOMOTIVE SYSTEMS DO B
AV. COM LEOPOLDO DEDINI, 1363-
PIRACICABA-SP CEP 13422-210
PIRACICABA-SP
BRAZIL
BRAZIL

| CUSTOMER P/O NUMBER |
|---|
| DEP10420/11-06 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G46139 | IMPEX |

| SHIP VIA |
|---|
| PANALPINA INC |

**CUSTOMER NUMBER** G100100

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER<br>CUSTOMER PART NUMBER | MFG | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 PELMEC BEARING | | | | |
| RI-1438DDSD429MT   R A1 P811LY48 | | | | |
| 17089326 | | | | |
| 8482.10.5044 BALL BEARINGS | | | | |
| YR38402 | *I | 12,000 | 0.448 | 5,376.00 |
| TOTAL WEIGHT 00353 LBS | | | | |
| # OF CARTONS 0008 | | | | |
| B/L G46138-G46140  NET WT: 336 # | | | | |
| | | | | |
| SHIPPING MARKS: | | | | |
| | | | | |
| DEP10420/11-06     /     /CTN 8   OF 8  /BRAZIL | | | | |
| MADE IN THAILAND | | | | |
| (NMBTC)      SIGNED BY: | | | | |
| | | | | |
| EXPORT   DEPT. | | | | |

EXPORT LICENSE: NLR        ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS.DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

FORWARDER: PANALPINA INC.    PH:734-955-1401 MR ROSS HERRING
11505-S.WAYNE ROAD, BLDG.I/SUITE 100
ROMULUS,MI  48174
* SPECIAL MARKING REQUIRED. ADD PORT OF DEST.ON BOX LABEL.
AND ALL CARTONS. CUST. PART NUMBER, GROSS AND NET WEIGHT
MUST ALL BE INCLUDED AND CLEARLY STATED *
SA0115RFM M21      821

| PLEASE PAY THIS → AMOUNT | 5,376.00 |
|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

CUSTOMER

# INVOICE

9730 INDEPENDE.. & AVENUE
CHATSWORTH, CA   91311
818 341-0820

(PLEASE REMIT TO
REMITTANCE ADDRESS ONLY)

**NMB**

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

**CUSTOMER NUMBER** G100101

| S H I P T O | DELPHI AUTOMOTIVE SYSTEMS DO B<br>AV. COM LEOPOLDO DEDINI<br>1363- PIRACICABA, SP<br>CEP:  13422-210<br>PIRACICABA-SP-BRASILO<br>BRAZIL |

**PAGE** 1

| | |
|---|---|
| **TERMS**<br>F.O.B. L.A.X.<br>NET 90 DAYS | **N.M.B. INVOICE** G13377 / **INVOICE DATE** 5/13/2005 |

| B I L L T O | DELPHI AUTOMOTIVE SYSTEMS DO B<br>AV. COM LEOPOLDO DEDINI, 1363-<br>PIRACICABA-SP CEP 13422-210<br>PIRACICABA-SP<br>BRAZIL<br>BRAZIL |

**CUSTOMER P/O NUMBER**
DEP10420/11-02

**PACKING SLIP NO.** G13377   **SALES ENGINEER** IMPEX

**SHIP VIA**
PANALPINA INC

**CUSTOMER NUMBER** G100100

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER<br>CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (US.$) |
|---|---|---|---|---|
| ITEM NO. 001 PRLMEC BEARING | | | | |
| RI-1438DDSD429MT    R  A1  P811LY48 | | | | |
| T7089326 | | | | |
| 8482.10.5044 BALL BEARINGS | | | | |
| YM38401 | *1 | 14,000 | 0.462 | 6,468.00 |
| | | | | |
| TOTAL WEIGHT 00422 LBS | | | | |
| # OF CARTONS 0010 | | | | |
| B/L G13374-G13377  NET WT: 380 # | | | | |
| | | | | |
| SHIPPING MARKS: | | | | |
| | | | | |
| DEP10420/11-02    /    /CTN 10  OF 10 /BRAZIL | | | | |
| MADE IN SINGAPORE | | | | |
| (NMBTC)    SIGNED BY: | | | | |
| | | | | |
| EXPORT  DEPT. | | | | |

EXPORT LICENSE: NLR        ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS DIVERSION CONTRARY TO U.S LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

FORWARDER  PANALPINA INC.    PH 734-965-1401 MR ROSS HERRING
11505-S.WAYNE ROAD, BLDG.I/SUITE 100
ROMULUS,MI 48174
* SPECIAL MARKING REQUIRED, ADD PORT OF DEST.ON BOX LABEL.
AND ALL CARTONS, CUST. PART NUMBER, GROSS AND NET WEIGHT
MUST ALL BE INCLUDED AND CLEARLY STATED **

**PLEASE PAY THIS → AMOUNT**   6,468.00

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

**CUSTOMER**

SA0115RFM  M21     821

**RUTTER**

**HOBBS &**

**DAVIDOFF**

INCORPORATED
L A W Y E R S

October 20, 2005                                                              File No.: 5156.010

**VIA OVERNIGHT MAIL**

DELPHI AUTOMOTIVE SYSTEMS                      Direct Dial No:
ESPANA                                         (310) 789-1850
POLIGONO IND. EL TROCADERO                     E-Mail Address:
11510 PUERTO REAL                              dkumagai@rutterhobbs.com
PLANT 41 EPS
PUERTO REAL CADIZ
SPAIN

KARALYN A. MARAFIOTI, ESQ.          JOHN WM. BUTLER, JR., ESQ.
THOMAS J. MATZ, ESQ.                JOHN K. LYONS, ESQ.
SKADDEN, ARPS, SLATE,               RON E. MEISLER, ESQ.
MEAGHER & FLOM LLP                  SKADDEN, ARPS, SLATE, MEAGHER & FLOM
FOUR TIMES SQUARE                   LLP
NEW YORK, NEW YORK  10036           333 WEST WACKER DRIVE, SUITE 2100
                                    CHICAGO, ILLINOIS  60606

**Re:    NMB Technologies Corp. - Notice of Reclamation Demand**

To Whom it May Concern:

Please take notice that, pursuant to 11 U.S.C. Section 546(c) and applicable state
law, including but not limited to California Commercial Code Section 2-702, and by virtue
of the insolvency of Delphi Corporation and its affiliates and subsidiaries, including the
above-named Delphi company, NMB Technologies Corp. ("NMB") hereby asserts the right
of reclamation and demands the immediate segregation and return of all of the motors and
other goods described in the enclosed invoices, that were delivered to you on or after
October 28, 2005 (collectively, the "Goods"). You are to immediately segregate the Goods
until arrangements can be made for their return or until action can be taken, under 11
U.S.C. Section 546(c) or otherwise, to acknowledge NMB's reclamation claim.  NMB also
hereby demands an inventory of the Goods be taken to account for the Goods.  Unless you
authorize the return of the Goods and provide an accounting immediately, further
appropriate measures will be taken.

Please contact me to make arrangements to allow NMB to reclaim the Goods.

**RUTTER**
**HOBBS** 🖾
**DAVIDOFF**
INCORPORATED
L A W Y E R S

Delphi Automotive Systems Espana
October 20, 2005
Page 2

NMB reserves the right to amend and supplement this Reclamation Notice or to file additional reclamation notices or claims; including without limitation, all other claims at law or in equity. NMB also reserves all rights accruing to it, and the filing of this Reclamation Notice is not intended to be and shall not be construed as: (1) an election of remedy; (2) a waiver of any past, present or future defaults or events of default; or (3) a waiver or limitation of any rights of NMB.

Sincerely,

Duane Kumagai

DK:cas
Enclosures

# INVOICE

**NMB**

9730 INDEPENDENCE AVENUE
CHATSWORTH, CA  91311
818 341-0820

PLEASE REMIT TO
(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

**CUSTOMER NUMBER** D180201

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS ESPA
POLIGONO IND. EL TROCADERO
11510 PUERTO REAL
PLANT 41 EPS
PUERTO REAL CADIZ
SPAIN

** DIRECT SHIPMENT **
REFERENCE: EPS-00753        EPS-00753

**PAGE** 1

BILL TO:
DELPHI AUTOMOTIVE SYSTEMS ESPA
POLIGONO IND. EL TROCADERO
11510 PUERTO REAL.
PLANT 41 EPS
PUERTO REAL CADIZ
SPAIN

| TERMS |
|---|
| FCA BKK PORT |
| MN52 |

| N.M.B. INVOICE | INVOICE DATE |
|---|---|
| G28112 | 7/20/2005 |

**CUSTOMER P/O NUMBER**
5500043349

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G28112 | DUGAN |

**SHIP VIA**
DIRECT SHIPMENT FROM

**CUSTOMER NUMBER** D180201

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | MFG | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (EURO) |
|---|---|---|---|---|
| ITEM NO. 001 EPS MOTOR | | | | |
| 0123203102B          LHD GEN 1 MOTOR | | | | |
| 26073819 | | | | |
| YW63201 | *I | 1,920 | 29.610 | 56,851.20 |
| TOTAL WEIGHT 07421 LBS | | | | |
| # OF CARTONS 0192 | | | | |
| B/L 7/18/05      BKK02327111 | | | | |

EXPORT LICENSE: NLR        ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS. )

EXCHANGE RATE:  1.208069

| | | |
|---|---|---|
| PLEASE PAY AMOUNT | EUR | 56,851.20 |
| THIS → | UD | 68,676.76 |

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

**CUSTOMER**

SA0115RFM  M21    BDS

# INVOICE

**NMB**

9730 INDEPENDENCE AVENUE
CHATSWORTH, CA 91311
818 341-0820

(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

**CUSTOMER NUMBER** D160201

**S H I P T O**

DELPHI AUTOMOTIVE SYSTEMS ESPA
POLIGONO IND. EL TROCADERO
11510 PUERTO REAL
PLANT 41 EPS
PUERTO REAL CADIZ
SPAIN

** DIRECT SHIPMENT **
REFERENCE: EPS-00754        EPS-00754

**PAGE** 1

| TERMS |
|---|
| FCA BKK PORT |
| MNS2 |

| N.M.B. INVOICE | INVOICE DATE |
|---|---|
| G28113 | 7/20/2005 |

**B I L L T O**

DELPHI AUTOMOTIVE SYSTEMS ESPA
POLIGONO IND. EL TROCADERO
11510 PUERTO REAL.
PLANT 41 EPS
PUERTO REAL CADIZ
SPAIN

| CUSTOMER P.O. NUMBER |
|---|
| 5500043349 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G28113 | DUGAN |

| SHIP VIA |
|---|
| DIRECT SHIPMENT FROM |

**CUSTOMER NUMBER** D160200

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (EURO) |
|---|---|---|---|---|
| ITEM NO. 001 EPS MOTOR | | | | |
| 0123203103B           RHD GEN 1 MOTOR | | | | |
| 26074600 | | | | |
| YW63401 | *I | 720 | 29.610 | 21,319.20 |
| TOTAL WEIGHT 02795 LBS | | | | |
| # OF CARTONS 0072 | | | | |
| B/L 7/18/05      BKK02327111 | | | | |

EXPORT LICENSE: NLR        ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS DIVERSION CONTRARY TO U.S LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

**EXCHANGE RATE:** 1.208009

| | |
|---|---|
| PLEASE PAY   EUR | 21,319.20 |
| THIS → UD AMOUNT | 25,753.79 |

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

CUSTOMER

SA0115RFM  M21    8DS

# NMB

**INVOICE**

 MINEBEA ... ...
CHATSWORTH, CA 91311
818 341 0820

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767
(REMITTANCE ADDRESS ONLY)

**CUSTOMER NUMBER** D160201

**S H I P T O**

DELPHI AUTOMOTIVE SYSTEMS ESPA
POLIGONO IND. EL TROCADERO
11510 PUERTO REAL
PLANT 41 EPS
PUERTO REAL CADIZ
SPAIN

** DIRECT SHIPMENT **
REFERENCE: EPS-00752      EPS-00752

**PAGE** 1

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| FCA BKK PORT | G28114 | 7/20/2005 |
| MNS2 | | |

**B I L L T O**

DELPHI AUTOMOTIVE SYSTEMS ESPA
POLIGONO IND. EL TROCADERO
11510 PUERTO REAL.
PLANT 41 EPS
PUERTO REAL CADIZ
SPAIN

**CUSTOMER P/O NUMBER**
5500043349

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G28114 | DUGAN |

**SHIP VIA**
DIRECT SHIPMENT FROM

**CUSTOMER NUMBER** D160200

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (EURO) |
|---|---|---|---|---|
| ITEM NO. 001 EPS MOTOR | | | | |
| 0123203110      LHD REFRESH MOTOR | | | | |
| 26099839 | | | | |
| YW63001 | *I | 7,920 | 23.150 | 183,348.00 |
| TOTAL WEIGHT 31698 LBS | | | | |
| # OF CARTONS 0792 | | | | |
| B/L 7/18/05    BKK02327111 | | | | |

EXPORT LICENSE: NLR       ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

EXCHANGE RATE: 1.208009

| | | |
|---|---|---|
| PLEASE PAY THIS → AMOUNT | EUR | 183,348.00 |
| | UD | 221,486.03 |

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

**CUSTOMER**

SA0115RFM  M21    8DS

# NMB

MINEBEA CO. (CORPORATE & MARKETING)
CHATSWORTH, CA   91311
818 341-0820

**INVOICE**

(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

**CUSTOMER NUMBER** D180201

| SHIP TO | DELPHI AUTOMOTIVE SYSTEMS ESPA<br>POLIGONO IND. EL TROCADERO<br>11510 PUERTO REAL.<br>PLANT 41 EPS<br>PUERTO REAL CADIZ<br>SPAIN |
|---|---|

** DIRECT SHIPMENT **
REFERENCE: EPS-00757        EPS-00757

PAGE    1

| | | **TERMS** |
|---|---|---|
| | FCA BKK PORT | |
| | MNS2 | |

| **N.M.B. INVOICE** | **INVOICE DATE** |
|---|---|
| G37302 | 8/30/2005 |

| BILL TO | DELPHI AUTOMOTIVE SYSTEMS ESPA<br>POLIGONO IND. EL TROCADERO<br>11510 PUERTO REAL.<br>PLANT 41 EPS<br>PUERTO REAL CADIZ<br>SPAIN |
|---|---|

| **CUSTOMER P.O. NUMBER** |
|---|
| 5500043349 |

| **PACKING SLIP NO.** | **SALES ENGINEER** |
|---|---|
| G37302 | DUGAN |

| **SHIP VIA** |
|---|
| DIRECT SHIPMENT FROM |

**CUSTOMER NUMBER** D180200

**PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE**

| ITEM DESCRIPTION – S/O NUMBER<br>CUSTOMER PART NUMBER | MFG | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (EURO) |
|---|---|---|---|---|
| ITEM NO. 001 EPS MOTOR | | | | |
| 0123203103B          GEN 1 RHD MOTOR | | | | |
| 26074600 | | | | |
|                          YZ19901 | *I | 1,200 | 29.610 | 35,532.00 |
| TOTAL WEIGHT 04658 LBS | | | | |
| # OF CARTONS 0120 | | | | |
| B/L 8/29/05        BKK02334140 | | | | |

EXPORT LICENSE: NLR          ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

**EXCHANGE RATE:** 1.213123

| PLEASE PAY | EUR | 35,532.00 |
|---|---|---|
| THIS → USD AMOUNT | | 43,104.69 |

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA0115RFM  M2I        8DS

**CUSTOMER**

**NMB**

873 Dowd 741
CHATSWORTH, CA 91311
818 341-0820

PLEASE REMIT TO
(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P. O. BOX 4769
LOS ANGELES, CA 90051-4767

# INVOICE

CUSTOMER NUMBER D180201

**SHIP TO**
DELPHI AUTOMOTIVE SYSTEMS ESPA
POLIGONO IND. EL TROCADERO
11510 PUERTO REAL
PLANT 41 EPS
PUERTO REAL CADIZ
SPAIN

** DIRECT SHIPMENT **
REFERENCE: EPS-00755      EPS-00755

PAGE        1

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| FCA BKK PORT | G37303 | 8/30/2005 |
| MNS2 | | |

**BILL TO**
DELPHI AUTOMOTIVE SYSTEMS ESPA
POLIGONO IND. EL TROCADERO
11510 PUERTO REAL.
PLANT 41 EPS
PUERTO REAL CADIZ
SPAIN

**CUSTOMER P/O NUMBER**
5500043349

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G37303 | DUGAN |

**SHIP VIA**
DIRECT SHIPMENT FROM

CUSTOMER NUMBER    D180200

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | MFG | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (EURO) |
|---|---|---|---|---|
| ITEM NO. 001 EPS MOTOR | | | | |
| 0123203110              REFRESH LHD MOTOR | | | | |
| 26099839 | | | | |
|                              YZ19701 | *I | 7,920 | 23.575 | 186,714.01 |
| TOTAL WEIGHT 31698 LBS | | | | |
| # OF CARTONS 0792 | | | | |
| B/L 8/29/05      BKK02334140 | | | | |

EXPORT LICENSE: NLR          ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

EXCHANGE RATE:    1.213123

| | |
|---|---|
| PLEASE PAY EUR | 186,714.01 |
| THIS → UD AMOUNT | 226,507.06 |

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

CUSTOMER

SA0115RFM  M21      8DS

# NMB

9730 INDEPENDENCE AVENUE
CHATSWORTH, CA  91311
818 341-0820

## INVOICE

**(REMITTANCE ADDRESS ONLY)**

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

**CUSTOMER NUMBER** D180200

**SHIP TO**
DELPHI AUTOMOTIVE SYSTEMS ESPA
POLIGONO IND. EL TROCADERO
11510 PUERTO REAL
PLANT 41 EPS
PUERTO REAL CADIZ
SPAIN

** DIRECT SHIPMENT **
REFERENCE: EPS-00756      EPS-00756

PAGE    1

**BILL TO**
DELPHI AUTOMOTIVE SYSTEMS ESPA
POLIGONO IND. EL TROCADERO
11510 PUERTO REAL.
PLANT 41 EPS
PUERTO REAL CADIZ
SPAIN

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| FCA BKK PORT MNS2 | G37304 | 8/30/2005 |

**CUSTOMER P/O NUMBER**
5500043349

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G37304 | DUGAN |

**SHIP VIA**
DIRECT SHIPMENT FROM

**CUSTOMER NUMBER**  D180200

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION – S/O NUMBER CUSTOMER PART NUMBER | | MFG | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (EURO) |
|---|---|---|---|---|---|
| ITEM NO. 001 EPS MOTOR | | | | | |
| 0123203110 | REFRESH LHD MOTOR | | | | |
| 26099839 | | | | | |
| | YZ19801 | *I | 1,440 | 23.575 | 33,948.00 |
| TOTAL WEIGHT 05763 LBS | | | | | |
| # OF CARTONS 0144 | | | | | |
| B/L 8/29/05   BKK02334140 | | | | | |

EXPORT LICENSE NLR       ECCN EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

EXCHANGE RATE: 1.213123

| | PLEASE PAY THIS → AMOUNT | EUR USD | 33,948.00 41,183.10 |
|---|---|---|---|

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

CUSTOMER

SA0115RPM  M21      8DS

# INVOICE

**NMB**

30 DE SOTO AVE
CHATSWORTH, CA 91311
818 341-0820

PLEASE REMIT TO:
(REMITTANCE ADDRESS ONLY)

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

CUSTOMER NUMBER D180201

**SHIP TO**
DELPHI AUTOMOTIVE SYSTEMS ESPA
POLIGONO IND. EL TROCADERO
11510 PUERTO REAL
PLANT 41 EPS
PUERTO REAL CADIZ
SPAIN

\*\* DIRECT SHIPMENT \*\*
REFERENCE: EPS-00762     EPS-00762

PAGE     1

**BILL TO**
DELPHI AUTOMOTIVE SYSTEMS ESPA
POLIGONO IND. EL TROCADERO
11510 PUERTO REAL.
PLANT 41 EPS
PUERTO REAL CADIZ
SPAIN

| TERMS | N.M.B. INVOICE | INVOICE DATE |
|---|---|---|
| FCA BKK PORT<br>MNS2 | G45164 | 9/29/2005 |

**CUSTOMER P/O NUMBER**
5500043349

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G45164 | DUGAN |

**SHIP VIA**
DIRECT SHIPMENT FROM

CUSTOMER NUMBER D180200

PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE

| ITEM DESCRIPTION - S/O NUMBER<br>CUSTOMER PART NUMBER | M<br>F<br>G | QUANTITY<br>SHIPPED | UNIT<br>PRICE | AMOUNT<br>(EURO) |
|---|---|---|---|---|
| ITEM NO. 002 EPS MOTOR | | | | |
| 01232031038          GEN 1 RHD MOTOR | | | | |
| 26074600 | | | | |
|                              ZA98901 | \*I | 720 | 29.610 | 21,319.20 |
| TOTAL WEIGHT 02795 LBS | | | | |
| # OF CARTONS 0003 | | | | |
| B/L 9/26/05      BKK02339109 | | | | |

EXPORT LICENSE: NLR          ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
\*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS. |

| EXCHANGE RATE: 1.221814 | | |
|---|---|---|
| PLEASE PAY EUR | | 21,319.20 |
| THIS ➔ USD AMOUNT | | 26,048.08 |

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

SA0115RFM  M21     8DS

**CUSTOMER**

# INVOICE

**NMB**

CHATSWORTH, CA 91311
818 341-0820

NMB TECHNOLOGIES CORPORATION
P.O. BOX 4767
LOS ANGELES, CA 90051-4767

**CUSTOMER NUMBER** D180200

S
H
I
P

T
O

DELPHI AUTOMOTIVE SYSTEMS ESPA
POLIGONO IND. EL TROCADERO
11510 PUERTO REAL
PLANT 41 EPS
PUERTO REAL CADIZ
SPAIN

** DIRECT SHIPMENT **
REFERENCE: EPS-00761          EPS-00761

**PAGE** 1

B
I
L
L

T
O

DELPHI AUTOMOTIVE SYSTEMS ESPA
POLIGONO IND. EL TROCADERO
11510 PUERTO REAL.
PLANT 41 EPS
PUERTO REAL CADIZ
SPAIN

| TERMS |
|---|
| FCA BKK PORT |
| MNS2 |

| N.M.B. INVOICE | INVOICE DATE |
|---|---|
| G45165 | 9/29/2005 |

| CUSTOMER P/O NUMBER |
|---|
| 5500043349 |

| PACKING SLIP NO. | SALES ENGINEER |
|---|---|
| G45165 | DUGAN |

| SHIP VIA |
|---|
| DIRECT SHIPMENT FROM |

**CUSTOMER NUMBER** D180200

**PLEASE REFER TO OUR INVOICE ON ALL CORRESPONDENCE**

| ITEM DESCRIPTION - S/O NUMBER CUSTOMER PART NUMBER | M F G | QUANTITY SHIPPED | UNIT PRICE | AMOUNT (EURO) |
|---|---|---|---|---|
| ITEM NO. 001 EPS MOTOR | | | | |
| 0123203110          REFRESH LHD MOTOR | | | | |
| 26099839 | | | | |
| ZA98801 | *I | 9,840 | 23.575 | 231,978.01 |
| TOTAL WEIGHT 39385 LBS | | | | |
| # OF CARTONS 0041 | | | | |
| B/L 9/26/05     BKK02339109 | | | | |

EXPORT LICENSE: NLR        ECCN: EAR99
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE
WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
*I THIS IS AN IMPORT PRODUCT. ( MAY CONTAIN SOME U.S.A. ASSEMBLED PRODUCTS.

EXCHANGE RATE: 1.221813

| | |
|---|---|
| PLEASE PAY EUR THIS → USD AMOUNT | 231,978.01 |
| | 283,433.75 |

SUBJECT TO THE TERMS AND
CONDITIONS ATTACHED HERETO
OR ON THE REVERSE HEREOF

**CUSTOMER**

PROOF OF SERVICE

STATE OF CALIFORNIA          )
                             ) ss.
COUNTY OF LOS ANGELES        )

I, the undersigned, declare:

I am a citizen of the United States of America, am over the age of eighteen (18) years, and not a party to the within action. I am an employee of Rutter Hobbs & Davidoff Incorporated, and my business address is 1901 Avenue of the Stars, Suite 1700, Los Angeles, California 90067.

On October 21, 2005, I caused to be served the following document(s): **NOTICE OF RECLAMATION DEMAND OF NMB TECHNOLOGIES CORP.** on the parties involved addressed as follows:

Karalyn A. Marafioti, Esq.                John Wm. Butler, Jr., Esq.
Thomas J. Matz, Esq.                      John K. Lyons, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP  Ron E. Meisler, Esq.
Four Times Square                         Skadden, Arps, Slate, Meagher & Flom LLP
New York, New York 10036                  333 West Wacker Drive, Suite 2100
                                          Chicago, Illinois 60606

____ **BY PERSONAL DELIVERY**: I caused such envelope to be delivered by hand to the offices of each address listed.

x   **BY MAIL**: I caused each envelope, with postage thereon fully prepaid, to be placed in the United States mail at Los Angeles, California. I am readily familiar with the business practice for collection and processing of mail in this office; that in the ordinary course of business said document would be deposited with the US Postal Service in Los Angeles on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained on this declaration.

____ **BY FACSIMILE**: By use of facsimile machine telephone number (619) 235-0176 for Frederick S. Berretta, (619) 702-0349 for M. Richardson Lynn, (619) 231-6710 for Robert C. Wright, and (619) 696-7419 for Kenneth M. Fitzgerald, I served a copy of the within document on the above interested parties at the facsimile numbers listed.

__X__  *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 21, 2005, at Los Angeles, California.

Cindy A. Sandino

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

{5156.010-00257077.DOC-()}                            -2-