NELSON MULLINS RILEY &
SCARBOROUGH, L.L.P.
Counsel for Dätwyler Rubber & Plastics,
Inc.
Meridian Building, Seventeenth Floor
1320 Main Street
Post Office Box 11070 (29211)
Columbia, SC  29201
(803) 799-2000
GEORGE B. CAUTHEN (GBC-5268)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: ) | CASE NO.  05-44481 (RDD) |
| ) | |
| Delphi Corporation, *et al.*, ) | CHAPTER  11 |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

## NOTICE OF RECLAMATION DEMAND
## OF DÄTWYLER RUBBER & PLASTICS, INC.

PLEASE TAKE NOTICE that a written reclamation demand was mailed on October 14, 2005 by Dätwyler Rubber & Plastics, Inc. ("Dätwyler").  A copy of Dätwyler's reclamation demand, along with the attachments thereto and proof of mailing, are attached hereto as Exhibit A and are incorporated herein by reference.

          NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

          By: /s/ George B. Cauthen
              George B. Cauthen (*pro hac vice pending*)
              Jody A. Bedenbaugh (*pro hac vice pending*)
              Meridian Building, Seventeenth Floor
              1320 Main Street
              Post Office Box 11070 (29211)
              Columbia, SC  29201
              (803) 799-2000

          Attorneys for Dätwyler Rubber & Plastics, Inc

October 27, 2005
Columbia, South Carolina

**EXHIBIT A**



# Nelson Mullins

**COPY**

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
1320 Main Street / 17th Floor / Columbia, South Carolina 29201
Tel: 803.799.2000   Fax: 803.256.7500
www.nelsonmullins.com

George B. Cauthen
Certified Bankruptcy Specialist
By the South Carolina Supreme Court
(Admitted in SC & FL)
803.255.9425
george.cauthen@nelsonmullins.com

October 14, 2005

**Via Federal Express and Certified Mail – Return Receipt Requested**

John Wm. Butler, Jr., Esquire
Skadden Arps Slate Meagher & Flom (IL)
333 West Wacker Drive
Chicago, IL  60606-1285

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098

Re:   Delphi Corporation
      Case No. 05-44481-rdd; Dätwyler Rubber & Plastics, Inc. – Reclamation Claim
      Our File No. 19922/01500

Dear Jack and Sir or Madam:

This Firm has been engaged to represent Dätwyler Rubber & Plastics, Inc. ("Dätwyler") in connection with the above-referenced bankruptcy. Pursuant to S.C. Code Ann. § 36-2-702, and Section 546(c) of the United States Bankruptcy Code, demand is hereby made upon you to return all goods received during the period referred to in these statutes. Specifically, this demand includes without limitation the goods corresponding to the invoices identified in the enclosed schedule.

Please contact me at your earliest convenience for instructions regarding the return of the goods. In light of the bankruptcy filing, please note that all goods subject to Dätwyler's right of reclamation must be protected and segregated by the Debtor and shall not be used for any purpose whatsoever except those specifically authorized following notice and a hearing by the Bankruptcy Court.

John Wm. Butler, Jr., Esquire
October 14, 2005
Page 2

I look forward to speaking with you soon.

Very truly yours,

George B. Cauthen

GBC:ggv
Enclosure

cc:   Amy Jenkins, Esquire
      Mr. Willy Ruefenacht

**Delphi Invoices**
**September 28th - October 7th 2005**

| Invoice # | Date | Location | Amount |
|---|---|---|---|
| 016512 | 9/28/2005 | Athens | 2,995.20 |
| 016513 | 9/28/2005 | Athens | 3,225.60 |
| 016536 | 9/29/2005 | Athens | 3,225.60 |
| 016537 | 9/29/2005 | Athens | 1,483.20 |
| 016538 | 9/29/2005 | Athens | 2,995.20 |
| 016565 | 9/30/2005 | Athens | 3,225.60 |
| 016566 | 9/30/2005 | Athens | 1,497.60 |
| 016587 | 10/3/2005 | Athens | 3,225.60 |
| 016588 | 10/3/2005 | Athens | 2,995.20 |
| 016641 | 10/5/2005 | Athens | 3,225.60 |
| 016642 | 10/5/2005 | Athens | 1,483.20 |
| 016643 | 10/5/2005 | Athens | 1,497.60 |
| 016673 | 10/6/2005 | Athens | 3,225.60 |
| 016674 | 10/6/2005 | Athens | 936.00 |
| 016692 | 10/7/2005 | Athens | 1,612.80 |
| | | **Athens Total** | **36,849.60** |
| 016515 | 9/28/2005 | Dayton | 1,039.50 |
| 016539 | 9/29/2005 | Dayton | 1,351.35 |
| 016567 | 9/30/2005 | Dayton | 397.44 |
| 016568 | 9/30/2005 | Dayton | 311.85 |
| 016610 | 10/1/2005 | Dayton | 831.60 |
| 016615 | 10/4/2005 | Dayton | 311.85 |
| 016629 | 10/4/2005 | Dayton | 596.16 |
| 016650 | 10/5/2005 | Dayton | 596.16 |
| 016651 | 10/5/2005 | Dayton | 1,039.50 |
| 016675 | 10/6/2005 | Dayton | 596.16 |
| 016676 | 10/6/2005 | Dayton | 727.65 |
| 016694 | 10/7/2005 | Dayton | 596.16 |
| | | **Dayton Total** | **8,395.38** |
| 016505 | 9/28/2005 | Needmore | 2,768.26 |
| 016507 | 9/28/2005 | Needmore | 2,903.04 |
| 016508 | 9/28/2005 | Needmore | 866.40 |
| 016509 | 9/28/2005 | Needmore | 1,434.60 |
| 016528 | 9/29/2005 | Needmore | 523.80 |
| 016529 | 9/29/2005 | Needmore | 2,903.04 |
| 016531 | 9/29/2005 | Needmore | 1,912.80 |
| 016553 | 9/29/2005 | Needmore | 967.68 |
| 016559 | 9/30/2005 | Needmore | 2,903.04 |
| 016560 | 9/30/2005 | Needmore | 956.40 |
| 016577 | 9/30/2005 | Needmore | 1,571.40 |
| 016578 | 9/30/2005 | Needmore | 2,903.04 |
| 016592 | 10/3/2005 | Needmore | 6,459.27 |
| 016594 | 10/3/2005 | Needmore | 4,838.40 |
| 016595 | 10/3/2005 | Needmore | 1,912.80 |
| 016624 | 10/4/2005 | Needmore | 1,935.36 |
| 016625 | 10/4/2005 | Needmore | 1,845.51 |
| 016626 | 10/4/2005 | Needmore | 866.40 |

**Delphi Invoices**
**September 28th - October 7th 2005**

| Invoice # | Date | Location | Amount |
|---|---|---|---|
| 016627 | 10/4/2005 | Needmore | 956.40 |
| 016646 | 10/5/2005 | Needmore | 922.75 |
| 016647 | 10/5/2005 | Needmore | 967.68 |
| 016648 | 10/5/2005 | Needmore | 866.40 |
| 016662 | 10/5/2005 | Needmore | 174.60 |
| 016663 | 10/5/2005 | Needmore | 967.68 |
| 016664 | 10/6/2005 | Needmore | 922.75 |
| 016665 | 10/6/2005 | Needmore | 1,658.70 |
| 016666 | 10/6/2005 | Needmore | 3,870.72 |
| 016667 | 10/6/2005 | Needmore | 866.40 |
| 016686 | 10/7/2005 | Needmore | 960.30 |
| 016687 | 10/7/2005 | Needmore | 922.76 |
| 016688 | 10/7/2005 | Needmore | 2,903.04 |
| | | Needmore Total | 57,431.42 |
| 016510 | 9/28/2005 | Saginaw | 2,016.00 |
| 016525 | 9/28/2005 | Saginaw | 1,152.00 |
| 016532 | 9/29/2005 | Saginaw | 2,016.00 |
| 016533 | 9/29/2005 | Saginaw | 1,152.00 |
| 016535 | 9/29/2005 | Saginaw | 1,782.00 |
| 016561 | 9/30/2005 | Saginaw | 2,940.00 |
| 016562 | 9/30/2005 | Saginaw | 2,747.25 |
| 016563 | 9/30/2005 | Saginaw | 1,023.75 |
| 016564 | 9/30/2005 | Saginaw | 1,152.00 |
| 016590 | 10/3/2005 | Saginaw | 1,732.50 |
| 016591 | 10/3/2005 | Saginaw | 1,782.00 |
| 016618 | 10/4/2005 | Saginaw | 3,696.00 |
| 016619 | 10/4/2005 | Saginaw | 2,047.50 |
| 016620 | 10/4/2005 | Saginaw | 1,633.50 |
| 016644 | 10/5/2005 | Saginaw | 1,890.00 |
| 016669 | 10/6/2005 | Saginaw | 2,016.00 |
| 016672 | 10/6/2005 | Saginaw | 1,890.00 |
| 016690 | 10/7/2005 | Saginaw | 2,016.00 |
| 016691 | 10/7/2005 | Saginaw | 3,780.00 |
| | | Saginaw Total | 38,464.50 |
| | | Grand Total | 141,140.90 |

| | |
|---|---|
| 2. Article Number<br><br>7160 3901 9849 1943 8714<br><br>3. Service Type **CERTIFIED MAIL**<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes<br>1. Article Addressed to:<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098 | COMPLETE THIS SECTION ON DELIVERY<br>A. Received by (Please Print Clearly): A Rhodes<br>B. Date of Delivery: 10-20-05<br>C. Signature<br>X  A Rhodes  ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |

Delphi Corporation                    George B. Cauthen

PS Form 3811, January 2005    Domestic Return Receipt

Rec'd 10/24/05
199221500

2. Article Number

7160 3901 9849 1943 8691

3. Service Type **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

John Wm. Butler, Jr., Esquire
Skadden Arps Slate Meagher & Flom (IL)
333 West Wacker Drive
Chicago, IL 60606-1285

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  B. Date of Delivery
M. Garcia  20 OCT 2005

C. Signature
X  M. Garcia
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Delphi Corporation          George B. Cauthen

PS Form 3811, January 2005    Domestic Return Receipt

Rec'd 10/24/05
19922/1500

UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 05-44481-rdd |
| Delphi Corporation, ) | |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned Paralegal, of the law offices of Nelson Mullins Riley & Scarborough LLP, attorneys for **Dätwyler Rubber & Plastics, Inc.** do hereby certify that I have served all counsel in this action with a copy of the pleading(s) hereinbelow specified by mailing a copy of the same by United States Mail, postage prepaid, to the following address(es):

Pleadings:          **Notice of Reclamation Demand of Dätwyler Rubber and Plastics, Inc.**

Counsel Served:     John Wm. Butler, Jr., Esquire
                    Skadden Arps Slate Meagher & Flom (IL)
                    333 West Wacker Drive
                    Chicago, IL  60606-1285

                    Kayalyn A. Marafioti, Esquire
                    Thomas J. Matz, Esquire
                    Skadden Arps Slate Meagher & Flom
                    Four Times Square
                    New York, NY  10036

                    Robert N. Michaelson, Esquire
                    Kirkpatrick & Lockhart, LLP
                    599 Lexington Ave.
                    New York, NY  10022

                /s/ Anne R. Price
                Anne R. Price, Paralegal to
                George B. Cauthen, ID No. 81
                P.O. Box 11070
                Columbia, SC  29211
                (803) 799-2000

October 27, 2005