| |
|---|
| NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.<br>Counsel for Dätwyler, Inc.<br>Meridian Building, Seventeenth Floor<br>1320 Main Street<br>Post Office Box 11070 (29211)<br>Columbia, SC  29201<br>(803) 799-2000<br>GEORGE B. CAUTHEN (GBC-5268) |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | CASE NO.  05-44481 (RDD) |
|  | ) |  |
| Delphi Corporation, *et al.*, | ) | CHAPTER  11 |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) |  |

## NOTICE OF RECLAMATION DEMAND OF DÄTWYLER, INC.

PLEASE TAKE NOTICE that a written reclamation demand was mailed on October 24, 2005 by Dätwyler, Inc.  A copy of Dätwyler, Inc.'s reclamation demand, along with the attachments thereto and proof of mailing, are attached hereto as Exhibit A and are incorporated herein by reference.

                            NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

                            By: /s/ George B. Cauthen
                                George B. Cauthen (*pro hac vice pending*)
                                Jody A. Bedenbaugh (*pro hac vice pending*)
                                Meridian Building, Seventeenth Floor
                                1320 Main Street
                                Post Office Box 11070 (29211)
                                Columbia, SC  29201
                                (803) 799-2000

                            Attorneys for Dätwyler, Inc.

October 27, 2005
Columbia, South Carolina

1

# EXHIBIT A

05-44481-rdd    Doc 743    Filed 10/27/05    Entered 10/27/05 14:51:18    Main Document
Pg 2 of 13

# Nelson
# Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
1320 Main Street / 17th Floor / Columbia, South Carolina 29201
Tel: 803.799.2000   Fax: 803.256.7500
www.nelsonmullins.com

George B. Cauthen
Certified Bankruptcy Specialist
By the South Carolina Supreme Court
(Admitted in SC & FL)
803.255.9425
george.cauthen@nelsonmullins.com

October 24, 2005

**Via Federal Express and Certified Mail – Return Receipt Requested**

John Wm. Butler, Jr., Esquire
Skadden Arps Slate Meagher & Flom (IL)
333 West Wacker Drive
Chicago, IL 60606-1285

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Re:   Delphi Corporation
      Case No. 05-44481-rdd; Dätwyler, Inc. – Reclamation Claim
      Our File No. 19922/01500

Dear Jack and Sir or Madam:

This Firm has been engaged to represent Dätwyler, Inc. in connection with the above-referenced bankruptcy. Pursuant to S.C. Code Ann. § 36-2-702, and Section 546(c) of the United States Bankruptcy Code, demand is hereby made upon you to return all goods received during the period referred to in these statutes. Specifically, this demand includes without limitation the goods corresponding to the invoices identified in the enclosed schedule.

Please contact me at your earliest convenience for instructions regarding the return of the goods. In light of the bankruptcy filing, please note that all goods subject to Dätwyler, Inc.'s right of reclamation must be protected and segregated by the Debtor and shall not be used for any purpose whatsoever except those specifically authorized following notice and a hearing by the Bankruptcy Court.

This reclamation right is separate and independent of that of Dätwyler Rubber & Plastics, Inc., a subsidiary of Dätwyler, Inc., which was sent to you on October 14, 2005.

John Wm. Butler, Jr., Esquire
October 24, 2005
Page 2

I look forward to speaking with you soon.

Very truly yours,

George B. Cauthen

GBC:ggv
Enclosure

cc:   Amy Jenkins, Esquire
      Mr. Willy Ruefenacht

# Invoice

Dätwyler Inc.
Rubber – Plastics
Militärstrasse 7
CH-6467 Schattdorf
Tel. +41 41 875 11 23

 **Dätwyler**

Document no  91014387
Customer no  30355

DELPHI AUTOMOTIVE SYSTEMS
GLOBAL PURCHASE
P.O. BOX 20366
6500 WEST HENRIETTE RD
ROCHESTER, NY  14608-0366
USA

Date            09/28/2005    Page  1   1
Our reference   Nicole Zurfluh
Telephon        +41 41 875 1664
Fax             +41 41 875 1760
E-Mail          nicole.zurfluh@dag.ch
Your reference  Mr. Ted Rivera
Your order      new production
Date of order   09/12/2005
Our no. client  1019071
Delivery note   80035138 / 09/28/2005
Order confirmation 21225 / 09/12/2005

Mode of dispatch
Courier
Terms of delivery (Incoterms 2000)
EXW  Ex works
Schattdorf
Terms of payment
Up to 12/02/2005 without deduction
Net weight
30.000        KG

Adress of delivery:
DELPHI E & C GRAND RAPIDS
PLANT F801 / DLOC 0001
TOBY ALBRIGHT
2100 BURLINGAME SW
GRAND RAPIDS, MI  49509
USA

| Item | Material | Description | Quantity | Price | per | Amount USD |
|---|---|---|---|---|---|---|
| 0001 | 325170 | SEAL - WIPER<br>MOLD F 8677-*<br>DRWG 25332632<br>MATERIAL FPM 486661 | 76,800 PC | 17.40 | 100 | 13,363.20 |

Total items                                                              13,363.20
**Total amount in USD**                                                  13,363.20

Credit Suisse, CH-6460 Altdorf
SWIFT CRESCHZZ64K     USD-Kto  266000-02-5
IBAN CH47 0462 0026 6000 0200 5

The exporter of the products covered by this document (customs authorization No 7740-2005) declares, that, except where otherwise clearly indicated, these products are of swiss preferential origin.

Rolf Indergand

MWST-Nr  CH 195 694
Fax-Nr   +41 41 875 1726

# Invoice

Dätwyler Inc.
Rubber + Plastics
Militarstrasse 7
CH-6467 Schattdorf
Tel. +41 41 875 11 23

 Dätwyler

Document no  91014631
Customer no  30355

DELPHI AUTOMOTIVE SYSTEMS
GLOBAL PURCHASE
P.O. BOX 20366
5500 WEST HENRIETTE RD
ROCHESTER, NY  14608-0366
USA

Date               10/04/2005      Page 1 / 1
Our reference      Nicole Zurfluh
Telephon           +41 41 875 1664
Fax                +41 41 875 1760
E-Mail             nicole.zurfluh@dag.ch
Your reference     Mr. Ted Rivera
Your order         new production
Date of order      09/12/2005
Our no. client     1019071
Delivery note      80035448 / 10/04/2005
Order confirmation 21225 / 09/12 2005

Mode of dispatch
Courier
Terms of delivery (Incoterms 2000)
EXW  Ex works
Schattdorf
Terms of payment
Up to 01/02/2006 without deduction
Net weight
31.000       KG

Adress of delivery:
DELPHI E & C GRAND RAPIDS
PLANT F801 / DLOC 0001
TOBY ALBRIGHT
2100 BURLINGAME SW
GRAND RAPIDS, MI  49509
USA

| Item | Material | Description | Quantity | Price | per | Amount USD |
|---|---|---|---|---|---|---|
| 0001 | 325170 | SEAL - WIPER<br>MOLD F 8677-1<br>DRWG 25332692<br>MATERIAL FPM 485661 | 76,800 PC | 17.40 | 100 | 13,363.20 |

Total items                                                13,363.20
**Total amount in USD**                                    **13,363.20**

Credit Suisse, CH-6460 Altdorf
SWIFT CRESCHZZ64K    USD-Kto  266000-02-5
IBAN: CH47 0402 0026 6000 0200 5

The exporter of the products covered by this document (customs authorization No 7740.2005) declares, that, except where otherwise clearly indicated, these products are of swiss preferential origin.

Rolf Indergand

MWST-Nr.   CH 105 654
Fax-Nr.    +41 41 875 1726

# Invoice

Dätwyler Inc.
Rubber + Plastics
Militärstrasse 7
CH-6467 Schattdorf
Tel +41 41 875 11 23


# Dätwyler

Document no  91014774
Customer no. 30355

DELPHI AUTOMOTIVE SYSTEMS
GLOBAL PURCHASE
P.O. BOX 20366
5500 WEST HENRIETTE RD
ROCHESTER, NY  14608-0366
USA

| | |
|---|---|
| Date | 10/07/2005    Page 1 / 1 |
| Our reference | Nicole Zurfluh |
| Telephon | +41 41 875 1664 |
| Fax | +41 41 875 1760 |
| E-Mail | nicole.zurfluh@dag.ch |
| Your reference | Mr. Ted Rivera |
| Your order | new production |
| Date of order | 09/12/2005 |
| Our no. client | 1019071 |
| Delivery note | 80035700 / 10/07/2005 |
| Order confirmation | 21225 / 09.12.2005 |

Mode of dispatch
**Courier**
Terms of delivery (Incoterms 2000)
**EXW  Ex works**
**Schattdorf**
Terms of payment
**Up to 01/02/2006 without deduction**
Net weight
**31.000     KG**

Adress of delivery:
DELPHI E & C GRAND RAPIDS
PLANT F801 / DLOC 0001
TOBY ALBRIGHT
2100 BURLINGAME SW
GRAND RAPIDS, MI  49509
USA

| Item | Material | Description | Quantity | Price | per | Amount USD |
|---|---|---|---|---|---|---|
| 0001 | 325170 | SEAL - WIPER<br>MOLD F 8677-1<br>DRWG 25332692<br>MATERIAL FPM 489661 | 76.800 PC | 17.40 | 100 | 13,363.20 |

| | |
|---|---|
| Total items | 13,363.20 |
| **Total amount in USD** | **13,363.20** |

Credit Suisse, CH-6460 Altdorf
SWIFT CRESCHZZ64K    USD-Kto. 266000-02-6
IBAN: CH47 0402 0026 6000 0200 5

The exporter of the products covered by this document (customs authorization No 7740.2005) declares, that, except where otherwise clearly indicated, these products are of swiss preferential origin.

Rolf Undergard

MWST-Nr.   CH 135 654
Fax-Nr.    +41 41 875 1726

**Nicole Stalvey**

**From:** TrackingUpdates@fedex.com
**Sent:** Tuesday, October 25, 2005 3:11 PM
**To:** Nicole Stalvey
**Subject:** FedEx Shipment 792561810373 Delivered

*This tracking update has been requested by:*

*Name:* 'not provided by requestor'

*E-mail:* 'not provided by requestor'

*Our records indicate that the following shipment has been delivered:*

*Tracking number:*        792561810373
*Reference:*              19922/01500
*Ship (P/U) date:*        Oct 24, 2005
*Delivery date:*          Oct 25, 2005 09:46 AM
*Sign for by:*            J.CANAN
*Delivered to:*           Shipping/Receiving
*Service type:*           FedEx Priority Overnight
*Packaging type:*         FedEx Envelope
*Number of pieces:*       1
*Weight:*                 0.5 LB

*Shipper Information*              *Recipient Information*
Nicole Stalvey                     John Wm. Butler, Jr., Esquire
Nelson Mullins                     Skadden Arps Slate Meagher & Flom
1320 Main St 17th Floor            333 West Wacker Drive
MERIDIAN BLDG                      Chicago
Columbia                           IL
SC                                 US
US                                 606061285
29201

*Special handling/Services:*
*Deliver Weekday*

*Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 1:03 PM CDT on 10/25/2005.*

*To learn more about FedEx Express, please visit our website at fedex.com.*

1

## Nicole Stalvey

| | |
|---|---|
| From: | TrackingUpdates@fedex.com |
| Sent: | Tuesday, October 25, 2005 11:04 AM |
| To: | Nicole Stalvey |
| Subject: | FedEx Shipment 790197536578 Delivered |

*This tracking update has been requested by:*

*Name:* 'not provided by requestor'

*E-mail:* 'not provided by requestor'

*Our records indicate that the following shipment has been delivered:*

*Tracking number:*      790197536578
*Reference:*            19922/01500
*Ship (P/U) date:*      Oct 24, 2005
*Delivery date:*        Oct 25, 2005 09:58 AM
*Sign for by:*          R.PETERS
*Delivered to:*         Shipping/Receiving
*Service type:*         FedEx Priority Overnight
*Packaging type:*       FedEx Envelope
*Number of pieces:*     1
*Weight:*               0.5 LB

| *Shipper Information* | *Recipient Information* |
|---|---|
| Nicole Stalvey | Delphi Corporation |
| Nelson Mullins | 5725 Delphi Drive |
| 1320 Main St 17th Floor | Troy |
| MERIDIAN BLDG | MI |
| Columbia | US |
| SC | 48098 |
| US | |
| 29201 | |

*Special handling/Services:*
*Deliver Weekday*

*Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:40 AM CDT on 10/25/2005.*

*To learn more about FedEx Express, please visit our website at fedex.com.*

1





UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 05-44481-rdd |
| Delphi Corporation, | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned Paralegal, of the law offices of Nelson Mullins Riley & Scarborough LLP, attorneys for **Dätwyler Rubber & Plastics, Inc.** do hereby certify that I have served all counsel in this action with a copy of the pleading(s) hereinbelow specified by mailing a copy of the same by United States Mail, postage prepaid, to the following address(es):

Pleadings:             **Notice of Reclamation Demand of Dätwyler, Inc.**

Counsel Served:     John Wm. Butler, Jr., Esquire
                    Skadden Arps Slate Meagher & Flom (IL)
                    333 West Wacker Drive
                    Chicago, IL  60606-1285

                    Kayalyn A. Marafioti, Esquire
                    Thomas J. Matz, Esquire
                    Skadden Arps Slate Meagher & Flom
                    Four Times Square
                    New York, NY  10036

                    Robert N. Michaelson, Esquire
                    Kirkpatrick & Lockhart, LLP
                    599 Lexington Ave.
                    New York, NY  10022

/s/ Anne R. Price
Anne R. Price, Paralegal to
George B. Cauthen, ID No. 81
P.O. Box 11070
Columbia, SC  29211
(803) 799-2000

October 27, 2005