Judy B. Calton (P38733)
E. Todd Sable (P54956)
Adam L. Kochenderfer (P65757)
Honigman Miller Schwartz and Cohn LLP
Attorneys for Valeo Electrical Systems, Inc., Wiper Systems
2290 First National Building
660 Woodward Ave.
Detroit, MI 48226
Telephone: (313) 465-7548
Facsimile: (313) 465-7549

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re ) | Chapter 11 Case |
| ) | |
| DELPHI CORPORATION, et al. ) | No. 05-44481 |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

**NOTICE OF RECLAMATION DEMAND OF VALEO**
**ELECTRICAL SYSTEMS, INC., WIPER SYSTEMS**

Please be advised that a Notice of Reclamation Demand on behalf of Valeo Electrical Systems, Inc., Wiper Systems, was served on October 10, 2003 on Troy Zerbe, Delphi Corporation, 5725 Delphi Drive, Troy, MI 48098. A true and correct copy of the Notice of Reclamation Demand is attached hereto as Exhibit A.

                                Respectfully submitted,

                                HONIGMAN MILLER SCHWARTZ AND COHN LLP
                                Attorneys for Valeo Switches & Detection Systems, Inc.

Dated: October 27, 2005         By:   /s/ Judy B. Calton
                                      Judy B. Calton (P38733
                                      E. Todd Sable (P54956)
                                      Adam L. Kochenderfer (P65757)
                                2290 First National Building
                                660 Woodward Ave.
                                Detroit, MI 48226
                                Telephone: (313) 465-7548
                                Facsimile: (313) 465-7549

DETROIT.1963880.1

**EXHIBIT A**

Valeo Electrical Systems, Inc., Wiper Systems
3000 University Drive
Auburn Hills, MI 48326-2356
(248) 340-8453
Christopher R. Connely (P54256)

United States Bankruptcy Court
Southern District of New York

| | |
|---|---|
| In re  ) | Chapter 11 Case |
| ) | |
| DELPHI CORPORATION, et al.  ) | No. 05-44481 |
| ) | |
| Debtors.  ) | |

## CERTIFICATE OF SERVICE

Document Served:    Demand for Reclamation of Goods; Accompanying Documentation

The undersigned certifies that a copy of the documents attached to this Certificate were served upon Delphi Corporation at its respective address via facsimile and overnight courier on the date indicated below.

Date of Service: October 10, 2005

I declare that the statement above is true to the best of my information, knowledge, and belief.

Name: WALTER F. KNEUER

Title: G.M. Valeo Wiper Systems N.A.

DETROIT.1955925.1



Wiper Systems

Delphi Corporation
Mr. Troy Zerbe
Commodity Manager – Electrical
5725 Delphi Drive
Troy MI  48098

**North America Division**
3000 University Drive
Auburn Hills, Michigan USA 48326- 2356
Tel. +1 248 340-8090
Fax +1 248 340-8472

October 10, 2005

BY FACSIMILE AND OVERNIGHT COURIER

**Subject: Reclamation Demand**

Dear Mr. Zerbe:

Pursuant to section 2-702 of the Uniform Commercial Code (in Michigan, MCL 440.2702) and section 546(c) of the Bankruptcy Code (11 U.S.C. § 546(c)), Valeo Wiper Systems ("Valeo") demands reclamation of all goods (the "Reclamation Goods") delivered by Valeo and/or its affiliates and received by Delphi Corp. and/or its affiliates ("Delphi") within the 10-day period preceding the commencement of Delphi's bankruptcy case on October 8, 2005. The Reclamation Goods are more specifically identified in the invoices and/or shippers attached hereto.

Unless an alternative resolution is reached by and between Valeo and Delphi, Delphi is forbidden from selling or using any of the Reclamation Goods, and any such sale or use by Delphi will be in violation of Valeo's rights in and to the Reclamation Goods.

Valeo is prepared to discuss with Delphi terms which would protect Valeo's reclamation rights and under which Valeo might permit Delphi to sell or use the Reclamation Goods.

Very truly yours,

Walter F. Kneuer
General Manager
Valeo Wiper Systems North America

enclosure

| Date Shipped | Plant | Part Number 15324964 | Part Number 15460625 | Plant Location | Bill of Lading | Value |
|---|---|---|---|---|---|---|
| 7-Oct | | 0 | 0 | | | |
| 6-Oct | | 0 | 0 | | | |
| 5-Oct | 5100 | 500 | 1400 | Mexico | 150107231 | 1969.5 |
| 4-Oct | 5100 | 2000 | 200 | Mexico | 150107149 | 831 |
| 3-Oct | 5100 | 2500 | 0 | Mexico | 150107116 | 712.5 |
| 30-Sep | 5100 | 1500 | 6200 | Mexico | 150107086 | 8518.5 |
| 29-Sep | 5100 | 1000 | 2500 | Mexico | 150107041 | 3547.5 |
| 28-Sep | 900 | 0 | 700 | Warren, OH | 15010720 | 913.5 |
| 27-Sep | | 0 | 0 | | | |
| 26-Sep | | 0 | 0 | | | |

P.O. Prices
15324964     0.285
15460625     1.305

Plant Locations
Plant 51 and 304 Address        Plant 900
C/O Combined Containers         655 North River Road
48 Walter Jones Blvd.           Warren, OH 44483
El Paso, TX 79906               (Service Location)
(Ultimately goes to Mexico)
Delphi is a 2nd tier supplier