Judy B. Calton (P38733)
E. Todd Sable (P54956)
Adam L. Kochenderfer (P65757)
Honigman Miller Schwartz and Cohn LLP
Attorneys for Valeo Switches & Detection Systems, Inc
2290 First National Building
660 Woodward Ave.
Detroit, MI 48226
Telephone: (313) 465-7548
Facsimile: (313) 465-7549

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case |
| DELPHI CORPORATION, et al. | No. 05-44481 |
| Debtors. | (Jointly Administered) |

**NOTICE OF RECLAMATION DEMAND OF VALEO
SWITCHES & DETECTION SYSTEMS, INC.**

Please be advised that a Notice of Reclamation Demand on behalf of Valeo Switches & Detection Systems, Inc. was served on October 10, 2003 on Beverly Gaskins, Delphi Saginaw Steering Systems, 3390 E. Holland Road, Saginaw, MI 48601-9494. A true and correct copy of the Notice of Reclamation Demand is attached hereto as Exhibit A.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Valeo Switches & Detection Systems, Inc.

Dated: October 27, 2005   By:   /s/ Judy B. Calton
Judy B. Calton (P38733)
E. Todd Sable (P54956)
Adam L. Kochenderfer (P65757)
2290 First National Building
660 Woodward Ave.
Detroit, MI 48226
Telephone: (313) 465-7548
Facsimile: (313) 465-7549

DETROIT.1962648.1

**EXHIBIT A**

Valeo Switches & Detection Systems, Inc.
3000 University Drive
Auburn Hills, MI 48326-2356
(248) 340-8453
Christopher R. Connely (P54256)

United States Bankruptcy Court
Southern District of New York

| | |
|---|---|
| In re ) | Chapter 11 Case |
| ) | |
| DELPHI CORPORATION, et al. ) | No. 05-44481 |
| ) | |
| Debtors. ) | |

## CERTIFICATE OF SERVICE

Document Served:    Demand for Reclamation of Goods

The undersigned certifies that a copy of the document attached to this Certificate were served upon Delphi Corporation at its respective address via facsimile and overnight courier on the date indicated below.

Date of Service: October 10, 2005

I declare that the statement above is true to the best of my information, knowledge, and belief.

Name: Jerry Dittrich

Title: President, VSDS, Inc.

DETROIT.1955916.1


Switches
& Detection Systems

October 10, 2005

BY FACSIMILE AND
OVERNIGHT COURIER

Ms. Beverly Gaskins
Delphi Saginaw Steering Systems
3900 E. Holland Road
Saginaw, MI 48601-9494

**Re: Reclamation Demand**

Dear Ms. Gaskins:

Pursuant to section 2-702 of the Uniform Commercial Code (in Michigan, MCL 440.2702) and section 546(c) of the Bankruptcy Code (11 U.S.C. § 546(c)), Valeo Switches and Detection Systems, Inc. ("Valeo") demands reclamation of all goods (the "Reclamation Goods") delivered by Valeo and/or its affiliates and received by Delphi Corp. and/or its affiliates ("Delphi") within the 10-day period preceding the commencement of Delphi's bankruptcy case on October 8, 2005. The Reclamation Goods are more specifically identified in the invoices and/or shippers attached hereto.

Unless an alternative resolution is reached by and between Valeo and Delphi, Delphi is forbidden from selling or using any of the Reclamation Goods, and any such sale or use by Delphi will be in violation of Valeo's rights in and to the Reclamation Goods.

Valeo is prepared to discuss with Delphi terms which would protect Valeo's reclamation rights and under which Valeo might permit Delphi to sell or use the Reclamation Goods.

Best regards,

Jerry Dittrich
General Manager

Valeo Switches and Detection Systems, Inc. - 3000 University Drive – Auburn Hills, MI 48326 USA  Tel: (248) 340-4040  Fax: (248) 371-1147