UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 |
| | ) | |
| Debtors. | ) | |

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE AND RESERVATION OF RIGHTS

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Chicago Miniature Optoelectronic Technologies, Inc. ("Chicago Miniature") pursuant to sections 342(a) and 1109(b) of title 11 (the "Bankruptcy Code") of the United States Code and Fed. R. Bankr. P. ("Bankr. Rules") 2002, 9007, and 9010, request that the following be added to any service list in these cases and that all notices given or required to be given in these cases and all papers served or required to be served in this case, be given and served upon:

> Robert J. Dehney, Esq.
> Michael G. Busenkell, Esq.
> Morris, Nichols, Arsht and Tunnell
> P. O. Box 1347
> Wilmington, DE 19899-1347
> (302) 658-9200
> (302) 658-3989 (fax)
> rdehney@mnat.com
> mbusenkell@mnat.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankr. Rules specified above, but also includes, without limitation, orders and notice of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph,

telex, e-mail or otherwise that affects or seeks to affect in any way any rights or interest of any creditor or party-in-interest in these cases, including Chicago Miniature.

PLEASE TAKE FURTHER NOTICE that Chicago Miniature intends that neither this Notice of Appearance, Request for Service of Papers and Reservation of Rights nor any later appearance, claim or suit shall waive (1) its right to have final orders in non-core matters entered only after *de novo* review by a District Court; (2) its right to trial by jury in any proceeding so triable in these cases or in any case, controversy or proceeding relating to these cases; (3) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, setoffs or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  October 27, 2005

MORRIS, NICHOLS, ARSHT & TUNNELL

Robert J. Dehney (NY Bar No. 5399)
Michael G. Busenkell
1201 North Market Street
P. O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
Counsel for Chicago Miniature Optoelectronic Technologies, Inc.

489519