## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice Of Appearance, Request For Service And Reservation Of Rights was filed electronically this 27th day of October, 2005. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Michael G. Busenkell