Judy B. Calton (P38733)
E. Todd Sable (P54956)
Adam L. Kochenderfer (P65757)
Honigman Miller Schwartz and Cohn LLP
Attorneys for Valeo Climate Control Corp.
2290 First National Building
660 Woodward Ave.
Detroit, MI 48226
Telephone: (313) 465-7548
Facsimile: (313) 465-7549

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 Case |
| | ) | |
| DELPHI CORPORATION, et al. | ) | No. 05-44481 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF RECLAMATION DEMAND OF VALEO CLIMATE CONTROL CORP.**

Please be advised that a Notice of Reclamation Demand on behalf of Valeo Climate Control Corp., was served on October 10, 2003 on Michael Bauman, Delphi Corporation, 200 Upper Mountain Road, Lockport, New York 14094. A true and correct copy of the Notice of Reclamation Demand is attached hereto as Exhibit A.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Valeo Switches & Detection Systems, Inc.

Dated: October 27, 2005

By: /s/ Judy B. Calton
Judy B. Calton (P38733
E. Todd Sable (P54956)
Adam L. Kochenderfer (P65757)
2290 First National Building
660 Woodward Ave.
Detroit, MI 48226
Telephone: (313) 465-7548
Facsimile: (313) 465-7549

**EXHIBIT A**

Valeo Climate Control Corp.
3000 University Drive
Auburn Hills, MI 48326-2356
(248) 340-8453
Christopher R. Connely (P54256)

United States Bankruptcy Court
Southern District of New York

| | | |
|---|---|---|
| In re | ) | Chapter 11 Case |
| DELPHI CORPORATION, et al. | ) | No. 05-44481 |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

Documents Served: Demand for Reclamation of Goods; Accompanying Documentation

The undersigned certifies that a copy of the documents attached to this Certificate were served upon Delphi Corporation at its respective address via facsimile and overnight courier on the date indicated below.

Date of Service: October 10, 2005

I declare that the statement above is true to the best of my information, knowledge, and belief.

[signature]

Name: JAMES SLIKER

Title: SALES & PROJECTS DIRECTOR

DETROIT.1955836.1


Valeo
Climate Control

**VALEO CLIMATE CONTROL CORP.**
**USA Division**

4100 North Atlantic Boulevard
Auburn Hills, MI USA 48326
Tel: (248) 209-8253
Fax: (248) 209-8294

October 10, 2005

BY FACSIMILE AND
OVERNIGHT COURIER

Mr. Michael Bauman
Delphi Corporation
Purchasing Manager - Electrical
200 Upper Mountain Road
Lockport, New York 14094

**Re: Reclamation Demand**

Dear Mr. Bauman:

Pursuant to section 2-702 of the Uniform Commercial Code (in Michigan, MCL 440.2702) and section 546(c) of the Bankruptcy Code (11 U.S.C. § 546(c)), Valeo Climate Control ("Valeo") demands reclamation of all goods (the "Reclamation Goods") delivered by Valeo and/or its affiliates and received by Delphi Corp. and/or its affiliates ("Delphi") within the 10-day period preceding the commencement of Delphi's bankruptcy case on October 8, 2005. The Reclamation Goods are more specifically identified in the invoices and/or shippers attached hereto.

Unless an alternative resolution is reached by and between Valeo and Delphi, Delphi is forbidden from selling or using any of the Reclamation Goods, and any such sale or use by Delphi will be in violation of Valeo's rights in and to the Reclamation Goods.

Valeo is prepared to discuss with Delphi terms which would protect Valeo's reclamation rights and under which Valeo might permit Delphi to sell or use the Reclamation Goods.

Very truly yours,

Jim Sliker

Sales & Programs Director

Cc: M. Karmel, F. Colpron, C. Bessieres

DETROIT.1951909.1

delphi shipped 101005

| INVNO | SHPDTE | Ship Time CST | CARRY | DARRY | PARTNO | CPART | PDESC | QTYSHP | INVAMT | AMOUNT | ALLOCATED PAYMENTS | [illegible] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 50715 | 10/04/05 | 120455 | DELPHI | DELPHI | 9295533G | 16878778 | A2518300062 HVCLHD PREM WO PTC | [illegible] | $11,374.0[illegible] | | | 6-Oct |
| 50715 | 10/04/05 | 120455 | DELPHI | DELPHI | 9295540 | 16878699 | A2518300362 HVACLHD STD WO PTC | [illegible] | $11,64[illegible] | | [illegible] | Last Payment from Delphi allocated to this invoice |
| 50715 | 10/04/05 | 120455 | DELPHI | DELPHI | 9295550 | 16878303 | A2518300662 HVAC LHD WO PTC | [illegible] | $3,[illegible] | | | |
| 50715 | 10/04/05 | 120455 | DELPHI | DELPHI | 9295568 | 16876882 | A2518300862 HVAC LHD STD W PTC | [illegible] | $1[illegible] | | | |
| 50715 | 10/04/05 | 120455 | DELPHI | DELPHI | 9295584 | 16876369 | A2518300962 HVC RHD STD WO PTC | [illegible] | $[illegible] | | | |
| 50715 | 10/04/05 | 120455 | DELPHI | DELPHI | 9295619 | 18114741 | A1648300044 CENTER VENT PREM | [illegible] | $2,704.3[illegible] | | | |
| 50715 | 10/04/05 | 120455 | DELPHI | DELPHI | 9295822 | 18114742 | A1648300844 CENTER VENT HS | [illegible] | $[illegible] | | | |
| 50715 | 10/04/05 | 120455 | DELPHI | DELPHI | 9295848 | 16878345 | 251 CENTER VENT HIGH STD | [illegible] | $[illegible] | | | |
| | | | | | | | | | | $56,400.04 | | |
| 50730 | 10/04/05 | 164440 | DELPHI | DELPHI | 9295553G | 16878778 | A2518300062 HVCLHD PREM WO PTC | 48 | $11,374.56 | | | 6-Oct |
| 50730 | 10/04/05 | 164440 | DELPHI | DELPHI | 9295540 | 16878699 | A2518300362 HVACLHD STD WO PTC | 78 | $13,643.44 | | | |
| 50730 | 10/04/05 | 164440 | DELPHI | DELPHI | 9295550 | 16878303 | A2518300562 HVAC LHD WO PTC | 12 | $3,690.36 | | | |
| 50730 | 10/04/05 | 164440 | DELPHI | DELPHI | 9295568E | 16876882 | A2518300862 HVAC LHD STD W PTC | 48 | $11,904.96 | | | |
| 50730 | 10/04/05 | 164440 | DELPHI | DELPHI | 9295558A | 16876369 | A2518300962 HVC RHD STD WO PTC | 6 | $1,445.82 | | | |
| 50730 | 10/04/05 | 164440 | DELPHI | DELPHI | 9295680J | 16876370 | A2518301062 HVC RHD STD WO PTC | 30 | $9,391.50 | | | |
| | | | | | | | | | | $51,808.16 | | |
| 50733 | 10/04/05 | 210126 | DELPHI | DELPHI | 9295563G | 16878778 | A2518300062 HVCLHD PREM WO PTC | 30 | $8,530.56 | | | 6-Oct |
| 50733 | 10/04/05 | 210126 | DELPHI | DELPHI | 9295540 | 16878699 | A2518300362 HVACLHD STD WO PTC | 72 | $12,778.56 | | | |
| 50733 | 10/04/05 | 210126 | DELPHI | DELPHI | 9295580 | 16878303 | A2518300662 HVAC LHD WO PTC | 12 | $3,690.36 | | | |
| 50733 | 10/04/05 | 210126 | DELPHI | DELPHI | 9295568E | 16876882 | A2518300862 HVAC LHD STD W PTC | 48 | $11,904.90 | | | |
| 50733 | 10/04/05 | 210126 | DELPHI | DELPHI | 9295570 | 16876367 | A2518300762 HVCRHD PREM WO PTC | 6 | $1,813.20 | | | |
| 50733 | 10/04/05 | 210126 | DELPHI | DELPHI | 9295558A | 16876369 | A2518300962 HVC RHD STD WO PTC | 6 | $1,445.82 | | | |
| | | | | | | | | | | $40,163.46 | | |
| 50757 | 10/05/05 | 121643 | DELPHI | DELPHI | 9295533G | 16878778 | A2518300062 HVCLHD PREM WO PTC | 54 | $12,796.84 | | | 7-Oct |
| 50757 | 10/05/05 | 121643 | DELPHI | DELPHI | 9295540 | 16878699 | A2518300362 HVACLHD STD WO PTC | 96 | $17,038.08 | | | |
| 50757 | 10/05/05 | 121643 | DELPHI | DELPHI | 9295550 | 16878303 | A2518300662 HVAC LHD WO PTC | 24 | $7,380.72 | | | |
| 50757 | 10/05/05 | 121643 | DELPHI | DELPHI | 9295568E | 16876882 | A2518300862 HVAC LHD STD W PTC | 12 | $2,976.24 | | | |
| 50757 | 10/05/05 | 121643 | DELPHI | DELPHI | 9295570 | 16876367 | A2518300762 HVCRHD PREM WO PTC | 6 | $1,813.20 | | | |
| 50757 | 10/05/05 | 121643 | DELPHI | DELPHI | 9295558A | 16876369 | A2518300962 HVC RHD STD WO PTC | 12 | $2,891.64 | | | |
| 50757 | 10/05/05 | 121643 | DELPHI | DELPHI | 9295680J | 16876370 | A2518301062 HVC RHD STD WO PTC | 12 | $3,756.60 | | | |
| 50757 | 10/05/05 | 121643 | DELPHI | DELPHI | 9295622Z | 18114742 | A1648300844 CENTER VENT HS | 432 | $7,680.96 | | | |
| | | | | | | | | | | $56,333.34 | | |
| 50762 | 10/05/05 | 142039 | DELPHI | DELPHI | 9295533G | 16878778 | A2518300062 HVCLHD PREM WO PTC | 54 | $12,796.84 | | | 7-Oct |
| 50762 | 10/05/05 | 142039 | DELPHI | DELPHI | 9295540 | 16878699 | A2518300362 HVACLHD STD WO PTC | 96 | $17,038.08 | | | |
| 50762 | 10/05/05 | 142039 | DELPHI | DELPHI | 9295550 | 16878303 | A2518300562 HVAC LHD WO PTC | 24 | $7,380.72 | | | |
| 50762 | 10/05/05 | 142039 | DELPHI | DELPHI | 9295568E | 16876882 | A2518300862 HVAC LHD STD W PTC | 12 | $2,976.24 | | | |
| 50762 | 10/05/05 | 142039 | DELPHI | DELPHI | 9295570 | 16876367 | A2518300762 HVCRHD PREM WO PTC | 6 | $1,813.20 | | | |
| 50762 | 10/05/05 | 142039 | DELPHI | DELPHI | 9295558A | 16876369 | A2518300962 HVC RHD STD WO PTC | 12 | $2,891.64 | | | |
| 50762 | 10/05/05 | 142039 | DELPHI | DELPHI | 9295680J | 16876370 | A2518301062 HVC RHD STD WO PTC | 12 | $3,756.60 | | | |
| 50762 | 10/05/05 | 142039 | DELPHI | DELPHI | 9295601F | 18114741 | A1648300644 CENTER VENT PREM | 108 | $2,704.32 | | | |
| 50762 | 10/05/05 | 142039 | DELPHI | DELPHI | 9295653N | 16878347 | 251 CENTER VENT PREM | 108 | $2,507.40 | | | |
| | | | | | | | | | | $53,864.04 | | |
| 50768 | 10/05/05 | 190501 | DELPHI | DELPHI | 9295533G | 16878778 | A2518300062 HVCLHD PREM WO PTC | 24 | $5,687.04 | | | 8-Oct |
| 50768 | 10/05/05 | 190501 | DELPHI | DELPHI | 9295540 | 16878699 | A2518300362 HVACLHD STD WO PTC | 96 | $17,038.08 | | | |
| 50768 | 10/05/05 | 190501 | DELPHI | DELPHI | 9295550 | 16878303 | A2518300562 HVAC LHD WO PTC | 24 | $7,380.72 | | | |
| 50768 | 10/05/05 | 190501 | DELPHI | DELPHI | 9295568E | 16876882 | A2518300862 HVAC LHD STD W PTC | 12 | $2,976.24 | | | |
| 50768 | 10/05/05 | 190501 | DELPHI | DELPHI | 9295570 | 16876367 | A2518300762 HVCRHD PREM WO PTC | 6 | $1,813.20 | | | |
| 50768 | 10/05/05 | 190501 | DELPHI | DELPHI | 9295558A | 16876369 | A2518300962 HVC RHD STD WO PTC | 12 | $2,891.64 | | | |
| 50768 | 10/05/05 | 190501 | DELPHI | DELPHI | 9295680J | 16876370 | A2518301062 HVC RHD STD WO PTC | 12 | $3,756.80 | | | |
| | | | | | | | | | | $41,043.92 | | |
| 50772 | 10/05/05 | 214556 | DELPHI | DELPHI | 9295533G | 16878778 | A2518300062 HVCLHD PREM WO PTC | 24 | $5,687.04 | | | 7-Oct |
| 50772 | 10/05/05 | 214556 | DELPHI | DELPHI | 9295540 | 16878699 | A2518300362 HVACLHD STD WO PTC | 96 | $17,038.08 | | | |
| 50772 | 10/05/05 | 214556 | DELPHI | DELPHI | 9295550 | 16878303 | A2518300662 HVAC LHD WO PTC | 24 | $7,380.72 | | | |
| 50772 | 10/05/05 | 214556 | DELPHI | DELPHI | 9295568E | 16876882 | A2518300862 HVAC LHD STD W PTC | 12 | $2,976.24 | | | |
| 50772 | 10/05/05 | 214556 | DELPHI | DELPHI | 9295570 | 16876367 | A2518300762 HVCRHD PREM WO PTC | 6 | $1,813.20 | | | |
| 50772 | 10/05/05 | 214556 | DELPHI | DELPHI | 9295558A | 16876369 | A2518300962 HVC RHD STD WO PTC | 12 | $2,891.64 | | | |
| 50772 | 10/05/05 | 214556 | DELPHI | DELPHI | 9295591L | 16876368 | A2518300862 HVC RHD PREM W PTC | 6 | $2,236.50 | | | |
| 50772 | 10/05/05 | 214556 | DELPHI | DELPHI | 9295680J | 16876370 | A2518301062 HVC RHD STD WO PTC | 12 | $3,756.60 | | | |

## delphi shipped 101005

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | $43,786.82 | |
| 50788 | 10/06/05 | 113230 | DELPHI | DELPHI | 9295530 | 16876778 | A2518300062 HVCLHD PREM WO PTC | 46 | $11,374.08 | | 10-Oct |
| 50788 | 10/06/05 | 113230 | DELPHI | DELPHI | 9295540 | 16876699 | A2518300362 HVACLHD STD WO PTC | 72 | $12,776.56 | | |
| 50788 | 10/06/05 | 113230 | DELPHI | DELPHI | 929555D | 16876301 | A2518300562 HVAC LHD WO PTC | 24 | $7,380.72 | | |
| 50788 | 10/06/05 | 113230 | DELPHI | DELPHI | 929556E | 16876882 | A2518300662 HVAC LHD STD W PTC | 54 | $13,393.08 | | |
| 50788 | 10/06/05 | 113230 | DELPHI | DELPHI | 929560J | 16876370 | A2518301062 HVC RHD STD WO PTC | [illegible] | $1,876.[illegible] | | |
| 50788 | [illegible] | [illegible] | DELPHI | DELPHI | [illegible] | 18114741 | A1648300544 CENTER VENT PREM | [illegible] | [illegible] | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | A1648300644 CENTER VENT HS | [illegible] | [illegible] | | |
| | | | | | | | | | | [illegible] | |
| 50797 | [illegible] | 124841 | DELPHI | DELPHI | [illegible] | 16876778 | A2518300062 HVCLHD PREM WO PTC | [illegible] | [illegible] | | 10-Oct |
| 50797 | 10/06/05 | 124841 | DELPHI | DELPHI | 9295540 | 16876699 | A2518300362 HVACLHD STD WO PTC | 72 | $12,776.56 | | |
| 50797 | 10/06/05 | 124841 | DELPHI | DELPHI | 929555D | 16876303 | A2518300562 HVAC LHD WO PTC | 24 | $7,380.72 | | |
| 50797 | 10/06/05 | 124841 | DELPHI | DELPHI | 929556E | 16876882 | A2518300662 HVAC LHD STD W PTC | 54 | $13,393.08 | | |
| 50797 | 10/06/05 | 124841 | DELPHI | DELPHI | 929558A | 16876369 | A2518300962 HVC RHD STD WO PTC | 12 | $2,891.64 | | |
| 50797 | 10/06/05 | 124841 | DELPHI | DELPHI | 929560J | 16876370 | A2518301062 HVC RHD STD WO PTC | 18 | $5,834.90 | | |
| | | | | | | | | | | $63,482.96 | |
| 50809 | 10/06/05 | 200626 | DELPHI | DELPHI | 929553G | 16876778 | A2518300062 HVCLHD PREM WO PTC | 30 | $7,108.60 | | 10-Oct |
| 50809 | 10/06/05 | 200626 | DELPHI | DELPHI | 929554Q | 16876699 | A2518300362 HVACLHD STD WO PTC | 72 | $12,776.56 | | |
| 50809 | 10/06/05 | 200626 | DELPHI | DELPHI | 929555D | 16876303 | A2518300562 HVAC LHD WO PTC | 24 | $7,380.72 | | |
| 50809 | 10/06/05 | 200626 | DELPHI | DELPHI | 929556E | 16876882 | A2518300662 HVAC LHD STD W PTC | 54 | $13,393.08 | | |
| 50809 | 10/06/05 | 200626 | DELPHI | DELPHI | 929558A | 16876369 | A2518300962 HVC RHD STD WO PTC | 18 | $4,337.46 | | |
| 50809 | 10/06/05 | 200626 | DELPHI | DELPHI | 929560J | 16876370 | A2518301062 HVC RHD STD WO PTC | 12 | $3,756.60 | | |
| | | | | | | | | | | $48,788.22 | |
| 50812 | 10/06/05 | 215240 | DELPHI | DELPHI | 9295540 | 16876699 | A2518300362 HVACLHD STD WO PTC | 72 | $12,776.56 | | 10-Oct |
| 50812 | 10/06/05 | 215240 | DELPHI | DELPHI | 929555D | 16876303 | A2518300562 HVAC LHD WO PTC | 18 | $5,535.54 | | |
| 50812 | 10/06/05 | 215240 | DELPHI | DELPHI | 929556E | 16876882 | A2518300662 HVAC LHD STD W PTC | 42 | $10,416.84 | | |
| 50812 | 10/06/05 | 215240 | DELPHI | DELPHI | 929557U | 16876367 | A2518300762 HVCRHD PREM WO PTC | 12 | $3,626.40 | | |
| 50812 | 10/06/05 | 215240 | DELPHI | DELPHI | 929559L | 16876368 | A2518300862 HVC RHD PREM W PTC | [illegible] | $2,236.[illegible] | | |
| 50812 | 10/06/05 | 215240 | DELPHI | DELPHI | 929560J | 16876370 | A2518301062 HVC RHD STD WO PTC | 12 | $3,756.60 | | |
| 50812 | 10/06/05 | 215240 | DELPHI | DELPHI | 929561F | 18114741 | A1648300544 CENTER VENT PREM | 216 | $5,408.64 | | |
| | | | | | | | | | | $43,786.04 | |
| 50833 | 10/07/05 | 120359 | DELPHI | DELPHI | 929553G | 16876778 | A2518300062 HVCLHD PREM WO PTC | 30 | $7,108.60 | | 10-Oct |
| 50833 | 10/07/05 | 120359 | DELPHI | DELPHI | 929554Q | 16876699 | A2518300362 HVACLHD STD WO PTC | 114 | $20,232.72 | | |
| 50833 | 10/07/05 | 120359 | DELPHI | DELPHI | 929555D | 16876303 | A2518300562 HVAC LHD WO PTC | 12 | $3,690.36 | | |
| 50833 | 10/07/05 | 120359 | DELPHI | DELPHI | 929556E | 16876882 | A2518300662 HVAC LHD STD W PTC | 24 | $5,952.48 | | |
| 50833 | 10/07/05 | 120359 | DELPHI | DELPHI | 929558A | 16876369 | A2518300962 HVC RHD STD WO PTC | 18 | $4,337.46 | | |
| 50833 | 10/07/05 | 120359 | DELPHI | DELPHI | 929560J | 16876370 | A2518301062 HVC RHD STD WO PTC | 18 | $5,834.90 | | |
| 50833 | 10/07/05 | 120359 | DELPHI | DELPHI | 929562Z | 18114742 | A1648300644 CENTER VENT HS | 432 | $7,680.96 | | |
| | | | | | | | | | | $54,837.48 | |
| 50846 | 10/07/05 | 145338 | DELPHI | DELPHI | 929553G | 16876778 | A2518300062 HVCLHD PREM WO PTC | 30 | $7,108.60 | | 10-Oct |
| 50846 | 10/07/05 | 145338 | DELPHI | DELPHI | 929554Q | 16876699 | A2518300362 HVACLHD STD WO PTC | 126 | $27,362.46 | | |
| 50846 | 10/07/05 | 145338 | DELPHI | DELPHI | 929555D | 16876303 | A2518300562 HVAC LHD WO PTC | 12 | $3,690.36 | | |
| 50846 | 10/07/05 | 145338 | DELPHI | DELPHI | 929556E | 16876882 | A2518300662 HVAC LHD STD W PTC | 24 | $5,952.48 | | |
| 50846 | 10/07/05 | 145338 | DELPHI | DELPHI | 929557U | 16876367 | A2518300762 HVCRHD PREM WO PTC | 12 | $3,626.40 | | |
| 50846 | 10/07/05 | 145338 | DELPHI | DELPHI | 929558A | 16876369 | A2518300962 HVC RHD STD WO PTC | 6 | $1,445.82 | | |
| 50846 | 10/07/05 | 145338 | DELPHI | DELPHI | 929560J | 16876370 | A2518301062 HVC RHD STD WO PTC | 18 | $5,834.90 | | |
| | | | | | | | | | | $48,821.24 | |
| 50853 | 10/07/05 | 194308 | DELPHI | DELPHI | 929553G | 16876778 | A2518300062 HVCLHD PREM WO PTC | 18 | $4,265.28 | | [illegible] |
| 50853 | 10/07/05 | 194308 | DELPHI | DELPHI | 929554Q | 16876699 | A2518300362 HVACLHD STD WO PTC | 96 | $17,035.08 | | |
| 50853 | 10/07/05 | 194308 | DELPHI | DELPHI | 929555D | 16876303 | A2518300562 HVAC LHD WO PTC | 12 | $3,690.36 | | |
| 50853 | 10/07/05 | 194308 | DELPHI | DELPHI | 929556E | 16876882 | A2518300662 HVAC LHD STD W PTC | 18 | $4,464.36 | | |
| 50853 | 10/07/05 | 194308 | DELPHI | DELPHI | 929559L | 16876368 | A2518300862 HVC RHD PREM W PTC | 12 | $4,473.00 | | |
| 50853 | 10/07/05 | 194308 | DELPHI | DELPHI | 929560J | 16876370 | A2518301062 HVC RHD STD WO PTC | 18 | $5,834.90 | | |
| 50853 | 10/07/05 | 194308 | DELPHI | DELPHI | 929561F | 18114741 | A1648300544 CENTER VENT PREM | 108 | $2,704.32 | | |
| 50853 | 10/07/05 | 194308 | DELPHI | DELPHI | 929563N | 16876347 | 251 CENTER VENT PREM. | 108 | $2,987.40 | | |
| 50853 | 10/07/05 | 194308 | DELPHI | DELPHI | 929564K | 16876346 | 251 CENTER VENT HIGH STD | 108 | $1,813.32 | | |
| | | | | | | | | | | $46,881.82 | |
| 50866 | 10/10/05 | 231802 | DELPHI | DELPHI | 929553G | 16876778 | A2518300062 HVCLHD PREM WO PTC | 78 | $18,482.88 | | [illegible] |
| 50866 | 10/10/05 | 231802 | DELPHI | DELPHI | 929554Q | 16876699 | A2518300362 HVACLHD STD WO PTC | 12 | $2,129.76 | | |
| 50866 | 10/10/05 | 231802 | DELPHI | DELPHI | 929555D | 16876303 | A2518300562 HVAC LHD WO PTC | 36 | $11,071.08 | | |
| 50866 | 10/10/05 | 231802 | DELPHI | DELPHI | 929556E | 16876882 | A2518300662 HVAC LHD STD W PTC | 42 | $10,416.84 | | |



Pg 7 of 7

delphi shipped 101005

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| [illegible]86 | 10/10/05 | 231802 | DELPHI | DELPHI | 929567U | 1887[illegible] | A2518300782 HVCRHD PREM WO PTC | 6 | $1,813.20 |
| [illegible]86 | 10/10/05 | 231802 | DELPHI | DELPHI | [illegible] | [illegible] | A[illegible]1882 HVC RHD STD WO PTC | 6 | $1,878.30 |
| [illegible]86 | 10/10/05 | 231802 | DELPHI | DELPHI | 929562Z | 1811[illegible] | A1648300844 CENTER VENT HS | 216 | $3,840.48 |

$[illegible]3,632.54

PHYSICALLY DELIVERED PRIOR TO OCTOBER 8TH
DELIVERED THE DAY OF THE FILING OCTOBER 8TH
POST FILING

[illegible] INCLUDING THE 2 TRUCKS [illegible]853, 50866
[illegible] WITHOUT THE 2 TRUCKS 50853, 50866

Page 3