Judy B. Calton (P38733)
E. Todd Sable (P54956)
Adam L. Kochenderfer (P65757)
Honigman Miller Schwartz and Cohn LLP
Attorneys for Valeo Electrical Systems, Inc., Motors & Actuators Division
2290 First National Building
660 Woodward Ave.
Detroit, MI 48226
Telephone: (313) 465-7548
Facsimile: (313) 465-7549

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re ) | Chapter 11 Case |
| ) | |
| DELPHI CORPORATION, et al. ) | No. 05-44481 |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

**NOTICE OF RECLAMATION DEMAND OF VALEO ELECTRICAL**
**SYSTEMS, INC., MOTORS & ACTUATORS DIVISION**

   Please be advised that a Notice of Reclamation Demand on behalf of Valeo Electrical Systems, Inc., Motors & Actuators Division, was served on October 11, 2003 on Troy Zerbe, Delphi Corporation, 5727 Delphi Drive, Troy, MI 48098. A true and correct copy of the Notice of Reclamation Demand is attached hereto as Exhibit A.

                              Respectfully submitted,

                              HONIGMAN MILLER SCHWARTZ AND COHN LLP
                              Attorneys for Valeo Switches & Detection Systems, Inc.

Dated: October 27, 2005      By:   /s/ Judy B. Calton
                                   Judy B. Calton (P38733)
                                   E. Todd Sable (P54956)
                                   Adam L. Kochenderfer (P65757)
                              2290 First National Building
                              660 Woodward Ave.
                              Detroit, MI 48226
                              Telephone: (313) 465-7548
                              Facsimile: (313) 465-7549

DETROIT.1963877.1

**EXHIBIT A**

Valeo Electrical Systems, Inc., Motors & Actuators Division
3000 University Drive
Auburn Hills, MI 48326-2356
(248) 340-8453
Christopher R. Connely (P54256)

United States Bankruptcy Court
Southern District of New York

| | | |
|---|---|---|
| In re | ) | Chapter 11 Case |
| | ) | |
| DELPHI CORPORATION, et al. | ) | No. 05-44481 |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

Document Served:   Demand for Reclamation of Goods; Accompanying Documentation

The undersigned certifies that a copy of the documents attached to this Certificate were served upon Delphi Corporation at its respective address via facsimile and overnight courier on the date indicated below.

Date of Service: October 11, 2005

I declare that the statement above is true to the best of my information, knowledge, and belief.

Name: R. H. Kalb

Title: Trust Office Director

DETROIT.1955974.1



Motors & Actuators

October 10, 2005

BY FACSIMILE AND
OVERNIGHT COURIER

Delphi Corp.
Troy ZERBE
World and North American Headquarters
5727 Delphi Drive
Troy, Michigan 48098-2815

**Subject: Reclamation Demand**

Dear Troy,

Pursuant to section 2-702 of the Uniform Commercial Code (in Michigan, MCL 440.2702) and section 546(c) of the Bankruptcy Code (11 U.S.C. § 546(c)), Valeo Motors and Actuators ("Valeo") demands reclamation of all goods (the "Reclamation Goods") delivered by Valeo and/or its affiliates and received by Delphi Corp. and/or its affiliates ("Delphi") within the 10-day period preceding the commencement of Delphi's bankruptcy case on October 8, 2005. The Reclamation Goods are more specifically identified in the invoices and/or shippers attached hereto.

Unless an alternative resolution is reached by and between Valeo and Delphi, Delphi is forbidden from selling or using any of the Reclamation Goods, and any such sale or use by Delphi will be in violation of Valeo's rights in and to the Reclamation Goods.

Valeo is prepared to discuss with Delphi terms which would protect Valeo's reclamation rights and under which Valeo might permit Delphi to sell or use the Reclamation Goods.

Very truly yours,

Robert H. KALB
Front Office Director

Delphi Overdue

| cust # | customer | invoice | inv date | due date | days | amount | paid | balance | PO | DUNS | Type | Pre-P | Post-P | 10 Days Prior | After |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US16 112900 | Ship As Delphi | 10006752 | 76014184 | 2/10/2005 | 2/10/2005 | 244 | 143,721.60 | | 143,721.60 | D0550053730 | RD 048744283 | COMPRESSOR | 143,721.60 | | 143,721.60 | |
| US16 112900 | Ship As Delphi | 10006752 | 76014184 | 9/9/2005 | 9/14/2005 | 26 | 6,217.80 | | 6,217.80 | 7WG0000R | RD 048745454 | COMPRESSOR | 6,217.80 | | 6,217.80 | |
| US16 112900 | Ship As Delphi | 10006773 | 76014205 | 9/9/2005 | 9/14/2005 | 26 | 9,376.56 | | 9,376.56 | OCP60004 | RD 048745454 | COMPRESSOR | 9,376.56 | | 9,376.56 | |
| US16 112900 | Ship As Delphi | 10006794 | 76014226 | 9/12/2005 | 9/17/2005 | 23 | 21,762.30 | | 21,762.30 | 7WG0000R | RD 048745454 | COMPRESSOR | 21,762.30 | | 21,762.30 | |
| US16 112900 | Ship As Delphi | 10006795 | 76014227 | 9/12/2005 | 9/17/2005 | 23 | 12,261.35 | | 12,261.35 | 7WG0000V | RD 048745454 | COMPRESSOR | 12,261.35 | | 12,261.35 | |
| US16 112900 | Ship As Delphi | 10006815 | 76014247 | 9/13/2005 | 9/18/2005 | 22 | 21,762.30 | | 21,762.30 | 7WG0000R | RD 048745454 | COMPRESSOR | 21,762.30 | | 21,762.30 | |
| US16 112900 | Ship As Delphi | 10006816 | 76014248 | 9/13/2005 | 9/18/2005 | 22 | 14,713.62 | | 14,713.62 | 7WG0000V | RD 048745454 | COMPRESSOR | 14,713.62 | | 14,713.62 | |
| US16 112900 | Ship As Delphi | 10006837 | 76014269 | 9/14/2005 | 9/19/2005 | 21 | 21,762.30 | | 21,762.30 | 7WG0000R | RD 048745454 | COMPRESSOR | 21,762.30 | | 21,762.30 | |
| US16 112900 | Ship As Delphi | 10006838 | 76014270 | 9/14/2005 | 9/19/2005 | 21 | 17,165.89 | | 17,165.89 | 7WG0000V | RD 048745454 | COMPRESSOR | 17,165.89 | | 17,165.89 | |
| US16 112900 | Ship As Delphi | 10006950 | 76014378 | 9/19/2005 | 9/24/2005 | 16 | 21,762.30 | | 21,762.30 | 7WG0000R | RD 048745454 | COMPRESSOR | 21,762.30 | | 21,762.30 | |
| US16 112900 | Ship As Delphi | 10006954 | 76014382 | 9/20/2005 | 9/25/2005 | 15 | 24,871.20 | | 24,871.20 | 7WG0000V | RD 048745454 | COMPRESSOR | 24,871.20 | | 24,871.20 | |
| US16 112900 | Ship As Delphi | 10006955 | 76014383 | 9/20/2005 | 9/25/2005 | 15 | 19,618.16 | | 19,618.16 | 7WG0000R | RD 048745454 | COMPRESSOR | 19,618.16 | | 19,618.16 | |
| US16 112900 | Ship As Delphi | 10006980 | 76014404 | 9/21/2005 | 9/26/2005 | 14 | 21,762.30 | | 21,762.30 | 7WG0000V | RD 048745454 | COMPRESSOR | 21,762.30 | | 21,762.30 | |
| US16 112900 | Ship As Delphi | 10006981 | 76014405 | 9/21/2005 | 9/26/2005 | 14 | 19,618.16 | | 19,618.16 | 7WG0000R | RD 048745454 | COMPRESSOR | 19,618.16 | | 19,618.16 | |
| US16 112900 | Ship As Delphi | 10006984 | 76014407 | 9/21/2005 | 9/26/2005 | 14 | 9,376.56 | | 9,376.56 | OCP60004 | RD 048745454 | COMPRESSOR | 9,376.56 | | 9,376.56 | |
| US16 112900 | Ship As Delphi | 10007008 | 76014431 | 9/22/2005 | 9/27/2005 | 13 | 21,762.30 | | 21,762.30 | 7WG0000V | RD 048745454 | COMPRESSOR | 21,762.30 | | 21,762.30 | |
| US16 112900 | Ship As Delphi | 10007009 | 76014432 | 9/22/2005 | 9/27/2005 | 13 | 14,713.62 | | 14,713.62 | 7WG0000R | RD 048745454 | COMPRESSOR | 14,713.62 | | 14,713.62 | |
| US16 112900 | Ship As Delphi | 10007045 | 76014466 | 9/23/2005 | 9/28/2005 | 12 | 21,762.30 | | 21,762.30 | 7WG0000V | RD 048745454 | COMPRESSOR | 21,762.30 | | 21,762.30 | |
| US16 112900 | Ship As Delphi | 10007046 | 76014467 | 9/23/2005 | 9/28/2005 | 12 | 14,713.62 | | 14,713.62 | 7WG0000R | RD 048745454 | COMPRESSOR | 14,713.62 | | 14,713.62 | |
| US16 112900 | Ship As Delphi | 10007122 | 76014542 | 9/26/2005 | 10/2/2005 | 8 | 9,809.08 | | 9,809.08 | 7WG0000V | RD 048745454 | COMPRESSOR | 9,809.08 | | 9,809.08 | |
| US16 112900 | Ship As Delphi | 10007149 | 76014569 | 9/28/2005 | 10/3/2005 | 7 | 14,713.62 | | 14,713.62 | 7WG0000R | RD 048745454 | COMPRESSOR | 14,713.62 | | 14,713.62 | 14,713.62 |
| US16 112900 | Ship As Delphi | 10007151 | 76014571 | 9/28/2005 | 10/3/2005 | 7 | 17,165.89 | | 17,165.89 | 7WG0000V | RD 048745454 | COMPRESSOR | 17,165.89 | | 17,165.89 | 17,165.89 |
| US16 112900 | Ship As Delphi | 10007184 | 76014604 | 9/29/2005 | 10/4/2005 | 6 | 18,653.40 | | 18,653.40 | 7WG0000R | RD 048745454 | COMPRESSOR | 18,653.40 | | 18,653.40 | 18,653.40 |
| US16 112900 | Ship As Delphi | 10007185 | 76014605 | 9/29/2005 | 10/4/2005 | 6 | 21,762.30 | | 21,762.30 | 7WG0000V | RD 048745454 | COMPRESSOR | 21,762.30 | | 21,762.30 | 21,762.30 |
| US16 112900 | Ship As Delphi | 10007209 | 76014628 | 9/30/2005 | 10/5/2005 | 5 | 17,165.89 | | 17,165.89 | 7WG0000R | RD 048745454 | COMPRESSOR | 17,165.89 | | 17,165.89 | 17,165.89 |
| US16 112900 | Ship As Delphi | 10007210 | 76014629 | 9/30/2005 | 10/5/2005 | 5 | 21,762.30 | | 21,762.30 | 7WG0000V | RD 048745454 | COMPRESSOR | 21,762.30 | | 21,762.30 | 21,762.30 |
| US16 112900 | Ship As Delphi | 10007242 | 76014661 | 10/3/2005 | 10/5/2005 | 5 | 19,618.16 | | 19,618.16 | 7WG0000R | RD 048745454 | COMPRESSOR | 19,618.16 | | 19,618.16 | 19,618.16 |
| US16 112900 | Ship As Delphi | 10007262 | 76014681 | 10/3/2005 | 10/8/2005 | 2 | 21,762.30 | | 21,762.30 | 7WG0000V | RD 048745454 | COMPRESSOR | 21,762.30 | | 21,762.30 | 21,762.30 |
| US16 112900 | Ship As Delphi | 10007263 | 76014682 | 10/3/2005 | 10/8/2005 | 2 | 43,524.60 | | 43,524.60 | 7WG0000R | RD 048745454 | COMPRESSOR | 43,524.60 | | 43,524.60 | 43,524.60 |
| US16 112900 | Ship As Delphi | 10007283 | 76014702 | 10/4/2005 | 10/9/2005 | 1 | 17,165.89 | | 17,165.89 | 7WG0000V | RD 048745454 | COMPRESSOR | 17,165.89 | | 17,165.89 | 17,165.89 |
| US16 112900 | Ship As Delphi | 10007284 | 76014703 | 10/4/2005 | 10/9/2005 | 1 | 40,415.70 | | 40,415.70 | 7WG0000R | RD 048745454 | COMPRESSOR | 40,415.70 | | 40,415.70 | 40,415.70 |
| US16 112900 | Ship As Delphi | 10007305 | 76014724 | 10/5/2005 | 10/10/2005 | 0 | 24,871.20 | | 24,871.20 | 7WG0000V | RD 048745454 | COMPRESSOR | 24,871.20 | | 24,871.20 | 24,871.20 |
| US16 112900 | Ship As Delphi | 10007306 | 76014725 | 10/5/2005 | 10/10/2005 | 0 | 17,165.89 | | 17,165.89 | 7WG0000R | RD 048745454 | COMPRESSOR | 17,165.89 | | 17,165.89 | 17,165.89 |
| US16 112900 | Ship As Delphi | 10007313 | 76014732 | 10/5/2005 | 10/10/2005 | 0 | 9,376.56 | | 9,376.56 | OCP60004 | RD 048745454 | COMPRESSOR | 9,376.56 | | 9,376.56 | 9,376.56 |
| US16 112900 | Ship As Delphi | 10007339 | 76014757 | 10/6/2005 | 10/11/2005 | 0 | 17,165.89 | | 17,165.89 | 7WG0000V | RD 048745454 | COMPRESSOR | 17,165.89 | | | 17,165.89 |
| US16 112900 | Ship As Delphi | 10007363 | 76014781 | 10/7/2005 | 10/12/2005 | 0 | 31,089.00 | | 31,089.00 | 7WG0000R | RD 048745454 | COMPRESSOR | 31,089.00 | | | 31,089.00 |
| US16 112900 | Ship As Delphi | 10007364 | 76014782 | 10/7/2005 | 10/12/2005 | 0 | 17,165.89 | | 17,165.89 | 7WG0000V | RD 048745454 | COMPRESSOR | 17,165.89 | | | 17,165.89 |
| US16 111000 | Delphi Chassis | 10006771 | 76014203 | 9/9/2005 | 9/14/2005 | 26 | 483.00 | | 483.00 | 0550016199 | RD 048745454 | ELEC.LEVELING U-VAN | 483.00 | | | 483.00 |
| US16 112900 | Ship As Delphi | 10007272 | 76014691 | 10/3/2005 | 10/8/2005 | 2 | 2,188.68 | | 2,188.68 | O550064242 | RD 105055664 | ISC | 2,188.68 | | | 2,188.68 |
| US16 210200 | Delphi Harrison Div | 10007104 | 76014524 | 9/26/2005 | 10/11/2005 | 9 | 1,025.92 | | 1,025.92 | 37424 | RD 105055664 | EEC SHROUD-SAM | 1,025.92 | | | 1,025.92 |
| US16 210200 | Delphi Harrison Div | 10007135 | 76014555 | 9/27/2005 | 10/2/2005 | 8 | 33,770.88 | | 33,770.88 | 0550053730 | RD 105055664 | ENGINE COOLING ASSY | 33,770.88 | | | 33,770.88 |
| US16 210200 | Delphi Harrison Div | 10007157 | 76014577 | 9/28/2005 | 10/3/2005 | 7 | 33,770.88 | | 33,770.88 | 0550053730 | RD 105055664 | ENGINE COOLING ASSY | 33,770.88 | | | 33,770.88 |
| US16 210200 | Delphi Harrison Div | 10007177 | 76014597 | 9/28/2005 | 10/3/2005 | 7 | 1,204.60 | | 1,204.60 | 37424 | RD 105055664 | MOTOR SERVICE | 1,204.60 | | | 1,204.60 |
| US16 210200 | Delphi Harrison Div | 10007193 | 76014613 | 9/29/2005 | 10/4/2005 | 6 | 897.68 | | 897.68 | 37424 | RD 105055664 | EEC SHROUD-SAM | 897.68 | | | 897.68 |
| US16 210200 | Delphi Harrison Div | 10007190 | 76014610 | 9/29/2005 | 10/4/2005 | 6 | 33,770.88 | | 33,770.88 | 0550053730 | RD 105055664 | ENGINE COOLING ASSY | 33,770.88 | | | 33,770.88 |
| US16 210200 | Delphi Harrison Div | 10007195 | 76014615 | 9/29/2005 | 10/4/2005 | 6 | 480.00 | | 480.00 | 37424 | RD 105055664 | MOTOR SERVICE | 480.00 | | | 480.00 |
| US16 210200 | Delphi Harrison Div | 10007234 | 76014653 | 9/29/2005 | 10/4/2005 | 6 | 33,770.88 | | 33,770.88 | 0550053730 | RD 105055664 | ENGINE COOLING ASSY | 33,770.88 | | | 33,770.88 |
| US16 210200 | Delphi Harrison Div | 10007317 | 76014736 | 10/5/2005 | 10/10/2005 | 0 | 33,770.88 | | 33,770.88 | 0550053730 | RD 105055664 | ENGINE COOLING ASSY | 33,770.88 | | | 33,770.88 |
| US16 210200 | Delphi Harrison Div | 10007310 | 76014729 | 10/5/2005 | 10/10/2005 | 0 | 72.30 | | 72.30 | CN 37424 | RD 105055664 | MOTOR SERVICE | 72.30 | | | 72.30 |
| US16 210200 | Delphi Harrison Div | 10007325 | 76014743 | 10/5/2005 | 10/10/2005 | 0 | 1,442.46 | | 1,442.46 | 37424 | RD 105055664 | MOTOR SERVICE | 1,442.46 | | | 1,442.46 |
| US16 210200 | Delphi Harrison Div | 10007311 | 76014730 | 10/5/2005 | 10/10/2005 | 0 | 2,520.00 | | 2,520.00 | 37424 | RD 105055664 | MOTOR SERVICE | 2,520.00 | | | 2,520.00 |
| US16 210200 | Delphi Harrison Div | 10007349 | 76014767 | 10/6/2005 | 10/11/2005 | 0 | 33,770.88 | | 33,770.88 | 0550053730 | RD 105055664 | ENGINE COOLING ASSY | 33,770.88 | | | 33,770.88 |
| US16 210200 | Delphi Harrison Div | 10007386 | 76014804 | 10/7/2005 | 10/12/2005 | 0 | 33,770.88 | | 33,770.88 | 0550053730 | RD 105055664 | ENGINE COOLING ASSY | 33,770.88 | | | 33,770.88 |
| US16 210200 | Delphi Harrison Div | 10007414 | 76014830 | 10/10/2005 | 10/15/2005 | 0 | 17,165.89 | | 17,165.89 | | | | 17,165.89 | | | 17,165.89 |
| US16 210200 | Delphi Harrison Div | 10007164 | 76014831 | 10/10/2005 | 10/15/2005 | 0 | 18,653.40 | | 18,653.40 | | | | 18,653.40 | | | 18,653.40 |
| US16 112900 | Ship As Delphi | 10007164 | 76014584 | 9/28/2005 | 11/2/2005 | 0 | 367.20 | | 367.20 | | | | 367.20 | | | 367.20 |
| US16 210200 | Delphi Harrison Div | 10007195 | 76014615 | 9/29/2005 | 10/4/2005 | 0 | 480.00 | | 480.00 | | | | 480.00 | | | 480.00 |
| US16 210200 | Delphi Harrison Div | 10007311 | 76014730 | 10/5/2005 | 10/10/2005 | 0 | 2,520.00 | | 2,520.00 | | | | 2,520.00 | | | 2,520.00 |
| US16 111300 | Delphi Krosno | 10006995 | 76014417 | 9/21/2005 | 11/2/2005 | 0 | 1,011.00 | | 1,011.00 | | | | 1,011.00 | | | 1,011.00 |

| | | | | | | 1,143,131.98 | | 856,223.69 | - | 468,513.32 | 674,618.66 |