DINSMORE & SHOHL, LLP
Kim Martin Lewis (OH 0043533)
John B. Persiani (OH 0076165)
1900 Chemed Center
255 East 5th Street
Cincinnati, OH  45202
Tel:  (513) 977-8200
Fax:  (513) 977-8141

Attorneys for The Procter & Gamble Company,
Feintool New York, Inc, and Feintool Cincinnati, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | |

## VERIFIED STATEMENT OF DINSMORE & SHOHL LLP
## PURSUANT TO RULE 2019 OF THE
## FEDERAL RULES OF BANKRUPTCY PROCEDURE

Dinsmore & Shohl LLP ("D&S"), as counsel to the parties designated herein in these jointly administered chapter 11 cases, submits this verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure and states as follows:

1. Names and Address of the Creditors
   Represented by D&S

D&S has been employed to represent the following creditors in these cases:  (i) The Proctor & Gamble Company (P&G), Cincinnati, Ohio, (ii) Feintool New York, Inc. ("FNY"), Cincinnati, Ohio, and (iii) Feintool Cincinnati, Inc. ("FCI"), Cincinnati, Ohio.

05-44481-rdd    Doc 749    Filed 10/27/05    Entered 10/27/05 16:09:17    Main Document
Pg 2 of 2

2.  Nature and Amount of the Claims
    and Time of Acquisition Thereof

(a)  P&G and Delphi Corporation and its affiliates and subsidiaries (collectively, the "Debtors") are parties to that certain Tremont City Barrel Fill Superfund Site Participation Agreement. P&G may have certain claims against the Debtors if there is a default under the agreement.

(b)  FNY, FCI and the Debtors are parties to an agreement to supply certain essential goods and products to the Debtors. FNY and FCI have or may have certain claims against the Debtors for products delivered prior to the Petition Date.

3.  Pertinent Facts and Circumstances in
    Connection with the Employment of D&S

D&S has fully advised its clients with respect to this concurrent representation. Each of the clients has agreed to such representation and has requested that D&S represent them in these cases.

4.  Amount of Claims Owned by D&S

D&S does not hold any claims against or hold any interest in the Debtors.

I, Kim Martin Lewis, declare under penalty of perjury that I have read the foregoing and that it is true and correct to the best of my knowledge, information and belief.

Dated: Cincinnati, Ohio
       October 27, 2005

                                            DINSMORE & SHOHL LLP

                                            By:    /s/ Kim Martin Lewis
                                                   Kim Martin Lewis (OH 0043533)
                                                   John B. Persiani (OH 0076165)
                                                   1900 Chemed Center
                                                   255 East 5th Street
                                                   Cincinnati, OH  45202

                                            Attorneys for the Proctor & Gamble Company,
                                            Feintool New York, Inc., and
                                            Feintool Cincinnati, Inc.

1201083_1.