UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x

In re:                                                Chapter 11

DELPHI CORPORATION, <u>et al</u>.                     Case No. 05-44481

              Debtors.

(Jointly Administered)

-----------------------------------------------------x

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Sharp Electronics Corporation in the above cases and requests as provided in 11 U.S.C. §1109(b) and the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") 2002, 9007, and 9010(b) that all notices given or required to be given in the above captioned case, and all papers served or required to be served, be given to and served upon:

        Otterbourg, Steindler, Houston & Rosen, P.C.
        Counsel for Sharp Electronics Corporation
        230 Park Avenue
        New York, New York 10169
        Attention:  Scott L. Hazan, Esq.
                      Melissa A. Hager, Esq.
        Tel:   (212) 661-9100
        Fax:   (212) 682-6104
        Email: shazan@oshr.com
                  mhager@oshr.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, plans and disclosure

606950.1

statements, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, E-Mail, Internet, or otherwise filed or made with regard to the above-captioned cases, which affects or seeks to affect in any way any rights or interests of any party in interest in this case.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance and Demand for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, and/or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
October 26, 2005

                        **OTTERBOURG, STEINDLER,
HOUSTON & ROSEN, P.C.**

                        By:  /S/ Scott L. Hazan
                              Scott L. Hazan, Esq.
                              230 Park Avenue
                              New York, NY 10169
                              (212) 661-9100
                              Attorneys for Sharp Electronics Corporation

606950.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of October 2005, she caused a copy of the foregoing Notice of Appearance and Request for Service of Papers to be served on each of the parties on the attached service list by first class mail, United States Postal Service, postage prepaid.

/S/ Melissa A. Hager
Melissa A. Hager

609826.2

## Service List

John Wm. Butler, Jr., Esq
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive - Suite 2100
Chicago, IL 60606

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

United States Trustee
Deirdre A. Martini, Esq.
Alicia M. Leonard, Esq.
33 Whitehall Street
21st Floor
New York, NY  10004-2112

Donald S. Bernstein, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Kenneth S. Zinman, Esq.
Robert H. Trust, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017