KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer, Esq. (TM-9357)
Gordon Z. Novod, Esq. (GN-0494)
1177 Avenue of the Americas
New York, NY 10036
Tel: (212) 715-9100
Fax: (212) 715-8000

Attorneys for Electronic Data Systems Corporation and
EDS Information Services, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re:                                        :    Chapter 11
                                              :
DELPHI CORPORATION,                           :    Case No. 05-44481 (RDD)
et al.,                                       :
                                              :    (Jointly Administered)
                                              :
                     Debtors.                 :
------------------------------------------------------------ x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Kramer Levin Naftalis & Frankel LLP hereby appears as counsel for Electronic Data Systems Corporation ("EDS") and EDS Information Services, LLC ("EIS"), parties in interest in the above-captioned case, and hereby requests, pursuant to the Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case, or required to be given or filed in this case, be given and served upon EDS, EIS, and counsel at the following addresses:

> Kramer Levin Naftalis & Frankel LLP
> 1177 Avenue of the Americas
> New York, NY 10036
> Attention: Thomas Moers Mayer, Esq.
>     Gordon Z. Novod, Esq.
> Tel: (212) 715-9100
> Fax: (212) 715-8000
> tmayer@kramerlevin.com
> gnovod@kramerlevin.com
>
> Electronic Data Systems Corporation
> EDS Information Services, L.L.C.
> 5400 Legacy Dr.
> Mail Stop H3-3A-05
> Plano, TX 75024
> Attention: Ayala Hassell, Esq.
> Tel: (972) 605-5500
> Fax: (972) 605-5452
> ayala.hassell@eds.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code and Federal Rules of Bankruptcy Procedure provisions specified above but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers whether transmitted or conveyed by mail, courier service, telegraph, telex, telefax or otherwise, that affect the above captioned debtors or the debtors' estates.

PLEASE TAKE FURTHER NOTICE that the identified attorneys from Kramer Levin Naftalis & Frankel LLP (Thomas Moers Mayer, Esq., & Gordon Z. Novod, Esq.) consent to e-mail service.

PLEASE TAKE FURTHER NOTICE that demand is also made that the undersigned be added to the notice list for notice of all contested matters, adversary proceedings and other proceedings in these chapter 11 cases.

Dated: New York, New York
October 27, 2005

KRAMER LEVIN
NAFTALIS & FRANKEL LLP

By: /s/ Gordon Z. Novod
Thomas Moers Mayer, Esq. (TM-9357)
Gordon Z. Novod, Esq. (GN-0494)
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Electronic Data Systems Corporation
and EDS Information Services, LLC

KL2:2240888.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x
                                                            :
IN RE:                                                  :    Chapter 11
                                                            :
DELPHI CORPORATION, et al.,             :    Case No.:  05-44481 (RDD)
                                                            :    (Jointly Administered)
Debtors.                                               :
——————————————————————— x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                            )  ss.:
COUNTY OF NEW YORK   )

LIZ BERTKO, being duly sworn, deposes and says:

    1.    I am over the age of eighteen years and employed by Kramer Levin Naftalis & Frankel LLP and I am not a party in the above-captioned action.

    2.    On October 27, 2005, I caused to be served a true and correct copy of *Notice of Appearance and Request for Service of Papers* for Electronic Data Systems Corporation and EDS Information Services, LLC by Federal Express to the parties listed in Exhibit A and by electronic mail to the parties listed in Exhibit B.

                                         /s/ Liz Bertko_____
                                         LIZ BERTKO

Affirmed before me this 27th day
of October 2005

/s/ James M. Shea               James M. Shea
Notary Public                     Notary Public, State of New York
                                    No. 01SH6114516
                                    Qualified in New York County
                                    Commission Expires August 16, 2008

KL2:2416349.1

**EXHIBIT A**

Kathleen Farrell
Clerk of the Court
United States Bankruptcy Court
One Bowling Green, Sixth Floor
New York, NY  10004-1408

John Wm. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom (IL)
333 West Wacker Drive
Chicago, IL 60606-1285

Kayalyn A. Marafioti, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY  10036

Thomas J. Matz, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY  10036

Alicia M. Leonhard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

KL2:2416349.1

**EXHIBIT B**

david.boyle@airgas.com; wshowman@ajamie.com; tajamie@ajamie.com; lwalzer@angelogordon.com; dladdin@agg.com; heath.vincente@agg.com; william.barrett@bfkpm.com; kim.robinson@bfkpn.com; wendy.brewer@btlaw.com; michael.mccrory@btlaw.com; alan.mills@btlaw.com; john.gregg@btlaw.com; pmears@btlaw.com; sean@blbglaw.com; hannah@blbglaw.com; markd@blbglaw.com; klaw@bbslaw.com; lschwab@bbslaw.com; pcostello@bbslaw.com; tgaa@bbslaw.com; jhinshaw@boselaw.com; rjones@bccb.com; amcmullen@bccb.com; mhall@burr.com; jonathan.greenberg@engelhard.com; rusadi@cahill.com; jonathan.greenberg@engelhard.com; cahn@clm.com; maofiling@cgsh.com; jvitale@cwsny.com; srosen@cb-shea.com; jwisler@cblh.commlee@contrariancapital.com; rsz@curtinheefner.com; dpm@curtinheefner.com; jstanton@contrariancapital.com; athau@cm-p.com; sreisman@cm-p.com; dkarp@cm-p.com;wraine@contrariancapital.com; wsavino@damonmorey.com; carol_sowa@denso-diam.com;slax@contrariancapital.com; gdiconza@dlawpc.com; richard.kremen@dlapiper.com; andrew.kassner@dbr.com; david.aaronson@dbr.com; dmdelphi@duanemorris.com; wmsimkulak@duanemorris.com; ggreen@fagelhaber.com; lnewman@fagelhaber.com; mviscount@foxrothschild.com; fstevens@foxrothschild.com; office@gazesllc.com; ian@gazesllc.com; crieders@gjb-law.com; pbilowz@goulstonstorrs.com; gjarvis@ggelaw.com; snirmul@gelaw.com; ckm@greensfelder.com; anne.kennelly@hp.com; ken.higman@hp.com; glen.dumont@hp.com; jpb@greensfelder.com; sharon.petrosino@hp.com; cstorie@hodgsonruss.com; sgross@hodgsonruss.com; nyc-bkcyecf@hklaw.com; elizabeth.flaagan@hro.com; cbattaglia@halperinlaw.net; fgorman@honigman.com; rweiss@honigman.com; ahalperin@halperinlaw.net; john.sieger@kattenlaw.com; rweiss@honigman.com; fgorman@honigman.com; sk@kieselaw.com; grichards@kirkland.com; efox@klng.com; sosimmerman@kwgd.com; rcharles@lrlaw.com; sfreeman@lrlaw.com; jengland@linear.com; austin.bankruptcy@publicans.com; dallas.bankruptcy@publicans.com; whawkins@loeb.com; tmcfadde@lordbissel.com; tbrink@lordbissel.com;kwalsh@lordbissel.com; metkin@lowenstein.com; rcovino@lordbissel.com; ilevee@lowenstein.com; krosen@lowenstein.com; scargill@lowenstein.com; metkin@lowenstein.com; ilevee@lowenstein.com; jml@ml-legal.com; jmsullivan@mwe.com; lmc@ml-legal.com; jrobertson@mcdonaldhopkins.com; sopincar@mcdonaldhopkins.com; sriley@mcdonaldhopkins.com; jbernstein@mdmc-law.com; lpeterson@msek.com; sarbt@millerjohnson.com; fusco@millercanfield.com.com; Jeff.Ott@molex.com; wolfordr@millerjohnson.com;resterkin@morganlewis.com; wheuer@morganlewis.com; rubanik@munsch.com; lisa.moore2@nationalcity.com; bbeckworth@nixlawfirm.com; jwielebinski@munsch; jangelovich@nixlawfirm.com; swhatley@nixlawfirm.com;

KL2:2416349.1

drukavina@munsch.com; eabdelmasieh@nmmlaw.com; fholden@orrick.com; aenglund@orrick.com; landy.ralph@pbgc.gov; cfilardi@pepehazard.com; lawallf@pepperlaw.com; aaronsona@pepperlaw.com; sriemer@phillipsnizer.com; bsmoore@pbnlaw.com; jsmairo@pbnlaw.com; andrew.herenstein@quadranglegroup.com; patrick.bartels@quadranglegroup.com; jharris@quarles.com; sgoldber@quarles.com; jlapinsky@republicengineered.com; jshickich@riddellwilliams.com; rtrack@msn.com; myarnoff@sbclasslaw.com; shandler@sbclaslaw.com; pbaisier@seyfarth.com; rdremluk@seyfarth.com; bankruptcy@goodwin.com; asherman@sillscummis.com; jzackin@sillcummis.com; cfox@stblaw.com; cfox@stblaw.com; kmiller@skfdelaware.com; lloyd.sarakin@am.sony.com; bspector@selawfirm.com; cs@stevenslee.com; cp@stevenslee.com; mshaiken@stinsonmoheck.com; robert.goodrich@stites.com; madison.cashman@stites.com; wbeard@stites.com; jpguy@swidlaw.com; rhywron@swidlaw.com; mwcheney@swidlaw.com; rnsteinwurtzel@swidlaw.com; rfrankel@swidlaw.com; ferrell@taftlaw.com; rhett.campbell@tklaw.com; jlevi@toddlevi.com; bmcdonough@teamtogut.com; djury@steelworkers-usw.org; rjsidman@vssp.com; david.lemke@wallerlaw.com; robert.welhoelter@wallerlaw.com; gtoering@wnj.com; mcruse@wnj.com; jeffrey.tanenbaum@weil.com; martin.bienenstock@weil.com; michael.kessler@weil.com; martin.bienestock@weil.com; skrause@zeklaw.com; michael.kessler@weil.com; pjanovsky@zeklaw.com; jeff.tanenbaum@weil.com; mlfr@capgroup.com; b.simon@cwsny.com; donald.bernstein@dpw.com;  sean.p.corcoran@delphi.com; karen.j.craft@delphi.com; mike.nefkens@eds.com; trey.chambers@freescale.com; randall.eisenberg@fticonsulting.com; lhassel@groom.com; sgross@hodgsonruss.com; bderrough@jefferies.com; thomas.fmaher@chase.com; richard.duker@jpmorgan.com; gianni.russello@jpmorgan.com; vilma.francis@jpmorgan.com; jle@kccllc.com; robert.rosenberg@lw.com; mknoll@mesirowfinancial.com; bankruptcy@morrisoncohen.com; rsiegel@omm.com; tjerman@omm.com; garrick.sandra@pbgc.gov; efile@pbgc.gov; landy.ralph@pbgc.gov; sriemer@phillipsnizer.com; david.resnick@us.rothschild.com; dbartner@shearman.com; jfrizzley@shearman.com; kziman@stblaw.com; rtrust@stblaw.com; wrussell@stblaw.com; jbutler@skadden.com; jlyonsch@skadden.com; rmeisler@skadden.com; kmarafio@skadden.com; tmatz@skadden.com; cp@stevenslee.com; cs@stevenslee.com; altogut@teamtogut.com; deirdre.martini@usdoj.gov; cshiff@flextronics.com

KL2:2416349.1