Vorys, Sater, Seymour and Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone:    614-464-6422
Facsimile:    614-719-4962
E-mail: rjsidman@vssp.com
Robert J. Sidman, Ohio Supreme Court Registration 0017390

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Robert J. Sidman, a member in good standing of the bar in the State of Ohio, and the bar of the United States District Court for the Southern District of Ohio, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Honda of America Mfg., Inc. and its affiliates as parties-in-interest in the above referenced case.

My address is: Vorys, Sater, Seymour and Pease LLP, 52 East Gay Street, P.O. Box 1008, Columbus, Ohio 43216-1008; my e-mail address is: rjsidman@vssp.com; and my telephone number is :    614-464-6422.

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: October 24, 2005
      Columbus, Ohio                        Respectfully submitted,

                                                /s/ Robert J. Sidman
                                                Robert J. Sidman (OH – 0017390)
                                                Vorys, Sater, Seymour and Pease LLP
                                                52 East Gay Street, P.O. Box 1008
                                                Columbus, Ohio 43216-1008

        Telephone:   614-464-6422
        Facsimile:    614-719-4962
        E-mail: rjsidman@vssp.com

## **ORDER**

**ORDERED**,

that Robert J. Sidman, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:   October 27, 2005
       New York, New York           /s/Robert D. Drain_____
                                                        UNITED STATES BANKRUPTCY JUDGE