KLESTADT & WINTERS, LLP
Tracy L. Klestadt (TK-3591)
292 Madison Avenue, 17th Floor
New York, NY 10017-6314
(212) 972-3000
Counsel for Textron Fastening Systems Canada Limited


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | x | |
| In re: | : | |
| | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | Jointly Administered |
| | x | |

**NOTICE OF RECLAMATION DEMAND OF TEXTRON FASTENING SYSTEMS CANADA, LIMITED**

       PLEASE TAKE NOTICE that the attached second reclamation demand was served on October 26, 2005 by Textron Fastening Systems Canada Limited on the above-captioned Debtors and their counsel.  A copy of the demand is attached hereto and incorporated herein by this reference.


Dated: New York, New York
       October 27, 2005

                           KLESTADT & WINTERS, LLP
                           Counsel for Textron Fastening
                           Systems Canada, Limited

                           By: __/s/Tracy L. Klestadt_____
                                Tracy L. Klestadt (TK-3591)
                           292 Madison Avenue, 17th Floor
                           New York, New York 10017
                           (212) 972-3000

# **TEXTRON** Fastening Systems

Textron Fastening Systems Canada Limited
Manufacturing Facility
875 Stone St.
Gananoque, Ontario
K7G 3E4
613-382-2101

Textron Fastening Systems Canada Limited
Sales/Distribution Facility
87 Disco Rd.
Rexdale, Ontario
M9W 1M3
416-675-5534

October 26, 2005

Delphi World Headquarters
ATTN:  Christine Cattell
5725 Delphi Drive
Troy, MI  48098
Mail Code 483.400.216

Dear Ms. Cattell,

Textron Fastening Systems believes that Delphi has received goods on credit from Textron Fastening Systems while Delphi may have been insolvent.  Pursuant to Section 2-702 of the Uniform Commercial Code and other applicable law, demand is hereby made by Textron Fastening Systems to reclaim all goods received by Delphi on and after September 18, 2005.

Documentation regarding the identity and purchase price of the goods in enclosed.

We demand that you immediately segregate all of the goods which we have sold to you or allow us to take an inventory of the product we have sold to you for purposes of determining the goods subject to reclamation as of the petition date.  We further demand that you either return these goods to us or allow and pay the amounts due as an administrative claim in accordance with section 546 of the Bankruptcy Code or in such manner as any reclamation order entered by the Bankruptcy Court directs.

We do not intend this letter to violate the automatic stay provided for in 11 U.S.C. 362.  Instead it is intended to be in the nature of the type of notice provided for in 11 U.S.C. 546.

Your immediate written response to this reclamation claim is required.  If Delphi is not insolvent within the meaning of Section 2-702 of the Uniform Commercial Code, please advise us immediately in writing.

Very truly yours,

Glenn Grigoletti
Credit Manager

Encl.
CC:     John Wm. Butler, Esq./Skadden Arps et al.
        Darren Dalgleish, Plant Manager, Textron Fastening Systems Canada Limited, Camcar Division
        Roy Baron, Controller, Textron Fastening Systems Canada Limited, Camcar Division

**Delphi Reclamation Claim**                    **September 18, 2005 to October 8, 2005**

| Customer # | Delphi Entity | Ship to location | Invoice # | Date | Amount | Currency |
|---|---|---|---|---|---|---|
| 75500100 | Delphi Saginaw Steering | Saginaw MI | 120158 | 9/28/2005 | 109.36 | cad |
| 23128300 | Delphi Energy & Engine | El Paso TX | 120688 | 9/30/2005 | 224.13 | cad |
| 23127100 | Delphi Energy & Engine | Logistic, Norwood MA | 119759 | 9/19/2005 | 224.13 | cad |
| 23127100 | Delphi Energy & Engine | Logistic, Norwood MA | 120064 | 9/21/2005 | 448.26 | cad |
| 23127100 | Delphi Energy & Engine | Logistic, Norwood MA | 120110 | 9/22/2005 | 448.26 | cad |
| 23127100 | Delphi Energy & Engine | Logistic, Norwood MA | 120192 | 9/23/2005 | 896.52 | cad |
| 23127100 | Delphi Energy & Engine | Logistic, Norwood MA | 120285 | 9/26/2005 | 448.26 | cad |
| 23127100 | Delphi Energy & Engine | Logistic, Norwood MA | 120472 | 9/27/2005 | 672.39 | cad |
| 23127100 | Delphi Energy & Engine | Logistic, Norwood MA | 120509 | 9/28/2005 | 672.39 | cad |
| 23127100 | Delphi Energy & Engine | Logistic, Norwood MA | 120611 | 9/29/2005 | 672.39 | cad |
| 23127100 | Delphi Energy & Engine | Logistic, Norwood MA | 120647 | 9/30/2005 | 448.26 | cad |
| 23127100 | Delphi Energy & Engine | Logistic, Norwood MA | 120795 | 10/3/2005 | 896.52 | cad |
| 23127100 | Delphi Energy & Engine | Logistic, Norwood MA | 120859 | 10/4/2005 | 448.26 | cad |
| 23127100 | Delphi Energy & Engine | Logistic, Norwood MA | 120977 | 10/5/2005 | 672.39 | cad |
| 23127100 | Delphi Energy & Engine | Logistic, Norwood MA | 121064 | 10/6/2005 | 896.52 | cad |

**Camcar Division of Textron Fastening Systems Canada Limited**

**TEXTRON** Fastening Systems

Camcar Division of Textron Fastening Systems Canada Ltd
BN # 893623710RT0001
87 Disco Road
Rexdale, Ontario M9W 1M3
Canada
Accounting Inquiries (613) 382-2101
Sales Inquiries (416) 675-5530

Duns Number - Numero Duns
20-050-2094

| Remit To / Envoyer A |
| --- |
| **Textron Fastening Systems** |
| **Camcar Division of Textron Fastening Systems Canada LTD.** |
| **P.O. BOX 1990 Station A** |
| **Toronto, Ontario M5W 1E9** |

**INVOICE No.**
**No.DE FACTURE   120158**

Please show above invoice
number on your remittance.
Veuillez indiquer le numero de la
facture sur votre versement

Bill to:   **75500100**
Vendu A:  **DELPHI SAGINAW STEERING**
**EAG DISBURSEMENT SERVICES**
**P.O. BOX 1550    -1787118**
**FLINT, MI 48501-1550**
**UNITED STATES OF AMERICA**

Ship to: **75500115**
Livre A:  **DELPHI SAGINAW 44026**
**PLANT 6**
**TOWERLINE RD OFF HOLLAND DR**
**SAGINAW, MI 48605**
**UNITED STATES OF AMERICA**

| Terr | Dest | Customer PO/Release Relache du bon de Commande du client | Resale Instructions Instructions De Revente | Terms Termes | Rev. # Revision | Page # |
| --- | --- | --- | --- | --- | --- | --- |
| G273 | 210 | | NOT FOR RESALE | NET 30 | 0 | 1 |

| Invoice Date Date De La Facture | Ship Date Date D'Expedition | FOB Point Point FAB | | Shipped Via Expedie Par | Camcar Order # # De Commande Camcar |
| --- | --- | --- | --- | --- | --- |
| 09/28/05 | 09/28/05 | REXDALE | | | G0099500 |

Remarks/Remarques:

| Item No./Numero De L'Article Description | U/M | Shipped Expedie | Backorder A Suivre | Tax Taxe | Unit Price Prix Unitaire | Extended Price Prix Tout Compris |
| --- | --- | --- | --- | --- | --- | --- |
| GFB-10679-000 | EA | 8000.0 | 0.0 | no | 0.01367 | 109.36 |
|   Customer Item : 07809128 | | | | | | |
|   9-18x18mm PAN TORX DST | | | | | | |
|   Purchase Order:  SAG90I3982 | | | | | | |

Form # I-01 (Rev 10/95)

| | | | | |
| --- | --- | --- | --- | --- |
| Non-Taxable: 109.36 | Currency/Unite Monetaire: CAD | Line Total / Sous Total: | | 109.36 |
| Taxable: 0.00 | 0.00% | Discount/Escompte: | | 0.00 |
| Tax Date/Date De Taxe: 09/28/05 | | Service | 10 : | 0.00 |
| | | Freight | 20 : | 0.00 |
| | | Special | 30 : | 0.00 |

GST/TPS:            PST/TVQ:            Tax/Taxe:            0.00      Total:            109.36

*Original Document has a color background*

**TEXTRON** Fastening Systems

Camcar Division of Textron Fastening Systems Canada Ltd
BN # 893623710RT0001
87 Disco Road
Rexdale, Ontario M9W 1M3
Canada
Accounting Inquiries (613) 382-2101
Sales Inquiries (416) 675-5530

| Remit To / Envoyer A |
| --- |
| **Textron Fastening Systems** |
| **Camcar Division of Textron Fastening Systems Canada LTD.** |
| **P.O. BOX 1990 Station A** |
| **Toronto, Ontario M5W 1E9** |

Duns Number - Numero Duns
20-050-2094

**INVOICE No.**
**No.DE FACTURE    120688**

Please show above invoice
number on your remittance.
Veuillez indiquer le numero de la
facture sur votre versement

Bill to:   23128300
Vendu A:  **DELPHI ENERGY & ENGINE**
**EL PASO DISTRIBUTION CENTER**
**32 CELERITY WAGON ST**
**P.O. BOX 9007**
**EL PASO, TX 79906**
**UNITED STATES OF AMERICA**

Ship to: 231283
Livre A:  **DELPHI C PLANT 58/CHIHUAHUA**
**CISC0: 34065   SAP#: HT01**
**32 CELERITY WAGON**
**EL PASO, TX 79906**
**UNITED STATES OF AMERICA**

| Terr | Dest | Customer PO/Release Relache du bon de Commande du client | Resale Instructions Instructions De Revente | Terms Termes | Rev. # Revision | Page # |
| --- | --- | --- | --- | --- | --- | --- |
| G174 | 420 | | NOT FOR RESALE | NET 30 | 0 | 1 |

| Invoice Date Date De La Facture | Ship Date Date D'Expedition | FOB Point Point FAB | Shipped Via Expedie Par | Camcar Order # # De Commande Camcar |
| --- | --- | --- | --- | --- |
| 09/30/05 | 09/30/05 | REXDALE | | G0081870 |

Remarks/Remarques:

| Item No./Numero De L'Article Description | U/M | Shipped Expedie | Backorder A Suivre | Tax Taxe | Unit Price Prix Unitaire | Extended Price Prix Tout Compris |
| --- | --- | --- | --- | --- | --- | --- |
| GFC-15409-000 | EA | 3000.0 | 0.0 | no | 0.07471 | 224.13 |

  Customer Item :  25345874
  M6x33.25mm D/E E5 TORX
  Purchase Order:  0550024614
  FTA CLAIMED: _BLANKET CERT ON FILE xx_  FTA NOT CLAIMED __  CERT ATTACHED __
  BILL CUSTOMS CHARGES TO: EXPORTER ___ SOLD TO xx
  CURRENCY OF SALE: CDN FUNDS XX U.S. FUNDS
  PARTIES TO THIS TRANSACTION ARE: RELATED __  NOT RELATED xx

Form # I-01 (Rev 10/95)

Non-Taxable: 224.13   Currency/Unite Monetaire: **CAD**   Line Total / Sous Total:   224.13
        Taxable: 0.00                    0.00%   Discount/Escompte:   0.00
Tax Date/Date De Taxe: 09/30/05                          Service   10 :   0.00
                                                         Freight   20 :   0.00
                                                         Special   30 :   0.00

GST/TPS:        PST/TVQ:              Tax/Taxe:        0.00   Total:        224.13

*Original Document has a color background*

**TEXTRON** Fastening Systems

| | Remit To / Envoyer A |
|---|---|
| | Textron Fastening Systems |
| | Camcar Division of Textron Fastening Systems Canada LTD. |
| | P.O. BOX 1990 Station A |
| | Toronto, Ontario M5W 1E9 |

Camcar Division of Textron Fastening Systems Canada Ltd
BN # 893623710RT0001
87 Disco Road
Rexdale, Ontario M9W 1M3
Canada
Accounting Inquiries (613) 382-2101
Sales Inquiries (416) 675-5530

Duns Number - Numero Duns

**INVOICE No.**
**No.DE FACTURE      119759**

Please show above invoice
number on your remittance.
Veuillez indiquer le numero de la
facture sur votre versement

Bill to:   **23127100**
Vendu A:  **DELPHI ENERGY & ENGINE**
          **EAG DISBURSEMENT CENTER**
          **P.O. BOX 1550**
          **FLINT, MI 48501-1550**
          **UNITED STATES OF AMERICA**

Ship to:  **LOGISTIC**
Livre A:    **NORWOOD, MA    02362**

| Terr | Dest | Customer PO/Release Relache du bon de Commande du client | Resale Instructions Instructions De Revente | Terms Termes | Rev. # Revision | Page # |
|---|---|---|---|---|---|---|
| ROCH | | | NOT FOR RESALE | NET 30 | 0 | 1 |

| Invoice Date Date De La Facture | Ship Date Date D'Expedition | FOB Point Point FAB | Shipped Via Expedie Par | | Camcar Order # # De Commande Camcar |
|---|---|---|---|---|---|
| 09/19/05 | 09/19/05 | REXDALE | . | | G0092310 |

Remarks/Remarques:

| Item No./Numero De L'Article Description | U/M | Shipped Expedie | Backorder A Suivre | Tax Taxe | Unit Price Prix Unitaire | Extended Price Prix Tout Compris |
|---|---|---|---|---|---|---|
| GFC-15409-000 | EA | 3000.0 | 0.0 | no | 0.07471 | 224.13 |

Customer Item :  25345874
M6x33.25mm D/E E5 TORX
Purchase Order:  1500390270
FTA CLAIMED:  BLANKET CERT ON FILE xx   FTA NOT CLAIMED ___   CERT ATTACHED ___
BILL CUSTOMS CHARGES TO: EXPORTER ___   SOLD TO xx
CURRENCY OF SALE: CDN FUNDS xx U.S. FUNDS

*Continued on the next page*

Non-Taxable:                    Currency/Unite Monetaire:        Line Total / Sous Total:
Taxable:                                                         Discount/Escompte:
Tax Date/Date De Taxe:

GST/TPS:            PST/TVQ:              Tax/Taxe:              Total:

*Original Document has a color background*

Form # I-01 (Rev 10/95)

**TEXTRON** Fastening Systems                    Pg 7 of 31

Camcar Division of Textron Fastening Systems Canada Ltd
BN # 893623710RT0001
87 Disco Road
Rexdale, Ontario M9W 1M3
Canada
Accounting Inquiries (613) 382-2101
Sales Inquiries (416) 675-5530

| Remit To / Envoyer A |
| --- |
| Textron Fastening Systems |
| Camcar Division of Textron Fastening Systems Canada LTD. |
| P.O. BOX 1990 Station A |
| Toronto, Ontario M5W 1E9 |

Duns Number - Numero Duns

**INVOICE No.**
**No. DE FACTURE   119759**

Please show above invoice
number on your remittance.
Veuillez indiquer le numero de la
facture sur votre versement

Bill to:    23127100
Vendu A:  **DELPHI ENERGY & ENGINE**
          **EAG DISBURSEMENT CENTER**
          **P.O. BOX 1550**
          **FLINT, MI 48501-1550**
          **UNITED STATES OF AMERICA**

Ship to: **LOGISTIC**
Livre A:    **NORWOOD, MA    02362**

| Terr Dest | Customer PO/Release Relache du bon de Commande du client | Resale Instructions Instructions De Revente | Terms Termes | Rev. # Revision | Page # |
|---|---|---|---|---|---|
| ROCH | | NOT FOR RESALE | NET 30 | 0 | 2 |

| Invoice Date Date De La Facture | Ship Date Date D'Expedition | FOB Point Point FAB | | Shipped Via Expedie Par | Camcar Order # # De Commande Camcar |
|---|---|---|---|---|---|
| 09/19/05 | 09/19/05 | REXDALE | | | G0092310 |

Remarks/Remarques:

| Item No./Numero De L'Article Description | U/M | Shipped Expedie | Backorder A Suivre | Tax Taxe | Unit Price Prix Unitaire | Extended Price Prix Tout Compris |
|---|---|---|---|---|---|---|

```
GFC-15409-000        ***Cont***
   PARTIES TO THIS TRANSACTION ARE: RELATED __ NOT RELATED xx
   SEND FREIGHT BILL TO:
   DELPHI E & C, CISCO 58001
   DELPHI ROCHESTER C/O
   DATA 2 LOGISTICS
   PO BOX 9115
   NORWOOD, MA    02362
   USA
```

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Non-Taxable: 224.13 | Currency/Unite Monetaire: **CAD** | | Line Total / Sous Total: | | 224.13 |
| Taxable: 0.00 | | 0.00% | Discount/Escompte: | | 0.00 |
| Tax Date/Date De Taxe: 09/19/05 | | | Service | 10 : | 0.00 |
| | | | Freight | 20 : | 0.00 |
| | | | Special | 30 : | 0.00 |

| GST/TPS: | PST/TVQ: | Tax/Taxe: | 0.00 | Total: | 224.13 |
|---|---|---|---|---|---|

Form # I-01 (Rev 10/95)

*Original Document has a color background*

**TEXTRON** Fastening Systems

Camcar Division of Textron Fastening Systems Canada Ltd
BN # 893623710RT0001
87 Disco Road
Rexdale, Ontario M9W 1M3
Canada
Accounting Inquiries (613) 382-2101
Sales Inquiries (416) 675-5530

| Remit To / Envoyer A |
| --- |
| Textron Fastening Systems |
| Camcar Division of Textron Fastening Systems Canada LTD. |
| P.O. BOX 1990 Station A |
| Toronto, Ontario M5W 1E9 |

Duns Number - Numero Duns

INVOICE No.
No.DE FACTURE   120064

Please show above invoice
number on your remittance.
Veuillez indiquer le numero de la
facture sur votre versement

Bill to:   23127100
Vendu A:   **DELPHI ENERGY & ENGINE**
**EAG DISBURSEMENT CENTER**
**P.O. BOX 1550**
**FLINT, MI 48501-1550**
**UNITED STATES OF AMERICA**

Ship to: LOGISTIC
Livre A:   NORWOOD, MA   02362

| Terr | Dest | Customer PO/Release Relache du bon de Commande du client | Resale Instructions Instructions De Revente | Terms Termes | Rev. # Revision | Page # |
| --- | --- | --- | --- | --- | --- | --- |
| ROCH | | | NOT FOR RESALE | NET 30 | 0 | 1 |

| Invoice Date Date De La Facture | Ship Date Date D'Expedition | FOB Point Point FAB | Shipped Via Expedia Par | Camcar Order # # De Commanda Camcar |
| --- | --- | --- | --- | --- |
| 09/21/05 | 09/21/05 | REXDALE | | G0092310 |

Remarks/Remarques:

| Item No./Numero De L'Article Description | U/M | Shipped Expedie | Backorder A Suivre | Tax Taxe | Unit Price Prix Unitaire | Extended Price Prix Tout Compris |
| --- | --- | --- | --- | --- | --- | --- |
| GFC-15409-000 | EA | 6000.0 | 0.0 | no | 0.07471 | 448.26 |

Customer Item : 25345874
M6x33.25mm D/E E5 TORX
Purchase Order:  1500390890
FTA CLAIMED:   BLANKET CERT ON FILE xx   FTA NOT CLAIMED __   CERT ATTACHED __
BILL CUSTOMS CHARGES TO: EXPORTER ___   SOLD TO xx
CURRENCY OF SALE: CDN FUNDS xx U.S. FUNDS

*Continued on the next page*

Form # I-01 (Rev 10/95)

| | | |
| --- | --- | --- |
| Non-Taxable: | Currency/Unite Monetaire: | Line Total / Sous Total: |
| Taxable: | | Discount/Escompte: |
| Tax Date/Date De Taxe: | | |

GST/TPS:              PST/TVQ:              Tax/Taxe:                      Total:

*Original Document has a color background*

**TEXTRON** Fastening Systems

Camcar Division of Textron Fastening Systems Canada Ltd
BN # 893623710RT0001
87 Disco Road
Rexdale, Ontario M9W 1M3
Canada
Accounting Inquiries (613) 382-2101
Sales Inquiries (416) 675-5530

| Remit To / Envoyer A |
| --- |
| **Textron Fastening Systems** |
| **Camcar Division of Textron Fastening Systems Canada LTD.** |
| **P.O. BOX 1990 Station A** |
| **Toronto, Ontario M5W 1E9** |

Duns Number - Numero Duns

**INVOICE No.**
**No.DE FACTURE    120064**

Please show above invoice
number on your remittance.
Veuillez indiquer le numero de la
facture sur votre versement

Bill to:   **23127100**
Vendu A:  **DELPHI ENERGY & ENGINE**
          **EAG DISBURSEMENT CENTER**
          **P.O. BOX 1550**
          **FLINT, MI 48501-1550**
          **UNITED STATES OF AMERICA**

Ship to: **LOGISTIC**
Livre A:   **NORWOOD, MA    02362**

| Terr Dest | Customer PO/Release Relache du bon de Commande du client | Resale Instructions Instructions De Revente | Terms Termes | Rev. # Revision | Page # |
| --- | --- | --- | --- | --- | --- |
| ROCH | | NOT FOR RESALE | NET 30 | 0 | 2 |

| Invoice Date Date De La Facture | Ship Date Date D'Expedition | FOB Point Point FAB | Shipped Via Expedie Par | Camcar Order # # De Commande Camcar |
| --- | --- | --- | --- | --- |
| 09/21/05 | 09/21/05 | REXDALE | | G0092310 |

Remarks/Remarques:

| Item No./Numero De L'Article Description | U/M | Shipped Expedie | Backorder A Suivre | Tax Taxe | Unit Price Prix Unitaire | Extended Price Prix Tout Compris |
| --- | --- | --- | --- | --- | --- | --- |
| GFC-15409-000          ***Cont*** | | | | | | |

PARTIES TO THIS TRANSACTION ARE: RELATED __ NOT RELATED xx
SEND FREIGHT BILL TO:
DELPHI E & C, CISCO 58001
DELPHI ROCHESTER C/O
DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA    02362
USA

Form # I-01 (Rev 10/95)

| | | | | |
| --- | --- | --- | --- | --- |
| Non-Taxable: 448.26 | Currency/Unite Monetaire: CAD | Line Total / Sous Total: | | 448.26 |
| Taxable: 0.00 | | 0.00% | Discount/Escompte: | 0.00 |
| Tax Date/Date De Taxe: 09/21/05 | | Service | 10 : | 0.00 |
| | | Freight | 20 : | 0.00 |
| | | Special | 30 : | 0.00 |

| GST/TPS: | PST/TVQ: | Tax/Taxe: | 0.00 | Total: | 448.26 |
| --- | --- | --- | --- | --- | --- |

*Original Document has a color background*

**TEXTRON** Fastening Systems

Camcar Division of Textron Fastening Systems Canada Ltd
BN # 893623710RT0001
87 Disco Road
Rexdale, Ontario M9W 1M3
Canada
Accounting Inquiries (613) 382-2101
Sales Inquiries (416) 675-5530

| Remit To / Envoyer A |
| --- |
| Textron Fastening Systems |
| Camcar Division of Textron Fastening Systems Canada LTD. |
| P.O. BOX 1990 Station A |
| Toronto, Ontario M5W 1E9 |

INVOICE No.
No.DE FACTURE   120110

Duns Number - Numero Duns

Please show above invoice
number on your remittance.
Veuillez indiquer le numero de la
facture sur votre versement

Bill to:   23127100
Vendu A:  DELPHI ENERGY & ENGINE
          EAG DISBURSEMENT CENTER
          P.O. BOX 1550
          FLINT, MI 48501-1550
          UNITED STATES OF AMERICA

Ship to: LOGISTIC
Livre A:   NORWOOD, MA   02362

| Terr | Dest | Customer PO/Release Relache du bon de Commande du client | Resale Instructions Instructions De Revente | Terms Termes | Rev. # Revision | Page # |
|---|---|---|---|---|---|---|
| ROCH | | | NOT FOR RESALE | NET 30 | 0 | 1 |

| Invoice Date Date De La Facture | Ship Date Date D'Expedition | FOB Point Point FAB | Shipped Via Expedie Par | Camcar Order # # De Commande Camcar |
|---|---|---|---|---|
| 09/22/05 | 09/22/05 | REXDALE | | G0092310 |

Remarks/Remarques:

| Item No./Numero De L'Article Description | U/M | Shipped Expedie | Backorder A Suivre | Tax Taxe | Unit Price Prix Unitaire | Extended Price Prix Tout Compris |
|---|---|---|---|---|---|---|
| GFC-15409-000 | EA | 6000.0 | 0.0 | no | 0.07471 | 448.26 |

  Customer Item : 25345874
  M6x33.25mm D/E E5 TORX
  Purchase Order: 1500391248
  FTA CLAIMED:  BLANKET CERT ON FILE xx   FTA NOT CLAIMED __   CERT ATTACHED __
  BILL CUSTOMS CHARGES TO: EXPORTER ___   SOLD TO xx
  CURRENCY OF SALE: CDN FUNDS xx U.S.  FUNDS

*Continued on the next page*

Non-Taxable:
Taxable:
Tax Date/Date De Taxe:

Currency/Unite Monetaire:

Line Total / Sous Total:
Discount/Escompte:

GST/TPS:          PST/TVQ:          Tax/Taxe:                    Total:

Form # I-01 (Rev 10/95)

*Original Document has a color background*

**TEXTRON** Fastening Systems

Camcar Division of Textron Fastening Systems Canada Ltd
BN # 893623710RT0001
87 Disco Road
Rexdale, Ontario M9W 1M3
Canada
Accounting Inquiries (613) 382-2101
Sales Inquiries (416) 675-5530

| Remit To / Envoyer A |
| --- |
| Textron Fastening Systems |
| Camcar Division of Textron Fastening Systems Canada LTD. |
| P.O. BOX 1990 Station A |
| Toronto, Ontario M5W 1E9 |

Duns Number - Numero Duns

INVOICE No.
No.DE FACTURE    120110

Please show above invoice
number on your remittance.
Veuillez indiquer le numero de la
facture sur votre versement

Bill to:    23127100
Vendu A:  **DELPHI ENERGY & ENGINE**
          **EAG DISBURSEMENT CENTER**
          **P.O. BOX 1550**
          **FLINT, MI 48501-1550**
          **UNITED STATES OF AMERICA**

Ship to: **LOGISTIC**
Livre A:    **NORWOOD, MA    02362**

| Terr | Dest | Customer PO/Release Relache du bon de Commande du client | Resale Instructions Instructions De Revente | Terms Termes | Rev. # Revision | Page # |
| --- | --- | --- | --- | --- | --- | --- |
| ROCH | | | NOT FOR RESALE | NET 30 | 0 | 2 |

| Invoice Date Date De La Facture | Ship Date Data D'Expedition | FOB Point Point FAB | Shipped Via Expedie Par | | Camcar Order # # De Commande Camcar |
| --- | --- | --- | --- | --- | --- |
| 09/22/05 | 09/22/05 | REXDALE | | | G0092310 |

Remarks/Remarques:

| Item No./Numero De L'Article Description | U/M | Shipped Expedie | Backorder A Suivre | Tax Taxe | Unit Price Prix Unitaire | Extended Price Prix Tout Compris |
| --- | --- | --- | --- | --- | --- | --- |
| GFC-15409-000        ***Cont*** | | | | | | |
| PARTIES TO THIS TRANSACTION ARE: RELATED __ NOT RELATED xx | | | | | | |
| SEND FREIGHT BILL TO: | | | | | | |
| DELPHI E & C, CISCO 58001 | | | | | | |
| DELPHI ROCHESTER C/O | | | | | | |
| DATA 2 LOGISTICS | | | | | | |
| PO BOX 9115 | | | | | | |
| NORWOOD, MA    02362 | | | | | | |
| USA | | | | | | |

Form # I-01 (Rev 10/95)

| | | | | |
| --- | --- | --- | --- | --- |
| Non-Taxable: 448.26 | Currency/Unite Monetaire: CAD | Line Total / Sous Total: | | 448.26 |
| Taxable: 0.00 | 0.00% | Discount/Escompte: | | 0.00 |
| Tax Date/Date De Taxe: 09/22/05 | | Service | 10 : | 0.00 |
| | | Freight | 20 : | 0.00 |
| | | Special | 30 : | 0.00 |

| GST/TPS: | PST/TVQ: | Tax/Taxe: | 0.00 | Total: | 448.26 |
| --- | --- | --- | --- | --- | --- |

*Original Document has a color background*

**TEXTRON** Fastening Systems

| | Remit To / Envoyer A |
|---|---|

Camcar Division of Textron Fastening Systems Canada Ltd
BN # 893623710RT0001
87 Disco Road
Rexdale, Ontario M9W 1M3
Canada
Accounting Inquiries (613) 382-2101
Sales Inquiries (416) 675-5530

**Textron Fastening Systems**
**Camcar Division of Textron Fastening Systems Canada LTD.**
**P.O. BOX 1990 Station A**
**Toronto, Ontario M5W 1E9**

Duns Number - Numero Duns

INVOICE No.
No.DE FACTURE    120192

Please show above invoice
number on your remittance.
Veuillez indiquer le numero de la
facture sur votre versement

Bill to:   **23127100**                           Ship to: **LOGISTIC**
Vendu A: **DELPHI ENERGY & ENGINE**      Livre A:   **NORWOOD, MA    02362**
         **EAG DISBURSEMENT CENTER**
         **P.O. BOX 1550**
         **FLINT, MI 48501-1550**
         **UNITED STATES OF AMERICA**

| Terr | Dest | Customer PO/Release Relache du bon de Commande du client | Resale Instructions Instructions De Revente | Terms Termes | Rev. # Revision | Page # |
|---|---|---|---|---|---|---|
| ROCH | | | NOT FOR RESALE | NET 30 | 0 | 1 |

| Invoice Date Date De La Facture | Ship Date Date D'Expedition | FOB Point Point FAB | Shipped Via Expedie Par | Camcar Order # # De Commande Camcar |
|---|---|---|---|---|
| 09/23/05 | 09/23/05 | REXDALE | | G0092310 |

Remarks/Remarques:

| Item No./Numero De L'Article Description | U/M | Shipped Expedie | Backorder A Suivre | Tax Taxe | Unit Price Prix Unitaire | Extended Price Prix Tout Compris |
|---|---|---|---|---|---|---|
| GFC-15409-000 | EA | 12000.0 | 0.0 | no | 0.07471 | 896.52 |

    Customer Item : 25345874
    M6x33.25mm D/E E5 TORX
    Purchase Order: 1500391573
    FTA CLAIMED:   BLANKET CERT ON FILE xx   FTA NOT CLAIMED __   CERT ATTACHED __
    BILL CUSTOMS CHARGES TO: EXPORTER      SOLD TO xx
    CURRENCY OF SALE: CDN FUNDS xx U.S. FUNDS

*Continued on the next page*

Form # I-01 (Rev 10/95)

Non-Taxable:                 Currency/Unite Monetaire:        Line Total / Sous Total:
       Taxable:                                                                      Discount/Escompte:
Tax Date/Date De Taxe:

GST/TPS:            PST/TVQ:          Tax/Taxe:                    Total:

*Original Document has a color background*

**TEXTRON** Fastening Systems

Camcar Division of Textron Fastening Systems Canada Ltd
BN # 893623710RT0001
87 Disco Road
Rexdale, Ontario M9W 1M3
Canada
Accounting Inquiries (613) 382-2101
Sales Inquiries (416) 675-5530

| Remit To / Envoyer A |
| --- |
| **Textron Fastening Systems** |
| **Camcar Division of Textron Fastening Systems Canada LTD.** |
| **P.O. BOX 1990 Station A** |
| **Toronto, Ontario M5W 1E9** |

Duns Number - Numero Duns

**INVOICE No.**
**No.DE FACTURE   120192**

Please show above invoice
number on your remittance.
Veuillez indiquer le numero de la
facture sur votre versement

Bill to:   23127100
Vendu A:   **DELPHI ENERGY & ENGINE**
           **EAG DISBURSEMENT CENTER**
           **P.O. BOX 1550**
           **FLINT, MI 48501-1550**
           **UNITED STATES OF AMERICA**

Ship to: **LOGISTIC**
Livre A:   **NORWOOD, MA   02362**

| Terr<br>ROCH | Dest | Customer PO/Release<br>Relache du bon de Commande du client<br>NOT FOR RESALE | Resale Instructions<br>Instructions De Revente | Terms<br>Termes<br>NET 30 | Rev. #<br>Revision<br>0 | Page #<br>2 |
| --- | --- | --- | --- | --- | --- | --- |

| Invoice Date<br>Date De La Facture<br>09/23/05 | Ship Date<br>Date D'Expedition<br>09/23/05 | FOB Point<br>Point FAB<br>REXDALE | | Shipped Via<br>Expedie Par | Camcar Order #<br># De Commande Camcar<br>G0092310 |
| --- | --- | --- | --- | --- | --- |

Remarks/Remarques:

| Item No./Numero De L'Article<br>Description | U/M | Shipped<br>Expedie | Backorder<br>A Suivre | Tax<br>Taxe | Unit Price<br>Prix Unitaire | Extended Price<br>Prix Tout Compris |
| --- | --- | --- | --- | --- | --- | --- |
| GFC-15409-000   ***Cont***<br>PARTIES TO THIS TRANSACTION ARE: RELATED __ NOT RELATED xx<br>SEND FREIGHT BILL TO:<br>DELPHI E & C, CISCO 58001<br>DELPHI ROCHESTER C/O<br>DATA 2 LOGISTICS<br>PO BOX 9115<br>NORWOOD, MA   02362<br>USA | | | | | | |

Form # I-01 (Rev 10/95)

|  |  |  |  |  |
| --- | --- | --- | --- | --- |
| Non-Taxable: 896.52 | Currency/Unite Monetaire: **CAD** | Line Total / Sous Total: | | 896.52 |
| Taxable: 0.00 | | 0.00% | Discount/Escompte: | 0.00 |
| Tax Date/Date De Taxe: 09/23/05 | | Service | 10 : | 0.00 |
| | | Freight | 20 : | 0.00 |
| | | Special | 30 : | 0.00 |

| GST/TPS: | PST/TVQ: | Tax/Taxe: | 0.00 | Total: | 896.52 |
| --- | --- | --- | --- | --- | --- |

*Original Document has a color background*

**TEXTRON** Fastening Systems

Camcar Division of Textron Fastening Systems Canada Ltd
BN # 893623710RT0001
87 Disco Road
Rexdale, Ontario M9W 1M3
Canada
Accounting Inquiries (613) 382-2101
Sales Inquiries (416) 675-5530

| Remit To / Envoyer A |
| --- |
| Textron Fastening Systems |
| Camcar Division of Textron Fastening Systems Canada LTD. |
| P.O. BOX 1990 Station A |
| Toronto, Ontario M5W 1E9 |

Duns Number - Numero Duns

**INVOICE No.**
**No.DE FACTURE     120285**
Please show above invoice
number on your remittance.
Veuillez indiquer le numero de la
facture sur votre versement

Bill to:   23127100
Vendu A:   **DELPHI ENERGY & ENGINE**
           **EAG DISBURSEMENT CENTER**
           **P.O. BOX 1550**
           **FLINT, MI 48501-1550**
           **UNITED STATES OF AMERICA**

Ship to: **LOGISTIC**
Livre A:    **NORWOOD, MA     02362**

| Terr | Dest | Customer PO/Release Relache du bon de Commande du client | Resale Instructions Instructions De Revente | Terms Termes | Rev. # Revision | Page # |
| --- | --- | --- | --- | --- | --- | --- |
| ROCH | | | NOT FOR RESALE | NET 30 | 0 | 1 |

| Invoice Date Date De La Facture | Ship Date Date D'Expedition | FOB Point Point FAB | Shipped Via Expedie Par | Camcar Order # # De Commande Camcar |
| --- | --- | --- | --- | --- |
| 09/26/05 | 09/26/05 | REXDALE | | G0092310 |

**Remarks/Remarques:**

| Item No./Numero De L'Article Description | U/M | Shipped Expedie | Backorder A Suivre | Tax Taxe | Unit Price Prix Unitaire | Extended Price Prix Tout Compris |
| --- | --- | --- | --- | --- | --- | --- |
| GFC-15409-000 | EA | 6000.0 | 0.0 | no | 0.07471 | 448.26 |

      Customer Item :  25345874
      M6x33.25mm D/E E5 TORX
      Purchase Order:  1500391901
      FTA CLAIMED:  BLANKET CERT ON FILE xx   FTA NOT CLAIMED __    CERT ATTACHED __
      BILL CUSTOMS CHARGES TO: EXPORTER      SOLD TO xx
      CURRENCY OF SALE: CDN FUNDS xx U.S.  FUNDS

*Continued on the next page*

Non-Taxable:                    Currency/Unite Monetaire:      Line Total / Sous Total:
Taxable:                                                       Discount/Escompte:
Tax Date/Date De Taxe:

GST/TPS:          PST/TVQ:          Tax/Taxe:                    Total:

Form # I-01 (Rev 10/95)

*Original Document has a color background*

# TEXTRON Fastening Systems

Camcar Division of Textron Fastening Systems Canada Ltd
BN # 893623710RT0001
87 Disco Road
Rexdale, Ontario M9W 1M3
Canada
Accounting Inquiries (613) 382-2101
Sales Inquiries (416) 675-5530

**Remit To / Envoyer A**

Textron Fastening Systems
Camcar Division of Textron Fastening Systems Canada LTD.
P.O. BOX 1990 Station A
Toronto, Ontario M5W 1E9

Duns Number - Numero Duns

**INVOICE No.**
**No.DE FACTURE   120285**

Please show above invoice
number on your remittance.
Veuillez indiquer le numero de la
facture sur votre versement

Bill to:   **23127100**
Vendu A:  **DELPHI ENERGY & ENGINE**
          **EAG DISBURSEMENT CENTER**
          **P.O. BOX 1550**
          **FLINT, MI 48501-1550**
          **UNITED STATES OF AMERICA**

Ship to: **LOGISTIC**
Livre A:   **NORWOOD, MA   02362**

| Terr | Dest | Customer PO/Release Relache du bon de Commande du client | Resale Instructions Instructions De Revente | Terms Termes | Rev. # Revision | Page # |
|------|------|------|------|------|------|------|
| ROCH |  |  | NOT FOR RESALE | NET 30 | 0 | 2 |

| Invoice Date Date De La Facture | Ship Date Date D'Expedition | FOB Point Point FAB | Shipped Via Expedie Par | Camcar Order # # De Commande Camcar |
|------|------|------|------|------|
| 09/26/05 | 09/26/05 | REXDALE |  | G0092310 |

**Remarks/Remarques:**

| Item No./Numero De L'Article Description | U/M | Shipped Expedie | Backorder A Suivre | Tax Taxe | Unit Price Prix Unitaire | Extended Price Prix Tout Compris |
|------|------|------|------|------|------|------|
| GFC-15409-000          ***Cont*** |  |  |  |  |  |  |

PARTIES TO THIS TRANSACTION ARE: RELATED __ NOT RELATED xx
SEND FREIGHT BILL TO:
DELPHI E & C, CISCO 58001
DELPHI ROCHESTER C/O
DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA   02362
USA

Form # I-01 (Rev 10/95)

| | | | |
|------|------|------|------|
| Non-Taxable: 448.26 | Currency/Unite Monetaire: CAD | Line Total / Sous Total: | 448.26 |
| Taxable: 0.00 | | 0.00% Discount/Escompte: | 0.00 |
| Tax Date/Date De Taxe: 09/26/05 | | Service      10 : | 0.00 |
| | | Freight       20 : | 0.00 |
| | | Special       30 : | 0.00 |

| | | | | |
|------|------|------|------|------|
| GST/TPS: | PST/TVQ: | Tax/Taxe: | 0.00 | Total:   448.26 |

*Original Document has a color background*

**TEXTRON** Fastening Systems

Camcar Division of Textron Fastening Systems Canada Ltd
BN # 893623710RT0001
87 Disco Road
Rexdale, Ontario M9W 1M3
Canada
Accounting Inquiries (613) 382-2101
Sales Inquiries (416) 675-5530

| Remit To / Envoyer A |
| --- |
| **Textron Fastening Systems** |
| **Camcar Division of Textron Fastening Systems Canada LTD.** |
| **P.O. BOX 1990 Station A** |
| **Toronto, Ontario M5W 1E9** |

Duns Number - Numero Duns

**INVOICE No.**
**No.DE FACTURE    120472**

Please show above invoice
number on your remittance.
Veuillez indiquer le numero de la
facture sur votre versement

Bill to:   **23127100**
Vendu A:  **DELPHI ENERGY & ENGINE**
          **EAG DISBURSEMENT CENTER**
          **P.O. BOX 1550**
          **FLINT, MI 48501-1550**
          **UNITED STATES OF AMERICA**

Ship to: **LOGISTIC**
Livre A:    **NORWOOD, MA    02362**

| Terr | Dest | Customer PO/Release Relache du bon de Commande du client | Resale Instructions Instructions De Revente | Terms Termes | Rev. # Revision | Page # |
| --- | --- | --- | --- | --- | --- | --- |
| ROCH | | | NOT FOR RESALE | NET 30 | 0 | 1 |

| Invoice Date Date De La Facture | Ship Date Date D'Expedition | FOB Point Point FAB | Shipped Via Expedie Par | Camcar Order # # De Commande Camcar |
| --- | --- | --- | --- | --- |
| 09/27/05 | 09/27/05 | REXDALE | | G0092310 |

Remarks/Remarques:

| Item No./Numero De L'Article Description | U/M | Shipped Expedie | Backorder A Suivre | Tax Taxe | Unit Price Prix Unitaire | Extended Price Prix Tout Compris |
| --- | --- | --- | --- | --- | --- | --- |
| GFC-15409-000 | EA | 9000.0 | 0.0 | no | 0.07471 | 672.39 |
|   Customer Item : 25345874 | | | | | | |
|   M6x33.25mm D/E E5 TORX | | | | | | |
|   Purchase Order: 1500392314 | | | | | | |
|   FTA CLAIMED:  BLANKET CERT ON FILE xx  FTA NOT CLAIMED __  CERT ATTACHED __ | | | | | | |
|   BILL CUSTOMS CHARGES TO: EXPORTER __ SOLD TO xx | | | | | | |
|   CURRENCY OF SALE: CDN FUNDS xx U.S. __ FUNDS | | | | | | |

*Continued on the next page*

Non-Taxable:
Taxable:
Tax Date/Date De Taxe:

Currency/Unite Monetaire:

Line Total / Sous Total:
Discount/Escompte:

GST/TPS:          PST/TVQ:          Tax/Taxe:          Total:

*Original Document has a color backaround*

Form # I-01 (Rev 10/95)

X

**TEXTRON** Fastening Systems

Camcar Division of Textron Fastening Systems Canada Ltd
BN # 893623710RT0001
87 Disco Road
Rexdale, Ontario M9W 1M3
Canada
Accounting Inquiries (613) 382-2101
Sales Inquiries (416) 675-5530

| Remit To / Envoyer A |
| --- |
| **Textron Fastening Systems** |
| **Camcar Division of Textron Fastening Systems Canada LTD.** |
| **P.O. BOX 1990 Station A** |
| **Toronto, Ontario M5W 1E9** |

Duns Number - Numero Duns

**INVOICE No.**
**No.DE FACTURE    120472**

Please show above invoice
number on your remittance.
Veuillez indiquer le numero de la
facture sur votre versement

Bill to:   23127100
Vendu A:   **DELPHI ENERGY & ENGINE**
           **EAG DISBURSEMENT CENTER**
           **P.O. BOX 1550**
           **FLINT, MI 48501-1550**
           **UNITED STATES OF AMERICA**

Ship to: **LOGISTIC**
Livre A:    **NORWOOD, MA    02362**

| Terr | Dest | Customer PO/Release Relache du bon de Commande du client | Resale Instructions Instructions De Revente | Terms Termes | Rev. # Revision | Page # |
| --- | --- | --- | --- | --- | --- | --- |
| ROCH | | | NOT FOR RESALE | NET 30 | 0 | 2 |

| Invoice Date Date De La Facture | Ship Date Date D'Expedition | FOB Point Point FAB | Shipped Via Expedie Par | Camcar Order # # De Commande Camcar |
| --- | --- | --- | --- | --- |
| 09/27/05 | 09/27/05 | REXDALE | | G0092310 |

Remarks/Remarques:

| Item No./Numero De L'Article Description | U/M | Shipped Expedie | Backorder A Suivre | Tax Taxe | Unit Price Prix Unitaire | Extended Price Prix Tout Compris |
| --- | --- | --- | --- | --- | --- | --- |
| GFC-15409-000        ***Cont*** | | | | | | |
| *PARTIES TO THIS TRANSACTION ARE: RELATED __  NOT RELATED xx* | | | | | | |
| *SEND FREIGHT BILL TO:* | | | | | | |
| *DELPHI E & C, CISCO 58001* | | | | | | |
| *DELPHI ROCHESTER C/O* | | | | | | |
| *DATA 2 LOGISTICS* | | | | | | |
| *PO BOX 9115* | | | | | | |
| *NORWOOD, MA   02362* | | | | | | |
| *USA* | | | | | | |

Form # I-01 (Rev 10/95)

| | | | | |
| --- | --- | --- | --- | --- |
| Non-Taxable: 672.39 | Currency/Unite Monetaire: CAD | Line Total / Sous Total: | | 672.39 |
| Taxable: 0.00 | 0.00% | Discount/Escompte: | | 0.00 |
| Tax Date/Date De Taxe: 09/27/05 | | Service | 10 : | 0.00 |
| | | Freight | 20 : | 0.00 |
| | | Special | 30 : | 0.00 |

GST/TPS:          PST/TVQ:          Tax/Taxe:          0.00        Total:        672.39

*Original Document has a color background*

**TEXTRON** Fastening Systems

Camcar Division of Textron Fastening Systems Canada Ltd
BN # 893623710RT0001
87 Disco Road
Rexdale, Ontario M9W 1M3
Canada
Accounting Inquiries (613) 382-2101
Sales Inquiries (416) 675-5530

| Remit To / Envoyer A |
| --- |
| Textron Fastening Systems |
| Camcar Division of Textron Fastening Systems Canada LTD. |
| P.O. BOX 1990 Station A |
| Toronto, Ontario M5W 1E9 |

Duns Number - Numero Duns

**INVOICE No.**
**No.DE FACTURE    120509**

Please show above invoice
number on your remittance.
Veuillez indiquer le numero de la
facture sur votre versement

Bill to:  **23127100**
Vendu A:  **DELPHI ENERGY & ENGINE**
**EAG DISBURSEMENT CENTER**
**P.O. BOX 1550**
**FLINT, MI 48501-1550**
**UNITED STATES OF AMERICA**

Ship to: **LOGISTIC**
Livre A:    **NORWOOD, MA    02362**

| Terr | Dest | Customer PO/Release Relache du bon de Commande du client | Resale Instructions Instructions De Revente | Terms Termes | Rev. # Revision | Page # |
|---|---|---|---|---|---|---|
| ROCH | | | NOT FOR RESALE | NET 30 | 0 | 1 |

| Invoice Date Date De La Facture | Ship Date Date D'Expedition | FOB Point Point FAB | Shipped Via Expedie Par | Camcar Order # # De Commande Camcar |
|---|---|---|---|---|
| 09/28/05 | 09/28/05 | REXDALE | | G0092310 |

Remarks/Remarques:

| Item No./Numero De L'Article Description | U/M | Shipped Expedie | Backorder A Suivre | Tax Taxe | Unit Price Prix Unitaire | Extended Price Prix Tout Compris |
|---|---|---|---|---|---|---|
| GFC-15409-000 | EA | 9000.0 | 0.0 | no | 0.07471 | 672.39 |

    Customer Item :  25345874
    M6x33.25mm D/E E5 TORX
    Purchase Order:  1500392602
    FTA CLAIMED:    BLANKET CERT ON FILE xx   FTA NOT CLAIMED  __   CERT ATTACHED  __
    BILL CUSTOMS CHARGES TO: EXPORTER     SOLD TO xx
    CURRENCY OF SALE: CDN FUNDS xx U.S. FUNDS

*Continued on the next page*

Form # I-01 (Rev 10/95)

Non-Taxable:
Taxable:
Tax Date/Date De Taxe:

Currency/Unite Monetaire:

Line Total / Sous Total:
Discount/Escompte:

GST/TPS:          PST/TVQ:          Tax/Taxe:               Total:

*Original Document has a color background*

**TEXTRON** Fastening Systems                         Pg 19 of 31

Camcar Division of Textron Fastening Systems Canada Ltd
BN # 893623710RT0001
87 Disco Road
Rexdale, Ontario M9W 1M3
Canada
Accounting Inquiries (613) 382-2101
Sales Inquiries (416) 675-5530

| Remit To / Envoyer A |
| --- |
| Textron Fastening Systems |
| Camcar Division of Textron Fastening Systems Canada LTD. |
| P.O. BOX 1990 Station A |
| Toronto, Ontario M5W 1E9 |

Duns Number - Numero Duns

**INVOICE No.**
**No.DE FACTURE     120509**

Please show above invoice
number on your remittance.
Veuillez indiquer le numero de la
facture sur votre versement

Bill to:    23127100
Vendu A:  **DELPHI ENERGY & ENGINE**
          **EAG DISBURSEMENT CENTER**
          **P.O. BOX 1550**
          **FLINT, MI 48501-1550**
          **UNITED STATES OF AMERICA**

Ship to: **LOGISTIC**
Livre A:    **NORWOOD, MA    02362**

| Terr | Dest | Customer PO/Release Relache du bon de Commande du client | Resale Instructions Instructions De Revente | Terms Termes | Rev. # Revision | Page # |
|------|------|-----|-----|-----|-----|-----|
| ROCH | | | NOT FOR RESALE | NET 30 | 0 | 2 |

| Invoice Date Date De La Facture | Ship Date Date D'Expedition | FOB Point Point FAB | Shipped Via Expedie Par | Camcar Order # # De Commande Camcar |
|-----|-----|-----|-----|-----|
| 09/28/05 | 09/28/05 | REXDALE | | G0092310 |

Remarks/Remarques:

| Item No./Numero De L'Article Description | U/M | Shipped Expedie | Backorder A Suivre | Tax Taxe | Unit Price Prix Unitaire | Extended Price Prix Tout Compris |
|-----|-----|-----|-----|-----|-----|-----|
| GFC-15409-000        ***Cont*** | | | | | | |

```
PARTIES TO THIS TRANSACTION ARE: RELATED __ NOT RELATED xx
SEND FREIGHT BILL TO:
DELPHI E & C, CISCO 58001
DELPHI ROCHESTER C/O
DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA   02362
USA
```

Form # I-01 (Rev 10/95)

| | | | | | | |
|-----|-----|-----|-----|-----|-----|-----|
| Non-Taxable: 672.39 | | Currency/Unite Monetaire: **CAD** | Line Total / Sous Total: | | | 672.39 |
| Taxable: 0.00 | | | 0.00% | Discount/Escompte: | | 0.00 |
| Tax Date/Date De Taxe: 09/28/05 | | | | Service | 10 : | 0.00 |
| | | | | Freight | 20 : | 0.00 |
| | | | | Special | 30 : | 0.00 |
| GST/TPS: | PST/TVQ: | Tax/Taxe: | 0.00 | Total: | | 672.39 |

*Original Document has a color background*

**TEXTRON** Fastening Systems

| | Remit To / Envoyer A |
|---|---|
| | Textron Fastening Systems |
| | Camcar Division of Textron Fastening Systems Canada LTD. |
| | P.O. BOX 1990 Station A |
| | Toronto, Ontario M5W 1E9 |

Camcar Division of Textron Fastening Systems Canada Ltd
BN # 893623710RT0001
87 Disco Road
Rexdale, Ontario M9W 1M3
Canada
Accounting Inquiries (613) 382-2101
Sales Inquiries (416) 675-5530

Duns Number - Numero Duns

INVOICE No.
No.DE FACTURE      120611
Please show above invoice
number on your remittance.
Veuillez indiquer le numero de la
facture sur votre versement

Bill to:   23127100
Vendu A:  **DELPHI ENERGY & ENGINE**
          **EAG DISBURSEMENT CENTER**
          **P.O. BOX 1550**
          **FLINT, MI 48501-1550**
          **UNITED STATES OF AMERICA**

Ship to: LOGISTIC
Livre A:   NORWOOD, MA   02362

| Terr | Dest | Customer PO/Release Relache du bon de Commande du client | Resale Instructions Instructions De Revente | Terms Termes | | Rev. # Revision | Page # |
|---|---|---|---|---|---|---|---|
| ROCH | | | NOT FOR RESALE | NET 30 | | 0 | 1 |

| Invoice Date Date De La Facture | Ship Date Date D'Expedition | FOB Point Point FAB | Shipped Via Expedie Par | Camcar Order # # De Commande Camcar |
|---|---|---|---|---|
| 09/29/05 | 09/29/05 | REXDALE | | G0092310 |

Remarks/Remarques:

| Item No./Numero De L'Article Description | U/M | Shipped Expedie | Backorder A Suivre | Tax Taxe | Unit Price Prix Unitaire | Extended Price Prix Tout Compris |
|---|---|---|---|---|---|---|
| GFC-15409-000 | EA | 9000.0 | 0.0 | no | 0.07471 | 672.39 |
| Customer Item : 25345874 | | | | | | |
| M6x33.25mm D/E E5 TORX | | | | | | |
| Purchase Order: 1500392952 | | | | | | |
| FTA CLAIMED:  BLANKET CERT ON FILE xx  FTA NOT CLAIMED __  CERT ATTACHED __ | | | | | | |
| BILL CUSTOMS CHARGES TO: EXPORTER ___ SOLD TO xx | | | | | | |
| CURRENCY OF SALE: CDN FUNDS xx U.S. FUNDS | | | | | | |

Form # I-01 (Rev 10/95)

*Continued on the next page*

Non-Taxable:
Taxable:
Tax Date/Date De Taxe:

Currency/Unite Monetaire:

Line Total / Sous Total:
Discount/Escompte:

GST/TPS:          PST/TVQ:          Tax/Taxe:                    Total:

*Original Document has a color background*

**TEXTRON** Fastening Systems

Camcar Division of Textron Fastening Systems Canada Ltd
BN # 893623710RT0001
87 Disco Road
Rexdale, Ontario M9W 1M3
Canada
Accounting Inquiries (613) 382-2101
Sales Inquiries (416) 675-5530

Remit To / Envoyer A
Textron Fastening Systems
Camcar Division of Textron Fastening Systems Canada LTD.
P.O. BOX 1990 Station A
Toronto, Ontario M5W 1E9

Duns Number - Numero Duns

INVOICE No.
No.DE FACTURE   120611

Please show above invoice
number on your remittance.
Veuillez indiquer le numero de la
facture sur votre versement

Bill to:   23127100
Vendu A:  **DELPHI ENERGY & ENGINE
EAG DISBURSEMENT CENTER
P.O. BOX 1550
FLINT, MI 48501-1550
UNITED STATES OF AMERICA**

Ship to: **LOGISTIC**
Livre A:   **NORWOOD, MA   02362**

| Terr / Dest | Customer PO/Release Relache du bon de Commande du client | Resale Instructions Instructions De Revente | Terms Termes | Rev. # Revision | Page # |
|---|---|---|---|---|---|
| ROCH | | NOT FOR RESALE | NET 30 | 0 | 2 |

| Invoice Date Date De La Facture | Ship Date Date D'Expedition | FOB Point Point FAB | Shipped Via Expedie Par | Camcar Order # # De Commande Camcar |
|---|---|---|---|---|
| 09/29/05 | 09/29/05 | REXDALE | | G0092310 |

Remarks/Remarques:

| Item No./Numero De L'Article Description | U/M | Shipped Expedie | Backorder A Suivre | Tax Taxe | Unit Price Prix Unitaire | Extended Price Prix Tout Compris |
|---|---|---|---|---|---|---|

GFC-15409-000       ***Cont***
PARTIES TO THIS TRANSACTION ARE: RELATED __ NOT RELATED xx
SEND FREIGHT BILL TO:
DELPHI E & C, CISCO 58001
DELPHI ROCHESTER C/O
DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA   02362
USA

| | | |
|---|---|---|
| Non-Taxable: 672.39 | Currency/Unite Monetaire: CAD | Line Total / Sous Total:   672.39 |
| Taxable: 0.00 | 0.00%   Discount/Escompte: 0.00 |
| Tax Date/Date De Taxe: 09/29/05 | Service   10 :   0.00 |
| | Freight   20 :   0.00 |
| | Special   30 :   0.00 |

GST/TPS:        PST/TVQ:        Tax/Taxe:        0.00    Total:    672.39

*Original Document has a color background*

**TEXTRON** Fastening Systems

Camcar Division of Textron Fastening Systems Canada Ltd
BN # 893623710RT0001
87 Disco Road
Rexdale, Ontario M9W 1M3
Canada
Accounting Inquiries (613) 382-2101
Sales Inquiries (416) 675-5530

Duns Number - Numero Duns

| Remit To / Envoyer A |
|---|
| **Textron Fastening Systems** |
| **Camcar Division of Textron Fastening Systems Canada LTD.** |
| **P.O. BOX 1990 Station A** |
| **Toronto, Ontario M5W 1E9** |

INVOICE No.
No.DE FACTURE    120647
Please show above invoice
number on your remittance.
Veuillez indiquer le numero de la
facture sur votre versement

Bill to:   **23127100**
Vendu A:  **DELPHI ENERGY & ENGINE**
          **EAG DISBURSEMENT CENTER**
          **P.O. BOX 1550**
          **FLINT, MI 48501-1550**
          **UNITED STATES OF AMERICA**

Ship to: **LOGISTIC**
Livre A:   **NORWOOD, MA    02362**

| Terr | Dest | Customer PO/Release Relache du bon de Commande du client | Resale Instructions Instructions De Revente | Terms Termes | Rev. # Revision | Page # |
|---|---|---|---|---|---|---|
| ROCH | | | NOT FOR RESALE | NET 30 | 0 | 1 |

| Invoice Date Date De La Facture | Ship Date Date D'Expedition | FOB Point Point FAB | Shipped Via Expedia Par | Camcar Order # # De Commande Camcar |
|---|---|---|---|---|
| 09/30/05 | 09/30/05 | REXDALE | | G0092310 |

Remarks/Remarques:

| Item No./Numero De L'Article Description | U/M | Shipped Expedie | Backorder A Suivre | Tax Taxe | Unit Price Prix Unitaire | Extended Price Prix Tout Compris |
|---|---|---|---|---|---|---|
| GFC-15409-000 | EA | 6000.0 | 0.0 | no | 0.07471 | 448.26 |

```
   Customer Item :  25345874
   M6x33.25mm D/E E5 TORX
   Purchase Order:  1500393303
   FTA CLAIMED:  BLANKET CERT ON FILE xx  FTA NOT CLAIMED __  CERT ATTACHED
   BILL CUSTOMS CHARGES TO: EXPORTER ___ SOLD TO xx
   CURRENCY OF SALE: CDN FUNDS xx U.S. FUNDS
```

*Continued on the next page*

Non-Taxable:
Taxable:
Tax Date/Date De Taxe:

Currency/Unite Monetaire:

Line Total / Sous Total:
Discount/Escompte:

GST/TPS:          PST/TVQ:          Tax/Taxe:          Total:

*Original Document has a color background*

**TEXTRON** Fastening Systems

Camcar Division of Textron Fastening Systems Canada Ltd
BN # 893623710RT0001
87 Disco Road
Rexdale, Ontario M9W 1M3
Canada
Accounting Inquiries (613) 382-2101
Sales Inquiries (416) 675-5530

**Remit To / Envoyer A**

Textron Fastening Systems
Camcar Division of Textron Fastening Systems Canada LTD.
P.O. BOX 1990 Station A
Toronto, Ontario M5W 1E9

Duns Number - Numero Duns

**INVOICE No.**
**No.DE FACTURE     120647**
Please show above invoice number on your remittance.
Veuillez indiquer le numero de la facture sur votre versement

Bill to:   23127100
Vendu A:  **DELPHI ENERGY & ENGINE**
**EAG DISBURSEMENT CENTER**
**P.O. BOX 1550**
**FLINT, MI 48501-1550**
**UNITED STATES OF AMERICA**

Ship to: **LOGISTIC**
Livre A:   **NORWOOD, MA     02362**

| Terr | Dest | Customer PO/Release Relache du bon de Commande du client | Resale Instructions Instructions De Revente | Terms Termes | Rev. # Revision | Page # |
|---|---|---|---|---|---|---|
| ROCH | | | NOT FOR RESALE | NET 30 | 0 | 2 |

| Invoice Date Date De La Facture | Ship Date Date D'Expedition | FOB Point Point FAB | Shipped Via Expedie Par | Camcar Order # # De Commande Camcar |
|---|---|---|---|---|
| 09/30/05 | 09/30/05 | REXDALE | | G0092310 |

Remarks/Remarques:

| Item No./Numero De L'Article Description | U/M | Shipped Expedie | Backorder A Suivre | Tax Taxe | Unit Price Prix Unitaire | Extended Price Prix Tout Compris |
|---|---|---|---|---|---|---|

GFC-15409-000        ***Cont***
PARTIES TO THIS TRANSACTION ARE: RELATED __ NOT RELATED xx
SEND FREIGHT BILL TO:
DELPHI E & C, CISCO 58001
DELPHI ROCHESTER C/O
DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA   02362
USA

Form # I-01 (Rev 10/95)

Non-Taxable: 448.26   Currency/Unite Monetaire: CAD   Line Total / Sous Total:   448.26
Taxable: 0.00                              0.00%   Discount/Escompte:   0.00
Tax Date/Date De Taxe: 09/30/05                    Service   10 :   0.00
                                                   Freight   20 :   0.00
                                                   Special   30 :   0.00

GST/TPS:        PST/TVQ:        Tax/Taxe:        0.00   Total:   448.26

*Original Document has a color background*

# TEXTRON Fastening Systems

| | |
|---|---|
| Camcar Division of Textron Fastening Systems Canada Ltd<br>BN # 893623710RT0001<br>87 Disco Road<br>Rexdale, Ontario M9W 1M3<br>Canada<br>Accounting Inquiries (613) 382-2101<br>Sales Inquiries (416) 675-5530 | **Remit To / Envoyer A**<br>Textron Fastening Systems<br>Camcar Division of Textron Fastening Systems Canada LTD.<br>P.O. BOX 1990 Station A<br>Toronto, Ontario M5W 1E9 |

Duns Number - Numero Duns

**INVOICE No.**
**No. DE FACTURE    120795**

Please show above invoice number on your remittance.
Veuillez indiquer le numero de la facture sur votre versement

Bill to:   **23127100**
Vendu A:  **DELPHI ENERGY & ENGINE**
          **EAG DISBURSEMENT CENTER**
          **P.O. BOX 1550**
          **FLINT, MI 48501-1550**
          **UNITED STATES OF AMERICA**

Ship to: **LOGISTIC**
Livre A:   **NORWOOD, MA    02362**

| Terr | Dest | Customer PO/Release<br>Relache du bon de Commande du client | Resale Instructions<br>Instructions De Revente | Terms<br>Termes | Rev. #<br>Revision | Page #<br>Page # |
|---|---|---|---|---|---|---|
| ROCH | | | NOT FOR RESALE | NET 30 | 0 | 1 |

| Invoice Date<br>Date De La Facture | Ship Date<br>Date D'Expedition | FOB Point<br>Point FAB | Shipped Via<br>Expedie Par | Camcar Order #<br># De Commande Camcar |
|---|---|---|---|---|
| 10/03/05 | 10/03/05 | REXDALE | | G0092310 |

**Remarks/Remarques:**

| Item No./Numero De L'Article<br>Description | U/M | Shipped<br>Expedie | Backorder<br>A Suivre | Tax<br>Taxe | Unit Price<br>Prix Unitaire | Extended Price<br>Prix Tout Compris |
|---|---|---|---|---|---|---|
| GFC-15409-000 | EA | 12000.0 | 0.0 | no | 0.07471 | 896.52 |

   Customer Item : 25345874
   M6x33.25mm D/E E5 TORX
   Purchase Order: 1500393677
   FTA CLAIMED:  BLANKET CERT ON FILE xx  FTA NOT CLAIMED __  CERT ATTACHED __
   BILL CUSTOMS CHARGES TO: EXPORTER     SOLD TO xx
   CURRENCY OF SALE: CDN FUNDS xx U.S. FUNDS

*Continued on the next page*

Non-Taxable:
Taxable:
Tax Date/Date De Taxe:

Currency/Unite Monetaire:

Line Total / Sous Total:
Discount/Escompte:

GST/TPS:        PST/TVQ:        Tax/Taxe:        Total:

Form # I-01 (Rev 10/95)

*Original Document has a color background*

# TEXTRON Fastening Systems

Camcar Division of Textron Fastening Systems Canada Ltd
BN # 893623710RT0001
87 Disco Road
Rexdale, Ontario M9W 1M3
Canada
Accounting Inquiries (613) 382-2101
Sales Inquiries (416) 675-5530

| Remit To / Envoyer A |
| --- |
| **Textron Fastening Systems** |
| **Camcar Division of Textron Fastening Systems Canada LTD.** |
| **P.O. BOX 1990 Station A** |
| **Toronto, Ontario M5W 1E9** |

Duns Number - Numero Duns

**INVOICE No.**
**No.DE FACTURE    120795**

Please show above invoice
number on your remittance.
Veuillez indiquer le numero de la
facture sur votre versement

Bill to:    23127100
Vendu A:  **DELPHI ENERGY & ENGINE**
          **EAG DISBURSEMENT CENTER**
          **P.O. BOX 1550**
          **FLINT, MI 48501-1550**
          **UNITED STATES OF AMERICA**

Ship to: **LOGISTIC**
Livre A:    **NORWOOD, MA    02362**

| Terr | Dest | Customer PO/Release Relache du bon de Commande du client | Resale Instructions Instructions De Revente | Terms Termes | Rev. # Revision | Page # |
| --- | --- | --- | --- | --- | --- | --- |
| ROCH | | | NOT FOR RESALE | NET 30 | 0 | 2 |

| Invoice Date Date De La Facture | Ship Date Date D'Expedition | FOB Point Point FAB | Shipped Via Expedie Par | Camcar Order # # De Commande Camcar |
| --- | --- | --- | --- | --- |
| 10/03/05 | 10/03/05 | REXDALE | | G0092310 |

**Remarks/Remarques:**

| Item No./Numero De L'Article Description | U/M | Shipped Expedie | Backorder A Suivre | Tax Taxe | Unit Price Prix Unitaire | Extended Price Prix Tout Compris |
| --- | --- | --- | --- | --- | --- | --- |

GFC-15409-000        ***Cont***
  PARTIES TO THIS TRANSACTION ARE: RELATED __ NOT RELATED xx
  SEND FREIGHT BILL TO:
  DELPHI E & C, CISCO 58001
  DELPHI ROCHESTER C/O
  DATA 2 LOGISTICS
  PO BOX 9115
  NORWOOD, MA    02362
  USA

Form # I-01 (Rev 10/95)

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Non-Taxable: 896.52 | Currency/Unite Monetaire: CAD | | Line Total / Sous Total: | | 896.52 |
| Taxable: 0.00 | | 0.00% | Discount/Escompte: | | 0.00 |
| Tax Date/Date De Taxe: 10/03/05 | | | Service | 10 : | 0.00 |
| | | | Freight | 20 : | 0.00 |
| | | | Special | 30 : | 0.00 |

| GST/TPS: | PST/TVQ: | Tax/Taxe: | 0.00 | Total: | 896.52 |
| --- | --- | --- | --- | --- | --- |

*Original Document has a color background*

**TEXTRON** Fastening Systems

Camcar Division of Textron Fastening Systems Canada Ltd
BN # 893623710RT0001
87 Disco Road
Rexdale, Ontario M9W 1M3
Canada
Accounting Inquiries (613) 382-2101
Sales Inquiries (416) 675-5530

Remit To / Envoyer A

Textron Fastening Systems
Camcar Division of Textron Fastening Systems Canada LTD.
P.O. BOX 1990 Station A
Toronto, Ontario M5W 1E9

Duns Number - Numero Duns

INVOICE No.
No.DE FACTURE      120859

Please show above invoice
number on your remittance.
Veuillez indiquer le numero de la
facture sur votre versement

Bill to:   23127100
Vendu A:   **DELPHI ENERGY & ENGINE**
           **EAG DISBURSEMENT CENTER**
           **P.O. BOX 1550**
           **FLINT, MI 48501-1550**
           **UNITED STATES OF AMERICA**

Ship to: **LOGISTIC**
Livre A:    **NORWOOD, MA    02362**

| Terr | Dest | Customer PO/Release<br>Relache du bon de Commande du client | Resale Instructions<br>Instructions De Revente | Terms<br>Termes | Rev. #<br>Revision | Page #<br> |
|------|------|------|------|------|------|------|
| ROCH | | | NOT FOR RESALE | NET 30 | 0 | 1 |

| Invoice Date<br>Date De La Facture | Ship Date<br>Date D'Expedition | FOB Point<br>Point FAB | Shipped Via<br>Expedie Par | Camcar Order #<br># De Commande Camcar |
|------|------|------|------|------|
| 10/04/05 | 10/04/05 | REXDALE | | G0092310 |

Remarks/Remarques:

| Item No./Numero De L'Article<br>Description | U/M | Shipped<br>Expedie | Backorder<br>A Suivre | Tax<br>Taxe | Unit Price<br>Prix Unitaire | Extended Price<br>Prix Tout Compris |
|------|------|------|------|------|------|------|
| GFC-15409-000 | EA | 6000.0 | 0.0 | no | 0.07471 | 448.26 |

    Customer Item : 25345874
    M6x33.25mm D/E E5 TORX
    Purchase Order: 1500394126
    FTA CLAIMED:  BLANKET CERT ON FILE xx  FTA NOT CLAIMED __  CERT ATTACHED __
    BILL CUSTOMS CHARGES TO: EXPORTER ____  SOLD TO xx
    CURRENCY OF SALE: CDN FUNDS xx U.S. __ FUNDS

*Continued on the next page*

Form # I-01 (Rev 10/95)

Non-Taxable:
Taxable:
Tax Date/Date De Taxe:

Currency/Unite Monetaire:

Line Total / Sous Total:
Discount/Escompte:

GST/TPS:        PST/TVQ:        Tax/Taxe:              Total:

*Original Document has a color background*

# TEXTRON Fastening Systems

Camcar Division of Textron Fastening Systems Canada Ltd
BN # 893623710RT0001
87 Disco Road
Rexdale, Ontario M9W 1M3
Canada
Accounting Inquiries (613) 382-2101
Sales Inquiries (416) 675-5530

Remit To / Envoyer A

Textron Fastening Systems
Camcar Division of Textron Fastening Systems Canada LTD.
P.O. BOX 1990 Station A
Toronto, Ontario M5W 1E9

Duns Number - Numero Duns

INVOICE No.
No.DE FACTURE    120859

Please show above invoice
number on your remittance.
Veuillez indiquer le numero de la
facture sur votre versement

Bill to:   23127100
Vendu A:  **DELPHI ENERGY & ENGINE**
          **EAG DISBURSEMENT CENTER**
          **P.O. BOX 1550**
          **FLINT, MI 48501-1550**
          **UNITED STATES OF AMERICA**

Ship to: LOGISTIC
Livre A:    NORWOOD, MA    02362

| Terr | Dest | Customer PO/Release Relache du bon de Commande du client | Resale Instructions Instructions De Revente | Terms Termes | Rev. # Revision | Page # |
|------|------|------|------|------|------|------|
| ROCH |  |  | NOT FOR RESALE | NET 30 | 0 | 2 |

| Invoice Date Date De La Facture | Ship Date Date D'Expedition | FOB Point Point FAB | Shipped Via Expedie Par | Camcar Order # # De Commande Camcar |
|------|------|------|------|------|
| 10/04/05 | 10/04/05 | REXDALE |  | G0092310 |

Remarks/Remarques:

| Item No./Numero De L'Article Description | U/M | Shipped Expedie | Backorder A Suivre | Tax Taxe | Unit Price Prix Unitaire | Extended Price Prix Tout Compris |
|------|------|------|------|------|------|------|

GFC-15409-000        ***Cont***
    *PARTIES TO THIS TRANSACTION ARE: RELATED __ NOT RELATED xx*
    *SEND FREIGHT BILL TO:*
    *DELPHI E & C, CISCO 58001*
    *DELPHI ROCHESTER C/O*
    *DATA 2 LOGISTICS*
    *PO BOX 9115*
    *NORWOOD, MA    02362*
    *USA*

Form # I-01 (Rev 10/95)

| | | | |
|------|------|------|------|
| Non-Taxable: 448.26 | Currency/Unite Monetaire: CAD | Line Total / Sous Total: | 448.26 |
| Taxable: 0.00 | 0.00% | Discount/Escompte: | 0.00 |
| Tax Date/Date De Taxe: 10/04/05 | | Service    10 : | 0.00 |
| | | Freight    20 : | 0.00 |
| | | Special    30 : | 0.00 |

| GST/TPS: | PST/TVQ: | Tax/Taxe: | 0.00 | Total: | 448.26 |
|------|------|------|------|------|------|

*Original Document has a color background*

# TEXTRON Fastening Systems

Camcar Division of Textron Fastening Systems Canada Ltd
BN # 893623710RT0001
87 Disco Road
Rexdale, Ontario M9W 1M3
Canada
Accounting Inquiries (613) 382-2101
Sales Inquiries (416) 675-5530

Duns Number - Numero Duns

**Remit To / Envoyer A**

Textron Fastening Systems
Camcar Division of Textron Fastening Systems Canada LTD.
P.O. BOX 1990 Station A
Toronto, Ontario M5W 1E9

**INVOICE No.**
**No.DE FACTURE     120977**

Please show above invoice
number on your remittance.
Veuillez indiquer le numero de la
facture sur votre versement

Bill to:  **23127100**
Vendu A: **DELPHI ENERGY & ENGINE**
**EAG DISBURSEMENT CENTER**
**P.O. BOX 1550**
**FLINT, MI 48501-1550**
**UNITED STATES OF AMERICA**

Ship to: **LOGISTIC**
Livre A:   **NORWOOD, MA    02362**

| Terr | Dest | Customer PO/Release Relache du bon de Commande du client | Resale Instructions Instructions De Revente | Terms Termes | Rev. # Revision | Page # |
|------|------|------|------|------|------|------|
| ROCH | | | NOT FOR RESALE | NET 30 | 0 | 1 |

| Invoice Date Date De La Facture | Ship Date Date D'Expedition | FOB Point Point FAB | Shipped Via Expedie Par | Camcar Order # # De Commande Camcar |
|------|------|------|------|------|
| 10/05/05 | 10/05/05 | REXDALE | | G0092310 |

**Remarks/Remarques:**

| Item No./Numero De L'Article Description | U/M | Shipped Expedie | Backorder A Suivre | Tax Taxe | Unit Price Prix Unitaire | Extended Price Prix Tout Compris |
|------|------|------|------|------|------|------|
| GFC-15409-000 | EA | 9000.0 | 0.0 | no | 0.07471 | 672.39 |

Customer Item : 25345874
M6x33.25mm D/E E5 TORX
Purchase Order: 1500394431
FTA CLAIMED:  BLANKET CERT ON FILE xx  FTA NOT CLAIMED __  CERT ATTACHED __
BILL CUSTOMS CHARGES TO: EXPORTER ___ SOLD TO xx
CURRENCY OF SALE: CDN FUNDS xx U.S. __ FUNDS

*Continued on the next page*

Non-Taxable:
Taxable:
Tax Date/Date De Taxe:

Currency/Unite Monetaire:

Line Total / Sous Total:
Discount/Escompte:

GST/TPS:          PST/TVQ:          Tax/Taxe:          Total:

*Original Document has a color background*

**TEXTRON** Fastening Systems

Camcar Division of Textron Fastening Systems Canada Ltd
BN # 893623710RT0001
87 Disco Road
Rexdale, Ontario M9W 1M3
Canada
Accounting Inquiries (613) 382-2101
Sales Inquiries (416) 675-5530

Duns Number - Numero Duns

| Remit To / Envoyer A |
|---|
| Textron Fastening Systems |
| Camcar Division of Textron Fastening Systems Canada LTD. |
| P.O. BOX 1990 Station A |
| Toronto, Ontario M5W 1E9 |

**INVOICE No.**
**No.DE FACTURE    120977**

Please show above invoice
number on your remittance.
Veuillez indiquer le numero de la
facture sur votre versement

Bill to:    23127100
Vendu A:  **DELPHI ENERGY & ENGINE**
            **EAG DISBURSEMENT CENTER**
            **P.O. BOX 1550**
            **FLINT, MI 48501-1550**
            **UNITED STATES OF AMERICA**

Ship to:  **LOGISTIC**
Livre A:     **NORWOOD, MA    02362**

| Terr | Dest | Customer PO/Release Relache du bon de Commande du client | Resale Instructions Instructions De Revente | Terms Termes | Rev. # Revision | Page # |
|---|---|---|---|---|---|---|
| ROCH | | | NOT FOR RESALE | NET 30 | 0 | 2 |

| Invoice Date Date De La Facture | Ship Date Date D'Expedition | FOB Point Point FAB | Shipped Via Expedie Par | Camcar Order # # De Commande Camcar |
|---|---|---|---|---|
| 10/05/05 | 10/05/05 | REXDALE | | G0092310 |

**Remarks/Remarques:**

| Item No./Numero De L'Article Description | U/M | Shipped Expedie | Backorder A Suivre | Tax Taxe | Unit Price Prix Unitaire | Extended Price Prix Tout Compris |
|---|---|---|---|---|---|---|
| GFC-15409-000 | | ***Cont*** | | | | |
| PARTIES TO THIS TRANSACTION ARE: RELATED __  NOT RELATED xx | | | | | | |
| SEND FREIGHT BILL TO: | | | | | | |
| DELPHI E & C, CISCO 58001 | | | | | | |
| DELPHI ROCHESTER C/O | | | | | | |
| DATA 2 LOGISTICS | | | | | | |
| PO BOX 9115 | | | | | | |
| NORWOOD, MA    02362 | | | | | | |
| USA | | | | | | |

Form # I-01 (Rev 10/95)

| Non-Taxable: 672.39 | Currency/Unite Monetaire: CAD | Line Total / Sous Total: | 672.39 |
|---|---|---|---|
| Taxable: 0.00 | 0.00% | Discount/Escompte: | 0.00 |
| Tax Date/Date De Taxe: 10/05/05 | | Service    10 : | 0.00 |
| | | Freight    20 : | 0.00 |
| | | Special    30 : | 0.00 |

GST/TPS:            PST/TVQ:            Tax/Taxe:            0.00        Total:        672.39

*Original Document has a color background*

**TEXTRON** Fastening Systems

Camcar Division of Textron Fastening Systems Canada Ltd
BN # 893623710RT0001
87 Disco Road
Rexdale, Ontario M9W 1M3
Canada
Accounting Inquiries (613) 382-2101
Sales Inquiries (416) 675-5530

Duns Number - Numero Duns

| Remit To / Envoyer A |
| --- |
| Textron Fastening Systems |
| Camcar Division of Textron Fastening Systems Canada LTD. |
| P.O. BOX 1990 Station A |
| Toronto, Ontario M5W 1E9 |

INVOICE No.
No.DE FACTURE    121064

Please show above invoice
number on your remittance.
Veuillez indiquer le numero de la
facture sur votre versement

Bill to:    23127100
Vendu A:  **DELPHI ENERGY & ENGINE**
          **EAG DISBURSEMENT CENTER**
          **P.O. BOX 1550**
          **FLINT, MI 48501-1550**
          **UNITED STATES OF AMERICA**

Ship to: **LOGISTIC**
Livre A:    **NORWOOD, MA    02362**

| Terr | Dest | Customer PO/Release<br>Relache du bon de Commande du client | Resale Instructions<br>Instructions De Revente | Terms<br>Termes | Rev. #<br>Revision | Page #<br>Page # |
| --- | --- | --- | --- | --- | --- | --- |
| ROCH | | | NOT FOR RESALE | NET 30 | 0 | 1 |

| Invoice Date<br>Date De La Facture | Ship Date<br>Date D'Expedition | FOB Point<br>Point FAB | Shipped Via<br>Expedie Par | Camcar Order #<br># De Commande Camcar |
| --- | --- | --- | --- | --- |
| 10/06/05 | 10/06/05 | REXDALE | | G0092310 |

Remarks/Remarques:

| Item No./Numero De L'Article<br>Description | U/M | Shipped<br>Expedie | Backorder<br>A Suivre | Tax<br>Taxe | Unit Price<br>Prix Unitaire | Extended Price<br>Prix Tout Compris |
| --- | --- | --- | --- | --- | --- | --- |
| GFC-15409-000 | EA | 12000.0 | 0.0 | no | 0.07471 | 896.52 |

  Customer Item :  25345874
  M6x33.25mm D/E E5 TORX
  Purchase Order:  1500394792
  FTA CLAIMED:   BLANKET CERT ON FILE xx   FTA NOT CLAIMED __   CERT ATTACHED __
  BILL CUSTOMS CHARGES TO: EXPORTER     SOLD TO xx
  CURRENCY OF SALE: CDN FUNDS xx U.S. FUNDS

*Continued on the next page*

Non-Taxable:
          Taxable:
Tax Date/Date De Taxe:

Currency/Unite Monetaire:

Line Total / Sous Total:
              Discount/Escompte:

GST/TPS:          PST/TVQ:          Tax/Taxe:          Total:

*Original Document has a color background*

**TEXTRON** Fastening Systems

Camcar Division of Textron Fastening Systems Canada Ltd
BN # 893623710RT0001
87 Disco Road
Rexdale, Ontario M9W 1M3
Canada
Accounting Inquiries (613) 382-2101
Sales Inquiries (416) 675-5530

Remit To / Envoyer A

Textron Fastening Systems
Camcar Division of Textron Fastening Systems Canada LTD.
P.O. BOX 1990 Station A
Toronto, Ontario M5W 1E9

Duns Number - Numero Duns

**INVOICE No.**
**No.DE FACTURE    121064**
Please show above invoice
number on your remittance.
Veuillez indiquer le numero de la
facture sur votre versement

Bill to:    23127100
Vendu A:  **DELPHI ENERGY & ENGINE**
**EAG DISBURSEMENT CENTER**
**P.O. BOX 1550**
**FLINT, MI 48501-1550**
**UNITED STATES OF AMERICA**

Ship to: **LOGISTIC**
Livre A:   **NORWOOD, MA    02362**

| Terr | Dest | Customer PO/Release Relache du bon de Commande du client | Resale Instructions Instructions De Revente | Terms Termes | Rev. # Revision | Page # |
|---|---|---|---|---|---|---|
| ROCH | | | NOT FOR RESALE | NET 30 | 0 | 2 |

| Invoice Date Date De La Facture | Ship Date Date D'Expedition | FOB Point Point FAB | | Shipped Via Expedie Par | Camcar Order # # De Commande Camcar |
|---|---|---|---|---|---|
| 10/06/05 | 10/06/05 | REXDALE | | | G0092310 |

Remarks/Remarques:

| Item No./Numero De L'Article Description | U/M | Shipped Expedie | Backorder A Suivre | Tax Taxe | Unit Price Prix Unitaire | Extended Price Prix Tout Compris |
|---|---|---|---|---|---|---|

GFC-15409-000        ***Cont***
*PARTIES TO THIS TRANSACTION ARE: RELATED __ NOT RELATED xx*
*SEND FREIGHT BILL TO:*
*DELPHI E & C, CISCO 58001*
*DELPHI ROCHESTER C/O*
*DATA 2 LOGISTICS*
*PO BOX 9115*
*NORWOOD, MA   02362*
*USA*

Form # I-01 (Rev 10/95)

| | | | | |
|---|---|---|---|---|
| Non-Taxable: 896.52 | Currency/Unite Monetaire: CAD | Line Total / Sous Total: | | 896.52 |
| Taxable: 0.00 | | 0.00% Discount/Escompte: | | 0.00 |
| Tax Date/Date De Taxe: 10/06/05 | | Service | 10 : | 0.00 |
| | | Freight | 20 : | 0.00 |
| | | Special | 30 : | 0.00 |

GST/TPS:        PST/TVQ:        Tax/Taxe:        0.00    Total:      896.52

*Original Document has a color background*