PHILLIPS LYTLE LLP
3400 HSBC Center
Buffalo, NY 14203
Tel: (716) 847-8400
William J. Brown, Esq.
Anne M. Peterson, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Case No. 05-44481 (RDD) |
| | : | (Jointly Administered) |
| DELPHI CORPORATION, ET AL., | : | |
| | : | Chapter 11 |
| Debtor. | : | |
| | : | |

## EMERSON & RENWICK USA, INC.'S
## NOTICE OF DEMAND FOR RECLAMATION

PLEASE TAKE NOTICE that on October 26, 2005, pursuant to 11 U.S.C. 546,

Emerson & Renwick USA, Inc. served its written demand for reclamation for goods totaling not

less than $161,266 upon Delphi Corporation, d/b/a Delphi Automotive Systems Corporation,

Delphi Automotive Systems, LLC and Delphi Automotive Systems, Harrison Thermal Systems.

A copy of the written demand is attached.

Dated: October 28, 2005

PHILLIPS LYTLE LLP

By _____
    William J. Brown
    Anne M. Peterson
Attorneys for Emerson & Renwick USA, Inc.
3400 HSBC Center
Buffalo, New York   14203
(716) 847-8400



**EMERSON & RENWICK**

THE ART OF ENGINEERING

**Emerson & Renwick USA, Inc.**
4906 IDA Park Drive
Lockport, New York 14094

Telephone: (716) 438-0747
Fax: (716) 438-0749
EmersonUSA@aol.com

**CONFIDENTIAL**

October 26, 2005

**Via Overnight Courier**
Delphi Corporation, d/b/a Delphi Automotive
    Systems Corporation
Delphi Automotive Systems, LLC
Delphi Automotive Systems
5725 Delphi Drive
Troy, MI 48908-2815

Delphi Automotive Systems
Harrison Thermal Systems
Attn: Barbara Flynn, Purchasing
200 Upper Mountain Road
Lockport, NY 14094-1896

RE:     Emerson & Renwick USA, Inc. ("Emerson") Demand for Reclamation upon
        Delphi Corporation, Delphi Automotive Systems, LLC, Delphi Automotive
        Systems and affiliated debtors (collectively, "Debtor")

Emerson sold goods to the Debtor on credit totaling not less than $161,266.00, which
goods were received by the Debtor on or after October 7, 2005 ("Goods"). The Goods
were received by the Debtor at a time when the Debtor was insolvent, and were sold to
the Debtor in the ordinary course of business.

Pursuant to the Order Under 11 U.S.C. §§ 362, 503 and 546 and Fed. R. Bankr. P. 9019
Establishing Procedures for the Treatment of Reclamation Claims (Docket No. 230)
entered on October 14, 2005, 11 U.S.C. § 546(c) and applicable provisions of the
Uniform Commercial Code, Emerson hereby tenders its demand for Reclamation of the
Goods that are more particularly described on the attached invoices together with bill of
lading documents.

This notice constitutes a timely demand for reclamation upon the Debtor. All other rights
and remedies of Emerson are reserved. We hereby demand that the Goods delivered to

Delphi Automotive Systems
October 25 2005
Page 2

your facilities, including but not limited to the following facilities, be returned to us at once:

Delphi Corporation, d/b/a Delphi Automotive Systems
Corporation/ALL DIVISIONS & AFFILIATES
Delphi Automotive Systems, LLC/ALL DIVISIONS & AFFILIATES
Delphi Automotive Systems/ALL DIVISIONS & AFFILIATES

Delphi Automotive Systems
MTC - Mexico Technical Center
48 Walter Jones Boulevard
El Paso, TX 79906

Rio Bravo XX Delphi Thermal Interior
MTC - Mexico Technical Center
48 Walter Jones Boulevard - Building "B" Docks 87 and 88
El Paso, TX 79906

Rio Bravo XX Delphi Thermal& Interior
Tapioca H 9411 Inf. Amp. Aeropuerto
Cd. Juarez, Chih Mexico 32690

Please contact me immediately at (716) 438-0747 to discuss return of the Goods. We also request written confirmation and inventory records confirming that the Goods are on hand at your facility as of this date.

Sincerely,

Emerson & Renwick USA, Inc.

By   *A. Rowlands*
Anthony Rowlands
General Manager

cc:   John Wm. Butler, Jr., Esq.
Kayalyn A. Marafioti, Esq.
Anne M. Peterson, Esq.
All Delphi Facilities listed herein

# Invoice



## EMERSON & RENWICK

## THE ART OF ENGINEERING

| DATE | INVOICE # |
|------|-----------|
| 9/2/2005 | 977 |

**BILL TO**

Delphi Harrison Thermal
Disbursements
P.O. Box 1550
Flint, MI  48501-1550

**Emerson & Renwick USA, Inc.**
4906 IDA Park Drive
Lockport, New York 14094

Telephone: (716) 438-0747
Fax: (716) 438-0749
EmersonUSA@aol.com

| P.O. NO. | TERMS | PROJECT |
|----------|-------|---------|
| LPS96393 | Due Upon Receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 1 | Item Identification Number PR668142 001<br>Refurbish Center Machine to include Fin Slicer Cut-Off Adaption per TD05-4601 and E&R Proposal AR/JW/031105/D.<br>Value: $30,000.00 USD<br><br>Item PR668143 001<br>Refurbish Uncoiler to include Back Tensioning Units and Fin Slicer Controls and to Include Wheel Load Stations Per TD05-4601 and E&R Proposal AR/JW/031105/D.<br>Value: $125,000.00 USD<br><br>Item PR668141 002<br>Balance of Center Machine Tooling to Fully Fund to Negotiated Amount of $426,266.00<br>Value: $6,266.00 USD<br><br>Total Value of the Above Items = $161,266.00<br><br>90% Payment Term Now Due Upon Acceptance  = $145,139.40 USD | 145,139.40 | 145,139.40 |

*INCLUDES ITEM #4
LINE ITEM as Whole payment
($6266.00)*

Signed as Accepted:_____ 9/6/05

For Delphi Harrison Thermal
Terry J. Hunt
September 2, 2005

**Total**    $145,139.40

# Invoice



## EMERSON & RENWICK

## THE ART OF ENGINEERING

| DATE | INVOICE # |
|------|-----------|
| 9/2/2005 | 978 |

**BILL TO**

Delphi Harrison Thermal
Disbursements
P.O. Box 1550
Flint, MI  48501-1550

**Emerson & Renwick USA, Inc.**
4906 IDA Park Drive
Lockport, New York 14094

Telephone: (716) 438-0747
Fax: (716) 438-0749
EmersonUSA@aol.com

| P.O. NO. | TERMS | PROJECT |
|----------|-------|---------|
| LPS96393 | Due Upon Receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 1 | Item Identification Number PR668142 001<br>Refurbish Center Machine to include Fin Slicer Cut-Off Adaption per TD05-4601 and E&R Proposal AR/JW/031105/D.<br>Value: $30,000.00 USD<br><br>Item PR668143 001<br>Refurbish Uncoiler to include Back Tensioning Units and Fin Slicer Controls and to Include Wheel Load Stations Per TD05-4601 and E&R Proposal AR/JW/031105/D.<br>Value: $125,000.00 USD<br><br>Item PR668141 002<br>Balance of Center Machine Tooling to Fully Fund to Negotiated Amount of $426,266.00<br>Total: $6,266.00 USD<br><br>Total of the Above Items = $161,266.00<br><br>10% Payment Term Now Due Upon Acceptance  = $16,126.60   USD | 16,126.60 | 16,126.60 |

| | **Total** | $16,126.60 |

*Attention: PATTY GOLEMIEWSKI*

| Date:10/07/05 | **BILL OF LADING – SHORT FORM – NOT NEGOTIABLE** | Page 1 of 1 |
|---|---|---|

| SHIP FROM | |
|---|---|
| [Name]<br>[Street Address]<br>[City, ST ZIP Code]<br>SID No.: | Rochester Automated Systems<br>25 Regency Oaks Blvd.<br>Rochester, NY 14624 |

Bill of Lading Number: 1000101

BAR CODE SPACE

| SHIP TO | |
|---|---|
| [Name]<br>[Street Address]<br>[City, ST ZIP Code]<br>CID No.: | Delphi Thermal & Interior Rio Bravo XX<br>MTC- Mexico Technical Center<br>48 Walter Jones Blvd Bldg "B" Docks 87 & 88<br>El Paso, TX 79906 |

Carrier Name: Buchanan Hauling & Rigging

Trailer number: *#753A*

Serial number(s): *BUCH #1043157*

| THIRD-PARTY FREIGHT CHARGES BILL TO | |
|---|---|
| [Name]<br>[Street Address]<br>[City, ST ZIP Code] | Delphi Thermal & Interior Systems<br>200 Upper Mountain Road<br>Lockport, NY 14094 |

SPAC:

Pro Number:

BAR CODE SPACE

Special Instructions:

**Freight Charge Terms** (Freight charges are prepaid unless marked otherwise):
Prepaid ☐    Collect ☐    3rd Party ☒

☐ Master bill of lading with attached underlying bills of lading.

### CUSTOMER ORDER INFORMATION

| Customer Order No. | # of Packages | Weight | Pallet/Slip (circle one) | | Additional Shipper Information |
|---|---|---|---|---|---|
| LPS96393 | 3 Boxes | 12000 LBS | Y | N | Center Machine |
| LPS95608 | 3 Skids | 1000# | Y | N | Core Unload Mechanism |
| | | | Y | N | |
| | | | Y | N | |
| **Grand Total** | 6 | 13000# | | | |

### CARRIER INFORMATION

| Handling Unit | | Package | | Weight | HM (X) | Commodity Description | LTL Only | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | | | Commodities requiring special or additional care... be so marked and packaged as to ensure safe transportation... Section 2(e) or NMFC item 360 | NMFC No. | Class |
| 6 | Skids | | | 13,000 LBS | | Machinery- Low Volume Condenser Assembly Machine | | |

ONLY RETURN
RECEIVED

OCT 10 2005

SUBJECT TO COUNT

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

COD Amount: $ _____
Fee terms: Collect ☐    Prepaid ☐    Customer check acceptable ☐

**Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC § 14706(c)(1)(A) and (B).**

Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications, and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of charges and all other lawful fees.

Shipper Signature *Frank J. Denaro*

| Shipper Signature/Date | Trailer Loaded: | Freight Counted: | Carrier Signature/Pickup Date |
|---|---|---|---|
| Frank Denaro  10/7/05<br>This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☒ By shipper<br>☐ By driver | ☐ By shipper<br>☐ By driver/pallets said to contain<br>☐ By driver/pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |