# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Debtors. | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2005, I electronically filed the *Verified Statement Under Federal Rule of Bankruptcy Procedure 2019* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

| | |
|---|---|
| david.aaronson@dbr.com | hpetersen@lowenstein.com |
| eabdelmasieh@nmmlaw.com | franklin.adams@bbklaw.com |
| jadams@torys.com | bankruptcy@goodwin.com |
| william.barrett@bfkpn.com | barritt@chapman.com |
| dbaumstein@whitecase.com | jkirk@stites.com |
| jb@carpben.com | ssolazzo@carpben.com |
| rtrack@msn.com | wendy.brewer@btlaw.com |
| bankruptcyindy@btlaw.com | tbrink@lordbissell.com |
| maofiling@cgsh.com | mark.broude@lw.com |
| maofiling@cgsh.com | jbutler@skadden.com |
| cahn@clm.com | scargill@lowenstein.com |
| jkramer@lowenstein.com | nashvillebankruptcyfilings@stites.com |
| maria.ruark@dlapiper.com | richard.kremen@dlapiper.com |
| tscobb@vssp.com | cdfricke@vssp.com;elcalhoun@vssp.com |
| smcook@lambertleser.com | mcruse@wnj.com |
| vdagostino@lowenstein.com | jeffdavis@graycary.com |
| gdiconza@dlawpc.com | diconzam@gtlaw.com |
| rdremluk@seyfarth.com | rlauter@seyfarth.com |
| etrybantelser@cityofchicago.org | pbaisier@seyfarth.com |
| reisenbach@cooley.com | judith.elkin@haynesboone.com |
| aenglund@orrick.com | mfarquhar@winstead.com |
| fatell@blankrome.com | recchiuti@blankrome.com |
| Ferrell@taftlaw.com | cfilardi@pepehazard.com |
| efox@klng.com | fusco@millercanfield.com |
| tgaa@bbslaw.com | clee@bbslaw.com |
| nybkfilings@foxrothschild.com | ygeron@foxrothschild.com |
| sagolden@hhlaw.com | khseal@hhlaw.com |
| nashvillebankruptcyfilings@stites.com | wrg@dmlegal.com |
| ak@dmlegal.com | cfs@dmlegal.com |

ggreen@fagelhaber.com
jpguy@swidlaw.com
ahalperin@halperinlaw.net
eganc@halperinlaw.net
bharvey@goodwinprocter.com
whawkins@loeb.com
jhinshaw@boselaw.com
shoff@burr.com
sharonaldrich@hunterschank.com
hjewett@foley.com
andrew.kassner@dbr.com
tklestadt@gmail.com
hkolko@msek.com
ljkotler@duanemorris.com
bkrfilings@agg.com
cathy.thomas@wallerlaw.com
robert.welhoelter@wallerlaw.com
ilevee@lowenstein.com
drosenberg@toddlevi.com
klewis@rosenpc.com
brandy.mcqueary@dinslaw.com
schnabel@klettrooney.com
kmarafio@skadden.com
imarkus@tylercooper.com
dpm@curtinheefner.com
vance.donahue@btlaw.com
amcmulle@bccb.com
dmeek@burr.com
kmm@skfdelaware.com
amills@btlaw.com
mdallago@morrisoncohen.com
amoog@hhlaw.com
alisa@contrariancapital.com
inewman@fagelhaber.com
lpeterson@msek.com
anicoll@jenner.com
cp@stevenslee.com
bfiling@andersonkill.com
athau@cm-p.com
jbarucha@cm-p.com
mharwood@cm-p.com
kar@pryormandelup.com
crieders@gjb-law.com
gisabelle@gjb-law.com
sriemer@phillipsnizer.com
jrobertson@mcdonaldhopkins.com
prosenblatt@kilpatrickstockton.com

jgregg@btlaw.com
mhall@burr.com
cbattaglia@halperinlaw.net
cmitchell@halperinlaw.net
bharvey@goodwinprocter.com
wheuer@morganlewis.com
pdidandeh@boselaw.com
jrhunter@hunterschank.com
minsalaco@zeklaw.com
rjones@bccb.com
tklestadt@klestadt.com
jross@klestadt.com
akoschik@brouse.com
skrause@zeklaw.com
david.lemke@wallerlaw.com
chris.cronk@wallerlaw.com
wallerbankruptcy@wallerlaw.com
jlevi@toddlevi.com
jml@ml-legal.com
rpc@rosenpc.com
john.persiani@dinslaw.com
jsmairo@pbnlaw.com
jharring@skadden.com
tmatz@skadden.com
michael.mccrory@btlaw.com
rmcdowell@bodmanllp.com
patrick.mears@btlaw.com
rmichaelson@kl.com
tlc@skfdelaware.com
bankruptcy@morrisoncohen.com
jmoloy@dannpecar.com
bmoore@mccarter.com
murph@berrymoorman.com
ipalermo@hselaw.com
rpeterson@jenner.com
apirogovsky@uhlaw.com
prachmuth@andersonkill.com
sreisman@cm-p.com
jdecristofaro@cm-p.com
webmaster@docketware.com
kparker@cm-p.com
grichards@kirkland.com
gisabelle@gjb-law.com
bamron@gjb-law.com
mfay@phillipsnizer.com
srosen@cb-shea.com
brubin@burr.com

| | |
|---|---|
| cs@stevenslee.com | austin.bankruptcy@publicans.com |
| ecfsarbt@millerjohnson.com | wsavino@damonmorey.com |
| tomschank@hunterschank.com | tammymaus@hunterschank.com |
| mlschein@mintz.com | ereyes@mintz.com |
| skhoos@mintz.com | cschulman@sachnoff.com |
| bschwartz@lplegal.com | selanders@danielsandkaplan.com |
| mshaiken@stinsonmoheck.com | dcurran@stinsonmoheck.com |
| mjerde@stinsonmoheck.com | mleahy@stinsonmoheck.com |
| bpryor@stinsonmoheck.com | dcross@stinsonmoheck.com |
| dclark@stinsonmoheck.com | smecham@stinsonmoheck.com |
| aheppner@stinsonmoheck.com | jhoss@stinsonmoheck.com |
| atrainedudley@stinsonmoheck.com | sheehan@txschoollaw.com |
| greiner@txschoollaw.com | asheel@yahoo.com |
| asherman@sillscummis.com | asherman@sillscummis.com |
| jshickich@riddellwilliams.com | was@showmanlaw.com |
| sosimmerman@kwgd.com | mhelmick@kwgd.com |
| mail@srsllp.com | msolomon@burr.com |
| bspector@selawfirm.com | kdillon@selawfirm.com |
| jmsullivan@mwe.com | llopez@mwe.com |
| rsz@curtinheefner.com | gtoering@wnj.com |
| ltorrado@bear.com | msussman@bear.com |
| rurbanik@munsch.com | rusadi@cahill.com |
| jvitale@cwsny.com | bankruptcy@warnerstevens.com |
| rweiler@greenseifter.com | lellis@greenseifter.com |
| dallas.bankruptcy@publicans.com | rwhite@murthalaw.com |
| ecfwolfordr@mjsc.com | syonaty@hodgsonruss.com |
| nyc-bkcyecf@hklaw.com | |

and I hereby certify that I have served on October 28, 2005 by first class United States mail the

***Verified Statement Under Federal Rule of Bankruptcy Procedure 2019*** upon the following

non-ECF participants:

| | |
|---|---|
| Mark I. Bane<br>Kelley Drye & Warren, LLP<br>101 Park Avenue<br>New York, New York 10178 | Glenn P. Berger<br>Jaffe & Asher LLP<br>600 Third Avenue<br>New York, New York 10016 |
| Patrick M. Costello<br>Bialson, Bergen & Schwab<br>2600 El Camino Real, Suite 300<br>Palto Alto, California 94306 | Gary H. Cunningham<br>Kramer Mellen, P.C.<br>3000 Town Center, Suite 1700<br>Southfield, Michigan 48075-1277 |
| Gary H. Cunningham<br>Strobl Cunningham & Sharp, P./C.<br>300 East Long Lake Road, Suite 200 | Craig Alan Damast<br>Blank Rome LLP<br>405 Lexington Avenue |

Bloomfield Hills, Michigan 48304-2376

J. Michael Debbeler
Graydon, Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, Ohio 45202

Mark T. Flewelling
Anglin, Flewelling, Rasmussen,
 Campbell & Trytten LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101

Ira P. Goldberg
Di Monte & Lizak, LL
216 West Higgins Road
Park Ridge, Illinois 60068-5738

Stephen H. Gross
Hodgson Russ LLP
Carnegie Hall Tower
152 West 57th Street, 35th Floor
New York, New York 10019

Dion W. Hayes
McGuire Woods LLP
901 East Cary Street
Richmond, Virginia 23219-4030

Steve Kieselstein
Kieselstein Law Firm, PLLC
43 British American Boulevard
Latham, New York 12110

Jacob A. Manheimer
Pierce Atwood
One Monument Square
Portland, Maine 04101

Timothy S. McFaddan
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, Illinois 60603

New York, New York 10174

Elizabeth K. Flaagan
Holme Roberts & Owen LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203

Lars H. Fuller
Rothgerber Johson & Lyons, LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, Colorado 80202-5855

Scott R. Golberg
Quarles & Brady Streich Lang, LLP
One Renaissance Sqwuare
2 N. Central Avenue
Phoenix, Arizona 85004-2391

Larry D. Harvey
Larry D. Harvey P.C
5290 DTC Parkway, Suite 150
Englewood, Colorado 80111

Thomas H. Keyse
1700 Lincoln Street, Suite 4000
Denver, Colorado 80203

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004

Jill Mazer-Marino
Scarcella Rosen & Slome, LLP
333 Earle Ovington Boulevard, 9th Floor
Uniondale, New York 11553

Thomas C. Pavlik
Novak, Robenalt, Pavlik
Skylight Office Tower
1660 West Second Street, Suite 270
Cleveland, Ohio 44113

Detroit_654207_1

Sandra A. Reimer
666 Fifth Avenue
New York, New York 10103

Harold Ritvo
Harold Ritvo, P.C.
One University Plaza
Hackensack, New Jersey 07601

Lawrence W. Schwab
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palto Alto, California 94306

Mark R. Somerstein
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

Timothy W. Walsh
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, New York 10020-1104

Kenneth A. Reynolds
Pryor & Madelup, LLP
675 Old Country Road
Westbury, New York 11590

Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, New York 10022

Robert J. Sidman
Vorys, Sater, Seymour and Pease, LLP
52 East Gay Street
Columbus, Ohio 43216-1008

Shmuel Vasser
Edwards & Angell, LLP
750 Lexington Avenue
New York, New York 10022

      /s/    Melanie Madison
Melanie Madison, Assistant to Ralph E. McDowell
Bodman LLP
100 Renaissance Center, 34th Floor
Detroit, Michigan 48243
(313) 259-7777
Email: *mmadison@bodmanllp.com*