KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Robert N. Michaelson, Esq. (RM-5925)
599 Lexington Avenue
New York, New York 10022
Telephone (212) 536-3900

*Attorneys for Philips Semiconductors, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                    :        Chapter 11
                                                          :        Case No. 05-44481 (RDD)
DELPHI CORPORATON, et al.,                                :        (Jointly Administered)
                                                          :        Hon. Robert D. Drain
                                Debtors.                  :
                                                          :
                                                          :
-----------------------------------------------------------X

## SUPPLEMENTARY RECLAMATION DEMAND
## OF PHILIPS SEMICONDUCTORS INC.

Philips Semiconductors, Inc. ("PSC"), by its undersigned counsel, hereby makes this supplementary reclamation demand pursuant to section 546(c)(1) of the United States Bankruptcy Code and section 2-702 of the Uniform Commmercial Code and the procedures established by order of the United States Bankruptcy Court for the Southern District of New York granting the Motion for Order Under 11 U.S.C. §§ 362, 503 and 546 and Fed. R. Bankr. P. 9019 for Treatment of Reclamation Claims in the chapter 11 cases of the above-captioned debtors (the "Debtors").

PSC's supplementary reclamation demand is for goods delivered to the Debtors during the statutory reclamation period having an aggregate value of $19,852, as reflected on the spreadsheets annexed hereto. The goods delivered by PSC to the Debtors are too varied and extensive to itemize herein. However, the spreadsheets identify, among other things, the

NY-392552 v8

Debtors' purchase order numbers which PSC submits is sufficient to enable the Debtors to reasonably determine the goods PSC wishes to reclaim. This supplementary demand is an addition to PSC's earlier reclamation demand dated October 12, 2005, and does not replace that demand. PSC reserves the right to amend this demand.

Dated: October 28, 2005

> KIRKPATRICK & LOCKHART
> NICHOLSON GRAHAM LLP
> Counsel for Philips Semiconductors, Inc.
> 599 Lexington Avenue
> New York, New York 10022
> Telephone (212) 536-3900
>
> By: _____
> Robert N. Michaelson (RM-5925)

**Delphi Liverpool - Goods shipped 10days before Chapter 10**

| Delivery | Ship-to | Material | Description | Customer material number |
|---|---|---|---|---|
| 102062255 | 420969 | 933460620235 | BAS16/SOT23/REELLGLP// | 16267437 |
| 102050123 | 420969 | 934059213118 | ON5289/SOT404/REEL13// | 9398170 |
| 102050124 | 420969 | 935261545118 | HEC4094BT/SO16/REEL13//S410 | 16253713 |
| 102050125 | 420969 | 935261549118 | 74HC238D/SO16/REEL13//S410 | 16215824 |
| 102059435 | 420969 | 935276394118 | 74LV00PW/TSSOP14/REEL13//S410 | 9396640 |
| 102050126 | 420969 | 935278248118 | 74HC14PW/TSSOP14/REEL13//N | 9397290 |
| 102043042 | 420969 | 935277283118 | PCA82C251T/SO8/REEL13//N | 16251883001 |
| 102033333 | 420969 | 935007180118 | 74HC138D/SO16/REEL13//S200 | 16129166 |
| 102022048 | 420969 | 935272925118 | 74HC257D/SO16/REEL13//S410 | 16234115 |
| 102013210 | 420969 | 933460620235 | BAS16/SOT23/REELLGLP// | 16267437 |
| 102033332 | 420969 | 934059213118 | ON5289/SOT404/REEL13// | 9398170 |
| 102033334 | 420969 | 935172400118 | 74HC132D/SO14/REEL13//S200 | 16148025 |
| 102013211 | 420969 | 935261212118 | 74HC4051D/SO16/REEL13//S420 | 9395391 |
| 102033335 | 420969 | 935261549118 | 74HC238D/SO16/REEL13//S410 | 16215824 |
| 102013212 | 420969 | 935276394118 | 74LV00PW/TSSOP14/REEL13//S410 | 9396640 |
| 102033336 | 420969 | 935278248118 | 74HC14PW/TSSOP14/REEL13//N | 9397290 |
| 102006827 | 420969 | 933806440118 | HEF4049BT/SO16/REEL13//S201 | 16057247 |
| 102006828 | 420969 | 935248580518 | P83C592FHA/PLCC68/REEL13DP//019 | 16266154 |
| 102029280 | 420969 | 935248580518 | P83C592FHA/PLCC68/REEL13DP//019 | 16266154 |
| 102006829 | 420969 | 935261212118 | 74HC4051D/SO16/REEL13//S420 | 9395391 |
| 102006830 | 420969 | 935261212118 | 74HC4051D/SO16/REEL13//S420 | 9395391 |
| 102029281 | 420969 | 935261212118 | 74HC4051D/SO16/REEL13//S420 | 9395391 |
| 102006831 | 420969 | 935274229118 | 74HC132PW/TSSOP14/REEL13//S410 | 9397620 |
| 102006832 | 420969 | 935277279118 | PCA82C250T/SO8/REEL13//N | 16201331 |
| 101998083 | 420969 | 934059215118 | ON5291/SOT428/REEL13// | 9397624 |
| 102000578 | 420969 | 935261212118 | 74HC4051D/SO16/REEL13//S420 | 9395391 |
| 102000579 | 420969 | 935277279118 | PCA82C250T/SO8/REEL13//N | 16201331 |

| Delivery Note Number | Delivery quantity | Date Shipped | Deliv.date | PO NO. | Inv. No. | Price per 100 in EUR |
|---|---|---|---|---|---|---|
| 1113209 | 10,000 | 10/05/2005 | 10/07/2005 | 55006515419 | 760011579 | 0.70 |
| 1112748 | 4,800 | 10/05/2005 | 10/07/2005 | 055004839146 | 760011575 | 22.00 |
| 1112769 | 2,500 | 10/05/2005 | 10/07/2005 | 55006515310 | 760011576 | 25.00 |
| 1112768 | 2,500 | 10/05/2005 | 10/07/2005 | 55006515311 | 760011577 | 21.00 |
| 1113035 | 2,500 | 10/05/2005 | 10/07/2005 | 55006515314 | 760011578 | 8.00 |
| 1112752 | 2,500 | 10/05/2005 | 10/07/2005 | 55006515318 | 760011574 | 9.10 |
| 1112195 | 2,500 | 10/04/2005 | 10/06/2005 | 55006515315 | 760011555 | 51.50 |
| 1111615 | 2,500 | 09/30/2005 | 10/04/2005 | 55005405325 | 760011498 | 10.00 |
| 1110852 | 2,500 | 09/29/2005 | 10/03/2005 | 055004847441 | 760011463 | 8.20 |
| 1110108 | 10,000 | 09/28/2005 | 09/30/2005 | 55006515418 | 760011440 | 0.70 |
| 1109893 | 4,800 | 09/28/2005 | 09/30/2005 | 055004839146 | 760011435 | 22.00 |
| 1109899 | 2,500 | 09/28/2005 | 09/30/2005 | 055005405347 | 760011436 | 10.00 |
| 1110109 | 2,500 | 09/28/2005 | 09/30/2005 | 55005405360 | 760011439 | 13.30 |
| 1109902 | 2,500 | 09/28/2005 | 09/30/2005 | 55006515311 | 760011437 | 21.00 |
| 1110110 | 2,500 | 09/28/2005 | 09/30/2005 | 055006515313 | 760011441 | 8.00 |
| 1109903 | 2,500 | 09/28/2005 | 09/30/2005 | 55006515318 | 760011438 | 9.10 |
| 1109816 | 2,500 | 09/27/2005 | 09/29/2005 | 055005405356 | 760011411 | 12.50 |
| 1109821 | 250 | 09/27/2005 | 09/29/2005 | 55006948519 | 760011412 | 800.00 |
| 1109664 | 250 | 09/27/2005 | 09/29/2005 | 55006948520 | 760011409 | 800.00 |
| 1109823 | 2,500 | 09/27/2005 | 09/29/2005 | 55005405360 | 760011413 | 13.30 |
| 1109828 | 2,500 | 09/27/2005 | 09/29/2005 | 55005405360 | 760011415 | 13.30 |
| 1109803 | 5,000 | 09/27/2005 | 09/29/2005 | 55005405361 | 760011410 | 13.30 |
| 1109404 | 2,500 | 09/27/2005 | 09/29/2005 | 55004847468 | 760011408 | 5.00 |
| 1109831 | 2,500 | 09/27/2005 | 09/29/2005 | 055005405357 | 760011414 | 37.00 |
| 1109352 | 5,000 | 09/26/2005 | 09/28/2005 | 55004839161 | 760011359 | 27.00 |
| 1109355 | 2,500 | 09/26/2005 | 09/28/2005 | 55005405360 | 760011360 | 13.30 |
| 1109356 | 2,500 | 09/26/2005 | 09/28/2005 | 055005405357 | 760011361 | 37.00 |

| | |
|---|---|
| 0.007 | 70 |
| 0.22 | 1056 |
| 0.25 | 625 |
| 0.21 | 525 |
| 0.08 | 200 |
| 0.091 | 227.5 |
| 0.515 | 1287.5 |
| 0.1 | 250 |
| 0.082 | 205 |
| 0.007 | 70 |
| 0.22 | 1056 |
| 0.1 | 250 |
| 0.133 | 332.5 |
| 0.21 | 525 |
| 0.08 | 200 |
| 0.091 | 227.5 |
| 0.125 | 312.5 |
| 8 | 2000 |
| 8 | 2000 |
| 0.133 | 332.5 |
| 0.133 | 332.5 |
| 0.133 | 665 |
| 0.05 | 125 |
| 0.37 | 925 |
| 0.27 | 1350 |
| 0.133 | 332.5 |
| 0.37 | 925 |
| | 16,407.00 € |
| | $19,852.47 |