Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA  02110
(617) 946-4800
William J. Hanlon, Esq.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION<br><br>Debtors. | Chapter 11<br>Case No. 05-44481 (RDD) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b) in the above-captioned Chapter 11 cases as counsel to le Belier/LBQ Foundry S.A. de C.V., a party in interest, and requests that, pursuant to Bankruptcy Rules 2002, 3017 and 9008, and 11 U.S.C. §§ 342 and 1109(b), all notices given or required to be given in this proceeding and all papers served or required to be served in this proceeding be given to and served upon:

> William J. Hanlon, Esq.
> Seyfarth Shaw LLP
> World Trade Center East
> Two Seaport Lane, Suite 300
> Boston, MA  02210
> Telephone:   (617) 946-4800
> Facsimile:    (617) 946-4801
> Email:          whanlon@seyfarth.com

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the statute and Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint,

BO1 15744337.1 / 38968-000001

demand, hearing, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these cases and any proceedings therein, formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, electronic mail, telephone, telex or otherwise.

          LE BELIER/LBQ FOUNDRY S.A. DE C.V.

          By its attorneys,

          /s/ William J. Hanlon
          William J. Hanlon (# wh8128)
          SEYFARTH SHAW LLP
          World Trade Center East
          Two Seaport Lane, Suite 300
          Boston, MA  02210
          Telephone:    617-946-4800
          Telecopier:    617-946-4801

DATED:  October 27, 2005

BO1 15744337.1 / 38968-000001