Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA  02110
(617) 946-4800
William J. Hanlon, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

DELPHI CORPORATION

        Debtors.

Chapter 11
Case No. 05-44481 (RDD)

## CERTIFICATE OF SERVICE

I, William J. Hanlon, do hereby certify that on October 27, 2005, I served the following:

    1.     Notice of Appearance,

on the attached Service List by causing copies thereof to be sent by first class mail.

/s/ William J. Hanlon
William J. Hanlon (# wh8128)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA  02210
Telephone:    617-946-4800
Telecopier:   617-946-4801

DATED:  October 27, 2005

## Service List

| ATTORNEY | CLIENT |
|---|---|
| **David B. Aaronson**<br>Drinker Biddle & Reath, LLP<br>One Logan Square<br>18th & Cherry Sts.<br>Philadelphia, PA 19103<br>(215) 988-3377<br>(215) 988-2757 (fax)<br>david.aaronson@dbr.com | **Quaker Chemical Corporation**<br>One Quaker Park<br>901 Hector St.<br>Conshohocken, PA 19428-0809 |
| **Elizabeth Abdelmasieh**<br>Norris McLaughlin & Marcus, P.A.<br>721 Route 202-206<br>Bridgewater, NJ 08807<br>908-722-0700<br>908-722-0755 (fax) | **Rotor Clip Company, Inc.**<br>*(Unknown)* |
| **Jason R. Adams**<br>Torys, LLP<br>237 Park Avenue<br>New York, NY 10017<br>(212) 880-6000<br>(212) 682-0200 (fax)<br>jadams@torys.com | **FisherCast Global Corporation**<br>*(Creditor)* |
| **Jennifer L. Adamy**<br>Shipman & Goodwin, LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1919<br>(860) 251-5811<br>(860) 251-5218 (fax)<br>bankruptcy@goodwin.com | **Universal Metal Hose Co.**<br>c/o Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1919<br>*(Creditor)*<br><br>**Fortune Plastics Company of Illinois, Inc.**<br>c/o Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1919<br>*(Creditor)*<br><br>**Shipman & Goodwin LLP**<br>One Constitution Plaza<br>Hartford, CT 06103-1919<br>860-251-5000<br>860-251-5312 (fax)<br>*(Attorney)* |

BO1 15744392.1 / 38968-000001

**Mark I Bane**
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178
(212) 808-7915
(212) 808-7897 (fax)
mangingatty@kelleydrye.com

**Pension Benefit Guaranty Corporation**
*(Creditor)*

**William J. Barrett**
Barack Ferrazzano Kirschbaum
333 West Wacker Drive
Suite 2700
Chicago, IL 60606
(312) 629-5170
(312) 984-3100 (fax)
william.barrett@bfkpn.com

**EIS, Inc.**
*(Creditor)*

**Johnson Industries, Inc.**
*(Creditor)*

**Motion Industries, Inc.**
*(Creditor)*

**David S. Barritt**
Chapman and Cutler
111 West Monroe Street
15th Floor
Chicago, IL 60603-4080
(312) 845-3711
(312) 516-1911 (fax)
barritt@chapman.com

**Littelfuse, Inc.**
*(Interested Party)*

**W. Robinson Beard**
Stites & Harbison
400 W. Market Street
Suite 1800
Louisville, KY 40202
(502) 587-3400
(502) 587-6391 (fax)
jkirk@stites.com

**Ambrake Corporation**
*(Creditor)*

**WAKO Electronics (USA), Inc.**
*(Creditor)*

**Glenn P. Berger**
Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016
(212) 687-3000
(212) 687-9639 (fax)
jaffeandasher@aol.com

**Precix**
*(Creditor)*

**Jeffrey Bernstein**
Carpenter, Bennett & Morrissey
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-7711
jb@carpben.com

**New Jersey Self-Insurers Guaranty Association**
*(Creditor)*

– 3 –

**Charles E. Boulbol**
Law Office of Charles E. Boulbol
26 Broadway, 17th Floor
New York, NY 10004
(212) 825-9457
(212) 825-9414 (fax)
rtrack@msn.com

**Russell Reynolds Associates, Inc.**
c/o Charles E. Boulbol, P.C.
26 Broadway 17th Floor
NY, NY 10004
212-825-9457
212-825-9414 (fax)
rtrack@msn.com
*(Creditor)*

**Wendy D. Brewer**
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204
(317) 236-1313
(317) 231-7433 (fax)
wendy.brewer@btlaw.com

**Gibbs Die Casting Corporation**
c/o Michael K. McCrory
c/o Wendy D. Brewer
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
317 236-1313
317 231-7433 (fax)
wendy.brewer@btlaw.com
*(Creditor)*

**Timothy W. Brink**
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, IL 60603
(312) 443-0700
(312) 443-0336 (fax)
tbrink@lordbissell.com

**Sedgwick Claims Management Services, Inc.**
115 S. LaSalle Street
Chicago, IL 60603
(312) 443-0700
(312) 443-0336 (fax)
tbrink@lordbissell.com
*(Creditor)*

**James L. Bromley**
Cleary, Gottlieb, Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2264
(212) 225-3999 (fax)
maofiling@cgsh.com

**Citigroup, Inc.**
*(Creditor)*

**Lehman Brothers Inc.**
*(Creditor)*

**Merrill Lynch & Co.**
*(Creditor)*

**Morgan Stanley & Co.**
*(Creditor)*

**Deborah M. Buell**
Cleary, Gottlieb, Steen & Hamilton
One Liberty Plaza
New York, NY 10006
(212) 225-2000
(212) 225-3499 (fax)
maofiling@cgsh.com

**Arneses Electricos Automotrices, S.A. de C.V.**
*(Unknown)*

**Cordaflex, S.A. de C.V.**
*(Unknown)*

BO1 15744392.1 / 38968-000001

**John Wm. Butler, Jr.**
Skadden Arps Slate Meagher & Flom (IL)
333 West Wacker Drive
Chicago, IL 60606-1285
(312) 407-0730
(312) 407-0411 (fax)
jbutler@skadden.com

**Delphi Corporation**
5725 Delphi Drive
Troy, MI 48098
*(Debtor)*

**Aaron R. Cahn**
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
(212) 238-8832
212-732-3232 (fax)
cahn@clm.com

**STMicroelectronics, Inc.**
*(Unknown)*

**Scott Cargill**
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791
(973) 597-2500
(973) 422-6509 (fax)
scargill@lowenstein.com

**Cerberus Capital Management, L.P.**
*(Interested Party)*

**Madison L. Cashman**
Stites & Harbison, PLLC
424 Church Street
Suite 1800
Nashville, TN 37219
(615) 782-2243
(615) 313-3988 (fax)
nashvillebankruptcyfilings@stites.com

**SETECH INC.**
c/o ROBERT C. GOODRICH JR
STITES & HARBISON PLLC
424 CHURCH ST STE 1800
NASHVILLE, TN 37219
615-782-2231
615-782-2371 (fax)
robert.goodrich@stites.com
*(Interested Party)*

**Maria E. Chavez-Ruark**
DLA Piper Rudnick Gray Cary US LLP
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209
(410) 580-4248
(410) 580-3001 (fax)
maria.ruark@dlapiper.com

**Constellation NewEnergy - Gas Division, LLC**
*(Creditor)*

**Constellation NewEnergy, Inc.**
*(Creditor)*

**Stuart F. Cheney**
General Counsel
Autocam Corporation
Global Headquarters
4436 Broadmoor SE
Kentwood, MI 49512 USA

**Autocam Corporation**
*(Unknown)*

**Mark G. Claypool**
120 West Tenth Street
Erie, PA  16501-1461

**Munot Plastics, Inc.**
*(Creditor)*

**Matrix Tool, Inc.**
*(Creditor)*

**Susan M. Cook**
Lambert, Leser, Isackson, Cook & Giunta
916 Washington Avenue
Suite 309
Bay City, MI 48708
(989) 893-3518
(989) 894-2232 (fax)
smcook@lambertleser.com

**K C Welding Supply, Inc.**
*(Creditor)*

**Linamar Corporation**
*(Creditor)*

**Linamar Holdings, Inc.**
*(Creditor)*

**Patrick M. Costello**
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palto Alto, CA 94306
(650) 857-9500

**Coherent, Inc.**
*(Creditor)*

**Solectron Corporation**
*(Creditor)*

**Michael G. Cruse**
Warner Norcross & Judd, LLP
2000 Town Center
Suite 2700
Southfield, MI 48075
(248) 784-5131
(248) 603-9731 (fax)
mcruse@wnj.com

**Compuware Corporation**
*(Creditor)*

**Gary H. Cunningham**
Kramer Mellen, P.C.
3000 Town Center, Ste. 1700
Southfield, MI 48075-1277
(313) 353-5500

**Specmo Enterprises, Inc.**
*(Unknown)*

**Gary H. Cunningham**
Strobl Cunningham & Sharp, P.C.
300 E. Long Lake Road
Suite 200
Bloomingfield Hills, MI 48304
248-540-2300

**LTC Roll**
*(Unknown)*

**Specmo Enterprises**
*(Unknown)*

**Craig Alan Damast**
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174
(212) 885-5000
(212) 885-5002 (fax)
cadamast@blankrome.com

**Alpine Electronics of America, Inc.**
*(Creditor)*

BO1 15744392.1 / 38968-000001

**Jeffry A. Davis**
DLA Piper Rudnick Gray Cary US LLP
401 B Street
Suite 1700
San Diego, CA 92101
619-699-2810
619-699-2701 (fax)
jeffdavis@graycary.com

**Silicon Laboratories, Inc.**
c/o Jeffry A. Davis
DLA Piper Rudnick Gray Cary US LLP
401 B Street
Suite 1700
San Diego, CA 92101
619-699-2810
619-699-2701 (fax)
jeff.davis@dlapiper.com
*(Creditor)*

**Gerard DiConza**
DiConza Law, P.C.
630 Third Avenue
New York, NY 10017
(212) 682-4940
(212) 682-4942 (fax)
gdiconza@dlawpc.com

**Tyz-All Plastics, Inc.**
*(Creditor)*

**Robert W. Dremluk**
Seyfarth Shaw LLP
1270 Avenue of the Americas
New York, NY 10020-1801
(212) 218-5269
(212) 218-5526 (fax)
rdremluk@seyfarth.com

**Murata Electronics North America Inc.**
2200 Lake Park Drive
Smyrna, GA 30080
770-433-7835
770-433-7606 (fax)
mnakai@murata.com

**Fujikura America, Inc.**
280 Interstate North Circle, S.E.
Atlanta, GA 30339
770-956-7200
770-727-3415 (fax)
bob@fujikura.com
*(Creditor)*

**Robert L. Eisenbach, III**
Cooley Godward LLP
101 California Street
5th Floor
San Francisco, CA 94111-5800
(415) 693-2000
(415) 693-2222 (fax)
reisenbach@cooley.com

**BEI Sensors & Systems Company**
*(Creditor)*

**BEI Technologies, Inc.**
*(Creditor)*

**OSRAM Opto Semiconductors Inc.**
*(Creditor)*

**Judith Elkin**
Haynes and Boone, LLP
153 East 53rd Street
Suite 4900
New York, NY 10022
(212) 659-7300
(212) 918-8989 (fax)
judith.elkin@haynesboone.com

**Amtek Tngineering Limited, et al.**
*(Creditor)*

– 7 –

**Alyssa Englund**
Orrick, Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY 10103
(212) 506-5187
(212) 506-5151 (fax)
aenglund@orrick.com

**American President Lines, Ltd. and APL Co. Pte Ltd.**
*(Creditor)*

**Robert Michael Farquhar**
Winstead Sechrest & Minick, P.C.
1201 Elm Street
Suite 5400
Dallas, TX 75270
(214) 745-5283
(214) 745-5889 (fax)
mfarquhar@winstead.com

**GCi Technologies**
*(Creditor)*

**Richard L. Ferrell**
Taft, Stettinius & Hollister, LLP
425 Walnut Street
1800 Firstar Tower
Cincinnati, OH 45202
(513) 381-2838
(513) 381-0205 (fax)
Ferrell@taftlaw.com

**Wren Industries, Inc.**
c/o Richard L. Ferrell
Taft, Stettinius & Hollister, LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
513-381-2838
513-381-0205 (fax)
ferrell@taftlaw.com
*(Creditor)*

**Charles J. Filardi, Jr.**
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890-1436
203-319-4042
203-259-0251 (fax)
cfilardi@pepehazard.com

**FedEx Trade Networks Transport & Brokerage, Inc.**
150 Eastern Avenue
Chelsea, MA 02150
*(Creditor)*

**Elizabeth K. Flaagan**
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
303-871-7000

**CoorsTek, Inc.**
*(Unknown)*

**ColorsTek, Inc.**
*(Unknown)*

**Corus L.P.**
*(Unknown)*

**Mark T. Flewelling**
Anglin, Flewelling, Rasmussen, Campbell
& Trytten LLP
199 South Los Robles Avenue
Suite 600
Pasadena, CA 91101
626-535-1900

**Stanley Electric Sales of America, Inc.**
*(Creditor)*

BO1 15744392.1 / 38968-000001

**Edward M. Fox**
Kirkpatrick & Lockhart Nicholson Graham
599 Lexington Avenue
New York, NY 10022
(212) 536-4812
212-536-3901 (fax)
efox@klng.com

**Wilmington Trust Company**
Kirkpatrick & Lockhart Nicholson Graham
Attn: Edward M. Fox, Esq.
599 Lexington Avenue
New York, NY 10022
212-536-3900
212-536-3901 (fax)
efox@klng.com
*(Unknown)*

**Wilmington Trust Company**
c/o Kirkpatrick & Lockhart Nicholson Gra
Edward M. Fox, Esq.
599 Lexington Avenue
New York, NY 10022
212-536-3900
212-536-3901 (fax)
efox@klng.com
*(Creditor)*

**Timothy A. Fusco**
Miller, Canfield, Paddock and Stone, PLC
150 W. Jefferson
Suite 2500
Detroit, MI 48226
(313) 496-8435
(313) 496-8452 (fax)
fusco@millercanfield.com

**Fischer Automotive Systems**
*(Creditor)*

**Niles USA, Inc.**
*(Creditor)*

**Techcentral, LLC**
*(Creditor)*

**The Bartech Group, Inc.**
*(Creditor)*

**Ford Motor Company**
*(Creditor)*

**Thomas M. Gaa**
Bialson Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA 94306
(650) 857-9500
(650) 494-2738 (fax)
tgaa@bbslaw.com

**VERITAS Software Corporation**
*(Creditor)*

**Yann Geron**
Fox Rothschild LLP
13 East 37th Street
Suite 800
New York, NY 10016
(212) 682-7575
(212) 682-4218 (fax)
nybkfilings@foxrothschild.com

**M&Q Plastic Products, Inc.**
*(Creditor)*

BO1 15744392.1 / 38968-000001

**Ira P. Goldberg**
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738
847-698-9600
847-698-9624 (fax)

**Scott R. Goldberg**
Quarles & Brady Streich Lang, LLP
One Renaissance Sq.
2 N. Central Avenue
Phoenix, AZ 85004-2391
602-229-5200
602-229-5690 (fax)
sgoldber@quarles.com

**Robert C. Goodrich, Jr.**
Stites & Harbison, PLLC
424 Church Street
Suite 1800
Nashville, TN 37219
(615) 782-2231
(615) 742-4126 (fax)
nashvillebankruptcyfilings@stites.com

**Warren R. Graham**
Davidoff & Malito
305 Third Avenue
34th Floor
New York, NY 10158
212-557-7200
(212) 286-1884 (fax)
wrg@dmlegal.com

**Gary E. Green**
Fagel Haber, LLC
55 East Monroe Street
40th Floor
Chicago, IL 60603
(312) 346-7500
(312) 580-2201 (fax)
ggreen@fagelhaber.com

**John T. Gregg**
Barnes & Thornburg, LLP
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, MI 49503
(616) 742-3930
(616) 742-3999 (fax)
jgregg@btlaw.com

**Century Mold & Tool**
*(Unknown)*

**Scientific Tube, Inc.**
*(Unknown)*

**Semiconductor Components Industries, LLC**
*(Creditor)*

**SETECH INC.**
c/o ROBERT C. GOODRICH JR
STITES & HARBISON PLLC
424 CHURCH ST STE 1800
NASHVILLE, TN 37219
615-782-2231
615-782-2371 (fax)
robert.goodrich@stites.com
*(Interested Party)*
**Tal-Port Industries, LLC**
*(Creditor)*

**Penn Aluminum International, Inc.**
c/o FagelHaber, LLC
55 East Monroe Street
40th Floor
Chicago, IL 60603
(312) 346-7500
(312) 580-2201 (fax)
lnewman@fagelhaber.com

**Priority Health**
c/o John T. Gregg
Barnes & Thornburg LLP
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, MI 49503
(616) 742-3930 (fax) (616) 742-3999
jgregg@btlaw.com
*(Creditor)*

–10–

**Autocam Corporation**
c/o Patrick E. Mears
Barnes & Thornburg LLP
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, MI 49503
(616) 742-3936
(616) 742-3999 (fax)
pmears@btlaw.com
*(Creditor)*

**Stephen H. Gross**
Hodgson Russ LLP
Carnegie Hall Tower
152 West 57th Street, 35th Floor
New York, NY 10019
212-751-4300
sgross@hodgsonruss.com

**Hexcel Corporation**
c/o Stephen H. Gross, Esq.
Hodgson Russ LLP
Carnegie Hall Tower
152 West 57th Street, 35th Floor
New York, NY 10019
212-751-4300
sgross@hodgsonruss.com

**Jonathan P. Guy**
Swidler Berlin LLP
3000 K Streen, NW, Suite 300
Washington, DC 20007
(202) 424-7500
(202) 424-7645 (fax)
jpguy@swidlaw.com

**Sanders Lead Co., Inc.**
*(Creditor)*

**Westwood Associates, Inc.**
*(Unknown)*

**Michael Leo Hall**
Burr & Forman, LLP
420 North 20th Street
Suite 3100
Birmingham, AL 35203
(205) 251-3000
(205) 458-5100 (fax)
mhall@burr.com

**Mercedes-Benz U.S. International, Inc.**
c/o Burr & Forman LLP
420 North 20th Street
Suite 3100
Birmingham, AL 35203
205-251-3000
205-458-5100 (fax)
*(Creditor)*

**Alan D. Halperin**
Halperin Battaglia Raicht LLP
555 Madison Avenue
9th Floor
New York, NY 10022
(212) 765-9100
(212) 765-0964 (fax)
ahalperin@halperinlaw.net

**ARC Automotive, Inc.**
*(Creditor)*

**Brian W. Harvey**
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022
212-813-8829; (fax) 212-355-3333
bharvey@goodwinprocter.com

**DK Acquisition Partners LP**
*(Creditor)*

**Latigo Partners**
*(Creditor)*

| | |
|---|---|
| **William M. Hawkins**<br>Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY 10154<br>(212) 407-4000<br>(212) 407-4990 (fax)<br>whawkins@loeb.com | **Kyocera Industrial Ceramics Corp.**<br>*(Creditor)* |
| **William Heuer**<br>Morgan Lewis & Bockius, LLP<br>101 Park Avenue<br>New York, NY 10178-0060<br>(212) 309-6000<br>(212) 309-6273 (fax)<br>wheuer@morganlewis.com | **Sumitomo Corporation**<br>*(Unknown)* |
| **Jeannette Eisan Hinshaw**<br>Bose McKinney & Evans, LLP<br>135 N. Pennsylvania Street<br>Suite 2700<br>Indianapolis, IN 46204<br>(317) 684-5296<br>(317) 223-0296 (fax)<br>jhinshaw@boselaw.com | **Decatur Plastic Products, Inc.**<br>*(Creditor)*<br><br>**Eikenberry & Associates, Inc.**<br>*(Creditor)*<br><br>**Hewitt Tool & Die, Inc.**<br>*(Creditor)*<br><br>**L&S Tools, Inc.**<br>*(Creditor)*<br><br>**Lorentson Manufacturing Company Southwest, Inc.**<br>*(Creditor)*<br><br>**Lorentson Manufacturing Company, Inc.**<br>*(Creditor)*<br><br>**Lorentson Tooling, Inc.**<br>*(Creditor)* |
| **Shannon E. Hoff**<br>Burr & Forman, LLP<br>420 North 20th Street<br>Suite 3100<br>Birmingham, AL 35203<br>(205) 251-3000<br>(205) 458-5100 (fax)<br>shoff@burr.com | **Mercedes-Benz U.S. International, Inc.**<br>c/o Burr & Forman LLP<br>420 North 20th Street<br>Suite 3100<br>Birmingham, AL 35203<br>205-251-3000<br>205-458-5100 (fax)<br>*(Creditor)* |
| **Hilary Jewett**<br>Foley & Lardner, LLP<br>90 Park Avenue<br>New York, NY 10016<br>(212) 682-7474; (fax) (212) 681-9471<br>hjewett@foley.com | **ABC Technologies, Inc.**<br>*(Unknown)* |

**Roger G. Jones**
Boult Cummings Conners Berry, PLC
1600 Division Street
Suite 700
Nashville, TN 37204
(615) 252-2323
(615) 252-6323 (fax)
rjones@bccb.com

**Calsonic Kansei North America, Inc.**
c/o Austin L. McMullen
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203
615-252-2307
amcmulle@bccb.com
*(Creditor)*

**Andrew C. Kassner**
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
(215) 988-2554
(215) 988-2757 (fax)
andrew.kassner@dbr.com

**Penske Truck Leasing Co., L.P.**
*(Creditor)*

**Thomas H. Keyse**
1700 Lincoln Street
Suite 4000
Denver, CO 80203
303-830-0800
303-830-0800 (fax)

**Primus Metals, Inc.**
*(Unknown)*

**Steve Kieselstein**
Kieselstein LawFirm, PLLC
43 British American Boulevard
Latham, NY 12110
518-785-7800
518-785-7851 (fax)

**NEC Electronics America, Inc.**
*(Creditor)*

**Tracy L. Klestadt**
Klestadt & Winters, LLP
292 Madison Avenue
17th Floor
New York, NY 10017-6314
(212) 972-3000
(212) 972-2245 (fax)
tklestadt@klestadt.com

**Textron Fastening Systems, Inc.**
500 18th Avenue
Rockford, IL 61104
*(Creditor)*

**Hanan B. Kolko**
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway
Suite 501
New York, NY 10018
(212) 239-4999
(212) 239-1311 (fax)
hkolko@msek.com

**International Union of Electronic, Salaried, Machine and Furniture Workers - Communications Workers of America**
Hanan Kolko, Esq.
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway
Suite 501
New York, NY 10018
(212) 239-4999; (fax) (212) 239-1311
hkolko@msek.com
*(Creditor)*

–13–

**Alan M. Koschik**
Brouse McDowell
1001 Lakeside Avenue
Suite 1600
Cleveland, OH 44114
(216) 830-6830
(216) 830-6801 (fax)
akoschik@brouse.com

**Lawrence J. Kotler**
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA 19103
(215) 979-1514
(215) 979-1020 (fax)
ljkotler@duanemorris.com

**Stuart A. Krause**
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY 10022
(212) 223-0400
(212) 753-0396 (fax)
skrause@zeklaw.com

**Darryl S. Laddin**
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363-1031
(404) 873-8120
(404) 873-8121 (fax)
bkrfilings@agg.com

**Goodyear Canada Inc.**
*(Creditor)*

**Goodyear Tire & Rubber Company**
*(Creditor)*

**The GoodyearTire & Rubber Company**
*(Unknown)*

**ACE American Insurance Company**
Attention: Collateral Manager
Two Liberty Place
1601 Chestnut Street
P.O. Box 41484
Philadelphia, PA 19101-1484
*(Creditor)*

**Toyota Tsusho America, Inc.**
*(Unknown)*

**Daishinku (America) Corp. d/b/a KDS America**
c/o Darryl S. Laddin
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363
404.873.8500
404.873.8501 (fax)
dladdin@agg.com
*(Creditor)*

**SBC Telecommunications, Inc.**
c/o Darryl S. Laddin
Arnall Golden Gregory LLP
171 17th Street, NW
Suite 2100
Atlanta, GA 30363
404.873.8500
404.873.8501 (fax)
dladdin@agg.com
*(Creditor)*

BO1 15744392.1 / 38968-000001

**David E. Lemke**
Waller Lansden Dortch & Davis, PLLC
511 Union Street, Suite 2100
P.O. Box 198966
Nashville, TN 37219-8966
(615) 244-6380
(615) 244-6804 (fax)
david.lemke@wallerlaw.com

**Nissan North America, Inc.**
983 Nissan Drive
Smyrna, TN 37167
*(Creditor)*

**Alicia M. Leonhard**
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
212-510-0508
212-668-2255 (fax)

**United States Trustee**
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500
*(U.S. Trustee)*

**Ira M. Levee**
Lowenstein Sandler, P.C.
65 Livingston Ave
Roseland, NJ 07068
(973) 597-2480
(973) 597-2400 (fax)
ilevee@lowenstein.com

**Lead Plaintiff and the Prospective Class**
*(Plaintiff)*

**Jill Levi**
Todd & Levi, LLP
444 Madison Avenue
New York, NY 10022
(212) 308-7400
(212) 308-8450 (fax)
jlevi@toddlevi.com

**Bank of Lincolnwood**
4433 W. Touhey Avenue
Lincolnwood, IL 60712
(847) 767-6070
jrlatty@aol.com
*(Creditor)*

**Jeffrey M. Levinson**
Margulies & Levinson, LLP
30100 Chagrin Blvd.
Suite 250
Pepper Pike, OH 44124
(216) 514-5997
(216) 514-4936 (fax)
jml@ml-legal.com

**Venture Plastics, Inc.**
*(Creditor)*

**John S. Mairo**
Porzio Bromberg & Newman, P.C.
100 Southgate Parkway
Morristown, NJ 07962-1997
(973) 889-4107
(973) 538-5146 (fax)
jsmairo@pbnlaw.com

**Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc.**
*(Creditor)*

–15–

**Jacob A. Manheimer**
Pierce Atwood
One Monument Square
Portland, ME 04101
(207) 791-1100
(207) 791-1350 (fax)
jmanheimer@pierceatwood.com

**FCI USA, Inc.**
c/o Keith J. Cunningham
Pierce Atwood LLP
One Monument Square
Portland, ME 04101
*(Creditor)*

**Kayalyn A. Marafioti**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
(212) 735-3000
(212) 735-2000 (fax)
kmarafio@skadden.com

**Delphi Corporation**
5725 Delphi Drive
Troy, MI 48098
*(Debtor)*

**Thomas J. Matz**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522
(212) 735-3000
(917) 735-2000 (fax)
tmatz@skadden.com

**Delphi Corporation**
5725 Delphi Drive
Troy, MI 48098
*(Debtor)*

**Daniel P. Mazo**
Curtin & Heefner, LLP
250 N. Pennsylvania Avenue
Morrisville, PA 19067
(215) 736-2521
(215) 736-3647 (fax)
dpm@curtinheefner.com

**Greer Stop Nut, Inc.**
*(Creditor)*

**NSS Technologies, Inc.**
*(Creditor)*

**SPS Technologies Waterford Company**
*(Unknown)*

**SPS Technologies, LLC**
156 Township Line Road
2 Pitcairn Place, Suite 200
Jenkintown, PA 19046
*(Creditor)*

**Michael K. McCrory**
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204
(317) 231-7267
(317) 231-7433 (fax)
michael.mccrory@btlaw.com

**Gibbs Die Casting Corporation**
c/o Michael K. McCrory
c/o Wendy D. Brewer
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
317 236-1313
317 231-7433 (fax)
wendy.brewer@btlaw.com
*(Creditor)*

BO1 15744392.1 / 38968-000001

**Timothy S. McFadden**
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, IL 60603
(312) 443-0700
(312) 443-0336 (fax)
tmcfadden@lordbissell.com

**Austin L. McMullen**
Boult Cummings Conners & Berry
1600 Division Street
Suite 700
Nashville, TN 37203
(615) 252-2307
(615) 252-6307 (fax)
amcmulle@bccb.com

**Methode Electronics, Inc., and its Affiliates**
115 South LaSalle Street
Chicago, IL 60603
(312) 443-0700
(312) 443-0336 (fax)
tmcfadde@lordbissell.com
*(Creditor)*

**Calsonic Kansei North America, Inc.**
c/o Austin L. McMullen
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203
615-252-2307
amcmulle@bccb.com
*(Creditor)*

**Calsonic Harrison Co., Ltd.**
c/o Austin L. McMullen
Boult, Cummings, Conners & Berry
1600 Division St., Ste. 700
Nashville, TN 37203
615-252-2307
amcmulle@bccb.com
*(Creditor)*

**Calsonic North America, Inc.**
c/o Austin L. McMullen
Boult, Cummings, Conners & Berry
1600 Division St., Ste. 700
Nashville, TN 37203
615-252-2307
amcmulle@bccb.com
*(Creditor)*

**Patrick E. Mears**
Barnes & Thornburg LLP
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, MI 49503
(616) 742-3936
(616) 742-3999 (fax)
patrick.mears@btlaw.com

**Armada Rubber Manufacturing Company**
c/o Patrick E. Mears
Barnes & Thornburg LLP
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, MI 49503
(616) 742-3936
(616) 742-3999 (fax)
pmears@btlaw.com
*(Creditor)*

**Autocam Corporation**
c/o Patrick E. Mears
Barnes & Thornburg LLP
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, MI 49503
(616) 742-3936
(616) 742-3999 (fax)
pmears@btlaw.com
*(Creditor)*

**Bank of America Leasing & Capital, LLC**
c/o Patrick E. Mears
Barnes & Thornburg LLP
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, MI 49503
(616) 742-3936
(616) 742-3999 (fax)
pmears@btlaw.com
*(Creditor)*

**Cascade Die Casting Group, Inc.**
c/o Patrick E. Mears, Esq.
Barnes & Thornburg LLP
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, MI 49503
(616) 742-3936
(616) 742-3999 (fax)
pmears@btlaw.com
*(Creditor)*

**Derek F. Meek**
Burr & Forman, LLP
420 North 20th Street
Suite 3100
Birmingham, AL 35203
(205) 458-5471
(205) 244-5679 (fax)
dmeek@burr.com

**Robert N. Michaelson**
Kirkpatrick & Lockhart, LLP
599 Lexington Avenue
New York, NY 10022
(212) 536-3900
(212) 536-3901 (fax)
rmichaelson@kl.com

**Hyundai Motor Manufacturing Alabama, LLC**
c/o Burr & Forman LLP
420 North 20th Street
Suite 3100
Birmingham, AL 35203
205-458-5100
205-251-3000 (fax)
*(Creditor)*

**PHILIPS SEMICONDUCTORS, INC.**
*(Creditor)*

**Philips Optical Storage**
*(Creditor)*

**MOBILE DISPLAY SYSTEMS**
*(Creditor)*

-18-

**ASSEMBLEON AMERICA, INC.**
*(Creditor)*

**Kathleen M. Miller**
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
7th Floor
Wilmington, DE 19899
(302) 652-8400
(303) 652-8405 (fax)
kmm@skfdelaware.com

**Airgas, Inc.**
*(Creditor)*

**Alan K. Mills**
Barnes & Thornburg, LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 231-7239
(317) 231-7433 (fax)
amills@btlaw.com

**Mays Chemical Company**
c/o Alan K. Mills
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
317 236-1313
317 231-7433 (fax)
alan.mills@btlaw.com
*(Creditor)*

**Joseph Thomas Moldovan**
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022-4731
(212) 735-8600
(212) 735-8708 (fax)
bankruptcy@morrisoncohen.com

**Blue Cross and Blue Shield of Michigan**
*(Creditor)*

**James P. Moloy**
Dann Pecar Newman & Kleiman, P.C.
One American Square
Suite 2300
Box 82008
Indianapolis, IN 46282
(317) 632-3232
(317) 632-2962 (fax)

**Filters Unlimited, Inc.**
*(Creditor)*

**Audrey E. Moog**
Hogan & Hartson L.L.P.
555 Thirteenth Street, N.W.
Washington, DC 20004
(202) 637-8313
(202) 637-5910 (fax)
amoog@hhlaw.com

**Umicore Autocat Canada Corp.**
In Care Of: Edward C. Dolan
Hogan & Hartson LLP, Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004-1109
202-637-5600
202-637-5910 (fax)
ecdolan@hhlaw.com
*(Unknown)*

BO1 15744392.1 / 38968-000001

**Brian F. Moore**
McCarter & English, LLP
245 Park Avenue
New York, NY 10167
(212) 609-6818
(212) 609-6921 (fax)
bmoore@mccarter.com

**Ward Products, LLC**
*(Creditor)*

**Alisa Mumola**
Contrarian Capital Management, LLC
411 W. Putnam Ave
Ste. 225
Greenwich, CT 06830
203-862-8211
203-629-1977 (fax)
alisa@contrariancapital.com

**Contrarian Capital Management, LLC**
411 West Putnam Avenue
Suite 225
Greenwich, CT 06830
203-862-8200
203-629-1977 (fax)
*(Interested Party)*

**Lauren Newman**
Fagle Haber, LLC
55 East Monroe Street
40th Floor
Chicago, IL 60603
(312) 346-7500
(312) 580-2201 (fax)
inewman@fagelhaber.com

**Penn Aluminum International, Inc.**
c/o FagelHaber, LLC
55 East Monroe Street
40th Floor
Chicago, IL 60603
(312) 346-7500
(312) 580-2201 (fax)
lnewman@fagelhaber.com
*(Creditor)*

**Ingrid S. Palermo**
Harter, Secrest & Ernery, LLP
1600 Bausch & Lomb Place
Rochester, NY 14604
(585) 232-6500
(585) 232-2152 (fax)
ipalermo@hselaw.com

**P & R Industries, Inc.**
1524 Clinton Ave. North
Rochester, NY 14621
*(Creditor)*

**Lowell Peterson**
Meyer, Suozzi, English & Klein
1350 Broadway, Suite 501
New York, NY 10018
(212) 239-4999
(212) 239-1311 (fax)
lpeterson@msek.com

**United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO**
Five Gateway Center
Suite 807
Pittsburgh, PA 15222
4125622549
*(Creditor)*

**Ronald R. Peterson**
Jenner & Block, LLC
One IBM Plaza
Chicago, IL 60611-7603
(312) 222-9350
(312) 840-7381 (fax)
rpeterson@jenner.com

**Alcan Rolled Products-Ravenswood, LLC**
*(Creditor)*

**SPX Corporation**
*(Creditor)*

**Alex Pirogovsky**
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602
(312) 977-4104
(312) 977-4405 (fax)
apirogovsky@uhlaw.com

**Alex Pirogovsky**
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602
(312) 977-4400
(312) 977-4405 (fax)
apirogovsky@uhlaw.com
*(Attorney)*

**Gregg E. Szilagyi**
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602
(312) 977-4400
(312) 977-4405 (fax)
geszilagyi@uhlaw.com
*(Attorney)*

**Constantine Pourakis**
Stevens & Lee, P.C.
485 Madison Avenue
New York, NY 10022
(212) 319-8500
(212) 319-8505 (fax)
cp@stevenslee.com

**Wamco, Inc**
*(Creditor)*

**Tonolli Canada Ltd.**
*(Creditor)*

**VJ Technologies, Inc. and V.J. ElectroniX, Inc**
*(Creditor)*

**Sandra A. Reimer**
666 Fifth Avenue
New York, NY 10103

**Rob Charles**
*(Unknown)*

**Susan M. Freeman**
*(Unknown)*

**Steven J. Reisman**
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178
212-696-6065
(212) 697-1559 (fax)
sreisman@cm-p.com

**Flextronics International USA, Inc.**
*(Creditor)*

**Flextronics International Asia-Pacific Ltd. and Flextronics Technology (M) Sdn. Bhd.**
*(Creditor)*

**Multek Flexible Circuits, Inc., Sheldahl de Mexico S.A. de C.V., Northfield Acquisition Co.** *(Creditor)*

**Kenneth A. Reynolds**
Pryor & Madelup, LLP
675 Old Country Road
Westbury, NY 11590
rpryor@epitrustee.com

**National Molding Corp.**
*(Creditor)*

**Security Plastics Division/NMC, LLC**
*(Creditor)*

BO1 15744392.1 / 38968-000001

**Kenneth A. Reynolds**
Pryor & Mandelup, LLP
675 Old Country Road
Westbury, NY 11590
(516) 997-0999
(516) 333-7333 (fax)
kar@pryormandelup.com

**National Molding Corp.**
*(Creditor)*

**Security Plastics Division/NMC, LLC**
*(Creditor)*

**Geoffrey A. Richards**
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2131
(312) 660-0921 (fax)
grichards@kirkland.com

**Lunt Manufacturing Company**
*(Creditor)*

**Craig Philip Rieders**
Genovese Joblove & Battista, PA
100 SE. Second St., 44th Floor
Miami, FL 33131
(305) 349-2300
(305) 349-2310 (fax)
crieders@gjb-law.com;gisabelle@gjb-law.com

**Ryder Integrated Logistics, Inc.**
c/o Craig P. Rieders, Esq
Genovese Joblove & Battista, PA
100 Southeast 2nd Street
Suite 4400
Miami, Fl 33131
(305) 349-2300
(305) 349-2310 (fax)
crieders@gjb-law.com
*(Creditor)*

**Sandra A. Riemer**
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084
(212) 841-0589
(212) 262-5152 (fax)
sriemer@phillipsnizer.com

**Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc.**
*(Creditor)*

**Harold Ritvo**
Harold Ritvo, P.C.
One University Plaza
Hackensack, NJ 07601
201-487-5600
201-487-5850 (fax)

**Taurus International Corporation**
*(Unknown)*

**Jean R. Robertson**
McDonald Hopkins Co., LPA
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114
(216) 348-5400
(216) 348-5474 (fax)
jrobertson@mcdonaldhopkins.com

**Brush Engineered Materials**
17876 St. Clair Avenue
Cleveland, OH 44110
*(Creditor)*

BO1 15744392.1 / 38968-000001

**Scott D. Rosen**
Cohn, Birnbaum & Shea, P.C.
100 Pearl Street
Hartford, CT 06103
(860) 493-2200
(860) 727-0361 (fax)
srosen@cb-shea.com

**Floyd Manufacturing Co., Inc.**
105 Clark Drive
East Berlin, CT 06023
*(Creditor)*

**Robert J. Rosenberg**
Latham & Watkins
885 Third Avenue
New York, NY 10022
(212) 906-1200
(212) 751-4864 (fax)
robert.rosenberg@lw.com

**The Official Committee Of Unsecured Creditors**
*(Creditor Committee)*

**Robert B. Rubin**
Burr & Forman LLP
420 Twentieth Street North
Birmingham, AL 35023
(205) 458-5351
(205) 458-5100 (fax)
brubin@burr.com

**Hyundai Motor Manufacturing Alabama, LLC**
c/o Burr & Forman LLP
420 North 20th Street
Suite 3100
Birmingham, AL 35203
205-458-5100
205-251-3000 (fax)
*(Creditor)*

**Diane W. Sanders**
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760
(512) 447-6675
(512) 443-5114 (fax)
austin.bankruptcy@publicans.com

**Cameron County, Brownsville ISD**
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson LLP
P.O. Box 17428
Austin, TX 78760
*(Creditor)*

**Thomas P. Sarb**
Miller Johnson
250 Monroe Avenue, NW
Suite 800
Grand Rapids, MI 49503
(616) 831-1700
(616) 831-1701 (fax)
ecfsarbt@millerjohnson.com

**Pridgeon & Clay, Inc.**
c/o Miller Johnson
PO Box 306
Grand Rapids, MI 49501-0306
*(Creditor)*

**Lawrence M. Schwab**
BIALSON, BERGEN & SCHWAB, Esq.
2600 El Camino Real
Suite 300
Palto Alto, CA 94306
650-857-9500
650-494-2738 (fax)

**Solectron Corporation**
*(Creditor)*

**Bryan I. Schwartz**
Levenfeld Pearlstein LLC
2 North LaSalle Street
Suite 1300
Chicago, IL 60602
312-346-8380
312-346-8434 (fax)

**KL Industries, Inc.**
*(Unknown)*

**Jay Selanders**
Daniels & Kaplan, P.C.
2405 Grand Blvd.
Suite 900
Kansas City, MO 64108
(816) 221-3000
(816) 221-3006 (fax)
selanders@danielsandkaplan.com

**DaimlerChrysler Motors Company, LLC, DaimlerChrysler Corporation, DaimlerChrysler Canada Inc.**
Daniels & Kaplan, P.C.
2405 Grand Blvd, Suite 900
Kansas City, MO 64108-2519
816-221-3000
816-221-3006 (fax)
selanders@danielsandkaplan.com
*(Attorney)*

**Mark A. Shaiken**
Stinson Morrison Hecker, LLP
1201 Walnut Street, Suite 2700
Kansas City, MO 64106
(816) 842-8600
(816) 691-3495 (fax)
mshaiken@stinsonmoheck.com

**ThyssenKrupp Stahl Company**
*(Creditor)*

**ThyssenKrupp Waupaca, Inc.**
*(Creditor)*

**Andrea Sheehan**
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205
(214) 521-8000
(214) 521-1738 (fax)
sheehan@txschoollaw.com

**Carrollton-Farmers Branch Independent School District**
c/o Andrea Sheehan
Law Offices of Robert E. Luna, PC
4411 North Central Expressway
Dallas, TX 75205
214-521-8000
214-521-1738 (fax)
sheehan@txschoollaw.com
*(Creditor)*

**Andrew Howard Sherman**
Sills Cummis Epstein & Gross P.C.
30 Rockefeller Plaza
New York, NY 10112
(212)643-6982
(973) 643-6500 (fax)
asherman@sillscummis.com

**Hewlett-Packard Financial Services Company**
*(Creditor)*

**Joseph E. Shickich, Jr.**
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle, WA 98154-1065
(206) 624-3600
(206) 389-1708 (fax)
jshickich@riddellwilliams.com

**Wallace A. Showman**
1350 Avenue of the Americas
29th Floor
New York, NY 10019
(212) 246-6820
(212) 581-8958 (fax)
was@showmanlaw.com

**Microsoft Corporation and Microsoft Licensing, GP**
c/o Joseph E. Shickich, Jr.
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle, WA 98154-1192
*(Interested Party)*

**Rassini, S.A. de C.V.**
c/o Ajamie LLP
711 Louisiana
Suite 2150
Houston, TX 77002
713-860-1600
713-860-1699 (fax)
tajamie@ajamie.com
*(Creditor)*

**SANLUIS Rassini International, Inc.**
c/o Ajamie LLP
711 Louisiana
Suite 2150
Houston, TX 77002
713-860-1600
713-860-1699 (fax)
tajamie@ajamie.com
*(Creditor)*

**Robert J. Sidman**
Vorys, Sater, Seymour and Pease, LLP
52 East Gay Street
Columbus, OH 43216-1008
(614) 464-6422
(614) 719-4962 (fax)
rjsidman@vssp.com

**Honda of America Mfg, Inc.**
c/o Robert J. Sidman
Vorys, Sater, Seymour and Pease LLP
52 E. Gay Street
P.O. Box 1008
Columbus, OH 43216-1008
614-464-6422
614-719-4962 (fax)
rjsidman@vssp.com
*(Interested Party)*

**Sam O. Simmerman**
Krugliak, Wilkins, Griffiths
& Dougherty Co., L.P.A.
4775 Munson Street NW
Canton, OH 44718
(330) 497-0700
(330) 497-4020 (fax)
sosimmerman@kwgd.com

**Millwood, Inc.**
986 Tibbetts-Wick Road
Girard, OH 44420
*(Unknown)*

**Marc P. Solomon**
Burr & Forman LLP
420 North 20th Street
Suite 3100
Birmingham, AL 35203
(205) 458-5281
(205) 244-5733 (fax)
msolomon@burr.com

**Hyundai Motor Manufacturing Alabama, LLC**
c/o Burr & Forman LLP
420 North 20th Street
Suite 3100
Birmingham, AL 35203
205-458-5100
205-251-3000 (fax)
*(Creditor)*

**Mark R. Somerstein**
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10178
(212) 808-7580
(212) 808-7897 (fax)
msomerstein@kelleydrye.com

**Pension Benefit Guaranty Corporation**
*(Creditor)*

**Brian D. Spector**
Spector & Ehrenworth, P.C.
30 Columbia Turnpike
Florham Park, NJ 07932-2261
(973) 593-4800
(973) 593-4848 (fax)
bspector@selawfirm.com

**Hitachi Automotive Products (USA), Inc.**
Hitachi America, Ltd.
Attn: Tillie Lim, Esq.
50 Prospect Avenue
Tarrytown, NY 10591-4698
*(Creditor)*

**James M. Sullivan**
McDermott, Will & Emery
50 Rockefeller Center
New York, NY 10020
(212) 547-5400
(212) 547-5444 (fax)
jmsullivan@mwe.com

**Linear Technology Corporation**
McDermott Will & Emery LLP
50 Rockefeller Plaza
New York, NY 10020
212-547-5400
jmsullivan@mwe.com
*(Interested Party)*

**Robert Szwajkos**
Curtin & Heefner, LLP
250 N. Pennsylvania Avenue
Morrisville, PA 19067
(215) 736-2521
(215) 736-3647 (fax)
rsz@curtinheefner.com

**SPS Technologies, LLC**
156 Township Line Road
2 Pitcairn Place, Suite 200
Jenkintown, PA 19046
*(Creditor)*

**Gordon J. Toering**
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503
(616) 752-2185
(616) 222-2185 (fax)
gtoering@wnj.com

**Robert Bosch Corporation**
*(Creditor)*

BO1 15744392.1 / 38968-000001

**Laura L. Torrado**
Bear, Stearns & Co
383 Madison Avenue 8th Floor
New York, NY 10179
(212) 272-7811
(212) 272-8629 (fax)
ltorrado@bear.com

**Bear Stearns Investment Products, Inc.**
*(Unknown)*

**Raymond J. Urbanik**
Munsch Hardt Kopf & Harr, P.C.
1445 Ross Avenue
Suite 4000
Dallas, TX 75202
(214) 855-7590
(214) 978-4374 (fax)
rurbanik@munsch.com

**Texas Instruments Incorporated**
*(Creditor)*

**Robert Usadi**
Cahill Gordon & Reindel
80 Pine Street
New York, NY 10005
212-701-3700
212-269-5420 (fax)
rusadi@cahill.com

**Engelhard Corporation**
*(Creditor)*

**Shmuel Vasser**
Edwards &Angell, LLP
750 Lexington Avenue
New York, NY 10022
(212) 912-2843
(888) 325-4844 (fax)
svasser@EdwardsAngell.com

**Speedline Technologies, Inc.**
*(Interested Party)*

**Joseph J. Vitale**
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036
(212) 356-0238
(646) 473-8238 (fax)
jvitale@cwsny.com

**International Union, UAW**
Solidarity House
8000 East Jefferson Avenue
Detroit, MI 48214
(313) 926-5216
(313) 926-5240 (fax)
nganatra@uaw.net
*(Creditor)*

**Michael D. Warner**
Warner, Stevens & Doby, L.L.P.
301 Commerce Street
Suite 1700
Fort Worth, TX 76102
(817) 810-5250
(817) 810-5255 (fax)
bankruptcy@warnerstevens.com

**Electronic Data Systems Corp & EDS Information Services, LLC**
*(Creditor)*

BO1 15744392.1 / 38968-000001

**Robert K. Weiler**
Green & Seifter, PLLC
One Lincoln Center
Suite 900
110 West Fayette Street
Syracuse, NY 13202
(315) 422-1391
(315) 423-2870 (fax)
rweiler@greenseifter.com

**Carlisle Engineered Products, Inc.**
*(Creditor)*

**Elizabeth Weller**
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201-2691
(214) 880-0089
(469) 221-5003 (fax)
dallas.bankruptcy@publicans.com

**Dallas County**
c/o Linebarger Goggan Blair & Sampson
Elizabeth Weller
2323 Bryan St., Suite 1600
Dallas, TX 75201
214-880-0089
469-221-5002 (fax)
*(Creditor)*

**Tarrant County**
c/o Linebarger Goggan Blair & Sampson
Elizabeth Weller
2323 Bryan St., Suite 1600
Dallas, TX 75201
214-880-0089
469-221-5002 (fax)
*(Creditor)*

**Robert A White**
Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, CT 06103
(860) 240-6000
(860) 240-6150 (fax)
rwhite@murthalaw.com

**Lydall Thermal/Acoustical Sales Co. LLC**
*(Creditor)*

**Stephen L. Yonaty**
Hodgson Russ, LLP
One M & T Plaza
Suite 2000
Buffalo, NY 14203
(716) 856-4000
(716) 849-0349 (fax)
syonaty@hodgsonruss.com

**Jideco of Bardstown, Inc.**
901 Withrow Court
Bardstown, KY 40004
*(Creditor)*

**Curtis Screw Company, LLC**
50 Theilman Drive
Buffalo, NY 14206
*(Creditor)*

**Metal Cladding, Inc.**
230 South Niagara Street
Lockport, NY 14094
*(Creditor)*

**Outokumpu Copper Nippert, Inc.**
801 Pittsburgh Drive
Delaware, OH 43105
*(Creditor)*

**Unifrax Corporation**
2351 Whirlpool Street
Niagara Falls, NY 14035
*(Creditor)*

**Voss Manufacturing, Inc.**
2345 Lockport Road
Sanborn, NY 14132
*(Creditor)*

**Peter Alan Zisser**
Holland & Knight, LLP
195 Broadway
New York, NY 10007
(212) 513-3200
(212) 385-9010 (fax)

**New York Power Authority**
*(Interested Party)*

BO1 15744392.1 / 38968-000001