UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No.  05-44481 (RDD)<br><br>(Jointly Administered) |

## APPLICATION TO ADMIT SHARON L. LEVINE *PRO HAC VICE*

Sharon L. Levine ("Applicant") hereby submits this application for admission *pro hac vice* pursuant to Local Bankruptcy Rule 2090-1(b).  In support hereof, pursuant to 28 U.S.C. § 1746, Applicant states as follows:

1. Applicant is a member of the law firm of Lowenstein Sandler with offices at, 65 Livingston Avenue, Roseland, New Jersey 07068.

2. Applicant is a member in good standing of the bar in the State of New Jersey, and of the bar of the U.S. District Court of New Jersey.   Applicant is not currently, nor has she ever been, subject to any disciplinary action.

3. Applicant wishes to be admitted *pro hac vice* to represent Cerberus Capital Management, L.P. a creditor and party in interest in the above-referenced case.

4. Applicant agrees to pay the required filing fee upon the entry of an order granting Applicant permission to practice *pro hac vice* before this Court in the jointly administered cases.

**WHEREFORE**, Applicant respectfully requests the entry of an Order permitting her to appear *pro hac vice* on behalf of the Cerberus and before this Court in this case.

Dated: October 27, 2005

Respectfully submitted,

/s/ Sharon Levine, Esq.
Sharon Levine (SL2109)
Kenneth A. Rosen (KR4963)
Scott Cargill, Esq. (SC-4827)
**LOWENSTEIN SANDLER, PC**
1330 Avenue of the Americas
New York, New York 10019
Tel.: (212) 262-6700

*Attorneys for Cerberus Capital Management, L.P.*