**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al.* | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING APPLICATION**
**TO ADMIT SHARON L. LEVINE *PRO HAC VICE***

Upon consideration of the Application to Admit Sharon L. Levine *Pro Hac Vice*, and good and sufficient cause appearing therefore, it is hereby

**ORDERED** that Sharon L. Levine be, and hereby is, admitted *pro hac vice* to practice before this Court in the above-referenced matter pursuant to Local Bankruptcy Rule 2090-1(b) subject only to the payment of the filing fee.

Dated:

_____
United States Bankruptcy Judge