NELSON MULLINS RILEY &
SCARBOROUGH, L.L.P.
Counsel for Dätwyler i/o devices
(Americas), Inc.
Meridian Building, Seventeenth Floor
1320 Main Street
Post Office Box 11070 (29211)
Columbia, SC  29201
(803) 799-2000
GEORGE B. CAUTHEN (GBC-5268)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | CASE NO.  05-44481 (RDD) |
| | ) | |
| Delphi Corporation, *et al.*, | ) | CHAPTER  11 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## NOTICE OF RECLAMATION DEMAND
## OF DÄTWYLER I/O DEVICES (AMERICAS), INC.

PLEASE TAKE NOTICE that a written reclamation demand was mailed on October 28, 2005 by Dätwyler i/o devices (Americas), Inc.   A copy of Dätwyler i/o devices (Americas), Inc.'s reclamation demand, along with the attachments thereto and proof of mailing, are attached hereto as Exhibit A and are incorporated herein by reference.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

By: /s/ George B. Cauthen
        George B. Cauthen (*pro hac vice pending*)
        Jody A. Bedenbaugh (*pro hac vice pending*)
        Meridian Building, Seventeenth Floor
        1320 Main Street
        Post Office Box 11070 (29211)
        Columbia, SC  29201
        (803) 799-2000

Attorneys for Dätwyler i/o devices (Americas), Inc.

October 28, 2005
Columbia, South Carolina

EXHIBIT A

# Nelson
# Mullins

**Nelson Mullins Riley & Scarborough LLP**

Attorneys and Counselors at Law

1320 Main Street / 17th Floor / Columbia, South Carolina 29201

Tel: 803.799.2000  Fax: 803.256.7500

www.nelsonmullins.com

George B. Cauthen

Certified Bankruptcy Specialist

By the South Carolina Supreme Court

(Admitted in SC & FL)

803.255.9425

george.cauthen@nelsonmullins.com

October 28, 2005

**Via Federal Express and Certified Mail – Return Receipt Requested**

John Wm. Butler, Jr., Esquire
Skadden Arps Slate Meagher & Flom (IL)
333 West Wacker Drive
Chicago, IL  60606-1285

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098

Re:     Delphi Corporation
        Case No. 05-44481-rdd; Dätwyler i/o devices (Americas), Inc. – Reclamation Claim
        Our File No. 19922/01500

Dear Jack and Sir or Madam:

This Firm has been engaged to represent Dätwyler i/o devices (Americas), Inc. in connection with the above-referenced bankruptcy.  Pursuant to applicable state law and Section 546(c) of the United States Bankruptcy Code, demand is hereby made upon you to return all goods received during the period referred to in these statutes.   Specifically, this demand includes without limitation the goods identified on the enclosed schedule and invoices.

Please contact me at your earliest convenience for instructions regarding the return of the goods.  In light of the bankruptcy filing, please note that all goods subject to Dätwyler i/o devices (Americas), Inc.'s right of reclamation must be protected and segregated by the Debtor and shall not be used for any purpose whatsoever except those specifically authorized following notice and a hearing by the Bankruptcy Court.

This reclamation right is separate and independent of that of Dätwyler Rubber & Plastics, Inc. and Dätwyler, Inc., which were previously sent to you.

John Wm. Butler, Jr., Esquire
October 28, 2005
Page 2

I look forward to speaking with you soon.

Very truly yours,

George B. Cauthen

GBC:jb11
Enclosure

cc:    Amy Jenkins, Esquire
       Mr. Willy Ruefenacht

**Daetwyler i/o devices (Americas), Inc.**
4155 Shackleford Road, Suite 240
Norcross, GA. USA 30093
Phone        (678)684-5400
Fax           (678)684-5428
salesamericas@diod.com
www.diod.com
D&B # 02-106-1080

**Dätwyler i/o** devices

Supplier # **021061080**

Daetwyler i/o devices (Americas), Inc.
4155 Shackleford Rd, Suite 240
Norcross, GA 30093
Attn: Teresa Dempster- Finance Manager
Teresa.dempster@diod.com
(678)684-5410

**Billing**

September 28, 2005      to      October 8, 2005

Total Invoice Amount      **$11,631.00**

| # | Delphi Part Number | Customer PO Number | Invoice Date | Invoice Number | Quantity Shipped | Unit Price | Total $ Amount | Packing Slip # |
|---|---|---|---|---|---|---|---|---|
| 1 | 746-76268 | 9571-54513 | 9/28/2005 | 3621202 | 6000 | $0.165 | $990.00 | 3511753 |
| 2 | 746-76269 | 9571-54514 | 9/28/2005 | 3621203 | 10000 | $0.088 | $880.00 | 3511754 |
| 3 | 746-76270 | 9571-54515 | 9/28/2005 | 3621204 | 4000 | $0.100 | $398.00 | 3511755 |
| 4 | 746-76271 | 9571-54516 | 9/28/2005 | 3621205 | 6000 | $0.088 | $528.00 | 3511756 |
| 5 | 767-75690 | 9571-053697 | 9/28/2005 | 3621223 | 6600 | $0.130 | $858.00 | 3511750 |
| 6 | 746-75880 | 9571-053997 | 9/28/2005 | 3621224 | 5000 | $0.138 | $690.00 | 3511751 |
| 7 | 746-79769 | 9571-053855 | 9/28/2005 | 3621225 | 8500 | $0.083 | $705.50 | 3511752 |
| 8 | 746-75881 | 9571-053998 | 9/28/2005 | 3621226 | 5000 | $0.128 | $640.00 | 3511757 |
| 9 | 767-75680 | 9571-053698 | 9/29/2005 | 3621235 | 6300 | $0.130 | $819.00 | 3511783 |
| 10 | 767-75690 | 9571-053697 | 9/30/2005 | 3621267 | 6600 | $0.130 | $858.00 | 3511806 |
| 11 | 746-76268 | 9571-54513 | 10/4/2005 | 3621290 | 6000 | $0.165 | $990.00 | 3511856 |
| 12 | 746-79770 | 9571-053856 | 10/4/2005 | 3621299 | 5000 | $0.095 | $475.00 | 3511855 |
| 13 | 746-76269 | 9571-54514 | 10/5/2005 | 3621300 | 6000 | $0.088 | $528.00 | 3511857 |
| 14 | 746-76270 | 9571-54515 | 10/5/2005 | 3621301 | 4000 | $0.100 | $398.00 | 3511858 |
| 15 | 746-76271 | 9571-54516 | 10/5/2005 | 3621302 | 6000 | $0.088 | $528.00 | 3511859 |
| 16 | 746-79769 | 9571-053855 | 10/5/2005 | 3621305 | 8500 | $0.083 | $705.50 | 3511854 |
| 17 | 746-75881 | 9571-053998 | 10/5/2005 | 3621306 | 5000 | $0.128 | $640.00 | 3511860 |

**Daetwyler i/o devices (Americas), inc.**
4155 Shackleford Rd. Suite 240
Norcross, GA. USA 30093
Phone +1-678-684 54 00
Fax   +1-678-684 54 28
salesamericas@diod.com
www.diod.com
Fed ID: 91-1948103



Delphi Mechatronic Systems
615 Elca Lane, Suite A
Brownsville TX  78521

## Invoice

Number / Date
3621202 / 09/28/2005
Your Purchase Order Number
9571-54513
Delivery Note Number / Date
3511753 / 09/26/2005
Order Number
3203462
Customer Number
101286
Our Reference
invalid

Payment Terms:        Within 60 days Due net

Delivery Terms:        FOB Norcross, GA
                       Please include 2 packing slips per Delphi routing instructions
                       1Z0YR1850340570546

| Pos. | Material Description | Quantity | Unit | Single Value | | Value in USD |
|------|--------------------|----------|------|--------------|---|---------------|
| 000710 | K0A30103A 746-76268 approved keypad (V) | 6.000 | PC | 16.50  USD | 100  PC | 990.00 |

| | | | | | |
|---|---|---|---|---|---|
| Total Positions | | | | | 990.00 |
| State Sales Tax | | 0.00  % | | 990.00 | 0.00 |
| **Total** | | | | | **990.00** |

REMIT CHECK PAYMENTS TO:          DAETWYLER I/O DEVICES (AMERICAS) INC - P. O. 404868, Atlanta, GA 30384-4868
FOR INTERNATIONAL WIRE PAYMENTS:  DAETWYLER I/O DEVICES (AMERICAS) Inc - Bank of America, New York, NY 10001
                                  Account # 003284478072, ABA/Routing # 026009593 - Swift # BOFAUS3N

**Dätwyler i/o** devices

Daetwyler i/o devices (Americas), Inc.
4155 Shackleford Rd. Suite 240
Norcross, GA USA 30093
Phone +1-678-684 54 00
Fax    +1-678-684 54 28
salesamericas@diod.com
www.diod.com
Fed ID: 91-1948103

Delphi Mechatronic Systems
615 Elca Lane, Suite A
Brownsville TX 78521

## Invoice

Number / Date
3621203 / 09/28/2005
Your Purchase Order Number
9571-54514
Delivery Note Number / Date
3511754 / 09/26/2005
Order Number
3203463
Customer Number
101286
Our Reference
invalid

Payment Terms:       Within 60 days Due net

Delivery Terms:       FOB Norcross, GA
                      Please include 2 packing slips per Delphi routing instructions
                      1Z0YR1850342349443

| Pos. | Material<br>Description | Quantity  Unit | Single Value | | Value<br>in USD |
|------|-------------------------|----------------|--------------|--|-----------------|
| 000670 | K0A30104A<br>746-76269<br>approved keypad (T) | 10,000  PC | 8.80  USD  100  PC | | 880.00 |

| | | | | |
|---|---|---|---|---|
| Total Positions | | | | 880.00 |
| State Sales Tax | 0.00  % | | 880.00 | 0.00 |
| **Total** | | | | **880.00** |

REMIT CHECK PAYMENTS TO:           DAETWYLER I/O DEVICES (AMERICAS) INC - P. O. 404868, Atlanta, GA 30384-4868
FOR INTERNATIONAL WIRE PAYMENTS:   DAETWYLER I/O DEVICES (AMERICAS) Inc.: Bank of America, New York, NY 10001
                                   Account # 003284478072, ABA/Routing # 026009593 - Swift # BOFAUS3N

Daetwyler i/o devices (Americas), Inc.
4155 Shackleford Rd. Suite 240
Norcross, GA. USA 30093
Phone +1-678-684 54 00
Fax   +1-678-684 54 28
salesamericas@diod.com
www.diod.com
Fed ID: 91-1948103



**Dätwyler i/o** devices

Delphi Mechatronic Systems
615 Elca Lane, Suite A
Brownsville TX 78521

## Invoice

Number / Date
3621204 / 09/28/2005
Your Purchase Order Number
9571-54615
Delivery Note Number / Date
3511755 / 09/26/2005
Order Number
3203464
Customer Number
101286
Our Reference
invalid

Payment Terms:        Within 60 days Due net

Delivery Terms:        FOB Norcross, GA
                       Please include 2 packing slips per Delphi routing instructions
                       1Z0YR1850341964208

| Pos. | Material<br>Description | Quantity  Unit | Single Value | | Value<br>in USD |
|------|------------------------|----------------|--------------|---|------------------|
| 000480 | K0A30102A<br>746-76270<br>approved keypad (P) | 4,000  PC | 9.95  USD  100  PC | | 398.00 |

| | | | | |
|---|---|---|---|---|
| Total Positions | | | | 398.00 |
| State Sales Tax | 0.00  % | | 398.00 | 0.00 |
| Total | | | | 398.00 |

REMIT CHECK PAYMENTS TO:          DAETWYLER I/O DEVICES (AMERICAS) INC - P. O. 404868, Atlanta, GA 30384-4868
FOR INTERNATIONAL WIRE PAYMENTS:  DAETWYLER I/O DEVICES (AMERICAS) Inc - Bank of America. New York  NY 10001
                                  Account # 003284478072  ABA/Routing # 026009593 - Swift # BOFAUS3N

**Dätwyler i/o** devices

Daetwyler i/o devices (Americas), Inc.
4155 Shackleford Rd. Suite 240
Norcross, GA. USA 30093
Phone +1-678-684 54 00
Fax   +1-678-684 54 28
salesamericas@diod.com
www.diod.com
Fed ID: 91-1946103

Delphi Mechatronic Systems
615 Elca Lane, Suite A
Brownsville TX  78521

## Invoice

Number / Date
3621205 / 09/28/2005
Your Purchase Order Number
9571-54516
Delivery Note Number / Date
3511756 / 09/26/2005
Order Number
3203465
Customer Number
101286
Our Reference
invalid

Payment Terms:        Within 60 days Due net

Delivery Terms:        FOB Norcross, GA
                       Please include 2 packing slips per Delphi routing instructions
                       1Z0YR1850341939129

| Pos. | Material<br>Description | Quantity | Unit | Single Value | | Value<br>in USD |
|------|------------------------|----------|------|--------------|--|-----------------|
| 000640 | K0A30105A<br>746-76271<br>approved keypad (S) | 6.000 | PC | 8.80  USD | 100  PC | 528.00 |

| | | | | | |
|--|--|--|--|--|--|
| Total Positions | | | | | 528.00 |
| State Sales Tax | | 0.00 % | | 528.00 | 0.00 |
| **Total** | | | | | **528.00** |

REMIT CHECK PAYMENTS TO:          DAETWYLER I/O DEVICES (AMERICAS) INC - P. O. 404868, Atlanta, GA 30384-4868
FOR INTERNATIONAL WIRE PAYMENTS:  DAETWYLER I/O DEVICES (AMERICAS) Inc - Bank of America, New York. NY 10001
                                  Account # 003284476072, ABA/Routing # 026009593 - Swift # BOFAUS3N

Daetwyler i/o devices (Americas), Inc.
4155 Shackleford Rd. Suite 240
Norcross  GA  USA 30093
Phone +1-678-684 54 00
Fax   +1-678-684 54 28
salesamericas@diod.com
www.diod.com
Fed ID: 91-1946103

# Dätwyler i/o devices

Delphi Mechatronic Systems
615 Elca Lane, Suite A
Brownsville TX  78521

## Invoice

Number / Date
3621223 / 09/28/2005
Your Purchase Order Number
9571-053697
Delivery Note Number / Date
3511750 / 09/26/2005
Order Number
3202043
Customer Number
101286
Our Reference
invalid

Payment Terms:        Within 60 days Due net

Delivery Terms:       FOB Norcross, GA
                      1Z0YR1850341724253

| Pos. | Material Description | Quantity | Unit | Single Value | | Value in USD |
|------|--------------------|----------|------|-------------|---|-----------|
| 000680 | 10130-B 767-75690 Prod,keypad,3,none,pill,1 (Z) | 6,600 | PC | 0.13  USD | 1  PC | 858.00 |

| | | | | | |
|---|---|---|---|---|---|
| Total Positions | | | | | 858.00 |
| State Sales Tax | | 0.00  % | | 858.00 | 0.00 |
| Total | | | | | 858.00 |

REMIT CHECK PAYMENTS TO:           DAETWYLER I/O DEVICES (AMERICAS) INC - P. O. 404868, Atlanta  GA 30384-4868
FOR INTERNATIONAL WIRE PAYMENTS:   DAETWYLER I/O DEVICES (AMERICAS) Inc - Bank of America, New York, NY 10001
                                   Account # 003284478072, ABA/Routing #  026009593 - Swift # BOFAUS3N



Daetwyler I/o devices (Americas), Inc.
4155 Shackleford Rd. Suite 240
Norcross, GA  USA 30093
Phone +1-678-684 54 00
Fax    +1-678-684 54 28
salesamericas@diod.com
www.diod.com
Fed ID: 91-1948103

Delphi Mechatronic Systems
615 Elca Lane, Suite A
Brownsville TX  78521

## Invoice

Number / Date
3621224 / 09/28/2005
Your Purchase Order Number
9571-053997
Delivery Note Number / Date
3511751 / 09/26/2005
Order Number
3202999
Customer Number
101286
Our Reference
invalid

Payment Terms:        Within 60 days Due net

Delivery Terms:        FOB Norcross, GA
                       1Z0YR1850340400078

| Pos. | Material<br>Description | Quantity | Unit | Single Value | | Value<br>in USD |
|------|------------------------|----------|------|--------------|--|-----------------|
| 000550 | K0A30073A<br>746-75880<br>keypad,prod,6,none,pill (D) | 5.000 | PC | 13.80  USD | 100  PC | 690.00 |

| | | | | | |
|--|--|--|--|--|--|
| Total Positions | | | | | 690.00 |
| State Sales Tax | | 0.00 % | | 690.00 | 0.00 |
| **Total** | | | | | **690.00** |

REMIT CHECK PAYMENTS TO:            DAETWYLER I/O DEVICES (AMERICAS) INC - P. O. 404868, Atlanta  GA 30384-4868
FOR INTERNATIONAL WIRE PAYMENTS:    DAETWYLER I/O DEVICES (AMERICAS) Inc - Bank of America, New York, NY 10001
                                    Account # 003284478072, ABA/Routing #  026009593 - Swift #:BOFAUS3N



Daetwyler i/o devices (Americas), Inc.
4155 Shackleford Rd. Suite 240
Norcross, GA  USA 30093
Phone +1-678-684 54 00
Fax    +1-678-684 54 28
salesamericas@diod.com
www.diod.com
Fed ID: 91-1948103

Delphi Mechatronic Systems
615 Elca Lane, Suite A
Brownsville TX  78521

## Invoice

Number / Date
3621225 / 09/28/2005
Your Purchase Order Number
9571-053855
Delivery Note Number / Date
3511752 / 09/26/2005
Order Number
3203038
Customer Number
101286
Our Reference
invalid

Payment Terms:        Within 60 days Due net

Delivery Terms:        FOB Norcross, GA
                       1Z0YR1850342863173

| Pos. | Material Description | Quantity | Unit | Single Value | | Value in USD |
|---|---|---|---|---|---|---|
| 000810 | K0A30066A 746-79769 Production keypad (K) | 8,500 | PC | 8.30  USD | 100  PC | 705.50 |

| | | | | | |
|---|---|---|---|---|---|
| Total Positions | | | | | 705.50 |
| State Sales Tax | 0.00  % | | | 705.50 | 0.00 |
| Total | | | | | 705.50 |

REMIT CHECK PAYMENTS TO:          DAETWYLER I/O DEVICES (AMERICAS) INC - P. O. 404668, Atlanta, GA 30384-4668
FOR INTERNATIONAL WIRE PAYMENTS:  DAETWYLER I/O DEVICES (AMERICAS) Inc - Bank of America, New York, NY 10001
                                  Account # 003284478072, ABA/Routing #  026009593 - Swift # BOFAUS3N

Daetwyler i/o devices (Americas), Inc.
4155 Shackleford Rd. Suite 240
Norcross, GA. USA 30093
Phone +1-678-684 54 00
Fax    +1-678-684 54 28
salesamericas@diod.com
www.diod.com
Fed ID: 91-1948103



Delphi Mechatronic Systems
615 Elca Lane, Suite A
Brownsville TX  78521

## Invoice

Number / Date
3621226 / 09/28/2005
Your Purchase Order Number
9571-053998
Delivery Note Number / Date
3511757 / 09/26/2005
Order Number
3204576
Customer Number
101286
Our Reference
Invalid

Payment Terms:        Within 60 days Due net

Delivery Terms:        FOB Norcross, GA
                       Please include 2 packing slips per Delphi routing instructions
                       1Z0YR1850341549130

| Pos. | Material<br>Description | Quantity | Unit | Single Value | | | | Value<br>in USD |
|---|---|---|---|---|---|---|---|---|
| 000260 | K0A30074A<br>746-75881<br>keypad,prod,4,none,pill,1 (R) | 5,000 | PC | 12.80 | USD | 100 | PC | 640.00 |

| | | | | | |
|---|---|---|---|---|---|
| Total Positions | | | | | 640.00 |
| State Sales Tax | | 0.00 | % | 640.00 | 0.00 |
| Total | | | | | 640.00 |

REMIT CHECK PAYMENTS TO:        DAETWYLER I/O DEVICES (AMERICAS) INC - P. O. 404868, Atlanta, GA 30384-4868
FOR INTERNATIONAL WIRE PAYMENTS:   DAETWYLER I/O DEVICES (AMERICAS) Inc - Bank of America, New York, NY 10001
                                   Account # 003284478072, ABA/Routing # 026009593 - Swift # BOFAUS3N

Daetwyler i/o devices (Americas), Inc.
4155 Shackleford Rd. Suite 240
Norcross, GA  USA 30093
Phone +1-678-684 54 00
Fax    +1-678-684 54 28
salesamericas@diod.com
www.diod.com
Fed ID: 91-1948103



Delphi Mechatronic Systems
615 Elca Lane, Suite A
Brownsville TX  78521

## Invoice

Number / Date
3621235 / 09/29/2005
Your Purchase Order Number
9571-053698
Delivery Note Number / Date
3511783 / 09/28/2005
Order Number
3202042
Customer Number
101286
Our Reference
invalid

Payment Terms:        Within 60 days Due net

Delivery Terms:        FOB Norcross, GA
                       1Z0YR1850341945327

| Pos. | Material<br>Description | Quantity | Unit | Single Value | | Value<br>in USD |
|------|-------------------------|----------|------|--------------|------|-----------------|
| 000630 | 10132-B<br>767-75680<br>Prod,keypad,2,none,pill,1 (A) | 6,300 | PC | 0.13 USD | 1  PC | 819.00 |

| | | | |
|---|---|---|---|
| Total Positions | | | 819.00 |
| State Sales Tax | 0.00 % | 819.00 | 0.00 |
| Total | | | 819.00 |

REMIT CHECK PAYMENTS TO:          DAETWYLER I/O DEVICES (AMERICAS) INC - P. O. 404868, Atlanta, GA 30384-4868
FOR INTERNATIONAL WIRE PAYMENTS:  DAETWYLER I/O DEVICES (AMERICAS) Inc - Bank of America, New York, NY 10001
                                  Account # 003284478072, ABA/Routing # 026009593 - Swift # BOFAUS3N



Daetwyler i/o devices (Americas), Inc.
4155 Shackleford Rd. Suite 240
Norcross, GA  USA 30093
Phone +1-678-684 54 00
Fax    +1-678-684 54 28
salesamericas@diod.com
www.diod.com
Fed ID: 91-1948103

Delphi Mechatronic Systems
615 Elca Lane, Suite A
Brownsville TX  78521

## Invoice

Number / Date
3621267 / 09/30/2005
Your Purchase Order Number
9571-053697
Delivery Note Number / Date
3511806 / 09/29/2005
Order Number
3202043
Customer Number
101286
Our Reference
invalid

Payment Terms        Within 60 days Due net

Delivery Terms:       FOB Norcross, GA
                      1Z0YR1850341264090

| Pos. | Material<br>Description | Quantity | Unit | Single Value | | Value<br>in USD |
|---|---|---|---|---|---|---|
| 000690 | 10130-B<br>767-75690<br>Prod,keypad,3,none,pill,1 (Z) | 6,600 | PC | 0.13  USD | 1  PC | 858.00 |

| | | | | | |
|---|---|---|---|---|---|
| Total Positions | | | | | 858.00 |
| State Sales Tax | 0.00 | % | | 858.00 | 0.00 |
| Total | | | | | 858.00 |

REMIT CHECK PAYMENTS TO:         DAETWYLER I/O DEVICES (AMERICAS) INC - P. O. 404868, Atlanta, GA 30384-4868
FOR INTERNATIONAL WIRE PAYMENTS:  DAETWYLER I/O DEVICES (AMERICAS) Inc.- Bank of America, New York  NY 10001
                                  Account # 003284475072, ABA/Routing # 026009593 - Swift # BOFAUS3N



Daetwyler i/o devices (Americas), Inc.
4155 Shackleford Rd. Suite 240
Norcross, GA  USA 30093
Phone +1-678-684 54 00
Fax   +1-678-684 54 28
salesamericas@diod.com
www.diod.com
Fed ID: 91-1948103

Delphi Mechatronic Systems
615 Elca Lane, Suite A
Brownsville TX  78521

## Invoice

Number / Date
3621290 / 10/04/2005
Your Purchase Order Number
9571-54513
Delivery Note Number / Date
3511856 / 10/03/2005
Order Number
3203462
Customer Number
101286
Our Reference
invalid

Payment Terms:        Within 60 days Due net

Delivery Terms:        FOB Norcross, GA
                       Please include 2 packing slips per Delphi routing instructions
                       1Z0YR1850340465455

| Pos. | Material Description | Quantity | Unit | Single Value | | Value in USD |
|------|--------------------|----------|------|-------------|---|-------------|
| 000720 | K0A30103A 746-76268 approved keypad (V) | 6,000 | PC | 16.50  USD | 100  PC | 990.00 |

| | | | | | |
|---|---|---|---|---|---|
| Total Positions | | | | | 990.00 |
| State Sales Tax | | 0.00 % | | 990.00 | 0.00 |
| **Total** | | | | | **990.00** |

REMIT CHECK PAYMENTS TO:         DAETWYLER I/O DEVICES (AMERICAS) INC · P. O. 404868 Atlanta, GA 30384-4868
FOR INTERNATIONAL WIRE PAYMENTS:  DAETWYLER I/O DEVICES (AMERICAS) Inc - Bank of America  New York, NY 10001
                                  Account # 003284478072  ABA/Routing # 026009593 · Swift # BOFAUS3N

**Dätwyler i/o** devices

Daetwyler i/o devices (Americas), Inc.
4155 Shackleford Rd. Suite 240
Norcross, GA. USA 30093
Phone +1-678-684 54 00
Fax   +1-678-684 54 28
salesamericas@diod.com
www.diod.com
Fed ID: 91-1948103

Delphi Mechatronic Systems
615 Elca Lane, Suite A
Brownsville TX  78521

## Invoice

Number / Date
3621299 / 10/04/2005
Your Purchase Order Number
9571-053856
Delivery Note Number / Date
3511855 / 10/03/2005
Order Number
3203039
Customer Number
101286
Our Reference
invalid

Payment Terms:        Within 60 days Due net

Delivery Terms:        FOB Norcross, GA
                       1Z0YR1850342498283

| Pos | Material Description | Quantity | Unit | Single Value | | | Value in USD |
|-----|---------------------|----------|------|--------------|---|---|--------------|
| 000710 | K0A30067A 746-79770 Production keypad (H) | 5,000 | PC | 9.50 USD | 100 | PC | 475.00 |

| | | | | | |
|---|---|---|---|---|---|
| Total Positions | | | | | 475.00 |
| State Sales Tax | 0.00 | % | | 475.00 | 0.00 |
| **Total** | | | | | **475.00** |

REMIT CHECK PAYMENTS TO:         DAETWYLER I/O DEVICES (AMERICAS) INC - P.O. 404868, Atlanta, GA 30384-4868
FOR INTERNATIONAL WIRE PAYMENTS:  DAETWYLER I/O DEVICES (AMERICAS) Inc - Bank of America, New York, NY 10001
                                  Account # 003284478072, ABA/Routing # 026009593 - Swift # BOFAUS3N



Daetwyler i/o devices (Americas), Inc.
4156 Shackleford Rd. Suite 240
Norcross, GA, USA 30093
Phone +1-678-684 54 00
Fax    +1-678-684 54 28
salesamericas@diod.com
www.diod.com
Fed ID: 91-1948103

Delphi Mechatronic Systems
615 Elca Lane, Suite A
Brownsville TX  78521

## Invoice

Number / Date
3621300 / 10/05/2005
Your Purchase Order Number
9571-54514
Delivery Note Number / Date
3511857 / 10/03/2005
Order Number
3203463
Customer Number
101286
Our Reference
invalid

Payment Terms:        Within 60 days Due net

Delivery Terms:        FOB Norcross, GA
                       Please include 2 packing slips per Delphi routing instructions
                       1Z0YR1850340943741

| Pos. | Material<br>Description | Quantity | Unit | Single Value | | Value<br>in USD |
|---|---|---|---|---|---|---|
| 000680 | K0A30104A<br>746-76269<br>approved keypad (T) | 6,000 | PC | 8.80  USD | 100  PC | 528.00 |

| | | | | | |
|---|---|---|---|---|---|
| Total Positions | | | | | 528.00 |
| State Sales Tax | 0.00 % | | | 528.00 | 0.00 |
| **Total** | | | | | **528.00** |

REMIT CHECK PAYMENTS TO:           DAETWYLER I/O DEVICES (AMERICAS) INC - P.O. 404868, Atlanta, GA 30384-4868
FOR INTERNATIONAL WIRE PAYMENTS:   DAETWYLER I/O DEVICES (AMERICAS) Inc - Bank of America, New York, NY 10001
                                   Account # 003284476072, ABA/Routing # 026009593 - Swift #:BOFAUS3N



Daetwyler i/o devices (Americas), Inc.
4155 Shackleford Rd. Suite 240
Norcross, GA  USA 30093
Phone +1-678-684 54 00
Fax    +1-678-684 54 28
salesamericas@diod.com
www.diod.com
Fed ID: 91-1948103

Delphi Mechatronic Systems
615 Elca Lane, Suite A
Brownsville TX  78521

## Invoice

Number / Date
3621301 / 10/05/2005
Your Purchase Order Number
9571-54515
Delivery Note Number / Date
3511858 / 10/03/2005
Order Number
3203464
Customer Number
101286
Our Reference
invalid

Payment Terms:       Within 60 days Due net

Delivery Terms:       FOB Norcross, GA
                      Please include 2 packing slips per Delphi routing instructions
                      1Z0YR1850340550693

| Pos. | Material Description | Quantity | Unit | Single Value | | | Value in USD |
|------|---------------------|----------|------|--------------|---|---|----------|
| 000490 | K0A30102A 746-76270 approved keypad (P) | 4.000 | PC | 9.95 | USD | 100 PC | 398.00 |

| | | | | | |
|---|---|---|---|---|---|
| Total Positions | | | | | 398.00 |
| State Sales Tax | 0.00 % | | | 398.00 | 0.00 |
| Total | | | | | 398.00 |

REMIT CHECK PAYMENTS TO:       DAETWYLER I/O DEVICES (AMERICAS) INC - P. O. 404868, Atlanta, GA 30384-4868
FOR INTERNATIONAL WIRE PAYMENTS:    DAETWYLER I/O DEVICES (AMERICAS) Inc - Bank of America, New York  NY 10001
                                    Account # 003284478072, ABA/Routing # 026009593 - Swift # BOFAUS3N



**Daetwyler i/o devices (Americas), Inc.**
4155 Shackleford Rd. Suite 240
Norcross, GA, USA 30093
Phone +1-678-684 54 00
Fax   +1-678-684 54 28
salesamericas@diod.com
www.diod.com
Fed ID: 91-1948103

Delphi Mechatronic Systems
615 Elca Lane, Suite A
Brownsville TX 78521

## Invoice

Number / Date
3621302 / 10/05/2005
Your Purchase Order Number
9571-54516
Delivery Note Number / Date
3511859 / 10/03/2005
Order Number
3203465
Customer Number
101286
Our Reference
invalid

Payment Terms:   Within 60 days Due net

Delivery Terms:   FOB Norcross, GA
Please include 2 packing slips per Delphi routing instructions
1Z0YR1850341376326

| Pos. | Material<br>Description | Quantity | Unit | Single Value | | Value<br>in USD |
|------|------------------------|----------|------|--------------|--|-----------------|
| 000650 | K0A30105A<br>746-76271<br>approved keypad (S) | 6,000 | PC | 8.80 USD | 100 PC | 528.00 |

| | | | | | |
|--|--|--|--|--|--|
| Total Positions | | | | | 528.00 |
| State Sales Tax | 0.00 | % | | 528.00 | 0.00 |
| **Total** | | | | | **528.00** |

REMIT CHECK PAYMENTS TO:          DAETWYLER I/O DEVICES (AMERICAS) INC - P. O. 404868, Atlanta, GA 30384-4868
FOR INTERNATIONAL WIRE PAYMENTS:  DAETWYLER I/O DEVICES (AMERICAS) Inc - Bank of America, New York, NY 10001
Account # 003284478072, ABA/Routing # 026009593 - Swift # BOFAUS3N



Daetwyler i/o devices (Americas), Inc.
4155 Shackleford Rd  Suite 240
Norcross, GA, USA 30093
Phone +1-678-684 54 00
Fax    +1-678-684 54 28
salesamericas@diod.com
www.diod.com
Fed ID: 91-1948103

Delphi Mechatronic Systems
615 Elca Lane, Suite A
Brownsville TX  78521

## Invoice

Number / Date
3621305 / 10/05/2005
Your Purchase Order Number
9571-053855
Delivery Note Number / Date
3511654 / 10/03/2005
Order Number
3203038
Customer Number
101286
Our Reference
invalid

Payment Terms:        Within 60 days Due net

Delivery Terms:        FOB Norcross, GA
                       1Z0YR1850341360504

| Pos. | Material Description | Quantity | Unit | Single Value | | | Value in USD |
|---|---|---|---|---|---|---|---|
| 000820 | K0A30066A 746-79769 Production keypad (K) | 8,500 | PC | 8.30  USD | 100 | PC | 705.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Positions | | | | | | 705.50 |
| State Sales Tax | | 0.00 | % | | 705.50 | 0.00 |
| **Total** | | | | | | **705.50** |

REMIT CHECK PAYMENTS TO:
FOR INTERNATIONAL WIRE PAYMENTS:
CAETWYLER I/O DEVICES (AMERICAS) INC - P. O. 404868, Atlanta, GA 30384-4868
DAETWYLER I/O DEVICES (AMERICAS) Inc - Bank of America, New York, NY 10001
Account # 003284478072, ABA/Routing # 026009593 - Swift # BOFAUS3N



**Daetwyler i/o devices (Americas), Inc.**
4155 Shackleford Rd. Suite 240
Norcross, GA, USA 30093
Phone +1-678-684 54 00
Fax    +1-678-684 54 28
salesamericas@diod.com
www.diod.com
Fed ID: 91-1948103

Delphi Mechatronic Systems
615 Elca Lane, Suite A
Brownsville TX  78521

## Invoice

Number / Date
3621306 / 10/05/2005
Your Purchase Order Number
9571-053998
Delivery Note Number / Date
3511860 / 10/03/2005
Order Number
3204576
Customer Number
101286
Our Reference
invalid

Payment Terms:        Within 60 days Due net

Delivery Terms:        FOB Norcross, GA
Please include 2 packing slips per Delphi routing instructions
1Z0YR1850341394333

| Pos. | Material Description | Quantity | Unit | Single Value | | Value in USD |
|------|--------------------|---------|-----|-------------|--|-------------|
| 000270 | K0A30074A<br>746-75881<br>keypad,prod,4,none,pill,1 (R) | 5,000 | PC | 12.80  USD | 100  PC | 640.00 |

| | | | | | |
|--|--|--|--|--|--|
| Total Positions | | | | | 640.00 |
| State Sales Tax | | 0.00  % | | 640.00 | 0.00 |
| **Total** | | | | | **640.00** |

REMIT CHECK PAYMENTS TO:        DAETWYLER I/O DEVICES (AMERICAS) INC - P. O. 404868, Atlanta, GA 30384-4868
FOR INTERNATIONAL WIRE PAYMENTS:    DAETWYLER I/O DEVICES (AMERICAS) Inc - Bank of America, New York, NY 10001
Account # 003284478072, ABA/Routing # 026009593 - Swift # BOFAUS3N



THE WALZ CERTIFIED MAILER™

**WALZ** ™

FORM #35663 Version: 30b.2
U.S. PAT. NOS. 5,501,393; 4,366,903

FROM

**Certified Article Number**

7160 3901 9849 1943 9483

**SENDERS RECORD**

Label #4

B

A    FOLD AND TEAR THIS WAY →    OPTIONAL

Label #1    Outgoing Address Label

Label #2    Optional Address Label

Label #3    Sender Address Label (see back)

Label #5

Charge Amount:

Charge To:    19922/01500

John Wm. Butler, Jr., Esquire
Skadden Arps Slate Meagher & Flom (IL)
333 West Wacker Drive
Chicago, IL 60606-1285

FOLD AND TEAR THIS WAY →

TO:    John Wm. Butler, Jr., Esquire
Skadden Arps Slate Meagher & Flom (IL)
333 West Wacker Drive
Chicago, IL 60606-1285

7160 3901 9849 1943 9483

← TEAR ALONG THIS LINE

**SENDER:**    George B. Cauthen

**REFERENCE:** 19922/01500

PS Form 3800, January 2005

US Postal Service

**Receipt for Certified Mail**

No Insurance Coverage Provided
Do Not Use for International Mail

| RETURN RECEIPT SERVICE | Postage | |
| Certified Fee | |
| Return Receipt Fee | |
| Restricted Delivery | |
| Total Postage & Fees | |

POSTMARK OR DATE

Label #6

Form #35663
To Reorder go to
WALZPOSTAL.COM
or call 1-800-882-3811
or contact your WALZ™ sales representative



**THE WALZ CERTIFIED MAILER™**

**Certified Article Number**

7160 3901 9849 1943 9988

**SENDERS RECORD**

FROM

**WALZ™**

FORM #35663 VERSION: 3015.2
U.S. PAT. NOS. 5,501,393; 4,388,903

Label #1

Outgoing Address Label

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Label #2

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Label #3

Sender Address Label
(see backer)

FOLD AND TEAR THIS WAY →   OPTIONAL

Label #5

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Charge Amount:

Charge To:

19922/01500

← TEAR ALONG THIS LINE

**TO:** Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

7160 3901 9849 1943 9988

**SENDER:**   George B. Cauthen

**REFERENCE:** 19922/01500

PS Form 3800, January 2005

| | | POSTMARK OR DATE |
|---|---|---|
| RETURN RECEIPT SERVICE | Postage | |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for
Certified Mail**

No Insurance Coverage Provided
Do Not Use for International Mail

Label #4

Form #35663
To Reorder go to

WALZPOSTAL.COM

or call 1-800-882-3811

or contact your WALZ™ sales representative

UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 05-44481-rdd |
| Delphi Corporation, | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned Administrative Assistant, of the law offices of Nelson Mullins Riley & Scarborough LLP, attorneys for **Dätwyler i/o devices (Americas), Inc.** do hereby certify that I have served all counsel in this action with a copy of the pleading(s) hereinbelow specified by mailing a copy of the same by United States Mail, postage prepaid, to the following address(es):

Pleadings:            **Notice of Reclamation Demand of Dätwyler I/O Devices (Americas), Inc.**

Counsel Served:       John Wm. Butler, Jr., Esquire
                      Skadden Arps Slate Meagher & Flom (IL)
                      333 West Wacker Drive
                      Chicago, IL  60606-1285

                      Kayalyn A. Marafioti, Esquire
                      Thomas J. Matz, Esquire
                      Skadden Arps Slate Meagher & Flom
                      Four Times Square
                      New York, NY  10036

                      Robert N. Michaelson, Esquire
                      Kirkpatrick & Lockhart, LLP
                      599 Lexington Ave.
                      New York, NY  10022

/s/ Martha N. Stalvey
Martha N. Stalvey, Administrative Assistant
to
George B. Cauthen, ID No. 81
P.O. Box 11070
Columbia, SC  29211
(803) 799-2000

October 28, 2005