**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:                                                                    Chapter 11

                                                                          Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                                Jointly Administered

                              Debtors

-------------------------------------------------------------x

<u>**ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*</u>

      UPON the motion of Frank L. Gorman dated October 24, 2005, for admission pro hac

vice in this bankruptcy case; it is hereby

      **ORDERED,** that Frank L. Gorman is admitted to practice, ***pro hac vice*** in the above

referenced case, in the United States Bankruptcy Court, Southern District of New York, subject

to payment of the filing fee.

Dated: October 28, 2005
      New York, New York

                    _/s/Robert D. Drain_____
                    UNITED STATES BANKRUPTCY JUDGE