**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| **DELPHI CORPORATION, INC., <u>et al.</u>,** | ) Case No. 05-44481 (RDD) |
|  | ) |
| **Debtors.** | ) (Jointly Administered) |

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Russell R. Johnson III dated October 24 2005, for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Russell R. Johnson III is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: October 28, 2005
      New York, New York

                                      /s/Robert D. Drain_____
                                     UNITED STATES BANKRUPTCY JUDGE