UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ------------------------------------------------------------ X | | Chapter 11 |
| In re | : | Case Nos. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | : | |
| Debtors and Debtors in Possession. | : | (Jointly Administered) |
| ------------------------------------------------------------X | | |

### **MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice***

I, Ronald R. Peterson, a member in good standing of the bar in the State of Illinois and the United States District Court for the Northern District of Illinois, request admission ***pro hac vice*** before this Honorable Court to represent Creditors SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC and Tenneco Inc. in the above referenced cases. My address is c/o Jenner & Block, LLP, One IBM Plaza, Chicago, IL 60611. My email address is rpeterson@jenner.com and my telephone number is (312) 222-9350.

I agree to pay the fee of $25 upon approval by this Court admitting me to practice ***pro hac vice***.

Dated: October 28, 2005

                                                          */s/ Ronald R. Peterson*
                                                          Ronald R. Peterson  (RP 5430)