UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X  Chapter 11
: 
In re                                                         :  Case Nos. 05-44481 (RDD)
:
DELPHI CORPORATION, et al.,                                   :
:  (Jointly Administered)
       Debtors and Debtors in Possession. :
:
-------------------------------------------------------------X

**MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice***

    I, Andrew S. Nicoll, a member in good standing of the bar in the State of Illinois and the United States District Court for the Northern District of Illinois, request admission ***pro hac vice*** before this Honorable Court to represent Creditors SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC and Tenneco Inc. in the above referenced cases. My address is c/o Jenner & Block, LLP, One IBM Plaza, Chicago, IL 60611. My email address is rpeterson@jenner.com and my telephone number is (312) 840-7624.

    I agree to pay the fee of $25 upon approval by this Court admitting me to practice ***pro hac vice***.

Dated: October 28, 2005

                                                            */s/Andrew S. Nicoll*
                                                          Andrew S. Nicoll (AN 9687)