UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ------------------------------------------------------------- X | : | Chapter 11 |
| In re | : | Case Nos. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | : | |
| Debtors and Debtors in Possession. | : | (Jointly Administered) |
| ------------------------------------------------------------X | : | |

## <u>ORDER FOR ADMISSION TO PRACTICE, *Pro Hac Vice*</u>

  Andrew S. Nicoll, having represented that he is a member in good standing of the bar in the state of Illinois, having requested admission, ***pro hac vice***, before this Honorable Court to represent Creditors SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC and Tenneco Inc. in the above referenced case,

  **IT IS HEREBY ORDERED THAT:**

  Andrew S. Nicoll is admitted to practice, ***pro hac vice***, in the above referenced cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: October 28, 2005
  New York, NY

_____
UNITED STATES BANKRUPTCY JUDGE