STITES & HARBISON PLLC
W. Robinson Beard, *Pro Hac Pending*
Robert C. Goodrich Jr.
Madison L. Cashman
424 Church Street, Suite 1800
Nashville, TN 37219
Tel: (615) 244-5200   Fax: (615) 782-2371
Email: loucourtsum@stites.com
robert.goodrich@stites.com
madison.cashman@stites.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
IN RE:                                                     :  Chapter 11
                                                           :
DELPHI CORPORATION, *et al.*,                              :  Case No. 05-44481 (RDD)
                                                           :
    Debtors.                                               :  (Jointly Administered)
                                                           :
---------------------------------------------------------- x

**VERIFIED BANKRUPTCY RULE 2019 STATEMENT**

Stites & Harbison PLLC ("S&H") makes the following verified statement pursuant to Bankruptcy Rule 2019:

1.  S&H currently represents the following creditors and parties-in-interest in the above-captioned jointly-administered cases:

| **Creditor** | **Nature of Claim** | **Claim Amount** |
|---|---|---|
| Setech, Inc. ("Setech")<br>903 Industrial Drive<br>Murfreesboro, TN 37219 | Unsecured and Administrative Claims, and secured claims to the extent of setoff or reclamation rights, if any | Undetermined |
| WAKO Electronics (USA), Inc. ("WAKO")<br>2105 Production Drive<br>Louisville, KY 40299 | Unsecured and Administrative Claims, and secured claims to the extent of setoff or reclamation rights, if any | Undetermined |
| Ambrake Corporation ("Ambrake")<br>300 Ring Road<br>Elizabethtown, KY 42701 | Unsecured and Administrative Claims, and secured claims to the extent of setoff or reclamation rights, if any | Undetermined |

2. Setech, WAKO and Ambrake each are suppliers of goods or services to one or more of the Debtors.

3. S&H is representing each of the listed parties-in-interest individually in connection with these cases, and such separate clients do not comprise a committee.

4. S&H has no written contracts with the listed parties-in-interest other than ordinary retainer/engagement letters.

5. Upon information and belief formed after due inquiry, as of the date hereof, S&H does not hold any claim against, or equity interest in, the Debtors.

6. S&H hereby reserves its right to supplement and/or amend this statement in any respect.

## VERIFICATION

I, Madison L. Cashman, hereby verify under penalty of perjury that the factual statements contained herein are true and correct to the best of my knowledge, information, and belief.

Nashville, Tennessee
Date:   October 28, 2005

STITES & HARBISON PLLC

/s/ Madison L. Cashman
Madison L. Cashman (Tenn. BPR 24027)
424 Church Street, Suite 1800
Nashville, Tennessee 37219
(615) 782-2200       Fax (615) 782-2371

## CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of October, 2005, true and correct copies of the foregoing *Verified Bankruptcy Rule 2019 Statement* have been served on the parties listed below by electronic-mail or facsimile, and on all parties receiving electronic service via the ECF system.

                                    /s/ Madison L. Cashman

Counsel for Debtors
Skadden, Arps, Slate, Meagher & Flom LLP
John Wm. Butler Jr.
John K. Lyons,
333 W. Wacker Drive, Suite 2100
Chicago, IL 60606
Fax: 312.407.0411
jbutler@skadden.com
JLYONSCH@skadden.com

Counsel for the Agent and Joint Lead Arrangers
Donald S. Bernstein
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Fax: 212.450.3800
donald.bernstein@dpw.com

Counsel for the Prepetition Agent
Kenneth S. Ziman
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Fax: 212.455.2502
kziman@stblaw.com

Office of the United States Trustee
Attn: Alicia M. Leonhard
33 Whitehall Street
New York, NY 10004
Fax: 212.668.2255

Robert Rosenberg
Counsel for the Unsecured Creditors Committee
Latham & Watkins LLP
85 Third Avenue, Suite 1000
New York, NY 10022
robert.rosenberg@lw.com

- 3 -