**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF MITCHELL A. SEIDER

UPON the motion dated October 24, 2005, for an order authorizing admission of Mitchell A. Seider *pro hac vice*, it is hereby

**ORDERED,** that Mitchell A. Seider is admitted to practice, *pro hac vice* in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: October 28, 2005
     New York, New York

                              /s/Robert D. Drain_____
                              UNITED STATES BANKRUPTCY JUDGE

NY\1074409.1