```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re
                                        Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,             (Jointly Administered)


                        Debtors.        Chapter 11
------------------------------------x
```

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Ryan D. Heilman dated October 24, 2005, for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Ryan D. Heilman is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: October 28, 2005
       New York, New York

                                  _/s/Robert D. Drain_____
                                  UNITED STATES BANKRUPTCY JUDGE