PEPPER HAMILTON LLP
Linda J. Casey (LC 1891)
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Facsimile: (215) 981-4750

-and-

Henry Jaffe
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709
Telephone: (302) 777-6500

*Counsel for SKF USA Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
                                                           :   Chapter 11
In re                                                      :
                                                           :   Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.*,                              :
                                                           :   Jointly Administered
        Debtors.                                           :
                                                           :
-----------------------------------------------------------x

## ENTRY OF APPEARANCE, REQUEST FOR MATRIX ENTRY
## AND REQUEST FOR SERVICE OF NOTICE AND DOCUMENTS

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010(b), the undersigned appear as counsel for SKF USA Inc.

Pursuant to Bankruptcy Rule 2002 (i), the undersigned request that they be added to the official mailing matrix and service lists in this case. In addition, said counsel request, that copies of all pleadings, motions, notices, and other papers, filed and/or served, in this case or any proceeding therein, be served upon the undersigned at the following addresses:

PHLEGAL: #1815311 v1 (12WPB01!.DOC)

>Linda J. Casey (LC 1981)
>Pepper Hamilton, LLP
>3000 Two Logan Square
>Eighteenth and Arch Streets
>Philadelphia, PA 19103-2799
>Telephone: (215) 981-4000
>Facsimile: (215) 981-4750
>Email: caseyl@pepperlaw.com
>
>– and –
>
>Henry Jaffe
>Pepper Hamilton, LLP
>Hercules Plaza, Suite 5100
>1313 Market Street
>P.O. Box 1709
>Wilmington, DE 19899-1709
>Telephone: (302) 777-6500
>Facsimile: (302) 421-8390
>Email: jaffeh@pepperlaw.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier, or otherwise.

This Entry of Appearance, Request For Matrix Entry and Request For Service of Notice and Documents by SKF USA Inc. does not constitute, nor shall it be deemed to be, a

voluntary or involuntary submission to the jurisdiction of the Bankruptcy Court for any purpose.

By:   /s/ Linda J. Casey
       Linda J. Casey (LC1891)
       Pepper Hamilton LLP
       3000 Two Logan Square
       Eighteenth and Arch Streets
       Philadelphia, PA  19103-2799
       (215) 981-4000

       - and -

       Henry Jaffe
       Pepper Hamilton LLP
       Hercules Plaza, Suite 5100
       1313 Market Street
       P.O. Box 1709
       Wilmington, DE 19899-1709
       (302) 777-6500

       Counsel for SKF USA Inc.

Dated: October 28, 2005

-3-