PEPPER HAMILTON LLP
Linda J. Casey (LC 1891)
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
Telephone: (215) 981-4000
 -and-
Henry Jaffe
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709
Telephone: (302) 777-6500

*Counsel for SKF USA Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :    Chapter 11
In re                                                            :
                                                                 :    Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.*,                                    :
                                                                 :    Jointly Administered
        Debtors.                                                 :
                                                                 :
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 28, 2005, copies of the

Entry of Appearance, Request for Matrix Entry, and Request for Service of Notice and

Documents were served via first class mail, postage prepaid, upon the individuals on the attached

service list.

Dated:  October 28, 2005                        PEPPER HAMILTON LLP

                                                /s/ Linda J. Casey
                                                Linda J. Casey (LC 1891)
                                                3000 Two Logan Square
                                                Eighteenth and Arch Streets
                                                Philadelphia, PA  19103-2799
                                                (215) 981-4000

                                                Counsel for SKF USA Inc.

-4-

PHLEGAL: #1815311 v1 (12WPB01!.DOC)

Delphi Corporation
c/o John Wm. Butler, Jr, Esquire
Skadden Arps Slate Meagher & Flom
333 West Wacker Drive
Chicago, IL  60606-1285

Kayalyn A. Marafioti, Esquire
Thomas J. Matz, Esquire
Skadden Arps Slate Meagher & Flom
Four Times Square
New York, NY  10036

Robert N. Michaelson, Esquire
Kirkpatrick & Lockhart, LLP
599 Lexington Avenue
New York, NY  10022

Alicia M. Leonhard, Esquire
Office of the U. S. Trustee
Southern District of NY
33 Whitehall Street
Suite 2100
New York, NY  10004

Ira M. Levee, Esquire
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ  07068

Official Committee of Unsecured Creditors
c/o Mark A. Broude, Esquire
Robert J. Rosenberg, Esquire
885 Third Avenue
New York, NY  10022-4802

PHLEGAL #1815436 v1 (12WSS01!.DOC)