```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re
                                      Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,           (Jointly Administered)


                          Debtors.    Chapter 11
------------------------------------x
```

**ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice***

UPON the motion of Max J. Newman dated October 24, 2005, for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Max J. Newman is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: October 28, 2005
       New York, New York

                              _/s/Robert D. Drain_____
                              UNITED STATES BANKRUPTCY JUDGE