**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re:                                                                    Chapter 11

                                                                          Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                          Jointly Administered

                    Debtors

------------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Jody A. Bedenbaugh dated October 21, 2005, for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Jody A. Bedenbaugh is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: October 28, 2005
          New York, New York

                                                            /s/Robert D. Drain
                                                            UNITED STATES BANKRUPTCY JUDGE