**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

In re:                                                                       Chapter 11

                                                                                   Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                                  Jointly Administered

                                  Debtors

----------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Scott R. Goldberg dated October 19, 2005, for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Scott R. Goldberg is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: October 28, 2005
          New York, New York

                                                                     /s/Robert D. Drain_____
                                                                    UNITED STATES BANKRUPTCY JUDGE