FOLEY & LARDNER LLP
90 Park Avenue, 37th Floor
New York, NY  10016-1314
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
Peter N. Wang (PW 9216)

*Attorneys for Trading Technologies International, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------:
In re:                                                              :        Chapter 11
                                                                    :
Refco Inc., et al.,                                                 :        Case No. 05-60006 (RDD)
                                                                    :
               Debtors.                                             :        (Jointly Administered)
------------------------------------------------------------------:


**ORDER**

**ORDERED**,
That Michael M. Conway, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:        October 28, 2005

               New York, New York      /s/  __Robert D. Drain_____
                                            UNITED STATES BANKRUPTCY JUDGE


CHIC_1302268.1