FOLEY & LARDNER LLP
90 Park Avenue, 37th Floor
New York, NY 10016-1314
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
Peter N. Wang (PW 9216)

*Attorneys for Trading Technologies International, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------:
In re:                                                      :    Chapter 11
                                                            :
Refco Inc., et al.,                                         :    Case No. 05-60006 (RDD)
                                                            :
       Debtors.                                             :    (Jointly Administered)
------------------------------------------------------------:

## ORDER

**ORDERED**,

That Jill L. Murch, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:    October 28, 2005

       New York, New York    /s/ Robert D. Drain_____
                                         UNITED STATES BANKRUPTCY JUDGE

CHIC_1302237.1