**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

In re:                                               Chapter 11

                                                     Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                          Jointly Administered

             Debtors

------------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Mark T. Flewelling dated October 25, 2005, for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Mark T. Flewelling is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: October 28, 2005
       New York, New York

                              /s/Robert D. Drain_____
                              UNITED STATES BANKRUPTCY JUDGE