BOSE MCKINNEY & EVANS LLP
135 North Pennsylvania Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 684-5296
Facsimile:  (317) 223-0296
Jeannette Eisan Hinshaw, Esq.  (Indiana Bar 8238-49A)
Counsel for Decatur Plastic Products, Inc.

```
                    UNITED STATES BANKRUPTCY COURT
                    SOUTHERN DISTRICT OF NEW YORK
                          MANHATTAN DIVISION
IN RE:                              )
                                    )
DELPHI CORPORATION,                 )        Case No. 05-44481
                                    )
          Debtor.                   )
```

**DEMAND TO EXERCISE SETOFF
BY DECATUR PLASTIC PRODUCTS, INC.**

Pursuant to the Court's *Final Order Under 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authorizing Debtors to Obtain Postpetition Financing, (II) to Utilize Cash Collateral and (III) Granting Adequate Protection to Prepetition Secured Parties,* entered by the Court on October 28, 2005, Docket No. 797 (the "DIP Financing Order"),  Decatur Plastic Products, Inc. (the "Claimant") hereby makes its recoupment/setoff demand (the "Demand"):

1. The Claimant hereby demands to exercise its Setoff Right[1] in the amount of **$479,736.47.**

2. The Setoff Right demanded hereunder is based on 11 U.S.C. Section 553 of the Bankruptcy Code, and the cases decided thereunder concerning setoff and recoupment, and is based on the following facts:

- On October 8, 2005, **the Claimant owed the sum of $479,736.47** to the Debtors (the "Debt Owed to Delphi"), for goods received by the Claimant from the Debtors on the dates set out on Exhibit B attached hereto.

- On October 8, 2005, **the Debtors owed the sum of $508,576.25** to the Claimant (the "Debt Owed to Claimant") for product shipped to the Debtors by the Claimant on the dates set out on Exhibit D attached hereto.

- A copy of the Contract (the "Contract") that gives rise to both the Debt owed to Delphi and the Debt Owed to Claimant, and pursuant to which Claimant makes its setoff and recoupment demands, is attached hereto as Exhibit "A".

---

[1] Any terms not defined in this Demand shall have the meaning set out in the Court's DIP Financing Order.  Any use of the word "setoff" or "Setoff", rather than "recoupment" is not intended by the Claimant to be an admission by the Claimant that it does not, in fact, have a recoupment right in these circumstances.

659618, v.2 (12212-1)

- A copy of the parties' most recent price changes that amend the Contract is attached hereto as Exhibit C.

3. Documentation to support the Setoff Right is attached hereto as follows:

- Exhibit "A"     Contract between parties
- Exhibit "B"     Detail of amounts Decatur owes Delphi
- Exhibit "C"     Most recent price changes that amend the contract
- Exhibit "D"     Detail of amounts Delphi owes Decatur for 2004 and 2005

Dated:   Indianapolis, Indiana          /s/ Jeannette Eisan Hinshaw
         October 30, 2005                Atty. No. 8238-49-A
                                         BOSE MCKINNEY & EVANS LLP
                                         135 N. Pennsylvania Street, Ste. 2700
                                         Indianapolis, Indiana  46204
                                         (317) 684-5296 telephone
                                         (317) 684-0296 fax
                                         jhinshaw@boselaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following parties set out below via e-mail transmission to the e-mail addresses set out below, this 30th day of October, 2005:

                                         /s/ Jeannette Eisan Hinshaw
                                         Jeannette Eisan Hinshaw

***counsel for the Debtors***
John Wm. Butler
jbutler@skadden.com

Kayalyn A. Marafioti
kmarafio@skadden.com, jharring@skadden.com

Thomas J. Matz
tmatz@skadden.com

***counsel for the Official Committee of Unsecured Creditors***
Mark A. Broude, Gordon J. Toering,   Latham & Watkins
gtoering@wnj.com

***counsel for the "Agent" (JPMorgan Chase Bank, N.A., acting as administrative agent)***

Kenneth S. Ziman
William T. Russell, Jr.
cfox@stblaw.com

659618, v.2 (12212-1)