## Hinshaw, Jeannette

| | |
|---|---|
| **From:** | Hinshaw, Jeannette |
| **Sent:** | Sunday, October 30, 2005 6:54 PM |
| **To:** | 'jbutler@skadden.com'; 'kmarafio@skadden.com'; 'tmatz@skadden.com'; 'gtoering@wnj.com'; 'cfox@stblaw.com' |
| **Cc:** | 'Becky Gillenwater (rg@decaturplastics.com)'; 'John Kussman (jsk@decaturplastics.com)' |
| **Subject:** | DELPHI-DECATUR-setoff demand, 1 of 2 |
| **Attachments:** | DECATUR-setoff demand; DECATUR-Ex A to setoff demand; DECATUR-Ex B to setoff demand; DECATUR-Ex C to setoff demand |

Please find attached Decatur's setoff demand, part 1 of 2.

Jeannette Eisan Hinshaw, Esq.
Bose McKinney & Evans LLP
135 N. Pennsylvania St., Suite 2700
Indianapolis, Indiana 46204
 direct telephone: 317-684-5296
 direct fax:        317-223-0296
 copy center fax: 317-684-5173
email: jhinshaw@boselaw.com

Visit our website at www.boselaw.com
To view biographies click on "Our People"

10/30/2005

## Hinshaw, Jeannette

| | |
|---|---|
| **From:** | Hinshaw, Jeannette |
| **Sent:** | Sunday, October 30, 2005 6:59 PM |
| **To:** | 'jbutler@skadden.com'; 'kmarafio@skadden.com'; 'tmatz@skadden.com'; 'gtoering@wnj.com'; 'cfox@stblaw.com' |
| **Cc:** | 'Becky Gillenwater (rg@decaturplastics.com)'; 'John Kussman (jsk@decaturplastics.com)' |
| **Subject:** | DELPHI-DECATUR-setoff demand, 2 of 2 |
| **Attachments:** | DECATUR-Ex D, 1 of 3, setoff demand; DECATUR-Ex D, 3 of 3, setoff demand; DECATUR-Ex D, 2 of 3, setoff demand; Delphi-DPP Pricing Quote Summary Eff 2004Dec01.xls; DPP SetOff Claim.xls |

Please find attached Decatur's setoff demand, part 2 of 2.

Please note that any materials concerning pricing that are attached to this e-mail and the preceding e-mail are confidential in nature, and should not be shared with parties who are competitors or potential competitors of Decatur.

Jeannette Eisan Hinshaw, Esq.
Bose McKinney & Evans LLP
135 N. Pennsylvania St., Suite 2700
Indianapolis, Indiana  46204
  direct telephone: 317-684-5296
  direct fax:         317-223-0296
  copy center fax: 317-684-5173
email: jhinshaw@boselaw.com

Visit our website at www.boselaw.com
To view biographies click on "Our People"

10/30/2005