**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **DELPHI CORPORATION,** | Chapter 11<br>Case No.: 05-44481 |
| **Debtor.** | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned law firm hereby appears in the above-captioned case under Chapter 11 of Title 11 of the United States Code for GW Plastics, Inc. and requests, pursuant to Bankruptcy Rules 2002 and 9010(b) that any and all Notices given or required to be given in the above-captioned Chapter 11 case and any proceedings therein, and all papers served or required to be served in the Chapter 11 case and any proceedings therein, be given to and served upon the undersigned law firm at the Post Office address and telephone number set forth below and that the following firm be added to the mailing matrix on file with the Clerk of the Bankruptcy Court:

> J. Eric Charlton, Esq.
> **HISCOCK & BARCLAY, LLP**
> Attorneys for GW Plastics, Inc.
> Office & Post Office Address
> 300 South Salina Street
> One Park Place
> P.O. Box 4878
> Syracuse, New York 13221-4878
> Telephone: (315) 425-2716

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the Notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, Orders and Notices of any application, motion, petition, pleading, request, complaint, or demand, whether

HISCOCK & BARCLAY, LLP

SYLIB01\475480\1

- 2 -

formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand-delivery, telephone, telegraph, telex, or otherwise.

Dated: October 31, 2005                                   HISCOCK & BARCLAY, LLP

                                              By:     /s/ J. Eric Charlton
                                                      J. Eric Charlton, Esq.
                                                      Attorneys for GW Plastics, Inc.
                                                      Office and Post Office Address
                                                      300 South State Street
                                                      One Park Place
                                                      Post Office Box 4878
                                                      Syracuse, New York 13221-4878
                                                      Telephone: (315) 425-2716

HISCOCK & BARCLAY, LLP