**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
| | | |
|---|---|---|
| **In re:** | : | **Case No. 05-44481 (rdd)** |
| | : | |
| **DELPHI CORPORATION**, *et al.*, | : | **Chapter 11** |
| | : | |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |

-------------------------------------------------------------------x

### NOTICE OF APPEARANCE AND
### <u>DEMAND FOR NOTICES AND PAPERS</u>

   PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010(b), JAMES A. PARDO, JR. and MICHELLE CARTER of the firm of KING & SPALDING LLP, whose office address and telephone number appear hereinbelow, hereby enter an appearance in the above-referenced cases as counsel for Mitsubishi Electric Automobile America, Inc. ("Mitsubishi") and hereby authorize you to enter such appearance and to do all that is necessary in connection therewith.

   Pursuant to Sections 342 and 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 3017 and 9010, Mitsubishi requests that copies of all notices and pleadings given or filed in these cases be given and served upon the following persons at the following address, telephone and telecopier numbers:

     Michelle Carter
     James A. Pardo, Jr.
     King & Spalding LLP
     191 Peachtree Street, Suite 4900
     Atlanta, Georgia  30303-1763
     (404) 572-4600 - telephone
     (404) 572-5149 - telecopier
     mcarter@kslaw.com

John E. Cipriano
Assistant General Counsel
Mitsubishi Electric & Electronics USA, Inc.
500 Corporate Woods Parkway
Vernon Hills, IL 60061
847-478-2383 - telephone
847-478-2281 - telecopier
john.ciprian@meus.mea.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, order or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telecopier, courier service, electronic filing, telephone, or otherwise filed with regard to the above-referenced cases and the proceedings.

PLEASE TAKE FURTHER NOTICE that Mitsubishi intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive its rights with respect to (1) having final orders in noncore matters entered only after de novo review by the district judge; (2) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (3) having the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Mitsubishi are or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments the undersigned expressly reserves.

This 31st day of October, 2005.

Respectfully submitted,

KING & SPALDING

/s/ Michelle Carter
Michelle Carter
mcarter@kslaw.com
James A. Pardo, Jr.
jpardo@kslaw.com
King & Spalding LLP
191 Peachtree Street, Suite 4900
Atlanta, Georgia  30303
Telephone:  (404) 572-4600
Fax:  (404) 572-5149

Attorneys for Mitsubishi Electric Automobile America, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 31, 2005, I served the foregoing upon the persons listed

on Exhibit A by causing a true and correct copy thereof to be deposited in the United States mail,

first-class postage prepaid, addressed as indicated below.


/s/ Michelle Carter
Michelle Carter

EXHIBIT A

| | |
|---|---|
| Kathleen Farrell<br>Clerk of Court<br>United States Bankruptcy Court<br>One Bowling Green, Sixth Floor<br>New York, NY 10004-1408 | John Wm. Butler, Jr. Esq.<br>Skadden Arps Slate Meagher & Flom (IL)<br>333 West Wacker Drive<br>Chicago, IL 60606-1285 |
| Kayalyn A. Marafioti, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 | Thomas J. Matz, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>Four Time Square<br>New York, NY 10036 |
| Alicia M. Leonhard, Esq.<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 | Mark A. Broude<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022-4802 |
| Robert J. Rosenberg<br>Latham& Watkins<br>885 Third Avenue<br>New York, NY 10022 | Ira M. Levee<br>Lowenstein Sandler, P.C.<br>65 Livingston Avenue<br>Roseland, NJ 07068 |