McDERMOTT WILL & EMERY LLP
Stephen B. Selbst (SS-6963)
James M. Sullivan (JS-2189)
50 Rockefeller Plaza
New York, New York  10020
Telephone:  (212) 547-5400
Facsimile:  (212) 547-5444

*Counsel for National Semiconductor Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| **DELPHI CORPORATION, et al.,** | : Case No. 05-44481 (RDD) |
| | : |
| Debtors. | : **(Jointly Administered)** |
| | : |

------------------------------------------------------------------------ x

**NOTICE OF RECLAMATION DEMAND**
**BY NATIONAL SEMICONDUCTOR CORPORATION**

National Semiconductor Corporation ("National Semiconductor"), by and through its undersigned counsel, hereby gives notice that on October 28, 2005, National Semiconductor served written demand of its demand for reclamation, a true and exact copy of which is attached hereto as Exhibit A (the "Notice").  The goods subject to National Semiconductor's demand for reclamation are described in the Notice.

Dated: New York, New York
         October 31, 2005

                                                        McDERMOTT WILL & EMERY LLP

                                                        By:  /s/ James M. Sullivan
                                                             James M. Sullivan (JS-2189)

NYK 991406-1.002421.0059