# McDermott
# Will & Emery

October 28, 2005

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: John D. Sheehan, Vice President and Chief Restructuring Officer
FAX: 248-813-2670

and

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606-1285
Attn: John William Butler, Jr.
FAX: 312-407-0411

Re:    In re Delphi Corporation et al., Case No. 05-44481
       Notice of Reclamation by National Semiconductor Corporation

**By Facsimile and Regular Mail**

Dear Sirs:

This firm represents National Semiconductor Corporation ("National Semiconductor") in connection with the above referenced matter. Pursuant to Uniform Commercial Code Section 2-702 and Bankruptcy Code Section 546(c), 11 U.S.C. Section 546(c), National Semiconductor hereby demands reclamation of all its products received by the above referenced debtors within the applicable statutory reclamation period, including but not limited to all products that were delivered in connection with the documents listed on Exhibit A attached hereto totaling $419,685.00 and on Exhibit B attached hereto totaling $72,287.93. National Semiconductor demands an immediate inventory from you of all products and all other items subject to reclamation pursuant to this Notice. National Semiconductor will provide additional documentation supporting the claim upon request.

Very truly yours,

James Sullivan

Enclosure

U.S. practice conducted through McDermott Will & Emery LLP.
NYK 990975-1.002421.0010
50 Rockefeller Plaza  New York, New York  10020-1605  Telephone: 212.547.5400  Facsimile: 212.547.5444  www.mwe.com

# EXHIBIT A

| Ship Date | Estimated Delivery Date | Invoice # | Packlist # | Delphi P.O. # | $$ Due |
|---|---|---|---|---|---|
| 9/28/2005 | 9/28/2005 | 1120737 | NA338158 | 550045989-3 | $325.00 |
| 9/28/2005 | 9/28/2005 | 1120738 | NA338159 | 550047025-13 | $882.00 |
| 9/28/2005 | 9/28/2005 | 1120739 | NA338160 | 550045981 | $2,730.00 |
| 9/28/2005 | 9/28/2005 | 1120740 | NA338161 | 550047025-5 | $800.00 |
| 9/28/2005 | 9/28/2005 | 1120741 | NA338162 | 550047027-7 | $625.00 |
| 9/28/2005 | 9/28/2005 | 1120742 | NA338163 | 550047026 | $477.00 |
| 9/28/2005 | 9/28/2005 | 1120743 | NA338164 | 550047025-13 | $441.00 |
| 9/28/2005 | 9/28/2005 | 1120744 | NA338165 | 550047025-5 | $800.00 |
| 9/28/2005 | 9/28/2005 | 1120745 | NA338166 | 550047027-7 | $625.00 |
| 9/28/2005 | 9/28/2005 | 1120746 | NA338167 | 550047023-6 | $225.00 |
| 9/28/2005 | 9/28/2005 | 1120747 | NA338168 | 550040661-2 | $800.00 |
| 9/28/2005 | 9/28/2005 | 1120748 | NA338169 | 550051403 | $262.50 |
| 9/28/2005 | 9/28/2005 | 1120749 | NA338170 | 550045981 | $2,730.00 |
| 9/28/2005 | 9/28/2005 | 1120750 | NA338171 | 550045981-2 | $2,730.00 |
| 9/28/2005 | 9/28/2005 | 1120751 | NA338172 | 550047029-6 | $1,600.00 |
| 9/28/2005 | 9/28/2005 | 1120752 | NA338173 | 550047028-2 | $675.00 |
| 9/28/2005 | 9/28/2005 | 1120753 | NA338174 | 550045979-2 | $2,730.00 |
| 9/28/2005 | 9/28/2005 | 1120754 | NA338175 | 550047029-4 | $882.00 |
| 9/28/2005 | 9/28/2005 | 1120755 | NA338176 | 550047029-2 | $504.00 |
| 9/28/2005 | 9/28/2005 | 1120756 | NA338177 | 550045981-2 | $10,920.00 |
| 9/28/2005 | 9/28/2005 | 1120757 | NA338178 | 550045981-2 | $2,730.00 |
| 9/28/2005 | 9/28/2005 | 1120758 | NA338179 | 550047029-2 | $252.00 |
| 9/28/2005 | 9/28/2005 | 1120759 | NA338180 | 550045981 | $5,460.00 |
| 9/28/2005 | 9/28/2005 | 1120760 | NA338181 | 550045981-2 | $8,190.00 |
| 9/28/2005 | 9/28/2005 | 1120761 | NA338182 | 550047028-2 | $675.00 |
| 9/28/2005 | 9/28/2005 | 1120762 | NA338183 | 550045981-6 | $1,440.00 |
| 9/28/2005 | 9/28/2005 | 1120763 | NA338184 | 550040661-8 | $262.50 |
| 9/28/2005 | 9/28/2005 | 1120764 | NA338185 | 550051403 | $262.50 |
| 9/28/2005 | 9/28/2005 | 1120765 | NA338186 | 550047023-5 | $1,350.00 |
| 9/28/2005 | 9/28/2005 | 1120766 | NA338187 | 550047029-2 | $504.00 |
| 9/28/2005 | 9/28/2005 | 1120767 | NA338188 | 550045979-3 | $324.00 |
| 9/28/2005 | 9/28/2005 | 1120768 | NA338189 | 550040656-10 | $1,250.00 |
| 9/28/2005 | 9/28/2005 | 1120769 | NA338190 | 550040661 | $387.50 |
| 9/28/2005 | 9/28/2005 | 1120770 | NA338191 | 550051403 | $262.50 |
| 9/28/2005 | 9/28/2005 | 1120771 | NA338192 | 550043528-3 | $3,075.00 |
| 9/28/2005 | 9/28/2005 | 1120772 | NA338193 | 550047025-19 | $225.00 |
| 9/28/2005 | 9/28/2005 | 1120773 | NA338194 | 550045989-3 | $325.00 |
| 9/28/2005 | 9/28/2005 | 1120774 | NA338195 | 550047029-2 | $252.00 |
| 9/28/2005 | 9/28/2005 | 1120775 | NA338196 | 550045981-3 | $2,730.00 |
| 9/28/2005 | 9/28/2005 | 1120776 | NA338197 | 550045981 | $5,460.00 |
| 9/28/2005 | 9/28/2005 | 1120777 | NA338198 | 550047028-2 | $675.00 |
| 9/28/2005 | 9/28/2005 | 1120778 | NA338199 | 550045981-6 | $2,880.00 |
| 9/29/2005 | 9/29/2005 | 1121268 | NA338215 | 550045979-2 | $2,730.00 |
| 9/29/2005 | 9/29/2005 | 1121269 | NA338216 | 550047025-19 | $225.00 |

# EXHIBIT A

| Ship Date | Estimated Delivery Date | Invoice # | Packlist # | Delphi P.O. # | $$ Due |
|---|---|---|---|---|---|
| 9/29/2005 | 9/29/2005 | 1121270 | NA338217 | 550045989-3 | $325.00 |
| 9/29/2005 | 9/29/2005 | 1121271 | NA338218 | 550040661-8 | $262.50 |
| 9/29/2005 | 9/29/2005 | 1121272 | NA338219 | 550051403 | $262.50 |
| 9/29/2005 | 9/29/2005 | 1121273 | NA338220 | 550047023-5 | $1,350.00 |
| 9/29/2005 | 9/29/2005 | 1121274 | NA338221 | 550045981 | $5,460.00 |
| 9/29/2005 | 9/29/2005 | 1121275 | NA338222 | 550047025-15 | $462.50 |
| 9/29/2005 | 9/29/2005 | 1121276 | NA338223 | 550040661-8 | $262.50 |
| 9/29/2005 | 9/29/2005 | 1121277 | NA338224 | 550051403 | $262.50 |
| 9/29/2005 | 9/29/2005 | 1121278 | NA338225 | 550045979-5 | $2,730.00 |
| 9/29/2005 | 9/29/2005 | 1121279 | NA338226 | 550047029-4 | $882.00 |
| 9/29/2005 | 9/29/2005 | 1121280 | NA338227 | 550047029-2 | $756.00 |
| 9/29/2005 | 9/29/2005 | 1121281 | NA338228 | 550050568-2 | $570.00 |
| 9/29/2005 | 9/29/2005 | 1121282 | NA338229 | 550045981 | $2,730.00 |
| 9/29/2005 | 9/29/2005 | 1121283 | NA338230 | 550047028-2 | $1,350.00 |
| 9/29/2005 | 9/29/2005 | 1121284 | NA338231 | 550047028-1 | $1,500.00 |
| 9/29/2005 | 9/29/2005 | 1121285 | NA338232 | 550045981-6 | $1,440.00 |
| 9/29/2005 | 9/29/2005 | 1121286 | NA338233 | 550047028-2 | $675.00 |
| 9/29/2005 | 9/29/2005 | 1121287 | NA338234 | 550047027 | $360.00 |
| 9/29/2005 | 9/29/2005 | 1121288 | NA338235 | 550040661-2 | $800.00 |
| 9/29/2005 | 9/29/2005 | 1121289 | NA338236 | 550051403 | $262.50 |
| 9/29/2005 | 9/29/2005 | 1121290 | NA338237 | 550051403-2 | $325.00 |
| 9/29/2005 | 9/29/2005 | 1121291 | NA338238 | 550047026 | $238.50 |
| 9/29/2005 | 9/29/2005 | 1121292 | NA338239 | 550045979-2 | $2,730.00 |
| 9/29/2005 | 9/29/2005 | 1121293 | NA338240 | 550047029-6 | $800.00 |
| 9/29/2005 | 9/29/2005 | 1121294 | NA338241 | 550047025-15 | $462.50 |
| 9/29/2005 | 9/29/2005 | 1121295 | NA338242 | 550051403 | $262.50 |
| 9/29/2005 | 9/29/2005 | 1121296 | NA338243 | 550051403-2 | $650.00 |
| 9/29/2005 | 9/29/2005 | 1121297 | NA338244 | 550047027-8 | $387.50 |
| 9/29/2005 | 9/29/2005 | 1121298 | NA338245 | 550047029-2 | $504.00 |
| 9/29/2005 | 9/29/2005 | 1121299 | NA338246 | 550045981 | $2,730.00 |
| 9/29/2005 | 9/29/2005 | 1121300 | NA338247 | 550047028-1 | $1,500.00 |
| 9/29/2005 | 9/29/2005 | 1121301 | NA338248 | 550045981-6 | $1,440.00 |
| 9/30/2005 | 9/30/2005 | 1121684 | NA338274 | 550045989-3 | $325.00 |
| 9/30/2005 | 9/30/2005 | 1121685 | NA338275 | 550047023-6 | $225.00 |
| 9/30/2005 | 9/30/2005 | 1121686 | NA338276 | 550051403 | $262.50 |
| 9/30/2005 | 9/30/2005 | 1121687 | NA338277 | 550047023-5 | $1,350.00 |
| 9/30/2005 | 9/30/2005 | 1121688 | NA338278 | 550045981 | $2,730.00 |
| 9/30/2005 | 9/30/2005 | 1121689 | NA338279 | 550045981-2 | $5,460.00 |
| 9/30/2005 | 9/30/2005 | 1121690 | NA338280 | 550047028-2 | $675.00 |
| 9/30/2005 | 9/30/2005 | 1121691 | NA338281 | 550047025-15 | $462.50 |
| 9/30/2005 | 9/30/2005 | 1121692 | NA338282 | 550047023-5 | $1,350.00 |
| 9/30/2005 | 9/30/2005 | 1121693 | NA338283 | 550047023-8 | $238.50 |
| 9/30/2005 | 9/30/2005 | 1121694 | NA338284 | 550047029-2 | $756.00 |
| 9/30/2005 | 9/30/2005 | 1121695 | NA338285 | 550045981-2 | $2,730.00 |
| 9/30/2005 | 9/30/2005 | 1121696 | NA338286 | 550047028-2 | $675.00 |
| 9/30/2005 | 9/30/2005 | 1121697 | NA338287 | 550045981-6 | $1,440.00 |
| 9/30/2005 | 9/30/2005 | 1121698 | NA338288 | 550047026 | $238.50 |
| 9/30/2005 | 9/30/2005 | 1121699 | NA338289 | 550047025-13 | $441.00 |

# EXHIBIT A

| Ship Date | Estimated Delivery Date | Invoice # | Packlist # | Delphi P.O. # | $$ Due |
|---|---|---|---|---|---|
| 9/30/2005 | 9/30/2005 | 1121700 | NA338290 | 550047027 | $360.00 |
| 9/30/2005 | 9/30/2005 | 1121701 | NA338291 | 550045981 | $2,730.00 |
| 9/30/2005 | 9/30/2005 | 1121702 | NA338292 | 550045981-6 | $1,440.00 |
| 9/30/2005 | 9/30/2005 | 1121703 | NA338293 | 550047025-7 | $1,500.00 |
| 9/30/2005 | 9/30/2005 | 1121704 | NA338294 | 550040661-8 | $262.50 |
| 9/30/2005 | 9/30/2005 | 1121705 | NA338295 | 550051403 | $262.50 |
| 9/30/2005 | 9/30/2005 | 1121706 | NA338296 | 550047023-8 | $238.50 |
| 9/30/2005 | 9/30/2005 | 1121707 | NA338297 | 550047029-2 | $252.00 |
| 9/30/2005 | 9/30/2005 | 1121708 | NA338298 | 550045981 | $2,730.00 |
| 9/30/2005 | 9/30/2005 | 1121709 | NA338299 | 550047028-1 | $1,500.00 |
| 9/30/2005 | 9/30/2005 | 1121710 | NA338300 | 550047025-15 | $462.50 |
| 9/30/2005 | 9/30/2005 | 1121711 | NA338301 | 550045989-3 | $325.00 |
| 9/30/2005 | 9/30/2005 | 1121712 | NA338302 | 550040661 | $387.50 |
| 9/30/2005 | 9/30/2005 | 1121713 | NA338303 | 550045989-3 | $325.00 |
| 9/30/2005 | 9/30/2005 | 1121714 | NA338304 | 550047023-5 | $1,350.00 |
| 9/30/2005 | 9/30/2005 | 1121715 | NA338305 | 550047029-6 | $3,200.00 |
| 9/30/2005 | 9/30/2005 | 1121716 | NA338306 | 550045981-3 | $2,730.00 |
| 9/30/2005 | 9/30/2005 | 1121717 | NA338307 | 550047029-8 | $925.00 |
| 9/30/2005 | 9/30/2005 | 1121718 | NA338308 | 550047028-2 | $2,025.00 |
| 9/30/2005 | 9/30/2005 | 1121719 | NA338309 | 550047025-5 | $800.00 |
| 10/2/2005 | 10/2/2005 | 1122132 | NA338331 | 550045981 | $2,730.00 |
| 10/2/2005 | 10/2/2005 | 1122133 | NA338332 | 550047029-6 | $1,600.00 |
| 10/2/2005 | 10/2/2005 | 1122134 | NA338333 | 550047028-1 | $1,500.00 |
| 10/2/2005 | 10/2/2005 | 1122135 | NA338334 | 550045981-6 | $1,440.00 |
| 10/2/2005 | 10/2/2005 | 1122136 | NA338335 | 550047025-13 | $441.00 |
| 10/2/2005 | 10/2/2005 | 1122137 | NA338336 | 550047023 | $570.00 |
| 10/2/2005 | 10/2/2005 | 1122138 | NA338337 | 550045981 | $2,730.00 |
| 10/2/2005 | 10/2/2005 | 1122139 | NA338338 | 550047028-2 | $675.00 |
| 10/2/2005 | 10/2/2005 | 1122140 | NA338339 | 550045981-6 | $1,440.00 |
| 10/2/2005 | 10/2/2005 | 1122141 | NA338340 | 550047026 | $238.50 |
| 10/2/2005 | 10/2/2005 | 1122142 | NA338341 | 550045979-5 | $2,730.00 |
| 10/2/2005 | 10/2/2005 | 1122143 | NA338342 | 550047023-7 | $460.00 |
| 10/2/2005 | 10/2/2005 | 1122144 | NA338343 | 550045979-5 | $2,730.00 |
| 10/2/2005 | 10/2/2005 | 1122145 | NA338344 | 550047025-13 | $441.00 |
| 10/2/2005 | 10/2/2005 | 1122146 | NA338345 | 550047029-4 | $882.00 |
| 10/2/2005 | 10/2/2005 | 1122147 | NA338346 | 550047029-2 | $756.00 |
| 10/2/2005 | 10/2/2005 | 1122148 | NA338347 | 550045981 | $2,730.00 |
| 10/2/2005 | 10/2/2005 | 1122149 | NA338348 | 550045981-2 | $5,460.00 |
| 10/2/2005 | 10/2/2005 | 1122150 | NA338349 | 550047028-2 | $1,350.00 |
| 10/2/2005 | 10/2/2005 | 1122151 | NA338350 | 550045981-6 | $1,440.00 |
| 10/2/2005 | 10/2/2005 | 1122152 | NA338351 | 550040661-14 | $1,500.00 |
| 10/2/2005 | 10/2/2005 | 1122153 | NA338352 | 550040661-15 | $455.00 |
| 10/2/2005 | 10/2/2005 | 1122154 | NA338353 | 550047029-2 | $756.00 |
| 10/2/2005 | 10/2/2005 | 1122155 | NA338354 | 550045981 | $2,730.00 |
| 10/2/2005 | 10/2/2005 | 1122156 | NA338355 | 550047028-2 | $675.00 |
| 10/2/2005 | 10/2/2005 | 1122157 | NA338356 | 550047025-10 | $570.00 |
| 10/2/2005 | 10/2/2005 | 1122158 | NA338357 | 550040661-15 | $455.00 |
| 10/2/2005 | 10/2/2005 | 1122159 | NA338358 | 550047025-10 | $570.00 |

# EXHIBIT A

| Ship Date | Estimated Delivery Date | Invoice # | Packlist # | Delphi P.O. # | $$ Due |
|---|---|---|---|---|---|
| 10/2/2005 | 10/2/2005 | 1122160 | NA338359 | 550045981 | $2,730.00 |
| 10/2/2005 | 10/2/2005 | 1122161 | NA338360 | 550047026 | $238.50 |
| 10/2/2005 | 10/2/2005 | 1122162 | NA338361 | 550045979-9 | $455.00 |
| 10/2/2005 | 10/2/2005 | 1122163 | NA338362 | 550047027-3 | $510.00 |
| 10/2/2005 | 10/2/2005 | 1122164 | NA338363 | 550047026 | $238.50 |
| 10/2/2005 | 10/2/2005 | 1122165 | NA338364 | 550047029-2 | $1,260.00 |
| 10/2/2005 | 10/2/2005 | 1122166 | NA338365 | 550045981 | $2,730.00 |
| 10/2/2005 | 10/2/2005 | 1122167 | NA338366 | 550045981-2 | $2,730.00 |
| 10/2/2005 | 10/2/2005 | 1122168 | NA338367 | 550047028-2 | $675.00 |
| 10/2/2005 | 10/2/2005 | 1122169 | NA338368 | 550047023-5 | $1,350.00 |
| 10/2/2005 | 10/2/2005 | 1122184 | NA338383 | 550047025-5 | $800.00 |
| 10/2/2005 | 10/2/2005 | 1122185 | NA338384 | 550047028-1 | $1,500.00 |
| 10/2/2005 | 10/2/2005 | 1122186 | NA338385 | 550045981-6 | $1,440.00 |
| 10/2/2005 | 10/2/2005 | 1122187 | NA338386 | 550047023-6 | $225.00 |
| 10/2/2005 | 10/2/2005 | 1122188 | NA338387 | 550047023-8 | $238.50 |
| 10/2/2005 | 10/2/2005 | 1122189 | NA338388 | 550047025-17 | $1,250.00 |
| 10/2/2005 | 10/2/2005 | 1122190 | NA338389 | 550040656-10 | $1,250.00 |
| 10/2/2005 | 10/2/2005 | 1122191 | NA338390 | 550047025-5 | $800.00 |
| 10/2/2005 | 10/2/2005 | 1122192 | NA338391 | 550050568-2 | $570.00 |
| 10/2/2005 | 10/2/2005 | 1122193 | NA338392 | 550045981 | $2,730.00 |
| 10/2/2005 | 10/2/2005 | 1122194 | NA338393 | 550045981-2 | $2,730.00 |
| 10/2/2005 | 10/2/2005 | 1122195 | NA338394 | 550047028-2 | $1,350.00 |
| 10/2/2005 | 10/2/2005 | 1122196 | NA338395 | 550045989-3 | $650.00 |
| 10/2/2005 | 10/2/2005 | 1122197 | NA338396 | 550047026 | $238.50 |
| 10/2/2005 | 10/2/2005 | 1122198 | NA338397 | 550045979-3 | $324.00 |
| 10/2/2005 | 10/2/2005 | 1122199 | NA338398 | 550047023-6 | $225.00 |
| 10/2/2005 | 10/2/2005 | 1122200 | NA338399 | 550047025-19 | $225.00 |
| 10/2/2005 | 10/2/2005 | 1122201 | NA338400 | 550045989-3 | $325.00 |
| 10/2/2005 | 10/2/2005 | 1122202 | NA338401 | 550047026 | $238.50 |
| 10/2/2005 | 10/2/2005 | 1122203 | NA338402 | 550045981 | $5,460.00 |
| 10/2/2005 | 10/2/2005 | 1122204 | NA338403 | 550047023-5 | $1,350.00 |
| 10/2/2005 | 10/2/2005 | 1122205 | NA338404 | 550047023-6 | $225.00 |
| 10/2/2005 | 10/2/2005 | 1122206 | NA338405 | 550047025-13 | $441.00 |
| 10/2/2005 | 10/2/2005 | 1122207 | NA338406 | 550045981 | $2,730.00 |
| 10/2/2005 | 10/2/2005 | 1122208 | NA338407 | 550047025-5 | $800.00 |
| 10/2/2005 | 10/2/2005 | 1122209 | NA338408 | 550045981 | $2,730.00 |
| 10/4/2005 | 10/4/2005 | 1123201 | NA338439 | 550047027-6 | $380.00 |
| 10/4/2005 | 10/4/2005 | 1123202 | NA338440 | 550045981-6 | $2,880.00 |
| 10/4/2005 | 10/4/2005 | 1123203 | NA338441 | 550047029-2 | $504.00 |
| 10/4/2005 | 10/4/2005 | 1123204 | NA338442 | 550045979-2 | $2,730.00 |
| 10/4/2005 | 10/4/2005 | 1123205 | NA338443 | 550045981 | $2,730.00 |
| 10/4/2005 | 10/4/2005 | 1123206 | NA338444 | 550045979-2 | $5,460.00 |
| 10/4/2005 | 10/4/2005 | 1123207 | NA338445 | 550047029-2 | $252.00 |
| 10/4/2005 | 10/4/2005 | 1123208 | NA338446 | 550045979-2 | $2,730.00 |
| 10/4/2005 | 10/4/2005 | 1123209 | NA338447 | 550047025-5 | $800.00 |
| 10/4/2005 | 10/4/2005 | 1123210 | NA338448 | 550047025-15 | $462.50 |
| 10/4/2005 | 10/4/2005 | 1123211 | NA338449 | 550051403 | $262.50 |
| 10/4/2005 | 10/4/2005 | 1123212 | NA338450 | 550047029-2 | $504.00 |

# EXHIBIT A

| Ship Date | Estimated Delivery Date | Invoice # | Packlist # | Delphi P.O. # | $$ Due |
|---|---|---|---|---|---|
| 10/4/2005 | 10/4/2005 | 1123213 | NA338451 | 550045981 | $5,460.00 |
| 10/4/2005 | 10/4/2005 | 1123214 | NA338452 | 550045981-2 | $2,730.00 |
| 10/4/2005 | 10/4/2005 | 1123215 | NA338453 | 550047028-2 | $675.00 |
| 10/4/2005 | 10/4/2005 | 1123216 | NA338454 | 550047028-1 | $1,500.00 |
| 10/4/2005 | 10/4/2005 | 1123217 | NA338455 | 550045981-6 | $1,440.00 |
| 10/5/2005 | 10/5/2005 | 1123428 | NA338483 | 550047025-5 | $800.00 |
| 10/5/2005 | 10/5/2005 | 1123429 | NA338484 | 550047025-10 | $570.00 |
| 10/5/2005 | 10/5/2005 | 1123430 | NA338485 | 550045981 | $2,730.00 |
| 10/5/2005 | 10/5/2005 | 1123431 | NA338486 | 550045981-2 | $5,460.00 |
| 10/5/2005 | 10/5/2005 | 1123432 | NA338487 | 550047028-2 | $675.00 |
| 10/5/2005 | 10/5/2005 | 1123433 | NA338488 | 550045981-6 | $1,440.00 |
| 10/5/2005 | 10/5/2005 | 1123434 | NA338489 | 550047024-2 | $1,500.00 |
| 10/5/2005 | 10/5/2005 | 1123435 | NA338490 | 550047023-5 | $1,350.00 |
| 10/5/2005 | 10/5/2005 | 1123436 | NA338491 | 550047025-15 | $462.50 |
| 10/5/2005 | 10/5/2005 | 1123437 | NA338492 | 550047026 | $477.00 |
| 10/5/2005 | 10/5/2005 | 1123438 | NA338493 | 550051403 | $262.50 |
| 10/5/2005 | 10/5/2005 | 1123439 | NA338494 | 550047023-23 | $250.00 |
| 10/5/2005 | 10/5/2005 | 1123440 | NA338495 | 550047023-5 | $1,350.00 |
| 10/5/2005 | 10/5/2005 | 1123441 | NA338496 | 550045981 | $2,730.00 |
| 10/5/2005 | 10/5/2005 | 1123442 | NA338497 | 550047028-2 | $675.00 |
| 10/5/2005 | 10/5/2005 | 1123443 | NA338498 | 550045981-6 | $1,440.00 |
| 10/5/2005 | 10/5/2005 | 1123444 | NA338499 | 550045979-2 | $2,730.00 |
| 10/5/2005 | 10/5/2005 | 1123445 | NA338500 | 550047029-2 | $504.00 |
| 10/5/2005 | 10/5/2005 | 1123446 | NA338501 | 550047023-5 | $1,350.00 |
| 10/5/2005 | 10/5/2005 | 1123447 | NA338502 | 550047029-2 | $252.00 |
| 10/5/2005 | 10/5/2005 | 1123448 | NA338503 | 550045981-5 | $2,730.00 |
| 10/5/2005 | 10/5/2005 | 1123449 | NA338504 | 550047028-2 | $1,350.00 |
| 10/5/2005 | 10/5/2005 | 1123450 | NA338505 | 550047028-1 | $1,500.00 |
| 10/5/2005 | 10/5/2005 | 1123451 | NA338506 | 550043528 | $1,476.00 |
| 10/5/2005 | 10/5/2005 | 1123452 | NA338507 | 550047023-7 | $460.00 |
| 10/5/2005 | 10/5/2005 | 1123453 | NA338508 | 550047023-6 | $225.00 |
| 10/5/2005 | 10/5/2005 | 1123454 | NA338509 | 550051403 | $262.50 |
| 10/5/2005 | 10/5/2005 | 1123455 | NA338510 | 550045981 | $8,190.00 |
| 10/5/2005 | 10/5/2005 | 1123456 | NA338511 | 550047029-8 | $462.50 |
| 10/5/2005 | 10/5/2005 | 1123457 | NA338512 | 550045981-6 | $2,880.00 |
| 10/5/2005 | 10/5/2005 | 1123458 | NA338513 | 550047029-2 | $252.00 |
| 10/5/2005 | 10/5/2005 | 1123459 | NA338514 | 550047025-15 | $462.50 |
| 10/5/2005 | 10/5/2005 | 1123460 | NA338515 | 550047023 | $570.00 |
| 10/5/2005 | 10/5/2005 | 1123461 | NA338516 | 550047029-4 | $441.00 |
| 10/5/2005 | 10/5/2005 | 1123462 | NA338517 | 550047029-2 | $252.00 |
| 10/5/2005 | 10/5/2005 | 1123463 | NA338518 | 550045981 | $2,730.00 |
| 10/5/2005 | 10/5/2005 | 1123464 | NA338519 | 550045981-2 | $2,730.00 |
| 10/5/2005 | 10/5/2005 | 1123465 | NA338520 | 550047029-10 | $3,000.00 |
| 10/5/2005 | 10/5/2005 | 1123466 | NA338521 | 550040661 | $387.50 |
| 10/5/2005 | 10/5/2005 | 1123467 | NA338522 | 550051403 | $525.00 |
| 10/5/2005 | 10/5/2005 | 1123468 | NA338523 | 550051403-3 | $650.00 |
| 10/5/2005 | 10/5/2005 | 1123469 | NA338524 | 550047025-5 | $800.00 |
| 10/6/2005 | 10/6/2005 | 1123840 | NA338557 | 550047025-13 | $441.00 |

# EXHIBIT A

| Ship Date | Estimated Delivery Date | Invoice # | Packlist # | Delphi P.O. # | $$ Due |
|---|---|---|---|---|---|
| 10/6/2005 | 10/6/2005 | 1123841 | NA338558 | 550045981-2 | $2,730.00 |
| 10/6/2005 | 10/6/2005 | 1123842 | NA338559 | 550047028-2 | $1,350.00 |
| 10/6/2005 | 10/6/2005 | 1123843 | NA338560 | 550047028-1 | $1,500.00 |
| 10/6/2005 | 10/6/2005 | 1123844 | NA338561 | 550040661-2 | $800.00 |
| 10/6/2005 | 10/6/2005 | 1123845 | NA338562 | 550040661-14 | $1,500.00 |
| 10/6/2005 | 10/6/2005 | 1123846 | NA338563 | 550051403 | $262.50 |
| 10/6/2005 | 10/6/2005 | 1123847 | NA338564 | 550047025-17 | $1,250.00 |
| 10/6/2005 | 10/6/2005 | 1123848 | NA338565 | 550047028-2 | $675.00 |
| 10/6/2005 | 10/6/2005 | 1123849 | NA338566 | 550047025-13 | $441.00 |
| 10/6/2005 | 10/6/2005 | 1123850 | NA338567 | 550045979-2 | $2,730.00 |
| 10/6/2005 | 10/6/2005 | 1123851 | NA338568 | 550051403 | $262.50 |
| 10/6/2005 | 10/6/2005 | 1123852 | NA338569 | 550047023-5 | $1,350.00 |
| 10/6/2005 | 10/6/2005 | 1123853 | NA338570 | 550045981-8 | $525.00 |
| 10/6/2005 | 10/6/2005 | 1123854 | NA338571 | 550047029-4 | $882.00 |
| 10/6/2005 | 10/6/2005 | 1123855 | NA338572 | 550047029-2 | $756.00 |
| 10/6/2005 | 10/6/2005 | 1123856 | NA338573 | 550047023-8 | $238.50 |
| 10/6/2005 | 10/6/2005 | 1123857 | NA338574 | 550047023-8 | $238.50 |
| 10/6/2005 | 10/6/2005 | 1123858 | NA338575 | 550050568-2 | $570.00 |
| 10/6/2005 | 10/6/2005 | 1123859 | NA338576 | 550045981 | $2,730.00 |
| 10/6/2005 | 10/6/2005 | 1123860 | NA338577 | 550045981-2 | $2,730.00 |
| 10/6/2005 | 10/6/2005 | 1123861 | NA338578 | 550047028-2 | $675.00 |
| 10/6/2005 | 10/6/2005 | 1123862 | NA338579 | 550045981-6 | $1,440.00 |
| 10/6/2005 | 10/6/2005 | 1123863 | NA338580 | 550047027 | $360.00 |
| 10/6/2005 | 10/6/2005 | 1123864 | NA338581 | 550051403 | $525.00 |
| 10/6/2005 | 10/6/2005 | 1123865 | NA338582 | 550047023-5 | $2,700.00 |
| 10/6/2005 | 10/6/2005 | 1123866 | NA338583 | 550047029-2 | $504.00 |
| 10/6/2005 | 10/6/2005 | 1123867 | NA338584 | 550045981 | $2,730.00 |
| 10/6/2005 | 10/6/2005 | 1123868 | NA338585 | 550045981-2 | $2,730.00 |
| 10/6/2005 | 10/6/2005 | 1123869 | NA338586 | 550047028-2 | $1,350.00 |
| 10/6/2005 | 10/6/2005 | 1123870 | NA338587 | 550045981-6 | $1,440.00 |
| 10/6/2005 | 10/6/2005 | 1123871 | NA338588 | 550047026 | $238.50 |
| 10/6/2005 | 10/6/2005 | 1123872 | NA338589 | 550047025-15 | $462.50 |
| 10/6/2005 | 10/6/2005 | 1123873 | NA338590 | 550047025-19 | $225.00 |
| 10/6/2005 | 10/6/2005 | 1123874 | NA338591 | 550045989 | $252.00 |
| 10/6/2005 | 10/6/2005 | 1123875 | NA338592 | 550040661-8 | $262.50 |
| 10/6/2005 | 10/6/2005 | 1123876 | NA338593 | 550051403 | $262.50 |
| 10/6/2005 | 10/6/2005 | 1123877 | NA338594 | 550045981 | $5,460.00 |
| 10/6/2005 | 10/6/2005 | 1123878 | NA338595 | 550045981-6 | $1,440.00 |
| 10/6/2005 | 10/6/2005 | 1123879 | NA338596 | 550047029-2 | $252.00 |
| 10/7/2005 | 10/7/2005 | 1124685 | NA338598 | 550040661-8 | $262.50 |
| 10/7/2005 | 10/7/2005 | 1124686 | NA338599 | 550051403-2 | $325.00 |
| 10/7/2005 | 10/7/2005 | 1124687 | NA338600 | 550051403-2 | $715.00 |
| 10/7/2005 | 10/7/2005 | 1124688 | NA338601 | 550040661-8 | $262.50 |
| 10/7/2005 | 10/7/2005 | 1124689 | NA338602 | 550040661-8 | $262.50 |
| 10/7/2005 | 10/7/2005 | 1124715 | NA338631 | 550045981 | $2,730.00 |
| 10/7/2005 | 10/7/2005 | 1124716 | NA338632 | 550040661-8 | $262.50 |
| 10/7/2005 | 10/7/2005 | 1124717 | NA338633 | 550051403 | $525.00 |
| 10/7/2005 | 10/7/2005 | 1124718 | NA338634 | 550047025-15 | $462.50 |

# EXHIBIT A

| Ship Date | Estimated Delivery Date | Invoice # | Packlist # | Delphi P.O. # | $$ Due |
|---|---|---|---|---|---|
| 10/7/2005 | 10/7/2005 | 1124719 | NA338635 | 550047025-5 | $800.00 |
| 10/7/2005 | 10/7/2005 | 1124720 | NA338636 | 550047023-5 | $1,350.00 |
| 10/7/2005 | 10/7/2005 | 1124721 | NA338637 | 550047023-8 | $238.50 |
| 10/7/2005 | 10/7/2005 | 1124722 | NA338638 | 550047023-23 | $250.00 |
| 10/7/2005 | 10/7/2005 | 1124723 | NA338639 | 550045981 | $2,730.00 |
| 10/7/2005 | 10/7/2005 | 1124724 | NA338640 | 550047028-2 | $675.00 |
| 10/7/2005 | 10/7/2005 | 1124725 | NA338641 | 550045981-6 | $1,440.00 |
| 10/7/2005 | 10/7/2005 | 1124726 | NA338642 | 550045979-2 | $2,730.00 |
| 10/7/2005 | 10/7/2005 | 1124727 | NA338643 | 550045989-3 | $325.00 |
| 10/7/2005 | 10/7/2005 | 1124728 | NA338644 | 550047025-13 | $882.00 |
| 10/7/2005 | 10/7/2005 | 1124729 | NA338645 | 550047023-8 | $238.50 |
| 10/7/2005 | 10/7/2005 | 1124730 | NA338646 | 550047025-19 | $225.00 |
| 10/7/2005 | 10/7/2005 | 1124731 | NA338647 | 550047025-7 | $1,500.00 |
| 10/7/2005 | 10/7/2005 | 1124732 | NA338648 | 550047029-2 | $1,008.00 |
| 10/7/2005 | 10/7/2005 | 1124733 | NA338649 | 550047028-2 | $675.00 |
| 10/7/2005 | 10/7/2005 | 1124734 | NA338650 | 550045981-6 | $1,440.00 |
| 10/7/2005 | 10/7/2005 | 1124735 | NA338651 | 550047025-19 | $225.00 |
| 10/7/2005 | 10/7/2005 | 1124736 | NA338652 | 550047029-2 | $252.00 |
| 10/7/2005 | 10/7/2005 | 1124737 | NA338653 | 550045981 | $2,730.00 |
| 10/7/2005 | 10/7/2005 | 1124738 | NA338654 | 550047029-11 | $510.00 |
| 10/7/2005 | 10/7/2005 | 1124739 | NA338655 | 550045979-2 | $2,730.00 |
| 10/7/2005 | 10/7/2005 | 1124740 | NA338656 | 550047023 | $570.00 |
| 10/7/2005 | 10/7/2005 | 1124741 | NA338657 | 550051403 | $262.50 |
| 10/7/2005 | 10/7/2005 | 1124742 | NA338658 | 550045989-3 | $325.00 |
| 10/7/2005 | 10/7/2005 | 1124743 | NA338659 | 550045981 | $2,730.00 |
| 10/7/2005 | 10/7/2005 | 1124744 | NA338660 | 550045981-2 | $2,730.00 |
| 10/7/2005 | 10/7/2005 | 1124745 | NA338661 | 550047028-1 | $1,500.00 |
| 10/7/2005 | 10/7/2005 | 1124746 | NA338662 | 550047029-11 | $510.00 |
| 10/7/2005 | 10/7/2005 | 1124747 | NA338663 | 550047026 | $238.50 |
| 10/7/2005 | 10/7/2005 | 1124748 | NA338664 | 550047029-2 | $252.00 |
| 10/7/2005 | 10/7/2005 | 1124749 | NA338665 | 550047025-5 | $800.00 |
| 10/7/2005 | 10/7/2005 | 1124750 | NA338666 | 550045979-3 | $324.00 |
| 10/7/2005 | 10/7/2005 | 1124751 | NA338667 | 550051403 | $262.50 |
| 10/7/2005 | 10/7/2005 | 1124752 | NA338668 | 550047025-15 | $462.50 |
| 10/7/2005 | 10/7/2005 | 1124753 | NA338669 | 550047029-2 | $504.00 |
| 10/7/2005 | 10/7/2005 | 1124754 | NA338670 | 550045981-2 | $2,730.00 |
| 10/7/2005 | 10/7/2005 | 1124755 | NA338671 | 550047028-1 | $1,500.00 |
| 10/7/2005 | 10/7/2005 | 1124756 | NA338672 | 550045981-6 | $1,440.00 |
| 10/7/2005 | 10/7/2005 | 1124757 | NA338673 | 550040661-8 | $262.50 |
| Total | | | | | $419,685.00 |

# EXHIBIT B

| Ship Date | Estimated Delivery Date | Invoice # | Packlist # | Delphi P.O. # | $$ Due |
|---|---|---|---|---|---|
| 9/27/2005 | 9/30/2005 | 1120451 | IL086716 | 550042185-2 | $1,400.00 |
| 9/27/2005 | 9/30/2005 | 1120452 | IL086718 | 550045111-2 | $975.00 |
| 9/27/2005 | 9/30/2005 | 1120453 | IL086721 | 550042185-2 | $3,150.00 |
| 9/27/2005 | 9/30/2005 | 1120454 | IL086722 | 550043141-2 | $650.00 |
| 9/28/2005 | 10/1/2005 | 1120671 | IL086954 | 550043141-2 | $1,300.00 |
| 9/28/2005 | 10/1/2005 | 1120672 | IL086955 | 550045111-2 | $650.00 |
| 9/28/2005 | 10/1/2005 | 1120673 | IL086956 | 550042185-2 | $5,600.00 |
| 9/28/2005 | 10/1/2005 | 1120674 | IL086957 | 550045630-2 | $700.00 |
| 9/28/2005 | 10/1/2005 | 1120675 | IL086959 | 550039485-4 | $775.00 |
| 9/28/2005 | 10/1/2005 | 1120676 | IL086960 | 550039485-4 | $1,162.50 |
| 9/28/2005 | 10/1/2005 | 1120677 | IL086961 | 550039485-4 | $775.00 |
| 9/28/2005 | 10/1/2005 | 1120678 | IL086962 | 550039485-4 | $1,162.50 |
| 9/28/2005 | 10/1/2005 | 1121019 | IL490377 | 550043141 | $6,037.50 |
| 9/28/2005 | 10/1/2005 | 1121020 | IL490379 | 550061433 | $3,750.00 |
| 9/28/2005 | 10/1/2005 | 1121021 | IL490380 | 550061433-3 | $262.50 |
| 9/28/2005 | 10/1/2005 | 1121022 | IL490381 | 550061433-4 | $5,425.00 |
| 9/28/2005 | 10/1/2005 | 1121023 | IL490382 | 550039485-2 | $262.50 |
| 9/28/2005 | 10/1/2005 | 1121024 | IL490384 | 550045519 | $4,050.00 |
| 9/28/2005 | 10/1/2005 | 1121025 | IL490386 | 550061433 | $1,500.00 |
| 9/28/2005 | 10/1/2005 | 1121026 | IL490387 | 550061433-4 | $775.00 |
| 9/28/2005 | 10/1/2005 | 1121027 | IL490388 | 550045512-5 | $2,175.00 |
| 9/28/2005 | 10/1/2005 | 1121028 | IL490389 | 550061433 | $750.00 |
| 9/28/2005 | 10/1/2005 | 1121029 | IL490390 | 550061433 | $750.00 |
| 9/28/2005 | 10/1/2005 | 1121032 | IL490904 | 450141571 | $702.50 |
| 9/29/2005 | 10/2/2005 | 1121422 | IL491723 | 550039485-2 | $262.50 |
| 9/30/2005 | 10/3/2005 | 1121619 | IL087163 | 550043141-2 | $1,300.00 |
| 9/30/2005 | 10/3/2005 | 1121792 | IL492883 | 550039485-2 | $262.50 |
| 10/1/2005 | 10/4/2005 | 1122027 | IL087255 | 550045111-2 | $3,250.00 |
| 10/2/2005 | 10/5/2005 | 1122057 | IL087309 | 550045111-2 | $650.00 |
| 10/4/2005 | 10/7/2005 | 1123129 | SC045102 | 550042185-2 | $1,050.00 |
| 10/4/2005 | 10/7/2005 | 1123130 | SC045103 | 550042185-2 | $700.00 |
| 10/4/2005 | 10/7/2005 | 1123131 | SC045104 | 550042185-2 | $700.00 |
| 10/4/2005 | 10/7/2005 | 1123132 | SC045105 | 550042185-2 | $1,085.43 |
| 10/5/2005 | 10/8/2005 | 1123687 | IL500046 | 550043141 | $1,050.00 |
| 10/5/2005 | 10/8/2005 | 1123688 | IL500047 | 550061433 | $750.00 |
| 10/5/2005 | 10/8/2005 | 1123689 | IL500048 | 550061433-4 | $775.00 |
| 10/5/2005 | 10/8/2005 | 1123690 | IL500049 | 550039485-2 | $262.50 |
| 10/5/2005 | 10/8/2005 | 1123691 | IL500050 | 550039485-4 | $1,162.50 |
| 10/5/2005 | 10/8/2005 | 1123692 | IL500051 | 550042185 | $225.00 |
| 10/5/2005 | 10/8/2005 | 1123693 | IL500052 | 550043141 | $787.50 |
| 10/5/2005 | 10/8/2005 | 1123694 | IL500053 | 550061433-4 | $775.00 |
| 10/5/2005 | 10/8/2005 | 1123695 | IL500054 | 550039485-2 | $262.50 |
| 10/5/2005 | 10/8/2005 | 1123696 | IL500055 | 550039485-4 | $775.00 |
| 10/5/2005 | 10/8/2005 | 1123697 | IL500056 | 550042185 | $225.00 |

# EXHIBIT B

| Ship Date | Estimated Delivery Date | Invoice # | Packlist # | Delphi P.O. # | $$ Due |
|---|---|---|---|---|---|
| 10/5/2005 | 10/8/2005 | 1123698 | IL500057 | 550043141 | $1,050.00 |
| 10/5/2005 | 10/8/2005 | 1123699 | IL500058 | 550061433-4 | $775.00 |
| 10/5/2005 | 10/8/2005 | 1123700 | IL500059 | 550039485-4 | $1,162.50 |
| 10/5/2005 | 10/8/2005 | 1123701 | IL500060 | 550042185 | $225.00 |
| 10/5/2005 | 10/8/2005 | 1123702 | IL500061 | 550043141 | $787.50 |
| 10/5/2005 | 10/8/2005 | 1123703 | IL500062 | 550061433-4 | $775.00 |
| 10/5/2005 | 10/8/2005 | 1123704 | IL500063 | 550039485-4 | $775.00 |
| 10/5/2005 | 10/8/2005 | 1123705 | IL500064 | 550042185 | $225.00 |
| 10/5/2005 | 10/8/2005 | 1123706 | IL500065 | 550043141 | $787.50 |
| 10/5/2005 | 10/8/2005 | 1123707 | IL500066 | 550039485-4 | $775.00 |
| 10/5/2005 | 10/8/2005 | 1123708 | IL500574 | 550043141-2 | $1,300.00 |
| 10/5/2005 | 10/8/2005 | 1123709 | IL500575 | 550045111-2 | $2,600.00 |
| | | | | | |
| | | Total | | | $72,287.93 |

NYK_990986_2.XLS    10/28/2005