BOSE MCKINNEY & EVANS LLP
135 North Pennsylvania Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 684-5296
Facsimile:  (317) 223-0296
Jeannette Eisan Hinshaw, Esq.  (Indiana Bar 8238-49A)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DELPHI CORPORATION, | ) | Case No. 05-44481 |
| | ) | |
| Debtor. | ) | |

### VERIFIED STATEMENT OF BOSE McKINNEY & EVANS LLP
### PURSUANT TO FED.R.BANK.P. 2019

Bose McKinney & Evans LLP ("BME") hereby submits this verified statement (the "Verified Statement") pursuant to Fed.R.Bankr.P. 2019(a), and states as follows:

1. BME serves as counsel for the creditors whose names, addresses, and the nature of claims are as follows:

| **Creditor** | **Nature of Claim/Interest** |
|---|---|
| Lorentson Manufacturing Company, Inc.<br>P.O. Box 932<br>111 Rank Parkway<br>Kokomo, Indiana  46901 | Trade Creditor |
| Lorentson Manufacturing Company Southwest, Inc.<br>P.O. Box 932<br>111 Rank Parkway<br>Kokomo, Indiana  46901 | Trade Creditor |
| Lorentson Tooling, Inc.<br>P.O. Box 932<br>111 Rank Parkway<br>Kokomo, Indiana  46901 | Trade Creditor |
| L & S Tools, Inc.<br>P.O. Box 932<br>111 Rank Parkway<br>Kokomo, Indiana  46901 | Trade Creditor |

657444

| | |
|---|---|
| Eikenberry & Associates, Inc.<br>1104 North Touby Pike<br>P.O. Box 2676<br>Kokomo, Indiana  46904-2676 | Trade Creditor |
| Decatur Plastic Products, Inc.<br>3250 North State Highway 7<br>P.O. Box 1079<br>North Vernon, Indiana  47265 | Trade Creditor |
| Hewitt Tool & Die, Inc.<br>P.O. Box 47<br>1138 East 400 South<br>Oakford, Indiana  46965-0047. | Trade Creditor |

2. Each of BME' clients' claims against or relationship with the relevant debtor(s) is more than one year old.  As of the date hereof, the total amount of the claims held by the creditors set forth in Paragraph 1 has yet to be determined.

3. BME is representing each of these clients individually; the clients listed above do not comprise a committee of any kind.

4. BME has no written contracts of representation with the entities described in Paragraph 1 hereof other than ordinary and usual retainer/engagement letters.

5. Upon information and belief formed after due inquiry, as of the date hereof, BME does not hold any claims against, or equity interests in, the Debtors.

I, Jeannette Eisan Hinshaw, after due inquiry, declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the facts set forth in this Verified Statement and true and correct to the best of my knowledge, information and belief.

Dated:  October 31, 2005.

/s/  Jeannette Eisan Hinshaw
Atty. No. 8238-49-A
BOSE MCKINNEY & EVANS LLP
135 N. Pennsylvania Street, Ste. 2700
Indianapolis, Indiana  46204
(317) 684-5000

657444

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has been served upon the following parties set out below via ECF transmission, this 31st day of October, 2005:

    /s/ Jeannette Eisan Hinshaw
    Jeannette Eisan Hinshaw

***counsel for the Debtors***

    John Wm. Butler
    jbutler@skadden.com

    Kayalyn A. Marafioti
    kmarafio@skadden.com, jharring@skadden.com

    Thomas J. Matz
    tmatz@skadden.com

***counsel for the Official Committee of Unsecured Creditors***

    Mark A. Broude, Gordon J. Toering,   Latham & Watkins
    gtoering@wnj.com

***all other parties receiving ECF transmissions as of the date set out above***

657444