Andrew C. Kassner (AK 9067)
David B. Aaronson (DA 8387)
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA  19103-6996
(215) 988-2700

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                                                 :
                                                                           :         Chapter 11
DELPHI CORPORATION, et al.,                       :
                                                                           :         Case No. 05-44481 (RDD)
                                                                           :         Jointly Administered
                          Debtors                               :
------------------------------------------------------------X

# VERIFIED STATEMENT OF DRINKER BIDDLE & REATH LLP
# UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Drinker Biddle & Reath LLP ("Drinker Biddle") pursuant to Federal Rule of Bankruptcy Procedure 2019(a) does hereby verify that it has been retained to represent more than one creditor in the above-captioned chapter 11 bankruptcy cases (the "Bankruptcy Cases").  Pursuant to Federal Rule of Bankruptcy Procedure 2019(a), Drinker Biddle hereby provides the following information with respect to each of the creditors for which it has been retained:

1. Name:    Penske Truck Leasing Co., L.P. and Penske Logistics LLC
(collectively, "Penske")

   Address:    Route 10 - Green Hills, P.O. Box 563, Reading, PA 19603

   Nature and Amount of Claim:  The aggregate amount of claims held by Penske, which arise under a group of leases and other agreements, is in excess of approximately $5,418,287.

   Reason for Representation:  Drinker Biddle has been employed to serve as counsel for and in representing Penkse interests in the Bankruptcy Cases.

   Timing of Representation:  Drinker Biddle represents Penkse on an ongoing basis in various matters.  Some of Penske's claims existed pre-petition.

2.   Name:      Quaker Chemical Corporation ("Quaker")

  Address:     Elm and Lee Streets, Conshohocken, PA 19428

  Nature and Amount of Claim:  The aggregate amount of claims held by Quaker, which arise, under a group of contracts for goods and services, is in excess of approximately $896,898.

  Reason for Representation:  Drinker Biddle has been employed to serve as counsel for and in representing Quaker's interests in Bankruptcy Cases.

  Timing of Representation:  Drinker Biddle represents Quaker on an ongoing basis in various matters.  Some of Quaker's claims existed pre-petition.

Dated: October 31, 2005

/s/ David B. Aaronson
Andrew C. Kassner (AK 9067)
David B. Aaronson (DA 8387)
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA  19103-6996