Tricon Industries Incorporated
Accounts Receivable Aging of Delphi North American Accounts
**OPEN INVOICES**
Aging Date: 10/08/2005

| Cust ID | Cust Name | INV NO / PAYMENT NO | TYP | INV DATE | CURRENT | 1-30 | 31-60 | 61-90 | OVER 90 | UNAP CASH* | TOTAL A/R |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1600 | Delphi Automotive | 59710 | I | 90105 | $ 108.00 | | | | | | $ 108.00 |
| 1600 | Delphi Automotive | 59789 | I | 90705 | $ 206.00 | | | | | | $ 206.00 |
| 1600 | Delphi Automotive | 59911 | I | 91205 | $ 108.00 | | | | | | $ 108.00 |
| 1600 | Delphi Automotive | 59978 | I | 91405 | $ 108.00 | | | | | | $ 108.00 |
| 1600 | Delphi Automotive | 60019 | I | 91505 | $ 130.00 | | | | | | $ 130.00 |
| 1600 | Delphi Automotive | 60256 | I | 92605 | $ 152.00 | | | | | | $ 152.00 |
| 1600 | Delphi Automotive | 60381 | I | 93005 | $ 216.00 | | | | | | $ 216.00 |
| 1600 | Delphi Automotive | 60494 | I | 100505 | $ 160.00 | | | | | | $ 160.00 |
| **1600 Total** | **Delphi Automotive** | | | | $ 1,188.00 | $ - | $ - | $ - | $ - | $ - | $ 1,188.00 |
| 1608 | Delphi Auotmotive Systems | 54514 | I | 20205 | | | | | $ 44.80 | | $ 44.80 |
| 1608 | Delphi Auotmotive Systems | 54555 | I | 20305 | | | | | $ 44.80 | | $ 44.80 |
| 1608 | Delphi Auotmotive Systems | 54856 | I | 21605 | | | | | $ 22.40 | | $ 22.40 |
| 1608 | Delphi Auotmotive Systems | 55058 | I | 22305 | | | | | $ 67.20 | | $ 67.20 |
| 1608 | Delphi Auotmotive Systems | 55182 | I | 22805 | | | | | $ 67.20 | | $ 67.20 |
| 1608 | Delphi Auotmotive Systems | 56751 | I | 42805 | | | | | $ 35.64 | | $ 35.64 |
| 1608 | Delphi Auotmotive Systems | 56789 | I | 42905 | | | | | $ 38.88 | | $ 38.88 |
| 1608 | Delphi Auotmotive Systems | 56835 | I | 50205 | | | | | $ 66.42 | | $ 66.42 |
| 1608 | Delphi Auotmotive Systems | 57073 | I | 51105 | | | | | $ 39.69 | | $ 39.69 |
| 1608 | Delphi Auotmotive Systems | 57174 | I | 51605 | | | | | $ 181.43 | | $ 181.43 |
| 1608 | Delphi Auotmotive Systems | 57217 | I | 51705 | | | | | $ 35.64 | | $ 35.64 |
| 1608 | Delphi Auotmotive Systems | 57249 | I | 51805 | | | | | $ 13.77 | | $ 13.77 |
| 1608 | Delphi Auotmotive Systems | 57269 | I | 51905 | | | | | $ 13.77 | | $ 13.77 |
| 1608 | Delphi Auotmotive Systems | 57312 | I | 52005 | | | | | $ 25.92 | | $ 25.92 |
| 1608 | Delphi Auotmotive Systems | 57429 | I | 52505 | | | | | $ 6.48 | | $ 6.48 |
| 1608 | Delphi Auotmotive Systems | 57574 | I | 60105 | | | | $ 25.92 | | | $ 25.92 |
| 1608 | Delphi Auotmotive Systems | 57838 | I | 61005 | | | | $ 34.83 | | | $ 34.83 |
| 1608 | Delphi Auotmotive Systems | 59337 | I | 81905 | | | $ 385.20 | | | | $ 385.20 |
| 1608 | Delphi Auotmotive Systems | 58310 | I | 70505 | | | $ 181.44 | | | | $ 181.44 |
| 1608 | Delphi Auotmotive Systems | 58480 | I | 71405 | | | $ 12.96 | | | | $ 12.96 |
| 1608 | Delphi Auotmotive Systems | 58563 | I | 71905 | | | $ 100.00 | | | | $ 100.00 |
| 1608 | Delphi Auotmotive Systems | 58682 | I | 72505 | | | $ 1,821.80 | | | | $ 1,821.80 |
| 1608 | Delphi Auotmotive Systems | 59377 | I | 82205 | | | $ 385.20 | | | | $ 385.20 |
| 1608 | Delphi Auotmotive Systems | 59414 | I | 82305 | | | $ 128.40 | | | | $ 128.40 |
| 1608 | Delphi Auotmotive Systems | 59436 | I | 82305 | | | $ 600.00 | | | | $ 600.00 |
| 1608 | Delphi Auotmotive Systems | 59447 | I | 82405 | | | $ 256.80 | | | | $ 256.80 |
| 1608 | Delphi Auotmotive Systems | 59489 | I | 82505 | | | $ 128.40 | | | | $ 128.40 |
| 1608 | Delphi Auotmotive Systems | 59534 | I | 82605 | | | $ 256.80 | | | | $ 256.80 |
| 1608 | Delphi Auotmotive Systems | 59550 | I | 82605 | | | $ 728.72 | | | | $ 728.72 |
| 1608 | Delphi Auotmotive Systems | 59566 | I | 82905 | | $ 128.40 | | | | | $ 128.40 |
| 1608 | Delphi Auotmotive Systems | 59616 | I | 83005 | | $ 2,550.52 | | | | | $ 2,550.52 |

EXHIBIT A

Tricon Industries Incorporated
Accounts Receivable Aging of Delphi North American Accounts
**OPEN INVOICES**
Aging Date: 10/08/2005

| Cust ID | Cust Name | INV NO / PAYMENT NO | TYP | INV DATE | CURRENT | 1-30 | 31-60 | 61-90 | OVER 90 | UNAP CASH* | TOTAL A/R |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1608 | Delphi Auotmotive Systems | 59631 | I | 83005 | | $ 600.00 | | | | | $ 600.00 |
| 1608 | Delphi Auotmotive Systems | 59663 | I | 83105 | | $ 128.40 | | | | | $ 128.40 |
| 1608 | Delphi Auotmotive Systems | 59673 | I | 83105 | | $ 728.72 | | | | | $ 728.72 |
| 1608 | Delphi Auotmotive Systems | 59676 | I | 83105 | | $ 1,093.08 | | | | | $ 1,093.08 |
| 1608 | Delphi Auotmotive Systems | 59707 | I | 90105 | | $ 1,821.80 | | | | | $ 1,821.80 |
| 1608 | Delphi Auotmotive Systems | 59716 | I | 90205 | | $ 1,821.80 | | | | | $ 1,821.80 |
| 1608 | Delphi Auotmotive Systems | 59727 | I | 90205 | | $ 1,821.80 | | | | | $ 1,821.80 |
| 1608 | Delphi Auotmotive Systems | 59761 | I | 90605 | | $ 128.40 | | | | | $ 128.40 |
| 1608 | Delphi Auotmotive Systems | 59763 | I | 90605 | | $ 1,093.08 | | | | | $ 1,093.08 |
| 1608 | Delphi Auotmotive Systems | 59773 | I | 90605 | | $ 2,550.52 | | | | | $ 2,550.52 |
| 1608 | Delphi Auotmotive Systems | 59807 | I | 90705 | | $ 1,457.44 | | | | | $ 1,457.44 |
| 1608 | Delphi Auotmotive Systems | 59809 | I | 90705 | | $ 1,457.44 | | | | | $ 1,457.44 |
| 1608 | Delphi Auotmotive Systems | 59819 | I | 90705 | | $ 600.00 | | | | | $ 600.00 |
| 1608 | Delphi Auotmotive Systems | 59827 | I | 90805 | | $ 128.40 | | | | | $ 128.40 |
| 1608 | Delphi Auotmotive Systems | 59843 | I | 90805 | | $ 728.72 | | | | | $ 728.72 |
| 1608 | Delphi Auotmotive Systems | 59847 | I | 90805 | | $ 2,550.52 | | | | | $ 2,550.52 |
| 1608 | Delphi Auotmotive Systems | 59874 | I | 90905 | | $ 256.80 | | | | | $ 256.80 |
| 1608 | Delphi Auotmotive Systems | 59877 | I | 90905 | | $ 3,279.24 | | | | | $ 3,279.24 |
| 1608 | Delphi Auotmotive Systems | 59909 | I | 91205 | | $ 364.36 | | | | | $ 364.36 |
| 1608 | Delphi Auotmotive Systems | 59910 | I | 91205 | | $ 1,093.08 | | | | | $ 1,093.08 |
| 1608 | Delphi Auotmotive Systems | 59929 | I | 91305 | | $ 10.00 | | | | | $ 10.00 |
| 1608 | Delphi Auotmotive Systems | 59949 | I | 91305 | | $ 600.00 | | | | | $ 600.00 |
| 1608 | Delphi Auotmotive Systems | 59950 | I | 91305 | | $ 2,550.52 | | | | | $ 2,550.52 |
| 1608 | Delphi Auotmotive Systems | 59969 | I | 91405 | | $ 1,457.44 | | | | | $ 1,457.44 |
| 1608 | Delphi Auotmotive Systems | 59976 | I | 91405 | | $ 1,093.08 | | | | | $ 1,093.08 |
| 1608 | Delphi Auotmotive Systems | 60018 | I | 91505 | | $ 1,821.80 | | | | | $ 1,821.80 |
| 1608 | Delphi Auotmotive Systems | 60044 | I | 91605 | | $ 1,457.44 | | | | | $ 1,457.44 |
| 1608 | Delphi Auotmotive Systems | 60070 | I | 91905 | | $ 1,795.32 | | | | | $ 1,795.32 |
| 1608 | Delphi Auotmotive Systems | 60071 | I | 91905 | | $ 2,550.52 | | | | | $ 2,550.52 |
| 1608 | Delphi Auotmotive Systems | 60074 | I | 91905 | | $ 1,821.80 | | | | | $ 1,821.80 |
| 1608 | Delphi Auotmotive Systems | 60078 | I | 91905 | | $ 48.67 | | | | | $ 48.67 |
| 1608 | Delphi Auotmotive Systems | 60098 | I | 92005 | | $ 128.40 | | | | | $ 128.40 |
| 1608 | Delphi Auotmotive Systems | 60113 | I | 92005 | | $ 6,500.52 | | | | | $ 6,500.52 |
| 1608 | Delphi Auotmotive Systems | 60115 | I | 92005 | | $ 300.00 | | | | | $ 300.00 |
| 1608 | Delphi Auotmotive Systems | 59046 | I | 80805 | | $ 15.57 | | | | | $ 15.57 |
| 1608 | Delphi Auotmotive Systems | 59196 | I | 81205 | | $ 2,259.60 | | | | | $ 2,259.60 |
| 1608 | Delphi Auotmotive Systems | 60136 | I | 92105 | | $ 256.80 | | | | | $ 256.80 |
| 1608 | Delphi Auotmotive Systems | 60143 | I | 92105 | | $ 5,625.45 | | | | | $ 5,625.45 |
| 1608 | Delphi Auotmotive Systems | 60181 | I | 92205 | | $ 458.37 | | | | | $ 458.37 |
| 1608 | Delphi Auotmotive Systems | 60182 | I | 92205 | | $ 13,296.00 | | | | | $ 13,296.00 |
| 1608 | Delphi Auotmotive Systems | 60185 | I | 92205 | | $ 2,550.52 | | | | | $ 2,550.52 |

Tricon Industries Incorporated
Accounts Receivable Aging of Delphi North American Accounts
**OPEN INVOICES**
Aging Date: 10/08/2005

| Cust ID | Cust Name | INV NO / PAYMENT NO | TYP | INV DATE | CURRENT | 1-30 | 31-60 | 61-90 | OVER 90 | UNAP CASH* | TOTAL A/R |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1608 | Delphi Auotmotive Systems | 60196 | I | 92305 | | $ 2,186.16 | | | | | $ 2,186.16 |
| 1608 | Delphi Auotmotive Systems | 60217 | I | 92305 | | 125.83 | | | | | $ 125.83 |
| 1608 | Delphi Auotmotive Systems | 60220 | I | 92305 | | 3,471.36 | | | | | $ 3,471.36 |
| 1608 | Delphi Auotmotive Systems | 60221 | I | 92305 | | 2,820.48 | | | | | $ 2,820.48 |
| 1608 | Delphi Auotmotive Systems | 60231 | I | 92605 | | 6,648.00 | | | | | $ 6,648.00 |
| 1608 | Delphi Auotmotive Systems | 60232 | I | 92605 | | 2,212.70 | | | | | $ 2,212.70 |
| 1608 | Delphi Auotmotive Systems | 60234 | I | 92605 | | 833.40 | | | | | $ 833.40 |
| 1608 | Delphi Auotmotive Systems | 60242 | I | 92605 | | 5,640.96 | | | | | $ 5,640.96 |
| 1608 | Delphi Auotmotive Systems | 60243 | I | 92605 | | 503.33 | | | | | $ 503.33 |
| 1608 | Delphi Auotmotive Systems | 60260 | I | 92605 | | 2,914.88 | | | | | $ 2,914.88 |
| 1608 | Delphi Auotmotive Systems | 60281 | I | 92705 | $ 4,000.32 | | | | | | $ 4,000.32 |
| 1608 | Delphi Auotmotive Systems | 60285 | I | 92705 | 564.83 | | | | | | $ 564.83 |
| 1608 | Delphi Auotmotive Systems | 60287 | I | 92705 | 251.66 | | | | | | $ 251.66 |
| 1608 | Delphi Auotmotive Systems | 60289 | I | 92705 | 19,944.00 | | | | | | $ 19,944.00 |
| 1608 | Delphi Auotmotive Systems | 60294 | I | 92705 | 1,301.76 | | | | | | $ 1,301.76 |
| 1608 | Delphi Auotmotive Systems | 60297 | I | 92705 | 335.42 | | | | | | $ 335.42 |
| 1608 | Delphi Auotmotive Systems | 60303 | I | 92705 | 3,471.36 | | | | | | $ 3,471.36 |
| 1608 | Delphi Auotmotive Systems | 60305 | I | 92705 | 714.15 | | | | | | $ 714.15 |
| 1608 | Delphi Auotmotive Systems | 60245 | I | 92805 | 3,521.95 | | | | | | $ 3,521.95 |
| 1608 | Delphi Auotmotive Systems | 60265 | I | 92805 | 1,713.18 | | | | | | $ 1,713.18 |
| 1608 | Delphi Auotmotive Systems | 60299 | I | 92805 | 3,689.66 | | | | | | $ 3,689.66 |
| 1608 | Delphi Auotmotive Systems | 60314 | I | 92805 | 6,648.00 | | | | | | $ 6,648.00 |
| 1608 | Delphi Auotmotive Systems | 60321 | I | 92805 | 8,136.00 | | | | | | $ 8,136.00 |
| 1608 | Delphi Auotmotive Systems | 60328 | I | 92805 | 1,071.22 | | | | | | $ 1,071.22 |
| 1608 | Delphi Auotmotive Systems | 60331 | I | 92805 | 2,954.95 | | | | | | $ 2,954.95 |
| 1608 | Delphi Auotmotive Systems | 60332 | I | 92805 | 5,749.44 | | | | | | $ 5,749.44 |
| 1608 | Delphi Auotmotive Systems | 60333 | I | 92805 | 6,000.48 | | | | | | $ 6,000.48 |
| 1608 | Delphi Auotmotive Systems | 60334 | I | 92805 | 564.83 | | | | | | $ 564.83 |
| 1608 | Delphi Auotmotive Systems | 60335 | I | 92805 | 295.50 | | | | | | $ 295.50 |
| 1608 | Delphi Auotmotive Systems | 60337 | I | 92805 | 3,689.66 | | | | | | $ 3,689.66 |
| 1608 | Delphi Auotmotive Systems | 60344 | I | 92805 | 1,428.29 | | | | | | $ 1,428.29 |
| 1608 | Delphi Auotmotive Systems | 60348 | I | 92905 | 564.83 | | | | | | $ 564.83 |
| 1608 | Delphi Auotmotive Systems | 60350 | I | 92905 | 6,648.00 | | | | | | $ 6,648.00 |
| 1608 | Delphi Auotmotive Systems | 60363 | I | 92905 | 6,000.48 | | | | | | $ 6,000.48 |
| 1608 | Delphi Auotmotive Systems | 60365 | I | 92905 | 1,431.75 | | | | | | $ 1,431.75 |
| 1608 | Delphi Auotmotive Systems | 60367 | I | 92905 | 125.83 | | | | | | $ 125.83 |
| 1608 | Delphi Auotmotive Systems | 60369 | I | 92905 | 1,428.29 | | | | | | $ 1,428.29 |
| 1608 | Delphi Auotmotive Systems | 60370 | I | 92905 | 458.36 | | | | | | $ 458.36 |
| 1608 | Delphi Auotmotive Systems | 60372 | I | 92905 | 2,954.95 | | | | | | $ 2,954.95 |
| 1608 | Delphi Auotmotive Systems | 60373 | I | 92905 | 7,051.20 | | | | | | $ 7,051.20 |
| 1608 | Delphi Auotmotive Systems | 60375 | I | 92905 | 295.50 | | | | | | $ 295.50 |

Tricon Industries Incorporated
Accounts Receivable Aging of Delphi North American Accounts
**OPEN INVOICES**
Aging Date: 10/08/2005

| Cust ID | Cust Name | INV NO / PAYMENT NO | TYP | INV DATE | CURRENT | 1-30 | 31-60 | 61-90 | OVER 90 | UNAP CASH* | TOTAL A/R |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1608 | Delphi Auotmotive Systems | 60376 | I | 92905 | $ 357.07 | | | | | | $ 357.07 |
| 1608 | Delphi Auotmotive Systems | 60377 | I | 92905 | $ 2,683.39 | | | | | | $ 2,683.39 |
| 1608 | Delphi Auotmotive Systems | 60390 | I | 93005 | $ 125.83 | | | | | | $ 125.83 |
| 1608 | Delphi Auotmotive Systems | 60402 | I | 93005 | $ 13,296.00 | | | | | | $ 13,296.00 |
| 1608 | Delphi Auotmotive Systems | 60404 | I | 93005 | $ 188.28 | | | | | | $ 188.28 |
| 1608 | Delphi Auotmotive Systems | 60410 | I | 93005 | $ 3,857.38 | | | | | | $ 3,857.38 |
| 1608 | Delphi Auotmotive Systems | 60411 | I | 93005 | $ 7,250.58 | | | | | | $ 7,250.58 |
| 1608 | Delphi Auotmotive Systems | 60414 | I | 93005 | $ 2,856.58 | | | | | | $ 2,856.58 |
| 1608 | Delphi Auotmotive Systems | 60417 | I | 93005 | $ 1,071.22 | | | | | | $ 1,071.22 |
| 1608 | Delphi Auotmotive Systems | 60422 | I | 100105 | $ 4,360.51 | | | | | | $ 4,360.51 |
| 1608 | Delphi Auotmotive Systems | 60426 | I | 100305 | $ 468.39 | | | | | | $ 468.39 |
| 1608 | Delphi Auotmotive Systems | 60427 | I | 100305 | $ 2,071.05 | | | | | | $ 2,071.05 |
| 1608 | Delphi Auotmotive Systems | 60433 | I | 100305 | $ 377.50 | | | | | | $ 377.50 |
| 1608 | Delphi Auotmotive Systems | 60438 | I | 100305 | $ 4,863.65 | | | | | | $ 4,863.65 |
| 1608 | Delphi Auotmotive Systems | 60441 | I | 100305 | $ 4,339.20 | | | | | | $ 4,339.20 |
| 1608 | Delphi Auotmotive Systems | 60448 | I | 100305 | $ 11,824.32 | | | | | | $ 11,824.32 |
| 1608 | Delphi Auotmotive Systems | 60452 | I | 100305 | $ 2,954.95 | | | | | | $ 2,954.95 |
| 1608 | Delphi Auotmotive Systems | 60453 | I | 100305 | $ 1,785.37 | | | | | | $ 1,785.37 |
| 1608 | Delphi Auotmotive Systems | 60455 | I | 100305 | $ 2,142.44 | | | | | | $ 2,142.44 |
| 1608 | Delphi Auotmotive Systems | 60456 | I | 100305 | $ 911.11 | | | | | | $ 911.11 |
| 1608 | Delphi Auotmotive Systems | 60462 | I | 100405 | $ 377.50 | | | | | | $ 377.50 |
| 1608 | Delphi Auotmotive Systems | 60468 | I | 100405 | $ 564.83 | | | | | | $ 564.83 |
| 1608 | Delphi Auotmotive Systems | 60469 | I | 100405 | $ 2,712.00 | | | | | | $ 2,712.00 |
| 1608 | Delphi Auotmotive Systems | 60474 | I | 100405 | $ 4,000.32 | | | | | | $ 4,000.32 |
| 1608 | Delphi Auotmotive Systems | 60475 | I | 100405 | $ 4,025.09 | | | | | | $ 4,025.09 |
| 1608 | Delphi Auotmotive Systems | 60478 | I | 100405 | $ 1,785.36 | | | | | | $ 1,785.36 |
| 1608 | Delphi Auotmotive Systems | 60479 | I | 100405 | $ 3,471.36 | | | | | | $ 3,471.36 |
| 1608 | Delphi Auotmotive Systems | 60481 | I | 100405 | $ 2,142.44 | | | | | | $ 2,142.44 |
| 1608 | Delphi Auotmotive Systems | 60487 | I | 100405 | $ 2,856.59 | | | | | | $ 2,856.59 |
| 1608 | Delphi Auotmotive Systems | 60488 | I | 100405 | $ 3,373.74 | | | | | | $ 3,373.74 |
| 1608 | Delphi Auotmotive Systems | 60490 | I | 100405 | $ 900.00 | | | | | | $ 900.00 |
| 1608 | Delphi Auotmotive Systems | 60499 | I | 100505 | $ 125.83 | | | | | | $ 125.83 |
| 1608 | Delphi Auotmotive Systems | 60501 | I | 100505 | $ 13,296.00 | | | | | | $ 13,296.00 |
| 1608 | Delphi Auotmotive Systems | 60504 | I | 100505 | $ 4,000.32 | | | | | | $ 4,000.32 |
| 1608 | Delphi Auotmotive Systems | 60511 | I | 100505 | $ 3,362.88 | | | | | | $ 3,362.88 |
| 1608 | Delphi Auotmotive Systems | 60515 | I | 100505 | $ 4,025.09 | | | | | | $ 4,025.09 |
| 1608 | Delphi Auotmotive Systems | 60516 | I | 100505 | $ 357.07 | | | | | | $ 357.07 |
| 1608 | Delphi Auotmotive Systems | 60522 | I | 100505 | $ 1,071.22 | | | | | | $ 1,071.22 |
| 1608 | Delphi Auotmotive Systems | 60524 | I | 100505 | $ 2,954.95 | | | | | | $ 2,954.95 |
| 1608 | Delphi Auotmotive Systems | 60530 | I | 100505 | $ 2,635.88 | | | | | | $ 2,635.88 |
| 1608 | Delphi Auotmotive Systems | 60531 | I | 100505 | $ 503.14 | | | | | | $ 503.14 |

Tricon Industries Incorporated
Accounts Receivable Aging of Delphi North American Accounts
**OPEN INVOICES**
Aging Date: 10/08/2005

| Cust ID | Cust Name | INV NO / PAYMENT NO | TYP | INV DATE | CURRENT | 1-30 | 31-60 | 61-90 | OVER 90 | UNAP CASH* | TOTAL A/R |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1608 | Delphi Auotmotive Systems | 60542 | I | 100605 | $ 251.66 | | | | | | $ 251.66 |
| 1608 | Delphi Auotmotive Systems | 60555 | I | 100605 | $ 2,169.60 | | | | | | $ 2,169.60 |
| 1608 | Delphi Auotmotive Systems | 60556 | I | 100605 | $ 1,093.08 | | | | | | $ 1,093.08 |
| 1608 | Delphi Auotmotive Systems | 60563 | I | 100605 | $ 5,909.90 | | | | | | $ 5,909.90 |
| 1608 | Delphi Auotmotive Systems | 60564 | I | 100605 | $ 4,528.22 | | | | | | $ 4,528.22 |
| 1608 | Delphi Auotmotive Systems | 60571 | I | 100705 | $ 13,296.00 | | | | | | $ 13,296.00 |
| 1608 | Delphi Auotmotive Systems | 60574 | I | 100705 | $ 10,000.80 | | | | | | $ 10,000.80 |
| 1608 | Delphi Auotmotive Systems | 60578 | I | 100705 | $ 4,025.09 | | | | | | $ 4,025.09 |
| 1608 | Delphi Auotmotive Systems | 60580 | I | 100705 | $ 125.83 | | | | | | $ 125.83 |
| 1608 | Delphi Auotmotive Systems | 60582 | I | 100705 | $ 916.72 | | | | | | $ 916.72 |
| 1608 | Delphi Auotmotive Systems | 60594 | I | 100705 | $ 2,954.95 | | | | | | $ 2,954.95 |
| 1608 | Delphi Auotmotive Systems | 59619 | I | 83005 | $ 2,900.00 | | | | | | $ 2,900.00 |
| **1608 Total** | **Delphi Auotmotive Systems** | | | | $ 277,504.13 | $ 100,337.44 | $ 4,985.72 | $ 60.75 | $ 704.04 | $ - | $ 383,592.08 |
| 1611 | Delphi Automotive Systems | 58812 | I | 72905 | | | $ 2,954.95 | | | | $ 2,954.95 |
| 1611 | Delphi Automotive Systems | 60226 | I | 92605 | | $ 228.63 | | | | | $ 228.63 |
| 1611 | Delphi Automotive Systems | 60238 | I | 92605 | | $ 1,555.08 | | | | | $ 1,555.08 |
| 1611 | Delphi Automotive Systems | 60364 | I | 92905 | $ 6,220.30 | | | | | | $ 6,220.30 |
| 1611 | Delphi Automotive Systems | 60394 | I | 93005 | $ 2,968.78 | | | | | | $ 2,968.78 |
| **1611 Total** | **Delphi Automotive Systems** | | | | $ 9,189.08 | $ 1,783.71 | $ 2,954.95 | $ - | $ - | $ - | $ 13,927.74 |
| 405 | Delphi Delco Electronics | 59393 | I | 82205 | | | $ 517.78 | | | | $ 517.78 |
| 405 | Delphi Delco Electronics | 60425 | I | 100305 | $ 1,682.79 | | | | | | $ 1,682.79 |
| 405 | Delphi Delco Electronics | 60464 | I | 100505 | $ 1,682.79 | | | | | | $ 1,682.79 |
| 405 | Delphi Delco Electronics | 60495 | I | 100505 | $ 1,682.79 | | | | | | $ 1,682.79 |
| 405 | Delphi Delco Electronics | 60553 | I | 100705 | $ 1,553.34 | | | | | | $ 1,553.34 |
| **405 Total** | **Delphi Delco Electronics** | | | | $ 6,601.71 | $ - | $ 517.78 | $ - | $ - | $ - | $ 7,119.49 |
| 407 | Delphi E&E | 55941 | I | 33005 | | | | | $ 23.20 | | $ 23.20 |
| 407 | Delphi E&E | 57654 | I | 60605 | | | | $ 116.40 | | | $ 116.40 |
| 407 | Delphi E&E | 57890 | I | 61405 | | | | $ 174.60 | | | $ 174.60 |
| 407 | Delphi E&E | 58574 | I | 72005 | | | $ 34.00 | | | | $ 34.00 |
| 407 | Delphi E&E | 58601 | I | 72105 | | | $ 34.00 | | | | $ 34.00 |
| 407 | Delphi E&E | 58712 | I | 72605 | | | $ 34.00 | | | | $ 34.00 |
| 407 | Delphi E&E | 58765 | I | 72805 | | | $ 34.00 | | | | $ 34.00 |
| 407 | Delphi E&E | 59390 | I | 82205 | | | $ 585.64 | | | | $ 585.64 |
| 407 | Delphi E&E | 59504 | I | 82505 | | | $ 585.64 | | | | $ 585.64 |
| 407 | Delphi E&E | 59515 | I | 82605 | | | $ 512.54 | | | | $ 512.54 |
| 407 | Delphi E&E | 59555 | I | 82905 | | $ 512.54 | | | | | $ 512.54 |
| 407 | Delphi E&E | 59594 | I | 83005 | | $ 512.54 | | | | | $ 512.54 |
| 407 | Delphi E&E | 59646 | I | 83105 | | $ 512.54 | | | | | $ 512.54 |
| 407 | Delphi E&E | 59648 | I | 83105 | | $ 319.22 | | | | | $ 319.22 |
| 407 | Delphi E&E | 59654 | I | 83105 | | $ 585.64 | | | | | $ 585.64 |

Tricon Industries Incorporated
Accounts Receivable Aging of Delphi North American Accounts
**OPEN INVOICES**
Aging Date: 10/08/2005

| Cust ID | Cust Name | INV NO / PAYMENT NO | TYP | INV DATE | CURRENT | 1-30 | 31-60 | 61-90 | OVER 90 | UNAP CASH* | TOTAL A/R |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 407 | Delphi E&E | 59657 | I | 83105 | | $ 3,390.00 | | | | | $ 3,390.00 |
| 407 | Delphi E&E | 59743 | I | 90605 | | 512.54 | | | | | 512.54 |
| 407 | Delphi E&E | 59884 | I | 90905 | | 1,171.28 | | | | | 1,171.28 |
| 407 | Delphi E&E | 59889 | I | 91205 | | 975.44 | | | | | 975.44 |
| 407 | Delphi E&E | 59914 | I | 91205 | | 1,025.09 | | | | | 1,025.09 |
| 407 | Delphi E&E | 59937 | I | 91305 | | 2,562.72 | | | | | 2,562.72 |
| 407 | Delphi E&E | 59954 | I | 91405 | | 243.86 | | | | | 243.86 |
| 407 | Delphi E&E | 59958 | I | 91405 | | 1,025.09 | | | | | 1,025.09 |
| 407 | Delphi E&E | 59961 | I | 91405 | | 1,537.63 | | | | | 1,537.63 |
| 407 | Delphi E&E | 60016 | I | 91505 | | 1,088.80 | | | | | 1,088.80 |
| 407 | Delphi E&E | 60082 | I | 91905 | | 826.63 | | | | | 826.63 |
| 407 | Delphi E&E | 58835 | I | 80105 | | 34.00 | | | | | 34.00 |
| 407 | Delphi E&E | 60306 | I | 92805 | $ 4,520.00 | | | | | | 4,520.00 |
| 407 | Delphi E&E | 60327 | I | 92805 | 1,537.63 | | | | | | 1,537.63 |
| 407 | Delphi E&E | 60338 | I | 92805 | 2,730.07 | | | | | | 2,730.07 |
| 407 | Delphi E&E | 60355 | I | 92905 | 450.94 | | | | | | 450.94 |
| 407 | Delphi E&E | 60451 | I | 100305 | 3,075.26 | | | | | | 3,075.26 |
| 407 | Delphi E&E | 60489 | I | 100405 | 2,562.72 | | | | | | 2,562.72 |
| 407 | Delphi E&E | 60500 | I | 100505 | 3,390.00 | | | | | | 3,390.00 |
| 407 | Delphi E&E | 60505 | I | 100505 | 1,025.09 | | | | | | 1,025.09 |
| 407 | Delphi E&E | 60532 | I | 100505 | 6,440.44 | | | | | | 6,440.44 |
| 407 | Delphi E&E | 60548 | I | 100605 | 1,025.09 | | | | | | 1,025.09 |
| 407 | Delphi E&E | 60565 | I | 100605 | 433.37 | | | | | | 433.37 |
| 407 | Delphi E&E | 60577 | I | 100705 | 3,153.11 | | | | | | 3,153.11 |
| 407 | Delphi E&E | 60598 | I | 100705 | 585.63 | | | | | | 585.63 |
| **407 Total** | **Delphi E&E** | | | | $ 30,929.35 | $ 16,835.56 | $ 1,819.82 | $ 291.00 | $ 23.20 | $ - | $ 49,898.93 |
| 410 | Delphi Automotive Systems | 55911 | I | 32905 | | | | | $ 401.58 | | $ 401.58 |
| 410 | Delphi Automotive Systems | 55949 | I | 33005 | | | | | 5,238.00 | | 5,238.00 |
| 410 | Delphi Automotive Systems | 58805 | I | 72905 | | | $ 144.50 | | | | 144.50 |
| 410 | Delphi Automotive Systems | 58828 | I | 72905 | | | 52.20 | | | | 52.20 |
| 410 | Delphi Automotive Systems | 59442 | I | 82305 | | | 34.00 | | | | 34.00 |
| 410 | Delphi Automotive Systems | MM0587 | | 92105 | | $ 651.34 | | | | | 651.34 |
| 410 | Delphi Automotive Systems | 60219 | I | 92305 | | 2,260.00 | | | | | 2,260.00 |
| 410 | Delphi Automotive Systems | 60239 | I | 92605 | | 9,040.00 | | | | | 9,040.00 |
| 410 | Delphi Automotive Systems | 60276 | I | 92705 | $ 4,237.50 | | | | | | 4,237.50 |
| 410 | Delphi Automotive Systems | 60316 | I | 92805 | 3,107.50 | | | | | | 3,107.50 |
| 410 | Delphi Automotive Systems | 60341 | I | 93005 | 3,672.50 | | | | | | 3,672.50 |
| 410 | Delphi Automotive Systems | 60387 | I | 93005 | 3,390.00 | | | | | | 3,390.00 |
| 410 | Delphi Automotive Systems | 60428 | I | 100305 | 6,780.00 | | | | | | 6,780.00 |
| 410 | Delphi Automotive Systems | 60465 | I | 100405 | 4,520.00 | | | | | | 4,520.00 |

Tricon Industries Incorporated
Accounts Receivable Aging of Delphi North American Accounts
**OPEN INVOICES**
Aging Date: 10/08/2005

| Cust ID | Cust Name | INV NO / PAYMENT NO | TYP | INV DATE | CURRENT | 1-30 | 31-60 | 61-90 | OVER 90 | UNAP CASH* | TOTAL A/R |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 410 | Delphi Automotive Systems | 60463 | I | 100505 | $ 25,425.00 | | | | | | $ 25,425.00 |
| 410 | Delphi Automotive Systems | 60502 | I | 100505 | $ 3,672.50 | | | | | | $ 3,672.50 |
| 410 | Delphi Automotive Systems | 60545 | I | 100605 | $ 3,955.00 | | | | | | $ 3,955.00 |
| 410 | Delphi Automotive Systems | 60570 | I | 100705 | $ 4,237.50 | | | | | | $ 4,237.50 |
| 410 | Delphi Automotive Systems | 60588 | I | 100705 | $ 1,129.20 | | | | | | $ 1,129.20 |
| **410 Total** | **Delphi Automotive Systems** | | | | $ 64,126.70 | $ 11,951.34 | $ 230.70 | $ - | $ 5,639.58 | $ - | $ 81,948.32 |
| 503 | Delphi Mechatronic Systems | MM0542 | I | 42805 | | | | | $ 74.40 | | $ 74.40 |
| 503 | Delphi Mechatronic Systems | MM0544 | I | 42805 | | | | | $ 18.70 | | $ 18.70 |
| 503 | Delphi Mechatronic Systems | 57996 | I | 62105 | | | | $ 592.62 | | | $ 592.62 |
| 503 | Delphi Mechatronic Systems | 59653 | I | 83105 | | $ 4,448.16 | | | | | $ 4,448.16 |
| 503 | Delphi Mechatronic Systems | 59697 | I | 90105 | | $ 762.05 | | | | | $ 762.05 |
| 503 | Delphi Mechatronic Systems | 59758 | I | 90605 | | $ 6,240.06 | | | | | $ 6,240.06 |
| 503 | Delphi Mechatronic Systems | 60119 | I | 92005 | | $ 1,556.80 | | | | | $ 1,556.80 |
| 503 | Delphi Mechatronic Systems | 60153 | I | 92105 | | $ 1,946.00 | | | | | $ 1,946.00 |
| 503 | Delphi Mechatronic Systems | 60168 | I | 92205 | | $ 363.99 | | | | | $ 363.99 |
| 503 | Delphi Mechatronic Systems | 60240 | I | 92605 | | $ 361.44 | | | | | $ 361.44 |
| 503 | Delphi Mechatronic Systems | 60247 | I | 92605 | | $ 1,505.95 | | | | | $ 1,505.95 |
| 503 | Delphi Mechatronic Systems | 60249 | I | 92605 | | $ 12,973.80 | | | | | $ 12,973.80 |
| 503 | Delphi Mechatronic Systems | 60250 | I | 92605 | | $ 1,524.10 | | | | | $ 1,524.10 |
| 503 | Delphi Mechatronic Systems | 60253 | I | 92605 | | $ 806.11 | | | | | $ 806.11 |
| 503 | Delphi Mechatronic Systems | 60255 | I | 92605 | | $ 2,404.80 | | | | | $ 2,404.80 |
| 503 | Delphi Mechatronic Systems | 60259 | I | 92605 | | $ 1,819.95 | | | | | $ 1,819.95 |
| 503 | Delphi Mechatronic Systems | 60277 | I | 92705 | $ 601.20 | | | | | | $ 601.20 |
| 503 | Delphi Mechatronic Systems | 60283 | I | 92705 | $ 762.05 | | | | | | $ 762.05 |
| 503 | Delphi Mechatronic Systems | 60286 | I | 92705 | $ 1,254.96 | | | | | | $ 1,254.96 |
| 503 | Delphi Mechatronic Systems | 60288 | I | 92705 | $ 722.88 | | | | | | $ 722.88 |
| 503 | Delphi Mechatronic Systems | 60290 | I | 92705 | $ 1,740.09 | | | | | | $ 1,740.09 |
| 503 | Delphi Mechatronic Systems | 60296 | I | 92705 | $ 926.70 | | | | | | $ 926.70 |
| 503 | Delphi Mechatronic Systems | 60301 | I | 92705 | $ 909.98 | | | | | | $ 909.98 |
| 503 | Delphi Mechatronic Systems | 60313 | I | 92805 | $ 870.05 | | | | | | $ 870.05 |
| 503 | Delphi Mechatronic Systems | 60319 | I | 92805 | $ 1,016.06 | | | | | | $ 1,016.06 |
| 503 | Delphi Mechatronic Systems | 60322 | I | 92805 | $ 1,003.97 | | | | | | $ 1,003.97 |
| 503 | Delphi Mechatronic Systems | 60325 | I | 92805 | $ 901.80 | | | | | | $ 901.80 |
| 503 | Delphi Mechatronic Systems | 60330 | I | 92805 | $ 727.98 | | | | | | $ 727.98 |
| 503 | Delphi Mechatronic Systems | 60353 | I | 92905 | $ 1,254.96 | | | | | | $ 1,254.96 |
| 503 | Delphi Mechatronic Systems | 60356 | I | 92905 | $ 361.44 | | | | | | $ 361.44 |
| 503 | Delphi Mechatronic Systems | 60357 | I | 92905 | $ 870.05 | | | | | | $ 870.05 |
| 503 | Delphi Mechatronic Systems | 60361 | I | 92905 | $ 601.20 | | | | | | $ 601.20 |
| 503 | Delphi Mechatronic Systems | 60378 | I | 92905 | $ 762.05 | | | | | | $ 762.05 |
| 503 | Delphi Mechatronic Systems | 60384 | I | 93005 | $ 752.98 | | | | | | $ 752.98 |

Tricon Industries Incorporated
Accounts Receivable Aging of Delphi North American Accounts
**OPEN INVOICES**
Aging Date: 10/08/2005

| Cust ID | Cust Name | INV NO / PAYMENT NO | TYP | INV DATE | CURRENT | 1-30 | 31-60 | 61-90 | OVER 90 | UNAP CASH* | TOTAL A/R |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 503 | Delphi Mechatronic Systems | 60386 | I | 93005 | $ 361.44 | | | | | | $ 361.44 |
| 503 | Delphi Mechatronic Systems | 60389 | I | 93005 | $ 901.80 | | | | | | $ 901.80 |
| 503 | Delphi Mechatronic Systems | 60397 | I | 93005 | $ 1,091.97 | | | | | | $ 1,091.97 |
| 503 | Delphi Mechatronic Systems | 60398 | I | 93005 | $ 1,112.04 | | | | | | $ 1,112.04 |
| 503 | Delphi Mechatronic Systems | 60434 | I | 100305 | $ 1,740.10 | | | | | | $ 1,740.10 |
| 503 | Delphi Mechatronic Systems | 60439 | I | 100305 | $ 1,503.00 | | | | | | $ 1,503.00 |
| 503 | Delphi Mechatronic Systems | 60446 | I | 100305 | $ 1,007.63 | | | | | | $ 1,007.63 |
| 503 | Delphi Mechatronic Systems | 60447 | I | 100305 | $ 1,455.96 | | | | | | $ 1,455.96 |
| 503 | Delphi Mechatronic Systems | 60449 | I | 100305 | $ 361.44 | | | | | | $ 361.44 |
| 503 | Delphi Mechatronic Systems | 60471 | I | 100405 | $ 601.20 | | | | | | $ 601.20 |
| 503 | Delphi Mechatronic Systems | 60472 | I | 100405 | $ 361.44 | | | | | | $ 361.44 |
| 503 | Delphi Mechatronic Systems | 60483 | I | 100405 | $ 6,672.24 | | | | | | $ 6,672.24 |
| 503 | Delphi Mechatronic Systems | 60484 | I | 100405 | $ 2,365.94 | | | | | | $ 2,365.94 |
| 503 | Delphi Mechatronic Systems | 60507 | I | 100505 | $ 1,740.10 | | | | | | $ 1,740.10 |
| 503 | Delphi Mechatronic Systems | 60508 | I | 100505 | $ 901.80 | | | | | | $ 901.80 |
| 503 | Delphi Mechatronic Systems | 60510 | I | 100505 | $ 1,007.63 | | | | | | $ 1,007.63 |
| 503 | Delphi Mechatronic Systems | 60518 | I | 100505 | $ 909.98 | | | | | | $ 909.98 |
| 503 | Delphi Mechatronic Systems | 60527 | I | 100505 | $ 13,344.48 | | | | | | $ 13,344.48 |
| 503 | Delphi Mechatronic Systems | 60535 | I | 100605 | $ 1,063.40 | | | | | | $ 1,063.40 |
| 503 | Delphi Mechatronic Systems | 60539 | I | 100605 | $ 901.80 | | | | | | $ 901.80 |
| 503 | Delphi Mechatronic Systems | 60540 | I | 100605 | $ 722.88 | | | | | | $ 722.88 |
| 503 | Delphi Mechatronic Systems | 60544 | I | 100605 | $ 1,785.86 | | | | | | $ 1,785.86 |
| 503 | Delphi Mechatronic Systems | 60561 | I | 100605 | $ 762.05 | | | | | | $ 762.05 |
| 503 | Delphi Mechatronic Systems | 60576 | I | 100705 | $ 870.05 | | | | | | $ 870.05 |
| 503 | Delphi Mechatronic Systems | 60579 | I | 100705 | $ 3,336.12 | | | | | | $ 3,336.12 |
| 503 | Delphi Mechatronic Systems | 60587 | I | 100705 | $ 1,202.40 | | | | | | $ 1,202.40 |
| 503 | Delphi Mechatronic Systems | 60592 | I | 100705 | $ 762.05 | | | | | | $ 762.05 |
| 503 | Delphi Mechatronic Systems | 60595 | I | 100705 | $ 1,091.98 | | | | | | $ 1,091.98 |
| 503 | Delphi Mechatronic Systems | 60596 | I | 100705 | $ 3,262.90 | | | | | | $ 3,262.90 |
| 503 | Delphi Mechatronic Systems | 60599 | I | 100705 | $ 361.44 | | | | | | $ 361.44 |
| **503 Total** | **Delphi Mechatronic Systems** | | | | $ 69,603.52 | $ 36,713.21 | $ - | $ 592.62 | $ 93.10 | - | $ 107,002.45 |
| **Grand Total** | | | | | $ 459,142.49 | $ 167,621.26 | $ 10,508.97 | $ 944.37 | $ 6,459.92 | - | $ 644,677.01 |