Tricon Industries Incorporated
Aging of Delphi North American Accounts
A/R CREDITS, A/R OVERPAYMENTS & A/P
Aging Date: 10/08/2005

R=A/R Credit
O=A/R Overpayment
AP=A/P Invoice

| Cust ID | Cust Name | INV NO / PAYMENT NO | TYP | INV DATE | CURRENT | 1-30 | 31-60 | 61-90 | OVER 90 | UNAP CASH* | TOTAL A/R |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1600 | Delphi Automotive | C067430EDI | O | 100405 | | | | | | $ (400.00) | $ (400.00) |
| **1600 Total** | | | | | $ - | $ - | $ - | $ - | $ - | $ (400.00) | $ (400.00) |
| 1608 | Delphi Auotmotive Systems | R02175 | R | 72105 | | | | | | $ (2,318.90) | $ (2,318.90) |
| 1608 | Delphi Auotmotive Systems | C066621EDI | O | 82505 | | | | | | $ (418.80) | $ (418.80) |
| 1608 | Delphi Auotmotive Systems | C066762EDI | O | 90205 | | | | | | $ (362.88) | $ (362.88) |
| 1608 | Delphi Auotmotive Systems | C066948EDI | O | 90605 | | | | | | $ (5,402.10) | $ (5,402.10) |
| 1608 | Delphi Auotmotive Systems | C066974EDI | O | 90705 | | | | | | $ (5,625.37) | $ (5,625.37) |
| 1608 | Delphi Auotmotive Systems | C066999EDI | O | 90805 | | | | | | $ (6,673.19) | $ (6,673.19) |
| 1608 | Delphi Auotmotive Systems | C067041EDI | O | 91205 | | | | | | $ (22,880.31) | $ (22,880.31) |
| 1608 | Delphi Auotmotive Systems | C067061EDI | O | 91305 | | | | | | $ (10,804.21) | $ (10,804.21) |
| 1608 | Delphi Auotmotive Systems | C067131EDI | O | 91905 | | | | | | $ (1,271.08) | $ (1,271.08) |
| 1608 | Delphi Auotmotive Systems | C067179EDI | O | 92105 | | | | | | $ (8,897.59) | $ (8,897.59) |
| 1608 | Delphi Auotmotive Systems | C067199EDI | O | 92205 | | | | | | $ (7,626.50) | $ (7,626.50) |
| 1608 | Delphi Auotmotive Systems | C067326EDI | O | 92905 | | | | | | $ (45.25) | $ (45.25) |
| 1608 | Delphi Auotmotive Systems | C067430EDI | O | 100405 | | | | | | $ (63,229.92) | $ (63,229.92) |
| 1608 | Delphi Auotmotive Systems | C067620EDI | O | 100505 | | | | | | $ (90.50) | $ (90.50) |
| 1608 | Delphi Auotmotive Systems | C067644EDI | O | 100605 | | | | | | $ (150.83) | $ (150.83) |
| **1608 Total** | | | | | $ - | $ - | $ (2,318.90) | $ - | $ - | $ (133,478.53) | $ (135,797.43) |
| 405 | Delphi Delco Electronics | C066948EDI | O | 90605 | | | | | | $ (0.08) | $ (0.08) |
| 405 | Delphi Delco Electronics | C067041EDI | O | 91205 | | | | | | $ (517.78) | $ (517.78) |
| 405 | Delphi Delco Electronics | C067061EDI | O | 91305 | | | | | | $ (49,239.98) | $ (49,239.98) |
| 405 | Delphi Delco Electronics | C067078EDI | O | 91405 | | | | | | $ (57,446.65) | $ (57,446.65) |
| 405 | Delphi Delco Electronics | C067112EDI | O | 91605 | | | | | | $ (30,091.10) | $ (30,091.10) |
| 405 | Delphi Delco Electronics | C067159EDI | O | 92005 | | | | | | $ (60,182.20) | $ (60,182.20) |
| 405 | Delphi Delco Electronics | C067179EDI | O | 92105 | | | | | | $ (32,826.66) | $ (32,826.66) |
| 405 | Delphi Delco Electronics | | | | | | | | | $ (35,562.21) | $ (35,562.21) |
| **405 Total** | | | | | $ - | $ - | $ - | $ - | $ - | $ (265,866.66) | $ (265,866.66) |
| 407 | Delphi E&E | | O | | | | | | | $ (0.03) | $ (0.03) |
| **407 Total** | | | | | $ - | $ - | $ - | $ - | $ - | $ (0.03) | $ (0.03) |
| 503 | Delphi Mechatronic Systems | R02133 | R | 53105 | | | | $ (140,117.04) | | | $ (140,117.04) |
| 503 | Delphi Mechatronic Systems | R02181 | R | 72605 | | | $ (11,608.03) | | | | $ (11,608.03) |
| **503 Total** | | | | | $ - | $ - | $ (11,608.03) | $ (140,117.04) | $ - | $ - | $ (151,725.07) |
| v1620 | Delphi Packard Electric Syst | 89915 | AP | 7/31/2005 | | $ (9,900.00) | | | | | $ (9,900.00) |
| v1620 | Delphi Packard Electric Syst | 93989 | AP | 8/5/2008 | | $ (180.00) | | | | | $ (180.00) |
| v1620 | Delphi Packard Electric Syst | 99368 | AP | 8/15/2005 | | $ (1,080.00) | | | | | $ (1,080.00) |
| v1620 | Delphi Packard Electric Syst | 102729 | AP | 8/19/2005 | | $ (7,920.00) | | | | | $ (7,920.00) |
| v1620 | Delphi Packard Electric Syst | 1027291 | AP | 8/19/2005 | | $ (5,940.00) | | | | | $ (5,940.00) |
| v1620 | Delphi Packard Electric Syst | 103628 | AP | 8/22/2005 | | $ (1,980.00) | | | | | $ (1,980.00) |
| v1620 | Delphi Packard Electric Syst | 104446 | AP | 8/23/2005 | | $ (1,980.00) | | | | | $ (1,980.00) |
| v1620 | Delphi Packard Electric Syst | 1044461 | AP | 8/23/2005 | | $ (1,980.00) | | | | | $ (1,980.00) |
| v1620 | Delphi Packard Electric Syst | 105331 | AP | 8/24/2005 | | $ (630.00) | | | | | $ (630.00) |

EXHIBIT B

Tricon Industries Incorporated
Aging of Delphi North American Accounts
**A/R CREDITS, A/R OVERPAYMENTS & A/P**
Aging Date: 10/08/2005

R=A/R Credit
O=A/R Overpayment
AP=A/P Invoice

| Cust ID | Cust Name | INV NO / PAYMENT NO | TYP | INV DATE | CURRENT | 1-30 | 31-60 | 61-90 | OVER 90 | UNAP CASH* | TOTAL A/R |
|---|---|---|---|---|---|---|---|---|---|---|---|
| v1620 | Delphi Packard Electric Syst | 1053311 | AP | 8/24/2005 | | $ (3,960.00) | | | | | $ (3,960.00) |
| v1620 | Delphi Packard Electric Syst | 106386 | AP | 8/25/2005 | | $ (270.00) | | | | | $ (270.00) |
| v1620 | Delphi Packard Electric Syst | 110884 | AP | 8/31/2005 | $ (8,640.00) | | | | | | $ (8,640.00) |
| v1620 | Delphi Packard Electric Syst | 121161 | AP | 9/19/2005 | $ (9,990.00) | | | | | | $ (9,990.00) |
| v1620 | Delphi Packard Electric Syst | 1211611 | AP | 9/19/2005 | $ (5,850.00) | | | | | | $ (5,850.00) |
| v1620 | Delphi Packard Electric Syst | 113556 | AP | 9/8/2005 | $ (1,980.00) | | | | | | $ (1,980.00) |
| **v1620 Total** | | | | | $ (26,460.00) | $ (35,820.00) | $ - | $ - | $ - | $ - | $ (62,280.00) |
| v1648 | Delphi Rootstown | 4403 | AP | 7/31/2005 | | $ (430.00) | | | | | $ (430.00) |
| v1648 | Delphi Rootstown | 4422 | AP | 7/31/2005 | | $ (1,960.00) | | | | | $ (1,960.00) |
| v1648 | Delphi Rootstown | 4444 | AP | 8/31/2005 | $ (1,960.00) | | | | | | $ (1,960.00) |
| v1648 | Delphi Rootstown | 4589 | AP | 9/9/2005 | $ (3,410.00) | | | | | | $ (3,410.00) |
| v1648 | Delphi Rootstown | 4677 | AP | 10/4/2005 | $ (1,705.00) | | | | | | $ (1,705.00) |
| v1648 | Delphi Rootstown | 4648 | AP | 10/7/2005 | $ (1,650.00) | | | | | | $ (1,650.00) |
| **v1648 Total** | | | | | $ (8,725.00) | $ (2,390.00) | $ - | $ - | $ - | $ - | $ (11,115.00) |
| **Grand Total** | | | | | $ (35,185.00) | -38210 | -13926.93 | -140117.04 | 0 | -399745.22 | $ (627,184.19) |