**Hearing Date: November 29, 2005, 10:00 a.m.**
**Objection Deadline: November 22, 2005**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- x
|  | : |  |
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
-------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Alex Pirogovsky, an attorney, certify that I caused a copy of **Tricon Industries, Inc.'s Motion for Modification of Auto Stay for Limited Purpose of Effectuating Setoff**, to be served on:

See Attached Service List

via electronic mail, regular mail and federal express delivery, as indicated, from the law offices of Ungaretti & Harris LLP, located at 3500 Three First National Plaza, Chicago, Illinois 60602, before the hour of 5:00 p.m. on October 31, 2005.


_____/s/ Alex Pirogovsky_____
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, Illinois 60602
Telephone:  (312) 977-4400
Facsimile:  (312) 977-4405
*Attorneys for Tricon Industries, Inc.*

**<u>VIA FEDERAL EXPRESS</u>**

Michelle Robson
Capital Research and Management Company
11100 Santa Monica Blvd
15th Floor
Los Angeles, CA 90025

*VIA REGULAR MAIL*

Bruce Simon
Cohen Weiss & Simon
330 W. 42nd Street
New York, NY 10036

*VIA FEDERAL EXPRESS*

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & mosle LLP
101 Park Avenue
New York, NY 10178-0061

*VIA FEDERAL EXPRESS*

Donald Bernstein
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

*VIA FEDERAL EXPRESS*

Sean Corcoran, Karen Craft
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

*VIA FEDERAL EXPRESS*

Michael Nefkens
Electronic Data Systems Corp.
5505 Corporate Drive MSIA
Troy, MI 48098

*VIA FEDERAL EXPRESS*

Paul W. Anderson
Flextronics International Asia-Pacific, Ltd. c/o
Flextronics International USA, Inc.
2090 Fortune Drive
San Jose, CA 95131

*VIA FEDERAL EXPRESS*

Richard Lee Chambers, III
Freescale Semiconductor, Inc.
6501 William Cannon Drive West
MD: OE16
Austin, TX 78735

*VIA FEDERAL EXPRESS*

Randall S. Eisenberg
FTI Consulting, Inc.
3 Times Square
11th Floor
New York, NY 10036

*VIA FEDERAL EXPRESS*

Valerie Venable
General Electric Company
One Plastics Avenue
Pittsfield, MA 01201

*VIA REGULAR MAIL*

John Devine
General Motors Corporation
300 Renaissance Center
P.O. Box 300
Detroit, MI 48265

*VIA REGULAR MAIL*

Lonie A. Hassel
Groom Law Group
1701 Pennsylvania Avenue, NW
Washington, DC 20006

*VIA REGULAR MAIL*

Stephen H. Gross
Hodgson Russ LLP
152 West 57th Street
35th Floor
New York, NY 10019

*VIA REGULAR MAIL*

Attn: Insolvency Department
Internal Revenue Service
290 Broadway
5th Floor
New York, NY 10007

*VIA REGULAR MAIL*

Attn: Insolvency Department
Internal Revenue Service
477 Michigan Ave
Mail Stop 15
Detroit, MI 48226

*VIA FEDERAL EXPRESS*

Henry Reichard
IUE-CWA
2360 W. Dorothy Lane
Suite 201
Dayton, OH 45439

*VIA REGULAR MAIL*

William Q. Derrough
Jefferies & Company, Inc,
520 Madison Avenue
12th Floor
New York, NY 10022

*VIA FEDERAL EXPRESS*

Clifford Trapani
JPMorgan Chase Bank, N.A.
Loan and Agency Services Group
1111 Fannin, 10th Floor
Houston, TX 77002

**VIA FEDERAL EXPRESS**

Khuyen Ta
JPMorgan Chase Bank, N.A.
Agent Bank Services Group
1111 Fannin, 10th Floor
Houston, TX 77002

*VIA FEDERAL EXPRESS*

Thomas F. Maher, Richard Duker, Gianni
Russello
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017

*VIA FEDERAL EXPRESS*

Vilma Francis
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017

*VIA REGULAR MAIL*

James Le
Kurtzman Carson Consultants
12910 Culver Blvd.
Suite I
Los Angeles, CA 90066

*VIA FEDERAL EXPRESS*

Robert J. Rosenberg
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

*VIA REGULAR MAIL*

Melissa Knolls
Mesirow Financial
321 N. Clark St.
13th Floor
Chicago, IL 60601

*VIA REGULAR MAIL*

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

*VIA REGULAR MAIL*

Attorney General Eliot Spitzer
Office of New York State
120 Broadway
New York City, NY 10271

*VIA REGULAR MAIL*

Robert Siegel
O'Melveny & Meyer LLP
400 South Hope Street
Los Angeles, CA 90071

*VIA REGULAR MAIL*

Tom A. Jerman, Rachel Janger
O'Melveny & Meyer LLP
1625 Eye Street, NW
Washington, DC 20006

*VIA REGULAR MAIL*

Jeffrey Cohen
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC 20005

*VIA REGULAR MAIL*

Ralph L. Landy
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC 20005-4026

*VIA FEDERAL EXPRESS*

Sandra A. Riemer
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103

*VIA FEDERAL EXPRESS*

David L. Resnick
Rothchild Inc.
1251 Avenue of the Americas
New York, NY 10020

*VIA REGULAR MAIL*

Reorganization Branch
Securities and Exchange Commission
233 Broadway
New York, NY 10279

*VIA REGULAR MAIL*

Robert W. Dremluk
Seyfarth Shaw LLP
1270 Avenue of the Americas
Suite 2500
New York, NY 10020-1801

*VIA FEDERAL EXPRESS*

Douglas Bartner, Jill Frizzley
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

*VIA FEDERAL EXPRESS*

Kenneth S. Ziman, Robert H. Trust,
  William T. Russell, Jr.
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

*VIA FEDERAL EXPRESS*

John Wm. Butler, John K. Lyons, Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Dr.
Suite 2100
Chicago, IL 60606

*VIA FEDERAL EXPRESS*

Kayalyn A. Marafioti, Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
P.O. Box 300
New York, NY 10036

*VIA REGULAR MAIL*

Chester B. Salomon, Constantine D. Pourakis
Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY 10022

*VIA REGULAR MAIL*

Albert Togut
Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119

*VIA FEDERAL EXPRESS*

Alicia M. Leonard
United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004-2112

*VIA FEDERAL EXPRESS*

Deirdre A. Martini
United States Trustee
33 Whitehall Street
Suite 2100
New York, NY 10004

***VIA FEDERAL EXPRESS***

Steven M. Cimalore
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

***VIA REGULAR MAIL***

Dennis J. Raternink
Michigan Department of Labor and Economic
Growth, Worker's Compensation Agency
PO Box 30736
Lansing, MI 48909-7717

***VIA REGULAR MAIL***

Honorable Arthur J. Gonzalez
Bankruptcy Judge
UNITED STATES BANKRUPTCY COURT
  SOUTHERN DISTRICT OF NEW YORK
Alexander Hamilton Custom House
1 Bowling Green
New York, NY 10004-1408

## VIA REGULAR MAIL

Tillie Lim, Esq.
HAL/ERC-Legal
50 Prospect Avenue
Tarrytown, NY 10591

***VIA REGULAR MAIL***

David J. Adler, Jr. Esq.
McCarter & English, LLP
245 Park Avenue, 27th Floor
New York, NY 10167

***VIA REGULAR MAIL***

Jason Pickering, Esq.
QAD, Inc.
10,000 Midlantic Drive
 Mt. Laurel, NJ 08054

**_All Served Via Electronic-Mail_**

david.boyle@airgas.com

David Boyle
Airgas, Inc.
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA 19087-8675

wshowman@ajamie.com

Wallace A. Showman
Ajamie LLP
1350 Avenue of the Americas
29th Floor
New York, NY 10019

tajamie@ajamie.com

Thomas A. Ajamie
Ajamie LLP
711 Louisiana
Suite 2150
Houston, TX 77002

lwalzer@angelogordon.com

Leigh Walzer
Angelo, Gordon & Co.
245 Park Avenue
26th Floor
New York, NY 10167

dladdin@agg.com

Darryl S. Laddin
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363-1031

heath.vincente@agg.com

Heath J. Vicente
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363-1031

william.barrett@bfkpm.com

William J. Barrett
Barack, Ferrazzano, Kirschbaum Perlman,
& Nagelberg LLP
333 West Wacker Drive
Suite 2700
Chicago, IL 60606

kim.robinson@bfkpn.com

Kimberly J. Robinson
Barack, Ferrazzano, Kirschbaum Perlman, &
Nagelberg LLP
333 West Wacker Drive
Suite 2700
Chicago, IL 60606

wendy.brewer@btlaw.com
michael.mccrory@btlaw.com

Michael K. McCrory
Wendy D. Brewer
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204

alan.mills@btlaw.com

Alan K. Mills
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204

john.gregg@btlaw.com

John T. Gregg
Barnes & Thornburg LLP
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, MI 49503

pmears@btlaw.com

Patrick E. Mears
Barnes & Thornburg LLP
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, MI 49503

sean@blbglaw.com

John P. Coffey
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York, NY 10019

hannah@blbglaw.com

Hannah E. Greenwald
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York, NY 10019

markd@blbglaw.com

Mark D. Debrowski
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York, NY 10019

klaw@bbslaw.com

Kenneth T. Law, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

lschwab@bbslaw.com

Lawrence M. Schwab, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

pcostello@bbslaw.com

Patrick M. Costello, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

tgaa@bbslaw.com

Thomas M. Gaa
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

jhinshaw@boselaw.com

Jeannette Eisan Hinshaw
Bose McKinney & Evans LLP
135 N. Pennslyvania Street
Suite 2700
Indianapolis, IN 46204

rjones@bccb.com

Roger G. Jones
Boult, Cummings, Conners & Berry, PLC
1600 Division Street, Suite 700
PO Box 34005
Nashville, TN 37203

amcmullen@bccb.com

Austin L. McMullen
Boult, Cummings, Conners & Berry, PLC
1600 Division Street, Suite 700
PO Box 34005
Nashville, TN 37203

mhall@burr.com

Michael Leo Hall
Burr & Forman LLP
420 North Twentieth Street
Suite 3100
Birmingham, AL 35203

jonathan.greenberg@engelhard.com

Jonathan Greenberg
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005

rusadi@cahill.com

Robert Usadi
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005

jonathan.greenberg@engelhard.com

Jonathan Greenberg
Cahill, Gordon & Reindel, LLP
Eighty Pine Street
New York, NY 10005-1702

cahn@clm.com

Aaron R. Cahn
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005

maofiling@cgsh.com

Deborah M. Buell
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

jvitale@cwsny.com

Joseph J. Vitale
Cohen, Weiss & Simon LLP
330 West 42nd Street
New York, NY 10036

srosen@cb-shea.com

Scott D. Rosen, Esq.
Cohn Birnbaum & Shea P.C.
100 Pearl Street, 12th Floor
Hartford, CT 06103

jwisler@cblh.com

Jeffrey C. Wisler, Esq.
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

mlee@contrariancapital.com
jstanton@contrariancapital.com
wraine@contrariancapital.com
slax@contrariancapital.com

Mark Lee, Janice Stanton, Bill Raine, Seth Lax
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue
Suite 225
Greenwich, CT 06830

rsz@curtinheefner.com

Robert  Szwajkos
Curtin & Heefner, LLP
250 N. Pennslyvania Avenue
Morrisville, PA 19067

dpm@curtinheefner.com

Daniel P. Mazo
Curtin & Heefner, LLP
250 N. Pennslyvania Avenue
Morrisville, PA 19067

athau@cm-p.com

Andrew M. Thau
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

sreisman@cm-p.com

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

dkarp@cm-p.com

David S. Karp
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

wsavino@damonmorey.com

William F. Savino
Damon & Morey LLP
1000 Cathedral Place
298 Main Street
Buffalo, NY 14202-4096

carol_sowa@denso-diam.com

Carol Sowa
Denso International America, Inc.
24777 Denso Drive
Southfield, MI 48086

gdiconza@dlawpc.com

Gerard DiConza, Esq.
DiConza Law, P.C.
630 Third Avenue, 7th Floor
New York, NY 10017

richard.kremen@dlapiper.com

Richard M. Kremen
Maria Ellena Chavez-Ruark
DLA Piper Rudnick Gray Cary US LLP
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600

andrew.kassner@dbr.com

Andrew C. Kassner
Drinker Biddle & Reath LLP
18th and Cherry Streets
Philadelphia, PA 19103

david.aaronson@dbr.com

David B. Aaronson
Drinker Biddle & Reath LLP
18th and Cherry Streets
Philadelphia, PA 19103

dmdelphi@duanemorris.com

Margery N. Reed, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

wmsimkulak@duanemorris.com

Wendy M. Simkulak, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

ggreen@fagelhaber.com

Gary E. Green
Fagel Haber LLC
55 East Monroe
40th Floor
Chicago, IL 60603

lnewman@fagelhaber.com

Lauren Newman
Fagel Haber LLC
55 East Monroe
40th Floor
Chicago, IL 60603

mviscount@foxrothschild.com

Michael J. Viscount, Jr.
Fox Rothschild LLP
1301 Atlantic Avenue
Suite 400
Atlantic City, NJ 08401-7212

fstevens@foxrothschild.com

Fred Stevens
Fox Rothschild LLP
13 East 37th Street
Suite 800
New York, NY 10016

office@gazesllc.com

Eric Wainer
Gazes LLC
32 Avenue of the Americas
Suite 1800
New York, NY 10013

ian@gazesllc.com

Ian J. Gazes
Gazes LLC
32 Avenue of the Americas
New York, NY 10013

crieders@gjb-law.com

Craig P. Rieders, Esq.
Genovese Joblove & Battista, P.A.
100 S.E. 2nd Street
Suite 4400
Miami, FL 33131

pbilowz@goulstonstorrs.com

Peter D. Bilowz
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-333

gjarvis@ggelaw.com

Geoffrey C. Jarvis
Grant & Eisenhofer P.A.
1201 North Market Street
Suite 2100
Wilmington, DE 19801

snirmul@gelaw.com

Sharan Nirmul
Grant & Eisenhofer P.A.
1201 North Market Street
Suite 2100
Wilmington, DE 19801

jeisenhofer@gelaw.com

Jay W. Eisenhofer
Grant & Eisenhofer P.A.
45 Rockefeller Center
650 Fifth Avenue
New York, NY 10111

ckm@greensfelder.com
jpb@greensfelder.com

Cherie Macdonald
J. Patrick Bradley
Greensfelder, Hemker & Gale, P.C.
10 S. Broadway
Suite 200
St. Louis, MO 63102

pjanovsky@zeklaw.com

Peter Janovsky
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022

cbattaglia@halperinlaw.net

ahalperin@halperinlaw.net

Alan D. Halperin
Christopher J.Battaglia
Halperin Battaglia Raicht, LLP
555 Madison Avenue
9th Floor
New York, NY 10022

ken.higman@hp.com

Kenneth F. Higman
Hewlett-Packard Company
2125 E. Katella Avenue
Suite 400
Anaheim, CA 92806

glen.dumont@hp.com

Glen Dumont
Hewlett-Packard Company
420 Mountain Avenue
Murray Hill, NJ 07974

sgross@hodgsonruss.com

Stephen H. Gross, Esq.
Hodgson Russ LLP
Carnegie Hall Tower
152 West 57th Street, 35th Street
New York, NY 10019

elizabeth.flaagan@hro.com

Elizabeth K. Flaagan
Holme Roberts & Owen, LLP
1700 Lincoln
Suite 4100
Denver, CO 80203

anne.kennelly@hp.com

Anne Marie Kennelly
Hewlett-Packard Company
3000 Hanover St., M/S 1050
Palo Alto, CA 94304

sharon.petrosino@hp.com

Sharon Petrosino
Hewlett-Packard Company
420 Mountain Avenue
Murray Hill, NJ 07974

cstorie@hodgsonruss.com

Cheryl R. Storie
Hodgson Russ LLP
One M&T Plaza
Suite 2000
Buffalo, NY 14203

nyc-bkcyecf@hklaw.com

Peter A. Zisser
Holland & Knight LLP
195 Broadway
New York, NY 10007

fgorman@honigman.com

Frank L. Gorman, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

rweiss@honigman.com

Robert B. Weiss, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

rweiss@honigman.com
fgorman@honigman.com

Robert B. Weiss, Frank L. Gorman
Honigman, Miller, Schwartz and Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

john.sieger@kattenlaw.com

John P. Sieger, Esq.
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661

sk@kieselaw.com

Steve Kieselstein
Kieselstein Lawfirm PLLC
43 British American Boulevard
Latham, NY 12110

grichards@kirkland.com

Geoffrey A. Richards
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

efox@klng.com

Edward M. Fox
Kirkpatrick & Lockhart Nicholson
 Graham LLP
599 Lexington Avenue
New York, NY 10022

sosimmerman@kwgd.com

Sam O. Simmerman
Krugliak, Wilkins, Griffiths &
 Dougherty CO., L.P.A.
4775 Munson Street N.W.
P.O. Box 36963
Canton, OH 44735-6963

rcharles@lrlaw.com

Rob Charles, Esq.
Lewis and Roca LLP
One South Church Street
Suite 700
Tucson, AZ 85701

sfreeman@lrlaw.com

Susan M. Freeman, Esq.
Lewis and Roca LLP
40 North Central Avenue
Suite 1900
Phoenix, AZ 85004-4429

jengland@linear.com

John England, Esq.
Linear Technology Corporation
1630 McCarthy Blvd.
Milpitas, CA 95035-7417

austin.bankruptcy@publicans.com

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
1949 South IH 35 (78741)
P.O. Box 17428
Austin, TX 78760-7428

dallas.bankruptcy@publicans.com

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201

whawkins@loeb.com

William M. Hawkins
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

tmcfadde@lordbissel.com

Timothy S. McFadden
Lord, Bissel & Brook
115 South LaSalle Street
Chicago, IL 60603

tbrink@lordbissel.com

Timothy W. Brink
Lord, Bissel & Brook
115 South LaSalle Street
Chicago, IL 60603

kwalsh@lordbissel.com

rcovino@lordbissel.com

Kevin J. Walsh
Rocco N. Covino
Lord, Bissel & Brook LLP
885 Third Avenue
26th Floor
New York, NY 10022-4802

metkin@lowenstein.com

Michael S. Etikin
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

ilevee@lowenstein.com

Ira M. Levee
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

krosen@lowenstein.com

Kenneth A. Rosen
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

scargill@lowenstein.com

Scott Cargill
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

metkin@lowenstein.com

Michael S. Etikin
Lowenstein Sandler PC
1251 Avenue of the Americas
18th Floor
New York, NY 10020

ilevee@lowenstein.com

Ira M. Levee
Lowenstein Sandler PC
1251 Avenue of the Americas
18th Floor
New York, NY 10020

jml@ml-legal.com
lmc@ml-legal.com

Jeffrey M. Levinson, Esq.
Leah M. Caplan, Esq.
Margulies & Levinson, LLP
30100 Chagrin Boulevard
Suite 250
Pepper Pike, OH 44124

skrause@zeklaw.com

Stuart Krause
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022

jmsullivan@mwe.com

James M. Sullivan
McDermott Will & Emery LLP
50 Rockefeller Plaza
New York, NY 10020

jrobertson@mcdonaldhopkins.com

Jean R. Robertson, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114

sopincar@mcdonaldhopkins.com

Scott N. Opincar, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue, E.
Suite 2100
Cleveland, OH 44114

sriley@mcdonaldhopkins.com

Shawn M. Riley, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue, E.
Suite 2100
Cleveland, OH 44114

jbernstein@mdmc-law.com

Jeffrey Bernstein, Esq.
McElroy, Deutsch, Mulvaney & Carpenter,
LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4079

lpeterson@msek.com

Lowell Peterson, Esq.
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway
Suite 501
New York, NY 10018

michael.kessler@weil.com

Michael P. Kessler, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

fusco@millercanfield.com.com

Timothy A. Fusco
Miller, Canfield, Paddock and Stone, P.L.C.
150 W. Jefferson Avenue
Suite 2500
Detroit, MI 48226

resterkin@morganlewis.com

Richard W. Esterkin, Esq.
Morgan, Lewis & Bockius LLP
300 South Grand Avenue
Los Angeles, CA 90017

jeffrey.tanenbaum@weil.com

Jeffrey L. Tanenbaum, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

lisa.moore2@nationalcity.com

Lisa M. Moore
National City Commercial Capital
995 Dalton Avenue
Cincinnati, OH 45203

sarbt@millerjohnson.com
wolfordr@millerjohnson.com

Thomas P. Sarb
Robert D. Wolford
Miller Johnson
250 Monroe Avenue, N.W.
Suite 800, PO Box 306
Grand Rapids, MI 49501-0306

Jeff.Ott@molex.com

Jeff Ott
Molex Connector Corp
2222 Wellington Ct.
Lisle, IL 60532

wheuer@morganlewis.com

William C. Heuer, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

rubanik@munsch.com
jwielebinski@munsch
drukavina@munsch.com

Raymond J. Urbanik, Esq., Joseph J.
Wielebinski, Esq. and Davor Rukavina, Esq.
Munsch Hardt Kopf & Harr, P.C.
4000 Fountain Place
1445 Ross Avenue
Dallas, TX 75202-2790

bbeckworth@nixlawfirm.com

Bradley E. Beckworth
Nix, Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield, TX 75638

jangelovich@nixlawfirm.com

Jeffrey J. Angelovich
Nix, Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield, TX 75638

swhatley@nixlawfirm.com

Susan Whatley
Nix, Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield, TX 75638

eabdelmasieh@nmmlaw.com

Elizabeth L. Abdelmasieh, Esq
Norris, McLaughlin & Marcus
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876

fholden@orrick.com

Frederick D. Holden, Jr., Esq.
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105

aenglund@orrick.com

Alyssa Englund, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

landy.ralph@pbgc.gov

Ralph L. Landy
Pension Benefit Guaranty Corporation
1200 K. Street, N.W.
Washington, DC 20005-4026

cfilardi@pepehazard.com

Charles J. Filardi, Jr., Esq.
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890

lawallf@pepperlaw.com

Francis J. Lawall
Pepper, Hamilton LLP
3000 Two logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

aaronsona@pepperlaw.com

Anne Marie Aaronson
Pepper, Hamilton LLP
3000 Two logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

sriemer@phillipsnizer.com

Sandra A. Riemer, Esq.
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103

bsmoore@pbnlaw.com                                    jsmairo@pbnlaw.com

Brett S. Moore, Esq.                                  John S. Mairo, Esq.
Porzio, Bromberg & Newman, P.C.                       Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway                                 100 Southgate Parkway
P.O. Box 1997                                         P.O. Box 1997
Morristown, NJ 07960                                  Morristown, NJ 07960

martin.bienenstock@weil.com

Martin J. Bienenstock, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

andrew.herenstein@quadranglegroup.com

Andrew Herenstein
Quadrangle Debt Recovery Advisors LLC
375 Park Avenue, 14th Floor
New York, NY 10152

patrick.bartels@quadranglegroup.com

Patrick Bartels
Quadrangle Group LLC
375 Park Avenue, 14th Floor
New York, NY 10152

jharris@quarles.com

John A. Harris
Quarles & Brady Streich Lang LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

sgoldber@quarles.com

Scott R. Goldberg
Quarles & Brady Streich Lang LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

jlapinsky@republicengineered.com

Joseph Lapinsky
Republic Engineered Products, Inc.
3770 Embassy Parkway
Akron, OH 44333

jshickich@riddellwilliams.com

Joseph E. Shickich, Jr.
Riddell Williams P.S.
1001 4th Ave.
Suite 4500
Seattle, WA 98154-1195

rtrack@msn.com

Charles E. Boulbol, P.C.
Russell Reynolds Associates, Inc.
26 Broadway, 17th Floor
New York, NY 10004

myarnoff@sbclasslaw.com

Michael Yarnoff
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

shandler@sbclaslaw.com

Sean M. Handler
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

pbaisier@seyfarth.com

Paul M. Baisier, Esq.
Seyfarth Shaw LLP
1545 Peachtree Street, N.E.
Suite 700
Atlanta, GA 30309-2401

rdremluk@seyfarth.com

Robert W. Dremluk, Esq.
Seyfarth Shaw LLP
1270 Avenue of the Americas
Suite 2500
New York, NY 10020-1801

bankruptcy@goodwin.com

Jennifer L. Adamy
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

asherman@sillscummis.com

Andrew H. Sherman
Sills, Cummis Epstein & Gross, P.C.
30 Rockefeller Plaza
New York, NY 10112

jzackin@sillcummis.com

Jack M. Zackin
Sills, Cummis Epstein & Gross, P.C.
30 Rockefeller Plaza
New York, NY 10112

cfox@stblaw.com

Kenneth S. Ziman, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

cfox@stblaw.com

William T. Russell, Jr., Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

kmiller@skfdelaware.com

Kathleen M. Miller
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

lloyd.sarakin@am.sony.com

Lloyd B. Sarakin - Chief Counsel, Finance
and Credit
Sony Electronics Inc.
1 Sony Drive
MD #1 E-4
Park Ridge, NJ 07656

bspector@selawfirm.com

Brian D. Spector, Esq.
Spector & Ehrenworth, P.C.
30 Columbia Turnpike
Florham Park, NJ 07102

cs@stevenslee.com
cp@stevenslee.com

Chester B. Salomon, Esq.
Constantine D. Pourakis, Esq.
Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY 10022

mshaiken@stinsonmoheck.com

Mark A. Shaiken
Stinson Morrison Hecker LLP
1201 Walnut Street
Kansas City, MO 64106

robert.goodrich@stites.com

Madison L.Cashman
Stites & Harbison PLLC
424 Church Street
Suite 1800
Nashville, TN 37219

madison.cashman@stites.com

Robert C. Goodrich, Jr.
Stites & Harbison PLLC
424 Church Street
Suite 1800
Nashville, TN 37219

wbeard@stites.com

W. Robinson Beard, Esq.
Stites & Harbison, PLLC
400 West Market Street
Louisville, KY 40202

jpguy@swidlaw.com

Jonathan P. Guy
Swidler Berlin LLP
The Washington Harbour
3000 K Street, N.W. Suite 300
Washington, DC 20007

rhywron@swidlaw.com

Richard H. Wyron
Swidler Berlin LLP
The Washington Harbour
3000 K Street, N.W. Suite 300
Washington, DC 20007

mwcheney@swidlaw.com

Matthew W. Cheney
Swidler Berlin LLP
The Washington Harbour
3000 K Street, N.W. Suite 300
Washington, DC 20007

rnsteinwurtzel@swidlaw.com

Robert N. Steinwurtzel
Swidler Berlin LLP
The Washington Harbour
3000 K Street, N.W. Suite 300
Washington, DC 20007

rfrankel@swidlaw.com

Roger Frankel
Swidler Berlin LLP
The Washington Harbour
3000 K Street, N.W. Suite 300
Washington, DC 20007

ferrell@taftlaw.com

Richard L .Ferrell
Taft, Stettinius & Hollister LLP
425 Walnut Street
Suite 1800
Cincinnati, OH 45202-3957

rhett.campbell@tklaw.com

Rhett G. Cambell
Thompson & Knight
333 Clay Street
Suite 3300
Houston, TX 77002

jlevi@toddlevi.com

Jill Levi, Esq.
Todd & Levi, LLP
444 Madison Avenue
Suite 1202
New York, NY 10022

bmcdonough@teamtogut.com

Albert Togut, Esq.
Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119

djury@steelworkers-usw.org

David Jury, Esq.
United Steel, Paper and Forestry, Rubber,
Manufacturing, Energy, Allied Industrial
and Service Workers, International Union
(USW), AFL-CIO
Five Gateway Center
Suite 807
Pittsburgh, PA 15222

rjsidman@vssp.com

Robert J. Sidman, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

david.lemke@wallerlaw.com

David E. Lemke, Esq.
Waller Lansden Dortch & Davis, PLLC
511 Union Street
Suite 2700
Nashville, TN 37219

robert.welhoelter@wallerlaw.com

Robert J. Welhoelter, Esq.
Waller Lansden Dortch & Davis, PLLC
511 Union Street
Suite 2700
Nashville, TN 37219

gtoering@wnj.com

Gordon J. Toering
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503

mcruse@wnj.com

Michael G. Cruse
Warner Norcross & Judd LLP
2000 Town Center
Suite 2700
Southfield, MI 48075

martin.bienestock@weil.com
michael.kessler@weil.com
jeff.tanenbaum@weil.com

Martin J. Bienenstock, Michael Kessler,
Jeffrey L. Tanenbaum
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153