# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| | ) | **CASE NO. 05-44481** |
| **Delphi Corporation,** *et al.,* | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Debtors.** | ) | |

## CERTIFICATE OF SERVICE FILED ON BEHALF OF
## BRANDY MCQUEARY OF DINSMORE & SHOHL LLP

The counsel for the Proctor & Gamble Company, Feintool New York, Inc., and Feintool Cincinnati, Inc. hereby file the attached Certificate of Service on behalf of Brandy McQueary of Dinsmore & Shohl LLP.

October 31, 2005
Cincinnati, Ohio

Respectfully submitted,

DINSMORE AND SHOHL, LLP

/s/ Kim Marin Lewis
Kim Martin Lewis
John Persiani
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
513-977-8200

Attorneys for the Proctor & Gamble Company, Feintool New York, Inc., and Feintool Cincinnati, Inc.

1202443_1.DOC