SCHULTE ROTH & ZABEL LLP
Michael L. Cook (MLC-7887)
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 595-5955
Counsel for Panasonic Automotive Systems Company of America,
    Division of Panasonic Corporation of North America

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
In re:                                                       :
                                                             :  Chapter 11
                                                             :
DELPHI CORPORATION, et al.                                   :
                                                             :  Case No. 05-44481 (DRR)
                                                             :
                                            Debtors.         :  (Jointly Administered)
                                                             :
------------------------------------------------------------ X

## AFFIDAVIT OF SERVICE

      Marguerite M. Melvin, being duly sworn, deposes and says:

      1.    I am not a party to this action, am over 18 years of age and am employed by Schulte Roth & Zabel LLP.

      2.    On October 27, 2005, I caused a true and correct copy of the Notice of Appearance of Michael L. Cook of Schulte Roth & Zabel LLP and Laurence Roach of Panasonic Automotive Systems Company of America to be served by first class mail, upon each of the parties listed on Exhibit A annexed hereto.

                                                          /s/ Marguerite M. Melvin
                                                          Marguerite M. Melvin

SWORN TO AND SUBSCRIBED before me
this 31st day of October, 2005

/s/ Nathanael F. Meyers
Nathanael F. Meyers
Notary Public, State of New York
No. 01ME5057476
Qualified in New York County
Commission Expires March 25, 2006

9993612.1

# EXHIBIT A

Capital Research and Management Company
Attn: Michelle Robson
11100 Santa Monica Blvd., 15th Floor
Los Angeles, CA  90025

Cohen Weiss & Simon
Attn: Bruce Simon
330 W. 42nd Street
New York, NY  10036

Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn: Steven J. Reisman
101 Park Avenue
New York, NY  10178-0061

Davis Polk & Wardwell
Attn: Donald Bernstein
450 Lexington Avenue
New York, NY  10017

Delphi Corporation
Attn: Sean Corcoran
5725 Delphi Drive
Troy, MI  48098

Delphi Corporation
Attn: Karen Craft
5725 Delphi Drive
Troy, MI  48098

Flextronics International Asia-Pacific, Ltd.
c/o Flextronics International USA, Inc.
Attn: Paul W. Anderson
2090 Fortune Drive
San Jose, CA  95131

Freescale Semiconductor, Inc.
Attn: Richard Lee Chambers, II
6501 William Cannon Drive West
Austin, TX  78735

Randall S. Eisenberg
Attn: FTI Consulting, Inc.
3 Times Square, 11th Floor
New York, NY  10036

General Electric Company
Attn: Valerie Venable
One Plastics Avenue
Pittsfield, MA  01201

General Motors Corporation
Attn: John Devine
300 Renaissance Center
P.O. Box 300
Detroit, MI  48265

Groom Law Group
Attn: Lonie A. Hassel
1701 Pennsylvania Avenue, NW
Washington, DC  20006

Susan Whatley
Nix, Patterson & Roach, L.L.P.
205 Linda Drive,
Dangerfield, TX  75638

Internal Revenue Service
Attn: Involvency Department
290 Broadway, 5th Floor
New York, NY  10007

Internal Revenue Service
Attn: Involvency Department
477 Michigan Avenue
Mail Stop 15
Detroit, MI  48226

IUE-CWA
Attn: Henry Reichard
2360 W. Dorothy Lane, Suite 201
Dayton, OH  45439

9993612.1

Jefferies & Company, Inc.
Attn: William Q. Derrough
520 Madison Avenue, 12th Floor
New York, NY 10022

JPMorgan Chase Bank, N.A.
Attn: Clifford Trapani
Loan and Agency Services Group
1111 Fannin, 10th Floor
Houston, TX 77002

JPMorgan Chase Bank, N.A.
Attn: Khuyen Ta
Agent Bank Services Group
1111 Fannin, 10th Floor
Houston, TX 77002

JPMorgan Chase Bank, N.A.
Attn: Thomas F. Maher
270 Park Avenue
New York, NY 10017

JPMorgan Chase Bank, N.A.
Attn: Richard Duker
270 Park Avenue
New York, NY 10017

JPMorgan Chase Bank, N.A.
Attn: Gianni Rusello
270 Park Avenue
New York, NY 10017

JPMorgan Chase Bank, N.A.
Attn: Vilma Francis
270 Park Avenue
New York, NY 10017

Kurtzman Carson Consultants
Attn: James Le
12910 Culver Blvd., Suite 1
Los Angeles, CA 90066

Latham & Watkins LLP
Attn: Robert J. Rosenberg
885 Third Avenue
New York, NY 10022

Mesirow Financial
Attn: Melissa Knolls
321 N. Clark St., 13th Floor
Chicago, IL 60601

Morrison Cohen LLP
Attn: Joseph T. Moldovan, Esq.
909 Third Avenue
New York, NY 10022

Office of New York State
Attn: Attorney General Eliot Spitzer
120 Broadway
New York City, NY 10271

O'Melveny & Meyer LLP
Attn: Robert Siegel
400 South Hope Street
Los Angeles, CA 90071

O'Melveny & Meyer LLP
Attn: Tom A. Jeman
1625 Eye Street, NW
Washington, DC 20006

O'Melveny & Meyer LLP
Attn: Rachel Janger
1625 Eye Street, NW
Washington, DC 20006

Pension Benefit Guaranty Corporation
Attn: Jeffrey Cohen
1200 K Street, N.W., Suite 340
Washington, DC 20005

Pension Benefit Guaranty Corporation
Attn: Ralph L. Landy
1200 K Street, N.W., Suite 340
Washington, DC 20005

Jeffrey L. Tanenbaum, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, NY 10153

9993612.1

| | |
|---|---|
| Rothschild Inc.<br>Attn: David L. Resnick<br>1251 Avenue of the Americas<br>New York, NY 10020 | Securities and Exchange Commission<br>Attn: Reorganization Branch<br>233 Broadway<br>New York, NY 10279 |
| Seyfarth Shaw LLP<br>Attn: Robert W. Dremluk<br>1270 Avenue of the Americas, Suite 2500<br>New York, NY 10020-1801 | Shearman & Sterling LLP<br>Attn: Douglas Bartner<br>599 Lexington Avenue<br>New York, NY 10022 |
| Shearman & Sterling LLP<br>Attn: Jill Frizzley<br>599 Lexington Avenue<br>New York, NY 10022 | Simpson Thatcher & Bartlett LLP<br>Attn: Kenneth S. Ziman<br>425 Lexington Avenue<br>New York, NY 10017 |
| Simpson Thatcher & Bartlett LLP<br>Attn: Robert H. Trust<br>425 Lexington Avenue<br>New York, NY 10017 | Simpson Thatcher & Bartlett LLP<br>Attn: William T. Russell, Jr.<br>425 Lexington Avenue<br>New York, NY 10017 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: John Wm. Butler<br>333 W. Wacker Dr., Suite 2100<br>Chicago, IL 60606 | Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: John K. Lyons<br>333 W. Wacker Dr., Suite 2100<br>Chicago, IL 60606 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Ron E. Meisler<br>333 W. Wacker Dr., Suite 2100<br>Chicago, IL 60606 | Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Kayalyn A. Marafioti<br>4 Times Square<br>P.O. Box 300<br>New York, NY 10036 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Thomas J. Matz<br>4 Times Square<br>P.O. Box 300<br>New York, NY 10036 | Stevens & Lee, P.C.<br>Attn: Chester B. Salomon<br>485 Madison Avenue, 20th Floor<br>New York, NY 10022 |
| Stevens & Lee, P.C.<br>Attn: Constantine D. Pourakis<br>485 Madison Avenue, 20th Floor<br>New York, NY 10022 | Richard H. Wyron<br>The Washington Harbour<br>3000 K. Street, N.W., Suite 300<br>Washington, DC 20007 |
| United States Trustee<br>Attn: Alicia M. Leonard<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004-2112 | United States Trustee<br>Attn: Deirdre A. Martin<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 |

9993612.1

| | |
|---|---|
| Steven M. Cimalore, Vice President<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market Street,<br>Wilmington, DE  19890 | Airgas, Inc.<br>Attn:  David Boyle<br>259 Radnor-Chester Road, Suite 100<br>P.O. Box 6675<br>Radnor, PA  19087-8675 |
| Ajamie LLP<br>Attn:  Thomas A. Ajamie<br>711 Louisiana, Suite 2150<br>Houston, TX  77002 | Ajamie LLP<br>Attn:  Wallace A. Showman<br>1350 Avenue of the Americas, 29th Floor<br>New York, NY  10019 |
| Angelo Gordon & Co.<br>Attn:  Leigh Walzer<br>245 Park Avenue, 26th Floor<br>New York, NY  10167 | Arnall Golden Gregory LLP<br>Attn:  Darryl S. Laddin<br>171 17th Street, NW, Suite 2100<br>Atlanta, GA  30363-1031 |
| Barack, Ferrazzano, Kirschbaum, Perlman<br>& Nagelberg LLP<br>Attn:  Kimberly J. Robinson<br>333 West Wacker Drive, Suite 2700<br>Chicago, IL  60606 | Barnes & Thornburg LLP<br>Attn:  Alan K. Mills<br>11 S. Meridian Street,<br>Indianapolis, IN  46204 |
| John T. Gregg<br>Barnes & Thornburg LLP<br>300 Ottawa Avenue, NW, Suite 500<br>Grand Rapids, MI  49503 | Patrick E. Mears<br>Barnes & Thornburg LLP<br>300 Ottawa Avenue, NW, Suite 500<br>Grand Rapids, MI  49503 |
| Michael K. McCrory<br>Barnes & Thornburg LLP<br>11 S. Meridian Street,<br>Indianapolis, IN  46204 | Wendy D. Brewer<br>Barnes & Thornburg LLP<br>11 S. Meridian Street,<br>Indianapolis, IN  46204 |
| Hannah E. Greenwald<br>Bernstein Litowitz Berger & Grossman<br>1285 Avenue of the Americas<br>New York, NY  10019 | Mark D. Debrowski<br>Bernstein Litowitz Berger & Grossman<br>1285 Avenue of the Americas<br>New York, NY  10019 |
| John P. Coffey<br>Bernstein Litowitz Berger & Grossman<br>1285 Avenue of the Americas<br>New York, NY  10019 | Kenneth T. Law, Esq.<br>Bialson, Bergen & Schwab<br>2600 El Camino Real, Suite 300<br>Palo Alto, CA  94306 |
| Lawrence M. Schwab, Esq.<br>Bialson, Bergen & Schwab<br>2600 El Camino Real, Suite 300<br>Palo Alto, CA  94306 | Patrick M. Costello, Esq.<br>Bialson, Bergen & Schwab<br>2600 El Camino Real, Suite 300<br>Palo Alto, CA  94306 |

9993612.1

Thomas M. Gaa
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

Jeannette Eisan Hinshaw
Bose McKinney & Evans LLP
135 N. Pennsylvania Street, Suite 2700
Indianapolis, IN 46204

Austin L. McMullen
Boult, Cummings, Conners & Berry, PLC
1600 Division Street, Suite 700
P.O. Box 34005
Nashville TN 37203

Roger G. Jones
Boult, Cummings, Conners & Berry, PLC
1600 Division Street, Suite 700
P.O. Box 34005
Nashville TN 37203

Michael Leo Hall
Burr & Forman LLP
420 North Twentieth Street, Suite 3100
Birmingham, AL 35203

Jonathan Greenberg
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005-1702

Robert Usadi
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005-1702

Rocco N. Covino
Lord, Bissel & Brook LLP
885 Third Avenue,
26th Floor
New York, NY 10022-4802

Aaron R. Cahn
Carter Ledyard & Mildburn LLP
2 Wall Street
New York, NY 10005

Deborah M. Buell
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Joseph J. Vitale
Cohen, Weiss & Simon LLP
330 West 42nd Street
New York, NY 10036

Scott D. Rosen, Esq.
Cohn Birnbaum & Shea P.C.
100 Pearl Street, 12th Floor
Hartford, CT 06103

Jeffrey C. Wisler, Esq.
Connolly Boce Lodge & Jutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

Mark Lee
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 3100
Greenwhich, CT 06830

Janice Stanton
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 3100
Greenwhich, CT 06830

Bill Raine
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 3100
Greenwhich, CT 06830

Daniel P. Mazo
Curtin & Heefner, LLP
200 N. Pennsylvania Avenue
Morrisville, PA 19607

Robert Szwajkos
Curtin & Heefner, LLP
200 N. Pennsylvania Avenue
Morrisville, PA 19607

9993612.1

Andrew M. Thau
Curtis, Malle-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061

David S. Karp
Curtis, Malle-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061

Michael R. Dal Lago
Morrison Cohen LLP
909 Third Avenue,
New York, NY  10022

William F. Savino
Damon & Morey LLP
100 Cathedral Place
295 Main Street
Buffalo, NY  14202-4096

Carol Sowa
Denso International America, Inc.
24777 Denso Drive
Southfield, MI  48086

Gerard DiConza, Esq.
DiConza Law, P.C.
630 Third Avenue, 7th Floor
New York, NY  10017

Richard M. Kremen
DLA Piper Rudnick Gray Cary US LLP
The Barbury Building
6225 Smith Street
Baltimore, MD  21209-3600

Maria Ellena Chavez-Ruark
DLA Piper Rudnick Gray Cary US LLP
The Marbury Building
6225 Smith Street
Baltimore, MD  21209-3600

Andrew C. Kassner
Drinker Biddle & Reath LLP
18th and Cherry Streets
Philadelphia, PA  19103

David B. Aaronson
Drinker Biddle & Reath LLP
18th and Cherry Streets
Philadelphia, PA  19103

Margery N. Reed, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA  19103-4196

Wendy M. Simkulak, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA  19103-4196

Gary E. Green
Fagel Haber LLC
55 East Monroe, 40th Floor
Chicago, IL  60603

Lauren Newman
Fagel Haber LLC
55 East Monroe, 40th Floor
Chicago, IL  60603

Fred Stevens
Fox Rothschild LLP
13 East 37th Street, Suite 800
New York, NY  10013

Micheal J. Viscount, Jr.
Fox Rothschild LLP
13 East 37th Street, Suite 800
New York, NY  10013

Ian J. Gazes
Gazes LLC
32 Avenue of the Americas
New York, NY  10013

Eric Wainer
Gazes LLC
32 Avenue of the Americas,
New York, NY  10013

9993612.1

Craig P. Rieders, Esq.  
Genovese Joblove & Battista, P.A.  
100 S.E. 2nd Street, Suite 4400  
Miami, FL  33131

Geoffrey C. Jarvis  
Grant & Eisenhofer P.A.  
120 North Market Street, Suite 2100  
Wilmington, DE  19801

Sharan Nirmul  
Grant & Eisenhofer P.A.  
1201 North Market Street, Suite 2100  
Wilmington, DE  19801

J. Patrick Bradley  
Greensfelder, Hemker & Gale, P.C.  
10 S. Broadway, Suite 200  
St. Louis, MO  63102

Christopher J. Battaglia  
Halperin Battaglia Raicht, LLP  
555 Madison Avenue, 9th Floor  
New York, NY  10022

Glen Dumont  
Hewlett-Packard Company  
420 Mountain Avenue  
Murray Hill, NJ  07974

Sharon Petrosino  
Hewlett-Packard Company  
420 Mountain Avenue  
Murray Hill, NJ  07974

Stephen H. Gross, Esq.  
Hodgson Russ LLP  
Carnegie Hall Tower  
152 West 57th Street, 35th Floor  
New York, NY  10019

Elizabeth K. Flaagan  
Holme Robertis & Owen, LLP  
1700 Lincoln, Suite 4100  
Denver, CO  80203

Peter D. Bilowz  
Goulston & Storrs, P.C.  
400 Atlantic Avenue  
Boston, MA  02110-333

Jay W. Eisenhofer  
Grant & Eisenhofer P.A.  
45 Rockefeller Center  
650 Fifth Avenue  
New York, NY  10111

Cherie Macdonald  
Greensfelder, Hemker & Gale, P.C.  
10 S. Broadway, Suite 200  
Wilmington, DE  19801

Alan D. Halperin  
Halperin Battaglia Raicht, LLP  
555 Madison Avenue, 9th Floor  
New York, NY  10022

Anne Marie Kennelly  
Hewlett-Packard Company  
3000 Hanover St., M/S 1050  
Palo Alto, CA  94304

Kenneth F. Higman  
Hewlett-Packard Company  
2125 E. Katella Avenue, Suite 400  
Anaheim, CA  92806

Cheryl R. Storie  
Hodgson Russ LLP  
One M&T Plaza, Suite 2000  
Buffalo, NY  14203

Peter A. Zisser  
Holland & Knight LLP  
195 Broadway  
New York, NY  10007

Frank L. Gorman, Esq.  
Honigman Miller Schwartz and Cohn LLP  
2290 First National Building  
660 Woodward Avenue  
Detroit, MI  48226-3583

9993612.1

Robert B. Weiss, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

John P. Sieger, Esq.
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661

Geoffrey A. Richards
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Sam O. Simmerman
Krugliak, Wilkins, Griffiths & Dougherty Co., L.P.A.
4775 Munson Street N.W.
P.O. Box 36963
Canton, OH 44735-6963

Susan M. Freeman, Esq.
Lewis and Roca LLP
40 North Central Avenue, Suite 1900
Phoenix AZ 85004-4429

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP.
1949 South IH 35 (78741)
P.O. Box 17428
Austin, TX 78760-7428

Ira M. Levee
Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Floor
New York, NY 10020

Kenneth A. Rosen
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Michael S. Etkin
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Steve Kieselstein
Kieseilstein Lawfirm PLLC
432 British American Blvd.
Latham, NY 12110

Edward M. Fox
Kirkpatrick & Lockhart Nicholson Graham LLP
599 Lexington Avenue,
New York, NY 10022

Rob Charles, Esq.
Lewis and Roca LLP
One South Church Street, Suite 700
Tucson, AZ 85701

John England, Esq.
Linear Technology Corporation
1630 McCarthy Blvd.
Milpitas, CA 95035

William M. Hawkins
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

Ira M. Levee
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Michael S. Etkin
Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Floor
New York, NY 10020

Dennis J. Raternink
Michigan department of Labor and Economic Growth, Worker's Compensation Agency
P.O. Box 30736
Lansing, MI 48226

Scott Cargill
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

9993612.1

Jeffrey M. Levinson, Esq.
Margulies & Levinson, LLP
30100 Chagrin Boulevard, Suite 250
Pepper Pike, OH  44124

Leah M. Caplan, Esq.
Margulies & Levinson, LLP
30100 Chagrin Boulevard, Suite 250
Pepper Pike, OH  44124

James M. Sullivan
McDermott Will & Emery LLP
50 Rockefeller Plaza
New York, NY  10020

Jean R. Robertson, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue, East, Suite 2100
Cleveland, OH  44114

Scott N. Opincar
McDonald Hopkins Co., LPA
600 Superior Avenue, East, Suite 2100
Cleveland, OH  44114

Shawn R. Riley, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue, East, Suite 2100
Cleveland, OH  44114

Jeffrey Bernstein, Esq.
McElroy, Deutsche, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street,
Newark, NJ  07102-4079

Lowell Peterson, Esq.
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway, Suite 501
New York, NY  10018

Thomas P. Sarb
Miller Hohnson
250 Monroes Avenue, N.W., Suite 800,
PO Box 306
Grand Rapids, MI  49501-0306

Robert D. Wolford
Miller Hohnson
250 Monroes Avenue, N.W., Suite 800,
PO Box 306
Grand Rapids, MI  49501-0306

Jeff Ott
Molex Connector Corp.
222 Wellington Ct.
Lisle, IL  90532

Richard W. Esterkin, Esq.
Morgan, Lewis & Brockius LLP
300 South Grand Avenue
Los Angeles, CA  90017

William C. Heuer, Esq.
Morgan, Lewis & Brockius LLP
101 Park Avenue
New York, NY  10178-0060

Joseph J. Wielebinski, Esq.
Munsch Hardt Kopf & Harr, P.C.
400 Fountain Place
1445 Ross Avenue
Dallas, TX  75202

Davor Rukavian, Esq.
Munsch Hardt Kopf & Harr, P.C.
400 Fountain Place
1445 Ross Avenue
Dallas, TX  75202

Lisa M. Moore
National City Commercial Capital
995 Dalton Avenue
Cincinnati, OH  45203

Bradley E. Beckworth
Nix, Patterson & Roach, L.L.P.
205 Linda Drive
Dangerfield, TX  75638

Jeffrey J. Angelovich
Nix, Patterson & Roach, L.L.P.
205 Linda Drive
Dangerfield, TX  75638

9993612.1

Elizabeth L. Abdelmasieh, Esq.
Norris, McLaughlin & Marcus
721 Route 202-206
P.O. Box 1018
Somerville, NJ  08876

Frederick D. Holden, Jr., Esq.
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA  94105

Charles J. Filardi, Jr., Esq.
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT  06890

Francis J. Lawall
Pepper, Hamilton LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799

Brett S. Moore, Esq.
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ  07960

Andrew Herenstein
Quadrangle Debt Recovery Advisors LLC
375 Park Avenue, 14th Floor
New York, NY  10152

John A. Harris
Quarles & Brady Streich Lang LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391

Joseph Lapinsky
Republic Engineered Products, Inc.
3770 Embassy Parkway
Akron, OH  44333

Charles E. Boulbol, P.C.
Russell Reynolds Associates, Inc.
26 Broadway, 17th Floor
New York, NY  10004

Alyssa Englund, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103

Sean M. Handler
Schiffrin & Barroway, LLP
280 King of Prussia Road,
Radnor, PA  19087

Anne Marie Aaronson
Pepper, Hamilton LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799

Sandra A Riemer, Esq.
Phillip Nizer LLP
666 Fifth Avenue
New York, NY  10103

John S. Mario, Esq.
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ  07960

Patrick Bartels
Quadrangle Group LLC
375 Park Avenue, 14th Floor
New York, NY  10152

Scott R. Golding
Quarles & Brady Streich Lang LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391

Joseph E. Shickich, Jr.
Riddell Williams P.S.
1001 4th Ave., Suite 4500
Seattle, WA  98154-1195

Michael Yarnoff
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA  19087

9993612.1

Paul M. Baisier, Esq.
Seyfarth Shaw LLP
1545 Peachtree Street, N.E., Suite 700
Atlanta, GA  30309-2401

Jennifer L. Adamy
Shipman & Goodwin LLP
Once Constitution Plaza
Hartford, CT  06103-1919

Jack M. Zackin
Sills, Cummis Epstein & Gross, P.C.
30 Rockefeller Plaza
New York, NY  10017

Martin J. Bienenstock, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, NY  10153

Lloyd B. Sarakin - Chief Counsel, Finance and Credit
Sony Electronics Inc.
1 Sony Drive
MD #1 E-4
Park Ridge, NJ  07656

Chester B. Salomon, Esq.
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY  10022

Robert C. Goodrich, Jr.
Stites & Harbison PLLC
424 Church Street, Suite 1800
Nashville, TN  37219

W. Robinson Beard, Esq.
Stites & Harbison PLLC
400 West Market Street
Louisville, KY  40202

Matthew W. Cheney
Swidler Berlin LLP
The Washington Harbour
3000 K. Street, N.W. Suite 300
Washington, DC  20007

Robert W. Dremiuk, Esq.
Seyfarth Shaw LLP
1270 Avenue of the Americas, Suite 2500
New York, NY  10020-1801

Andrew H. Sherman
Sills, Cummis Epstein & Gross, P.C.
30 Rockefeller Plaza
New York, NY  10017

Raymond J. Urbanik, Esq.
Munsch Hardt Kopf & Harr, P.C.
4000 Fountain Place
1445 Ross Avenue,
Dallas, RX  75202-2790

Kathleen M. Miller
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899

Brian D. Spector, Esq.
Spector & Ehrenworth, P.C.
30 Columbia Turnpike
Florham Park, NJ  07102

Mark A. Shaiken
Stinson Morrison Hecker LLP
1201 Walnut Street
Kansas City, MO  64106

Madison L. Cashman
Stites & Harbison PLLC
424 Church Street, Suite 1800
Nashville, TN  37219

Jonathon P. Guy
Swidler Berlin LLP
The Washington Harbour
3000 K. Street, N.W., Suite 300
Washington, DC  20007

Roger Frankel
Swidler Berlin LLP
The Washington Harbour
3000 K. Street, N.W. Suite 300
Washington, DC  20007

9993612.1

Robert N. Steinwurtzel
Swidler Berlin LLP
The Washington Harbour
3000 K. Street, N.W. Suite 300
Washington, DC  20007

Rhett G. Campbell
Thompson & Knight
333 Clay Street, Suite 3300
Houston, TX  77002

Albert Togut, Esq.
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY  15222

Robert J. Sidman, Esq.
Voys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH  43216-108

Robert J. Welhoelter, Esq.
Waller Lansden Dortch & Davis, PLLC
511 Union Street, Suite 2700
Nashville, TN  37219

Michael G. Cruse
Warner Norcross & Judd LLP
2000 Town Center, Suite 2700
Southfield, MI  48075

Micheal Kessler
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Timothy A. Fusco
Miller, Canfield, Paddock and Stone, P.L.C.
150 W. Jefferson Avenue,
New York, NY  10022

Stuart Krause
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY  10153

Richard L. Ferrel
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH  45202-3957

Jill Levi, Esq.
Todd & Levi, LLP
444 Madison Avenue, Suite 1202
New York, NY  10022

David Jury, Esq.
United Steel, Paper and Forestry, Rubber, Manufacturing,
Energy, Allied Industrial and Service Workers, Industrial and
Service Workers, International Union (USW), AFL-CIO
Five Gateway Center, Suite 807
Pittsburgh, PA  15222

David E. Lemke, Esq.
Waller Lansden Dortch & Davis, PLLC
511 Union Street, Suite 2700
Nashville, TN  37219

Gordon, J. Toering
Warner Norcross & Judd LLP
900 Fifth Avenue
111 Lyon Street, N.W.
Grand Rapids, MI  49503

Martin J. Bienenstock
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Jason Pickering, Esq.
QAD, Inc.
10,000 Midlantic Drive,
Mt. Laurel, NJ  08054

Peter Janovsky
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY  10153

Heath J. Vicente
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA  30363

9993612.1

William J. Barrett
Barack, Ferrazzano, Kirsbaum Perlman,
& Nagelberg LLP
411 West Putnam Avenue, Suite 225
Greenwhich, CT  06830

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street,
Chicago, IL  60603

Timothy W. Brink
Lord, Bissel & Brook
115 South LaSalle Street,
Chicago, IL  60603

David J. Adler, Jr. Esq.
McCarter & English, LLP
245 Park Avenue, 27th Floor
New York, NY  10167

Tillie Lim, Esq.
HAL/ERC-Legal
50 Prospect Avenue,
Tarrytown, NY  10591

Timothy S. McFadden
Lord, Bissel & Brook
115 South LaSalle Street,
Chicago, IL  60603

Kevin J. Walsh
Lord, Bissel & Brook LLP
885 Third Avenue, 26th Floor
New York, NY  10022-4802

9993612.1