FOLEY & LARDNER LLP
500 Woodward Ave., Suite 2700
Detroit, MI 48226
313-234-7100
Judy A. O'Neill (P32142)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                                              )
In re:                                                        )
                                                              )    Chapter 11
DELPHI CORPORATION, et al.,                                   )    Case No. 05-44481 (RDD)
                                                              )    Jointly Administered
            Debtors.                                          )
-------------------------------------------------------------x

## RULE 2019 VERIFIED STATEMENT OF ATTORNEY
## FOR MULTIPLE CREDITORS

Foley & Lardner LLP ("F & L"), files this statement pursuant to Bankruptcy Rule 2019:

1.  F & L is the attorney for various creditors of Delphi Corporation, et al., (the "Debtors") as are listed below:

| NAME AND ADDRESSES OF CREDITOR | NATURE OF CREDITOR'S CLAIM | AMOUNT OF CREDITOR'S CLAIM and TIME OF ACQUISITION |
|---|---|---|
| Omron Dualtec Automotive Electronics, Inc.<br>1 Commerce Drive<br>Schaumburg, IL 60173-5302 | Trade Debt | Approximately $1.2 Million; Pre-Petition Claim |
| Yazaki North America, Inc.<br>6801 Haggerty Road<br>Canton, MI 48187 | Trade Debt | Approximately $960,000; Pre-Petition Claim |
| ABC Technology, Inc., and certain affiliates<br>400 ABC Blvd.<br>Gallatin, Tennessee 37066 | Trade Debt | To Be Determined; Pre-Petition Claim |
| Intermet Corporation<br>5445 Corporate Drive<br>Troy, MI 48098-2683 | Trade Debt | Approximately $5.8 Million; Pre-Petition Claim |

| E.R. Wagner Manufacturing Co., Inc.<br>4611 North 32nd Street<br>Milwaukee, WI 53209 | Trade Debt | To Be Determined; Pre-Petition Claim |
|---|---|---|
| Phillips Plastics Corporation<br>Corporate Center<br>7 Long Lake Drive<br>Phillips, WI 54555-1528 | Trade Debt | Approximately $1 Million; Pre-Petition Claim |
| Trostel, Ltd.<br>c/o Everett Smith Group, Ltd.<br>330 East Kilbourn, Suite 750<br>Milwaukee, WI 53202 | Trade Debt | To Be Determined; Pre-Petition Claim |
| Kickhaefer Manufacturing Company<br>P.O. Box 348<br>Port Washington, WI 53074-0348 | Trade Debt | Approximately $600,000; Pre-Petition Claim |
| National Rivet & Manufacturing Co.<br>P.O. Box 471<br>21 East Jefferson Street<br>Waupun, WI 53963 | Trade Debt | To Be Determined; Pre-Petition Claim |
| Woory Industrial Company, Ltd.<br>516-1 Youngduck-Lee, Kihung-Eub, Yongin City, Kyungki-Do, Korea | Trade Debt | Approximately $3.2 Million; Pre-Petition Claim |
| Kautex, Inc.<br>750 Stephenson Highway<br>Troy, MI 48083 | Pre-Petition Litigation | To Be Determined; Pre-Petition Claim |
| Injectec, Inc.<br>451 North Dekora Woods Blvd., Saukville, WI 53080 | Trade Debt | Approximately $1,000; Pre-Petition Claim |
| Tooling Technologies, Inc.<br>10179 S. 57th Street<br>Franklin, WI 53152 | Trade Debt | Approximately $145,000; Pre-Petition Claim |
| Production Specialties Group Inc.<br>N117 W19237 Fulton Dr.<br>Germantown, WI 53022 | Trade Debt | To Be Determined; Pre-Petition Claim |
| PBR International, and certain affiliates<br>264 East Boundary Rd<br>East Bentleigh<br>VIC 3165 Australia | Trade Debt | Approximately $14 Million; Pre-Petition Claim |

2

| GE Plastics<br>One Plastics Avenue<br>Pittsfield, MA  01201 | Trade Debt | Together with claims of certain affiliates, in excess of $26 Million; Pre-Petition Claim |

2.     F & L has extensive experience in representing creditors in Chapter 11 cases and is qualified to represent the entities listed above.

## **VERIFICATION**

I hereby certify that, based on inquiry, I have personal knowledge of the matters contained in this statement and that the foregoing facts and representations are true and correct.

Respectfully submitted,

**FOLEY & LARDNER LLP**


 /s/ Hilary Jewett
Hilary Jewett (HJ-5966)
90 Park Avenue
New York, NY  10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329


Judy A. O'Neill (admitted *Pro Hac Vice*)
500 Woodward Ave., Suite 2700
Detroit, Michigan 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

Executed on this 1st day of November, 2005

3

DETR_106885.1