Joseph E. Shickich, Jr. (JS 5229)
RIDDELL WILLIAMS P.S.
1001 4th Ave Ste 4500
Seattle WA  98154-1192
(206) 624-3600 Telephone
(206) 389-1708 Facsimile
Attorneys for Microsoft Corporation and Microsoft Licensing, GP

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.,<br><br>                             Debtors. | Case No. 05-44481 (rdd)<br>(Jointly Administered)<br><br>Chapter 11 |

### APPLICATION FOR PRO HAC VICE ADMISSION OF JOSEPH E. SHICKICH, JR.

I, Joseph E. Shickich, Jr., a member in good standing of the bars in the states of Washington and Wyoming, and of the bars in the U.S. District Courts for the Eastern District of Washington, Western District of Washington, and the Western District of Wisconsin, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Microsoft Corporation and Microsoft Licensing, GP, parties-in-interest in the above-referenced case.  My office and email addresses, and my telephone and fax numbers are:

> Joseph E. Shickich, Jr.
> Riddell Williams P.S.
> 1001 4th Ave Ste 4500
> Seattle WA  98154-1192
> (206) 624-3600 Telephone
> (206) 389-1708 Facsimile
> jshickich@riddellwilliams.com

I agree to pay the fee of $25 upon entry of an order admitting me to practice ***pro hac vice***.

Dated:    October 24, 2005
              Seattle, Washington

                          /s/ Joseph E. Shickich, Jr.
                          Joseph E. Shickich, Jr. (JS 5229)

---

**ORDERED,**

That Joseph E. Shickich, Jr., Esq., is admitted to practice ***pro hac vice*** in the above-referenced case, in the United States Bankruptcy Court of New York, subject to payment of the filing fee.

Dated: November 1,  2005
              New York, New York

                          /s/Robert D. Drain
                          THE HONORABLE ROBERT D. DRAIN
                          UNITED STATES BANKRUPTCY JUDGE