# EXHIBIT A

Means Industries Inc.
DELPHI Accounts Receivable as of October 8, 2005
24-Oct-05

| CUS NO | SHIP TO | PLT CODE | INVOICE NO | INVOICE DATE | INVOICE BALANCE | Duplicate Payment October 4, 2005 Amount On Account | Account Balance After Duplicate Payment | Current Invoices Paid included with the duplicate payment on October 4, 2005 | Invoices Paid on October 3, 2005 | Cash Payment Discount Allowed | Net Account Balance After Duplicate Payment and Additional Invoices Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 311500 | 43 | 03 | 134602 | 9/12/2005 | $ 4,607.39 | | | | | | |
| 311500 | 43 | 03 | 134711 | 9/19/2005 | $ 4,557.01 | | | | | | |
| 311500 | 43 | 03 | 134815 | 9/26/2005 | $ 6,954.15 | | | | | | |
| 311500 Total | | | | | $ 16,118.55 | $ (10,258.75) | $ 5,859.80 | $ - | $ - | $ - | $ 5,859.80 |
| 334090 | 14006 | 04 | 38090 | 8/4/2005 | $ 819.70 | | | | | | |
| 334090 | 14006 | 04 | 38119 | 8/11/2005 | $ 983.64 | | | | | | |
| 334090 | 14006 | 04 | 38150 | 8/19/2005 | $ 983.64 | | | | | | |
| 334090 | 14006 | 04 | 38186 | 8/26/2005 | $ 655.76 | | | | | | |
| 334090 | 14006 | 04 | 38225 | 9/2/2005 | $ 1,967.28 | | | | | | |
| 334090 | 14006 | 04 | 38277 | 9/16/2005 | $ 819.70 | | | | | | |
| 334090 | 14006 | 04 | 38310 | 9/22/2005 | $ 983.64 | | | | | | |
| 334090 | 14006 | 04 | 38344 | 9/30/2005 | $ 1,147.58 | | | | | | |
| 334090 | 14006 | 03 | 133497 | 6/10/2005 | $ 32.56 | | | | | | |
| 334090 | 14006 | 03 | 133820 | 7/15/2005 | $ 5,698.70 | | | | | | |
| 334090 Total | | | | | $ 14,092.20 | $ (3,793.96) | $ 10,298.24 | $ - | $ - | $ - | $ 10,298.24 |
| 334130 | 8U01 | 03 | 133585 | 6/17/2005 | $ 960.98 | | | | | | |
| 334130 | HF01 | 03 | 133711 | 6/27/2005 | $ 17.24 | | | | | | |
| 334130 | HU01 | 03 | 133800 | 7/11/2005 | $ 34.68 | | | | | | |
| 334130 | HU01 | 03 | 133809 | 7/13/2005 | $ 34.68 | | | | | | |
| 334130 | 41048 | 03 | 133834 | 7/18/2005 | $ 170.58 | | | | | | |
| 334130 | HF01 | 03 | 133845 | 7/19/2005 | $ 69.53 | | | | | | |
| 334130 | 41048 | 03 | 133852 | 7/19/2005 | $ 308.70 | | | | | | |
| 334130 | HU01 | 03 | 133863 | 7/20/2005 | $ 69.37 | | | | | | |
| 334130 | 41048 | 03 | 133865 | 7/20/2005 | $ 150.82 | | | | | | |
| 334130 | HF01 | 03 | 133875 | 7/21/2005 | $ 69.53 | | | | | | |
| 334130 | 41048 | 03 | 133880 | 7/21/2005 | $ 102.57 | | | | | | |
| 334130 | 41048 | 03 | 133900 | 7/22/2005 | $ 125.49 | | | | | | |
| 334130 | 41048 | 03 | 133916 | 7/25/2005 | $ 180.43 | | | | | | |
| 334130 | HF01 | 03 | 133923 | 7/25/2005 | $ 68.46 | | | | | | |
| 334130 | 41048 | 03 | 133937 | 7/26/2005 | $ 259.37 | | | | | | |
| 334130 | 41048 | 03 | 133950 | 7/27/2005 | $ 249.51 | | | | | | |
| 334130 | HU01 | 03 | 133960 | 7/27/2005 | $ 69.37 | | | | | | |
| 334130 | HF01 | 03 | 133968 | 7/28/2005 | $ 69.24 | | | | | | |
| 334130 | 41048 | 03 | 133976 | 7/28/2005 | $ 249.52 | | | | | | |
| 334130 | HF01 | 03 | 133989 | 7/29/2005 | $ 69.53 | | | | | | |
| 334130 | 41048 | 03 | 133995 | 7/29/2005 | $ 203.68 | | | | | | |
| 334130 | 41048 | 03 | 134011 | 8/1/2005 | $ 246.25 | | | | | | |
| 334130 | 8U01 | 03 | 134020 | 8/1/2005 | $ 2,882.95 | | | | | | |
| 334130 | 41048 | 03 | 134029 | 8/2/2005 | $ 221.03 | | | | | | |
| 334130 | HF01 | 03 | 134039 | 8/2/2005 | $ 69.53 | | | | | | |
| 334130 | HF01 | 03 | 134046 | 8/3/2005 | $ 69.53 | | | | | | |
| 334130 | 41048 | 03 | 134057 | 8/3/2005 | $ 203.57 | | | | | | |
| 334130 | 41048 | 03 | 134077 | 8/4/2005 | $ 124.63 | | | | | | |
| 334130 | HF01 | 03 | 134092 | 8/5/2005 | $ 69.53 | | | | | | |
| 334130 | 41048 | 03 | 134103 | 8/5/2005 | $ 124.63 | | | | | | |
| 334130 | 41048 | 03 | 134122 | 8/8/2005 | $ 339.45 | | | | | | |
| 334130 | 8U01 | 03 | 134123 | 8/8/2005 | $ 2,882.95 | | | | | | |
| 334130 | HF01 | 03 | 134136 | 8/9/2005 | $ 187.63 | | | | | | |
| 334130 | 41048 | 03 | 134140 | 8/9/2005 | $ 243.95 | | | | | | |
| 334130 | HU01 | 03 | 134155 | 8/10/2005 | $ 88.50 | | | | | | |
| 334130 | 41048 | 03 | 134161 | 8/10/2005 | $ 666.28 | | | | | | |
| 334130 | HF01 | 03 | 134177 | 8/11/2005 | $ 187.63 | | | | | | |
| 334130 | 41048 | 03 | 134184 | 8/11/2005 | $ 685.24 | | | | | | |
| 334130 | 41048 | 03 | 134206 | 8/12/2005 | $ 897.34 | | | | | | |
| 334130 | HF01 | 03 | 134220 | 8/15/2005 | $ 187.63 | | | | | | |
| 334130 | 41048 | 03 | 134231 | 8/15/2005 | $ 846.06 | | | | | | |

Means Industries Inc.
DELPHI Accounts Receivable as of October 8, 2005
24-Oct-05

| CUS NO | SHIP TO | PLT CODE | INVOICE NO | INVOICE DATE | INVOICE BALANCE | Duplicate Payment October 4, 2005 Amount On Account | Account Balance After Duplicate Payment | Current Invoices Paid included with the duplicate payment on October 4, 2005 | Invoices Paid on October 3, 2005 | Cash Payment Discount Allowed | Net Account Balance After Duplicate Payment and Additional Invoices Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 334130 | 41048 | 03 | 134248 | 8/16/2005 | $ 779.12 | | | | | | |
| 334130 | HU01 | 03 | 134271 | 8/17/2005 | $ 88.50 | | | | | | |
| 334130 | 41048 | 03 | 134282 | 8/17/2005 | $ 47.60 | | | | | | |
| 334130 | 41048 | 03 | 134295 | 8/18/2005 | $ 35.70 | | | | | | |
| 334130 | 41048 | 03 | 134313 | 8/19/2005 | $ 35.70 | | | | | | |
| 334130 | 8U01 | 03 | 134316 | 8/19/2005 | $ 960.98 | | | | | | |
| 334130 | 41048 | 03 | 134338 | 8/22/2005 | $ 47.58 | | | | | | |
| 334130 | 41048 | 03 | 134351 | 8/23/2005 | $ 47.58 | | | | | | |
| 334130 | 41048 | 03 | 134375 | 8/24/2005 | $ 29.74 | | | | | | |
| 334130 | 8U01 | 03 | 134377 | 8/24/2005 | $ 960.98 | | | | | | |
| 334130 | 8U01 | 03 | 134382 | 8/24/2005 | $ 1,921.97 | | | | | | |
| 334130 | 41048 | 03 | 134399 | 8/25/2005 | $ 35.68 | | | | | | |
| 334130 | 41048 | 03 | 134414 | 8/26/2005 | $ 29.75 | | | | | | |
| 334130 | 8U01 | 03 | 134417 | 8/26/2005 | $ 960.98 | | | | | | |
| 334130 | 8U01 | 03 | 134433 | 8/29/2005 | $ 960.98 | | | | | | |
| 334130 | HF01 | 03 | 134445 | 8/30/2005 | $ 2,684.62 | | | | | | |
| 334130 | 8U01 | 03 | 134447 | 8/30/2005 | $ 960.98 | | | | | | |
| 334130 | 41048 | 03 | 134448 | 8/30/2005 | $ 23.79 | | | | | | |
| 334130 | 8U01 | 03 | 134450 | 8/30/2005 | $ 960.98 | | | | | | |
| 334130 | 41048 | 03 | 134466 | 8/31/2005 | $ 17.85 | | | | | | |
| 334130 | 8U01 | 03 | 134469 | 8/31/2005 | $ 1,921.97 | | | | | | |
| 334130 | HF01 | 03 | 134479 | 9/1/2005 | $ 2,684.62 | | | | | | |
| 334130 | 8U01 | 03 | 134485 | 9/1/2005 | $ 1,921.97 | | | | | | |
| 334130 | 41048 | 03 | 134487 | 9/1/2005 | $ 9,766.18 | | | | | | |
| 334130 | HF01 | 03 | 134497 | 9/2/2005 | $ 2,684.62 | | | | | | |
| 334130 | 41048 | 03 | 134509 | 9/2/2005 | $ 1,382.74 | | | | | | |
| 334130 | 41048 | 03 | 134510 | 9/2/2005 | $ 8,796.26 | | | | | | |
| 334130 | HF01 | 03 | 134521 | 9/6/2005 | $ 2,684.62 | | | | | | |
| 334130 | 41048 | 03 | 134524 | 9/6/2005 | $ 11,862.89 | | | | | | |
| 334130 | 8U01 | 03 | 134526 | 9/6/2005 | $ 3,843.94 | | | | | | |
| 334130 | 8U01 | 03 | 134542 | 9/7/2005 | $ 1,921.97 | | | | | | |
| 334130 | 41048 | 03 | 134543 | 9/7/2005 | $ 9,358.65 | | | | | | |
| 334130 | HF01 | 03 | 134545 | 9/7/2005 | $ 3,791.35 | | | | | | |
| 334130 | 8U01 | 03 | 134555 | 9/8/2005 | $ 2,684.62 | | | | | | |
| 334130 | HF01 | 03 | 134563 | 9/8/2005 | $ 12,888.47 | | | | | | |
| 334130 | 8U01 | 03 | 134564 | 9/8/2005 | $ 2,882.95 | | | | | | |
| 334130 | 41048 | 03 | 134576 | 9/9/2005 | $ 3,174.56 | | | | | | |
| 334130 | 41048 | 03 | 134585 | 9/9/2005 | $ 342.86 | | | | | | |
| 334130 | 41048 | 03 | 134586 | 9/9/2005 | $ 11,918.55 | | | | | | |
| 334130 | 8U01 | 03 | 134591 | 9/9/2005 | $ 2,882.95 | | | | | | |
| 334130 | 41048 | 03 | 134603 | 9/12/2005 | $ 15,177.83 | | | | | | |
| 334130 | 8U01 | 03 | 134608 | 9/12/2005 | $ 1,921.97 | | | | | | |
| 334130 | HF01 | 03 | 134618 | 9/13/2005 | $ 2,684.62 | | | | | | |
| 334130 | 41048 | 03 | 134626 | 9/13/2005 | $ 3,791.35 | | | | | | |
| 334130 | 8U01 | 03 | 134627 | 9/13/2005 | $ 16,441.61 | | | | | | |
| 334130 | 41048 | 03 | 134648 | 9/14/2005 | $ 18,548.41 | | | | | | |
| 334130 | 8U01 | 03 | 134649 | 9/14/2005 | $ 1,263.78 | | | | | | |
| 334130 | HF01 | 03 | 134662 | 9/15/2005 | $ 2,684.62 | | | | | | |
| 334130 | 41048 | 03 | 134666 | 9/15/2005 | $ 14,207.91 | | | | | | |
| 334130 | HF01 | 03 | 134682 | 9/16/2005 | $ 2,684.62 | | | | | | |
| 334130 | 8U01 | 03 | 134688 | 9/16/2005 | $ 7,582.70 | | | | | | |
| 334130 | 41048 | 03 | 134689 | 9/16/2005 | $ 15,385.05 | | | | | | |
| 334130 | 8U01 | 03 | 134715 | 9/19/2005 | $ 2,527.57 | | | | | | |
| 334130 | 41048 | 03 | 134716 | 9/19/2005 | $ 19,031.85 | | | | | | |
| 334130 | HF01 | 03 | 134724 | 9/20/2005 | $ 2,684.62 | | | $ 17,834.63 | | $ 41.64 | |
| 334130 | 41048 | 03 | 134729 | 9/20/2005 | $ 17,876.27 | | | | | | |

Means Industries Inc.
DELPHI Accounts Receivable as of October 8, 2005
24-Oct-05

| CUS NO | SHIP TO | PLT CODE | INVOICE NO | INVOICE DATE | INVOICE BALANCE | Duplicate Payment October 4, 2005 Amount On Account | Account Balance After Duplicate Payment | Current Invoices Paid included with the duplicate payment on October 4, 2005 | Invoices Paid on October 3, 2005 | Cash Payment Discount Allowed | Net Account Balance After Duplicate Payment and Additional Invoices Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 334130 | 41048 | 03 | 134749 | 9/21/2005 | $ 15,047.85 | | | Paid $ 15,047.85 | | $ - | |
| 334130 | 41048 | 03 | 134770 | 9/21/2005 | $ 2,051.16 | | | Paid $ 2,051.16 | | $ - | |
| 334130 | HF01 | 03 | 134773 | 9/22/2005 | $ 2,684.62 | | | | | | |
| 334130 | 8U01 | 03 | 134774 | 9/22/2005 | $ 3,791.35 | | | | | | |
| 334130 | 41048 | 03 | 134776 | 9/22/2005 | $ 15,103.49 | | | Paid $ 15,067.81 | | $ 35.68 | |
| 334130 | 8U01 | 03 | 134792 | 9/23/2005 | $ 2,527.57 | | | | | | |
| 334130 | 41048 | 03 | 134800 | 9/23/2005 | $ 16,240.35 | | | | | | |
| 334130 | HF01 | 03 | 134809 | 9/26/2005 | $ 2,684.62 | | | | | | |
| 334130 | 8U01 | 03 | 134810 | 9/26/2005 | $ 3,791.35 | | | | | | |
| 334130 | 41048 | 03 | 134818 | 9/26/2005 | $ 14,985.17 | | | | | | |
| 334130 | 41048 | 03 | 134831 | 9/26/2005 | $ 2,051.16 | | | | | | |
| 334130 | 8U01 | 03 | 134839 | 9/27/2005 | $ 2,527.57 | | | | | | |
| 334130 | 41048 | 03 | 134840 | 9/27/2005 | $ 1,382.74 | | | | | | |
| 334130 | 41048 | 03 | 134842 | 9/27/2005 | $ 13,557.53 | | | | | | |
| 334130 | 8U01 | 03 | 134860 | 9/28/2005 | $ 2,527.57 | | | | | | |
| 334130 | 41048 | 03 | 134869 | 9/28/2005 | $ 11,918.55 | | | | | | |
| 334130 | HF01 | 03 | 134884 | 9/29/2005 | $ 2,684.62 | | | | | | |
| 334130 | 8U01 | 03 | 134896 | 9/29/2005 | $ 3,791.35 | | | | | | |
| 334130 | 41048 | 03 | 134897 | 9/29/2005 | $ 13,914.05 | | | | | | |
| 334130 | 41048 | 03 | 134907 | 9/30/2005 | $ 11,918.55 | | | | | | |
| 334130 | 8U01 | 03 | 134909 | 9/30/2005 | $ 2,527.57 | | | | | | |
| 334130 | 41048 | 03 | 134915 | 9/30/2005 | $ 2,909.80 | | | | | | |
| 334130 | | | ON/ACC | | $ (2,570.24) | | | | | | |
| 334130 Total | | | | | $ 418,288.52 | $ (429,625.85) | $ (11,337.33) | $ 32,166.82 | $ 17,834.63 | $ 77.32 | $ (61,416.10) |
| 334735 | JU01 | 04 | 38238 | 9/9/2005 | $ 825.98 | | | | | | |
| 334735 | 06 | 04 | 38291 | 10/4/2005 | $ 685.30 | | | Paid $ 671.59 | | $ 13.71 | |
| 334735 | JU01 | 04 | 38298 | 9/21/2005 | $ 825.98 | | | | | | |
| 334735 | 06 | 04 | 38306 | 9/23/2005 | $ 342.65 | | | | | | |
| 334735 | JM01 | 04 | 38339 | 9/29/2005 | $ 4,414.72 | | | | | | |
| 334735 | 32 | 46 | 92155 | 6/30/2005 | $ 86.46 | | | | | | |
| 334735 | 32 | 46 | 92162 | 7/1/2005 | $ 337.19 | | | | | | |
| 334735 | 32 | 46 | 92177 | 7/19/2005 | $ 337.19 | | | | | | |
| 334735 | 32 | 46 | 92178 | 7/19/2005 | $ 337.19 | | | | | | |
| 334735 | 32 | 46 | 92206 | 7/25/2005 | $ 230.56 | | | | | | |
| 334735 | 32 | 46 | 92207 | 7/25/2005 | $ 337.19 | | | | | | |
| 334735 | 32 | 46 | 92208 | 7/25/2005 | $ 337.19 | | | | | | |
| 334735 | 32 | 46 | 92242 | 7/29/2005 | $ 328.55 | | | | | | |
| 334735 | 32 | 46 | 92243 | 7/29/2005 | $ 322.78 | | | | | | |
| 334735 | 32 | 46 | 92263 | 7/30/2005 | $ 328.55 | | | | | | |
| 334735 | 32 | 46 | 92264 | 7/30/2005 | $ 328.55 | | | | | | |
| 334735 | 32 | 46 | 92265 | 7/30/2005 | $ 129.69 | | | | | | |
| 334735 | 32 | 46 | 92341 | 8/12/2005 | $ 322.78 | | | | | | |
| 334735 | 32 | 46 | 92342 | 8/12/2005 | $ 628.78 | | | | | | |
| 334735 | 32 | 46 | 92343 | 8/12/2005 | $ 317.02 | | | | | | |
| 334735 | 32 | 46 | 92344 | 8/12/2005 | $ 322.78 | | | | | | |
| 334735 | 32 | 46 | 92345 | 8/12/2005 | $ 328.55 | | | | | | |
| 334735 | 32 | 46 | 92482 | 9/13/2005 | $ 635.10 | | | | $ 635.10 | $ - | |
| 334735 | 32 | 46 | 92483 | 9/13/2005 | $ 799.64 | | | | $ 799.64 | $ - | |
| 334735 | 06 | 46 | 92501 | 9/19/2005 | $ 804.03 | | | | | | |
| 334735 | 32 | 46 | 92507 | 9/19/2005 | $ 631.94 | | | | $ 631.94 | $ - | |
| 334735 | 32 | 46 | 92508 | 9/20/2005 | $ 628.78 | | | | $ 628.78 | $ - | |
| 334735 | 32 | 46 | 92509 | 9/20/2005 | $ 799.64 | | | | $ 799.64 | $ - | |
| 334735 | 32 | 46 | 92510 | 9/20/2005 | $ 795.24 | | | | $ 795.24 | $ - | |
| 334735 | 32 | 46 | 92511 | 9/20/2005 | $ 804.03 | | | | $ 804.03 | $ - | |
| 334735 | 32 | 46 | 92512 | 9/20/2005 | $ 799.64 | | | | $ 799.64 | $ - | |
| 334735 | 32 | 46 | 92513 | 9/21/2005 | $ 631.94 | | | | $ 631.94 | $ - | |

Means Industries Inc.
DELPHI Accounts Receivable as of October 8, 2005
24-Oct-05

| CUS NO | SHIP TO | PLT CODE | INVOICE NO | INVOICE DATE | INVOICE BALANCE | Duplicate Payment October 4, 2005 Amount On Account | Account Balance After Duplicate Payment | Current Invoices Paid included with the duplicate payment on October 4, 2005 | Invoices Paid on October 3, 2005 | Cash Payment Discount Allowed | Net Account Balance After Duplicate Payment and Additional Invoices Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 334735 | 32 | 46 | 92514 | 9/21/2005 | $ 799.64 | | | | $ 799.64 | $ - | |
| 334735 | 32 | 46 | 92515 | 9/21/2005 | $ 795.24 | | | | $ 795.24 | $ - | |
| 334735 | 32 | 46 | 92517 | 9/23/2005 | $ 631.94 | | | Paid | | $ - | |
| 334735 | 32 | 46 | 92518 | 9/23/2005 | $ 804.03 | | | Paid $ 631.94 | | $ - | |
| 334735 | 32 | 46 | 92519 | 9/23/2005 | $ 799.64 | | | Paid $ 804.03 | | $ - | |
| 334735 | 32 | 46 | 92520 | 9/23/2005 | $ 631.94 | | | Paid $ 799.64 | | $ - | |
| 334735 | 32 | 46 | 92521 | 9/23/2005 | $ 799.64 | | | Paid $ 631.94 | | $ - | |
| 334735 | 32 | 46 | 92522 | 9/23/2005 | $ 808.42 | | | Paid $ 799.64 | | $ - | |
| 334735 | 06 | 46 | 92523 | 9/27/2005 | $ 628.78 | | | $ 808.42 | | | |
| 334735 | 06 | 46 | 92524 | 9/27/2005 | $ 635.10 | | | | | | |
| 334735 | 06 | 46 | 92525 | 9/27/2005 | $ 799.64 | | | | | | |
| 334735 | 06 | 46 | 92526 | 9/27/2005 | $ 804.03 | | | | | | |
| 334735 | 06 | 46 | 92527 | 9/27/2005 | $ 799.64 | | | | | | |
| 334735 | 06 | 46 | 92528 | 9/27/2005 | $ 1,363.39 | | | | | | |
| 334735 | 06 | 46 | 92529 | 9/27/2005 | $ 628.78 | | | | | | |
| 334735 | 06 | 46 | 92530 | 9/27/2005 | $ 795.24 | | | | | | |
| 334735 | 06 | 46 | 92531 | 9/27/2005 | $ 795.24 | | | | | | |
| 334735 | 06 | 46 | 92532 | 9/27/2005 | $ 790.85 | | | | | | |
| 334735 | 06 | 46 | 92533 | 9/27/2005 | $ 799.64 | | | | | | |
| 334735 | 06 | 46 | 92534 | 9/28/2005 | $ 45,000.00 | | | | | | |
| 334735 | 06 | 46 | 92535 | 9/28/2005 | $ 804.03 | | | | | | |
| 334735 | 06 | 46 | 92536 | 9/28/2005 | $ 795.24 | | | | | | |
| 334735 | 06 | 46 | 92537 | 9/28/2005 | $ 804.03 | | | | | | |
| 334735 | 06 | 46 | 92538 | 9/29/2005 | $ 799.64 | | | | | | |
| 334735 | 06 | 46 | 92539 | 9/29/2005 | $ 799.64 | | | | | | |
| 334735 | 06 | 46 | 92540 | 9/29/2005 | $ 799.64 | | | | | | |
| 334735 | 06 | 46 | 92541 | 9/29/2005 | $ 799.64 | | | | | | |
| 334735 | 06 | 46 | 92542 | 9/30/2005 | $ 799.64 | | | | | | |
| 334735 | 06 | 46 | 92543 | 9/30/2005 | $ 799.64 | | | | | | |
| 334735 | 06 | 46 | 92544 | 9/30/2005 | $ 795.24 | | | | | | |
| 334735 | 06 | 46 | 92545 | 9/30/2005 | $ 790.85 | | | | | | |
| 334735 | 06 | 46 | 92546 | 9/30/2005 | $ 799.64 | | | | | | |
| 334735 | 06 | 46 | 92547 | 9/30/2005 | $ 795.24 | | | | | | |
| 334735 | 06 | 46 | 92548 | 9/30/2005 | $ 799.64 | | | | | | |
| 334735 | 41 | 46 | 92549 | 9/30/2005 | $ 9,558.07 | | | | | | |
| 334735 | 30 | 46 | 92550 | 9/30/2005 | $ 283.25 | | | | | | |
| 334735 | 30 | 46 | 92551 | 9/30/2005 | $ 159.78 | | | | | | |
| 334735 | 30 | 46 | 92552 | 9/30/2005 | $ 302.75 | | | | | | |
| 334735 | 30 | 46 | 92553 | 9/30/2005 | $ 8.31 | | | | | | |
| 334735 | 32 | 46 | 92554 | 9/30/2005 | $ 340.58 | | | | $ 340.58 | $ - | |
| 334735 | 200198 | 03 | 133670 | 6/22/2005 | $ 86.84 | | | | | | |
| 334735 | 200198 | 03 | 133818 | 7/18/2005 | $ 260.50 | | | | | | |
| 334735 | 200198 | 03 | 134173 | 8/10/2005 | $ 173.66 | | | | | | |
| 334735 | 200198 | 03 | 134473 | 8/31/2005 | $ 86.84 | | | | | | |
| 334735 | 06 | 03 | 134549 | 9/7/2005 | $ 3,881.70 | | | | | | |
| 334735 | 200198 | 03 | 134616 | 9/12/2005 | $ 1,775.04 | | | | | | |
| 334735 | 90 | 03 | 134695 | 9/16/2005 | $ 2,108.25 | | | | $ 2,066.08 | $ 42.17 | |
| 334735 | 90 | 03 | 134696 | 9/16/2005 | $ 1,019.63 | | | | $ 999.24 | $ 20.39 | |
| 334735 | 04 | 03 | 134703 | 9/16/2005 | $ 4,994.52 | | | | | | |
| 334735 | 90 | 03 | 134706 | 9/19/2005 | $ 3,703.83 | | | | $ 3,629.75 | $ 74.08 | |
| 334735 | 05 | 03 | 134708 | 9/19/2005 | $ 1,775.04 | | | Paid $ 5,254.38 | | | |
| 334735 | 90 | 03 | 134717 | 9/19/2005 | $ 5,361.61 | | | | $ 976.36 | $ 107.23 | |
| 334735 | 04 | 03 | 134718 | 9/19/2005 | $ 996.29 | | | | $ 4,115.20 | $ 19.93 | |
| 334735 | 05 | 03 | 134719 | 9/19/2005 | $ 4,199.18 | | | | $ 4,910.76 | $ 83.98 | |
| 334735 | 90 | 03 | 134720 | 9/19/2005 | $ 5,010.95 | | | | | $ 100.19 | |
| 334735 | 90 | 03 | 134721 | 9/19/2005 | $ 3,336.22 | | | | | | |

Means Industries Inc.
DELPHI Accounts Receivable as of October 8, 2005
24-Oct-05

| CUS NO | SHIP TO | PLT CODE | INVOICE NO | INVOICE DATE | INVOICE BALANCE | Duplicate Payment October 4, 2005 Amount On Account | Account Balance After Duplicate Payment | Current Invoices Paid included with the duplicate payment on October 4, 2005 | Invoices Paid on October 3, 2005 | Cash Payment Discount Allowed | Net Account Balance After Duplicate Payment and Additional Invoices Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 334735 | 04 | 03 | 134725 | 9/20/2005 | $ 3,769.05 | | | Paid        $ 3,693.67 | | $ 75.38 | |
| 334735 | 90 | 03 | 134733 | 9/20/2005 | $ 3,311.97 | | | | | | |
| 334735 | 05 | 03 | 134734 | 9/20/2005 | $ 5,356.93 | | | Paid        $ 5,249.79 | | $ 107.14 | |
| 334735 | 90 | 03 | 134735 | 9/20/2005 | $ 1,027.69 | | | Paid        $ 1,007.14 | | $ 20.55 | |
| 334735 | 04 | 03 | 134736 | 9/20/2005 | $ 1,023.55 | | | | $ 1,003.08 | $ 20.47 | |
| 334735 | 05 | 03 | 134737 | 9/20/2005 | $ 4,194.82 | | | | $ 4,110.92 | $ 83.90 | |
| 334735 | 90 | 03 | 134738 | 9/20/2005 | $ 4,993.87 | | | | $ 4,894.00 | $ 99.87 | |
| 334735 | 04 | 03 | 134744 | 9/21/2005 | $ 1,895.24 | | | Paid        $ 1,857.34 | | $ 37.90 | |
| 334735 | 05 | 03 | 134750 | 9/21/2005 | $ 3,536.64 | | | Paid        $ 3,465.91 | | $ 70.73 | |
| 334735 | 90 | 03 | 134755 | 9/21/2005 | $ 5,004.89 | | | | | | |
| 334735 | 90 | 03 | 134756 | 9/21/2005 | $ 2,170.43 | | | Paid        $ 2,127.02 | | $ 43.41 | |
| 334735 | 04 | 03 | 134757 | 9/21/2005 | $ 1,042.35 | | | Paid        $ 1,021.50 | | $ 20.85 | |
| 334735 | 05 | 03 | 134758 | 9/21/2005 | $ 22,512.92 | | | Paid        $ 22,062.68 | | $ 450.24 | |
| 334735 | 90 | 03 | 134759 | 9/21/2005 | $ 4,149.62 | | | Paid        $ 4,066.63 | | $ 82.99 | |
| 334735 | 04 | 03 | 134764 | 9/21/2005 | $ 5,406.13 | | | Paid        $ 5,298.01 | | $ 108.12 | |
| 334735 | 05 | 03 | 134765 | 9/21/2005 | $ 6,693.60 | | | Paid        $ 6,559.73 | | $ 133.87 | |
| 334735 | 90 | 03 | 134767 | 9/21/2005 | $ 1,768.32 | | | Paid        $ 1,732.95 | | $ 35.37 | |
| 334735 | 90 | 03 | 134779 | 9/22/2005 | $ 6,657.82 | | | | | | |
| 334735 | 04 | 03 | 134781 | 9/22/2005 | $ 1,040.08 | | | | | | |
| 334735 | 04 | 03 | 134782 | 9/22/2005 | $ 4,940.34 | | | Paid        $ 4,841.53 | | $ 98.81 | |
| 334735 | 05 | 03 | 134783 | 9/22/2005 | $ 7,661.19 | | | Paid        $ 7,508.00 | | $ 153.19 | |
| 334735 | 90 | 03 | 134784 | 9/22/2005 | $ 5,369.81 | | | Paid        $ 5,262.41 | | $ 107.40 | |
| 334735 | 21 | 03 | 134794 | 9/23/2005 | $ 5,635.41 | | | | | | |
| 334735 | 07 | 03 | 134795 | 9/23/2005 | $ 1,768.32 | | | | | | |
| 334735 | 90 | 03 | 134801 | 9/23/2005 | $ 5,006.93 | | | | | | |
| 334735 | 04 | 03 | 134802 | 9/23/2005 | $ 1,016.74 | | | | | | |
| 334735 | 05 | 03 | 134803 | 9/23/2005 | $ 1,017.36 | | | | | | |
| 334735 | 07 | 03 | 134804 | 9/23/2005 | $ 8,911.61 | | | | | | |
| 334735 | 06 | 03 | 134805 | 9/23/2005 | $ 3,425.89 | | | | | | |
| 334735 | 01 | 03 | 134806 | 9/23/2005 | $ 5,373.32 | | | | | | |
| 334735 | 200198 | 03 | 134811 | 9/26/2005 | $ 1,775.04 | | | | | | |
| 334735 | 21 | 03 | 134816 | 9/26/2005 | $ 1,886.85 | | | | | | |
| 334735 | 04 | 03 | 134820 | 9/26/2005 | $ 1,012.81 | | | | | | |
| 334735 | 06 | 03 | 134821 | 9/26/2005 | $ 7,850.33 | | | | | | |
| 334735 | 07 | 03 | 134822 | 9/26/2005 | $ 8,854.20 | | | | | | |
| 334735 | 90 | 03 | 134823 | 9/26/2005 | $ 6,636.53 | | | | | | |

Means Industries Inc.
DELPHI Accounts Receivable as of October 8, 2005
24-Oct-05

| CUS NO | SHIP TO | PLT CODE | INVOICE NO | INVOICE DATE | INVOICE BALANCE | Duplicate Payment October 4, 2005 Amount On Account | Account Balance After Duplicate Payment | Current Invoices Paid included with the duplicate payment on October 4, 2005 | Invoices Paid on October 3, 2005 | Cash Payment Discount Allowed | Net Account Balance After Duplicate Payment and Additional Invoices Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 334735 | 90 | 03 | 134824 | 9/26/2005 | $ 7,624.84 | | | | | | |
| 334735 | 01 | 03 | 134826 | 9/26/2005 | $ 5,834.97 | | | | | | |
| 334735 | 33 | 03 | 134834 | 9/27/2005 | $ 88.57 | | | | | | |
| 334735 | 21 | 03 | 134841 | 9/27/2005 | $ 1,920.86 | | | | | | |
| 334735 | 90 | 03 | 134845 | 9/27/2005 | $ 1,666.26 | | | | | | |
| 334735 | 04 | 03 | 134847 | 9/27/2005 | $ 1,019.63 | | | | | | |
| 334735 | 05 | 03 | 134848 | 9/27/2005 | $ 1,039.25 | | | | | | |
| 334735 | 06 | 03 | 134849 | 9/27/2005 | $ 3,405.74 | | | | | | |
| 334735 | 07 | 03 | 134850 | 9/27/2005 | $ 7,780.91 | | | | | | |
| 334735 | 01 | 03 | 134854 | 9/27/2005 | $ 5,836.13 | | | | | | |
| 334735 | 33 | 03 | 134859 | 9/28/2005 | $ 265.71 | | | | | | |
| 334735 | 04 | 03 | 134861 | 9/28/2005 | $ 2,025.83 | | | | | | |
| 334735 | 07 | 03 | 134862 | 9/28/2005 | $ 15,123.73 | | | | | | |
| 334735 | 05 | 03 | 134875 | 9/28/2005 | $ 1,036.98 | | | | | | |
| 334735 | 06 | 03 | 134876 | 9/28/2005 | $ 7,869.58 | | | | | | |
| 334735 | 01 | 03 | 134878 | 9/28/2005 | $ 5,846.69 | | | | | | |
| 334735 | 90 | 03 | 134880 | 9/28/2005 | $ 3,308.08 | | | | | | |
| 334735 | 04 | 03 | 134882 | 9/29/2005 | $ 1,019.63 | | | | | | |
| 334735 | 07 | 03 | 134886 | 9/29/2005 | $ 517.90 | | | | | | |
| 334735 | 07 | 03 | 134890 | 9/29/2005 | $ 10,866.82 | | | | | | |
| 334735 | 21 | 03 | 134900 | 9/29/2005 | $ 1,826.29 | | | | | | |
| 334735 | 06 | 03 | 134901 | 9/29/2005 | $ 1,655.49 | | | | | | |
| 334735 | 05 | 03 | 134902 | 9/29/2005 | $ 5,731.85 | | | | | | |
| 334735 | 90 | 03 | 134903 | 9/29/2005 | $ 3,337.70 | | | | | | |
| 334735 | 07 | 03 | 134906 | 9/30/2005 | $ 15,302.46 | | | | | | |
| 334735 | 04 | 03 | 134917 | 9/30/2005 | $ 1,039.05 | | | | | | |
| 334735 | 05 | 03 | 134918 | 9/30/2005 | $ 1,019.42 | | | | | | |
| 334735 | 06 | 03 | 134919 | 9/30/2005 | $ 1,619.55 | | | | | | |
| 334735 | 06 | 03 | 134920 | 9/30/2005 | $ 9,361.57 | | | | | | |
| 334735 | 01 | 03 | 134921 | 9/30/2005 | $ 5,833.79 | | | | | | |
| 334735 | 90 | 03 | 134922 | 9/30/2005 | $ 1,665.52 | | | | | | |
| 334735 | 04 | 03 | C05732 | 6/13/2003 | $ (983.27) | | | | | | |
| 334735 | 12 | 03 | D05349 | 9/21/2005 | $ 1,120.00 | | | | | | |
| 334735 | | | ON/ACC | | $ (35,237.77) | | | | | | |
| 334735 Total | | | | | $ 401,083.38 | $ (780,324.93) | $ (379,241.55) | $ 86,155.89 | $ 35,166.80 | $ 2,211.87 | $ (502,776.11) |
| 452485 | 2 | 03 | 133790 | 7/1/2005 | $ 374.06 | | | | | | |
| 452485 | 2 | 03 | 133819 | 7/15/2005 | $ 595.96 | | | | | | |
| 452485 | 2 | 03 | 133898 | 7/22/2005 | $ 595.96 | | | | | | |
| 452485 | 2 | 03 | 134105 | 8/5/2005 | $ 260.74 | | | | | | |
| 452485 | 2 | 03 | 134147 | 8/9/2005 | $ 111.74 | | | | | | |
| 452485 | 2 | 03 | 134199 | 8/12/2005 | $ 153.06 | | | | | | |
| 452485 | 2 | 03 | 134499 | 9/2/2005 | $ 6,241.78 | | | | | | |
| 452485 | 2 | 03 | 134578 | 9/9/2005 | $ 7,490.14 | | | | | | |
| 452485 | 2 | 03 | 134683 | 9/16/2005 | $ 13,731.90 | | | | | | |
| 452485 | 2 | 03 | 134793 | 9/23/2005 | $ 11,235.20 | | | | | | |
| 452485 | 2 | 03 | 134908 | 9/30/2005 | $ 9,986.84 | | | | | | |
| 452485 Total | | | | | $ 50,777.38 | | $ 31,630.28 | $ - | $ - | $ - | $ 31,630.28 |
| 934730 | 1 | 03 | D05333 | 8/25/2005 | $ 3,336.00 | | | | | | |
| 934730 | 1 | 03 | D05371 | 9/30/2005 | $ 5,830.00 | | | | | | |
| 934730 Total | | | | | $ 9,166.00 | | $ 9,166.00 | $ - | $ - | $ - | $ 9,166.00 |
| 999017 | 5 | 03 | D05343 | 9/20/2005 | $ 31,870.00 | | | | | | |
| 999017 Total | | | | | $ 31,870.00 | | $ 31,870.00 | $ - | $ - | $ - | $ 31,870.00 |
| Grand Total Balance as of September 30, 2005 | | | | | $ 941,396.03 | $ (1,243,150.59) | $ (301,754.56) | $ 118,322.71 | $ 53,001.43 | $ 2,289.19 | $ (475,367.89) |

Note: Duplicate Payment row also shows $ (19,147.10) and $ 31,630.28 for 452485 Total line.

Means Industries Inc.
DELPHI Accounts Receivable as of October 8, 2005
24-Oct-05

| CUS NO | SHIP TO | PLT CODE | INVOICE NO | INVOICE DATE | SHIP DATE | INVOICE BALANCE | Duplicate Payment October 4, 2005 Amount On Account | Account Balance After Duplicate Payment | Current Invoices Paid included with the duplicate payment on October 4, 2005 | Invoices Paid on October 3, 2005 | Cash Payment Discount Allowed | Net Account Balance After Duplicate Payment and Additional Invoices Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 311500 | 43 | 03 | 134926 | 10/3/2000 | | $ 1,015.91 | | | | | | |
| 311500 | 43 | 03 | 134926 | 10/3/2000 | | $ 3,813.08 | | | | | | |
| 311500 Total | | | | | | $ 4,828.99 | $ - | $ 4,828.99 | $ - | $ - | $ - | $ 4,828.99 |
| 334090 | 14006 | 04 | 38366 | 10/5/2000 | | $ 1,147.58 | | | | | | |
| 334090 Total | | | | | | $ 1,147.58 | $ - | $ 1,147.58 | $ - | $ - | $ - | $ 1,147.58 |

DELPHI SALES FOR PERIOD 10/01/05 TO 10/08/05

| CUS NO | SHIP-TO NO | PLANT CODE | INV NO | INVOICE DATE | SHIP DATE | EXT SALES |
|---|---|---|---|---|---|---|
| 334130 | 41048 | 03 | 134997 | | 10/6/2000 | $ 484.97 |
| 334130 | 41048 | 03 | 134997 | | 10/6/2000 | $ 484.97 |
| 334130 | 41048 | 03 | 134957 | | 10/4/2000 | $ 691.37 |
| 334130 | 41048 | 03 | 134957 | | 10/4/2000 | $ 691.37 |
| 334130 | 41048 | 03 | 135010 | | 10/7/2000 | $ 969.93 |
| 334130 | 41048 | 03 | 135010 | | 10/7/2000 | $ 969.93 |
| 334130 | 41048 | 03 | 134978 | | 10/5/2000 | $ 1,015.33 |
| 334130 | 41048 | 03 | 134997 | | 10/6/2000 | $ 1,015.33 |
| 334130 | 41048 | 03 | 134978 | | 10/5/2000 | $ 1,015.33 |
| 334130 | 41048 | 03 | 134997 | | 10/6/2000 | $ 1,015.33 |
| 334130 | HU01 | 03 | 134984 | | 10/5/2000 | $ 1,097.95 |
| 334130 | HU01 | 03 | 134994 | | 10/6/2000 | $ 1,097.95 |
| 334130 | 41048 | 03 | 134991 | | 10/5/2000 | $ 1,454.90 |
| 334130 | 41048 | 03 | 135022 | | 10/7/2000 | $ 1,454.90 |
| 334130 | 41048 | 03 | 134991 | | 10/5/2000 | $ 1,454.90 |
| 334130 | 41048 | 03 | 135022 | | 10/7/2000 | $ 1,454.90 |
| 334130 | 41048 | 03 | 134929 | | 10/3/2000 | $ 1,486.80 |
| 334130 | 41048 | 03 | 134929 | | 10/3/2000 | $ 1,486.80 |
| 334130 | 41048 | 03 | 134991 | | 10/5/2000 | $ 1,522.99 |
| 334130 | 41048 | 03 | 135010 | | 10/7/2000 | $ 1,522.99 |
| 334130 | 41048 | 03 | 134991 | | 10/5/2000 | $ 1,522.99 |
| 334130 | 41048 | 03 | 135010 | | 10/7/2000 | $ 1,522.99 |
| 334130 | 41048 | 03 | 134978 | | 10/5/2000 | $ 1,784.16 |
| 334130 | 41048 | 03 | 134997 | | 10/6/2000 | $ 1,784.16 |
| 334130 | 41048 | 03 | 135022 | | 10/7/2000 | $ 1,784.16 |
| 334130 | 41048 | 03 | 134978 | | 10/5/2000 | $ 1,784.16 |
| 334130 | 41048 | 03 | 134997 | | 10/6/2000 | $ 1,784.16 |
| 334130 | 41048 | 03 | 135022 | | 10/7/2000 | $ 1,784.16 |
| 334130 | 41048 | 03 | 134929 | | 10/3/2000 | $ 1,939.86 |
| 334130 | 41048 | 03 | 134991 | | 10/5/2000 | $ 1,939.86 |
| 334130 | 41048 | 03 | 135010 | | 10/7/2000 | $ 1,939.86 |
| 334130 | 41048 | 03 | 134929 | | 10/3/2000 | $ 1,939.86 |
| 334130 | 41048 | 03 | 134955 | | 10/4/2000 | $ 2,030.65 |
| 334130 | 41048 | 03 | 135022 | | 10/7/2000 | $ 2,030.65 |
| 334130 | 41048 | 03 | 134978 | | 10/5/2000 | $ 2,081.52 |
| 334130 | 41048 | 03 | 134955 | | 10/4/2000 | $ 2,081.52 |
| 334130 | 41048 | 03 | 134997 | | 10/6/2000 | $ 2,081.52 |
| 334130 | 8U01 | 03 | 135022 | | 10/7/2000 | $ 2,527.57 |
| 334130 | 8U01 | 03 | 134953 | | 10/4/2000 | $ 2,527.57 |
| 334130 | 41048 | 03 | 134929 | | 10/3/2000 | $ 2,538.32 |
| 334130 | 41048 | 03 | 134974 | | 10/5/2000 | $ 2,538.32 |
| 334130 | 41048 | 03 | 134929 | | 10/3/2000 | $ 2,538.32 |
| 334130 | 41048 | 03 | 134955 | | 10/4/2000 | $ 2,538.32 |
| 334130 | 41048 | 03 | 134955 | | 10/4/2000 | $ 2,538.32 |

Means Industries Inc.
DELPHI Accounts Receivable as of October 8, 2005
24-Oct-05

| CUS NO | SHIP TO | PLT CODE | INVOICE NO | INVOICE DATE | INVOICE BALANCE | Duplicate Payment October 4, 2005 Amount On Account | Account Balance After Duplicate Payment | Current Invoices Paid included with the duplicate payment on October 4, 2005 | Invoices Paid on October 3, 2005 | Cash Payment Discount Allowed | Net Account Balance After Duplicate Payment and Additional Invoices Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 334130 | HF01 | 03 | 134925 | 10/3/2000 | $ 2,658.62 | | | | | | |
| 334130 | HF01 | 03 | 134972 | 10/5/2000 | $ 2,658.62 | | | | | | |
| 334130 | HF01 | 03 | 135017 | 10/7/2000 | $ 2,658.62 | | | | | | |
| 334130 | 8U01 | 03 | 134935 | 10/3/2000 | $ 3,791.35 | | | | | | |
| 334130 | 41048 | 03 | 134929 | 10/3/2000 | $ 5,055.13 | | | | | | |
| 334130 | 41048 | 03 | 134955 | 10/4/2000 | $ 5,055.13 | | | | | | |
| 334130 | 41048 | 03 | 134978 | 10/5/2000 | $ 5,055.13 | | | | | | |
| 334130 | 41048 | 03 | 134997 | 10/6/2000 | $ 5,055.13 | | | | | | |
| 334130 | 41048 | 03 | 135022 | 10/7/2000 | $ 5,055.13 | | | | | | |
| 334130 | 8U01 | 03 | 134996 | 10/6/2000 | $ 6,318.92 | | | | | | |
| 334130 Total | | | | | $ 110,693.86 | $ - | $ 110,693.86 | $ - | $ - | $ - | $ 110,693.86 |
| 334735 | 30 | 46 | 92571 | 10/5/2000 | $ 0.10 | | | | | | |
| 334735 | 30 | 46 | 92569 | 10/5/2000 | $ 0.60 | | | | | | |
| 334735 | 30 | 46 | 92570 | 10/5/2000 | $ 0.90 | | | | | | |
| 334735 | 30 | 46 | 92568 | 10/5/2000 | $ 1.90 | | | | | | |
| 334735 | 33 | 03 | 134947 | 10/4/2000 | $ 88.57 | | | | | | |
| 334735 | 32 | 46 | 92574 | 10/6/2000 | $ 146.98 | | | | | | |
| 334735 | 30 | 46 | 92572 | 10/5/2000 | $ 151.56 | | | | | | |
| 334735 | 7 | 03 | 134963 | 10/4/2000 | $ 194.21 | | | | | | |
| 334735 | 7 | 03 | 135005 | 10/6/2000 | $ 258.95 | | | | | | |
| 334735 | 7 | 03 | 135026 | 10/7/2000 | $ 453.16 | | | | | | |
| 334735 | 7 | 03 | 134940 | 10/3/2000 | $ 500.82 | | | | | | |
| 334735 | 7 | 03 | 134963 | 10/4/2000 | $ 500.82 | | | | | | |
| 334735 | 7 | 03 | 134987 | 10/5/2000 | $ 500.82 | | | | | | |
| 334735 | 7 | 03 | 135005 | 10/6/2000 | $ 500.82 | | | | | | |
| 334735 | 6 | 04 | 38357 | 10/4/2000 | $ 685.30 | | | | | | |
| 334735 | 7 | 03 | 134940 | 10/3/2000 | $ 712.11 | | | | | | |
| 334735 | 7 | 03 | 134987 | 10/5/2000 | $ 712.11 | | | | | | |
| 334735 | 6 | 03 | 135025 | 10/7/2000 | $ 785.27 | | | | | | |
| 334735 | 6 | 46 | 92562 | 10/4/2000 | $ 799.64 | | | | | | |
| 334735 | 6 | 46 | 92564 | 10/4/2000 | $ 799.64 | | | | | | |
| 334735 | 6 | 46 | 92563 | 10/4/2000 | $ 804.03 | | | | | | |
| 334735 | 6 | 46 | 92565 | 10/4/2000 | $ 804.03 | | | | | | |
| 334735 | 6 | 46 | 92567 | 10/4/2000 | $ 808.42 | | | | | | |
| 334735 | 6 | 46 | 92566 | 10/4/2000 | $ 812.82 | | | | | | |

Means Industries Inc.
DELPHI Accounts Receivable as of October 8, 2005
24-Oct-05

| CUS NO | SHIP TO | PLT CODE | INVOICE NO | INVOICE DATE | INVOICE BALANCE | Duplicate Payment October 4, 2005 Amount On Account | Account Balance After Duplicate Payment | Current Invoices Paid included with the duplicate payment on October 4, 2005 | Invoices Paid on October 3, 2005 | Cash Payment Discount Allowed | Net Account Balance After Duplicate Payment and Additional Invoices Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 334735 | 200198 | 03 | 134936 | 10/3/2000 | $ 844.10 | | | | | | |
| 334735 | 200198 | 03 | 134936 | 10/3/2000 | $ 844.10 | | | | | | |
| 334735 | 7 | 03 | 135026 | 10/7/2000 | $ 1,001.64 | | | | | | |
| 334735 | 5 | 03 | 134960 | 10/4/2000 | $ 1,016.74 | | | | | | |
| 334735 | 4 | 03 | 134959 | 10/4/2000 | $ 1,019.22 | | | | | | |
| 334735 | 5 | 03 | 135015 | 10/7/2000 | $ 1,021.70 | | | | | | |
| 334735 | 4 | 03 | 135014 | 10/7/2000 | $ 1,024.59 | | | | | | |
| 334735 | 5 | 03 | 134970 | 10/5/2000 | $ 1,026.45 | | | | | | |
| 334735 | 4 | 03 | 135002 | 10/6/2000 | $ 1,029.34 | | | | | | |
| 334735 | 4 | 03 | 134938 | 10/3/2000 | $ 1,335.68 | | | | | | |
| 334735 | 6 | 03 | 134986 | 10/5/2000 | $ 1,570.54 | | | | | | |
| 334735 | 6 | 03 | 135025 | 10/7/2000 | $ 1,738.56 | | | | | | |
| 334735 | 7 | 03 | 134940 | 10/3/2000 | $ 1,768.32 | | | | | | |
| 334735 | 7 | 03 | 134963 | 10/4/2000 | $ 1,768.32 | | | | | | |
| 334735 | 7 | 03 | 134987 | 10/5/2000 | $ 1,768.32 | | | | | | |
| 334735 | 21 | 03 | 134950 | 10/4/2000 | $ 1,837.94 | | | | | | |
| 334735 | 21 | 03 | 134977 | 10/5/2000 | $ 1,872.88 | | | | | | |
| 334735 | 21 | 03 | 134995 | 10/6/2000 | $ 1,875.21 | | | | | | |
| 334735 | 4 | 03 | 134969 | 10/5/2000 | $ 1,980.80 | | | | | | |
| 334735 | 6 | 03 | 134965 | 10/4/2000 | $ 2,646.07 | | | | | | |
| 334735 | 1 | 03 | 134941 | 10/3/2000 | $ 2,923.34 | | | | | | |
| 334735 | 1 | 03 | 134941 | 10/3/2000 | $ 2,928.03 | | | | | | |
| 334735 | 1 | 03 | 134985 | 10/5/2000 | $ 2,929.20 | | | | | | |
| 334735 | 1 | 03 | 134985 | 10/5/2000 | $ 2,929.20 | | | | | | |
| 334735 | 1 | 03 | 135000 | 10/6/2000 | $ 2,929.20 | | | | | | |
| 334735 | 90 | 03 | 134989 | 10/5/2000 | $ 3,328.82 | | | | | | |
| 334735 | 6 | 03 | 134939 | 10/3/2000 | $ 3,379.60 | | | | | | |
| 334735 | 6 | 03 | 135006 | 10/6/2000 | $ 3,461.83 | | | | | | |
| 334735 | 7 | 03 | 135005 | 10/6/2000 | $ 3,536.64 | | | | | | |
| 334735 | 7 | 03 | 135026 | 10/7/2000 | $ 3,536.64 | | | | | | |
| 334735 | 21 | 03 | 135019 | 10/7/2000 | $ 3,739.70 | | | | | | |
| 334735 | 7 | 03 | 134940 | 10/3/2000 | $ 4,298.84 | | | | | | |
| 334735 | 7 | 03 | 134987 | 10/5/2000 | $ 4,298.84 | | | | | | |
| 334735 | 7 | 03 | 135026 | 10/7/2000 | $ 4,298.84 | | | | | | |
| 334735 | 90 | 03 | 134966 | 10/4/2000 | $ 4,965.64 | | | | | | |
| 334735 | 90 | 03 | 135007 | 10/6/2000 | $ 4,966.01 | | | | | | |
| 334735 | 32 | 46 | 92573 | 10/6/2000 | $ 5,959.78 | | | | | | |
| 334735 | 90 | 03 | 135028 | 10/7/2000 | $ 6,666.15 | | | | | | |
| 334735 | 90 | 03 | 134942 | 10/3/2000 | $ 8,267.43 | | | | | | |
| 334735 | 7 | 03 | 134963 | 10/4/2000 | $ 8,597.68 | | | | | | |
| 334735 | 7 | 03 | 135005 | 10/6/2000 | $ 8,597.68 | | | | | | |
| 334735 | | | 92624 | | $ 11,250.00 | | | | | | |
| 334735 | 6 | 03 | 134993 | 10/6/2000 | $ 54,858.50 | | | | | | |
| 334735 Total | | | | | $ 202,661.69 | - | $ 202,661.69 | | $ - | $ - | $ 202,661.69 |
| 452485 | 2 | 03 | 135018 | 10/7/2000 | $ 3,120.89 | | | | | | |
| 452485 | 2 | 03 | 135018 | 10/7/2000 | $ 3,120.89 | | | | | | |
| 452485 Total | | | | | $ 6,241.78 | - | $ 6,241.78 | | $ - | $ - | $ 6,241.78 |
| Grand Total | | | | | $ 325,573.90 | | $ 325,573.90 | | | | $ 325,573.90 |

| Total Amount Due on October 8, 2005 | $ 1,266,969.93 | $ (1,243,150.59) | $ 23,819.34 | $ 118,322.71 | $ 53,001.43 | $ 2,289.19 | $ (149,793.99) |
|---|---|---|---|---|---|---|---|