**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | ) | |
| In re | ) | Chapter 11 Case |
| | ) | |
| DELPHI CORPORATION, <u>et</u> <u>al</u>., | ) | Case No. 05-44481(RDD) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF APPEARANCE, REQUEST FOR**
**<u>SERVICE AND RESERVATION OF RIGHTS</u>**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for

Means Industries ("Means") and, pursuant to sections 342(a) and 1109(b) of the Bankruptcy

Code and this Court's Case Management Order entered October 14, 2005, requests that (a) the

following be added to any service list in these cases and (b) all notices given or required to be

given in these cases and all papers served or required to be served in this case, be given and

served upon:

> William I. Kohn, Esq.
> Michael Yetnikoff, Esq.
> Schiff Hardin LLP
> 6600 Sears Tower
> Chicago, Illinois  60066
> (312) 258-5500
> (312) 258-5600 (fax)
> wkohn@schiffhardin.com
> myetnikoff@schiffhardin.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the

notices and papers referred to above, but also includes, without limitation, orders and notice of

any application, motion, petition, pleading, request, complaint, or demand, whether formal or

informal, whether written or oral, and whether transmitted or conveyed by mail, courier service,

hand-delivery, telephone, facsimile transmission, telegraph, telex, e-mail or otherwise that

affects or seeks to affect in any way any rights or interest of any creditor or party-in-interest in these cases, including Means.

PLEAST TAKE FURTHER NOTICE that Means intends that neither this Notice of Appearance, Request for Service of Papers and Reservation of Rights nor any later appearance, claim or suit shall waive (1) its right to have final orders in non-core matters entered only after *de novo* review by a District Court; (2) its right to trial by jury in any proceeding so triable in these cases or in any case, controversy or proceeding relating to these cases; (3) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, setoffs or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: October 31, 2005

/s/      Michael Yetnikoff
William I. Kohn
Michael Yetnikoff
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois  60606
Telephone:    (312) 258-5500
Facsimile:    (312) 258-5600

/s/ A. Peter Lubitz
A. Peter Lubitz (APL 7267)
SCHIFF HARDIN LLP
623 Fifth Avenue, 28th Floor
New York, New York  10022
Telephone:    (212) 753-5000
Facsimile:    (212) 753-5044

Counsel for Means Industries

CH2\ 1317761.1

2