STITES & HARBISON PLLC
Robert C. Goodrich Jr. (TN 10454)
Madison L. Cashman (TN 24027)
424 Church Street, Suite 1800
Nashville, TN 37219
Tel: (615) 244-5200   Fax: (615) 782-2371
Email: robert.goodrich@stites.com
       madison.cashman@stites.com
-and-
GAZES LLC
Ian J. Gazes (IG-7564)
Eric Wainer (EW-9783)
32 Avenue of the Americas
New York, NY 10013
Tel: (212) 765-9000
Fax: (212) 765-9675
Ian@GazesLLC.com

*Attorneys for Setech, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
IN RE:                                                       :   Chapter 11
                                                             :
DELPHI CORPORATION, *et al.*,                                :   Case No. 05-44481 (RDD)
                                                             :
      Debtors.                                               :   (Jointly Administered)
                                                             :
------------------------------------------------------------ x

**NOTICE OF WITHDRAWAL OF RECLAMATION DEMAND OF SETECH, INC.**

Please take notice that Setech, Inc. respectfully WITHDRAWS its reclamation demand.

Dated: November 1, 2005

        STITES & HARBISON, PLLC

        /s/ Madison L. Cashman
        Madison L. Cashman (TN 24027)
        424 Church Street, Suite 1800
        Nashville, TN 37219
        Tel: (615) 244-5200   Fax: (615) 782-2371
        Email: madison.cashman@stites.com

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal has been served electronically upon all parties accepting electronic service, this 1st day of November, 2005.

    /s/ Madison L. Cashman
    Madison L. Cashman