**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtor. | Jointly Administered |

NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears as counsel for Epcos, Inc. ("Epcos"),

a creditor and party-in-interest in the above captioned chapter 11 case.  Request is made in

accordance with 11 U.S.C. §1109(b) of title 11, United States Code, 11 U.S.C. §§ 101-1330, and

Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure ("Rule"), that all papers,

pleadings, motions and applications served or required to be served in this case, be given to and

served upon:

GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE
A Professional Corporation
One Riverfront Plaza
Newark, New Jersey 07102-5497
Attn: David N. Crapo
Telephone:  (973) 596-4523
Facsimile:  (973) 639-6244
E-mail: dcrapo@gibbsonslaw.com

PLEASE TAKE FURTHER NOTICE  that the foregoing request includes not only the notices

and the papers referred to in the Rules specified above, but also includes, without limitation,

orders and notices of any application, motion, petition, pleading, request, complaint or demand,

whether formal or informal, whether written or oral and whether transmitted or conveyed by

mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek to affect in any

way any rights or interests of creditors with respect to the debtor or any related entity, or property or proceeds thereof in which the debtor may claim an interest.

PLEASE TAKE FURTHER NOTICE that this appearance and request for notice is made without prejudice to Epcos' rights, remedies and claims against other entities or any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to submit Epcos to the jurisdiction of the Court. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention or withdrawal of the case or a proceeding therein.

Dated: October 24, 2005
      Newark, New Jersey

                        GIBBONS, DEL DEO, DOLAN,
                        GRIFFINGER & VECCHIONE
                        A Professional Corporation
                        One Riverfront Plaza
                        Newark, New Jersey 07102-5496
                        (973) 596-4500

                        Attorneys for Epcos, Inc.

                        By:   /s/ David N. Crapo
                              David N. Crapo

## SERVICE LIST

### In re: Delphi Corporation, et al.
### Case No. 05-44481 (RDD)

| | |
|---|---|
| Carrie M. Caldwell<br>Vorys, Sater, Seymour and Pease LLP<br>2100 One Cleveland Center<br>1375 East Ninth Street<br>Cleveland, OH  44114 | Larry D. Harvey, Esq.<br>Larry D. Harvey P.C.<br>5290 DTC Parkway<br>Suite 150<br>Englewood, CO 80111<br><br>Counsel for A.G. Machining |
| Hilary Jewett, Esq.<br>Foley & Lardner, LLP<br>90 Park Avenue<br>New York, NY 10016<br><br>Counsel for ABC Technologies, Inc. | Lawrence J. Kotler, Esq.<br>Duane, Morris & Heckscher LLP<br>4200 One Liberty Place<br>Philadelphia, PA 19103<br><br>Counsel for ACE American Insurance<br>Company |
| Jill Mazer-Marino, Esq.<br>Scarcella Rosen & Slome, LLP<br>333 Earle Ovington Boulevard<br>9th Floor<br>Uniondale, NY 11553<br><br>Counsel for American Electric Power Service<br>Corporation | Thomas R. Slome, Esq.<br>Rosen Slome Marder LLP<br>333 Earle Ovington Boulevard<br>Suite 901<br>Uniondale, NY 11553<br><br>Counsel for American Electric Power Service<br>Corporation |
| Alan D. Halperin, Esq.<br>Halperin Battaglia Raicht LLP<br>555 Madison Avenue<br>9th Floor<br>New York, NY 10022<br><br>Counsel for ARC Automotive, Inc. | Robert N. Michaelson, Esq.<br>Kirkpatrick & Lockhart, LLP<br>599 Lexington Avenue<br>New York, NY 10022<br><br>Counsel for Assemble On America, Inc.;<br>Counsel for Mobile Display Systems; Counsel<br>for Philips Semiconductors, Inc.; Counsel for<br>Philips Optical Storage |

| | |
|---|---|
| Vincent D'Agostino, Esq.<br>Lowenstein Sandler, P.C.<br>65 Livingston Avenue<br>Roseland, NJ 07068<br><br>Counsel for AT&T Corp | Kathleen M. Miller, Esq.<br>Smith Katzenstein & Furlow LLP<br>800 Delaware Avenue<br>7th Floor<br>Wilmington, DE 19899<br><br>Counsel for Airgas, Inc. |
| Ronald R. Peterson, Esq.<br>Jenner & Block, LLC<br>One IBM Plaza<br>Chicago, IL 60611-7603<br><br>Counsel for Alcan Rolled Products-<br>Ravenswood, LLC; Counsel for SPX<br>Corporation | Craig Alan Damast, Esq.<br>Blank Rome LLP<br>405 Lexington Avenue<br>New York, NY 10174<br><br>Counsel for Alpine Electronics of America,<br>Inc. |
| W. Robinson Beard, Esq.<br>Stites & Harbison<br>400 W. Market Street<br>Suite 1800<br>Louisville, KY 40202<br><br>Counsel for Ambrake Corporation | Alyssa Englund, Esq.<br>Orrick, Herrington & Sutcliffe, LLP<br>666 Fifth Avenue<br>New York, NY 10103<br><br>Counsel for American President Lines, Ltd.<br>and APL Co. Pte Ltd. |
| Judith Elkin, Esq.<br>Haynes and Boone, LLP<br>153 East 53rd Street<br>Suite 4900<br>New York, NY 10022<br><br>Counsel for Amtek Engineering Limited, et al. | Douglas P. Baumstein, Esq.<br>White & Case<br>1155 Avenue of the Americas<br>New York, NY 10036-8113<br><br>Counsel for Appaloosa Management L.P. |
| J. Michael Debbeler, Esq.<br>Graydon, Head & Ritchey LLP<br>1900 Fifth Third Center<br>511 Walnut Street<br>Cincinnati, OH 45202<br><br>Counsel for Susan Argo; Counsel for J.<br>Michael Debbeler; Counsel for Graydon Head<br>& Ritchey | Patrick E. Mears, Esq.<br>Barnes & Thornburg LLP<br>300 Ottawa Avenue, NW, Suite 500<br>Grand Rapids, MI 49503<br><br>Counsel for Armada Rubber Manufacturing<br>Company; Counsel for Autocam Corporation;<br>Counsel for Bank of America Leasing &<br>Capital, LLC; ; Counsel for Cascade Die<br>Casting Group, Inc. |

| | |
|---|---|
| Deborah M. Buell, Esq.<br>Cleary, Gottlieb, Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006<br><br>Counsel for Arneses Electricos Automotrices,<br>S.A. de C.V.; Counsel for Cordaflex, S.A. de<br>C.V. | John T. Gregg, Esq.<br>Barnes & Thornburg, LLP<br>300 Ottawa Avenue, NW<br>Suite 500<br>Grand Rapids, MI 49503<br><br>Counsel for Autocam Corporation; Counsel for<br>Priority Health; |
| Robert L. Eisenbach, III, Esq.<br>Cooley Godward LLP<br>101 California Street<br>5th Floor<br>San Francisco, CA 94111-5800<br><br>Counsel for BEI Technologies, Inc.;  Counsel<br>for BEI Sensors & Systems Company; Counsel<br>for OSRAM Opto Semiconductors Inc. | Jill Levi, Esq.<br>Todd & Levi, LLP<br>444 Madison Avenue<br>New York, NY  10022<br><br>Counsel for Bank of Lincolnwood |
| Laura L. Torrado, Esq.<br>Bear, Stearns & Co<br>383 Madison Avenue 8th Floor<br>New York, NY 10179<br><br>Counsel for Bear Stearns Investment Products,<br>Inc. | Thomas J. Schank, Esq.<br>Hunter & Schank Co. LPA<br>1700 Canton Avenue<br>Toledo, OH 43624<br><br>Counsel for Blissfield Manufacturing<br>Company |
| Joseph Thomas Moldovan, Esq.<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 10022-4731<br><br>Counsel for Blue Cross and Blue Shield of<br>Michigan | Jean R. Robertson, Esq.<br>McDonald Hopkins Co., LPA<br>600 Superior Avenue, East<br>Suite 2100<br>Cleveland, OH 44114<br><br>Counsel for Brush Engineered Materials |
| Austin L. McMullen, Esq.<br>Boult Cummings Conners & Berry<br>1600 Division Street<br>Suite 700<br>Nashville, TN 37203<br><br>Counsel for Calsonic Harrison Co. Ltd.;<br>Counsel for Calsonic Kansei North America,<br>Inc.Co., Ltd.; Counsel for Calsonic North<br>America, Inc.; | Roger G. Jones, Esq.<br>Boult Cummings Conners Berry, PLC<br>1600 Division Street<br>Suite 700<br>Nashville, TN 37204<br><br>Counsel for Calsonic Kansei North America,<br>Inc. |

| | |
|---|---|
| Diane W. Sanders, Esq.<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760<br><br>Counsel for Cameron County, Brownsville ISD | Robert K. Weiler, Esq.<br>Green & Seifter, PLLC<br>One Lincoln Center<br>Suite 900<br>110 West Fayette Street<br>Syracuse, NY 13202<br><br>Counsel for Carlisle Engineered Products, Inc. |
| Andrea Sheehan, Esq.<br>Law Offices of Robert E. Luna, P.C.<br>4411 North Central Expressway<br>Dallas, TX 75205<br><br>Counsel for Carrollton-Farmers Branch Independent School District | Ira P. Goldberg, Esq.<br>Di Monte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068-5738<br><br>Counsel for Century Mold & Tool; Counsel for Scientific Tube, Inc. |
| Scott Cargill, Esq.<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068-1791<br><br>Counsel for Cerberus Capital Management, L.P. | Sandra A. Reimer, Esq.<br>666 Fifth Avenue<br>New York, NY 10103<br><br>Counsel for Rob Charles; Counsel for Susan M. Freeman; Counsel for Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| James L. Bromley, Esq.<br>Cleary, Gottlieb, Steen & Hamilton, LLP<br>One Liberty Plaza<br>New York, NY 10006<br><br>Counsel for Citigroup, Inc.; Counsel for Lehman Brothers Inc.; Counsel for Merrill Lynch & Co.; Counsel for Morgan Stanley & Co. | Patrick M. Costello, Esq.<br>Bialson, Bergen & Schwab<br>2600 El Camino Real<br>Suite 300<br>Palto Alto, CA 94306<br><br>Counsel for Coherent, Inc. |
| Elizabeth K. Flaagan, Esq.<br>Holme Roberts & Owen LLP<br>1700 Lincoln Street, Suite 4100<br>Denver, CO 80203<br><br>Counsel for ColorsTek, Inc.; Counsel for CoorsTek, Inc.; Counsel for Corus, L.P. | Michael G. Cruse, Esq.<br>Warner Norcross & Judd, LLP<br>2000 Town Center<br>Suite 2700<br>Southfield, MI 48075<br><br>Counsel for Compuware Corporation |

| | |
|---|---|
| Maria E. Chavez-Ruark, Esq.<br>DLA Piper Rudnick Gray Cary US LLP<br>The Marbury Building<br>6225 Smith Avenue<br>Baltimore, MD 21209<br><br>Counsel for Constellation NewEnergy - Gas Division, LLC; Counsel for Constellation NewEnergy, Inc. | Timothy W. Walsh, Esq.<br>DLA Piper Rudnick Gray Cary US LLP<br>1251 Avenue of the Americas<br>New York, NY 10020-1104<br><br>Counsel for Constellation NewEnergy, Inc. |
| Alisa Mumola, Esq.<br>Contrarian Capital Management, LLC<br>411 W. Putnam Ave<br>Ste. 225<br>Greenwich, CT 06830<br><br>Counsel for Contrarian Capital Management, LLC | Stephen L. Yonaty, Esq.<br>Hodgson Russ, LLP<br>One M & T Plaza<br>Suite 2000<br>Buffalo, NY 14203<br><br>Counsel for Curtis Screw Company, LLC; Counsel for Jideco of Bardstown, Inc.; Counsel for Metal Cladding, Inc.; Counsel for Outokumpu Copper Nippert, Inc.; Counsel for Unifrax Corporation; Counsel for Voss Manufacturing, Inc. |
| Brian W. Harvey, Esq.<br>Goodwin Procter LLP<br>599 Lexington Avenue<br>New York, NY 10022<br><br>Counsel for DK Acquisition Partners LP; Counsel for Latigo Partners | Jay Selanders, Esq.<br>Daniels & Kaplan, P.C.<br>2405 Grand Blvd.<br>Suite 900<br>Kansas City, MO 64108<br><br>Counsel for DaimlerChrysler Motors Company, LLC, DaimlerChrysler Corporation, DaimlerChrysler Canada Inc. |
| Darryl S. Laddin, Esq.<br>Arnall Golden Gregory LLP<br>171 17th Street NW<br>Suite 2100<br>Atlanta, GA 30363-1031<br><br>Counsel for Daishinku (America) Corp. d/b/a KDS America; Counsel for SBC Telecommunications, Inc. | Elizabeth Weller, Esq.<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street<br>Suite 1600<br>Dallas, TX 75201-2691<br><br>Counsel for Dallas County; Counsel for Tarrant County |

| | |
|---|---|
| Jeannette Eisan Hinshaw , Esq.<br>Bose McKinney & Evans, LLP<br>135 N. Pennsylvania Street<br>Suite 2700<br>Indianapolis, IN 46204<br><br>Counsel for Decatur Plastic Products, Inc.;<br>Counsel for Eikenberry & Associates, Inc;<br>Counsel for Hewitt Tool & Die, Inc.; Counsel<br>for L&S Tools, Inc.; Counsel for Lorentson<br>Manufacturing Company Southwest, Inc.;<br>Counsel for Lorentson Manufacturing Co.,<br>Inc.; Counsel for Lorentson Tooling, Inc. | Paul A. Rachmuth, Esq.<br>Anderson, Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020<br><br>Counsel for Dell Receivables, L.P. |
| John Wm. Butler, Jr., Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>333 West Wacker Drive<br>Chicago, IL 60606-1285<br><br>Counsel for Delphi Corporation | Kayalyn A. Marafioti, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br><br>Counsel for Delphi Corporation |
| Thomas J. Matz , Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036-6522<br><br>Counsel for Delphi Corporation | Maria J. DiConza, Esq.<br>Greenberg Traurig LLP<br>Met Life Building<br>200 Park Avenue<br>New York, NY 10166<br><br>Counsel for Duraswitch Industries, Inc. |
| William F. Savino, Esq.<br>Damon & Morey, LLP<br>1000 Cathedral Place<br>298 Main Street<br>Buffalo, NY 14202<br><br>Counsel for Durham Companies, Inc. | William J. Barrett, Esq.<br>Barack Ferrazzano Kirschbaum<br>333 West Wacker Drive<br>Suite 2700<br>Chicago, IL 60606<br><br>Counsel for EIS, Inc.; Counsel for Johnson<br>Industries, Inc.; Counsel for Motion Industries,<br>Inc. |

| | |
|---|---|
| Michael D. Warner, Esq.<br>Warner, Stevens & Doby, L.L.P.<br>301 Commerce Street<br>Suite 1700<br>Fort Worth, TX 76102<br><br>Counsel for Electronic Data Systems Corp &<br>EDS Information Services, LLC | Robert Usadi, Esq.<br>Cahill Gordon & Reindel<br>80 Pine Street<br>New York, NY 10005<br><br>Counsel for Engelhard Corporation |
| Eric Lopez Schnabel, Esq.<br>Klett Rooney Lieber & Schorling<br>1000 West Street<br>Suite 1410<br>Wilmington, DE 19801<br><br>Counsel for Entergy Mississippi, Inc. | Jacob A. Manheimer, Esq.<br>Pierce Atwood<br>One Monument Square<br>Portland, ME 04101<br><br>Counsel for FCI USA, Inc. |
| Charles J. Filardi, Jr., Esq.<br>Pepe & Hazard LLP<br>30 Jelliff Lane<br>Southport, CT 06890-1436<br><br>Counsel for FedEx Trade Networks Transport<br>& Brokerage, Inc. | James P. Moloy, Esq.<br>Dann Pecar Newman & Kleiman, P.C.<br>One American Square<br>Suite 2300<br>Box 82008<br>Indianapolis, IN 46282<br><br>Counsel for Filters Unlimited, Inc. |
| Timothy A. Fusco, Jr.<br>Miller, Canfield, Paddock and Stone, PLC<br>150 W. Jefferson<br>Suite 2500<br>Detroit, MI 48226<br><br>Counsel for Fischer Automotive Systems;<br>Counsel for Ford Motor Company; Counsel for<br>Niles USA, Inc.; Counsel for Techcentral,<br>LLC; Counsel for The Bartech Group, Inc. | Jason R. Adams, Esq.<br>Torys, LLP<br>237 Park Avenue<br>New York, NY 10017<br><br>Counsel for FisherCast Global Corporation |

| | |
|---|---|
| Steven J. Reisman, Esq.<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178<br><br>Counsel for Flextronics International Asia-Pacific Ltd. and Flextronics Technology (M) Sdn. Bhd.; Counsel for Flextronics International USA, Inc.; Counsel for Multek Flexible Circuits, Inc., Sheldahl de Mexico S.A. de C.V., Northfield Acquisition Co. | Scott D. Rosen, Esq.<br>Cohn, Birnbaum & Shea, P.C.<br>100 Pearl Street<br>Hartford, CT 06103<br><br>Counsel for Floyd Manufacturing Co., Inc. |
| Paul M. Rosenblatt, Esq.<br>Kilpatrick Stockton LLP<br>1100 Peachtree Street, N.E.<br>Suite 2800<br>Atlanta, GA  30309-4530<br><br>Counsel for IDG USA, LLC | Jennifer L. Adamy, Esq.<br>Shipman & Goodwin, LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1919<br><br>Counsel for Fortune Plastics Company of Illinois, Inc.; Counsel for Shipman & Goodwin LLP; Counsel for Universal Metal Hose Co. |
| Ralph E. McDowell, Esq.<br>Bodman LLP<br>Renaissance Center<br>34th Floor<br>Detroit, MI 48234<br><br>Counsel for Freudenberg-NOK, General Partnership | Robert W. Dremluk, Esq.<br>Seyfarth Shaw LLP<br>1270 Avenue of the Americas<br>New York, NY 10020-1801<br><br>Counsel for Fujikura America, Inc.; Counsel for Murata Electronics North America Inc. |
| Robert Michael Farquhar, Esq.<br>Winstead Sechrest & Minick, P.C.<br>1201 Elm Street<br>Suite 5400<br>Dallas, TX 75270<br><br>Counsel for GCi Technologies | Wendy D. Brewer, Esq.<br>Barnes & Thornburg LLP<br>11 S. Meridian Street<br>Indianapolis, IN 46204<br><br>Counsel for Gibbs Die Casting Corporation |

| | |
|---|---|
| Michael K. McCrory, Esq.<br>Barnes & Thornburg LLP<br>11 S. Meridian Street<br>Indianapolis, IN 46204<br><br>Counsel for Gibbs Die Casting Corporation | Alan M. Koschik, Esq.<br>Brouse McDowell<br>1001 Lakeside Avenue<br>Suite 1600<br>Cleveland, OH 44114<br><br>Counsel for Goodyear Canada Inc.; Counsel for Goodyear Tire & Rubber Company; Counsel for The Goodyear Tire & Rubber Co. |
| Daniel P. Mazo, Esq.<br>Curtin & Heefner, LLP<br>250 N. Pennsylvania Avenue<br>Morrisville, PA 19067<br><br>Counsel for Greer Stop Nut, Inc.; Counsel for NSS Technologies, Inc.; SPS Technologies, LLC; Counsel for SPS Technologies Waterford Company | Andrew Howard Sherman, Esq.<br>Sills Cummis Epstein & Gross P.C.<br>30 Rockefeller Plaza<br>New York, NY 10112<br><br>Counsel for Hewlett-Packard Financial Services Company |
| Stephen H. Gross, Esq.<br>Hodgson Russ LLP<br>Carnegie Hall Tower<br>152 West 57th Street, 35th Floor<br>New York, NY 10019<br><br>Counsel for Hexcel Corporation | Brian D. Spector, Esq.<br>Spector & Ehrenworth, P.C.<br>30 Columbia Turnpike<br>Florham Park, NJ 07932-2261<br><br>Counsel for Hitachi Automotive Products (USA), Inc. |
| Robert J. Sidman, Esq.<br>Vorys, Sater, Seymour and Pease, LLP<br>52 East Gay Street<br>Columbus, OH 43216-1008<br><br>Counsel for Honda of America Mfg, Inc. | Derek F. Meek, Esq.<br>Burr & Forman, LLP<br>420 North 20th Street<br>Suite 3100<br>Birmingham, AL 35203<br><br>Counsel for Hyundai Motor Manufacturing Alabama, LLC |

| | |
|---|---|
| Robert B. Rubin, Esq.<br>Burr & Forman LLP<br>420 Twentieth Street North<br>Birmingham, AL 35023<br><br>Counsel for Hyundai Motor Manufacturing<br>Alabama, LLC | Marc P. Solomon, Esq.<br>Burr & Forman LLP<br>420 North 20th Street<br>Suite 3100<br>Birmingham, AL 35203<br><br>Counsel for Hyundai Motor Manufacturing<br>Alabama, LLC |
| Charles P. Schulman, Esq.<br>Sachnoff & Weaver, Ltd.<br>10 South Wacker Drive<br>40th Floor<br>Chicago, IL 60606<br><br>Counsel for Infineon Technologies North<br>America Corp | Hanan B. Kolko, Esq.<br>Meyer, Suozzi, English & Klein, P.C.<br>1350 Broadway<br>Suite 501<br>New York, NY 10018<br><br>Counsel for International Union of Electronic,<br>Salaried, Machine and Furniture Workers -<br>Communications Workers of America |
| Joseph J. Vitale, Esq.<br>Cohen, Weiss and Simon LLP<br>330 West 42nd Street<br>New York, NY 10036<br><br>Counsel for International Union, UAW | William J. Barrett, Esq.<br>Barack Ferrazzano Kirschbaum<br>333 West Wacker Drive<br>Suite 2700<br>Chicago, IL 60606<br><br>Counsel for Johnson Industries, Inc; Counsel<br>for Motion Industries, Inc. |
| Susan M. Cook, Esq.<br>Lambert, Leser, Isackson, Cook & Giunta<br>916 Washington Avenue<br>Suite 309<br>Bay City, MI 48708<br><br>Counsel for K C Welding Supply, Inc.;<br>Counsel for Linamar Corporation; Counsel for<br>Linamar Holdings, Inc. | Bryan I. Schwartz, Esq.<br>Levenfeld Pearlstein LLC<br>2 North LaSalle Street<br>Suite 1300<br>Chicago, IL 60602<br><br>Counsel for KL Industries, Inc. |

| | |
|---|---|
| James P. Murphy, Esq.<br>Berry Moorman P.C.<br>535 Griswold<br>Suite 1900<br>Detroit, MI 48226<br><br>Counsel for Kamax L.P. | William M. Hawkins, Esq.<br>Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY 10154<br><br>Counsel for Kyocera Industrial Ceramics Corp. |
| Gary H. Cunningham, Esq.<br>Strobl Cunningham & Sharp, P.C.<br>300 E. Long Lake Road<br>Suite 200<br>Bloomingfield Hills, MI Suite 200<br><br>Counsel for LTC Roll; Counsel for Specmo Enterprises; Counsel for SPecmo Enterprises, Inc. | Ira M. Levee, Esq.<br>Lowenstein Sandler, P.C.<br>65 Livingston Ave<br>Roseland, NJ 07068<br><br>Counsel for Lead Plaintiff and the Prospective Class |
| James M. Sullivan, Esq.<br>McDermott, Will & Emery<br>50 Rockefeller Center<br>New York, NY 10020<br><br>Counsel for Linear Technology Corporation; Counsel for National Semiconductor Corp. | David S. Barritt, Esq.<br>Chapman and Cutler<br>111 West Monroe Street<br>15th Floor<br>Chicago, IL 60603-4080<br><br>Counsel for Littelfuse, Inc. |
| Geoffrey A. Richards, Esq.<br>200 East Randolph Drive<br>Chicago, IL 60601<br><br>Counsel for Lunt Manufacturing Company | Robert A White, Esq.<br>Murtha Cullina LLP<br>CityPlace I - 185 Asylum Street<br>Hartford, CT 06103<br><br>Counsel for Lydall Thermal/Acoustical Sales Co. LLC |
| Yann Geron, Esq.<br>Fox Rothschild LLP<br>13 East 37th Street<br>Suite 800<br>New York, NY 10016<br><br>Counsel for M&Q Plastic Products, Inc. | Kenneth M. Lewis, Esq.<br>Sanford P. Rosen & Associates, P.C.<br>747 Third Avenue<br>New York, NY 10017-2803<br><br>Counsel for Magna International, Inc.; Counsel for Omega Tool Corp. |

| | |
|---|---|
| Mark G. Claypool, Esq.<br>Knox McLaughlin Gornall & Sennett, P.C.<br>120 West Tenth Street<br>Erie, PA 16501-1461<br><br>Counsel for Matrix Tool, Inc. | Alan K. Mills, Esq.<br>Barnes & Thornburg, LLP<br>11 South Meridian Street<br>Indianapolis, IN 46204<br><br>Counsel for Mays Chemical Company |
| Michael Leo Hall, Esq.<br>Burr & Forman, LLP<br>420 North 20th Street<br>Suite 3100<br>Birmingham, AL 35203<br><br>Counsel for Mercedes-Benz U.S. International, Inc. | Shannon E. Hoff, Esq.<br>Burr & Forman, LLP<br>420 North 20th Street<br>Suite 3100<br>Birmingham, AL 35203<br><br>Counsel for Mercedes-Benz U.S. International, Inc. |
| Timothy S. McFadden, Esq.<br>Lord, Bissell & Brook<br>115 S. LaSalle Street<br>Chicago, IL 60603<br><br>Counsel for Methode Electronics, Inc., and its Affiliates | Joseph E. Shickich, Jr., Esq.<br>Riddell Williams P.S.<br>1001 4th Ave Ste 4500<br>Seattle, WA 98154-1065<br><br>Counsel for Microsoft Corporation and Microsoft Licensing, GP |
| Sam O. Simmerman, Esq.<br>Krugliak, Wilkins, Griffiths<br>& Dougherty Co., L.P.A.<br>4775 Munson Street NW<br>Canton, OH 44718<br><br>Counsel for Millwood, Inc. | Steve Kieselstein, Esq.<br>Kieselstein LawFirm, PLLC<br>43 British American Boulevard<br>Latham, NY 12110<br><br>Counsel for NEC Electronics America, Inc. |
| Kenneth A. Reynolds, Esq.<br>Pryor & Mandelup, LLP<br>675 Old Country Road<br>Westbury, NY 11590<br><br>Counsel for National Molding Corp.; Counsel for Security Plastics Division/NMC, LLC | Thomas C. Pavlik, Esq.<br>Novak, Robenalt, Pavlik<br>Skylight Office Tower, Suite 270<br>1660 West Second Street<br>Cleveland, OH 44113<br><br>Counsel for National Paper & Packaging Corp. |

| | |
|---|---|
| John S. Mairo, Esq.<br>Porzio Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>Morristown, NJ 07962-1997<br><br>Counsel for Neuman Aluminum Automotive,<br>Inc. and Neuman Aluminum Impact Extrusion,<br>Inc. | Jeffrey Bernstein, Esq.<br>Carpenter, Bennett & Morrissey<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br><br>Counsel for New Jersey Self-Insurers Guaranty<br>Association |
| Peter Alan Zisser, Esq.<br>Holland & Knight, LLP<br>195 Broadway<br>New York, NY 10007<br><br>Counsel for New York Power Authority | David E. Lemke, Esq.<br>Waller Lansden Dortch & Davis, PLLC<br>511 Union Street, Suite 2100<br>P.O. Box 198966<br>Nashville, TN 37219-8966<br><br>Counsel for Nissan North America, Inc. |
| Kenneth M. Lewis, Esq.<br>Sanford P. Rosen & Associates, P.C.<br>747 Third Avenue<br>New York, NY 10017-2803<br><br>Counsel for Omega Tool Corp. | Ingrid S. Palermo, Esq.<br>Harter, Secrest & Ernery, LLP<br>1600 Bausch & Lomb Place<br>Rochester, NY 14604<br><br>Counsel for P & R Industries, Inc. |
| Gary E. Green, Esq.<br>Fagel Haber, LLC<br>55 East Monroe Street<br>40th Floor<br>Chicago, IL 60603<br><br>Counsel for Penn Aluminum International, Inc. | Lauren Newman, Esq.<br>Fagle Haber, LLC<br>55 East Monroe Street<br>40th Floor<br>Chicago, IL 60603<br><br>Counsel for Penn Aluminum International, Inc. |
| Mark I Bane, Esq.<br>Kelley Drye & Warren, LLP<br>101 Park Avenue<br>New York, NY 10178<br><br>Counsel for Pension Benefit Guaranty<br>Corporation | Mark R. Somerstein, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178<br><br>Counsel for Pension Benefit Guaranty<br>Corporation |

| | |
|---|---|
| Andrew C. Kassner, Esq.<br>Drinker Biddle & Reath LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996<br><br>Counsel for Penske Truck Leasing Co., L.P. | Lars H. Fuller, Esq.<br>Rothgerber Johson & Lyons, LLP<br>One Tabor Center<br>Suite 3000<br>1200 Seventeenth Street<br>Denver, CO 80202-5855<br><br>Counsel for Photo Stencil, LLC |
| Alex Pirogovsky, Esq.<br>Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>Chicago, IL 60602<br><br>Counsel for Alex Pirogovsky; Counsel for<br>Gregg E. Szilagyi | Glenn P. Berger, Esq.<br>Jaffe & Asher LLP<br>600 Third Avenue<br>New York, NY 10016<br><br>Counsel for Precix |
| Thomas P. Sarb, Esq.<br>Miller Johnson<br>250 Monroe Avenue, NW<br>Suite 800<br>Grand Rapids, MI 49503<br><br>Counsel for Pridgeon & Clay, Inc. | Robert D. Wolford, Esq.<br>Miller, Johnson, Snell & Cummiskey, PLC<br>250 Monroe Avenue, N.W.<br>Suite 800<br>Grand Rapids, MI 49503<br><br>Counsel for Pridgeon & Clay, Inc. |
| Thomas H. Keyse, Esq.<br>1700 Lincoln Street<br>Suite 4000<br>Denver, CO 80203<br><br>Counsel for Primus Metals, Inc. | Kim Martin Lewis, Esq.<br>Dinsmore & Shohl LLP<br>255 East Fifth Street<br>Suite 1900<br>Cincinnati, OH  45202-3172<br><br>Counsel for Proctor & Gamble Company |
| David B. Aaronson, Esq.<br>Drinker Biddle & Reath, LLP<br>One Logan Square<br>18th & Cherry Sts.<br>Philadelphia, PA 19103<br><br>Counsel for Quaker Chemical Corporation | Wallace A. Showman, Esq.<br>1350 Avenue of the Americas<br>29th Floor<br>New York, NY 10019<br><br>Counsel for Rassini, S.A. de C.V.; Counsel for<br>SANLUIS Rassini International, Inc. |

| | |
|---|---|
| Gordon J. Toering, Esq.<br>Warner Norcross & Judd LLP<br>900 Fifth Third Center<br>111 Lyon Street NW<br>Grand Rapids, MI 49503<br><br>Counsel for Robert Bosch Corporation | Elizabeth Abdelmasieh, Esq.<br>Norris McLaughlin & Marcus, P.A.<br>721 Route 202-206<br>Bridgewater, NJ 08807<br><br>Counsel for Rotor Clip Company, Inc. |
| Charles E. Boulbol, Esq.<br>Law Office of Charles E. Boulbol<br>26 Broadway, 17th Floor<br>New York, NY 10004<br><br>Counsel for Russell Reynolds Associates, Inc. | Craig Philip Rieders, Esq.<br>Genovese Joblove & Battista, PA<br>100 SE. Second St., 44th Floor<br>Miami, FL 33131<br><br>Counsel for Ryder Integrated Logistics, Inc. |
| Madison L. Cashman, Esq.<br>Stites & Harbison, PLLC<br>424 Church Street<br>Suite 1800<br>Nashville, TN 37219<br><br>Counsel for SETECH INC. | Robert C. Goodrich, Jr., Esq.<br>Stites & Harbison, PLLC<br>424 Church Street<br>Suite 1800<br>Nashville, TN 37219<br><br>Counsel for SETECH INC. |
| Aaron R. Cahn, Esq.<br>Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005<br><br>Counsel for STMicroelectronics, Inc. | Robert Szwajkos, Esq.<br>Curtin & Heefner, LLP<br>250 N. Pennsylvania Avenue<br>Morrisville, PA 19067<br><br>Counsel for SPS Technologies, LLC |
| Timothy W. Brink, Esq.<br>Lord, Bissell & Brook<br>115 S. LaSalle Street<br>Chicago, IL 60603<br><br>Counsel for Sedgwick Claims Management<br>Services, Inc. | Jonathan P. Guy, Esq.<br>Swidler Berlin LLP<br>3000 K Streen, NW, Suite 300<br>Washington, DC 20007<br><br>Counsel for Sanders Lead Co., Inc.; Counsel<br>for Westwood Associates, Inc. |

| | |
|---|---|
| Dion W. Hayes, Esq.<br>McGuireWoods LLP<br>901 East Cary Street<br>Richmond, VA 23219-4030<br><br>Counsel for Siemens Logistics and Assembly<br>Systems Inc. | Scott R. Goldberg, Esq.<br>Quarles & Brady Streich Lang, LLP<br>One Renaissance Sq.<br>2 N. Central Avenue<br>Phoenix, AZ 85004-2391<br><br>Counsel for Semiconductor Components<br>Industries, LLC |
| Patrick M. Costello, Esq.<br>Bialson, Bergen & Schwab<br>2600 El Camino Real<br>Suite 300<br>Palto Alto, CA 94306<br><br>Counsel for Solectron Corporation | Jeffry A. Davis, Esq.<br>DLA Piper Rudnick Gray Cary US LLP<br>401 B Street<br>Suite 1700<br>San Diego, CA 92101<br><br>Counsel for Silicon Laboratories, Inc. |
| Franklin C. Adams, Esq.<br>Best Best & Krieger, LLP<br>3750 University Avenue, #400<br>Suite 400<br>POB 1028<br>Riverside, CA 92501<br><br>Counsel for Solid State Stamping | Lawrence M. Schwab, Esq.<br>Bialson, Bergen & Schwab, Esq.<br>2600 El Camino Real<br>Suite 300<br>Palto Alto, CA 94306<br><br>Counsel for Solectron Corporation |
| Shmuel Vasser, Esq.<br>Edwards &Angell, LLP<br>750 Lexington Avenue<br>New York, NY 10022<br><br>Counsel for Speedline Technologies, Inc. | Bonnie Glantz Fatell, Esq.<br>Blank Rome LLP<br>1201 North Market Street<br>Suite 800<br>Wilmington, DE  19801<br><br>Counsel for Special Devices, Inc. |
| Mark T. Flewelling, Esq.<br>Anglin, Flewelling, Rasmussen, Campbell<br>& Trytten LLP<br>199 South Los Robles Avenue<br>Suite 600<br>Pasadena, CA 91101<br><br>Counsel for Stanley Electric Sales of America,<br>Inc. | William Heuer, Esq.<br>Morgan Lewis & Bockius, LLP<br>101 Park Avenue<br>New York, NY 10178-0060<br><br>Counsel for Sumitomo Corporation |

| | |
|---|---|
| Warren R. Graham, Esq.<br>Davidoff & Malito<br>305 Third Avenue<br>34th Floor<br>New York, NY 10158<br><br>Counsel for Tal-Port Industries, LLC | Harold Ritvo, Esq.<br>Harold Ritvo, P.C.<br>One University Plaza<br>Hackensack, NJ 07601<br><br>Counsel for Taurus International Corporation |
| Tracy L. Klestadt, Esq.<br>Klestadt & Winters, LLP<br>292 Madison Avenue<br>17th Floor<br>New York, NY 10017-6314<br><br>Counsel for Textron Fastening Systems, Inc. | Raymond J. Urbanik, Esq.<br>Munsch Hardt Kopf & Harr, P.C.<br>1445 Ross Avenue<br>Suite 4000<br>Dallas, TX 75202<br><br>Counsel for Texas Instruments Incorporated |
| Robert J. Rosenberg, Esq.<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022<br><br>Counsel for The Official Committee of<br>Unsecured Creditors | Mark A. Broude, Esq.<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022-4802<br><br>Counsel for The Official Committee Of<br>Unsecured Creditors |
| Mark A. Shaiken, Esq.<br>Stinson Morrison Hecker, LLP<br>1201 Walnut Street, Suite 2700<br>Kansas City, MO 64106<br><br>Counsel for ThyssenKrupp Stahl Company;<br>Counsel for ThyssenKrupp Waupaca, Inc. | Tiffany Strelow Cobb, Esq.<br>Vorys, Sater, Seymour and Pease LLP<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43215<br><br>Counsel for The Worthington Steel Company |
| Chester B. Salomon, Esq.<br>Stevens & Lee, P.C.<br>485 Madison Avenue<br>20th Floor<br>New York, NY 10022<br><br>Counsel for Tonolli Canada Ltd.; Counsel for<br>VJ Technologies, Inc. and V.J. ElectroniX, Inc.;<br>Counsel for Wamco, Inc. | Constantine Pourakis, Esq.<br>Stevens & Lee, P.C.<br>485 Madison Avenue<br>New York, NY 10022<br><br>Counsel for Tonolli Canada Ltd.; Counsel for<br>VJ Technologies, Inc. and V.J. ElectroniX,<br>Inc.; Counsel for Wamco, Inc. |

| | |
|---|---|
| Stuart A. Krause, Esq.<br>Zeichner Ellman & Krause<br>575 Lexington Avenue<br>New York, NY 10022<br><br>Counsel for Toyota Tsusho America, Inc. | Michael G. Insalaco, Esq.<br>Zeichner, Ellman & Krause, LLP<br>575 Lexington Avenue<br>19th Floor<br>New York, NY 10022<br><br>Counsel for Toyota Tsusho America, Inc. |
| Audrey E. Moog, Esq.<br>Hogan & Hartson L.L.P.<br>555 Thirteenth Street, N.W.<br>Washington, DC 20004<br><br>Counsel for Umicore Autocat Canada Corp. | Gerard DiConza, Esq.<br>DiConza Law, P.C.<br>630 Third Avenue<br>New York, NY 10017<br><br>Counsel for Tyz-All Plastics, Inc. |
| Thomas M. Gaa, Esq.<br>Bialson Bergen & Schwab<br>2600 El Camino Real<br>Suite 300<br>Palo Alto, CA 94306<br><br>Counsel for VERITAS Software Corporation | Lowell Peterson, Esq.<br>Meyer, Suozzi, English & Klein<br>1350 Broadway, Suite 501<br>New York, NY 10018<br><br>Counsel for United Steel, Paper and Forestry,<br>Rubber, Manufacturing, Energy, Allied<br>Industrial and Service Workers, International<br>Union (USW), AFL-CIO |
| W. Robinson Beard, Esq.<br>Stites & Harbison<br>400 W. Market Street<br>Suite 1800<br>Louisville, KY 40202<br><br>Counsel for WAKO Electronics (USA), Inc. | Jeffrey M. Levinson, Esq.<br>Margulies & Levinson, LLP<br>30100 Chagrin Blvd.<br>Suite 250<br>Pepper Pike, OH 44124<br><br>Counsel for Venture Plastics, Inc. |
| Edward M. Fox, Esq.<br>Kirkpatrick & Lockhart Nicholson Graham<br>599 Lexington Avenue<br>New York, NY 10022<br><br>Counsel for Wilmington Trust Company | Brian F. Moore, Esq.<br>McCarter & English, LLP<br>245 Park Avenue<br>New York, NY 10167<br><br>Counsel for Ward Products, LLC |

| | |
|---|---|
| Richard L. Ferrell, Esq.<br>Taft, Stettinius & Hollister, LLP<br>425 Walnut Street<br>1800 Firstar Tower<br>Cincinnati, OH 45202<br><br>Counsel for Wren Industries, Inc. | Tiffany Strelow Cobb, Esq.<br>Vorys, Sater, Seymour and Pease LLP<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43215<br><br>Counsel for Worthington Steel of Michigan,<br>Inc. |
| John J. Hunter, Jr., Esq.<br>Hunter & Schank Co. LPA<br>1700 Canton Avenue<br>Toledo, OH 43624<br><br>Counsel for ZFGroup North American<br>Operations, Inc. | Scott A. Golden, Esq.<br>Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022<br><br>Counsel for XM Satellite Radio Inc. |
| Thomas J. Schank, Esq.<br>Hunter & Schank Co. LPA<br>1700 Canton Avenue<br>Toledo, OH 43624<br><br>Counsel for ZFGroup North American<br>Operations, Inc. | Alicia M. Leonhard, Esq.<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004<br><br>Counsel for U.S. Trustee |