Ronald S. Beacher (RB8837)
PITNEY HARDIN LLP
7 Times Square
New York, New York 10036
Telephone: (212) 297-5800
Facsimile: (212) 916-2940
Email: rbeacher@pitneyhardin.com

Attorneys for IBJTC Business Credit Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re                                                : Case No.: 05 44481-rdd
                                                     :
DELPHI CORPORATION, et al.                           : Chapter 11
                                                     :
                          Debtors.                   :
-------------------------------------------------------------X

## REQUEST FOR SPECIAL NOTICE

TO THE DEBTOR:

　　　　PLEASE TAKE NOTICE that IBJTC Business Credit Corporation requests that notice of any and all proceedings in the above-captioned matter and copies of all pleadings be given to its attorneys, Pitney Hardin LLP. Such notices and pleadings shall be addressed as follows:

　　　　　　Ronald S. Beacher, Esq.
　　　　　　Pitney Hardin LLP
　　　　　　7 Times Square
　　　　　　New York, New York  10036
　　　　　　Telephone:  (212) 297-5800

Dated: November 1, 2005

　　　　　　　　　　　　　　PITNEY HARDIN LLP

　　　　　　　　　　　　　　　　*/s/ Ronald S. Beacher*
　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　Ronald S. Beacher
　　　　　　　　　　　　　Attorneys for IBJTC Business Credit Corporation

# CERTIFICATE OF SERVICE

**STATE OF NEW YORK** )
                                     ) **ss:**
**COUNTY OF NEW YORK** )

      MYRTHLYN SMITH, being duly sworn, deposes and says:

      1.  I am over eighteen years of age, am not a party to this action and reside in Mount Vernon, New York.

      2.  On this 1st day of November 2005, I served the annexed document described as a Request For Special Notice on all interested parties as per the attached Service List by first class mail, by placing a true copy thereof enclosed in a postage paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

      3.  I declare under penalty of perjury under the laws of the State of New York that the above is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 1, 2005 at New York, New York

                                                                                */s/ Myrthlyn Smith*
                                                                                _____
                                                                                 MYRTHLYN SMITH

SERVICE LIST
In re Delphi Corporation, et al.
Case No. 05 44481-rdd

| | |
|---|---|
| John Wm. Butler, Jr., Esq.<br>Skaden Arps Slate Meagher & Flom LLP<br>333 West Wacker Drive<br>Chicago, IL 60606-1285<br>(312) 407-0700 | Kayalyn A. Marafioti, Esq.<br>Thomas J. Matz, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036-6522<br>(212) 735-2000 |
| Ira M. Levee, Esq.<br>Lowenstein Sandler, P.C.<br>65 Livingston Ave.<br>Roseland, NJ 07068 | Alicia M. Leonhard, Esq.<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 |
| Mark A. Broude, Esq.<br>Robert J. Rosenberg, Esq.<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022-4802 | |