UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

| | |
|---|---|
| In the Matter | Chapter 11 |
| | Case No. |
| -of- | 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | Jointly Administered |
| Debtors. | |

------------------------------------------------------------------X

**MOTION FOR ADMISSION TO PRACTICE**, *pro hac vice*

I, Patrick M. Costello, a member in good standing of the bar in the State of California, and the bar of the District Court for the Northern, Central and Eastern Districts of California, request admission, *pro hac vice*, to represent Solectron Corporation, and its subsidiary, Solectron Manufactura De Mexico S.A , parties in interest in the above-referenced Chapter 11 proceeding.

My mailing address is:    BIALSON, BERGEN & SCHWAB,
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

My e-mail address is:  PCostello@bbslaw.com

I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice *pro hac vice*.

Dated:   November 1, 2005
          Palo Alto, CA

S/ Patrick M. Costello
Patrick M. Costello (PC-    )
BIALSON, BERGEN & SCHWAB,
2600 El Camino Real, Suite 300
Palo Alto, CA 94306