UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

| In the Matter | Chapter 11 |
| | Case No. |
| -of- | 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | Jointly Administered |
| Debtors. | |

------------------------------------------------------------ X

**ORDER OF ADMISSION TO PRACTICE,** *pro hac vice*

Patrick M. Costello, a member in good standing of the bar in the State of California, and the bar of the District Court for the Northern, Central and Eastern Districts of California, having requested admission, *pro hac vice*, in the above-referenced Chapter 11 case; it is

ORDERED, that Patrick M. Costello, Esq., is admitted to practice, *pro hac vice*, in the above-referenced Chapter 11 case, subject to the payment of the $25.00 filing fee.

Dated: New York, New York
       November __, 2005

_____
HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE