UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

| | |
|---|---|
| In the Matter | Chapter 11 |
| | Case No. |
| -of- | 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | Jointly Administered |
| Debtors. | |

----------------------------------------------------------------X

**MOTION FOR ADMISSION TO PRACTICE**, *pro hac vice*

I, Kenneth T. Law, a member in good standing of the bar in the State of California, and the bar of the District Court for the Northern, Southern, Central and Eastern Districts of California, request admission, *pro hac vice*, to represent Solectron Corporation, and its subsidiary, Solectron Manufactura De Mexico S.A , parties in interest in the above-referenced Chapter 11 proceeding.

My mailing address is:    BIALSON, BERGEN & SCHWAB,
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

My e-mail address is:  Klaw@bbslaw.com

I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice *pro hac vice*.

Dated:   November 1, 2005
         Palo Alto, CA

                                    S/ Kenneth Law
                                    Kenneth Law (KL-    )
                                    BIALSON, BERGEN & SCHWAB,
                                    2600 El Camino Real, Suite 300
                                    Palo Alto, CA 94306