UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
|  |  |
|---|---|
| In the Matter | Chapter 11 |
|  | Case No. |
| -of- | 05-44481 (RDD) |
|  |  |
| DELPHI CORPORATION, et al., | Jointly Administered |
|  |  |
| Debtors. |  |

------------------------------------------------------------X

**ORDER OF ADMISSION TO PRACTICE,** *pro hac vice*

Kenneth T. Law, a member in good standing of the bar in the State of California, and the bar of the District Court for the Northern, Southern, Central and Eastern Districts of California, , having requested admission, *pro hac vice*, in the above-referenced Chapter 11 case; it is

ORDERED, that Kenneth T. Law, Esq., is admitted to practice, *pro hac vice*, in the above-referenced Chapter 11 case, subject to the payment of the $25.00 filing fee.

Dated: New York, New York
      November __, 2005

_____
HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE