THELEN REID & PRIEST LLP
875 Third Avenue
New York, New York 10022
(212) 603-2000
Daniel A. Lowenthal (DL 7971)

Attorneys for American Finance Group, Inc.
d/b/a Guaranty Capital Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | |
|---|---|
| DELPHI CORPORATION, et al., <br><br> Debtors. | Chapter 11 <br> Case No. 05-44481 (RDD) <br> (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned hereby enters their appearance as counsel on behalf of American Finance Group, Inc. d/b/a Guaranty Capital Corporation, a party in interest in the cases of Delphi Corporation , et al., pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §1009(b) (as applicable), and does hereby submit this notice of appearance and requests notice of all hearings and conferences herein and makes a demand for service of all papers herein upon:

> Daniel A. Lowenthal, Esq.
> Thelen Reid & Priest LLP
> 875 Third Avenue
> New York, New York 10022
> Tel: (212) 603-2000
> Fax: (212) 603-2001
> dlowenthal@thelenreid.com
>
> and

NY #684389 v1

>Mr. Herb Reiner
>Senior Vice President
>Special Assets Division
>Guaranty Bank
>8333 Douglas Avenue
>Dallas, TX 75225
>Tel: (214) 360-2702
>Fax: (214) 360-1940
>herb.reiner@guarantygroup.com

**PLEASE TAKE FURTHER NOTICE** that this demand includes all pleadings of any kind, including, without limitation, all notices, motions, orders, complaints, demands, requests, petitions, schedules, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to this case, including, pursuant to Bankruptcy Rule 3017, any disclosure statement and/or plan of reorganization that may be filed in these cases, whether formal or informal, written or oral, and whether transmitted and conveyed by mail, delivery, telephone, facsimile, telex or otherwise.

Dated: New York, New York
November 2, 2005

>Respectfully submitted,
>
>THELEN REID & PRIEST LLP
>
>By:  /s/ Daniel A. Lowenthal
>Daniel A. Lowenthal (DL 7971)
>875 Third Avenue
>New York, New York  10022
>(212) 603-2000
>
>Counsel for American Finance Group, Inc.
>d/b/a Guaranty Capital Corporation

NY #684389 v1