UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In Re:  Delphi Corporation,                     Case No. 05-44481 (RDD)
                          Debtor.               Chapter 11

---------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that, pursuant to Fed.R.Bankr.P. 2002, ICX Corporation, a creditor and party-in-interest in the above-referenced case, by and through its counsel, Riemer & Braunstein LLP, hereby appears in the above-captioned case and requests that notices of all matters in this case be served upon its attorney as follows:

> Mark S. Scott, Esquire
> Riemer & Braunstein LLP
> Three Center Plaza
> Boston, MA  02108
> Tel.:  (617) 523-9000
> Fax:  (617) 880-3456
> Email: mscott@riemerlaw.com

Request is hereby also made for service of copies of all pleadings relating to any issue which may be raised in the above-captioned case, including, but not limited to, any motions, orders, and notices of all hearings.

|  |  |
|---|---|
|  | ICX CORPORATION, |
|  | By its Attorneys, |
| Dated: November 2, 2005 | RIEMER & BRAUNSTEIN LLP, |
|  |  |
|  | /s/ Mark S. Scott |
|  | Mark S. Scott |
|  | Riemer & Braunstein LLP |
|  | Three Center Plaza |
|  | Boston, Massachusetts 02108 |
|  | (617) 523-9000 |
|  | (617) 880-3456 (fax) |

919311.1