UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In Re: Delphi Corporation,                           Case No. 05-44481 (RDD)
                              Debtor.                Chapter 11

------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Mark S. Scott, Esquire, with the law firm of Riemer & Braunstein LLP hereby certify that on November 2, 2005, I served the foregoing *NOTICE OF APPEARANCE AND REQUEST FOR NOTICES* by causing copies of same to be sent by first class, United States mail, postage pre-paid, or electronic notification (EN) where indicated, to the following interested parties listed on the attached service list.

/s/ Mark S. Scott
Mark S. Scott

## SERVICE LIST

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom (IL)
333 West Wacker Drive
Chicago, IL 60606-1285 (EN)

Kayalyn A. Marafioti
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036 (EN)

Robert N. Michaelson
Kirkpatrick & Lockhart, LLP
599 Lexington Avenue
New York, NY 10022 (EN)

Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522 (EN)

Kurtzman Carson Consultants, LLC
12910 Culver Blvd, Suite 1
Los Angeles, CA 90066

David B. Aaronson
Drinker Biddle & Reath, LLP
One Logan Square
18th & Cherry Sts.
Philadelphia, PA 19103 (EN)

Elizabeth Abdelmasieh
Norris McLaughlin & Marcus, P.A.
721 Route 202-206
Bridgewater, NJ 08807 (EN)

Jason R. Adams
Torys, LLP
237 Park Avenue
New York, NY 10017 (EN)

Jennifer L. Adamy
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103-1919 (EN)

Mark I Bane
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

David S. Barritt
Chapman and Cutler
111 West Monroe Street, 15th Floor
Chicago, IL 60603-4080 (EN)

W. Robinson Beard
Stites & Harbison
400 W. Market Street, Suite 18
Louisville, KY 40202 (EN)

Jeffrey Bernstein
Carpenter, Bennett & Morrissey
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102 (EN)

Peter Bilowz
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110

Charles E. Boulbol
Law Office of Charles E. Boul
26 Broadway, 17th Floor
New York, NY 10004 (EN)

Wendy D. Brewer
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204 (EN)

Timothy W. Brink
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, IL 60603 (EN)

James L. Bromley
Cleary, Gottlieb, Steen & Hami
One Liberty Plaza
New York, NY 10006 (EN)

Aaron R. Cahn
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005 (EN)

Madison L. Cashman
Stites & Harbison, PLLC
424 Church Street
Suite 1800
Nashville, TN 37219 (EN)

Maria E. Chavez-Ruark
DLA Piper Rudnick Gray Cary
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209 (EN)

2

Patrick M. Costello
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palto Alto, CA 94306

Michael G. Cruse
Warner Norcross & Judd, LLP
2000 Town Center, Suite 2700
Southfield, MI 48075 (EN)

Gary H. Cunningham
Kramer Mellen, P.C.
3000 Town Center, Ste. 1700
Southfield, MI 48075-1277

Gary H. Cunningham
Strobl Cunningham & Sharp, P.C.
300 E. Long Lake Road, Suite 200
Bloomingfield Hills, MI Suite 200

Jeffry A. Davis
DLA Piper Rudnick Gray Cary US LLP
401 B Street, Suite 1700
San Diego, CA 92101 (EN)

Gerard DiConza
DiConza Law, P.C.
630 Third Avenue
New York, NY 10017 (EN)

Robert W. Dremluk
Seyfarth Shaw LLP
1270 Avenue of the Americas
New York, NY 10020-1801 (EN)

Alyssa Englund
Orrick, Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY 10103 (EN)

Charles J. Filardi, Jr.
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890-1436 (EN

Elizabeth K. Flaagan
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203

Jeff J. Friedman
Qubilah A. Davis
Katten Muchin Rosenman, LLP
575 Madison Avenue
New York, NY 10022

Edward M. Fox
Kirkpatrick & Lockhart Nichol
599 Lexington Avenue
New York, NY 10022 (EN)

Yann Geron
Fox Rothschild LLP
13 East 37th Street, Suite 800
New York, NY 10016 (EN)

Ira P. Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Scott R. Goldberg
Quarles & Brady Streich Lang,
One Renaissance Sq.
2 N. Central Avenue
Phoenix, AZ 85004-2391

Robert C. Goodrich, Jr.
Stites & Harbison, PLLC
424 Church Street, Suite 1800
Nashville, TN 37219 (EN)

Warren R. Graham
Davidoff & Malito
305 Third Avenue, 34th Floor
New York, NY 10158 (EN)

John T. Gregg
Barnes & Thornburg, LLP
300 Ottawa Avenue, NW, Suite
Grand Rapids, MI 49503 (EN)

Stephen H. Gross
Hodgson Russ LLP
Carnegie Hall Tower
152 West 57th Street, 35th Floor
New York, NY 10019

Michael Leo Hall
Burr & Forman, LLP
420 North 20th Street, Suite 3100
Birmingham, AL 35203 (EN)

Alan D. Halperin
Halperin Battaglia Raicht LLP
555 Madison Avenue, 9th Floo
New York, NY 10022 (EN)

Brian W. Harvey
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022 (EN)

William Heuer
Morgan Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178-0060 (EN)

Jeannette Eisan Hinshaw
Bose McKinney & Evans, LLP
135 N. Pennsylvania Street, Su
Indianapolis, IN 46204 (EN)

Shannon E. Hoff
Burr & Forman, LLP
420 North 20th Street, Suite 3100
Birmingham, AL 35203 (EN)

Hilary Jewett
Foley & Lardner, LLP
90 Park Avenue
New York, NY 10016 (EN)

Honigman Miller Schwartz and
Attn: Robert B. Weiss
Frank L. Gorman
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

| | | |
|---|---|---|
| Andrew C. Kassner<br>Drinker Biddle & Reath LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996 (EN) | Thomas H. Keyse<br>1700 Lincoln Street, Suite 4000<br>Denver, CO 80203 | Steve Kieselstein<br>Kieselstein LawFirm, PLLC<br>43 British American Boulevard<br>Latham, NY 12110 |
| Alan M. Koschik<br>Brouse McDowell<br>1001 Lakeside Avenue, Suite 1600<br>Cleveland, OH 44114 (EN) | Lawrence J. Kotler<br>Duane, Morris & Heckscher LLP<br>4200 One Liberty Place<br>Philadelphia, PA 19103 (EN) | Darryl S. Laddin<br>Arnall Golden Gregory LLP<br>171 17th Street NW, Suite 2100<br>Atlanta, GA 30363-1031 (EN) |
| Joseph Lapinsky<br>Republic Engineered Products, Inc.<br>3770 Embassy Parkway<br>Akron, OH 44333 | David E. Lemke<br>Waller Lansden Dortch & Davis, PLLC<br>511 Union Street, Suite 2100<br>P.O. Box 198966<br>Nashville, TN 37219-8966 (EN) | Jill Levi<br>Todd & Levi, LLP<br>444 Madison Avenue<br>New York, NY 10022 (EN) |
| Jeffrey M. Levinson<br>Margulies & Levinson, LLP<br>30100 Chagrin Blvd., Suite 250<br>Pepper Pike, OH 44124 (EN) | John S. Mairo<br>Porzio Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>Morristown, NJ 07962-1997 (EN) | Michael K. McCrory<br>Barnes & Thornburg LLP<br>11 S. Meridian Street<br>Indianapolis, IN 46204 (EN) |
| Timothy S. McFadden<br>Lord, Bissell & Brook<br>115 S. LaSalle Street<br>Chicago, IL 60603 | Austin L. McMullen<br>Boult Cummings Conners & Berry<br>1600 Division Street, Suite 700<br>Nashville, TN 37203 (EN) | Patrick E. Mears<br>Barnes & Thornburg LLP<br>300 Ottawa Avenue, NW, Suite<br>Grand Rapids, MI 49503 (EN) |
| Derek F. Meek<br>Burr & Forman, LLP<br>420 North 20th Street, Suite 3100<br>Birmingham, AL 35203 (EN) | Kathleen M. Miller<br>Smith Katzenstein & Furlow LLP<br>800 Delaware Avenue, 7th Floor<br>Wilmington, DE 19899 (EN) | Joseph Thomas Moldovan<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 10022-4731 (E |
| James P. Moloy<br>Dann Pecar Newman & Kleiman, P.C.<br>One American Square, Suite 2300<br>Box 82008<br>Indianapolis, IN 46282 (EN) | Audrey E. Moog<br>Hogan & Hartson L.L.P.<br>555 Thirteenth Street, N.W.<br>Washington, DC 20004 (EN) | Brian F. Moore<br>McCarter & English, LLP<br>245 Park Avenue<br>New York, NY 10167 (EN) |
| Alisa Mumola<br>Contrarian Capital Management, LLC<br>411 W. Putnam Ave, Ste. 225<br>Greenwich, CT 06830 (EN) | Lowell Peterson<br>Meyer, Suozzi, English & Klein<br>1350 Broadway, Suite 501<br>New York, NY 10018 (EN) | Jason Pickering<br>QAD, Inc.<br>Legal Department<br>10,000 Midlantic Drive<br>Mt. Laurel, NJ 08054 |
| Alex Pirogovsky<br>Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>Chicago, IL 60602 (EN) | Constantine Pourakis<br>Stevens & Lee, P.C.<br>485 Madison Avenue<br>New York, NY 10022 (EN) | Steven J. Reisman<br>Curtis, Mallet-Prevost, Colt &<br>101 Park Avenue<br>New York, NY 10178 (EN) |

Craig Philip Rieders
Genovese Joblove & Battista, PA
100 SE. Second St., 44th Floor
Miami, FL 33131 (EN)

Shawn M. Riley
Scott N. Opincar
McDonald Hopkins Co., LPA
Superior Avenue E, Suite 2100
Cleveland, OH 44114

Sandra A. Riemer
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084 (E

Harold Ritvo
Harold Ritvo, P.C.
One University Plaza
Hackensack, NJ 07601

Scott D. Rosen
Cohn, Birnbaum & Shea, P.C.
100 Pearl Street
Hartford, CT 06103 (EN)

Robert B. Rubin
Burr & Forman LLP
420 Twentieth Street North
Birmingham, AL 35023 (EN)

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760 (EN)

Thomas P. Sarb
Miller Johnson
250 Monroe Avenue, NW, Suite 800
Grand Rapids, MI 49503 (EN)

Lawrence M. Schwab
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 30
Palto Alto, CA 94306

Bryan I. Schwartz
Levenfeld Pearlstein LLC
2 North LaSalle Street, Suite 1300
Chicago, IL 60602 (EN)

Mark A. Shaiken
Stinson Morrison Hecker, LLP
1201 Walnut Street, Suite 2700
Kansas City, MO 64106 (EN)

Andrea Sheehan
Law Offices of Robert E. Luna
4411 North Central Expresswa
Dallas, TX 75205 (EN)

Robert J. Sidman
Vorys, Sater, Seymour and Pease, LLP
52 East Gay Street
Columbus, OH 43216-1008 (EN)

Sam O. Simmerman
Krugliak, Wilkins, Griffiths
& Dougherty Co., L.P.A.
4775 Munson Street NW
Canton, OH 44718 (EN)

Marc P. Solomon
Burr & Forman LLP
420 North 20th Street, Suite 31
Birmingham, AL 35203 (EN)

Brian D. Spector
Spector & Ehrenworth, P.C.
30 Columbia Turnpike
Florham Park, NJ 07932-2261 (EN)

James M. Sullivan
McDermott, Will & Emery
50 Rockefeller Center
New York, NY 10020 (EN)

Gordon J. Toering
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503 (EN)

Albert Togut
Togut, Segal & Segal, LLP
One Penn Plaza, Suite 3335
New York, NY 10119

Laura L. Torrado
Bear, Stearns & Co
383 Madison Avenue 8th Floor
New York, NY 10179 (EN)

Raymond J. Urbanik
Munsch Hardt Kopf & Harr, P.
1445 Ross Avenue, Suite 4000
Dallas, TX 75202 (EN)

Robert Usadi
Cahill Gordon & Reindel
80 Pine Street
New York, NY 10005 (EN)

Joseph J. Vitale
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036 (EN)

Michael D. Warner
Warner, Stevens & Doby, L.L.
301 Commerce Street, Suite 17
Fort Worth, TX 76102 (EN)

Robert K. Weiler
Green & Seifter, PLLC
One Lincoln Center, Suite 900
110 West Fayette Street
Syracuse, NY 13202 (EN)

Weil, Gotshal & Manges, LLP
Attn: Martin J. Bienenstock
Michael P. Kessler
Jeffrey L. Tanenbaum
767 Fifth Avenue
New York, NY 10153

Elizabeth Weller
Linebarger Goggan Blair & Sa
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2691 (EN)

Kenneth S. Ziman
William T. Russell, Jr.
Simpson Thacher & Bartlett, LLP
425 Lexington Avenue
New York, NY 10017

Michael L. Cook
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Mark T. Flewelling
Anglin, Flewelling, Rasmussen, Cambell & Trytten LLP
199 South Los Robles Avenue
Pasadena, CA 91101

Andrew D. Gottfried
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Jacob A. Manheimer
Pierce Atwood
One Monument Square
Portland, ME 04101

Sandra A. Reimer
666 Fifth Avenue
New York, NY 10103

Mark R. Somerstein
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10178

920389.1

Glenn P. Berger
Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016

Craig Alan Damast
Blank Rose LLP
405 Lexington Avenue
New York, NY 10174

Lars H. Fuller
Rothgerber Johnson & Lyons, LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202-5855

Larry D. Harvey
Larry D. Harvey P.C.
5290 DTC Parkway
Suite 150
Englewood, CO 80111

Jill Mazer-Marino
Scarcella Rosen & Slome, LLP
333 Earle Ovington Boulevard
9th Floor
Uniondale, NY 11553

Kenneth A. Reynolds
Pryor & Madelup, LLP
675 Old Country Road
Westbury, NY 11590

Timothy W. Walsh
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

Mark G. Claypool
Knox McLaughlin Gornall & S
120 West Tenth Street
Erie, PA 16501-1461

J. Michael Debbeler
Graydon, Head & Ritchie LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202

Ira P. Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Dion W. Hayes
McGuireWoods
901 East Cary Street
Richmond, VA 23219-4030

Thomas C. Pavlik
Novak, Robenalt, Pavlik
Skylight Office Tower,
1660 West Second Street
Cleveland, OH 44113

Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY 10022