Andrew C. Kassner (AK-9067)
David B. Aaronson (DA-8387)
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA  19103-6996
(215) 988-2700

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re                                                     :
                                                          :    Chapter 11
DELPHI CORPORATION, et al.,                               :
                                                          :    Case No. 05-44481 (RDD)
                                                          :    Jointly Administered
              Debtors                                     :
-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

     I, Jane L. Gorman, hereby certify that on the 1st day of November, 2005, I caused to be served by first class United States mail a copy of the Verified Statement of Drinker Biddle & Reath LLP Under Federal Rule of Bankruptcy Procedure 2019 upon the following:

| | |
|---|---|
| Capital Research and Management Company<br>Michelle Robson<br>11100 Santa Monica Blvd<br>15th Floor<br>Los Angeles, CA 90025 | O'Melveny & Meyer LLP<br>Robert Siegel<br>400 South Hope Street<br>Los Angeles, CA 90071 |
| Cohen Weiss & Simon<br>Bruce Simon<br>330 W. 42nd Street<br>New York, NY 10036 | O'Melveny & Meyer LLP<br>Tom A. Jerman, Rachel Janger<br>1625 Eye Street, NW<br>Washington, DC 20006 |
| Curtis, Mallet-Prevost, Colt & Mosle LLP<br>Steven J. Reisman<br>101 Park Avenue<br>New York, NY 10178-0061 | Pension Benefit Guaranty Corporation<br>Jeffrey Cohen<br>1200 K Street, N.W., Suite 340<br>Washington, DC 20005 |

| | |
|---|---|
| Davis Polk & Wardwell<br>Donald Bernstein<br>450 Lexington Avenue<br>New York, NY 10017 | Pension Benefit Guaranty Corporation<br>Ralph L. Landy<br>1200 K Street, N.W., Suite 340<br>Washington, DC 20005-4026 |
| Delphi Corporation<br>Sean Corcoran, Karen Craft<br>5725 Delphi Drive<br>Troy, MI 48098 | Phillips Nizer LLP<br>Sandra A. Riemer<br>666 Fifth Avenue<br>New York, NY 10103 |
| Electronic Data Systems Corp.<br>Michael Nefkens<br>5505 Corporate Drive MSIA<br>Troy, MI 48098 | Rothchild Inc.<br>David L. Resnick<br>1251 Avenue of the Americas<br>New York, NY 10020 |
| Flextronics International Asia-Pacific, Ltd.<br>c/o Flextronics International USA, Inc.<br>Paul W. Anderson<br>2090 Fortune Drive<br>San Jose, CA 95131 | Securities and Exchange Commission<br>Reorganization Branch<br>233 Broadway<br>New York, NY 10279 |
| Freescale Semiconductor, Inc.<br>Richard Lee Chambers, III<br>6501 William Cannon Drive West<br>MD: OE16<br>Austin, TX 78735 | Seyfarth Shaw LLP<br>Robert W. Dremluk<br>1270 Avenue of the Americas<br>Suite 2500<br>New York, NY 10020-1801 |
| FTI Consulting, Inc.<br>Randall S. Eisenberg<br>3 Times Square, 11th Floor<br>New York, NY 10036 | Shearman & Sterling LLP<br>Douglas Bartner, Jill Frizzley<br>599 Lexington Avenue<br>New York, NY 10022 |
| General Electric Company<br>Valerie Venable<br>One Plastics Avenue<br>Pittsfield, MA 01201 | Simpson Thatcher & Bartlett LLP<br>Kenneth S. Ziman, Robert H. Trust,<br>William T. Russell, Jr.<br>425 Lexington Avenue<br>New York, NY 10017 |
| Groom Law Group<br>Lonie A. Hassel<br>1701 Pennsylvania Avenue, NW<br>Washington, DC 20006 | Skadden, Arps, Slate, Meagher & Flom LLP<br>John Wm. Butler, John K. Lyons, Ron E. Meisler<br>333 W. Wacker Dr., Suite 2100<br>Chicago, IL 60606 |

| | |
|---|---|
| Hodgson Russ LLP<br>Stephen H. Gross<br>152 West 57th Street, 35th Floor<br>New York, NY 10019 | Skadden, Arps, Slate, Meagher & Flom LLP<br>Kayalyn A. Marafioti, Thomas J. Matz<br>4 Times Square<br>P.O. Box 300<br>New York, NY 10036 |
| Internal Revenue Service<br>Attn: Insolvency Department<br>290 Broadway, 5th Floor<br>New York, NY 10007 | Stevens & Lee, P.C.<br>Chester B. Salomon, Constantine D. Pourakis<br>485 Madison Avenue, 20th Floor<br>New York, NY 10022 |
| Internal Revenue Service<br>Attn: Insolvency Department<br>477 Michigan Ave<br>Mail Stop 15<br>Detroit, MI 48226 | Togut, Segal & Segal LLP<br>Albert Togut<br>One Penn Plaza, Suite 3335<br>New York, NY 10119 |
| IUE-CWA<br>Henry Reichard<br>2360 W. Dorothy Lane, Suite 201<br>Dayton, OH 45439 | United States Trustee<br>Alicia M. Leonard<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004-2112 |
| Jefferies & Company, Inc,<br>William Q. Derrough<br>520 Madison Avenue, 12th Floor<br>New York, NY 10022 | United States Trustee<br>Deirdre A. Martini<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 |
| JPMorgan Chase Bank, N.A.<br>Thomas F. Maher, Richard Duker, Gianni Russello<br>270 Park Avenue<br>New York, NY 10017 | Wilmington Trust Company<br>Steven M. Cimalore<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890 |
| JPMorgan Chase Bank, N.A.<br>Vilma Francis<br>270 Park Avenue<br>New York, NY 10017 | Weil, Gotshal & Manges LLP<br>Jeffrey L. Tanenbaum, Esq.<br>767 Fifth Avenue<br>New York, NY 10153 |
| Kurtzman Carson Consultants<br>James Le<br>12910 Culver Blvd., Suite I<br>Los Angeles, CA 90066 | Weil, Gotshal & Manges LLP<br>Martin J. Bienenstock, Esq.<br>767 Fifth Avenue<br>New York, NY 10153 |

| | |
|---|---|
| Latham & Watkins LLP<br>Robert J. Rosenberg<br>885 Third Avenue<br>New York, NY 10022 | Weil, Gotshal & Manges LLP<br>Michael P. Kessler, Esq.<br>767 Fifth Avenue<br>New York, NY 10153 |
| Mesirow Financial<br>Melissa Knolls<br>321 N. Clark St., 13th Floor<br>Chicago, IL 60601 | Honigman Miller Schwartz and Cohn LLP<br>Frank L. Gorman, Esq.<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583 |
| Morrison Cohen LLP<br>Joseph T. Moldovan, Esq.<br>909 Third Avenue<br>New York, NY 10022 | Honigman Miller Schwartz and Cohn LLP<br>Robert B. Weiss, Esq.<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583 |
| Office of New York State<br>Attorney General Eliot Spitzer<br>120 Broadway<br>New York City, NY 10271 | Flextronics International<br>Carrie L. Schiff<br>6328 Monarch Park Place<br>Niwot, CO 80503 |

/s/ Jane L. Gorman
Jane L. Gorman
Legal Assistant
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996