In re

DELPHI CORPORATION, et.al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

CASE No: 05 – 44481 (RDD)

Person to be served (name & address)
**Schmidt Technology GmbH**
**c/o Schmidt Technology Corp., its registered agent**
**280 Executive Drive**
**Cranberry Twp, PA 16066**

Attorney: __Kurtzman, Carson.__

Papers Served: __Order To Show Cause__
Service Data:

Served Successfully:    **YES**    Date: __11/02/05__    Time: __9:30 AM__    Attempts made

    Delivered a copy to him / her personally    Name of Person and Relationship / title:

    Left a copy with a competent household
    Member over 14 years of age residing
    Therein at the usual place of abode
    (indicate name & relationship at right)

    (XX) Left a copy with a person authorized to    __Leslie Schall__
    Accept service, e.g., managing agent,
    Registered agent, etc. at the principle
    Place of business (indicate name and official title at right)

**Description:**
Sex: __FEMALE__, Skin Color: __WHITE__, Hair Color: __BROWN__ Age: __40-45 yrs__, Height: __5' 5"__, Weight: __130 lbs__, Other:
( )Defendant is unknown at address furnished by attorney.
( )All reasonable inquiries suggest defendant moved to an undetermined address.
( )No such STREET in municipality.
( )Address is a complex with no directory. Bldg/Apt./Suite # required.
( )Other:_____ Comments or Remarks_____
( )No response on:_____;_____;_____;_____;

Server Data:

Subscribed and Sworn to me this
__2nd__ day of __NOVEMBER__ 2005.

I, __Tonya Weimer__, was at the time of service a
competent adult not having a direct interest in the litigation. I
declare under penalty of perjury that the foregoing is true and correct.

Signature of process server _____

Peter J Bradien
Notary Public of New Jersey
My Commission Expires 02/22/2010