Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 885-5000
Marc E. Richards, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| DELPHI CORPORATION | : | Case No. 05-44481 (RDD) |
| Debtors. | : |  |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that the undersigned hereby enters an appearance pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b) in the above-captioned Chapter 11 cases as co-counsel of DENSO International America, Inc. and certain affiliates, parties in interest, and requests that, pursuant to Bankruptcy Rules 2002, 3017 and 9008, and 11 U.S.C. §§ 342 and 1109(b), all notices given or required to be given in this proceeding and all papers served or required to be served in this proceeding be given to and served upon:

Marc E. Richards, Esq.
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone**:**   (212) 885-5000
Facsimile:    (212) 885-5002
Email:         mrichards@blankrome.com

900202.11000/6434956v.1

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the statute and Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, demand, hearing, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these cases and any proceedings therein, formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, electronic mail, telephone, telex or otherwise.

Dated: New York, New York
       November 2, 2005

                Respectfully Submitted,

                BLANK ROME LLP

By:   */s/ Marc E. Richards*
      Marc E. Richards, Esq.
      Blank Rome LLP
      The Chrysler Building
      405 Lexington Avenue
      New York, NY 10174
      Telephone:  (212) 885-5000
      Facsimile:   (212) 885-5002
      Email:       mrichards@blankrome.com

Co-Counsel for DENSO International America, Inc.