Scott A. Golden (SG-6663)
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022
Telephone:  (212) 918-3000
Facsimile:   (212) 918-3100

Attorneys For XM Satellite Radio Inc.

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                                                 :
In re                                                            :
                                                                 :
                                                                 :   Chapter 11
DELPHI CORPORATION, et al.,                                      :
                                                                 :   Case No. 05-44481 (RDD)
                                                                 :
                          Debtors.                               :   (Jointly Administered)
                                                                 :
                                                                 :
                                                                 :
----------------------------------------------------------------x

**NOTICE OF APPEARANCE
AND DEMAND FOR SERVICE OF PAPERS**

    **PLEASE TAKE NOTICE** that XM Satellite Radio Inc., a party-in-interest, hereby appears in the above-captioned jointly administered cases under Chapter 11 of the United States Code ("Bankruptcy Code") and, pursuant to Rules 2002, 9007 and 9010 of the Bankruptcy Rules and Section 1109 (b) of the Bankruptcy Code, demands that any notices given or required to be given to, and all papers to be served or required to be served in the above-captioned Chapter 11 cases and any other case(s) consolidated herewith, be given to and served upon:

Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022
Attn:  Scott A. Golden (SG-6663)
Telephone:  (212) 918-3000
Facsimile:  (212) 918-3100
sagolden@hhlaw.com

\\\NY - 68843/0002 - 916788 v1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes, without limitation, any notice, application, proposed order, complaint, demand, motion, petition, pleading, plan of reorganization, disclosure statement or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraphic, telex or otherwise filed, which may affect or seek to affect any rights or interest of the Debtor, the aforementioned party-in-interest or any property or proceeds in which the Debtor may claim an interest.  Please add the attorney of record to such mailing matrix as may be used for all purposes in this case.

**PLEASE TAKE FURTHER NOTICE** that, this Notice of Appearance is not intended to be, and shall not constitute, a waiver of the aforementioned party-in-interest's: (1) right to have final orders in non-core matters entered only after de novo review by a District Court Judge; (2) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related in this case; (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) other rights, claims, actions, defenses, setoffs or recoupments to which such party-in-interest is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments such party-in-interest expressly reserves.

Dated: New York, New York
       November 2, 2005

                                    **HOGAN & HARTSON L.L.P.**

                                    By:/s/ Scott A. Golden
                                        Scott A. Golden (SG-6663)
                                        875 Third Avenue
                                        New York, NY 10022
                                        Telephone:  (212) 918-3000
                                        Facsimile:  (212) 918-3100

                                      Attorneys For XM Satellite Radio Inc.

\\\NY - 68843/0002 - 916788 v1

SERVICE LIST

Skadden, Arps, Slate, Meagher & Flom LLP
John Wm. Butler
John K. Lyons
Ron E. Meisler
333 W. Wacker Dr.
Suite 2100
Chicago, IL 60606

Skadden, Arps, Slate, Meagher & Flom LLP
Kayalyn A. Marafioti
Thomas J. Matz
4 Times Square
P.O. Box 300
New York, NY 10036

Delphi Corporation
Sean Corcoran
Karen Craft
5725 Delphi Drive
Troy, MI 48098

Capital Research and Management Company
Michelle Robson
11100 Santa Monica Blvd
15th Floor
Los Angeles, CA 90025

Cohen Weiss & Simon
Bruce Simon
330 W. 42nd Street
New York, NY 10036

Curtis, Mallet-Prevost, Colt & Mosle LLP
Steven J. Reisman
101 Park Avenue
New York, NY 10178-0061

Davis Polk & Wardwell
Donald Bernstein
450 Lexington Avenue
New York, NY 10017

Electronic Data Systems Corp.
Michael Nefkens
5505 Corporate Drive MSIA
Troy, MI 48098

Flextronics International Asia-Pacific, Ltd.
c/o Flextronics International USA, Inc.
Paul W. Anderson
2090 Fortune Drive
San Jose, CA 95131

Freescale Semiconductor, Inc.
Richard Lee Chambers, III
6501 William Cannon Drive West
MD: OE16
Austin, TX 78735

FTI Consulting, Inc.
Randall S. Eisenberg
3 Times Square
11th Floor
New York, NY 10036

General Electric Company
Valerie Venable
One Plastics Avenue
Pittsfield, MA 01201

General Motors Corporation
John Devine
300 Renaissance Center
P.O. Box 300
Detroit, MI 48265

Groom Law Group
Lonie A. Hassel
1701 Pennsylvania Avenue, NW
Washington, DC 20006

Hodgson Russ LLP
Stephen H. Gross
152 West 57th Street
35th Floor
New York, NY 10019

Internal Revenue Service
Attn: Insolvency Department
290 Broadway
5th Floor
New York, NY 10007

Internal Revenue Service
Attn: Insolvency Department
477 Michigan Ave
Mail Stop 15
Detroit, MI 48226

IUE-CWA
Henry Reichard
2360 W. Dorothy Lane
Suite 201
Dayton, OH 45439

Jefferies & Company, Inc,
William Q. Derrough
520 Madison Avenue
12th Floor
New York, NY 10022

JPMorgan Chase Bank, N.A.
Clifford Trapani
Loan and Agency Services Group
1111 Fannin, 10th Floor
Houston, TX 77002

JPMorgan Chase Bank, N.A.
Khuyen Ta
Agent Bank Services Group
1111 Fannin, 10th Floor
Houston, TX 77002

JPMorgan Chase Bank, N.A.
Thomas F. Maher
Richard Duker
Gianni Russello
270 Park Avenue
New York, NY 10017

JPMorgan Chase Bank, N.A.
Vilma Francis
270 Park Avenue
New York, NY 10017

Kurtzman Carson Consultants
James Le
12910 Culver Blvd.
Suite I
Los Angeles, CA 90066

Latham & Watkins LLP
Robert J. Rosenberg
885 Third Avenue
New York, NY 10022

Mesirow Financial
Melissa Knolls
321 N. Clark St.
13th Floor
Chicago, IL 60601

Morrison Cohen LLP
Joseph T. Moldovan, Esq.
909 Third Avenue
New York, NY 10022

Office of New York State
Attorney General Eliot Spitzer
120 Broadway
New York, NY 10271

O'Melveny & Meyer LLP
Robert Siegel
400 South Hope Street
Los Angeles, CA 90071

O'Melveny & Meyer LLP
Tom A. Jerman
Rachel Janger
1625 Eye Street, NW
Washington, DC 20006

Pension Benefit Guaranty Corporation
Jeffrey Cohen
1200 K Street, N.W.
Suite 340
Washington, DC 20005

\\\NY - 68843/0002 - 916788 v1

Pension Benefit Guaranty Corporation
Ralph L. Landy
1200 K Street, N.W.
Suite 340
Washington, DC 20005-4026

Phillips Nizer LLP
Sandra A. Riemer
666 Fifth Avenue
New York, NY 10103

Rothchild Inc.
David L. Resnick
1251 Avenue of the Americas
New York, NY 10020

Securities and Exchange Commission
Reorganization Branch
233 Broadway
New York, NY 10279

Seyfarth Shaw LLP
Robert W. Dremluk
1270 Avenue of the Americas
Suite 2500
New York, NY 10020-1801

Shearman & Sterling LLP
Douglas Bartner
Jill Frizzley
599 Lexington Avenue
New York, NY 10022

Simpson Thatcher & Bartlett LLP
Kenneth S. Ziman
Robert H. Trust
William T. Russell, Jr.
425 Lexington Avenue
New York, NY 10017

Stevens & Lee, P.C.
Chester B. Salomon
Constantine D. Pourakis
485 Madison Avenue
20th Floor
New York, NY 10022

Togut, Segal & Segal LLP
Albert Togut
One Penn Plaza
Suite 3335
New York, NY 10119

United States Trustee
Alicia M. Leonard
33 Whitehall Street
21st Floor
New York, NY 10004-2112

United States Trustee
Deirdre A. Martini
33 Whitehall Street
Suite 2100
New York, NY 10004

Wilmington Trust Company
Steven M. Cimalore
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

Weil Gotshal & Manges LLP
Jeffrey L. Tanenbaum
767 Fifth Avenue
New York, NY 10153

Weil Gotshal & Manges LLP
Martin J. Bienenstock
767 Fifth Avenue
New York, NY 10153

Weil Gotshal & Manges LLP
Michael P. Kessler
767 Fifth Avenue
New York, NY 10153

Honigman Miller Schwartz and Cohn LLP
Frank L. Gorman
2290 First National Building
660 Woodward Avenue
Detrioit, MI 48226-3583

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
2290 First National Building
660 Woodward Avenue
Detrioit, MI 48226-3583

Flextronics International
Carrie L. Schiff
6328 Monarch Park Place
Niwot, CO 80503

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004