Scott A. Golden (SG-6663)
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Telecopier: (212) 918-3100

- and -

Edward C. Dolan
HOGAN & HARTSON L.L.P.
Columbia Square
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re                                                           :
                                                                :
DELPHI CORPORATION, et al.,                                     :  Chapter 11
                                                                :
                                                                :  Case No. 05-44481 (RDD)
                     Debtors.                                   :
                                                                :  (Jointly Administered)
                                                                :
                                                                :
----------------------------------------------------------------x

**VERIFIED STATEMENT OF HOGAN & HARTSON L.L.P.**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Hogan & Hartson, L.L.P., ("Hogan & Hartson"), as attorneys for certain creditors and/or parties-in-interest in the Chapter 11 cases of Delphi Corporation, et al., the above-captioned debtors (the "Debtors"), makes the following statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure.

1.  Hogan & Hartson are the attorneys for the following creditors and/or parties-in-interest:

        (a)        Umicore Autocat Canada Corp., a corporation with an address at P.O. Box 5097, 4261 Mainway Drive, Burlington, Ontario, Canada L7R 3Y8, is a creditor of Delphi Corporation pursuant to certain pre-petition agreements with Delphi Corporation.

        (b)        XM Satellite Radio Inc., a corporation with an address at 1500 Eckington Place, N.E., Washington, D.C. 20002, is a creditor of one or more of the Debtors pursuant to certain agreements with one or more of the Debtors.

    2)        Hogan & Hartson renders legal services to one or more of the above-named creditors and/or parties-in-interest on a regular basis in matters preceding and unrelated to the above-captioned Chapter 11 cases.

    3)        Hogan & Hartson has been retained by each of the above-named creditors and/or parties-in-interest to serve as its counsel and represent its interests in the above-captioned Chapter 11 cases.

    4)        Hogan & Hartson has fully advised each of the parties above with respect to their concurrent representation.  Each of the parties has consented to such representation and has requested that Hogan & Hartson represent them in the above-captioned Chapter 11 cases.

    5)        Upon information and belief, neither Hogan & Hartson, nor the undersigned attorney, owns or has ever owned, any claim against the Debtors in the above-captioned Chapter 11 cases, nor any interest in the Debtors.

I, <u>Scott A. Golden</u>, declare under penalty or perjury that I have read the foregoing and that it is true and correct to the best of my knowledge, information and belief.

Dated: New York, New York
November 2, 2005

          HOGAN & HARTSON L.L.P.

          By: <u>/s/ Scott A. Golden</u>
             Scott A. Golden (SG-6663)
             875 Third Avenue
             New York, New York 10022
             (212) 918-3000 (Telephone)
             (212) 918-3100 (Facsimile)

             - and –

             Edward C. Dolan
             HOGAN & HARTSON L.L.P.
             Columbia Square
             555 Thirteenth Street, N.W.
             Washington, D.C.  20004-1109