Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 885-5000
Marc E. Richards, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DELPHI CORPORATION | : | Case No. 05-44481 (RDD) |
| Debtors. | : | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KATHLEEN MANGUAL being duly sworn, deposes and says:

1. That I am over 18 years of age, not a party to this action, and reside in New York, New York.

2. That on November 2, 2005, I caused a copy of (i) *Notice of Appearance and Request for Service* to be served upon the parties annexed hereto on Exhibit A by First Class Mail.

/s/ Kathleen Mangual
Kathleen Mangual

Sworn to before me this
2nd day of November, 2005

/s/ Ruby Hyde
Notary Public

Notary Public, State of New York
No. 01HY6040493
Qualified in Bronx County
Commission Expires April 24, 2005

900202.11000/6435003v.1

## EXHIBIT A

United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

| | | |
|---|---|---|
| David Boyle<br>Airgas, Inc.<br>259 Radnor-Chester Road, Suite 100<br>P.O. Box 6675<br>Radnor, PA 19087-8675 | Wallace A. Showman<br>Ajamie LLP<br>1350 Avenue of the Americas<br>29th Floor<br>New York, NY 10019 | Thomas A. Ajamie<br>Ajamie LLP<br>711 Louisiana<br>Suite 2150<br>Houston, TX 77002 |
| Leigh Walzer<br>Angelo, Gordon & Co.<br>245 Park Avenue<br>26th Floor<br>New York, NY 10167 | Darryl S. Laddin<br>Arnall Golden Gregory LLP<br>171 17th Street NW<br>Suite 2100<br>Atlanta, GA 30363-1031 | Heath J. Vicente<br>Arnall Golden Gregory LLP<br>171 17th Street NW<br>Suite 2100<br>Atlanta, GA 30363-1031 |
| William J. Barrett<br>Barack, Ferrazzano, Kirschbaum Perlman,<br>& Nagelberg LLP<br>333 West Wacker Drive, Suite 2700<br>Chicago, IL 60606 | Kimberly J. Robinson<br>Barack, Ferrazzano, Kirschbaum Perlman,<br>& Nagelberg LLP<br>333 West Wacker Drive, Suite 2700<br>Chicago, IL 60606 | Michael K. McCrory<br>Wendy D. Brewer<br>Barnes & Thornburg LLP<br>11 S. Meridian Street<br>Indianapolis, IN 46204 |
| Alan K. Mills<br>Barnes & Thornburg LLP<br>11 S. Meridian Street<br>Indianapolis, IN 46204 | John T. Gregg<br>Barnes & Thornburg LLP<br>300 Ottawa Avenue, NW<br>Suite 500<br>Grand Rapids, MI 49503 | Patrick E. Mears<br>Barnes & Thornburg LLP<br>300 Ottawa Avenue, NW<br>Suite 500<br>Grand Rapids, MI 49503 |
| John P. Coffey<br>Bernstein Litowitz Berger & Grossman<br>1285 Avenue of the Americas<br>New York, NY 10019 | Hannah E. Greenwald<br>Bernstein Litowitz Berger & Grossman<br>1285 Avenue of the Americas<br>New York, NY 10019 | Mark D. Debrowski<br>Bernstein Litowitz Berger & Gross<br>1285 Avenue of the Americas<br>New York, NY 10019 |
| Kenneth T. Law, Esq.<br>Bialson, Bergen & Schwab<br>2600 El Camino Real<br>Suite 300<br>Palo Alto, CA 94306 | Lawrence M. Schwab, Esq.<br>Bialson, Bergen & Schwab<br>2600 El Camino Real<br>Suite 300<br>Palo Alto, CA 94306 | Patrick M. Costello, Esq.<br>Bialson, Bergen & Schwab<br>2600 El Camino Real<br>Suite 300<br>Palo Alto, CA 94306 |
| Thomas M. Gaa<br>Bialson, Bergen & Schwab<br>2600 El Camino Real<br>Suite 300<br>Palo Alto, CA 94306 | Jeannette Eisan Hinshaw<br>Bose McKinney & Evans LLP<br>135 N. Pennsylvania Street<br>Suite 2700<br>Indianapolis, IN 46204 | Roger G. Jones<br>Boult, Cummings, Conners & Berr<br>1600 Division Street, Suite 700<br>PO Box 34005<br>Nashville, TN 37203 |

| | | |
|---|---|---|
| Austin L. McMullen<br>Boult, Cummings, Conners & Berry, PLC<br>1600 Division Street, Suite 700<br>PO Box 34005<br>Nashville, TN 37203 | Michael Leo Hall<br>Burr & Forman LLP<br>420 North Twentieth Street<br>Suite 3100<br>Birmingham, AL 35203 | Jonathan Greenberg<br>Cahill Gordon & Reindel LLP<br>80 Pine Street<br>New York, NY 10005 |
| Robert Usadi<br>Cahill Gordon & Reindel LLP<br>80 Pine Street<br>New York, NY 10005 | Jonathan Greenberg<br>Cahill, Gordon & Reindel, LLP<br>Eighty Pine Street<br>New York, NY 10005-1702 | Aaron R. Cahn<br>Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005 |
| Deborah M. Buell<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 | Joseph J. Vitale<br>Cohen, Weiss & Simon LLP<br>330 West 42nd Street<br>New York, NY 10036 | Scott D. Rosen, Esq.<br>Cohn Birnbaum & Shea P.C.<br>100 Pearl Street, 12th Floor<br>Hartford, CT 06103 |
| Jeffrey C. Wisler, Esq.<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 | Mark Lee, Janice Stanton, Bill Raine, Seth Lax<br>Contrarian Capital Management, L.L.C.<br>411 West Putnam Avenue, Suite 225<br>Greenwich, CT 06830 | Robert Szwajkos<br>Curtin & Heefner, LLP<br>250 N. Pennslyvania Avenue<br>Morrisville, PA 19067 |
| Daniel P. Mazo<br>Curtin & Heefner, LLP<br>250 N. Pennslyvania Avenue<br>Morrisville, PA 19067 | Andrew M. Thau<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178-0061 | Steven J. Reisman<br>Curtis, Mallet-Prevost, Colt & Mos<br>101 Park Avenue<br>New York, NY 10178-0061 |
| David S. Karp<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178-0061 | William F. Savino<br>Damon & Morey LLP<br>1000 Cathedral Place<br>298 Main Street<br>Buffalo, NY 14202-4096 | Carol Sowa<br>Denso International America, Inc.<br>24777 Denso Drive<br>Southfield, MI 48086 |
| Gerard DiConza, Esq.<br>DiConza Law, P.C.<br>630 Third Avenue, 7th Floor<br>New York, NY 10017 | Richard M. Kremen<br>Maria Ellena Chavez-Ruark<br>DLA Piper Rudnick Gray Cary US LLP<br>6225 Smith Avenue<br>Baltimore, MD 21209-3600 | Andrew C. Kassner<br>Drinker Biddle & Reath LLP<br>18th & Cherry Streets<br>Philadelphia, PA 19103 |
| David B. Aaronson<br>Drinker Biddle & Reath LLP<br>18th & Cherry Streets<br>Philadelphia, PA 19103 | Margery N. Reed, Esq.<br>Duane Morris LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196 | Wendy M. Simkulak, Esq.<br>Duane Morris LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196 |
| Gary E. Green<br>Fagel Haber LLC<br>55 East Monroe<br>40th Floor<br>Chicago, IL 60603 | Lauren Newman<br>Fagel Haber LLC<br>55 East Monroe<br>40th Floor<br>Chicago, IL 60603 | Michael J. Viscount, Jr.<br>Fox Rothschild LLP<br>1301 Atlantic Avenue<br>Suite 400<br>Atlantic City, NJ 08401-7212 |

21435391v1
900202.11000/6435003v.1

| | | |
|---|---|---|
| Fred Stevens<br>Fox Rothschild LLP<br>13 East 37th Street<br>Suite 800<br>New York, NY 10016 | Eric Wainer<br>Gazes LLC<br>32 Avenue of the Americas<br>Suite 1800<br>New York, NY 10013 | Ian J. Gazes<br>Gazes LLC<br>32 Avenue of the Americas<br>New York, NY 10013 |
| Craig P. Rieders, Esq.<br>Genovese Joblove & Battista, P.A.<br>100 S.E. 2nd Street<br>Suite 4400<br>Miami, FL 33131 | Peter D. Bilowz<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA 02110-333 | Geoffrey C. Jarvis<br>Grant & Eisenhofer P.A.<br>1201 North Market Street<br>Suite 2100<br>Wilmington, DE 19801 |
| Sharan Nirmul<br>Grant & Eisenhofer P.A.<br>1201 North Market Street<br>Suite 2100<br>Wilmington, DE 19801 | Jay W. Eisenhofer<br>Grant & Eisenhofer P.A.<br>45 Rockefeller Center<br>650 Fifth Avenue<br>New York, NY 10111 | Cherie Macdonald<br>J. Patrick Bradley<br>Greensfelder, Hemker & Gale, P.C.<br>10 S. Broadway, Suite 200<br>St. Louis, MO 63102 |
| Tillie Lim, Esq.<br>HAL/ERC-Legal<br>50 Prospect Avenue<br>Tarrytown, NY 10591 | Alan D. Halperin<br>Christopher J. Battaglia<br>Halperin Battaglia Raicht, LLP<br>555 Madison Avenue, 9th Floor<br>New York, NY 10022 | Anne Marie Kennelly<br>Hewlett-Packard Company<br>3000 Hanover St., M/S 1050<br>Palo Alto, CA 94304 |
| Kenneth F. Higman<br>Hewlett-Packard Company<br>2125 E. Katella Avenue<br>Suite 400<br>Anaheim, CA 92806 | Sharon Petrosino<br>Hewlett-Packard Company<br>420 Mountain Avenue<br>Murray Hill, NJ 07974 | Glen Dumont<br>Hewlett-Packard Company<br>420 Mountain Avenue<br>Murray Hill, NJ 07974 |
| Cheryl R. Storie<br>Hodgson Russ LLP<br>One M&T Plaza<br>Suite 2000<br>Buffalo, NY 14203 | Stephen H. Gross, Esq.<br>Hodgson Russ LLP<br>Carnegie Hall Tower<br>152 West 57th Street, 35th Street<br>New York, NY 10019 | Peter A. Zisser<br>Holland & Knight LLP<br>195 Broadway<br>New York, NY 10007 |
| Elizabeth K. Flaagan<br>Holme Roberts & Owen, LLP<br>1700 Lincoln<br>Suite 4100<br>Denver, CO 80203 | Frank L. Gorman, Esq.<br>Honigman Miller Schwartz & Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583 | Robert B. Weiss, Esq.<br>Honigman Miller Schwartz & Cohn<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583 |
| Robert B. Weiss, Frank L. Gorman<br>Honigman, Miller, Schwartz &Cohn, LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583 | John P. Sieger, Esq.<br>Katten Muchin Rosenman LLP<br>525 West Monroe Street<br>Chicago, IL 60661 | Steve Kieselstein<br>Kieselstein Lawfirm PLLC<br>43 British American Boulevard<br>Latham, NY 12110 |
| Geoffrey A. Richards<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601 | Edward M. Fox<br>Kirkpatrick & Lockhart Nicholson<br>  Graham LLP<br>599 Lexington Avenue<br>New York, NY 10022 | Sam O. Simmerman<br>Krugliak, Wilkins, Griffiths & Dougherty<br>CO., L.P.A.<br>4775 Munson Street N.W.<br>Canton, OH 44735-6963 |

| | | |
|---|---|---|
| Rob Charles, Esq.<br>Lewis & Roca LLP<br>One South Church Street<br>Suite 700<br>Tucson, AZ 85701 | Susan M. Freeman, Esq.<br>Lewis & Roca LLP<br>40 North Central Avenue<br>Suite 1900<br>Phoenix, AZ 85004-4429 | John England, Esq.<br>Linear Technology Corporation<br>1630 McCarthy Blvd.<br>Milpitas, CA 95035-7417 |
| Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>1949 South IH 35 (78741)<br>P.O. Box 17428<br>Austin, TX 78760-7428 | Elizabeth Weller<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street<br>Suite 1600<br>Dallas, TX 75201 | William M. Hawkins<br>Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY 10154 |
| Timothy S. McFadden<br>Lord, Bissel & Brook<br>115 South LaSalle Street<br>Chicago, IL 60603 | Timothy W. Brink<br>Lord, Bissel & Brook<br>115 South LaSalle Street<br>Chicago, IL 60603 | Kevin J. Walsh<br>Rocco N. Covino<br>Lord, Bissel & Brook LLP<br>885 Third Avenue, 26th Floor<br>New York, NY 10022-4802 |
| Michael S. Etikin<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 | Ira M. Levee<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 | Kenneth A. Rosen<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 |
| Scott Cargill<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 | Michael S. Etikin<br>Lowenstein Sandler PC<br>1251 Avenue of the Americas<br>18th Floor<br>New York, NY 10020 | Ira M. Levee<br>Lowenstein Sandler PC<br>1251 Avenue of the Americas<br>18th Floor<br>New York, NY 10020 |
| Jeffrey M. Levinson, Esq.<br>Leah M. Caplan, Esq.<br>Margulies & Levinson, LLP<br>30100 Chagrin Boulevard, Suite 250<br>Pepper Pike, OH 44124 | David J. Adler, Jr. Esq.<br>McCarter & English, LLP<br>245 Park Avenue, 27th Floor<br>New York, NY 10167 | James M. Sullivan<br>McDermott Will & Emery LLP<br>50 Rockefeller Plaza<br>New York, NY 10020 |
| Jean R. Robertson, Esq.<br>McDonald Hopkins Co., LPA<br>600 Superior Avenue, East<br>Suite 2100<br>Cleveland, OH 44114 | Scott N. Opincar, Esq.<br>McDonald Hopkins Co., LPA<br>600 Superior Avenue, E.<br>Suite 2100<br>Cleveland, OH 44114 | Shawn M. Riley, Esq.<br>McDonald Hopkins Co., LPA<br>600 Superior Avenue, E.<br>Suite 2100<br>Cleveland, OH 44114 |
| Jeffrey Bernstein, Esq.<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>100 Mulberry Street, Three Gateway Center<br>Newark, NJ 07102-4079 | Lowell Peterson, Esq.<br>Meyer, Suozzi, English & Klein, P.C.<br>1350 Broadway<br>Suite 501<br>New York, NY 10018 | Dennis J. Raternink<br>Michigan Depart. of Labor & Econ<br>Growth, Worker's Compensation A<br>PO Box 30736<br>Lansing, MI 48909-7717 |
| Thomas P. Sarb, Robert D. Wolford<br>& Miller Johnson<br>250 Monroe Avenue, N.W.<br>Suite 800, PO Box 306<br>Grand Rapids, MI 49501-0306 | Timothy A. Fusco<br>Miller, Canfield, Paddock & Stone, P.L.C.<br>150 W. Jefferson Avenue<br>Suite 2500<br>Detroit, MI 48226 | Jeff Ott<br>Molex Connector Corp<br>2222 Wellington Ct.<br>Lisle, IL 60532 |

Richard W. Esterkin, Esq.
Morgan, Lewis & Bockius LLP
300 South Grand Avenue
Los Angeles, CA 90017

William C. Heuer, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

Joseph T. Moldovan
Michael R. Dal Lago
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Raymond J. Urbanik, Esq., Joseph J.
Wielebinski, Esq. & Davor Rukavina, Esq.
Munsch Hardt Kopf & Harr, P.C.
1445 Ross Avenue, 4000 Fountain Pl.
Dallas, TX 75202-2790

Lisa M. Moore
National City Commercial Capital
995 Dalton Avenue
Cincinnati, OH 45203

Bradley E. Beckworth
Nix, Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield, TX 75638

Jeffrey J. Angelovich
Nix, Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield, TX 75638

Susan Whatley
Nix, Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield, TX 75638

Elizabeth L. Abdelmasieh, Esq
Norris, McLaughlin & Marcus
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876

Frederick D. Holden, Jr., Esq.
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105

Alyssa Englund, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

Ralph L. Landy
Pension Benefit Guaranty Corpora
1200 K. Street, N.W.
Washington, DC 20005-4026

Charles J. Filardi, Jr., Esq.
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890

Francis J. Lawall
Pepper, Hamilton LLP
3000 Two logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

Anne Marie Aaronson
Pepper, Hamilton LLP
3000 Two logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

Sandra A. Riemer, Esq.
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103

Brett S. Moore, Esq.
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07960

John S. Mairo, Esq.
Porzio, Bromberg & Newman, P.C
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07960

Jason Pickering, Esq.
QAD, Inc.
10,000 Midlantic Drive
Mt. Laurel, NJ 08054

Andrew Herenstein
Quadrangle Debt Recovery Advisors LLC
375 Park Avenue, 14th Floor
New York, NY 10152

Patrick Bartels
Quadrangle Group LLC
375 Park Avenue, 14th Floor
New York, NY 10152

John A. Harris
Quarles & Brady Streich Lang LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

Scott R. Goldberg
Quarles & Brady Streich Lang LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

Joseph Lapinsky
Republic Engineered Products, Inc
3770 Embassy Parkway
Akron, OH 44333

Joseph E. Shickich, Jr.
Riddell Williams P.S.
1001 4th Ave.
Suite 4500
Seattle, WA 98154-1195

Charles E. Boulbol, P.C.
Russell Reynolds Associates, Inc.
26 Broadway, 17th Floor
New York, NY 10004

Michael Yarnoff
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

21435391v1
900202.11000/6435003v.1

| | | |
|---|---|---|
| Sean M. Handler<br>Schiffrin & Barroway, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 | Paul M. Baisier, Esq.<br>Seyfarth Shaw LLP<br>1545 Peachtree Street, N.E.<br>Suite 700<br>Atlanta, GA 30309-2401 | Robert W. Dremluk, Esq.<br>Seyfarth Shaw LLP<br>1270 Avenue of the Americas<br>Suite 2500<br>New York, NY 10020-1801 |
| Jennifer L. Adamy<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1919 | Andrew H. Sherman<br>Sills, Cummis Epstein & Gross, P.C.<br>30 Rockefeller Plaza<br>New York, NY 10112 | Jack M. Zackin<br>Sills, Cummis Epstein & Gross, P.C.<br>30 Rockefeller Plaza<br>New York, NY 10112 |
| Kenneth S. Ziman, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 | William T. Russell, Jr., Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 | Kathleen M. Miller<br>Smith, Katzenstein & Furlow LLP<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE 19899 |
| Lloyd B. Sarakin, Chief Counsel, Finance & Credit<br>Sony Electronics Inc.<br>1 Sony Drive, MD #1 E-4<br>Park Ridge, NJ 07656 | Michael L. Schein, Esq.<br>Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.<br>666 Third Avenue<br>New York, NY 10017 | Chester B. Salomon, Esq.<br>Constantine D. Pourakis, Esq.<br>Stevens & Lee, P.C.<br>485 Madison Avenue, 20th Floor<br>New York, NY 10022 |
| Mark A. Shaiken<br>Stinson Morrison Hecker LLP<br>1201 Walnut Street<br>Kansas City, MO 64106 | Madison L. Cashman<br>Stites & Harbison PLLC<br>424 Church Street<br>Suite 1800<br>Nashville, TN 37219 | Robert C. Goodrich, Jr.<br>Stites & Harbison PLLC<br>424 Church Street<br>Suite 1800<br>Nashville, TN 37219 |
| W. Robinson Beard, Esq.<br>Stites & Harbison, PLLC<br>400 West Market Street<br>Louisville, KY 40202 | Jonathan P. Guy<br>Swidler Berlin LLP<br>The Washington Harbour<br>3000 K Street, N.W. Suite 300<br>Washington, DC 20007 | Richard H. Wyron<br>Swidler Berlin LLP<br>The Washington Harbour<br>3000 K Street, N.W. Suite 300<br>Washington, DC 20007 |
| Matthew W. Cheney<br>Swidler Berlin LLP<br>The Washington Harbour<br>3000 K Street, N.W. Suite 300<br>Washington, DC 20007 | Robert N. Steinwurtzel<br>Swidler Berlin LLP<br>The Washington Harbour<br>3000 K Street, N.W. Suite 300<br>Washington, DC 20007 | Roger Frankel<br>Swidler Berlin LLP<br>The Washington Harbour<br>3000 K Street, N.W. Suite 300<br>Washington, DC 20007 |
| Richard L. Ferrell<br>Taft, Stettinius & Hollister LLP<br>425 Walnut Street<br>Suite 1800<br>Cincinnati, OH 45202-3957 | Rhett G. Cambell<br>Thompson & Knight<br>333 Clay Street<br>Suite 3300<br>Houston, TX 77002 | Jill Levi, Esq.<br>Todd & Levi, LLP<br>444 Madison Avenue<br>Suite 1202<br>New York, NY 10022 |
| Albert Togut, Esq.<br>Togut, Segal & Segal LLP<br>One Penn Plaza<br>Suite 3335<br>New York, NY 10119 | David Jury, Esq., United Steel, Paper & Forestry, Rubber, Mfg., Energy, Allied Indus. & Sv. Wkrs., Intl. Union, AFL-CIO<br>Five Gateway Center, Suite 807<br>Pittsburgh, PA 15222 | Robert J. Sidman, Esq.<br>Vorys, Sater, Seymour & Pease LLP<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43216-1008 |

| | | |
|---|---|---|
| David E. Lemke, Esq.<br>Waller Lansden Dortch & Davis, PLLC<br>511 Union Street<br>Suite 2700<br>Nashville, TN 37219 | Robert J. Welhoelter, Esq.<br>Waller Lansden Dortch & Davis, PLLC<br>511 Union Street<br>Suite 2700<br>Nashville, TN 37219 | Gordon J. Toering<br>Warner Norcross & Judd LLP<br>900 Fifth Third Center<br>111 Lyon Street, N.W.<br>Grand Rapids, MI 49503 |
| Michael G. Cruse<br>Warner Norcross & Judd LLP<br>2000 Town Center<br>Suite 2700<br>Southfield, MI 48075 | Jeffrey L. Tanenbaum, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Martin J. Bienenstock, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Michael P. Kessler, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Martin J. Bienenstock, Michael Kessler,<br>Jeffrey L. Tanenbaum<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Steven M. Cimalore, Vice President<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890 |
| Stuart Krause<br>Zeichner Ellman & Krause LLP<br>575 Lexington Avenue<br>New York, NY 10022 | Peter Janovsky<br>Zeichner Ellman & Krause LLP<br>575 Lexington Avenue<br>New York, NY 10022 | Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098 |
| Alicia M. Leonhard, Esquire<br>United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Andrew D. Gottfried, Esquire<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178-0060 | Ronald S. Pretekin<br>Steven M. Wachstein; and Sylvie J. De<br>Coolidge, Wall, Womsley & Lombard<br>L.P.A.<br>33 West First Street, Suite 600<br>Dayton, OH 45402 |
| Patrick J. Healy<br>Daniel R. Fisher, Esquire<br>Law Debenture Trust Company of NY<br>767 Third Avenue, 31st Floor<br>New York, NY 10017 | Robert J. Stark, Esquire<br>Brown Rudnick Berlack Israels LLP<br>Seven Times Square<br>New York, NY 10036 | W. Joe Wilson, Esquire<br>Tyler Cooper & alcorn, LLP<br>CityPlace – 35th Floor<br>Hartford, CT 06103-3488 |
| Jeffrey S. Posta, Esquire<br>Sterns & Weinroth, P.C.<br>50 West State Street, Suite 1400<br>P.O. Box 1298<br>Trenton, NJ 08607-1298 | Michael L. Cook, Esquire<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022 | Laurence Roach<br>Panasonic Automotive Systems Co<br>of America, Div. of Panasonic Cor<br>of North America<br>776 Hwy. 74 South<br>Peachtree City, GA 30269 |
| Stephen B. Selbst, Esquire<br>James M. Sullivan, Esquire<br>McDermott Will & Emery LLP<br>50 Rockefeller Plaza<br>New York, NY 10020<br>(Counsel for National Semiconductor Corporation) | Elena Lazarou, Esquire<br>Reed Smith LLP<br>599 Lexington Avenue, 29th Floor<br>New York, NY 10022 | Charles J. Filardi, Jr., Esquire<br>Pepe & Hazard LLP<br>30 Jelliff Lane<br>Southport, CT 06890-1436 |
| Robert J. Dehney, Esquire<br>Michael G. Busenkell, Esquire<br>Morris, Nichols, Arsht and Tunnell<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Scott L. Hazan, Esquire<br>Melissa A. Hager, Esquire<br>Otterbourg, Steindler, Houston & Rosen, P.C.<br>Counsel for Sharp Electronics Corporation<br>230 Park Avenue<br>New York, NY 10169 | Thomas Moers Mayer, Esquire<br>Gordon Z. Novod, Esquire<br>Kramer Levin Naftalis & Frankel I<br>1177 Avenue of the Americas<br>New York, NY 10036 |

21435391v1
900202.11000/6435003v.1

Pg 9 of 9

<div style="columns: 3">

Ayala Hassell, Esquire
Electronic Data Systems Corporation
EDS Information Services, L.L.C.
5400 Legacy Drive
Mail Stop H3-3A-05
Plano, TX  75024

Linda J. Casey, Esquire
Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799

Michelle Carter, Esquire
James A. Pardo, Jr., Esquire
King & Spalding LLP
191 Peachtree Street, Suite 4900
Atlanta, GA  30303-1763

David N. Crapo, Esquire
Gibbons, Del Deo, Dolan, Griffinger & Vecchione, a Professional Corporation
One Riverfront Plaza
Newark, NJ  07102-5497

William J. Hanlon, Esquire
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA  02210

Henry Jaffe, Esquire
Pepper Hamilton, LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE  19899-1709

John E. Cipriano
Assistant General Counsel
Mitsubishi Electric & Electronics USA, Inc.
500 Corporate Woods Parkway
Vernon Hills, IL  60061

Ronald S. Beacher, Esquire
Pitney Hardin LLP
7 Times Square
New York, NY  10036

George B. South III, Esquire
Alexandra B. Feldman, Esquire
King & Spalding LLP
1185 Avenue of the Americas
New York, NY  10036

J. Eric Charlton, Esquire
Hiscock & Barclay, LLP
Attorneys for GW Plastics, Inc.
300 South Salina Street
One Park Place, P.O. Box 4878
Syracuse, NY  13221-4878

William I. Kohn, Esquire
Michael Yetnikoff, Esquire
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL  60066

</div>

21435391v1
900202.11000/6435003v.1