UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
In re:                                              :
                                                    :   Chapter 11
DELPHI CORPORATION, *et al.*,                       :   Case No. 05-44481 (RDD)
                                                    :   (Jointly Administered)
        Debtors                                     :
------------------------------------------------------x

<u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>

     PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. P. 9010(b), the undersigned is appearing as counsel for FCI Canada Inc., FCI Electronics Mexido, S. de R.L. de C.V., FCI USA, Inc., FCI Brasil, Ltda., FCI Automotive Deutschland GmbH, and FCI Italia S. p.A. (together "FCI USA") in connection with the above-captioned Chapter 11 case and requests that all notices given or required to be given in this case and all papers served in this case be given to or served upon the undersigned at the office address, fax number and telephone number set forth below.

     PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in Fed R. Bankr. P. 2002, but also includes, without limitation, any and all other notices, applications, motions, petitions, pleadings, requests, complaints and demands, whether made in writing, telephonically, electronically or otherwise, which affect or seek to affect in any way the Debtor, property of the Debtor, property of the estate or any of FCI USA's rights or interests with respect to the Debtor, property of the Debtor or property of the estate.

Dated: Portland, Maine
       November 2, 2005

          Respectfully Submitted,

          PIERCE ATWOOD LLP

          /s/ Jacob A. Manheimer
          Jacob A. Manheimer, Esq. (JM 9540)
          Keith J. Cunningham, Esq.
          One Monument Square
          Portland, ME 04101
          (207) 791-1100 (Phone)
          (207) 791-1350 (Facsimile)
          jmanheimer@pierceatwood.com
          kcunningham@pierceatwood.com

## CERTIFICATE OF SERVICE

I, Jacob A. Manheimer, Esq., certify that I am, and at all times during the service of process was, not less than 18 years of age. I further certify that service of the foregoing Notice of Appearance and Request for Service of Papers was made to those listed on the attached service list, by the method indicated on the attached service list, on the date set forth below.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: Portland, Maine
November 2, 2005

/s/ Jacob A. Manheimer
Jacob A. Manheimer, Esq. (JM 9540)
Attorneys for FCI USA
PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100 (Phone)
(207) 791-1350 (Fax)
jmanheimer@pierceatwood.com

{W0412693.1}                              2

## SERVICE LIST

**Electronic Notice Parties**: Electronic notice of this filing will be sent by operation of the Court's electronic filing system.

- **David B. Aaronson**
  david.aaronson@dbr.com
- **Elizabeth Abdelmasieh**
  eabdelmasieh@nmmlaw.com
- **Franklin C. Adams**
  franklin.adams@bbklaw.com
- **Jason R. Adams**
  jadams@torys.com
- **Jennifer L. Adamy**
  bankruptcy@goodwin.com
- **William J. Barrett**
  william.barrett@bfkpn.com
- **David S. Barritt**
  barritt@chapman.com
- **Douglas P. Baumstein**
  dbaumstein@whitecase.com
- **Ronald Scott Beacher**
  rbeacher@pitneyhardin.com
- **W. Robinson Beard**
  jkirk@stites.com
- **Howard S. Beltzer**
  hbeltzer@whitecase.com Stacy_Knobloch@NY_Whitecase.com
- **Jeffrey Bernstein**
  jb@carpben.com ssolazzo@carpben.com
- **Charles E. Boulbol**
  rtrack@msn.com
- **Wendy D. Brewer**
  wendy.brewer@btlaw.com bankruptcyindy@btlaw.com
- **Timothy W. Brink**
  tbrink@lordbissell.com
- **James L. Bromley**
  maofiling@cgsh.com maofiling@cgsh.com
- **Mark A. Broude**
  mark.broude@lw.com
- **Deborah M. Buell**
  maofiling@cgsh.com
- **John Wm. Butler**
  jbutler@skadden.com
- **Aaron R. Cahn**
  cahn@clm.com cahn@clm.com

- **Judy B. Calton**
  jcalton@honigman.com
- **Scott Cargill**
  scargill@lowenstein.com jkramer@lowenstein.com;hpetersen@lowenstein.com
- **Michelle Carter**
  mcarter@kslaw.com
- **Madison L. Cashman**
  nashvillebankruptcyfilings@stites.com
- **George B. Cauthen**
  george.cauthen@nelsonmullins.com
- **Eric J. Charlton**
  echarlton@hiscockbarclay.com
- **Maria E. Chavez-Ruark**
  maria.ruark@dlapiper.com richard.kremen@dlapiper.com
- **David D. Cleary**
  dcleary@mwe.com
- **Tiffany Strelow Cobb**
  tscobb@vssp.com cdfricke@vssp.com;elcalhoun@vssp.com
- **Susan M. Cook**
  smcook@lambertleser.com
- **David N. Crapo**
  dcrapo@gibbonslaw.com
- **Michael G. Cruse**
  mcruse@wnj.com
- **Vincent D'Agostino**
  vdagostino@lowenstein.com
- **Jeffry A. Davis**
  jeffdavis@graycary.com
- **Robert Dehney**
  rdehney@mnat.com
  gsaydah@mnat.com;cmiller@mnat.com;dbutz@mnat.com;dabbott@mnat.com;jcincilla@mnat.com;wlamotte@mnat.com
- **Gerard DiConza**
  gdiconza@dlawpc.com
- **Maria J. DiConza**
  diconzam@gtlaw.com
- **Robert W. Dremluk**
  rdremluk@seyfarth.com
  rlauter@seyfarth.com,etrybantelser@cityofchicago.org,pbaisier@seyfarth.com
- **Robert L. Eisenbach**
  reisenbach@cooley.com
- **Judith Elkin**
  judith.elkin@haynesboone.com
- **Alyssa Englund**
  aenglund@orrick.com

- **Robert Michael Farquhar**
  mfarquhar@winstead.com
- **Bonnie Glantz Fatell**
  fatell@blankrome.com recchiuti@blankrome.com
- **Richard L. Ferrell**
  Ferrell@taftlaw.com
- **Charles J. Filardi**
  cfilardi@pepehazard.com
- **Edward M. Fox**
  efox@klng.com
- **Timothy A. Fusco**
  fusco@millercanfield.com
- **Thomas M. Gaa**
  tgaa@bbslaw.com clee@bbslaw.com
- **Yann Geron**
  nybkfilings@foxrothschild.com ygeron@foxrothschild.com
- **Scott A. Golden**
  sagolden@hhlaw.com khseal@hhlaw.com
- **Robert C. Goodrich**
  nashvillebankruptcyfilings@stites.com
- **Warren R. Graham**
  wrg@dmlegal.com ak@dmlegal.com;cfs@dmlegal.com
- **Gary E. Green**
  ggreen@fagelhaber.com
- **John T. Gregg**
  jgregg@btlaw.com
- **Jonathan P. Guy**
  jpguy@swidlaw.com
- **Michael Leo Hall**
  mhall@burr.com
- **Alan D. Halperin**
  ahalperin@halperinlaw.net
  cbattaglia@halperinlaw.net;eganc@halperinlaw.net;cmitchell@halperinlaw.net
- **William J. Hanlon**
  whanlon@seyfarth.com bosuscourt@seyfarth.com
- **Brian W. Harvey**
  bharvey@goodwinprocter.com bharvey@goodwinprocter.com
- **William M. Hawkins**
  whawkins@loeb.com
- **William Heuer**
  wheuer@morganlewis.com
- **Jeannette Eisan Hinshaw**
  jhinshaw@boselaw.com pdidandeh@boselaw.com
- **Shannon E. Hoff**
  shoff@burr.com

{W0412693.1}

- **John J. Hunter**
  jrhunter@hunterschank.com sharonaldrich@hunterschank.com
- **Michael G. Insalaco**
  minsalaco@zeklaw.com
- **Hilary Jewett**
  hjewett@foley.com
- **Roger G. Jones**
  rjones@bccb.com
- **Andrew C. Kassner**
  andrew.kassner@dbr.com
- **Tracy L. Klestadt**
  tklestadt@klestadt.com tklestadt@gmail.com;jross@klestadt.com
- **Hanan B. Kolko**
  hkolko@msek.com
- **Alan M. Koschik**
  akoschik@brouse.com
- **Lawrence J. Kotler**
  ljkotler@duanemorris.com
- **Stuart A. Krause**
  skrause@zeklaw.com
- **Duane Kumagai**
  dkumagai@rutterhobbs.com
- **Darryl S. Laddin**
  bkrfilings@agg.com
- **Elena Lazarou**
  elazarou@reedsmith.com elazarou@reedsmith.com,cwilliams@reedsmith.com
- **David E. Lemke**
  david.lemke@wallerlaw.com
  cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;wallerbankruptcy@wallerlaw.com
- **Ira M. Levee**
  ilevee@lowenstein.com
- **Jill Levi**
  jlevi@toddlevi.com drosenberg@toddlevi.com
- **Jeffrey M. Levinson**
  jml@ml-legal.com
- **Kenneth M. Lewis**
  klewis@rosenpc.com rpc@rosenpc.com
- **Kim Martin Lewis**
  brandy.mcqueary@dinslaw.com john.persiani@dinslaw.com
- **Eric Lopez Schnabel**
  schnabel@klettrooney.com
- **A. Peter Lubitz**
  plubitz@schiffhardin.com
- **John S. Mairo**
  jsmairo@pbnlaw.com

{W0412693.1}

- **Kayalyn A. Marafioti**
  kmarafio@skadden.com jharring@skadden.com
- **Ilan Markus**
  imarkus@tylercooper.com
- **Thomas J. Matz**
  tmatz@skadden.com
- **Daniel P. Mazo**
  dpm@curtinheefner.com
- **Michael K. McCrory**
  michael.mccrory@btlaw.com vance.donahue@btlaw.com
- **Ralph E. McDowell**
  rmcdowell@bodmanllp.com
- **Austin L. McMullen**
  amcmulle@bccb.com
- **Patrick E. Mears**
  patrick.mears@btlaw.com
- **Derek F. Meek**
  dmeek@burr.com
- **Robert N. Michaelson**
  rmichaelson@kl.com
- **Kathleen M. Miller**
  kmm@skfdelaware.com tlc@skfdelaware.com
- **Alan K. Mills**
  amills@btlaw.com
- **Joseph Thomas Moldovan**
  bankruptcy@morrisoncohen.com mdallago@morrisoncohen.com
- **James P. Moloy**
  jmoloy@dannpecar.com
- **Audrey E. Moog**
  amoog@hhlaw.com
- **Brian F. Moore**
  bmoore@mccarter.com
- **Alisa Mumola**
  alisa@contrariancapital.com
- **James P. Murphy**
  murph@berrymoorman.com
- **Lauren Newman**
  inewman@fagelhaber.com
- **Gordon Z. Novod**
  gnovod@kramerlevin.com
- **Ingrid S. Palermo**
  ipalermo@hselaw.com
- **Anne M. Peterson**
  apeterson@phillipslytle.com
- **Lowell Peterson**
  lpeterson@msek.com

- **Ronald R. Peterson**
  rpeterson@jenner.com anicoll@jenner.com
- **Alex Pirogovsky**
  apirogovsky@uhlaw.com
- **Leslie A. Plaskon**
  leslieplaskon@paulhastings.com
- **Jeffrey S. Posta**
  jposta@sternslaw.com
- **Constantine Pourakis**
  cp@stevenslee.com
- **Paul A. Rachmuth**
  prachmuth@andersonkill.com bfiling@andersonkill.com
- **Steven J. Reisman**
  sreisman@cm-p.com athau@cm-p.com;jdecristofaro@cm-p.com;jbarucha@cm-p.com;webmaster@docketware.com;mharwood@cm-p.com;kparker@cm-p.com
- **Kenneth A. Reynolds**
  kar@pryormandelup.com
- **Geoffrey A. Richards**
  grichards@kirkland.com
- **Craig Philip Rieders**
  crieders@gjb-law.com;gisabelle@gjb-law.com gisabelle@gjb-law.com;bamron@gjb-law.com
- **Sandra A. Riemer**
  sriemer@phillipsnizer.com mfay@phillipsnizer.com
- **Jean R. Robertson**
  jrobertson@mcdonaldhopkins.com
- **Scott D. Rosen**
  srosen@cb-shea.com
- **Paul M. Rosenblatt**
  prosenblatt@kilpatrickstockton.com
- **Robert B. Rubin**
  brubin@burr.com
- **Chester B. Salomon**
  cs@stevenslee.com
- **Diane W. Sanders**
  austin.bankruptcy@publicans.com
- **Thomas P. Sarb**
  ecfsarbt@millerjohnson.com
- **William F. Savino**
  wsavino@damonmorey.com
- **Thomas J. Schank**
  tomschank@hunterschank.com tammymaus@hunterschank.com
- **Michael L. Schein**
  mlschein@mintz.com ereyes@mintz.com;skhoos@mintz.com
- **Charles P. Schulman**
  cschulman@sachnoff.com

{W0412693.1}

- **Bryan I. Schwartz**
  bschwartz@lplegal.com
- **Jay Selanders**
  selanders@danielsandkaplan.com
- **Mark A. Shaiken**
  mshaiken@stinsonmoheck.com
  dcurran@stinsonmoheck.com;mjerde@stinsonmoheck.com;mleahy@stinsonmoheck.com;bpryor@stinsonmoheck.com;dcross@stinsonmoheck.com;dclark@stinsonmoheck.com;smecham@stinsonmoheck.com;aheppner@stinsonmoheck.com;jhoss@stinsonmoheck.com;atrain;edudley@stinsonmohec
- **Andrea Sheehan**
  sheehan@txschoollaw.com greiner@txschoollaw.com;ashee1@yahoo.com
- **Andrew Howard Sherman**
  asherman@sillscummis.com asherman@sillscummis.com
- **Joseph E. Shickich**
  jshickich@riddellwilliams.com
- **Wallace A. Showman**
  was@showmanlaw.com
- **Robert J. Sidman**
  rjsidman@vssp.com
  bkbowers@vssp.com;eplitfin@vssp.com;cdfricke@vssp.com
- **Sam O. Simmerman**
  sosimmerman@kwgd.com mhelmick@kwgd.com
- **Thomas R. Slome**
  mail@srsllp.com
- **Marc P. Solomon**
  msolomon@burr.com
- **Brian D. Spector**
  bspector@selawfirm.com kdillon@selawfirm.com
- **James M. Sullivan**
  jmsullivan@mwe.com
- **Robert Szwajkos**
  rsz@curtinheefner.com
- **Gordon J. Toering**
  gtoering@wnj.com
- **Laura L. Torrado**
  ltorrado@bear.com msussman@bear.com
- **Raymond J. Urbanik**
  rurbanik@munsch.com
- **Robert Usadi**
  rusadi@cahill.com
- **Shmuel Vasser**
  svasser@EdwardsAngell.com
- **Joseph J. Vitale**
  jvitale@cwsny.com

{W0412693.1}

- **Michael D. Warner**
  bankruptcy@warnerstevens.com
- **Robert K. Weiler**
  rweiler@greenseifter.com lellis@greenseifter.com
- **Elizabeth Weller**
  dallas.bankruptcy@publicans.com
- **Robert A White**
  rwhite@murthalaw.com
- **Robert D. Wolford**
  ecfwolfordr@mjsc.com
- **Stephen L. Yonaty**
  syonaty@hodgsonruss.com
- **Peter Alan Zisser**
  nyc-bkcyecf@hklaw.com

**Manual Notice List**: Notice will be made by U.S. first class mail, postage prepaid to the following parties:


**Mark I Bane**
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

**Glenn P. Berger**
Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016

**Mark G. Claypool**
Knox McLaughlin Gornall & Sennett, P.C.
120 West Tenth Street
Erie, PA 16501-1461

**Michael L. Cook**
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

**Patrick M. Costello**
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palto Alto, CA 94306

**Gary H. Cunningham**
Kramer Mellen, P.C.
3000 Town Center, Ste. 1700
Southfield, MI 48075-1277

**Gary H. Cunningham**
Strobl Cunningham & Sharp, P.C.
300 E. Long Lake Road
Suite 200
Bloomingfield Hills, MI Suite 200

**Craig Alan Damast**
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174

**J. Michael Debbeler**
Graydon, Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202

**Elizabeth K. Flaagan**
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203

**Mark T. Flewelling**
Anglin, Flewelling, Rasmussen, Campbell
& Trytten LLP
199 South Los Robles Avenue
Suite 600
Pasadena, CA 91101

**Lars H. Fuller**
Rothgerber Johson & Lyons, LLP
One Tabor Center
Suite 3000
1200 Seventeenth Street
Denver, CO 80202-5855

**Ira P. Goldberg**
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

{W0412693.1}

**Scott R. Goldberg**
Quarles & Brady Streich Lang, LLP
One Renaissance Sq.
2 N. Central Avenue
Phoenix, AZ 85004-2391

**Andrew D. Gottfried**
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

**Stephen H. Gross**
Hodgson Russ LLP
Carnegie Hall Tower
152 West 57th Street, 35th Floor
New York, NY 10019

**Larry D. Harvey**
Larry D. Harvey P.C.
5290 DTC Parkway
Suite 150
Englewood, CO 80111

**Dion W. Hayes**
McGuireWoods LLP
901 East Cary Street
Richmond, VA 23219-4030

**Thomas H. Keyse**
1700 Lincoln Street
Suite 4000
Denver, CO 80203

**Steve Kieselstein**
Kieselstein LawFirm, PLLC
43 British American Boulevard
Latham, NY 12110

**Alicia M. Leonhard**
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

{W0412693.1}

**Jill Mazer-Marino**
Scarcella Rosen & Slome, LLP
333 Earle Ovington Boulevard
9th Floor
Uniondale, NY 11553

**Timothy S. McFadden**
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, IL 60603

**Thomas C. Pavlik**
Novak, Robenalt, Pavlik
Skylight Office Tower, Suite 270
1660 West Second Street
Cleveland, OH 44113

**Sandra A. Reimer**
666 Fifth Avenue
New York, NY 10103

**Kenneth A. Reynolds**
Pryor & Madelup, LLP
675 Old Country Road
Westbury, NY 11590

**Harold Ritvo**
Harold Ritvo, P.C.
One University Plaza
Hackensack, NJ 07601

**Robert J. Rosenberg**
Latham & Watkins
885 Third Avenue
New York, NY 10022

**Lawrence M. Schwab**
BIALSON, BERGEN & SCHWAB, Esq.
2600 El Camino Real
Suite 300
Palto Alto, CA 94306

**Mark R. Somerstein**
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10178

{W0412693.1}

**Timothy W. Walsh**
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

{W0412693.1}