MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
Jonathan S. Green  (P33140)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 496-7997

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 |
| Plaintiff. | |

**MOTION FOR ADMISSION TO PRACTICE,  *Pro Hac Vice***

I, Jonathan S. Green, a member in good standing of the bar in the State of Michigan and of the bar of the U.S. District Court for the Eastern District of Michigan, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Ford Motor Company and/or other creditors in the above referenced case.  My address is Miller, Canfield, Paddock and Stone, P.L.C., 150 W. Jefferson Avenue, Suite 2500, Detroit, Michigan 48226; e-mail address is greenj@millercanfield.com; and telephone number is (313) 496-7997.  I agree to pay the fee of $25 upon approval by this Court admitting me to practice ***pro hac vice***.

-2-

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: \s\ Jonathan S. Green
     Jonathan S. Green (P33140)
Attorneys for Ford Motor Company
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 963-7997

Dated: November 2, 2005

## ORDER

**ORDERED**,

that Jonathan S. Green, Esq. is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____

                                        _____
                                        UNITED STATES BANKRUPTCY JUDGE

DELIB:2674934.1\129141-00001