HOGAN & HARTSON, L.L.P.
Scott A. Golden, Esq. (SG-6663)
875 Third Avenue
New York, NY  10022
(212) 918-3000

*Counsel for XM Satellite Radio Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------x
In re                                           :
                                                :
DELPHI CORPORATION, <u>et</u> <u>al</u>.,       : Chapter 11
                                                :
                                                : Case No. 05-44481 (RDD)
              Debtors.                          :
                                                : (Jointly Administered)
                                                :
                                                :
------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Kristin Seal being duly sworn, deposes and says:

I am over the age of 18 and I am employed with the law firm of Hogan & Hartson L.L.P., 875 Third Avenue, New York, NY  10022.

On November 2, 2005, I caused a copy of the following documents:

1)   Notice of Appearance and Demand for Service of Papers; and

2)   Verified Statement of Hogan & Hartson L.L.P. Pursuant to Federal Rule of Bankruptcy Procedure 2019

to be served upon the parties identified on Exhibit A attached hereto via FIRST CLASS MAIL by placing a true copy of same, enclosed in a postpaid wrapper and depositing same in an official

\\\NY - 68843/0002 - 917789 v1

depository under the exclusive care and custody of the U.S. Postal Service within the State of

New York.

          /s/ Kristin Seal
          Kristin Seal

Sworn to and Subscribed by me this
2nd day of November, 2005

/s/ Brian J. Grieco
Brian J. Grieco
Notary Public, State of New York
Reg. No: 02GR6090880
Qualified in Suffolk County
Commission Expires April 21, 2007

EXHIBIT A

<u>Via First Class Mail</u>

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>John Wm. Butler<br>John K. Lyons<br>Ron E. Meisler<br>333 W. Wacker Dr.<br>Suite 2100<br>Chicago, IL 60606 | Skadden, Arps, Slate, Meagher & Flom LLP<br>Kayalyn A. Marafioti<br>Thomas J. Matz<br>4 Times Square<br>P.O. Box 300<br>New York, NY 10036 |
| Delphi Corporation<br>Sean Corcoran<br>Karen Craft<br>5725 Delphi Drive<br>Troy, MI 48098 | Capital Research and Management Company<br>Michelle Robson<br>11100 Santa Monica Blvd<br>15th Floor<br>Los Angeles, CA  90025 |
| Cohen Weiss & Simon<br>Bruce Simon<br>330 W. 42nd Street<br>New York, NY 10036 | Curtis, Mallet-Prevost, Colt & Mosle LLP<br>Steven J. Reisman<br>101 Park Avenue<br>New York , NY  10178-0061 |
| Davis Polk & Wardwell<br>Donald Bernstein<br>450 Lexington Avenue<br>New York, NY 10017 | Electronic Data Systems Corp.<br>Michael Nefkens<br>5505 Corporate Drive MSIA<br>Troy, MI 48098 |
| Flextronics International Asia-Pacific, Ltd. c/o<br>Flextronics International USA, Inc.<br>Paul W. Anderson<br>2090 Fortune Drive<br>San Jose, CA 95131 | Freescale Semiconductor, Inc.<br>Richard Lee Chambers, III<br>6501 William Cannon Drive West<br>MD: OE16<br>Austin, TX 78735 |

FTI Consulting, Inc.
Randall S. Eisenberg
3 Times Square
 11th Floor
New York, NY 10036

General Electric Company
Valerie Venable
One Plastics Avenue
Pittsfield, MA 01201

General Motors Corporation
John Devine
300 Renaissance Center
P.O. Box 300
Detroit, MI 48265

Groom Law Group
Lonie A. Hassel
1701 Pennsylvania Avenue, NW
Washington, DC 20006

Hodgson Russ LLP
Stephen H. Gross
152 West 57th Street
35th Floor
New York, NY 10019

Internal Revenue Service
Attn: Insolvency Department
290 Broadway
5th Floor
New York, NY 10007

Internal Revenue Service
Attn: Insolvency Department
477 Michigan Ave
Mail Stop 15
Detroit, MI 48226

IUE-CWA
Henry Reichard
2360 W. Dorothy Lane
Suite 201
Dayton, OH 45439

Jefferies & Company, Inc,
William Q. Derrough
520 Madison Avenue
12th Floor
New York, NY 10022

JPMorgan Chase Bank, N.A.
Clifford Trapani
Loan and Agency Services Group
1111 Fannin, 10th Floor
Houston, TX 77002

JPMorgan Chase Bank, N.A.
Khuyen Ta
Agent Bank Services Group
1111 Fannin, 10th Floor
Houston, TX 77002

JPMorgan Chase Bank, N.A.
Thomas F. Maher
Richard Duker
Gianni Russello
270 Park Avenue
New York, NY 10017

JPMorgan Chase Bank, N.A.
Vilma Francis
270 Park Avenue
New York, NY 10017

Kurtzman Carson Consultants
James Le
12910 Culver Blvd.
Suite I
Los Angeles, CA 90066

\\\NY - 68843/0002 - 917789 v1

Latham & Watkins LLP
Robert J. Rosenberg
885 Third Avenue
New York, NY 10022

Mesirow Financial
Melissa Knolls
321 N. Clark St.
13th Floor
Chicago, IL 60601

Morrison Cohen LLP
Joseph T. Moldovan, Esq.
909 Third Avenue
New York, NY 10022

Office of New York State
Attorney General Eliot Spitzer
120 Broadway
New York, NY 10271

O'Melveny & Meyer LLP
Robert Siegel
400 South Hope Street
Los Angeles, CA 90071

O'Melveny & Meyer LLP
Tom A. Jerman
Rachel Janger
1625 Eye Street, NW
Washington, DC 20006

Pension Benefit Guaranty Corporation
Jeffrey Cohen
1200 K Street, N.W.
Suite 340
Washington, DC 20005

Pension Benefit Guaranty Corporation
Ralph L. Landy
1200 K Street, N.W.
Suite 340
Washington, DC 20005-4026

Phillips Nizer LLP
Sandra A. Riemer
666 Fifth Avenue
New York, NY 10103

Rothchild Inc.
David L. Resnick
1251 Avenue of the Americas
New York, NY 10020

Securities and Exchange Commission
Reorganization Branch
233 Broadway
New York, NY 10279

Seyfarth Shaw LLP
Robert W. Dremluk
1270 Avenue of the Americas
Suite 2500
New York, NY 10020-1801

Shearman & Sterling LLP
Douglas Bartner
Jill Frizzley
599 Lexington Avenue
New York, NY 10022

Simpson Thatcher & Bartlett LLP
Kenneth S. Ziman
Robert H. Trust
William T. Russell, Jr.
425 Lexington Avenue
New York, NY 10017

05-44481-rdd    Doc 843    Filed 11/02/05    Entered 11/02/05 17:07:00    Main Document
Pg 6 of 6

Stevens & Lee, P.C.
Chester B. Salomon
Constantine D. Pourakis
485 Madison Avenue
20th Floor
New York, NY 10022

Togut, Segal & Segal LLP
Albert Togut
One Penn Plaza
Suite 3335
New York, NY 10119

United States Trustee
Alicia M. Leonard
33 Whitehall Street
21st Floor
New York, NY 10004-2112

United States Trustee
Deirdre A. Martini
33 Whitehall Street
Suite 2100
New York, NY 10004

Wilmington Trust Company
Steven M. Cimalore
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

Weil Gotshal & Manges LLP
Jeffrey L. Tanenbaum
767 Fifth Avenue
New York, NY 10153

Weil Gotshal & Manges LLP
Martin J. Bienenstock
767 Fifth Avenue
New York, NY 10153

Weil Gotshal & Manges LLP
Michael P. Kessler
767 Fifth Avenue
New York, NY 10153

Honigman Miller Schwartz and Cohn LLP
Frank L. Gorman
2290 First National Building
660 Woodward Avenue
Detrioit, MI 48226-3583

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
2290 First National Building
660 Woodward Avenue
Detrioit, MI 48226-3583

Flextronics International
Carrie L. Schiff
6328 Monarch Park Place
Niwot, CO 80503

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004