Richard G. Mason (RM 0698)
Emil A. Kleinhaus (EK 6731)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York  10019-6150
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000

Attorneys for Capital Research and Management Company

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
In re:                                                    :     Chapter 11
                                                          :
**DELPHI CORPORATION, et al.,**                           :     Case No. 05-44481 (RDD)
                                                          :
            Debtors.                                      :     (Jointly Administered)
---------------------------------------------------------x

NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Capital Research and Management Company ("Capital Research"), a party in interest in the above-captioned cases, by and through its undersigned counsel, hereby enters its appearance, and requests, pursuant to Sections 342(a) and 1109(b) of the Bankruptcy Code, Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and this Court's Case Management Order entered on October 14, 2005, that copies of all notices and papers served or required to be served in the above-captioned cases, be given and served upon the undersigned counsel:

> Richard G. Mason
> Emil A. Kleinhaus
> Wachtell, Lipton, Rosen & Katz
> 51 West 52nd Street
> New York, New York  10019-6150
> Telephone:  (212) 403-1000
> Facsimile:  (212) 403-2000
> Email: RGMason@wlrk.com
>           EAKleinhaus@wlrk.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, objection, order, petition, pleading, request, response, schedules of assets and liabilities and statements of affairs, plans of reorganization and liquidation, or disclosure statements, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or given with regard to the above-captioned cases and the proceedings therein.

Neither this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Capital Research's (i) right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Capital Research is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated:   November 2, 2005

WACHTELL, LIPTON, ROSEN & KATZ

By: /s/   Richard G. Mason
    Richard G. Mason (RM 0698)
    Emil A. Kleinhaus (EK 6731)
    51 West 52nd Street
    New York, New York  10019-6150
    Telephone:  (212) 403-1000
    Facsimile:   (212) 403-2000