UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re:

DELPHI CORPORATION, et al.,   Chapter 11
                              Case No.: 05-44481 (RDD)

---

**MOTION PURSUANT TO RULE 2090-1(b) OF
THE LOCAL RULES OF THE UNITED STATES
DISTRICT COURT FOR THE SOUTHERN DISTRICT
OF NEW YORK FOR ADMISSION PRO HAC VICE**

I, Helen A. Zamboni, request admission, *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York to represent McAlpin Industries Inc. ("McAlpin"), a creditor in the above-captioned Chapter 11 case, pursuant to Local Rule 2090-1(b) of the United States District Court for the Southern District of New York.

1. I am Senior Counsel with the law firm of Underberg & Kessler, LLP, with offices at 300 Bausch & Lomb Place, Rochester, New York 14604. My telephone number is (585) 258-2844 and my email address is hzamboni@underbergkessler.com.

2. I was admitted to the Bar of the State of New York on February 21, 1978 and admitted to the United States District Court for the Western District of New York on March 21, 1978.

3. I am a member in good standing of the Bar of the State of New York and there are no disciplinary proceedings pending in any court against me.

4. I have access to, or have acquired, a copy of the Local Rules of this Court and am generally familiar with such Rules.

     5. I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: October 28, 2005
       Rochester, New York

By: *Helen A. Zamboni*
Helen A. Zamboni, Esq.

UNDERBERG & KESSLER, LLP
Attorneys for McAlpin Industries Inc.
300 Bausch & Lomb Place
Rochester, New York 14604
(585) 258-2800