UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re:

DELPHI CORPORATION, et al.,                Chapter 11
                                           Case No.: 05-44481 (RDD)

---

### ORDER GRANTING MOTION PURSUANT TO RULE 2090-1(b) OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK FOR ADMISSION PRO HAC VICE

Upon consideration of the Motion seeking admission *pro hac vice* of Helen A. Zamboni to represent McAlpin Industries Inc., a creditor in the above captioned chapter 11 matter, before the United States Bankruptcy Court for the Southern District of New York, as is more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein; and after due deliberation, it is

ORDERED that Helen A. Zamboni, Esq., is admitted to practice, *pro hac vice*, as counsel for McAlphin Industries, Inc., a creditor in the above-referenced proceeding, in the United States Bankruptcy Court, Southern District of New York.

Dated: October ___, 2005
       Rochester, New York

                                           _____
                                           HONORABLE ROBERT D. DRAIN
                                           UNITED STATES BANKRUPTCY JUDGE