DONALD F. BATY, JR., ESQ.
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
Detroit, MI 48226
Telephone: (313) 465-7314
Facsimile: (313) 465-7315
dbaty@honigman.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Chapter 11 |
| **DELPHI CORPORATION,** *et al.***,** | Case No. 05-44481 |
| | (Jointly Administered |
| Debtors. | |
| | Hon. Robert D. Drain |
| _____/ | |

**CERTIFICATE OF SERVICE**

Donald F. Baty, Jr. hereby certifies and declares that he caused copies to be served as follows:

1. Document Served:   Notice of Appearance, Request for Service of Papers and Request to be Added to Debtors' Matrix.

2. Served Upon:   See Attached Service List.

3. Method of Service:   Via U.S. Mail

4. Date Served:   November 3, 2005

I certify and declare under penalty of perjury that the foregoing is true and correct.

Dated: November 3, 2005     By:   /s/ Donald F. Baty, Jr.
                                          Donald F. Baty, Jr., Esq. (P38087)
                                          2290 First National Building
                                          660 Woodward Avenue
                                          Detroit, MI 48226

DETROIT.1964791.1

| | | |
|---|---|---|
| Capital Research and Management Co.<br>Michelle Robson<br>11100 Santa Monica Blvd 15th Floor<br>Los Angeles, CA  90025 | Cohen Weiss & Simon<br>Bruce Simon<br>330 W. 42nd Street<br>New York, NY  10036 | Curtis, Mallet-Prevost, Colt & Mosle LLP<br>Steven J. Reisman<br>101 Park Avenue<br>New York, NY  10178-0061 |
| Davis Polk & Wardell<br>Donald Bernstein<br>450 Lexington Avenue<br>New York, NY  10017 | Delphi Corporation<br>Sean Corcoran, and Karen Craft<br>5725 Delphi Drive<br>Troy, MI  48098 | Electronic Data Systems Corp<br>Michael Nefkens<br>5505 Corporate Drive MSIA<br>Troy, MI  48098 |
| Flextronics International Asia-Pacific, Ltd.<br>c/o Flextronics International USA, Inc.<br>Paul W. Anderson<br>2090 Fourtune Drive<br>San Jose, CA  95131 | Freescale Semiconductor, Inc.<br>Richard Lee Chambers, III<br>6501 William Cannon Drive West<br>MD: OE16<br>Austin, TX  78735 | FTI Consulting, Inc.<br>Randall S. Eisenberg<br>3 Times Square, 11th Floor<br>New York, NY  10036 |
| General Electric Company<br>Valerie Venable<br>One Plastics Avenue<br>Pittsfield, MA  01201 | General Motors Corporation<br>John Devine<br>300 Renaissance Center, P.O. Box 300<br>Detroit, MI  48265 | Groom Law Group<br>Lonie A. Hassel<br>1701 Pennsylvania Avenue, NW<br>Washington, DC  20006 |
| Hodgson Russ LLP<br>Stephen H. Gross<br>152 West 57th Street, 35th Floor<br>New York, NY  10019 | Internal Revenue Service<br>Attn: Insolvency Department<br>290 Broadway, 5th Floor<br>New York, NY  10007 | Internal Revenue Service<br>Attn: Insolvency Department<br>477 Michigan Ave, Mail Stop 15<br>Detroit, MI  48226 |
| IUE-CWA<br>Henry Reichard<br>2360 W. Dorothy Lane, Suite 201<br>Dayton, OH  45439 | Jefferies & Company, Inc.,<br>William Q. Derrough<br>520 Madison Avenue, 12th Floor<br>New York, NY  10022 | JP Morgan Chase Bank, N.A.<br>Clifford Trapani, and Khuyen Ta<br>1111 Fannin, 10th Floor<br>Houston, TX  77002 |
| JP Morgan Chase Bank, N.A.<br>Thomas F. Maher, Richard Duker,<br>Gianni Russello and Vilma Francis<br>270 Park Avenue<br>New York, NY  10017 | Kurtzman Carson Consultants<br>James Le<br>12910 Culver Blvd, Suite 1<br>Los Angeles, CA  90066 | Latham & Watkins LLP<br>Robert J. Rosenberg<br>885 Third Avenue<br>New York, NY  10022 |
| Mesirow Financial<br>Melissa Knolls<br>321 N. Clark St, 13th Floor<br>Chicago, IL  60601 | Morrison Cohen LLP<br>Joseph T. Moldovan, Esq.<br>909 Third Avenue<br>New York, NY  10022 | Office of New York State<br>Attorney General Eliot Spitzer<br>120 Broadway<br>New York City, NY  10271 |
| O'Melveny & Meyer LLP<br>Robert Siegel<br>400 South Hope Street<br>Los Angeles, CA  90071 | O'Melveny & Meyer LLP<br>Tom A. Jerman, and Rachel Janger<br>1625 Eye Street, NW<br>Washington, DC  20006 | Pension Benefit Guaranty Corporation<br>Jeffrey Cohen, and Ralph L. Landy<br>1200 K Street, N.W., Suite 340<br>Washington, DC  20005 |
| Phillips Nizer LLP<br>Sandra A. Riemer<br>666 Fifth Avenue<br>New York, NY  10103 | Rothchild, Inc.<br>David L. Resnick<br>1251 Avenue of Americas<br>New York, NY  10020 | Securities and Exchange Commission<br>Reorganization Branch<br>233 Broadway<br>New York, NY  10279 |

Seyfarth Shaw LLP
Robert W. Dremluk
1270 Avenue of the Americas, Suite 2500
New York, NY 10020-1801

Shearman & Sterlilng LLP
Douglas Bartner, and Jill Frizzley
599 Lexington Avenue
New York, NY 10022

Simpson Thatcher & Bartlett LLP
Kenneth S. Ziman, Robert H. Trust, and William T. Russell, Jr.
425 Lexington Avenue
New York, NY 10017

Skadden, Arps, Slate, Meagher &: Flom LLP
John Wm. Butler, John K. Lyons, and Ron E. Meisler
333 W. Wacher Dr., Suite 2100
Chicago, IL 60606

Skadden, Arps, Slate, Meagher &: Flom LLP
Kayalyn A. Marafioti, and Thomas J. Matz
4 Times Square
P.O. Box 300
New York, NY 10036

Stevens & Lee, P.C.
Chester B. Salomon, and Constantine D. Pourakis
485 Madison Avenue
20th Floor
New York, NY 10022

Togut, Segal & Segal LLP
Albert Togut
One Penn Plaza, Suite 3335
New York, NY 10119

United States Trustee
Alicia M. Leonard, and Deidre A. Martini
33 Whitehall Street, Suite 2100
New York, NY 10004

Wilmington Trust Company
Steven M. Cimalore, and Rodney Square North
1100 North Market Street
Wilmington, DE 19890

Airgas, Inc.
David Boyle
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA 19087-8675

Ajamine LLP
Wallace A. Showman
1350 Avenue of the Americas, 29th Floor
New York, NY 10019

Ajamine LLP
Thomas A. Ajamine
711 Louisiana, Suite 2150
Houston, TX 77002

Angelo, Gordon & Co.
Leigh Walzer
245 Park Avenue, 26th Floor
New York, NY 10167

Amall Golden Gregory LLP
Darryl S. Laddin, and Heath J. Vicente
171 17th Street NW, Suite 2100
Atlanta, GA 30363-1031

Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg LLP, William J. Barrett, and Kimberly J. Robinson
333 West Wacker Drive, Suite 2700
Chicago, IL 60606

Barnes & Thomburg LLP
Michael K. McCrory, Wendy D. Brewer, and Alan K. Mills
11 S. Meridian Street
Indianapolis, IN 46204

Barnes & Thormburg LLP
John T. Gregg, and Patrick E. Mears
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, MI 49503

Bernstein Litowitz Berger & Grossman
John P. Coffey, Hannah E. Greenwald and Mark D. Debrowski
1285 Avenue of the Americas
New York, NY 10019

Bialson, Bergen & Schwab
Kenneth T. Law, Esq, Lawrence M. Schwab, Esq., and Thomas M. Gaa
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

Bose McKinney & Evans LLP
Jeannette Eisan Hinshaw
135 N. Pennsylvania Street, Suite 2700
Indianapolis, IN 46204

Boult, Cummings, Conners & Berry, PLC
Roger G. Jones, and Austin L. McMullen
1600 Divisiion Street, Suite 700
PO Box 34005
Nashville, TN 37203

Burr & Forman LLP
Michael Leo Hall
420 North Twentieth Street, Suite 3100
Birmingham, AL 35203

Cahill Gordon & Reindel LLP
Jonathan Greenberg, and Robert Usadi
80 Pine Street
New York, NY 10005

Carter Ledyard & Milbum LLP
Aaron R. Cahn
2 Wall Street
New York, NY 10005

Cleary Gottlieb Steen & Hamilton LLP
Deborah M. Buell
One Liberty Plaza
New York, NY 10006

Cohen, Weiss & Simon, LLP
Joseph J. Vitale
330 West 42nd Street
New York, NY 10036

Cohn Bimbaum & Shea P.C.
Scott D. Rosen, Esq.
100 Pearl Street, 12th Floor
Hartford, CT 06103

Connolly Bove Lodge & Hutz LLP
Jeffrey C. Wisler, Esq.
1007 N. Orange Street
PO Box 2207
Wilmington, DE 19899

Contrarian Capital Management, L.L.C.
Mark Lee, Janice Stanton, Bill Raine, and Seth Lax
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

Curtin & Heefner, LLP
Robert Szwajkos, and Daniel P. Mazo
250 N. Pennslyvania Avenue
Morrisville, PA 19067

Curtis Mallet-Prevost, Colt & Mosle LLP
Andrew M. Thaw, Steven J. Reisman,, David S. Karp
101 Park Avenue
New York, NY 10178-0061

Damon & Morey LLP
William F. Savino
1000 Cathedral Place
298 Main Street
Buffalo, NY 14202-4096

Denso International America, Inc.
Carol Sowa
24777 Denso Drive
Southfield, MI 48086

DiConza Law, P.C.
Gerard DiConza, Esq.
630 Third Avenue, 7th Floor
New York, NY 10017

DLA Piper Rudrick Gray Cary US LLP
Richard M. Kreman, and Maria Ellena Chavez-Ruark
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600

Drinker Biddle & Reath LLP
Andrew C. Kassner, and David B. Aaronson
18th and Cherry Streets
Philadelphia, PA 19103

Duane Morris LLP
Margery N. Reed, and Wendy M. Simkulak
30 South 17th Street
Philadelphia, PA 19103-4196

Fagel Heber LLC
Gary E. Green, and Lauren Newman
55 East Monroe, 40th Floor
Chicago, IL 60603

Fox Rothschild LLP
Michael J. Viscount, Jr.
1301 Atlantic Avenue
Boston, MA 02110-333

Fox Rothschild LLP
Fred Stevens
13 East 37th Street, Suite 800
New York, NY 10016

Gazes LLC
Eric Wainer, and Ian J. Gazes
32 Avenue of the Americas
Suite 1800
New York, NY 10013

Genovese Joblove & Battista, P.A.
Craig P. Rieders, Esq.
100 S.E. 2nd Street, Suite 4400
Miami, FL 33131

Goulston & Storrs, P.C.
Peter D. Bilowz
400 Atlantic Avenue
Boston, MA 02110-333

Grant & Eisenhofer P.A.
Geoffrey C. Jarvis, and Sharan Nimul
1201 North Market Street, Suite 2100
Wilimington DE 19801

Greensfelder, Hemker & Gale, P.C.
Cherie Macdonald, and J. Patrick Bradley
10 S. Broadway, Suite 200
St. Louis, MI 63102

HAL/ERC-Legal
Tillie Lim, Esq.
50 Prospect Avenue
Tarrytown, NY 10591

Halperin Battaglia Raicht, LLP
Alan D. Halperin, and Christopher J. Battaglia
555 Madison Avenue, 9th Floor
New York, NY 10022

Hewlett-Packard Company
Ann Marie Kennelly
3000 Hanover St., M/S 1050
Palo Alto, CA 94304

Hewlett-Packard Company
Kenneth F. Higman
2125 E. Katella Avenue, Suite 400
Anaheim, CA 92806

Hewlett-Packard Company
Sharon Petrosino, and Glen Dumont
420 Mountain Avenue
Murray Hill, NJ 07974

Hodgson Russ LLP
Cheryl R. Storie
One M&T Plaza, Suite 2000
Buffalo, NY 14203

Hodgson Russ LLP
Stephen H. Gross, Esq.
Carnegie Hall Tower
152 West 57th Street, 35th Street
New York, NY 10019

Holland & Knight LLP
Peter A. Zisser
195 Broadway
New York, NY 10007

Holme Roberts & Owen, LLP
Elizabeth K. Flaagan
1700 Lincoln, Suite 4100
Denver, CO 80203

Katten Muchin Rosenman LLP
John P. Sieger, Esq.
525 West Monroe Street
Chicago, IL 60661

Kieselstein Lawfirm PLLC
Steve Kieselstein
43 British American Boulevard
Latham, NY 12110

Kirkland & Ellis LLP
Geoffrey A. Richards
200 Ease Randolph Drive
Chicago, IL 60601

Kirkpatrick & Lockhart Nicholson Graham LLP
Graham LLP
Edward M. Fox
599 Lexington Avenue
New York, NY 10022

Krugliak, Wilkins, Griffiths & Dougherty Co., L.P.A.
Sam O. Simmerman
4775 Munson Street N.W.
PO Box 36963
Canton, OH 44735-6963

Lewis and Roca LLP
Rob Charles, Esq.
One South Church Street, Suite 700
Tucson, AZ 85701

| | | |
|---|---|---|
| Lewis and Roca LLP<br>Susan M. Freeman, Esq.<br>40 North Central Avenue, Suite 1900<br>Phoenix, AZ  85004-4429 | Linear Technology Corporation<br>John England, Esq.<br>1630 McCarthy Blvd<br>Milpitas, CA  95035-7417 | Linebarger Goggan Blair & Sampson, LLP<br>Diane W. Sanders<br>1949 South IH 35 (78741)<br>PO Box 17428<br>Austin, TX  78760-7428 |
| Linebarger Goggan Blair & Sampson, LLP<br>Elizabeth Weller<br>2323 Bryan Street, Suite 1600<br>Dallas, TX  75201 | Leob & Leob LLP<br>William M. Hawkins<br>345 Park Avenue<br>New York, NY  10154 | Lord, Bissel & Brook<br>Timothy S. McFadden<br>Timothy W. Brink<br>115 South laSalle Street<br>Chicago, IL  60603 |
| Lord, Bissel & Grook LLP<br>Kevin J. Walsh<br>Rocco N. Covino<br>885 Third Avenue, 26th Floor<br>New York, NY  10022-4802 | Lowenstein Sandler PC<br>Michael S. Etikin, Ira M. Levee, Kenneth A. Rosen, and Scott Cargill<br>65 Livingston Avenue<br>Roseland, NJ  07068 | Lowenstein Sandler PC<br>Michael S. Etikin<br>Ira M. Levee<br>1251 Avenue of the Americas, 18th Floor<br>New York, NY  10020 |
| Margulies & Levinson, LLP<br>Jeffrey M. Levinson, Esq<br>Leah M. Caplan, Esq<br>30100 Chagrin Boulevard, Suite 250<br>Pepper Pike, OH  44124 | McCarter & English, LLP<br>David J. Adler, Jr. Esq.<br>245 Park Avenue, 27th Floor<br>New York, NY  10167 | McDermott Will & Emery LLP<br>James M. Sullivan<br>50 Rockefeller Plaza<br>New York, NY  10020 |
| McDonald Hopkins Co., LPA<br>Jean R. Robertson, Esq., Scott N. Opincar, Esq., and Shawn M. Riley, Esq.<br>600 Superior Avenue, E., Suite 2100<br>Cleveland, OH  44114 | McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Jeffrey Bernstein, Esq.<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ  07102-4079 | Meyer, Suozzi, English & Klein, P.C.<br>Lowell Peterson, Esq.<br>1350 Broadwway, Suite 501<br>New York, NY  10018 |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency<br>Dennis J. Ratemink<br>PO Box 30736<br>Lansing, MI  48909-7717 | Miller Johnson<br>Thomas P. Sarb, and Robert D. Wolford<br>250 Monroe Avenue, N.W., Suite 800<br>PO Box 306<br>Grand Rapids, MI  49501-0306 | Miller, Canfield, Paddock and Stone, P.L.C.<br>Timothy A. Fusco<br>150 W. Jefferson Avenue, Suite 2500<br>Detroit, MI  48226 |
| Molex Connector Corp<br>Jeff Ott<br>2222 Wellington Ct.<br>Lisle, IL  60532 | Morgan, Lewis & Bockius LLP<br>Richard W. Esterkin, Esq.<br>300 South Grand Avenue<br>Los Angeles, CA  90017 | Morgan, Lewis & Bockius LLP<br>William C. Heuer, Esq.<br>101 Park Avenue<br>New York, NY  10178-0060 |
| Morrison Cohen LLP<br>Joseph T. Moldovan<br>Michael R. Dal Lago<br>909 Third Avenue<br>New York, NY  10022 | Munsch Hardt Kopf & Harr, P.C.<br>Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq., and Davor Rukavina, Esq.<br>4000 Fountain Place<br>1445 Ross avenue<br>Dallas, TX  75202-2790 | National City Commercial Capitol<br>Lisa M. Moore<br>995 Dalton Avenue<br>Cincinnati, OH  45203 |
| Nix, Patterson & Roach, L.L.P.<br>Bradley E. Beckworth, Jeffrey J. Angelovich, and Susan Whatley<br>205 Linda Drive<br>Daingerfield, TX  75638 | Norris, McLaughlin & Marcus<br>Elizabeth L. Abdeimasieh, Esq.<br>721 Route 202-206<br>Somerville, NJ  08876 | Orrick, Herrington & Sutcliffe LLP<br>Frederick D. Holden, Jr., Esq.<br>405 Howard Street<br>San Francisco, CA  94105 |
| Orrick, Herrington & Sutcliffe LLP<br>Alyssa Englund, Esq.<br>666 Fifth Avenue<br>New York, NY  10103 | Pension Benefit Guaranty Corporation<br>Ralph L. Landy<br>1200 K. Street, N.W.<br>Washington, DC  20005-4026 | Pepe & Hazard LLP<br>Charles J. Filardi, Jr., Esq.<br>30 Jelliff Lane<br>Southport, CT  06890 |

Pepper Hamilton LLP
Francis J. Lawall, and Anne Marie Aaronson
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799

Philips Nizer LLP
Sandra A. Riemer, Esq
666 Fifth Avenue
New York, NY  10103

Porzio, Brombeg & Newman, P.C.
Brett S. Moore, Esq, and  John S. Mario, Esq.
100 Southgate Parkway
PO Box 1997
Morristown, NJ  07960

QAD, Inc.
Jason Pickering, Esq.
10,000 Midlantic Drive
Mt. Laurel, NJ  08054

Quadrangle Debt Recovery Advisors LLC
Andres Herenstein
375 Park Avenue, 14th Floor
New York, NY  10152

Quadrangle Group LLC
Patrick Bartels
375 Park Avenue, 14th Floor
New York, NY  10152

Quarles & Brady Streich Lang LLP
John A. Harris, and Scott R. Goldberg
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391

Republic Engineered Products, Inc.
Joseph Lapinsky
3770 Embassy Parkway
Akron, OH  44333

Riddell Williams P.S.
Joseph E. Shickich, Jr.
1001 4th Ave., Suite 4500
Seattle, WA  98154-1195

Russell Reynolds Associates, Inc.
Charles E. Boulbol, P.C.
26 Broadway, 17th Floor
New York, NY  10004

Schiffrin & Barroway, LLP
Michael Yamoff, and Seam M. Handler
280 King of Prussia Road
Radnor, PA  19087

Seyfarth Shaw LLP
Paul M. Baisier, Esq.
1545 Peachtree Street, N.E., Suite 700
Atlanta, GA  30309-2401

Seyfarth Shaw LLP
Robert W. Dremluk, Esq.
1270 Avenue of the Americas, Suite 2500
New York, NY  10020-1801

Shipman & Goodwin LLP
Jennifer L. Adamy
One Constitution Plaza
Hartford, CT  06103-1919

Sills, Cummins Epstein & Gross, P.C.
Andres H. Sherman
Jack M. Zackin
30 Rockefeller Plaza
New York, NY  10112

Simpson Thacher & Barlett LLP
Kenneth S. Ziman, Esq., William T. Russell, Jr., Esq.
425 Lexington
New York, NY  10017

Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
PO Box 410
Wilmington, DE  19899

Sony Electronics Inc.
Lloyd B. Sarakin – Chief Counsel, Finance and Credit
1 Sony Drive, MD #1 E-4
Park Ridge, NJ  07656

Spector & Ehrenworth, P.C.
Brian D. Spector, Esq.
30 Columbia Turnpike
Florham Park, NJ  07102

Stevens & Lee, P.C.
Chester B. Salomon, Esq., Constantine D. Pourakis, Esq.
485 Madison Avenue, 20th Floor
New York, NY  10022

Stinson Morrison Hecker LLP
Mark A. Shaiken
1201 Walnut Street
Kansas City, MI  64106

Stites & Harbison PLLC
Madison L. Cashman, Robert C. Goodrich, Jr.
424 Church Street, Suite 1800
Nashville, TN  37219

Stites & Harbison, PLLC
W. Robinson Beard, Esq.
400 West Market Street
Louisville, KY  40202

Swidler Berlin LLP
Jonathan P. Guy, Richard H. Wyron, Matthew W. Cheney, Robert N. Steinwurtzel, and Roger Frankel
The Washington Harbour
3000 K. Street, N.W. Suite 300
Washington, DC, 20007

Taft, Stettinius & Hollister LLP
Richard L. Ferrell
425 Walnut Street, Suite 1800
Cincinnati, OH  45202-3957

Thompson & Knight
Rhett G. Cambell
333 Clay Street, Suite 3300
Houston, TX  77002

Todd & Levi, LLP
Jill Levi, Esq.
444 Madison Avenue, Suite 1202
New York, NY  10022

Grant & Eisenhofer P.A.
Jay W. Eisenhofer
45 Rockefeller Center
650 Fifth Avenue
New York, NY  10111

United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO
David Jury, Esq.
Five Gateway Center, Suite 807
Pittsburgh, PA  15222

Vorys, Sater, Seymour and Pease LLP
Robert j. Sidman, Esq.
52 East Gay Street
PO Box 1008
Columbus, OH  43216-1008

| | | |
|---|---|---|
| Waller Lansden Dortch & Davis, PLLC<br>David E. Lemke, Esq.<br>Robert J. Wellhoeller, Esq.<br>511 Union Street, Suite 2700<br>Nashville, TN 37219 | Warner Norcross & Judd LLP<br>Gordon J. Toering<br>900 Fifth Third Center<br>111 Lyon Street, N.W.<br>Grand Rapids, MI 49503 | Warner Norcross & Judd LLP<br>Michael G. Cruse<br>2000 Town Center, Suite 2700<br>Southfield, MI 48075 |
| Weil, Gotshal & Manges LLP<br>Jeffrey L. Tanenbaum, Esq., Martin J. Bienenstock, Esq., Michael P. Kessler, Esq.<br>767 Fifth Avenue<br>New York, NY 10153 | Wilmington Trust Company<br>Steven M. Cimalore, Vice President<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890 | Zeichner Ellman & Krause LLP<br>Stuart Krause, and Peter Janovsky<br>575 Lexington Avenue<br>New York, NY 10022 |

DETROIT.1964087.1