UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------    x
                                                                   :
   In re                                            :
                                                                   :    Chapter 11
DELPHI CORPORATION, et al.,                                        :
                                                                   :    Case No.  05 – 44481 (RDD)
                 Debtors.    :
                                                                   :    (Jointly Administered)
                                                                   :
--------------------------------------------------------------    x

## ORDER TO SHOW CAUSE

Upon the motion, dated October 8, 2005 (the "Motion"),[1] of Delphi

Corporation and certain of its subsidiaries and affiliates, debtors and

debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for an

order under sections 105, 363, 1107, and 1108 of title 11 of the United States Code, 11

U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"), and Fed. R. Bankr. P. 6004 and

9019 authorizing the continuation of the Debtors' prepetition vendor rescue program

and the payment of prepetition claims of financially-distressed sole source suppliers

and vendors without enforceable contracts; and upon the order of this Court, entered

October 13, 2005 (the "October 13th Order"), granting the relief requested in the Motion;

and upon the Debtors' notice of waiver, dated October 28, 2005, with respect to Behr

Industries Corporation ("Supplier"); and it appearing that proper and adequate notice of

---

[1]    Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

the Debtors' request for entry of this Order to Show Cause (the "Show Cause Order")

has been given and that no other or further notice is necessary; and after due

deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.    Supplier is hereby ordered to show cause before this Court at a

hearing to be held at **10:00 a.m. Prevailing Eastern Time on November 29, 2005** before

the Honorable Robert D. Drain, United States Bankruptcy Judge, in the Bankruptcy

Court, Courtroom 610, One Bowling Green, New York, New York 10004-1408 (the

"Hearing") why the Supplier should not be held in violation of the automatic stay

provisions of 11 U.S.C. § 362 for willfully threatening to withhold essential goods from

the Debtors under one or more contracts between the Debtors and Supplier.

2.    Service of this Show Cause Order is to be made on or before

November 4, 2005 by service upon (a) the Supplier, (b) the Office of the United States

Trustee, (c) counsel for the official committee of unsecured creditors appointed in these

cases pursuant to section 1102 of the Bankruptcy Code, (d) counsel for the agent under

the Debtors' prepetition credit facility, and (e) counsel for the agent under Debtors'

postpetition credit facility.  Notice served pursuant to the preceding sentence shall be

via first class mail, postage prepaid.  No further notice of the Hearing or of the entry of

this Show Cause Order need be served by the Debtors.

3.    In accordance with the Case Management Order dated October 14,

2005, objections and responses, if any, must (a) be in writing, (b) conform to the Federal

Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern

District of New York, (c) be filed with the Bankruptcy Court in accordance with General

Order M-242, as amended (registered users of the Bankruptcy Court's case filing system

must file electronically and all other parties-in-interest must file on a 3.5 inch disk,

preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-

based word processing format), (d) be submitted in hard-copy form directly to the

chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e)

served upon: (i) conflicts counsel to the Debtors, Togut, Segal & Segal LLP, One Penn

Plaza, Suite 3335, New York, New York 10119 (Attn:  Albert Togut, Esq.), (ii) counsel to

the Debtors, Skadden, Arps, Slate, Meagher & Flom, 333 West Wacker Drive, Suite 2100,

Chicago, Illinois 60606 (Attn:  John Wm. Butler, Jr, Esq.), (iii) counsel to the agent under

the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington

Avenue, New York, New York 10017 (Attn:  Marissa Wesley, Esq.), (iv) counsel to the

agent under the Debtors' postpetition credit facility, Davis Polk & Wardell, 450

Lexington Avenue, New York, New York 10017 (Attn:  Marlane Melican, Esq.), (v)

counsel to the Creditors Committee, Latham Watkins, LLP Latham & Watkins LLP, 885

Third Avenue, Suite 1000, New York, NY 10022-4068 (Attn:  Robert Rosenberg, Esq.);

and (vi) the United States Trustee for the Southern District of New York, 33 Whitehall

Street, Suite 2100, New York, New York 10004 (Attn:  Deirdre A. Martini, Esq.) so as to

be **received** no later than seven (7) calendar days prior to the Hearing.

4.    This Court shall retain jurisdiction to hear and determine all matters

arising from the implementation of this Show Cause Order.


Dated:    New York, New York
          November 3, 2005


                                        /s/Robert D. Drain
                                        UNITED STATES BANKRUPTCY JUDGE
                                        ROBERT D. DRAIN