**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Delphi Corporation, et al. | Case No. 05-44481 |
| | Jointly Administered |
| Debtors, | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Canon U.S.A., Inc. ("Canon"), appears herein by and through its undersigned counsel and requests, pursuant to Bankruptcy Rule 9010(b), that all notices given or required to be given in this case, and any case consolidated herewith, and all papers served or required to be served in this case, and any case consolidated herewith, as provided for or referred to by Bankruptcy Rules 2002, 3017, 4004, 4007, or 9007, Title 11, United States Code, and other applicable Bankruptcy Statutes and Rules, be given to and served upon its attorneys, and that such service and notice be mailed to:

Herrick, Feinstein LLP
2 Park Avenue
New York, New York, 10016
(212) 592-1400
Attention: Paul Rubin
E-mail: prubin@herrick.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices, statements, papers, and pleadings referred to in the Statutes and Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, demand, or other document brought before this Court in this case, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or

otherwise, which affect or seek to affect in any way the above-captioned case. This pleading constitutes a written and specific request for the plan and disclosure statement. It is also requested that such address be added to the official mailing matrix.

PLEASE TAKE FURTHER NOTICE that Canon intends that neither this Notice of Appearance or any later appearance, pleading, claim or suit shall waive: (a) Canon's right to have final orders and non-core matters entered only after de novo review by a District Judge; (b) Canon's right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (c) Canon's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) any other rights, claims, actions, defenses, set-offs or recoupments to which Canon is or may be entitled.

Dated: New York, New York
       November 3, 2005

                                  HERRICK, FEINSTEIN LLP

                                  By:\s\ Paul Rubin
                                        Paul Rubin (PR-2097)

                                  2 Park Avenue
                                  New York, New York 10016
                                  (212) 592-1400

                                  Attorneys for Canon U.S.A., Inc.

## Certificate of Service

I hereby certify that on November 3, 2005, I caused a true and correct copy of the foregoing Notice of Appearance and Request for Notice and Service of Papers to be served upon the parties at the addresses set forth on the following service list via U.S. Mail, postage prepaid.

Dated: New York, New York
November 3, 2005

\s\ Paul Rubin
Paul Rubin

## Service List

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

John Wm. Butler, Jr.
Skadden Arps Slate
Meagher & Flom (IL)
333 West Wacker Drive
Chicago, IL 60606-1285 (EN)

Kayalyn A. Marafioti
Skadden, Arps, Slate,
Meagher & Flom LLP
Four Times Square
New York, NY 10036 (EN)

Robert N. Michaelson
Kirkpatrick & Lockhart, LLP
599 Lexington Avenue
New York, NY 10022 (EN)

Thomas J. Matz
Skadden, Arps, Slate,
Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522 (EN)

Kurtzman Carson Consultants,
LLC
12910 Culver Blvd, Suite 1
Los Angeles, CA 90066

David B. Aaronson
Drinker Biddle & Reath, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103 (EN)

Elizabeth Abdelmasieh
Norris McLaughlin & Marcus,
P.A.
721 Route 202-206
Bridgewater, NJ 08807

Jason R. Adams
Torys, LLP
237 Park Avenue
New York, NY 10017 (EN)

Jennifer L. Adamy
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103-1919

Mark I Bane
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

David S. Barritt
Chapman and Cutler
111 West Monroe Street, 15th
Floor
Chicago, IL 60603-4080 (EN)

W. Robinson Beard
Stites & Harbison
400 W. Market Street
Louisville, KY 40202 (EN)


Jeffrey Bernstein
Carpenter, Bennett & Morrissey
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102 (EN)

Peter Bilowz
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110

Charles E. Boulbol
Law Offices of Charles E. Boulbol
26 Broadway, 17th floor
New York, NY 10004 (EN)

Wendy D. Brewer
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204 (EN)

Timothy W. Brink
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, IL 60603 (EN)

James L. Bromley
Cleary, Gotlieb, et al.
One Liberty Plaza
New York, NY 10006

Aaron R. Cahn
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005

Madison L,. Cashman
Stites & Harbison, PLLC
424 Church Street
Suite 1800
Nashville, TN 37219

Maria E. Chavez-Ruark
DLA Piper Rudnick Gray Cary
The Marbury Builidng
6225 Smith Avenue
Baltimore, MD 21209

Patrick M. Costello
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palto Alto, CA 94306

Michael G. Cruse
Warner Norcross & Judd, LLP
2000 Town Center, Suite 2700
Southfield, MI 48075

Gary H. Cunningham
Kramer Mellen, P.C.
3000 Town Center
Southfield, MI 48075-1277

Gary H. Cunningham
Strobl Cunningham & Sharp, P.C.
300 E. Long Lake Road, Suite 200
Bloomingfield Hills, MI 48075-1277

Jeffry A. Davis
DLA Piper Rudnick Gray Cary US LLP
401 B Street, Suite 1700
San Diego, CA 92101

Gerard DiConza
DiConza Law, P.C.
630 Third Avenue
New York, NY 10017

Robert W. Dremluk
Seyfarth Shaw LLP
1270 Avenue of the Americas
New York, NY 10020-1801

Alyssa Englund
Orrick, Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY 10103

Charles J. Filardi, Jr.
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890-1436

Elizabeth K. Flaagan
Holme Roberts & Owen LLP
1700 Lincoln Street, suite 4100
Denver, CO 80203

Jeff J. Friedman
Qubilah A. Davis
Katten Muchin Rosenman, LLP
575 Madison Avenue
New York, NY 10022

Edward M. Fox
Kirkpatrick & Lockhart et al.
599 Lexington Avenue
New York, NY 10022

Yann Geron
Fox Rothschild LLP
13 East 37th Street, Suite 800
New York, NY 10016

Ira P. Goldberg
DiMonte & Lizak, LLC
216 West Higgins Road
Park ridge, IL 60068-5738

Scott R. Goldberg
Quarles & Brady et al.
One Renaissance Sq.
2 N. Central Avenue
Phoenix, AZ 85004-2391

Robert C. Goodrich, Jr.
Stites & Harbison, PLLC
424 Church Street, Suite 1800
Nashville, TN 37219

Warren R. Graham
Davidoff & Malito
305 Third Avenue, 34th Floor
New York, NY 10158

John T. Gregg
Barnes & Thornburg, LLP
300 Ottawa Avenue, NW
Grand Rapids, MI 49503

Stephen H. Gross
Hodgson Russ LLP
Carnegie Hall Tower
152 West 57th Street, 35th floor
New York, NY 10019

Michael Leo Hall
Burr & Forman, LLP
420 North 20th Street, Suite 3100
Birmingham, AL 35203

Alan d. Halperin
Halperin Battaglia Raicht LLP
555 Madison Avenue, 9th floor
New York, NY 10022

Brian W. Harvey
Goodwin Procter LLP
559 Lexington Avenue
New York, NY 10022

William Heuer
Morgan Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178-0060

Jeannette Eisan Hinshaw
Bose McKiney & Evans, LLP
135 N. Pennsylvania Street
Indianapolis, IN 46204

Shannon E. Hoff
Burr & Forman, LLP
420 North 20th Street, Suite 3100
Birmingham, AL 35203

Hilary Jewett
Foley & Lardner, LLP
90 Park Avenue
New York, NY 10016

Honigman Miller Schwartz, et al.
Attn: Robert B. Weiss
Frank L. Gorman
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Andrew C. Kassner
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

Thomas H. Keyse
1700 Lincoln Street, Suite 4000
Denver, CO 80203

Steve Kieselstein
Kieselstein Law Firm, PLLC
43 British American Boulevard
Latham, NY 12110

Alan M. Koschik
Brouse McDowell
1001 Lakeside Avenue, Suite 1600
Cleveland, OH 44114

Lawrence J. Kotler
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA 19103

Darryl S. Laddin
Arnall Golden Gregory LLP
171 17th Street NW
Atlanta, GA 30363-1031

Joseph Lapinsky
Republic Engineered Products, Inc.
3770 Embassy Parkway
Akron, OH 44333

David E. Lemke
Waller Lansden Dortch & Davis, PLLC
511 Union Street, Suite 2100
P.O. Box 198966
Nashville, TN 37219-8966

Jill Levi
Todd & Levi, LLP
444 Madison Avenue
New York, NY 10022

Jeffrey M. Levinson
Margulies & Levinson, LLP
30100 Chagrin Blvd., Suite 250
Pepper Pike, OH 44124

John S. Mairo
Porzio Bromberg & Newman, P.C.
100 Southgate Parkway
Morristown, NJ 07962-1997

Michael K. McCrory
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204

Timothy S. McFadden
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, IL 60603

Austin L. McMullen
Boult Cummings Conners & Berry
1600 Division Street, Suite 700
Nashville, TN 37203

Patrick E. Mears
Barnes & Thornburg LLP
300 Ottawa Avenue NW
Grand Rapids, MI 49503

Derek F. Meek
Burr & Forman, LLP
420 North 20th Street, Suite 3100
Birmingham, AL 35203

Kathleen M. Miller
Smith Katzenstein & Furlow LLP
800 Delaware Avenue, 7th floor
Wilmington, DE 19899

Joseph Thomas Moldovan
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022-4731

James P. Moloy
Dann Pecar Newman & Kleiman, P.C.
One American Square, Suite 2300
Box 82008
Indianapolis, IN 46282

Audrey E. Moog
Hogan & Hartson, L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004

Brian F. Moore
McCarter & English, LLP
245 Park Avenue
New York, NY 10167

Alisa Mumola
Contrarian Capital Management, LLC
411 W. Putnam Ave., Ste. 225
Greenwich, CT 06830

Lowell Peterson
Meyer, Souzzi, English & Klein
1350 Broadway, Suite 501
New York, NY 10018

Jason Pickering
QAD, Inc.
Legal Department
10,000 Midlantic Drive
Mt. Laurel, NJ 08054

Alex Pirogovsky
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602

Constantine Pourakis
Stevens & Lee, P.C.
485 Madison Avenue
New York, NY 10022

Steven J. Reisman
Curtis, Mallet-Prevost, et al.
101 Park Avenue
New York, NY 10178

Craig Philip Rieders
Genovese Joblove & Battista, PA
100 SE Second Street, 44th Floor
Miami, FL 33131

Shawn M. Riley
Scott N. Opincar
McDonald Hopkins Co., LPA
Superior Avenue E, Suite 2100
Cleveland, OH 44114

Sandra A. Riemer
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084

Harold Ritvo
Harold Ritvo, P.C.
One University Plaza
Hackensack, NJ 07601

Scott D. Rosen
Cohn, Birnbaum & Shea, P.C.
100 Pearl Street
Hartford, CT 06103

Robert B. Rubin
Burr & Forman LLP
420 Twentieth Street North
Birmingham, AL 35023

Diane W. Sanders
Linebarger Goggan et al.
P.O. Box 17428
Austin, TX 78760

Thomas P. Sarb
Miller Johnson
250 Monroe Avenue, NW, Suite 800
Grand Rapids, MI 49503

Lawrence M. Schwab
Bialson, Bergen & Schwab
2600 El Camino Real
Palto Alto, CA 94306

Bryan I. Schwartz
Levenfeld Pearlstein LLC
2 North LaSalle Street, Suite 1300
Chicago, IL 60602

Mark A. Shaiken
Stinson Morrison Hecker, LLP
1201 Walnut Street, Suite 2700
Kansas City, MO 64106

Andrea Sheehan
Law Offices of Robert E. Luna
4411 North Central Expressway
Dallas, TX 75205

Robert J. Sidman
Vorys, Sater, Seymuor and Pease, LLP
52 East Gay Street
Columbus, OH 43216-1008

Sam O. Simmerman
Krugliak, Wilkins, Griffiths et al.
4775 Munson Street NW
Canton, OH 44718

Marc P. Solomon
Burr & Forman LLP
420 North 20th Street
Birmingham, AL 35203

Brian D. Spector
Spector & Ehrenworth, P.C.
30 Columbia turnpike
Florham Park, NJ 07932-2261

James M. Sullivan
MdDermott, Will & Emery
50 Rockefeller Center
New York, NY 10020

Gordon J. Toering
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street
Grand Rapids, MI 49503

Albert Togut
Togut, Segal & Segal, LLP
One Penn Plaza, Suite 3335
New York, NY 10119

Laura L. Torrado
Bear, Stearns & Co.
383 Madison Avenue, 8th floor
New York, NY 10179

Raymond J. Urbanik
Munsch Hardt et al.
1445 Ross Avenue
Dallas, TX 75202

Robert Usadi
Cahill Gordon & Reindel
80 Pine Street
New York, NY 10005

Joseph J. Vitale
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036

Michael D. Warner
Warner, Stevens & Doby, L.L.P.
301 Commerce Street
Fort Worth, TX 76102

Robert K. Weiler
Green & Seifter, PLLC
One Lincoln Center, Suite 900
110 West Fayette Street
Syracuse, NY 13202

Weil, Gotshal & Manges, LLP
Attn: Martin J. Bienenstock
Michael P. Kessler
Jeffrey L. Tannenbaum
767 Fifth Avenue
New York, NY 10153

Elizabeth Weller
Linebarger Goggan et al.
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2691

Kenneth S. Ziman
William T. Russell, Jr.
Simpson Thacher & Bartlett, LLP
425 Lexington Avenue
New York, NY 10017

Glenn P. Berger
Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016

Mark G. Claypool
Knowx McLaughlin Gornall et al.
120 West Tenth Street
Erie, PA 16501-1461

Michael L. Cook
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Craig Alan Damast
Blank Rose LLP
405 Lexington Avenue
New York, NY 10174

J. Michael Debbeler
Graydon, Head & Ritchie LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202

Mark T. Flewelling
Anglin, Flewellin, Rasmussen, et al.
199 South Los Robles Avenue
Pasadena, CA 91101

Lars H. Fuller
Rothgerber Johnson & Lyons, LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202-5855

Ira P. Goldberg
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Andrew D. Gottfried
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Larry D. Harvey
Larry D. Harvey P.C.
5290 DTC Parkway
Sutie 150
Englewood, CO 80111

Dion W. Hayes
McGuire Woods
901 East Cary Street
Richmond, VA 23219-4030

Jacob A. Manheimer
Pierce Atwood
One Monument Square
Portland, ME 04101

Jill Mazer-Marino
Scarcella Rosen & Slome, LLP
333 Earle Ovington Blvd., 9th floor
Uniondale, NY 11553

Thomas C. Pavlik
Novak, Robenalt, Pavlik
Skylight Office Tower
1660 West Second Street
Cleveland, OH 44113

Sandra A. Reimer
666 Fifth Avenue
New York, NY 10103

Kenneth A. Reynolds
Pryor & Madelup, LLP
675 Old Country Road
Westbury, NY 11590

Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY 10022

Mark R. Somerstein
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Timothy W. Walsh
DLA Piper Ridnick et al.
1251 Avenue of the Americas
New York, NY 10020-1104