Stephen J. Shimshak (SS/8822)
Curtis J. Weidler (CW/8633)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
(212) 757-3990

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
                                                       :
   In re:                                              :   Chapter 11
                                                       :
   DELPHI CORPORATION, *et al.*,                       :   Case No. 05-44481 (RDD)
                                                       :   (Jointly Administered)
                         Debtors.                      :
                                                       :
-------------------------------------------------------x

## NOTICE OF APPEARANCE
## AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Ambrake Corporation and Akebono Corporation (North America), each a party in interest in the above-captioned case, by and through their counsel, hereby enter their appearance pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and that such parties in interest hereby request, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings in this case be given and served upon the undersigned representatives at the following addresses and telephone numbers:

Ambrake Corporation:

>   Ronald L. Jones
>   Ambrake Corporation
>   300 Ring Road
>   Elizabethtown, KY 42701
>   Tel. No. (270) 765-0208
>   Fax No. (270) 234-2395

with a copy to:

Doc #:NY7:71973.1

    Stephen J. Shimshak
    Curtis J. Weidler
    Paul, Weiss, Rifkind, Wharton & Garrison LLP
    1285 Avenue of the Americas
    New York, NY 10019-6064
    Tel. No. (212) 373-3000
    Fax No. (212) 757-3990

Akebono Corporation (North America):

    Alan Swiech
    Akebono Corporation (North America)
    34385 Twelve Mile Road
    Farmington Hills, MI 48331
    Tel. No. (248) 489-7406
    Fax No. (866) 609-0888

with a copy to:

    Stephen J. Shimshak
    Curtis J. Weidler
    Paul, Weiss, Rifkind, Wharton & Garrison LLP
    1285 Avenue of the Americas
    New York, NY 10019-6064
    Tel. No. (212) 373-3000
    Fax No. (212) 757-3990

  PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or given with regard to the above-referenced case and the proceedings therein.

  Neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Ambrake Corporation and

2

Doc #:NY7:71973.1

Akebono Corporation (North America)'s (i) right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which either Ambrake Corporation and Akebono Corporation (North America) is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved hereby.

Dated: New York, New York
      November 3, 2005

                PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

      By:    /s/ Stephen J. Shimshak
              Stephen J. Shimshak, Esq.
              (A member of the firm)
              1285 Avenue of the Americas
              New York, NY 10019-6064
              Tel. No. 212-373-3000
              Tel. No. 212-757-3990

Doc #:NY7:71973.1