Stephen J. Shimshak (SS/8822)
Douglas R. Davis (DD/0874)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
(212) 757-3990

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
:
In re: : Chapter 11
:
DELPHI CORPORATION, *et al.*, : Case No. 05-44481 (RDD)
: (Jointly Administered)
Debtors. :
:
------------------------------------------------------x

## VERIFIED STATEMENT OF
## PAUL, WEISS, RIFKIND, WHARTON & GARRISON
## PURSUANT TO BANKRUPTCY RULE 2019

Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul Weiss") represents the creditors and parties in interest identified below. Pursuant to Federal Rule of Bankruptcy Procedure 2019, Paul Weiss makes the following representations:

1. Paul Weiss represents the following parties in interest (collectively, the "Creditors"):

| | |
|---|---|
| Ambrake Corporation<br>300 Ring Road<br>Elizabethtown, KY 42701 | Akebono Corporation (North America)<br>34385 Twelve Mile Road<br>Farmington Hills, MI 48331 |
| Noma Company<br>90 East Halsey Road<br>Parsippany, NJ 07054 | General Chemical Preference Products LLC<br>90 East Halsey Road<br>Parsippany, NJ 07054 |

2. The nature of the claims held by the Creditors (the "Claims") against Delphi Corporation and certain of its above-captioned subsidiaries and affiliates

Doc #:NY7:72786.1

(the "Debtors") includes, but is not limited to, unsecured claims, administrative claims, secured claims and reclamation rights, if any. Paul Weiss cannot, at this time, specify the amount of these claims. Paul Weiss reserves the right to supplement this statement as and when it is able to specify the amount and type of claims held by each of the Creditors.

3.  Each of the Creditors has retained Paul Weiss to represent its individual interests in connection with the above-captioned proceedings.

4.  Upon information and belief formed after due inquiry, Paul Weiss does not hold any claims against or equity interests in the Debtors.

Dated:  New York, New York
        November 3, 2005

                    PAUL, WEISS, RIFKIND, WHARTON & GARRISON

                    /s/ Stephen J. Shimshak
                    Stephen J. Shimshak
                    Douglas R. Davis
                    1285 Avenue of the Americas
                    New York, New York  10019-6064
                    (212) 373-3000

Sworn to before me this
3rd day of November, 2005.

/s/ Jeremy S. Gladstone
        Notary Public
State of New York
No. 02GL6108725
Qualified in New York County
Commission Expires April 19, 2008