UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                       :
In re:                                                 :    Chapter 11
                                                       :
DELPHI CORPORATION, *et al.*,                          :    Case No. 05-44481 (RDD)
                                                       :
                     Debtors.                          :    (Jointly Administered)
                                                       :
-------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Joseph Monzione, being duly sworn, deposes, and says:

   1.   I am not a party to this action, am over eighteen years of age, and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019.

   2.   On November 3, 2005, I caused to be served copies of the **Notice of Appearance and Demand for Service of Papers**; and **Verified Statement of Paul, Weiss, Rifkind, Wharton & Garrison Pursuant to Bankruptcy Rule 2019** on the persons set forth on the attached service list.

   3.   I caused such service to be made by enclosing true copies of the aforementioned documents in postpaid, properly addressed wrappers and caused them to be deposited in a depository under the exclusive care and custody of the United States Post Office in the State of New York.

                                                       /s/ Joseph Monzione
                                                       Joseph Monzione

Sworn to before me this
3rd day of November, 2005

/s/ Maurice Tattnall
Notary Public, State of New York
No. 01TA6018000, Qualified in Kings County
Certificate Filed in New York County
Commission Expires Dec. 21, 2006

Doc #:NY7:77371.1

## SERVICE LIST

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Dr., Suite 2100
Chicago, IL 60606

Donald S. Bernstein, Esq.
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Kenneth S. Ziman, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Alicia M. Leonhard, Esq.
Office of the United States Trustee
33 Whitehall Street
New York, NY 10004

Robert Rosenberg
Latham & Watkins LLP
85 Third Avenue, Suite 1000
New York, NY 10022

Doc #:NY7:77371.1