November 1, 2005

James M. Le
Kurtzman Carson Consultants LLC
12910 Culver Blvd, Suite I
Los Angeles, CA 90066-7066

Dear James:

This Affidavit of Mailing certifies that the package described below was mailed from Farmingdale, New York Post Office 11735.

| | |
|---|---|
| Company Name: | Delphi Corporation |
| Type of mailing: | Notice Of (A) Notification Procedures Applicable To Substantial Holders Of Claims And Equity Securities And (B) Notification And Hearing Procedures For Trading In Claims And Equity Securities |
| Mailing Date: | October 27, 2005 |
| Class of Mail: | First Class |
| Total Pieces: | 4,340 |

Sincerely,

Candy Glass
Manager, ADP ICS

Sworn to before me this 1st
Day of November, 2005

Notary Public

ROSAMARIA ANGUERI
State of New York
Suffolk County
Commission Expires Sept 18, 200_