## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                         :

In re                       :     Chapter 11
                         :

DELPHI CORPORATION et al.,    :     Case No. 05-44481 (rdd)
                         :

             Debtors.   :     (Jointly Administered)
                         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

I, Amber M. Cerveny, being duly sworn according to law, deposes and says that I am employed by Kurtzman Carson Consultants, LLC, proposed claims and noticing agent for the Debtors in the above-captioned cases.

On November 2, 2005, I caused to be served, via email the documents listed in Section 1 on the party attached hereto as Exhibit A:

### *Section 1*

  **I.**   Order Under 11 U.S.C. § 363 Approving Procedures to Sell Certain De Minimis Assets Free and Clear of Liens, Claims, and Encumbrances and to Pay Market Rate Broker Commissions in Connection With Such Sales Without Further Court Approval ("De Minimis Asset Sale Order") **(Docket No. 766) [Attached hereto as Exhibit B]**

  **II.**   Order Under 11 U.S.C. § 365(a) Authorizing Rejection of License Agreement With Duraswitch Industries Inc. ("Duraswitch Rejection Order") **(Docket No. 762) [Attached hereto as Exhibit C]**

  **III.**   Order Under 11 U.S.C. §§ 105, 363, 364, and 365(a) Authorizing Debtors to Assume or Otherwise Take Actions Necessary to Cure and Continue Use of Purchase Card Agreement and Travel Card Agreement with HSBC Bank USA, National Association Used for Low-Cost, Business-Related Goods, Services and Travel ("HSBC Credit Cards Agreement Order") **(Docket No. 764) [Attached hereto as Exhibit D]**

  **IV.**   Order Under 11 U.S.C. § 365(a) Authorizing Rejection of Pacific Rim Lease ("Pacific Rim Lease Rejection Order") **(Docket No. 765) [Attached hereto as Exhibit E]**

  **V.**   Order Under 11 U.S.C. §§ 361 and 363(b) and Fed.R.Bankr.P. 4001(c) Authorizing Debtors to Continue Honoring Prepetition Insurance Premium Finance Agreement and Continue Grant of Security Interest to Insurance Premium Finance Company ("Insurance Order") **(Docket No. 763) [Attached hereto as Exhibit F]**

  **VI.**   Final Order Under 11 U.S.C. §§ 105, 366, 503, and 507 (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Services on Account of Prepetition Invoices and

(II) Establishing Procedures for Determining Requests for Additional Assurance ("Utilities Order") **(Docket No. 760) [Attached hereto as Exhibit G]**

**VII.** Final Order Under 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and Fed.R.Bankr.P. 2002, 4001 and 9014 (I) Authorizing Debtors to Obtain Postpetition Financing, (II) to Utilize Cash Collateral and (III) Granting Adequate Protection to Prepetition Secured Parties **("Final DIP Financing Order") (Docket No. 797) [Attached hereto as Exhibit H]**

**VIII.** Notice of Commencement of Chapter 11 Bankruptcy Cases and Meeting of Creditors **[Attached hereto as Exhibit I]**

**IX.** Proposed First Omnibus Hearing Agenda **(Docket No. 669) [Docket No. J]**

**X.** Debtors' Omnibus Reply to Objections to DIP Financing Motion **(Docket No. 667) [Attached hereto as Exhibit K]**

**XI.** Debtors' First Set of Interrogatories and First Request for Production of Documents Directed to Ad Hoc Committee of Prepetition Lenders **[Attached hereto as Exhibit L]**

**XII.** Notice of Deposition Upon Oral Examination **[Attached hereto as Exhibit M]**

**XIII.** Subpoenas for JPMorgan Chase Bank, NA **[Attached hereto as Exhibit N]**

**XIV.** Order to Show Cause **(Docket No. 699) [Attached hereto as Exhibit O]**

**XV.** Notice of Waiver **(Docket No. 698) [Attached hereto as Exhibit P]**

**XVI.** Order to Show Cause **(Docket No. 774) [Attached hereto as Exhibit Q]**

**XVII.** Notice of Waiver **(Docket No. 773) [Attached hereto as Exhibit R]**

**XVIII.** Order to Show Cause **(Docket No. 785) [Attached hereto as Exhibit S]**

**XIX.** Notice of Waiver **(Docket No. 782) [Attached hereto as Exhibit T]**

**XX.** Order to Show Cause **(Docket No. 816) [Attached hereto as Exhibit U]**

Dated:  November 3, 2005

/s/ Amber M. Cerveny
Amber M. Cerveny

Sworn to and subscribed before
me on November 3, 2005

/s/ Evan J. Gershbein
Notary Public

My Commission Expires:     1/19/07

# **<u>EXHIBIT A</u>**

Delphi Corporation

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|
| Mintz Levin Cohn Ferris Growsky & Popeo | Michael L Schein | Chrysler Center | 666 Third Ave | New York | NY | 10017 | mlschein@mintz.com |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

11/3/2005 12:47 PM
2002 addition 051102

# **EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                              :
            In re                             :
                                              :    Chapter 11
DELPHI CORPORATION, et al.,                   :
                                              :    Case No.  05 – 44481 (RDD)
                            Debtors.          :
                                              :    (Jointly Administered)
                                              :
------------------------------------------------------------x

ORDER UNDER 11 U.S.C. § 363
APPROVING PROCEDURES TO SELL CERTAIN DE MINIMIS ASSETS
FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES AND
TO PAY MARKET RATE BROKER COMMISSIONS IN CONNECTION
WITH SUCH SALES WITHOUT FURTHER COURT APPROVAL

("DE MINIMIS ASSET SALE ORDER")

            Upon the motion, dated October 17, 2005 (the "Motion"), of Delphi Corporation

and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), for an order under section 363 of title 11 of

the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"),

authorizing the Debtors to sell certain de minimis assets outside the ordinary course of business

free and clear of liens, claims, and encumbrances and to pay market rate broker commissions in

connection with such dispositions without further Court approval; and upon the record of the

hearing held on the Motion; and this Court having determined that the relief requested in the

Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-

interest; and it appearing that proper and adequate notice of the Motion has been given and that

no other or further notice is necessary; and after due deliberation thereon; and good and

sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.    The Motion is GRANTED.

2.    The Debtors are authorized to consummate, without further Court approval,

arms-length sales of real and personal property outside of the ordinary course of business when

the purchase price is $10 million or less for each transaction or in the aggregate for a related

series of transactions (the "de minimis Assets"), free and clear of all liens, claims, and

encumbrances, with any such liens, claims, and encumbrances attaching to the sale proceeds with

same force, validity, priority, perfection and effect as such liens had on the property immediately

prior to the sale, subject to the notice procedures and other terms of this Order set forth below.

3.    The Debtors hereby are authorized to pay, without further Court approval,

market rate broker commissions (the "Broker Commissions") for brokers utilized in the ordinary

course of the Debtors' business in connection with any sales of de minimis Assets upon

satisfaction of the disclosure requirements provided for herein.

4.    Sales of de minimis Assets are subject to the following notice procedures (the

"Notice Procedures"):

> (a)    The Debtors shall give notice of each proposed sale (the "Sale Notice") to (i)
> the Office of the United States Trustee, (ii) counsel to any official committees appointed
> in these cases (the "Committee(s)"), (iii) counsel for the agent under the Debtor's debtor-
> in-possession lenders (the "DIP Lenders"), (iv) counsel for the agent under the Debtors'
> prepetition credit facility; (v)  any other known holder of a lien, claim, or encumbrance
> against the specific property to be sold, and (vi) any known interested party in the subject
> de minimis Assets (collectively, the "Notice Parties").  The Sale Notice shall be served by
> facsimile, if possible, so as to be received by 5:00 p.m. (Eastern Time) on the date of
> service and by overnight mail.  The Sale Notice shall specify (i) the assets to be sold, (ii)
> the identity of the proposed purchaser (including a statement that the proposed purchaser
> is not an "insider" as defined in section 101(31) of the Bankruptcy Code ), (iii) the
> proposed sale price, (iv) a copy of any documentation executed in contemplation of the

2

transaction, and (v) an affidavit of the broker, if any, pursuant to rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that identifies the broker, the amount of the Broker Commission, affirms based on such broker's reasonable knowledge and belief, that the commission is at or lower than the market commission for similar sales and contains the disclosures required by Bankruptcy Rule 2014.

(b)   The Notice Parties shall have five business days following initial receipt of the Sale Notice to object to or request additional time to evaluate the proposed transaction and the Broker Commission.  If counsel to the Debtors receives no written objection or written request for additional time prior to the expiration of such five business day period, the Debtors shall be authorized to consummate the proposed sale transaction and to take such actions as are necessary to close the transaction and collect the proceeds of such sale, including, without limitation, payment of the Broker Commission.

(c)   If a Notice Party objects to the proposed transaction and/or the Broker Commission within five business days after the Sale Notice is received, the Debtors and such objecting Notice Party shall use good faith efforts to consensually resolve the objection.  If the Debtors and the objecting Notice Party are unable to achieve a consensual resolution, the Debtors shall not take any further steps to consummate the proposed transaction without first obtaining Bankruptcy Court approval of the proposed transaction, including retention of any broker, *nunc pro tunc*, upon notice and a hearing.

(d)   To the extent that a competing bid is received for the purchase of the de minimis Assets, which in the Debtor's sole discretion, in the exercise of their business judgment and in consultation with their processionals, materially exceeds the value of the purchase price contained in the Sale Notice, the Debtors shall re-notice the proposed sale to the subsequent bidder pursuant to the Notice Procedures; *provided* that the proposed purchase price is still less than or equal to $10 million, and to the extent the proposed purchase price is greater than $10 million, the Debtors shall file a motion with this Court in accordance with the Case Management Order (Docket No. 164) to obtain approval for the proposed transaction.

(e)   Any valid and enforceable liens shall attach to the net proceeds of the sale with same force, validity, priority, perfection and effect as such liens had on the property immediately prior to the sale, subject to any claims and defenses the Debtors may possess with respect thereto, and any amounts in excess of such liens shall be utilized by the Debtors in accordance with the terms of the debtor-in-possession financing agreements (collectively, the "DIP Agreement") (if approved by this Court) or any order entered by this Court.

5.   Nothing in the foregoing procedures shall prevent the Debtors, in their sole and absolute discretion, from seeking Bankruptcy Court approval at any time of any proposed transaction upon notice and a hearing, or if necessary, to comfort a purchaser, to submit a

3

separate order to this Court along with a certificate of no objection to be entered without need for a hearing on the matter.

6.    The Notice Procedures set forth herein shall not apply to sales of assets that involve an "insider," as defined in section 101(31) of the Bankruptcy Code or any sale that, because of the integral nature of the asset, would require the Debtors subsequently to sell additional assets for an aggregate sum in excess of $10 million.  Any such sale shall continue to require an individual hearing as prescribed by section 363(b) of the Bankruptcy Code.

7.    Sales of de minimis Assets shall be arm's-length transactions entitled to the protections of section 363(m) of the Bankruptcy Code.

8.    The Debtors and their respective officers, employees, and agents are authorized to perform all of their obligations, take whatever actions necessary, and issue, execute, and deliver whatever documents may be necessary or appropriate to implement and effectuate any dispositions of de minimis Assets.

9.    Each and every federal State and local government agency or department is hereby directed to accept any and all documents and instruments necessary or appropriate to consummate the dispositions of de minimis Assets.  The register or recorder of deeds (or other similar recording agency) is hereby directed to accept and include a certified copy of this Order along with any other appropriate conveyance documents used to record and index the transfer of any de minimis Assets in the appropriate public records.

10.    Pursuant to the terms of the DIP Agreement and the interim order approving such DIP Agreement on an interim basis, entered on October 12, 2005, and subject to the final approval of the DIP Agreement, the DIP Lenders hold valid, duly perfected security interests in and liens upon the de minimis Assets.  Subject to the final approval of the DIP Agreement, any

4

and all proceeds obtained by the Debtors from any sales of such <u>de minimis</u> Assets will be applied as required by the DIP Agreement or any order entered by this Court.  Nothing contained herein shall be deemed a waiver by the DIP Lenders of any required approval or disapproval of any sale, whether pursuant to this Order or otherwise.

       11.   All other holders of valid and perfected liens shall be treated in accordance with section 363(f) of the Bankruptcy Code.

       12.   Nothing in this Order alters or modifies the Debtors' obligation to file a motion pursuant to section 365 of the Bankruptcy Code to assume and/or assign any lease.

       13.   No further orders of this Court are necessary to effectuate the terms set forth herein for transactions or related series of transactions completed in good faith.

       14.   This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

       15.   The requirement under Local Rule 9013-1(b) for the service and filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated:      New York, New York
            October 27, 2005

                     /s/ Robert D. Drain
                     UNITED STATES BANKRUPTCY JUDGE

5

# **EXHIBIT C**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
     In re                            :     Chapter 11
:
DELPHI CORPORATION, et al.,      :     Case No. 05-44481 (RDD)
:
                 Debtors.    :     (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER UNDER 11 U.S.C. § 365(a) AUTHORIZING
REJECTION OF LICENSE AGREEMENT WITH DURASWITCH INDUSTRIES, INC.

("DURASWITCH REJECTION ORDER")

         Upon the motion, dated October 17, 2005 (the "Motion"), of Delphi Corporation and

certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned

cases (collectively, the "Debtors"), for an order (the "Order") under 11 U.S.C. § 365(a) authorizing

the Debtors to reject the License Agreement between Delphi Automotive Systems LLC and

DuraSwitch Industries, Inc., dated April 20, 2000 (the "DuraSwitch License Agreement"); and upon

the record of the hearing held on the Motion; and this Court having determined that the relief

requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other

parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given and

that no other or further notice is necessary; and after due deliberation thereon; and good and

sufficient cause appearing therefor; it is hereby

        ORDERED, ADJUDGED, AND DECREED THAT:

        1.   The Motion is GRANTED.

2.    The DuraSwitch License Agreement is hereby rejected under section 365(a) of the Bankruptcy Code.

3.    The rejection of the DuraSwitch License Agreement, including all exclusive and non-exclusive licenses granted thereby, shall be effective as of October 17, 2005.

4.    Effective as of October 17, 2005, Delphi acknowledges that it is no longer authorized to issue any sublicenses, sell any Licensed Products (as defined in the DuraSwitch License Agreement), or use the technology that is the subject of the DuraSwitch License Agreement, and Delphi will not object to any license, sublicense, sale, or other use by DuraSwitch with respect to the technology, including DuraSwitch's issuance of licenses to any other party.

5.    Nothing provided herein shall prejudice DuraSwitch's right to assert any and all claims against the Debtors, including, but not limited to, damages for rejection of the DuraSwitch License Agreement and/or any other claim arising under the DuraSwitch License Agreement, other agreement between DuraSwitch and the Debtors, or otherwise, and the Debtors preserve any and all rights in law or equity to object to such claims, all subject to further applicable orders of this Court.

6.    Notwithstanding any provision of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended, or of the Federal Rules of Bankruptcy Procedure to the contrary, this Order shall take effect immediately upon signature.

7.    This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

8.    The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the

United States Bankruptcy Court for the Southern District of New York for the service and filing

of a separate memorandum of law is deemed satisfied by the Motion.

Dated:    New York, New York
          October 27, 2005


                                        /s/ Robert D. Drain
                                        HONORABLE ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT D**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                        :

In re                          :     Chapter 11

DELPHI CORPORATION, <u>et al.</u>,    :     Case No. 05-44481 (RDD)

                Debtors.    :     (Jointly Administered)

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER UNDER 11 U.S.C. §§ 105, 363, 364, AND 365(a)
AUTHORIZING DEBTORS TO ASSUME OR OTHERWISE TAKE ACTIONS NECESSARY
TO CURE AND CONTINUE USE OF PURCHASE CARD AGREEMENT AND TRAVEL
CARD AGREEMENT WITH HSBC BANK USA, NATIONAL ASSOCIATION USED FOR
<u>LOW-COST, BUSINESS-RELATED GOODS, SERVICES, AND TRAVEL</u>

("HSBC CREDIT CARD AGREEMENTS ORDER")

          Upon the motion, dated October 17, 2005 (the "Motion"), of Delphi Corporation

("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), for an order (the "Order") under 11 U.S.C.

§§ 105, 363, 364, and 365(a) authorizing the Debtors to assume or otherwise take actions

necessary to cure and continue use of that certain Purchase Card Agreement (the "Purchase Card

Agreement"), dated February 18, 2005, and that certain Corporate Card Agreement (the "Travel

Card Agreement"), dated February 18, 2005, both between Delphi and HSBC Bank USA,

National Association; and upon the record of the hearing held on the Motion; and this Court

having determined that the relief requested in the Motion is in the best interests of the Debtors,

their estates, their creditors, and other parties-in-interest; and it appearing that proper and

adequate notice of the Motion has been given and that no other or further notice is necessary; and

after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:

A.       The Debtors have exercised reasonable business judgment in deciding to assume or otherwise take actions necessary to cure and continue postpetition use of the Purchase Card Agreement and the Travel Card Agreement.

B.       The assumption, or cure and continuance of the postpetition use, of the Purchase Card Agreement and the Travel Card Agreement is reasonable and appropriate under the circumstances.

ORDERED, ADJUDGED, AND DECREED THAT:

1.       The Motion is GRANTED.

2.       The Debtors are authorized to take any and all actions necessary or desirable to perform the Debtors' obligations and complete the transactions contemplated under the Purchase Card Agreement and Travel Card Agreement.

3.       Any potential preference claims that the Debtors may have relating to prepetition payments made under the Purchase Card Agreement and Travel Card Agreement are hereby waived.

4.       This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

     5.     The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for

the United States Bankruptcy Court for the Southern District of New York for the service and

filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated:     New York, New York
          October 27, 2005


          /s/ Robert D. Drain
          UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT E**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                      :

In re                            :     Chapter 11
                                        :

DELPHI CORPORATION, et al.,    :     Case No. 05-44481 (RDD)
                                        :

                   Debtors.   :     (Jointly Administered)
                                        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER UNDER 11 U.S.C. § 365(a) AUTHORIZING
REJECTION OF PACIFIC RIM LEASE

("PACIFIC RIM LEASE REJECTION ORDER")

        Upon the motion, dated October 17, 2005 (the "Motion"), of Delphi Corporation

("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), for an order (the "Order") under 11 U.S.C. §

365(a) authorizing the Debtors to reject both the (a) Master Lease Agreement between Delphi

Automotive Systems Corporation ("Delphi Automotive"), predecessor in interest to Delphi, and

Pacific Rim, Inc. ("Pacific Rim"), dated June 29, 2001 (the "Pacific Rim Master Agreement"), and

(b) the Schedule, pursuant to the Pacific Rim Master Agreement, between Delphi Automotive (as

predecessor in interest to Delphi) and Pacific Rim, dated June 29, 2001 (the "Schedule 1 Lease");

and upon the record of the hearing held on the Motion; and this Court having determined that the

relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and

other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been

given and that no other or further notice is necessary; and after due deliberation thereon; and good

and sufficient cause appearing therefor; it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.      The Motion is GRANTED.

2.      Each of the Pacific Rim Master Agreement and the Schedule 1 Lease is hereby rejected under section 365(a) of the Bankruptcy Code.

3.      The rejection of each of the Pacific Rim Master Agreement and the Schedule 1 Lease shall be effective as of October 17, 2005.

4.      Notwithstanding any provision of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended, or of the Federal Rules of Bankruptcy Procedure to the contrary, this Order shall take effect immediately upon signature.

5.      This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

6.      The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated:      New York, New York
            October 27, 2005


                                        /s/ Robert D. Drain
                                        UNITED STATES BANKRUPTCY JUDGE

## **EXHIBIT F**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
     In re                              :        Chapter 11
                                          :
DELPHI CORPORATION, <u>et</u> <u>al.</u>,          :        Case No. 05-44481 (RDD)
                                          :
                 Debtors.          :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x


ORDER UNDER 11 U.S.C. §§ 361 AND 363(b) AND FED. R. BANKR. P.
4001(c) AUTHORIZING DEBTORS TO CONTINUE HONORING PREPETITION
INSURANCE PREMIUM FINANCE AGREEMENT AND CONTINUE GRANT OF
<u>SECURITY INTEREST TO INSURANCE PREMIUM FINANCE COMPANY</u>

("INSURANCE FINANCING ORDER")

        Upon the motion, dated October 8, 2005 (the "Motion"), of Delphi Corporation

("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), for entry of an order (the "Order") under 11

U.S.C. §§ 361 and 363(b) and Rule 4001(c) of the Federal Rules of Bankruptcy Procedure

authorizing the Debtors to continue honoring their obligations pursuant to a prepetition insurance

premium finance agreement for the purpose of financing the purchase of several forms of

insurance coverage, and continue the grant of a security interest to the insurance premium

finance company in all sums payable to Delphi under the financed insurance policies; and upon

the Affidavit Of Robert S. Miller, Jr. In Support Of Chapter 11 Petitions And First Day Orders,

sworn to October 8, 2005; and upon the record of the hearing held on the Motion; and this Court

having determined that the relief requested in the Motion is in the best interests of the Debtors,

their estates, their creditors, and other parties-in-interest; and it appearing that proper and

adequate notice of the Motion has been given and that no other or further notice is necessary; and

after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.    The Motion is GRANTED.

2.    The Debtors are authorized but not directed in their sole discretion, to

continue honoring their obligations pursuant to that certain Commercial Insurance Premium

Finance and Security Agreement between Delphi and Cananwill, Inc. ("Cananwill"), dated

February 21, 2005 (the "Finance Agreement"), including, but not limited to, making periodic

payments to Cananwill pursuant to the terms of the Finance Agreement.

3.    The Debtors are authorized but not directed in their sole discretion, to grant

to Cananwill, and the Debtors' obligations under the Finance Agreement shall be secured by, a

first priority lien in all sums that may become payable to Delphi under those insurance policies

(the "Insurance Policies") financed pursuant to the Finance Agreement, including any gross

return premiums that would be payable in the event of cancellation of the Insurance Policies (the

"Unearned Premiums") and loss payments that reduce the Unearned Premiums.  No further

action by Cananwill shall be required to perfect its security interest.

4.    Nothing in this Order or the Motion shall be construed as prejudicing the

rights of the Debtors to dispute or contest the amount of or basis for any claims against the

Debtors in connection with or relating to the Debtors' Insurance Policies.

5.    Nothing herein shall be deemed an assumption, adoption, or an authorization

to assume any contracts or other agreements, under section 365 of title 11 of the United States

Code, 11 U.S.C. §§ 101-1330, as amended or otherwise, with Cananwill or parties to whom

amounts under the Finance Agreement may be owed.

6.    This Court shall retain jurisdiction to hear and determine all matters arising

from the implementation of this Order.

7.    The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the

United States Bankruptcy Court for the Southern District of New York for the service and filing

of a separate memorandum of law is deemed satisfied by the Motion.

Dated:    New York, New York
          October 27, 2005


                                        /s/ Robert D. Drain
                                        UNITED STATES BANKRUPTCY JUDGE

## **EXHIBIT G**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                             :

In re                           :     Chapter 11
                             :

DELPHI CORPORATION, et al.,    :     Case No. 05- 44481 (RDD)
                             :

               Debtors.   :     (Jointly Administered)
                             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

FINAL ORDER UNDER 11 U.S.C. §§ 105, 366, 503, AND 507 (I) PROHIBITING UTILITIES
FROM ALTERING, REFUSING, OR DISCONTINUING SERVICES ON ACCOUNT OF
PREPETITION INVOICES AND (II) ESTABLISHING PROCEDURES
FOR DETERMINING REQUESTS FOR ADDITIONAL ASSURANCE

("UTILITIES ORDER")

            Upon the motion, dated October 8, 2005 (the "Motion"), of Delphi Corporation

and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-

captioned cases (collectively, the "Debtors"), for interim and final orders (this final order being

referred to hereinafter as the "Final Order") under 11 U.S.C. §§ 105, 366, 503, and 507

(a) prohibiting utilities from altering, refusing, or discontinuing services on account of

nonpayment of prepetition invoices and (b) establishing procedures for determining requests for

additional adequate assurance; and upon the Affidavit Of Robert S. Miller, Jr. In Support Of

Chapter 11 Petitions And First Day Orders, sworn to October 8, 2005; and upon the record of the

hearing held on the Motion; and this Court having determined that the relief requested in the

Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-

interest; and it appearing that proper and adequate notice of the Motion has been given and that

no other or further notice is necessary; and after due deliberation thereon; and good and

sufficient cause appearing therefor, it is hereby

FOUND AND DETERMINED THAT:

A.      This Court has jurisdiction over the matters raised in the Motion.

B.      This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C.      AT&T, Entergy Mississippi, Inc., SBC Communications Inc., American Electric Power, Dominion East Ohio, New York State Electric And Gas Corporation, Niagara Mohawk Power Corporation, Public Services And Electric Gas Company, And Rochester Gas & Electric Corporation (collectively, the "Objecting Utilities") have filed objections (collectively, the "Objections") to the Motion.

D.      The hearing with respect to the Objecting Utilities has been continued to November 29, 2005, and the deadline for the Debtors to respond to the objections filed by the Objecting Utilities shall be on or before 12:00 p.m. on November 28, 2005, or, if the hearing is further continued, on or before 12:00 p.m. on the day immediately prior to the applicable hearing date as set forth in paragraph 14 of the Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, And Administrative Procedures, And (III) Scheduling An Initial Case Conference In Accordance With Local Bankr. R. 1007(e).

E.      Constellation NewEnergy, Inc. ("Constellation") has filed a response to the Motion which has been resolved.

F.      No other objections and responses to the Motion have been filed.

ORDERED, ADJUDGED, AND DECREED THAT:

1.      Except with respect to the Objecting Utilities, the Motion is GRANTED on a final basis as provided herein.

2.      The Debtors shall pay on a timely basis in accordance with their prepetition practices all undisputed invoices for postpetition utility services provided by the Utility Companies to the Debtors.

3.      Absent any further order of this Court, each of the utility companies that provides natural gas, water, electric, telephone, fuel, sewer, cable, telecommunications, internet, paging, cellular phone, and other similar services to the Debtors, (the "Utility Companies"), whether under direct relationship with the Debtors or through the Debtors' landlords or other third parties, including but not limited to the list of Utility Companies contained in Exhibit 1 hereto, enjoined from (a) altering, refusing, or discontinuing service to, or discriminating against, the Debtors solely on the basis of the commencement of these chapter 11 cases or on account of any unpaid invoice for service provided prior to October 8, 2005 or (b) requiring the payment of a deposit or other security in connection with such Utility Company's continued provision of utility services, including, but not limited to, the furnishing of gas, heat, electricity, water, sewer, cable, telephone, telecommunications, internet, paging, cell phone, or any other service of like kind.

4.      The Debtors' record of timely payment of prepetition utility bills, demonstrated ability to pay future utility bills, and, with respect to those Utility Companies that provide natural gas to the Debtors through GM accounts, such Utility Companies' agreements with GM, constitute adequate assurance of future payment for utility services pursuant to 11 U.S.C. § 366(b).

5.      The Debtors shall serve a copy of the Motion and this Final Order on each Utility Company set forth on Exhibit 1 hereto by overnight mail within five business days of the entry of this Final Order.

6.      This Final Order is without prejudice to the rights of any of the Utility

Companies to make a request for adequate assurance from the Debtors (a "Request") in the form

of deposits or other security based on materially changed circumstances from the date hereof.

Any such Request must be in writing and set forth the location for which the utility services are

provided, a payment history for the most recent six months, and a description of any prior

material payment delinquency or irregularity.  Any Request received by the Debtors after the

Request Deadline or which otherwise fails to comply with this Final Order (including failure to

specify prior material delinquent or irregular payment) shall be deemed untimely and invalid,

and any Utility Company making such a Request shall be deemed to have adequate assurance

under 11 U.S.C. § 366.

7.      In the event the Debtors believe that a timely Request for additional

assurance made by any of the Utility Companies is unreasonable and no consensual resolution of

the Request is reached, the Debtors shall file a motion for determination of adequate assurance of

payment with respect to such Request (the "Determination Motion") within 45 days of receiving

such Request and set such Motion for hearing (the "Determination Hearing").  Consistent with

the Court's Case Management Order, any of the Utility Companies may seek an earlier

Determination Hearing.

8.      If a Determination Hearing is scheduled in accordance with the

immediately preceding paragraph, the Utility Company shall be deemed to have adequate

assurance of payment until an order of this Court is entered in connection with a Determination

Hearing.

9.      Any Utility Company not listed on Exhibit 1 hereto but subsequently

identified shall be served with a copy of this Final Order and be afforded 25 days from the date

of service to make a Request, if any, from the Debtors.  Such a Request must otherwise comply

with the requirements of this Final Order or shall be deemed an untimely and invalid adequate

assurance request, precluding a Utility Company from unilaterally terminating service; provided,

however, that the Utility Company and the Debtors shall then be governed by paragraphs 6-8

hereof.

        10.     To the extent that the Electricity Supply Agreement (New York), Master

Electricity Supply Agreement (Illinois), and Gas Sale, Transportation, and Management Contract

(Contract No. AEM03002) (collectively, the "Supply Agreements") between the Debtors and

Constellation are "forward contracts" and Constellation is a "forward contract merchant," as

those terms are defined in 11 U.S.C. sec 101(25) and (26), respectively, nothing in this Final

Order is intended to limit or impair Constellation's rights under section 556 of the Bankruptcy

Code as a forward contract merchant, nor shall this Final Order limit or impair the Debtors' right

to argue that Constellation is not a forward contract merchant, that the Supply Agreements are

not forward contracts, or that Constellation is not entitled to exercise any rights it may have

under section 556 of the Bankruptcy Code, or otherwise.

        11.     If additional Utility Companies are identified by the Debtors, the Debtors

shall file with this Court a supplement to Exhibit 1 hereto adding the names of the Utility

Companies so served, and this Final Order shall be deemed to apply to such Utility Companies

from the date of such service, subject to a later order of this Court on a Determination Motion, if

any.

12.     This Court shall retain jurisdiction to hear and determine all matters

arising from the implementation of this Final Order.

13.     The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for

the United States Bankruptcy Court for the Southern District of New York for the service and

filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated:    New York, New York
          October 27, 2005


                                    /s/ Robert D. Drain
                                    UNITED STATES BANKRUPTCY JUDGE

Exhibit 1

| Utility Provider | Account Number | Utility |
|---|---|---|
| Adrian (City of)<br>TREASURERS OFFICE<br>100 E CHURCH ST<br>ADRIAN, MI 49221 | 014501281011 | Water SVC |
| Adrian (City of)<br>TREASURERS OFFICE<br>100 E CHURCH ST<br>ADRIAN, MI 49221 | 014501300021 | Water Only |
| Adrian (City of)<br>TREASURERS OFFICE<br>100 E CHURCH ST<br>ADRIAN, MI 49221 | 014501310021 | Water Only |
| Adrian (City of)<br>TREASURERS OFFICE<br>100 E CHURCH ST<br>ADRIAN, MI 49221 | 014501320021 | Sewerage Only |
| Adrian (City of)<br>TREASURERS OFFICE<br>100 E CHURCH ST<br>ADRIAN, MI 49221 | XA0100015200 | Sewerage Only |
| Alabama Gas Corparation<br>PO BOX 2224<br>BIRMINGHAM, AL 352460022 | 5001556190001 | Natural Gas |
| Alabama Gas Corparation<br>PO BOX 2224<br>BIRMINGHAM, AL 352460022 | 6001556248001 | Natural Gas |
| Alabama Gas Corparation<br>PO BOX 2224<br>BIRMINGHAM, AL 352460022 | 8001551470001 | Natural Gas |
| Alabama Power Co<br>PO BOX 11407<br>BIRMINGHAM, AL 352460201 | 0003696008 | Electricity |
| Alabama Power Co<br>PO BOX 11407<br>BIRMINGHAM, AL 352460201 | 0003739204 | Electricity |
| Alabama Power Co<br>PO BOX 11407<br>BIRMINGHAM, AL 352460201 | 0003747402 | Electricity |
| Alabama Power Co<br>PO BOX 11407<br>BIRMINGHAM, AL 352460201 | 0419070027 | Electricity |
| Alabama Power Co<br>PO BOX 11407<br>BIRMINGHAM, AL 352460201 | 3339429009 | Electricity |
| Alabama Power Co<br>PO BOX 11407<br>BIRMINGHAM, AL 352460201 | 3402429004 | Electricity |
| Alabama Power Co<br>PO BOX 11407<br>BIRMINGHAM, AL 352460201 | 3423429004 | Electricity |
| Alabama Power Co<br>PO BOX 11407<br>BIRMINGHAM, AL 352460201 | 3549429006 | Electricity |
| Alltel<br>Building 4 Fifth Floor<br>Little Rock, AR 72202-2099 | 0032202142 | Cell Phones |

Exhibit 1

| Utility Provider | Account Number | Utility |
|---|---|---|
| Amherst Commerce Park<br>4508 MAIN STREET<br>AMHERST, NY 14226 | 4234 | Water SVC |
| Amherst Commerce Park<br>4508 MAIN STREET<br>AMHERST, NY 14226 | 4236 | Water SVC |
| Amherst Commerce Park<br>4508 MAIN STREET<br>AMHERST, NY 14226 | 4238 | Water SVC |
| Anderson City Utilities<br>120 EAST 8TH ST<br>ANDERSON, IN 46016 | 411100505500 | Electricity |
| Anderson City Utilities<br>120 EAST 8TH ST<br>ANDERSON, IN 46016 | 500041118000 | Sewerage Only |
| Anderson City Utilities<br>120 EAST 8TH ST<br>ANDERSON, IN 46016 | 500041119000 | Sewerage Only |
| Anderson City Utilities<br>120 EAST 8TH ST<br>ANDERSON, IN 46016 | 500041121000 | Sewerage Only |
| Anderson City Utilities<br>120 EAST 8TH ST<br>ANDERSON, IN 46016 | 630101011000 | Water Only |
| Anderson City Utilities<br>120 EAST 8TH ST<br>ANDERSON, IN 46016 | 630101023000 | Water Only |
| Anderson City Utilities<br>120 EAST 8TH ST<br>ANDERSON, IN 46016 | 809203000000 | Electricity |
| Anderson City Utilities<br>120 EAST 8TH ST<br>ANDERSON, IN 46016 | 810100320500 | Water Only |
| Anderson City Utilities<br>120 EAST 8TH ST<br>ANDERSON, IN 46016 | 810100320600 | Sewerage Only |
| ANXe<br>2000 Town Center<br>Suite 2050<br>SOUTHFIELD, MI 48075 | 7785 | Firewall |
| Avaya<br>17225 Federal Drive Room<br>Suite 180<br>ALLEN PARK, MI 48101-3613 | 101173605 | Telecommunications |
| Avaya<br>17225 Federal Drive Room<br>Suite 180<br>ALLEN PARK, MI 48101-3613 | 101845955 | Telecommunications |
| Brookhaven (City of)<br>WATER DEPT<br>PO BOX 560<br>BROOKHAVEN, MS 39602 | 011110 | Water SVC |

Exhibit 1

| Utility Provider | Account Number | Utility |
|---|---|---|
| Buena Vista Wtr & Swr Dept<br>1160 S OUTER DR<br>SAGINAW, MI 48601 | 1550200000 | Water SVC |
| Buena Vista Wtr & Swr Dept<br>1160 S OUTER DR<br>SAGINAW, MI 48601 | 1550400002 | Water Only |
| Burton (City of)  MI<br>4303 S CENTER ROAD<br>BURTON, MI 48519 | 0000844880 | Sewerage Only |
| Burton (City of)  MI<br>4303 S CENTER ROAD<br>BURTON, MI 48519 | 0000861740 | Water SVC |
| Burton (City of)  MI<br>4303 S CENTER ROAD<br>BURTON, MI 48519 | 000086174F | Water Only |
| Burton (City of)  MI<br>4303 S CENTER ROAD<br>BURTON, MI 48519 | 0000864940 | Water SVC |
| Burton (City of)  MI<br>4303 S CENTER ROAD<br>BURTON, MI 48519 | 000086494A | Water SVC |
| Burton (City of)  MI<br>4303 S CENTER ROAD<br>BURTON, MI 48519 | 000086494B | Water SVC |
| Burton (City of)  MI<br>4303 S CENTER ROAD<br>BURTON, MI 48519 | 000086494F | Water Only |
| Burton (City of)  MI<br>4303 S CENTER ROAD<br>BURTON, MI 48519 | 000086494L | Water Only |
| CenterPoint Energy Entex<br>PO BOX 4981<br>HOUSTON, TX 772104981 | 31052897 | Natural Gas |
| CenterPoint Energy Entex<br>PO BOX 4981<br>HOUSTON, TX 772104981 | 29567336 | Natural Gas |
| Central Power & Light Co<br>CPL Retail Energy<br>PO BOX 22136<br>TULSA, OK 74121 | 50190898670 | Electricity |
| Chemical Reclamation Svcs Inc<br>405 POWELL STREET<br>AVALON, TX 76623 | MX-TA-04-166-00 | Waste |
| Cinergy PSI<br>PO BOX 740399<br>CINCINNATI, OH 452740399 | 39703170017 | Electricity |
| Cinergy PSI<br>PO BOX 740399<br>CINCINNATI, OH 452740399 | 58703274011 | Electricity |
| Cinergy PSI<br>PO BOX 740399<br>CINCINNATI, OH 452740399 | 65503083013 | Electricity |
| Cinergy PSI<br>PO BOX 740399<br>CINCINNATI, OH 452740399 | 97203047014 | Electricity |
| Cinergy PSI<br>PO BOX 740399<br>CINCINATTI, OH 452740399 | 94703046015 | Electricity |
| Citizens Gas & Coke Utility<br>PO BOX 7056<br>INDIANAPOLIS, IN 462077056 | 276921232436 | Natural Gas |

Exhibit 1

| Utility Provider | Account Number | Utility |
|---|---|---|
| Citizens Gas & Coke Utility<br>PO BOX 7056<br>INDIANAPOLIS, IN 462077056 | 276921395035 | Natural Gas |
| Citizens Gas & Coke Utility<br>PO BOX 7056<br>INDIANAPOLIS, IN 462077056 | 463006374687 | Natural Gas |
| Citizens Gas & Coke Utility<br>PO BOX 7056<br>INDIANAPOLIS, IN 462077056 | 200704700328 | Natural Gas |
| Clinton (City of)<br>PO BOX 156<br>CLINTON, MS 390600156 | 0030074501 | Water SVC |
| Clinton (City of)<br>PO BOX 156<br>CLINTON, MS 390600156 | 0030074601 | Water SVC |
| Clinton (City of)<br>PO BOX 156<br>CLINTON, MS 390600156 | 0030074701 | Water SVC |
| Clinton (City of)<br>PO BOX 156<br>CLINTON, MS 390600156 | 0030075401 | Water SVC |
| Clinton (City of)<br>PO BOX 156<br>CLINTON, MS 390600156 | 0030075501 | Water SVC |
| Colliers Turley Martin Tckr<br>COLLIERS TURLEY MARTIN TUCKER<br>4678 WORLD PARKWAY CIRCLE<br>ST LOUIS, MO 63134 | ECOLLIERSDELPHI | Electricity |
| Colliers Turley Martin Tckr<br>COLLIERS TURLEY MARTIN TUCKER<br>4678 WORLD PARKWAY CIRCLE<br>ST LOUIS, MO 63134 | GCOLLIERSDELPHI | Natural Gas |
| Colliers Turley Martin Tckr<br>COLLIERS TURLEY MARTIN TUCKER<br>4678 WORLD PARKWAY CIRCLE<br>ST LOUIS, MO 63134 | WCOLLIERSDELPHI | Water SVC |
| Columbia Pwr & Wtr Systems<br>PO BOX 379<br>COLUMBIA, TN 384020379 | E107927002 | Electricity |
| Columbia Pwr & Wtr Systems<br>PO BOX 379<br>COLUMBIA, TN 384020379 | W107927002 | Water SVC |
| Columbus (City of)<br>PO BOX 182882<br>COLUMBUS, OH 432182882 | 750201086013 | Water Only |
| Columbus (City of)<br>PO BOX 182882<br>COLUMBUS, OH 432182882 | 750201086014 | Sewerage Only |
| Commonwealth Edison<br>BILL PAYMENT CENTER<br>CHICAGO, IL 606680001 | 1108024032COMED | Electricity |
| Constellation NewEnergy<br>DEPT # 4073<br>PO BOX 2088<br>MILWAUKEE, WI 532012088 | 1108024032CONSTELATN | Electricity |
| Constellation NewEnergy-Gas<br>SECTION 2059<br>CAROL STREAM, IL 601322059 | 5221 | Natural Gas |
| Consteltn NewEngy<br>PO BOX 642399<br>PITTSBURGH, PA 152642399 | 2007544 | Electricity |
| Consteltn NewEngy<br>PO BOX 642399<br>PITTSBURGH, PA 152642399 | 2007545 | Electricity |

Exhibit 1

| Utility Provider | Account Number | Utility |
|---|---|---|
| Consumers Energy<br>PO BOX 30090<br>LANSING, MI 489097590 | 0503142882003 | Electricity |
| Consumers Energy<br>PO BOX 30090<br>LANSING, MI 489097590 | 0503242153008 | Electricity |
| Consumers Energy<br>PO BOX 30090<br>LANSING, MI 489097590 | 0503243736009 | Electricity |
| Consumers Energy<br>PO BOX 30090<br>LANSING, MI 489097590 | 0515061624000 | Electricity |
| Consumers Energy<br>PO BOX 30090<br>LANSING, MI 489097590 | 0515066358000 | Electricity |
| Consumers Energy<br>PO BOX 30090<br>LANSING, MI 489097590 | 0519004478003 | Electricity |
| Consumers Energy<br>PO BOX 30090<br>LANSING, MI 489097590 | 0619000115003 | Electricity |
| Consumers Energy<br>PO BOX 30090<br>LANSING, MI 489097590 | 081815829502 | Electricity |
| Consumers Energy<br>PO BOX 30090<br>LANSING, MI 489097590 | 0819003113019 | Electricity |
| Consumers Energy<br>PO BOX 30090<br>LANSING, MI 489097590 | 1519000560001 | Electricity |
| Consumers Energy<br>PO BOX 30090<br>LANSING, MI 489097590 | 1519000760007 | Electricity |
| Consumers Energy<br>PO BOX 30090<br>LANSING, MI 489097590 | 1519892760008 | Electricity |
| Consumers Energy<br>PO BOX 30090<br>LANSING, MI 489097590 | 1519895025003 | Electricity |
| Consumers Energy<br>PO BOX 30090<br>LANSING, MI 489097590 | 1526848379007 | Electricity |
| Consumers Energy<br>PO BOX 30090<br>LANSING, MI 489097590 | 1528865028004 | Electricity |
| Consumers Energy<br>PO BOX 30090<br>LANSING, MI 489097590 | 0404051073033 | Natural Gas |
| Consumers Energy<br>PO BOX 30090<br>LANSING, MI 489097590 | 0425585098006 | Natural Gas |
| Consumers Energy<br>PO BOX 30090<br>LANSING, MI 489097590 | 0503243738005 | Natural Gas |
| Consumers Energy<br>PO BOX 30090<br>LANSING, MI 489097590 | 0503243739003 | Natural Gas |
| Consumers Energy<br>PO BOX 30090<br>LANSING, MI 489097590 | 0512011035015 | Natural Gas |

Exhibit 1

| Utility Provider | Account Number | Utility |
|---|---|---|
| Consumers Energy<br>PO BOX 30090<br>LANSING, MI 489097590 | 0515066299006 | Natural Gas |
| Consumers Energy<br>PO BOX 30090<br>LANSING, MI 489097590 | 051506630402 | Natural Gas |
| Consumers Energy<br>PO BOX 30090<br>LANSING, MI 489097590 | 1519892613009 | Natural Gas |
| Consumers Energy<br>PO BOX 30090<br>LANSING, MI 489097590 | 1519895918017 | Natural Gas |
| Consumers Energy<br>PO BOX 30090<br>LANSING, MI 489097590 | 1526848372010 | Natural Gas |
| Consumers Energy<br>PO BOX 30090<br>LANSING, MI 489097590 | 1912039751024 | Natural Gas |
| Consumers Energy<br>PO BOX 30090<br>LANSING, MI 489097590 | 1915090234020 | Natural Gas |
| Consumers Energy<br>PO BOX 30090<br>LANSING, MI 489097590 | 1925017353027 | Natural Gas |
| Consumers Energy<br>PO BOX 30090<br>LANSING, MI 489097590 | 1925018410008 | Natural Gas |
| Consumers Energy<br>PO BOX 30090<br>LANSING, MI 489097590 | 1925018411006 | Natural Gas |
| Consumers Energy<br>ACCOUNT RECEIVABLES DEPT<br>LANSING, MI 489370001 | 1912460125037 | Natural Gas |
| Consumers Power<br>ACCOUNT RECEIVABLES DEPT<br>LANSING, MI 48937000 | 0503242152018 | Electricity |
| Consumers Power<br>ACCOUNT RECEIVABLES DEPT<br>LANSING, MI 48937000 | 050324280705 | Electricity |
| Consumers Power<br>ACCOUNT RECEIVABLES DEPT<br>LANSING, MI 48937000 | 0524001037000 | Electricity |
| Consumers Power<br>ACCOUNT RECEIVABLES DEPT<br>LANSING, MI 48937000 | 0619000121001 | Electricity |
| Consumers Power<br>ACCOUNT RECEIVABLES DEPT<br>LANSING, MI 48937000 | 1509000285006 | Electricity |
| Coopersville (City of)<br>289 DANFORTH<br>COOPERSVILLE, MI 49404 | RANW000999000100 | Water Only |
| Coopersville (City of)<br>289 DANFORTH<br>COOPERSVILLE, MI 49404 | RANW000999000200 | Sewerage Only |
| Cortland (City of)<br>400 N HIGH STREET<br>CORTLAND, OH 44410 | 10860 | Water Only |
| Cortland (City of)<br>400 N HIGH STREET<br>CORTLAND, OH 44410 | 40195 | Water SVC |

Exhibit 1

| Utility Provider | Account Number | Utility |
|---|---|---|
| Covad<br>110 Rio Robles<br>SAN JOSE, CA 95134 | 38750 | Internet Feed |
| Dayton Power & Light Co<br>PO BOX 740598<br>CINCINNATI, OH 452740598 | 0000391500 | Electricity |
| Dayton Power & Light Co<br>PO BOX 740598<br>CINCINNATI, OH 452740598 | 0000392500 | Electricity |
| Dayton Power & Light Co<br>PO BOX 740598<br>CINCINNATI, OH 452740598 | 0000397500 | Electricity |
| Dayton Power & Light Co<br>PO BOX 740598<br>CINCINNATI, OH 452740598 | 0000398500 | Electricity |
| Dayton Power & Light Co<br>PO BOX 740598<br>CINCINNATI, OH 452740598 | 0000400500 | Electricity |
| Dayton Power & Light Co<br>PO BOX 740598<br>CINCINNATI, OH 452740598 | 02481889168 | Electricity |
| Dayton Power & Light Co<br>PO BOX 740598<br>CINCINNATI, OH 452740598 | 10385348077 | Electricity |
| Dayton Power & Light Co<br>PO BOX 740598<br>CINCINNATI, OH 452740598 | 14915695432 | Electricity |
| Dayton Power & Light<br>PO BOX 2631<br>DAYTON, OH 454012631 | 39555869053 | Electricity |
| Dayton Power & Light<br>PO BOX 2631<br>DAYTON, OH 454012631 | 97958465378 | Electricity |
| Dayton Water Dept (City of)<br>PO BOX 740575<br>CINCINNATI, OH 452740575 | 0000497040018 | Water Only |
| Dayton Water Dept (City of)<br>PO BOX 740575<br>CINCINNATI, OH 452740575 | 0000629790019 | Water Only |
| Dayton Water Dept (City of)<br>PO BOX 740575<br>CINCINNATI, OH 452740575 | 0000649060016 | Water Only |
| Dayton Water Dept (City of)<br>PO BOX 740575<br>CINCINNATI, OH 452740575 | 0000670680036 | Water Only |
| Dayton Water Dept (City of)<br>PO BOX 740575<br>CINCINNATI, OH 452740575 | 0000793940028 | Water Only |
| Dayton Water Dept (City of)<br>PO BOX 740575<br>CINCINNATI, OH 452740575 | 0000838790011 | Water Only |
| Dayton Water Dept (City of)<br>PO BOX 740575<br>CINCINNATI, OH 452740575 | 0008004850014 | Water Only |
| Dayton Water Dept (City of)<br>PO BOX 740575<br>CINCINNATI, OH 452740575 | 0008004860028 | Water Only |
| Dayton Water Dept (City of)<br>PO BOX 740575<br>CINCINNATI, OH 452740575 | 0008010940011 | Water Only |

Exhibit 1

| Utility Provider | Account Number | Utility |
|---|---|---|
| Dayton Water Dept (City of)<br>PO BOX 740575<br>CINCINNATI, OH 452740575 | 1060550016 | Water SVC |
| Dayton Water Dept (City of)<br>PO BOX 740575<br>CINCINNATI, OH 452740575 | 1187520012 | Water Only |
| Dayton Water Dept (City of)<br>PO BOX 740575<br>CINCINNATI, OH 452740575 | 1209860015 | Water Only |
| Dayton Water Dept (City of)<br>PO BOX 740575<br>CINCINNATI, OH 452740575 | 227670019 | Sewerage Only |
| Dayton Water Dept (City of)<br>PO BOX 740575<br>CINCINNATI, OH 452740575 | 456510028 | Water SVC |
| Dayton Water Dept (City of)<br>PO BOX 740575<br>CINCINNATI, OH 452740575 | 604100019 | Water SVC |
| Dayton Water Dept (City of)<br>PO BOX 740575<br>CINCINNATI, OH 452740575 | 640990010 | Water SVC |
| Dayton Water Dept (City of)<br>PO BOX 740575<br>CINCINNATI, OH 452740575 | 8008380012 | Sewerage Only |
| Dayton Water Dept (City of)<br>PO BOX 740575<br>CINCINNATI, OH 452740575 | 8008390018 | Water SVC |
| Dayton Water Dept (City of)<br>PO BOX 740575<br>CINCINNATI, OH 452740575 | 8008400013 | Water SVC |
| Dayton Water Dept (City of)<br>PO BOX 740575<br>CINCINNATI, OH 452740575 | 801048500 | Sewerage Only |
| Dayton Water Dept (City of)<br>PO BOX 740575<br>CINCINNATI, OH 452740575 | 8011690019 | Sewerage Only |
| Dayton Water Dept (City of)<br>PO BOX 740575<br>CINCINNATI, OH 452740575 | 8012260018 | Sewerage Only |
| Dayton Water Dept (City of)<br>PO BOX 740575<br>CINCINNATI, OH 452740575 | 913990019 | Water SVC |
| Dayton Water Dept (City of)<br>PO BOX 740575<br>CINCINNATI, OH 452740575 | 991250028 | Water SVC |
| Dayton Water Dept (City of)<br>PO BOX 740575<br>CINCINNATI, OH 452740575 | 991260015 | Water Only |
| Dayton Water Dept (City of)<br>PO BOX 740575<br>CINCINNATI, OH 452740575 | 991260031 | Water Only |
| Detroit Edison Co<br>PO BOX 67-069A<br>DETROIT, MI 482670069 | 457582800027 | Electricity |
| Downers Grove (Village of)<br>CIVIC CENTER<br>801 BURLINGTON AVE<br>DOWNERS GROVE, IL 605154776 | A990331103 | Water Only |

## Exhibit 1

| Utility Provider | Account Number | Utility |
|---|---|---|
| Downers Grove (Village of)<br>CIVIC CENTER<br>801 BURLINGTON AVE<br>DOWNERS GROVE, IL 605154776 | A990331121 | Water Only |
| Downers Grove Sanitary Dist<br>2710 CURTISS ST<br>PO BOX 1412<br>DOWNERS GROVE, IL 605150703 | 0A990331103 | Sewerage Only |
| Downers Grove Sanitary Dist<br>2710 CURTISS ST<br>PO BOX 1412<br>DOWNERS GROVE, IL 605150703 | 0A990331121 | Sewerage Only |
| DPL Energy Resources<br>1065 WOODMAN DR<br>DAYTON, OH 45432 | 0926642629 | Electricity |
| DTE Energy<br>PO BOX 2859<br>DETROIT, MI 482600001 | 4575828000197027814 | Natural Gas |
| DTE Energy<br>PO BOX 2859<br>DETROIT, MI 482600001 | 4575828000199210261 | Natural Gas |
| DTE Energy<br>PO BOX 2859<br>DETROIT, MI 482600001 | 196798600033 | Electricity |
| DTE Energy<br>PO BOX 67-069A<br>DETROIT, MI 482670069 | 000003194 | Electricity |
| DTE Energy<br>PO BOX 67-069A<br>DETROIT, MI 482670069 | 000130617 | Electricity |
| DTE Energy<br>PO BOX 67-069A<br>DETROIT, MI 482670069 | 000131979 | Electricity |
| DTE Energy<br>PO BOX 67-069A<br>DETROIT, MI 482670069 | 000137349 | Electricity |
| DTE Energy<br>PO BOX 67-069A<br>DETROIT, MI 482670069 | 000165464 | Electricity |
| DTE Energy<br>PO BOX 67-069A<br>DETROIT, MI 482670069 | 000225896 | Electricity |

Exhibit 1

| Utility Provider | Account Number | Utility |
|---|---|---|
| El Paso Electric Co<br>PO BOX 20982<br>EL PASO, TX 799980982 | 10100502010050 | Electricity |
| El Paso Electric Co<br>PO BOX 20982<br>EL PASO, TX 799980982 | 1505134201 | Electricity |
| El Paso Water Utils Pub Svc<br>PO BOX 511<br>EL PASO, TX 799610001 | 2108621300 | Water SVC |
| El Paso Water Utils Pub Svc<br>PO BOX 511<br>EL PASO, TX 799610001 | 2108681300 | Water SVC |
| El Paso Water Utils Pub Svc<br>PO BOX 511<br>EL PASO, TX 799610001 | 2108682300 | Water Only |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-AL-01-209-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-AL-08-112-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-AL-09-111-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-AL-10-113-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-CA-04-198-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-CA-05-114-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-GA-05-115-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-IL-08-222-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-IN-01-191-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-IN-01-191-01 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-IN-04-118-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-IN-05-116-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-IN-05-196-00 | Waste |

## Exhibit 1

| Utility Provider | Account Number | Utility |
|---|---|---|
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-IN-09-226-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-KS-01-217-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-KS-02-119-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-KS-02-119-NA | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-MI-01-168-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-MI-01-178-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-MI-01-202-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-MI-02-206-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-MI-05-121-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-MI-05-122-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-MI-05-122-01 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-MI-05-122-02 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-MI-05-126-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-MI-05-127-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-MI-05-128-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-MI-05-130-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-MI-06-120-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-MI-06-132-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-MI-08-194-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-MI-08-228-00 | Waste |

Exhibit 1

| Utility Provider | Account Number | Utility |
|---|---|---|
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-MI-09-129-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-MI-09-180-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-MS-05-135-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-MS-08-133-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-MS-08-134-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-NJ-05-137-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-NY-01-188-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-NY-01-188-01 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-NY-05-141-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-NY-05-141-NA | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-NY-05-184-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-NY-10-139-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-NY-10-192-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-NY-10-215-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-OH-01-185-01 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-OH-01-185-02 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-OH-01-185-03 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-OH-01-185-04 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-OH-01-185-05 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-OH-01-185-06 | Waste |

Exhibit 1

| Utility Provider | Account Number | Utility |
|---|---|---|
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-OH-01-185-07 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-OH-01-185-08 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-OH-05-143-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-OH-05-144-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-OH-05-145-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-OH-05-147-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-OH-05-148-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-OH-05-150-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-OH-05-152-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-OH-05-204-01 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-OH-05-232-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-OH-06-142-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-OH-06-151-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-OH-08-153-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-OH-08-153-01 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-OH-08-153-02 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-OH-08-153-03 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-OH-08-153-04 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-OH-08-153-05 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-OH-08-153-08 | Waste |

Exhibit 1

| Utility Provider | Account Number | Utility |
|---|---|---|
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDINAPOLIS, IN 46268 | US-OH-10-149-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDINAPOLIS, IN 46268 | US-OH-10-195-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDINAPOLIS, IN 46268 | US-OK-05-181-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDINAPOLIS, IN 46268 | US-TX-05-160-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDINAPOLIS, IN 46268 | US-WI-04-162-00 | Waste |
| EQ-Heritage<br>8720 ROBBINS ROAD<br>INDINAPOLIS, IN 46268 | US-WI-05-161-00 | Waste |
| Erie Cnty Dept Environ Serv<br>2900 COLUMBUS AVE ANNEX<br>PO BOX 549<br>SANDUSKY, OH 448710549 | M019000501 | Sewerage Only |
| Erie Cnty Dept Environ Serv<br>2900 COLUMBUS AVE ANNEX<br>PO BOX 549<br>SANDUSKY, OH 448710549 | M019001001 | Water Only |
| Erie Cnty Water Authority<br>PO BOX 5148<br>350 ELLICOTT SQ BL<br>BUFFALO, NY 142405148 | 420066032 | Water Only |
| Erie Cnty Water Authority<br>PO BOX 5148<br>350 ELLICOTT SQ BL<br>BUFFALO, NY 142405148 | 420066133 | Water Only |
| Erie Cnty Water Authority<br>PO BOX 5148<br>350 ELLICOTT SQ BL<br>BUFFALO, NY 142405148 | 710050535 | Water Only |
| Fitzgerald Wtr Lgt&Bond Com<br>PO DRAWER "F"<br>FITZGERALD, GA 31750 | 4490073901 | Water Only |
| Fitzgerald Wtr Lgt&Bond Com<br>PO DRAWER "F"<br>FITZGERALD, GA 31750 | 4490074001 | Sewerage Only |
| Fitzgerald Wtr Lgt&Bond Com<br>PO DRAWER "F"<br>FITZGERALD, GA 31750 | 9990007000 | Natural Gas |
| Fitzgerald Wtr Lgt&Bond Com<br>PO DRAWER "F"<br>FITZGERALD, GA 31750 | E4490074101 | Electricity |
| Fitzgerald Wtr Lgt&Bond Com<br>PO DRAWER "F"<br>FITZGERALD, GA 31750 | T4490074201 | Refuse |
| Fitzgerald Wtr Lgt&Bond Com<br>PO DRAWER "F"<br>FITZGERALD, GA 31750 | W4490074101 | Water Only |
| Fitzgerald Wtr Lgt&Bond Com<br>PO DRAWER "F"<br>FITZGERALD, GA 31750 | W4490074201 | Refuse |
| Fitzgerald Wtr Lgt&Bond Com<br>PO DRAWER "F"<br>FITZGERALD, GA 31750 | W4490074201 | Water Only |
| Flint (City of)<br>PO BOX 1950<br>FLINT, MI 48501 | 540232620 | Sewerage Only |

## Exhibit 1

| Utility Provider | Account Number | Utility |
|---|---|---|
| Flint (City of)<br>PO BOX 1950<br>FLINT, MI 48501 | AVEN0000000TCF01 | Water SVC |
| Flint (City of)<br>PO BOX 1950<br>FLINT, MI 48501 | AVEN000000PLT601 | Water SVC |
| Flint (City of)<br>PO BOX 1950<br>FLINT, MI 48501 | AVEN001102WC4001 | Water SVC |
| Flint (City of)<br>PO BOX 1950<br>FLINT, MI 48501 | CENN001101PT4301 | Water SVC |
| Flint (City of)<br>PO BOX 1950<br>FLINT, MI 48501 | CENNG01372PLT701 | Water SVC |
| Flint (City of)<br>PO BOX 1950<br>FLINT, MI 48501 | DAVI0000000TCF01 | Water SVC |
| Flint (City of)<br>PO BOX 1950<br>FLINT, MI 48501 | DAVI000000DIV901 | Water SVC |
| Flint (City of)<br>PO BOX 1950<br><br>FLINT, MI 48501 | DORN000000BL101 | Water SVC |
| Flint (City of)<br>PO BOX 1950<br>FLINT, MI 48501 | DORN000000PERS01 | Water SVC |
| Flint (City of)<br>PO BOX 1950<br>FLINT, MI 48501 | DORN000000TUNL01 | Water SVC |
| Flint (City of)<br>PO BOX 1950<br>FLINT, MI 48501 | KELS000000FLBD01 | Water SVC |
| Flint (City of)<br>PO BOX 1950<br>FLINT, MI 48501 | ROBR000000WTPF01 | Sewerage Only |
| Flint (City of)<br>PO BOX 1950<br>FLINT, MI 48501 | ROBR0030260WTP01 | Water SVC |
| General Oil Company Inc<br>31478 INDUSTRIAL ROAD<br>SUITE 100<br>LIVONIA, MI 48150 | US-MI-01-219-00 | Waste |
| Genesee County Drain Comm.<br>WATER & WASTE SERVICES<br>G-4610 BEECHER ROAD<br>FLINT, MI 485322617 | GENESEEWASTETREATMNT | Sewerage Only |
| Georgia Power Company<br>PO BOX 102473<br>68 ANNEX<br>ATLANTA, GA 30368 | 0003355904 | Electricity |
| Henrietta (Town of)<br>475 CALKINS RD<br>HENRIETA, NY 144670999 | 7001332200 | Water SVC |
| Henrietta (Town of)<br>475 CALKINS RD<br>HENRIETA, NY 144670999 | S7001332100 | Sewerage Only |
| Henry County REMC<br>PO BOX D<br>201 N 6TH STREET<br>NEW CASTLE, IN 473621046 | 76788003 | Electricity |
| Heritage Interactive Services<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | MX-CH-08-167-20 | Waste |

Exhibit 1

| Utility Provider | Account Number | Utility |
|---|---|---|
| Heritage Interactive Services<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | MX-TA-06-165-01 | Waste |
| Heritage Interactive Services<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | MX-TX-04-157-00 | Waste |
| Heritage Interactive Services<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | MX-TX-06-155-00 | Waste |
| Heritage Interactive Services<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | MX-TX-08-156-00 | Waste |
| Heritage Interactive Services<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-AL-01-216-00 | Waste |
| Heritage Interactive Services<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-IN-05-235-00 | Waste |
| Heritage Interactive Services<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-KS-01-213-00 | Waste |
| Heritage Interactive Services<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-KS-07-213-00 | Waste |
| Heritage Interactive Services<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-MI-01-206-00 | Waste |
| Heritage Interactive Services<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-MI-01-212-01 | Waste |
| Heritage Interactive Services<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-MI-08-205-00 | Waste |
| Heritage Interactive Services<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-MS-08-134-01 | Waste |
| Heritage Interactive Services<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-MS-08-134-02 | Waste |
| Heritage Interactive Services<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-NY-10-242-00 | Waste |
| Heritage Interactive Services<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-OH-08-153-07 | Waste |
| Heritage Interactive Services<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-OH-08-153-09 | Waste |
| Heritage Interactive Services<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-TN-05-197-00 | Waste |
| Heritage Interactive Services<br>8720 ROBBINS ROAD<br>INDIANAPOLIS, IN 46268 | US-TX-04-193-00 | Waste |
| Heritage-Crystal Clean LLC<br>PO BOX 68123<br>INDIANAPOLIS, IN 46268 | US-IN-04-118-02 | Waste |
| Heritage-Crystal Clean LLC<br>PO BOX 68123<br>INDIANAPOLIS, IN 46268 | US-MI-09-129-01 | Waste |

## Exhibit 1

| Utility Provider | Account Number | Utility |
|---|---|---|
| Heritage-Crystal Clean LLC<br>PO BOX 68123<br>INDINAPOLIS, IN 46268 | US-NY-10-215-01 | Waste |
| HESCO Houston Energy Svcs Co<br>PO BOX 3989<br>MCALLEN, TX 785023989 | 8880000003416 | Natural Gas |
| ICG Communications (Reseller of Qwest) Colorado Facilit<br>161 Inverness Drive West<br>Englewood, CO 80112 | 000000000025052 | Telecommunications |
| Indiana Michigan Power Comp<br>PO BOX 24412<br>CANTON, OH 4470144 | 04677855605 | Electricity |
| Indiana Michigan Power Comp<br>PO BOX 24412<br>CANTON, OH 4470144 | 04982285704 | Electricity |
| Indiana-American Water Comp<br>PO BOX 5127<br>CAROL STREAM, IL 601975127 | 1000000362 | Water Only |
| Indiana-American Water Comp<br>PO BOX 5127<br>CAROL STREAM, IL 601975127 | 1000000370 | Water Only |
| Indiana-American Water Comp<br>PO BOX 5127<br>CAROL STREAM, IL 601975127 | 1000000388 | Water Only |
| Indiana-American Water Comp<br>PO BOX 5127<br>CAROL STREAM, IL 601975127 | 1000125680 | Water Only |
| Indiana-American Water Comp<br>PO BOX 5127<br>CAROL STREAM, IL 601975127 | 1000126662 | Water Only |
| Indiana-American Water Comp<br>PO BOX 5127<br>CAROL STREAM, IL 601975127 | 1000126811 | Water Only |
| Indianapolis Power & Light Co<br>PO BOX 110<br>INDIANAPOLIS, IN 462060110 | 756303 | Electricity |
| Indianapolis Power & Light Co<br>PO BOX 110<br>INDIANAPOLIS, IN 462060110 | 756304 | Electricity |
| Indianapolis Power & Light Co<br>PO BOX 110<br>INDIANAPOLIS, IN 462060110 | 756306 | Electricity |
| Indianapolis Power & Light Co<br>PO BOX 110<br>INDIANAPOLIS, IN 462060110 | 756308 | Electricity |
| Indianapolis Power & Light Co<br>PO BOX 110<br>INDIANAPOLIS, IN 462060110 | 815165 | Electricity |
| Indianapolis Power & Light Co<br>PO BOX 110<br>INDIANAPOLIS, IN 462060110 | 961236 | Electricity |
| Indianapolis Power & Light Co<br>PO BOX 110<br>INDIANAPOLIS, IN 462060110 | 961237 | Electricity |
| Indianapolis Power & Light Co<br>PO BOX 110<br>INDIANAPOLIS, IN 462060110 | 961238 | Electricity |
| Indianapolis Water Company<br>PO BOX 1990<br>INDIANAPOLIS, IN 462061990 | 00000351600003438 | Water Only |

## Exhibit 1

| Utility Provider | Account Number | Utility |
|---|---|---|
| Indianapolis Water Company<br>PO BOX 1990<br>INDIANAPOLIS, IN 462061990 | 000003516000304151 | Water SVC |
| Indianapolis Water Company<br>PO BOX 1990<br>INDIANAPOLIS, IN 462061990 | 000320511000262375 | Water SVC |
| Indianapolis Water Company<br>PO BOX 1990<br>INDIANAPOLIS, IN 462061990 | 000320511000305402 | Water Only |
| Indianapolis Water Company<br>PO BOX 1990<br>INDIANAPOLIS, IN 462061990 | 00075767100003437 | Water Only |
| Indianapolis Water Company<br>PO BOX 1990<br>INDIANAPOLIS, IN 462061990 | 000757671000262373 | Water SVC |
| Intercall<br>542 Oak Tree Court<br>SIMI VALLEY, CA 93065 | 117494 | LiveMeeting & Conference Lines |
| Intercall<br>542 Oak Tree Court<br>SIMI VALLEY, CA 93065 | 128715 | LiveMeeting & Conference Lines |
| Irvine Ranch Water District<br>PO BOX 57500<br>IRVINE, CA 92619 | 26112635011 | Sewerage Only |
| Irvine Ranch Water District<br>PO BOX 57500<br>IRVINE, CA 92619 | 30025808012 | Water Only |
| Irvine Ranch Water District<br>PO BOX 57500<br>IRVINE, CA 92619 | 30025809010 | Water Only |
| Irvine Ranch Water District<br>PO BOX 57500<br>IRVINE, CA 92619 | 38018560011 | Water Only |
| Irvine Ranch Water District<br>PO BOX 57500<br>IRVINE, CA 92619 | 38025807017 | Water SVC |
| Irwin Electric Membership Corp<br>PO BOX 125<br>OCILLA, GA 31774 | 1054001 | Electricity |
| Kinder Morgan<br>PO Box 3000<br>SCOTTSBLUFF, NE 69363 | 610499-6 | Gas |
| Kinder Morgan<br>PO Box 3000<br>SCOTTSBLUFF, NE 69363 | 1281523-9 | Gas |
| Kinder Morgan<br>PO Box 3000<br>SCOTTSBLUFF, NE 69363 | 1351558-0 | Gas |
| Kokomo Gas & Fuel Company<br>900 EAST BLVD<br>PO BOX 9015<br>KOKOMO, IN 469049015 | 901402000406 | Natural Gas |
| Kokomo Gas & Fuel Company<br>900 EAST BLVD<br>PO BOX 9015<br>KOKOMO, IN 469049015 | 901402070447 | Natural Gas |
| Kokomo Gas & Fuel Company<br>900 EAST BLVD<br>PO BOX 9015<br>KOKOMO, IN 469049015 | 901422080430 | Natural Gas |
| Kokomo Gas & Fuel Company<br>900 EAST BLVD<br>PO BOX 9015<br>KOKOMO, IN 469049015 | 901422090401 | Natural Gas |