IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                             :
        In re                                                :   Chapter 11
                                                             :
DELPHI CORPORATION et al.,                                   :   Case No. 05-44481 (rdd)
                                                             :
                              Debtors.                       :   (Jointly Administered)
                                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
```

## AFFIDAVIT OF SERVICE

I, Amber M. Cerveny, being duly sworn according to law, deposes and says that I am employed by Kurtzman Carson Consultants, LLC, proposed claims and noticing agent for the Debtors in the above-captioned cases.

On November 3, 2005, I caused to be served, via overnight delivery the document listed in Section 1 on the parties attached hereto as Exhibit A:

### *Section 1*

**I.** Debtors' Response to Statement of Official Committee of Unsecured Creditors in Response to (A) Debtors' Motion for Order Under 11 U.S.C. §§ 105(a), 363, 364, 1107 and 1108 and Fed.R.Bankr.P. 6004 and 9019 Authorizing Continuation of Vendor Rescue Program and Payment of Prepetition Claims of Financially Distressed Sole Source Suppliers and Vendors Without Contracts and (B) Motion for Order Under 11 U.S.C. §§ 105(a), 363, 1107 and 1108 Authorizing Payment of Prepetition Obligations to Foreign Creditors and (II) Financial Institutions to Honor and Process Related Checks and Transfers **(Docket No. 855) [Attached hereto as Exhibit B]**

**II.** Debtors' Response to the Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Order Under 11 U.S.C. §§ 362, 503 and 546 and Fed.R.Bankr.P. 9019 Establishing Procedures for Treatment of Reclamation Claims **(Docket No. 854) [Attached hereto as Exhibit C]**

Dated: November 4, 2005

                                                         */s/ Amber M. Cerveny*
                                                         Amber M. Cerveny

Sworn to and subscribed before
me on November 4, 2005

     */s/ Evan J. Gershbein*
Notary Public

My Commission Expires:    1/19/07

1

# EXHIBIT A

Response Parties

| NAME | COMPANY | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIPCODE | TELEPHONE | FAX | E-Mail | PARTYFUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Alicia M Leonard | United States Trustee | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 | does not take service via fax | United States Trustee |
| Deirdre A Martini | United States Trustee | 33 Whitehall Street | Suite 2100 | New York | NY | 10004 | 212 510-0500 | 212 668-2256 | deirdremartini@usdojgov | United States Trustee |
| Henry Reichard | IUE-CWA | 2360 W Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | hreichardiuecwa@aolcom | Creditor Committee Member |
| John Wm Butler John K Lyons Ron E Meisler | Skadden Arps Slate Meagher & Flom LLP | 333 W Wacker Dr | Suite 2100 | Chicago | IL | 60606 | 312 407-0700 | 312 407-0411 | jbutler@skaddencom jlyonsch@skaddencom rmeisler@skaddencom | Counsel to the Debtor |
| Kayalyn A Marafioti Thomas J Matz | Skadden Arps Slate Meagher & Flom LLP | 4 Times Square | PO Box 300 | New York | NY | 10036 | 212 735-3000 | 212 735-2000 | kmarafio@skaddencom tmatz@skaddencom | Counsel to the Debtor |
| Kenneth S Ziman Robert H Trust William T Russell Jr | Simpson Thatcher & Bartlett LLP | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblawcom rtrust@stblawcom wrussell@stblawcom | Prepetition Administrative Agent |
| Michael Nefkens | Electronic Data Systems Corp | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mikenefkens@edscom | Creditor Committee Member |
| Michelle Robson | Capital Research and Management Company | 11100 Santa Monica Blvd | 15th Floor | Los Angeles | CA | 90025 | 310-996-6140 | 310-996-6091 | mlfr@capgroupcom | Creditor Committee Member |
| Richard Lee Chambers III | Freescale Semiconductor Inc | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | treychambers@freescalecom | Creditor Committee Member |
| Steven M Cimalore | Wilmington Trust Company | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrustcom | Creditor Committee Member/Indenture Trustee |
| Thomas F Maher Richard Duker Gianni Russello | JPMorgan Chase Bank NA | 270 Park Avenue | | New York | NY | 10017 | 212-270-0426 | 212-270-0430 | thomasfmaher@chasecom richardduker@jpmorgancom giannirussello@jpmorgancom | Postpetition Administrative Agent |
| Vilma Francis | JPMorgan Chase Bank NA | 270 Park Avenue | | New York | NY | 10017 | | 212-270-5484 | vilmafrancis@jpmorgancom | Prepetition Administrative Agent |

In re Delphi Corporation et al.
Case No. 05-44481 (RDD)

1 of 1

11/4/20058:48 AM