THACHER PROFFITT & WOOD LLP
Two World Financial Center
New York, NY 10281
Tel: (212) 912-7400
Jonathan D. Forstot (JF/5807)
Louis A. Curcio (LC/0242)

*Attorneys for TT electronics, Plc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE, REQUEST FOR
SERVICE OF ALL PLEADINGS AND DOCUMENTS
AND INCLUSION ON MASTER SERVICE LIST**

PLEASE TAKE NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure, TT electronics, Plc. ("TT electronics"), by and through their attorneys, Thacher Proffitt & Wood LLP, hereby appears in the captioned case.

PLEASE TAKE FURTHER NOTICE that TT electronics requests that notice of all matters arising in this case and service of all papers and documents filed in this case, including but not limited to orders, reports, pleadings, motions, applications, petitions, disclosure statements, plans of reorganization or liquidation, objections, answering and reply papers, including all notices required by the Bankruptcy Code and Bankruptcy Rules, including notices required by Bankruptcy Rule 2002, be served upon TT electronics by service upon:

        THACHER PROFFITT & WOOD LLP
        Two World Financial Center
        New York, New York 10281
        Attn:     Jonathan D. Forstot, Esq.
                   JForstot@tpw.com
                   Louis A Curcio, Esq.
                   LCurcio@tpw.com

     PLEASE TAKE FURTHER NOTICE that TT Electronics does not intend this Notice of Appearance or any later appearance, pleading or claim to waive: (1) its right to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to this case; or (2) any other rights, claims, actions, defenses, set-offs, or recoupments to which it is or may be entitled under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

Dated: New York, New York
       November 4, 2005

                                      THACHER PROFFITT & WOOD LLP

                                      By:    /s/ Jonathan D. Forstot
                                              Jonathan D. Forstot (JF/5807)
                                              Louis A. Curcio (LC/0242)

                                      Two World Financial Center
                                      New York, New York 10281
                                      (212) 912-7400

                                      *Attorneys for TT electronics, Plc.*