THACHER PROFFITT & WOOD LLP
Two World Financial Center
New York, NY 10281
Tel:  (212) 912-7400
Jonathan D. Forstot (JF/5807)
Louis A. Curcio (LC/0242)

*Attorneys for TT electronics, Plc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, *et al.* | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |
| | **CERTIFICATE OF SERVICE BY MAIL** |

      I, LOUIS A. CURCIO, do hereby certify this 4th day of November, that I am an associate of the firm of Thacher Proffitt & Wood LLP and that I caused copies of the Notice of Appearance, Request for Service of All Pleadings and Documents and Inclusion on Master Service List to be served on November 4, 2005 upon the parties on the attached service list by regular United States mail, postage fully prepaid.

      Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: New York, New York
      November 4, 2005

By:   /s/ Louis A. Curcio
     Louis A. Curcio (LC/0242)

## Service List

Michelle Robson
Capital Research and Management Co.
11100 Santa Monica Blvd 15th Floor
Los Angeles, CA 90025

Bruce Simon
Cohen Weiss & Simon
330 W. 42nd Street
New York, NY 10036

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle
LLP
101 Park Avenue
New York, NY 10178-0061

Donald Bernstein
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

Sean Corcoran
Karen Craft
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Michael Nefkens
Electronic Data Systems Corp
5505 Corporate Drive MSIA
Troy, MI 48098

Paul W. Anderson
Flextronics International Asia-Pacific,
Ltd.
c/o Flextronics International USA, Inc.
2090 Fourtune Drive
San Jose, CA 95131

Richard Lee Chambers, III
Freescale Semiconductor, Inc.
6501 William Cannon Drive West
MD: OE16
Austin, TX 78735

Randall S. Eisenberg
FTI Consulting, Inc.
3 Times Square, 11th Floor
New York, NY 10036

Valerie Venable
General Electric Company
One Plastics Avenue
Pittsfield, MA 01201

John Devine
General Motors Corporation
300 Renaissance Center, P.O. Box 300
Detroit, MI 48265

Lonie A. Hassel
Groom Law Group
1701 Pennsylvania Avenue, NW
Washington, DC 20006

Stephen H. Gross
Hodgson Russ LLP
152 West 57th Street, 35th Floor
New York, NY 10019

Internal Revenue Service
Attn: Insolvency Department
290 Broadway, 5th Floor
New York, NY 10007

Internal Revenue Service
Attn: Insolvency Department
477 Michigan Ave, Mail Stop 15
Detroit, MI 48226

IUE-CWA
Henry Reichard
2360 W. Dorothy Lane, Suite 201
Dayton, OH 45439

William Q. Derrough
Jefferies & Company, Inc.,
520 Madison Avenue,
12th Floor
New York, NY 10022

Clifford Trapani
Khuyen Ta
JP Morgan Chase Bank, N.A.
1111 Fannin, 10th Floor
Houston, TX 77002

Thomas F. Maher
Richard Duker,
Gianni Russello
Vilma Francis
JP Morgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017

James Le
Kurtzman Carson Consultants
12910 Culver Blvd, Suite 1
Los Angeles, CA 90066

Robert J. Rosenberg
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

Melissa Knolls
Mesirow Financial
321 N. Clark St, 13th Floor
Chicago, IL 60601

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Office of New York State
Attorney General Eliot Spitzer
120 Broadway
New York City, NY 10271

Robert Siegel
O'Melveny & Meyer LLP
400 South Hope Street
Los Angeles, CA 90071

Tom A. Jerman
Rachel Janger
O'Melveny & Meyer LLP
1625 Eye Street, NW
Washington, DC 20006

Jeffrey Cohen
Ralph L. Landy
Pension Benefit Guaranty Corporation
1200 K Street, N.W., Suite 340
Washington, DC 20005

Sandra A. Riemer
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103

David L. Resnick
Rothchild, Inc.
1251 Avenue of Americas
New York, NY 10020

Securities and Exchange Commission
Reorganization Branch
233 Broadway
New York, NY 10279

Robert W. Dremluk
Seyfarth Shaw LLP
1270 Avenue of the Americas,
Suite 2500
New York, NY 10020-1801

Douglas Bartner
Jill Frizzley
Shearman & Sterlilng LLP
599 Lexington Avenue
New York, NY 10022

Kenneth S. Ziman
Robert H. Trust
William T. Russell, Jr.
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

John Wm. Butler
John K. Lyons
Ron E. Meisler
Skadden, Arps, Slate, Meagher
  &: Flom LLP
333 W. Wacher Dr., Suite 2100
Chicago, IL 60606

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher
  &: Flom LLP
4 Times Square
P.O. Box 300
New York, NY 10036

Chester B. Salomon
Constantine D. Pourakis
Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY 10022

Albert Togut
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119

United States Trustee
Alicia M. Leonard
Deidre A. Martini
33 Whitehall Street, Suite 2100
New York, NY 10004

Steven M. Cimalore
Rodney Square North
Wilmington Trust Company
1100 North Market Street
Wilmington, DE 19890

David Boyle
Airgas, Inc.
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA 19087-8675

Wallace A. Showman
Ajamine LLP
1350 Avenue of the Americas,
29th Floor
New York, NY 10019

Thomas A. Ajamine
Ajamine LLP
711 Louisiana, Suite 2150
Houston, TX 77002

Leigh Walzer
Angelo, Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY 10167

Darryl S. Laddin
Heath J. Vicente
Amall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363-1031

William J. Barrett
Kimberly J. Robinson
Barack, Ferrazzano, Kirschbaum
Perlman, &
Nagelberg LLP,
333 West Wacker Drive,
Suite 2700
Chicago, IL 60606

Michael K. McCrory
Wendy D. Brewer
Alan K. Mills
Barnes & Thomburg LLP
11 S. Meridian Street
Indianapolis, IN 46204

John T. Gregg
Patrick E. Mears
Barnes & Thormburg LLP
300 Ottawa Avenue, NW, Suite
500
Grand Rapids, MI 49503

John P. Coffey
Hannah E. Greenwald
Mark D. Debrowski
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York, NY 10019

Kenneth T. Law, Esq,
Lawrence M.Schwab, Esq.
Thomas M. Gaa
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

Jeannette Eisan Hinshaw
Bose McKinney & Evans LLP
135 N. Pennsylvania Street, Suite 2700
Indianapolis, IN 46204

Roger G. Jones
Austin L. McMullen
Boult, Cummings, Conners
  & Berry, PLC
1600 Divisiion Street, Suite 700
PO Box 34005
Nashville, TN 37203

Michael Leo Hall
Burr & Forman LLP
420 North Twentieth Street, Suite 3100
Birmingham, AL 35203

Jonathan Greenberg
Robert Usadi
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005

Aaron R. Cahn
Carter Ledyard & Milbum LLP
2 Wall Street
New York, NY 10005

Deborah M. Buell
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Joseph J. Vitale
Cohen, Weiss & Simon, LLP
330 West 42nd Street
New York, NY 10036

Scott D. Rosen, Esq.
Cohn Bimbaum & Shea P.C.
100 Pearl Street, 12th Floor
Hartford, CT 06103

Jeffrey C. Wisler, Esq.
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
PO Box 2207
Wilmington, DE 19899

Mark Lee
Janice Stanton
Bill Raine
Seth Lax
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

Robert Szwajkos
Daniel P. Mazo
Curtin & Heefner, LLP
250 N. Pennslyvania Avenue
Morrisville, PA 19067

Andrew M. Thaw
Steven J. Reisman
David S. Karp
Curtis Mallet-Prevost, Colt
  & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

William F. Savino
Damon & Morey LLP
1000 Cathedral Place
298 Main Street
Buffalo, NY 14202-4096

Carol Sowa
Denso International America, Inc.
24777 Denso Drive
Southfield, MI 48086

Gerard DiConza, Esq.
DiConza Law, P.C.
630 Third Avenue, 7th Floor
New York, NY 10017

Richard M. Kreman
Maria Ellena Chavez-Ruark
DLA Piper Rudrick Gray
  Cary US LLP
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600

Andrew C. Kassner
David B. Aaronson
Drinker Biddle & Reath LLP
18th and Cherry Streets
Philadelphia, PA 19103

Margery N. Reed
Wendy M. Simkulak
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

Gary E. Green
Lauren Newman
Fagel Heber LLC
55 East Monroe, 40th Floor
Chicago, IL 60603

Michael J. Viscount, Jr.
Fox Rothschild LLP
1301 Atlantic Avenue
Boston, MA 02110-333

Fred Stevens
Fox Rothschild LLP
13 East 37th Street, Suite 800
New York, NY 10016

Eric Wainer
Ian J. Gazes
Gazes LLC
32 Avenue of the Americas
Suite 1800
New York, NY 10013

Craig P. Rieders, Esq.
Genovese Joblove & Battista, P.A.
100 S.E. 2nd Street, Suite 4400
Miami, FL 33131

Peter D. Bilowz
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-333

Geoffrey C. Jarvis
Sharan Nimul
Grant & Eisenhofer P.A.
1201 North Market Street, Suite 2100
Wilimgton DE 19801

Cherie Macdonald
J. Patrick Bradley
Greensfelder, Hemker & Gale, P.C.
10 S. Broadway, Suite 200
St. Louis, MI 63102

HAL/ERC-Legal
Tillie Lim, Esq.
50 Prospect Avenue
Tarrytown, NY 10591

Alan D. Halperin
Christopher J. Battaglia
Halperin Battaglia Raicht, LLP
555 Madison Avenue, 9th Floor
New York, NY 10022

Ann Marie Kennelly
Hewlett-Packard Company
3000 Hanover St., M/S 1050
Palo Alto, CA 94304

Kenneth F. Higman
Hewlett-Packard Company
2125 E. Katella Avenue, Suite 400
Anaheim, CA 92806

Sharon Petrosino
Glen Dumont
Hewlett-Packard Company
420 Mountain Avenue
Murray Hill, NJ 07974

Cheryl R. Storie
Hodgson Russ LLP
One M&T Plaza, Suite 2000
Buffalo, NY 14203

Stephen H. Gross, Esq.
Hodgson Russ LLP
Carnegie Hall Tower
152 West 57th Street, 35th Street
New York, NY 10019

Peter A. Zisser
Holland & Knight LLP
195 Broadway
New York, NY 10007

Elizabeth K. Flaagan
Holme Roberts & Owen, LLP
1700 Lincoln, Suite 4100
Denver, CO 80203

John P. Sieger, Esq.
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661

Steve Kieselstein
Kieselstein Lawfirm PLLC
43 British American Boulevard
Latham, NY 12110

Geoffrey A. Richards
Kirkland & Ellis LLP
200 Ease Randolph Drive
Chicago, IL 60601

Edward M. Fox
Kirkpatrick & Lockhart Nicholson
Graham LLP
599 Lexington Avenue
New York, NY 10022

Sam O. Simmerman
Krugliak, Wilkins, Griffiths &
Dougherty Co., L.P.A.
4775 Munson Street N.W.
PO Box 36963
Canton, OH 44735-6963

Rob Charles, Esq.
Lewis and Roca LLP
One South Church Street,
Suite 700
Tucson, AZ 85701

Susan F. Freeman, Esq.
Lewis and Roca LLP
40 North Central Avenue,
Suite 1900
Phoenix, AZ 85004-4429

John England, Esq.
Linear Technology Corporation
1630 McCarthy Blvd
Milpitas, CA 95035-7417

Diane W. Sanders
Linebarger Goggan Blair
  & Sampson, LLP
1949 South IH 35 (78741)
PO Box 17428
Austin, TX 78760-7428

Elizabeth Weller
Linebarger Goggan Blair
  & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

William M. Hawkins
Leob & Leob LLP
345 Park Avenue
New York, NY 10154

Timothy S. McFadden
Timothy W. Brink
Lord, Bissel & Brook
115 South laSalle Street
Chicago, IL 60603

Kevin J. Walsh
Rocco N. Covino
Lord, Bissel & Grook LLP
885 Third Avenue, 26th Floor
New York, NY 10022-4802

Michael S. Etikin
Ira M. Levee
Kenneth A. Rosen
Scott Cargill
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Michael S. Etikin
Ira M. Levee
Lowenstein Sandler PC
1251 Avenue of the Americas,
18th Floor
New York, NY 10020

Jeffrey M. Levinson, Esq
Leah M. Caplan, Esq
Margulies & Levinson, LLP
30100 Chagrin Boulevard, Suite 250
Pepper Pike, OH 44124

David J. Adler, Jr. Esq.
McCarter & English, LLP
245 Park Avenue, 27th Floor
New York, NY 10167

James M. Sullivan
McDermott Will & Emery LLP
50 Rockefeller Plaza
New York, NY 10020

Jean R. Robertson, Esq.
Scott N. Opincar Esq.
Shawn M. Riley, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114

Jeffrey Bernstein, Esq.
McElroy, Deutsch, Mulvaney &
Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4079

Lowell Peterson, Esq.
Meyer, Suozzi, English & Klein, P.C.
1350 Broadwway, Suite 501
New York, NY 10018

Dennis J. Ratemink
Michigan Department of Labor and
Economic
Growth, Worker's Compensation
Agency
PO Box 30736
Lansing, MI 48909-7717

Thomas P. Sarb
Robert D. Wolford
Miller Johnson
250 Monroe Avenue, N.W., Suite 800
PO Box 306
Grand Rapids, MI 49501-0306

Timothy A. Fusco
Miller, Canfield, Paddock
    and Stone, P.L.C.
150 W. Jefferson Avenue, Suite 2500
Detroit, MI 48226

Jeff Ott
Molex Connector Corp
2222 Wellington Ct.
Lisle, IL 60532

Richard W. Esterkin, Esq.
Morgan, Lewis & Bockius LLP
300 South Grand Avenue
Los Angeles, CA 90017

William C. Heuer, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

Joseph T. Moldovan
Michael R. Dal Lago
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Raymond J. Urbanik, Esq.
Joseph J. Wielebinski, Esq.
Davor Rukavina, Esq.
Munsch Hardt Kopf & Harr, P.C.
4000 Fountain Place
1445 Ross avenue
Dallas, TX 75202-2790

Lisa M. Moore
National City Commercial Capitol
995 Dalton Avenue
Cincinnati, OH 45203

Bradley E. Beckworth
Jeffrey J. Angelovich
Susan Whatley
Nix, Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield, TX 75638

Elizabeth L. Abdeimasieh, Esq.
Norris, McLaughlin & Marcus
721 Route 202-206
Somerville, NJ 08876

Frederick D. Holden, Jr., Esq.
Orrick, Herrington &
    Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105

Alyssa Englund, Esq.
Orrick, Herrington
    & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

Ralph L. Landy
Pension Benefit Guaranty
Corporation
1200 K. Street, N.W.
Washington, DC 20005-4026

Charles J. Filardi, Jr., Esq.
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890

Francis J. Lawall
Anne Marie Aaronson
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

Sandra A. Riemer, Esq
Philips Nizer LLP
666 Fifth Avenue
New York, NY 10103

Brett S. Moore, Esq
John S. Mario, Esq.
Porzio, Brombeg & Newman, P.C.
100 Southgate Parkway
PO Box 1997
Morristown, NJ 07960

Jason Pickering, Esq.
QAD, Inc.
10,000 Midlantic Drive
Mt. Laurel, NJ 08054

Andres Herenstein
Quadrangle Debt Recovery
    Advisors LLC
375 Park Avenue, 14th Floor
New York, NY 10152

Patrick Bartels
Quadrangle Group LLC
375 Park Avenue, 14th Floor
New York, NY 10152

John A. Harris
Scott R. Goldberg
Quarles & Brady Streich Lang LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

Joseph Lapinsky
Republic Engineered Products, Inc.
3770 Embassy Parkway
Akron, OH 44333

Joseph E. Shickich, Jr.
Riddell Williams P.S.
1001 4th Ave., Suite 4500
Seattle, WA 98154-1195

Charles E. Boulbol, P.C.
Russell Reynolds Associates, Inc.
26 Broadway, 17th Floor
New York, NY 10004

Michael Yamoff
Seam M. Handler
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Paul M. Baisier, Esq.
Seyfarth Shaw LLP
1545 Peachtree Street, N.E., Suite 700
Atlanta, GA 30309-2401

Robert W. Dremluk, Esq.
Seyfarth Shaw LLP
1270 Avenue of the Americas,
Suite 2500
New York, NY 10020-1801

Jennifer L. Adamy
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

Andres H. Sherman
Jack M. Zackin
Sills, Cummins Epstein & Gross, P.C.
30 Rockefeller Plaza
New York, NY 10112

Kenneth S. Ziman, Esq.
William T. Russell, Jr., Esq.
Simpson Thacher & Barlett LLP
425 Lexington
New York, NY 10017

Smith, Katzenstein & Furlow LLP
800 Delaware Avenue,
7th Floor
PO Box 410
Wilmington, DE 19899

Lloyd B. Sarakin
Chief Counsel, Finance and Credit
Sony Electronics Inc.
1 Sony Drive, MD #1 E-4
Park Ridge, NJ 07656

Brian D. Spector, Esq.
Spector & Ehrenworth, P.C.
30 Columbia Turnpike
Florham Park, NJ 07102

Chester B. Salomon, Esq.
Constantine D. Pourakis, Esq.
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022

Mark A. Shaiken
Stinson Morrison Hecker LLP
1201 Walnut Street
Kansas City, MI 64106

Madison L. Cashman
Robert C. Goodrich, Jr.
Stites & Harbison PLLC
424 Church Street, Suite 1800
Nashville, TN 37219

W. Robinson Beard, Esq.
Stites & Harbison, PLLC
400 West Market Street
Louisville, KY 40202

Jonathan P. Guy
Richard H. Wyron
Matthew W. Cheney
Robert N. Steinwurtzel
Roger Frankel
Swidler Berlin LLP
The Washington Harbour
3000 K. Street, N.W. Suite 300
Washington, DC, 20007

Richard L. Ferrell
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957

Rhett G. Cambell
Thompson & Knight
333 Clay Street, Suite 3300
Houston, TX 77002

Jill Levi, Esq.
Todd & Levi, LLP
444 Madison Avenue, Suite 1202
New York, NY 10022

Jay W. Eisenhofer
Grant & Eisenhofer P.A.
45 Rockefeller Center
650 Fifth Avenue
New York, NY 10111

David Jury, Esq.
United Steel, Paper
  and Forestry, Rubber,
Manufacturing, Energy, Allied Industrial
and Service
Workers, International Union (USW),
AFL-CIO
Five Gateway Center, Suite 807
Pittsburgh, PA 15222

Robert J. Sidman, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
PO Box 1008
Columbus, OH 43216-1008

David E. Lemke, Esq.
Robert J. Wellhoeller, Esq.
Waller Lansden Dortch & Davis, PLLC
511 Union Street, Suite 2700
Nashville, TN 37219

Gordon J. Toering
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503

Michael G. Cruse
Warner Norcross & Judd LLP
2000 Town Center, Suite 2700
Southfield, MI 48075

Jeffrey L. Tanenbaum, Esq.
Martin J. Bienenstock, Esq.
Michael P. Kessler, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Steven M. Cimalore
Vice President
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

Stuart Krause
Peter Janovsky
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022

Donald F. Baty, Jr., Esq.
Honigman Miller Schwartz
  and Cohn, LLP
2290 First National Building
Detroit, MI 48226