MCGUIREWOODS LLP
Dion W. Hayes
John H. Maddock, III (JM-9924)
Elizabeth L. Gunn
One James Center
901 East Cary Street
Richmond, Virginia  23219
(804) 775-1000

*Counsel for Siemens Logistics and Assembly Systems Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| DELPHI CORPORATION, et al., ) | |
| ) | Case No. 05-44481 (RDD) |
| Debtors ) | |
| ) | (Jointly Administered) |
| ) | |

**NOTICE OF RECLAMATION DEMAND
BY SIEMENS LOGISTICS AND ASSEMBLY SYSTEMS INC.**

PLEASE TAKE NOTICE that on October 12, 2005, pursuant to 11 U.S.C. § 546(c), Siemens Logistics and Assembly Systems Inc. ("Siemens") served its written demand for reclamation on the Debtors.  A true and exact copy of the written demand for reclamation is attached hereto as Exhibit A.

\\FIN\260877.1

| | |
|---|---|
| Dated: Richmond, Virginia<br>November 4, 2005 | MCGUIREWOODS LLP<br><br>By:  /s/ John H. Maddock, III<br>John H. Maddock, III (JM-9924)<br>MCGUIREWOODS, LLP<br>One James Center<br>901 East Cary Street<br>Richmond, VA  23219<br>(804) 775-1000<br>Counsel for Siemens Logistics and<br>  Assembly Systems Inc. |

\\FIN\260877.1

**CERTIFICATE OF SERVICE**

I, John H. Maddock, III hereby certify that a true copy of the foregoing was mailed to each of the following on November 4, 2005:

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, IL  60606

Kayalyn A. Marafioti, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY  10036

Ira M. Levee
Lowenstein Sandler, P.C.
65 Livingston Ave.
Roseland, NJ  07068

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004

Mark A. Broude
Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY  10022

    /s/ John H. Maddock, III
John H. Maddock, III, Esq.