# EXHIBIT A

\\FIN\260877.1

# SIEMENS
Electronics Assembly Systems

### RECLAMATION DEMAND LETTER

**VIA OVERNIGHT MAIL**

October 12, 2005

Mail Code: 483400216
Delphi Corporation
5725 Delphi Drive
Troy, MI   48098-2815

Pursuant to Section 2-207 of the Uniform Commercial Code, 11 U.S.C. § 546(c) and other statutory and common law rights to which it may be entitled to rely upon, Siemens Logistics & Assembly Systems Inc. ("Siemens") hereby reclaims all of its goods or proceeds therefrom received by Delphi Corporation, or any of its subsidiaries or affiliates subject to the bankruptcy filing of October 8, 2005, on or within the last ten (10) days.

Specifically, Siemens demands that the goods more particularly described on the invoices attached hereto, or any proceeds derived therefrom, be segregated, identified, and that any such goods not be sold, dissipated or commingled with any other goods.  Siemens further demands that the goods, or any proceeds therefrom, be immediately turned over to Siemens.

Siemens expressly asserts and preserves all rights under Section 2-207 of the Uniform Commercial Code, 11 U.S.C. § 546(c) and other applicable law.

Very truly yours,

Mike Moehlheinrich
Vice President and Controller

Enclosures
cc:  Mark R. Bridwell, Esq.

**SIEMENS Logistics and Assemly Systems Inc.**
Electronics Assembly Systems
3140 Northwoods Pkwy., Suite 300
Norcross, GA  30071
Tel. (770)797-3112        Fax (770)797-3457

# SIEMENS

**Siemens Logistics and Assembly Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA· 30071

## Invoice # 90477341

REPEAT PRINTOUT

Remit-To:·
Siemens Logistics and Assembly
Systems Inc.
P.O. Box 371600
Pittsburgh PA  15251-7600

Sold-To:
HSS MATERIAL MANAGEMENT SOLUTIONS
ATTN:  ACCOUNTS PAYABLE
5446 DIXIE HIGHWAY
SAGINAW MI  48601-5572

Ship-to:
DELPHI DELCO ELECTRONICS SYSTEMS
4134 DAVISON ROAD   DOCK 44
FLINT MI  48556

| General Information | |
|---|---|
| Name: | HSS MATERIAL MANAGEMENT SOLUTIONS |
| Department: | ATTN:  ACCOUNTS PAYABLE |
| Telephone: | 989/777-2983 |
| Fax: | 989/777-4818 |
| Sales Order: | 259521 |
| Sales Order Date: | 10/04/2005 |
| Delivery: | 80433492 |
| Customer No: | 21572 |
| Customer P.O. No: | 10144 |
| P.O. Date: | 10/04/2005 |
| Orig. Inv. Date: | 10/05/2005 |
| Reprint Date: | 10/11/2005 |

Tracking Info:    AWB 213580280010400    AWB 213580280010400    AWB 213580280010400
                  AWB 213580280010400    AWB 213580280010400

Currency:          USD

Terms of delivery:  FCA Free carrier GROUND

Terms of payment:  100% payment at 2nd day of 2nd
                   Up to 12/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000020 | 00347478-01 | 1 EA | 66.08 | 66.08 | | 66.08 |
| (0020) | PROXIMITY SWITCH IQ10-03BPS-KT1 | | | | | |
| | ALNR:  N     ECCN:  EAR99 | | | | | |
| | Commodity code: 85365019 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 09 | | | | | |
| | Net Weight: 0.800 G | | | | | |
| | PROXIMITY SWITCH IQ10-03BPS-KTO | | | | | |

·These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited. These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Logistics and Assembly Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA 30071

**Invoice # 90477341**

Page: 2 /    3

Date: 10/11/2005

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| 000030 | 00320048S01 | 4 PAC | 1.18 | 4.72 | | 4.72 |
| (0030) | O-Ring 14x1.5 NBR 70 B | | | | | |
| | ALNR: N    ECCN: EAR99 | | | | | |
| | (Total Qty:    40 EA) | | | | | |
| | Commodity code: 40169390 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 09 | | | | | |
| | Net Weight: 0.320 G | | | | | |
| O-ring 14*1,5 NBR 70 B | | | | | | |
| 000050 | 00325972-09 | 6 PAC | 9.09 | 54.54 | | 54.54 |
| (0050) | Pipette TYP 7/920 kpl. | | | | | |
| | ALNR: N    ECCN: EAR99 | | | | | |
| | (Total Qty:    36 EA) | | | | | |
| | Commodity code: 84799097 | | | | | |
| | Country of origin: DE | | | | | |
| | Net Weight: 360.000 G | | | | | |
| | NOZZLE TYPE 720/920 COMPLETE | | | | | |
| 000060 | 00347857S02 | 1 EA | 318.60 | 318.60 | | 318.60 |
| (0060) | Vacuum Measuring Board II | | | | | |
| | ALNR: N    ECCN: EAR99 | | | | | |
| | Commodity code: 85389091 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 09 | | | | | |
| | Net Weight: 53.000 G | | | | | |
| Vacuum Measuring Board 2 | | | | | | |
| 000070 | 00341780S04 | 1 EA | 873.20 | 873.20 | | 873.20 |
| (0070) | TURNING SYSTEM/DLM1 | | | | | |
| | ALNR: N    ECCN: EAR99 | | | | | |
| | Commodity code: 84799097 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 09 | | | | | |
| | Net Weight: 360.000 G | | | | | |
| | TURNING SYSTEM/DLM1 | | | | | |

# SIEMENS

**Siemens Logistics and Assembly Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

Invoice # 90477341

Page: 3 /    3

Date: 10/11/2005

| | |
|---|---:|
| Sub Total: | 1,317.14 |
| Freight | 79.13 |
| Final Amount: | 1,396.27 |

# SIEMENS

**Siemens Logistics and Assembly Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA 30071

## Invoice # 90477342

REPEAT PRINTOUT

**Remit-To:**
Siemens Logistics and Assembly
Systems Inc.
P.O. Box 371600
Pittsburgh PA 15251-7600

**Sold-To:**
HSS MATERIAL MANAGEMENT SOLUTIONS
ATTN: ACCOUNTS PAYABLE
5446 DIXIE HIGHWAY
SAGINAW MI 48601-5572

| | |
|---|---|
| Name: | HSS MATERIAL MANAGEMENT SOLUTIONS |
| Department: | ATTN: ACCOUNTS PAYABLE |
| Telephone: | 989/777-2983 |
| Fax: | 989/777-4818 |
| Sales Order: | 259522 |
| Sales Order Date: | 10/04/2005 |
| Delivery: | 80433493 |
| Customer No: | 21572 |
| Customer P.O. No: | 10132 |
| P.O. Date: | 10/04/2005 |
| Orig. Inv. Date: | 10/05/2005 |
| Reprint Date: | 10/11/2005 |

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
4134 DAVISON ROAD   DOCK 44
FLINT MI 48556

**Tracking Info:**     AWB 213580280010422

**Currency:**          USD

**Terms of delivery:** FCA Free carrier GROUND

**Terms of payment:** 100% payment at 2nd day of 2nd
Up to 12/02/2005 without deduction

**Document Text:**

MARY,

PLEASE ADVISE CORRECT QTY - SOLD IN PACKS OF 6.

THX!

SUE

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|

*These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited. These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Logistics and Assembly Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90477342**

Page: 2 /    2

Date: 10/11/2005

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| 000010 | 00351498-03 | 6 PAC | 53.10 | 318.60 | | 318.60 |
| (0010) | Valve Plunger complete SP12 (plastic) | | | | | |
| | ALNR:  N     ECCN:  EAR99 | | | | | |
| | (Total Qty: | 36 EA) | | | | |
| | Commodity code: 84819000 | | | | | |
| | Country of origin: DE | | | | | |
| | Net Weight: 58.680 G | | | | | |
| | Valve Plunger complete SP12 (plastic) | | | | | |

| | |
|---|---|
| Sub Total: | 318.60 |

| | |
|---|---|
| Final Amount: | 318.60 |

# SIEMENS

**Siemens Logistics and Assembly Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA 30071

## Invoice # 90477556

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Logistics and Assembly
Systems Inc.
P.O. Box 371600
Pittsburgh PA 16251-7600

**Sold-To:**
HSS MATERIAL MANAGEMENT SOLUTIONS
ATTN: ACCOUNTS PAYABLE
5446 DIXIE HIGHWAY
SAGINAW MI 48601-5572

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
4134 DAVISON ROAD   DOCK 44
FLINT MI 48556

| | |
|---|---|
| Name: | HSS MATERIAL MANAGEMENT SOLUTIONS |
| Department: | ATTN: ACCOUNTS PAYABLE |
| Telephone: | 989/777-2983 |
| Fax: | 989/777-4818 |
| Sales Order: | 259533 |
| Sales Order Date: | 10/04/2005 |
| Delivery: | 80433732 |
| Customer No: | 21572 |
| Customer P.O. No: | 10145 |
| P.O. Date: | 10/04/2005 |
| Orig. Inv. Date: | 10/06/2005 |
| Reprint Date: | 10/11/2005 |

| Tracking info: | AWB 213580280010538 | AWB 213580280010538 | AWB 213580280010538 |
|---|---|---|---|
| | AWB 213580280010538 | AWB 213580280010538 | AWB 213580280010538 |
| | AWB 213580280010538 | | |

**Currency:** USD

**Terms of delivery:** FCA Free carrier GROUND

**Terms of payment:** 100% payment at 2nd day of 2nd
Up to 12/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 | 00335670-01 | 1 SET | 489.70 | 489.70 | | 489.70 |
| (0010) | LIFTING SPINDLE | | | | | |
| | ALNR: N    ECCN: EAR99 | | | | | |
| | Commodity code: 84799097 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 09 | | | | | |
| | Net Weight: 0.610 KG | | | | | |
| LIFTING SPINDLE | | | | | | |

*These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited. These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Logistics and Assembly Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90477556**

Page: 2 /    3

Date: 10/11/2005

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|------------|-------------|-------|-----------|
| 000030 (0030) | 00319824S03<br>Vacuum distributor<br>ALNR:  N    ECCN:  EAR99<br>Commodity code: 84799097<br>Country of origin: DE<br>Region of origin: 09<br>Net Weight: 0.012 KG<br>VACUUM DISTRIBUTOR | 1 EA | 56.64 | 56.64 | | 56.64 |
| 000050 (0050) | 00351498-03<br>Valve Plunger complete SP12 (plastic)<br>ALNR:  N    ECCN:  EAR99<br>(Total Qty:    18 EA)<br>Commodity code: 84819000<br>Country of origin: DE<br>Net Weight: 29.340 G<br>Valve Plunger complete SP12 (plastic) | 3 PAC | 53.10 | 159.30 | | 159.30 |
| 000060 (0060) | 00318557-03<br>TOOTH BELT 28 ATS 5/1655<br>ALNR:  N    ECCN:  EAR99<br>Commodity code: 39269099<br>Country of origin: DE<br>Region of origin: 09<br>Net Weight: 0.230 G<br>TOOTHED BELT 28 ATS 5/1655  SZ | 1 EA | 212.40 | 212.40 | | 212.40 |
| 000070 (0070) | 00305674-03<br>CABLE PULNIX CAMERA SIPLACE<br>ALNR:  N    ECCN:  EAR99<br>Commodity code: 85444190<br>Country of origin: DE<br>Region of origin: 09<br>Net Weight: 0.045 KG<br>CABLE PULNIX CAMERA SIPLACE | 1 EA | 123.90 | 123.90 | | 123.90 |

# SIEMENS

**Siemens Logistics and Assembly Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90477556**

Page: 3 /    3

Date: 10/11/2005

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| 000080 (0080) | 00318671-01 SPLICE STRIP ALNR: N  ECCN: EAR99 Commodity code: 74101200 Country of origin: DE Region of origin: 09 Net Weight: 0.245 KG SPLICE STRIP | 1 PAC | 93.22 | 93.22 | | 93.22 |
| 000100 (0100) | 00318753S02 CABLE DUCT PLASTIC 80S ALNR: N  ECCN: EAR99 Commodity code: 39269099 Country of origin: DE Region of origin: 09 Net Weight: 540.000 G CABLE DUCT PLASTIC 80S | 2 EA | 306.80 | 613.60 | | 613.60 |

| | |
|---|---|
| Sub Total: | 1,748.76 |
| Freight | 20.00 |
| **Final Amount:** | **1,768.76** |

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Invoice # 90477557**

**Siemens Logistics and Assembly Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

REPEAT PRINTOUT

**Remit-To:**
Siemens Logistics and Assembly
Systems Inc.
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
HSS MATERIAL MANAGEMENT SOLUTIONS
ATTN:  ACCOUNTS PAYABLE
5446 DIXIE HIGHWAY
SAGINAW MI  48601-5572

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
4134 DAVISON ROAD   DOCK 44
FLINT MI  48556

| | |
|---|---|
| Name: | HSS MATERIAL MANAGEMENT SOLUTIONS |
| Department: | ATTN:  ACCOUNTS PAYABLE |
| Telephone: | 989/777-2983 |
| Fax: | 989/777-4818 |
| Sales Order: | 259535 |
| Sales Order Date: | 10/04/2005 |
| Delivery: | 80433733 |
| Customer No: | 21572 |
| Customer P.O. No: | 10128 |
| P.O. Date: | 10/04/2005 |
| Orig. Inv. Date: | 10/06/2005 |
| Reprint Date: | 10/11/2005 |

**Tracking Info:**   AWB213580280010569   AWB213580280010569   AWB213580280010569
AWB213580280010569   AWB213580280010569   AWB213580280010569
AWB213580280010569

**Currency:**   USD

**Terms of delivery:**   FCA Free carrier GROUND

**Terms of payment:**   100% payment at 2nd day of 2nd
Up to 12/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000020 (0020) | 00351774S05 | 1 EA | 2,336.40 | 2,336.40 | | 2,336.40 |
| | Monitor IMD 15HS50 T3 | | | | | |
| | ALNR:  N    ECCN:  4A994 | | | | | |
| | Commodity code: 84716090 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 09 | | | | | |
| | Net Weight: 8.240 KG | | | | | |
| | Monitor IMD 15HS50 T3 | | | | | |

*These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations.  Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities.*

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Logistics and Assembly Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90477557**

Page: 2 /   3

Date: 10/11/2005

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|--------------------|-----|-----------|-------------|-------|-----------|
| 000030 (0030) | 00335520S11 AXIS KSP-A362 3 x AC ALNR: N  ECCN: EAR99 Commodity code: 85422125 Country of origin: DE Net Weight: 547.000 G AXIS KSP-A362 3 x AC | 1 EA | 3,976.60 | 3,976.60 | | 3,976.60 |
| 000040 (0040) | 00327025S01 Cover strip disposal drive SII ALNR: N  ECCN: EAR99 Commodity code: 85011099 Country of origin: DE Region of origin: 09 Net Weight: 95.000 G STRIP DISPOSAL DRIVE SII | 1 EA | 123.90 | 123.90 | | 123.90 |
| 000050 (0050) | 00342324-02 Bowden wire ALNR: N  ECCN: EAR99 Commodity code: 73129090 Country of origin: DE Region of origin: 09 Net Weight: 142.000 G COWDEN WIRE | 2 EA | 16.76 | 33.52 | | 33.52 |
| 000060 (0060) | 00343842-01 S20 components table roll ALNR: N  ECCN: EAR99 Commodity code: 39269099 Country of origin: DE Region of origin: 09 Net Weight: 4.000 G S20 COMP.TABLE ROLL | 2 EA | 3.56 | 7.12 | | 7.12 |

# SIEMENS

**Siemens Logistics and Assembly Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90477557**

Page: 3 /    3

Date: 10/11/2005

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| 000070 | 00346360S02 | 6 PAC | 25.96 | 155.76 | | 155.76 |
| (0070) | Screw M6*10 DIN923 | | | | | |
| | ALNR:  N    ECCN:  EAR99 | | | | | |
| | (Total Qty: | | 60 EA) | | | |

Commodity code: 73181510
Country of origin: DE
Region of origin: 09
Net Weight: 480.000 G
Screw M6*10 DIN923

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| 000080 | 00373415-02 | 1 PAC | 30.68 | 30.68 | | 30.68 |
| (0080) | Absorber 3,2x2,8x2  .Cellasto MH 24-45 | | | | | |
| | ALNR:  N    ECCN:  EAR99 | | | | | |
| | (Total Qty: | | 100 EA) | | | |

Commodity code: 39269099
Country of origin: DE
Net Weight: 5.000 G
Absorber 3,2x2,8x2 Mat.Cellasto MH 24-45
Use only DELO glue CA-2994, part# 367022-01, on this
materiall

| | | |
|---|---|---|
| Sub Total: | | 6,663.98 |
| Freight | | 18.59 |
| Final Amount: | | 6,682.57 |

# SIEMENS

**Siemens Logistics and Assembly Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90477558

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Logistics and Assembly
Systems Inc.
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
HSS MATERIAL MANAGEMENT SOLUTIONS
ATTN:  ACCOUNTS PAYABLE
5446 DIXIE HIGHWAY
SAGINAW MI  48601-5572

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
4134 DAVISON ROAD   DOCK 44
FLINT MI  48556

| | |
|---|---|
| Name: | HSS MATERIAL MANAGEMENT SOLUTIONS |
| Department: | ATTN:  ACCOUNTS PAYABLE |
| Telephone: | 989/777-2983 |
| Fax: | 989/777-4818 |
| Sales Order: | 259733 |
| Sales Order Date: | 10/05/2005 |
| Delivery: | 80433820 |
| Customer No: | 21572 |
| Customer P.O. No: | E05364 |
| P.O. Date: | 10/05/2005 |
| Orig. Inv. Date: | 10/06/2005 |
| Reprint Date: | 10/11/2005 |

**Currency:**       USD

**Terms of delivery:**   FCA Free carrier DO NOT SHIP!!!

**Terms of payment:**   100% payment at 2nd day of 2nd
Up to 12/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 | 00347444-01 | 4 SET | 90.86 | 363.44 | | 363.44 |
| (0010) | WRENCH AND SYNCHRONIZING DISK FOR X-AXIS | | | | | |
| | Customer no: FDX AWB# 675282653114 | | | | | |
| | ALNR:  N    ECCN:  EAR99 | | | | | |
| | Commodity code: 82041100 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 09 | | | | | |
| | Net Weight: 2.600 G | | | | | |
| | Wrench and Synchronizing Disk for X-Axis | | | | | |

*These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations.  Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Logistics and Assembly Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90477558**

Page: 2 /    2

Date: 10/11/2005

| | |
|---|---|
| Sub Total: | 363.44 |
| Final Amount: | 363.44 |

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Logistics and Assembly Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA 30071

## Invoice # 90477547

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Logistics and Assembly
Systems Inc.
P.O. Box 371600
Pittsburgh PA 15251-7600

**Sold-To:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN MANUAL RECEIPTS PROC MS-9A241
ONE CORPORATE CENTER
PO Box 9005
KOKOMO IN 46904-9005

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN: BOB OLENICZAK X2025
PO 450144248
7929 SOUTH HOWELL
OAK CREEK WI 53154

| | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS SYSTEMS |
| Telephone: | 765-451-7530 |
| Sales Order: | 259756 |
| Sales Order Date: | 10/05/2005 |
| Delivery: | 80433836 |
| Customer No: | 21133 |
| Customer P.O. No: | 450144248 |
| P.O. Date: | 10/05/2005 |
| Orig. Inv. Date: | 10/06/2005 |
| Reprint Date: | 10/11/2005 |

**Tracking Info:**    AWB381-340520-6

**Currency:**    USD

**Terms of delivery:**    EXW Ex works MEMPHIS

**Terms of payment:**    100% payment at 2nd day of 2nd
Up to 12/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| 000010 (0010) | 00141096-04 | 11 EA | 1,224.00 | 13,464.00 | | 13,464.00 |

(0010) Tape feeder module 2x8mm S SIPLACE
ALNR: N    ECCN: EAR99
Commodity code: 84799097
Country of origin: DE
Region of origin: 09
Net Weight: 30.800 KG
Feeder module for 2x8mm tapes, 2mm and 4mm pitch, tapes with motorized drive and cover foil
storage, use with SIPLACE.
1 feeder location required per module.

*These commodities, technology or software (items) were exported from the United States in accordance with the Export
Administration Regulations. Diversion contrary to U.S. law is prohibited. These items are not to be used, directly or indirectly,
in prohibited nuclear, chemical/biological or missile weapons activities.

# SIEMENS

**Siemens Logistics and Assembly Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90477547**

Page: 2 /    2

Date: 10/11/2005

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| 000030 (0030) | 00141092-05 Tape feeder module 12/16mm S SIPLACE | 19 EA | 998.00 | 18,962.00 | | 18,962.00 |

ALNR: N    ECCN:  EAR99
Commodity code: 84799097
Country of origin: DE
Region of origin: 09
Net Weight: 58.710 KG
Feeder module for 1 x 12mm or 1 x 16mm tape (reconfigurable), 4mm/24mm feeding pitch, with motorized drive and integrated cover foil removal for SIPLACE.
1 feeder location required per module. From SW version 402.03.

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| 000040 (0040) | 00141093-05 Tape feeder module 24/32mm S SIPLACE | 9 EA | 1,331.00 | 11,979.00 | | 11,979.00 |

ALNR: N    ECCN:  EAR99
Commodity code: 84799097
Country of origin: DE
Region of origin: 09
Net Weight: 29.700 KG
Feeder module for 1 x 24mm or 1 x 32mm tape (reconfigurable), 4mm/40mm feeding pitch, with motorized drive and integrated cover foil removal, for SIPLACE.
1.5 feeder locations required per module. From SW version 402.03.

**Sub Total:**                                                                    44,405.00

**Final Amount:**                                                                 44,405.00

# SIEMENS

**Siemens Logistics and Assembly Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90477559

**REPEAT PRINTOUT**

Remit-To:
Siemens Logistics and Assembly
Systems Inc.
P.O. Box 371600
Pittsburgh PA  15251-7600

| | |
|---|---|
| Name: | HSS MATERIAL MANAGEMENT SOLUTIONS |
| Department: | ATTN:  ACCOUNTS PAYABLE |
| Telephone: | 989/777-2983 |
| Fax: | 989/777-4818 |

Sold-To:
HSS MATERIAL MANAGEMENT SOLUTIONS
ATTN:  ACCOUNTS PAYABLE
5446 DIXIE HIGHWAY
SAGINAW MI  48601-5572

| | |
|---|---|
| Sales Order: | 259522 |
| Sales Order Date: | 10/04/2005 |
| Delivery: | 80433840 |
| Customer No: | 21572 |
| Customer P.O. No: | 10132 |
| P.O. Date: | 10/04/2005 |
| Orig. Inv. Date: | 10/08/2005 |
| Reprint Date: | 10/11/2005 |

Ship-to:
DELPHI DELCO ELECTRONICS SYSTEMS
4134 DAVISON ROAD   DOCK 44
FLINT MI  48556

Tracking Info:     AWB213580280010583

Currency:          USD

Terms of delivery: FCA Free carrier GROUND

Terms of payment: 100% payment at 2nd day of 2nd
Up to 12/02/2005 without deduction

Document Text:

MARY,

PLEASE ADVISE CORRECT QTY - SOLD IN PACKS OF 6.

THX!

SUE

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|------------|-------------|-------|-----------|

"These commodities, technology or software items were exported from the United States in accordance with the Export
Administration Regulations. Diversion contrary to U.S. law is prohibited. These items are not to be used, directly or indirectly,
in prohibited nuclear, chemical/biological or missile weapons activities."

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Logistics and Assembly Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90477559**

Page: 2 /    2

Date: 10/11/2005

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|------------|-------------|-------|-----------|
| 000010 (0010) | 00351498-03 | 34 PAC | 53.10 | 1,805.40 | | 1,805.40 |
| | Valve Plunger complete SP12 (plastic) | | | | | |
| | ALNR: N    ECCN: EAR99 | | | | | |
| | (Total Qty: | 204 EA) | | | | |
| | Commodity code: 84819000 | | | | | |
| | Country of origin: DE | | | | | |
| | Net Weight: 332.520 G | | | | | |
| | Valve Plunger complete SP12 (plastic) | | | | | |

**Sub Total:**                                                                                          **1,805.40**

**Final Amount:**                                                                                      **1,805.40**

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Logistics and Assembly
Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90477560

REPEAT PRINTOUT

Remit-To:
Siemens Logistics and Assembly
Systems Inc.
P.O. Box 371600
Pittsburgh PA  15251-7600

Sold-To:
HSS MATERIAL MANAGEMENT SOLUTIONS
ATTN:  ACCOUNTS PAYABLE
5446 DIXIE HIGHWAY
SAGINAW MI  48601-5572

| | |
|---|---|
| Name: | HSS MATERIAL MANAGEMENT SOLUTIONS |
| Department: | ATTN:  ACCOUNTS PAYABLE |
| Telephone: | 989/777-2983 |
| Fax: | 989/777-4818 |
| Sales Order: | 259762 |
| Sales Order Date: | 10/05/2005 |
| Delivery: | 80433858 |
| Customer No: | 21572 |
| Customer P.O. No: | E053771 |
| P.O. Date: | 10/05/2005 |
| Orig. Inv. Date: | 10/06/2005 |
| Reprint Date: | 10/11/2005 |

Ship-to:
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN:  MIKE BURRIS / 7-6102
1101 N. CENTER RD.  DOCK 44
FLINT MI  48556

Tracking Info:      AWB213580280010637/4

Currency:            USD

Terms of delivery:  FCA Free carrier GROUND

Terms of payment:  100% payment at 2nd day of 2nd
Up to 12/02/2005 without deduction

Document Text:

2 IN STOCK - LEAD TIME FOR REMAINDER IS 3-4 WEEKS

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 (0010) | 00118100-01 Head Crash Protection ALNR:  N    ECCN:  EAR99 Commodity code: 84799097 Country of origin: DE Region of origin: 09 Net Weight: 23.000 KG | 2 EA | 1,579.50 | 3,159.00 | | 3,159.00 |

These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations.  Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Logistics and Assembly Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

Invoice # 90477560

Page: 2 /    2

Date: 10/11/2005

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|----------------------|-----|------------|-------------|-------|-----------|
| | Mechanical Head Crash Protection for SIPLACE S-20, S-23 HM, S-25 HM and S-27 HM to avoid a head crash with feeders and/or feeder flaps. Restriction 6-Segment Collect and Place Head with nozzels type 820/821/921. | | | | | |

| | | |
|---|---|---|
| Sub Total: | | 3,159.00 |
| Freight | | 9.40 |
| Final Amount: | | 3,168.40 |

# SIEMENS

**Siemens Logistics and Assembly Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90477801

REPEAT PRINTOUT

**Remit-To:**
Siemens Logistics and Assembly
Systems Inc.
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN MANUAL RECEIPTS PROC  MS-9A241
ONE CORPORATE CENTER
PO Box 9005
KOKOMO IN  46904-9005

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN: BOB OLENICZAK X2025
PO 450144248
7929 SOUTH HOWELL
OAK CREEK WI  53154

| General Information | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS SYSTEMS |
| Telephone: | 765-451-7530 |
| Sales Order: | 259755 |
| Sales Order Date: | 10/05/2005 |
| Delivery: | 80433985 |
| Customer No: | 21133 |
| Customer P.O. No: | 450144248 |
| P.O. Date: | 10/05/2005 |
| Orig. Inv. Date: | 10/07/2005 |
| Reprint Date: | 10/11/2005 |

**Tracking Info:**  AWB30345982805

**Currency:**  USD

**Terms of delivery:**  EXW Ex works MEMPHIS

**Terms of payment:**  100% payment at 2nd day of 2nd
Up to 12/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000020 (0020) | 00141098-07 Tape feeder module 3x8mm S SIPLACE ALNR: N   ECCN: EAR99 Commodity code: 84799097 Country of origin: DE Region of origin: 09 Net Weight: 29.250 KG | 9 EA | 2,066.00 | 18,594.00 | | 18,594.00 |

*These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited. These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Logistics and Assembly Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90477801**

Page: 2 /    2

Date: 10/11/2005

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| | Tape feeder 3x8mm S-feeder for SIPLACE S/F/HS-xx/HF/X-Series. | | | | | |

If more than two 3x8mm S-feeder per HS-xx or HF/X-Series changeover table (119622,119755) are in operation an additional adapter device per changeover table is required:
Adapter device HS-xx        Item number: 119011
Adapter device HF/X-Series    Item number: 119643
Shortened guide piece HF/X-Series track 1: 141215.
If more than four 3x8mm S-feeder per SIPLACE S or F changeover table are in operation an additional adapter device per changeover table is required:
Adapter device for tables with wheels    Item no.: 118101
Adapter device for tables without wheels Item no.: 116220.
In combination with the adapter device a reel holder for always two 3x8mm-S feeder is required, Item number: 141204.

| | | |
|---|---|---|
| **Sub Total:** | | **18,594.00** |
| **Final Amount:** | | **18,594.00** |

# SIEMENS

**Siemens Logistics and Assembly Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90477808

**REPEAT PRINTOUT**

Remit-To:
Siemens Logistics and Assembly
Systems Inc.
P.O. Box 371600
Pittsburgh PA  15251-7600

Sold-To:
HSS MATERIAL MANAGEMENT SOLUTIONS
ATTN:  ACCOUNTS PAYABLE
5446 DIXIE HIGHWAY
SAGINAW MI  48601-5572

Ship-to:
DELPHI DELCO ELECTRONICS SYSTEMS
1101 N. CENTER RD.    DOCK 44
FLINT MI  48556

| | |
|---|---|
| Name: | HSS MATERIAL MANAGEMENT SOLUTIONS |
| Department: | ATTN:  ACCOUNTS PAYABLE |
| Telephone: | 989/777-2983 |
| Fax: | 989/777-4818 |
| Sales Order: | 259935 |
| Sales Order Date: | 10/06/2005 |
| Delivery: | 80434112 |
| Customer No: | 21572 |
| Customer P.O. No: | 10156 |
| P.O. Date: | 10/05/2005 |
| Orig. Inv. Date: | 10/07/2005 |
| Reprint Date: | 10/11/2005 |

Tracking Info:      AWB213580280010743      AWB213580280010743      AWB213580280010743

Currency:        USD

Terms of delivery:  FCA Free carrier GROUND

Terms of payment:  100% payment at 2nd day of 2nd
Up to 12/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 | 00321861-07 | 4 PAC | 44.84 | 179.36 | | 179.36 |
| (0010) | NOZZLE TYPE 714/914 | | | | | |
| | ALNR:  N    ECCN:  EAR99 | | | | | |
| | | (Total Qty: | 240 EA) | | | |

Commodity code: 84799097
Country of origin: DE
Net Weight: 480.000 G
NOZZLE TYPE 714/914

These commodities, technology or software items were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited. These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Logistics and Assembly Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90477808**

Page: 2 /    2

Date: 10/11/2005

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|----------------------|-----|-----------|-------------|-------|-----------|
| 000020 (0020) | 00318671-01 SPLICE STRIP ALNR:  N      ECCN:  EAR99 Commodity code: 74101200 Country of origin: DE Region of origin: 09 Net Weight: 0.245 KG | 1 PAC | 93.22 | 93.22 | | 93.22 |
| | SPLICE STRIP | | | | | |
| 000030 (0030) | 00335984S05 BLISTER UNIT / DLM1 ALNR:  N      ECCN:  EAR99 Commodity code: 84812090 Country of origin: DE Region of origin: 09 Net Weight: 77.000 G BLISTER UNIT / DLM1 | 1 EA | 324.50 | 324.50 | | 324.50 |

| | |
|---|---|
| Sub Total: | 597.08 |
| Freight | 5.00 |
| Final Amount: | 602.08 |

# SIEMENS

**Siemens Logistics and Assembly Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90478004

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Logistics and Assembly
Systems Inc.
P.O. Box 371600
Pittsburgh PA  15251-7600

| | |
|---|---|
| Name: | HSS MATERIAL MANAGEMENT SOLUTIONS |
| Department: | ATTN:  ACCOUNTS PAYABLE |
| Telephone: | 989/777-2983 |
| Fax: | 989/777-4818 |
| Sales Order: | 259535 |
| Sales Order Date: | 10/04/2005 |
| Delivery: | 80434272 |
| Customer No: | 21572 |
| Customer P.O. No: | 10128 |
| P.O. Date: | 10/04/2005 |
| Orig. Inv. Date: | 10/10/2005 |
| Reprint Date: | 10/11/2005 |

**Sold-To:**
HSS MATERIAL MANAGEMENT SOLUTIONS
ATTN:  ACCOUNTS PAYABLE
5446 DIXIE HIGHWAY
SAGINAW MI  48601-5572

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
4134 DAVISON ROAD   DOCK 44
FLINT MI  48556

**Tracking info:**    AWB 675282554040

**Currency:**    USD

**Terms of delivery:**   FCA Free carrier GROUND

**Terms of payment:**  100% payment at 2nd day of 2nd
Up to 12/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 (0010) | 00321861-07 NOZZLE TYPE 714/914 | 7 PAC | 44.84 | 313.88 | | 313.88 |
| | ALNR:  N      ECCN:  EAR99 | | | | | |

(Total Qty:      420 EA)

Commodity code: 84799097
Country of origin: DE
Net Weight: 840.000 G
NOZZLE TYPE 714/914

These commodities, technology or software (items) were exported from the United States in accordance with the Export
Administration Regulations.  Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly,
in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Logistics and Assembly Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90478004**

Page: 2 /   2

Date: 10/11/2005

| | |
|---|---:|
| Sub Total: | 313.88 |
| Freight | 5.00 |
| **Final Amount:** | **318.88** |

# SIEMENS

**Siemens Logistics and Assembly Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90477380**

**REPEAT PRINTOUT**

Remit-To:
Siemens Logistics and Assembly
Systems Inc.
P.O. Box 371600
Pittsburgh PA  15251-7600

| | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS SYSTEMS |
| Telephone: | 765-451-7530 |
| Sales Order: | 40000193 |
| Sales Order Date: | 01/25/2005 |
| Customer No: | 21133 |
| Customer P.O. No: | 450088653 |
| P.O. Date: | 01/25/2005 |
| Orig. Inv. Date: | 10/01/2005 |
| Reprint Date: | 10/12/2005 |
| Validity period: | 01/01/2005 to 12/31/2005 |

Sold-To:
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN MANUAL RECEIPTS PROC  MS-9A241
ONE CORPORATE CENTER
PO Box 9005
KOKOMO IN  46904-9005

Ship-to:
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN:MARGARITO ROMAN 956/228-3706
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX  78567

Currency:     USD

Terms of delivery:   FCA Free carrier BAX 2 DAY ACCT#152696891

Terms of payment:   100% payment at 2nd day of 2nd
                    Up to 12/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 | 22033 | 1 EA | 4,929.16 | 4,929.16 | | 4,929.16 |
| (0010) | Service Agreement, Labor Only HS50, HS60 | | | | | |

Customer no: PR10143098  00010 - DEPT 801
Invoicing Monthly on Last of Month
       from   12/31/2004
       to     11/30/2005
ALNR:  N    ECCN: EAR99
Net Weight: 0.000 KG
Includes all labor and travel charges related to support and corrective maintenance of your Siemens
SMT equipment.
Response times of less than 24 hours
**(Upgradeable to a Response time of 8 or 6 hours).
Priority service and support response.
Invoice monthly upon acceptance of contract. Payment terms net 30 days.

*These commodities, technology or software (items) were exported from the United States in accordance with the Export
Administration Regulations.  Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly,
in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Logistics and Assembly Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90477380**

Page: 2 /    4

Date: 10/12/2005

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|--------------------|-----|-----------|-------------|-------|-----------|
| 000020 | 22033 | 1 EA | 4,550.00 | 4,550.00 | | 4,550.00 |

(0020) Service Agreement, Labor Only HS50, HS60
Customer no: PR10143098  00020 - DEPT 802
Invoicing Monthly on Last of Month
    from    12/31/2004
    to      11/30/2005
ALNR: N    ECCN: EAR99
Net Weight: 0.000 KG
Includes all labor and travel charges related to support and corrective maintenance of your Siemens SMT equipment.
Response times of less than 24 hours
**(Upgradeable to a Response time of 8 or 6 hours).
Priority service and support response.
Invoice monthly upon acceptance of contract. Payment terms net 30 days.

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|--------------------|-----|-----------|-------------|-------|-----------|
| 000030 | 22033 | 1 EA | 6,825.00 | 6,825.00 | | 6,825.00 |

(0030) Service Agreement, Labor Only HS50, HS60
Customer no: PR10143098  00030 - DEPT 811
Invoicing Monthly on Last of Month
    from    12/31/2004
    to      11/30/2005
ALNR: N    ECCN: EAR99
Net Weight: 0.000 KG
Includes all labor and travel charges related to support and corrective maintenance of your Siemens SMT equipment.
Response times of less than 24 hours
**(Upgradeable to a Response time of 8 or 6 hours).
Priority service and support response.
Invoice monthly upon acceptance of contract. Payment terms net 30 days.

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|--------------------|-----|-----------|-------------|-------|-----------|
| 000040 | 22033 | 1 EA | 3,412.50 | 3,412.50 | | 3,412.50 |

(0040) Service Agreement, Labor Only HS50, HS60
Customer no: PR10143098  00040 - DEPT 812
Invoicing Monthly on Last of Month
    from    12/31/2004
    to      11/30/2005
ALNR: N    ECCN: EAR99
Net Weight: 0.000 KG

# SIEMENS

**Siemens Logistics and Assembly Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90477380

Page: 3 /    4

Date: 10/12/2005

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| | Includes all labor and travel charges related to support and corrective maintenance of your Siemens SMT equipment. Response times of less than 24 hours **(Upgradeable to a Response time of 8 or 6 hours). Priority service and support response. Invoice monthly upon acceptance of contract. Payment terms net 30 days. | | | | | |
| 000050 (0050) | 22033 Service Agreement, Labor Only HS50, HS60 Customer no: PR10143098  00050 - DEPT 813 Invoicing Monthly on Last of Month     from    12/31/2004     to       11/30/2005 ALNR:  N    ECCN:  EAR99 Net Weight: 0.000 KG Includes all labor and travel charges related to support and corrective maintenance of your Siemens SMT equipment. Response times of less than 24 hours **(Upgradeable to a Response time of 8 or 6 hours). Priority service and support response. Invoice monthly upon acceptance of contract. Payment terms net 30 days. | 1 EA | 11,787.50 | 11,787.50 | | 11,787.50 |
| 000060 (0060) | 22033 Service Agreement, Labor Only HS50, HS60 Customer no: PR10143098  00060 - DEPT 821 Invoicing Monthly on Last of Month     from    12/31/2004     to       11/30/2005 ALNR:  N    ECCN:  EAR99 Net Weight: 0.000 KG Includes all labor and travel charges related to support and corrective maintenance of your Siemens SMT equipment. Response times of less than 24 hours **(Upgradeable to a Response time of 8 or 6 hours). Priority service and support response. Invoice monthly upon acceptance of contract. Payment terms net 30 days. | 1 EA | 3,412.50 | 3,412.50 | | 3,412.50 |

# SIEMENS

**Siemens Logistics and Assembly
Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA   30071

**Invoice # 90477380**

Page: 4 /    4

Date: 10/12/2005

| | |
|---|---|
| Sub Total: | 34,916.66 |
| Final Amount: | 34,916.66 |

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-788-4357)

# SIEMENS

**Siemens Logistics and Assembly Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

### Invoice # 90477381

REPEAT PRINTOUT

Remit-To:
Siemens Logistics and Assembly
Systems Inc.
P.O. Box 371600
Pittsburgh PA  15251-7600

| | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS SYSTEMS |
| Telephone: | 765-451-7530 |
| Sales Order: | 40000194 |
| Sales Order Date: | 01/25/2005 |
| Customer No: | 21133 |
| Customer P.O. No: | 450089139 |
| Orig. Inv. Date: | 10/01/2005 |
| Reprint Date: | 10/12/2005 |
| Validity period: | 01/01/2005 to 12/31/2005 |

Sold-To:
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN MANUAL RECEIPTS PROC  MS-9A241
ONE CORPORATE CENTER
PO Box 9005
KOKOMO IN  46904-9005

Ship-to:
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN:MARGARITO ROMAN 956/228-3706
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX  78567

Currency:      USD

Terms of delivery:  FCA Free carrier BAX 2 DAY ACCT#152696891

Terms of payment: 100% payment at 2nd day of 2nd
Up to 12/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 | 22033 | 1 EA | 7,583.33 | 7,583.33 | | 7,583.33 |
| (0010) | Service Agreement, Labor Only HS50, HS60 | | | | | |

Customer no: PR10145515  00010 - PLANT 6
Invoicing Monthly on Last of Month
  from    12/31/2004
  to      11/30/2005
ALNR:  N     ECCN:  EAR99
Net Weight: 0.000 KG
Includes all labor and travel charges related to support and corrective maintenance of your Siemens
SMT equipment.
Response times of less than 24 hours
**(Upgradeable to a Response time of 8 or 6 hours).
Priority service and support response.
Invoice monthly upon acceptance of contract. Payment terms net 30 days.

*These commodities, technology or software (items) were exported from the United States in accordance with the Export
Administration Regulations. Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly,
in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Logistics and Assembly Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90477381**

Page: 2 /    2

Date: 10/12/2005

| | |
|---|---|
| Sub Total: | 7,583.33 |
| Final Amount: | 7,583.33 |

# SIEMENS

**Siemens Logistics and Assembly Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90477379

REPEAT PRINTOUT

**Remit-To:**
Siemens Logistics and Assembly
Systems Inc.
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN MANUAL RECEIPTS PROC  MS-9A241
ONE CORPORATE CENTER
PO Box·9005
KOKOMO IN  46904-9005

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
4134 DAVISON ROAD   DOCK 44
FLINT MI  48556

| | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS SYSTEMS |
| Telephone: | 765-451-7530 |
| Sales Order: | 40000166 |
| Sales Order Date: | 06/03/2004 |
| Customer No: | 21133 |
| Customer P.O. No: | 450060552 |
| P.O. Date: | 06/03/2004 |
| Orig. Inv. Date: | 10/01/2005 |
| Reprint Date: | 10/12/2005 |
| Validity period: | 10/01/2003 to 12/31/2006 |

**Currency:**       USD

**Terms of delivery:**   FCA Free carrier BAX 2 DAY ACCT#152696891

**Terms of payment:** 100% payment at 2nd day of 2nd
Up to 12/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 (0010) | 22030 | 1 EA | 10,625.00 | 10,625.00 | | 10,625.00 |

Svc Agreement, Premium Onsite HS50, HS60
Invoicing Monthly on Last of Month
from    09/30/2003
to     11/30/2006
ALNR: N    ECCN: EAR99
Net Weight: 0.000 KG

"These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited. These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Logistics and Assembly Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90477379**

Page: 2 /    2

Date: 10/12/2005

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|

Includes daily visits by Service Engineer.
      Up to 40 hours labor per week (normal working hours).
      Includes all non-consumable repair parts, labor, shipping, and software updates.
      Refurbished parts will be used where applicable.
      Includes free upgrades when required.
      Operator maintenance training (Two (2) days per year).
      Priority service and support with after-hours and weekend response time of 2 hours.
      (This is billable at normal rates if 40 hours has been met).
      Invoice monthly upon acceptance of contract. Payment terms net 30 days.

| | |
|---|---|
| **Sub Total:** | **10,625.00** |
| **Final Amount:** | **10,625.00** |

# SIEMENS

**Siemens Logistics and Assembly Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90477547**

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Logistics and Assembly
Systems Inc.
P.O. Box 371600
Pittsburgh PA  15251-7600

| | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS SYSTEMS |
| Telephone: | 765-451-7530 |
| | |
| Sales Order: | 259758 |
| Sales Order Date: | 10/06/2005 |
| Delivery: | 80433836 |
| | |
| Customer No: | 21133 |
| Customer P.O. No: | 450144248 |
| P.O. Date: | 10/05/2005 |
| | |
| Orig. Inv. Date: | 10/06/2005 |
| Reprint Date: | 10/12/2005 |

**Sold-To:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN MANUAL RECEIPTS PROC  MS-9A241
ONE CORPORATE CENTER
PO Box 9005
KOKOMO IN  46904-9005

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN: BOB OLENICZAK X2025
PO 450144248
7929 SOUTH HOWELL
OAK CREEK WI  53154

**Tracking Info:**   AWB381-340520-8

**Currency:**   USD

**Terms of delivery:**   EXW Ex works MEMPHIS

**Terms of payment:**   100% payment at 2nd day of 2nd
Up to 12/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 (0010) | 00141096-04<br>Tape feeder module 2x8mm S SIPLACE | 11 EA | 1,224.00 | 13,464.00 | | 13,464.00 |

ALNR:  N    ECCN:  EAR99
Commodity code: 84799097
Country of origin: DE
Region of origin: 09
Net Weight: 30.800 KG
Feeder module for 2x8mm tapes, 2mm and 4mm pitch, tapes with motorized drive and cover foil storage, use with SIPLACE.
1 feeder location required per module.

"These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations.  Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities."

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Logistics and Assembly Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90477547**

Page: 2 /    2

Date: 10/12/2005

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| 000030 (0030) | 00141092-05 Tape feeder module 12/16mm S SIPLACE | 19 EA | 998.00 | 18,962.00 | | 18,962.00 |
| | ALNR: N    ECCN: EAR99 Commodity code: 84799097 Country of origin: DE Region of origin: 09 Net Weight: 58.710 KG Feeder module for 1 x 12mm or 1 x 16mm tape (reconfigurable), 4mm/24mm feeding pitch, with motorized drive and integrated cover foil removal for SIPLACE. 1 feeder location required per module. From SW version 402.03. | | | | | |
| 000040 (0040) | 00141093-05 Tape feeder module 24/32mm S SIPLACE | 9 EA | 1,331.00 | 11,979.00 | | 11,979.00 |
| | ALNR: N    ECCN: EAR99 Commodity code: 84799097 Country of origin: DE Region of origin: 09 Net Weight: 29.700 KG Feeder module for 1 x 24mm or 1 x 32mm tape (reconfigurable), 4mm/40mm feeding pitch, with motorized drive and integrated cover foil removal, for SIPLACE. 1.5 feeder locations required per module. From SW version 402.03. | | | | | |

**Sub Total:**                                                                                          44,405.00

**Final Amount:**                                                                                       44,405.00

# SIEMENS

**Invoice # 90477801**

Siemens Logistics and Assembly
Systems Inc.
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**REPEAT PRINTOUT**

Remit-To:
Siemens Logistics and Assembly
Systems Inc.
P.O. Box 371600
Pittsburgh PA  15251-7600

Sold-To:
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN MANUAL RECEIPTS PROC  MS-9A241
ONE CORPORATE CENTER
PO Box 9005
KOKOMO IN  46904-9005

Ship-to:
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN: BOB OLENICZAK X2025
PO 450144248
7929 SOUTH HOWELL
OAK CREEK WI  53154

| | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS SYSTEMS |
| Telephone: | 765-451-7530 |
| Sales Order: | 259756 |
| Sales Order Date: | 10/05/2005 |
| Delivery: | 80433985 |
| Customer No: | 21133 |
| Customer P.O. No: | 450144248 |
| P.O. Date: | 10/05/2005 |
| Orig. Inv. Date: | 10/07/2005 |
| Reprint Date: | 10/12/2005 |

Tracking Info:     AWB30345982806

Currency:          USD

Terms of delivery:  EXW Ex works MEMPHIS

Terms of payment:  100% payment at 2nd day of 2nd
                   Up to 12/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|----------------------|-----|------------|-------------|-------|-----------|
| 000020 | 00141098-07 | 9 EA | 2,066.00 | 18,594.00 | | 18,594.00 |
| (0020) | Tape feeder module 3x8mm S SIPLACE | | | | | |
| | ALNR: N    ECCN: EAR99 | | | | | |
| | Commodity code: 84799097 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 09 | | | | | |
| | Net Weight: 29.250 KG | | | | | |

"These commodities, technology or software (items) were exported from the United States in accordance with the Export
Administration Regulations.  Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly,
in prohibited nuclear, chemical/biological or missile weapons activities."

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Logistics and Assembly Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

Invoice # 90477801

Page: 2 /    2

Date: 10/12/2005

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|--------------------|-----|-----------|-------------|-------|-----------|
| | Tape feeder 3x8mm S-feeder for SIPLACE S/F/HS-xx/HF/X-Series. | | | | | |

If more than two 3x8mm S-feeder per HS-xx or HF/X-Series changeover table (119622,119755) are in operation an additional adapter device per changeover table is required:
Adapter device HS-xx          item number: 119011
Adapter device HF/X-Series      item number: 119643
Shortened guide piece HF/X-Series track 1: 141215.
If more than four 3x8mm S-feeder per SIPLACE S or F changeover table are in operation an additional adapter device per changeover table is required:
Adapter device for tables with wheels     item no.: 118101
Adapter device for tables without wheels item no.: 116220.
In combination with the adapter device a reel holder for always two 3x8mm-S feeder is required, item number: 141204.

| | | |
|---|---|---|
| Sub Total: | | 18,594.00 |

| | | |
|---|---|---|
| Final Amount: | | 18,594.00 |