Daniel D. Doyle (*pro hac* pendin*g*)
Nicholas A. Franke (*pro hac* pending)
David M. Brown (*pro hac* pending)
SPENCER FANE BRITT & BROWNE, LLP
1 North Brentwood Boulevard, Tenth Floor
St. Louis, MO 63105
(314) 863-7733 – telephone
(314) 862-4656 – facsimile

J. Brian McTigue  (*pro hac* pending)
Cornish F. Hitchcock (*pro hac* pending)
MCTIGUE LAW FIRM
5301 Wisconsin Ave. N.W., Suite 350
Washington, DC  20015
(202) 364-6900 - telephone
(202) 364-9960 - fax

COUNSEL FOR MICHAEL BEARD, RUSSELL DETWILER, FLOYD JONES AND JOHN M. MCGRATH, as retirees not covered by the collective bargaining agreement.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | CASE No. 05-44481 (RDD) |
| | ) | Jointly Administered |
| DELPHI CORPORATION, et al., | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | **MOTION FOR ADMISSION TO** |
| | ) | **PRACTICE PRO HAC VICE** |

I, Cornish F. Hitchcock, a member in good standing of the bar of the District of Columbia, request admission, *pro hac vice* before the Honorable Robert D. Drain, to represent Michael Beard, Russell Detwiler, Floyd Jones, and John M. McGrath, as retirees not covered by the collective bargaining agreement in the above referenced case.

My address is: McTigue Law Firm, 5301 Wisconsin Ave. N.W., Suite 350, Washington, DC 20015; my e-mail is conh@mctiguelaw.com; and my telephone number is (202) 364-6900.

191653.1

  I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice.*

| | |
|---|---|
| Dated: November 4, 2005 | Respectfully submitted, |

        /s/ Cornish F. Hitchcock
        J. Brian McTigue  (*pro hac* pending)
        Cornish F. Hitchcock (*pro hac* pending)
        MCTIGUE LAW FIRM
        5301 Wisconsin Ave. N.W., Suite 350
        Washington, DC  20015
        (202) 364-6900 - telephone
        (202) 364-9960 - fax

        PROPOSED ATTORNEYS FOR OFFICIAL
        COMMITTEE OF RETIREES

## Certificate of Service

  The undersigned certifies that the foregoing document was sent by U.S. Mail, postage prepaid, unless electronically served, this 4th day of November, 2005 to the following:

| | |
|---|---|
| John Wm. Butler, Jr.<br>Skadden Arps Slate Meagher & Flom LLP<br>333 West Wacker Drive<br>Chicago, IL 60606-1285 | Kayalyn A. Marafioti<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 |
| Alicia M. Leonhard<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 | Kurtzman Carson Consultants LLC<br>12910 Culver Blvd<br>Suite I<br>Los Angeles, CA 90066 |

        /s/ Kim Collier

191653.1