UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
                                               :         Chapter 11
    In re                                      :
                                             :         Case No 05-44481 (RDD)
DELPHI CORPORATION, et al.,         :
                                             :         (Jointly Administered)
              Debtors.                    :
---------------------------------------------------------- x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned represent ITW Mortgage Investments IV, Inc., and hereby enter their notice of attorney appearance pursuant to § 1109(b) of the United States Bankruptcy Code and Bankruptcy Rule 9010(b) and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), and (f) and 3017(a). All notices should be addressed to the following:

> Monica S. Blacker
> Andrews Kurth LLP
> 1717 Main Street, Suite 3700
> Dallas, Texas 75201
> Telephone: (214) 659-4400
> Facsimile: (214) 659-4401
> mblacker@andrewskurth.com

Please take further notice that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the referenced case and the proceedings.

DAL:585887.1

Respectfully submitted this 4th day of November, 2005.

**ANDREWS KURTH LLP**

By: /s/ Monica S. Blacker
    Monica S. Blacker
    State Bar No. 00796534
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone: (214) 659-4400
Facsimile: (214) 659-4401

COUNSEL FOR ITW MORTGAGE
INVESTMENTS IV, INC.

DAL:585887.1