UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
    In re                          :     Chapter 11
:
DELPHI CORPORATION, <u>et al.</u>,     :     Case No. 05-44481 (RDD)
:
                  Debtors.    :     (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER UNDER 11 U.S.C. §§ 327, 330,
AND 331 AUTHORIZING RETENTION OF PROFESSIONALS
<u>UTILIZED BY DEBTORS IN ORDINARY COURSE OF BUSINESS</u>

("ORDINARY COURSE PROFESSIONALS ORDER")

        Upon the motion, dated October 8, 2005 (the "Motion"), of Delphi Corporation

and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), for an order (the "Order") under 11 U.S.C.

§§ 327(a), 330, and 331 authorizing (a) the retention of professionals utilized by the Debtors in

the ordinary course of business (collectively, the "Ordinary Course Professionals") and (b)

payment of compensation and reimbursement of expenses in the manner customarily made to

such Ordinary Course Professionals by the Debtors upon submission to the Debtors of detailed

invoices in the ordinary course of business; and upon the Affidavit Of Robert S. Miller, Jr. In

Support Of Chapter 11 Petitions And First Day Orders, sworn to October 8, 2005; and upon the

record of the hearing held on the Motion; and this Court having determined that the relief

requested in the Motion is in the best interests of the Debtors, their estates, their creditors and

other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been

given and that no other or further notice is necessary; and after due deliberation thereon; and

good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.    The Motion is GRANTED to the extent set forth herein.

2.    The Debtors be, and each of them hereby is, authorized but not directed to employ and retain, pursuant to 11 U.S.C. §§ 327, 330, and 331, all Ordinary Course Professionals listed on Exhibit 1 to this Order, as may be supplemented from time to time in accordance with paragraph 8 hereof, without the need to file individual retention applications for each.

3.    The Debtors be, and each of them hereby is, authorized but not directed to make monthly payments for compensation and reimbursement of expenses to each of the Ordinary Course Professionals in the manner customarily made by the Debtors in the full amount billed by any such Ordinary Course Professional, upon receipt therefrom of reasonably detailed invoices indicating the nature of the services rendered and calculated in accordance with such professional's standard billing practices (without prejudice to the Debtors' normal right to dispute any such invoices), provided, however, that fees paid to an Ordinary Course Professional, excluding expenses and disbursements, shall not exceed either (a) $50,000 per month per Ordinary Course Professional or (b) $500,000 in the aggregate per Ordinary Course Professional over the course of these chapter 11 cases.

4.    To the extent that fees payable to any Ordinary Course Professional exceed either of the applicable limits set forth in paragraph 3 hereof, such Ordinary Course Professional shall be required to be retained pursuant to a formal retention application before any further fees or expenses may be paid.

5.    Commencing on January 15, 2006, and on each April 15, July 15, October 15, and January 15 of every year thereafter in which these chapter 11 cases are pending, the

Debtors shall file with this Court and serve on (a) the Office of the United States Trustee for the

Southern District of New York (the "U.S. Trustee"), 33 Whitehall Street, Suite 2100, New York,

New York 10044 (Att'n: Alicia M. Leonhard, Esq.), (b) counsel to the official committee of

unsecured creditors (the "Creditors' Committee"), Latham & Watkins, 885 Third Avenue, New

York, New York 10022 (Att'n: Mark A. Broude, Esq.), (c) counsel for the agent under the

Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue,

New York, New York 10017 (Att'n: Marissa Wesley, Esq.), (d) counsel for the agent under the

Debtors' postpetition credit facility, Davis Polk & Wardell, 450 Lexington Avenue, New York,

New York 10017 (Att'n: Marlane Melican, Esq.), and (e) any committee appointed to review

professional fees and expenses in these cases (the "Fee Committee") to the extent not duplicative

of the foregoing list, a statement of fees and disbursements for each Ordinary Course

Professional for the immediately preceding three-month period (each, a "Quarter"). Such

statement shall include the following information for each Ordinary Course Professional: (x) the

name of the Ordinary Course Professional, (y) the aggregate amounts paid as compensation for

services rendered and reimbursement of expenses incurred by such Ordinary Course Professional

during the reported Quarter, and (z) a general description of the services rendered by each

Ordinary Course Professional.

      6.   At least 14 days prior to submitting an invoice to the Debtors, each Ordinary

Course Professional shall file with this Court, and serve on (a) the Debtors, at Delphi

Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (b) counsel to

the Debtors, Skadden, Arps, Slate, Meagher & Flom, 333 West Wacker Drive, Suite 2100,

Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., Esq.), (c) the U.S. Trustee, 33 Whitehall

Street, Suite 2100, New York, New York 10044 (Att'n: Alicia M. Leonhard, Esq.), (e) counsel

to the Creditors' Committee, Latham & Watkins, 885 Third Avenue, New York, New York

10022 (Att'n:  Mark A. Broude, Esq.), (e) counsel for the agent under the Debtors' prepetition

credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York

10017 (Att'n: Marissa Wesley, Esq.), (f) counsel for the agent under the Debtors' postpetition

credit facility, Davis Polk & Wardell, 450 Lexington Avenue, New York, New York 10017

(Att'n: Marlane Melican, Esq.), and (g) the Fee Committee, to the extent not duplicative of the

foregoing list (collectively, the "Interested Parties"), an Affidavit of Legal Ordinary Course

Professional, substantially in the form of the affidavit attached as Exhibit 2 to this Order, or an

Affidavit of Non-Legal Ordinary Course Professional, substantially in the form of the affidavit

attached as Exhibit 3 to this Order, as applicable (Exhibit 2 and Exhibit 3, together, the

"Affidavit").

       7.    The Interested Parties shall have 10 days after receipt of each Ordinary

Course Professional's Affidavit (the "Affidavit Objection Deadline") to object to the retention of

such Ordinary Course Professional.  The objecting party shall serve any such objection upon the

Interested Parties and the respective Ordinary Course Professional on or before the Affidavit

Objection Deadline.  If any such objection cannot be resolved within 10 days of its receipt, the

matter shall be scheduled for hearing before this Court at the next regularly-scheduled omnibus

hearing or date otherwise agreeable to the parties thereto.  If no objection is received from any of

the Interested Parties on or before the Affidavit Objection Deadline with respect to any particular

Ordinary Course Professional, or if any objection submitted is timely resolved as set forth above,

the Debtors shall be authorized, without further order of this Court, to retain such professional as

a final matter.

8.    The Debtors are authorized but not directed to employ and retain additional Ordinary Course Professionals in their sole discretion without the need to file individual retention applications for each by filing with this Court a supplement to <u>Exhibit 1</u> to this Order (the "Supplement").  The Supplement shall set forth the name of the additional Ordinary Course Professional and a brief description of the services to be rendered and will be served upon the Interested Parties.  Each such additional Ordinary Course Professional shall be governed by the terms of this Order, including, but not limited to, paragraph 7 hereof.

9.    Notwithstanding anything to the contrary set forth herein, the Debtors retain the right to apply to this Court for authorization to employ any Ordinary Course Professional on a <u>nunc</u> <u>pro</u> <u>tunc</u> basis should it later be determined, as a result of such Ordinary Course Professional exceeding either of the relevant fee caps or for any other reason, that the Debtors are required to file a formal retention application in respect of such Ordinary Course Professional.

10.    Within ten business days of the date of entry of this Order, the Debtors shall serve a copy of this Order on each of the Ordinary Course Professionals identified on <u>Exhibit 1</u> to this Order.

11.    This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

12.     The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for

the United States Bankruptcy Court for the Southern District of New York for the service and

filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated:  November 4, 2005
        New York, New York

                                        /s/ Robert D. Drain
                                        UNITED STATES BANKRUPTCY JUDGE

Exhibit 1

List of Ordinary Course Professionals

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES TO BE RENDERED |
|---|---|---|
| A.S.K. Services, Inc. | 42180 Ford Rd., Ste. 101<br>Canton, MI  48187 | Legal Services |
| Adams & Adams | PO Box 1014<br>Pretoria 0001<br>South Africa | Legal Services* |
| Adelson Testan Bruno | 100 Ocean Gate, Ste. 830<br>Long Beach, CA  90802 | Legal Services |
| American Appraisal Associates | 411 E. Wisconsin Ave., Ste. 1900<br>Milwaukee, WI  53201 | Tax Consultancy Services |
| Anne Murphy Patent Services | PO Box 2128 Eads St.<br>Arlington, VA  22202 | Legal Services |
| Antonelli Terry Stout & Krause, LLP | 1300 N. 17th St., Ste. 1800<br>Arlington, VA  22209 | Legal Services |
| Arent, Fox, Kintner, Plotkin & Kahn | 1050 Connecticut Ave. N.W.<br>Washington, DC  20036-5339 | Legal Services |
| Asset Management Resources, Inc. | 26211 Central Park Blvd.<br>Southfield, MI  48076 | Tax Consultancy Services |
| Association of Business Advocating Tariff Equity (A.B.A.T.E.) | PO Box 67000<br>Detroit, MI 48267-0409 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES TO BE RENDERED |
|---|---|---|
| Baker & Daniels | 300 N. Meridian St., Ste. 2700 Indianapolis, IN 46204-1782 | Legal Services |
| Baker & McKenzie LLP | 660 Hansen Way Palo Alto, CA 94304<br><br>805 3rd Ave. New York, NY 10022<br><br>815 Connecticut Ave. N.W. Washington, DC 20006-4078<br><br>701 Brickell Ave., Ste. 1600 Barnett Tower Miami, FL 33131-2827<br><br>PO Box 10220 El Paso, TX 79995<br><br>One Prudential Plaza 130 E. Randolph Dr. Chicago, IL 60601-6384<br><br>32 Avenue Kleber BP 2112 75771 Paris Cedex 16 France | Legal Services * |
| Baker Botts LLP | 1299 Pennsylvania Ave. N.W. Washington, DC 20004-2400<br><br>1600 San Jacinto Ctr. 98 San Jacinto Blvd. Austin, TX 78701<br><br>PO Box 201626 Houston, TX 77216-1626 | Legal Services |
| Balch & Bingham LLP | PO Box 306 Birmingham, AL 35201 | Legal Services |
| Banner & Witcoff, Ltd | 10 S. Wacker Dr., Ste. 3000 Chicago, IL 60606 | Legal Services |
| Barnes & Thornburg | 1313 Merchant Bank Bldg. 11 S. Meridian St. Indianapolis, IN 46204 | Legal Services |
| Barnett Associates, Inc. | 61 Hilton Ave. Garden City, NY 11530 | Tax Consultancy Services |
| Bell Anderson & Sanders LLC | 496 Broadway Laguna Beach, CA 92651 | Legal Services |

---

\*      Certain of the services indicated by an asterisk (*) are, to some extent, provided by a non-U.S. professional and/or performed outside of the United States. The Debtors nevertheless submit that such services provide a direct benefit to the Debtors' estates.

2

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES TO BE RENDERED |
|---|---|---|
| Berger & Berger | 555 International Dr., Ste. 800<br>Buffalo, NY 14221 | Legal Services |
| Beusse, Brownlee, Wolter, Mora & Maire, P.A. | 390 N. Orange Ave. Ste. 2500<br>Orlando, FL 32801 | Legal Services |
| Bliss McGlynn P.C. | 2075 W. Big Beaver Rd., Ste. 600<br>Troy, MI 48084-3443 | Legal Services |
| BNP Paribas Securities Corp. | 787 7th Ave.<br>New York, NY 10019 | Investment Banking Services |
| Booth Udall, PLC | 1423 S. Higley Rd., Ste. 110<br>Mesa, AZ 85206 | Legal Services |
| Bowman and Brooke LLP | 50 W. Big Beaver Rd., Ste. 600<br>Troy, MI 48084<br><br>150 S. 5th St., Ste. 2600<br>Minneapolis, MN 55402<br><br>160 W. Santa Clara St., Ste. 1150<br>San Jose, CA 95113-1700<br><br>PO Box 1414 NCB 13<br>Minneapolis, MN 55480-1414<br><br>Riverfront Plaza West Tower<br>901 E. Byrd St., Ste. 1500<br>Richmond, VA 23219-4027 | Legal Services |
| Braun Kendrick Finkbeiner PLC | Second National Bank Bldg.<br>101 Fashion Sq. Blvd.<br>Saginaw, MI 48603 | Legal Services |
| Brown & James, P.C. | Richland Executive Plaza<br>525 West Main, Ste. 200<br>Belleville, IL | Legal Services |
| BSI America Inc | 12110 Sunset Hills Road, Ste. 140<br>Reston, VA 20190-3231<br><br>13910 Collections Center Dr.<br>Chicago, IL 60693 | Auditing Services |
| BSI Management Systems | 12110 Sunset Hills Rd., Ste. 140<br>Reston, VA 20190-3231<br><br>13910 Collections Center Dr.<br>Chicago, IL 60693 | Auditing Services |
| Bugbee & Conkle | National City Bank Bldg.<br>405 Madison, Ste. 1300<br>Toledo, OH 43604-1238 | Legal Services |
| Butzel, Long | 150 W. Jefferson Ave., Ste. 900<br>Detroit, MI 48226-4430 | Legal Services |
| C&S Patent and Law Office | KPO Box 103<br>Seoul 110 601<br>Republic of Korea | Legal Services* |

3

| **NAME OF PROFESSIONAL** | **ADDRESS OF PROFESSIONAL** | **DESCRIPTION OF SERVICES TO BE RENDERED** |
|---|---|---|
| Cabinet Michel Poupon | 3 Rue Ferdinand Brunot<br>88026 Epinal Cedex<br>France | Legal Services* |
| Cadena Law Firm, P.C. | 1017 Montana Ave.<br>El Paso, TX 79902-5411 | Legal Services |
| Cadwalader Wickersham & Taft LLP | 1201 F St. N.W.<br>Washington, DC  20004<br><br>PO Box 5929<br>New York, NY  10087-5929 | Legal Services |
| Cantor Colburn LLP | 55 Griffin Rd. S.<br>Bloomfield, CT  06002 | Legal Services |
| Cardinal Law Group | 1603 Orrington Ave., Ste. 2000<br>Evanston, IL  60201 | Legal Services |
| Cattel, Tuyn & Rudzewicz, PLLC | Governers Place<br>33 Bloomfield Hills Pkwy, Ste. 120<br>Bloomfield Hills, MI  48304-2945 | Legal Services |
| Charles K. Veenstra | 631 Windsor Run<br>Bloomfield Hills, MI  48304 | Legal Services |
| Cherry, Edson and Kelly | 175 Fulton Ave.<br>Hempstead, NY  11550 | Legal Services |
| Chester Willcox & Saxbe LLP | 65 E. State St. Ste. 1000<br>Columbus, OH  43215 | Legal Services |
| Chevez Abogados, S.C. | Bosque de Ciruelos 168, 6º Piso<br>Bosques de las Lomas<br>11700 Mexico, D.F.  Mexico | Legal Services* |
| China Patent Agent (H.K.) Ltd. | China Patent Agent HK Ltd<br>23 Harbour Rd.<br>Wanchai<br>Hong Kong<br>Hong Kong<br><br>China Patent Agent (HK) Ltd<br>Bank of China Harbour Rd.<br>Hong Kong<br>Hong Kong | Legal Services* |
| Christie, Parker & Hale, LLP | 350 W. Colorado Blvd., Ste. 500<br>Pasadena, CA  91109 | Legal Services |
| Ciara Systems, Inc. | 13112 Ludlow<br>Huntington Woods, MI | Legal Services |
| Clark Consulting | 101 Constitution Ave. N.W.<br>Washington, D.C.  20001 | Legal Services |
| Clark Hill P.L.C. | 500 Woodard Ave., Ste. 3500<br>Detroit, MI  48226-3435<br><br>1600 First Federal Bldg.<br>1001 Woodward Ave.<br>Detroit, MI  48226 | Legal Services |
| Clark, Thomas & Winters, PC | PO Box 1148<br>Austin, TX  78767 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES TO BE RENDERED |
|---|---|---|
| Consortium Industriel | Commercial & Maritime<br>19, Boulevard Imam Ali<br>Kenitra, Morocco | Legal Services* |
| Coolidge Wall Womsley & Lombard Co. LPA | 33 W. 1st St., Ste. 600<br>Dayton, OH  45402-1289 | Legal Services |
| Couch White, LLP | 540 Broadway<br>Albany, NY  12201-2222 | Legal Services |
| Covington & Burling LLP | 1330 Ave. of the Americas<br>New York, NY 10019<br><br>1201 Pennsylvania Ave.<br>PO Box 7566<br>Washington, DC  20044 | Legal Services |
| Cramer & Laws | Hubertusstrasse 15<br>D-59929 Brilon, Germany | Legal Services* |
| Crew, Buchanan & Lowe | 2580 Kettering Tower<br>Dayton, OH  45423-2580 | Legal Services |
| Crowell & Moring LLP | 3 Park Plaza<br>Irvine, California 92614 | Legal Services |
| Crowley Stringer & Fenske LLP | 456 Montgomery Street, 17th Fl.<br>San Francisco, CA  94104 | Legal Services |
| Customs Network Ltd. | 36 Park Rd.<br>Benfleet<br>Essex SS7 3PP<br>United Kingdom | Legal Services* |
| Dechert LLP | 30 Rockefeller Plaza<br>New York, NY  10112 | Legal Services |
| DePenning & DePenning | 10 Government Place East<br>Kolkata 700 069<br>India | Legal Services* |
| Det Norske Veritas | 16340 Park Ten Place, Ste. 100<br>Houston, TX  77084<br><br>3 Cathedral Street<br>Palace House<br>London SE1 9DE<br>United Kingdom<br><br>CO Banque Nationale de Paris<br>77 Blvd. Richelieu<br>92500 Rueil Malmaison<br>France<br><br>64 Avenue D Haifa<br>Hermes Park Bt A<br>Marseille 13008<br>France | Auditing Services |
| Dewitt Ross & Stevens | Capitol Square Office<br>2 E. Mifflin St., Ste. 600<br>Madison, WI 53703-2865 | Legal Services |

5

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES TO BE RENDERED |
|---|---|---|
| Dickinson Wright P.L.L.C. | 500 Woodward Ave., Ste. 4000 Detroit, MI 48226-3425 | Legal Services |
| Dierker & Associates, PC | 3331 W. Big Beaver Rd., Ste. 109 Troy, MI 48084-2813 | Legal Services |
| Drew & Napier | 20 Raffles Place #17-00 Ocean Towers Singapore 048620 Singapore | Tax Consultancy Services* |
| Drew, Eckl & Farnham, LLP | Drew Eckl & Farnham LLP 880 W. Peachtree St. N.W. Atlanta, GA 30357 | Legal Services |
| Drinker Biddle & Reath LLP | 1 Logan Square 18th & Cherry Streets Philadelphia, PA 19103-6996 | Legal Services |
| Due, Doyle, Fanning, Ewing & Metzger, LLP | 55 Monument Circle 900 Circle Tower Bldg. Indianapolis, IN 46204 | Legal Services |
| Dykema Gossett P.L.L.C. | 400 Renaissance Ctr. PO Box 79001, Drawer 1787 Detroit, MI 48243<br><br>55 East Monroe Street Chicago, IL 60603 | Legal Services |
| Eldridge Cooper Steichen & Leach, PLLC | 110 W. 7th St., Ste. 200 Tulsa, OK 74119 | Legal Services |
| Equis Corporation[1] | 161 North Clark St., Ste. 2400 Chicago, IL 60601 | Real Estate Brokerage Services |
| Ernst & Young LLP | 101 W. Big Beaver Rd., Ste. 1200 Troy, MI 48084 | Advisory Services - Sarbanes-Oxley Compliance |
| Evans, Pletkoic & Rhodes, P.C. | 26125 Woodward Ave. Huntington Woods, MI 48070 | Legal Services |
| Eyster, Key, Tubb, Weaver & Roth | 402 E. Moulton St. S.D. Decatur, AL 35601<br><br>PO Box 1607 Decatur, AL 35602-1607 | Legal Services |
| Falkowski PLLC | PO Box 650 Novi, MI 48376-0650 | Legal Services |
| Foley & Lardner LLP | 500 Woodward, Ste. 2700 Detroit, MI 48226-3489 | Legal Services |
| Ford, Howard & Cornett, P.C. | PO Box 388 Gadsden, AL 35902-0388 | Legal Services |

---

[1]    As of the Petition Date the Debtors' retained Equis Corporation ("Equis") as their real estate broker. Pursuant to its current retention, Equis is obligated to continue to act in such capacity through November 2005. The Debtors have sought to retain Jones Lang LaSalle Americas Inc. ("Jones Lang LaSalle") to perform this function as of December 2005. The Debtors do not intend for Equis to perform the services set forth herein after November 2005 or for Jones Lang LaSalle to commence performance of the services set forth herein before December 2005. Accordingly, the Debtors do not anticipate that there will be any overlap in the services to be provided by each of Equis and Jones Lang LaSalle.

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES TO BE RENDERED |
|---|---|---|
| Foster, Swift, Collins & Smith, P.C. | 313 S. Washington Sq. Lansing, MI 48933 | Legal Services |
| Fulbright & Jaworski LLP | 666 5th Ave. New York, NY 10103 | Legal Services |
| Gable & Gotwals Law Firm | 1100 Oneok Plaza 100 W. 5th St., Ste. 100 Tulsa, OK 74103-4217 | Legal Services |
| Genzink Appraisal Company | 2120 44th St. S.E. No. 301 Grand Rapids, MI 49508 | Legal Services |
| Gielowski and Steiner, LLP | 135 Delaware Avenue, Ste. 405 Buffalo, NY 14202 | Legal Services |
| Global Quality Institute | 37 Marotta Ave. Brampton, ON L6X 4W9 Canada | Auditing Services |
| Goldberg Segalla LLP | 665 Main St., Ste. 400 Buffalo, NY 14203 | Legal Services |
| Gowling Lafleur Henderson LLP | Box 466, Station D Ottowa, ON K1P 1C3 Canada<br><br>160 Elgin St., Ste. 2600 Ottawa, ON K1P 1C3 Canada | Legal Services* |
| Gresk & Singleton | 950 S. Meridian St., #410 Indianapolis, IN 46225 | Legal Services |
| Groves Decker PC | 2413 S. Linden Rd. Flint, MI 48532 | Legal Services |
| Gwinn & Roby | 4100 Renaissance Twr. 1201 Elm St. Dallas, TX 75270 | Legal Services |
| Hack, Piro, O'Day, Merklinger, Wallace & McKenna, P.A. | 30 Columbia Tkp. Florham Park, NJ 07932 | Legal Services |
| Hamberger & Weiss | 1725 Statler Towers 107 Delaware Ave. Buffalo, NY 14202 | Legal Services |
| Harlan and Harlan | 1360 S. 5th St. St.. Charles, MO 63301 | Legal Services |
| Harris Beach LLP | 99 Garnsey Rd. Pittsford, NY | Legal Services |
| Hartman & Hartman P.C. | 15 N. Franklin, Ste. 250 Valparaiso, IN 48383<br><br>552 E. 700 N. Valparaiso, IN 46383 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES TO BE RENDERED |
|---|---|---|
| Heller Ehrman White & McAuliffe | 120 W. 45th St., 21st Fl. New York, NY 10036-4041<br><br>PO Box 60000 San Francisco, CA 94160-3536<br><br>7 Times Square New York, NY 10036 | Legal Services |
| Hewitt & Associates | 101 W. Big Beaver Rd., Ste. 300 Troy, MI 48084<br><br>PO Box 95135 Chicago, IL 60694-5135<br><br>100 Half Day Rd. Lincolnshire, IL 60069<br><br>PO Box 95135 Chicago, IL 60694-5135 | Auditing Services |
| Hogan & Hartson, LLP | 555 13th St. N.W. Washington, D.C. 2004 | Legal Services* |
| Holloway, Dobson, Bachman | 211 N. Robinson, Ste. 900 Oklahoma City, OK 73102 | Legal Services |
| Honigman Miller Schwartz and Cohn | 2290 First National Bldg. 660 Woodward Ave. Detroit, MI 48226<br><br>222 N. Washington Sq., Ste. 400 Lansing, MI 48933-1800 | Legal Services |
| Horwood, Marcus & Berk Chartered | 180 N. Lasalle St. Chicago, IL 60601 | Tax Consultancy Services |
| Howard & Howard Attorneys, P.C. | Pinehurst Office Ctr., Ste. 101 39400 Woodward Ave. Bloomfield Hills, MI 48304-5151<br><br>1400 N. Woodward Ave. Bloomfield Hills, MI 48304-2856 | Legal Services |
| Hudson, Potts & Bernstein | 130 Desiard St. Monroe, LA 71210-3008 | Legal Services |
| Huron Consulting Services LLC | 550 W. Van Buren St. Chicago, IL 60607 | Financial Advisory Services |
| Ice Miller | 1 American Sq., #82001 Indianapolis, IN 46282 | Legal Services |
| INDIEC Indiana Industrial Energy Consumers, Inc. | 1700 1 American Sq. Box 82053 Indianapolis, IN 46282-0003 | Legal Services |
| Ivins, Phillips & Barker Chartered | 1700 Pennsylvania Ave., N.W. Washington, D.C. 20006 | Legal Services |
| J. Gordon Lewis dba J. Gordon Lewis, PLLC | 441 N. Evansdale Dr. Bloomfield Hills, MI 48304 | Legal Services |

8

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES TO BE RENDERED |
|---|---|---|
| J.M. Robertson Intellectual Property Services LLC | 233 S. Pine St.<br>Spartanburg, SC  29302 | Legal Services |
| Jaeckle Fleischmann & Mugel, LLP | 190 Linden Oaks<br>Rochester, NY  14625-2812<br><br>Fleet Bank Bldg.<br>12 Fountain Plaza<br>Buffalo, NY  14202-2292 | Legal Services |
| Jaffe Raitt Heuer & Weiss P.C. | 27777 Franklin Rd., Ste. 2500<br>Southfield, MI  48034 | Legal Services |
| Jefferson Wells | 4000 Town Ctr., Ste. 725<br>Southfield, MI 48075 | Auditing Services |
| John A. Artz P.C. | 28333 Telegraph Rd., Ste. 250<br>Southfield, MI  48034 | Legal Services |
| Johnston Barton Proctor & Powell LLP | 1901 6th Ave. N., Ste. 2900<br>Birmingham, AL  35203 | Legal Services |
| Jones Day | 901 Lakeside Ave.<br>Cleveland, OH  44114 | Legal Services |
| Jones Lang LaSalle Americas Inc | 200 E. Randolph Dr., Ste. 4300<br>Chicago, IL 60601 | Real Estate Brokerage Services |
| Keating, Muething & Klekamp, P.L.L. | 1400 Provident Twr.<br>1 E. 4th St.<br>Cincinnati, OH  45202 | Legal Services |
| Keefe and Associates | 24405 Gratiot Ave.<br>Eastpointe, MI  48021 | Legal Services |
| Kenneth Mason | The Book Barn<br>Westbourne<br>Hampshire, PO10 8RS<br>United Kingdom | Legal Services* |
| Kevin P. Weldon | 5935 Westchester St.<br>Alexandria, VA  22310-1134 | Legal Services |
| Kim & Chang | Seyang Bldg.<br>223 Naeja Dong Chongro Du<br>Seoul 110<br>Republic of Korea<br><br>Seyang Bldg.<br>223 Naeja Dong Chongro Ku<br>Seoul<br>Republic of Korea<br><br>Seyang Bldg. 223<br>Naeja-Dong, Jongno-Gu<br>Seoul<br>Republic of Korea | Legal Services* |
| Kirton & McConkie | 60 E. S. Temple No. 1800<br>Salt Lake City, UT  84145-0120 | Legal Services |
| Kronish Lieb Weiner & Hellman LLP | 1114 Ave. of the Americas, Ste. 4600<br>New York, NY  10036 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES TO BE RENDERED |
|---|---|---|
| L.C. Begin & Associates, PLLC | 510 Highland Ave. PMB 403 Milford, MI 48381-1586 | Legal Services |
| Lamothe & Hamilton, APLC | 601 Poydras St., Ste. #2750 New Orleans, LA 70130 | Legal Services |
| Lathrop & Gage | 2345 Grand Blvd., Ste. 2800 Kansas City, MO 64108-2612 | Legal Services |
| Lavin O'Neil Ricci Cedrone & DiSipio | Suite 500 190 N. Independence Mall W. Philadelphia, PA 19106<br><br>8000 Midlantic Dr., Ste. 201 S. Mount Laurel, NJ 08054<br><br>780 3rd Ave. New York, NY 10017 | Legal Services |
| Law Office of Robert E. Wilyard | 600 W. Santa Ana Blvd., #101 Santa Ana, CA 92701 | Legal Services |
| Law Offices of Albert M. Gutierrez, P.C. | 111 Soledad, Suite 1310 San Antonio, TX 78205 | Legal Services |
| Law Offices of Brian C. Pauls | 919 S. Harrison St., Ste. 320 Fort Wayne, IN 46802 | Legal Services |
| Leger Robic Richard, L.L.P. | Centre CDP Capital 1001 Victoria Sq. Bloc E. 8th Fl. Montreal, PQ H2Z 2B7 Canada | Legal Services* |
| Lenox, Socey, Wilgus, Formidoni, Brown, Giordano & Casey | 3131 Princeton Pike - 1B Trenton, NJ 08648 | Legal Services |
| Letson, Griffith, Woodall, Lavelle & Rosenberg | 155 S. Park Ave. Warren, OH 44482<br><br>PO Box 151 Warren, OH 44482-0151 | Legal Services |
| Levasseur & Levasseur | 28105 Greenfield Rd., Ste. 120 Southfield, MI 48076 | Legal Services |
| Lewis & Kappes, P.C. | c/o Jon P Wickes, Jr. PO Box 82053 1700 One American Sq. Indianapolis, IN 46282 | Legal Services |
| Lippert, Humphreys, Campbell, Dust & Humphreys, P.C. | Ste. 410 Plaza N. 4800 Fashion Sq. Blvd. Saginaw, MI 48604 | Legal Services |
| Locke Reynolds LLP | 201 N. Illinois St., Ste. 1000 PO Box 44961 Indianapolis, IN 46244-0961 | Legal Services |
| Locker & Lee | 6600 E. Campus Circle Dr., Ste. 310 Irving, TX 75063 | Legal Services |
| Manitz, Finsterwald & Partner | Postfach 31 02 20 80102 Munchen Germany | Legal Services* |

10

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES TO BE RENDERED |
|---|---|---|
| Maria Luisa Flores Garciadiego | Avenida Universidad 2014 Edificio Paraguay, Ground Fl. #4 Colonia Romero de Terreros C.P. 04310, Delegacion Coyoacan Mexico, D.F. Mexico | Legal Services* |
| Mark A. Navarre | 200 S. Main St. Room B-1 PO Box 537 Urbana, OH  43078 | Legal Services |
| Marshall, Gerstein & Borun | 6300 Sears Twr. 233 S. Wacker Dr. Chicago, IL  60606 | Legal Services |
| Martin Brown & Sullivan Ltd. | 321 S. Plymouth Ct, 10th Fl. Chicago, IL  60604 | Legal Services |
| Marylou J. Lavoie | 1 Banks Rd. Simsbury, CT  06070 | Legal Services |
| Mayer, Brown, Rowe & Maw LLP | 1909 K Street, N.W. Washington, D.C. 20006-1101 | Legal Services |
| McCarter & English | Mellon Bank Ctr., Ste. 700 1735 Market St. Philadelphia, PA  19103-75 | Tax Consultancy Services |
| McCarthy Tetrault LLP | Suite 4700 Toronto Dominion Bank Twr., Box 48 Toronto, ON M5K 1E6 Canada | Legal Services* |
| McCarthy, Lebit, Crystal & Liffman Co., L.P.A. | 1800 Midland Building 101 W. Prospect Ave. Cleveland, OH  44115-1088 | Legal Services |
| McDermott Will & Emery LLP | 28 State St. Boston, MA  02109 | Legal Services |
| McElroy, Deutsch, Mulvaney and Carpenter, LLC | 100 Mulberry St. Newark, NJ  07102 | Legal Services |
| McGann, Bartlett and Brown | 111 Founders Plaza, Ste. 1201 East Hartford, CT  06108 | Legal Services |
| McGlynn & Luther | 500 N. Broadway, Ste. 1515 Saint Louis, MO  63102 | Legal Services |
| McKenna Long & Aldridge LLP | 1900 K St. N.W. Washington, D.C.  20006 | Legal Services |
| McNees Wallace & Nurick LLC | P O Box 1166 100 Pine St. Harrisburg, PA  17108-1166 | Legal Services |
| Michael D. Schloff, PLLC | 6905 Telegraph Rd., Ste. 215 Bloomfield Hills, MI  48301 | Legal Services |
| Micheal, Best and Fredrick LLP | 100 E. Wisconsin Ave., S300 Milwaukee, WI  53202 | Legal Services |
| Miller Canfield Paddock & Stone, PLC | 150 W. Jefferson, Ste. 2500 Detroit, MI  48226-4415 PO Drawer 64348 Detroit, MI  48264-0348 | Legal Services |
| Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC | 1 Financial Ctr. Boston, MA  02111 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES TO BE RENDERED |
|---|---|---|
| Moffatt Thomas Barrett Rock & Fields - Chartered | 101 South Capitol Blvd., 10th Fl. Boise, Iowa 83702 | Legal Services |
| Momsen, Leonardos & Cia | Rua Teofilo Otoni 63 10 Andar Centro Rio de Janeiro RJ 20090-080 Brazil | Legal Services* |
| Moore Hansen & Sumner | 225 S. 6th St., Ste. 4850 Minneapolis, MN 55402 | Legal Services |
| Mounce, Green, Myers, Safi & Galatzan | 100 N. Stanton, Ste. 1700 El Paso, TX  79901-1448 | Legal Services |
| Naciri & Associates Gide Loyrette Nouel | 52, Boulevard Zerktouni Espace Erreda 5eme etage 20000 Casablanca, Morocco | Legal Services* |
| Neal Gerber & Eisenberg, LLP | 2 N. Lasalle St. Chicago, IL  60602 | Legal Services |
| O'Brien & Bails | 141 E. Michigan St., Ste. 601 Kalamazoo, MI  49007-3943 | Legal Services |
| Ogne, Alberts & Stuart, P.C. | 1869 E. Maple Rd. Troy, MI  48083 | Legal Services |
| Okabe | 602 Fuji Bldg. 2 3 Marunouchi 3 Chome Chiyoda Ku Tokyo 100 0005 Japan | Legal Services* |
| Parker and Irwin | 348 W. Hospitality Lane San Bernadino, CA  92408 | Legal Services |
| Paul E. Riegel, Esq. | 2525 N. 124th St. Brookfield, WI  53005 | Legal Services |
| Paul, Hastings, Janofsky & Walker LLP | 515 S. Flower St., 24th Fl. Los Angeles, CA 90071  600 Peachtree St. N.E., Ste. 2400 Atlanta, GA  30308 | Legal Services |
| Pedersen, Keenan, King, Wachsberg & Andrzejak, P.C. | 4057 Pioneer Dr., Ste. 300 Commerce Township, MI  48390-1363 | Legal Services |
| Pelaez Alonso, S.C. | Colonia del Valle C.P. 03100, Delegacion Benito Juarez Mexico, D.F.  Mexico | Legal Services* |
| Pepper Hamilton LLP | 1201 Market St., Ste. 1600 Wilmington, DE  19801 | Legal Services |
| Phelps Dunbar LLP | Canal Place 365 Canal St. 2000 New Orleans, LA  70130-6534  111 East Capitol, Ste. 600 Jackson, MS  39225-3066  PO Box 23066 Jackson, MS  39255-3066 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES TO BE RENDERED |
|---|---|---|
| Phifer & White, P.C. | L.B. Kind Building, Ste. 500<br>1274 Library St.<br>Detroit, MI  48246 | Legal Services |
| Phillips Ormonde and Fitzpatrick | 367 Collins St.<br>Melbourne 3000<br>Australia<br><br>PO Box 323<br>Collins St. W. 8007<br>Melbourne<br>Australia | Legal Services* |
| Pillsbury Winthrop Shaw Pittman LLP | 2 Houston Ctr.<br>909 Fannin, 22nd Fl.<br>Houston, TX  77010<br><br>PO Box 60000<br>San Francisco, CA  94160-2391 | Legal Services |
| Pinhiero Neto Advogados | Rua Boa Vista 254 9<br>01014-901 Sao Paulo<br>Brazil<br><br>SCS-Quadra 1 Bloco I 6<br>Andar Cep<br>70304 900 Brasilia DF<br>Brazil | Legal Services* |
| Plews Shadley Racher & Braun | 1346 N. Delaware St.<br>Indianapolis, IN  46202 | Legal Services |
| Plunkett & Cooney, P.C. | 38505 Woodward, Ste. 2000<br>Bloomfield Hills, MI  48304<br><br>900 Marquette Bldg.<br>243 W. Congress, Ste. 800<br>Detroit, MI  48226-3260<br><br>1695 Woodward Ave., Ste. 210<br>Bloomfield Hills, MI  48013 | Legal Services |
| Porterfield, Harper & Mills, P.A. | 22 Inverness Center Pkwy, Ste. 600<br>Birmingham, AL  35242<br><br>PO Box 530790<br>Birmingham, AL  35253-0790 | Legal Services |
| Price, Heneveld, Cooper, DeWitt & Litton | 695 Kenmore Ave. S.E.<br>PO Box 2567<br>Grand Rapids, MI  49501-2567 | Legal Services |

13

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES TO BE RENDERED |
|---|---|---|
| PriceWaterhouseCoopers | 1301 K Street N.W.<br>Suite 800W<br>Washington, DC  20005 | Legal Services |
|  | 200 E. Randolph Dr.<br>Chicago, IL  60601-6401 |  |
|  | 400 Campus Dr.<br>Florham Park, NJ  07932 |  |
|  | BP Tower 27th Fl.<br>200 Public Sq.<br>Cleveland, OH  44114-2301 |  |
|  | 1900 K St. N.W., Ste. 900<br>Washington, DC  20006 |  |
|  | PO Box 65640<br>Charlotte, NC  28265-0640 |  |
|  | PO Box 75647<br>Chicago, IL  60675 |  |
|  | 9399 W. Higgins Rd., Ste. 1100<br>Rosemont, IL  60018 |  |
|  | Marino Escobedo 573<br>Col. Rincon Del Bosque<br>Mexico DF 11580<br>Mexico | Legal Services* |
|  | AV Tecnologico 100 Pis o 6<br>76030 Queretaro Qro<br>Mexico | Legal Services* |
|  | North American Center<br>5700 Yonge St., Ste. 1900<br>North York, ON M2M 4K7<br>Canada | Legal Services* |
|  | 202 Hi Bin Road<br>Shanghai<br>200021<br>China | Legal Services* |
| Quan, Burdette & Perez, P.C. | 5177 Richmond Ave., Ste. 800<br>Houston, TX 77056 | Legal Services |
| Quattlebaum, Grooms, Tull & Burrow PLLC | 111 Center St., Ste. 1900<br>Little Rock, AR  72201 | Legal Services |
| Quinn Emanuel Urquhart Oliver & Hedges LLP | 865 S. Figueroa St., 10th Fl.<br>Los Angeles, CA  90017-2543 | Legal Services |

14

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES TO BE RENDERED |
|---|---|---|
| Rader Fishman & Grauer | 39533 Woodward Ave., Ste. 140 Bloomfield Hills, MI  48304-6756<br><br>Reliable Parkway Chicago, IL  60686 | Legal Services |
| Ralph L. Hensler | 1623 3rd Ave. 20G New York, NY  10128 | Legal Services |
| Reising, Ethington, Barnes Kisselle, P.C. | 201 W. Big Beaver Ste. 400 Troy, MI  48084 | Legal Services |
| Richards Spears Kibbe & Orbe LLP | One World Financial Ctr. New York, NY  10281-1003 | Legal Services |
| Robert M. Morgan | Ste. 1125 Ford Bldg. 615 Griswold Detroit, MI  48226 | Legal Services |
| Robin, Carmack and Gonia, LLP | 14771 Plaza Dr., Ste. D Tustin, CA  92780 | Legal Services |
| Roetzel and Andress | 222 S. Main St. Akron, OH  43308 | Legal Services |
| Rogitz & Associates | 750 B St., Ste. 3120 Symphony Twr. San Diego, CA  92101 | Legal Services |
| Rumberger Kirk & Caldwell P.A. | 300 S. Orange Ave. Lincoln Plaza, Ste. 1400 Orlando, FL | Legal Services |
| Russell & Stoychoff | 2855 Coolidge Hwy, #218 Troy, MI 48084 | Legal Services |
| Sager and Savage | 5152 Katella Ave., Ste. 104 Los Alamitos, CA  90720 | Legal Services |
| Scheuer Mackin & Breslin LLC | 11025 Reed Hartman Highway Cincinnati, OH  45242 | Legal Services |
| Schmeiser, Olson & Watts | 18 E. University Dr., Ste. 101 Mesa, AZ 85201<br><br>3 Lear Jet Lane, Ste. 201 Latham, NY 12110<br><br>125 High Rock Ave. Saratoga Springs, NY 12866 | Legal Services |
| Secrest, Wardle, Lynch, Hampton, Turex and Morley P.C. | 30903 Northwestern Hwy. Farmington Hills, MI  48334<br><br>PO Box 634213 Cincinnati, OH  45263-4213 | Legal Services |
| Segar and Sciortino | 400 Meridian Ctr., Ste. 320 Rochester, NY  14618 | Legal Services |
| Sidley Austin Brown & Wood LLP | Square de Meeus 35 B-1000 Brussels, Belgium | Legal Services* |
| Slage, Bernard & Gorman, P.C. | 600 Plaza W. Bldg. 4600 Madison Ave., Ste. 600 Kansas City, MO | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES TO BE RENDERED |
|---|---|---|
| Smiley-Smith & Bright CPAs, LLC | 4250 Lomac St.<br>Montgomery, AL  36106 | Legal Services |
| Smith, Gambrell & Russell, L.L.P. | 1850 M Street N.E., Ste. 800<br>Washington, DC  20036<br><br>1230 Peachtree St. N.E., Ste. 3100<br>Atlanta, GA  30309-3592 | Legal Services |
| Smith, Spires & Peddy, P.C | 2015 2nd Ave. N.<br>Birmingham, AL | Legal Services |
| Snell & Wilmer LLP | One Arizona Ctr.<br>400 E. Van Buren, 10th Fl.<br>Phoenix, AZ  85004-0001<br><br>1500 Citibank Twr.<br>1 S. Church Ave.<br>Tucson, AZ  85701-1612 | Legal Services |
| Sonnenschein Nath & Rosenthal LLP | 1301 K Street, N.W.<br>Ste. 600, E. Twr.<br>Washington, DC  20005<br><br>233 S. Wacker Dr. Ste. 8000<br>Chicago, IL  60606-6404 | Legal Services |
| Squire, Sanders & Dempsey, L.L.P. - DC | 1201 Pennsylvania Ave. N.W. 5th<br>PO Box 407<br>Washington, DC  20004-0407<br><br>1300 Huntington Ctr.<br>41 S. High St.<br>Columbus, OH  43215<br><br>PO Box 643051<br>Cincinnati, OH  45264-3051 | Legal Services |
| Stockwell, Harris, Widom and Woolv | 3580 Wilshire Blvd., #1900<br>Los Angeles, CA  90010 | Legal Services |
| Suri & Company | Flat No. 12 Golf Apartments<br>Sujan Singh Park Maharishi<br>Raman<br>New Delhi 110003, India | Legal Services* |
| Swift Currie McGhee & Hiers, LLP | 1355 Peachtree St. N.E., Ste. 300<br>Atlanta, GA  30309 | Legal Services |
| Thompson & Knight LLP | 1700 Pacific Ave., Ste. 3300<br>Dallas, TX  75201 | Legal Services |
| Thompson, Hine & Flory, LLP | 2000 Courthouse Plaza N.E.<br>PO Box 8801<br>Dayton, OH  45401-8801 | Legal Services |
| Tsar and Tsai | 8th Fl. 245 Dunhua S. Rd.<br>Sec 1 Taipei 106<br>ROC<br>Taiwan, Province of China | Legal Services* |
| Turner Reid Duncan Loomer & Patton P.C. | 1355 E. Bradford Pkwy, Ste.  A<br>Springfield, MO  65804 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES TO BE RENDERED |
|---|---|---|
| UHY Mann Frankfort Stein & Lipp Advisors, Inc. | 12 Greenway Plaza, 8th Fl. Houston, TX  77046-1291 | Legal Services |
| Vereenigde | PO Box 87930 2508 DH Den Haag Netherlands | Legal Services* |
| Vicky Farah Law Offices | 201 E. Liberty St. Ann Arbor, MI 48104 | Legal Services |
| von Kreisler Selting Werner | PO Box 102241 D-50462 Koln Germany | Legal Services* |
| Vorys, Sater, Seymour & Pease LLP | 52 E. Gay St. P.O. Box 1008 Columbus, OH  43216-1008 | Legal Services |
| Ward Norris Heller & Reidy, LLP | 300 State St. Rochester, NY  14614 | Legal Services |
| Washington Patent Services, Inc. | The Office Complex of Pasadena 933 Oleander Way S., Ste. 3 South Pasadena, FL  33707 | Legal Services |
| Wax Law Group | 2118 Wilshire Blvd., Ste. 407 Santa Monica, CA  90403 | Legal Services |
| Webb Law Firm | 436 7th Ave., Ste. 700 Pittsburgh, PA  15219-1645 | Legal Services |
| Webb Ziesenheim Logsdon Orkin & Hanson, P.C. | 700 Kopper Bldg. 436 7th Ave., Ste. 700 Pittsburgh, PA  15219-1645 | Legal Services |
| Wells, Anderson & Race, LLC | 1700 Broadway, Ste. 1020 Denver, CO  80290 | Legal Services |
| Wesley D. Pack Jr. | 201 Donna Mae Lane Leonard, MI  48367  16533 E. Campbell Gilbert, AZ  85234 | Legal Services |
| White and Williams LLP | 1800 One Liberty Pl. Philadelphia, PA  19103 | Legal Services |
| WIEG, Inc. | 10 E. Doty St., Ste. 800 Madison, WI  53703 | Legal Services |
| Williams and Williams | 40 Court St. Buffalo, NY  14202 | Legal Services |
| Wilmer Cutler Pickering Hale and Dorr, LLP | 2445 M St. Washington, DC  20037 | Legal Services |
| Wimer Law Offices, P.C. | 655 Allegheny Avenue Oakmont, PA | Legal Services |
| Wise, Carter, Child & Caraway | 600 Heritage Bldg. 401 East Capitol St., Ste. 600 Jackson, MS  39201  P O Box 651 Jackson, MS  39205 | Legal Services |
| Wood and Richmond | 3300 Vickery Rd. N. Syracuse, NY  13212 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES TO BE RENDERED |
|---|---|---|
| Wood, Herron & Evans, L.L.P. | 2700 Carew Twr.<br>441 Vine St.<br>Cincinnati, OH  45202 | Legal Services |
| Wooden & McLaughlin, LLP | 1 Indiana Sq., Ste. 1800<br>Indianapolis, IN  46204-2019 | Legal Services |
| Wright Lindsey & Jennings LLP | 200 W. Capitol Ave., Ste. 2300<br>Little Rock, AR  72201 | Legal Services |
| Young & Basile P.C. | 3001 W. Big Beaver Rd., Ste. 624<br>Troy, MI  48084-3107 | Legal Services |
| Yuasa & Hara | Section 206 New Ohtemachi<br>Building 2-1<br>Ohtemachi 2-Chome<br>Chiyoda-Ku<br>Tokyo 100-0004<br>Japan<br><br>CPO Box 714<br>Tokyo 100 8692<br>Japan | Legal Services* |
| Zeanah, Hust & Summerford | 2300 University Blvd.<br>7th Fl., Am. S. Bldg.<br>Tuscaloosa, AL  35401 | Legal Services |

Exhibit 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                      :

In re                            :     Chapter 11
                                        :

DELPHI CORPORATION, et al.,   :     Case No. 05-44481 (RDD)
                                        :

                    Debtors.  :    (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF                   )
                            ) ss:
COUNTY OF               )

, being duly sworn, deposes and says:

1.      I am a principal of _____ ("_") which firm maintains offices at _____.

2.      Neither I, "__", nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3.      "__", has represented and advised the Debtors in _____ with respect to a broad range of aspects of the Debtors' businesses.

4.      The Debtors have requested, and "__" has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters.  Additionally, the Debtors have requested, and "___" proposes, to render the following services to the Debtors: **[INSERT SERVICES]**

5.      "__"'s current fees arrangement is _____.

6.      Except as set forth herein, no promises have been received by "___" or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7.      "__" has no agreement with any entity to share with such entity any compensation received by "__".

8.      "__" and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases.  "__" does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9.      Neither I, "__", nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which "__" is to be engaged.

10.     The foregoing constitutes the statement of "___" pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

_____

**[INSERT NAME]**

Subscribed and sworn before me
this __ day of _____, 2005

_____

Notary Public

2

Exhibit 3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                    :
　　In re                                            :    Chapter 11
                                                    :
DELPHI CORPORATION, et al.,                         :    Case No. 05-44481 (RDD)
                                                    :
　　　　　　　　　　　　　　Debtors.    :    (Jointly Administered)
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - -x

## AFFIDAVIT OF NON-LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF                                    )
                                            )  ss:
COUNTY OF                                   )


                              , being duly sworn, deposes and says:

　　　　1.　　　　I am a principal of _____ ("_") which firm maintains offices at _____.

　　　　2.　　　　Neither I, "__", nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

　　　　3.　　　　"__", has represented and advised the Debtors in _____ with respect to a broad range of aspects of the Debtors' businesses.

　　　　4.　　　　The Debtors have requested, and "__" has agreed, to continue to represent and advise the Debtors pursuant to section 327(a) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters.  Additionally, the Debtors have requested, and "___" proposes, to render the following services to the Debtors: **[INSERT SERVICES]**

　　　　5.　　　　"__"'s current fees arrangement is _____.

　　　　6.　　　　Except as set forth herein, no promises have been received by "___" or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7.      "__" has no agreement with any entity to share with such entity any compensation received by "__".

8.      "__" and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases.  "__" does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9.      Neither I, "__", nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which "__" is to be engaged.

10.     In view of the foregoing, "__" is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.

11.     The foregoing constitutes the statement of "___" pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

                                        FURTHER AFFIANT SAYETH NOT


                                        _____
                                        **[INSERT NAME]**

Subscribed and sworn before me
this __ day of _____, 2005

_____
Notary Public

2