**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re:                                                                                  Chapter 11

                                                                                          Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                                      Jointly Administered

                                   Debtors

------------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Joseph E. Shickich, Jr. dated October 24, 2005, for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Joseph E. Shickich, Jr. is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November 4, 2005
           New York, New York

                                                                  /s/Robert D. Drain_____
                                                                  UNITED STATES BANKRUPTCY JUDGE