HONIGMAN MILLER SCHWARTZ AND
COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Judy B. Calton (P38733)
(313) 465-7344
e-mail: jcalton@honigman.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                              :
          In re                                               :    Chapter 11
                                                              :
**DELPHI CORPORATION et al.,**                                :    Case No. 05-44481 (RDD)
                                                              :
                    Debtors.                                  :    (Jointly Administered)
                                                              :
-------------------------------------------------------------x

## VERIFIED STATEMENT UNDER FEDERAL
## RULE OF BANKRUPTCY PROCEDURE 2019
## OF HONIGMAN MILLER SCHWARTZ AND COHN LLP

Honigman Miller Schwartz and Cohn LLP ("Honigman"), pursuant to Federal Rule of Bankruptcy Procedure 2019, submits this verified statement and represents as follows:

1. Honigman currently represents the following creditors and parties in interest with respect to the captioned debtors.

| **Party-In-Interest** | **Nature of Interest** |
|---|---|
| DBM Technologies<br>140 South Saginaw<br>Pontiac, MI 48342 | Creditor |
| Delta Dental Plan of Michigan, Inc.<br>4100 Okemos Rd.<br>Okemos, MI 48864 | Creditor |

| | |
|---|---|
| Floform, Ltd.<br>Henfaes Lane<br>Welshpool<br>Powys<br>SY21 7BJ<br>United Kingdom | Creditor (contingent) |
| Fujitsu Ten Corp of America<br>Michigan Operation<br>47800 Halyard Drive<br>Plymouth, 48170 | Creditor |
| General Motors Corporation<br>General Motors Corporation<br>300 Renaissance Center<br>Detroit, MI 48265-3000 | Creditor |
| GKN Sinter Metals, Inc.<br>3300 University Drive, Suite 100<br>Auburn Hills, MI 48326-2362 | Creditor |
| March Coatings, Inc.<br>1279 Rickett Road<br>Brighton, MI 48116-1832 | Creditor |
| Quasar Industries, Inc.<br>1911 Northfield Drive<br>Rochester Hills, MI 48309 | Creditor |
| Valeo Climate Control Corporation<br>and affiliates (collectively "Valeo")<br>4100 North Atlantic Boulevard<br>Auburn Hills, MI 48326 | Creditor |

2. All of the above creditors are suppliers to one or more of the Debtors, except for General Motors Corporation, which is a customer. The amounts of their claims are not fixed.

3. Each of the above creditors had a prepetition relationship with one or more of the Debtors.

4. Honigman is representing each of these clients individually; the above listed clients do not comprise a committee of any kind.

2

5.      Honigman has no written contracts or representation agreements with respect to the entities described in paragraph 1 above, other than engagement letters.

6.      Honigman represented one or more of the Debtors prepetition, primarily in property tax appeal and intellectual property matters, and holds an unsecured claim against one or more of the Debtors. Honigman does not hold any equity interests in Debtors.

7.      Honigman reserves the right to supplement or amend this Declaration.

8.      I make this verified statement under penalty of perjury under the law of the State of Michigan.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP

By: /s/ Judy B. Calton
    Judy B. Calton (P38733)
    2290 First National Building
    660 Woodward Avenue
    Detroit, MI 48226-3506
    (313) 465-7344
    e-mail: jcalton@honigman.com

Dated: November 7, 2005

DETROIT.1991281.1

3