ED PHILLIPS, JR.
Texas State Bar No: 15951500
THURMAN & PHILLIPS, P.C.
8000 I.H. 10 West, Suite 1000
San Antonio, Texas 78230
(210) 341-2020 – Telephone
(210) 344-6460 – Facsimile
ephillips@thurman-phillips.com
*Attorneys for Royberg, Inc.*
*d/b/a Precision Mold & Tool and*
*d/b/a Precision Mold & Tool Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------x

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| DELPHI CORPORATION | § | CASE NO. 05-44481-RDD |
| *Debtor* | § | |
| | § | JOINTLY ADMINISTERED |

---------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, ED PHILLIPS JR., a member in good standing of the bar in the State of Texas, and of the bar of the U.S. District Court for the Eastern, Northern, Southern and Western Districts of Texas, request admission *pro hac vice,* before the Honorable Robert D. Drain, to represent **ROYBERG, INC. D/B/A PRECISION MOLD & TOOL AND D/B/A PRECISION MOLD & TOOL GROUP**, in the above referenced case.

| | |
|---|---|
| My address is: | **THURMAN & PHILLIPS, P.C.** |
| | 8000 I.H. 10 West, Suite 1000 |
| | San Antonio, Texas 78230 |
| E-mail address is: | ephillips@thurman-phillips.com |
| Telephone number: | (210) 341-2020 |
| Telecopier number: | (210 0344-6460 |

I agree to pay the $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: This 7th day of November, 2005.

San Antonio, Texas                          /s/ Ed Phillips Jr.
                                            ED PHILLIPS JR.

---

## ORDER

**IT IS ORDERED** that **ED PHILLIPS JR., ESQ.,** is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____
       New York, New York

_____
**HONORABLE ROBERT D. DRAIN**
**UNITED STATES BANKRUPTCY JUDGE**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**