Douglas R. Davis (DD/0874)
Elizabeth R. McColm (EM/8532)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019
(212) 373-3000
(212) 757-3990

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
                                                  :

In re:                                 :          Chapter 11

DELPHI CORPORATION, *et al.*,    :          Case No. 05-44481 (RDD)
                                                  :          (Jointly Administered)
                 Debtors.    :

-------------------------------------------------------x

## NOTICE OF APPEARANCE
## AND DEMAND FOR SERVICE OF PAPERS

       PLEASE TAKE NOTICE that Noma Company and General Chemical Performance Products LLC, each a party in interest in the above-captioned case, by and through their counsel, hereby enter their appearance pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and that such parties in interest hereby request, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings in this case be given and served upon the undersigned representatives at the following addresses and telephone numbers:

                                       James Imbriaco
                                       Noma Company and General Chemical Performance
                                       Products LLC
                                       90 East Halsey Road,
                                       Parsippanny, NJ 07054
                                       Tel: 973-884-6952
                                       Fax: 973-515-3244

                                       and

Doc #:NY7:76599.1

>Douglas R. Davis
>Elizabeth R. McColm
>Paul, Weiss, Rifkind, Wharton & Garrison LLP
>1285 Avenue of the Americas
>New York, NY 10019-6064
>Tel. No. (212) 373-3000
>Fax No. (212) 757-3990

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or given with regard to the above-referenced case and the proceedings therein.

Neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Noma Company and General Chemical Performance Products LLC's (i) right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which either Noma Company and General Chemical Performance Products LLC, is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved hereby.

Doc #:NY7:76599.1

Dated: New York, New York
November 7, 2005

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:    /s/ Douglas R. Davis
Douglas R. Davis, Esq.
(A member of the firm)
1285 Avenue of the Americas
New York, NY 10019-6064
Tel. No. 212-373-3000
Tel. No. 212-757-3990

3