UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                :
In re:                                          :    Chapter 11
                                                :
DELPHI CORPORATION, *et al.*,                   :    Case No. 05-44481 (RDD)
                                                :
           Debtors.                             :    (Jointly Administered)
                                                :
------------------------------------------------------x

# **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Brooke Filler, being duly sworn, deposes, and says:

     1.    I am not a party to this action, am over eighteen years of age, and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019.

     2.    On November 7, 2005, I caused to be served copies of the **Notice of Appearance and Demand for Service of Papers** on the persons set forth on the attached service list.

     3.    I caused such service to be made by enclosing true copies of the aforementioned documents in postpaid, properly addressed wrappers and caused them to be deposited in a depository under the exclusive care and custody of the United States Post Office in the State of New York.

                                                                                    /s/ Brooke Filler____
                                                                                     Brooke Filler

Sworn to before me this
7th day of November, 2005

/s/ Maurice Tattnall
Notary Public, State of New York
No. 01TA6018000, Qualified in Kings County
Certificate Filed in New York County
Commission Expires Dec. 21, 2006

Doc #:NY7:79297.1

**SERVICE LIST**

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Dr., Suite 2100
Chicago, IL 60606

Donald S. Bernstein, Esq.
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Kenneth S. Ziman, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Alicia M. Leonhard, Esq.
Office of the United States Trustee
33 Whitehall Street
New York, NY 10004

Robert Rosenberg
Latham & Watkins LLP
85 Third Avenue, Suite 1000
New York, NY 10022