**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re:                                                                                         Chapter 11

                                                                                                Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                                                Jointly Administered

                              Debtors

------------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Robert B. Rubin for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Robert B. Rubin is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November 7, 2005
         New York, New York

                                                                    _/s/Robert D. Drain_____
                                                                    UNITED STATES BANKRUPTCY JUDGE