**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

In re:                                                                    Chapter 11

                                                                                   Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                                 Jointly Administered

                          Debtors

----------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Derek F. Meek for admission pro hac vice in this bankruptcy case;

it is hereby

**ORDERED,** that Derek F. Meek is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November 7, 2005
       New York, New York

                                                       /s/Robert D. Drain_____
                                                       UNITED STATES BANKRUPTCY JUDGE