**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x

In re:                                                    Chapter 11

                                                          Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                               Jointly Administered

                          Debtors

--------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

        UPON the motion of Shannon E. Hoff for admission pro hac vice in this bankruptcy

case; it is hereby

        **ORDERED,** that Shannon E. Hoff is admitted to practice, ***pro hac vice*** in the above

referenced case, in the United States Bankruptcy Court, Southern District of New York, subject

to payment of the filing fee.

Dated: November 7, 2005
        New York, New York

                                          _/s/Robert D. Drain_____
                                          UNITED STATES BANKRUPTCY JUDGE