# LEVENFELD PEARLSTEIN, LLC
WWW.LPLEGAL.COM

Barbara A. Langlois
312.476.7512
BLANGLOIS@LPLEGAL.COM
Chicago Office



October 27, 2005

United States Bankruptcy Court
Southern District of New York
**Attn: Mary Lopez**
One Bowling Green
New York NY 10004-1408

Re:   **Delphi Corporation, et al.
Case No. 05-44481**

Dear Ms. Lopez:

On October 17, 2005, Bryan I. Schwartz of our firm caused a Notice of Reclamation Demand to be filed on behalf of KL Industries, Inc. in the above-referenced bankruptcy proceedings. Subsequently thereto, Mr. Schwartz has been receiving electronic email notices of all filings in that case, despite the fact neither a Request for Notices nor an Appearance have been filed by him in the Delphi case.

At Mr. Schwartz's direction, I am writing to request that his email address (bschwartz@lplegal.com) be removed from the electronic notification service list for Delphi Corporation (Case No. 05-44481).

Your prompt attention to this request is appreciated. Should you have any questions, do not hesitate to contact me.

Very truly yours,

Barbara A. Langlois
Paralegal

cc: Bryan I. Schwartz, Esq.