**RADER,**
**FISHMAN**
**& GRAUER**
PLLC

*39533 Woodward Ave., Ste. 140*
*Bloomfield Hills, Michigan 48304*
*Tel: (248) 594-0600*
*Fax: (248) 594-0610*

(248) 593-3314
jlc@raderfishman.com

VIA FEDERAL EXPRESS

October 27, 2005

US Bankruptcy Court
Delphi Corporation Claim Docketing Center
Bowling Green Station, PO Box 5058
New York, NY 10274-5058

    Re:   DELPHI CORPORATION, et al.
           Case No. 05-44481-RDD

Dear Madam:

    Enclosed for filing please find the original and four copies of Affidavit of Ordinary Course Professional for the above-referenced action. Please return any copies to this office in the enclosed envelope.

    Should you have any questions or need any further assistance, please do not hesitate to contact us.

                              Very truly yours,

                              RADER, FISHMAN & GRAUER PLLC

                              Janet L. Campbell
                              Legal Specialist

/jlc
Enc.

RECEIVED
OCT 2 8 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

*Worldwide Intellectual Property Matters • Patents • Trademarks • Litigation • Copyrights • U.S. and Foreign Portfolio Management*
*Computer and Internet Law • Trade Secrets • Unfair Competition*

Bloomfield Hills      Washington, D.C.      Salt Lake City      Tokyo

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- x
                                                   :
         In re                                     :    Chapter 11
                                                   :
                                                   :    Case No. 05-44481    (____)
DELPHI CORPORATION, et al.,                        :
                                                   :    (Jointly Administered)
                      Debtors.                     :
                                                   :
-------------------------------------------------- x

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL[1]

STATE OF MICHIGAN    )
                     ) ss:
COUNTY OF OAKLAND    )

Glenn E. Forbis, being duly sworn, deposes and says:

1. I am a principal of Rader, Fishman & Grauer PLLC which firm maintains offices at 39533 Woodward Ave., Suite 140 Bloomfield Hills, MI 48304.

2. Neither I, Glenn E. Forbis, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3. Rader, Fishman & Grauer PLLC, has represented and advised the Debtors in Legal Matters with respect to a broad range of aspects of the Debtors' businesses.

4. The Debtors have requested, and Rader, Fishman & Grauer PLLC has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and Rader, Fishman & Grauer PLLC proposes, to render the following services to the Debtors: Legal services related to Intellectual Property Matters.

5. Rader, Fishman & Grauer PLLC's current fee arrangement is for billing to occur within 30 day of work being performed and payment to be received within 30 days of billing.

6. Except as set forth herein, no promises have been received by Rader, Fishman & Grauer PLLC or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United Trustee.

7. Rader, Fishman & Grauer PLLC has no agreement with any entity to share with such entity any compensation received by Rader, Fishman & Grauer PLLC.

8. Rader, Fishman & Grauer PLLC and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the

---

[1] Only applicable to attorneys rendering legal services to the Debtors.


RECEIVED
OCT 28 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

Debtors in matters totally unrelated to these pending chapter 11 cases. Rader, Fishman & Grauer PLLC does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9. Neither I, Glenn E. Forbis, nor Rader, Fishman & Grauer PLLC, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estate in the matters upon which Rader, Fishman & Grauer PLLC is to be engaged.

10. The foregoing constitutes the statement of Rader, Fishman & Grauer PLLC pursuant to sections 329 and 504 of the Bankruptcy code and Bankruptcy Rules 2014 and 2106(b).

FURTHER AFFIANT SAYETH NOT

Glenn E. Forbis

Subscribed and sworn before me
This 20th day of October, 2005.

Notary Public

SARAH J. GOODWIN
NOTARY PUBLIC OAKLAND CO., MI
MY COMMISSION EXPIRES May 20, 2007

2

# HUNTSVILLE RADIO SERVICE, INC.
## Communications Specialists





October 24, 2005

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

**RE:   Delphi Corporation Case No. 05-44481**

**REQUEST FOR RELIEF FROM STAY OF CHARGES ACCRUED BY PETITIONER**

Dear Sir,

We are a small business in Huntsville, Alabama that provides the Delphi Corporation's Athens, Alabama site with two-way radio repeater service from our tower site and maintenance of Delphi's two-way radios. We continue to provide these services on a daily basis uninterrupted despite the October 8, 2005 petition for Chapter 11 bankruptcy.

As a result of this action on October 8th, we have suffered a stop-payment of Delphi's October 3rd payment check number 900520641 for $7,544.05 for September services even though we received and deposited this check on October 7th. Additionally, we will not be paid for our September 30th invoices for October services in the amount of $7,194.00.

As a small business serving Delphi as a local supplier, a "hit" in this amount of $14,738.05 is extremely serious to us but a relatively minor amount to Delphi. The services we provide continue to be used on a daily basis and are relevant to plant safety and efficiency.

We ask that Delphi be given permission to pay us for these pre-petition services.

Regards,

Kenneth Loeb
Owner



2402 Clinton Avenue West, Huntsville, Alabama 35805 • Phone (256) 539-9368 • Fax (256) 539-5854 • Decatur (256) 353-6809



United States bankruptcy Court
Southern District of New York
One Bowling Green
New York,      NY   10004

**HUNTSVILLE RADIO SERVICE, INC.**
*Communications Specialists*
General Offices: 2402 Clinton Ave., W.
HUNTSVILLE, ALABAMA 35805