# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 05-44481 |
| DELPHI MEDICAL SYSTEMS ) | |
| COLORADO CORPORATION, ) | (Chapter 11) |
| ) | |
| Debtor. ) | |
| _____) | |

## CERTIFICATE OF SERVICE RE: DEMAND FOR RECLAMATION OF GOODS PURSUANT TO 11 U.S.C. SECTION 546(C) FILED BY A.G. MACHINING

Attached hereto is the Certificate of Mailing for the Demand for Reclamation of Goods Pursuant to 11 U.S.C. Section 546(C) Filed by A.G. Machining on October 18, 2005.

DATED the 24th day of October, 2005.

_____
Larry D. Harvey, CO Reg. No. 10207
Attorney for A.G. Machining
5290 DTC Parkway, Suite 150
Englewood, Colorado 80111
303-220-7810
303-850-7115 (Facsimile)
lharvey@ldhpc.com



RECEIVED
OCT 28 2005
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

C:\MD\Word Perfect Files\October05\Pleading\AGMachining(Gelwick)-CertificateOfMailing.wpd

## CERTIFICATE OF MAILING

The undersigned certifies that the within DEMAND FOR RECLAMATION OF GOODS PURSUANT TO 11 U.S. SECTION 546(C) FILED BY A.G. MACHINING was mailed on October 18, 2005 as follows:

Original and 3 copies to:
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY  10004

and 1 copy each to:

U.S. Bankruptcy Court
Delphi Corporation Claim Docketing C
Bowling Green Station, P.O. Box 5058
New York, NY  10274-5058

John W. Butler, Jr., Esq.
Skadden, Arps, et al.
333 West Wacker Drive, Suite 2100
Chicago, IL  60606

Kayalyn A. Marafioti, Esq.
Sakdden, Arps, et al.
Four Times Square
New York, NY  10036

Delphi Medical Systems
4300 Road 18
Longmont, CO  80504

_____
Larry D. Harvey, Esq.