Thomas L. Jacob
Credit Manager
Air Products and Chemicals, Inc.
7201 Hamilton Blvd.
Allentown, PA 18195

October 26, 2005

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re                                        Chapter 11

DELPHI CORPORATION, et al.,                  Case No. 05-44481 (RDD)
                                             (Jointly Administered)

        Debtors.

## Supplemental Reclamation Claim on Behalf of Air Products and Chemicals, Inc.

On behalf of Air Products and Chemicals, Inc, pursuant to Section 546c of Title 11 of the United States Code, as amended, Section 2-702 of the Uniform Commercial Code and the applicable state law, Air Products and Chemicals, Inc hereby demands reclamation of all Air Products and Chemical, Inc manufactured Goods and Products delivered to, or received by Delphi Corporation, Delphi Automotive Systems LLC and any of their affiliated (collectively, "Delphi"), on or within ten (10) days before October 8, 2005. The Goods and Products were sold by Air Products and Chemicals, in the ordinary course of its business and were delivered to Delphi within the statutory time period for valid reclamation.

A copy of supporting documentation for Air Products and Chemicals, Inc.'s claim, Attachment A, is attached to and incorporated by reference in this claim.

The aggregate value of the Goods and Products subject to Air Products and Chemicals, Inc. claim is $79,906.34.

This claim is intended to serve as Air Products and Chemicals, Inc's. written notice for reclamation as provided in Section 546 (c) of the Bankruptcy Code, Section 2-702 of the Uniform Commercial Code and under the applicable state law. Please refrain from selling, or otherwise disposing of, the Goods and Products, or commingling the Goods and Products with other inventory.

Thomas L. Jacob
Credit Manager

Cc:   Delphi Corporation
      5725 Delphi Drive
      Troy, MI 48098



RECEIVED
OCT 2 8 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

From:   Origin ID: (610)481-6069
TOM JACOB
AIR PRODUCTS & CHEMICALS-MLRM
7201 HAMILTON BOULEVARD

ALLENTOWN, PA 18195



FedEx
Express

E

Ship Date: 26OCT05
ActWgt: 1 LB
System#: 4218524/INET2300
Account#: S *********

REF: us10039

Delivery Address Bar Code

SHIP TO:  (610)481-6069        BILL SENDER

**Chief Clerk**
**United States Bankruptcy Court**
**Southern District of New York**
**One Bowling Green**
**New York, NY 102741408**





RECEIVED
OCT 2 8 2005
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

**PRIORITY OVERNIGHT**              **THU**
                                   Deliver By:
TRK#   **7906  9140  6052**   FORM   27OCT05
                              0201
                                       **EWR**   A1

**10274**   -NY-US

**Z1 AYZA**



Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.