Barbara Ellis-Monro, Esq. (BM8615)
Smith, Gambrell & Russell, LLP
Suite 3100, 1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 815-3500

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- X
                                                                 X
In re                                                            X
                                                                 X        Chapter 11
Delphi Corporation                                               X
                                                                 X        Case No. 05-44481-RDD
         Debtor.                                                 X
                                                                 X        Judge Drain
---------------------------------------------------------------- X

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, **BARBARA ELLIS-MONRO**, a member in good standing of the bar in the state of Georgia and in the United States District Court for the Northern District of Georgia, request admission, *pro hac vice,* before the Honorable Robert D. Drain to represent the Southwire Company in the above-referenced bankruptcy cases.

| | |
|---|---|
| My address is: | Barbara Ellis-Monro, Esq. |
| | Smith, Gambrell & Russell, LLP |
| | Suite 3100, 1230 Peachtree St., N.E. |
| | Atlanta, Georgia 30309 |
| My e-mail address is: | bellis-monro@sgrlaw.com |
| My telephone number is: | 404-815-3500 |



RECEIVED OCT 28 2005 U.S. BANKRUPTCY COURT SO. DIST OF NEW YORK

CORP\1135821.1

I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro hac vice*.

Dated: October 27, 2005
      New York, New York

SMITH, GAMBRELL & RUSSELL, LLP

By: _____
Barbara Ellis-Monro, Esq. (BM8615)

Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 815-3500

CORP\1135821.1