Mark T. Flewelling (CA State Bar 96465)
ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, CA 91101
(626) 535-1900

Attorneys for Creditor
Stanley Electric Sales of America, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
                                     :
         In re                       :    Chapter 11
                                     :
DELPHI CORPORATION, et al.,          :    Case No. 05-44481-rdd
                                     :
                                     :    (Jointly Administered)
                          Debtors.   :
------------------------------------ x

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Mark T. Flewelling, a member in good standing of the bar in the State of California request admission, *pro hac vice*, before this Court, to represent Stanley Electric Sales of America, Inc. and/or other creditors in the above captioned case.

My address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 South Los Robles Avenue, Suite 600, Pasadena, CA 91101; my e-mail is mtf@afrct.com; and my telephone number is (626) 535-1900.



I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Respectfully submitted,

DATED: October 25, 2005

ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP

By: _____
Mark T. Flewelling
Attorneys for Creditor Stanley Electric Sales of America, Inc.

## ORDER

ORDERED, that Mark T. Flewelling, Esq. is admitted to practice *pro hac vice*, in the above referenced bankruptcy case, in the United States Bankruptcy Court, Southern District of New York, subject to the payment of the filing fee.

Dated: _____            _____
                                  United States Bankruptcy Judge

Mark T. Flewelling (CA State Bar 96465)
ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, CA 91101
(626) 535-1900

Attorneys for Creditor
Stanley Electric Sales of America, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
In re                                 :   Chapter 11
                                      :
DELPHI CORPORATION, et al.,           :   Case No. 05-44481-rdd
                                      :
                                      :   (Jointly Administered)
              Debtors.                :
                                      :
------------------------------------- X

## CERTIFICATE OF SERVICE

Document Served: **MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

The undersigned certifies that a copy of the document(s) listed above were served upon the parties listed in the attached Exhibit A at their respective addresses by either electronic notice or first class mail, postage pre-paid, by placing the envelope in the mail on the date indicated below.

Date of Service: October 25, 2005

I declare that the statement above is true to the best of my information, knowledge and belief.

_____
Lygeia Gerard
Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP

OCT 28 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

## EXHIBIT A

*Debtor*
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Tax ID: 38-3430473

*Debtors Counsel*
John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom (IL)
333 West Wacker Drive
Chicago, IL 60606-1285
(312) 407-0730
(312) 407-0411-Fax
Email: jbutler@skadden.com

Kayalayn A. Marafioti
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
(212) 735-3000
(212) 735-2000-Fax
Email: kmarafio@skadden.com

Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522
(212) 735-3000
(917) 735-2000-Fax
Email: tmatz@skadden.com

*U.S. Trustee*
United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500

*Counsel for Trustee*
Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
(212) 510-0508
(212) 668-2255-Fax

*Claims Agent*
Kurtzman, Carson Consultants
12910 Culver Blvd., Suite 1
Los Angeles, CA 90066
(310) 823-9000