

**STANLEY**
Electronics • Automotive Lighting

Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| CUSTOMER NO. | DATE |
|---|---|
| AD1580 | 09/19/05 |

S.O.
D.
T.O.

DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN            46904

S.X.
P.
T.O.

DELPHI DA43-DOCK 43
1101 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI            48556

| ORDER NUMBER | REP | TERMS |
|---|---|---|
| 200490 | A26 | NET 30 |

| SHIP VIA |
|---|
| BAX2DAY |

CUSTOMER P.O. NO.: 5500470094

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 23 | 035 UG1104B-A10-TR | | 8000 | .2661 | 2128.00 |
| | 94000379 | | | | |

*SAMPLE*

MEMO | If This invoice represents components that have been shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

| | |
|---|---|
| SUBTOTAL | 2128.00 |
| MISC AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT**    2128.00

ORIGINAL COPY



**STANLEY**
Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| CUSTOMER NO. | DATE |
|---|---|
| AD1530 | 09/19/05 |

S-O-L-D  T-O:
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN    46904

S-H-I-P  T-O:
DELPHI DA43-DOCK 43
1101 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI    48556

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 550047148 | BAX2DAY | 200492 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | QUANTITY | U/M | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 22 | 035  FY1104B-610--TR | 162000 | | .042 | 6804.00 |
| | 94007704 | | | | |

SUBTOTAL    6804.00
MISC AND FREIGHT    .00

MEMO  This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT**    6804.00

ORIGINAL COPY



**STANLEY**
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| CUSTOMER NO. | DATE |
|---|---|
| AD1580 | 09/20/05 |

S.O.-T.O.
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN    46904

S.T.-T.O.
DELPHI D443-DOCK 43
1101 NORTH CENTER ROAD
D443 DELPHI D FLINT
FLINT MI    48556

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500471148 | MAX2DAY | 210948 | A25 | NET 30 |

| ITEM NO. | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 01 | 035 FY1104B-A10-TR | | 198000 | .0421 | 8316.00 |
| | 94O0704 | | | | |



| | |
|---|---|
| SUBTOTAL | 8316.00 |
| MISC AND FREIGHT | .00 |

This invoice represents components that have been shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supercede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT**    8316.00

ORIGINAL COPY



**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

Electronics • Automotive Lighting

| CUSTOMER NO. | DATE |
|---|---|
| AD1580 | 09/20/05 |

S O L D  T O
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN          46904

S H I P  T O
DELPHI DA43-DOCK 43
1101 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI          48556

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500471148 | MAX2DAY | 200492 | 626 | NET 30 |

| ITEM NO. | DESCRIPTION | QUANTITY | U/M | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 22 | O35 FY1104B-A10-TR | 160000 | | .042 | 6720.00 |
| | 9400704 | | | | |

| | | |
|---|---|---|
| | SUBTOTAL | 6720.00 |
| | MISC. AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT**   6720.00

MEMO   This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supercede any and all other implied terms and conditions.

ORIGINAL COPY

200492-356    1

**STANLEY**
Electronics • Automotive Lighting

Stanley Electric U.S. Co., Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777   Fax (949) 222-0555

200493-347

DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN          46904

DELPHI DA43-DOCK 43
1101 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI          48556

| CUSTOMER NO. | DATE |
|---|---|
| AB1580 | 09/20/05 |

| ORDER NUMBER | REP | TERMS |
|---|---|---|
| 200493 | A26 | NET 30 |

| SHIP VIA |
|---|
| MAX2DAY |

| CUSTOMER P.O. NO. |
|---|
| 3500047133 |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 22 | 035 FR1104B-A10-TR | | 52000 | .042 | 2184.00 |
| | 99006703 | | | | |

| | | |
|---|---|---|
| SUBTOTAL | | 2184.00 |
| MISC AND FREIGHT | | .00 |

**PLEASE PAY THIS AMOUNT**          2184.00

ORIGINAL COPY

MEMO   This invoice represents components that have been shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supercede any and all other implied terms and conditions.

DUNS NUMBER: 628838527





**STANLEY**
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| CUSTOMER NO. | DATE |
|---|---|
| AD1580 | 09/20/05 |

S0..S DELPHI DELCO
C ONE CORPORATE CTR.
  P.O. BOX 9005
I O KOKOMO, IN        46904

S1. DELPHI DA43-DOCK 43
P 1161 NORTH CENTER ROAD
I DA43 DELPHI D FLINT
O FLINT MI        48556

| ORDER NUMBER | SHIP VIA | REP | TERMS |
|---|---|---|---|
| 210950 | BAX2DAY | A26 | NET 30 |

| CUSTOMER P.O. NO. | | | |
|---|---|---|---|
| 5500427094 | | | |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 01 | 035 UG1104B-A10-TR | | 38000. | .266 | 10108.00 |
| | 6400379 | | | | |

| | | |
|---|---|---|
| SUBTOTAL | | 10108.00 |
| MISC. AND FREIGHT | | .00 |

### PLEASE PAY THIS AMOUNT    10108.00

This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

ORIGINAL COPY



# STANLEY
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777     Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 200490-152 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1520 | 09/20/05 |

DELPHI DELCO
ONE CORPORATE CTR..
P.O. BOX 9005
KOKOMO, IN          46904

DELPHI DA43-DOCK 43
1101 NORTH CENTER ROAD
DA43 DELPHI D FLINT MI
FLINT MI          48556

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 55G047094 | EAX2DAY | 200490 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 23 | 035 UG1104B-A10-TR | | 10000 | .266 | 2660.00 |
| | 9400379 | | | | |

| | | |
|---|---|---|
| SUBTOTAL | | 2660.00 |
| MISC AND FREIGHT | | .00 |

MEMO    This invoice represents components that have been shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supercede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT**          2660.00

ORIGINAL COPY



**STANLEY**

Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| CUSTOMER NO. | DATE |
|---|---|
| AD1580 | 09/20/05 |

DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN          46904

DELPHI DA43-DGCK 43
1101 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI          48556

| SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|
| BAXGLOBAL | 192203 | A26 | NET 30 |

| CUSTOMER P.O. NO. |
|---|
| 550047094 |

| ITEM NO | | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 61 | 035 UB1104B-A10-TR | 9400380 | | 2000. | .266 | 532.00 |

| | |
|---|---|
| SUBTOTAL | 532.00 |
| MISC AND FREIGHT | .00 |

| PLEASE PAY THIS AMOUNT | 532.00 |
|---|---|

MEMO  This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

ORIGINAL COPY



**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777   Fax (949) 222-0555

Electronics • Automotive Lighting

| CUSTOMER NO. | DATE |
|---|---|
| AD1580 | 09/21/05 |

S O . . D
T O :
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN          46904

S H . . P
T O :
DELPHI DA43-DOCK 43
1401 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI          48556

| ORDER NUMBER | REP | TERMS |
|---|---|---|
| 200489 | A26 | NET 30 |

| CUSTOMER P.O. NO. | SHIP VIA |
|---|---|
| 5500456643 | BAX2DAY |

| ITEM NO | | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 18 | 1035 | BR1102W-144-TR | | 5000 | .0290 | 145.00 |
| | | 16195748 | | | | |



| | | |
|---|---|---|
| SUBTOTAL | | 145.00 |
| MISC. AND FREIGHT | | .00 |

**PLEASE PAY THIS AMOUNT**   145.00

MEMO   This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

ORIGINAL COPY



**STANLEY**
Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2560 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| CUSTOMER NO. | DATE |
|---|---|
| AD1880 | 09/21/03 |

S O-L
I O-...

DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN        46904

S H-...
I P-...

DELPHI DA43-DOCK 43
1101 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI        48556

| CUSTOMER P.O. NO! | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 1500047094 | RAX2DAY | 200490 | A26 | NET 30 |

| ITEM.NO | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 23 | 035 UG1104B-410-TR | | 14000 | .266! | 3724.00 |
| | 9400379 | | | | |

| | | |
|---|---|---|
| | SUBTOTAL | 3724.00 |
| | MISC. AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT**    3724.00

MEMO    This invoice represents components that are shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

ORIGINAL COPY



# STANLEY
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| CUSTOMER NO. | DATE |
|---|---|
| AD1580 | 09/21/05 |

**SOLD TO:**
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN          46904

**SHIP TO:**
DELPHI D443 DOCK A3
1401 NORTH CENTER ROAD
D443 DELPHI D FLINT
FLINT MI          48556

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 550047133 | BAX2DAY | 200493 | A26 | NET 30 |

| ITEM NO. | | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 22 | 035 | FR11Q4B-A10-TR | | 36000 | .0421 | 1512.00 |
| | | 9400703 | | | | |

| | |
|---|---|
| SUBTOTAL | 1512.00 |
| MISC AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT** 1512.00

MEMO: This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

ORIGINAL COPY



# STANLEY

Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777   Fax (949) 222-0555

| CUSTOMER NO. | DATE |
|---|---|
| 401580 | 09/21/05 |

**SO-LD TO.**
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN        46904

**SHIP TO.**
DELPHI DA43-DOCK 43
1401 NORTH CENTER ROAD
DA43 DELPHI 2 FLINT
FLINT MI        48556

| ORDER NUMBER | REP | TERMS |
|---|---|---|
| 200492 | A26 | NET 30 |

| CUSTOMER P.O. NO. | SHIP VIA | | |
|---|---|---|---|
| 55G047148 | BAXIDAY | | |

| ITEM NO | DESCRIPTION | QUANTITY | UM | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 22 | 035 FY1104B-A10-TR 94007O4 | 144000 | | .042 | 6888.00 |

SUBTOTAL                     6888.00
MISC AND FREIGHT              .00

**PLEASE PAY THIS AMOUNT**          6888.00

MEMO  F This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

ORIGINAL COPY



**STANLEY**
Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| CUSTOMER NO. | DATE |
|---|---|
| AD1580 | 09/21/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN        46904

SHIP TO:
DELPHI DA43-DOCK 43
1101 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI        48556

| ORDER NUMBER | REP | TERMS |
|---|---|---|
| 192208 | A26 | NET 30 |

| CUSTOMER PO NO. | SHIP VIA |
|---|---|
| 550047094 | BAXGLOBAL |

| ITEM NO. | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 61 | 035 UB1104B-A10-TR | | 8000 | .266 | 2128.00 |
| | 94000380 | | | | |



MEMO: This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supercede any and all other implied terms and conditions.

| | | |
|---|---|---|
| SUBTOTAL | | 2128.00 |
| MISC AND FREIGHT | | .00 |

**PLEASE PAY THIS AMOUNT**    2128.00

ORIGINAL COPY



**STANLEY**

Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| CUSTOMER NO. | DATE |
|--------------|------|
| AD1580 | 09/22/05 |

SOLD TO.
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN          46904

SHIP TO.
DELPHI DA43-DOCK 43
1401 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI          48556

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|-------------------|----------|--------------|-----|-------|
| 5500470S4 | BAXGLOBAL | 192208 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | QUANTITY | U/M | PRICE | AMOUNT |
|----------|-------------|----------|-----|-------|--------|
| 61 | 1035 UB11043-A10-TR<br>9400380 | 2000 | | .266 | 532.00 |

| | |
|---|---|
| SUBTOTAL | 532.00 |
| MISC AND FREIGHT | .00 |
| **PLEASE PAY THIS AMOUNT** | 532.00 |

MEMO   F This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

ORIGINAL COPY



# STANLEY
Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777   Fax (949) 222-0555

| CUSTOMER NO. | DATE |
|---|---|
| AD1580 | 09/22/05 |

**SOLD TO:**
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN          46904

**SHIP TO:**
DELPHI DA43-DOCK 43
1101 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI          48556

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | | REP | TERMS |
|---|---|---|---|---|---|
| 5500471133 | MAXDAY | 200493 | | A26 | NET 30 |

| ITEM NO. | | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 22 | 035 FR1104B-A10-TR | 9400703 | | 42000 | .042 | 1764.00 |

| | |
|---|---|
| SUBTOTAL | 1764.00 |
| MISC AND FREIGHT | .00 |

**MEMO** This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions superceded any and all other implied terms and conditions.



## PLEASE PAY THIS AMOUNT          1764.00

ORIGINAL COPY



**STANLEY**
Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| CUSTOMER NO. | DATE |
| --- | --- |
| A21580 | 09/22/05 |

S
O
L
D
T
O

DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN          46904

S
H
I
P
T
O

DELPHI DA43-DOCK 43
1101 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI          48556

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
| --- | --- | --- | --- | --- |
| 5500472148 | BAX2DAY | 200492 | A26 | NET 30 |

| ITEM NO. | | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 22 | 035 | FY11042-A10-TR | | 190000 | .042 | 7980.00 |
| | | 9400704 | | | | |

SUBTOTAL          7980.00
MISC AND FREIGHT          .00

MEMO : F This invoice represents components that have been shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT**          7980.00

ORIGINAL COPY



# STANLEY

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

Electronics • Automotive Lighting

| CUSTOMER NO. | DATE |
|---|---|
| AD1580 | 09/23/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN    46904

SHIP TO:
DELPHI DA43-DOCK 43
1101 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI    48556

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 550047024 | RAXGLOBAL | 192208 | 426 | NET 30 |

| ITEM NO | DESCRIPTION | QUANTITY | U/M | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 61 | 035 U51104B-A10-TR<br>9400380 | 4000 | | .266 | 1,064.00 |

MEMO: This invoice represents components that have been shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersedes any and all other implied terms and conditions.

| | |
|---|---|
| SUBTOTAL | 1,064.00 |
| MISC AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT**    1,064.00

ORIGINAL COPY

# STANLEY

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

Electronics • Automotive Lighting

| CUSTOMER NO. | DATE |
|---|---|
| AD1580 | 09/23/05 |

DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN        46904

DELPHI DA43-DOCK 43
1101 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI        48556

| ORDER NUMBER | REP | TERMS |
|---|---|---|
| 200490 | A26 | NET 30 |

| CUSTOMER P.O. NO.| | SHIP VIA | | | |
|---|---|---|---|---|---|
| 5500470094 | | R4X2DAY | | | |

| ITEM NO. | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 23 | IO35 USI1104B-A10-TR<br>9400379 | | 2000 | .266 | 532.00 |



| | |
|---|---|
| SUBTOTAL | 532.00 |
| MISC AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT**        532.00

MEMO    This invoice represents components that have shipped.
Funder Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

ORIGINAL COPY

SO-I.O  I.O    S.I.O  I.O



# STANLEY

Electronics • Automotive Lighting

## Stanley Electric

Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| CUSTOMER NO. | DATE |
|---|---|
| AD1580 | 09/23/05 |

DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN          46904

DELPHI DA43-DOCK 43
1101 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI          48506

| CUSTOMER P.O. NO. | | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|---|
| 3500470094 | | YAX2DAY | 211040 | A26 | NET 30 |

| ITEM NO. | | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 01 | 035 | UG4104B-A10-TR | | 38000 | .266 | 10108.00 |
| | | 9400379 | | | | |

This invoice represents components that have been shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

| | | |
|---|---|---|
| SUBTOTAL | | 10108.00 |
| MISC AND FREIGHT | | .00 |

## PLEASE PAY THIS AMOUNT          10108.00

ORIGINAL COPY



# STANLEY

Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777   Fax (949) 222-0555

| | INVOICE | PAGE |
|---|---|---|
| | 211041-01 | 1 |

| C.STOVER NO. | DATE |
|---|---|
| AD1580 | 09/23/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN                46904

SHIP TO:
DELPHI DA43--DOCK 43
1101 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI          48556

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500427173 | BAX2DAY | 211041 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 01 | 035 FR1104B-A10--TR  94O07O3 | | 58000 | .042 | 2436.00 |

This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

| | |
|---|---|
| SUBTOTAL | 2436.00 |
| MISC AND FREIGHT | .00 |

## PLEASE PAY THIS AMOUNT        2436.00



ORIGINAL COPY



**STANLEY**
Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 200493-350 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1580 | 09/23/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN          46904

SHIP TO:
DELPHI E&C- DOCK 43
1401 NORTH CENTER ROAD
E&C DELPHI D FLINT
FLINT MI          48556

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500471135 | EAX2DAY | 200493 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 22 | 035 FR1104B-A10-TR | | 56000 | .042 | 2352.00 |
| | 94400703 | | | | |
| | | | | SUBTOTAL | 2352.00 |
| | | | | MISC AND FREIGHT | .00 |

MEMO:  This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supercede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT**          2352.00

ORIGINAL COPY



**STANLEY**
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777   Fax (949) 222-0555

| CUSTOMER NO. | DATE |
|---|---|
| 4D1580 | 09/23/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN        44904

SHIP TO:
DELPHI DA43-DOCK 43
1101 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI        48556

| CUSTOMER P.O. NO. | SHIP VIA | REP | TERMS |
|---|---|---|---|
| 5500471148 | BAX2DAY | A26 | NET 30 |

| ITEM NO. | ORDER NUMBER | | | | |
|---|---|---|---|---|---|
| | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |

| ITEM NO. | DESCRIPTION | UM | ORDER NUMBER 211042 QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 01 | 035 FY11042-A10-TR | | 198000 | .042 | 8316.00 |
| | 9400704 | | | | |

|  |  |
|---|---|
| SUBTOTAL | 8316.00 |
| MISC AND FREIGHT | .00 |

This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT**        8316.00

ORIGINAL COPY



# Stanley Electric

Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

Electronics • Automotive Lighting

| CUSTOMER NO. | DATE |
|---|---|
| AD1580 | 09/23/05 |

S O L D  T O:

DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN          46904

S H I P  T O:

DELPHI DA43-DOCK 43
1101 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI          48556

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500047148 | RKX2DAY | 200492 | 426 | NET 30 |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 22 | 035 FY11048-410-TR | | 164000 | .042 | 6888.00 |
| | 9400704 | | | | |

MEMO: This invoice represents components that have shipped
F under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

| | | |
|---|---|---|
| SUBTOTAL | | 6888.00 |
| MISC AND FREIGHT | | .00 |

**PLEASE PAY THIS AMOUNT**          6888.00

ORIGINAL COPY



## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777   Fax (949) 222-0555

Electronics • Automotive Lighting

| CUSTOMER NO. | DATE |
|---|---|
| AD1580 | 09/26/05 |

**SOLD TO:**
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN          46904

**SHIP TO:**
DELPHI D643-DOCK 43
1101 NORTH CENTER ROAD
D643 DE-PHI D FLINT
FLINT MI          48556

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 550047148 | MAX2DAY | 200492 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | QUANTITY | U/M | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 22 | 035 FY1104B-A10-TR | 164000 | | .042 | 6888.00 |
| | 94007704 | | | | |

| | | |
|---|---|---|
| | SUBTOTAL | 6888.00 |
| | MISC. AND FREIGHT | .00 |
| | **PLEASE PAY THIS AMOUNT** | 6888.00 |

MEMO: This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supercede any and all other implied terms and conditions.

ORIGINAL COPY



**STANLEY**

Electronics • Automotive Lighting

## Stanley Electric
Sales of America Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777   Fax (949) 222-0555

| CUSTOMER NO. | DATE |
|---|---|
| AD1550 | 09/26/05 |

**S O L D   T O**
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN        46904

**S H I P   T O**
DELPHI DA43-DOCK 43
1101 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI        48556

| ORDER NUMBER | REP | TERMS |
|---|---|---|
| 200493 | A26 | NET 30 |

| CUSTOMER P.O. NO. | | SHIP VIA | | | |
|---|---|---|---|---|---|
| 550047633 | | WAX2DAY | | | |

| ITEM NO | QUANTITY | U/M | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 22 | 54000 | | 1035 FR11043-A10-TR  9400703 | .042 | 2268.00 |
| | | | SUBTOTAL | | 2268.00 |
| | | | MISC AND FREIGHT | | .00 |

MEMO | This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT**          2268.00

ORIGINAL COPY



**STANLEY**
Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2560 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| CUSTOMER NO. | DATE |
|---|---|
| AD1980 | 09/24/05 |

SOLD TO:

DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN        46904

SHIP TO:

DELPHI D443--DOCK 43
2101 NORTH CENTER ROAD
D443 DELPHI D FLINT
FLINT MI       48556

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500047094 | BAX/GLOBAL | 1922208 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 61 | 035 UB11042-A10-TR<br>9400380 | | 2000 | .2661 | 532.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 532.00 |
| MISC AND FREIGHT | | .00 |

MEMO   This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT** | 532.00

ORIGINAL COPY

# STANLEY

Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 200490-160 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1580 | 09/26/05 |

DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN        46904

DELPHI D443-DOCK 43
1401 NORTH CENTER ROAD
D443 DELPHI D FLINT
FLINT MI        48556

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 550047094 | RAX2DAY | 200490 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | QUANTITY | UM | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 23 | 035 UG1104B-A10-TR | 12000 | | ".266 | 3192.00 |
| | 94003T9 | | | | |

| | | |
|---|---|---|
| | SUBTOTAL | 3192.00 |
| | MISC. AMD FREIGHT | .00 |

**MEMO** : This invoice represents components that have been shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supercede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT**    3192.00

ORIGINAL COPY

# STANLEY

Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 200490-1.61 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1580 | 09/27/05 |

S-O-L-D T-O:
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN        46904

S-H-I-P T-O:
DELPHI DA43-DOCK 43
1101 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI        48556

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500047094 | BAXGWAY | 200490 | A26 | NET 30 |

| ITEM NO | DESCRIPTION | QUANTITY | U/M | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 23 | 035 US1104B-A10-TR | 10000 | | .266 | 2660.00 |
| | 94400379 | | | | |

MEMO: If This Invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

| | | |
|---|---|---|
| SUBTOTAL | | 2660.00 |
| MISC AND FREIGHT | | .00 |

**PLEASE PAY THIS AMOUNT**        2660.00

ORIGINAL COPY

## STANLEY

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

Electronics • Automotive Lighting

| INVOICE | PAGE |
|---|---|
| 172208-437 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1580 | 09/27/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN          46904

SHIP TO:
DELPHI D443-DOCK 43
1401 NORTH CENTER ROAD
D443 DELPHI D FLINT
FLINT MI      48556

| ORDER NUMBER | REP | TERMS |
|---|---|---|
| 172208 | A26 | NET 30 |

| CUSTOMER P.O. NO. | SHIP VIA |
|---|---|
| 5500047094 | BAXGLOBAL |

| ITEM NO. | DESCRIPTION | QUANTITY | U/M | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 61 | 035 UB11042B-410-TR | 4000 | | .266 | 1064.00 |
| | 94003580 | | | | |

MEMO  This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

| | |
|---|---|
| SUBTOTAL | 1064.00 |
| MISC AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT**     1064.00

ORIGINAL COPY



**STANLEY**

Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 1211088-01 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1580 | 09/27/05 |

**SOLD TO:**
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN          46904

**SHIP TO:**
DELPHI DA43--DOCK 43
1101 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI          48556

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500470594 | BAX2DAY | 211088 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 01 | 035 US1104R-A10-TR | | 14000 | .266 | 3724.00 |
| | 9400380 | | | | |

This invoice represents components that have been shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

| | | |
|---|---|---|
| SUBTOTAL | | 3724.00 |
| MISC AND FREIGHT | | .00 |

**PLEASE PAY THIS AMOUNT**          3724.00

ORIGINAL COPY



# STANLEY
Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 200493-352 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1580 | 09/27/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN          46904

SHIP TO:
DELPHI DA43 DOCK 43
1101 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI          48556

| ORDER NUMBER | | REP | TERMS |
|---|---|---|---|
| 200493 | | A26 | NET 30 |

| CUSTOMER P.O. NO. | SHIP VIA |
|---|---|
| 5500471733 | HAXDDAY |

| ITEM NO. | | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 22 | 035 | FR1104B-A10-TR | | 56000 | .0421 | 2352.00 |
| | | 94007703 | | | | |

| | | |
|---|---|---|
| SUBTOTAL | | 2352.00 |
| MISC AND FREIGHT | | .00 |

**PLEASE PAY THIS AMOUNT**          2352.00

MEMO : The invoice represents components that have been shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

ORIGINAL COPY

DUNNS NUMBER : 622536527



211087-01   1.

**STANLEY**
Electronics • Automotive Lighting

Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777   Fax (949) 222-0555

| CUSTOMER NO | DATE |
|---|---|
| AD1580 | 09/27/05 |

DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN          46904

DELPHI DA43-DOCK 43
1101 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI          48556

| REP | TERMS |
|---|---|
| 026 | NET 30 |

ORDER NUMBER: 211087

| CUSTOMER P.O. NO. | SHIP VIA |
|---|---|
| 550047133 | WAY2DAY |

| ITEM NO. | DESCRIPTION | QUANTITY | UM | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 01 | 1035 FR1104B-A10-TR | 80000 | | .042 | 3360.00 |
| | 94005763 | | | | |

SUBTOTAL     3360.00
MISC AND FREIGHT     .00

This invoice represents components that have shipped under Stanley Electro's standard terms and conditions. The Stanley Electric standard terms and conditions supercedes any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT**     3360.00

ORIGINAL COPY

DUNNS NUMBER: 728635527



**STANLEY**
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 200492-361 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1580 | 09/27/05 |

S.O. T.O.
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN         46904

S.H. T.O.
DELPHI DA43-DOCK 43
1101 NORTH CENTER ROAD
DA43 DELPHI D FLINT         48556
FLINT KIT

| ORDER NUMBER | REP | TERMS |
|---|---|---|
| 200492 | A26 | NET 30 |

| CUSTOMER P.O. NO. | SHIP VIA |
|---|---|
| 5500047148 | DAY2DAY |

| ITEM NO | DESCRIPTION | QUANTITY | U/M | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 22 | 035 FY11048-A10-TR<br>9400794 | 164000 | | .042 | 6888.00 |

| | |
|---|---|
| SUBTOTAL | 6888.00 |
| MISC AND FREIGHT | .00 |
| **PLEASE PAY THIS AMOUNT** | 6888.00 |

MEMO   This invoice represents components that have shipped
F under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supercede any and all other implied terms and conditions.

ORIGINAL COPY



**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

Electronics • Automotive Lighting

INVOICE    PAGE    1

200492-362

| CUSTOMER NO. | DATE |
|---|---|
| AD1880 | 09/28/05 |

DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN    46904

DELPHI DA443-DOCK 43
1101 NORTH CENTER ROAD
D443 DELPHI D FLINT
FLINT MI    48556

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 550047148 | MAX2DAY | 200492 | A26 | NET 30 |

| ITEM NO | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|
| 22 | 035 FY1104B-A10-TR | | | |
| | 94007J4 | 160000 | .042 | 6720.00 |

SUBTOTAL    6720.00
MISC AND FREIGHT    .00

PLEASE PAY THIS AMOUNT    6720.00

MEMO : This invoice represents component's that have shipped
under Delphi Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

ORIGINAL COPY



## STANLEY

Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777     Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 200493-353 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1580 | 09/28/05 |

DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN          46904

DELPHI DA43-DOCK 43
1101 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI          48556

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 3500047133 | BAX2WAY | 200493 | 426 | NET 30 |

| ITEM NO | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 22 | G35 FR11048-A10-TR | | 56000 | .042 | 2352.00 |
| | 9400703 | | | | |

|  |  |
|---|---|
| SUBTOTAL | 2352.00 |
| MISC AND FREIGHT | .00 |
| **PLEASE PAY THIS AMOUNT** | 2352.00 |

ORIGINAL COPY

MEMO: This invoice represents components that have been shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.



# STANLEY
Electronics Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 192208-438 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1580 | 09/28/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN    46904

SHIP TO:
DELPHI DA43-DOCK 43
1101 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI    48556

| ORDER NUMBER | REP | TERMS |
|---|---|---|
| 192208 | A26 | NET 30 |

| CUSTOMER P.O. NO. | SHIP VIA |
|---|---|
| 4500047094 | KAXG_DEAL |

| ITEM NO. | DESCRIPTION | QUANTITY | U/M | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 61 | Q35 UB11043-A10-TR 9400380 | 2000 | | .266 | 532.00 |

| | |
|---|---|
| SUBTOTAL | 532.00 |
| MISC AND FREIGHT | .00 |

| PLEASE PAY THIS AMOUNT |
|---|
| 532.00 |

MEMO: This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

ORIGINAL COPY

**STANLEY**
Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 200490-162 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1580 | 09/28/05 |

S O L D T O:
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN          46904

S H I P T O:
DELPHI DAA43-DOCK 43
1101 NORTH CENTER ROAD
DAA3 DELPHI D FLINT
FLINT MI          48556

| CUSTOMER P.O. NO. | | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|---|
| 5500047094 | | 3AX2DAY | 200490 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 23 | 1035 UG1104B-A10-TR | | 8000 | .266 | 2128.00 |
| | 9400379 | | | | |

MEMO: This invoice represents components that have been shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

SUBTOTAL                2128.00
MISC AND FREIGHT            .00

| PLEASE PAY THIS AMOUNT | 2128.00 |
|---|---|

ORIGINAL COPY



**STANLEY**
Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 1922208-439 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1380 | 09/29/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN          46904

SHIP TO:
DELPHI DA43-DOCK 43
1101 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI          48556

| ORDER NUMBER | REP | TERMS |
|---|---|---|
| 1922208 | A26 | NET 30 |

| CUSTOMER P.O. NO. | SHIP VIA |
|---|---|
| 5560047094 | RAYGLDEAL |

| ITEM NO. | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 61 | 035 UB1104B-A10-TR     94000380 | | 2000 | .266 | 532.00 |

| | |
|---|---|
| SUBTOTAL | 532.00 |
| MISC AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT**     532.00

ORIGINAL COPY

MEMO   F This Invoice represents components that have been shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric's standard terms and conditions
supersede any and all other implied terms and conditions.



**STANLEY**

Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777     Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 200490-168 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1580 | 09/27/05 |

SOLD
TO

DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN          46904

SHIP
TO

DELPHI D443-DOCK 43
1101 NORTH CENTER ROAD
D443 DELPHI D FLINT
FLINT MI          48556

| ORDER NUMBER | | | REP | TERMS |
|---|---|---|---|---|
| 200490 | | | A26 | NET 30 |

| CUSTOMER P.O. NO. | SHIP VIA | | | |
|---|---|---|---|---|
| 5500047094 | BAX2DAY | | | |

| ITEM NO. | DESCRIPTION | QUANTITY | U/M | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 23 | 035 UG1104B-A10-TR | 6000 | | .266 | 1596.00 |
| | 54000379 | | | | |

MEMO : This invoice represents components that have shipped
        under Stanley Electric's standard terms and conditions.
        The Stanley Electric standard terms and conditions
        supersedes any and all other implied terms and conditions.

| | |
|---|---|
| SUBTOTAL | 1596.00 |
| MISC. AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT**          1596.00

ORIGINAL COPY



## STANLEY

### Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

Electronics • Automotive Lighting

| INVOICE | PAGE |
|---|---|
| 200492-363 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1580 | 09/29/05 |

S.O. D:
T.O.: DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN        46904

S H-p. T.O.: DELPHI DA43-DOCK 43
1101 NORTH CENTER ROAD
DA43 DELPHI D FLINT MI
FLINT MI        48556

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500471.48 | BAX2DAY | 200492 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 22 | 035 FY11048-A10-TR 9400704 | | 154000 | .042 | 6468.00 |

| | |
|---|---|
| SUBTOTAL | 6468.00 |
| MISC. AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT**        6468.00

MEMO    This invoice represents components that have been shipped
under Stanley Electric standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions

ORIGINAL COPY



# STANLEY
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 200493-354 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1580 | 09/29/05 |

DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN       46904

DELPHI DA43-DOCK 43
1101 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI        48556

| ORDER NUMBER | REP | TERMS |
|---|---|---|
| 200493 | 426 | NET 30 |

| CUSTOMER P.O.NO. | SHIP VIA | | | | |
|---|---|---|---|---|---|
| R500472133 | FX2DAY | | | | |

| ITEM NO. | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 22 | .035 FR11048-A10-TR 94400703 | | 26000 | .042 | 1092.00 |

| | | |
|---|---|---|
| | SUBTOTAL | 1092.00 |
| | MISC AND FREIGHT | .00 |

MEMO : This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT**    1092.00

ORIGINAL COPY



# STANLEY
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92806-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 200492-364 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1580 | 09/30/05 |

**SOLD TO:**
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN          46904

**SHIP TO:**
DELPHI DA43-DOCK 43
3101 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI          48556

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | | REP | TERMS |
|---|---|---|---|---|---|
| 5500471148 | 8GX2DAY | 200492 | | 426 | NET 30 |

| ITEM NO. | DESCRIPTION | QUANTITY | U/M | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 22 | 035 FY1104B-A10-TR 9400704 | 154000 | | .042 | 6468.00 |
| | | | SUBTOTAL | | 6468.00 |
| | | | MISC AND FREIGHT | | .00 |

MEMO: This Invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT          6468.00**

ORIGINAL COPY



**STANLEY**
Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 200493-355 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| ADI560 | 09/30/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN          46904

SHIP TO:
DELPHI DA43-DOCK 43
1401 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT, MI          48556

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500471333 | 6AX2DAY | 200493 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | QUANTITY | U/M | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 22 | 035 FR11042B-A10-TR 94065703 | 52000 | | .042 | 2184.00 |

| | |
|---|---|
| SUBTOTAL | 2184.00 |
| MISC. AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT**    2184.00

MEMO - This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

ORIGINAL COPY



**STANLEY**
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 200490-164 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1580 | 09/30/05 |

DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN        46904

DELPHI DA43-DOCK 43
1101 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI         48556

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500670S4 | B4X2DAY | 200490 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 23 | 035 UG11042B-A10-TR  9400379 | | 10000 | .266 | 2,660.00 |

| | | |
|---|---|---|
| | SUBTOTAL | 2,660.00 |
| | MISC. AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT**      2,660.00

MEMO  This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supercede any and all other implied terms and conditions.

ORIGINAL COPY



**STANLEY**
Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 192208-440 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1560 | 09/30/05 |

SOLD TO
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN          46904

SHIP TO
DELPHI DA43-ROCK 43
1101 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI          48556

| CUSTOMER P.O. NO. | ORDER NUMBER | | REP | TERMS |
|---|---|---|---|---|
| 5500047094 | 192208 | | A26 | NET 30 |

| SHIP VIA | | | | |
|---|---|---|---|---|
| EXXGLOBAL | | | | |

| ITEM NO. | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 62 | 035 U81104B-A10-TR | | 4000 | .266 | 1064.00 |
| | 94400380 | | | | |

MEMO    This invoice represents components that have shipped.
Further Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supercede any and all other implied terms and conditions.

| | |
|---|---|
| SUBTOTAL | 1064.00 |
| MISC AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT**          1064.00

ORIGINAL COPY



**STANLEY**
Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---------|------|
| 2004490-16S | 1 |

| CUSTOMER NO. | DATE |
|--------------|------|
| AD1580 | 10/03/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, TN    46904

SHIP TO:
DELPHI DA43-DOCK 43
1101 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI    48556

| CUSTOMER P.O. NO. | SHIP VIA | | ORDER NUMBER | REP | TERMS |
|-------------------|----------|---|--------------|-----|-------|
| 5500047094 | MAX2DAY | | 2004490 | A26 | NET 30 |

| ITEM NO | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---------|-------------|-----|----------|-------|--------|
| 24 | 035 LG1104B-A10-TR | 8000 | .266 | 2128.00 |
| | 94003379 | | | | |

MEMO: This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

| | |
|---|---|
| SUBTOTAL | 2128.00 |
| MISC. AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT**    2128.00



**STANLEY**
Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 192205-44 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1560 | 10/03/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN 46904

SHIP TO:
DELPHI DA43-DOCK 43
1101 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI 48556

| CUSTOMER P.O. NO. | ORDER NUMBER | SHIP VIA | REP | TERMS |
|---|---|---|---|---|
| 55004Z7094 | 192205 | RAXGLOBAL | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | QUANTITY | U/M | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 62 | 035 UB11048-410-TR 9460380 | 2000 | | .266 | 532.00 |

| | |
|---|---|
| SUBTOTAL | 532.00 |
| MISC AND FREIGHT | .00 |
| **PLEASE PAY THIS AMOUNT** | 532.00 |

ORIGINAL COPY

MEMO: This invoice represents components that have been shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.



STANLEY

Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---------|------|
| 200492-36 | 1 |

| CUSTOMER NO. | DATE |
|--------------|------|
| AD1580 | 10/03/05 |

SO: DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN          46904

SHIP TO: DELPHI PA43-DOCK 43
1501 NORTH CENTER ROAD
D443 DELPHI D FLINT
FLINT MI          48556

| CUSTOMER PO NO | SHIP VIA | ORDER NUMBER | REP | TERMS |
|----------------|----------|--------------|-----|-------|
| 5RA047148 | FAX2DAY | 200492 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|----------|-------------|-----|----------|-------|--------|
| 23 | 035 FY11.04B-ALO-TR 94400704 | | 162000 | .042 | 6804.00 |

| | |
|---|---|
| SUBTOTAL | 6804.00 |
| MISC AND FREIGHT | .00 |
| **PLEASE PAY THIS AMOUNT** | 6804.00 |

MEMO: This invoice represents components that have been shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supercede any and all other implied terms and conditions.

ORIGINAL COPY

## STANLEY

Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 200493-355 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1580 | 10/03/05 |

SO-IDTO:
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN                46904

S1-PTO:
DELPHI D443 DOCK 43
1601 NORTH CENTER ROAD
D443 DELPHI D FLINT
FLINT MI                48556

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500427133 | RAX2DAY | 200493 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 23 | 035 FR110438-A10-TR | | 50000 | .042 | 2100.00 |
| | 94067703 | | | | |

|  |  |
|---|---|
| SUBTOTAL | 2100.00 |
| MISC AND FREIGHT | .00 |

MEMO F This invoice represents components that have been shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT**         2100.00

ORIGINAL COPY



**STANLEY**
Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 2004490-166 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1580 | 10/04/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN          46904

SHIP TO:
DELPHI DA43-DOCK 43
1401 NORTH CENTER ROAD
DA43 DELPHI E FLINT
FLINT MI          48556

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500047094 | MAXXDAY | 2004490 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 24 | 035 UG1104B-A10-TR 9400379 | | 8000 | .266 | 2128.00 |

MEMO: This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

| | |
|---|---|
| SUBTOTAL | 2128.00 |
| MISC AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT**    2128.00

ORIGINAL COPY