# STANLEY
Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777   Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 200492-366 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1580 | 10/04/05 |

**SOLD TO:**
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN          46904

**SHIP TO:**
DELPHI DA43-DOCK 43
1101 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI          48556

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500471480 | FAX2DAY | 200492 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | QUANTITY | U/M | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 23 | 035 FY11C4B-41C-TR  9400704 | 156000 | | .0421 | 6552.00 |

SUBTOTAL          6552.00
MISC. AND FREIGHT          .00

**PLEASE PAY THIS AMOUNT**          6552.00

ORIGINAL COPY

MEMO: This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and  conditions
supersede any and all other implied terms and conditions.

# STANLEY

Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777        Fax (949) 222-0555

| INVOICE | PAGE |
|---------|------|
| 200493-357 | 1 |

| CUSTOMER NO. | DATE |
|--------------|------|
| AD1580 | 10/04/05 |

**SOLD TO:**
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN        46904

**SHIP TO:**
DELPHI DA43-DOCK 43
1101 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI        48556

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|-------------------|----------|--------------|-----|-------|
| 55004713 3 | 2DAY2DAY | 200493 | A24 | NET 30 |

| ITEM NO. | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|----------|-------------|-----|----------|-------|--------|
| 23 | 035 FR11045-A10-TR | | 48000 | .042 | 2016.00 |
| | 9400703 | | | | |

| | | SUBTOTAL | 2016.00 |
|--|--|----------|---------|
| | | MISC AND FREIGHT | .00 |

MEMO: This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT**   2016.00

ORIGINAL COPY



**STANLEY**
Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777      Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 172208-442 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1530 | 10/04/05 |

**SOLD TO:**
DELPHI DELCO
GME CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN            46904

**SHIP TO:**
DELPHI DA43-DOCK 43
1101 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI          48506

| ORDER NUMBER | REP | TERMS |
|---|---|---|
| 172208 | A26 | NET 30 |

| CUSTOMER P.O. NO. | SHIP VIA |
|---|---|
| D550047094 | BAXGLOBAL |

| ITEM NO | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 62 | 035 UB11043-A10-TR  9AA0380 | | 2000 | .266 | 532.00 |

| | |
|---|---|
| SUBTOTAL | 532.00 |
| MISC AND FREIGHT | .00 |
| **PLEASE PAY THIS AMOUNT** | 532.00 |

MEMO: This invoice represents components that have been shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

ORIGINAL COPY



## STANLEY
Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 200493-358 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1580 | 10/05/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN    46904

SHIP TO:
DELPHI DA43-DOCK 43
1401 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI    48554

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 4500471133 | PAYDAY | 200493 | 426 | NET 30 |

| ITEM NO. | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 23 | 035 FR11048-A10-TR 9400703 | | 62000 | .042 | 2604.00 |

| | |
|---|---|
| SUBTOTAL | 2604.00 |
| MISC AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT**    7604.00

MEMO - This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

ORIGINAL COPY



**STANLEY**
Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 200492-367 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1580 | 10/05/05 |

S-O.-D
F-O...
SH-P -O

DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN          46904

DELPHI D443-DOCK 43
1101 NORTH CENTER ROAD
D443 DELPHI D FLINT
FLINT MI    48556

| ORDER NUMBER | | REP | | TERMS |
|---|---|---|---|---|
| 200492 | | 426 | | NET 30 |

| CUSTOMER P.O. NO. | | SHIP VIA | | |
|---|---|---|---|---|
| VS0047148 | | HAX2DAY | | |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 23 | 035 FY11048-A10-TR
94400704 | | 154000 | .042 | 6468.00 |

MEMO: This invoice represents components that have shipped F under "Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

| | |
|---|---|
| SUBTOTAL | 6468.00 |
| MISC. AND FREIGHT | .00 |

PLEASE PAY THIS AMOUNT

| |
|---|
| 6468.00 |

ORIGINAL COPY



**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777   Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 2000492-368 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1580 | 10/06/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN 46904

SHIP TO:
DELPHI DA43-DOCK 43
1401 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI 48556

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500471.48 | BAX2DAY | 200492 | 426 | NET 30 |

| ITEM NO. | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 23 | 035 FY11049-A10-TR 9400704 | | 256000 | .042 | 10752.00 |

| | |
|---|---|
| SUBTOTAL | 10752.00 |
| MISC AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT**   10752.00

MEMO: This invoice represents components that have been shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supercede any and all other implied terms and conditions.

ORIGINAL COPY



**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777   Fax (949) 222-0555

Electronics • Automotive Lighting

| INVOICE | PAGE |
|---|---|
| 200493-355 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1550 | 10/06/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN      46904

SHIP TO:
DELPHI DA43-DOCK 43
1101 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI      48556

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500471133 | RAX2DAY | 200493 | A26 | NET 30 |

| ITEM NO. | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|
| DESCRIPTION | | | | |
| 23  1035 FR11048-A10-TR | | 74000 | .042 | 3108.00 |
| 94007703 | | | | |

|  |  |
|---|---|
| SUBTOTAL | 3108.00 |
| MISC. AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT**      3108.00

MEMO: This Invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersedes any and all other implied terms and conditions.

ORIGINAL COPY

# STANLEY

Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92806-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 2004953-360 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1580 | 10/07/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN          46904

SHIP TO:
DELPHI DA43-DOCK 43
1101 NORTH CENTER ROAD
DA43 DELPHI D FLINT
FLINT MI    48556

| ORDER NUMBER | REP | TERMS |
|---|---|---|
| 2004953 | 624 | NET 30 |

| CUSTOMER P.O. NO. | SHIP VIA |
|---|---|
| 4500471133 | FAX2DAY |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 23  035 | FR1104B-A10-TR | | 54000 | .042 | 2268.00 |
| | 9400703 | | | | |

| | |
|---|---|
| SUBTOTAL | 2268.00 |
| MISC. AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT**    2268.00

MEMO: This invoice represents components that have been shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

ORIGINAL COPY



**STANLEY**

Electronics • Automotive Lighting

**Stanley Electric**
Sales of America Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 200492-364 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1530 | 10/07/05 |

DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN        46904

DELPHI DA43-DOCK 43
1401 NORTH CENTER ROAD
DA43 DELPHI 2 FLINT
FLINT MI        48506

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| BR00047148 | MAX/DAY | 200492 | A26 | NET 30 |

| ITEM NO. | | QUANTITY | UM | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 23 | 035 FY1104P-A10-TR | 162000 | 9400704 | .042 | 6804.00 |

SUBTOTAL        6804.00
MISC AND FREIGHT        .00

PLEASE PAY THIS AMOUNT        6804.00

MEMO    This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric's standard terms and conditions
supercede any and all other implied terms and conditions.

ORIGINAL COPY

# STANLEY

Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---------|------|
| 192203-443 | 1 |

| CUSTOMER NO. | DATE |
|--------------|------|
| AD1980 | 10/07/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CTR.
P.O. BOX 9005
KOKOMO, IN 46904

SHIP TO:
DELPHI D443-DECK 43
1101 NORTH CENTER ROAD
D443 DELPHI D PLANT
FLINT MI 48556

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|-------------------|----------|--------------|-----|-------|
| 5500047084 | ROADRUNNER | 192203 | 424 | NET 30 |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|----------|-------------|-----|----------|-------|--------|
| 62 | 035 U841048-A10-TR 9400380 | | 4000 | .266 | 1064.00 |

MEMO: This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

| | |
|---|---|
| SUBTOTAL | 1064.00 |
| MISC AND FREIGHT | .00 |
| **PLEASE PAY THIS AMOUNT** | 1064.00 |

ORIGINAL COPY

| AD1796 | | | |
|---|---|---|---|
| $ | 372.00 | 9/19/2005 | 1873534-41 |
| $ | 248.00 | 9/20/2005 | 1873534-42 |
| $ | 248.00 | 9/21/2005 | 1873534-43 |
| $ | 372.00 | 9/22/2005 | 1873534-44 |
| $ | 372.00 | 9/26/2005 | 1873534-45 |
| $ | 372.00 | 9/27/2005 | 1873534-46 |
| $ | 372.00 | 9/28/2005 | 1873534-47 |
| $ | 372.00 | 9/29/2005 | 1873534-48 |
| $ | 248.00 | 9/30/2005 | 1873534-49 |
| $ | 372.00 | 10/3/2005 | 1873534-50 |
| $ | 372.00 | 10/4/2005 | 1873534-51 |
| $ | 372.00 | 10/5/2005 | 1873534-52 |
| $ | 148.00 | 9/21/2005 | 1895481-77 |
| $ | 148.00 | 9/27/2005 | 1895481-78 |
| $ | 148.00 | 9/30/2005 | 1895481-79 |
| $ | 296.00 | 10/3/2005 | 1895481-80 |
| $ | 104.00 | 10/3/2005 | 1968542-28 |
| $ | 209.00 | 9/19/2005 | 2004942-58 |
| $ | 418.00 | 9/20/2005 | 2004942-59 |
| $ | 836.00 | 9/21/2005 | 2004942-60 |
| $ | 418.00 | 9/22/2005 | 2004942-61 |
| $ | 418.00 | 9/23/2005 | 2004942-62 |
| $ | 627.00 | 9/27/2005 | 2004942-64 |
| $ | 836.00 | 9/28/2005 | 2004942-65 |
| $ | 627.00 | 9/29/2005 | 2004942-66 |
| $ | 627.00 | 9/30/2005 | 2004942-67 |
| $ | 209.00 | 10/3/2005 | 2004942-68 |
| $ | 627.00 | 10/4/2005 | 2004942-69 |
| $ | 627.00 | 10/06/05 | 2004942-70 |
| $ | 627.00 | 10/7/2005 | 2004942-71 |
| $ | 324.00 | 9/19/2005 | 2004971-66 |
| $ | 324.00 | 9/20/2005 | 2004971-67 |
| $ | 324.00 | 9/22/2005 | 2004971-68 |
| $ | 324.00 | 9/27/2005 | 2004971-69 |
| $ | 324.00 | 9/29/2005 | 2004971-70 |
| $ | 324.00 | 10/3/2005 | 2004971-71 |
| $ | 324.00 | 10/5/2005 | 2004971-72 |
| $ | 101.00 | 9/20/2005 | 205093-30 |
| $ | 101.00 | 9/22/2005 | 205093-31 |
| $ | 101.00 | 9/28/2005 | 205093-32 |
| $ | 202.00 | 9/29/2005 | 205093-33 |
| $ | 101.00 | 10/3/2005 | 205093-34 |
| $ | 47.00 | 9/20/2005 | 205094-31 |
| $ | 47.00 | 9/26/2005 | 205094-32 |
| $ | 141.00 | 9/28/2005 | 205094-33 |
| $ | 47.00 | 9/29/2005 | 205094-37 |
| $ | 47.00 | 10/4/2005 | 205094-35 |
| $ | 288.00 | 9/23/2005 | 208990-03 |
| $ | 49.00 | 10/4/2005 | 210233-03 |
| $ | 324.00 | 9/19/2005 | 210936-01 |
| $ | 209.00 | 9/20/2005 | 210951-01 |
| $ | 620.00 | 9/20/2005 | 210952-01 |
| $ | 744.00 | 9/26/2005 | 211074-01 |
| $ | 324.00 | 9/27/2005 | 211092-01 |
| $ | 296.00 | 9/27/2005 | 211108-01 |
| $ | 744.00 | 9/28/2005 | 211114-01 |
| $ | 744.00 | 10/3/2005 | 211214-01 |
| $ | 47.00 | 10/4/2005 | 211252-01 |
| $ | 372.00 | 10/5/2005 | 211335-01 |
| $ | 544.00 | 10/6/2005 | 211360-01 |

$  20,550.00



**STANLEY**
Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---------|------|
| 2004497-166 | 1 |

| CUSTOMER NO. | DATE |
|--------------|------|
| AD1796 | 09/19/05 |

SO-D
TO-

DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN        46904-9005

SHP
P
TO-

DELPHI D DELNOSA PLT 5-6
DA%: DELPHI D DE_NDSAM5-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX   78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|-------------------|----------|--------------|-----|-------|
| 5500045205 | MAX2DAY | 2004497 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|----------|-------------|-----|----------|-------|--------|
| 22 | 035 FY1112H-TR | | 12000 | .027 | 324.00 |
| | 9360570 | | | | |
| | | | SUBTOTAL | | 324.00 |
| | | | MISC AND FREIGHT | | .00 |

MEMO   If this invoice represents components that have been shipped
under Stanley Electric's standard terms and conditions,
the Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT**        324.00

ORIGINAL COPY



# STANLEY

Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 09/19/05 |

**SOLD TO:**
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN            46904-9005

**SHIP TO:**
DELPHI D DELMOSA PLT 5-6
DASI DELPHI D DELMOSAMS-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX    78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500465185 | BAXGLOBAL | 187353 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 53 | 035 EG1104B-A10-TR<br>9398301 | | 6000 | .062 | 372.00 |

|  |  |
|---|---|
| SUBTOTAL | 372.00 |
| MISC AND FREIGHT | .00 |

### PLEASE PAY THIS AMOUNT 372.00

MEMO  This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

ORIGINAL COPY

# STANLEY

Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777   Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 200494-258 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 09/19/05 |

SOLD TO
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN       46904-9005

SHIP TO
DELPHI D DELNOSA PLT 5-6
DA31 DELPHI D DELNOSA#5-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX  78567

| ORDER NUMBER | REP | TERMS |
|---|---|---|
| 200494 | 426 | NET 30 |

| CUSTOMER P.O. NO. | SHIP VIA |
|---|---|
| 5500446871 | EAX2DAY |

| ITEM NO | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 21 | 080 DNK324J-5-C54 | | 1000 | .209 | 209.00 |
| | 9399041 | | | | |

MEMO: This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supercede any and all other implied terms and conditions

| | |
|---|---|
| SUBTOTAL | 209.00 |
| MISC AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT**   209.00

ORIGINAL COPY



## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

Electronics • Automotive Lighting

| INVOICE | PAGE |
|---------|------|
| 210936-01 | 1 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN          46904-9005

SHIP TO:
DELPHI D DELNOSA PLT 5-6
D431 DELPHI D DELNOSA#5-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX    78567

| CUSTOMER NO. | DATE |
|--------------|------|
| AD1796 | 09/19/05 |

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|-------------------|----------|--------------|-----|-------|
| 550045205 | FAX2DAY | 210936 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|----------|-------------|-----|----------|-------|--------|
| 01 | 035 FY1112H-TR  V360570 | | 12000 | .027 | 324.00 |
| | | | | | |
| | SUBTOTAL | | | | 324.00 |
| | MISC AND FREIGHT | | | | .00 |

This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

| | | |
|---|---|---|
| **PLEASE PAY THIS AMOUNT** | | 324.00 |

ORIGINAL COPY



**STANLEY**
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 210952-01 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 09/20/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN        46904-9005

SHIP TO:
DELPHI D DELNOSA PLT 5-6
DA31 DELPHI D DELNOSANE-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX   78567

| CUSTOMER P.O. NO. | | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 550045185 | | 210952 | A26 | 1 NET 30 |

| | SHIP VIA | | | |
|---|---|---|---|---|
| | BAXZWAY | | | |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 01 | 035 8G11042-A10-TR | | 10000 | .062 | 620.00 |
| | 9398301 | | | | |

|  |  |  |
|---|---|---|
| | SUBTOTAL | 620.00 |
| | MISC AND FREIGHT | .00 |

| PLEASE PAY THIS AMOUNT | 620.00 |
|---|---|

This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

ORIGINAL COPY



# STANLEY
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777     Fax (949) 222-0555

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 09/20/05 |

**SOLD TO**
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN          46904-9005

**SHIP TO**
DELPHI D DELROSA PLT 5-6
D431 DELPHI D DELNOSA#5-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX  78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500045205 | BAX2DAY | 203497 | 426 | NET 30 |

| ITEM NO. | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 22 | 035 FY1112H-TR  9360570 | | 12000 | .027 | 324.00 |

MEMO     F This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

|  | | |
|---|---|---|
| SUBTOTAL | | 324.00 |
| MISC AND FREIGHT | | .00 |

**PLEASE PAY THIS AMOUNT** | 324.00

ORIGINAL COPY

# STANLEY
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 187353-442 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD0796 | 09/20/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN        46904-9005

SHIP TO:
DELPHI D DELNOSA PLT 5-6
DA31 DELPHI D DELNOSA#5-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX    78567

| CUSTOMER P.O. NO. | SHIP VIA | | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|---|
| 5500451185 | BAXGLOBAL | | 187353 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | U.M. | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 53 | 035 EG11043-A10-TR | | 4000 | .062 | 248.00 |
| | 9398301 | | | | |

|  |  |
|---|---|
| SUBTOTAL | 248.00 |
| MISC AND FREIGHT | .00 |
| **PLEASE PAY THIS AMOUNT** | **248.00** |

MEMO: This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard Terms and conditions supercede any and all other implied terms and conditions.

ORIGINAL COPY

2103951-01    1

# STANLEY
Electronics • Automotive Lighting

**Sales of America, Inc.**
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 09/20/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN    46904-9005

SHIP TO:
DELPHI D DELNOSA PLT 5-6
DAS1 DELPHI D DELMOS#45-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX    78567

| CUSTOMER P.O. NO. | | ORDER NUMBER | | REP | | TERMS |
|---|---|---|---|---|---|---|
| 550046871 | | 2103951 | | A26 | | NET 30 |

| | SHIP VIA | | | | | |
|---|---|---|---|---|---|---|
| | BAX2DAY | | | | | |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | | AMOUNT |
|---|---|---|---|---|---|---|
| 01 | 080 DNX324U-5-C54 | | 1.000 | .209 | | 209.00 |
| | | 93399021 | | | | |

| | | | SUBTOTAL | | 209.00 |
| | | | MISC AND FREIGHT | | .00 |

This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT**    209.00

ORIGINAL COPY

DUNS NUMBER: 55'005'08



# STANLEY
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 2004494-259 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD.796 | 09/20/05 |

0-1 SOLD

DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN       46904-9005

0-1 SHIP-TO

DELPHI D DELNOSA PLT 5-6
DAS: DELPHI D DELNOSA#5-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX  78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 550046871 | EAX2DAY | 2004494 | 426 | NET 30 |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 21 | 080 DHK3240-5-C54 | | 2000 | .209 | 418.00 |
| | 939904: | | | | |

MEMO: This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

|  |  |
|---|---|
| SUBTOTAL | 418.00 |
| MISC AND FREIGHT | .00 |

## PLEASE PAY THIS AMOUNT   418.00

ORIGINAL COPY



**STANLEY**
Electrónics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 09/20/05 |

S
O
L
D  TO:

DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN        46904-9005

S
H
I
P  TO:

DELPHI D DELNOSA PLT 5-4
DASI DELPHI D DELNOSA#5-4
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX    78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REF# | TERMS |
|---|---|---|---|---|
| 5500427708 | BAX2DAY | 205093 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1.1 | 030 AAFG3312X-X210 | | 1000 | .101 | 101.00 |
| | 2801Y230 | | | | |

MEMO: This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supercede any and all other implied terms and conditions.

|  | SUBTOTAL | 101.00 |
|---|---|---|
|  | MISC AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT**    101.00

ORIGINAL COPY



**STANLEY**
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---------|------|
| 205094-31 | 1 |

DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN         46904-9005

| CUSTOMER NO. | DATE |
|--------------|------|
| AD1776 | 09/20/05 |

DELPHI D DELNOSA PLT 5-6
DA31 DELPHI D DELNOSA#5-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX  78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|-------------------|----------|--------------|-----|-------|
| 550042708 | RAX2DAY | 205094 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|----------|-------------|-----|----------|-------|--------|
| 11 | 030 MVR33388-C55    28017228 | | 1.000 | .047 | 47.00 |

| | |
|---|---|
| SUBTOTAL | 47.00 |
| MISC AND FREIGHT | .00 |

MEMO  FThis invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

| PLEASE PAY THIS AMOUNT | 47.00 |
|------------------------|-------|

ORIGINAL COPY



# Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777   Fax (949) 222-0555

Electronics • Automotive Lighting

| INVOICE | PAGE |
|---|---|
| 200494-260 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 09/21/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN 46904-9005

SHIP TO:
DELPHI D DELNOSA PLT 5-6
DA31 DELPHI D DELNOSA M5-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500468971 | BAX2DAY | 200494 | 426 | NET 30 |

| ITEM NO. | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 21 | 080 DNK324J1-5-054 | JM | 4000 | .209 | 836.00 |
| | 939904l | | | | |

| | | |
|---|---|---|
| | SUBTOTAL | 836.00 |
| | MISC (AND | .00 |
| | FREIGHT | |

**PLEASE PAY THIS AMOUNT**  836.00

MEMO: This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

ORIGINAL COPY

# STANLEY
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 187353-443 | |

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 09/21/05 |

S.O.D.  TO

DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN        46904-9005

S.T.-F. TO

DELPHI D DELNOSA PLT 5-6
DAZ1 DELPHI D DELNOSA#45-6
702 JUAQUIN CAVAZOS RD
LOS INDIOS, TX  78567

| CUSTOMER P.O. NO. | | SHIP VIA | ORDER NUMBER | | REP | | TERMS |
|---|---|---|---|---|---|---|---|
| 5500451B5 | | 3AXGLOBAL | 187353 | | A24 | | NET 30 |

| ITEM NO. | DESCRIPTION | | UM | QUANTITY | PRICE | | AMOUNT |
|---|---|---|---|---|---|---|---|
| 53 | 035 EG11048-A10-TR | | | 4000 | .062 | | 248.00 |
| | 9392301 | | | | | | |
| | | | | SUBTOTAL | | | 248.00 |
| | | | | MISC AND FREIGHT | | | .00 |

MEMO   This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

ORIGINAL COPY

| PLEASE PAY THIS AMOUNT | 248.00 |
|---|---|



## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777   Fax (949) 222-0555

Electronics • Automotive Lighting

| | | CUSTOMER NO. | DATE |
|---|---|---|---|
| | | AD1796 | 09/21/05 |

SO-ID TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN        46904-9005

SH P TO:
DELPHI D DELNOSA PLT 5-6
2431 DELPHI D DELNOSA#45-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX        78567

| ORDER NUMBER | REP | TERMS |
|---|---|---|
| 189348 | A26 | NET 30 |

| CUSTOMER P.O. NO. | SHIP VIA | | | | | |
|---|---|---|---|---|---|---|
| 550045205 | BAXGLOBAL | | | | | |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 63 | 035 ER1112H-TR  93A0569 | | 4000. | .037 | 148.00 |
| | | | SUBTOTAL | | 148.00 |
| | | | MISC. AND FREIGHT | | .00 |

MEMO  F This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT**                 148.00

ORIGINAL COPY



**STANLEY**
Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| CUSTOMER NO. | DATE |
|---|---|
| AD1794 | 09/22/05 |

DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN          46904-9005

DELPHI D DELNOSA PLT 5-6
DA31 DELPHI D DELNOSANS-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX    78567

| | ORDER NUMBER | REP | TERMS |
|---|---|---|---|
| | 200494 | A26 | NET 30 |

| CUSTOMER P.O. NO. | SHIP VIA |
|---|---|
| 550046871 | BAX2DAY |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 21 | 080 DMK3241-5-C54 | | 2000 | .209 | 418.00 |
| | 9399041 | | | | |

| | |
|---|---|
| SUBTOTAL | 418.00 |
| MISC. AND FREIGHT | .00 |

MEMO    This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions

**PLEASE PAY THIS AMOUNT**    418.00

ORIGINAL COPY

DUNS NUMBER: 55:025:22



# STANLEY
### Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777   Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 187353-444 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 09/22/05 |

S O L D   T O:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN            46904-9005

S H I P   T O:
DELPHI D DELNOSA PLT 5-6
PA31 DELPHI D DELNOSA#45-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX   78567

| CUSTOMER P.O. NO: | | SHIP VIA | | ORDER NUMBER | | REP | TERMS |
|---|---|---|---|---|---|---|---|
| 55C0045185 | | EAXGL0BAL | | 187353 | | A26 | NET 30 |

| ITEM NO. | | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 53 | 035 | RG110AR-A10-TR | | 6000 | .062 | 372.00 |
| | | 9398301 | | | | |

| | |
|---|---|
| SUBTOTAL | 372.00 |
| MISC AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT**   372.00

MEMO
F This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

ORIGINAL COPY

PLANS NUMBER: RC-00E199



# STANLEY
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 200497-168 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 09/22/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN        46904-9005

SHIP TO:
DELPHI D DELNOSA PLT 5-6
2431 DELPHI D DELNOSA#5-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX   78567

| ORDER NUMBER | REP | TERMS |
|---|---|---|
| 200497 | A26 | NET 30 |

| CUSTOMER P.O. NO. | SHIP VIA |
|---|---|
| 5500045205 | BAX2DAY |

| ITEM NO. | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 23 | 035 PY1112H-TR  93605770 | | 12000 | .027 | 324.00 |

MEMO: This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supercede any and all other implied terms and conditions.

| | | |
|---|---|---|
| SUBTOTAL | | 324.00 |
| MISC AND FREIGHT | | .00 |

| PLEASE PAY THIS AMOUNT | 324.00 |
|---|---|

ORIGINAL COPY

DUNS NUMBER: 59-225-02



**STANLEY**
Electronics • Automotive Lighting

## Stanley Electric
Sales of America Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777     Fax (949) 222-0555

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 09/22/05 |

SO-D  DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN      46904-9005

SH-P  DELPHI D DELNOSA FLT 5-6
D431 DELPHI D DELNOSA#5-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX   78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500423708 | BAX2DAY | 205093 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 12 | 030 4AP033312X-E210 | | 1.000 | .101 | 101.00 |
| | 28017230 | | | | |
| | | | | | |
| | | SUBTOTAL | | | 101.00 |
| | | MISC AND FREIGHT | | | .00 |

MEMO  This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supercede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT**

101.00

ORIGINAL COPY



# Stanley Electric

Electronics • Automotive Lighting

Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0655

| INVOICE | PAGE |
|---|---|
| 200494-262 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 09/23/05 |

DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN          46904-9005

DELPHI D DELNOSA PLT 5-6
DA31 DELPHI D DELNER945-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX   78567

| CUSTOMER P.O.NO. | | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|---|
| 550046871 | | MAX2DAY | 200494 | 426 | NET 30 |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 21 | OBG DNK320U-5-C54 | | 2000 | .209 | 418.00 |
| | 9399904 | | | | |

| | | |
|---|---|---|
| SUBTOTAL | | 418.00 |
| MISC AND FREIGHT | | .00 |

MEMO   This invoice represents components that have been shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

ORIGINAL COPY

**PLEASE PAY THIS AMOUNT**

418.00



**STANLEY**
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92806-5029
Phone (949) 222-0777    Fax (949) 222-0555

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 09/23/05 |

S.O.L.D
T.O
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN          46904-9005

S.H.I.P
T.O
DELPHI D DELNGSA PLT 5-6
DASI DELPHI D DELNGSA#5-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX  78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500422708 | EAXGL2DAY | 2089990 | A26 | NET 30 |

| ITEM NO. | | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 04 | 035 | ERFG3211C-TR | | 4000 | .072 | 288.00 |
| | | 23000226 | | | | |

SUBTOTAL                    288.00
MISC AND FREIGHT              .00

MEMO  F This invoice represents comborsans that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT**          288.00

ORIGINAL COPY



**STANLEY**
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2560 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777   Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 2050094-32 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 09/26/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN      46904-9005

SHIP TO:
DELPHI D DELNOSA PLT 5-6
DA31 DELPHI D DELNOSA##-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX   78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500422708 | BAX2DAY | 2050094 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 11 | 030 MWR33385-C55 | | | | |
| | 2801722B | 1000 | | .047 | 47.00 |

MEMO:
This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

| | |
|---|---|
| SUBTOTAL | 47.00 |
| MISC AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT**   47.00

ORIGINAL COPY

**STANLEY**
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---------|------|
| 187353-44B | 1 |

| CUSTOMER NO. | DATE |
|--------------|------|
| AD1796 | 09/26/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN      46904-9005

SHIP TO:
DELPHI D DELNOSA PLT 5-6
3A31 DELPHI D DELNOSA#5-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX   78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|-------------------|----------|--------------|-----|-------|
| 550045185 | RAXGLOBAL | 187353 | 826 | NET 30 |

| ITEM NO. | UM | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|----------|----|----|-------------|-------|--------|
| 53 | 1035 EG11048-A10-TR | 6000 | 9598301 | .062 | 372.00 |

MEMO   This invoice represents components that have shipped
under Stanley Electrics standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

| | | |
|---|---|---|
| SUBTOTAL | | 372.00 |
| MISC AND FREIGHT | | .00 |

**PLEASE PAY THIS AMOUNT**   372.00

ORIGINAL COPY



**STANLEY**
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5229
Phone (949) 222-0777   Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 211074-01 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| 401796 | 09/26/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN        46904-9005

SHIP TO:
DELPHI D DELNOSA PLT 5-6
DA31 DELPHI D DELNOSA#5-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX  78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 550241495 | FAX2DAY | 211074 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | QUANTITY | U/M | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 01 | 1035 EG1104B-A10-TR | 12000 | | .062 | 744.00 |
| | 9398301 | | | | |

| | |
|---|---|
| SUBTOTAL | 744.00 |
| MISC AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT**   744.00

This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supercede any and all other implied terms and conditions.

ORIGINAL COPY



**STANLEY**
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777      Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 211072-01 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 09/27/05 |

**Sold To:**
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN          46904-9005

**Ship To:**
DELPHI D DELNOSA PLT 5-6
D431 DELPHI D DELNOSA#5-6
702 JOAQUIM CAVAZOS RD
LOS INDIOS, TX      78567

| ORDER NUMBER | REP |
|---|---|
| 211072 | A26 |

| TERMS |
|---|
| NET 30 |

| CUSTOMER P.O. NO. | SHIP VIA |
|---|---|
| 550045205 | NAXDAY |

| ITEM NO. | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 01 | 035 FY1112H-TR | | 12000 | .027 | 324.00 |
| | 9360570 | | | | |

| | |
|---|---|
| SUBTOTAL | 324.00 |
| MISC AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT**      324.00

This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

ORIGINAL COPY



# Stanley Electric

Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777     Fax (949) 222-0555

Electronics • Automotive Lighting

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 09/27/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN          46904-9005

SHIP TO:
DELPHI D DELROSA PLT 5-6
DA31 DELPHI D DELROSA#5-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX   78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 4500451185 | BAXCH DRA | 187353 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 53 | 035 EG1104B-610-TR | | 6000 | .0620 | 372.00 |
| | 6398304 | | | | |

| | | |
|---|---|---|
| | SUBTOTAL | 372.00 |
| | MISC AND FREIGHT | .00 |

MEMO  This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersedes any and all other invoice terms and conditions.

**PLEASE PAY THIS AMOUNT**          372.00

ORIGINAL COPY

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

Electronics Automotive Lighting

| CUSTOMER NO. | DATE |
| --- | --- |
| AD1796 | 09/27/05 |

**SOLD TO**

DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN          46904-9005

**SHIP TO**

DELPHI D DELNOSA PLT 5-6
DA31 DELPHI D DELNOSA#5-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX   78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | | PEP | TERMS |
| --- | --- | --- | --- | --- | --- |
| 550045205 | EMXGLOBAL | 189548 | | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | QUANTITY | U/M | PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 63 | 035 2R1112W-TR | 4000 | | .037 | 148.00 |
| | | 93665669 | | | |

MEMO  This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

|  |  |
| --- | --- |
| SUBTOTAL | 148.00 |
| MISC AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT**         148.00

ORIGINAL COPY

BANS NUMBER 89"28573





**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777   Fax (949) 222-0555

Electronics • Automotive Lighting

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 09/27/05 |

DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN          46904-9005

DELPHI D DELNOSA PLT 5-6
DA31 DELPHI D DELNOSAM3-4
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567

| ORDER NUMBER | REP | TERMS |
|---|---|---|
| 200494 | A26 | NET 30 |

| SHIP VIA |
|---|
| BAXWAY |

CUSTOMER P.O. NO.: S500046871

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 21 | 080 DNK324U-5-054 9399041 | | 3000 | .209| | 627.00 |

MEMO: This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersedes any and all other implied terms and conditions

| | |
|---|---|
| SUBTOTAL | 627.00 |
| MISC AND FREIGHT | .00 |
| **PLEASE PAY THIS AMOUNT** | 627.00 |

ORIGINAL COPY



**STANLEY**
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| CUSTOMER NO. | DATE |
| --- | --- |
| A01796 | 09/27/05 |

**S O L D T O:**
DELPHI DELCO
CME CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN          46904-9005

**S H I P T O:**
DELPHI D DELNOSA PLT 5-6
DA31 DELPHI D DELNOSA45-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX  78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | | REP | TERMS |
| --- | --- | --- | --- | --- | --- |
| #S0045205 | NEXTDAY | 200497 | | 426 | NET 30 |

| ITEM NO. | DESCRIPTION | QUANTITY | U/M | PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 23 | 1035 FY1112H-TR | 12000 | | .027 | 324.00 |
| | 9360570 | | | | |
| | | | | SUBTOTAL... | 324.00 |
| | | | | MISC. AND FREIGHT | .00 |

MEMO | F: This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supercede any and all other implied terms and conditions

**PLEASE PAY THIS AMOUNT**        324.00

ORIGINAL COPY



**STANLEY**
Electronics • Automotive • Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 211108-01 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 09/27/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN    46904-9005

SHIP TO:
DELPHI D DELNOSA PLT 5-6
DA31 DELPHI D DELNOSA#5-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567

| CUSTOMER P.O. NO. | ORDER NUMBER | REP | TERMS |
|---|---|---|---|
| 5500045205 | 211108 | 426 | NET 30 |

| SHIP VIA | | | | | |
|---|---|---|---|---|---|
| FX2DAY | | | | | |

| ITEM NO | DESCRIPTION | QUANTITY | UM | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 01 | 1035 ER1112H-TR 9360569 | 8000 | | .037 | 296.00 |

| | | |
|---|---|---|
| | SUBTOTAL | 296.00 |
| | MISC AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT**    296.00

ORIGINAL COPY

This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.



## STANLEY
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| CUSTOMER NO. | DATE |
|---|---|
| A01796 | 09/28/05 |

**SOLD TO:**
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN    46904-9005

**SHIP TO:**
DELPHI D DELNOSA PLT 9-6
DA31 DELPHI D DELNOSA#5-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX   78567

| CUSTOMER PO NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 550042708 | FAX2DAY | 205094 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 11 | Q30 MVR3339S-C55 | | 3000 | .047 | 141.00 |
| | 280172228 | | | | |

MEMO : This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

| | | |
|---|---|---|
| SUBTOTAL | | 141.00 |
| MISC. AND FREIGHT | | .00 |

## PLEASE PAY THIS AMOUNT
141.00

ORIGINAL COPY



# Stanley Electric

Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

Electronics • Automotive Lighting

| | INVOICE | PAGE |
|---|---|---|
| | 211114-01 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 09/28/05 |

SO.D TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN      46904-9005

SHIP TO:
DELPHI D DELNOSA PLT 5-6
DA31 DELPHI D DELNOSA#5-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX   78567

| ORDER NUMBER | | REP | | TERMS |
|---|---|---|---|---|
| 211114 | | 424 | | NET 30 |

| CUSTOMER P.O. NO. | SHIP VIA | | | |
|---|---|---|---|---|
| 550045165 | MAX2DAY | | | |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 01 | 035 EG11048-A10-TR 9398301 | | 12000 | .0621 | 744.00 |

|  | SUBTOTAL | 744.00 |
|---|---|---|
|  | MISC. AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT**  744.00

This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

ORIGINAL COPY



# STANLEY
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 09/28/05 |

**SOLD TO:**
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN    46904-9005

**SHIP TO:**
DELPHI D DELNOSA PLT 5-6
DA31 DELPHI D DELNOSA#5-6
702 JOAQUIN CAVAZOS 32
LOS INDIOS, TX    78567

| ORDER NUMBER | REP | TERMS |
|---|---|---|
| 187353 | A26 | NET 30 |

| CUSTOMER P.O. NO. | SHIP VIA |
|---|---|
| 5500451.85 | BAXGLOBAL |

| ITEM NO. | DESCRIPTION | QUANTITY | U/M | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 53 | 035 BG1104B-A10-TR | 6000 | | .062 | 372.00 |
| | 9398304 | | | | |

MEMO: This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

| | | |
|---|---|---|
| SUBTOTAL | | 372.00 |
| MISC AND FREIGHT | | .00 |

**PLEASE PAY THIS AMOUNT**    372.00

ORIGINAL COPY

# STANLEY

Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 200494-26× | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD4796 | 09/28/05 |

**SOLD TO:**
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN          46904-9005

**SHIP TO:**
DELPHI D DELNOSA PLT 5-6
DA31 DELPHI D DELNOSA45-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX    78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | | REP | TERMS |
|---|---|---|---|---|---|
| 5500046871 | EAX2DAY | 200494 | | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 21 | 080 DNK3240-5-C54 | | 4000 | .209 | 836.00 |
| | 9399041 | | | | |

| | | |
|---|---|---|
| SUBTOTAL | | 836.00 |
| MISC AND FREIGHT | | .00 |

**MEMO** This invoice represents components that have been shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT**    836.00

ORIGINAL COPY



# Stanley Electric

Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

Electronics • Automotive Lighting

| INVOICE | PAGE |
|---|---|
| 205093-32 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 09/28/05 |

**SO LD TO**
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN    46904-9005

**SHIP TO**
DELPHI D DELNOSA PLT 5-6
9434 DELPHI D DELNOSA#5-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX   78567

| CUSTOMER P.O. NO. | | ORDER NUMBER | | REP | TERMS |
|---|---|---|---|---|---|
| 5500427708 | | 205093 | | A26 | NET 30 |

| | | SHIP VIA | | |
|---|---|---|---|---|
| | | RAX2DAY | | |

| ITEM NO | DESCRIPTION | QUANTITY | UM | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 12 | 1030 AAFG3512X-E210 2801723G | 1.000 | | .101 | 101.00 |

| | |
|---|---|
| SUBTOTAL | 101.00 |
| MISC AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT** 101.00

MEMO  This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supercedes any and all other implied terms and conditions.

ORIGINAL COPY



# STANLEY
Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92806-5029
Phone (949) 222-0777   Fax (949) 222-0555

| CUSTOMER NO. | DATE |
|---|---|
| A21796 | 09/29/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN      46904-9005

SHIP TO:
DELPHI D DELMOSA PLT 5-6
PASS, DELPHI D DELNOSA445-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX  78567

| CUSTOMER PO. NO. | SHIP VIA | ORDER NUMBER | | REP | TERMS |
|---|---|---|---|---|---|
| 550046871 | B6AX2DAY | 200494 | | 926 | NET 30 |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 21 | 1080 DNR3240-5-C54 | | 3000 | .209 | 627.00 |
| | 9399061 | | | | |

MEMO: This invoice represents components that have been shipped
F under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

| | |
|---|---|
| SUBTOTAL | 627.00 |
| MISC AND FREIGHT | .00 |
| **PLEASE PAY THIS AMOUNT** | 627.00 |

ORIGINAL COPY



## STANLEY
Electronics • Automotive Lighting

**Stanley Electric**
Sales of America Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 09/29/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN        46904-9005

SHIP TO:
DELPHI D DELNOSA PLT 5-6
DAS DELPHI D DELNOSA#5-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX    78567

| CUSTOMER P.O. NO. | | ORDER NUMBER | | REP | | TERMS |
|---|---|---|---|---|---|---|
| 55004270B | | 205093 | | A26 | | NET 30 |

| ITEM NO. | SHIP VIA | DESCRIPTION | QUANTITY | U/M | PRICE | AMOUNT | NET NO. |
|---|---|---|---|---|---|---|---|
| 13 | BAXSDAY | 030 A4P23312X-F210 | 2000 | | .101 | 202.00 | |
| | | 2800.7230 | | | | | |

|  | | | | | SUBTOTAL | 202.00 |
|---|---|---|---|---|---|---|
| | | | | | MISC AND FREIGHT | .00 |

MEMO
This invoice represents components that have been shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

## PLEASE PAY THIS AMOUNT         202.00

ORIGINAL COPY



# STANLEY
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777   Fax (949) 222-0555

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 09/29/05 |

SOLD
TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN        46904-9005

SHIP
TO:
DELPHI D DELNOSA PLT 5-6
DA31 DELPHI D DELNOSA#5-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX   78567

| ORDER NUMBER | REP | TERMS |
|---|---|---|
| 200497 | A26 | NET 30 |

| CUSTOMER P.O. NO. | | SHIP VIA | | |
|---|---|---|---|---|
| 5500045205 | | BAX2DAY | | |

| ITEM NO. | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 23 | 035 FY11124-TR    9360570 | | 12000 | .027 | 324.00 |

| | |
|---|---|
| SUBTOTAL | 324.00 |
| MISC AND FREIGHT | .00 |
| | 324.00 |

MEMO    FThis invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

PLEASE PAY THIS AMOUNT



# STANLEY
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777   Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 187353-448 | 1 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN    46904-9005

SHIP TO:
DELPHI D DELNOSA PLT 5-6
DA31 DELPHI D DELNOSA45-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 09/29/05 |

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| EK0045185 | BAXGLOBAL | 187353 | 424 | NET 30 |

| ITEM NO. | QUANTITY | UM | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 53 | 6000 | | 1035 FB11049-A10-TR 9398301 | .062 | 372.00 |

| | |
|---|---|
| SUBTOTAL | 372.00 |
| MISC. AND FREIGHT | .00 |

MEMO   This invoice represents components that have shipped
F.O.B. the Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersedes any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT**    372.00

ORIGINAL COPY



# Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777   Fax (949) 222-0555

Electronics • Automotive Lighting

| INVOICE | PAGE |
|---|---|
| 205094-34 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 09/29/05 |

**SOLD TO:**
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN        46904-9005

**SHIP TO:**
DELPHI D DELNOSA PLT 5-6
DA31 DELPHI D DELNOSA#5-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX   78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 550042270B | NAX2DAY | 205094 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 11 | 030 NVR33388-C55 | | 1,000 | .647 | 647.00 |
| | 289017228 | | | | |

MEMO: This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supercedes any and all other implied terms and conditions.

| | |
|---|---|
| SUBTOTAL | 647.00 |
| MISC AND FREIGHT | .00 |

PLEASE PAY THIS AMOUNT   647.00

ORIGINAL COPY