

# STANLEY
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 09/29/05 |

**SOLD TO:**
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN    46904-9005

**SHIP TO:**
DELPHI D DELNOSA PLT 5-6
DA31 DELPHI D DELNOSA#5-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX    78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 55004270B | XAX2DAY | 205094 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | QUANTITY | U/M | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 11 | 030 MVR33388-C55 | 1.000 | | .047 | 47.00 |
| | 280017228 | | | | |

| | | |
|---|---|---|
| SUBTOTAL | | 47.00 |
| MISC AND FREIGHT | | .00 |

**PLEASE PAY THIS AMOUNT**    47.00

ORIGINAL COPY

MEMO    This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersedes any and all other implied terms and conditions.

# STANLEY

Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 200494-267 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 09/30/05 |

**SOLD TO**
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN    46904-9005

**SHIP TO**
DELPHI D DELNOSA PLT 5-6
D431 DELPHI D DELNOSA#5-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX    78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500446871 | B4X2DAY | 200494 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 21 | OBC DNK324U-5-C54 | | 3000 | .209 | 627.00 |
| | 93990041 | | | | |

MEMO: This invoice represents components that are shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

| | | |
|---|---|---|
| SUBTOTAL | | 627.00 |
| MISC AND FREIGHT | | .00 |

**PLEASE PAY THIS AMOUNT**    627.00

ORIGINAL COPY



58-025133



# STANLEY
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777   Fax (949) 222-0555

| CUSTOMER NO. | DATE |
| --- | --- |
| AD1776 | 09/30/05 |

DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN                46904-9005

DELPHI D DELNOSA PLT 5-6
DA31 DELPHI D DELNOSA#5-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX    78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
| --- | --- | --- | --- | --- |
| 5500045205 | BAXGLOBAL | 187548 | 426 | NET 30 |

| ITEM NO. | | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 63 | 035 BR4112H-TR | 93605569 | | 4000 | .037 | 148.00 |

|  |  |  |  | SUBTOTAL | | 148.00 |
|  |  |  |  | MISC AND FREIGHT | | .00 |

MEMO  This invoice represents components that have shipped. Under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other marked terms and conditions.

## PLEASE PAY THIS AMOUNT
148.00

ORIGINAL COPY

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

Electronics • Automotive-Lighting

| CUSTOMER NO. | DATE |
|---|---|
| A21726 | 09/30/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN     46904-9005

SHIP TO:
DELPHI D DELNOSA PLT 5-6
DA51 DELPHI D DELNOSANS-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX   78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500451855 | BAXGL-CBAL | 1873353 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | U.M. | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 53 | 035 BG1104B-A10-TR | | 4000 | .062 | 248.00 |
| | 93983301 | | | | |



SUBTOTAL         248.00
MISC AND FREIGHT    .00

**PLEASE PAY THIS AMOUNT**

ORIGINAL COPY

248.00

MEMO:  This invoice represents components that have shipped.
Under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other invoiced terms and conditions.



**STANLEY**
Electronics Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777   Fax (949) 222-0555

| INVOICE | PAGE |
|---------|------|
| 211214-01 | 1 |

| CUSTOMER NO. | DATE |
|--------------|------|
| AD1796 | 10/03/05 |

S O L D T O:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN          46904-9005

S H I P T O:
DELPHI D DELNOSA PLT 5-6
DA31 DELPHI D DELNOSA#5-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX   78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|-------------------|----------|--------------|-----|-------|
| 5500451.85 | TAXI2DAY | 211214 | A226 | NET 30 |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|----------|-------------|-----|----------|-------|--------|
| 01 | 035 R311042-A10-TR     92983301 | | 12000 | .062 | 744.00 |
| | | | SUBTOTAL | | 744.00 |
| | | | MISC AND FREIGHT | | .00 |

**PLEASE PAY THIS AMOUNT**          744.00

This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

ORIGINAL COPY

# STANLEY

Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 187333-450 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 10/03/05 |

DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN    46904-9005

DELPHI D DELNOSA PLT 5-6
DASI DELPHI D DELNOSA#5-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX    78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 550045185 | BAXGLOBAL | 187353 | A26 | NET 30 |

| ITEM NO. | | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 54 | 035 E61104B-610-TR | 9398301 | | 6000 | .0621 | 372.00 |

| | |
|---|---|
| SUBTOTAL | 372.00 |
| MISC AND FREIGHT | .00 |

### PLEASE PAY THIS AMOUNT   372.00

ORIGINAL COPY

MEMO   This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supercede any and all other implied terms and conditions



## STANLEY

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777   Fax (949) 222-0555

Electronics • Automotive Lighting

| INVOICE | PAGE |
|---|---|
| 2050093-34 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 10/03/05 |

**Sold To:**
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN    46904-9005

**Ship To:**
DELPHI D DELNOSA PLT 5-6
DA31 DELPHI D DELNOSA85-6
702 JOAQUIN GAVAZOS RD
LOS INDIOS, TX  78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500642708 | EAX2DAY | 2050093 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 13 | 030 AAFG3312X-B210 | | 1.000 | .101 | 101.00 |
| | 28017220 | | | | |
| | | | | SUBTOTAL | 101.00 |
| | | | | MISC AND FREIGHT | .00 |

MEMO  "This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT**    101.00

ORIGINAL COPY

DUNS NUMBER: 591225122

**STANLEY**

Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777   Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 200494-268 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 10/03/05 |

**SOLD TO:**
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN    46904-9005

**SHIP TO:**
DELPHI D DELNOSA PLT 5-6
9431 DELPHI D DELNOSA#5-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX  78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500046871 | RWX2DAY | 200494 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 22 | OBO DHK324J-5-C54 | | 1000 | .209. | 209.00 |
| | 9397041 | | | | |

| | |
|---|---|
| SUBTOTAL | 209.00 |
| MISC AND FREIGHT | .00 |

MEMO : This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT**   209.00

ORIGINAL COPY

# STANLEY
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| CUSTOMER NO. | DATE |
|---|---|
| A01796 | 10/03/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN    46904-9005

SHIP TO:
DELPHI D DELNOSA PLT 5-6
3451 DELPHI D DELNOSA#5-A
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX   78567

| ORDER NUMBER | REP | TERMS |
|---|---|---|
| 196854 | A26 | NET 30 |

| CUSTOMER PO NO. | SHIP VIA | | | |
|---|---|---|---|---|
| 55004687L | MAXGLOBAL | | | |

| ITEM NO. | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 63 | 035 HSG1105W-4731-TR | | 2000 | .0521 | 104.00 |
| | 939J6893 | | | | |

| | |
|---|---|
| SUBTOTAL | 104.00 |
| MISC AND FREIGHT | .00 |

## PLEASE PAY THIS AMOUNT    104.00

ORIGINAL COPY

MEMO: This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supercede any and all other implied terms and conditions.



**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

Electronics • Automotive Lighting

| CUSTOMER NO. | DATE |
|---|---|
| AD1776 | 10/03/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 7005
KOKOMO, IN            46904-9005

SHIP TO:
DELPHI D DELNOSA PLT 5-6
2431 DELPHI D DELN2BAN5-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX    78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 550045205 | RAXDLORAL | 1895548 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 64 | 035 ERI112H-TR  9360569 | | 8000 | .037 | 296.00 |
| | | | SUBTOTAL | | 296.00 |
| | | | MISC AND FREIGHT | | .00 |
| | | | PLEASE PAY THIS AMOUNT | | 296.00 |

MEMO: This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supercede any and all other implied terms and conditions.

ORIGINAL COPY



# STANLEY

Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| CUSTOMER NO. | DATE |
|--------------|------|
| AD1796 | 10/03/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN        46904-9005

SHIP TO:
DELPHI D DELNOSA PLT 5-6
DA31 DELPHI D DELNOSAM5-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX  78567

| ORDER NUMBER | REP | TERMS |
|--------------|-----|-------|
| 200497 | A26 | NET 30 |

| CUSTOMER P.O. NO. | SHIP VIA |
|-------------------|----------|
| 55P045295 | B6X2DAY |

| ITEM NO. | DESCRIPTION | QUANTITY | U/M | PRICE | AMOUNT |
|----------|-------------|----------|-----|-------|--------|
| 23 | 1035 FY1112H-TR  93360570 | 12000. | | .027 | 324.00 |

|  |  |  |
|---|---|---|
| | SUBTOTAL | 324.00 |
| | MISC. AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT    324.00**

ORIGINAL COPY

MEMO    If this invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

DUNS NUMBER: 55-205-02



# STANLEY
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Baranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| CUSTOMER NO. | DATE |
|---|---|
| AB1796 | 10/04/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN        46904-9005

SHIP TO:
DELPHI D DELNOSA PLT 5-6
DA31 DELPHI D DELNOSA#4-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX    78567

| ORDER NUMBER | REP | TERMS |
|---|---|---|
| 211252 | A26 | NET 30 |

| CUSTOMER P.O. NO. | SHIP VIA |
|---|---|
| 550042708 | BAX2DAY |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 01 | 030 MVR33388-055 | | 1000 | .047 | 47.00 |
| | 28017728 | | | | |

| | | |
|---|---|---|
| | SUBTOTAL | 47.00 |
| | MISC AND FREIGHT | .00 |

## PLEASE PAY THIS AMOUNT
47.00

This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric's standard terms and conditions
supercedes any and all other implied terms and conditions.

ORIGINAL COPY



# STANLEY
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 10/04/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN    46904-9005

SHIP TO:
DELPHI D DELNOSA PLT 5-6
DA31 DELPHI D DELNOSA#8-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX    78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500422708 | BAX2DAY | 205094 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 12 | 030 MUS33388-C55    280172233 | | 1000 | .047 | 47.00 |

|  |  |
|---|---|
| SUBTOTAL | 47.00 |
| MISC AND FREIGHT | .00 |
| **PLEASE PAY THIS AMOUNT** | **47.00** |

MEMO: This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersedes any and all other implied terms and conditions.

ORIGINAL COPY

DUNS NUMBER 551825100

# STANLEY

Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 200494-269 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1776 | 10/04/05 |

DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN    46904-9005

DELPHI D DELNOSA PLT 5-6
DA51 DELPHI D DELNOSA#5-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX    78567

| ORDER NUMBER | REP | TERMS |
|---|---|---|
| 200494 | A26 | NET 30 |

| SHIP VIA |
|---|
| FXX2DAY |

| CUSTOMER P.O. NO. |
|---|
| 5500046871 |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 22 | 080 DNK324U-5-G54 | | 3000 | .209 | 627.00 |
| | 9X999041 | | | | |

SAMPLE

| | |
|---|---|
| SUBTOTAL | 627.00 |
| MISC AND FREIGHT | .00 |

| SO-ID I-O |
| ST-A I-O |

MEMO: This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supercede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT**    627.00

ORIGINAL COPY

BANK NUMBER: 5912285-28



**STANLEY**
Electronics • Automotive • Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| | INVOICE | PAGE |
|---|---|---|
| | 210233-03 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 10/04/03 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN          46904-9005

SHIP TO:
DELPHI D DELNOSA PLT S-6
DA31 DELPHI D DELNOSA#5-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX   78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500774426 | RAX2DAYBLD | 210233 | A26 | NET 30 |

| ITEM NO. | QUANTITY | UM | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 02 | 1000 | 030 | MAYT362X-MR-C30 161605534 | .049 | 49.00 |
| | | | SUBTOTAL | | 49.00 |
| | | | MISC AND FREIGHT | | .00 |

MEMO: This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT**          49.00

ORIGINAL COPY



**STANLEY**
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 197353-451 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 10/04/05 |

S.O.L.D
T.O

DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN          46904-9005

S.H.I.P
T.O

DELPHI D DELNOSA PLT 5-6
DA31 DELPHI D DELNOSA#5-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX  78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500045185 | BAXGLOBAL | 197353 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 54 | 035 BG1104B-A10-TR | | 6000 | .062 | 372.00 |
| | 9398301 | | | | |

| | | |
|---|---|---|
| | SUBTOTAL | 372.00 |
| | MISC. AND FREIGHT | .00 |

MEMO: This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT**   372.00



# Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777   Fax (949) 222-0555

Electronics • Automotive Lighting

| INVOICE | PAGE |
|---|---|
| 187353-432 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 10/05/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN    46904-9005

SHIP TO:
DELPHI D DELNOSA PLT 3-6
DA31 DELPHI D DELNOSA#5 6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX   78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5A0045185 | RAXG-DFGH | 187353 | 626 | NET 30 |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 54 | 035 EG11049-A10-TR<br>5300030X | | 6000 | .062 | 372.00 |

|  |  |
|---|---|
| SUBTOTAL | 372.00 |
| MISC AND FREIGHT | .00 |

This invoice represents components that have shipped under the Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT**   372.00

ORIGINAL COPY

# STANLEY

Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 1200497-174 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 10/05/05 |

SOLD TO:

DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN       46904-9005

SHIP TO:

DELPHI D DELNOSA PLT 5-6
DA31 DELPHI D DELNOSA#5-6
792 JOAQUIN CAVAZOS RD
LOS INDIOS, TX   78567

| CUSTOMER P.O. NO. | ORDER NUMBER | SHIP VIA | REP | TERMS |
|---|---|---|---|---|
| 550045205 | 200497 | BAXPDAY | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 23 | 035 FY1112H-TR | | 12000 | .027 | 324.00 |
| | 9360570 | | | | |

| | | |
|---|---|---|
| | SUBTOTAL | 324.00 |
| | MISC AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT**   324.00

MEMO    This invoice represents components that have shipped.
Under Stanley Electric's standard terms and conditions
The Stanley Electric standard terms and conditions
supercede any and all other implied terms and conditions.

ORIGINAL COPY



# STANLEY
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 211335-01 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| 4D1796 | 10/03/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN        46904-9005

SHIP TO:
DELPHI D DELNOSA PLT 5-6
PA31 DELPHI D DELNOSA#5-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567

| CUSTOMER P.O. NO. | | SHIP VIA | ORDER NUMBER | | | REP | TERMS |
|---|---|---|---|---|---|---|---|
| 550043185 | | MAXXTRAN | 4359330 | | | | NET 30 |

| ITEM NO. | | DESCRIPTION | UM | QUANTITY | ASY PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 01 | 035 | 8911043-A1C-TR | | 6000 | .062 | 372.00 |
| | | | | SUBTOTAL | | 372.00 |
| | | | | MISC AND FREIGHT | | .00 |

This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT**       372.00

ORIGINAL COPY

ORIGINAL COPY

## STANLEY
Electronics • Automotive Lighting

### Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 211360-01 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 10/06/05 |

DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN    46904-9005

DELPHI D DELROSA PLT 5-6
DA31 DELPHI D DELROSA#5-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX    78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP. | TERMS |
|---|---|---|---|---|
| 3500078978 | FEDXP1 | 211360 | A24 | NET 30 |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 01 | 035 AY1111C-A18-TR    9371337 | 1 | 16000 | .034 | 544.00 |
| | | | SUBTOTAL | | 544.00 |
| | | | MISC. AND FREIGHT | | .00 |

This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT    544.00**

# STANLEY

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

Electronics • Automotive Lighting

| INVOICE | PAGE |
|---|---|
| 200494-270 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1796 | 10/06/03 |

**SOLD TO:**
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN    46904-9005

**SHIP TO:**
DELPHI D DELMOSA PLT 5-6
DA31 DELPHI D DELMOSA445-6
702 JOAQUIN NAVAROS RD
LOS INDIOS, TX  78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | | REP | TERMS |
|---|---|---|---|---|---|
| 55004687M | 24HX2DAY | 200494 | | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | QUANTITY | UM | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 22 | OBO DNKS24U-5-C54<br>9399041 | 3000 | | .209 | 627.00 |

| | |
|---|---|
| SUBTOTAL | 627.00 |
| MISC. AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT**    627.00

MEMO    This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

ORIGINAL COPY



**Stanley Electric**
Sales of America Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| | INVOICE | PAGE |
|---|---|---|
| | 200494-271 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| CD.796 | 10/07/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKMO, IN          46904-9005

SHIP TO:
DELPHI D DELNOSA PLT E-6
DA31 DELPHI D DELNOSA#5-6
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX   78567

| CUSTOMER P.O. NO. | | SHIP VIA | | ORDER NUMBER | | REP | | TERMS |
|---|---|---|---|---|---|---|---|---|
| 5500246871 | | PRAXITRAY | | 200494 | | 626 | | NET 30 |

| ITEM NO. | | DESCRIPTION | QUANTITY | U/M | | PRICE | | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 22 | 080 DNK334U-5-C54 | 9399041 | 3000 | | | .209 | | 627.00 |

MEMO: This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supercede any and all other implied terms and conditions.

| | | |
|---|---|---|
| SUBTOTAL | | 627.00 |
| MISC AND FREIGHT | | .00 |

**PLEASE PAY THIS AMOUNT**

ORIGINAL COPY

| | |
|---|---|
| | 627.00 |

| | | | | |
|---|---|---|---|---|
| AD1797 | $ | 84.00 | 9/20/2005 | 2004882-44 |
| | $ | 168.00 | 9/27/2005 | 2004882-45 |
| | $ | 252.00 | 10/4/2005 | 2004882-46 |
| | $ | 252.00 | 10/5/2005 | 2004882-47 |
| | $ | 84.00 | 10/6/2005 | 2004882-48 |
| | $ | 336.00 | 10/7/2005 | 2004882-49 |
| | $ | 82.50 | 9/20/2005 | 200502-76 |
| | $ | 82.50 | 9/26/2005 | 200502-77 |
| | $ | 82.50 | 9/29/2005 | 200502-78 |
| | $ | 82.50 | 10/7/2005 | 200502-79 |
| | $ | 145.00 | 9/19/2005 | 2005033-09 |
| | $ | 145.00 | 9/20/2005 | 2005033-10 |
| | $ | 72.50 | 9/23/2005 | 2005033-11 |
| | $ | 145.00 | 9/23/2005 | 2005033-12 |
| | $ | 145.00 | 9/26/2005 | 2005033-13 |
| | $ | 145.00 | 9/27/2005 | 2005033-14 |
| | $ | 145.00 | 9/29/2005 | 2005033-15 |
| | $ | 145.00 | 9/30/2005 | 2005033-16 |
| | $ | 145.00 | 10/3/2005 | 2005033-17 |
| | $ | 145.00 | 10/4/2005 | 2005033-18 |
| | $ | 84.00 | 9/20/2005 | 200504-42 |
| | $ | 145.00 | 9/20/2005 | 210949-01 |
| | $ | 435.00 | 9/27/2005 | 211089-01 |
| | $ | 168.00 | 10/4/2005 | 211238-01 | $    3,715.50 |

# STANLEY

Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 200503-309 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1797 | 09/19/05 |

**SOLD TO:**
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN          46904-9005

**SHIP TO:**
DELPHI D DELNOSA PLT 1-4
DA24 DELPHI DELNOSA #1-4
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX      78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 550040902 | FAX2DAY | 200503 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | QUANTITY | U/M | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 22 | 1035 BR1102W-164-TR  16193748 | 5000 | | .029 | 145.00 |

|  |  |
|---|---|
| SUBTOTAL | 145.00 |
| MISC AND FREIGHT | .00 |
| **PLEASE PAY THIS AMOUNT** | **145.00** |

MEMO : This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

ORIGINAL COPY



# Stanley Electric

Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

Electronics • Automotive Lighting

| INVOICE | PAGE |
|---|---|
| 210949-01 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1797 | 09/20/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN         46904-9005

SHIP TO:
DELPHI D DELNOSA PLT 1-4
DA24 DELPHI DELNOSA #1-4
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX    78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500409902 | FAX2DAY | 210949 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | QUANTITY | U/M | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 01 | 035 BR11G2W-164-TR | 5000 | | .029 | 145.00 |
| | 161P95749 | | | | |
| | | | | SUBTOTAL | 145.00 |
| | | | | MISC AND FREIGHT | .00 |

This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT**    145.00

ORIGINAL COPY



**STANLEY**
Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777     Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 2004488-244 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1797 | 09/20/05 |

**SOLD TO:**
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN     46904-9005

**SHIP TO:**
DELPHI D DELNOSA PLT 1-4
DA24 DELPHI DELNOSA #1-4
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX 78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | | REP | TERMS |
|---|---|---|---|---|---|
| 5500040902 | B4X2DAY | 2004488 | | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 23 | 035 FY11048-A10-TR | | 2000 | .042 | 84.00 |
| | 94000704 | | | | |

| | | |
|---|---|---|
| | SUBTOTAL | 84.00 |
| | MISC AND FREIGHT | .00 |

**MEMO** This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT**     84.00

ORIGINAL COPY



**STANLEY**
Electronics • Automotive Lighting

# Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777   Fax (949) 222-0555

| | INVOICE | PAGE |
|---|---|---|
| | 200504-42 | 1 |

| | CUSTOMER NO. | DATE |
|---|---|---|
| | AD1797 | 09/20/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN          46904-9005

SHIP TO:
DELPHI D DELNOSA PLT 1-4
DA24 DELPHI DELNOSA #1-4
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX   78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | | | REP | TERMS |
|---|---|---|---|---|---|---|
| 550040902 | EAX2DAY | 200504 | | | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | U.M. | QUANTITY | PRICE | | AMOUNT |
|---|---|---|---|---|---|---|
| 19 | 1035 FR1104B-610-TR 9400703 | | 2000 | | .042 | 84.00 |

MEMO  This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

| | | |
|---|---|---|
| SUBTOTAL | | 84.00 |
| MISC AND FREIGHT | | .00 |

| PLEASE PAY THIS AMOUNT | 84.00 |
|---|---|

ORIGINAL COPY



**STANLEY**
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-3029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 200502-76 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| A01797 | 09/20/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN    46904-9005

SHIP TO:
DELPHI D DELNOSA PLT 1-4
D424 DELPHI DELNOSA #1-4
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX    78567

| CUSTOMER P.O. NO. | | ORDER NUMBER | | REP | TERMS |
|---|---|---|---|---|---|
| 3500040902 | | 200502 | | A26 | NET 30 |

| | SHIP VIA | | | | |
|---|---|---|---|---|---|
| | B4X2DAY | | | | |

| ITEM NO. | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 20 | 035 FG1101W-TR    1.62554827 | | 2500 | .033 | 82.50 |

|  |  |  |
|---|---|---|
| | SUBTOTAL | 82.50 |
| | MISC AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT**    82.50

MEMO    F:This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

ORIGINAL COPY





**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

Electronics and Automotive Lighting

| INVOICE | PAGE |
|---|---|
| 200503-310 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1797 | 09/20/05 |

SOLD TO
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN    46904-9005

SHIP TO
DELPHI D DELNOSA PLT 1-4
DA24 DELPHI DELNOSA #1-4
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP. | TERMS |
|---|---|---|---|---|
| 550040902 | MAX2DAY | 200503 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 22 | 035 ER1102N-164"-TR | | 5000 | .029 | 145.00 |
| | 16195748 | | | | |

| | | |
|---|---|---|
| | SUBTOTAL | 145.00 |
| | MISC AND FREIGHT | .00 |

MEMO   This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT**    145.00

ORIGINAL COPY

# STANLEY

Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 20C503-31P | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1797 | 09/23/05 |

DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN      46904-9005

DELPHI D DELNOSA PLT 1-4
DA24 DELPHI DELNOSA #1-4
702 JOAQUIN CAVAZZS RD
LES INDIOS TX  78567

| CUSTOMER P.O. NO. | | SHIP VIA | | ORDER NUMBER | | REP | TERMS |
|---|---|---|---|---|---|---|---|
| 5505405702 | | PAYODAY | | 20C503 | | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 22 | 035 BR1102W-164-TR | | 5000 | .029 | 145.00 |
| | 1619S748 | | | | |
| | | | | SUBTOTAL | 145.00 |
| | | | | MISC AND FREIGHT | .00 |

**MEMO** This Invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

| PLEASE PAY THIS AMOUNT | 145.00 |
|---|---|

ORIGINAL COPY

# STANLEY

Electronics • Automotive • Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 200503-313 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1797 | 09/23/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN    46904-9005

SHIP TO:
DELPHI D DELNOSA PLT 1-4
DA24 DELPHI DELNOSA #1-4
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX    78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500409902 | BAX/2DAY | 200503 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 22 | 035 ER1.02W-1.64-TR | | 2900 | .025 | 72.50 |
| | 161957748 | | | | |

SUBTOTAL                                    72.50
MISC AND FREIGHT                             .00

MEMO: This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supercede any and all other implied terms and conditions.

| PLEASE PAY THIS AMOUNT | 72.50 |
|---|---|

ORIGINAL COPY

# STANLEY

Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 1200503-313 | |

| CUSTOMER NO. | DATE |
|---|---|
| AD1797 | 09/26/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN    46904-9005

SHIP TO:
DELPHI D DELNOSA PLT 1-4
DA24 DELPHI DELNOSA #1-4
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX    78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500404902 | EARX2DAY | 200503 | A26 | NET 30 |

| ITEM NO. | UM | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 22 | | 5000 | 035 ER:102W-164-TR 161757748 | .029 | 145.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 145.00 |
| MISC AND FREIGHT | | .00 |

**PLEASE PAY THIS AMOUNT    145.00**

MEMO    This invoice represents contractors that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

ORIGINAL COPY

**STANLEY**
Electronics • Automotive Lighting

Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777      Fax (949) 222-0555

200502-77      1

| CUSTOMER NO. | DATE |
|---|---|
| AD1797 | 09/26/05 |

DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN      46904-9005

DELPHI D DELNOSA PLT 1-4
DA24 DELPHI DELNOSA #1-4
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX   78567

CUSTOMER P.O. NO. 1540040902   SHIP VIA BAXXWAY

| ORDER NUMBER | | REP | TERMS |
|---|---|---|---|
| 200502 | | A24 | NET 30 |

| ITEM NO. | DESCRIPTION | QUANTITY | U.M. | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 20 | 035 FG1101W-TR  162504827 | 2500 | | .033 | 82.50 |

| | |
|---|---|
| SUBTOTAL | 82.50 |
| MISC AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT**   82.50

ORIGINAL COPY

MEMO   This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

DUNS NUMBER: 86-225-3300

# STANLEY
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 211089-01 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1797 | 09/27/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN    46904-9005

SHIP TO:
DELPHI D DELNOSA PLT 1-4
D424 DELPHI DELNOSA #1-4
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX    78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500409902 | EASTWAY | 211089 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 01 | 1035 ER1102W-164-TR | | 15000 | .029 | 435.00 |
| | 16195748 | | | | |

| | | |
|---|---|---|
| | SUBTOTAL | 435.00 |
| | MISC AND FREIGHT | .00 |

This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT**    435.00

ORIGINAL COPY

# STANLEY
Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---------|------|
| 200503-3-4 | 1 |

| CUSTOMER NO. | DATE |
|--------------|------|
| AD1797 | 09/27/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN          46904-9005

SHIP TO:
DELPHI D DELNOSA PLT 1-4
D424 DELPHI DELNOSA #1-4
702 COAHUIN CAVAZZOS RD
LOS INDIOS TX      78567

| CUSTOMER P.O. NO. | SHIP VIA | | ORDER NUMBER | REP | TERMS |
|-------------------|----------|---|--------------|-----|-------|
| 5500040902 | EASYDAY | | 200503 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | QUANTITY | UM | PRICE | AMOUNT |
|----------|-------------|----------|-----|-------|--------|
| 22 | 035 BR1402W-164-TR | 5000 | | .029 | 145.00 |

|  |  |
|---|---|
| SUBTOTAL | 145.00 |
| MISC. AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT**    145.00

MEMO    This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

ORIGINAL COPY

# STANLEY
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 2004488-245 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1797 | 09/27/05 |

**SOLD TO:**
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN    46904-9005

**SHIP TO:**
DELPHI D DELNOSA PLT 1-4
D424 DELPHI DELNOSA #1-4
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567

| CUSTOMER P.O. NO! | | | ORDER NUMBER | | REP | |
|---|---|---|---|---|---|---|
| 550040902 | | | 2004488 | | 424 | |

| ITEM NO. | DESCRIPTION | SHIP VIA | QUANTITY | U/M | PRICE | TERMS |
|---|---|---|---|---|---|---|
| | | FAX2DAY | | | | NET 30 |
| 23 | 1035 FY1104P-A10-TR | | 4000 | | .042 | AMOUNT |
| | 94000704 | | | | | 168.00 |

|  |  |
|---|---|
| SUBTOTAL | 168.00 |
| MISC AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT**   168.00

MEMO: This invoice represents components that have been shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

ORIGINAL COPY



# STANLEY
Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 2005D2-78 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1777 | 09/29/05 |

S-O-L-D-T-O:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN                46904-9005

S-H-I-P-T-O:
DELPHI D DELNOSA PLT 1-4
DA24 DELPHI DELNOSA #1-4
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX 78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500405902 | MAX2DAY | 200502 | 626 | NET 30 |

| ITEM NO. | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 21 | .035 FG1101W-TR    16254827 | | 2500 | .033 | 82.50 |

| | |
|---|---|
| SUBTOTAL | 82.50 |
| MISC AND FREIGHT | .00 |

MEMO: This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT**    82.50

ORIGINAL COPY



**STANLEY**
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 200503-315 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1797 | 09/29/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN    46904-9005

SHIP TO:
DELPHI D DELNOSA PLT 1-4
2424 DELPHI DELNOSA #1-4
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX   78567

| ORDER NUMBER | | REP | TERMS |
|---|---|---|---|
| 200503 | | 426 | NET 30 |

| CUSTOMER P.O. NO. | | SHIP VIA | | | |
|---|---|---|---|---|---|
| 550040902 | | EAX2DAY | | | |

| ITEM NO | DESCRIPTION | QUANTITY | U/M | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 22 | 035 ER1102W-164-TR | 5000 | | .029 | 145.00 |
| | 161.957743 | | | | |

| | SUBTOTAL | 145.00 |
|---|---|---|
| | MISC AND FREIGHT | .00 |

MEMO: This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supercede any and all other implied terms and conditions.

| **PLEASE PAY THIS AMOUNT** | 145.00 |
|---|---|

ORIGINAL COPY

# STANLEY

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777   Fax (949) 222-0555

Electronics • Automotive Lighting

| INVOICE | PAGE |
|---|---|
| 200503-316 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| A01797 | 09/30/05 |

DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN                46904-9005

DELPHI D DELNOSA PLT 1-4
DA24 DELPHI DELNOSA #1-4
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567

| CUSTOMER P.O. NO | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 550040902 | RAX2DAY | 200503 | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 22 | 035 ER1102W-164-TR | | 5000 | .029 | 145.00 |
| | 261957748 | | | | |

| | |
|---|---|
| SUBTOTAL | 145.00 |
| MISC AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT**

145.00



MEMO   This invoice represents components that have been shipped
per Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

ORIGINAL COPY

# STANLEY
Electronics Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 200503-317 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| A01797 | 10/03/05 |

**SOLD TO:**
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN   46904-9005

**SHIP TO:**
DELPHI D DELNOSA PLT 1-4
DA24 DELPHI DELNOSA #1-4
782 JOAQUIN CAVAZOS RD
LOS INDIOS TX   78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500409902 | B4X2DAY | 200503 | A26 | NET 30 |

| ITEM NO | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 23 | 035 BR-102W-164-TR  16195748 | | 5000 | .029 | 145.00 |

| | |
|---|---|
| SUBTOTAL | 145.00 |
| MISC AND FREIGHT | .00 |

**MEMO:** This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersedes any and all other implied terms and conditions.

## PLEASE PAY THIS AMOUNT   145.00

ORIGINAL COPY

# STANLEY
Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 211238-01 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1797 | 10/04/05 |

DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN          46904-9005

DELPHI D DELNOSA PLT 1-4
D424 DELPHI DELNOSA #1-4
702 CARGILL CAVAZOS RD
LOS INDIOS TX     78567

| CUSTOMER P.O. NO. | | ORDER NUMBER | | REP | TERMS |
|---|---|---|---|---|---|
| 5500409902 | | 211238 | | A26 | NET 30 |

| ITEM NO | SHIP VIA | | | | |
|---|---|---|---|---|---|
| | EAX2DAY | | | | |
| | DESCRIPTION | JR | QUANTITY | PRICE | AMOUNT |
| 01 | 035 FY11048-A10-TR | | 4000 | .042 | 168.00 |
| | 9400704 | | | | |

SUBTOTAL          168.00
MISC AND FREIGHT       .00

**PLEASE PAY THIS AMOUNT**          168.00

This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

ORIGINAL COPY



**STANLEY**
Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| | | | CUSTOMER NO. | DATE |
|---|---|---|---|---|
| | | | AD1797 | 10/04/05 |

**SOLD TO:**
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN    46904-9005

**SHIP TO:**
DELPHI D DELNOSA PLT 4-4
DA24 DELPHI DELNOSA #4-4
??? CORREO LFVARIO RD
LOS INDIOS TX    78567

| CUSTOMER P.O. NO. | | | ORDER NUMBER | | REP | | TERMS |
|---|---|---|---|---|---|---|---|
| 5500469902 | | | 200503 | | 426 | | NET 30 |

| | SHIP VIA | | | | | | |
|---|---|---|---|---|---|---|---|
| | WAXIDAY | | | | | | |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | | PRICE | | AMOUNT |
|---|---|---|---|---|---|---|---|
| 23 | C35 BR11Q2W-164-TR | | 5000 | | .029 | | 145.00 |
| | 161957483 | | | | | | |

|  |  |
|---|---|
| SUBTOTAL | 145.00 |
| MISC AND FREIGHT | .00 |

MEMO: This invoice represents components that have been shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT**    145.00

ORIGINAL COPY

# STANLEY
Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 200498B-244 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1797 | 10/04/05 |

SOLD TO:

DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN    46904-9005

SHIP TO:

DELPHI D DELNOSA PLT 1-4
DA24 DELPHI DELNOSA #1-4
702 JOARUIN CAVAZOS RD
LOS INDIOS TX    78567

| ORDER NUMBER | SHIP VIA | REP | TERMS |
|---|---|---|---|
| 200498 | PAX+DAY | A26 | NET 30 |

| CUSTOMER P.O. NO. | | | | | | |
|---|---|---|---|---|---|---|
| 15S0040902 | | | | | | |

| ITEM NO. | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 24 | 035 FY1104R-A10-TR | | 6000 | .042 | 252.00 |
| | 54007P4 | | | | |

SUBTOTAL    252.00
MISC AND FREIGHT    .00

| | PLEASE PAY THIS AMOUNT |
|---|---|
| | 252.00 |

MEMO    This invoice represents components that have been shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

ORIGINAL COPY



**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

Electronics • Automotive Lighting

| INVOICE | PAGE |
|---|---|
| 2004898-247 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1797 | 10/03/05 |

SHIP
TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN    46904-9005

BILL
TO:
DELPHI D DELNOSA PLY 1-4
DA24 DELPHI DELNOSA M-4
702 JUANJIN CAVAZOS RD
LOS INDIOS, TX    78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500460892 | KAX2DAY | 2004688 | 624 | NET 30 |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | NET AMOUNT |
|---|---|---|---|---|---|
| 24 | 035 FV11048-A10-TR 9400Y04 | | 6000 | .042 | 252.00 |

| | |
|---|---|
| SUBTOTAL | 252.00 |
| MISC AND FREIGHT | .00 |

MEMO: This invoice represents components that have been shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT**    252.00

ORIGINAL COPY

# STANLEY
Electronics · Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777   Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 2004EB-246 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| A21797 | 10/06/05 |

**SOLD TO:**
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN    46904-9005

**SHIP TO:**
DELPHI D DELNOSA PLT 1-4
DA24 DELPHI DELNOSA #1-4
702 JUAREN CAVAZOS RD
LOS INDIOS TX    78567

| CUSTOMER P.O. NO. | ORDER NUMBER | REP | TERMS |
|---|---|---|---|
| 55004040902 | 2004EB | A26 | NET 30 |

| SHIP VIA |
|---|
| BAX2DAY |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 24 | 035 FY11045-A10-TR | | 2000 | .042 | 84.00 |
| | 9300704 | | | | |

| | |
|---|---|
| SUBTOTAL | 84.00 |
| MISC AND FREIGHT | .00 |

MEMO   This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersedes any and all other implied terms and conditions.

## PLEASE PAY THIS AMOUNT     84.00

ORIGINAL COPY

# STANLEY
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 2005092-79 | 1 |

| CUSTOMER NO | DATE |
|---|---|
| AD1797 | 10/07/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN          46904-9005

SHIP TO:
DELPHI D DELNOSA PLT 1-4
DA24 DELPHI DELNOSA #1.4
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX   78567

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 1540040932 | RAX2DAY | 2006202 | A2K | NET 30 |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | NET 30 AMOUNT |
|---|---|---|---|---|---|
| 2 | 035 FS311016-TR  162548827 | | 2500 | .033 | 82.50 |

| | |
|---|---|
| SUBTOTAL | 82.50 |
| MISC. AND FREIGHT | .00 |

MEMO   This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT**          82.50

ORIGINAL COPY

# STANLEY
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---------|------|
| 2004488-249 | 1 |

| CUSTOMER NO. | DATE |
|--------------|------|
| AD1797 | 10/07/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN        46904-9005

SHIP TO:
DELPHI D DELNOSA P T 1-4
DA24 DELPHI DELNOSA M P 4
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX    78567

| CUSTOMER P.O. NO. | ORDER NUMBER | | | REP | | TERMS | |
|-------------------|--------------|--|--|-----|--|-------|--|
| EW0490502 | | SHIP VIA | | 200488 | | NET 30 | |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|----------|-------------|-----|----------|-------|--------|
| | | BAX2DAY | | .0421 | |
| 24 | 035 FV/104B-A10-TR | | 8000 | | 336.06 |
| | 9400704 | | | | |

| | | | | SUBTOTAL | 336.00 |
| | | | | MISC AND FREIGHT | .00 |

MEMO    This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT**        336.00

ORIGINAL COPY

AD1803  $      84.00   9/21/2005 201950-41
        $      84.00   9/28/2005 201950-42
        $      84.00   10/4/2005 201950-43          $      252.00

**STANLEY**
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway  Irvine, CA 92606-5029
Phone (949) 222-0777   Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 202950-431 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1803 | 10/04/05 |

DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN      46904-9005

DELPHI D KOKOMO
DA01 PLANT 6,7,8,9
2033 EAST BOULEVARD
KOKOMO, IN      46904-9005

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500051996 | 2AX2DAY | 202950 | A25 | NET 30 |

| ITEM NO. | DESCRIPTION | U/M | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 20 | 1035 FR11045-A10-TR  9400703 | | 2000 | .042 | 84.00 |

| | | |
|---|---|---|
| | SUBTOTAL | 84.00 |
| | MISC AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT**   84.00

MEMO : This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

ORIGINAL COPY



# STANLEY

Electronics • Automotive Lighting

**Stanley Electric**
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777      Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 201950-42 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| AD1803 | 09/28/05 |

DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN          46904-9005

DELPHI D KOKOMO
DA01 PLANT 6,7,8,9
2033 EAST BOULEVARD
KOKOMO, IN          46904-9005

| CUSTOMER P.O. NO. | | SHIP VIA | | ORDER NUMBER | | REP | TERMS |
|---|---|---|---|---|---|---|---|
| 5500051996 | | RAX2DAY | | 201950 | | A26 | NET 30 |

| ITEM NO. | DESCRIPTION | UM | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 20 | 035 FR11042-A10-TR | | 2000 | .042 | 84.00 |
| | 9400703 | | | | |

| | |
|---|---|
| SUBTOTAL | 84.00 |
| MISC AND FREIGHT | .00 |

MEMO    F This invoice represents components that have shipped
under Stanley Electric's standard terms and conditions.
The Stanley Electric standard terms and conditions
supersede any and all other implied terms and conditions.

**PLEASE PAY THIS AMOUNT**    84.00

ORIGINAL COPY

# STANLEY
Electronics • Automotive Lighting

## Stanley Electric
Sales of America, Inc.
2660 Barranca Parkway, Irvine, CA 92606-5029
Phone (949) 222-0777    Fax (949) 222-0555

| INVOICE | PAGE |
|---|---|
| 201950-41 | 1 |

| CUSTOMER NO. | DATE |
|---|---|
| 424803 | 09/21/05 |

SOLD TO:
DELPHI DELCO
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO, IN    46904-9005

SHIP TO:
DELPHI D KOKOMO
D401 PLANT 6, 7, 8, 9
2033 EAST HOULEVARD
KOKOMO, IN    46904-9005

| CUSTOMER P.O. NO. | SHIP VIA | ORDER NUMBER | REP | TERMS |
|---|---|---|---|---|
| 5500051996 | BAX2DAY | 201950 | 426 | 1 NET 30 |

| ITEM NO | DESCRIPTION | UM | QUANT Y | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 10 | 035 FR1LOAD-A10-TR | | 2000 | .042 | 84.00 |

MEMO : This invoice represents components that have shipped under Stanley Electric's standard terms and conditions. The Stanley Electric standard terms and conditions supersede any and all other implied terms and conditions.

|  |  |
|---|---|
| SUBTOTAL | 84.00 |
| MISC. AND FREIGHT | .00 |

**PLEASE PAY THIS AMOUNT**    84.00

ORIGINAL COPY

Mark T. Flewelling (CA State Bar 96465)
Christopher A. Carr (CA State Bar 44444)
ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, CA  91101
(626) 535-1900

Attorneys for Creditor
Stanley Electric Sales of America, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - :

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481-rdd |
| | (Jointly Administered) |
| Debtors. | |

- - - - - - - - - - - - - - - - - - - - - - - - :

CERTIFICATE OF SERVICE

Document Served: **AMENDMENT TO RECLAMATION DEMAND BY STANLEY ELECTRIC SALES OF AMERICA PURSUANT TO 11 U.S.C. 546(C)**

The undersigned certifies that a copy of the document(s) listed above were served upon the parties listed in the attached Exhibit A at their respective addresses by either electronic notice or overnight delivery, postage pre-paid, by placing the envelope in the designated drop box on the date indicated below.

Date of Service:  October 21, 2005

I declare that the statement above is true to the best of my information, knowledge and belief.

Malinda Sinclair
Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP

# EXHIBIT A

*Debtor*
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
Tax ID:  38-3430473

*Debtors Counsel*
John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom (IL)
333 West Wacker Drive
Chicago, IL  60606-1285
(312) 407-0730
(312) 407-0411-Fax
Email:  jbutler@skadden.com

Kayalayn A. Marafioti
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036
(212) 735-3000
(212) 735-2000-Fax
Email:  kmarafio@skadden.com

Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036-6522
(212) 735-3000
(917) 735-2000-Fax
Email:  tmatz@skadden.com

*U.S. Trustee*
United States Trustee
33 Whitehall Street
21st Floor
New York, NY  10004
(212) 510-0500

*Counsel for Trustee*
Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004
(212) 510-0508
(212) 668-2255-Fax