UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.* | : | Case No. 05-44481 (rdd) |
| | : | |
| Debtor. | : | Jointly Administered |

---------------------------------------------------------------x

### VERIFIED STATEMENT OF COOLIDGE, WALL, WOMSLEY & LOMBARD CO. L.P.A. PURSUANT TO BANKRUPTCY RULE 2019(a)

Coolidge, Wall, Womsley & Lombard Co., L.P.A. ("CWWL") hereby submits this statement pursuant to Fed. R. Bankr. P. 2019(a) identifying each creditor, equity security holder and indenture trustee CWWL represents in this chapter 11 case. This information is not intended as substitute for any proof of claim or as a final statement of the exact nature of the claims or interests identified herein or of the amounts that may be due by any of the Debtors in respect of such claims and interests. It is merely an estimate and subject to further confirmation.

| **Name** | **Type of Interest** | **Amount**[1] |
|---|---|---|
| Harco Brake Systems, Inc.<br>P.O. Box 335<br>Englewood, OH  45322 | Trade | **$2,086,095.00** |
| Harco Industries, Inc.<br>P.O. Box 335<br>Englewood, OH  45322 | Trade | **$1,159,480.00** |
| Dayton Supply and Tool Company<br>507 E. First Street<br>Dayton, OH  45402 | Trade | **$265,915.00** |

---

[1] All trade debt was incurred within the one year period immediately preceding commencement of the Debtors' chapter 11 case.

CWWL is representing each of these clients individually; the clients listed above do not comprise a committee of any kind.

CWWL has no written contracts of representation with the entities described in the above chart hereof other than ordinary and usual retainer/engagement letters.

Upon information and belief formed after due inquiry, as of the date hereof, CWWL does not hold any claims against, or equity interests in, the Debtors.

I, Ronald S. Pretekin, after due inquiry, declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the facts set forth in this Verified Statement are true and correct to the best of my knowledge, information and belief.

Dated: November 8, 2005

/s/ *Ronald S. Pretekin*
Ronald S. Pretekin (#0018694)
Steven M. Wachstein (#0073939)
Sylvie J Derrien (#0072579)
COOLIDGE, WALL, WOMSLEY & LOMBARD CO., L.P.A.
33 West First Street, Suite 600
Dayton, Ohio  45402
Telephone:  937-223-8177
Facsimile:  937-223-6705
e-mail:  pretekin@coollaw.com
         wachstein@coollaw.com
         derrien@coollaw.com

S:\Wdox\Client\005461\00100\00259369.Doc

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following parties set out below via ECF transmission, this 8th day of November, 2005.

/s/ *Ronald S. Pretekin*
Ronald S. Pretekin

**counsel for the Debtors**

John Wm. Butler
jbutler@skadden.com

Kayalyn A. Marafioti
kmarafio@skadden.com, jharring@skadden.com

Thomas J. Matz
tmatz@skadden.com

**counsel for the Official Committee of Unsecured Creditors**

Mark A. Broude, Gordon J. Toering, Latham & Watkins
gtoering@wnj.com

**all other parties receiving ECF transmissions as of the date set out above**

S:\Wdox\Client\005461\00100\00259369.Doc