# WEAVER & YOUNG
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
32770 FRANKLIN ROAD
FRANKLIN, MICHIGAN 48025

GREGORY T. YOUNG

(248) 855-1500
FACSIMILE (248) 855-7575

OF COUNSEL
GEORGE W. KELSEY

October 25, 2005

Untied States Bankruptcy Court
South District New York
Alexander Hamilton Custom House
One Bowling Green, RM 534
New York, NY 10004-1408

Re:   Case No: 05-44481 (RDD)

Dear Clerk:

    Enclosed please find Notice of Status As Substantial Claimholder relative to the above case number.

    Please file in your usual manner and return a time stamped copy to me in the self addressed stamped envelope enclosed.

Very truly yours,

WEAVER & YOUNG, P.C.

Gregory T. Young

GTY/tjc
Enclosure



RECEIVED
OCT 31 2005
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

DELPHI CORPORATION, et al

Debtors.

Chapter 11
Case No: 05-44481 (RDD)
(Jointly Administered)

_____/

### NOTICE OF STATUS AS SUBSTANTIAL CLAIMHOLDER

NOW COMES Claimant, BILLY WAYNE BRADY, by and though his attorneys, WEAVER & YOUNG, P.C., and hereby notifies debtors of the following:

1. Claimant, BILLY WAYNE BRADY, is a substantial claimholder due to a serious personal injury he incurred on Defendant's premises in Kent County, Michigan, that injuries being in part in litigation otherwise known as case no: 03-03388-NO in the Circuit Court for the County of Kent.

WEAVER & YOUNG, P.C.

Dated: 10-27-05

Gregory T. Young (P 40125)
Attorney for Claimaint
32770 Franklin Road
Franklin, MI 48025
248-855-1500

WEAVER & YOUNG
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
32770 FRANKLIN ROAD
FRANKLIN, MICHIGAN 48025

(248) 855-1500
FACSIMILE (248) 855-7675



RECEIVED
OCT 31 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK